IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CRIMINAL NO. 15-4268 KG |
| ) | |
| vs. ) | |
| ) | |
| ANGEL DELEON, ) | |
| JOE GALLEGOS, ) | |
| EDWARD TROUP, a.k.a. "Huero Troup," ) | |
| LEONARD LUJAN, ) | |
| BILLY GARCIA, a.k.a. "Wild Bill," ) | |
| EUGENE MARTINEZ, a.k.a. "Little ) | |
| Guero," ) | |
| ALLEN PATTERSON, ) | |
| CHRISTOPHER CHAVEZ, a.k.a. ) | |
| "Critter," ) | |
| JAVIER ALONSO, a.k.a. "Wineo," ) | |
| ARTURO ARNULFO GARCIA, a.k.a. ) | |
| "Shotgun," ) | |
| BENJAMIN CLARK, a.k.a. "Cyclone," ) | |
| RUBEN HERNANDEZ, ) | |
| JERRY ARMENTA, a.k.a. "Creeper," ) | |
| JERRY MONTOYA, a.k.a. "Boxer," ) | |
| MARIO RODRIGUEZ, a.k.a. "Blue," ) | |
| TIMOTHY MARTINEZ, a.k.a. "Red," ) | |
| MAURICIO VARELA, a.k.a. "Archie," ) | |
| a.k.a. "Hog Nuts," ) | |
| DANIEL SANCHEZ, a.k.a. "Dan Dan," ) | |
| GERALD ARCHULETA, a.k.a.  "Styx," ) | |
| a.k.a. "Grandma," ) | |
| CONRAD VILLEGAS, a.k.a. "Chitmon," ) | |
| ANTHONY RAY BACA, a.k.a.  "Pup," ) | |
| ROBERT MARTINEZ, a.k.a. "Baby ) | |
| Rob," and ) | |
| ROY PAUL MARTINEZ, a.k.a. ) | |
| "Shadow," and, ) | |
| CHRISTOPHER GARICA, ) | |
| ) | |
| Defendants. | |

*FILED — UNITED STATES DISTRICT COURT, ALBUQUERQUE, NEW MEXICO, DEC 03 2015, MATTHEW J. DYKMAN, CLERK*

<u>ORDER TO UNSEAL CASE</u>

THIS MATTER having come before the Court on the ex parte motion of the United States to unseal the instant case, and the Court being fully advised in the premises, FINDS that the instant case should be unsealed.

IT IS THEREFORE ORDERED that the instant case be unsealed.

_____
HONORABLE KAREN B. MOLZEN
CHIEF UNITED STATES MAGISTRATE JUDGE