# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW MEXICO
# ALBUQUERQUE

Before the Honorable Karen B. Molzen

United States Magistrate Judge

Clerk's Minutes – Initial

| | | | |
|---|---|---|---|
| Date: | 12/4/2015 | Case Number: | CR 15-4268 KG |
| Case Title: USA v. | Anthony Ray Baca | Liberty: | Rio Grande @ 8:45 am |
| Courtroom Clerk: | E. Romero | Total Time: | 4 minutes |
| Probation/Pretrial: | A. Candelaria & A. Selph | Interpreter: | n/a |

**ATTORNEYS PRESENT:**

| | | | |
|---|---|---|---|
| Plaintiff: | M. Armijo & R. Castellano | Defendant: | Pro-Se |

**PROCEEDINGS:**

| | |
|---|---|
| ☐ | Defendant Sworn |
| ☒ | Defendant received copy of charging document |
| ☒ | Defendant advised of rights and penalties |
| ☒ | Defendant wants Court appointed counsel |
| ☒ | Government moves to detain |
| ☒ | Defendant remanded to the custody of the United States Marshal's Service |
| ☒ | Arraignment/Detention @ |
| ☒ | Other: hearings will be in Las Cruces |