CJA 7
(Rev. 9/05)

LOCATION CODE _____ NMX _____

U.S. DISTRICT COURT
DISTRICT OF NEW MEXICO

2015 DEC -7 AM 10: 45

Docket No. _____ CR 15-4268 KG _____

CLERK-LAS CRUCES

_____ USA _____ vs. _____ ANTHONY RAY BACA _____

**ORDER TERMINATING APPOINTMENT OF COUNSEL** ☑
**and/or**       Check
**AUTHORIZATION FOR**   one or
**DISTRIBUTION OF**    both
**AVAILABLE PRIVATE**   ☐
**FUNDS**

WHEREAS, _____ JESS LILLEY _____ was appointed as counsel for the above defendant/petitioner, on the __4TH__ day of __DECEMBER__, __2015__ ; and

WHEREAS, the court finds that funds are available from or on behalf of the above named defendant/petitioner for payment of compensation and expenses of court-appointed counsel and/or for other services necessary for adequate representation, and that the above defendant/petitioner is therefore financially able to obtain counsel or to make partial payment for representation, and/or for other services necessary for adequate representation;

IT IS THEREFORE:

Check one or both

☑ ORDERED that the appointment of said counsel is hereby terminated.

☐ AUTHORIZED/DIRECTED that such funds in the amount of $_____ be paid by said defendant/petitioner or by _____ as follows:

*(enter specific terms of repayment, i.e., date due if lump-sum payment; schedule and amounts of each payment if installment payment.)*

Dated this __7th__ day of __December__, __2015__.

_____
United States Judge/Magistrate

**DISTRIBUTION:**  COURT'S FILE   COURT APPOINTED COUNSEL   PERSON REPRESENTED   CLERK'S FILE