# CLERK'S MINUTES OF ARRAIGNMENT/DETENTION

Date: **12/8/2015**           Judge: **WORMUTH**           Clerk: **K. SOLIS**

USA vs. **ANTHONY RAY BACA**                              CR No. **15-4268 KG**
Deft present with counsel: **CESAR PIERCE-VARELA**  ☒  Appt'd.   ☐   Ret'd.

U.S. represented by: **MARIA ARMIJO/RANDY CASTELLANO, AUSAs**
Name of Interpreter: **N/A**

Court in Session: **12:42 – 12:44 P.M. (2 MIN)**
Liberty: **LCR-SIERRA BLANCA**

☐ Defendant not present     ☐ Bench warrant issued
☐ Waiver of Appearance at Arraignment and Entry of Not Guilty Plea submitted and approved in Open Court

**Court asked the Defendant:**
☐   Name                ☐ Extent of education/schooling        ☐ Age
☐      Whether defendant has any medical or mental health issues or concerns
☒      Whether defendant has received a copy of **INDICTMENT**
☒      Whether defendant has had time to consult with his/her attorney
☐      Whether defendant wants Indictment/Information read in open court
☒      Whether defendant will waive the reading of Indictment/Information
☒      Whether defendant is ready to plead

☒      Defendant entered a plea of NOT GUILTY to all counts
☒      Matter referred to District Judge
☒      Counsel ordered to file any motions by:
       **SCHEDULING/DISCOVERY ORDER TO BE ENTERED AT A LATER DATE**
☒      Case assigned to:
              ☐    **JUDGE BRACK**              ☒      **JUDGE GONZALES**
☒      Trial set on trailing docket commencing: **TO BE SET**
☐      Defendant requested psychiatric examination; Motion to be filed.
☒      Defendant in custody
☒      Defendant detained as a Flight Risk and Danger to the Community
☐      Defendant advised to file motion to reconsider
☐      Penalty for failure to appear explained
☐      Discovery Order entered
☐      Unseal Case
☐      First appearance of Defendant
☐      Other: