# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

       Plaintiff,

  vs.                                    No. CR 15-4268 KG

BILLY GARCIA, a.k.a. "Wild Bill",

       Defendant.

## AMENDED ORDER OF REFERENCE

In accordance with the provisions of 28 U.S.C. §§ 636(b)(1)(B), (b)(3), and *Va. Beach Fed. Sav. & Loan Ass'n v. Wood*, 901 F.2d 849 (10th Cir. 1990), this case is referred to Magistrate Judge Gregory B. Wormuth to conduct hearings, if warranted, including evidentiary hearings, and to perform any legal analysis required to determine the ultimate disposition of the Motion to Withdraw as Counsel (Doc. 172).

**UNITED STATES DISTRICT JUDGE**