AO 442 (Rev. 11/11) Arrest Warrant



# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| United States of America | ) | |
| --- | --- | --- |
| v. | ) | Case No. 15-CR-4268 KG |
| ANTHONY RAY BACA | ) | |
| Defendant | ) | |

**ARREST WARRANT**

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

DEC 1 4 2015

MATTHEW J. DYKMAN
CLERK

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested)   ANTHONY RAY BACA,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Count 5: 18 U.S.C. § 1959(a)(1): Violent Crimes in Aid of Racketeering (Murder) and 18 U.S.C. § 2;
Counts 4, 7 and 8: 18 U.S.C. § 1959(a)(5): Violent Crimes in Aid of Racketeering (Conspiracy to Murder);
Count 6: 18 U.S.C. § 1959(a)(6): Violent Crimes in Aid of Racketeering (Conspiracy to Commit Assault Resulting in Serious Bodily Injury).

Date: 12/01/2015

_____
Issuing officer's signature

City and state: Albuquerque, New Mexico

Matthew J. Dykman, Clerk of Court
Printed name and title

---

**Return**

This warrant was received on (date) 12/01/15, and the person was arrested on (date) 12/04/15
at (city and state) ABQ, NM.

Date: 12/04/15

_____
Arresting officer's signature

ROBERT [illegible] PUSH[?]
Printed name and title

Signed for FBI