IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

       Plaintiff,

vs.                                                   No. 15-CR-4268 KG

ANGEL DELEON, et al.,

       Defendants.

## ORDER TO CONFER

This matter is before the Court on a status conference held on December 14, 2015. (Doc. 116.) During the hearing, the Court stated that, except for good cause, defense counsel must consult with all other defense counsel prior to filing a motion in order to ascertain whether any other Defendant wishes to join in that motion.

IT IS HEREBY ORDERED THAT:

Except for good cause, defense counsel shall consult with all other defense counsel prior to filing a motion and advise the Court whether any, and if so, which Defendants join in the motion.

_____
UNITED STATES DISTRICT JUDGE