IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                                              No. CR 15-3761 MV

RUDY GALLEGOS,

        Defendant.

## NOTICE OF UNAVAILABILITY

Jerry Daniel Herrera, counsel for Rudy Gallegos, hereby provides notice of his unavailability for February 3 through and inclusive of February 5, 2016, and would ask the Court to refrain from setting any matters or hearings during this time frame.

/S/ Electronically Filed

JERRY DANIEL HERRERA
*Attorney for Rudy Gallegos*
620 Roma Ave., NW
Albuquerque, NM 87102
Telephone: (505) 262.1003
E-mail: jd@jdherreralaw.com

I hereby certify that a true and correct
copy of the foregoing was filed electronically,
using the Court's ECF system on this
13th day of January, 2016, which automatically
provides copies to parties of record.

/s/ Electronically Filed
JD Herrera