UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

       Plaintiff,

vs.                                                 No. CR 15-4268 KG

ANGEL DE LEON, et al.,

       Defendants.

### ORDER SETTING A STATUS CONFERENCE

IT IS HEREBY ORDERED that a status conference will be held on **WEDNESDAY, JANUARY 20, 2016, AT 2:00 PM**. The Court's Meet-Me Conference lines can only accommodate up to five telephone lines, including the Court, therefore counsel shall be connected to the proceedings as follows:

- Counsel from Las Cruces, Deming and El Paso shall meet in person in the 4th Floor Mimbres Courtroom, at the United States District Court, 100 N. Church Street, Las Cruces.

- Counsel from Albuquerque shall meet in person in the 3rd Floor, ADR 4 Conference Room, at the United States District Courthouse, 333 Lomas Blvd., Albuquerque. Court staff in Albuquerque shall call Judge Gonzales' Meet-Me Line at 505-348-2354 to be connected to the proceedings.

- Counsel from Ruidoso & Roswell shall each call Judge Gonzales' Meet-Me at 505-348-2354 to be connected to the proceedings.

_____
UNITED STATES DISTRICT JUDGE