UNITED STATES DISTRICT COURT

DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                         Criminal No. 15-4268 KG

ANGEL DeLEON, *et al*.

        Defendants,

## SCHEDULING ORDER

The Court, having granted the motion by the United States and the defendants to declare this case complex (Doc. 211), and considering the parties' proposed scheduling order, hereby imposes the following deadlines in this case:

| | | |
|---|---|---|
| 1. | March 25, 2016 | Discovery by the government, including *Brady* material (except for the government's continuing duty to disclose) **[Production shall commence immediately from date of this Order and be completed no later than March 25, 2016.]**; |
| 2. | April 15, 2016 | Reciprocal discovery by the defendants (except for the defendants' continuing duty to disclose); |
| 3. | April 29, 2016 | Expert witness notices and reports; Fed. R. Crim. P. 16 discovery motions; Fed. R. Crim. P. 7(f) motions; |
| 4. | May 13, 2016 | Transcripts from government.  **[Production shall commence immediately from date of this Order and continue on a biweekly basis as transcripts become available, but production to be completed no later than May 13, 2016]**; |
| 5. | May 20, 2016 | Responses to Fed. R. Crim. P. 16 discovery motions and Rule 7(f) motions; |
| 6. | May 27, 2016 | Replies to responses to Fed. R. Crim. P. 16 discovery |

|  |  |  |
|---|---|---|
|  |  | motions and Rule 7(f) motions; |
| 7. | June 10, 2016 | Fed. R. Crim. P. pretrial motions; *Daubert* motions; |
| 8. | July 1, 2016 | Responses to pretrial and *Daubert* motions; |
| 9. | July 8, 2016 | Replies to responses to pretrial and *Daubert* motions; |
| 10. | July 29, 2016 | Plea agreements; notices of defenses pursuant to Fed. R. Crim. P. 12.1 and 12.3; |
| 11. | August 19, 2016 | Responses to notices of defenses; motions *in limine;* Fed. R. Evid. 404(b) notices; jury instructions; proposed *voir dire;* and |
| 12. | October 4, 2016 | Jury Selection at 9:00 AM, 4th Floor Mimbres Courtroom, United States District Courthouse, Las Cruces, NM.  Trial will be set at a later date. |

The Court further orders that the United States shall make available to the defendants by the time required by the applicable law all material for which disclosure is mandated by *Giglio v. United States,* 405 U.S. 150 (1972) and the Jencks Act, 18 U.S.C. § 3500.

The Court further orders, pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii), that the time between the entry of this Order and the trial date is excluded for the purposes of the Speedy Trial Act computation.

This Scheduling Order is subject to change depending on the United States Attorney General's decision on the death penalty eligible defendants.

                                                                                                                _____
UNITED STATES DISTRICT JUDGE