IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CR No. 15-4268-KG |
| | ) |
| 1.  ANGEL DE LEON, | ) |
| 2.  **JOE GALLEGOS**, | ) |
| 3.  **EDWARD TROUP**, | ) |
| 4.  LEONARD LUJAN, | ) |
| 5.  **BILLY GARCIA**, | ) |
| 6.  EUGENE MARTINEZ, | ) |
| 7.  ALLEN PATTERSON, | ) |
| 8.  **CHRISTOPHER CHAVEZ**, | ) |
| 9.  **JAVIER ALONSO**, | ) |
| 10. **ARTURO ARNULFO GARCIA**, | ) |
| 11. BENJAMIN CLARK, | ) |
| 12. RUBEN HERNANDEZ, | ) |
| 13. JERRY ARMENTA, | ) |
| 14. **JERRY MONTOYA**, | ) |
| 15. MARIO RODRIGUEZ, | ) |
| 16. **TIMOTHY MARTINEZ**, | ) |
| 17. **MAURICIO VARELA**, | ) |
| 18. **DANIEL SANCHEZ**, | ) |
| 19. GERALD ARCHULETA, | ) |
| 20. CONRAD VILLEGAS, | ) |
| 21. **ANTHONY BACA**, | ) |
| 22. ROBERT MARTINEZ, | ) |
| 23. ROY MARTINEZ, and | ) |
| 24. **CHRISTOPHER GARCIA**, | ) |

Defendants.

**MOTION TO VACATE HEARING SCHEDULED FOR FEBRUARY 8, 2016
AND REQUEST FOR ADEQUATE TIME TO RESPOND TO THE
GOVERNMENT'S SEALED MOTION FOR PROTECTIVE ORDER**

1

Defendants, Joe Gallegos, Edward Troup, Billy Garcia, Christopher Chavez, Javier Alonso, Auturo Arnulfo Garcia, Jerry Montoya, Timothy Martinez, Mauricio Varela, Daniel Sanchez, Anthony Baca, and Christopher Garcia, through counsel, and pursuant to the Fifth and Sixth Amendments to the U.S. Constitution, respectfully request that the hearing now scheduled for February 8, 2016 at 11:30 a.m. be vacated and further request adequate time to respond to the Government's Sealed Motion for Protective Order [Doc. 260]. As grounds, Defendants state as follows:

1. <u>Background</u>

In this case twenty-four defendants are charged by Indictment with sundry violations of 18 U.S.C. 1959(a)(1)(5)(6) and 18 U.S.C. 2 – Violent Crimes in Aid of Racketeering. [Doc. 2]. At least nineteen of these defendants are charged with capital eligible offenses and face the possibility of the death penalty pursuant to 18 U.S.C. 3591 *et seq.* The Indictment contains allegations of special findings required for the imposition of the death penalty.

To date approximately thirty-five attorneys have been appointed to represent the defendants. Included in this number are eleven attorneys who are "learned in the law applicable to capital cases" pursuant to 18 U.S.C. 3005.

On January 29, 2016, the United States Attorney sent a proposed Protective Order to many of the defense attorneys. Importantly, the proposed Protective Order was not sent to seven of the eleven "learned counsel." Once notice of the proposed Protective Order spread through the defense group, the defense mobilized to prepare a

coordinated response. With thirty-five attorneys such coordination takes time. Nevertheless, the defense attorneys worked diligently to respond to the Government's proposal as quickly and thoroughly as possible. To that end, through a designee, the defense communicated with the United States Attorney. For example, by email of February 3, 2016 at 1:42 p.m. (not February 4, 2016 at 4:54 p.m. as alleged in the Government's motion) the defense responded to the Government's proposal with specific concerns.

By email on February 4, 2016, through a designee, the defense submitted a proposed Protective Order to the government. In response to the defense submission, by email on February 5, 2016 the United States Attorney indicated that, given the wide differences of opinion regarding the appropriate language for a Protective Order, the government would file a Motion for Protective Order.

On Friday February 5, 2016, at 11:07 a.m., the government filed its Sealed Motion for Protective Order [Doc. 260]. Within hours of the government filing its motion, the Court, *sua sponte*, set this matter for hearing on Monday February 8, 2016, at 11:30 a.m. The Court further ordered that no more than two attorneys could speak for all the defendants. [Doc. 263].

2. Discussion

Included in the panoply of rights guaranteed by the Due Process Clause of the Fifth Amendment are the rights to adequate notice of contemplated action and the right to a hearing, after sufficient notice, at which an opportunity to be heard is afforded.

3

*Morrissey v. Brewer*, 408 U.S. 471, 92 S. Ct. 2593, 33 L. Ed. 2d 484 (1972). To proceed to hearing on Monday, February 8, 2016 on the Government's Motion for Protective Order would violate defendants' Constitutional rights.

    a.    <u>Lack of Notice</u>: As noted above, on Friday February 5, 2016 the government filed its Sealed Motion for Protective Order. That same day, the Court, *sua sponte*, set the matter for hearing on the next day that the Court was in session – Monday February 8, 2016. Without more, this schedule does not provide adequate notice nor adequate time to prepare for the hearing.

Additionally, learned counsel for at least five of the defendants were not receiving notice of filings in this case. These counsel did not receive notice when the government filed its motion or when the Court set the hearing. This lack of proper notice is not inconsequential or trivial. As of Friday evening, some defense attorneys in this case had received NO NOTICE of either the government's motion or of the hearing now scheduled for Monday morning. Only by foraging though the record have learned counsel for some defendants been able to access the actual motion that the Court scheduled to be heard on Monday morning

    b.    <u>Denial of adequate time to respond</u>: Local Rule 47.8(a) provides that "a response must be served within fourteen (14) days after service of the motion." As noted above, some defense counsel have never been served with the government's motion. Putting that not insignificant fact aside and even assuming that proper service

4

was accomplished on February 5, 2016, by local rule the defense would have until February 19, 2016 to file a response.

Defendants recognize and appreciate the Court's authority to order expedited briefing. Defendants further acknowledge that, under the circumstances of this case and in light of the nature of the Government's motion, it may be altogether proper to shorten the time within which the defense must file a response. However, while expedited briefing might be appropriate, the defendants object to their opportunity to submit a response being effectively eliminated. To be clear, the defense is amenable to an expedited schedule; however, the defense needs sufficient time to file a thoughtful response and to adequately prepare for any hearing.

c.  <u>Additional Issues</u>: Defendants are not clear from the Court's Order [Doc. 263] whether the Court intends for the defendants to be present for any hearing on the Government's Sealed Motion for Protective Order. To the extent the Court intends to conduct this hearing without the defendants being present, we object. The defendants have important interests at stake and the scope and nature of any Protective Order will greatly impact how each individual defendant will be able to participate in his own defense. Accordingly, each defendant should be present for any hearing on these issues and the defendants hereby object to proceeding without their being present.

Further, the defendants object to the Court limiting defense arguments to only two attorneys. Although we are not privy to the Court's thinking, it appears that the Court may believe that the interests of all the defendants are identical. The defendants

5

understand and appreciate that the Court has no appetite to hear twenty-four attorneys make the same arguments; however, to the extent any party has a position that is different from those of his co-defendants that party should not be silenced by a rule that only two attorneys may speak.

Finally, given the speed with which this matter was scheduled for hearing, it is nearly impossible for defense counsel to make arrangements to be present. Indeed, at the time the Court Order issued [Doc. 263], defense counsel had not yet received Court authorization to travel. Such authorization has now been granted [Doc. 268]; however, there is still not sufficient time to clear calendars and make travel plans in order to be present for hearing on February 8, 2016. Because the Court has a limited number of phone lines available for attorneys to call-in for the hearing, the inability of counsel to make arrangements to be present on February 8, 2016 is not cured by the Court's offer to allow counsel to appear telephonically.

d.      <u>Attempt to confer</u>:  Undersigned counsel attempted to confer with the Assistant United States Attorneys regarding this motion. Defense counsel sent an email to the Assistant United States Attorneys assigned to this case and has not yet received a response. Because a hearing in this matter is scheduled for tomorrow morning, this motion is filed without consulting with government counsel.

WHEREFORE, based on the foregoing it is respectfully requested that:

- The hearing currently scheduled for Monday February 8, 2016 be vacated;

- The defendants be given until February 12, 2016 to file any response to the Government's Sealed Motion for Protective Order;

- A hearing on the Government's Sealed Motion for Protective Order, and any other matter properly before the Court, be schedule as expeditiously as possible but not before February 16, 2016;

- Arrangements be made for all defendants to be present at such hearing.

DATED:  February 7, 2016.

Respectfully submitted,

 */s/ Brock Benjamin*
Brock Benjamin
Richard Sindel
Attorneys for Joe Gallegos (2)

 */s/ Cori Harbour-Valdez*
Patrick Burke
Cori Harbour-Valdez
Attorneys for Edward Troup (3)

 */s/ Jason Bowles*
Joseph Green
Jason Bowles
Attorneys for Billy Garcia (5)

 */s/ Orlando Mondragon*
Orlando Mondragon
Attorneys for Christopher Chavez (8)

*/s/ Nathan Chambers*
Nathan Chambers
Noel Orquiz
Attorneys for Javier Alonso (9)

*/s/ Billy Blackburn*
Billy Blackburn
Attorney for Arturo Garcia (10)

*/s/ Larry Hammond*
Larry Hammond
Margaret Strickland
Attorneys for Jerry Montoya (14)

*/s/ Jacqueline K. Walsh*
Jacqueline K. Walsh
Steven Almanza
Attorneys for Timothy Martinez (16)

*/s/ David Lindsey*
David Lindsey
Mary Stillinger
Attorneys for Mauricio Varela (17)

*/s/ Amy E. Jacks*
Amy E. Jacks
Richard Jewkes
Attorneys for Daniel Sanchez (18)

*/s/ Theresa Duncan*
Theresa Duncan
Marc M. Lowry
Attorneys for Anthony Ray Baca (21)

*/s/ Amy Sirignano*
Amy Sirignano
Attorney for Christopher Garcia (24)

**CERTIFICATE OF SERVICE**

I hereby certify that on 7th day of February, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send electronic notification of such filing to the following:

Maria Ysabel Armijo, AUSA
maria.armijo@usdoj.gov
Randy M Castellano, AUSA
randy.castellano@usdoj.gov
United States Attorney's Office
Criminal
555 S. Telshor, Suite 300
Las Cruces, NM 88011
Phone: 575-522-2304
Fax: 575 522-2391
*Attorneys for the United States*

No counsel listed to date
*Counsel for Angel DeLeon*

Brock Benjamin
Benjamin Law Firm
747 E. San Antonio, Suite 203
El Paso, TX 79901
Phone: (915) 412-5858
Fax: (915) 503-2224
brock@brockmorganbenjamin.com
&
Richard Sindel
Sindel, Sindel & Noble, P.C.
8000 Maryland Avenue, Suite 350
Clayton, MO 63105
Phone: (314) 721-6040
Fax: (314) 721-8545
rsindel@sindellaw.com
*Counsel for Joe Gallegos*

Cori Ann Harbour-Valdez
The Harbour Law Firm, PC
PO Box 13268
El Paso, TX 79913
Phone: 915-544-7600

Fax: 915-975-8036
cori@harbourlaw.net
&
Patrick J. Burke
Patrick J. Burke, P.C.
999 18th Street, Suite 2055
Denver, Colorado 80202
Phone: (303) 825-3050
Fax: 303-825-2992
Patrick-j-burke@msn.com
*Counsel for Edward Troup*

Russell Dean Clark
P.O. Box 576
Suite 4
Las Cruces, NM 88004
Phone: 575-526-9000
Fax: 575-526-9800
russelldeanclark@gmail.com
*Counsel for Leonard Lujan*

Jason Bowles
Bowles Law Firm
PO Box 25186
Albuquerque, NM 87125-5186
Phone: 505-217-2680
Fax: 505-217-2681
jason@Bowles-Lawfirm.com
&
Joseph Libory Green
The Law Firm of Joseph Green, L.L.C.
1 McBride & Sons Center Drive,
Suite 225A
Chesterfield, MI 63005
Phone: 636-532-6600
joe@josephgreenlaw.com
*Counsel for Billy Garcia*

Robert J. Gorence
Gorence & Oliveros PC
1305 Tijeras NW
Albuquerque, NM 87102
Phone:  505-244-0214
Fax: 505-244-0888
gorence@golaw.us
&
David A. Lane
Killmer, Lane & Newman, LLP
1543 Champa Street
Suite 400
Denver, CO 80202
Phone: 303-571-1000
Fax: 303-571-1001
dlane@kln-law.com
*Counsel for Eugene Martinez*

Jeffrey C Lahann
Post Office Box 16682
Las Cruces, NM 88004
Phone: 575-523-4394
Fax: 1-888-694-7241
jeff@lahannlaw.com
&
Phillip A. Linder
Linder & Associates
3500 Maple Avenue, Suite 400
Dallas, TX 75219
Phone: 214-252-9900
Fax: 214-252-9902
phillip@thelinderfirm.com
*Counsel for Allen Patterson*

Orlando Mondragon
1028 Rio Grande
El Paso, TX 79902
Phone: 915-566-8181
Fax: 915-566-9696
mondragonom@att.net
*Counsel for Christopher Chavez*

Noel Orquiz
P.O. Box 971
Deming, NM 88031
Phone: 575-546-4131

Fax: 575-546-8406
norq@zianet.com
&
Nathan D. Chambers
Nathan D. Chambers, LLC
999 18th Street, Suite 2055
Denver, Colorado 80202
Phone: (303) 825-2222
Fax: (303) 825-4010
nchambers@nathanchamberslaw.com
*Counsel for Javier Alonso*

Billy R. Blackburn
1011 Lomas Blvd. NW
Albuquerque, NM 87102
Phone: 505-242-1600
Fax: 505-243-6279
Billy@BBlackburnlaw.com
*Counsel for Arturo Arnulfo Garcia*

Jerry Daniel Herrera
620 Roma Avenue, NW
Albuquerque, NM 87102
Phone: 505.262.1003
Fax: 505.246.2668
jd@jdherreralaw.com
&
Stephen E. Hosford
Stephen E. Hosford, P.C.
PO Box 420
Arrey, NM 87930
Phone: (575) 644-6068
sehosford@gmail.com
*Counsel for Benjamin Clark*

Pedro Pineda
P.O. Box 13447
Las Cruces, NM 88013
Phone: 575-644-6419
Fax: 575-993-5300
lawyer19742003@yahoo.com
*Counsel for Ruben Hernandez*

Gary Mitchell
Mitchell Law Office
PO Box 2460

Ruidoso, NM 88345
Phone: 575-257-3070
Fax: 575-257-3171
gmitchell@zianet.com
*Counsel for Jerry Armenta*

Larry A. Hammond
Osborn Maledon PA
2929 N Central Ave.,
Suite 210
Phoenix, AZ 85012-2794
Phone: (602) 640-9361
Fax: 640-6076
lhammond@omlaw.com
&
Margaret Strickland
McGraw & Strickland
165 West Lucero Ave.
Las Cruces, NM 88005
Phone: 575-323-1529
Fax: 575-680-1200
Margaret@lawfirmnm.com
*Counsel for Jerry Montoya*

Santiago David Hernandez
Law Office of Santiago D. Hernandez
1219 E. Missouri
El Paso, TX 79902
Phone: 915-351-4300
Fax: 915-351-4372
santilawyer@gmail.com
*Counsel for Mario Rodriguez*

Steven Lorenzo Almanza
PO Box 1660
Las Cruces, NM 88004
Phone: (575) 524-8312
Fax: (575) 526-6449
steven.l.almanza@gmail.com
&
Jacqueline K. Walsh
Walsh & Larranaga
705 2nd Ave., #501
Seattle, WA 98104
Phone: (206) 325-7900
Fax: (206) 322-4305

jackie@jamlegal.com
*Counsel for Timothy Martinez*

Mary Stillinger
4911 Alameda Ave
El Paso, TX 79905
Phone: (915) 775-0705
Fax: (915) 886-7178
stillingerlaw@sbcglobal.net
&
David Lindsey
7887 East Belleview Ave., Suite 1100
Englewood, CO 80111
Phone: (303) 228-2270
david@mdavidlindsey.com
*Counsel for Mauricio Varela*

Richard Jewkes
Richard Jewkes
701 N. Saint Vrain St
El Paso, TX 79902
Phone: (915) 534-7400
Fax: (915)534-7407
richardjewkes@sbcglobal.net
&
Amy E. Jacks
Law Office of Amy E. Jacks
315 E. 8th St. #801
Los Angeles, CA 90014
Phone: 213-489-9025
Fax: 213-489-9027
amyejacks@sbcglobal.net
*Counsel for Daniel Sanchez*

George A Harrison
1990 E Lohman, Suite 121
Las Cruces, NM 88001
Phone: 575-993-5965
ghlaw707@gmail.com
*Counsel for Gerald Archuleta*

B.J. Crow
Crow Law Firm
400 N. Pennsylvania Ave.
Suite 1150
Roswell, NM 88201

Phone: 575-291-0200
Fax: 575-291-0201
bj@crow-law-firm.com
*Counsel for Conrad Villegas*

Marc M Lowry
Rothstein, Donatelli, Hughes,
Dahlstrom & Schoenburg, LLP
500 4th Street N.W. Suite 400
Albuquerque, NM 87102
Phone: (505) 243-1443
Fax: (505) 242-7845
mlowry@rothsteinlaw.com
&
Theresa M Duncan
515 Granite NW
Albuquerque, NM 87102
Phone: (505) 842-5196
Fax: (505) 750-9780
teri@duncanearnest.com
*Counsel for Anthony Ray Baca*

Charles McElhinney
Johnson & McElhinney, P.C.
P.O. Box 413
Las Cruces, NM 88004
Phone: 575-993-5963
Fax: 575-993-5964
cjm.jmclawfirm@gmail.com
*Counsel for Robert Martinez*

Marcia J. Milner
P.O BOX 450
Las Cruces, NM 88001
575-523-2696
Fax: 575-523-2699
maalaw4@gmail.com
*Counsel for Roy Paul Martinez*

Amy Sirigano
Law Office of Amy Sirignano, PC
5901J Wyoming Blvd. NE
Suite 250
Albuquerque, NM 87109
505.242.2770
Fax: 505.242.2774
Email: amy@abqnmlaw.com
*Counsel for Christopher Garcia*

/s Nathan Chambers