IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

      Plaintiff,

   vs.                                                     No. 15-cr-4268 KG

ANGEL DELEON, et. al.,

      Defendants.

UNOPPOSED MOTION FOR PROTECTIVE ORDER CONCERNING ALL
DEFENDANTS' PROFESSIONAL VISITS AND CORRESPONDENCE

EXHIBIT 1

| NAME OF DEFENDANT | COUNSEL FOR DEFENDANT | CURRENT LOCATION OF DEFENDANT |
|---|---|---|
| Joe Gallegos (2) | Brock Benjamin<br>Richard Sindel | Otero County Prison Facility |
| Edward Troup (3) | Patrick Burke<br>Cori Harbour-Valdez | Otero County Prison Facility |
| Leonard Lujan (4) | Russell Dean Clark | Otero County Prison Facility |
| Billy Garcia (5) | Jason Bowles<br>Joseph Libory Green | Otero County Prison Facility |
| Eugene Martinez (6) | Robert Gorence<br>David Lane | Otero County Prison Facility |
| Allen Patterson (7) | Jeffrey C. Lahann<br>Phillip Linder | Otero County Prison Facility |
| Christopher Chavez (8) | Orlando Mondragon | Otero County Prison Facility |
| Javier Alonso (9) | Nathan Chambers<br>Noel Orquiz | Otero County Prison Facility |
| Arturo Garcia (10) | Billy Blackburn | Otero County Prison Facility |
| Benjamin Clark (11) | Jerry Daniel Herrera<br>Stephen E. Hosford | WNMCF (Grants) |
| Ruben Hernandez (12) | Pedro Pineda | WNMCF (Grants) |
| Jerry Armenta (13) | Gary Mitchell | WNMCF (Grants) |
| Jerry Montoya (14) | Larry Hammond<br>Margaret Strickland | Otero County Prison Facility |

| NAME OF DEFENDANT | COUNSEL FOR DEFENDANT | CURRENT LOCATION OF DEFENDANT |
|---|---|---|
| Mario Rodriguez (15) | Santiago David Hernandez | Otero County Prison Facility |
| Timothy Martinez (16) | Steven Almanza<br>Jacqueline Walsh | Otero County Prison Facility |
| Mauricio Varela (17) | David Lindsey<br>Mary Stillinger | Otero County Prison Facility |
| Daniel Sanchez (18) | Amy E. Jacks<br>Richard Jewkes | Otero County Prison Facility |
| Gerald Archuleta (19) | George A. Harrison | Dona Ana Adult Detention Center |
| Conrad Villegas (20) | B.J. Crow | Otero County Prison Facility |
| Anthony Ray Baca (21) | Theresa Duncan<br>Marc M. Lowry | Dona Ana Adult Detention Facility |
| Robert Martinez (22) | Charles J. McElhinney | Western New Mexico Correctional Facility |
| Roy Paul Martinez (23) | Marcia Milner | PNM (Santa Fe) |
| Christopher Garcia (24) | Amy Sirignano | Otero County Prison Facility |