UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

      Plaintiff,

vs.                                                                No. CR 15-4268 KG

ANGEL DELEON, et al.,

      Defendants.

SEALED NOTICE OF HEARING

BY DIRECTION OF THE HON. KENNETH J. GONZALES, DISTRICT JUDGE:

      A hearing on *United States' Sealed Motion for Protective Order (Doc. 260)* and *Defendants' Joint Motion for Protective Order Concerning All Defendants' Professional Visits and Correspondence* (Doc. 277) is set for **THURSDAY, MARCH 3, 2016, AT 1:30 PM**.

      Please be advised that only one attorney for each defendant is REQUIRED for this hearing, although all counsel may participate. Counsel within 100-mile radius of courthouse shall be present in-person.   All other counsel shall participate telephonically.   No later than 1:15 PM, those participating telephonically shall call 1-888-398-2342 and use access code 9614892 to be joined to the roll call.   Individual defendants presence not necessary.   FRCP 43(b)(3).

      In view of the joint nature of the defense briefings, defense counsel shall designate one attorney to speak on behalf of the defense as to each motion (Doc. 260 and Doc 277).   Please notify chambers no later than 5:00 pm (Mountain) Wednesday, March 2, 2016, with the name(s) of designated attorney(s).

      Notwithstanding the designation referenced above, all counsel participating will be afforded an opportunity to voice argument on behalf of respective client as necessary.   Toward

this end, and to ensure a fair and orderly process, the Court will call on defense counsel in the order their client appears in the caption of the Indictments 15-cr-4268, 15-cr-4269, and 15-cr-4275.

_____
CLERK OF COURT

Inquiries regarding this setting should be directed to Theresa A. Hall, Judicial Assistant to the Honorable Kenneth J. Gonzales at (575) 528-1641.