IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

 Plaintiff,

vs.                  Cr. No.  15-4268 KG

EUGENE MARTINEZ and

CHRISTOPHER GARCIA, et al.,

 Defendant,

And

UNITED STATES OF AMERICA,

 Plaintiff,

vs.                  Cr. No. 15-4275 KG

CHRISTOPHER GARCIA,

 Defendant.

## ORDER TO SHOW CAUSE

 This matter comes before the Court *sua sponte*.  Attorney Robert Gorence currently represents Defendant Eugene Martinez in Cr. No. 15-4268 KG as court-appointed counsel.  Mr. Gorence previously represented Defendant Eugene Martinez's co-Defendant Christopher Garcia in *United States v. Christopher Garcia*, Cr. No. 06-1347 JP and *State v. Christopher Garcia*, D-202-CR-2008-2342.  In light of the foregoing,

 IT IS ORDERED that

 1.  Mr. Gorence shall appear telephonically before the Court on March 11, 2016, at 10:00 a.m., to show cause why he should not withdraw from his representation of Defendant Eugene

Martinez in Cr. No. 15-4268 KG and why new counsel should not be substituted to represent Defendant Eugene Martinez;

    2.  Mr. Gorence's co-counsel, David Lane, and Attorney Amy Sirignano, counsel for Defendant Christopher Garcia in Cr. No. 15-4268 KG and Cr. No. 15-4275 KG, shall also appear telephonically; and

    3.  Counsel are to call (505) 348-2354 to appear telephonically before the Court.

_____
UNITED STATES DISTRICT JUDGE