IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.   Crim. No. 15-4268 KG

EUGENE MARTINEZ and
CHRISTOPHER GARCIA, et al.,

    Defendants

And

UNITED STATES OF AMERICA,

    Plaintiff,

vs.   Crim. No. 15-4275 KG

CHRISTOPHER GARCIA,

    Defendant.

## ORDER UNSEALING CERTAIN DOCUMENTS

This matter comes before the Court upon the request by counsel at the March 22, 2016, hearing on the Order to Show Cause, filed on March 9, 2016, and the United States' *Ex Parte* Sealed Motion Regarding Attorney Conflict, filed on March 10, 2016, to unseal certain documents. (Docs. 304 and 306), filed in Cr. No. 15-4278 KG; (Doc. 42), filed in Cr. No. 15-4275 KG. Present at the March 22, 2016, hearing were Robert Gorence; Amy Sirignano, counsel for Defendant Christopher Garcia; Defendant Eugene Martinez; and Defendant Christopher Garcia. David Lane, learned counsel for Defendant Eugene Martinez, appeared telephonically. Also present at the hearing were Assistant United States Attorney Maria Armijo along with the case agents. Counsel agree to unseal

1.  the United States' *Ex Parte* Sealed Motion Regarding Attorney Conflict (Doc. 306), filed in Cr. No. 15-4268 KG, with the exception of Government Exhibit 3 (Doc. 306-3), filed in Cr. No. 15-4268 KG; and

2. the Response to United States' *Ex Parte* Sealed Motion Regarding Attorney Conflict (Doc. 306), (Doc. 319), filed in Cr. No. 15-4268 KG.

IT IS, THEREFORE, ORDERED that, with the exception of (Doc. 306-3), filed in Cr. No. 15-4268 KG, the above documents are unsealed.

_____
UNITED STATES DISTRICT JUDGE