FILED
UNITED STATES DISTRICT COURT
LAS CRUCES, NEW MEXICO

MAR 2 3 2016

MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                                    CRIMINAL NO. 15-4268 KG

ANGEL DELEON, et al.

    Defendant.

**ORDER EXTENDING TIME TO RESPOND TO DEFENDANTS' BRIEF REGARDING "PROTECTIVE ORDERS" FOR MATERIALS OBTAINED FROM SOURCES OTHER THAN THE GOVERNMENT (DOC. 302) AND DEFENDANT DANIEL SANCHEZ'S REPLY REGARDING COURT'S ABILITY TO SUBJECT MATERIALS OBTAINED INDEPENDENTLY OF THE COURT'S PROCESS TO COURT'S PROTECTIVE ORDER (DOC 315)**

THIS MATTER came before the Court on the unopposed motion of the United States of America requesting an Order extending time within which to file responses to Defendants' Brief Regarding "Protective Orders" For Materials Obtained From Sources Other Than The Government (Doc. 302) and Defendant Daniel Sanchez's Reply Regarding Court's Ability To Subject Materials Obtained Independently Of The Court's Process To Court's Protective Order (Doc 315), and the Court having reviewed said request and being otherwise fully advised in the premises, finds that the request is well-taken and should be granted.

**IT IS THEREFORE ORDERED** that the United States shall have until Wednesday, March 30, 2016, to file a responses to Defendants' Brief Regarding "Protective Orders" For Materials Obtained From Sources Other Than The Government (Doc. 302) and Defendant Daniel Sanchez's Reply Regarding Court's Ability To Subject Materials Obtained Independently Of The

Court's Process To Court's Protective Order (Doc 315).   The request is granted.

_____
KENNETH J. GONZALES
UNITED STATES DISTRICT JUDGE