IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CRIMINAL NO. 15-4268 KG |
| | ) | |
| vs. | ) | |
| | ) | |
| **BILLY GARCIA,** | ) | |
| | ) | |
| Defendant. | ) | |

**UNITED STATES' UNOPPOSED MOTION TO
EXTEND DEADLINE TO FILE NOTICE**

The United States of America hereby files this unopposed motion to extend the time in which to file its notice detailing when the United States Attorney's Office (USAO) first became involved in prosecuting the defendants in this case or any other cases. Docs. 331, 338. As grounds, the United States asserts the following:

1. The United States began its inquiry into any files in which the Defendants were investigated by the USAO pursuant to this Court's order.

2. A "not in court matter" (investigative) file has been identified under the name of one of the charged defendants that was opened in 2008. That file was a different file than the one that was opened on March 31, 2015 by AUSA Armijo that led to the instant cases.

3. The United States needs additional time to locate the physical 2008 file to determine its contents, as well as the complete nature of that investigation.

4. Additionally, the United States needs additional time to review FBI reports during the pertinent time period.

5. The United States will provide this Court, *Ex Parte*, internal documents related to that file for the Court's *in camera* inspection on today's date. It is the USAO's position that these documents are privileged work product of the USAO.

6. Defense counsel, James A. Castle, does not oppose the United States' request for an extension of time within which to file its Notice.

WHEREFORE, the United States respectfully requests that the Court extend the deadline for filing the Notice of Investigation in the USAO until April 1, 2016.

> Respectfully Submitted,
>
> DAMON P. MARTINEZ
> United States Attorney
>
> *Electronically filed on 3/25/2016*
> MARIA Y. ARMIJO
> RANDY M. CASTELLANO
> Assistant United States Attorneys
> 555 S. Telshor Blvd., Suite 300
> Las Cruces, NM   88011
> (575) 522-2304 – Tel.
> (575) 522-2391 – Fax

I HEREBY CERTIFY that I electronically
filed the foregoing with the Clerk of the
Court using the CM/ECF system which
will send electronic notification to defense
counsel of record on this date.

/s/
MARIA Y. ARMIJO
Assistant United States Attorney