FILED
UNITED STATES DISTRICT COURT
LAS CRUCES, NEW MEXICO

MAR 2 8 2016

MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,    )
                             )
    Plaintiff,                )
                             )
        v.                    )   NO.   CR-15-4268 KG
                             )
BILLY GARCIA,                )
                             )
    Defendant.                )

## ORDER GRANTING MOTION TO EXTEND DEADLINE TO FILE NOTICE

THIS MATTER having come before the Court on the unopposed motion of the United States of America for an Order extending the deadline to file its notice regarding investigation, and the Court being fully advised in the premises, FINDS that the motion is well-taken and should be granted.

IT IS THEREFORE ORDERED that the United States' motion for an extension of time is GRANTED. The United States shall have until April 1, 2016, to file its notice regarding investigation.

KENNETH J. GONZALES
UNITED STATES DISTRICT JUDGE