**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

UNITED STATES OF AMERICA,

Plaintiff,

v. CR No. 15-4268-JB

1. ANGEL DE LEON,
2. **JOE GALLEGOS**,
3. **EDWARD TROUP**,
4. LEONARD LUJAN,
5. **BILLY GARCIA**,
6. EUGENE MARTINEZ,
7. **ALLEN PATTERSON**,
8. CHRISTOPHER CHAVEZ,
9. **JAVIER ALONSO**,
10. **ARTURO ARNULFO GARCIA**,
11. BENJAMIN CLARK,
12. RUBEN HERNANDEZ,
13. JERRY ARMENTA,
14. JERRY MONTOYA,
15. MARIO RODRIGUEZ,
16. **TIMOTHY MARTINEZ**,
17. MAURICIO VARELA,
18. **DANIEL SANCHEZ**,
19. GERALD ARCHULETA,
20. CONRAD VILLEGAS,
21. **ANTHONY BACA**,
22. ROBERT MARTINEZ,
23. ROY MARTINEZ, and
24. **CHRISTOPHER GARCIA**,

Defendants.

**MOTION FOR ORDER AUTHORIZING RESTRICTED ACCESS TO DOCKET NO. 360**

Defendants, Joe Gallegos, Edward Troup, Billy Garcia, Allen Patterson, Javier Alonso, Arturo Arnulfo Garcia, Timothy Martinez, Daniel Sanchez, Anthony Baca, and

Christopher Garcia, through counsel, move pursuant to Local Rule 49.4 and Section 9(h) of the CM/ECF Administrative Procedures Manual for an Order authorizing Docket 360 to be filed as a restricted access document. Docket No. 360 should be filed under restricted access for the following reasons:

1. Docket No. 360 is a response to the Government's filing at Docket No. 358. The Government filed Docket No. 358 as a restricted access document with the document being accessible only to the case participants but not to the public.[1] Inasmuch as Docket No. 360 is a response to a restricted access filing (Docket No. 358), access to Docket No. 360 should also be restricted.

2. As additional grounds, Docket No. 360 contains multiple references to discovery that is subject to a Protective Order. In order to preserve the confidentiality required by the Protective Order, Docket No. 360 should be filed as a restricted document pursuant to Section 9 (h)(2)(B) of the CM/ECF Administrative Procedures Manual (accessible by all case participants but not the public).

3. Counsel conferred with Assistant United States Attorney Maria Armijo. She is not opposed to the instant motion nor the relief requested herein.

WHEREFORE, based on the foregoing, it is respectfully requested that the Court order that Docket No. 360 be filed as a restricted document pursuant to Section 9

[1] As has been its practice in this case, the Government filed Docket No. 358 as a restricted access filing with obtaining Court approval as required by the Local Rules of this Court and by Section 9(h) of the CM/ECF Administrative Procedures Manual. *See* Defendant's Motion for Order Directing the United States to Comply with Court Rules and for Fundamental Due Process [Doc. 342].

(h)(2)(B) of the CM/ECF Administrative Procedures Manual (accessible by all case participants but not the public).

DATED: April 18, 2016.

Respectfully submitted,

s/*Brock Benjamin*
Brock Benjamin
Benjamin Law Firm
747 E. San Antonio, Suite 203
El Paso, TX 79901
Phone: (915) 412-5858
Fax: (915) 503-2224
brock@brockmorganbenjamin.com
&
Richard Sindel
Sindel, Sindel & Noble, P.C.
8000 Maryland Avenue, Suite 350
Clayton, MO 63105
Phone: (314) 721-6040
Fax: (314) 721-8545
rsindel@sindellaw.com
*Counsel for Joe Gallegos*

s/*Cori A. Harbour-Valdez*
Cori Ann Harbour-Valdez
The Harbour Law Firm, PC
P.O. Box 13268
El Paso, TX 79913
Phone: 915-544-7600
Fax: 915-975-8036
cori@harbourlaw.net
&
Patrick J. Burke
Patrick J. Burke, P.C.
999 18th Street, Suite 2055
Denver, CO 80202
Phone: (303) 825-3050
Fax: 303-825-2992
Patrick-j-burke@msn.com
*Counsel for Edward Troup*

s/*James A. Castle*
James A. Castle
Castle & Castle, P.C.
1544 Race Street
Denver, CO 80206
Phone: (303) 675-0500
Fax: (303) 329-5500
jcastlelaw@gmail.com
&
Robert R. Cooper
Robert R. Cooper Law Firm, P.C.
1011 Lomas Blvd NW
Albuquerque, NM 87102
Phone: 505-842-8494
Fax: 505-243-6279
bob@rrcooper.com
*Counsel for Billy Garcia*

s/*Jeffrey C. Lahann*
Jeffrey C. Lahann
The Lahann Law Firm
P.O. Box 16682
Las Cruces, NM 88004
Phone: 575-523-4394
Fax: 1-888-694-7241
jeff@lahannlaw.com
&
Phillip A. Linder
Linder & Associates
3500 Maple Avenue, Suite 400
Dallas, TX 75219
Phone: 214-252-9900
Fax: 214-252-9902
phillip@thelinderfirm.com
*Counsel for Allen Patterson*

s/*Nathan D. Chambers*
Nathan D. Chambers
Nathan D. Chambers, LLC
999 18th Street, Suite 2055
Denver, CO 80202
Phone: (303) 825-2222
Fax: (303) 825-4010
nchambers@nathanchamberslaw.com

&
Noel Orquiz
P.O. Box 971
Deming, NM 88031
Phone: 575-546-4131
Fax: 575-546-8406
norq@zianet.com
*Counsel for Javier Alonso*

s/ *Billy R. Blackburn*
Billy R. Blackburn
1011 Lomas Blvd. NW
Albuquerque, NM 87102
Phone: 505-242-1600
Fax: 505-243-6279
Billy@BBlackburnlaw.com
*Counsel for Arturo Arnulfo Garcia*

s/*Jacqueline K. Walsh*
Jacqueline K. Walsh
Walsh & Larranaga
705 2nd Ave., #501
Seattle, WA 98104
Phone: (206) 325-7900
Fax: (206) 322-4305
jackie@jamlegal.com
&
Steven Lorenzo Almanza
P.O. Box 1660
Las Cruces, NM 88004
Phone: (575) 524-8312
Fax: (575) 526-6449
steven.l.almanza@gmail.com
*Counsel for Timothy Martinez*

s/*Amy E. Jacks*
Amy E. Jacks
Law Office of Amy E. Jacks
315 E. 8th St. #801
Los Angeles, CA 90014
Phone: 213-489-9025
Fax: 213-489-9027
amyejacks@sbcglobal.net
&

Richard Jewkes
Attorney at Law
701 N. Saint Vrain St.
El Paso, TX 79902
Phone: (915) 534-7400
Fax: (915)534-7407
richardjewkes@sbcglobal.net
*Counsel for Daniel Sanchez*

s/*Marc M. Lowry*
Marc M. Lowry
Rothstein, Donatelli, Hughes,
Dahlstrom & Schoenburg, LLP
500 4th Street N.W. Suite 400
Albuquerque, NM 87102
Phone: (505) 243-1443
Fax: (505) 242-7845
mlowry@rothsteinlaw.com
&
Theresa M. Duncan
515 Granite NW
Albuquerque, NM 87102
Phone: (505) 842-5196
Fax: (505) 750-9780
teri@duncanearnest.com
*Counsel for Anthony Ray Baca*

s/*Amy Sirignano*
Amy Sirignano
Law Office of Amy Sirignano, PC
5901J Wyoming Blvd. NE
Suite 250
Albuquerque, NM 87109
Phone: 505.242.2770
Fax: 505.242.2774
Email: amy@abqnmlaw.com
*Counsel for Christopher Garcia*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 18, 2016, I caused the instant motion to be filed with the Clerk of the Court using the CM/ECF system that will serve all other parties entitled to service and notice.

s/*Cori A. Harbour-Valdez*___
Cori A. Harbour-Valdez