AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 15-CR-4268 JB |
| ANTHONY RAY BACA | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   ANTHONY RAY BACA                                                                                     ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☑ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Count 7: 18 U.S.C. § 1959(a)(1): Violent Crimes in Aid of Racketeering (Murder); 18 U.S.C. § 2: Aiding and Abetting;

Counts 6, 9, and 10:  18 U.S.C. § 1959(a)(5): Violent Crimes in Aid of Racketeering (Conspiracy to Murder);

Count 8: 18 U.S.C. § 1959(a)(6): Violent Crimes in Aid of Racketeering (Conspiracy to Commit Assault Resulting in Serious Bodily Injury);

Date:   04/21/2016

*Issuing officer's signature*

City and state:   Las Cruces, New Mexico

Matthew J. Dykman, CLERK
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*