IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                                                                              No. CR 15-4268 JB

1.    ANGEL DE LEON,
2.    **JOE GALLEGOS**,
3.    **EDWARD TROUP**,
4.    LEONARD LUJAN,
5.    **BILLY GARCIA**,
6.    EUGENE MARTINEZ,
7.    **ALLEN PATTERSON**,
8.    CHRISTOPHER CHAVEZ,
9.    **JAVIER ALONSO**,
10.  **ARTURO ARNULFO GARCIA**,
11.  BENJAMIN CLARK,
12.  RUBEN HERNANDEZ,
13.  JERRY ARMENTA,
14.  JERRY MONTOYA,
15.  MARIO RODRIGUEZ,
16.  **TIMOTHY MARTINEZ**,
17.  MAURICIO VARELA,
18.  **DANIEL SANCHEZ**,
19.  GERALD ARCHULETA,
20.  CONRAD VILLEGAS,
21.  **ANTHONY BACA**,
22.  ROBERT MARTINEZ,
23.  ROY MARTINEZ, and
24.  **CHRISTOPHER GARCIA**,

        Defendants.

## ORDER GRANTING DEFENDANTS' UNOPPOSED JOINT MOTION REGARDING DOC. 360

This matter is before the Court on Defendants' Unopposed Joint Motion for an Order authorizing Docket No. 360 to be filed as a Restricted Access Document. The Court having reviewed Defendants' motion, having been advised that Assistant U.S. Attorney Maria Armijo

does not oppose this motion, and having been advised that counsel for all remaining Defendants do not oppose this motion, except counsel for Eugene Martinez, who take no position; the Court thus being fully advised in the premises finds that Defendants' motion is well-taken and should be granted.

    IT IS HEREBY ORDERED that Defendants' Unopposed Joint Motion for an Order authorizing Docket No. 360 to be filed as a Restricted Access Document is GRANTED.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:

/s/ *Cori A. Harbour-Valdez*
CORI A. HARBOUR-VALDEZ
Attorney for Defendant Edward Troup