# CLERK'S MINUTES OF ARRAIGNMENT

Date: **5/4/2016**　　　　　Judge: **WORMUTH**　　　　　Clerk: **K. SOLIS**

USA vs. **ANTHONY RAY BACA**　　　　　　　　　CR No. **15-4268 JB**
Deft present with counsel: **MARC LOWRY** ☒ Appt'd.　☐ Ret'd.

U.S. represented by: **MARIA ARMIJO/RANDY CASTELLANO, AUSAs**
Name of Interpreter: **N/A**

Court in Session: **2:11 – 2:13 P.M./2:22 – 2:26 P.M. (6 MIN)**
Liberty: **LCR-SIERRA BLANCA**

☐ Defendant not present　　☐ Bench warrant issued
☐ Waiver of Appearance at Arraignment and Entry of Not Guilty Plea submitted and approved in Open Court

**Court asked the Defendant:**
☐　Name　　　☐ Extent of education/schooling　　　☐ Age
☐　Whether defendant has any medical or mental health issues or concerns
☒　Whether defendant has received a copy of **SUPERSEDING INDICTMENT**
☒　Whether defendant has had time to consult with his/her attorney
☐　Whether defendant wants Indictment/Information read in open court
☒　Whether defendant will waive the reading of Indictment/Information
☒　Whether defendant is ready to plead

☒　Defendant entered a **NOT GUILTY** plea to all counts
☒　Matter referred to District Judge
☒　Counsel ordered to file any motions by:
　　**SCHEDULING/DISCOVERY ORDER TO BE ENTERED BY DISTRICT JUDGE**
☒　Case assigned to:
　　　☒　**JUDGE BROWNING**
☒　Trial set on trailing docket commencing: **TO BE SET**
☐　Defendant requested psychiatric examination; Motion to be filed.
☒　Defendant to remain in custody
☐　Defendant advised to file motion to reconsider
☐　Penalty for failure to appear explained
☐　Discovery Order entered
☐　Unseal Case
☐　First appearance of Defendant
☒　Other: **AUSA ARMIJO NOTES FOR THE RECORD THAT THE NEXT OF KIN TO THE VICTIM IS PRESENT IN THE COURTROOM TODAY.**