AO 442 (Rev. 11/11) Arrest Warrant

FILED
U.S. DISTRICT COURT
DISTRICT OF NEW MEXICO

2016 MAY -9 AM 11:56
CLERK-LAS CRUCES

# UNITED STATES DISTRICT COURT
для the
District of New Mexico

| United States of America | ) |
|---|---|
| v. | ) |
| ANTHONY RAY BACA | ) Case No. 15-CR-4268 JB |
| | ) |
| | ) |
| | ) |
| Defendant | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   ANTHONY RAY BACA                                                                       ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment        ☒ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☐ Complaint
☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

Count 7: 18 U.S.C. § 1959(a)(1): Violent Crimes in Aid of Racketeering (Murder); 18 U.S.C. § 2: Aiding and Abetting;

Counts 6, 9, and 10: 18 U.S.C. § 1959(a)(5): Violent Crimes in Aid of Racketeering (Conspiracy to Murder);

Count 8: 18 U.S.C. § 1959(a)(6): Violent Crimes in Aid of Racketeering (Conspiracy to Commit Assault Resulting in Serious Bodily Injury);

Date:   04/21/2016

*Issuing officer's signature*

City and state:   Las Cruces, New Mexico         Matthew J. Dykman, CLERK
*Printed name and title*

### Return

This warrant was received on *(date)* 4.21.16 , and the person was arrested on *(date)* 5.4.16
at *(city and state)* LAS CRUCES, NM .

Date:   5-4-16

*Arresting officer's signature*

BRYAN ACEE, FBI SA
*Printed name and title*