IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CRIMINAL NO. 15-4268 JB |
| | ) | |
| vs. | ) | |
| | ) | |
| **ANGEL DELEON, et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

**UNITED STATES' RESPONSE TO DEFENDANTS' JOINT MOTION
FOR EXPEDITED BRIEFING AS TO JOINT MOTION FOR
RECONSIDERATION OF THE PROTECTIVE ORDER AND
REQUEST FOR HEARING ON JUNE 2, 2016 (DOC. 542)**

The United States of America responds to Defendants' Joint Motion for Expedited Briefing as to Joint Motion for Reconsideration of the Protective Order and Request for Hearing on June 2, 2016 (Doc. 542).

The Defendant's Joint Motion for Reconsideration of the Protective Order (Doc. 541) was filed after 9:00 p.m. on May 23, 2016.   The United States response is currently due on June 6, 2016.   However, the Unites States will file its response on June 1, 2016 thus allowing this matter to be argued on June 2, 2016.

WHEREFORE, based upon the above, the United States does not oppose filing its response on an expedited basis.

Respectfully Submitted,

DAMON P. MARTINEZ
United States Attorney

***Electronically filed on 5/26/2016***
MARIA Y. ARMIJO
RANDY M. CASTELLANO
Assistant United States Attorneys
555 S. Telshor Blvd., Suite 300
Las Cruces, NM   88011
(575) 522-2304 – Tel.
(575) 522-2391 – Fax

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification to defense counsel of record on this date.

/s/
MARIA Y. ARMIJO
Assistant United States Attorney