

SNM cases: No. 15-CR-4268, 15-CR-4269, 15-CR-4275 and 16-CR-1613
Cori A. Harbour-Valdez
to:
K'Aun Wild
06/09/2016 08:28 AM
Cc:
"Armijo, Maria (USANM)", "Castellano, Randy (USANM)", "Beck, Matthew (USANM)", Amy Sirignano
Hide Details
From: "Cori A. Harbour-Valdez" <charbour@harbourlaw.net>
To: "K'Aun Wild" <k'aun_wild@nmcourt.fed.us>
Cc: "Armijo, Maria (USANM)" <maria.armijo@usdoj.gov>, "Castellano, Randy (USANM)" <Randy.Castellano@usdoj.gov>, "Beck, Matthew (USANM)" <matthew.beck2@usdoj.gov>, Amy Sirignano <amy@abqnmlaw.com>

Good morning, K'Aun,
I have reached out to all counsel in the SNM cases on Judge Browning's request re: Brady/Giglio review. No one voiced opposition to Judge Browning performing review of such materials and making rulings on the disclosure. Please let me know if you have any questions or concerns.
Thank you,
Cori


*Cori A. Harbour-Valdez*
THE HARBOUR LAW FIRM, P.C.
P.O. Box 13268
El Paso, Texas 79913
T: 915.544.7600
F: 915.975.8036

*Licensed in Texas & New Mexico*

**Texas *SuperLawyer* 2008-2015**

P Please consider the environment before printing this email.

CONFIDENTIALITY NOTICE: This email and its attachments are for the personal and confidential use of the named recipient(s) only and are intended, to the fullest extent permitted by law, to be privileged and confidential as an attorney-client communication and/or work product. If you are not an intended recipient, or an agent responsible for delivering it to an intended recipient, you have received this email in error. In that event, please (i) immediately notify me by reply email, (ii) do not review, copy, save, forward, or print this email or any of its attachments, and (iii) immediately delete and/or destroy this email and its attachments and all copies thereof. Thank you.

click below to report this message as spam
for K\'Aun_Wild@nmcourt.fed.us
report this as spam

