UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JUN 27 2016

MATTHEW J. DYKMAN
CLERK

UNITED STATES OF AMERICA,

Plaintiff,

vs.

Case No. 15 CR 4268 JB

ANGEL DELEON, *et. al.*,

Defendants.

### ORDER GRANTING JOINT MOTION FOR EXPEDITED BRIEFING (DOC. 542)

THIS MATTER having come before the Court on the Defendants' Joint Motion for Expedited Briefing as to Joint Motion for Reconsideration of the Protective Order and Request for Hearing on June 2, 2016, (Doc. 542); the Court having reviewed said Motion and the United States Response to Defendants' Joint Motion for Expedited Briefing as to Joint Motion for Reconsideration of the Protective Order and Request for Hearing on June 2, 2016, (Doc. 551); the Court having been informed the United States does not oppose an expedited briefing schedule as to Defendants' Joint Motion for Expedited Briefing as to Joint Motion for Reconsideration of the Protective Order and Request for Hearing on June 2, 2016, (Doc. 542) and the United States agrees it will file its response on or before June 1, 2016, such that the matter may be heard at the hearing on June 2, 2016; the Court having been informed the Defendants' Joint Motion for Expedited Briefing as to Joint Motion for Reconsideration of the Protective Order and Request for Hearing on June 2, 2016 (Doc. 542) is not opposed and having determined said Motion is well-taken and should be granted;

IT IS HEREBY ORDERED that the Defendants' Joint Motion for Expedited

1

Briefing as to Joint Motion for Reconsideration of the Protective Order and Request for Hearing on June 2, 2016 (Doc. 542) is granted.

IT IS FURTHER ORDERED that the United States shall file its Response to the Defendants' Joint Motion for Reconsideration of the Protective Order (Doc. 541) on or before June 1, 2016.

IT IS FURTHER ORDERED that the Defendants' Joint Motion for Reconsideration of the Protective Order (Doc. 541) shall be heard by the Court at the previously scheduled June 2, 2016, hearing.

_____
JAMES O. BROWNING
U.S. DISTRICT COURT JUDGE

*[Handwritten note:] The United States does not oppose this motion & order.*
*JB 6/27/16*