| | |
|---|---|
| **From:** | Armijo, Maria (USANM) |
| **Received:** | Thu 8/18/2016 4:32 PM |
| **To:** | Jim Gmail |
| **Cc:** | Castellano, Randy (USANM); cc: Cori A. Harbour-Valdez; Amy Jacks; Billy Blackburn; BMB Law; Cori A. Harbour-Valdez; Larry Hammond; Marc Lowry; Margaret Strickland; Nate Chambers; Noel Orquiz; Patrick J Burke; Richard Jewkes; Robert Cooper; Ryan Villa; Theresa Duncan; Ahmad Assed; Beck, Matthew (USANM); Castillo, Roxane (USANM) 1 |
| **Subject:** | RE: U.S. ve Deleon, et al 15-cr-4268 |

Discovery is on-going – so even when we finish that, there may be something else that comes in –

As we told Theresa, we have completed the vast majority of our discovery and will be constantly sending in things as we receive them.

---

**From:** Jim Gmail [mailto:jcastlelaw@gmail.com]
**Sent:** Thursday, August 18, 2016 4:28 PM
**To:** Armijo, Maria (USANM)
**Cc:** Castellano, Randy (USANM); cc: Cori A. Harbour-Valdez; Amy Jacks; Billy Blackburn; BMB Law; Cori A. Harbour-Valdez; Larry Hammond; Marc Lowry; Margaret Strickland; Nate Chambers; Noel Orquiz; Patrick J Burke; Richard Jewkes; Robert Cooper; Ryan J. Villa; Theresa Duncan; Ahmad Assed; Beck, Matthew (USANM); Castillo, Roxane (USANM) 1
**Subject:** Re: U.S. ve Deleon, et al 15-cr-4268

Thank you for your prompt response. Will the government notify us when that final review and any concomitant disclosure is completed?

Sent from my iPhone

On Aug 18, 2016, at 4:19 PM, Armijo, Maria (USANM) <Maria.Armijo@usdoj.gov> wrote:

> Mr. Castle,
>
> We are going through some CDs that we believe are duplicates and don't need to be disclosed, as well as two notebooks that may be duplicates. Other than that – we have disclosed everything we have to date and will disclose items as we receive them.
>
> Thanks – Maria
>
> **From:** James Castle [mailto:jcastlelaw@gmail.com]
> **Sent:** Thursday, August 18, 2016 1:34 PM
> **To:** Armijo, Maria (USANM); Castellano, Randy (USANM); cc: Cori A. Harbour-Valdez; Amy Jacks; Billy Blackburn; BMB Law; Cori A. Harbour-Valdez; Larry Hammond; Marc Lowry; Margaret Strickland; Nate Chambers; Noel Orquiz; Patrick J Burke; Richard Jewkes; Robert Cooper; Ryan J. Villa; Theresa Duncan; Ahmad Assed
> **Subject:** U.S. ve Deleon, et al 15-cr-4268
>
> Dear Ms. Armijo and Mr. Castellano,
>
> Attached please find a letter regarding discovery in the above captioned case. Your prompt attention to this request would be appreciated.
>
>
> James Castle
> Castle & Castle, P.C.
> 1544 Race Street
> Denver, CO 80206
> (303) 675-0500
> email: jcastlelaw@gmail.com

*This electronic message is confidential and is intended only for the use of the individual to whom it is addressed. The information may also be legally privileged. This transmission is sent in trust, for the sole purpose of delivery to the intended recipient. If you have received this transmission in error, you are hereby notified that any use, dissemination, distribution or reproduction of this*

*transmission is strictly prohibited. If you are not the intended recipient, please immediately notify me by electronic message or telephone at 303-675-0500, and delete the message from your system.*

Case 2:15-cr-04268-JB   Document 676-1   Filed 09/07/16   Page 2 of 2