IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

      Plaintiff,

v.                                                                                            No. 15-CR-4268-JB

ANGEL DE LEON, et. al,

      Defendant(s).

## NOTICE OF UNAVAILABILITY

COMES NOW C. J. McElhinney, Esq., appointed counsel for the Defendant and provides notice that he will be unavailable November 1, 2016, through November 15, 2016, and unavailable December 1, 2016, through December 4, 2016.

                                        Respectfully Submitted,

                                        McELHINNEY LAW FIRM LLC


                                        /s/ C. J. McElhinney
                                        C. J. McElhinney
                                        Attorney for the Defendant
                                        P.O. Box 1945
                                        Las Cruces, NM 88004
                                        (575) 288-1989


## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing pleading was electronically delivered via CM/ECF electronic delivery to all counsel of record on this 7th day of September, 2016.

                                        /s/ C. J. McElhinney