IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

v.                                        NO.  15-CR-4268-JB

**ANGEL DELEON, et al.,**

        **Defendants.**

### UNOPPOSED NOTICE TO WITHDRAW DOC. 680 AND DOC. 682

COMES NOW, defendant Christopher Garcia, by and through co-counsel Amy Sirignano, of the Law Office of Amy Sirignano, PC, and Christopher W. Adams, of the Law Office of Christopher W. Adams, PC, and joined by defendants Joe Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Christopher Chavez, Javier Alonso, Arturo Arnulfo Garcia, Benjamin Clark, Ruben Hernandez, Jerry Armenta, Jerry Montoya, Mauricio Varela, Daniel Sanchez, Anthony Ray Baca, Robert Martinez, Carlos Herrera, Rudy Perez, Santos Gonzalez, Paul Rivera, and Shauna Gutierrez by their respective counsel, and files their Unopposed Notice to Withdraw the following documents:

1. *Nunc Pro Tunc* Motion to Continue the October 4, 2016, Trial Setting, and Related Scheduling Order (Doc. 680);

2. Unopposed Motion to Withdraw *Nunc Pro Tunc* Motion to Continue the October 4, 2016, Trial Setting, and Related Scheduling Order (Doc. 682).

                                            Respectfully submitted,

                                            /s
                                            Amy Sirignano, Esq.
                                            Law Office of Amy Sirignano, PC
                                            5901J Wyoming Blvd. NE #250
                                            Albuquerque, NM  87109
                                            (505) 242-2770
                                            (505) 242-2774 facsimile
                                            amy@abqnmlaw.com

    /s                            
Christopher W. Adams, Esq.
The Law Office of Christopher W. Adams, PC
102 Broad Street, Suite C
Charleston SC 29401-2276
(843) 577-2153
(877) 883-9114 facsimile
chris@chrisadamslaw.com
*Attorneys for Christopher Garcia*

*/s Brock Benjamin*
Brock Benjamin
Richard Sindel
*Attorneys for Joe Gallegos*

*/s Cori A. Harbour-Valdez*
Cori A. Harbour
Patrick J. Burke
*Attorneys for Edward Troup*

*/s Russell Dean Clark*
Russell Dean Clark
*Attorney for Leonard Lujan*

*/s James Castle*
James Castle
Robert Cooper
*Attorneys for Billy Garcia*

*/s Orlando Mondragon*
Orlando Mondragon
*Attorney for Christopher Chavez*

*/s Nathan Chambers*
Nathan Chambers
Noel Orquiz
*Attorneys for Javier Alonso*

*/s Billy Blackburn*
Billy Blackburn
*Attorney for Arturo Arnulfo Garcia*

*/s Steve Hosford*
Steve Hosford
J.D. Herrera
*Attorneys for Benjamin Clark*

2

*/s Pedro Pineda*
Pedro Pineda
*Attorney for Ruben Hernandez*

*/s Gary Mitchell*
Gary Mitchell
*Attorney for Jerry Armenta*

*/s Margaret Strickland*
Margaret Strickland
Larry Hammond
*Attorneys for Jerry Montoya*

*/s Mary Stillinger*
Mary Stillinger
Joe Spencer
*Attorneys for Mauricio Varela*

*/s Amy Jacks*
Amy Jacks
Richard Jewkes
*Attorneys for Daniel Sanchez*

*/s Theresa M. Duncan*
Theresa M. Duncan
Marc Lowry
*Attorneys for Anthony Ray Baca*

*/s C.J. McElhinney*
C.J. McElhinney
*Attorney for Robert Martinez*

*/s Michael Davis*
Michael Davis
*Attorney for Carlos Herrera*

*/s Ryan Villa*
Ryan Villa
*Attorney for Rudy Perez*

*/s Erlinda Johnson*
Erlinda Johnson
*Attorney for Santos Gonzalez*

*/s Keith Romero*
Keith Romero
*Attorney for Paul Rivera*

                                                */s Angela Arellanes*
                                                Angela Arellanes
                                                *Attorney for Shauna Gutierrez*

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on this 14th day of September, 2016, I electronically transmitted the attached document to the Clerk's office using the CM/ECF system for filing and service to all CM/ECF registrants.

                                                  *S/Cori A. Harbour-Valdez*
                                                  Cori A. Harbour-Valdez