IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

v.   No. 2:15-CR-04268-JB

ANGEL DELEON, et. al.,

    Defendant.

**NOTICE OF JOINDER TO DEFENDANTS' JOINT MOTION TO CONTINUE THE OCTOBER 4, 2016, TRIAL SETTING, AND RELATED SCHEDULING ORDER**

COMES NOW, the Accused, Allen Patterson, and files this Notice of Joinder to join Defendants' Unopposed Joint Motion to Continue October 4, 2016, Trial Setting, filed on September 13, 2016.

    Respectfully submitted,

    */s/Jeff Lahann*
    Jeff Lahann
    665 E. University Ave.
    Las Cruces, NM 88005
    575-523-4394

*Electronically filed SEPTEMBER 15, 2016*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 15, 2016 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to counsel of record.

    */s/Jeff Lahann*
    Jeff Lahann