| FD-1023 | **FEDERAL BUREAU OF INVESTIGATION**<br>CHS REPORTING DOCUMENT |  |
|---|---|---|

## HEADER

**Source ID:** ▮▮▮▮▮▮
**Date:** 02/11/2016
**Case Agent Name:** NEALE, THOMAS
**Field Office/Division:** Albuquerque
**Squad:** CRIM

## SOURCE REPORTING

**Date of Contact:** 02/09/2016

**List all present including yourself (do not include the CHS):**
SA T. Neale, SA B. Acee, SA J. Sainato, TFO Mark Myers, Laura Dailey, Matthew Chance, Sergio Sapien, Ronald Martin

**Type of Contact:** In Person

    **Country:** UNITED STATES
    **City:** Albuquerque
    **State:** New Mexico

**Date of Report:** 02/11/2016

| Substantive Case File Number |
|---|
| 281D-AQ-6239655 |

U.S. v.   DELEON, ET AL.   3308

| FD-1023 | **FEDERAL BUREAU OF INVESTIGATION**<br>CHS REPORTING DOCUMENT |  |
|---|---|---|

**Check here if additional reporting is in Echo**
No

**Source Reporting:**
On 2/9/2016, Confidential Human Source (CHS) ▓▓▓▓ met with Federal Bureau of Investigation (FBI) Special Agents (SA) T. Neale, B. Acee, J. Sainato, Task Force Officers (TFO) Mark Myers, Laura Dailey, Matthew Chance, S. Sapien, and R. Martin at the Albuquerque Division of the FBI. The CHS provided the following information:

The CHS was brought into the Sindicato de Nuevo Mexico (SNM) Gang by Billy BACA, AKA "DUKE," Gerald ARCHULETA, AKA "STYX," Joe GORDON, and Netavio GARCIA, AKA "DAFFY."

Rudy PEREZ, AKA "Ru-Dog" assisted in the killing of Javier MOLINA; PEREZ provided his walker to make shanks that were used in the murder.

Jesse SOSA has an aunt that lives or works in Las Cruces and has been providing information about the whereabouts of SNM members.

The CHS knows Geraldine HERRERA, the mother of Carlos HERRERA, AKA "LAZY." Geraldine is a well-known narcotics trafficker with ties to the Juarez Cartel; the CHS went to her to establish a source of supply but she directed him to her son, "SHORTY." The CHS taught Geraldine how to conceal Suboxone strips in mail and send them into prison facilities. The wives of Carlos and Anthony Ray BACA, AKA "PUP," regularly met to coordinate smuggling narcotics into prison and passing messages amongst SNM members.

The RASCON brothers were in bad standing with the SNM and were ordered to kill Freddie SANCHEZ; the "paperwork" on SANCHEZ was delivered by "CHEECH." "WENO" and "HUERO TROUP" saw that the RASCON brothers were taking too long and killed SANCHEZ.

The CHS believes that had the FBI case not transpired when it did, BACA would have reorganized the SNM and return it to its' former glory. BACA'S plan was to create a hierarchy within SNM that consisted of the "19%" (true, seasoned SNM members), or "Zia Mono," Carnales, and "Zia Keeskee" (phonetic), or prospects. BACA wanted to divide New Mexico into four "rayos" - each consisting of four counties - that would be managed by "Captains." Greg CHACON was supposed to take a "Captain" spot over Albuquerque, but CHACON decided he wanted to commit robberies and pay "homage" to SNM leadership. Instead, Chris GARCIA assumed the "Captain" position, which caused turmoil between GARCIA and Freddie QUINTANA.

Willie ROMERO, AKA "DEMON," lives in Belen, New Mexico and smuggles narcotics into federal penitentiaries for the SNM.

Shawn URAL, ALA "SHAWN SHAWN" lives near the ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ in Albuquerque.

In July or August of 2005, Chris GARCIA called the CHS and told him to look in the newspaper for a report that ANTHONY APODECA, AKA "Popeye" had been killed. The CHS and other SNM members began to plan for retaliation and met at a funeral home. GARCIA subsequently informed the CHS and others not to seek retaliation, on orders from Gerald ARCHULETA, because APODECA "needed to go." Netavio GARCIA later told the CHS that he gave APODECA a "hotshot" of heroin provided by Chris GARCIA.

In 2005 Cipriano GARCIA and the Los Carnales gang tried to kill SNM member Robert SHANKS AKA "SHANKY." In retaliation, SHANKS gave GARCIA a fatal "hotshot."

**SIGNATURE**

| | | |
|---|---|---|
| Submitted By | TNEALE (THOMAS NEALE) | Tue, 16 Feb 2016 16:38:05 -0700 |
| First Level Approved By | skchavez (Sonya Chavez) | Wed, 17 Feb 2016 09:13:05 -0700 |