FD-302 (Rev. 5-8-10)

- 1 of 2 -

OFFICIAL RECORD

## FEDERAL BUREAU OF INVESTIGATION

Date of entry   09/18/2015

On September 17, 2015, Jerry ARMENTA, date of birth ███████ was interviewed at the United States Attorney's Office in Las Cruces, New Mexico. Individuals present at the interview were Special Agent (SA) Bryan Acee and SA Joseph Sainato of the Federal Bureau of Investigation (FBI), District of New Mexico Assistant United States Attorney Maria Amrijo, Dona Ana County Deputy District Attorneys Daniel Dougherty and Davis Ruark, and Ruben Archuleta, Daniel Blanco, Chris Cupid, Ron Martin and Sergio Sapien of the New Mexico Department of Corrections. After being advised of the identity of the interviewing Agents and the nature of the interview, ARMENTA provided the following information:

ARMENTA was brought into the Syndicato Nuevo Mexico (SNM) gang in 2005 by Michael ARMANDARES, when ARMENTA intervened in an altercation in which ARMANDARES was being attacked by 8 members of the Surenos gang. Validated SNM members who voted for ARMENTA's membership were James JOKUM (sp), Sam SILVA, Gerald ARCHULETA, Michael ARMANDARES and Frank GONZALES.

Gerald "Styx" ARCHULETA told Michael ASTORGA the only way for him to get back in good standing with the SNM again was to kill a police officer. ASTORGA later murdered Deputy James McGrane of Bernalillo County Sheriff's Office. This act made ASTORGA "good" again in many SNM members' eyes, to include ARMENTA. At the time of this interview, ARCHULETA was in Tennessee but was still in good standing within the SNM and maintained a leadership position.

Benjamin CLARK confessed to ARMENTA that he was present when Edward "Huero" TROUP strangled "Fred-Dog."

With regard to the murder of Javier MOLINA, ARMENTA provided the following information:

Investigation on   09/17/2015   at   Las Cruces, New Mexico, United States (In Person)

File #   281D-AQ-6239655                                    Date drafted   09/17/2015

by   Joseph Sainato

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

U.S. v.  DELEON, ET AL.   2249

    Daniel "Dan-Dan" SANCHEZ "called for" the murder after seeing "paperwork" provided by Jesse SOSA, which implicated MOLINA as an informant in a case in which SOSA was a co-defendant with MOLINA. The "paperwork" was a police report which contained statements made by MOLINA. The report was obtained by Anthony Ray "Pup" BACA in the Northern New Mexico Correctional Facility and was passed to the Southern New Mexico Correctional Facility by Lupe URQUIZO and Archie VARELA, who in turn passed the report to Daniel SANCHEZ, Timothy "Red" MARTINEZ and Mario "Blue" RODRIGUEZ.

    SANCHEZ gave ARMENTA the order to carry out the murder because he needed to "put in work" for the SNM, and threatened to have ARMENTA killed if he refused. On March 7, 2015, SANCHEZ instructed ARMENTA to go to Mario RODRIGUEZ's cell, where RODRIGUEZ provided ARMENTA with a shank he had made and showed ARMENTA how to use it. RODRIGUEZ and Timothy MARTINEZ entered MOLINA's cell under the guise of using heroin together. Once inside, MARTINEZ choked MOLINA to the point of unconsciousness. MARTINEZ and RODRIGUEZ then left the cell and Jerry "Plazz" MONTOYA and ARMENTA entered the room and began stabbing MOLINA. MOLINA regained consciousness while being stabbed, got up and ran from his cell down to the lower level. MONTOYA and ARMENTA gave chase and stabbed him several more times. Throughout the attack, Daniel SANCHEZ sat at table he knew to be within view of a camera, so as to avoid implication, however he yelled something to the effect of "Get him! Get him!" during the chase.

    After the attack, Jerry MONTOYA threw the shank he had used in the stabbing up onto the upper level, where it was recovered by Mario RODRIGUEZ. RODRIGUEZ then hid the shank in the showers.

    With regard to the SNM call for murder of Greg Marcantel and Dwayne Santistevan, ARMENTA provided the following information:

    While ARMENTA was in "X pod" with Robert MARTINEZ, Robert MARTINEZ told ARMENTA that he put out the "hit order" under the orders of Roy MARTINEZ. ARMENTA believes the reasoning behind the hit order was due to the fact that SNM members have been "locked down" for too long.

Index:

[redacted]

**Filing and Security**

UNCLASSIFIED

| | |
|---|---|
| Primary Case: | 281D-AQ-6239655 |
| Case Title: | (U) Operation Atonement; Syndicato de Nuevo Mexico; Violent Prison Gang |
| Serial Number: | 142 |
| Serialized: | 09/18/2015 |
| Category: | Full Investigation |
| Initiated: | 04/02/2015 |
| Restrict to FBI Only: | Yes |
| Justification: | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ |

**Details**

| | |
|---|---|
| Document Title: | (U) 9/17/15 Interview of Jerry ARMENTA |
| Drafted Date: | 09/17/2015 |
| Type of Activity: | Interview |
| Methods: | In Person |
| Investigation On: | 09/17/2015 |
| At: | Las Cruces, New Mexico, United States |
| Details: | (U) |

On September 17, 2015, Jerry ARMENTA, date of birth ▓▓▓▓▓▓▓▓ was interviewed at the United States Attorney's Office in Las Cruces, New Mexico. Individuals present at the interview were Special Agent (SA) Bryan Acee and SA Joseph Sainato of the Federal Bureau of Investigation (FBI), District of New Mexico Assistant United States Attorney Maria Amrijo, Dona Ana County Deputy District Attorneys Daniel Dougherty and Davis Ruark, and Ruben Archuleta, Daniel Blanco, Chris Cupid, Ron Martin and Sergio Sapien of the New Mexico Department of Corrections. After being advised of the identity of the interviewing Agents and the nature of the interview, ARMENTA provided the following information:

ARMENTA was brought into the Syndicato Nuevo Mexico (SNM) gang in 2005 by Michael ARMANDARES, when ARMENTA intervened in an altercation in which ARMANDARES was being attacked by 8 members of the Surenos gang. Validated SNM members who voted for ARMENTA's membership were James JOKUM (sp), Sam SILVA, Gerald ARCHULETA, Michael ARMANDARES and Frank GONZALES.

Gerald "Styx" ARCHULETA told Michael ASTORGA the only way for him to get back in good standing with the SNM again was to kill a police officer. ASTORGA later murdered Deputy James McGrane of Bernalillo County Sheriff's Office. This act made ASTORGA "good" again in many SNM members' eyes, to include ARMENTA. At the time of this interview, ARCHULETA was in Tennessee but was still in good standing within the SNM and maintained a leadership position.

Benjamin CLARK confessed to ARMENTA that he was present when Edward "Huero" TROUP strangled "Fred-Dog."

With regard to the murder of Javier MOLINA, ARMENTA provided the following information:

Daniel "Dan-Dan" SANCHEZ "called for" the murder after seeing "paperwork" provided by Jesse SOSA, which implicated MOLINA as an informant in a case in which SOSA was a co-defendant with MOLINA. The "paperwork" was a police report which contained statements made by MOLINA. The report

was obtained by Anthony Ray "Pup" BACA in the Northern New Mexico Correctional Facility and was passed to the Southern New Mexico Correctional Facility by Lupe URQUIZO and Archie VARELA, who in turn passed the report to Daniel SANCHEZ, Timothy "Red" MARTINEZ and Mario "Blue" RODRIGUEZ.

SANCHEZ gave ARMENTA the order to carry out the murder because he needed to "put in work" for the SNM, and threatened to have ARMENTA killed if he refused. On March 7, 2015, SANCHEZ instructed ARMENTA to go to Mario RODRIGUEZ's cell, where RODRIGUEZ provided ARMENTA with a shank he had made and showed ARMENTA how to use it. RODRIGUEZ and Timothy MARTINEZ entered MOLINA's cell under the guise of using heroin together. Once inside, MARTINEZ choked MOLINA to the point of unconsciousness. MARTINEZ and RODRIGUEZ then left the cell and Jerry "Plazz" MONTOYA and ARMENTA entered the room and began stabbing MOLINA. MOLINA regained consciousness while being stabbed, got up and ran from his cell down to the lower level. MONTOYA and ARMENTA gave chase and stabbed him several more times. Throughout the attack, Daniel SANCHEZ sat at table he knew to be within view of a camera, so as to avoid implication, however he yelled something to the effect of "Get him! Get him!" during the chase.

After the attack, Jerry MONTOYA threw the shank he had used in the stabbing up onto the upper level, where it was recovered by Mario RODRIGUEZ. RODRIGUEZ then hid the shank in the showers.

With regard to the SNM call for murder of Greg Marcantel and Dwayne Santistevan, ARMENTA provided the following information:

While ARMENTA was in "X pod" with Robert MARTINEZ, Robert MARTINEZ told ARMENTA that he put out the "hit order" under the orders of Roy MARTINEZ. ARMENTA believes the reasoning behind the hit order was due to the fact that SNM members have been "locked down" for too long.

Index:



**1A/1C Packages**

Package 1A60

| | |
|---|---|
| Summary: | (U) Interview notes. |
| Acquired By: | Joseph Sainato |
| Acquired On: | 09/17/2015 |
| Receipt Given: | No |
| Attachments: | UNCLASSIFIED<br>(U) Interview notes.<br>Physical Record |

**Indexing**

| Display Name | Enterprise Role | Entity Role | Entity Type | US Person |
|---|---|---|---|---|
| Jerry ARMENTA | CASE INDEX | Reference | PERSON | Unknown |



**Routing**

Drafted by: Joseph Sainato

Approved by: SSA SONYA K. CHAVEZ

Distribution: AQ-CRIM (OST)