| | |
|---|---|
| **From:** | Armijo, Maria (USANM) |
| **Received:** | Wed 9/14/2016 2:40 PM |
| **To:** | Ryan Villa |
| **Cc:** | Castellano, Randy (USANM) |
| **Subject:** | Re: USA v. DeLeon- request to disclose CI |
| **File:** | Perez, Rudy (2:15-cr-04268-JB) |

We will not reveal it at this time.

Sent from my iPhone

On Sep 14, 2016, at 2:37 PM, Ryan Villa <ryan@rjvlawfirm.com<mailto:ryan@rjvlawfirm.com>> wrote:

Maria,

I'm requesting you disclose the CHS identified in this document to me pursuant to the Court's protective order or any other additional protective order you deem necessary.  Please let me know if you will disclose the CHS or not, so I can file a motion with the Court.

Thank you.


Ryan J. Villa

The Law Office of Ryan J. Villa
2501 Rio Grande Blvd NW Suite A
Albuquerque, NM 87104
Office: 505-639-5709
Fax:   505-433-5812
Email: ryan@rjvlawfirm.com<mailto:ryan@rjvlawfirm.com>
<DISC 3308-3309.Redacted.FBI FD 1023 re interview of CHS on 2-9-16.pdf>

Ryan Villa                                                                                                           Printed: Mon 9/19/2016 12:13 PM