IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | )  CRIMINAL NO. 15-4268 JB |
| | ) |
| vs. | ) |
| | ) |
| **JERRY MONTOYA,** | ) |
| **MARIO RODRIGUEZ,** | ) |
| **TIMOTHY MARTINEZ,** | ) |
| **DANIEL SANCHEZ,** | ) |
| **ANTHONY RAY BACA,** | ) |
| **CARLOS HERRERA, and** | ) |
| **RUDY PEREZ,** | ) |
| | ) |
| Defendants. | ) |

**UNITED STATES' MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION TO COMPEL DISCOVERY [DOC. 668]**

The United States of America moves this Court under D.N.M.LR-Cr. 47.8(a) for an extension of time in which to file its response to Defendants' Motion to Compel Discovery [Doc. 668] ("Discovery Motion").

1. On September 1, 2016, Defendants filed their Discovery Motion.

2. Additional time is needed to complete the United States response.

The United States, under D.N.M.LR-Cr. 47.1, sought the position of counsel for Defendants who joined in the motion.   Counsel for Defendants Montoya, Rodriguez, Martinez, Sanchez and Herrera do not oppose.   Counsel for Defendants Baca and Perez have not responded to the United States' inquiry on their position.

**WHEREFORE**, the United States respectfully requests that this Court grant the United States an extension of time in which to file its response to Defendants' Motion to Compel Discovery, (Doc. 668), until September 30, 2016.

Respectfully Submitted,

DAMON P. MARTINEZ
United States Attorney

*Electronically filed on 9/30/16*
MARIA Y. ARMIJO
RANDY M. CASTELLANO
MATTHEW M. BECK
Assistant United States Attorneys
555 S. Telshor Blvd., Suite 300
Las Cruces, NM   88011
(575) 522-2304 – Tel.

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification to defense counsel of record on this date.

/s/_____
MARIA Y. ARMIJO
Assistant United States Attorney