UNITED STATES Clerk of Courts
District of New Mexico
333 Lomas Blvd NW
Albuquerque, New Mexico 87102

James Verdream                              October 3, 2016
BOP #26270-408
P.C.I Terre Haute
P.O. Box 33
Terre Haute, IN 47808

US Prosecutor office   US Prosecutor office

I'm writing to you for the reason of the S-NM that is on Trial right now there are a couple of still ~~_____~~ alot out there I would like to talk to you. You can contact my Case Manger Colbertson or the S is here or my Cousin Edward he will talk to you

Sincerely Yours,

James Verde

R4D
10/12/16

rec'd. 10-11-16

James Verdream 24276-408
FCI Terre Haute
P.O. Box 33
Terre Haute, IN 47808

CR-14-1175-J JH

INDIANAPOLIS IN 460
03 OCT 2016 PM 4 L

RECEIVED
OCT 06 2016
At Albuquerque NM

JFG/ MATTHEW J. DYKMAN
CLERK

MAIL

UNITED STATES DISTRICT COURT
District of New Mexico-Clerk of Courts
333 Lomas Blvd NW
Albuquerque, New Mexico
87102

87102-227470

Legal Mail