1              IN THE UNITED STATES DISTRICT COURT

2                FOR THE DISTRICT OF NEW MEXICO

3      UNITED STATES OF AMERICA,

4           Plaintiff,

5           VS.                         CR. NO. 15-4268 JB

6      ANGEL DELEON, et al.,

7           Defendants.

8

9           Transcript of Motion Proceedings before
       The Honorable James O. Browning, United States
10     District Judge, Albuquerque, Bernalillo County,
       New Mexico, commencing on October 4, 2016.
11

12     For the Government:  Ms. Maria Armijo; Mr. Matthew
       Beck; Mr. Randy Castellano
13
       For the Defendants:  Mr. Brock Benjamin; Ms. Cori
14     Harbour-Valdez; Mr. Patrick Burke; Mr. Jim Castle;
       Mr. Robert Cooper; Mr. Dean Clark; Mr. James Lahann;
15     Mr. Orlando Mondragon; Mr. Noel Orquiz; Mr. Nathan
       Chambers; Mr. Billy Blackburn; Mr. Jerry Daniel
16     Herrera; Mr. Pedro Pineda; Mr. Jack Mkhitarian; Mr.
       Larry Hammond; Ms. Margaret Strickland; Mr. Steven
17     Almanza; Ms. Mary Stillinger; Ms. Amy Jacks;
       Mr. B. J. Crow; Mr. Marc Lowry; Ms. Amy Sirignano;
18     Mr. Michael Davis; Mr. Doug Couleur; Mr. Santiago
       Hernandez; Mr. Ryan Villa; Ms. Justine Fox-Young; Mr.
19     Donovan Roberts; Ms. Erlinda Johnson; Mr. Keith
       Romero; Ms. Angela Arellanes
20

21     For the Defendants via phone:  Mr. Chris Adams; Mr.
       Gary Mitchell
22

23

24

25

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              THE COURT:  Good morning everyone.  I
 2    appreciate almost everybody being here.  We'll try to
 3    work through that here in a minute.
 4              All right.  The Court will call United
 5    States of America versus Angel DeLeon, Criminal
 6    Matter No. 15-CR-4268 JB.
 7              If counsel will enter their appearances for
 8    the Government.
 9              MS. ARMIJO:  Good morning, Your Honor.
10    Maria Armijo and Randy Castellano and Matthew Beck on
11    behalf of the United States.
12              THE COURT:  All right.  Ms. Armijo, Mr.
13    Castellano, and Mr. Beck, good morning to you.
14              Let's see.  For Defendant Edward Troup?
15              MS. HARBOUR-VALDEZ:  Good morning, Your
16    Honor.  Cori Harbour-Valdez and Pat Burke on behalf
17    of Edward Troup.  And we're ready to proceed.
18              THE COURT:  All right.  Ms. Harbour-Valdez,
19    Mr. Burke, good morning to you.
20              Let's get Defendant Joe Lawrence Gallegos.
21              MR. BENJAMIN:  Good morning, Your Honor.
22    Brock Benjamin on behalf of Mr. Gallegos.
23              THE COURT:  Mr. Benjamin, good morning to
24    you.
25              And for Defendant Leonard Lujan?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1            MR. CLARK:  Good morning, Your Honor.  Dean

 2   Clark on behalf of Mr. Lujan.

 3            THE COURT:  All right.  Mr. Clark, good

 4   morning to you.

 5            And for Defendant Billy Garcia?

 6            MR. COOPER:  Good morning, Your Honor.  Bob

 7   Cooper and Jim Castle for Mr. Garcia.

 8            THE COURT:  All right.  Mr. Cooper,

 9   Mr. Garcia, Mr. Castle, good morning to you.

10            And for Defendant Eugene Martinez?

11            MR. COULEUR:  Good morning, Your Honor.

12   Doug Couleur for Eugene Martinez.

13            THE COURT:  All right.  Mr. Couleur, Mr.

14   Martinez, good morning to you.

15            And for Defendant Allen Patterson?

16            MR. LAHANN:  Good morning, Your Honor.

17   Jeff Lahann on behalf of Mr. Allen Patterson.

18            THE COURT:  All right.  Mr. Lahann,

19   Mr. Patterson, good morning to you.

20            And for Defendant Christopher Chavez?

21            MR. MONDRAGON:  Good morning, Your Honor.

22   Orlando Mondragon on behalf of Mr. Chavez.

23            THE COURT:  Mr. Mondragon, Mr. Chavez, good

24   morning to you.

25            And for Defendant Javier Alonso?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1          MS. ORQUIZ:  Noel Orquiz and Nathan

2   Chambers for Mr. Alonso.

3          THE COURT:  All right.  Mr. Orquiz,

4   Mr. Chambers, Mr. Alonso, good morning to you.

5          For Defendant Arturo Arnulfo Garcia?

6          MR. BLACKBURN:  Good morning, Your Honor.

7   Billy Blackburn on behalf of Mr. Garcia.

8          THE COURT:  Mr. Blackburn, Mr. Garcia, good

9   morning to you.

10          And for Defendant Benjamin Clark?

11          MR. HERRERA:  Good morning, Your Honor.

12   J.D. Herrera here for Mr. Clark.  My co-counsel,

13   Steve Foster, is in trial in Las Cruces.

14          THE COURT:  All right.  Mr. Herrera, Mr.

15   Clark, good morning to you.

16          And for Defendant Reuben Hernandez?

17          MR. PINEDA:  Good morning, Your Honor.

18   Pedro Pineda for Mr. Hernandez.

19          THE COURT:  Mr. Pineda, Mr. Hernandez, good

20   morning to you.

21          Did Mr. Mitchell come on the phone?

22          MR. MITCHELL:  I have been, Your Honor.

23   Gary Mitchell on behalf of Mr. Armenta.

24          THE COURT:  All right.  Mr. Mitchell, I

25   expected -- and all counsel are here in the

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1    courtroom.  If they had second counsel, I was

 2    allowing them to have second counsel in the

 3    courtroom.  But I didn't excuse any counsel from not

 4    being present with their defendant.  Is there a

 5    reason you're not here today?

 6            MR. MITCHELL:  Judge, I just finished jury

 7    selection in Clovis, Your Honor.  I'm sorry.

 8            THE COURT:  Well --

 9            MR. MITCHELL:  And I should have made it --

10    you know, it was my mistake, my apologies.  Nobody's

11    fault but mine.

12            THE COURT:  All right.  Mr. Mitchell,

13    Mr. Armenta, good morning to you.

14            THE DEFENDANT:  Good morning.

15            THE COURT:  For Defendant Jerry Montoya?

16            MS. STRICKLAND:  Good morning, Your Honor.

17    Margaret Strickland and Larry Hammond for

18    Mr. Montoya.

19            THE COURT:  All right.  Ms. Strickland, Mr.

20    Hammond, and Mr. Montoya, good morning to you.

21            And for Defendant Mario Rodriguez?

22            MR. HERNANDEZ:  Good morning, Your Honor.

23    Santiago Hernandez on behalf of Mr. Rodriguez.

24            THE COURT:  All right.  Mr. Hernandez, Mr.

25    Rodriguez, good morning to you.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1            For Defendant Timothy Martinez?
 2            MR. ALMANZA:  Good morning, Your Honor.
 3    Steve Almanza on behalf of Timothy Martinez.
 4            THE COURT:  All right.  Mr. Almanza, Mr.
 5    Martinez, good morning to you.
 6            And for Defendant Mauricio Varela?
 7            MS. STILLINGER:  Good morning, Your Honor.
 8    Mary Stillinger here for Mauricio Varela.
 9            THE COURT:  All right.  Ms. Stillinger, Mr.
10    Varela, good morning to you.
11            Is Mr. Spencer on the phone, or is he --
12            MS. STILLINGER:  No, I'm just handling this
13    hearing for today.
14            THE COURT:  All right.
15            For Defendant Daniel Sanchez?
16            MS. JACKS:  Good morning, Your Honor.  Amy
17    Jacks on behalf of Mr. Sanchez.  And Mr. Jewkes is
18    not present today.
19            THE COURT:  All right.  Ms. Jacks, Mr.
20    Sanchez, good morning to you.
21            THE DEFENDANT:  Good morning, Your Honor.
22            THE COURT:  Defendant Gerald Archuleta?
23    All right.  He's not here.
24            For Defendant Conrad Villegas?
25            MR. CROW:  Good morning, Your Honor.  B.J.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Crow for Mr. Villegas.

2              THE COURT:  All right.  Mr. Crow, Mr.

3    Villegas, good morning to you.

4              And for Defendant Anthony Ray Baca?

5              MR. LOWRY:  Good morning, Your Honor.  Marc

6    Lowry on behalf of Anthony Ray Baca.  And Ms. Duncan

7    is not here this morning.

8              THE COURT:  All right.  Mr. Lowry, Mr.

9    Baca, good morning to you.

10             THE DEFENDANT:  Good morning, Your Honor.

11             THE COURT:  For -- let's see -- Defendant

12   Christopher Garcia?

13             MS. SIRIGNANO:  Good morning, Your Honor.

14   Amy Sirignano on behalf of Christopher Garcia, with

15   co-counsel Chris Adams appearing telephonically, with

16   our law clerk, Heidi Deifel.

17             THE COURT:  All right.  Ms. Sirignano, Mr.

18   Adams, Ms. Deifel, Mr. Garcia, good morning to you.

19             MR. ADAMS:  Good morning.

20             THE COURT:  For Defendant Carlos Herrera?

21             MR. DAVIS:  Good morning, Judge.  Michael

22   Davis on behalf of Mr. Herrera.  My co-counsel, Carey

23   Bhalla, is trial in Municipal Court in Rio Rancho

24   this morning.

25             THE COURT:  All right.  Mr. Davis, Mr.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

8

1    Herrera, good morning to you.

2              And for Defendant Rudy Perez?

3              MR. VILLA:  Your Honor, Ryan Villa and my

4    proposed co-counsel, Justine Fox-Young, on behalf of

5    Mr. Perez.

6              THE COURT:  All right.  Mr. Villa,

7    Ms. Fox-Young, Mr. Perez, good morning to you.

8              And for Defendant Andrew Gallegos?

9              MR. ROBERTS:  Good morning, Your Honor.

10   Donovan Roberts for Mr. Andrew Gallegos.

11             THE COURT:  All right.  Mr. Roberts, Mr.

12   Gallegos, good morning to you.

13             And for Defendant Santos Gonzalez?

14             MS. JOHNSON:  Good morning, Your Honor.

15   Erlinda Johnson on behalf of Santos Gonzalez, who

16   appears before the Court.

17             THE COURT:  All right.  Ms. Johnson, good

18   morning to you.  Mr. Gonzales, good morning to you.

19             For the Defendant Paul Rivera?

20             MR. ROMERO:  Good morning, Your Honor.

21   Keith Romero on behalf of Mr. Rivera, who appears in

22   custody before you this morning, Judge.

23             THE COURT:  All right.  Mr. Romero, good

24   morning to you.  Mr. Rivera, good morning to you.

25             And Defendant Shauna Gutierrez?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              MS. ARELLANES:  Angela Arellanes for Ms.
 2    Gutierrez, who appears in person.
 3              THE COURT:  All right.  Ms. Arellanes, Ms.
 4    Gutierrez, good morning to you.
 5              Any other counsel on the phone?
 6              All right.  Let me make sure I know --
 7    we've got some overflow in the Vermejo courtroom.
 8    Can the Vermejo courtroom hear.  Mollie, can you --
 9    can everyone hear over there?
10              MS. QUINTANA:  Yes, we can hear you, Your
11    Honor.
12              THE COURT:  All right.  The U.S. Marshals
13    have requested that the attorneys not speak to other
14    defendants.  You, of course, can speak to your
15    clients.  But they request, for security purposes,
16    that you not speak to other defendants during the
17    course of this hearing.  Anybody got a great problem
18    with that request?  Everybody can abide by it?  All
19    right.
20              I have about an 80-page opinion that I was
21    hoping I would get done for today that memorializes
22    everything we did in early June.  I do think it will
23    be out by the end of the week.  I will certainly work
24    hard to try to get that.  But you will get orders,
25    and that's what I intend to get to you.  So it's
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349





BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    relatively close to being finished, but I just

2    couldn't get it done for today.

3            Margaret Strickland has requested that the

4    Court take up her motion, Document 668, first.

5    Ms. Stillinger.  All right.  So any objections to --

6    from the defendants to taking that one up first?

7            All right.  I understand that the parties

8    have --

9            MR. VILLA:  Your Honor?

10           THE COURT:  Yes, Mr. Villa?

11           MR. VILLA:  Your Honor, I just wanted to

12    bring up a preliminary matter that I think applies to

13    all of these motions, is that there are a number of

14    officers in the courtroom from the STIU, who I think

15    are fact witnesses in some of these cases.  And, as

16    we know, there is ongoing investigation being

17    conducted by them to these defendants.  And I think

18    their presence during some of the argument and

19    presentation, which I know some counsel intend to

20    present some evidence and things like that, would be

21    inappropriate, given their status as fact witnesses.

22           THE COURT:  Well, we certainly had that in

23    the -- some issues with that as far as the CJA

24    meeting we had afterwards.  I guess this is an open

25    proceeding.  It's open to the press; it's open to

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    everybody.  I guess I -- what's the objection?  I

2    mean, what would be the basis for excluding people?

3            MR. VILLA:  I guess it's basic

4    sequestration, Your Honor.  I mean, we're talking

5    about people potentially the Government may intend to

6    call either in trial or perhaps in these proceedings.

7    I don't think they're case agents.  I certainly

8    understand if the Government needs their case agents

9    present.  But many of these individuals are not case

10   agents.  And like I said, they're fact witnesses.  I

11   know, technically, the Rule of Exclusion doesn't

12   apply, we're not in trial, but I think the same

13   rationale applies.

14           THE COURT:  Anybody else want to speak on

15   that?

16           MR. BENJAMIN:  Your Honor, Joe Gallegos

17   would join the argument.

18           THE COURT:  Well, why don't we cross the

19   bridge when we get to it.  If something comes up,

20   then I can figure out what to do with it.  But a lot

21   of this stuff, I guess I don't see it as so

22   evidentiary based that we can't have the additional

23   security that provides.  It creates a lot of problems

24   for the Court and the logistics here.

25           If you've got something like that, you

SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                Albuquerque, NM 87102
(505) 989-4949                                                              (505) 843-9494
FAX (505) 820-6349                                              FAX (505) 843-9492

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1    might try to raise it before we all get together
 2    here, Mr. Villa.
 3              MR. VILLA:  Yes, Your Honor.  And I
 4    apologize.  I didn't anticipate their presence.
 5              THE COURT:  Well, they were here last time,
 6    and you didn't raise it last time.  So you raise it
 7    today.  So if you've got some issue like that, try to
 8    raise it before today, particularly given they were
 9    here last time.
10              MR. VILLA:  I will, Your Honor.
11              THE COURT:  All right.  So if we get to a
12    point where you think that we need to exclude
13    somebody because of something that's going to be
14    said, I'll look to defense counsel to raise it at
15    that point, and then we'll figure out what to do.
16              All right.  So are we going to take -- I
17    understand that y'all have been talking, and that was
18    one reason we got started a little bit late, but
19    Ms. Stillinger -- or Ms. Strickland, do you want to
20    say what's left to your motion to compel, 668?
21              MS. STILLINGER:  And just for the record,
22    Your Honor, I'm Ms. Stillinger, and people always get
23    us mixed up because we have the same initials.  But
24    this is Ms. Strickland's motion.
25              THE COURT:  Okay.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              MS. STRICKLAND:  That's correct, Your
 2    Honor.  Good morning again.
 3              THE COURT:  Ms. Strickland.
 4              MS. STRICKLAND:  May I proceed?
 5              THE COURT:  You may.
 6              MS. STRICKLAND:  Your Honor, I read the
 7    Government's response to my motion to compel.  And it
 8    seems that the Government does agree that it is
 9    appropriate to release all of our clients'
10    statements.  They claim to have released all of the
11    statements made March 8th and March 10th.
12              I spoke to Mr. Aoki and confirmed that we
13    do not have all of the statements.  And the discovery
14    indicates that there were 13 statements taken March
15    8th and 10th, and that those statements were
16    recorded.  So I would like the Court to order that
17    the Government -- and it seems that they don't oppose
18    it -- put those specific interviews from the 8th and
19    the 10th on a CD, or however they're getting it to
20    Mr. Aoki, and send it again, so that we can ensure
21    that we're complying with that basic requirement of
22    Rule 16.
23              THE COURT:  Who is handling this for the
24    Government?  Is this yours, Mr. Beck?
25              MR. BECK:  Yes, Your Honor.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1            THE COURT:  Do you have any objection to
 2    making that order?
 3            MR. BECK:  Your Honor, I think counsel is
 4    correct that it's our position we've disclosed all of
 5    the statements.  We asked about this, and as far as
 6    we understand, the statements that were recorded have
 7    been released.  So, as she said, we don't oppose
 8    releasing those statements because they are entitled
 9    to them under Rule 16, but we've released them if
10    they exist.
11            THE COURT:  Are you certain you don't have
12    them?
13            MS. STRICKLAND:  Oh, I'm certain I don't
14    have them, because I spoke to Mr. Aoki about it, and
15    I reviewed the discovery thoroughly for them.
16            So I can list the names of the people whose
17    statements were missing.  On March 8th, there was an
18    interview of Jerry Armenta, Mario Rodriguez, Timothy
19    Martinez, Jeffrey Madrid, Jerry Montoya, Ronald
20    Sanchez, Michael Hernandez, Daniel Sanchez, and Jason
21    Wright.
22            THE COURT:  And you don't have any of
23    those?
24            MS. STRICKLAND:  I believe we have
25    Armenta's and Mr. Sanchez's.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              On March 10th, there was an interview of
 2    Jerry Montoya, Jerry Armenta, and Rudy Perez.  We
 3    don't have any of those.
 4              THE COURT:  Well, how certain are you, Mr.
 5    Beck, that you have released those?
 6              MR. BECK:  Are we talking about the
 7    statements or the recordings?
 8              THE COURT:  Which are you talking about?
 9              MS. STRICKLAND:  The recordings.
10              MR. BECK:  As I said, Your Honor, we're
11    happy to check into whether they exist.  If they do,
12    we'll disclose them, just like we've disclosed the
13    rest of the recordings.  If they don't, there is
14    really nothing we can do about that.
15              THE COURT:  All right.  Well, let's check.
16    And then I will order that the Government produce
17    those in 14 days.  Can you comply with that within 14
18    days?
19              MR. BECK:  Your Honor, we'll do our best.
20    I think that's a fair thing.  Obviously, we have to
21    reach out to the State Police to get those
22    statements, but we will certainly do our best to get
23    that within 14 days.
24              MS. STRICKLAND:  And just to help the
25    Government, the statements and the fact that they
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    were recorded are on pages 1603 through 1607 Bates

2    stamped discovery, and both the FBI, State Police,

3    and STIU were involved in taking them.

4              THE COURT:  All right.  What else from your

5    motion, Ms. Strickland?

6              MS. STRICKLAND:  Your Honor, as to the

7    video, I read the Government's response to that as

8    well.  Now, the discovery indicates that there is

9    video both on Pod 1A and 1B.  We have only received

10   video from Pod 1A.  The Government says that there is

11   no more video either from A or B.  I want to make

12   sure that they have confirmed with all of the

13   investigating agencies that nobody captured those

14   videos for us.

15             MR. BECK:  We have checked with New Mexico

16   Corrections Department, Your Honor, and those videos

17   from the other pod do not exist.

18             MS. STRICKLAND:  So I just want to make

19   sure we check with everybody, because New Mexico

20   Corrections Department may not have preserved them

21   themselves.  I want to make sure that we've checked

22   with the FBI, with the investigating State Police,

23   and with STIU about those videos.

24             THE COURT:  Have you checked with those

25   three entities, Mr. Beck?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1          MR. BECK:  Your Honor, the FBI was not

2     involved.  I don't know that -- STIU is part of New

3     Mexico Corrections.  I don't know if we've checked

4     with State Police.  But I think it's fair that you

5     order that, and we will go back and do that.

6          THE COURT:  All right.  So I'll order that

7     you check with those three entities, and then advise

8     Mr. Strickland of what the results are.

9          MS. STRICKLAND:  Your Honor, as to the

10    information that we've requested on Armenta, I want

11    to give the Court a little bit of background.  The

12    case from the 2014 homicide, which are Counts 6 and

13    7, is basically going to be a swearing contest

14    between Mr. Armenta, the Government's informant, and

15    others.  It is beyond dispute in this case that

16    Mr. Armenta stabbed the victim in the case, Javier

17    Molina, to death, and that that was captured by

18    video.

19          In the first statement Mr. Armenta gave, he

20    lied and said that he was not involved in the

21    homicide at all.  In the second statement Mr. Armenta

22    gave, he said that he acted alone and that this was a

23    personal dispute between him and Mr. Molina, the

24    victim in the case.  Then, many, many months later,

25    Mr. Armenta debriefed with both the state officials

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   and the government officials, and reached a deal

2   where he gave a story that implicated everybody else

3   in this case, and in exchange, he got a deal for 18

4   months, nine of which they agreed would be suspended.

5           So casting doubt on his story and finding

6   out what other instances Mr. Armenta may have had of

7   violence against other inmates, threats against other

8   inmates, 404(b) evidence about other times he

9   misrepresented to benefit himself would be in the

10  STIU file, and are necessary impeachment evidence for

11  all the defendants involved in that count.

12          THE COURT:  So you're requesting on this

13  for what?  What are you asking for?

14          MS. STRICKLAND:  Well, I'm asking for

15  impeachment materials and the STIU file of

16  Mr. Armenta, the Government's informant in the case.

17          MR. BECK:  Your Honor, I think that's

18  request Number 4 in her motion.

19          THE COURT:  Number 4.

20          All right.  Your thoughts, Mr. Beck?

21          MR. BECK:  Your Honor, I think this would

22  relate to a number of the requests that -- from the

23  different motions.  The United States is aware of its

24  obligations under the law with regard to impeachment

25  files -- excuse me, impeachment material.  That's

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Jencks material that the United States is not

2    obligated to disclose at this time.  We've talked

3    about it, and we are open and agreeable to producing

4    the Jencks and impeachment material two weeks before

5    trial, even though our obligation is not to do so

6    until trial.  We understand that, with the number of

7    defendants and the number of possible witnesses, the

8    defense will need more time with that.  So we're open

9    to doing it two weeks beforehand.  And I think that

10   much of the information that we're going to be

11   talking about today, many of the materials requested

12   are impeachment materials and Jencks materials.  And

13   the law is clear that at this point in litigation,

14   we're under no obligation.

15          So that's two weeks before a firm setting.

16   And I believe, at this point in the trial, that's not

17   until March.  So at this point, we're still six

18   months out from that date, Your Honor.

19          THE COURT:  Have you done a Brady review of

20   these materials?

21          MR. BECK:  Your Honor, we have done Brady

22   review of some of them.

23          THE COURT:  How about the STIU file for

24   Jerry Armenta?

25          MR. BECK:  Well, your Honor -- and I guess

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1    this gets to many other points we'll discuss today --
2    the STIU files -- I understand defense counsel's
3    argument and contention that the United States has
4    custody and control over -- I think the Tenth Circuit
5    uses "investigation files" from state entities, state
6    agencies, other government agencies involved in the
7    investigation.
8            STIU, certainly has been involved in
9    housing these inmates.  But to go through files that
10   STIU has not opened up related to this case
11   whatsoever, that are housed in a different jail
12   cells -- excuse me, the different jail compounds with
13   the different defendants, I would submit, goes way
14   beyond anything that the Tenth Circuit has said is in
15   the United States' custody and control.
16           That being said, we have -- certainly to
17   the extent that there are materials that will be
18   Jencks and Brady, and STIU used them, we understand
19   our obligations with those.  And we have reviewed
20   some of those files.  I think specifically with
21   regard to Jerry Armenta, we have not done a Brady
22   review of his STIU file yet.
23           THE COURT:  Well, let me ask you about your
24   relationship with the Department of Corrections.  I
25   would assume that it's extremely close, given the
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  nature of the charges, that the defendants were

2  conspiring to kill the Secretary.  Just be very

3  truthful and frank with me:  Can you basically pick

4  up the phone and get whatever documents you want over

5  there?

6          MR. BECK:  To a certain extent, Your Honor.

7  The STIU files are intelligence files.  And we have

8  a -- we don't have access -- we don't have the

9  open -- sort of what you would say -- a close

10  relationship -- I think you used "extremely close

11  relationship" -- we won't get into semantics -- we

12  have a close relationship with the NMCD.  But there

13  are files that we have a difficult time getting our

14  hands on through them, and they have a difficult time

15  getting their hands on.

16          I mean, you know, if we're talking about --

17  we'll talk about this later -- but if we're talking

18  about all the SNM files for all the SNM members, from

19  1980 to the present day, 1999 to the present day,

20  that's 600 files.  And many of them are stored with

21  the defendants in their facility or in the central

22  archive.  So, not only do we have a difficult time

23  getting our hands on them, it's a process for NMCD to

24  get their hands on those files.

25          You asked me to be frank with you.  And I

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1     think NMCD has been very good about getting the

2     requested information.  So I think with regard to

3     files, like STIU files, that may contain information

4     about the defendants or other inmates, I think if we

5     called on the phone, they would work with us to get

6     their hands on it.

7                That being said, I don't think we -- I

8     think that could overstep some boundaries at some

9     point in this case.  And as we'll get to later in

10    this motion or others, particularly in this motion, I

11    think that there are proprietary procedures,

12    documents like that that weren't involved in this

13    investigation at all, and have work and proprietary,

14    you know, intelligence materials, things like that, I

15    think goes beyond what the Rules of Criminal

16    Procedure, the Due Process Clause, and we can ask of

17    them.

18                Rule 17 allows the defendant to issue a

19    subpoena.  NMCD can come in and fight that fight and

20    say why they don't want to give up their proprietary

21    documents not used in this case.  But I don't think

22    that the defense can skirt Rule 17 subpoena

23    requirement just by saying that they could ask for it

24    through us.  So I think there needs to be a line

25    drawn there.  And I think that would be a good place

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1    to start.
2                THE COURT:  Well, here's what I'm inclined
3    to do on these -- and I'm not cutting anybody off,
4    but I'm just telling you what I'm thinking of doing
5    on these STIU files.  I'm going to deem them in the
6    possession, custody, control because it seems to me
7    that, given the nature of this case, you can probably
8    pick up the phone and get these files, to the extent
9    that they're available to anyone.  But I think that
10   they probably are available.  So I'm not going to
11   require any Jencks material to be produced before the
12   14 days.
13               And I'll let you argue.  I'm just telling
14   you what I'm thinking here.  But I am going to
15   require early Brady review of these materials by the
16   Government.  So the Government needs to go in and
17   look at these files and do a Brady review.  No Jencks
18   production.  You've got to produce the Brady material
19   promptly, immediately.
20               Mr. Villa, you just got what you wanted.
21   I've replaced out the state people with marshals, so
22   I'll note that for the record.
23               MR. VILLA:  Thank you, Your Honor.
24               THE COURT:  So that's what I'm inclined to
25   do on that.  And then -- you want to say something,
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Ms. Strickland?

2              MS. STRICKLAND:  Yes, Your Honor.  And I'm

3    moving only under Rule 16 at this point.  And Rule 16

4    does cover impeachment material.  Brady and Jencks

5    aren't the only ways to get impeachment material.

6              But I will say that 14 days before trial is

7    totally insufficient to be ready for trial in a case

8    like this.  And our first setting -- or the setting

9    we still have is in March.  And even then, if we got

10   them now, it would be a stretch to prepare for trial

11   with this number of accused, and with such serious

12   sanctions on the line.

13             My client and many others are looking at

14   the rest of their natural life in prison.  So we need

15   to make sure this case is done correctly and not by

16   surprise attack, which is what 14 days is.  Fourteen

17   days before trial, you're looking at jury panels,

18   you're polishing up with expert witnesses that have

19   flown into town.  You have a lot of things to do

20   besides totally recreate your cross-exams of

21   government witnesses.

22             As far as other outstanding impeachment

23   material, there are things that I have gotten from

24   the state case -- so my case was originally a state

25   prosecution -- that are not statements, that are not

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                 Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 820-6349                                                 FAX (505) 843-9492
                                                                   1-800-669-9492
                                                                   e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    Jencks material, that I know that the Government has

2    not produced.  For example, the fact that Mr. Armenta

3    got an 18-month plea deal in his state case; there is

4    written documentation as to that.  That has never

5    been turned over to me.  That should have been turned

6    over under Rule 16.

7             There is a DNA analysis in my case where

8    Mr. Molina -- the victim's -- blood was found on

9    nobody besides Mr. Armenta, which contradicts his

10   story.  That's information that needs to be given to

11   me under Rule 16.  And DNA evidence is a perfect

12   example of the kind of materials that if you get 14

13   days before trial you are not prepared to try the

14   case two weeks days later.  Because when you get that

15   kind of material, you need to hire experts to

16   potentially put on the stand, but at the minimum help

17   you with the cross-examination of the Government's

18   expert.  And in the DNA case, where the only person

19   who has the victim's DNA on them is the informant, I

20   would assume the Government isn't even going to call

21   the DNA witnesses.

22            So those are the reasons I need to look at

23   the materials in advance to prepare my case-in-chief.

24            THE COURT:  Well, I understand, and I

25   encourage the Government to, you know, disclose them

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1    as soon as it can.  But I'm not going to order them
2    to do it more than they have on Jencks material.
3           Now, if it's Brady material, if it's DNA
4    and those sort of things, and they fall into the
5    Brady category -- I'm talking about just Jencks
6    material you can wait on -- but as far as the other,
7    we'll just have to live with it.  You may get a
8    continuance; it may throw everything into turmoil.  I
9    understand that.  But I'm not going to require the
10   Government to disclose it earlier than what they're
11   willing to disclose it, or as required by the Jencks
12   Act.
13          MR. BECK:  Your Honor, one thing that I
14   should bring up at this point:  With regard to the
15   state case the 15-year plea deal, we don't have that.
16   Everything that we had from the state we've disclosed
17   already in discovery, which brings up a point that we
18   had requested of all of the defendants' reciprocal
19   discovery.  A lot of these materials that were just
20   discussed we haven't been provided.  And so I think
21   the defense -- they're asking us for this specific
22   and additional discovery, just putting on the record
23   that we have asked a number of times, three times
24   already, for reciprocals.
25          THE COURT:  Things like DNA, and those sort
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    of things, though, you understand that I'm sort of

2    saying you've got to look at those from a Brady

3    standpoint rather than look at them from a Jencks

4    standpoint?

5              MR. BECK:  We understand that, Your Honor.

6              THE COURT:  Okay.  So those sort of things

7    I think should be produced immediately.

8              Given where I'm ruling or how I'm coming

9    out, anything else you need from the Government that

10   I can order?

11             MS. STRICKLAND:  Well, we had discussed the

12   logbooks and procedures from Southern, from the

13   prison where this occurred.  So the Government's

14   informant in this case gives a long story that

15   involved different people taking different actions

16   throughout the day:  Looking at paperwork, passing

17   paperwork around, handing each other murder weapons,

18   giving instructions out.  And so those are the kind

19   of things that if a CO was following the procedures,

20   would be logged in the book for that day.  So we've

21   asked for those materials as well, which are Rule 16

22   materials.  I'm not asking under Brady and Jencks.

23   And DNA, frankly, is Rule 16 material as well.  It's

24   the results of testing and New Mexico State Police

25   did it -- they're the investigating agency in this

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                 Albuquerque, NM 87102
(505) 989-4949                                           (505) 843-9494
FAX (505) 820-6349                                  FAX (505) 843-9492
                                                          1-800-669-9492
                                         e-mail: info@litsupport.com


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1   case.
 2           THE COURT:  Well, let's take the DNA,
 3   what's the issue on the DNA?
 4           MR. BECK:  As far as I know, Your Honor,
 5   this specific discovery motion didn't ask for DNA.
 6   We understand that DNA evidence is subject to
 7   disclosure under Rule 16.  And if I'm looking at the
 8   rule --
 9           MS. STRICKLAND:  Well, your Honor, the
10   reason I brought up DNA evidence is that I asked for
11   all impeachment evidence.  And the Government said
12   that they understood their requirement to turn over
13   impeachment evidence.  But I have evidence that
14   impeaches their witness' story only because I was
15   lucky enough to have a state court case.
16           THE COURT:  Let me get Mr. Beck's position
17   on the DNA.
18           MR. BECK:  Sure, Your Honor.  Rule
19   16(a)(1)(F) says that, "Upon a defendant's request,
20   the Government must permit a defendant to inspect,
21   copy the photograph, the results, or reports, or any
22   physical or mental examination, and any scientific
23   test or experiment."  So we have produced the DNA
24   reports.  I think the other specific discovery
25   motions ask for -- I wish I had it.  I have it
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   somewhere in front of me.  But there is a lot of
 2   stuff here.  I think they asked for --
 3            THE COURT:  Well, they're asking for the
 4   hard data behind the report.
 5            MR. BECK:  Thank you, Your Honor.  Yes, I
 6   think they asked for the DNA analysis, notes -- I'm
 7   not a scientist -- electropherograms, and graphs.
 8            THE COURT:  Well, where are you on the -- I
 9   understand Ms. Strickland to be saying she hasn't
10   gotten even the DNA reports.
11            MS. STRICKLAND:  That's correct.  There
12   have been disclosure in some other cases for other
13   counts, not mine.
14            MR. BECK:  As I said, Your Honor,
15   everything that we have gotten from the State, in
16   terms of discovery in this case, we have turned over.
17   The United States will certainly go back and see if
18   the DNA was in there.  And if it wasn't, we will go
19   back to the State and ask for that.  But --
20            THE COURT:  All right.  So if the DNA is in
21   the U.S. Attorney's or the United States' possession,
22   they'll need to turn it over; right?
23            MS. STRICKLAND:  It worries me a little bit
24   just to say they're just turning over what they've
25   gotten.  You know, I need everything that is in the
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    investigating agency's file.  And if I just didn't
 2    know there was DNA, I wouldn't know to ask for it.
 3              THE COURT:  Well, if they didn't get
 4    everything from the State, you may have to go to the
 5    State to get that material.
 6              MS. STRICKLAND:  Well, since the state
 7    agency was the investigating agency in this case, it
 8    is considered in the Government's control.  So I want
 9    not only the DNA evidence, I --
10              THE COURT:  I guess I'm not quite sure
11    that's true.  If you've got some support as to why
12    the State DA's office in Las Cruces should be
13    considered --
14              MS. STRICKLAND:  I'm sorry, I didn't mean
15    that.  I meant the New Mexico State Police who are
16    the investigating agencies in this case.  They are
17    the ones who sent this off to the lab.  So I just
18    want to make sure that I'm getting everything, not
19    just what I happen to know is in their files, that's
20    impeachment evidence, and direct evidence in my case
21    as well.
22              THE COURT:  Well, I guess -- but you're
23    talking about the case in Las Cruces, correct, or the
24    investigation?
25              MS. STRICKLAND:  That's correct.  So I got
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   the materials from people involved in that case, but

2   New Mexico State Police is the investigating agency

3   in that case; they're the ones who originally created

4   the DNA, or originally sent the DNA off to the lab.

5            THE COURT:  Don't you need to deal with the

6   State Police and the district attorney to get those

7   materials?

8            MS. STRICKLAND:  I dealt with my client's

9   attorney at the state level.

10           THE COURT:  Okay.  But I guess what I'm

11  saying is I don't see any obligation from the United

12  States to go get that material for you.

13           MS. STRICKLAND:  Well, just to be clear,

14  the State Police are an investigating agency in this

15  case.  They are the ones who originally called out to

16  the homicide, to the scene.  I expect people from New

17  Mexico State Police to testify for the Government in

18  this case.

19           THE COURT:  What's your position on that,

20  Mr. Beck?

21           MR. BECK:  Your Honor, the New Mexico State

22  Police did investigate some of these incidents and

23  acts.  Our position is that:  We went out to them; we

24  asked them for their files; they produced it to us;

25  and we reviewed those and produced it in discovery.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1          I think that the defendants are taking a

2    lot from a Tenth Circuit opinion, New Mexico

3    Secretary of State case, a footnote in that opinion

4    about when files are in the custody, possession, and

5    control of the United States Government in joint

6    investigations like this.

7          As I said earlier, I certainly don't think

8    that the Tenth Circuit, in a footnote, held that all

9    of a sudden, when -- I think in this case it's two

10   years later, but a lot of these are 15 years later --

11   the United States prosecutes the case that the FBI

12   has been investigating; we have custody and control

13   and possession over all these state agencies, federal

14   agencies, different agencies' documents.  That

15   certainly goes beyond what the Tenth Circuit held --

16          THE COURT:  Read me the footnote you're

17   referring to.

18          MR. BECK:  I'm not sure I have the case in

19   front of me.  But I can get you the cite in one

20   second, Your Honor.  The case is Smith versus

21   Secretary of New Mexico Department of Corrections.

22   That's at 50 F.3d Reporter; starts at page 801.  The

23   pincite is page 825, Footnote 36.  It's a 1995

24   decision from the Tenth Circuit.  So --

25          THE COURT:  Well, I'll take a look at it.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    I'll issue an order on it.  But for the present time,

2    I'm not inclined to think that the State Police's

3    files are in the United States' possession, custody,

4    or control.  So I think they made a representation

5    they've turned over everything that they have.  But

6    if you don't think that they've gotten everything,

7    you're going to have to go to the State Police.

8              All right.

9              MS. STRICKLAND:  Thank you.

10             THE COURT:  Then the other issue was the

11   video?

12             MS. STRICKLAND:  Yes, and the logbooks and

13   procedures that would be within the custody of the

14   Department of Corrections.

15             THE COURT:  What's your position on the

16   logbooks, Mr. Beck?

17             MR. BECK:  Your Honor, so again, this is

18   something that we'll see in all these discovery

19   motions.

20             For the logbooks, in this case this was a

21   2014 incident, if I'm correct.  And the request on

22   page 3 of the motion asked for copies of the logbooks

23   for the six months before and one month after March

24   7, 2014, so a seven-month time period.  And we

25   disclosed the day of the murder, we disclosed the

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   logbooks from that day, because we agreed with

2   Ms. Strickland's position that that's Rule 16

3   material, so we disclosed it.  But the six months

4   before and one month after is just absolutely

5   overbroad.  I mean, we're talking about logbooks from

6   pods that they have 24 hours a day, they log

7   information when they're going out, when they're

8   going in.  I mean, that is a huge undertaking from

9   the New Mexico Corrections Department to get their

10  hands on those books.

11          THE COURT:  How many pods are there?

12          MS. STRICKLAND:  There are three adjoining

13  pods.  But A and B would be our focus.

14          THE COURT:  What is the rationale,

15  Ms. Strickland, for seven months of logbooks as

16  opposed to the day of the incident?

17          MS. STRICKLAND:  Well, the prosecution

18  always kind of wants to give just that event as if it

19  happened in a vacuum.  But Mr. Armenta's second story

20  was that he and the victim in the case, Mr. Molina,

21  had ongoing disputes, and there were other things

22  going on in the pod.  So we want these materials to

23  look at -- well, to review several of the statements

24  that made by Mr. Armenta to see if that's correct or

25  not, and also to potentially develop other motives,

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   there were other issues going on there, and

2   potentially other suspects who may have been involved

3   in something.

4          THE COURT:  What, though, from what was

5   said in the second story -- what is it that made you

6   come up with a request of six or seven months?

7          MS. STRICKLAND:  Well, Mr. Armenta wasn't

8   as precise as I would have wished in the second

9   story.  So he just said that there had been ongoing

10   things.  And so that's why I'm asking just for seven

11   months back.  I wish that when he gave the second

12   story, we could have followed up on that, but we

13   can't.

14          MR. BECK:  And, Your Honor, there would be

15   incidents that --

16          THE COURT:  Let me ask Ms. Strickland one

17   more question.  What kind of ongoing things are we

18   talking about?

19          (Mr. Mkhitarian entered the courtroom.)

20          MS. STRICKLAND:  Well, Mr. Armenta is

21   somewhat vague in his descriptions of them.  But he

22   said that he had personal issues with Mr. Molina and

23   that they had had some disputes and contentions

24   before they were together in the pod.

25          THE COURT:  And what's, then, the rationale



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1   for requesting material after the incident?

2           MS. STRICKLAND:  I don't know if there were

3   any -- it's sort of unclear to me exactly what

4   happened to everybody afterwards.  But I want to see

5   if there was any other suspicious behavior by

6   Mr. Armenta, or any others, as far as concealing

7   evidence, things like that.  There were shanks found.

8   The murder weapon in this case is a shank.  There

9   were shanks found later by different people

10  investigating things.  So I want to find out what was

11  going on with that.

12          THE COURT:  Here's what I'm inclined to do:

13  I think we can look a little bit more briefly at

14  this.  Three weeks before and three days after the

15  incident.

16          MR. BECK:  And Your Honor --

17          THE COURT:  And I deny that without

18  prejudice.  If it shows up something, or in the

19  course of the case, you think there is greater

20  justification -- but it seems to me that we probably

21  can get a pretty good feel with that.  If they're

22  going to hide something, they're going to hide it

23  pretty quickly.  And if there is actually something

24  that occurred, I think something within the three

25  weeks before might give you some indication.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1          MS. STRICKLAND:  And, Your Honor, we had
 2     also asked --
 3          THE COURT:  Hold on just a second.
 4     Somebody dropped off the line.  Are you there, Mr.
 5     Mitchell?  Mr. Mitchell?  All right.  We must have
 6     lost Mr. Mitchell.
 7          MS. SIRIGNANO:  Your Honor, it might be Mr.
 8     Adams.  He had another plea to do.
 9          THE COURT:  Mr. Adams, are you there?  Has
10     everybody got their phone on mute?  Unmute and give
11     me who is on the phone.
12          MR. MITCHELL:  Gary Mitchell.
13          THE COURT:  Who is on the phone?
14          MR. MITCHELL:  Gary Mitchell for Jerry
15     Armenta.
16          THE COURT:  Oh, you're still on the phone,
17     Mr. Mitchell?
18          MR. MITCHELL:  I am, Your Honor.
19          THE COURT:  So Mr. Adams must have dropped
20     off.
21          All right.  Ms. Strickland?
22          MS. STRICKLAND:  We requested the
23     procedures for monitoring the inmates.  So I would
24     ask for during that relevant time period, three weeks
25     and three days so we can see exactly what they would
```

SANTA FE OFFICE                                                              MAIN OFFICE
119 East Marcy, Suite 110                                            201 Third NW, Suite 1630
Santa Fe, NM 87501                                                  Albuquerque, NM 87102
(505) 989-4949                                                               (505) 843-9494
FAX (505) 820-6349                                                       FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1    note and what they would not note; compare that to

2    the logbooks.

3              THE COURT:  Mr. Beck?

4              MR. BECK:  Yeah, going back to the last

5    ruling that Your Honor is inclined to make, I think

6    that's fair.  In the response brief, we've cited to

7    Hykes a number of times, in which you found that the

8    defendant demonstrated specific facts or they

9    requested information.  And I think Ms. Strickland

10   has articulated that.  So I think the United States

11   is okay with three weeks before and three days after

12   without prejudice.

13             Going to the procedures, as I said, Your

14   Honor, I think this is certainly the baseline line

15   for the Court to draw in terms of what documents can

16   be considered in the United States' possession,

17   custody, and control.

18             As I said earlier, Rule 17 provides the

19   defendants the ability to subpoena the New Mexico

20   Corrections Department.  If they're going to ask for

21   procedures, regulations, SOPs, whatever they want to

22   call them, the United States Government isn't in a

23   position to fight that fight for the New Mexico

24   Corrections Department why they might not want to

25   turn over those proprietary documents.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1          THE COURT:  Obviously, if you call and they
2    won't give it to you, you don't have to do it.  But I
3    do think that it's probably worth allowing them to
4    peek at the procedures.  So I'll order its
5    production, subject to -- if you tell me that they're
6    not going to allow it, then Ms. Strickland will have
7    to accept that.
8          MR. BECK:  And, Your Honor, I think in
9    addition to that, I don't think it's material to
10   which they're entitled under Rule 16, or under the
11   due process clause.  I understand that Rule 16 does
12   not limit the information materials to --
13         THE COURT:  I guess I see it as just sort
14   of explanatory of what you're giving them.  If you're
15   giving them just a little bit of the logbook, they
16   need to know how that logbook is put together.  So
17   it's a little bit just standing alone, might have an
18   argument.  But I think, to try to figure out how
19   these documents were put together, I think it's a
20   little bit part and parcel of the logbooks
21   themselves.  So that would be my rationale for that.
22         MR. BECK:  So I guess I'd ask Your Honor to
23   then clarify exactly what you're ordering us to ask
24   for.
25         THE COURT:  Only the -- whatever document,
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349





PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    whether it's a guideline, policy, or whatever, that

2    tells them what procedures they used to actually make

3    the notations in the logbooks.

4              MR. BECK:  Okay.  I understand, Your Honor.

5              THE COURT:  All right.  What else on your

6    motion?

7              MS. STRICKLAND:  Your Honor, the last thing

8    I have on the motion was the request for the master

9    roster.  And I saw that the Government in another

10   response said that that's not what New Mexico

11   Department of Corrections calls what I'm asking for.

12   So I -- the Government had told me that they would

13   speak with the Department of Corrections about what

14   I'm actually looking for, which is a book, or a

15   memorandum about security threats against inmates.

16   And that would be based on, again, that Mr. Armenta

17   originally said that he and Mr. Molina had an ongoing

18   dispute and that was why this homicide occurred.  But

19   they said they were going to check and see if that

20   existed.  So I don't know if they have or not.

21             THE COURT:  Well, I think on this I'm not

22   ordering the production of it.  But what I'd like, I

23   think, is for you to look and see if there is

24   anything that gives any sort of indication that they

25   were having an ongoing dispute, and then I think that

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    should be produced.

 2              If it doesn't exist, tell Ms. Strickland

 3    that you did the review and could not find any

 4    support in whatever this master roster is, and

 5    indicate that it didn't produce any sort of

 6    information that's relevant.

 7              MR. BECK:  I understand, Your Honor.  And I

 8    hope we're going to get this transcript back so I

 9    understand what exactly we're --

10              THE COURT:  Well, I'm going to try to put

11    an order out.  I almost got the one from the first

12    hearing.  And I'll try to get one out on this as

13    well.

14              Anything else on your motion,

15    Ms. Strickland?

16              MS. STRICKLAND:  Your Honor, I think --

17    just as to STIU files, and what is the Court's order

18    on Mr. Armenta's STIU file?

19              THE COURT:  Did I understand you were going

20    to produce Mr. Armenta's?

21              MR. BECK:  Mr. Armenta's STIU file?  I

22    think earlier the Court's ruling on that --

23              THE COURT:  Yeah, it was just do a Brady

24    review, not the entire file.

25              MR. BECK:  That's what I understood the
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Court's ruling to be.

2            THE COURT:  Yeah, just do a Brady review,

3    be prepared to produce any Jencks material out of it.

4    But I'm not sure the entire file ought to be

5    produced.

6            MS. STRICKLAND:  Okay.  I mean, there may

7    be materials in there that are subject to disclosure

8    under Rule 16.  If the Court would just order they

9    review it for that as well.

10           MR. BECK:  We will, Your Honor.  We

11   understand.

12           THE COURT:  Rule 16, Brady.

13           MS. STRICKLAND:  I think that covered

14   everything that was in my motion.

15           THE COURT:  Covered everything, Ms.

16   Strickland?

17           Anything else related to that motion that

18   you need any clarification or ruling on, Mr. Beck?

19           MR. BECK:  Not from the Government, Your

20   Honor.

21           THE COURT:  Any other defendant have any

22   other issues on those issues?

23           Are we ready to go to the large motion that

24   has the 17 issues?

25           All right.  Well, let's take that up.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1            MS. STRICKLAND:  Thank you for taking my
2   motion first.
3            THE COURT:  Thank you, Ms. Strickland.
4            MS. STRICKLAND:  All right.  So we'll take
5   up the motion for specific discovery.  Who is going
6   to take the lead on this?
7            MR. CASTLE:  I will, Your Honor.
8            MS. ARMIJO:  Your Honor --
9            THE COURT:  Yes.
10           MS. ARMIJO:  May we be heard on the STIU
11   issue?
12           THE COURT:  Certainly.
13           MS. ARMIJO:  Your Honor, we would object.
14   This is an open court proceeding, and part of the
15   reason that they're here is not only for security
16   purposes, but also they know these defendants quite
17   well.  And at previous proceedings they have noted
18   things, ongoing communications between some of these
19   defendants, ongoing what they would perceive as even
20   threats, and things that maybe the U.S. Marshals, who
21   don't know the relationships between these
22   defendants.  And so they're here for a variety of
23   reasons.  And so we would object to this courtroom
24   being closed to them until there is a specific
25   showing that there is an evidentiary issue that would
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1    fall under the rule of exclusion.  And if they
2    have -- like if they said -- we were just provided
3    today with a PowerPoint.  If they have reason to
4    believe that one of the STIU gentlemen that are here
5    that authored this, and they're saying something
6    against it, that's different.  But just to have --
7    generically exclude STIU from this courtroom, we are
8    opposed.
9              THE COURT:  Well, let's brief it up.  And
10   let's give it some thought next time.  I've already
11   made the change, and the US Marshal is sitting in the
12   back.  He's cooperated with me and he thinks he can
13   handle it.  So I think from a security standpoint, we
14   can handle it.  If you need somebody in here
15   specifically, you can tell me, and we can take it on
16   a case-by-case basis.  But at least for today, let's
17   proceed as we got the courtroom configured now.
18             All right.  Counsel?
19             MR. CASTLE:  Yes, Your Honor.  Jim Castle
20   appearing on behalf of Mr. Garcia.  But I'm also
21   taking the lead for the defendants that joined in
22   that motion.
23             THE COURT:  All right.  Mr. Castle?
24             MR. CASTLE:  Initially, I would indicate
25   that we are adopting the arguments of Ms. Strickland
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1    that were made previously.  And I take it that the
2    Court assumes that we're all adopting arguments
3    unless we object to them; am I --
4              THE COURT:  That will be fine.  We can
5    operate with that rule.
6              MR. CASTLE:  Okay.  Well, your Honor, I
7    don't know if the Court reviewed --
8              THE COURT:  Let me see if I need to make a
9    record.  We've got counsel up here sitting with
10   Mr. Armenta.  Mr. Mkhitarian --
11             MR. MKHITARIAN:  Yes, Your Honor.
12             THE COURT:  -- I appreciate you coming
13   over.
14             So, Mr. Mitchell, I have Jack Mkhitarian is
15   in the jury box with Mr. Armenta.  So he'll be
16   sitting there throughout the proceedings.
17             Thank you.  I appreciate you coming over on
18   such sort notice.
19             MR. MKHITARIAN:  Thank you, Your Honor.
20             THE COURT:  All right.  Mr. Castle?
21             MR. CASTLE:  Yes, Your Honor.  This
22   morning -- and I don't know if the Court got to take
23   a look at it, but there was a motion filed that was
24   actually a memorandum, Docket No. 719, that was filed
25   by Mr. Potolsky on behalf of the Defendant Mario
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    Rodriguez.
 2              THE COURT:  Did I get that, Ms. Wild?
 3              THE CLERK:  Yes, sir, you did.
 4              THE COURT:  All right.  What's the docket
 5    number on that?
 6              MR. CASTLE:  Number 719.
 7              THE COURT:  Okay.  Yes, I did read that
 8    this morning.
 9              MR. CASTLE:  And we're adopting those
10    arguments.
11              Your Honor, the way I review the law
12    regarding disclosure might be something that would
13    help the Court.  The way I look at it is really three
14    layers of disclosure.  At its base we have what the
15    due process clause requires, either in the Brady,
16    Giglio, Kyles progeny.  The next layer, which is
17    broader, which is Rule 16.  And then, finally, there
18    is a third layer, which we haven't talked about
19    today, which is -- but I think the Court has
20    exercised -- which is disclosure to the Court in its
21    supervisory power can order, because it's appropriate
22    for the particular case.  And the reason I bring up
23    Document 719 is because it discussed better than we
24    did in our motion this concept of the Court having
25    authority beyond 16 and Brady.  And the reason I
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    start with that is because, if the Court in its

2    discretion orders disclosure in a particular area

3    today, then we don't even need to address the Rule 16

4    and Brady issues, because it's a broader concept.

5    And this is not -- the Court doesn't need to exercise

6    its discretion in an ordinary criminal case, because

7    Rule 16, Brady pretty much protect everybody in your

8    ordinary criminal case.

9              But this is not the ordinary criminal case.

10   This is a case that -- it probably is the largest

11   criminal prosecution in the history of this district,

12   and probably one of the largest criminal prosecutions

13   in this country at this time.  And the reason that's

14   important is because, when we look at a prosecutor in

15   a normal criminal case, it's fairly easy for them to

16   identify what is Brady material, what is Giglio

17   material, what is Rule 16 material.

18             But in a case of this nature, the

19   prosecutor -- if we leave them to literally just

20   those two layers, they're going to have to figure out

21   the potential defenses of 30 defendants -- well, I

22   think it's 26 at this point -- in this case, and

23   then, you know, a score more in the related

24   indictment, 1613 indictment.  They're going to have

25   to analyze literally a whole myriad of avenues that

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    they, frankly, have not been that good at analyzing
 2    to date.  The concept, frankly, that we're sitting
 3    here 10 months into the indictment, and we're still
 4    discussing areas that they're conceding they need to
 5    provide to us, shows that they're not particularly
 6    good so far at their obligations.  And that might be
 7    because of the size of this indictment, and the fact
 8    that there is other investigations going on, et
 9    cetera.
10           But I believe the reason this is important
11    is because the idea that they don't have access to
12    materials in the New Mexico Department of Corrections
13    is perhaps because the New Mexico Department of
14    Corrections gives what it wishes and decides not to
15    give what it wishes.  Yet they have invoked the
16    jurisdiction of this federal court and the U.S.
17    Attorney's Office to attempt to charge -- well, they
18    have charged 30 defendants over a 15-year period in
19    this indictment.
20           So I start with that kind of general
21    umbrella that I think that the Court should, in this
22    extraordinary situation, order more discovery than it
23    would otherwise.
24           I'd like to address, if I could, the
25    two-week concept of the Jencks materials.  You know,
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    I have here -- it's a piece of work product -- but

2    just to give the Court kind of a demonstrative

3    idea -- this document reflects entries of

4    individuals, who in the discovery that we've received

5    to date, are identified -- well, not identified, but

6    they are confidential sources without a number,

7    without any kind of indication who they are.  They're

8    just -- here's a piece of information.  And I

9    referenced this in the status report that I filed

10   with the Court.

11          If even 5 percent of these 330 people --

12   and let's say there are duplicates; let's say there

13   is only 250 -- if only 5 percent of those people are

14   disclosed two weeks before trial, we're just not

15   going to be in a position to do what we need to do.

16   For example, we might want to interview those

17   individuals.  Their counsel needs to be contacted.

18   We need to make arrangements at a facility.  Who

19   knows where that facility might be.  It might be

20   somewhere else in the United States.  We have to go

21   through all kinds of hoops to arrange for that.  We

22   might want to subpoena, as the prosecutor has

23   suggested, under Rule 17, materials about that

24   person's background that the Government hasn't

25   collected under their Giglio obligations, but the

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    defense finds, and can urge this Court and show this

2    Court would be materials that would be useful in

3    impeachment.  That just simply can't be done in two

4    weeks.  Certainly not by 26 sets of lawyers being

5    brought in here.

6            The idea that we would subpoena New Mexico

7    Department of Corrections for any number of these new

8    witnesses, and actually follow through with all those

9    subpoenas in two weeks, I don't think it can occur.

10           I know that on behalf of Mr. Garcia, I

11   would probably, in advance of that two weeks, draft

12   up the same set of subpoenas for every single inmate

13   witness that was disclosed two weeks prior and file

14   them on the day.  And are we going to actually get

15   through them all in the two weeks?  I just don't

16   think that's realistic.  I understand there is

17   concern about security.  There is understandable

18   concerns about safety.  But there is nothing magical

19   about two weeks versus a month, versus two months.

20           And so, if I could urge the Court to think

21   a little bit differently about the Jencks material;

22   that by its nature it's actually Brady material.  So

23   let's say it's an informant we'll call Informant A,

24   and they disclose his identity two weeks before

25   trial.  His identity alone is Brady material, because

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   along with all these informants comes a criminal

2   history, comes a criminal background, in numerous

3   instances of dishonesty.  So just their disclosure

4   alone encompasses Brady and Giglio material.  So to

5   wait, really is -- causes the defense a disadvantage,

6   and without a real, an actual concomitant value in

7   protecting the witness.

8            For a lot of witnesses -- there is another

9   spreadsheet we have, which are people have been

10  already disclosed, their identity has been disclosed,

11  some of whom are in this courtroom today.  And I

12  won't mention them by name, because I don't think

13  that's necessary for this argument.  But for those

14  people, what's the reason at all behind delay?  The

15  prosecution hasn't relied upon Jencks with regards to

16  those people.  I don't know why.  Because if they

17  haven't pled, they're just as much of a situation as

18  the people that are on this list.  But they have

19  disclosed them.  They've waived Jencks.  And so what

20  is the reason for those individuals -- some of which

21  we mention in our motion, and I hope the Court

22  understands why I'm not trying to list them by name

23  here -- but for those individuals, what is the

24  purpose?  What's the Government purpose in delaying

25  full disclosure of all materials concerning them that

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                                  (505) 843-9494
FAX (505) 820-6349                                      FAX (505) 843-9492
                                                                1-800-669-9492
                                                        e-mail: info@litsupport.com

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    could be considered required either under Rule 16 or

2    under the Due Process Clause?  There just absolutely

3    isn't any justification, other than to gain a

4    litigation advantage.

5            So with respect to individuals that have

6    been disclosed, who have already -- or who already

7    pled, that it's public knowledge that they're going

8    to be cooperating, there doesn't seem to be any

9    reason to allow any delay in that regard.

10           With respect -- and I'm just going to try

11   to hit over some general areas that prior counsel had

12   already addressed.  But the idea that the

13   investigating agencies here are not under the

14   umbrella of the prosecution, I think, is probably not

15   proper.  I've read all through the Court's cases,

16   which that's what -- this Court has given us all

17   quite a big road map as to how the Court feels about

18   these issues.  But one of the areas the Court hasn't,

19   well, really addressed is -- it's define the line

20   between what the Government has to produce from other

21   agencies.  And that line is whether the governmental

22   agency is closely aligned with the prosecution.

23   Well, what does that mean?  And I think it's actually

24   fact based.  How much have they been working

25   together?  Are they part of a joint task force?  Are

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    they -- and they worked hand and glove together in

2    the development of the evidence, things of that

3    nature.  And I think under any test, unless we're to

4    say the line stops at the end of the U.S. Attorney's

5    Office and the US Government, if there is a line,

6    it's somewhere past that, this closely aligned line;

7    then that line has been crossed here.

8              The Court has seen in the documents that

9    we've tendered to the Court as appendices to our

10   motions that there have been a series of

11   investigations run by the FBI and supervised by the

12   United States Attorney's Office, one after the other,

13   from the entire time period covered by the counts

14   within this indictment.  And it actually precedes the

15   counts in the indictment two years prior to 2001.

16             There has been a joint task force, which is

17   one conducted by the Southern New Mexico Gang Task

18   Force, which is run by the Federal Bureau of

19   Investigation.  It's one of the national task forces

20   for gangs that is located throughout the country.

21   They are the supervising entity that gathers this

22   information.

23             I don't know if the Court may or may not

24   have noted that Secretary Marcantel has been

25   presented at counsel table for the prosecution every

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    court date but today.  At least -- I haven't been at

2    every court date, but other counsel has informed me

3    that he's been present at least many, many of the

4    occasions.  I know that he was present at the arrest

5    of numerous defendants in this case, defendants that

6    were living in the community, he was present for --

7    along with FBI agents.

8              Numerous materials, going back to 2001 --

9    and I'm focused more on 2001, because my client's

10   counts relate to that -- but in 2001, there are

11   documents within the discovery that indicate that

12   witnesses were being interviewed by members of the

13   task force at the time of the murder.

14             And I would even indicate that, for

15   example, the most recent application for search

16   warrant that we saw, in 16-MR-628, it indicated -- in

17   its portion concerning the scope of the

18   investigation, it indicated in March 2015, the FBI,

19   in conjunction with the New Mexico Corrections

20   Department and the Bernalillo County Sheriff's Office

21   launched an investigation into the criminal

22   activities of the SNM criminal enterprise.  These are

23   not separate entities that are working separate

24   investigations.  They're working together.

25             Now, initially, perhaps on a prison murder,

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   it's taken initially by the New Mexico Corrections
 2   Department, but then it goes to the FBI.
 3           And the facts of Counts 1 and 2, which is
 4   really what we're focusing on with this motion, what
 5   happened in that case is New Mexico Corrections
 6   Department investigated, and so did the State.  They
 7   turned it over to the state prosecutor, and the state
 8   prosecutor said there was insufficient evidence to
 9   prosecute any of the defendants that are charged in
10   this case.  It was then reviewed -- but then that was
11   handed over to the federal government later on, and
12   it was revived in 2007; again, in 2013, I believe;
13   again in 2014, and eventually resulting in this case
14   number that arose in 2015.
15           If the Court were to review discovery,
16   which I don't think it wishes to, it would find that
17   the vast majority of the interviews of informants
18   were conducted through the cooperation of the
19   corrections department getting the inmates to the FBI
20   offices or to interview rooms to conduct interviews.
21   They're not separate entities for this purpose.
22           So I would suggest that if there is a case
23   where we look to see whether the New Mexico
24   Corrections Department or these local law enforcement
25   agencies are closely aligned with the prosecution,
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  this is the case.  Now, we can do it the hard way by

2  doing subpoenas and -- you know, I'm not sure -- I've

3  reviewed the Court's Vigil case, and I'm not sure the

4  standards for obtaining materials from a subpoena are

5  going to be significantly different than what the

6  standards are that the Court's applying here today.

7  In fact, it might be more liberal for a defendant in

8  my review of the Court's decisions.  But that's

9  probably not a good use of judicial resources.  We're

10  going to have 26 or so lawyers doing subpoenas.  And

11  the Court will be tied up in litigation for quite

12  some time on these matters.

13          Finally, on that area, I think that I would

14  note that one of the arguments against the US

15  Government reviewing the materials and turning them

16  over to the defense is that New Mexico Department of

17  Corrections wouldn't be in a position to object.

18  Obviously, they can be notified to object at any of

19  these proceedings, if it deals with materials that

20  they rely upon.

21          If I could have a moment, Your Honor?

22          THE COURT:  Certainly.

23          MR. CASTLE:  If I could show the Court an

24  exhibit on the Elmo.  It's marked as Exhibit H, which

25  I think discussed the interrelationship of the

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    federal and state governments here, in regards to

2    these investigations.  And what this is is a

3    publication put out by the FBI that addresses and

4    actually establishes gang task forces throughout the

5    country.  And if we turn to page 2 of this document,

6    we'll see that the FBI established here in New Mexico

7    two task forces.  One, the Albuquerque Safe Streets

8    Task Force, and the second one being the Southern New

9    Mexico Safe Street Violent Gang Task Force.  These

10   are the task forces that -- I'm sorry, I should not

11   have changed the page.  These are the task forces

12   which are involved in portions of the investigation

13   in this case.

14           So I think when the Court issues its order,

15   one of the first fault lines or areas that I think

16   the Court needs to address is whether, in fact, these

17   agencies are closely aligned with the United States

18   Government in this case.

19           The second issue is timing.  And I know the

20   Court has spent a lot of time in previous rulings in

21   previous cases dealing with timing issues.  And I

22   bring the Court's attention to its ruling in the

23   Padilla case in 2010, in which -- that the Court

24   wrote the following:  "The Court believes that to

25   adequately investigate information which may be

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    valuable for impeachment purposes, the defendants'

2    attorneys and investigators should have sufficient

3    time to conduct an investigation, attempt to

4    interview the witnesses and request necessary

5    information which the United States may not have in

6    its possession from the proper sources."

7            Now, the problem here -- and I think I

8    alluded to it earlier -- but I'm somewhat unclear,

9    when the Court said, with regard to Jencks material,

10   you don't need to do it until two weeks, but with

11   regard to Giglio and Brady material, you have to do

12   it as soon as, you know, is reasonable under the

13   circumstances.  And the problem with that is, let's

14   say there is an informant that's unidentified, and

15   Jencks would allow them not to identify them, but

16   would Brady and Giglio require the production of

17   their impeachment information, which is going to

18   disclose their identity anyway?  So I'm unclear what

19   the Court meant by that.  But if the Court really

20   meant with regards to Jencks witnesses that are going

21   to be disclosed late, that the Government doesn't

22   need to turn over Brady and Giglio concerning those

23   witnesses, that presents the problem of timing,

24   because of the follow-up investigation that we

25   need -- we all need to conduct.

SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                               Albuquerque, NM 87102
(505) 989-4949                                                              (505) 843-9494
FAX (505) 820-6349                                                  FAX (505) 843-9492
                                                                        1-800-669-9492
                                                             e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1        Now, I don't know if the Court -- how the

2   Court wants to do this.  We had specific requests

3   that we could go through.

4        THE COURT:  Well, I was thinking -- until

5   Ms. Strickland wanted to go first, I was going to

6   allow you to make sort of an opening -- sort of

7   remarks, which I think you've now done.  Maybe I

8   ought to allow the Government to make some opening

9   remarks response to yours, and then we take these one

10  at a time, these specific requests.

11       MR. CASTLE:  In that regard then, Your

12  Honor, I'd like to finish then some opening remarks

13  with regards to this concept of the Sudikoff kind of

14  method of going about things, versus the other method

15  which this Court has adopted in the past.  And I know

16  the last Court date the Court indicated that it

17  wouldn't prevent us from arguing or urging this Court

18  to consider using a different standard.  And I'd like

19  that opportunity now.

20       THE COURT:  Okay.

21       MR. CASTLE:  I believe Co-Defendant Troup

22  filed a brief, which I believe addresses this in more

23  detail than we did.  But the Brady materiality

24  standard is not useful in this context.  In Kyles

25  versus Whitley, they talk about this concept that

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    there is cumulative Brady.  So there are items that

2    you stack.  I compare them to straws on the camel's

3    back, okay.  And so, the idea of cumulative Brady is

4    when the straws get so weighty, that's when you've

5    reached Brady.  The problem with that is the straws

6    that are on this camel's back aren't known yet by

7    Your Honor, and they're not known by the Government.

8    Because some of the straws that are on the back are

9    straws that -- pieces of evidence that we have

10   investigated and learned about, and we present during

11   a trial.

12          And so, when a court in an appellate

13   context looks at Brady, it's able to make a

14   materiality determination based upon all these pieces

15   of evidence, and look at the one that was missing, or

16   the five that were missing, and say, yes, you know, I

17   believe that that would have -- there is a reasonable

18   probability that that would have made a difference,

19   given the whole context of where we're going here.

20   But the prosecution can't even know that.  They don't

21   even know what our defense is.  Is our defense to

22   attack the credibility of a particular informant?  Or

23   is it to embrace that informant's story?

24          For example, in Counts 1 and 2, there are

25   people that are in discovery that say somebody else

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349





BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    committed the murders, and ordered the murder, that
 2    aren't my client and the defendants that are here.
 3    That particular person might be embraced, versus
 4    another one that might be contested.
 5            And so we're encouraging the Court use a
 6    different standard.  And I believe the possible
 7    exculpatory standard taken by Judge Pregerson -- I
 8    think that's the proper pronunciation -- in the
 9    Sudikoff case, works so that a prosecutor doesn't
10    have to guess what the effect of that piece of
11    evidence is going to be at a trial that hasn't
12    occurred in the context of a defense that they
13    haven't seen.  It allows a prosecutor a much cleaner
14    line, which is to look at particular evidence and
15    say, is it possibly exculpatory?  Is there a chance
16    that this is going to be something that would be of
17    value to the defense?  Then you provide it.
18            Now, I'd encourage the Court to read -- it
19    could be accessed online -- I apologize, I didn't
20    provide it to the Court prior to today -- but there
21    was an oral argument between the United States
22    Supreme Court in the case of Smith vs. Cain that was
23    decided in 2012.  And during that oral argument, it
24    was interesting because there was discussion about
25    whether New Orleans -- the New Orleans prosecutor had
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    an obligation to disclose material.  And the argument

2    quickly devolved into an argument of, well, this

3    wouldn't have made a difference at trial using the

4    last prong of Brady, and the justices, almost every

5    one, including Justice Scalia, Justice Ginsburg,

6    numerous justices, all were saying to the prosecutor,

7    Well, even if you don't get to materiality, don't you

8    agree you had to disclose this?  And the reason I

9    bring this up is because I believe the U.S. Supreme

10   Court understands that there is a difference between

11   what needs to be disclosed under the Due Process

12   Clause, and what will result in a reversal under the

13   Due Process Clause.

14           I know the Court has done -- in reading the

15   Hykes decision, the Court has reviewed a number of

16   criticisms of disclosure practices throughout the

17   United States.  And I believe that we're seeing a

18   change in the analysis.  And, frankly, in my reading

19   of this Court's decisions, Hykes seems to be a little

20   bit of a sea change in Your Honor's view of

21   materials.  And I encourage the Court to go along

22   that direction.  Because too much of the

23   jurisprudence in this country is about Brady

24   violations, too much of it.

25           And so here -- and maybe I'm wrong -- I

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

 
BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    heard that they have essentially an open file policy,

2    that anything they're getting from -- anything from

3    the State they're giving to us, whether it's from the

4    corrections department.  If that's the case, then I

5    applaud that.  I'm not sure that's actually accurate

6    from my review of discovery.  In fact, I know that

7    portions of the discovery is blacked out.  And

8    they've chosen not to give that portion.  So to say,

9    yeah, we gave you a page, but we blacked out

10   information that we don't want you to have, I think

11   is the same as withholding information on certain

12   pages.

13          But I think that's where the Supreme Court

14   is going.  And I believe it's a lot easier for a

15   trial court to -- and actually, the prosecutors -- to

16   manage their cases, if there is a bright line concept

17   that is easy to apply, rather than to sit there and

18   guess how this piece of evidence, in conjunction with

19   any other pieces of evidence that they're going to

20   withhold, might affect a case that they haven't

21   conducted.

22          I know that counsel for Mr. Troup actually

23   briefed this more than we did.  And so I don't know

24   if the Court -- if they wish to add to my arguments,

25   but that we would encourage the Court to apply a

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1    different standard.

 2            THE COURT:  All right.  Let's do this:

 3    We've been going for a while.  Why don't we go ahead

 4    and take our lunch break.  I think some folks need to

 5    use the restroom.  So this will be our lunch break.

 6    The marshals tell me it takes about an hour and a

 7    half, so I guess we should shoot for being back

 8    here -- when do you want everybody to be back,

 9    everybody in?  So 1:45 everybody needs to try to be

10    back here.  That's probably ambitious, but let's give

11    it a shot.

12            And then, if other counsel want to be

13    involved in making an opening statement, then I'll

14    certainly let that the occur, and then I'll let the

15    United States make an opening statement.

16            All right.  We'll be in recess till 1:45.

17            (The lunch recess was held.)

18            THE COURT:  All right.  Mr. Castle, did you

19    have anything else you wanted to say before --

20            MR. CASTLE:  No, Your Honor, not as far as

21    a general statement.

22            THE COURT:  All right.  Did any of the

23    other defendants want to speak on this issue?  Mr.

24    Burke?  Ms. Harbour-Valdez?  Anything you want to say

25    additionally on it?  Mr. Burke?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1           MR. BURKE:  Your Honor, I take it it would
2    be your preference that I address the motion
3    regarding Count 3, because it is similar, at this
4    time?
5           THE COURT:  No, I just -- Mr. Castle had
6    mentioned your name as somebody who had written one
7    of the briefs, said it better.  You might want to
8    comment.  If you don't have anything to say, then
9    we'll --
10          MR. BURKE:  I didn't say it better, Your
11   Honor.  I want to address --
12          THE COURT:  I wasn't making a ruling.  I
13   was just pointing out what was said about you.
14          MR. BURKE:  If it's all right with the
15   Court, I'll just wait to make my comments about the
16   follow-up motion on Count 3.  Thank you, Your Honor.
17          THE COURT:  All right.  One thing I might
18   say in response to Mr. Castle's remarks, I'm not
19   sure -- you know, I'm going to take a relook at all
20   this -- but I'm not sure that Hykes -- I would
21   characterize myself -- and that's always a difficult
22   thing to do -- as really a sea change in the way I've
23   done things.  I think Hykes is a little bit of a
24   reaction to Kozinski's opinion, or article.  It's a
25   reaction to what Pregerson has done in the central
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    district.  So I staked out my position.  I think it
2    was probably good that it was done in another case,
3    without all the pressure of this.  I guess, probably,
4    I'm not inclined to reconsider it.  It seems to me
5    those guys have a particular view of Brady violations
6    that I don't quite share.  And they're throwing out a
7    lot of law to get there, is sort of my thoughts on
8    that.
9              And so I'm going to take a fresh look at
10   it.  You have my word on that.  But that was some
11   work I did over the summer, so it's fairly fresh on
12   my mind.  So I'm not likely to reconsider it.
13             But at the same time, I think what you see
14   is, in the other opinions, you know, I take a fairly
15   liberal view of Rule 16, take a fairly liberal view
16   of Brady, fairly liberal view of Jencks material,
17   both in my in camera reviews and working with the
18   U.S. Attorney's Office here.  So if that's of
19   guidance to anybody, that's the way I see myself.
20   But, of course, everybody gets to have their own
21   opinion.
22             All right.  Mr. Beck, are you going to make
23   sort of an opening statement before we jump into
24   these 17 categories?
25             MR. BECK:  Sure, Your Honor.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1            Given the Court's recent comments, I think

2    we can short-circuit a lot of this, and get to the

3    heart of it.

4            I think there were some

5    mischaracterizations.  A lot of that opening

6    statement was geared towards, I think, what was

7    classified as us saying that we're not working with

8    STIU, NMCD, or the FBI.  And I think in our earlier

9    discussion, Judge, I told you that we are, and that

10    often when we call, they hand things over.  I have

11    concern that sometimes this may not happen.  But I

12    wanted to make clear for everyone that this is a

13    joint investigation.  We're not contesting that at

14    all.

15            I think Mr. Castle was pointing the Court

16    to its decision in Hykes.  I will refer the Court to

17    Footnote 12 at page 19 to 20.  I think that's where

18    the Court talks about the United States' obligation,

19    at least as far as it sees it, in looking through

20    files.  So it says, The Court consistently stated

21    that it cannot require the United States to get

22    documents from third parties or to seek documents

23    that refuse access to the United States.  Here,

24    however, the United States has such access to -- in

25    that case the BCSO's personnel files -- even if the

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1    BCSO still has custody or possession of them.

 2              And in a string cite, Your Honor cites to

 3    United States against Brooks, 966 F.2d Reporter,

 4    which begins on page 1500, and the pincite is 1503,

 5    from the D.C. Circuit in 1992.  And Your Honor's

 6    citation to that says, Stating that a prosecutor may

 7    have a duty to search files maintained by other,

 8    quote, "governmental agencies closely aligned with

 9    the prosecution," unquote, when there is, quote,

10    "some reasonable prospects or notice of finding

11    exculpatory evidence," unquote.  You went on to say,

12    "The Court wants to ensure that the United States is

13    the one determining that no Brady or Giglio material

14    exists, rather than the BCSO."  And I think the

15    United States understood that when we were working

16    through this motion with counsel to try to see if we

17    could come to agreements on that.  So I think that

18    was the first point.  And I just want to make clear

19    that we are working with NMCD, the STIU, and the FBI

20    here.

21              Also, I think Mr. Castle said that

22    Mr. Marcantel had been at counsel table.  And I have

23    not been here for every hearing.  The ones that I

24    have been, he has not been here.  But my co-counsel,

25    who have been here for every hearing, say that he has

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    never sat at counsel table, to the extent he ever has

2    been here.

3           I think the second point was the two-week

4    disclosure for Jencks materials.  We have been

5    working to try to come together for a scheduling

6    order that would cover at least Brady and Jencks

7    materials.  But that also has not come before the

8    Court and hasn't come through.  So we have tried to

9    work on that.

10          The third point was just what the Court got

11   at.  I think the Court's decision in Hykes -- and

12   this is probably where I'll end this opening

13   statement -- I think it does take somewhat of a

14   different view than the Court's decision in Padilla.

15   The Court's decision in Padilla just -- and I think

16   properly said that the Tenth Circuit has refused to

17   follow Sudikoff's mentality on Brady and Giglio.

18          In Hykes, I think the Court takes a little

19   bit more of a nuanced position, even if it's implied

20   and not explicitly stated, in requiring some sort of

21   factual demonstration that requested materials may

22   contain information that is properly discoverable

23   under Rule 16, or properly disclosed under Brady.  So

24   I do think that the Court takes a more nuanced

25   approach than just saying, You can't have these.

SANTA FE OFFICE                                                                    MAIN OFFICE
119 East Marcy, Suite 110                                                  201 Third NW, Suite 1630
Santa Fe, NM 87501                                                         Albuquerque, NM 87102
(505) 989-4949                                                                       (505) 843-9494
FAX (505) 820-6349                                                             FAX (505) 843-9492
                                                                                  1-800-669-9492
                                                                      e-mail: info@litsupport.com

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1  Fairly so, I think the Court just, in the past in

2  that decision, required some sort of evidence.  And

3  in that case, it was -- I understand it was a motion

4  to disclose Giglio material.  And in that case, the

5  defendant came forth with known excessive force cases

6  that three BCSO officers, who were involved in arrest

7  of that defendant, had been in.

8         So I submit to the Court that I think it's

9  vastly different to come and ask for 600 STIU files

10  and everything in there, versus asking for three

11  personnel files and pointing to specific facts.  And

12  I think the Court's decision in Padilla hits on that,

13  in that, you know, while that may be okay in civil

14  discovery, that's not how criminal discovery

15  operates, for very good reason, I think a lot of the

16  same reasons, STIU and New Mexico CD have been

17  pushing back.  If we would request to try to track

18  down all of these files, they just don't have the

19  manpower.

20         Finally, I think the size of this

21  prosecution was a little bit overemphasized, and has

22  been throughout.  We understand from the Deputy Chief

23  of the Department of Justice Organized Crime and Gang

24  Unit, they're the ones who see every count that we

25  indict, see every count that is indicted with RICO

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    cases across the country, and they've informed us

2    that 20 to 30 defendant prosecutions across the

3    country are nothing abnormal.  They are sort of the

4    norm for these types of cases.  There is nothing

5    specific here.  And they've said that currently there

6    are cases with over 100 defendants being prosecuted

7    across the nation.  So this is not as complicated of

8    a case as some defendants may assert that it is.

9              THE COURT:  Don't press that last point too

10   strongly.  The Tenth Circuit has given me an extra

11   law clerk, and I don't want them to take him away.

12             MR. BECK:  I saw that, Your Honor.  Well,

13   we're always happy to have the help.

14             THE COURT:  All right.  Thank you, Mr.

15   Beck.

16             Mr. Castle, if you have anything else you

17   want to say in response to Mr. Beck, you're welcome

18   to do so.  But otherwise, let's start taking up the

19   disputes that remain.  I know y'all settled a lot of

20   them in the briefing, and may have gotten some

21   progress this morning.

22             MR. CASTLE:  Yes, Your Honor.  I'll just --

23   before going to the specifics, I would just note that

24   it's not the number of defendants, it's the number of

25   years and number of events.  We're talking about

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    allegations going back to the mid 1980s.

2           And perhaps -- I know the Court had

3    indicated in Hykes that often a colloquy with the

4    prosecution might be of assistance in ferreting out

5    some information.  And perhaps, if the Court is going

6    to engage in that, one of the questions is:  Are we

7    going to be putting -- are they going to be putting

8    on evidence that goes back to the mid '80s and the

9    mid '90s, or are we going to only be focusing on

10   counts -- the evidence concerning the counts?

11   Because I think that would vitiate against some of

12   our arguments.

13          Judge, our first specific request is

14   actually in the body of the motion for specific

15   discovery.  It's not one of the numbered ones, and I

16   apologize that I didn't set it out as a numbered one.

17   But in our status report, we discuss it, and that is

18   in regards to --

19          THE COURT:  When you're referring to the

20   status report, what are you talking about?

21          MR. CASTLE:  I'm talking about Document No.

22   708.  It's titled, "Status report regarding motion

23   for specific discovery."

24          THE COURT:  I didn't read it.  I thought of

25   it as sort of a reply or something.  But I see what

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    you're titling it.

2            MR. CASTLE:  The first request we had made

3    in our original motion was for a prior interview of

4    Mr. Lujan.  And to give the Court some background:

5    Our review of the discovery, at least with respect to

6    Mr. Garcia is that Mr. Lujan is essentially the only

7    witness to date that's been identified that indicates

8    our client is responsible for the murders in Count 1

9    and Count 2.  And so in their disclosures, they did

10   provide to us interviews that were done with Mr.

11   Lujan.  The earliest one being August 8, 2007.  In

12   that interview, at the beginning of the interview,

13   the investigator indicates that he'd had a prior

14   interview with Mr. Lujan, and references the prior

15   interview.

16            And so it's our position that, you know, if

17   Mr. Lujan's name had been not disclosed and they were

18   relying upon Jencks, they might have an argument.

19   But they have released that.  And they released his

20   other statements.  And so, obviously, the most -- the

21   earliest statement in time, if any of them have a

22   liability, that might have the most reliability.  And

23   so it's necessary to review that for the purposes of

24   investigating and preparing for the case.  So it's

25   discoverable under Rule 16.  If it's inconsistent

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    with any of his later statements, obviously, then it
 2    would be Brady.  But I don't believe the Government
 3    has addressed this issue in its response, probably
 4    because we had put it in the body of our motion and
 5    not as a numerated request.  But it's our position
 6    it's required to be produced.
 7             THE COURT:  All right.  Mr. Beck?
 8             MR. BECK:  Your Honor, we've produced a
 9    number of statements.  I don't know --
10             THE COURT:  What's the date of the one that
11    you do have?
12             MR. CASTLE:  August 8, 2007, is the
13    earliest in time.  We have others.
14             THE COURT:  It refers to an earlier one?
15             MR. CASTLE:  Right.
16             MR. BECK:  Yeah, I understand that.  I read
17    that this morning when I read this status notice.  As
18    I said, we produced a number of statements.  I don't
19    know whether that one has been produced.  I assume
20    that it hasn't.  We will certainly go back and look
21    for that.
22             THE COURT:  And you'll produce it if you
23    find it?
24             MR. BECK:  I will say that I think there
25    are some statements that have been released that
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1    defendants -- counsel have been sensitive about, that

2    perhaps they would not rather have had them released.

3    So I think that, if we release it, if we have it and

4    can find it, but I would just caution that there may

5    be objections from other people to releasing the

6    statement.  But I'm sure we will go back and look for

7    it.

8               THE COURT:  And you'll produce it if you

9    find it.

10              MR. BECK:  Yes, we'll produce it.

11              THE COURT:  All right.

12              MR. CASTLE:  Your Honor, that's

13   satisfactory.  I would only ask for a due date,

14   because in their response they filed in July --

15              THE COURT:  Can we use a 14 day for

16   anything I order produced, Mr. Beck?

17              MR. BECK:  Your Honor, that sounds fair.  I

18   would just caution that, as I discussed with

19   Mr. Castle this morning, the DNA evidence that

20   they've looked for, that DNA material, is with the

21   State, and it may take them longer to get it to us.

22   We've already requested that information; it just

23   hasn't been given to us.  So we will do our best

24   efforts to do that.  But I think 14 days --

25              THE COURT:  Does that time frame sound
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   good, Mr. Castle?
 2             MR. CASTLE:  Yes, Your Honor.  And does the
 3   Court want me to address the DNA now, or --
 4             THE COURT:  Go ahead, since it's been
 5   raised.
 6             MR. CASTLE:  Fourteen days for anything
 7   else the Court orders is fine with us.
 8             With regard to the DNA, I believe the
 9   argument that has been made is that the only thing
10   they need to produce is -- or at least prior to
11   today -- was the only thing they needed to produce
12   was the final report.
13             THE COURT:  Yeah, I'm inclined to include
14   the underlying data.  So if there is underlying data,
15   I think it needs to come up with the report; that we
16   don't need to just cut it off with the actual final
17   report, but whatever hard data results or things like
18   that, I think ought to come up, too.
19             Do you want to respond on that?  Can you
20   live with that, Mr. Beck?
21             MR. BECK:  Yes, Your Honor.  I'd point
22   Mr. Castle to paragraph 14 on page 16, where I said,
23   "In the interests of" -- or where the United States
24   said, "In the interest of compromise, and in light of
25   Court's decisions in Hykes and Rodella, the United
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1    States agrees to produce the requested information,
2    to the extent that it exists, and is in the United
3    States' possession, custody, or control."  So we did
4    agree to pass that on.  And as I said, we've asked
5    the State for it, so we are getting it.  So we did
6    already agree to produce that.
7              MR. CASTLE:  I understand.  But when you
8    couch it with "to the extent it's in our possession
9    and control," you're not --
10             THE COURT:  Well, let's do this:  If you
11   can't get the State to turn it over, then advise
12   Mr. Castle.  And if it exists, get as much
13   information as you can to Mr. Castle.  If they say it
14   doesn't exist, then relay that information to him.
15   And obviously, if they're willing to produce it to
16   you, then it needs to be produced.
17             And I'm going to relook at this issue as to
18   what I'm going to do with the State Police.  But
19   right at the moment, I'm going to assume for today
20   that I'm going to leave them as not under the
21   possession, custody, and control of the U.S.
22   Attorney's Office, and so they'll have to be treated
23   as a third party.  But I'll take a hard look at that.
24             Anything else on the DNA, then, Mr. Castle?
25             MR. CASTLE:  No, Your Honor.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1            THE COURT:  All right.  Next issue?
 2            MR. CASTLE:  It is the other case files.
 3   We gave the Court a number of case files that had
 4   certain numerical designations, which are for my
 5   understanding FBI file numbers of investigations.
 6   And we identified three in our original motion.  And
 7   from what we can tell, the Government did search
 8   using defendant name search methods for at least two
 9   of the three files.  The third one, they may very
10   well have done that and nothing was produced.  But I
11   don't think that satisfies their obligation.  Those
12   three files, and then the two that we identified most
13   recently in our status report, were all
14   investigations of the SNM for various acts that are
15   charged in this indictment.  And so they need to --
16   because they are the federal government's files, they
17   need to review them for Rule 16 and Brady-Giglio
18   materials and produce them.  I think this would be an
19   opportune moment to ask if that's the case, if the
20   Court wanted to engage in that colloquy, because if
21   they said they have done that, then I think the law
22   says we have to essentially accept that.
23            THE COURT:  All right.  What is the status
24   of the review of these three files, Mr. Beck?
25            MR. BECK:  We've reviewed these three files
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1    and produced information from them, Your Honor.  With
2    regard to the other files that counsel has just
3    brought to our attention, those are significantly
4    older.  We're not sure that any of those
5    investigations touched on the overt acts in this
6    VICAR.  But we will go back and look for them and
7    disclose the material that Rule 16 requires us to
8    disclose.
9                THE COURT:  And you'll use my sort of
10   liberal Rule 16 and Brady eyes to do that review?
11               MR. BECK:  Yes, Your Honor.
12               THE COURT:  All right.  Anything else on
13   that, Mr. Castle?
14               MR. CASTLE:  No, Your Honor.
15               The next is what have been called the STIU
16   files.  And right off the bat, I would tell the Court
17   that I would agree that our request is overbroad.
18               But I would indicate in this case, as far
19   as Count 1 and Count 2, they are murders that
20   occurred on the same date that occurred in two
21   different cell blocks.  And for those cell blocks
22   there were a limited number of inmates that were in
23   those cell blocks, who all had the opportunity to
24   have committed the murder.
25               THE COURT:  What would you say -- what
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    would be the estimate of people that you think would

 2    be reasonable suspects in the cell block?

 3              MR. CASTLE:  I can show the Court, using

 4    the Elmo.  The Government had done two PowerPoints

 5    for each murder.  And in the PowerPoints they set

 6    forth the evidence collected in the case.  And for

 7    each of those two homicides, they listed all of the

 8    people in the cell block as suspects.

 9              So what I'm showing the Court right now is

10    what's been marked as Exhibit A, which is for the --

11              THE COURT:  Are your monitors working here?

12              MS. STILLINGER:  This one does not.

13              THE COURT:  But yours at the back is

14    working?

15              MR. BENJAMIN:  No, Your Honor.  I've seen

16    the PowerPoint.

17              THE COURT:  Not at the table, they aren't

18    working.

19              MR. CASTLE:  It's all in discovery, Your

20    Honor, if anybody wants to see it.

21              And there is a similar PowerPoint that

22    lists the suspects and the people that were in the

23    cell block at the time of Count 2 murders.  So I can

24    show the Court the second one, but I think this is

25    demonstrative.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1          THE COURT:  So this is for one of the
 2   murders?
 3          MR. CASTLE:  Yes, it's one of the murders.
 4   So they've listed the suspects for us.  So I think
 5   they're relativity identifiable to the prosecution.
 6   For those individuals, obviously, these STIU files
 7   are going to produce material that's -- that can
 8   assist in the defense.  What those files contain
 9   normally -- and I haven't seen one here in this
10   case -- is historical records of gang involvement by
11   individual.  It will show whether they are a risk to
12   other individuals in the prison.  They would show,
13   for example, whether any of these individuals had
14   problems with the victims in this case, or had a
15   motive in the case.
16          And so we would ask that those specific
17   STIU files for the suspects that are identified in
18   both Exhibit A and that portion of Exhibit B, which
19   deals with the suspects -- and I think that the
20   prosecution knows the list -- that those be reviewed
21   also for Rule 16 and Brady materials.
22          And here is the second list, which is a
23   selected page of Exhibit B.
24          THE COURT:  All right.  Mr. Beck?
25          MR. BECK:  Well, I think Your Honor has
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    given pretty clear guidance where you intend to go
 2    with that request.  And the United States isn't
 3    opposed to reviewing these suspects' STIU files.  And
 4    to the extent that there is material -- again, I
 5    can't say that STIU would wholesale hand them over.
 6    I think they've been receptive so far.  We would
 7    obviously alert the Court if we have trouble.  But I
 8    can tell you that, given this much more limited
 9    request here today, we're happy to review these with
10    Your Honor's liberal standard in mind and produce
11    Rule 16 materials.
12              THE COURT:  All right.  Thank you, Mr.
13    Beck.
14              Anything else on that issue, Mr. Castle?
15              MR. CASTLE:  No, Your Honor.
16              The third request is the STIU files and
17    Giglio material concerned Mr. Lujan.  Once again,
18    they've already disclosed his identity, all but one
19    of his statements so far.  So there doesn't seem to
20    be any reason to resist turning over materials that
21    they possess or can get easy access to with regards
22    to Mr. Lujan.
23              THE COURT:  Mr. Beck?
24              MR. BECK:  I think there seems to be some
25    confusion here, Your Honor.  Mr. Lujan is not a
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Government witness.  He's not a Government

2    cooperator.  His statements are not Jencks.  That's

3    why the United States said, We'll turn them over.  So

4    to the extent that they're asking for more, I think

5    that that's inappropriate.  That's based on some

6    misunderstanding.  To the extent they're asking us to

7    review the STIU files for Rule 16 materials, just

8    like we're going to do with those other suspects, I

9    think that's appropriate, and we'll do that.

10              THE COURT:  Mr. Castle?

11              MR. CASTLE:  Well, then I don't know how

12   they're going to prove their case.  Because their

13   PowerPoints say that their evidence comes from Mr.

14   Lujan against my client; that he had a conversation,

15   a one-on-one conversation between the two of them,

16   and that my client allegedly told Mr. Lujan to

17   orchestrate these two murders.

18              So I understand they may not have to

19   designate their actual witnesses until two weeks

20   prior to trial.  But if they don't designate Mr.

21   Lujan by then, then we probably are going to be

22   dismissed out of the case.  But I want to prepare in

23   advance of that.

24              So I think it's logical -- and my guess is,

25   if we were to look at the Grand Jury transcripts in

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 820-6349                                              FAX (505) 843-9492
                                                                    1-800-669-9492
BEAN & ASSOCIATES, Inc.                       e-mail: info@litsupport.com
PROFESSIONAL COURT
REPORTING SERVICE

```
 1    this case, my guess is the indictment was obtained
 2    based upon Mr. Lujan's statements.  I'd be shocked if
 3    it wasn't.
 4             So I think in some respects the Court has
 5    to order discovery based upon likelihoods.  And
 6    what's the worst that happens if we get this material
 7    and Mr. Lujan doesn't become a witness, and we're
 8    prepared for something that we don't have to defend
 9    against?  I don't see that to be a legitimate
10    Government interest in holding this evidence at this
11    time.
12             THE COURT:  Any response on that, Mr. Beck?
13             MR. BECK:  Your Honor, I mean, I think the
14    rules of discovery, Rule 16, Brady, Giglio, Jencks
15    are clear.  As I said, Mr. Lujan is not a cooperating
16    defendant.  He's not a testifying witness in this
17    case.  So --
18             THE COURT:  You're going to prove your case
19    without him?
20             MR. BECK:  We're in that position now,
21    so --
22             THE COURT:  But you're going to review his
23    file, if you have not already done so, for Brady and
24    Rule 16 material?
25             MR. BECK:  Yes, Your Honor.  I said we'd do
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
1    the same thing we were going to do with those other
2    suspects.
3            THE COURT:  Well, I think that's all I can
4    do, Mr. Castle.
5            MR. CASTLE:  I understand.
6            If the Court will give me a second.  I took
7    the wrong set of glasses out of my house, and I'm
8    going to be functioning with my wife's glasses who
9    has better eyesight than I do.
10           THE COURT:  I've got some drug store
11   cheaters if you need them.
12           MR. CASTLE:  The next question is in
13   regards to what's called separatee status.  And what
14   those are is, normally, in the Department of
15   Corrections files, they will indicate who creates a
16   risk to an individual.  That's so that they can make
17   sure that they're not housed together, take
18   precautions, so Corrections can do what they can to
19   protect people.
20           For the two victims in this case,
21   obviously, their separatee listings is literally a
22   list of alternate suspects, who could have either
23   participated or ordered their deaths.
24           So I think the Government is in agreement
25   on producing that within the two-week period.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1          THE COURT:  Is that correct, Mr. Beck?

 2          MR. BECK:  That's right, Your Honor.  We

 3   discussed that beforehand.  That's the separatee

 4   listings, Number 8; correct?

 5          MR. CASTLE:  Yes.

 6          THE COURT:  All right.  Anything else on

 7   that, Mr. Castle?

 8          MR. CASTLE:  No, Your Honor.  The only

 9   thing I would note is, these motions were filed in

10   June.  And I think that this is a concern that we

11   have that the Government recognizes that this

12   material should be reviewed and turned over, and yet,

13   we're here in October without these materials.  And

14   that's one of the driving forces behind the motion to

15   continue the trial.  So I know the Court's doing what

16   it can by giving a two-week deadline.  But I would

17   just make that note.

18          The next request concerns segregation

19   waivers signed by two victims in Count 1 and Count 2.

20   And I believe the Government is willing to provide

21   that within the two-week period.

22          MR. BECK:  That's right, Your Honor.

23          THE COURT:  All right.

24          MR. CASTLE:  The next one is a request for

25   the Wanted for Escape Master Record Entry.  And when

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    we discussed things this morning, the Government

2    didn't realize, but it had turned that over, so we

3    already have it, and we withdraw our request.

4              The next one is the logbooks.  I know the

5    Court addressed this with prior counsel.  And we had

6    asked for a three-month period before and after.  And

7    I know the Court had said three weeks before, and I

8    think three days after.  Let me explain at least why

9    the after ones are relevant.  After a homicide

10   happens at Corrections, they -- the investigators

11   within the Department of Corrections immediately try

12   to gather intelligence information to try to

13   determine, not just who committed the crime for the

14   purposes of prosecution, but they're also trying to

15   figure out security issues.  So what happens in the

16   weeks afterwards is that inmates are moved, and

17   they're relocated because they're possibly suspects

18   or possibly witnesses or possibly at risk.  So those

19   logbooks will give us a history of who the witnesses

20   are that we really actually need to talk about.

21             Now, we're trying to investigate and defend

22   a case on allegations that happened 15 years ago.  So

23   these logbooks are almost like an historical record,

24   the best historical record that we can get our hands

25   on, as to who are the people that we need to go

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    interview and why.  And they'll also contain
 2    information, such as, An informant told me John Doe
 3    had killed this person, and so we're moving them out
 4    of this unit.  It contains all kinds of information.
 5            I know the Court had given discovery of the
 6    regulations that occur that are supposed to deal with
 7    what they're supposed to put in there.  But I can
 8    tell the Court, even though those regulations
 9    undoubtedly exist, those logbooks will often contain
10    information that's not pursuant to the regulations,
11    just because of the nature of what people write down
12    for notes.  And so we're asking the Court to expand
13    that -- I could probably live with less than three
14    months on the front end, if we could get more on the
15    back end.  Now, I'm not trying to horse trade --
16    well, I am trying to horse trade with the Court.  But
17    I think perhaps two and two would be a better search
18    area for us.
19            THE COURT:  Mr. Beck?
20            MR. BECK:  Your Honor, I'll refer the Court
21    and counsel to page 16, paragraph 13 of our response
22    brief to this motion.  And it's substantially the
23    same in the response to the other motion.  We
24    inquired of New Mexico Corrections Department, if
25    they have these files.  Pursuant to their records
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    retention policy NMAC 1.1A.770.75, they only retain

2    documents for five years after they're created.  So

3    these have been destroyed pursuant to that policy.

4    They were destroyed, presumably, sometime in 2006.

5           So the New Mexico Corrections Department

6    preserved logbooks from the days of these murders,

7    and those have been disclosed in discovery.  But the

8    other files have been destroyed.

9           MR. CASTLE:  Except, Your Honor, can the

10   Government disclose the exact date that they were

11   destroyed?  The reason that is is because, in 2007,

12   at least at the earliest, the federal government

13   started investigating these cases.  And obviously,

14   that would be relevant to possible arguments under a

15   Trombetta destruction issue.  So we would ask for a

16   destruction date.

17          THE COURT:  Can you provide that

18   information, Mr. Beck?

19          MR. BECK:  I can certainly ask the New

20   Mexico Corrections Department to provide that

21   information.  And I'll respond to opposing counsel

22   what that answer is.

23          THE COURT:  All right.  Anything else on

24   that issue, Mr. Castle?

25          MR. CASTLE:  No, Your Honor.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1              The next area is with regard to pen packs.
2    And I think there are a couple different requests for
3    pen packs for different individuals.  And I believe
4    the Government's response was, Well, you can go
5    through IPRA, the state FOIA process, to obtain these
6    materials.  And our argument is that they have easy
7    access.  And it doesn't really assist -- it's not
8    efficient if all 26 remaining defendants have to file
9    separate IPRA requests to get the same exact
10   material.  It sounds like it's readily available to
11   the Government.
12             And I think, kind of an associated issue
13   with this is, under Rule 16, the prosecution is
14   required to give the defendants their own criminal
15   record, which they have not done to date.  And so,
16   when they're over there, if the Court orders it,
17   obtaining the pen packs for the individuals we've
18   identified --
19             THE COURT:  What's the list that you're
20   working from on the pen packs?
21             MR. CASTLE:  It's an individual by the name
22   of Frederico Munoz, Mr. Lujan, the two named victims
23   are the ones that we listed.
24             THE COURT:  So you've got four pen packs?
25             MR. CASTLE:  Four pen packs.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              THE COURT:  Mr. Beck, your thoughts?
 2              MR. BECK:  I'm trying to come back from
 3    that.  So I think we're conflating two sort of
 4    requests here.  Specific request Number 12 is the pen
 5    pack for Frederico Munoz; specific request Number 4
 6    are the pen packs for RG, FC, and all inmates housed
 7    in P1 green pod and O1 yellow pod.
 8              THE COURT:  It sounds like Mr. Castle is
 9    just reducing it to four:  Two victims, Lujan,
10    Frederico.
11              MR. BECK:  I think we've conceded that we
12    will provide the victims' pen packs.  We'll also
13    provide all of the defendants' pen packs.
14              But I should clarify for the Court, I think
15    Mr. Castle was saying we have easy access, and we're
16    requiring them to go through IPRA.  It's not quite
17    that easy.  The way I've been informed these pen
18    packs exist is that someone in the corrections
19    department, when they are asked by a DA, or something
20    to that effect, will go out to these publicly
21    available resources and compile the pen pack at that
22    point.  So it takes man-hours.  And then they print
23    them off.  So it's not like these things just come
24    about when a defendant is housed in a facility.
25              So we have requested, and we have pen packs
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    for all of the defendants.  But outside of that, it
 2    takes a lot of work from the corrections department
 3    to get those, which is why I think at one point we
 4    had offered, if they would identify specific suspects
 5    or other inmates that they wanted, we would make that
 6    request to NMCD.  And they agreed to do so for their
 7    IPRA fee of 25 cents per page to do that.  I don't
 8    think that still exists, because those discussions
 9    didn't come to fruition.  But I just want to clarify
10    for the Court that the pen packs, they're not just
11    automatically generated when there is an inmate.
12            THE COURT:  But you're willing to produce
13    the pen packs for all the defendants?
14            MR. BECK:  That's right, Your Honor.
15            THE COURT:  And the two victims?
16            MR. BECK:  That's right, Your Honor.
17            THE COURT:  And Lujan and Frederico?
18            MR. BECK:  They are defendants, Your Honor,
19    so yes.
20            MR. CASTLE:  That's satisfactory.  The only
21    thing I would note is, you know, I've heard time and
22    again that there is difficulty in getting some
23    materials from the corrections department, and
24    sometimes not.  They didn't have any difficulty ever
25    getting materials from our clients' STIU files or
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1    anything bad about our clients.  So they have the
2    ability to do it.  I'm not talking necessarily about
3    the US Government.  I'm talking about Corrections.
4    They have the ability to gather this material when
5    they're trying to prosecute someone.  It seems like
6    any arguments that they don't have that ability, or
7    it takes too much man-hours, probably should fall on
8    deaf ears, because they do it when they want to.
9              THE COURT:  It sounds like you're getting
10   what you want.
11             MR. CASTLE:  Yes, I am.
12             MR. BECK:  And I'll respond to that, Your
13   Honor.  I think I touched on this this morning in
14   relation to the first motion, in that there is a
15   difference, from our standpoint -- which we submit
16   should be a difference from the Court's standpoint --
17   between documents involved in this investigation and
18   STIU files outside of this investigation.  I don't
19   think the United States has represented that it's
20   difficult to get the STIU files that were involved in
21   this investigation, and that would be the defendants'
22   STIU files.
23             THE COURT:  All right.  Anything else on
24   that issue, Mr. Castle?
25             MR. CASTLE:  No, Your Honor.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              THE COURT:  All right.
 2              MR. CASTLE:  The next is a fairly broad
 3    request.  And that was Number 5, which was any and
 4    all files, including intelligence materials
 5    concerning the SNM, and then it goes on.  And the
 6    thrust of this argument, which I put in the motion
 7    and the reply, is they've indicted this large time
 8    period in there, from what we can tell, tell the jury
 9    of all these horrific acts that the SNM has done over
10    the last 25 years.  And I would ask that the Court
11    perhaps engage in that colloquy with the Government
12    as to whether they're really going to be putting on
13    that evidence.  Because if they are, various
14    defendants are going to need to attack that evidence.
15    For example, that their client wasn't even in prison,
16    perhaps, during that time period, and therefore, it's
17    not relevant as to their client.  Things of that
18    nature.  We're going to have to look into what their
19    evidence is.
20              Now, kind of -- in addition to that is this
21    concept that the SNM is some singular organization
22    that is responsible for all these murders, and things
23    of that nature.  What the documents we've received to
24    date show is that this umbrella concept of the SNM is
25    actually an umbrella that includes a number of
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    different groups.

2         For lack of a better -- I would give an

3    analogy to like the CRIPS gang.  The CRIPS people

4    wear the CRIPS colors, and call themselves CRIPS in

5    every major city in the country.  But they're not all

6    working together.  There is a name, and then they

7    call themselves that, but they may not be part of the

8    actions in New York City by the CRIPS, if they're

9    here in Albuquerque.  And so the materials we've

10   received indicates that the SNM has actually

11   splintered over many years and formed different

12   groups.  Some called the All Stars, for example, or

13   the Old Timers, or different groups within this

14   umbrella concept.

15        I understand the Government wants to keep

16   them all tightly knit and all one organization.  But

17   we need this information, frankly, on behalf of my

18   client, who was out of custody, living on the streets

19   with his family, is a grandfather, at the time that

20   the vast majority of the crimes alleged in the

21   indictment happened.

22        So we need to be able to review the SNM

23   records generally, because it will create defenses

24   along the lines of whether this is a criminal

25   enterprise, whether the defendant is part of that

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    criminal enterprise, the scope of that criminal

2    enterprise, and things of that nature.  But I think

3    it can be constricted, if, in fact, we hear from the

4    Government they're not going to be putting on

5    evidence from the mid '80s and the mid '90s; they're

6    going to start with the date of the offenses and move

7    forward.

8           And I understand there might be some slight

9    historical evidence just to indicate what the SNM

10   might be.  But their indictment alleges this.  And

11   we're asking for discovery that's relevant to the

12   time period in their indictment.

13          THE COURT:  All right.  Thank you, Mr.

14   Castle.

15          Mr. Beck, is there anything you can share,

16   are willing to share that might help cut down the

17   scope of the request that the defendants are making?

18          MR. BECK:  Not right now.  But I'll give

19   the Court some thoughts.  At page 5 of the Court's

20   opinion in Hykes, the Court is discussing the law

21   regarding Rule 16(a)(1)(E)(i), and says that an item

22   is material to the defense's preparation, quote, "if

23   there is a strong indication that it will play an

24   important role in uncovering admissible evidence

25   aiding witness preparation or assisting impeachment

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    or rebuttal."

2          So when we're talking about request Number

3    5 here, which is "Any and all files, including

4    intelligence materials concerning the SNM listing

5    suspected and confirmed members, and their activities

6    from the time period that the SNM was formed to the

7    last date alleged in the indictment, February 27,

8    2016," that is -- I mean, I would put that on a

9    bumper sticker for the quintessential fishing

10   expedition.

11         THE COURT:  Well, I understand the

12   argument.  But what do you do, though, if you're in

13   the defendants' position facing the scope of this

14   indictment?

15         MR. BECK:  Well, I disagree that the scope

16   of the indictment is that large.  I mean, he said, if

17   it's just some background information, then we don't

18   need to get into that.  And that's what's in the

19   indictment.  It says that the gang was formed in

20   1980, with the PNM riot, and has existed since then.

21   And it lists some historical background to the gang.

22         What the United States has to prove is that

23   the organization engaged in racketeering.  And if

24   there are overt acts, we have to prove those overt

25   acts; we have to meet our burden of proof.  And I

SANTA FE OFFICE                                                        MAIN OFFICE
119 East Marcy, Suite 110                                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                               Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 820-6349                                               FAX (505) 843-9492

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1    think the Court should look to its discovery and say

2    that, if they come forward with specific allegations

3    in the complaint, or specific facts that a suspected

4    gang member, suspected SNM file from 1981 -- well, go

5    back -- the STIU, STG began to exist in 1999, so they

6    wouldn't go back that far.  They would exist in 1999.

7    But if they could come forth and email -- it doesn't

8    have to be in a motion -- and say:  Here is the fact;

9    here is the allegation; this is why we need this

10   group of files; this is why we need you to look at

11   this person's file, the United States has been open

12   to doing that.

13          And I think that, while the criminal rules

14   may not require the United States to do that, it's

15   been willing to do that, with the Court's guidance

16   and its decisions.

17          And so I don't think that this request has

18   to -- necessitates the Court getting into what we're

19   going to prove at trial.  If there are requests for

20   specific information, I think we can get to that.

21   But I would submit to the Court that Rule 16, the Due

22   Process Clause, and the Court's own, as you said,

23   liberal discovery view, do not merit that we have to

24   look through these -- what I have been told is over

25   600 files, most of which are in archives, anywhere

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    from, at a minimum 30 to 40 pages, to a maximum

2    hundreds of pages in each one of these files.

3              THE COURT:  All right.  Thank you, Mr.

4    Beck.

5              MR. CASTLE:  Yes.  Initially, I keep

6    hearing this concept of fishing expedition.  Well,

7    the fishing expedition that has originated is this

8    indictment.  In the terms, I think, of the last

9    search warrant that was issued, it was -- it's a

10   statement that's being made to the SNM.  And they

11   cast their net wide and deep, and they tried to

12   capture everybody that they thought was an SNM member

13   or a big SNM member for the last 15 years.  And so

14   they're the ones that cast the wide net.  And so

15   within that net is information.  Now, the Government

16   tells us -- what they're stating here is there may be

17   files -- there are files -- I think 600 files -- that

18   contain information about the SNM, but we're not

19   going to review them, unless you specifically point

20   them out.

21             And I want to show the Court what happens

22   when that occurs.

23             THE COURT:  When we talk about the 600

24   files, what are we talking about?  What are these

25   files?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1              MR. CASTLE:  Well, I don't know.  What the

2     Government --

3              THE COURT:  What do you think they are?

4              MR. CASTLE:  I think some of them are

5     federal investigations.  And that's what I wanted to

6     show the Court.

7              THE COURT:  So you think that there are 600

8     separate state corrections department investigations

9     of the SNM Gang in the prison system?

10             MR. CASTLE:  I have no idea how many there

11    are.

12             THE COURT:  Is that what your thinking is

13    we're talking about?

14             MR. CASTLE:  I think -- my guess is -- and

15    I guess the best person to ask is the Government --

16    but I think the 600 include probably state-run

17    investigations and Corrections-run investigation.

18    But certainly, some of them include federal

19    investigations.

20             And what I wanted to show the Court is what

21    happens.  This is a document that we received in

22    July, because we identified one of those case

23    numbers, a prior investigation that was listed as an

24    investigation into this -- these murders -- they had

25    not reviewed.  And what it shows -- and I'm going to

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    show it to the Court -- on page 2; it's Exhibit D at

2    page 2.  This particular document, it talks about the

3    splintering of the SNM in the year -- well, it

4    doesn't really say, but it appears to be in the early

5    2000s -- and that the SNM split.  And that, as a

6    result of it, one group of the SNM, who are indicted

7    here today, sought to put a green light, or a hit,

8    whatever you want to call it, on my client.  Now, my

9    guess is my client wasn't part of that conspiracy.

10          So the problem is, if the Government is not

11   looking into all their files that they've

12   investigated the SNM, they're not going to find

13   exculpatory information, such as I am demonstrating

14   to the Court here.  Now, some of them might be

15   inculpatory also.  But it talks about the splintering

16   of the SNM into different groups.  And I'm telling

17   the Court right now that this is a preview of a

18   motion to sever the Court is probably going to hear

19   from the Count 1 and 2 defendants.

20          But in their own documents, which we would

21   never have gotten, because they weren't going to

22   conduct their own Brady and Giglio analysis, or Rule

23   16 analysis, of the files that were investigated by

24   the FBI and the U.S. Attorney's Office here, is

25   exculpatory information.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1          I know the Court is still looking at it, so
 2     I'll wait until the Court is done.
 3          THE COURT:  Go ahead.
 4          MR. CHAMBERS:  Excuse me, Your Honor.
 5     Would Mr. Castle identify that document by Bates
 6     number, please?
 7          MR. CASTLE:  It is Bates No. 2647 in the
 8     DeLeon case.
 9          MR. CHAMBERS:  Thank you.
10          MR. CASTLE:  There are numerous documents
11     like this that I can show the Court, and I've marked,
12     but --
13          THE COURT:  Well, let me ask this:  If I
14     understand what you're saying is you identified a
15     file, told them to go look at it; they did, and they
16     found that, and they gave it to you.
17          MR. CASTLE:  Yes.
18          THE COURT:  I guess I'm wondering why this
19     process -- some version of what Mr. Beck is
20     suggesting, won't work.  Rather than just a wholesale
21     investigation of the 600 files, instead they're
22     receptive to looking at the ones that you point out
23     may have something that's useful to you.
24          MR. CASTLE:  Well, because we're not being
25     given information about all of the files that are at

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                           Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 820-6349                                               FAX (505) 843-9492
                                                                   1-800-669-9492
                                                         e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1    least part of the federal investigation.
 2              THE COURT:  How did you get information on
 3    this file?
 4              MR. CASTLE:  Only because we identified the
 5    case number, and asked them to go look at it.
 6              THE COURT:  How did you do that?  How did
 7    you know that existed?
 8              MR. CASTLE:  One of the documents in a
 9    previous disclosure under this case number also
10    referenced, and said "prior file," and it referenced
11    that number.  And I think that those references were
12    attached to our original motion.  So we kind of found
13    it.  It was like finding a needle in a haystack.
14              I know the Court has kind of drawn a line
15    between materials from the State, that the Government
16    may not need to go review.  But these are -- the
17    materials that are done by federal investigation,
18    there can be no doubt that under Kyles they have a
19    duty to review all the files of the SNM -- not all
20    criminal files, but of the SNM -- that -- and look
21    for exculpatory material and Rule 16 type material.
22    I know it's hard, and I know it's going to be
23    burdensome.  But this is a burdensome case.  And what
24    we've established through, at least these instances,
25    plus two more that we just referenced in our status
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

**BEAN & ASSOCIATES**, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
**1-800-669-9492**
e-mail: info@litsupport.com

1    report is there are files of investigations of the

2    SNM and many of the defendants in this room that have

3    not been reviewed.

4            Now, they've reviewed three.  But I think

5    it's incumbent upon them to find out what

6    investigations of SNM, at least federally, have been

7    done, and to have those reviewed for exculpatory

8    material.  Otherwise, what we're saying is that they

9    do not have to look at materials within their

10   constructive possession that might be exculpatory or

11   Rule 16 material.

12           THE COURT:  Where did the number 600 come

13   from?

14           MR. CASTLE:  That was the first time I

15   heard that today, so --

16           THE COURT:  Okay.  That's from the

17   Government, though?

18           MR. CASTLE:  Yes.

19           THE COURT:  It's not something that you

20   found out?

21           MR. CASTLE:  No.  In fact, I was surprised

22   it was 600.

23           THE COURT:  You thought there was more or

24   less?

25           MR. CASTLE:  Less, but ...

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1          THE COURT:  Tell me about the 600 files.
 2   When you use that phrase, what are you including in
 3   that universe?
 4          MR. BECK:  What I'm including in that
 5   universe is when I asked -- when the United States
 6   asked New Mexico Corrections and STIU to give us an
 7   estimate, because they don't know.  As I think I said
 8   to the Court before, these STIU files go with the
 9   defendants to wherever they are housed in a facility.
10   And the rest of them are housed in an archive
11   facility.  So I said, Shooting from the hip, give me
12   an estimate.  And they said, Somewhere around 600.
13          THE COURT:  Well, now, I'm getting confused
14   here.  I thought --
15          MR. BECK:  I think what the Court is
16   confused on, and what I was confused on a little bit
17   here, is I think we're kind of blending two things
18   together here.  I think we're talking about the FBI
19   investigations and the STIU files.  I think -- and
20   correct me if I'm wrong, Mr. Castle -- but I think
21   Mr. Castle was referring to a document in the FBI
22   investigation that we disclosed after he had found
23   reference to it in another document that we had
24   disclosed from the FBI files.  This morning, earlier
25   today, we said that we would -- we have reviewed
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1    those three files, and we would review the two
2    additional files that were pointed out to us this
3    morning in the updated status conference.
4              THE COURT:  So the State has -- has
5    conducted what you and they estimate to be about
6    600 -- they've conducted about 600 incidents, or
7    something along those lines that --
8              MR. BECK:  No.
9              THE COURT:  -- that involve the SNM Gang?
10             MR. BECK:  No.  No, I think that's wrong.
11   So there would be a file on a specific person who, in
12   this request, is referenced as a suspected or
13   confirmed member.
14             THE COURT:  Okay.  So what you're doing is
15   you got a file, and these are 600 suspected or
16   confirmed SNM Gang members?
17             MR. BECK:  That's right.
18             THE COURT:  Okay.  Hold right there.  Let
19   me ask Mr. Castle:  Now, is that the -- when you use
20   the word "investigative file," is that what you're
21   thinking of?
22             MR. CASTLE:  Well, I was thinking of all
23   kinds of investigations, whether it be federal or
24   state, but I thought I'd lost the state argument, so
25   I didn't pursue that with Your Honor.  And so I was
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    focusing on the federal investigations.  So --

2              THE COURT:  Well, let me -- all right.  How

3    many investigative files does the federal government

4    have?

5              MR. BECK:  Your Honor, again, we have three

6    files for this operation, for this investigation that

7    led to these indictments.  We've been pointed out to

8    two more.

9              THE COURT:  You think there is five

10   investigative files of the SNM Gang federally?

11             MR. BECK:  Right.

12             THE COURT:  And does the Government have

13   any objection to the review of all those files, all

14   five of those files for Brady, Rule 16 materials?

15             MR. BECK:  I think we conceded this morning

16   that we don't, Your Honor; that we will review those

17   files.

18             THE COURT:  Okay.  So -- and then the offer

19   still stands that we'll do the State SNM files, we'll

20   just take those on a -- I mean, 600 is probably more

21   than what I understand the gang actually has.  So it

22   may have some former members; it may have some people

23   that were suspected but never confirmed.  So 600 is

24   going to be on the high side.  I guess, I would not

25   be inclined to produce that, but just -- let's just

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   take these one at a time.  And if we need to go back,
 2   it sounds like the Government is willing to look at
 3   that.  And if y'all can't agree, then you can make
 4   your pitch to me.
 5            MR. CASTLE:  Your Honor, with regards to
 6   the federal files, I think it's incumbent upon them
 7   to go back to their office and find out what
 8   investigations were conducted by the FBI and their
 9   offices into the SNM.
10            THE COURT:  Well, you're willing to do
11   that; right, Mr. Beck?
12            MR. BECK:  Right, Your Honor.
13            THE COURT:  They're saying they know of
14   five.  They're going to do the Brady and Rule 16
15   review of those files.  So that covers the federal
16   files.  And then we have a little bit of dynamic
17   process to go with the state files.
18            MR. CASTLE:  I understand.  And I
19   appreciate where the Court is coming from.  But this
20   has already been ordered for them to go look for --
21            THE COURT:  This is what?
22            MR. CASTLE:  This was already ordered, when
23   the original issue came up with Judge Gonzales, was
24   to go back and find out if there were investigations
25   with any of these defendants or with the SNM that
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    might relate to that issue.  We were told of two

2    files.  Then we found more; we found it, not the

3    prosecution.

4              And so that's not the way it's supposed to

5    work.  They're supposed to, on their own, look at

6    materials that are in their possession, or

7    constructive possession, and disclose them.  We

8    shouldn't be in here asking for this.

9              So I understand Mr. Beck is saying that he

10   promises they're going to go back and review to see

11   whatever files they have, and then do their mandatory

12   review for Brady and Giglio.  But I have to say, it

13   hasn't happened when it was ordered before.

14             THE COURT:  All right.

15             MR. BECK:  Your Honor -- and I do want to

16   clarify.  The way that we do these reviews is we

17   search for the defendants' names and monikers

18   throughout the files, because some of these older

19   files contain, again, hundreds of suspected or

20   confirmed SNM members.  So we do not go through and

21   search page by page.  We have a -- there is a system

22   that you can search by name or moniker.  And those

23   pages come to the front, and that's what we review

24   for Brady and Giglio materials.

25             THE COURT:  All right.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1          MR. CASTLE:  It sounds like what they're

2     searching for is inculpatory material.  For example,

3     there was an individual by the name of Chavirra, who

4     was identified as being a person who may have

5     ordered -- and with a different set of people -- the

6     deaths in Counts 1 and 2.  Our client's name wouldn't

7     appear on an investigation that showed that

8     Mr. Chavirra did that murder.  It's not going to get

9     the exculpatory information.  If they talked to an

10     informant who told them that somebody else did it,

11     and our client's name is not on there, it won't come

12     through their sifting process.  Just searching for

13     names is not sufficient.  And that's not what's

14     contemplated under the case law.  What's contemplated

15     is you have to review what's in your constructive

16     possession, and turn over all exculpatory material,

17     without regards to a certain kind of search engine or

18     search method.  They have to look at it.

19          I don't know how large these files are, but

20     if they relate to these counts and these charges,

21     then they need to be reviewed for mandatory

22     disclosures.

23          MR. BECK:  We also searched the victims'

24     names and monikers, Your Honor.  So whenever a victim

25     or the victims' moniker is mentioned, that would come

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    to the front also.

2          THE COURT:  Well, I'm uncomfortable with

3    that search.  I think you ought to look at these

4    pages.  You know, electronic discovery, I'm all for

5    it, and I'm fully aware of what we're doing with

6    algorithms in the search area, but -- particularly on

7    the civil side -- but I'm uncomfortable with there

8    not being an Assistant U.S. Attorney putting their

9    feet in the shoes of the defendants and the

10   defendants' counsel, and being creative about how

11   this information could possibly be used to benefit

12   the defendant.  And I don't think there is an

13   algorithm or search function that does that.  I think

14   that takes a human being sitting there putting their

15   feet in the defense lawyers' shoes and saying, Could

16   I use this?  So if that's the search that has been

17   done or is contemplated, I don't think that's

18   adequate.

19          MR. BECK:  Understood, Your Honor.

20          THE COURT:  Mr. Castle?

21          MR. CASTLE:  I think the last area -- but

22   when I finish, I'd like to just talk to co-counsel

23   and make sure -- was the list of inmates residing in

24   the Penitentiary of New Mexico North facility,

25   between January 1, 2001 and March 26, 2001.  I think

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    the Government has agreed to do it for the date of

2    the offense.  But the discovery we had indicates that

3    there might have been discussions -- well, the

4    allegations are there were discussions at the

5    Penitentiary of New Mexico, in which they ordered --

6    some individuals ordered the murder of these two

7    people.  And those discussions happened before the

8    date of the offense.  And so we chose between January

9    1st and the date of the offense to capture, perhaps,

10   the names and identities of witnesses that could

11   either -- would either dispute or -- obviously, we're

12   hoping to dispute.

13          THE COURT:  January 1, 2001 and March 26,

14   2001?

15          MR. CASTLE:  Yes.

16          THE COURT:  And what was the response, Mr.

17   Beck?

18          MR. BECK:  Again, Your Honor, we agreed to

19   disclose the date of the murder to list alternative

20   suspects.  Outside of that, again, we asked

21   defendants to come forth with some demonstration of

22   facts why that information would be helpful to them,

23   why it may lead to admissible evidence.  And we were

24   open to going outside of that.  But they haven't done

25   that.  And then the problem with that, again, is that

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   you would have to go back and look at each one of

2   these days and find out who was in there each one of

3   these different days.  In 2001, there was no -- you

4   couldn't just go into a computer and print off a

5   spreadsheet.

6            THE COURT:  March 26 is the date of the

7   murder?

8            MR. CASTLE:  Yes, Your Honor.

9            Just so the Court knows, in the companion

10  indictment, USA versus Baca, 16-CR-1613, it states in

11  that indictment, "In 2001, while in the custody of

12  New Mexico Corrections Department, Frederico Munoz

13  attended a meeting with SNM Gang leaders, in which

14  hits were placed on the two victims in this case."

15  And so all they're alleging is it happened in 2001.

16  Well, we knew it happened before the day of the

17  murder; otherwise, it wouldn't have made any sense.

18  That's why we chose January 1, 2001.  We could do

19  weekly --

20           THE COURT:  When you made your initial

21  proposal for this, what did you request?

22           MR. CASTLE:  We requested January 1st to

23  March 26th.  Because in the Baca indictment it says

24  it happened in 2001, which would be between January

25  1st and March 26th.  The date of the murder,

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349





MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   obviously, it didn't happen, because the murders
 2   happened at a different facility.
 3            THE COURT:  Mr. Beck?
 4            MR. BECK:  We've disclosed in discovery a
 5   list of people who were at that meeting.
 6            THE COURT:  What date was that?
 7            MR. BECK:  Offhand, I couldn't tell you.  I
 8   know that we've disclosed who was at that meeting.
 9            THE COURT:  Well, it sounded like you were
10   willing to give more than just the date.  You didn't
11   want to give January 1st.  What did you have in mind?
12            MR. BECK:  As I said, Your Honor, I had in
13   mind that if we could be pointed to a date range or a
14   specific date --
15            THE COURT:  You don't remember the date of
16   this meeting?
17            MR. BECK:  I don't have --
18            THE COURT:  Do you know the date of this
19   meeting, Mr. Castle?
20            MR. CASTLE:  I apologize --
21            THE COURT:  Do you know the date of this
22   meeting?
23            MR. CASTLE:  I do not.  It only alleges in
24   2001.
25            THE COURT:  Well, Mr. Beck is saying that
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1  he gave the list of inmates as of the date of that

2  meeting.  So it sounds like he's produced two things:

3  One, a list of inmates the day of the murder, and

4  then one, a list the day of the meeting.

5          MR. BECK:  No, Your Honor.  We have not

6  produced a list of all the inmates at PNM during that

7  meeting.  We've produced discovery, and in discovery

8  it talks about who was at that meeting.  So we have

9  not produced a list of all the inmates at that

10  facility on the day of that meeting.

11          THE COURT:  But nobody knows -- nobody

12  knows the date of that meeting?  Is there a date

13  anybody remembers?

14          MR. CASTLE:  No, Your Honor.  The reason

15  it's important is they may not have been in the same

16  cell blocks, the people they say in these meetings.

17  So we have to look to see if this is even possible.

18          THE COURT:  Do you have an idea how far in

19  advance of the murder it was?

20          MR. BECK:  I don't, Your Honor.  But the

21  United States would agree to go back and look, and

22  produce that date, in addition the list of inmates at

23  PNM North facility on that date, and the list of

24  defendants at PNM North facility on the day of the

25  murder.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              THE COURT:  Here's what I propose, is that
 2    we find out the date of the meeting, and back it up
 3    two weeks.  And then it will be the list of the
 4    inmates two weeks before that meeting, up to March
 5    26.
 6              MR. COOPER:  Your Honor, if I --
 7              THE COURT:  Hold on just a second.  Could
 8    you live with that, Mr. Beck?
 9              MR. BECK:  Yes, Your Honor.
10              THE COURT:  Live with that, Mr. Castle?
11              MR. COOPER:  If I may, Your Honor.  We'd
12    also like maybe a list of the inmates who were --
13              THE COURT:  I said "Mr. Cooper."
14              MR. COOPER:  Yeah, for the record, Bob
15    Cooper, Your Honor, thank you.
16              Judge, we'd also like a list of the inmates
17    who were at the north facility for probably the two
18    weeks thereafter.  It's our understanding that
19    Mr. Garcia was, after the murders, transferred back
20    to the north facility.  And I think it's important
21    for us to know who was there, who he might have
22    talked to.  Because there is also indication in the
23    discovery from Frederico Munoz that there were
24    discussions had between Mr. Garcia and Frederico.
25    Frederico just pled last week.  I think it's really
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    important for us to determine who was there, who was

2    in the pods where he was located, and who else was

3    located in that pod.

4              THE COURT:  How quickly was he moved out of

5    this unit where the murders occurred?

6              MR. COOPER:  He went back that night, I

7    believe.  So I would like to know who was there

8    probably for the two weeks thereafter.  Because I

9    think that's going to assist us in determining

10   whether or not there was a conversation, and who

11   might have been present.  So we would like that

12   information, just probably for that two-week period

13   after his return to the north facility.

14             THE COURT:  Well, do you want to speak on

15   that, Mr. Beck?

16             MR. BECK:  Yes, Your Honor.  I think Your

17   Honor's ruling -- the United States understands Your

18   Honor's ruling:  Two weeks before that day, up

19   through March 26, 2001.

20             I just want to raise the issue with the

21   Court that, as I explained, it's going to take time

22   and work to go back and compile these lists from the

23   records that existed in 2001.  And so, if the Court

24   is ordering us to turn that over to them, we would

25   ask for a month, instead of the 14 days, for this

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    specific request.
 2              THE COURT:  Why don't I do this:  I'll add
 3    three days afterwards to give that.  And I'll deny
 4    the rest of the request without prejudice.  If
 5    something turns up from this, that you need it
 6    broader, then we can relook at it.  Let's get that
 7    started.
 8              I don't see any problem with 30 days on
 9    this one.  Do you, Mr. Castle?
10              MR. CASTLE:  No, Your Honor.
11              THE COURT:  All right.  So it will be two
12    weeks before the alleged meeting, and then three days
13    after the alleged murder.  And it will be every day
14    in between there.  But you'll have 30 days to do it.
15              Mr. Castle, anything further?
16              MR. CASTLE:  Thank you, Your Honor.
17    Nothing further.
18              THE COURT:  How about any other defendant
19    on this particular motion?  Anybody want to say
20    anything?
21              Mr. Beck, do you think there is anything on
22    this motion or these issues that we need to discuss?
23              MR. BECK:  Yes, Your Honor.  I think Ms.
24    Armijo has something.
25              THE COURT:  All right.  Ms. Armijo?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1        MS. ARMIJO:  Your Honor, in reference to

2  one of the first requests, which was the Leonard

3  Lujan interviews, I have checked with our right-hand

4  paralegal.  She said there was an interview with the

5  FBI on 12/13/15, Bates -- I can give the Bates

6  numbers to defense counsel, but I have them disclosed

7  on July 1, 2016; an interview with Mr. Lujan on

8  2/27/14, disclosed on March 5th of 2016; a transcript

9  of Mr. Lujan's interview taken on August 8, 2007, and

10  on September 12, 2007.  So I'm assuming that's the

11  interview with police, because he was interviewed

12  initially with state prosecution, and a state

13  detective; I think it was an APD officer.  Then, when

14  he gave information on these murders, then he was

15  reinterviewed by the State Police case agents to the

16  Castillo-Garza cases.  And they came up within a few

17  weeks and reinterviewed him.  And both of those

18  interviews, which would be one of the ones that was

19  specifically requested a little bit ago, was

20  disclosed on March 25, 2016.  There was only one 2008

21  interview that we have not disclosed, but we will get

22  that out within two weeks.

23        THE COURT:  All right.

24        MS. ARMIJO:  But I believe that that has

25  all been disclosed.  And if they would like -- you

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1   know, the discovery coordinator -- we have no idea.
2   We send stuff to Mr. Aoki.  We have detailed letters
3   which state what it is.  But we have no idea how the
4   defense is getting it.  And the way this is supposed
5   to work, is if they don't have something, and if we
6   say we've disclosed it, they're supposed to go to the
7   discovery coordinator.  But I can assure the Court
8   that those were disclosed on March 25, 2016.
9            THE COURT:  Mr. Castle, anything else on
10  that?
11           MR. CASTLE:  I wasn't disputing that.  I
12  was talking about the ones we haven't gotten.
13           THE COURT:  All right.  It sounds like we
14  have rulings and agreements on that.
15           MS. HARBOUR-VALDEZ:  Your Honor?
16           THE COURT:  All right.  Ms. Harbour?
17           MS. HARBOUR-VALDEZ:  Thank you.  Cori
18  Harbour-Valdez for Edward Troup.
19           In addition to the pen packets that Mr.
20  Castle has requested as part of his discovery motion,
21  we would like to add a request that named an
22  alternative suspect who actually spoke of my client.
23  His name is Lorenzo Torrez.  He was not charged in
24  this indictment, but we'd like to add the pen packet
25  request.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1          THE COURT:  Any problem with doing that,
2   Mr. Beck?
3          MR. BECK:  Yeah, Your Honor.  So I think
4   going back for a second, I see the one problem that I
5   think I mentioned earlier is that it may not exist.
6   To the extent that it does exist, the New Mexico
7   Corrections Department would give it to us.  To the
8   extent that it doesn't, again, New Mexico Corrections
9   Department would have to create it.  So our position
10  is that they should not have to do that.  That being
11  said, if it does not exist, I'm happy to reach out to
12  Ms. Harbour-Valdez, and we can discuss whether we can
13  come to an agreement on how to get that.  If not,
14  bring it back before the Court.  Or if Your Honor has
15  a ruling now, then --
16         THE COURT:  Well, go ahead and do the
17  review of it, if it exists.  If it doesn't exist,
18  then you can tell Ms. Harbour-Valdez it doesn't
19  exist.  But let's go ahead and do a review of that
20  one.
21         MS. HARBOUR-VALDEZ:  Thank you, Your Honor.
22         MR. BECK:  Is it Lawrence Torrez?
23         MS. HARBOUR-VALDEZ:  Lawrence Torrez.  It
24  was listed as both names in the discovery.  However,
25  Mr. Castle did not just ask for it, so I'm asking.

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                         Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 820-6349                                            FAX (505) 843-9492
                                                                    1-800-669-9492
                                                        e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1              MR. BECK:  Okay.  We'll look.  Yeah, it's
 2      in the motion.  We'll look for both of those names,
 3      and I'll get with Ms. Harbour-Valdez and let her
 4      know.
 5              MS. HARBOUR-VALDEZ:  Thank you, Your Honor.
 6              THE COURT:  All right.  Anything else from
 7      the Government on that motion?
 8              MR. BECK:  Not from the Government, no.
 9              THE COURT:  Any other defendant on that
10      motion?
11              MR. LOWRY:  Your Honor, may I briefly?
12              THE COURT:  Yes, Mr. Lowry.
13              MR. LOWRY:  While we're in the discussion
14      of these 600 SNM files -- and I believe Mr. Castle
15      has pointed out a number of matters that the
16      Government should look to -- I don't want the Court
17      to consider silence a waiver.  So I just wanted to
18      point this out.
19              One of the recurring themes throughout
20      indictment and the search warrant affidavits in this
21      case that are filed by the Government is that the SNM
22      was organized in response to the prison riot in 1980
23      in Santa Fe.  And, of course, the Government bears
24      the burden of proving the existence of an enterprise
25      under the racketeering, and even the VICAR charges.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1              Your Honor, one of the alternative purposes
2     of any kind of group might be something other than
3     the purposes that the Government has set forth in
4     their indictment.  And one of the things I'm
5     concerned about is that we need to review these files
6     with an eye towards this intergang warfare that the
7     Government has brought up in a lot of the indictment
8     and the search warrant affidavits.
9              So I just want to plant that bug in the
10    Court's ear that this isn't as simple as, perhaps,
11    what it was even discussed earlier, that the review
12    of these materials needs to go even farther to look
13    for why would a collective of individuals band
14    together?  And I would posit to the Court that safety
15    is a primary one.
16             If you go back and look at the history of
17    the Santa Fe riots, unfortunately, what you will
18    discover is what I would characterize as callous
19    indifference to the plight and the conditions inside
20    the facility, even at a time when prison officials
21    knew that a riot was imminent.
22             And what I would ask the Government to do,
23    when they're doing their page-by-page review of these
24    materials, is to look into materials that are
25    relevant to this intergang warfare, which would give
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   credence to a defense theory of why people might want

2   to band together to protect themselves, when you're

3   living inside a corrections facility that

4   historically has demonstrated an institutional

5   failure in that capacity.  And I think that's going

6   to be material to the defense case under Rule 16,

7   Your Honor.

8           I'm happy to work with the Government to

9   discuss these and other pen packets that the defense

10  would want, especially on behalf of Mr. Baca.  I

11  don't want to waste the Court's time this afternoon.

12  On the alternative, I don't want my silence to be

13  considered a waiver either.

14          THE COURT:  Well, I think that the more you

15  want to send Mr. Beck as to theories, I think that's

16  helpful to him.  I know when I do my in camera

17  review, I like to have that sort of insight.  So I

18  would the encourage you to share it with Mr. Beck, so

19  that when he does that review, he can be thinking of

20  that possible theory and that possible defense.

21          MR. BECK:  I just want to note that I

22  haven't agreed to --

23          THE COURT:  You personally are going to do

24  it?

25          MR. BECK:  We haven't flipped the coin on

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1    that one.
2              THE COURT:  I'm holding out for you.
3              All right.  Mr. Villa?
4              MR. VILLA:  Your Honor, I'll try not to --
5              THE COURT:  I'm not going anywhere.
6              MR. VILLA:  And, Your Honor, I represent
7    Mr. Perez, who joined both Mr. Castle's motions, but
8    more germane the motion that Ms. Strickland argued,
9    which are Counts 6 and 7.  And I was wondering if the
10   Court would adjust its order a little bit to reflect
11   some of the rulings that were for Mr. Castle.
12             So, for instance, I think the first issue
13   has to do with the DNA, which I think you made clear
14   what your order is.  The FBI files, I think, are the
15   same.  But the Government has agreed, with respect to
16   the STIU files, to review those for the suspects in
17   Count 1 and Count 2, as well as the alleged victims.
18   And we would ask that the order be the same for
19   Counts 6 and 7.
20             THE COURT:  Any problem with that, Mr.
21   Beck?
22             MR. BECK:  If defense counsel gets us a
23   list of those suspects, we would agree to do that,
24   Your Honor.
25             MR. VILLA:  That's fine.  I think that
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    would dovetail with what we'll get to in just a
 2    minute.  But the logbooks, I don't know if the Court
 3    clearly decided the timeframe.  But I agree with Mr.
 4    Castle, or perhaps I learned something new from Mr.
 5    Castle today.  We all did.  But I think the timeframe
 6    of two months and two months would be much more
 7    appropriate than -- I think the Court's order this
 8    morning was three months and two days or -- I don't
 9    remember exactly what the Court ordered.
10              THE COURT:  It was three weeks.
11              MR. VILLA:  Excuse me, three weeks.  That's
12    what I meant to say.
13              THE COURT:  Three weeks and then three
14    days.
15              MR. VILLA:  So we would ask that the Court
16    reconsider that, given the information Mr. Castle
17    provided.  And this incident occurred in 2014, so
18    those logbooks should still exist.
19              THE COURT:  Mr. Beck?
20              MR. BECK:  I agree that the logbooks still
21    exist, Your Honor.  But I think the situation was
22    different when Mr. Castle came forward with an
23    allegation that included a meeting in 2001, versus
24    here, again, we don't have anything more.  So I think
25    the Court's ruling:  Three weeks and three days was
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    appropriate.  If more information is brought to

2    light, if they have facts that demonstrate that a

3    wider time period may be germane to their case, then

4    the United States is willing to revisit that.

5              THE COURT:  Let's get this into your hands;

6    see if there is anything there.  I mean, you can come

7    back if you find something, and make a stronger case.

8    But right now, let's work with what we've got.

9              MR. VILLA:  And, Your Honor, maybe I'm not

10   as concerned as much about the front end, you know.

11   I agree, we don't have the exact same facts as in Mr.

12   Castle's case.  But the back end after the incident,

13   Mr. Castle talked about the movements and the steps

14   that are taken by intelligence and Department of

15   Corrections as they investigate these things, and

16   sort of, you know, moving people because they're

17   suspects, moving people because they're at risk,

18   moving people so they could be questioned.  Those

19   sorts of movements, I would anticipate might occur

20   beyond the three days.  So that's why I'm asking the

21   Court to consider a lengthier period of time after

22   the incident.

23             THE COURT:  Let's see what we got.  Then,

24   if you want to come back --

25             MR. VILLA:  Okay, Your Honor.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1            The next issue would be the pen packs.  The

2    Government, I believe, agreed to produce those for

3    the defendants and the alleged victims in Counts 1

4    and 2.  And I would ask that the Court order the same

5    for Counts 6 and 7.

6            MR. BECK:  We don't object to that, Your

7    Honor.

8            THE COURT:  All right.

9            MR. VILLA:  And then, the last thing, I

10   think, was the list of inmates in the pod at the

11   time.  And I believe it was pods -- for Counts 6 and

12   7, we're talking about pods 1A and 1B.  I think the

13   Government agreed to produce that with respect to Mr.

14   Castle and PNM.  We would ask that for Southern New

15   Mexico, where this incident took place.  And I'm not

16   talking about the six month timeframe, but at least

17   the date of the incident.

18           MR. BECK:  Your Honor, the United States

19   would object to putting that in the order, when it's

20   not requested in the motion.  But, again, if defense

21   counsel reaches out to us and requests that

22   information before coming to the Court with it, we

23   may be very willing to get NMCD to give it to us and

24   turn it over.

25           THE COURT:  Well, putting one of these

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   shows on takes a certain amount of effort.  Let's see
 2   if we can get a little closure here.  If you're
 3   willing to do it, why don't I just require you to do
 4   it.  What exactly is the timeframe?
 5             MR. VILLA:  Your Honor, it's March 14 --
 6   March -- am I getting this?  I'm sorry, March 7,
 7   2014, was the date of the alleged murders that Counts
 8   6 and 7 --
 9             THE COURT:  So these are going to be inmate
10   lists?
11             MR. VILLA:  Yes, for pods 1A and 1B at the
12   Southern New Mexico Corrections facility.
13             THE COURT:  Let's do two weeks before, and
14   then three days afterwards.  We'll start there.
15             MR. VILLA:  I think that's all I had, Your
16   Honor.
17             THE COURT:  All right.
18             MR. BECK:  One second, Your Honor.
19             THE COURT:  Hold on just a second.  Can you
20   live with that, Mr. Beck?
21             MR. BECK:  Yes, Your Honor.  We'd ask
22   again, when the Court's going to order that that the
23   Court give us 30 days for that request instead of 14
24   like the others.
25             THE COURT:  All right.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1            MR. VILLA:  Fair enough.
 2            MR. BECK:  And while we're going back for a
 3   minute, we looked at -- during the lunch hour we have
 4   disclosed three -- excuse me, 10 recordings of the 13
 5   that Ms. Strickland said she believes are
 6   outstanding, and she doesn't have.  We don't know
 7   that those other three exist.  But as we said this
 8   morning, we're going to go back and look.  We also
 9   did disclose the DNA reports on March 25, 2016,
10   through the discovery coordinator, so they should be
11   on there.  And we've forwarded the PDF copies of
12   those documents to Ms. Strickland.  So just to clear
13   that up.
14            THE COURT:  All right.  Anything else, Mr.
15   Villa?
16            MR. VILLA:  No, Your Honor.
17            THE COURT:  Mr. Lowry, did you have
18   something else?
19            MR. LOWRY:  Your Honor, while Mr. Villa was
20   referencing the Molina murder, I would also ask, for
21   the sake of closure on that issue, if we could also
22   move the discovery to the Level 6 in Santa Fe, where
23   my client was housed at the time of the Molina
24   murder.  Obviously, my client was the only one who
25   was nowhere near the southern facility.  So just
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1    having the information with regard to Southern would
2    be insufficient for our case.  And, in fact, we'd
3    need the pen packs for both Level 6 for, you know,
4    that timeframe, and the individuals that were
5    transferred from Level 5 to Southern the day before
6    Mr. Molina was assaulted.
7              THE COURT:  Mr. Beck?
8              MR. BECK:  I guess I'm confused at how many
9    parts there were to that additional request.  It
10   sounded to me like he's asking for the list of
11   inmates at the Level 6 in PNM on the day of the
12   Molina -- the alleged Molina murder, and also a
13   certain number of pen packs.
14             THE COURT:  Well, let's start with the list
15   of inmates.
16             MR. BECK:  With the list of inmates, again,
17   the United States would object to that not being in
18   the order, noting that for the record.
19             THE COURT:  I'll note in the order that it
20   wasn't raised in the motion.
21             MR. BECK:  Right.  So if the Court is
22   inclined to grant that request -- which it sounds
23   like the Court is, and that's understood -- the
24   United States would ask for the same thing, for the
25   dates that the Court's willing to order.  If it's
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   just the day of the murder, if the Court is going
 2   outside of that --
 3             THE COURT:  Let's just do the date of the
 4   murder on this one.
 5             MR. BECK:  We can do that in 14 days, then.
 6   We don't need the additional two weeks.
 7             THE COURT:  All right.  And what else did
 8   you want?
 9             MR. LOWRY:  That's it for now, Your Honor.
10   I mean, I'm happy to work with the Government to
11   identify other matters.
12             THE COURT:  What did you want, the pen
13   packs?
14             MR. LOWRY:  Well, Mr. Beck is absolutely
15   correct.  I'm more concerned, not with the pen packs
16   per se, but with the list of inmate housing
17   assignments during that timeframe.  Because the way
18   the defense understands the nature of their argument
19   is, somehow Mr. Baca was able to communicate with
20   individuals who were outside of Level 6.  And,
21   frankly, I think that was practically impossible to
22   have happened, if the procedures and policies were
23   being followed within the institution.
24             So it would be nice for the defense to
25   know, from materiality in preparation of the defense,
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    who was housed in Level 6 in the two weeks before the

2    murder, and were there any transfers between Level 6

3    and Level 5?  And then from Level 5 down to Southern.

4    And I believe the transfer, as alleged in the

5    indictment, took place -- which would have been March

6    6, 2014, the day before the allegation of the Molina

7    murder.

8            THE COURT:  All right.  Well, let's just

9    leave it, as you get the inmate list for the date of

10   the murder for that facility, and then you can talk

11   to Mr. Beck about pen packs and anything beyond that.

12           MR. LOWRY:  Thank you, Your Honor.

13           THE COURT:  Anything else on that motion?

14           On this third motion, the motion for

15   specific discovery, that's 678, is there anything

16   else on that?  I mean, we sort of took the first

17   motion for specific discovery, but is there going to

18   be other things?

19           MR. BURKE:  Not much, Your Honor.

20           THE COURT:  But there is some?

21           MR. BURKE:  There is some.

22           THE COURT:  All right.  Let's do this:

23   Let's go ahead and take our break at this point, and

24   then we'll come back in and that will be the first

25   thing front and center.

SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                 Albuquerque, NM 87102
(505) 989-4949                                                            (505) 843-9494
FAX (505) 820-6349                                                    FAX (505) 843-9492
                                                                           1-800-669-9492
                                                            e-mail: info@litsupport.com



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1              The other thing that I want us to think
 2      about is the Number 698 that has just been filed.  Is
 3      that something that the Government wants to go ahead
 4      and discuss while we're together?  One possible
 5      procedure is, if you're not totally prepared, I could
 6      hear from Mr. Villa on it, and then --
 7              MR. BECK:  Is there a title?
 8              THE COURT:  Yeah, it's the joint motion for
 9      disclosure and production of confidential informant.
10      There is another one, Document 700, which is the
11      defendant's motion to show cause.
12              MR. BECK:  Yeah, we're not ready to discuss
13      those, Your Honor.
14              THE COURT:  I guess what I was thinking
15      about doing -- think about this during the break --
16      could I go ahead and hear argument on those two
17      motions?  I won't rule; let you file a response, and
18      then rule, perhaps, without getting back together?
19              MR. BECK:  Your Honor, we'd object --
20              THE COURT:  Just think about it, talk about
21      it.  We'll take our break now, and then we'll come
22      back in and we'll start with the second motion for
23      specific discovery.
24              (The Court stood in recess.)
25              THE COURT:  All right.  Mr. Burke?
```

SANTA FE OFFICE                                                                    MAIN OFFICE
119 East Marcy, Suite 110                                                  201 Third NW, Suite 1630
Santa Fe, NM 87501                                                          Albuquerque, NM 87102
(505) 989-4949                                                                        (505) 843-9494
FAX (505) 820-6349                                                              FAX (505) 843-9492
                                                                                        1-800-669-9492
                                                                              e-mail: info@litsupport.com



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1          MR. BURKE:  Thank you, Your Honor.  I would

2    like to make a record on my motion.  It won't take

3    long.  I wanted to adopt the arguments of

4    Ms. Strickland on her motion to compel, Document 668.

5          I wanted to adopt the arguments of Mr.

6    Castle on his motion for discovery, which was

7    Document 539, particularly the following:  His

8    arguments regarding the three tiers of authority that

9    the Court has; due process and Giglio, Rule 16, and

10   the Court's supervisory authority.

11         I adopt his argument that this would be an

12   appropriate case in which the Court might exercise

13   its supervisory authority.  And my observation is

14   that the Court is doing that to some degree.

15         I adopt the -- again, the authority cited

16   in our reply, which is Document 712, as well as the

17   authorities in the supplemental filing last night;

18   particularly, your statement in the Hykes case that

19   evidence being material might be -- is of a strong

20   indication that it will play an important role in

21   uncovering admissible evidence, aiding witness

22   preparation, or assisting impeachment or rebuttal.

23   The law regarding Rule 16 is the minimum law.  The

24   law relating to accomplice testimony should be taken

25   into consideration, as well as the duties of a

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    prosecutor to investigate, and the cite that the

2    prosecution team can include state and federal

3    authority, citing Kyles.

4             I adopt the statement that is in our papers

5    of Judge Matsch in the McVeigh case, that all doubts

6    regarding disclosure should be resolved in favor of

7    disclosures, as well as the cites from the U.S.

8    Attorney's manual and the Ogden memo, which are in

9    our papers.

10            Finally, I adopt Mr. Castle's comments

11   about what will happen if the Government waits until

12   mid February, our trial having been placed on the

13   trailing calendar for March 6, 2017.

14            Your Honor, the Government's arguments in

15   opposition to our request -- and I understand that

16   there is -- the option is not as strong as it was

17   when we began the day, but the first argument is that

18   we just don't know whether we can get the New Mexico

19   Corrections Department to give us this stuff, as

20   though they were some faraway, unreachable entity

21   that was totally at arm's length.

22            And in this regard, Your Honor, I would

23   remind the Court, or ask the Court to consider

24   Exhibit B to our reply.  And it refers to an FBI

25   document.  And on page 6 of that document, the

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1   following appears:  "Additionally, this investigation

2   will be coordinated with the U.S. Attorney's Office;

3   the Second Judicial District Attorney's Office,

4   Albuquerque; the Third Judicial District Attorney's

5   Office, Las Cruces; and appropriate local

6   investigating agencies."

7           On page 7 of that report, it is stated by

8   the FBI in their initial report on the investigation

9   that preceded this indictment, "The Albuquerque

10  division will initiate the investigation of captioned

11  matter.  At the appropriate juncture, the Organized

12  Crime Unit proposal will be authored to incorporate

13  joint efforts of the participating law enforcement

14  agencies, including the Albuquerque Police

15  Department, the Bernalillo County Sheriff's Office,

16  the New Mexico Department of Corrections, which

17  includes the New Mexico Department of Probation and

18  Parole.  In addition to the assistance of the

19  Albuquerque Police Department, the Bernalillo County

20  Sheriff's Office, the New Mexico Department of

21  Corrections, AUSA Reeve Swainston has expressed the

22  full cooperation of the United States Attorney's

23  Office."

24          This has been a joint investigation from

25  the beginning.  And that is Exhibit B.  As it turns

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349





PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    out, Exhibit B to the reply, in the upper left-hand

2    corner of that document, reflects a case number

3    ending in AQ62017.  The serial number on that

4    document is Number 1.  The investigation began

5    September 14, 2008.  They were involved integrally

6    from the beginning.  This is a joint investigation.

7            With regard to the contention that this is

8    a fishing expedition, I'm going to try to show a

9    document to the Court, which is Troup Exhibit A.

10   Your Honor, I would call the Court's attention to the

11   paragraph in the middle of the page that begins, "At

12   the initiation of the meeting" -- and this is a

13   September 2013 -- or actually, August 2013 meeting --

14   "it was stated that the evidence was not sufficient

15   to merit a federal prosecution."  That suggests

16   Brady.

17           The next paragraph:  "After AUSA Tierney

18   allowed the case agent to present additional evidence

19   and information going on, he expressed interest.

20   AUSA Tierney requested that the case agent put

21   together binders containing the following information

22   for each suspect and each cooperator witness for the

23   Fred Sanchez murder from 2007."  That is Count 3,

24   Your Honor.

25           The report goes on, and it lists the things

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   that a prosecutor would want.  And we want those

2   things, too.  And they have them.  They are in

3   binders.

4          If one turns to the next page, if I can do

5   this:  11 days later, in the paragraph beginning, "On

6   August 26, 2013, the case agent met with AUSA Tierney

7   and AUSA Jack Burkhead in Albuquerque, and provided

8   the requested material on the Fred Sanchez murder."

9          Those binders exist.  They are available.

10  They should be provided to us.  We are not on a

11  fishing expedition.  We are merely asking for

12  documents that we have been able to glean do exist,

13  from the discovery that we have been able to review.

14         The Court has the authority to tell the

15  prosecutors to get the binders to the defendants

16  within a week.  I suggest that that would be a fair

17  thing to do.  It would promote justice.  It would

18  allow us to mount a defense.  And frankly, it would

19  take one issue off the prosecution's plate, because

20  they could then concentrate on other things.

21         And, Your Honor, the same is true of the 17

22  items that we listed in our motion, and that

23  co-counsel and I outlined in our reply.  We didn't

24  just make them up.  We're not fishing.  We've seen

25  things that tell us these documents exist.  And we

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    believe the Court should order them.  I appreciate

2    very much the Court inquiring of the prosecutor,

3    isn't it true, sir -- and I asked it in a leading

4    way, because that's my inclination -- but the phone

5    call:  You could call them; couldn't you call them?

6    And the prosecutor says, Yeah, we could call the New

7    Mexico Corrections Department.  Do they listen to

8    you?  Yeah, they do.  And I suggest that, if Your

9    Honor directs them to do that, they will do that.

10   And the New Mexico Corrections Department will find a

11   way to get all of these requests answered promptly.

12   And that is our request.  And that's why we outlined

13   them.  They all exist.

14           There is one that was master roster, I

15   think it's Number 50 -- and I could be wrong about

16   that -- we said we want the master roster.  The

17   prosecution poked fun and said there is no master

18   roster.  And then we presented a document that's in

19   the reply, there is a master roster.  And we'd like

20   to get that, too.  It's relevant and it's material.

21   And those are our requests.

22           I could go through -- my list was a little

23   different than Mr. Castle's -- I added a few and took

24   out one.  And so I'd be happy to do that, if the

25   Court would like to do that.  Although I note that

SANTA FE OFFICE                                                                    MAIN OFFICE
119 East Marcy, Suite 110                                                  201 Third NW, Suite 1630
Santa Fe, NM 87501                                                        Albuquerque, NM 87102
(505) 989-4949                                                                      (505) 843-9494
FAX (505) 820-6349                                                          FAX (505) 843-9492
                                                                                  1-800-669-9492
                                                                    e-mail: info@litsupport.com



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    the Court has made some orders with respect to some

2    of those requests.

3            THE COURT:  Well, is there anything in your

4    motion that I haven't ruled on that you need action

5    on?

6            MR. BURKE:  Well, there is, Your Honor.

7    Our Number 1, we asked that unredacted copies of all

8    documents provided in discovery be made available.

9    They black out the names.  We know that they're

10   informants.  And in some other places we can figure

11   out who they are.  But they should stop redacting

12   these documents in discovery.  There is no good

13   reason to do that.  So that's a request that's

14   different than Mr. Castle's.  That's Number 1.

15           You've covered 2.  In Number 2, Your Honor,

16   I did --

17           THE COURT:  Well, let me deal with Number

18   1.  Mr. Beck?

19           MR. BECK:  Your Honor, we've redacted a few

20   of the names.  I think they assert they're

21   eyewitnesses and earwitnesses and co-conspirators.

22   We've done that because we consider them to be

23   confidential informants.  We don't think that the

24   defense has made the showing that this Court required

25   in United States against Aguilar.  That's at

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1    paragraph 1, page 8 of our response brief.
2              We've also done it because of serious
3    concerns that have been voiced in this hearing and
4    others about names of those persons getting out
5    amongst the defendants.
6              And we've had -- we've tried to put in
7    place measures to safeguard that to some extent:  The
8    tablets.  But, as I'm sure the Court is aware, those
9    have not been successful.  The defendants have shared
10   the tablets amongst each other, and the names have
11   gotten out.
12             So those are the two reasons that we have
13   redacted a number of those names.
14             MR. BURKE:  Your Honor, one of my
15   colleagues --
16             THE COURT:  Let me make sure that I
17   understand.  You're saying what's been blacked out
18   are all informants?
19             MR. BECK:  Yes.  The confidential
20   informants, cooperators.
21             THE COURT:  So I guess it would seem to me
22   that we'll have to take these one at a time and make
23   the showing under Aguilar that's necessary for the
24   Court to order disclosure.  I don't know if you want
25   to undertake that this evening, or if you're -- if
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    that's for another day, or what.

2         MR. BURKE:  I think it is for another day.

3    Even this is clarifying, Your Honor, and we can move

4    forward.

5         I do need to make a record regarding my

6    client, Mr. Troup.  He's not caused any problems.

7    And I also want to make a record regarding the

8    tablets.  One of my colleagues filed a motion

9    regarding the recent search warrant, and pointed out

10   the truth of the matter is that the tablets have not

11   been misused.  The discovery on there is what was put

12   on there for the very purpose that it was available

13   to others.  And I just wanted to make that record.

14        Your Honor, Number 2, I happened to list

15   all of the FBI files that were known to me in that

16   reply.  And then it turns out Mr. Castle found two

17   others.  And those were attached to the appendix to

18   the status report that he filed.  So that may help

19   the Government to look further regarding those files.

20   They should be available.  The FBI should be able to

21   press a button and say, Give me the file for all of

22   these particular case numbers.  And the chances are

23   that those documents are one of two things:  They're

24   either inculpatory or exculpatory.  And what we get

25   in discovery is the inculpatory documents.  But what

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 820-6349                                    FAX (505) 843-9492
                                                          1-800-669-9492
BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE
e-mail: info@litsupport.com

1    we want is the exculpatory documents.

2          THE COURT:  How many files did you have

3    listed on your -- three?

4          MR. BURKE:  Your Honor, in Document 712,

5    page 12, I list six -- excuse me, five.  And Jim

6    Castle found two others, which are in the appendix to

7    the status report that he filed prior to the hearing.

8          THE COURT:  And these are federal files?

9          MR. BURKE:  They are FBI case numbers, just

10   like that.

11         MR. BECK:  So I think we've already

12   discussed these at length.  The United States would

13   point out that Exhibit B, that was shown on the

14   monitor earlier, was a case from 2008, which the

15   United States did not prosecute, did not indict.

16   Those case agents are not involved in this

17   investigation that led to these indictments.  Just

18   point that out for the record.  We understand that

19   the Court's already ruled on those, but I'm just

20   pointing that out for the record.

21         THE COURT:  So you're going to look,

22   though, at this file?

23         MR. BECK:  That's what the Court's ordered,

24   yes.

25         MR. BURKE:  Your Honor, with Number 3, I

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    believe that the Government will be getting the

2    Security Threat Intelligence Unit files on the

3    inmates who were at Southern New Mexico Corrections

4    facility on June 16, 2007, unless I misunderstood the

5    concession that I thought I heard earlier.

6            MR. BECK:  Yeah, that is a

7    misunderstanding, Your Honor.  I think what we've

8    agreed to is we've agreed to review the STIU files

9    for the defendants.  And we've agreed to review the

10   STIU files for the list of suspects that were

11   identified by Mr. Castle in the first specific

12   discovery motion.  We've agreed to review the STIU

13   files for suspects that I believe Mr. Villa will

14   point out to us from the second discovery motion.

15   And that is it at this time.

16            So that same thing would go here.  We will

17   still review the defendants' STIU files, which I

18   think covers part of this Number 3, but we have not

19   been provided any information on other suspects, and

20   we have not agreed to review the STIU files on all

21   inmates who are SNM CF on June 16, 2007.

22            MR. BURKE:  Well, they should, Your Honor,

23   because this was a homicide that happened -- happened

24   in a particular pod.  And there were approximately a

25   dozen people in the pod, and all of those people are

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    suspects, and all of those files should be provided

2    to us, in my opinion.

3            THE COURT:  I'll leave the ruling the way

4    we hammered it out earlier.

5            MR. BURKE:  Your Honor, Number 4 is

6    criminal history impeachment materials, STIU files,

7    for any cooperating informant witness.  There was

8    quite a bit of discussion about that earlier in the

9    hearing.  But we really do have an absolute need to

10   fully investigate each and every government

11   informant.  And I don't know how we can possibly go

12   to trial, if we don't get -- in March -- if we don't

13   get that information soon.

14           Number 5 is the pen packs, and all inmates

15   housed in the blue pod on June 17.  I set forth our

16   argument in there.  I note that the Court has

17   repeatedly cautioned the prosecutors against

18   gamesmanship and concealment.  And I don't understand

19   why we don't have those pen packs by now.

20           MR. BECK:  I guess I'm responding to that

21   one.  So the pen packs for FS, we said we would give

22   that over.  For the other pen packs, we said that we

23   would give the defendants' pen packs over.

24           I understand this request to be all inmates

25   housed in blue pod on June 17, 2007, which goes

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  beyond that which the Court's ordered, which the

2  United States has agreed so far in this hearing.  I

3  think the way that we've been viewing it is that,

4  like the STIU files, if the defendant has or the

5  defendants have specific suspects they believe, we

6  would request of New Mexico Corrections Department,

7  if those exist, that they turn them over.  And if

8  not, we would give them that information and go from

9  there with the corrections department's request to

10  not provide those, or maybe work out some kind of

11  deal where they would print those out.

12          So I think the Court has spoken on that

13  one.  But not in this motion.

14          MR. BURKE:  I've stated my position, Your

15  Honor.

16          THE COURT:  All right.  Do you have

17  anything -- I don't want to cut you off, but I mean,

18  is there anything else that we haven't -- that I

19  haven't already ruled on?

20          MR. BURKE:  Well, the next one has been

21  given short shrift.  I think we need more information

22  about the SNM that they have available.  They've made

23  the SNM the linchpin of this case.  And they're

24  acting like we're asking for the moon, the sun, and

25  the stars, to say, Give us what files you have on the

SANTA FE OFFICE                                                                    MAIN OFFICE
119 East Marcy, Suite 110                                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                                      Albuquerque, NM 87102
(505) 989-4949                                                                      (505) 843-9494
FAX (505) 820-6349                                                          FAX (505) 843-9492
                                                                              1-800-669-9492
                                                                        e-mail: info@litsupport.com

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    SNM.  But the SNM is what this case is all about.  So

2    that's a little different than what we've argued

3    about before.

4              THE COURT:  Well, I think we've talked

5    about how we're going to review the documents at the

6    prison.

7              MR. BURKE:  And then the other one that's a

8    little different, Your Honor, was last one, Number

9    16 -- actually, the next to the last.  The documents

10   relating to the New Mexico Department of Corrections'

11   Guidelines for Assessing, Classifying, and Validating

12   an Inmate.  We have all these documents where it says

13   "known member of the SNM" or "validated member."  But

14   we don't have the criteria by which those assessments

15   were made.  We're entitled to that.

16             THE COURT:  Mr. Beck?

17             MR. BECK:  The United States, as pointed

18   out in the brief doesn't -- disagrees that the

19   defendants would be entitled to that information.

20   Again, that's the Corrections Department's --

21   assuming -- I would assume guidelines, procedures,

22   how they classify and consider those.  And so I don't

23   think that -- again, I don't think it's proper for

24   us -- I don't think we have custody or control over

25   those specific regulations and guidelines, as opposed

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1 to actual files.

2       And then, the second point being the way

3 that the New Mexico Corrections Department or STIU or

4 STG classifies defendants as being a member,

5 validated, suspected, of the SNM, does not fall under

6 Rule 16.  Because what we have to prove in this case

7 is not that STIU or New Mexico considered these

8 defendants to be members or suspects of the SNM.

9 It's that they actually were.  So the way that New

10 Mexico Corrections Department classifies these

11 defendants is actually irrelevant to any matter at

12 this trial.  So it wouldn't be admissible.

13       MR. BURKE:  This may be for another day,

14 too, but they shouldn't be permitted to testify that

15 so and so is a member of a gang, if they're not

16 willing to tell us what the criteria is for

17 membership.

18       THE COURT:  Will you have people from the

19 Department of Corrections testifying that so and so

20 was a member of the gang?

21       MR. BECK:  I think we will have -- again, I

22 don't think that we've laid out a trial plan.  I

23 would expect that we're going to have corrections

24 department officers, a gang expert, testify that

25 based upon the evidence, and based upon their

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1   experience, these qualities of the defendants:

 2   Tattoos, statements, letters, all prove that they are

 3   in the SNM.  And those expert materials certainly

 4   will be subject to the regular discovery rules in due

 5   time.

 6           THE COURT:  I guess if the -- I guess if

 7   you're going to have corrections people come in and

 8   say Mr. Baca is a member of the SNM Gang, then I

 9   guess I do think you should produce something that

10   indicates how they make that determination.

11           If, on the other hand, you're going to have

12   an expert do it, or if you're going to have other

13   testimony establish that, then I would be inclined to

14   deny the request.  So at the present time, I'll deny

15   the request.  But keep in mind that if you decide

16   you're going to prove up gang membership with

17   determinations by prison officials, you'll need to

18   produce the criteria by which they're determining

19   gang membership.

20           MR. BECK:  Understood, Your Honor.

21           MR. BURKE:  Thank you, Your Honor.  Because

22   where that goes, of course, is a Daubert hearing, in

23   which that would be discoverable.

24           And then finally, Your Honor -- again,

25   there was great snickering at this request:  "Any and

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  all documents in the Government's possession relating

2  to the philosophy, practices, and activities of the

3  SNM in the Department of Corrections."  But that,

4  once again, is the gravamen of the indictment.  They

5  are saying that the SNM has these rules and these

6  philosophies.  What evidence is there of that?  The

7  defense is entitled to receive that information.

8         MR. BECK:  I think a lot of that

9  information, Your Honor, is in the discovery that

10 they've been provided, in the 302s, the statements of

11 other defendants, the statements of other people

12 involved in the gang throughout the years.

13        Again, I don't think that this request is

14 proper in the criminal context under Rule 16, or

15 under any constitutional obligations that we have.

16        THE COURT:  Well, I think we've worked out

17 the mechanism for getting some of that information.

18        MR. BURKE:  Yes, Your Honor.

19        THE COURT:  There may be some in file

20 Number 599 that we never get.  But I think we got a

21 mechanism in place for you to get some of that.

22        MR. BURKE:  I agree with you, Your Honor.

23        THE COURT:  And you can come back, if some

24 of these documents you're going to get as a result of

25 this hearing, you can come back and say, Well, this

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1    is what we found.  And I can take another look at it.
2              MR. BURKE:  I will be doing that, Your
3    Honor.
4              One thing, Your Honor, could I ask for a
5    ruling on Number 15, our master roster request, which
6    I pointed in our reply there are documents.  I think
7    you commented on that.
8              MR. BECK:  Yeah.  I think the earlier
9    classification was that we poked fun, and that they
10   found that document and presented it to us -- and I
11   wish I had it in front of me, but I think it was
12   provided as an exhibit to their reply -- I put that
13   statement -- indeed, it's page 3 of 6 of Document
14   712-4.  It's talking about what someone interviewed
15   by -- someone interviewed in a 302 report said during
16   this interview, that there is a master roster known
17   as the Bible within the corrections department,
18   printed out and handed to people.  I have put that in
19   front of the New Mexico Corrections Department, and
20   I've asked them.  And as we've said in the briefing,
21   no one knows what that document is.
22             THE COURT:  What do you think the master
23   roster constitutes?
24             MR. BURKE:  Well, I believe what I'm
25   reading, Your Honor.  It says, "The master roster
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    contains sensitive material, known as the Bible

2    within the corrections department.  Two copies were

3    printed and provided to each facility."  That's what

4    I believe it is, since that's what it says.

5              MS. HARBOUR-VALDEZ:  And it says it was

6    provided by the Department of Corrections, Your

7    Honor.

8              THE COURT:  So you've taken that

9    description --

10             MR. BECK:  Right.  And again, what they're

11   reading is a source report.  That's someone telling

12   them that.  I have shown that statement --

13             THE COURT:  Who is the source of this?

14             MR. BURKE:  It's another one of those FBI

15   reports, Your Honor.

16             MR. BECK:  It says that it's Geraldine

17   Martinez, who I believe was -- it says in this source

18   report that she was a law librarian at the SNM CF

19   facility, I believe.

20             MS. HARBOUR-VALDEZ:  But to answer your

21   question, Your Honor, the source is someone who is

22   not named.  It says, "Source who is not in a position

23   to testify."  So we don't know who the person is.

24             MR. BECK:  Right.  So what I'm saying is

25   that came from a source saying that Geraldine



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Martinez provided these things.  I have taken that

2    document in front of the NMCD, and they have read it

3    with their own eyes, and don't know what that is.

4    And they've asked others in the corrections

5    department, and they don't know what that is.

6              THE COURT:  And the status of Geraldine

7    Martinez?

8              MR. BECK:  Right.  So that's a 2001 source.

9    So we don't know the status of Geraldine Martinez.

10             THE COURT:  Where is that person?

11             MR. BECK:  We don't know.  That's what

12   we're saying.

13             THE COURT:  But that was the librarian?

14             MR. BECK:  That's what the confidential

15   source states in this statement, was that Geraldine

16   Martinez was the law librarian at this point.

17             THE COURT:  And made that statement?

18             MR. BECK:  Right.

19             MS. HARBOUR-VALDEZ:  No, Your Honor, she

20   didn't make the statement.  The source, who is

21   unnamed, is saying that Geraldine Martinez obtained a

22   copy from someone at the Department of Corrections,

23   and provided it to members of the SNM.

24             MR. BECK:  Right.

25             THE COURT:  And we don't know where this

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1    Geraldine Martinez is?

2              MR. BECK:  No, Your Honor.

3              THE COURT:  If the representation at the

4    present time is the Government cannot locate this

5    document, then I have to deny the request.  I would

6    like the Government to poke around a little bit more.

7              MR. BECK:  We have, Your Honor.  The

8    beginning of that source report lists a New Mexico

9    Corrections Department employee, officer, however you

10   want to classify that person, that was there.  That

11   person is no longer with the corrections department.

12   The corrections department is trying to track down

13   that person to at least interview him, and ask him

14   who was there in 2001, whether he knows what this

15   document is.

16             THE COURT:  Why don't we also try to have

17   the FBI locate Geraldine Martinez, and put that

18   document in front of her, and see if -- you know, see

19   if she -- if I've got two people confirming that a

20   document exists, it gives me a little bit of pause.

21   If it's just one unnamed source, then --

22             MR. BECK:  Well, no, I think -- and I'm

23   sure I'll be corrected -- I think it is one unnamed

24   source who is confirming that this document exists,

25   and that two copies were provided.  No one else,
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1    except for the source, has said that document

 2    actually exists.

 3            THE COURT:  Right.  But I guess, if

 4    Geraldine Martinez says, Yeah, I got a copy, and I

 5    handed it to the SNM Gang, I think that would be

 6    important.  So I'd like to track it down.  I won't

 7    order the Government to do any production.  It's

 8    something they don't know exists at the present time.

 9    But I do think we ought to take it one step further,

10    and see if we can find this Geraldine Martinez.

11            So that will be the ruling:  Be denied

12    without prejudice.  See if we can get more

13    information on it.

14            MR. BURKE:  Very well.  Thank you.

15            THE COURT:  Anything else you need rulings

16    on, Mr. Burke?

17            MR. BURKE:  Not now.

18            THE COURT:  Ms. Armijo has something here,

19    so you may want to stay at the podium for a second.

20            MS. ARMIJO:  Your Honor, one of Mr. Burke's

21    first -- or his Troup Exhibit A refers to binders

22    that they are saying that we have in our possession.

23    It was the meeting regarding Mr. Tierney and Mr.

24    Burkhead in the Albuquerque office.  We disclosed

25    this document because, when we were ordered by the

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Court to go back and find any files that the U.S.

2    Attorney's Office had in reference to the SNM, this

3    was the file -- this FBI number was the file that we

4    came up with.  And unfortunately, when the file was

5    sent to the Albuquerque office, Mr. Burkhead and

6    Mr. Tierney don't know where it is.  It's

7    disappeared.  But they have no file that they were

8    ever in possession of, or -- I think Mr. Burkhead was

9    actually the assigned AUSA.  And he -- they looked

10   high and low for it for a very long time in offices

11   everywhere.  We've looked in Las Cruces, to the prior

12   AUSAs who were involved in that investigation.  As

13   best we can tell, it was sent to the Albuquerque

14   office.  And nobody knows where it is.

15           That being said, what we did do is we went

16   back and we asked the FBI if they could look up the

17   numbers of the reports from this investigative file.

18   And we have been disclosing those.

19           So to say -- if the Court orders us to

20   disclose binders that we are in possession of from

21   this investigation, we don't have them.  But we have

22   done our best to replicate anything that was in

23   there.

24           THE COURT:  If they turn up --

25           MS. ARMIJO:  If they turn up, you'll be the

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                           Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 820-6349                                           FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1    first to know, Your Honor.  But we have done our

2    best.  But I think that was back in February.  It was

3    shortly before Your Honor took over the case.

4              THE COURT:  All right.

5              MR. BURKE:  I have a comment.

6              THE COURT:  Mr. Burke?

7              MR. BURKE:  In the document -- this

8    particular document, September 2013.  The serial

9    number is 603 for that case file, ending in 017.  The

10   document that is Exhibit B is serial Number 1 for the

11   same case number.  There were 602 documents in that

12   file that exist now actually.  Because the FBI can

13   press a button and say, Give me all of that

14   particular case file.  And I believe that's what they

15   should be ordered to do.  Because what has happened

16   instead is the FBI is looking for some things, and of

17   course, they are inculpatory, and they find those.

18   But they can reconstruct that, if they're ordered to

19   do that.  And I'm asking the Court to do that.

20             THE COURT:  Have y'all -- is that an

21   accurate description of what could happen to recreate

22   the file?

23             MR. BECK:  I think that's what the Court's

24   ordered.  I think what Ms. Armijo was referring to is

25   that these binders do not exist.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              THE COURT:  The binders themselves?
 2              MR. BECK:  The file that the Court has
 3   already ordered us to go back and look through is
 4   what we have produced.  And we've already said --
 5   you've already ruled that we're going to do that
 6   again.  So --
 7              THE COURT:  Okay.  Anything else, Mr.
 8   Burke?
 9              MR. BURKE:  No, Your Honor.
10              THE COURT:  All right.  Thank you, Mr.
11   Burke.
12              MR. BURKE:  Thank you.
13              THE COURT:  Anything else?  I guess that
14   takes care of the motions that were --
15              MR. BECK:  Nothing else on that from the
16   Government, Your Honor.
17              THE COURT:  And those are the three motions
18   that were noticed for today's hearing.
19              Let me put my toe into a few items and see
20   what happens.  Mr. Villa has filed a motion, 698.  I
21   understand that you do not --
22              MR. BECK:  Yeah, your Honor, we are not
23   prepared to discuss that.  We're not prepared to hear
24   argument, give argument.  I'm sure the Court can
25   appreciate, just like the Court likes to have issues
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    fully briefed before the Court hears them, the United

2    States likes to have that opportunity to put pen to

3    paper, brief up a response.  And afterwards, if the

4    Court has clarifications or issues, we can tackle it

5    at that time.  But I'm sure the Court has been

6    working hard to prepare for this, as have we.  And we

7    just have not at all prepared to hear or articulate

8    points in response to that motion.  So we do oppose

9    having any kind of argument on that motion today,

10   Your Honor.

11            THE COURT:  Mr. Villa, you called and asked

12   Ms. Wild to have me take up this motion that you

13   filed.  What -- given Mr. Beck's statements, what do

14   you want?  What are you wanting to do today with

15   that?

16            MR. VILLA:  Your Honor, I called Ms. Wild

17   on a number of matters yesterday, and I probably

18   should have been more clear with her about what my

19   priorities were.  But I think, in fairness, if I were

20   in the Government's shoes -- I mean, they're still

21   within their deadline to file a response.  If I were

22   in their shoes, I would understand.

23            So I'll defer to the Court.  I'm happy to

24   present my argument.  I mean, I certainly would enjoy

25   the benefit of a response to argue.  But I understand

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   what it takes to get us all here.  So I'm at the

2   pleasure of the Court, and can go either way.

3           THE COURT:  Well, I've read the motion.

4   You know, I'm reluctant to say much without having

5   the Government filing a response.  But I've read the

6   motion.  I do think the Government is going to need

7   to take a hard look at this one.  Because, if what

8   the situation is, as Mr. Villa has pointed out, I

9   think it is one of those where it may require

10  disclosure.  But I'll certainly wait to hear that.

11          MR. BECK:  I think we --

12          THE COURT:  I guess one thing that could

13  happen is, Mr. Villa could make whatever points he

14  wants to make orally, and then you could file a

15  response.  And then I could go ahead and rule at that

16  point, without us getting back together.  But

17  that's --

18          MR. BECK:  I guess I'll leave it with the

19  Court, Your Honor.  I mean, as I said, the United

20  States hasn't prepared for this.  We haven't read the

21  brief.  We haven't prepared a response to it.  That

22  being said, knowing what I know about Your Honor and

23  the Court, I'm sure that we're going to find pretty

24  clear guidance how the Court would rule on this.

25          As I've said, the United States' preference

SANTA FE OFFICE                                                                    MAIN OFFICE
119 East Marcy, Suite 110                                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                                           Albuquerque, NM 87102
(505) 989-4949                                                                        (505) 843-9494
FAX (505) 820-6349                                                               FAX (505) 843-9492
                                                                                    1-800-669-9492
                                                                         e-mail: info@litsupport.com



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    would be not to have argued on it; to respond to it,

2    and to have argument at that point.  But we'll leave

3    it to the Court.

4              THE COURT:  What do you want to do, Mr.

5    Villa?

6              MR. VILLA:  Again, Your Honor, I mean, I

7    find myself sort of a little torn here.  I mean,

8    professionally, I understand if I was in the U.S.

9    Attorney's shoes, I'm still within my deadline to

10   respond, I would prefer that opportunity.

11             On the other hand, given the way this case

12   has gone, and the scheduling and things that are

13   required to get us here to court, I'm happy to

14   proceed.  I would certainly want the benefit of a

15   reply, regardless of which way the Court proceeds on

16   this.  And I know that the Court will, you know, in

17   an oral argument, having reviewed the briefs of all

18   the parties, can probably tell us exactly where you

19   want us to go.  And I think you can do it either way.

20   I can do it either way.

21             THE COURT:  Let me leave it as what I've

22   said.  I think the Government needs to take a hard

23   look at this one.  Because if what you're

24   representing the evidence to be, it seems to me this

25   may be one of the situations where the CI has to be

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   disclosed.
 2             But let's let the Government do its thing,
 3   and we'll go from there.
 4             MR. VILLA:  Yes, Your Honor.
 5             THE COURT:  All right.  Thank you, Mr.
 6   Villa.
 7             MR. VILLA:  Thank you.
 8             THE COURT:  Let's take up Document 700.
 9   And again, we may be in a position where the
10   Government is not prepared, but I did understand that
11   some things had been -- there had been maybe some --
12   y'all had been discussing this during the day, and
13   may have worked something out.  Mr. Benjamin?
14             MR. BENJAMIN:  Yes, Your Honor.  I did have
15   a discussion with the prosecution at the break.  I
16   don't know as it's necessarily fair to say we've
17   worked something out.  But what occurred that formed
18   the basis for my filing of Document 700 has happened.
19   It's not something that we can go back and change.
20   The prosecution -- I think I'll refer to them as the
21   team -- they -- I don't know what the actual title
22   is, but they've told me that they're not in
23   possession of the documents.  So at this point in
24   time, I think we can wait on that until they've
25   briefed it, and the Court has set the matter for a
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1    hearing.
2           The only thing that I would ask -- and I
3    think the Court has the inherent ability to do this
4    today, because in Document 299, Judge Gonzales, when
5    he was presiding over this case, and I think the
6    order, the protective order as well, that I
7    referenced in 589, I believe that the intent for
8    those was for the Government, if it's seeking to
9    invade -- and that's my position, Your Honor, the
10   attorney-client relationship -- which is what I think
11   they did when they raided Mr. Gallegos' cell at
12   Otero -- I think they need to come to this Court, who
13   is aware of the posture in the case, the facts in the
14   case and the many facets that this case has, as
15   opposed to filing a warrant in a separate cause
16   number, and that would be the only concern that I
17   would ask the Court to at least consider today.
18           THE COURT:  Is there a way that maybe we
19   could just make sure that, if you're going to seek a
20   search warrant, rather than it coming to me,
21   necessarily -- particularly, if I'm going to have to
22   review it down the road -- I'm wondering if we could
23   just get a commitment from the Government that, if
24   you go to a magistrate judge for a warrant, you'll
25   fully advise them about the -- where this case
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    stands.  I mean, I don't know if there is any real

2    question about it.

3            What would you like?  I know you were

4    saying that you were concerned that the magistrate

5    judge had been misled.  What is it that you would

6    want the Government to tell the magistrate judge to

7    avoid that situation?

8            MR. BENJAMIN:  Your Honor, I think being

9    asked the question the way that's asked, that a

10   search would be conducted.  If a taint team was used,

11   a member of the prosecution team would not be present

12   in the facility that was being searched.  That's one

13   of the biggest concerns I have here, is it appears

14   that Special Agent -- I don't believe his name --

15   it's Acee, but Bryan Acee is listed on the return --

16   I don't know why he needed to be present in the

17   facility at all, if in fact, he was.  But I think

18   that there has to be some kind of full disclosure as

19   to what the basis of that is, and what the entire

20   case posture is, not to mention, essentially, some

21   form of heightened reasoning.  And I don't want to

22   get into the merits of the affidavit, Your Honor.

23   But my issue is the affidavit in this case.

24           THE COURT:  And what is it that you would

25   want the Government to tell the magistrate judge?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1            MR. BENJAMIN:  Specifics, articulable
 2    factual specifics regarding what the danger and the
 3    issues are, Your Honor.
 4            I was not given a copy of this affidavit.
 5    This affidavit wasn't -- essentially, didn't contain
 6    sensitive information that was being protected.  It
 7    simply was vague, and didn't provide notice.  And so
 8    I think that, if they're going to invade something as
 9    protected as a Sixth Amendment right to counsel, they
10    need to have very, very, very articulable facts,
11    which if they have, they have.  But I think that's
12    something that the magistrate needs to be in a
13    position that's a lot different than a tracking
14    warrant or something else that they usually approach
15    a magistrate for, Your Honor.
16            THE COURT:  What relief do you want either
17    today, or if we're going to defer this down the road?
18    What is it that you want from this Court?
19            MR. BENJAMIN:  From this Court, Your Honor,
20    I want enforcement of Order 299, which was that they
21    won't invade in the future.  And the Court said --
22    and I understand why the Court doesn't want the
23    Government approaching it specifically regarding
24    that.  But I want -- and I'll fashion language as to
25    what the specifics should be of that relief -- but
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    that there is very specific language.  If they're

2    going to invade something like my client's cell and

3    seize attorney-client privilege, I'd like to be

4    notified immediately after the search has occurred,

5    and not find out because it's published in the

6    Albuquerque newspaper.  And I'd also like to then be

7    told that the materials are being reviewed, or where

8    they're being reviewed, or where they're being

9    stored.  I believe those are my materials.  They may

10   be being held, but I don't believe I have full

11   accountability of those materials.  So I think those

12   are reasonable requests, and I think those are

13   something that I'm entitled to, and Mr. Gallegos,

14   more importantly, is entitled to.

15            THE COURT:  Ms. Armijo?

16            MS. ARMIJO:  I think we're arguing the

17   motion.  I thought we were going to put it off for a

18   little bit, and I thought that we had agreed.

19            The only thing that Mr. Benjamin had told

20   us at the break was that, as long as we agreed -- we

21   being the prosecution team here at this table -- had

22   not seen any of the documents.  I explained to him

23   how the taint team worked, and everything else, and

24   that we had not seen it.  And that Special Agent Acee

25   was not at the facilities that were searched, and had

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1    nothing to do with them.  The only thing that he was

 2    in was that he knows documents were obtained, so he

 3    could put it on the return of the search warrant,

 4    which had to be done in a timely manner.

 5           So that was my understanding as to all that

 6    we were going to be doing today.

 7           He's now argued and wants relief from the

 8    Court --

 9           THE COURT:  Well, that's partly because I

10    keep asking him questions.

11           MS. ARMIJO:  And part of the problem --

12           THE COURT:  But if that's -- if the thing

13    that has been put in place is sufficient for the day,

14    does that work for you?  And then I hear what you're

15    saying, Ms. Armijo, is you want to respond to this

16    motion.

17           MS. ARMIJO:  Yes, Your Honor, because there

18    are so many other different issues.  For instance,

19    Judge Gonzales put that in, not in reference to

20    further crimes, but in reference to things which --

21    they had concerns of mental health experts, which

22    they believe the United States didn't have a right to

23    know.  Things like that.  I don't think Judge

24    Gonzales was going to -- and Judge Gonzales wanted us

25    to give things ex parte, which I know Your Honor is

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    not in favor of.  Judge Gonzales was.
 2              THE COURT:  I'm not really --
 3              MS. ARMIJO:  So that's a completely
 4    different issue.
 5              THE COURT:  Well, let me ask Mr. Benjamin.
 6    Given what Ms. Armijo said, does that take care of
 7    you for today?  Does that freeze things enough to let
 8    them brief it and come back and argue it?
 9              MR. BENJAMIN:  Yes, Your Honor.
10              THE COURT:  Does that work then, for you,
11    Ms. Armijo?
12              MS. ARMIJO:  Yes, Your Honor.  Thank you.
13              (A discussion was held off the record.)
14              THE COURT:  All right.  Here's what I'm
15    inclined to do, but I'll listen to it.  I've got two
16    attorney issues I need to resolve.  I was inclined to
17    let everybody go except the attorneys and the
18    Government to work out those attorney issues.
19              Nobody has asked for a CJA meeting, so I
20    don't have everybody in place to try to do one.  So
21    unless somebody has something real urgent on CJA, I'd
22    be inclined not to do anything on that score.
23              We do have an issue on the motion to
24    continue this trial, but it sounds to me like that
25    may take care of itself.  So I'm not inclined to
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    argue that.  So after I hear what Ms. Harbour-Valdez

2    says, I'm inclined to let everybody go, and then the

3    attorneys that I need to deal with on the two

4    defendants with the attorney issues, deal with those.

5    So think about that for a moment.

6              Ms. Harbour-Valdez?

7              MS. HARBOUR-VALDEZ:  Your Honor, there was

8    just one issue that we had regarding CJA matters.  It

9    was just a simple question, and I can ask Ms. Wild,

10   if you like, and perhaps, we don't all need to stay.

11             THE COURT:  Is it something you can just

12   ask right this minute?  I mean, does it need --

13             MS. HARBOUR-VALDEZ:  I don't know that I

14   feel comfortable asking it.

15             THE COURT:  Okay.  All right.  Fair enough.

16             Okay.  Well, after it's over, if we can

17   give you that guidance here, then we'll try to do

18   that.

19             Mr. Villa?

20             MR. VILLA:  Your Honor, if I may.  You

21   referred to the motion to continue that may take care

22   of itself.  And I guess I just don't know why you

23   referred to that.  I filed a motion to vacate the

24   March trial setting.  I know the Court just entered

25   the order officially vacating the previous trial

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    setting, and setting the March trial setting.  And I
 2    don't know if that's the motion you're referring to.
 3              THE COURT:  No, there is another motion,
 4    isn't there?
 5              THE CLERK:  It's his motion, it's the one
 6    he's referring to.
 7              MR. VILLA:  So I filed the motion to
 8    vacate.  The Government had opposed.  There wasn't a
 9    response.  I filed a notice of completion of
10    briefing.  So that's still outstanding.
11              THE COURT:  Well, let me deal with -- let
12    me see if that can be worked out.  The Government has
13    given their position.  And if the people in that
14    other case don't oppose -- it doesn't look like
15    anybody opposes this one.
16              Are you still on the phone, Mr. Mitchell?
17    Do you have your mute button on, Mr. Mitchell?  Are
18    you there, Mr. Mitchell?
19              MR. MITCHELL:  I am, Your Honor.  I had the
20    mute button on.  Sorry about that.
21              THE COURT:  You don't oppose this motion,
22    do you?
23              MR. MITCHELL:  I do not.
24              THE COURT:  All right.  So let me deal with
25    the parties in the other case, and see if they oppose
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1    that.  And if they don't, and it looks like there is
 2    no opposition here, we can get it entered.
 3              MR. VILLA:  Yes, Your Honor.
 4              THE COURT:  All right.  Anything else
 5    before -- do the attorneys and parties know who they
 6    are?
 7              THE CLERK:  Yes, they do.
 8              THE COURT:  Okay.  So you know who you are,
 9    you have attorney issues.
10              Ms. Armijo?
11              MS. ARMIJO:  Your Honor, just briefly.  I
12    know that it will resolve itself.  There was also a
13    request for a scheduling order.
14              Just real briefly, we, the Government, had
15    worked with Ms. Duncan, and had come up with a plan.
16    But my understanding is that it kind of fell through
17    on the defense side.  Maybe, so that we don't have to
18    get together, we can submit dueling scheduling
19    orders, so to speak, for the Court to pick from, so
20    we don't have to get together.
21              THE COURT:  Does that sound all right to
22    the defendants?  Do y'all want to submit dueling
23    scheduling orders; then I'll --
24              MS. SIRIGNANO:  Your Honor, I can address
25    that.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              THE COURT:  All right.
 2              MS. SIRIGNANO:  Amy Sirignano.
 3              I was working with Ms. Duncan on both
 4   scheduling orders for this case and the 1613 case.
 5   We will be sending our scheduling order, at least in
 6   1613, to the Government later today.  We do have a
 7   dueling scheduling order issue in this matter.  So if
 8   the Court and the Government would like to submit
 9   dueling scheduling orders, we'd be happy to submit
10   our proposed.
11              THE COURT:  Okay.
12              MS. ARMIJO:  And we can try and work it out
13   before we submit two of them, if we can.  I know that
14   we sent ours out from what we'd agreed with Ms.
15   Duncan on August 8, and had never heard back.  And
16   she kept on apologizing.  So I don't know what the
17   issues are.  Maybe we can try and resolve it.  And if
18   after, let's say, two weeks, we can't, if the Court
19   sets a deadline, if we haven't reached it by then,
20   we'll submit our own orders.
21              THE COURT:  Does that work for you,
22   Ms. Sirignano?
23              MS. SIRIGNANO:  Absolutely, Your Honor.
24              THE COURT:  All right.  So we'll set that
25   as a deadline.  So if you can't work it out, submit
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    your dueling pretrial orders.
 2              Tomorrow a.m.'s hearing only pertains to
 3    Defendant Perez, so nobody else needs to be here.
 4              Anything else we need to discuss?  I'll
 5    look to the Government first, the United States.
 6    Anything else we need to discuss?  Anything else I
 7    can do for you?
 8              MS. ARMIJO:  No, Your Honor.
 9              MR. BECK:  No, Your Honor, not from the
10    United States.
11              THE COURT:  All right.  How about from any
12    of the defendants?  Mr. Cooper?
13              MR. COOPER:  Yes, Your Honor.  If I may
14    visit with Ms. Armijo one second?
15              THE COURT:  Certainly.
16              (A discussion was held off the record.)
17              THE COURT:  Mr. Cooper?
18              MR. COOPER:  Thank you, Judge.  I just
19    wanted to alert the Court that the lawyers in Counts
20    1 and 2 plan to go down to Las Cruces to view the
21    evidence, the physical evidence, in those two
22    particular counts.  And I wanted to make sure that it
23    would be okay for us to photograph that evidence
24    while we were in there.  That's one issue.
25              The other --
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1           THE COURT:  Where will you be?  Where will

2     you physically be?

3           MR. COOPER:  Your Honor, it's my

4     understanding that we will be either in the U.S.

5     Attorney's Office or in the State Police offices.

6           And the Government tells me they have no

7     objection to us taking photographs of whatever

8     physical evidence is in their possession.  They do

9     say, however, that if there is an objection from New

10    Mexico State Police as to us taking photographs, that

11    we might have to be back.  I can't imagine that they

12    are going to prohibit us from taking photographs.

13          MS. ARMIJO:  I just don't know what their

14    policy is.  I know different agencies have different

15    policies.  And I haven't had a chance to talk to

16    them.  I said we would not oppose if they didn't

17    oppose.  So we will stand by whatever theirs is.  We

18    can find that out.  But again, it was just asked of

19    me, so I don't know the answer to that.

20          THE COURT:  But you're going to try to find

21    out before they all go down there?

22          MS. ARMIJO:  Yes, absolutely.

23          MR. COOPER:  And we've also requested a

24    view of the two pods where Counts 1 and 2 occurred.

25    And I would like to video those two pods as well.

SANTA FE OFFICE                                                                    MAIN OFFICE
119 East Marcy, Suite 110                                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                                           Albuquerque, NM 87102
(505) 989-4949                                                                       (505) 843-9494
FAX (505) 820-6349                                                           FAX (505) 843-9492
                                                                                    1-800-669-9492
BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE                                                    e-mail: info@litsupport.com

1    And I think the Government -- that's probably a DOC

2    issue.

3              MS. ARMIJO:  That is.  And I would think

4    that as to those specific pods, I need to talk to

5    them, because there could be security concerns.

6    There is probably inmates there.  They probably don't

7    want inmates filmed -- I don't know -- or the

8    housing.  I honestly don't know.  Or they may say

9    that's fine, but I don't have the answer to that

10   today.

11             THE COURT:  All right.  But if DOC needs an

12   order, tell them I'd be inclined to grant an order,

13   if that will help things.  And if they need an order,

14   then y'all can put one together, and get it in front

15   of me, and tell them I'd be inclined to grant it.

16             MR. COOPER:  Thank you, Judge.

17             THE COURT:  All right.  Thank you, Mr.

18   Cooper.

19             Anyone else?  Defendants have anything else

20   we need to discuss?  Anything else I can do for you?

21             All right.  I appreciate the presentations

22   and hard work.  I'll try to get these opinions out to

23   you to.

24             Counsel and defendants that have attorney

25   issues, be sure and stay, and we'll see if we can get

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    those done this afternoon.

2            (The Court was in recess while defendants

3    and their counsel exited the courtroom.)

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1                    C-E-R-T-I-F-I-C-A-T-E

2

3    UNITED STATES OF AMERICA

4    DISTRICT OF NEW MEXICO

5

6

7        I, Jennifer Bean, FAPR, RDR, CRR, RMR, CCR,

8    Official Court Reporter for the State of New Mexico,

9    do hereby certify that the foregoing pages constitute

10   a true transcript of proceedings had before the said

11   Court, held in the District of New Mexico, in the

12   matter therein stated.

13       In testimony whereof, I have hereunto set my

14   hand on October 14, 2016.

15

16

17

18   _____
     
     Jennifer Bean, FAPR, RMR-RDR-CCR
19   Certified Realtime Reporter
     United States Court Reporter
20   NM CCR #94
     333 Lomas, Northwest
21   Albuquerque, New Mexico 87102
     Phone:  (505) 348-2283
22   Fax:    (505) 843-9492

23

24

25

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com