IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CRIMINAL NO. 15-4268 JB |
| | ) | |
| vs. | ) | |
| | ) | |
| **ANGEL DELEON, et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

**UNITED STATES' NOTICE OF PROPOSED SCHEDULING ORDER**

The United States hereby submits for this Court's consideration the attached Proposed Scheduling Order as ordered on October 4, 2016.

**PROPOSED SCHEDULING ORDER**

The Court, having granted the motion by the United States and the defendants to declare this case complex, and considering the parties' proposed scheduling order, hereby imposes the following deadlines in this case:

1. November 18, 2016: Reciprocal discovery by the defendants (except for the defendants' continuing duty to disclose);

2. December 5, 2016: Scientific expert witness notices and reports; Fed. R. Crim. P. 16 discovery motions; Fed. R. Crim. P. 7(f) motions;

3. December 19, 2016: Responses to Fed. R. Crim. P. 16 discovery motions and Rule 7(f) motions; Objections to scientific expert witness notices.

4. January 3, 2017: Responses to scientific expert witness notices.

5. January 9, 2017: Fed. R. Crim. P. 12 pretrial motions; *Daubert* motions;

             Government's notice of gang experts.

6. January 23, 2016:  Responses to pretrial and *Daubert* motions; Defendants' notice gang experts; Notices of defenses pursuant to Fed. R. Crim. P. 12.1 and 12.3.

7. February 6, 2017:  Responses to notices of defenses; motions *in limine*; Fed. R. Evid. 404(b) notices; jury instructions; proposed *voir dire*.

8. February 21, 2017:  Responses to motions *in limine*; objections to jury instructions and proposed *voir dire*.

9. March 6, 2017:  Jury Selection/Trial at 9:00 a.m., Federal Courthouse, Las Cruces, New Mexico.

  The Court further orders that the United States shall continually make available discovery on an ongoing basis, and make available to the defendants by the time required by the applicable law all material for which disclosure is mandated by *Giglio v. United States*, 405 U.S. 150 (1972) and the Jencks Act, 18 U.S.C. § 3500.

  The Court further orders, pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii), that the time between the entry of this Order and the trial date is excluded for the purposes of the Speedy Trial Act computation.

             Respectfully submitted,
             DAMON P. MARTINEZ
             United States Attorney

             ***Electronically filed on 10/18/16***
             MARIA Y. ARMIJO
             RANDY M. CASTELLANO
             MATTHEW M. BECK
             Assistant United States Attorneys
             555 S. Telshor Blvd., Suite 300
             Las Cruces, NM  88011
             (575) 522-2304

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification to defense counsel of record on this date.

/s/
MARIA Y. ARMIJO
Assistant United States Attorney