IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

  vs.                                  No. CR 15-4268 JB

ANGEL DELEON, ET AL.,

    Defendant.

## ORDER GRANTING EXTENSION

THIS MATTER having come before the court on the written motion of the United States of America for an extension of time to file a response to Defendant's Motion to Show Cause for Violation of Order, Document 299 and Request for Evidentiary Hearing on Violations of 4th Amendment and 6th Amendments to the United States Constitution, and the Court, being advised that all Defendants in this case do not oppose the extension to respond, and being otherwise fully advised in the premises, finds that the motion is well-taken and should be granted:

IT IS THEREFORE ORDERED that the extension of time within which to file a response to Defendant's Motion to Show Cause for Violation of Order, Document 299 and Request for Evidentiary Hearing on Violations of 4th Amendment and 6th Amendments to the United States Constitution is granted.   The United States shall file its response on or before **October 25, 2016**.

_____
UNITED STATES DISTRICT JUDGE