IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                                          No.  2:15-cr-04268-JB

ANGEL DELEON, et al,

    Defendants.

## NOTICE OF NON-AVAILABILITY

COMES NOW Robert R. Cooper, court-appointed counsel for Defendant Billy Garcia, and hereby provides the Court and counsel notice of his unavailability during the time period of November 18 – 25, 2016.  Undersigned counsel will be out of state and will not be available for any matters with regard to this case.  Counsel respectfully requests that no hearings be scheduled for the period of his absence.

                                                             Respectfully Submitted,

                                                             Robert R. Cooper Law Firm
                                                              /s/  *Robert R. Cooper*
                                                             ROBERT R. COOPER
                                                            1011 Lomas Blvd NW
                                                            Albuquerque, New Mexico  87102
                                                            (505) 842-8494
                                                            bob@rrcooper.com

## **CERTIFICATE OF SERVICE**

  I hereby certify that on October 26, 2016, I filed the foregoing electronically through the CM/ECF system, which caused all counsel of record to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

           /s/ *Robert R. Cooper*
          ROBERT R. COOPER