IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

      Plaintiff,

v.                                              No. CR 15-4268 JB

EDWARD TROUP (3),
JERRY MONTOYA (14),
DANIEL SANCHEZ (18),
ANTHONY RAY BACA (21),
ANDREW GALLEGOS (25), and
CARLOS HERRERA (27),

      Defendants.

## ORDER GRANTING EXTENSION

THIS MATTER having come before the Court on the unopposed motion of Defendants Edward Troup, Jerry Montoya, Daniel Sanchez, Anthony Ray Baca, Andrew Gallegos, and Carlos Herrera for an extension of time to file Reply to Government's Response to Joint Motion for Disclosure and Production of Confidential Informant [Doc. 698], and the Court, being advised that two Defendants (Eugene Martinez and Robert Martinez) take no position on the motion and all remaining Defendants in this case do not oppose the extension to file the reply, and being otherwise fully advised in the premises, finds that the motion is well-taken and should be granted:

IT IS THEREFORE ORDERED that the extension of time within which to file a Reply to Government's Response to Joint Motion for Disclosure and Production of Confidential Informant [Doc. 698], is granted. The Defendants shall file their reply on or before November 7, 2016.

IT IS SO ORDERED.

                                                              _____
                                                              UNITED STATES DISTRICT JUDGE