①

Dear Judge Browning,

I would like to first thank you for taking the time out of your busy schedule to read my letter. I will start by telling you that I am a spouse of one of the accused in the SNM Gang/Racketeering cases. I feel at this time that I must keep myself annonymous as I feel my husbands legal team may not agree with me contacting you, but not sure if they would dis-approve at the same time. I will start out with how this has affected our lives, turning it completley upside down. My husband, when younger, commited a non-violent crime which in turn sent him to prison. He was there for quite a while, never the less paid his debt to society. As he was re-introduced back into

rec'd 11-22-16

society he of course struggled but along with my help, he progressed and finaled his parole with the state. As his life began to grow, with no parole officer hanging over his head and free to make his own choices, He seeked drug counseling and held steady employment. Never again was he in any trouble with the law and kept no contact with anyone from prison. He grew into his career, he built his credit into something really incredible which he is the most proud of and we married shortly after. Together we lived a very quiet life, we are both hard working, and living responsibly to everything we both worked very hard for. We were absolutely living a dream, great jobs w/ good pay, nice cars, beautiful modest home and proud of

11/22/16

the accomplishments that he had made. My husbands family had never been more proud of their son, brother and nephew. As his wife, I was so proud of him too. My grown kids absolutely love him too along with his co-workers, but the one who I felt was the most proud, other than myself, was his doctor whom he seeks his treatment from because she has been with us every step of the way. Last December, an average night, my husband and I prepared for our next work day. That night we prayed together kissed eachother goodnight and went to sleep. At 4am we were awaken by Federal Marshalls about 15, EVERYWHERE. They came into my home with guns searched everyroom and arrested my husband without giving us reason when asked just saying "We can't tell you why".

11/22/16

My Husband and I both felt like he was Kidnapped. It was the worst feeling in the world, and very scarery, however the marshalls were very peacefull and did not distroy an inch of our home. We are thankful for that. As we come to the One year marking of the date of arrest, we of course have lost everything we worked for. My husband lost a great job, 2 vehicles repossessed and his credit, well lets just say it will take years to rebuild due to all the debt this has created.

Judge Browning, your Honor, I am writing to let you know that even though my husband is an ex-convict, he is not a crook or criminal in any way, as I heard the prosecuting team address these men. I am absolutely not speaking on

11/22/16

behalf of all these men but my husband for I do not know them or know of them. I ask that when you make critical decisions for the defense, please keep in mind that there is men in this group who are productive citizens, husbands, fathers, sons and very loved and needed. I can't tell you how much I love and miss my husband and he is very "needed". I feel as if the prosecuting team are turning very colorful violent criminals into informants, in order to put men like my husband behind bars and call it "Crime-Fighting". Its terrifying and shocking to our families who are trying to wrap our brains around these issues. I ask that when making decisions that you consider the sources of the information and the

11/22/16

reasons behind them, Why would they make accusations and the benifits that come to them. I beg of you to keep "Us" in mind, and know that, even when my husband does come home we have financial ruins to overcome. We continue to keep our faith in God and trust in you that you will be as fair along with compassion for the people like "Us" who have been affected by this case also for the families of the victims who would want the "Real" guilty behind bars and not be able to walk away from a crime commited in exchange for words against a person whom is not deserving of severe punishment and life in prison. My Husband and I pray for God to give you divine guidance and wisdom in every big and small decisions made. Thank you from the bottom of my heart for your Time, Sincerely Terrified and Concerned wife

11/22/16

Albuquerque NM P&DC 82101
FRI 18 NOV 2016 PM

Honorable
James O. Browning
U.S. District Court
Pete V. Dominici
U.S. Courthouse
333 Lomas Blvd N.W.
Suite 660.
Albuquerque, NM.
87103

Personal