IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

v.                                                               NO.  15-CR-4268-JB

**ANGEL DELEON, et al.,**

        **Defendants.**

## NOTICE REGARDING STATUS OF TABLETS

COMES NOW, defendant Edward Troup, by and through counsel Cori A. Harbour-Valdez, and files this Notice Regarding Status of Tablets.

1.    On November 29, 2016, the Court held a hearing in the above-styled matter on several pending motions, including Defendants' Joint Motion to Vacate March 2017 Trial Setting and Impose a Discovery Scheduling Order. [Doc. 676]

2.    During the discussion of this motion, the Court inquired about the status of the Defendants' tablets, which contain discovery materials and are the only way in which Defendants can possess said discovery materials.

3.    The undersigned reported she had learned from Coordinating Discovery Attorney Russ Aoki that currently, fifteen (15) defendants have tablets at their facilities and Mr. Aoki had received six (6) reconfigured tablets back from New Mexico Corrections Department (NMCD) on November 28, 2016. Five of those tablets had been loaded with discovery and would be shipped to the facilities for a Friday, December 2, 2016, delivery date. One of the tablets had an error message pop up when Mr. Aoki tried to copy discovery to it, so it was shipped back to NMCD on November 28, 2016.  Counsel further reported that NMCD still had in its possession seventeen (17) other tablets, which are being reconfigured. NMCD will continue to send them back to Mr. Aoki's office on a rolling basis, six (6) at a time.

4. The undersigned reported that a couple of tablets were shipped out earlier than others due to prioritizing trial dates. Richard Gallegos' tablet was processed on a rush basis due to his case being severed from the rest of the Defendants and having a trial setting in December. His tablet was sent to him on October 15, 2016, therefore his tablet only contains discovery received up to that date. The other defendant who received his tablet on a rush basis was Christopher Garcia. His tablet was sent to him on November 15, 2016, so his tablet does contain all discovery received to date.

5. The undersigned has since learned the identity of the Defendants, who currently have tablets (shipped on November 18, 2016 and contain all discovery received to date), are the following:

Carlos Herrera

Rudy Perez

Andrew Gallegos

Santos Gonzalez

Paul Rivera

Shauna Gutierrez

Frederico Munoz

Sergio Loya Rodriguez

Manuel Benito

Vincent Garduño

Mandel Lon Parker

Daniel Archuleta

Anthony Cordova

These tablets were prioritized because these were the fifteen (15) Defendants who had not previously been issued a tablet.

6.	After the hearing on November 28, 2016, the undersigned was informed by Mr. Aoki that the following Defendants' tablets were shipped on November 28, 2016, and their facilities should receive the tablets by Friday, December 2, 2016:

Joe Gallegos

Arturo Arnulfo Garcia

Benjamin Clark

Mario Rodriguez

Conrad Villegas

7.	Finally, counsel was informed the following Defendants' tablets are still with NMCD in the reconfiguration process:

Edward Troup

Leonard Lujan

Billy Garcia

Eugene Martinez

Allen Patterson

Christopher Chavez

Javier Alonso

Ruben Hernandez

Jerry Armenta

Jerry Montoya

Timothy Martinez

Mauricio Varela

Daniel Sanchez

Gerald Archuleta

Anthony Ray Baca

Robert Martinez

Roy Paul Martinez

David Calbert

DATED:   December 1, 2016.                                    Respectfully submitted,

*/s/ Cori A. Harbour-Valdez*
Cori Ann Harbour-Valdez
The Harbour Law Firm, PC
P.O. Box 13268
El Paso, TX 79913
Phone: 915-544-7600
Fax: 915-975-8036
cori@harbourlaw.net

&

Patrick J. Burke
Patrick J. Burke, P.C.
999 18th Street, Suite 2055
Denver, CO 80202
Phone:  (303) 825-3050
Fax:  303-825-2992
Patrick-j-burke@msn.com
*Counsel for Edward Troup (3)*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 1st day of December, 2016, I electronically transmitted the attached document to the Clerk's office using the CM/ECF system for filing and service to all CM/ECF registrants.

*S/Cori A. Harbour-Valdez*
Cori A. Harbour-Valdez