# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

       Plaintiff,

  vs.                             No. CR 15-4268 JB

ANGEL DELEON, et al.,

       Defendants.

## THIRD SCHEDULING ORDER

**THIS MATTER** comes before the Court on the parties' joint request to extend all case deadlines by four months. The Court held a hearing on November 29, 2016.   The parties request that the Court extend the case deadlines by four months.    The Court grants the parties' request and hereby imposes the following deadlines:

1. March 20, 2017:      Reciprocal discovery by the defendants (except for the defendants' continuing duty to disclose);

2. April 5, 2017:      Scientific expert witness notices and reports; Fed. R. Crim. P. 16 discovery motions; Fed. R. Crim. P. 7(f) motions;

3. April 19, 2017:      Responses to Fed. R. Crim. P. 16 discovery motions and Rule 7(f) motions; Objections to scientific expert witness notices.

4. May 3, 2017:      Responses to scientific expert witness notices.

5. May 9, 2017:      Fed. R. Crim. P. 12 pretrial motions; *Daubert* motions; Government's notice of gang experts.

6. May 23, 2017:      Responses to pretrial and *Daubert* motions; Defendants'

notice gang experts; Notices of defenses pursuant to Fed. R. Crim. P. 12.1 and 12.3.

7.  June 6, 2017:    Responses to notices of defenses; motions *in limine*; Fed. R. Evid. 404(b) notices; jury instructions; proposed *voir dire*.

8.  June 21, 2017:   Responses to motions *in limine*; objections to jury instructions and proposed *voir dire*.

9.  July 10, 2017:   Jury Selection/Trial at 9:00 a.m., Federal Courthouse, Las Cruces, New Mexico.

The Court further orders that the United States shall continually make available discovery on an ongoing basis, and make available to the defendants by the time required by the applicable law all material for which disclosure is mandated by *Giglio v. United States*, 405 U.S. 150 (1972) and the Jencks Act, 18 U.S.C. § 3500.

The Court further orders, pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii), that the time between the entry of this Order and the trial date is excluded for the purposes of the Speedy Trial Act computation.

_____
UNITED STATES DISTRICT JUDGE