IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) CRIMINAL NO. 15-CR-4268 JB |
| | ) |
| vs. | ) |
| | ) |
| **ANGEL DeLEON, et al,** | ) |
| | ) |
| Defendants, | ) |

## UNITED STATES' NOTICE OF RELATED CASES

The United States of America hereby submits this notice to inform the Court that this case is related to the following cases:

*United States v. Warwick,* Case No. 16-CR-4572 MCA;

The charges alleged against the defendants are based on the overlapping investigations and/or events.

Respectfully submitted,

DAMON P. MARTINEZ
United States Attorney

*/s/ Electronically filed 12/22/16*

RANDY M. CASTELLANO
Assistant United States Attorney
555 S. Telshor, Ste. 300
Las Cruces, New Mexico  88011
(575) 522-2304

I HEREBY CERTIFY that I electronically
filed the foregoing with the Clerk of the court
using the CM/ECF system which will send
notification to opposing counsel of record,
on this 22nd day of December, 2016.
/s/
_____
RANDY M. CASTELLANO
Assistant United States Attorney