Deleon et al. Superseding Indictment Defendant Chart

|  | Count 1 | Count 2 | Count 3 | Count 4 | Count 5 | Count 6 | Count 7 | Count 8 | Count 9 | Count 10 | Count 11 | Count 12 | Count 13 | Count 14 | Count 15 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | 2001 | 2001 | 2007 | 2012 | 2012 | 2014 | 2014 | 2003-2015 | 2013 | 2013 | 2015 | 2015 | 2015 | 2016 | 2016 |
| Angel Deleon | X |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| Joe Lawrence Gallegos | X |  |  | X | X |  |  |  |  |  |  |  | X | X | X |
| Edward Troup | X |  | X |  |  |  |  |  |  |  |  |  |  |  |  |
| Leonard Lujan | X | X |  |  |  |  |  |  |  |  |  |  |  |  |  |
| Billy Garcia | X | X |  |  |  |  |  |  |  |  |  |  |  |  |  |
| Eugene Martinez |  | X |  |  |  |  |  |  |  |  |  |  |  |  |  |
| Allen Patterson |  | X |  |  |  |  |  |  |  |  |  |  |  |  |  |
| Christopher Chavez |  | X |  |  |  |  |  |  |  |  |  |  |  |  |  |
| Javier Alonso |  |  | X |  |  |  |  |  |  |  |  |  |  |  |  |
| Arturo Arnulfo Garcia |  |  | X |  |  |  |  |  |  |  |  |  |  |  |  |
| Benjamin Clark |  |  | X |  |  |  |  |  |  |  |  |  |  |  |  |
| Ruben Hernandez |  |  | X |  |  |  |  |  |  |  |  |  |  |  |  |
| Jerry Armenta |  |  |  |  |  | X | X |  |  |  |  |  |  |  |  |
| Jerry Montoya |  |  |  |  |  | X | X |  |  |  |  |  |  |  |  |

Deleon et al. Superseding Indictment Defendant Chart

| | Count 1 | Count 2 | Count 3 | Count 4 | Count 5 | Count 6 | Count 7 | Count 8 | Count 9 | Count 10 | Count 11 | Count 12 | Count 13 | Count 14 | Count 15 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2001 | 2001 | 2007 | 2012 | 2012 | 2014 | 2014 | 2003-2015 | 2013 | 2013 | 2015 | 2015 | 2015 | 2016 | 2016 |
| Mario Rodriguez | | | | | | X | X | | | | | | | | |
| Timothy Martinez | | | | | | X | X | | | | | | | | |
| Mauricio Varela | | | | | | X | X | | | | | | | | |
| Daniel Sanchez | | | | | | X | X | | | | | | | | |
| Gerald Archuleta | | | | | | | | X | | | | | | | |
| Conrad Villegas | | | | | | | | X | | | | | | | |
| Anthony Ray Baca | | | | | | X | X | X | X | X | | | | | |
| Robert Martinez | | | | | | | | | X | X | | | | | |
| Roy Paul Martinez | | | | | | | | | X | X | | | | | |
| Christopher Garcia | | | | | | | | | | X | X | X | | | |
| Carlos Herrera | | | | | | X | X | | | | | | | | |
| Rudy Perez | | | | | | X | X | | | | | | | | |
| Andrew Gallegos | | | | X | X | | | | | | | | | | |
| Santos Gonzalez | | | | | | | | | | | | | | X | X |
| Paul Rivera | | | | | | | | | | | | | | X | X |

Deleon et al. Superseding Indictment Defendant Chart

| | Count 1 | Count 2 | Count 3 | Count 4 | Count 5 | Count 6 | Count 7 | Count 8 | Count 9 | Count 10 | Count 11 | Count 12 | Count 13 | Count 14 | Count 15 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2001 | 2001 | 2007 | 2012 | 2012 | 2014 | 2014 | 2003-2015 | 2013 | 2013 | 2015 | 2015 | 2015 | 2016 | 2016 |
| Shauna Gutierrez | | | | | | | | | | | | | | X | X |

3