**Count 1:**      **Murder of Frank Castillo- 3/26/2001** *[SNMCF]*

| Angel DeLeon |
|---|
| Joe Gallegos |
| Edward Troup |
| Leonard Lujan |
| Billy Garcia |

**Count 2:**      **Murder of Rolando Garza- 3/26/2001** *[SNMCF]*

| Leonard Lujan |
|---|
| Billy Garcia |
| Eugene Martinez |
| Allen Patterson |
| Chris Chavez |

**Count 3:**      **Murder of Freddie Sanchez- 2007** *[SNMCF]*

| Javier Alonso |
|---|
| Edward Troup |
| Arturo Arnulfo Garcia |
| Ben Clark |
| Ruben Hernandez |

**Counts 4 & 5:**      **Murder of Adrian Burns – 2012** *[Socorro & Valencia Counties]*

| Joe Gallegos |
|---|
| Andrew Gallegos |

**Counts 6 & 7:         Murder of Javier Molina- 2014** *[SNMCF]*

| |
|---|
| Jerry Armenta |
| Jerry Montoya |
| Mario Rodriguez |
| Timothy Martinez |
| Anthony Ray Baca aka "Pup" |
| Mauricio Varela |
| Daniel Sanchez |
| Carlos Herrera |
| Rudy Perez |

**Count 8:         Conspiracy to Assault Julian Romero- 2003 to 2015** *[SNMCF& Dona Ana County]*

| |
|---|
| Anthony Ray Baca |
| Gerald Archuleta aka "Styx" |
| Conrad Villegas |

**Count 9:         Conspiracy to Murder D. Santistevan- 2013 to 2015**

| |
|---|
| Anthony Ray Baca |
| Roy Martinez |
| Robert Martinez |

**Count 10:         Conspiracy to Murder Marcantel- 2013 to 2015**

| |
|---|
| Anthony Ray Baca |
| Roy Martinez |
| Robert Martinez |
| Christopher Garcia |

**Count 11:         Felon in Possession of Firearm**

| |
|---|
| Christopher Garcia |

**Count 12:         Using a Firearm during a Crime of Violence [924(c)]**

| |
|---|
| Christopher Garcia |

**Count 13:**     **Assault with Dangerous Weapon on Jose Gomez**
*[Valencia County(not in prison)]*

| |
|---|
| Joe Gallegos |

**Count 14:**     **Conspiracy to Murder Jose Gomez – Feb. 2016**
*[Otero & Valencia Counties]*

| |
|---|
| Joe Gallegos |
| Santos Gonzales |
| Paul Rivera |
| Shauna Gutierrez |

**Count 15:**     **Attempted Murder of Jose Gomez -** *[Valencia County (not in prison)]*

| |
|---|
| Joe Gallegos |
| Santos Gonzales |
| Paul Rivera |
| Shauna Gutierrez |