**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

UNITED STATES OF AMERICA,

       Plaintiff,

v.                                                                    Nos.    2:15-CR-04268-JB
                                                                                      2:16-CR-01613-JB

ANTHONY RAY BACA, et al.

       Defendant.

**NOTICE OF LAW FIRM CHANGE OF NAME**

    The law firm of Rothstein, Donatelli, Hughes, Dahlstrom, Schoenburg & Bienvenu, LLP,

hereby gives notice that it has changed the name of the law firm to Rothstein Donatelli LLP.

    Any further correspondence and pleadings should reflect this change.

           Respectfully submitted,

           ROTHSTEIN DONATELLI LLP

           MARC M. LOWRY
           500 Fourth Street N.W., Suite 400
           Albuquerque, NM  87102
           (505) 243-1443
           mlowry@rothsteinlaw.com

           *Attorney for Anthony Baca*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 5th day of January, 2017, I filed the foregoing pleading electronically through the CM/ECF system, which caused counsel for Plaintiffs and Defendants to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

ROTHSTEIN DONATELLI LLP