IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CRIMINAL NO. 15-4268 JB |
| | ) | |
| vs. | ) | |
| | ) | |
| **JERRY MONTOYA, a.k.a. "Boxer,"** | ) | |
| **MARIO RODRIGUEZ, a.k.a. "Blue,"** | ) | |
| **TIMOTHY MARTINEZ, a.k.a. "Red,"** | ) | |
| **ANTHONY RAY BACA, a.k.a.   "Pup,"** | ) | |
| **MAURICIO VARELA, a.k.a. "Archie,"** | ) | |
| **a.k.a. "Hog Nuts,"** | ) | |
| **DANIEL SANCHEZ, a.k.a. "Dan Dan,"** | ) | |
| **CARLOS HERRERA, a.k.a. "Lazy," and** | ) | |
| **RUDY PEREZ, a.k.a. "Ru Dog,"** | ) | |
| | ) | |
| Defendants. | ) | |

## UNITED STATES' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' JOINT MOTION TO SEVER DEFENDANTS CHARGED WITH OFFENSES IN COUNTS 6 AND 7 [DOC. 807]

The United States of America moves this Court under D.N.M.LR-Cr. 47.8(a) for an extension of time in which to file its response to Defendants' Joint Motion to Sever Defendants Charged with Offenses in Counts 6 and 7 [Doc. 807].

1.	On December 23, 2016, Defendants filed their Motion.

2.	United States' response is due January 6, 2017.

3.	Additional time is needed to complete the United States' response.

The United States, under D.N.M.LR-Cr. 47.1, sought the position of counsel for Defendants who joined in the motion. Counsel for Defendants who joined in the motion do not oppose this motion.[1]

---

[1]  The United States sent an email asking all other counsel to respond with opposition by 1 p.m., January 6, 2017.

**WHEREFORE**, the United States respectfully requests that this Court grant the United

States an extension of time in which to file its response to Defendants' Joint Motion to Sever

Defendants Charged with Offenses in Counts 6 and 7 [Doc. 807], until **January 20, 2017**.

Respectfully Submitted,

DAMON P. MARTINEZ
United States Attorney

***Electronically filed on 1/6/17***
MARIA Y. ARMIJO
RANDY M. CASTELLANO
MATTHEW M. BECK
Assistant United States Attorneys
555 S. Telshor Blvd., Suite 300
Las Cruces, NM   88011
(575) 522-2304 – Tel.

I HEREBY CERTIFY that I electronically
filed the foregoing with the Clerk of the
Court using the CM/ECF system which
will send electronic notification to defense
counsel of record on this date.

/s/_____
RANDY M. CASTELLANO
Assistant United States Attorney

_____

No counsel responded in opposition.