IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                                                                                      No. CR 15-4268 JB

JERRY MONTOYA, a.k.a. "Boxer,"
MARIO RODRIGUEZ, a.k.a. "Blue,"
TIMOTHY MARTINEZ, a.k.a. "Red,"
ANTHONY RAY BACA, a.k.a. "Pup,"
MAURICIO VARELA, a.k.a. "Archie," a.k.a.
"Hog Nuts,"
DANIEL SANCHEZ, a.k.a. "Dan Dan,"
CARLOS HERRERA, a.k.a. "Lazy," and
RUDY PEREZ, a.k.a. "Ru Dog,"

    Defendants.

## ORDER GRANTING EXTENSION

THIS MATTER having come before the Court on the written motion of the United States of America for an extension of time to file a response to Defendants' Joint Motion to Sever Defendants Charged with Offenses in Counts 6 and 7, and the Court, being advised that all Defendants in this case do not oppose the extension to respond, and being otherwise fully advised in the premises, finds that the motion is well-taken and should be granted:

IT IS THEREFORE ORDERED that the extension of time within which to file a response to Defendants' Joint Motion to Sever Defendants Charged with Offenses in Counts 6 and 7 is granted. The United States shall file its response on or before **January 20, 2017**.

_____
UNITED STATES DISTRICT JUDGE