IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CR 15-4268 JB |
| | ) | CR 16-1613 JB |
| vs. | ) | |
| | ) | |
| **ANGEL DELON, et al.,** | ) | |
| **ANTHONY RAY BACA, et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

**UNITED STATES' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT DANIEL SANCHEZ'S MOTION TO COMPEL THE GOVERNMENT TO REVEAL THE IDENTITY OF CERTAIN CONFIDENTIAL INFORMANTS REFERENCED IN DISCOVERY MATERIALS [DOCS. 815 AND 285]**

The United States of America moves this Court under D.N.M.LR-Cr. 47.8(a) for an extension of time in which to file its response to Defendant Daniel Sanchez's Motion to Compel the Government to Reveal the Identity of Certain Confidential Informants Referenced in Discovery Materials [Docs. 815 And 285].

1. On January 8, 2017, Defendant Daniel Sanchez filed the Motions.

2. United States' response is due January 23, 2017.

3. Additional time is needed to complete the United States' response.

The United States, under D.N.M.LR-Cr. 47.1, sought the position of counsel for Defendants. Specifically, Counsel for Defendant Daniel Sanchez does not oppose a one week extension. Additionally, Counsel for co-defendants do not oppose this motion.[1]

---

[1] The United States sent an email asking all counsel to respond with opposition by noon, January 23, 2017, or the United States would assume there was no opposition. Counsel either responded that they did not oppose this extension, or did not respond.

**WHEREFORE**, the United States respectfully requests that this Court grant the United States an extension of time in which to file its response to Defendant Daniel Sanchez's Motion to Compel the Government to Reveal the Identity of Certain Confidential Informants Referenced in Discovery Materials [Docs. 815 And 285], until **January 30, 2017**.

    Respectfully Submitted,

    DAMON P. MARTINEZ
    United States Attorney

    *<u>Electronically filed on 1/23/17</u>*
    MARIA Y. ARMIJO
    RANDY M. CASTELLANO
    MATTHEW M. BECK
    Assistant United States Attorneys
    555 S. Telshor Blvd., Suite 300
    Las Cruces, NM   88011
    (575) 522-2304 – Tel.

I HEREBY CERTIFY that I electronically
filed the foregoing with the Clerk of the
Court using the CM/ECF system which
will send electronic notification to defense
counsel of record on this date.

/s/
MARIA Y. ARMIJO
Assistant United States Attorney