IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 15-CR-4268 JB |
| | ) | 16-CR-1613 JB |
| vs. | ) | 15-CR-4275 JB |
| | ) | |
| **ANGEL DELEON, et al.,** | ) | |
| **ANTHONY RAY BACA, et al.,** | ) | |
| **CHRISTOPHER GARCIA,** | ) | |
| | ) | |
| Defendants. | ) | |

**UNITED STATES' UNOPPOSED MOTION FOR EXTENSION
OF TIME TO RESPOND TO DEFENDANT CHRISTOPHER GARCIA'S
SUPPLEMENTAL BRIEF IN SUPPORT OF OPPOSED MOTION TO COMPEL THE
IDENTIFICATION OF CONFIDENTIAL INFORMANTS (DOCS. 817, 286 and 146)**

The United States of America hereby files this unopposed motion to extend the time in which to respond to Defendant Christopher Garcia's Supplemental Brief in Support of Opposed Motion to Compel the Identification of Confidential Informants (Docs. 817, 286 and 146).

1. On January 9, 2017, Defendant Christopher Garcia filed the aforementioned motions.

2. United States' response is due January 23, 2017.

3. Additional time is needed to complete the United States' response.

The United States, under D.N.M.LR-Cr. 47.1, sought the position of defense counsel for Defendant Christopher Garcia. Defense Counsel does not oppose this motion. Additionally, Counsel for co-defendants do not oppose this motion.[1]

---

[1] The United States sent an email asking all counsel to respond with opposition by noon, January 23, 2017, or the United States would assume there was no opposition. Counsel either responded that they did not oppose this extension, or did not respond.

WHEREFORE, the United States respectfully requests that this Court grant the United States an extension of time in which to file its response to Defendant Christopher Garcia's Supplemental Brief in Support of Opposed Motion to Compel the Identification of Confidential Informants (Docs. 817, 286 and 146), until **January 25, 2017**.

        Respectfully submitted,

        DAMON P. MARTINEZ
        United States Attorney

        ***Electronically Filed 1/23/2017***
        MARIA Y. ARMIJO
        RANDY M. CASTELLANO
        Assistant United States Attorneys
        555 S. Telshor Blvd., Ste. 300
        Las Cruces, NM 88011
        (575) 522-2304 - Tel.

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification to defense counsel of record.

      /s/
MARIA Y. ARMIJO
Assistant United States Attorney