IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA,**

    Plaintiff,

**vs.**                                                               No. 2:15-cr-04268-JB

**ANGEL DELEON, et al.,**

    Defendants.

## NOTICE OF JOINDER IN DEFENDANT ANTHONY BACA'S BRIEF IN SUPPORT OF MOTION TO COMPEL THE IDENTIFICATION OF CONFIDENTIAL INFORMANTS [DOC. 829]

Defendant, Rudy Perez, by counsel, Ryan J. Villa and Justine Fox-Young, hereby submits this Notice, stating as follows:

On January 18, 2017, Defendant Baca filed his Brief in Support of Motion to Compel the Identification of Confidential Informants [Doc. 829]. Defendant Perez submits this Notice to alert the Court and all counsel he joins in the relief sought therein by Defendant Baca. As the Court is aware, Mr. Perez is charged in Counts 6 and 7 of the Superseding Indictment [Doc. 368]. These counts allege Mr. Perez, along with his co-Defendants, at the behest of the purported leader of SNM, Defendant Baca, conspired to and murdered Javier Molina in furtherance of SNM racketeering activities. Mr. Perez, despite being unable to ambulate without his walker, is alleged to have provided pieces of his walker for use in making shanks to use to carry out the murder of Mr. Molina.

Mr. Perez incorporates the legal authority relied on by Mr. Baca as well as the authority cited in Mr. Perez's Joint Motion for Disclosure and Production of Confidential Informant [Doc. 618] at 6-14. Mr. Perez also incorporates the arguments set forth in his Notice of Joinder [Doc. 831] in Defendant Sanchez's Motion to compel, and his Notice of Joinder [Doc. 828] to Defendant

1

Chris Garcia's Motion to compel disclosure of confidential informants.  Based on the arguments set forth in Mr. Baca's brief and the pleadings cited herein, Mr. Perez submits he is entitled to disclosure of the informants identified in Mr. Baca's brief.

    Respectfully submitted,
    THE LAW OFFICE OF RYAN J. VILLA

    */s/ Ryan J. Villa*
    Ryan J. Villa
    2501 Rio Grande Blvd. NW Ste. A
    Albuquerque, NM 87104
    (505) 639-5709
    (505) 433-5812 facsimile
    ryan@rjvlawfirm.com

    AND

    */s/ Justine Fox-Young*
    Justine Fox-Young, P.C.
    1903 Wyoming Blvd. NE, Suite B
    Albuquerque, NM 87112
    (505) 796-8268
    justine@foxyounglaw.com

    *Attorneys for Rudy Perez*

## CERTIFICATE OF SERVICE

I hereby certify that on January 23, 2017, a copy of the foregoing document was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all counsel of record.

    /s/*Ryan J. Villa*
    RYAN J. VILLA