IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA,        ) | |
| ) | |
| Plaintiff,              ) | CRIMINAL NO. 15-4268 JB |
| ) | |
| vs.                                                     ) | |
| ) | |
| **ANGEL DELON, et al.,**                    ) | |
| ) | |
| Defendants.         ) | |

**UNITED STATES' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT ANTHONY RAY BACA'S SEALED SUPPLEMENTAL BRIEF IN SUPPORT OF MOTION TO COMPEL THE IDENTIFICATION OF CONFIDENTIAL INFORMANTS [DOC. 829]**

The United States of America moves this Court under D.N.M.LR-Cr. 47.8(a) for an extension of time in which to file its response to Defendant Anthony Ray Baca's Sealed Supplemental Brief in Support of Motion to Compel the Identification of Confidential Informants [Doc. 829].

1. On January 18, 2017, Defendant Anthony Ray Baca filed the aforementioned Motion.

2. United States' response is due February 1, 2017.

3. Additional time is needed to complete the United States' response.

The United States, under D.N.M.LR-Cr. 47.1, sought the position of defense counsel for Defendant Anthony Ray Baca. Defense Counsel for Defendant Anthony Ray Baca does not oppose this motion. Additionally, Counsel for co-defendants do not oppose this motion.[1]

---

[1] The United States sent an email asking all counsel to respond with opposition by noon, January 23, 2017, or the United States would assume there was no opposition. Counsel either responded that they did not oppose this extension, or did not respond.

**WHEREFORE**, the United States respectfully requests that this Court grant the United States an extension of time in which to file its response to Defendant Anthony Ray Baca's Sealed Supplemental Brief in Support of Motion to Compel the Identification of Confidential Informants [Doc. 829], until **February 3, 2017**.

    Respectfully Submitted,

    DAMON P. MARTINEZ
    United States Attorney

    *Electronically filed on 1/24/2017*
    MARIA Y. ARMIJO
    RANDY M. CASTELLANO
    MATTHEW M. BECK
    Assistant United States Attorneys
    555 S. Telshor Blvd., Suite 300
    Las Cruces, NM   88011
    (575) 522-2304 – Tel.

I HEREBY CERTIFY that I electronically
filed the foregoing with the Clerk of the
Court using the CM/ECF system which
will send electronic notification to defense
counsel of record on this date.

/s/
MARIA Y. ARMIJO
Assistant United States Attorney