IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

v.                                             NO.  15-CR-4268-JB

**EDWARD TROUP,**
**JAVIER ALONSO,**
**DANIEL SANCHEZ,**
**ANTHONY RAY BACA,**
**CHRISTOPHER GARCIA,**
**CARLOS HERRERA,**
**RUDY PEREZ,**
**ANDREW GALLEGOS, and**
**SANTOS GONZALEZ,**

        **Defendants.**

## UNOPPOSED NOTICE TO WITHDRAW DOC. 820

COMES NOW, Defendant Edward Troup, by and through undersigned counsel, and joined by Defendants Javier Alonso, Daniel Sanchez, Anthony Ray Baca, Christopher Garcia, Carlos Herrera, Rudy Perez, Andrew Gallegos, and Santos Gonzalez by their respective counsel, and files their Unopposed Notice to Withdraw the following document:

    1.    Opposed Motion to Compel Disclosure of Benjamin Clark's Plea Agreement and Related Documents (Doc. 820).

                                                            Respectfully submitted,

                                                             *s/Cori A. Harbour-Valdez*
                                                              Cori Ann Harbour-Valdez
                                                              The Harbour Law Firm, PC
                                                              P.O. Box 13268
                                                              El Paso, TX 79913
                                                              Phone: 915-544-7600
                                                             Fax: 915-975-8036
                                                             cori@harbourlaw.net

                                                           AND

>*s/ Patrick J. Burke*
>Patrick J. Burke
>Patrick J. Burke, P.C.
>303 16th Street, Suite 200
>Denver, CO 80202
>Phone:  303-825-3050
>Fax:  303-825-2992
>Patrick-j-burke@msn.com
>*Counsel for Edward Troup*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 25th day of January, 2017, I electronically transmitted the attached document to the Clerk's office using the CM/ECF system for filing and service to all CM/ECF registrants.

>*s/Cori A. Harbour-Valdez*
>Cori A. Harbour-Valdez

2