IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                        No. CR 15-4268 JB

ANGEL DELON, et al.,

    Defendants.

## ORDER GRANTING EXTENSION

THIS MATTER having come before the Court on the written unopposed motion of the United States of America for an extension of time to file its response to Defendant Anthony Ray Baca's Sealed Supplemental Brief in Support of Motion to Compel the Identification of Confidential Informants [Doc. 829], and the Court, being advised that all Defendants in this case do not oppose the extension to respond, and being otherwise fully advised in the premises, finds that the motion is well-taken and should be granted:

IT IS THEREFORE ORDERED that the extension of time within which to file its response to Defendant Anthony Ray Baca's Sealed Supplemental Brief in Support of Motion to Compel the Identification of Confidential Informants [Doc. 829], is granted.   The United States shall file its response on or before **February 3, 2017**.

_____
UNITED STATES DISTRICT JUDGE