IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

   vs.                                                                                  Nos. CR 15-4268 JB
                                                                                                                                                                                        CR 16-1613 JB

ANGEL DELON, et al.,
ANTHONY RAY BACA, et al.,

    Defendants.

## ORDER GRANTING EXTENSION

THIS MATTER having come before the Court on the written motion of the United States of America for an extension of time to file a response to Defendant Daniel Sanchez's Motion to Compel the Government to Reveal the Identity of Certain Confidential Informants Referenced in Discovery Materials, and the Court, being advised that all Defendants in this case do not oppose the extension to respond, and being otherwise fully advised in the premises, finds that the motion is well-taken and should be granted:

IT IS THEREFORE ORDERED that the extension of time within which to file a response to Defendant Daniel Sanchez's Motion to Compel the Government to Reveal the Identity of Certain Confidential Informants Referenced in Discovery Materials is granted.   The United States shall file its response on or before **January 30, 2017**.

_____
UNITED STATES DISTRICT JUDGE