IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

  vs.                                                              Nos. CR 15-4268 JB
                                                                     CR 15-4275 JB

ANGEL DELEON, et al.,                              CR 16-1613 JB
ANTHONY RAY BACA, et al.,
CHRISTOPHER GARCIA,

    Defendants.

## ORDER GRANTING EXTENSION

THIS MATTER having come before the Court on the written unopposed motion of the United States of America for an extension of time to file a response to Defendant Christopher Garcia's Supplemental Brief in Support of Opposed Motion to Compel the Identification of Confidential Informants (Docs. 817, 286 and 146), and the Court, being advised that all Defendants in this case do not oppose the extension to respond, and being otherwise fully advised in the premises, finds that the motion is well-taken and should be granted:

IT IS THEREFORE ORDERED that the extension of time within which to file a response to Defendant Christopher Garcia's Supplemental Brief in Support of Opposed Motion to Compel the Identification of Confidential Informants (Docs. 817, 286 and 146) is granted. The United States shall file its response on or before **January 25, 2017**.

_____
UNITED STATES DISTRICT JUDGE