IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

  vs.                                                 Nos. CR 15-4275 JB
                                                           15-4268-24 JB

CHRISTOPHER GARCIA,                                   16-1613-2 JB

    Defendant.

## ORDER GRANTING LEAVE TO EXCEED PAGE LIMITS

THIS MATTER having come before the Court on the written unopposed motion of the United States of America for the Court's leave to exceed the 24-page limit its response to Defendant Christopher Garcia's Supplemental Brief in Support of the Opposed Motion to Compel the Identification of Confidential Informants [146, 817 and 286], and the Court, being advised that all Defendants in this case do not oppose the motion, and being otherwise fully advised in the premises, finds that the motion is well-taken and should be granted:

IT IS THEREFORE ORDERED that the Court grants the United States leave to exceed the 24-page limit its response to Defendant Christopher Garcia's Supplemental Brief in Support of the Opposed Motion to Compel the Identification of Confidential Informants [146, 817 and 286].

_____
UNITED STATES DISTRICT JUDGE