IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

Criminal Action No. 15-CR-4268-JB

UNITED STATES OF AMERICA,
    Plaintiff,

v.

ANGEL DELEON, *et. al.*

  **3.  EDWARD TROUP**,
  **5.  BILLY GARCIA**,

Defendants.

## MOTION FOR ORDER AUTHORIZING RESTRICTED ACCESS TO SECOND STATUS

Defendants Edward Troup and Billy Garcia, through undersigned counsel, move pursuant to Local Rule 49.4 and Section 9(h) of the CM/ECF Administrative Procedures Manual for an Order authorizing that their Second Status Report re: Discovery and its attachments be filed as restricted documents.  The Second Status Report re: Discovery and its attachments should be filed under restricted access for the following reasons:

The Second Status Report re: Discovery contains many references to discovery, and attachments of discovery pages that are subject to a Protective Order.  In order to preserve the confidentiality required by the Protective Order, the Second Status Report should be filed as a restricted document pursuant to Section 9(h)(2)(B) of the CM/ECF Administrative Procedures Manual (accessible by all case participants but not the public).

1

WHEREFORE, based on the foregoing, it is respectfully requested that the Court order that the Second Status Report re: Discovery and its attachments be filed as restricted documents pursuant to Section 9(h)(2)(B) of the CM/ECF Administrative Procedures Manual as (accessible by all case participants but not the public).

Submitted this 3rd day of February, 2017.

*s/ Patrick J. Burke*
Patrick J. Burke
Cori Harbour-Valdez
Attorneys for Edward Troup (3)

*s/ Jim Castle*
Robert Cooper
Jim Castle
Attorneys for Billy Garcia (5)

CERTIFICATE OF SERVICE

I hereby certify that on February 3rd, 2017, I e-filed the foregoing to the Clerk of the Court via the CM/ECF system which will send notification of such filing to counsel of record.

*s/ Jennifer J. Feldman*