IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

      Plaintiff,

   vs.                                                                                    Nos. CR 15-4268-18 JB
                                                                                            CR 16-1613-10 JB

DANIEL SANCHEZ, and
RUDY PEREZ,

      Defendants.

**<u>ORDER GRANTING LEAVE TO EXCEED PAGE LIMITS</u>**

THIS MATTER having come before the Court on the written unopposed motion of the United States of America for the Court's leave to exceed the 24-page limit for its response to Defendant Daniel Sanchez's Motion to Compel the Government to Reveal the Identity of Certain Confidential Informants Referenced in Discovery Materials [No. Cr 15-4268, Doc. 815; No. Cr 16-1613, Doc. 285], Defendant Rudy Perez's Notice of Joinder in Defendant Daniel Sanchez's Motion to Compel [No. Cr 15-4268, Doc. 831], and Defendant Rudy Perez's Notice of Joinder in Defendant Chris Garcia's Supplemental Brief in Support of Opposed Motion to Compel the Identification of Confidential Informants [No. Cr 15-4268, Doc. 828], and the Court, being advised that all Defendants in this case do not oppose the motion, and being otherwise fully advised in the premises, finds that the motion is well-taken and should be granted:

IT IS THEREFORE ORDERED that the Court grants the United States leave to exceed the 24-page limit for its response to Defendant Daniel Sanchez's Motion to Compel the Government to Reveal the Identity of Certain Confidential Informants Referenced in Discovery Materials [No. Cr 15-4268, Doc. 815; No. Cr 16-1613, Doc. 285], Defendant Rudy Perez's Notice of Joinder in Defendant Daniel Sanchez's Motion to Compel [No. Cr 15-4268, Doc. 831], and Defendant Rudy Perez's Notice of Joinder in Defendant Chris Garcia's Supplemental Brief in Support of Opposed

Motion to Compel the Identification of Confidential Informants [No. Cr 15-4268, Doc. 828].

_____
UNITED STATES DISTRICT JUDGE