IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                          Nos. CR 15-4268 JB
                                                   CR 16-1613 JB

ANTHONY RAY BACA, a.k.a. "Pup,"
SERGIO LOYA RODRIGUEZ, a.k.a.
"Churro,"
MANUEL BENITO, a.k.a. "Panther,"
VINCENT GARDUÑO, a.k.a. "Fatal,"

    Defendants.

## ORDER GRANTING LEAVE TO EXCEED PAGE LIMITS

THIS MATTER having come before the Court on the written unopposed motion of the United States of America for the Court's leave to exceed the 24-page limit for its response to the Sealed Motions to Disclose the Identities of Confidential Informants by Defendants Sergio Loya Rodriguez [No. Cr 16-1613, Doc. 295], Defendant Manuel Benito [No. Cr 16-1613, Doc. 290], Defendant Anthony Ray Baca [No. Cr 15-4268, Doc. 829; No. Cr 16-1613, Doc. 298], and Defendant Vincent Garduno, and the Court, being advised that all Defendants in this case do not oppose the motion, and being otherwise fully advised in the premises, finds that the motion is well-taken and should be granted:

IT IS THEREFORE ORDERED that the Court grants the United States leave to exceed the 24-page limit for its response to the Sealed Motions to Disclose the Identities of Confidential Informants by Defendants Sergio Loya Rodriguez [No. Cr 16-1613, Doc. 295], Defendant Manuel Benito [No. Cr 16-1613, Doc. 290], Defendant Anthony Ray Baca [No. Cr 15-4268, Doc. 829; No. Cr 16-1613, Doc. 298], and Defendant Vincent Garduno.

                                                                     _____
                                                                     UNITED STATES DISTRICT JUDGE