IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                                             Nos. CR 15-4268-JB
                                                                             CR 16-1613-JB

ANGEL DELEON, et. al.,
ANTHONY RAY BACA, et. al.,

    Defendants.

## ORDER

THIS MATTER comes before the Court on Defendants' Motion to Allow Counsel to Access Sealed Pleadings in Related Cases. The Court, being advised that the United States does not oppose the motion, and being otherwise fully advised in the premises, finds that the motion is well taken and should be granted.

IT IS THEREFORE ORDERED that the Motion is GRANTED and counsel for Defendant Anthony Ray Baca may provide counsel for Defendants Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, Billy Garcia, Allen Patterson, Javier Alonso, Auturo Arnulfo Garcia, Jerry Montoya, Daniel Sanchez, Conrad Villegas, Christopher Garcia, Carlos Herrera, Rudy Perez, Santos Gonzalez, and Shauna Gutierrez with copies of Documents 239, 287, 290, 295, and 296 filed in Case No. 16-cr-1613, as well as any responses and replies to those pleadings that may be sealed. Counsel for Defendant Baca may also provide counsel for Christopher Garcia, Manuel Benito, Vincent Garduno, Mandel Lon Parker, Daniel Sanchez, and Anthony Cordova copies of Document 762 filed in Case No. 15-cr-4268.

IT IS SO ORDERED.

                                                                           _____
                                                                           UNITED STATES DISTRICT JUDGE