## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

      Plaintiff,

      vs.                                Nos. CR 15-4268 JB
                                                     CR 16-1613 JB

ANTHONY RAY BACA, a.k.a. "Pup,"
SERGIO LOYA RODRIGUEZ, a.k.a.
"Churro,"
MANUEL BENITO, a.k.a. "Panther,"
VINCENT GARDUÑO, a.k.a. "Fatal,"

      Defendants.

## ORDER

The United States having filed on February 3, 2017, its Unopposed Motion for Permission to File Omnibus Response, and the Court having considered the Motion, being advised that it is unopposed, and being otherwise fully advised of the premises, finds the Motion to be well taken, it is hereby

ORDERED that the United States may file an omnibus response to the defense filings specified in its Unopposed Motion for Permission to File Omnibus Response.

_____
UNITED STATES DISTRICT JUDGE