IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

       Plaintiff,

vs.                                                                                  Nos. CR 15-4268-JB
                                                                                         CR 16-1613-JB

ANGEL DELEON, et. al.
ANTHONY RAY BACA, et. al.

       Defendants.

## ORDER

    The Court has read and reviewed defendant Daniel Sanchez's Unopposed Motion for Leave to File Oversized Brief. Good cause having been shown, defendant Daniel Sanchez's oversized brief, Doc. 815/Doc. 285 Defendant Daniel Sanchez's Motion to Compel the Government to Reveal the Identities of Certain Confidential Informants Referenced in Discovery Materials, may remain on file in these cases.

                                                        _____
                                                        UNITED STATES DISTRICT JUDGE