IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CLERK'S MINUTES

**BEFORE DISTRICT JUDGE JAMES O. BROWNING**

| | | | |
|---|---|---|---|
| **CR CASE NO.:** | 15-4268 JB | **DATE:** | February 7, 2017 |
| **CASE CAPTION:** | USA v. C. Chavez | | |
| **CRD:** | K. Wild | **COURT REPORTER:** | J. Bean |
| **COURT IN SESSION:** | 4:48 p.m. | **COURT IN RECESS:** | 5:20 p.m. = :32 |

**TYPE OF PROCEEDING:** Motion Hearing

**COURT'S RULING/DISPOSITION:** Opposed Motion for Release of Detention Pending Trial [794] - **DENIED**

**ORDER CONSISTENT WITH COURT'S RULING TO BE PREPARED BY:** Court

| **ATTORNEYS PRESENT FOR PLAINTIFF(S):** | **ATTORNEYS PRESENT FOR DEFENDANT(S):** |
|---|---|
| Maria Armijo/Randy Castellano/Matt Beck, AUSAs | Orlando Mondragon/John Granberg (Appointed) |

**PROCEEDINGS**

**COURT IN SESSION:** 4:48 p.m.

**COURT:** Calls case. Counsel enter appearances. Defendant present in custody.

**Mr. Mondragon:** Argues in support of motion.

**Ms. Armijo:** Argues in opposition to motion – tenders photographs of Defendant right after and a more recent photograph.

**Court:** Instructs attach hereto as Govt.'s Ex. 1 and Govt.'s Ex. 2.

**4:53 p.m.   Mr. Mondragon:** Argues further in support of motion.

**5:04 p.m.   Ms. Armijo:** Argues further in opposition to motion.

**5:09 p.m.   Mr. Mondragon:** Argues in reply in further support of motion.

**5:16 p.m.   Court:** Start with presumption Defendant should be detained and a flight risk and danger to community. Finds a flight risk and danger to community. Denies motion. Anything further? Counsel inform there is not.

**COURT IN RECESS:** 5:20 p.m.



Gov't's Ex. 1



U.S. v. R. GALLEGOS 2666