IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.      No. CR 15-4268 JB

ANGEL DELON, et al.,

    Defendants.

## ORDER GRANTING EXTENSION

THIS MATTER having come before the Court on the written unopposed motion of the United States of America for an extension of time to file its responses to motions filed by Defendants Gonzalez, Gallegos, Garcia, and Alonso [858, 866, 868, 869, 872, 882, and 893], and the Court, being advised that all Defendants in this case do not oppose the extension to respond, and being otherwise fully advised in the premises, finds that the motion is well-taken and should be granted:

IT IS THEREFORE ORDERED that the extension of time within which to file its responses to Defendant Santos Gonzalez's Motions for Severance [Doc. 858] and Bill of Particulars [Doc. 866], Defendant Andrew Gallegos's Motion for Severance [Doc. 868], Defendant Billy Garcia's Motions for Severance [Doc. 882] and to Compel the Government to Reveal the Identity of Confidential Informants [Doc. 869], and Defendant Javier Alonso's Motions for Severance [Doc. 893] and for Disclosure of Confidential Informants [Doc. 872], is granted.

The United States shall file its response to Defendant Gonzalez's Motion for Severance [Doc. 858] on or before **February 24, 2017.** The United States shall file its response to Defendant Gonzalez's Motion for a Bill of Particulars [Doc. 866], Defendant Andrew Gallegos's

- 2 -

Motion for Severance [Doc. 868], and Defendant Billy Garcia's Motion to Compel the Government to Reveal the Identity of Confidential Informants [Doc. 869] on or before **February 28, 2017**. The United States shall file its response to Defendant Javier Alonso's Motion for Disclosure of Confidential Informants [Doc. 872] on or before **March 1, 2017**. The United States shall file its response to Defendant Billy Garcia's Motions for Severance [Doc. 882] on or before **March 2, 2017.** The United States shall file its response to Defendant Javier Alonso's Motions for Severance [Doc. 893] on or before **March 6, 2017**.

_____
UNITED STATES DISTRICT JUDGE