**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

UNITED STATES OF AMERICA,

     Plaintiff,

vs.                                 Case No.: 15-CR-4268 JB

ANGEL DE LEON, et al.,

         Defendants.

**OPPOSED MOTION TO SET ARRAIGNMENT ON SUPERSEDING INDICTMENT IN
ALBUQUERQUE, NM FOR ALBUQUERQUE ATTORNEYS
(FOR CONDIDERATION BY THE U.S. MAGISTRATE JUDGE)**

     COMES NOW, defendant Christopher Garcia, by and through co-counsel Amy
Sirignano, of the Law Office of Amy Sirignano, PC, and Christopher W. Adams, of the Law
Office of Christopher W. Adams, PC, and joined by defendants Joe Lawrence Gallegos (attorney
Brock Benjamin), Billy Garcia, (attorneys Bob Cooper and Jim Castle) Arturo Arnulfo Garcia
(Billy Blackburn and Scott Davidson), Anthony Ray Baca, (attorneys Marc Lowry and Teresa
Duncan), Carlos Herrera (attorneys Michael V. Davis and Carey Corlew Bhala), Rudy Perez
(attorneys Justine Fox-Young and Ryan J. Villa), Santos Gonzalez (attorney Erlinda O. Johnson),
Shauna Gutierrez (Angela Arellanes) and jointly move this Court to set the Arraignment on the
Superseding Indictment (Docs. 949, 950) from Las Cruces, New Mexico to Albuquerque, New
Mexico, Wednesday morning, March 15, 2017, before U.S. Magistrate Judge Lynch at 9:30 a.m.

     Counsel for Shauna Gutierrez, (attorney Angela Arellanes) separately requests that Ms.
Gutierrez's arraignment be moved to Albuquerque, New Mexico on the morning of March 16,
2017, at 9:30 a.m., before the U.S Magistrate Judge in Albuquerque, New Mexico.  Counsel for
Billy Garcia (Bob Cooper and Jim Castle) also respectfully request that standby-counsel appear

for their client in Albuquerque, New Mexico on the morning of March 15, 2017 in Albuquerque, New Mexico at 9:30 a.m.  Should standby counsel not be adequate in Albuquerque, New Mexico, at that time, counsel for Mr. Billy Garcia request that the arraignment for their client be continued to the week of March 20, 2017 so CJA counsel can appear with their client.

Defendants Edward Troup, (through counsel Cori Harbor-Valdez and Patrick J. Burke), Allen Patterson, (counsel Jeffrey C. Lahan), Christopher Chavez, (counsel Orlando Mondragon), Javier Alonso (Noel Orquiz and Nathan D. Chambers), Mario Rodriguez, (counsel Santiago Hernandez and Steven M. Potolsky), Mauricio Varela (Mary Stillenger),  Daniel Sanchez, (counsel Amy Jacks and Richard Jewkes), Andrew Gallegos (Donavon A. Roberts) do not oppose this motion, and all request to maintain the March 15, 2017 at 1:30 p.m. arraignment in Las Cruces before U.S. Magistrate Judge Wormuth.

Counsel for Eugene Martinez (attorney Doug Couleur), Conrad Villegas (BJ Crowe) and Brandy Rodriguez (Alfred Creecy) did not provide a position on this motion.

The government opposes this motion.  In support thereof, defendants state the following:

1.      In this case, thirty (30) defendants were charged by way of a Superseding Indictment with violations of: Counts 1, 2, 3, 5, and 7: 18 U.S.C. § 1959(a)(1), Violent Crimes in Aid of Racketeering (Murder) and 18 U.S.C. 2, Aiding and Abetting; Counts 4, 6, 9, 10, and 14: 18 U.S.C. § 1959(a)(5), Violent Crimes in Aid of Racketeering (Conspiracy to Murder); Count 8: 18 U.S.C. § 1959(a)(6), Violent Crimes in Aid of Racketeering (Conspiracy to Commit Assault Resulting in Serious Bodily Injury); Count 11: 18 U.S.C. §§ 922(g)(1) and 924(a)(2), Felon in Possession of a Firearm; County 12:  18 U.S.C. § 924(c): Using and Carrying a Firearm During and in Relation to a Crime of Violence; Count 13: 18 U.S.C. § 1959(a)(3): Violent Crimes in Aid of Racketeering (Assault with a Dangerous Weapon); 18 U.S.C. § 2: Aiding and Abetting; Count

15: 18 U.S.C. § 1959(a)(3) and 18 U.S.C. § 1959(a)(5): Violent Crimes in Aid of Racketeering (Attempted Murder, Assault Resulting in Serious Bodily Injury and Assault with Dangerous Weapon); 18 U.S.C. § 2: Aiding and Abetting. (Doc. 368)

      2.     On March 9, 2017, a Second Superseding Indictment was filed in this case (Doc. 949).  The second superseding indictment charges twenty-two (22) defendants with the following alleged violations: Counts 1, 2, 3, 5, 7: 18 U.S.C. § 1959(a)(1), Violent Crimes in Aid of Racketeering (Murder) and 18 U.S.C. 2, Aiding and Abetting; Counts 4, 6, 9, 10, and 14: 18 U.S.C. § 1959(a)(5), Violent Crimes in Aid of Racketeering (Conspiracy to Murder); Count 8: 18 U.S.C. § 1959(a)(6), Violent Crimes in Aid of Racketeering (Conspiracy to Commit Assault Resulting in Serious Bodily Injury); Count 11: 18 U.S.C. §§ 922(g)(1) and 924(a)(2), Felon in Possession of a Firearm; County 12:  18 U.S.C. § 924(c): Using and Carrying a Firearm During and in Relation to a Crime of Violence; Count 13: 18 U.S.C. § 1959(a)(3): Violent Crimes in Aid of Racketeering (Assault with a Dangerous Weapon); 18 U.S.C. § 2: Aiding and Abetting; Count 15: 18 U.S.C. § 1959(a)(3) and 18 U.S.C. § 1959(a)(5): Violent Crimes in Aid of Racketeering (Attempted Murder, Assault Resulting in Serious Bodily Injury and Assault with Dangerous Weapon); 18 U.S.C. § 2: Aiding and Abetting, and Count 16: 18 U.S.C § 1512: Witness Tampering; 18 U.S.C § 2: Aiding and Abetting. (Doc. 949).

      3.     The United States also obtained a separate superseding indictment against defendant Chris Garcia in 15-CR-4275 (Garcia indictment) (Docs. 2, 49, 15-CR-4275), who is a defendant in this matter and in the 16-CR-4268 case.

      4.     On March 10, 2017, the Court noticed an arraignment hearing for the 15-CR-4268 defendants on Wednesday, March 15, 2017 at 1:30 PM in Las Cruces, NM - 340 Sierra Blanca Courtroom (North Tower) before Magistrate Judge Gregory B. Wormuth (Doc. 950).

5.     The Court continued the arraignments of the moving defendants in the related case, 16-CR-1613 (Doc. 382; 16-CR-1613), except for Anthony Ray Baca. Both related indictments allege defendants are members or affiliates of the Syndicato de Nuevo Mexico ("SNM") prison gang, which the government alleges engaged in racketeering and committed violent crimes in aid thereof.

6.     While all the parties understand, know, and respect that these cases are Las Cruces, New Mexico cases.  The parties and defendants are also aware that upcoming motions hearings and trial will be scheduled in Las Cruces, New Mexico.  However, Albuquerque and counsel for the joint movants respectfully and graciously ask the Court to allow the Albuquerque lawyers to hold the ten-minute arraignments before an Albuquerque U.S. Magistrate Judge. Most attorneys would prefer a Wednesday, March 15, 2017 setting at 9:30 a.m. before U.S. Magistrate William P. Lynch.

7.     The majority of the clients have already been arraigned on the earlier indictment (Doc. 368).  The only new defendant in this case is Brandy Rodriguez (Doc. 368).  All other defendants have been previously detained and are in the custody of the U.S. Marshals Service, so detention will not be an issue for all defendants other than Ms. Rodriguez.

8.     In support of this request, the Court should not only consider counsels' schedules, but also the financial consequences of holding a ten-minute arraignment hearing for Albuquerque attorneys in Las Cruces, New Mexico.  The computation is as follows:  approximately 8.5 hours (3.5 hours each way from Albuquerque driving to Las Cruces x $129.00/hr. = $1,096.50 per attorney, for at least 15 attorneys (Amy Sirignano and Christopher Adams for Christopher Garcia; Brock Benjamin for Joe Gallegos, Bob Cooper and Jim Castle for Billy Garcia; Billy Blackburn and Scott Davidson for Arturo Arnofo Garcia; Marc Lowry and Teri Duncan for

Anthony Ray Baca; Michael Davis and Carey Bahala for Carlos Herrera; Ryan Villa and Justine

Fox-Young; Erlinda Johnson for Santos Gonzalez; and Angela Arrellanes for Shauna Gutierrez.

9.     For approximately 15 Criminal Justice Act (CJA) attorneys billing approximately

8.5 hours for a ten-minute arraignment in Las Cruces, New Mexico will cost the CJA, 18 U.S.C.

§ 3006A, approximately $16,447.50.  The Court must also consider the additional cost of

mileage, and per diem for each attorney (when billing over 8.0 hours).  Lastly, the U.S. Marshals

Service must transport the defendants to Las Cruces, New Mexico (depending on where they are

currently housed).  For example, Mr. Christopher Garcia is housed in the Santa Fe County Adult

Detention Center, while other defendants are at the Torrance County Detention Center, the Dona

Ana County Detention Center, and the Otero County Detention Center.

10.     The purpose of the CJA Act is to provide counsel to those who cannot afford

counsel. 18 U.S.C. § 3006A.  This Las Cruces arraignment could cost taxpayers over $16,000.00

for a ten-minute arraignment.  If a cost comparison is done for these approximate 15 attorneys

with an arraignment setting in Albuquerque, New Mexico, the attorneys would bill the CJA Act

for approximately 1.0 hours, local mileage, and no per diem, or approximately $1,935.00.

11.     The defense has made inquiry with the parties concerning this motion. The

government is opposed moving the Arraignments to Albuquerque. The following defendants join

the motion: Joe Lawrence Gallegos, Billy Garcia, Arturo Arnulfo Garcia, Anthony Ray Baca,

Carlos Herrera, Rudy Perez, Santos Gonzalez, and Shauna Gutierrez, by their respective counsel,

and jointly move this Court to set the Arraignment on the Superseding Indictment in

Albuquerque.

12.     Counsel for Edward Troup, Allen Patterson, Christopher Chavez, Javier Alonzo,

Mario Rodriguez, Mauricio Varela, Daniel Sanchez, Andrew Gallegos do not oppose this

motion, and request to maintain the March 15, 2017 at 1:30 p.m. arraignment in Las Cruces before U.S. Magistrate Judge Wormuth.

For the foregoing reasons, the joint defendants and their respective counsel respectfully request that the Court enter an Order setting the March 15, 2017 arraignment on the superseding indictment in Albuquerque, New Mexico, to the morning on March 15, 2017 at 9:30 a.m. before U.S. Magistrate Judge William P. Lynch, or another time in Albuquerque, New Mexico convenient for the Court.

Respectfully submitted,

    /s
Amy Sirignano, Esq.
Law Office of Amy Sirignano, PC
5901J Wyoming Blvd. NE #250
Albuquerque, NM  87109
(505) 242-2770
(505) 242-2774 facsimile
amy@abqnmlaw.com

    /s
Christopher W. Adams, Esq.
The Law Office of Christopher W. Adams, PC
102 Broad Street, Suite C
Charleston SC 29401-2276
(843) 577-2153
(877) 883-9114 facsimile
chris@chrisadamslaw.com

*Counsel for Christopher Garcia*

Brock Benjamin
Benjamin Law Firm
747 E. San Antonio, Suite 203
El Paso, TX 79901
(915) 412-5858
Fax: (915) 503-2224
Email: brock@brockmorganbenjamin.com

*Counsel for Joe Lawrence Gallegos*

James A. Castle
Castle & Castle, P.C.
1544 Race Street
Denver, CO 80206
(303) 675-0500
Fax: (303) 329-5500
Email: JCastlelaw@gmail.com

-and-

Robert R. Cooper
1011 Lomas Blvd NW
Albuquerque, NM 87102
505 842-8494
Fax: (505) 243-6279
Email: bob@rrcooper.com

*Counsel for Billy Garcia*

Billy Blackburn
1011 Lomas Blvd. NW
Albuquerque, NM 87102
505-242-1600
Fax: 505-243-6279
Email: Billy@BBlackburnlaw.com

-and-

Scott Moran Davidson
1011 Lomas Boulevard NW
Albuquerque, NM 87102
505-255-9084
Fax: 505-243-6279
Email: scott@justappeals.net

*Counsel for Arturo Arnulfo Garcia*

Marc M Lowry
Rothstein Donatelli LLP
500 4th Street N.W. Suite 400
Albuquerque, NM 87102

(505) 243-1443
Fax: (505) 242-7845
Email: mlowry@rothsteinlaw.com

-and-

Theresa M Duncan
515 Granite NW
Albuquerque, NM 87102
(505) 842-5196
Fax: (505) 750-9780
Email: teri@duncanearnest.com

*Counsel for Anthony Ray Baca*


Michael V Davis
Michael V. Davis, Attorney & Counselor at Law,
P.C.
Post Office Box 3748
3949 Corrales Road
Suite 130
Corrales, NM 87048
(505) 242-5979
Fax: 505-899-3103
Email: mdavis@swcp.com

-and-

Carey Corlew Bhalla
Law Office of Carey C. Bhalla LLC
925Luna Cir NW
Albuquerque, NM 87102
505-508-5589
Email: carey@bhallalaw.com

*Counsel for Carlos Herrera*

Justine Fox-Young
1903 Wyoming Blvd. NE Ste. B
Albuquerque, NM 87112
505-796-8268
Email: justine@foxyounglaw.com

-and-

Ryan J Villa
2501 Rio Grande Blvd NW Suite A
Albuquerque, NM 87104
(505) 639-5709
Fax: 505-433-5812
Email: ryan@rjvlawfirm.com

*Counsel for Rudy Perez*


Erlinda O Johnson
Law Office of Erlinda Ocampo Johnson, LLC
620 Roma Ave. N.W.
Albuquerque, NM 87102
505 792-4048
Fax: 505-792-2268
Email: erlindajohnsonlaw@comcast.net

*Counsel for Santos Gonzalez*

Angela Arellanes
P.O. Box 1784
Albuquerque, NM 87103
505-247-2417
Fax: 505-242-1878
Email: arellanesattorney@yahoo.com

*Counsel for Shauna Gutierrez*




**CERTIFICATE OF SERVICE**
I hereby certify that a copy of the foregoing
pleading was sent via the Court's CM/ECF
system to opposing counsel, AUSAs Maria
Armijo, Randy Castellano, and Matthew
Beck this 13th day of March 2017.

____/s_____
Amy Sirignano, Esq.