IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                          Case No. 15-CR-4268 JB

ANGEL DeLEON, et al.,

    Defendants.

## ORDER

**THIS MATTER** is before the Court on the Opposed Motion to Set Arraignment on Superseding Indictment in Albuquerque, NM for Albuquerque and Northern NM Attorneys (*Doc. 968*).

On March 15, 2017, in Las Cruces, New Mexico, Defendants in this matter are set for arraignment on the Superseding Indictment. Some of the Defendants ("Movants") request that their arraignment be held in Albuquerque, New Mexico. Specifically, Movants Christopher Garcia, Joe Lawrence Gallegos, Arturo Arnulfo Garcia, Anthony Ray Baca, Carlos Herrera, Rudy Perez, and Santos Gonzalez, request an arraignment on March 15, 2017, at 9:30 a.m. before Judge William Lynch. Movants Billy Garcia and Shauna Gutierrez request alternate arrangements for their respective arraignments.

On March 13, 2017, Movants Joe Lawrence Gallegos, Billy Garcia, and Santos Gonzales filed individual motions to continue their arraignments. Those motions have

been ruled on *(see Docs. 970, 971, and 972)*, and therefore this motion, as it pertains to these Movants, will be denied as moot.

Additionally, the Court vacated the arraignments for Movants Christopher Garcia and Arturo Arnulfo Garcia in light of the Order granting in part and denying in part the Motion for Order in CR 16-1613 JB. *(see Doc. 965)*  Therefore, the motion as it pertains to these Movants, will be denied as moot.

The remaining Movants primarily point to the cost of requiring appointed counsel to attend arraignment three hours away.  The Court is sensitive to that issue and will grant the motion in part.  Specifically, the currently-scheduled arraignment of Movants Rudy Perez and Shauna Gutierrez is hereby vacated.  Their arraignments will be reset in Albuquerque before Judge Karen Molzen at a date and time to be determined.  Due to considerations unique to Defendants Anthony Ray Baca and Carlos Herrera, their arraignments will remain set in Las Cruces as originally scheduled.

All other scheduled arraignments also remain in effect.

**IT IS SO ORDERED.**

_____
GREGORY B. WORMUTH
United States Magistrate Judge