# CLERK'S MINUTES OF ARRAIGNMENT

Date: **3/15/2017**  Judge: **WORMUTH**  Clerk: **K. SOLIS**

USA vs. **ANTHONY RAY BACA**  CR No. **15-4268 JB**
Deft present with counsel: **MARC LOWRY** ☒ Appt'd.  ☐ Ret'd.

U.S. represented by: **MARIA ARMIJO/RANDY CASTELLANO/MATTHEW BECK, AUSAs**
Name of Interpreter: **N/A**

Court in Session: **1:57 – 2:01 P.M. (4 MIN)**
Liberty: **LCR-SIERRA BLANCA**

☐ Defendant not present  ☐ Bench warrant issued
☐ Waiver of Appearance at Arraignment and Entry of Not Guilty Plea submitted and approved in Open Court

**Court asked the Defendant:**
☐ Name  ☐ Extent of education/schooling  ☐ Age
☐ Whether defendant has any medical or mental health issues or concerns
☒ Whether defendant has received a copy of **SECOND SUPERSEDING INDICTMENT**
☒ Whether defendant has had time to consult with his/her attorney
☐ Whether defendant wants Indictment/Information read in open court
☒ Whether defendant will waive the reading of Indictment/Information
☒ Whether defendant is ready to plead

☒ Defendant entered a **NOT GUILTY** plea to all counts
☒ Matter referred to District Judge
☒ Counsel ordered to file any motions by:
  **SCHEDULING/DISCOVERY DEADLINES TO BE SET BY DISTRICT JUDGE**
☒ Case assigned to:
  ☒ **JUDGE BROWNING**
☒ Trial set on trailing docket commencing: **TO BE SET**
☐ Defendant requested psychiatric examination; Motion to be filed.
☒ Defendant to remain in custody
☐ Defendant advised to file motion to reconsider
☐ Penalty for failure to appear explained
☐ Discovery Order entered
☐ Unseal Case
☐ First appearance of Defendant
☐ Other: