# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA,**

       **Plaintiff,**

**v.**                               **No. 2:15-cr-04268-JB**

**ANGEL DELEON, et al.,**

       **Defendants.**

### ANTHONY RAY BACA'S NOTICE OF JOINDER IN CO-DEFENDANT RUDY PEREZ'S EXPERT NOTICES

Defendant Anthony Ray Baca hereby submits this notice of joinder in Defendant Rudy Perez's Notice of Expert Testimony of Laura Schile (Doc. 1048), Notice of Expert Testimony of Raimund Carrillo (Doc. 1049), and Notice of Expert Testimony of Michael J. Spence (Doc. 1051).

Respectfully submitted,

/s/ Theresa M. Duncan
Theresa M. Duncan
Theresa M. Duncan, Esq.
515 Granite NW
Albuquerque, NM 87102
505-842-5196
teri@duncanearnest.com

AND

ROTHSTEIN DONATELLI, LLP

/s/ Marc M. Lowry
MARC M. LOWRY
500 Fourth Street NW, Suite 400
Albuquerque, NM  87102
(505) 243-1443
mlowry@rothsteinlaw.com

*Attorneys for Anthony Ray Baca*

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on the 5th day of April 2017, I filed the foregoing pleading electronically through the CM/ECF system, which caused counsel for Plaintiff and Defendants to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

<u>/s/ Theresa M. Duncan</u>
Theresa M. Duncan