## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                                                                                     No. CR 15-4268 JB

DeLeon, et al
EUGENE MARTINEZ

    Defendant.

## ORDER EXTENDING MOTIONS DEADLINE

This matter is before the Court on the Defendant Eugene Martinez' unopposed Motion for Extension of Time to File Motions (Doc. 1030), specifically Fed. R. Crim. P. 16 and Fed .R. Crim. P. 7(f) motions. The Court notes that the current deadline is April 5, 2017 (Doc. 790), that the Defendant has been pending competency, that the Defendant is requesting an additional 12 days to file such motions, and that there is no opposition from the Government or counsel for co-defendants.

IT IS THEREFORE ORDERED that the Defendant Eugene Martinez' deadline for joining and/or supplementing filed motions or filing his own Fed. R. Crim. P. 16 and Fed .R. Crim. P. 7(f) motions is extended up to and including April 17, 2017.

_____
UNITED STATES DISTRICT JUDGE