IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | | |
| | ) | | |
| Plaintiff, | ) | | |
| | ) | | |
| vs. | ) | CRIMINAL NO. | 15-4268 JB |
| | ) | | 15-4275 JB |
| ANGEL DELEON, et al., | ) | | 16-1613 JB |
| CHRISTOPHER GARCIA, | ) | | |
| ANTHONY RAY BACA, et al., | ) | | |
| Defendants. | | | |

## UNOPPOSED MOTION FOR PROTECTIVE ORDER

The United States of America moves this Court, under Rule 16(d) of the Federal Rules of Criminal Procedure, and in accordance with the Court's oral order at the May 10, 2017 motions hearing, to enter the stipulated protective order that limits the dissemination of information that the United States will disclose to Defendants' counsel.

For the reasons that the Court acknowledged at the May 10, 2017 motions hearing, good cause exists to enter the protective order. Under D.N.M.LR-Cr. 47.2, the United States sought the concurrence of Defendants' counsel; Defendants' counsel concur in this motion.

## CONCLUSION

For good cause, the United States asks that the Court enter the requested protective order.

Respectfully submitted,

JAMES D. TIERNEY
Acting United States Attorney

*Electronically filed on 5/16/17*
MARIA Y. ARMIJO
RANDY M. CASTELLANO
MATTHEW M. BECK
Assistant United States Attorneys
555 S. Telshor Blvd., Suite 300
Las Cruces, NM   88011
(575) 522-2304

I HEREBY CERTIFY that I electronically
filed the foregoing with the Clerk of the

Court using the CM/ECF system which will send electronic notification to defense counsel of record on this date.

/s/
MATTHEW M. BECK
Assistant United States Attorney