1

```
 1              IN THE UNITED STATES DISTRICT COURT

 2               FOR THE DISTRICT OF NEW MEXICO

 3   UNITED STATES OF AMERICA,

 4        Plaintiff,

 5        VS.                    CR. NO. 15-4268 JB

 6   ANGEL DELEON, et al.,

 7        Defendants.

 8                      VOLUME 3

 9        Transcript of Omnibus Proceedings before
     The Honorable James O. Browning, United States
10   District Judge, Albuquerque, Bernalillo County,
     New Mexico, commencing on May 11, 2017.
11

12   For the Government:  Ms. Maria Armijo; Mr. Randy
     Castellano; Mr. Matthew Beck
13
     For the Defendants:  Mr. Brock Benjamin; Mr. Richard
14   Sindel; Ms. Cori Harbour-Valdez; Mr. Robert Cooper;
     Mr. Roberto Albertorio; Mr. Orlando Mondragon; Mr.
15   Noel Orquiz; Mr. Scott Davidson; Mr. Billy Blackburn;
     Mr. Santiago Hernandez; Mr. Steven Potolsky; Mr.
16   Richard Jewkes; Ms. Amy Jacks; Mr. Josh Spencer; Mr.
     B. J. Crow; Mr. Marc Lowry; Ms. Theresa Duncan; Ms.
17   Amy Sirignano; Mr. Christopher Adams; Mr. Michael
     Davis; Mr. Ryan Villa; Ms. Justine Fox-Young; Mr.
18   Donovan Roberts; Ms. Erlinda Johnson; Ms. Angela
     Arellanes; Mr. Samuel Winder; Mr. Don Kochersberger;
19   Ms. Susan Burgess-Farrell; Mr. Diego Esquibel; Mr.
     Marc Grano; Mr. Ahmad Assed; Mr. Gregory Acton
20

21   For the Defendants (Via telephone):  Ms. Carrie
     Bhalla
22

23

24

25
```


SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2

```
1              THE COURT:  Good morning everyone.  I
2    appreciate everyone making themselves available to me
3    this morning.  I'll switch seating charts here.
4              All right.  We'll continue the hearings
5    that we've had this week.  Yesterday we were down to
6    just the -- what I call the DeLeon case, and then the
7    Baca case.  Let me see if I can confirm who is here
8    as far as attorneys.  Let's see, Ms. Morrissey is not
9    here today, and Mr. Acton, you're here alone; is that
10   correct?
11             MR. ACTON:  I am, Your Honor.
12             THE COURT:  And Mr. Creecy is not here.
13   You're back, Mr. Winder; is that correct?
14             MR. WINDER:  Yes, Your Honor.
15             THE COURT:  All right.  Mr. Winder, good
16   morning to you.
17             And let's see, I want to confirm for the
18   record, Ryan Villa was not here at all yesterday;
19   correct?
20             MR. VILLA:  I was not, Your Honor.
21             THE COURT:  But you're here today?
22             MR. VILLA:  I am.
23             THE COURT:  Good to see you, Mr. Villa.
24             MR. VILLA:  You, too.
25             THE COURT:  Mr. Castle is gone for today;
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    is that correct, Mr. Cooper?
 2              MR. COOPER:  That's correct, Your Honor.
 3              THE COURT:  All right.  Mr. Cooper, good
 4    morning to you.
 5              MR. COOPER:  Good morning to you, Judge.
 6              THE COURT:  Let's see, we've got Ms.
 7    Sirignano and Mr. Adams.  Patrick Burke is not here
 8    for Mr. Troup, but you're here, Ms. Harbour-Valdez?
 9              MS. HARBOUR-VALDEZ:  Yes, Your Honor.
10              THE COURT:  Good morning to you, Ms.
11    Harbour-Valdez, Mr. Troup.
12              And Nate Chambers is not here for Mr.
13    Alonso, but you're here, Mr. Orquiz?
14              MS. ORQUIZ:  Yes, sir.
15              THE COURT:  Good morning to you,
16    Mr. Orquiz.
17              Let's see.  All right.
18              A couple of things to be thinking of before
19    we break today.  I did mention to you that I wanted
20    to talk to you about what work you want me to do.
21    We've got one more motion to sever to argue today.
22    I'm inclined to -- I made a lot of rulings on motions
23    to sever, and I still got one more to argue.  Then we
24    have one more.  I think Burke has one next Friday
25    that we're going to argue.  But at least for the ones
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   that have been argued so far -- that will be argued

2   today -- I'm inclined to roll those into one opinion.

3   So rather than just quickly getting out the one I'm

4   pretty far on, I'm inclined to put them all together,

5   so that I can explain why I'm doing what I'm doing

6   with these trials.  So that's my thoughts.  But you

7   may want me to shift to something else.  So, again,

8   be thinking of the batting order that you want to

9   leave with me before we part today and come back next

10  week.

11          Also, I will want to -- with the first

12  group of the DeLeon people, I want y'all to be

13  thinking about a real timeframe for the trial of that

14  case.  Because the trial of that case is going to

15  really impact, really, my second half of the year.

16  However long that takes, that's realistically what

17  I've got to line up for the other what we call the

18  SNM cases, as well as other work that I have.  So be

19  thinking and discussing a real timeframe.  Because

20  once I set it, I probably am going to get it tried

21  within that timeframe.

22          On the 19th, it doesn't look like we need

23  the Baca people at all.  I don't see any items that

24  need to be argued.  So I think we'll just be bringing

25  back the DeLeon people on that Friday.  So unless

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   somebody thinks otherwise, that's my plan for the
 2   present time.
 3            All right.  Mr. Lowry, you were up arguing
 4   your bill of particulars, if you wish to continue
 5   that argument.
 6            MR. LOWRY:  Thank you, Your Honor.
 7            THE COURT:  Mr. Lowry.
 8            MR. LOWRY:  Your Honor, I just had one
 9   brief evidentiary matter.
10            Your Honor, just to follow up a point that
11   I made yesterday.  And we're talking about DeLeon
12   Bates No. 14478, and this would be Confidential Human
13   Source No. 3.  But the point I was making, Your
14   Honor, is this notion that the younger generation
15   was, for lack of a better way to say it, was trying
16   to "off" all the older members.
17            THE COURT:  All right.
18            MR. LOWRY:  And again, Your Honor, just for
19   clarification, it does mention the All Stars.  This
20   is about the All Star faction.
21            But, Your Honor, I put some thought into
22   the Court's comments at the end of the day yesterday,
23   and if the Court looks at our reply brief, I don't
24   disagree with the Court one iota, in that Mr. Baca is
25   not trying to manipulate or weasel into this bill of
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    particulars a discovery device or mechanism.  We

2    recognize that, and we don't disagree that that's an

3    improper use for the bill of particulars.

4           But what we are trying to accomplish in the

5    bill of particulars is for a fixed indefinite theory

6    of the Government's notion of how this alleged

7    enterprise was structured.

8           And the problem I'm having with where I

9    stand before Your Honor today is, instead of fixed

10   indefinite, I'm in the middle of fluid and mercurial.

11   And I think the purpose of the bill of particulars is

12   to put a defendant on notice of what the case is so

13   he can defend against it.  And in that vein, what

14   we're looking for is a fixed indefinite idea of what

15   the theory of the enterprise is so I can start

16   preparing a defense.  And that's, you know, where

17   we're coming from.

18          And I think if you go back to our reply

19   brief and look at the six questions that we laid out

20   that we'd like the bill of particulars to address,

21   they really aren't "who" questions, except in the

22   last one, I laid out six on page 7 and 8 of the

23   brief, but they're all "how" questions.  So I hear

24   what Your Honor is saying, and I want the Court to

25   clearly understand that what we're looking for is

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    more of a functional result here, and not necessarily

2    a "who" test.  Who did what?  That having been said,

3    Your Honor, sometimes the "whos" will have to come

4    out in that test.  And this is the United States

5    Supreme Court in Will v. United States, at 389 U.S.

6    90, and you can see it here at the page break 98 and

7    99.  But our Supreme Court has acknowledged and

8    recognized for decades that -- and I'll quote -- "It

9    is not uncommon for the Government to be required to

10   disclose the names of some potential witnesses in the

11   bill of particulars where that information is

12   necessary or useful to the defendant's preparation

13   for trial."

14           Now, I'm not yielding -- we're not looking

15   for a discovery device.  But what I am looking for is

16   a fixed target.  And what the indictment has said --

17   I look at the indictment, and I look at paragraph 4

18   of the indictment, it was fairly fixed.  "The SNM

19   operated under a panel."  "The," singular, of this

20   alleged organization, and "a single panel."  And we

21   haven't seen any evidence in the discovery to support

22   that.

23           What we have seen, in my view, is what I've

24   characterized in our briefing is sort of a variation

25   on the federalist.  We haven't seen the congress that

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

8

```
 1    control the SNM.  What we've seen is a balkanized
 2    series of local states.  And what I'm really looking
 3    for here in the bill of particulars is how was this
 4    enterprise structured?  And they've alleged one
 5    thing, and they backed off on that in the direct
 6    testimony before this Court, and they backed off of
 7    it in their briefing before this Court.  So I'm at a
 8    loss to understand how they want to move forward with
 9    their theory about how this enterprise was
10    structured.  And that's really what we're seeking
11    here, Your Honor, with regard to our argument
12    concerning the alleged enterprise.  Because if
13    they're talking about, you know, a constellation of
14    subgroups, as opposed to an umbrella organization,
15    that's -- I think that's a problem for the
16    Government, but that's something we need to know for
17    certain, so we have sufficient notice to prepare our
18    defense.
19            And I don't know if that answers Your
20    Honor's question directly, or if you want me to be
21    more specific.  But I've laid out the questions I
22    would like to have answered on page 7.  And the first
23    one was, you know, how the co-defendants functioned
24    as an enterprise, apart from the racketeering
25    activity, meaning how did these individuals share
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    interpersonal relationships, common interests; how
2    did they function as a continuing unit over time.
3    And I think that's, you know, going to be helpful for
4    us to understand how they did this.
5          What the response said is:  Everything is
6    fluid.  It might have been fluid in the past; it
7    could be, in theory, fluid today, but what happened
8    in the past should be fixed indefinite.  And that
9    should be not a huge pull for the United States to
10   pull together and say, Okay, from 2001 to 2008, here
11   was the structure; from 2008 to 2011, it operated
12   like this, or 2011 to present, here's how it
13   operated.  But we don't have any kind of sense of
14   that, Your Honor.  And I think, in fundamental
15   fairness to the defendants, we have to get a better
16   idea of what they're alleging happened.  Because,
17   again, it's not for the defendants to guess about
18   what their theory is.  They have to clearly
19   articulate it, so we can provide an adequate and
20   effective defense.
21          And I don't think this is too far afield
22   from what this Court ordered in the Aispuro case.
23   And just to remind Your Honor -- and this was a drug
24   conspiracy case, but if I look at the F.Supp.
25   opinion, you said that, "The general allegation that

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   all of the defendants engaged in a conspiracy does
 2   not sufficiently apprise each defendant of the United
 3   States' theory as to how each was involved in the
 4   alleged conspiracy."  This is really what I'm driving
 5   at.  Like, how was my client involved in this alleged
 6   enterprise?  Where did he fit into the structure?
 7   How did he participate in it?  And we don't -- I
 8   mean, it's really easy, and we have a lot of
 9   confidential human sources that will glibly say, Oh,
10   my gosh, he was the shot-caller.  But we don't know
11   how that happened or when that happened, or you know,
12   who -- depending on how they want to phrase the
13   structure of the enterprise.
14           I mean, that's sort of contrary to this
15   idea laid out in the indictment that the SNM was
16   controlled by a table or mesa, that, to me, that
17   seems like it would have to be a group decision.  It
18   doesn't seem like a single person can say, I want so
19   and so hit.  It seems like it's by committee.  And
20   what I'm hearing throughout the course of the
21   hearings is it's not a committee; it is committee; it
22   may be committee; depends on the year; depends on the
23   era.  And I think we need a more fixed and definite
24   idea of that, Your Honor.
25           And I don't know if you have any questions
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   with regard to the bill of particulars, but I think
 2   that's it in a nutshell.
 3            THE COURT:  All right.  Thank you, Mr.
 4   Lowry.
 5            MR. LOWRY:  Well, there are two other
 6   parts.  I don't know if you want to take them one at
 7   a time.  I'm happy to do that, Your Honor.
 8            THE COURT:  No.  Go ahead.
 9            MR. LOWRY:  Well, the same issues arise, in
10   my view, with the Molina murder and the Romero count.
11   What we have in the Javier Molina murder, and you
12   heard some of this in the motion to compel is --
13   well, the Government's theory again has shifted.  And
14   when we were arguing the confidential informant
15   motions, we heard for the first time that this really
16   wasn't a hit based on paperwork that came down from
17   Santa Fe; that this was a long, outstanding hit.  And
18   that was news to us.  And then we started getting
19   additional information about the timeliness of when
20   this happened.
21            And I think, again, to be -- have some
22   rational understanding about what theory they want to
23   go to trial on is instrumental in providing an
24   effective defense.  And part of the problem here is
25   Mr. Baca was sequestered at Level 6 during this time.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1          And there are all kinds of functional

2    questions that have yet to be even touched upon in

3    discovery.  One notion that's floated in the

4    discovery is that Mr. Baca had paperwork, and

5    delivered paperwork from his cell at Level 6, all the

6    way down to Southern in Las Cruces.  And that's one

7    reason we were interested in the location matrix of

8    who was where when.  And I understand the Court's

9    ruling it's like, Well, you tell the Government who

10   you think carried the material down there.

11          But if I look at the cases in a bill of

12   particulars context, Your Honor, I really

13   respectfully think that's the Government's burden.

14   And we cite the cases at page 3 of our reply; that

15   it's really on the Government to enlighten us about

16   what their theory of what happened is.  And again,

17   this is the JM Huber case I cited yesterday:  "It

18   must never be forgotten that what is sought by a bill

19   of particulars is not what actually happened but what

20   the opponent claims happened."

21          I mean, what we think may have happened --

22   I mean, we can hypothesize all day long.  But we need

23   a fixed and clear vision of what the Government

24   thinks happened.  And that's why we need to be

25   prepared, if we're -- at this point to have the

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    entire matrix.  So if we get up during trial, and

2    none of our ideas of who that might be ring true, we

3    don't want to be surprised at trial.  I mean, what I

4    suspect could, in theory, happen is our ideas of who

5    may have done this, who may have been potentially

6    available to carry documents, they'll easily

7    construct a way around that, and it might be somebody

8    else.

9            What would be helpful, and what I think a

10   bill of particulars demands is they put us on notice

11   what their theory is and how that happened.  We don't

12   even have any idea whatsoever, despite all of these

13   colorful allegations, of how in the world Mr. Baca

14   would have any paperwork in his cell related to

15   Javier Molina at all.  And I have not come across

16   anything in the discovery that has enlightened me one

17   bit about how that happened.  I mean, that would be

18   helpful to know so we could structure a defense

19   against that.

20           So I just go back to this Court's ruling in

21   Aispuro, which would be really helpful to know, is

22   what the Court ordered there at the end will require

23   the United States to provide overt acts for which it

24   believes each defendant is responsible.  That's what

25   we're really looking for in the Molina and the Romero

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    cases, Your Honor.
 2              Again, the same deficit is apparent in the
 3    Romero alleged assault.  There is no "there there"
 4    with regard to Mr. Baca's role in that assault.
 5    There is a bald allegation in the indictment.  But we
 6    haven't seen anything in the discovery that ties Mr.
 7    Baca to this alleged conspiracy.
 8              And what we'd ask this Court to do is what
 9    the Court did in Aispuro, is to tell us in clear
10    fashion what they think happened so we can provide an
11    effective defense.
12              Unless the Court has any questions, I'll
13    yield my time to the United States.
14              THE COURT:  Thank you, Mr. Lowry.
15              If anyone else wants to speak on Mr. Baca's
16    motion?
17              All right.  Mr. Castellano.
18              Did you have something else, Mr. Lowry?
19              MR. LOWRY:  Just briefly.  I don't want to
20    hold up the United States, but Your Honor, I know
21    that three other defendants joined this motion.  And
22    I would just say, in terms of the Molina murder,
23    there seems to be various theories about who carried
24    the paperwork allegedly.  And for Mauricio Varela's
25    behalf, I'll just say that one of the Government's
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    theories could be that he had nothing do with it.

2    And it just a bit boggles my mind, and what I

3    anticipate is some of the confidential human sources

4    say that Mr. Varela had nothing do with that.  So I

5    think it would be helpful for this Court and for the

6    defendants to understand what their theory is, so we

7    could clearly define who the proper defendants would

8    be in this case, Your Honor.

9              THE COURT:  All right.  Thank you, Mr.

10   Lowry.

11             Any other defendants wish to speak on Mr.

12   Baca's motion?

13             All right.  Mr. Castellano.

14             MR. CASTELLANO:  Thank you, Your Honor.

15             I want to say there is probably just over

16   20,000 pages of discovery now.  And if this is the

17   best example of the problems the defense thinks we

18   have with our case, I think we're in pretty good

19   shape.  And I'm going to show you that from the

20   documents that the defense provided as attachments.

21             So the first thing I want to note here is

22   that -- this is from Document 1056-3.  This is a

23   defense filing.  It's DeLeon Bates stamp 15420.

24             And something I mentioned yesterday and

25   that's that "Once incarcerated within the New Mexico

SANTA FE OFFICE                                           MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                   Albuquerque, NM 87102
(505) 989-4949                                                (505) 843-9494
FAX (505) 843-9492                                      FAX (505) 843-9492

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1    Department of Corrections, most 18th Street Gang

2    members align themselves with the SNM."  That's one

3    of the examples I used yesterday from Santos Gonzalez

4    when we talked about -- said there is actually an

5    example from one SNM member indicating that 18th

6    Street members align themselves with SNM.  So that's

7    one example from the discovery of how that happens.

8           Two other people are Sammy Silva and Fred

9    Quintana.  Those are 18th Street members, who are

10   also SNM Gang members.  So I give the Court some

11   examples, even from the defense's exhibits how street

12   gang members align themselves with the SNM.

13          Now, looking at the documents here.  This

14   is also Document 1056-1.  Something important to note

15   here, the claim is that the SNM, or the FBI

16   recognized the four different SNM gangs.  But that's

17   actually not the case.  So looking here -- this is

18   actually not an FBI special agent, it's a staff

19   operations specialist, who generated a chart.  And

20   that was on December 10th of 2008.

21          If you look at the next document, which is

22   the report by the gang expert, that happened on

23   October 1, 2008.  So, in essence, what happened was

24   somebody from the FBI interviewed Robert Martinez.

25   Robert Martinez told them about factions within the

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    SNM, and a report was generated by the FBI.  So it's

2    not the FBI recognizing that there are, in essence,

3    four gangs.  It's just a report reflecting what

4    Robert Martinez said in his report.

5            So let me turn to his report now.  If this

6    person in this report were a witness at trial, we

7    could, in essence, make almost all of our elements

8    from this one person alone.  There is an indication

9    in '83 or '84 that Juan Baca established the rules of

10   membership in the organization.  So, as Mr. Lowry

11   stated, they have to do things separate and apart

12   from the acts they commit, the racketeering acts.

13   One of those is establishing rules for the

14   organization.  So, in this case, the gang was

15   established, and there were rules also established.

16           People needed to be sponsored by a member

17   in good-standing.  That's also a rule by the gang.

18   And then the membership sometimes had background

19   checks conducted to make sure they didn't have

20   charges that were not approved by the SNM.  Prospects

21   had to be voted in by three individuals.  And that

22   happens even to this date.  There are means of

23   communication known as kites.  And communication

24   happens through visitors, and sometimes through

25   corrections officers.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              On 1056-2, page 2, it talks about how
 2    members communicate through codes, also with the use
 3    of friends and family members.  And once a vote is
 4    taken, Baca -- this Baca mentioned in the report --
 5    will provide the prospect with a knife and send them
 6    on a mission.  So, basically, people had to earn
 7    their bones or make their way into the organization.
 8              At that time, there was a rule that the hit
 9    be witnessed by another member of the SNM.  So once
10    again, there is a rule.
11              And at that time there was a membership of
12    30 to 35 members.
13              The other important thing here is that at
14    that point in time, it wasn't that there are two
15    different gangs.  It's just that there is a claim by
16    this one particular person that young members were
17    disrespectful to the older members of the
18    organization.  Once again, this is discussing only
19    one organization.
20              The next is that when Baca was away, he
21    passed the keys to SNM member Angel Munoz.  So what
22    we have here is a delegation of authority to another
23    person.  And that still happens to this day.  They're
24    called llaveros, or keyholders.  So persons at a
25    particular prison is given authority over that pod or
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   that prison to make decisions.

2           So these are all things separate and

3   distinct from any acts they commit.  It happens to

4   show the organization and how they're established.

5           When Munoz took over, he also kept to the

6   same code of conduct established by Baca.

7           And it talks about heroin addiction, which

8   presented a problem in the organization.  So like all

9   organizations they do have problems that interrupt

10  the flow of their work.

11          The organization started falling apart

12  because some of the young inmates were given

13  authority to run the SNM throughout New Mexico.  Once

14  again, it's still the same organization.  And part of

15  the problem was that people were randomly ordering

16  hits without going through the proper channels.  So

17  that tells us that there were rules for ordering hits

18  on people, and sometimes people could fall out of

19  favor when they didn't follow those rules.

20          Another indication here is racketeering

21  activity.  This person reports that drug operations

22  were part of the SNM's business.  But at that time,

23  Angel Munoz historically was a primary leader of the

24  SNM during that period.  So at that point, there was

25  a leader of the organization, and people who fell

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    under him.

2            There is also an indication of a Dan-Dan,

3    another Daniel Sanchez, who was a right-hand man

4    during the late '80s and early '90s, but he

5    eventually lost his status within the organization.

6    So you had people who were leaders and people who

7    were their right hand, who helped them run the

8    organization.

9            Okay.  At this point, they still have

10   rules.  The young members are trying to maintain a

11   low status because they knew the level of loyalty

12   within the SNM was low, and they were trying to

13   improve that.  So once again, it's only one gang

14   we're talking about that has its own problems, like

15   any organization.

16           Eventually, when Munoz went back to prison,

17   he was once again recognized as the leader of the

18   SNM.  And at that point there were two known

19   shot-callers under Munoz.

20           There is an indication that during the late

21   '90s, Ray Baca, or "Pup," was also an influential SNM

22   member, but was not accessible because he was often

23   out of the state.  So when he was in the state, he

24   wielded more power.  And when he was out of the

25   state, other people would have to make decisions.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1    That might be a time you'd have the mesa, or the
2    table, who would make decisions.
3           Okay.  Now, the important thing here that
4    defense focused on, other than everything else that's
5    listed here, is that this expert, in 2008, indicates
6    there were different factions within the SNM.  It
7    doesn't say there are four gangs.  It says that there
8    is one gang with different factions.  So the example
9    used in the pleadings was Congress.  And Congress is
10   one body.  People are members of Congress; they have
11   different committees of Congress.  You have
12   Republicans, Democrats, Independents, and others, but
13   they're still members of Congress.  The same thing
14   applies here with the SNM.  So here, once again, I
15   said even the expert in the best example they can use
16   from all the discovery is that there are factions
17   within the organization.  And at the end of this,
18   you'll see that the person concludes that the SNM is
19   a statewide gang, singular.
20          Something else here is the SNM adopted
21   ligature strangulation as its method of choice for
22   murders.  And this has been a traditional means of
23   doing so.  So the 2001 murders alone, executed on the
24   same day, were ligature strangulation murders.  So it
25   was a signature murder at the time, and one of the
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    ways they executed people.

2            And here's what I talked about earlier.

3    Even this expert indicates the SNM is a statewide

4    prison gang.  So it's a gang that operates throughout

5    the state.  It's one gang and not multiple gangs.  So

6    that was a 2008 report.

7            The next report -- Document 1056-3, which

8    is a defense exhibit -- is a 2009 meeting.  And once

9    again, even though 2008 says the gang is in disarray,

10   even in 2009, it's alive and well.  And someone is

11   talking about this particular person's experience

12   with the gang.

13           So once again, the SNM is a New

14   Mexico-based prison gang.  And it references a number

15   of names here.  In the next paragraph it indicates

16   each of these became members of the SNM.

17           Going back to structure and leadership,

18   this is on Bates stamp 15409, "Eventually" -- the

19   name is redacted -- "met Juan Baca, the original

20   founder of the SNM.  Baca had just returned to the

21   NMDOC, and had been working to solidify the presence

22   of the SNM gang in the prison system."  This tells

23   you there is a continuity of the gang, and there are

24   times when they're fighting to solidify their

25   presence and make sure their existence continues.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1          Here, there's another part indicating that
2     "Baca and Jacobo were still working to formally set
3     up the SNM.  And they asked" -- the name is redacted
4     -- "to be one of the first to set up the blood-in
5     blood-out example.  In order to do this, the person
6     had to either stab or kill someone from the rival
7     gang."  So once again, there are rules for membership
8     and the rules for getting in and possibly out of the
9     gang.
10         Okay.  "When outside the Department of
11    Corrections, the SNM still aligns itself with the MM,
12    which I think is the Mexican Mafia.  Although the SNM
13    is outnumbered in some prison facilities in other
14    parts of the country, the organization has a
15    reputation of being a powerful gang."
16         Let's talk about the next page, 15411.
17    "The founding members include Baca, Armijo, Kendrick
18    Duran" -- some other redacted names -- "Julian Romero
19    and Billy Garcia."  As the Court knows, Billy Garcia
20    is charged in this case, and Julian Romero is a
21    victim in this case.  And once again, "these senior
22    members would have to vouch for potential members."
23    So the same thing is happening -- a separate person
24    indicating what the rules are of the organization,
25    how to get in, and it requires other people to raise

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    their hand for you.

2              "Baca told another person to recruit

3    members to grow the organization."  So once again,

4    we're talking about recruitments, and one

5    organization.

6              "There are known SNM members throughout the

7    U.S. Bureau of Prisons system."  So once again, once

8    the SNM become members of the federal system in the

9    Bureau of Prisons, they latch on to other members if

10   they can.

11             Here is an indication that when this person

12   left the federal system, he tried forming a different

13   group, with the idea being that they utilized the

14   organization as a cover for holding its own

15   organizational meetings in the prison system.  So

16   there is a indication of a cover, so that they

17   continue meeting as a group.

18             On Bates stamp 15414 of DeLeon, it says

19   here, "There is an agreement between the SNM and the

20   LC" -- which is Los Carnales -- "that outlines a

21   mutual respect between the organizations, despite

22   their different affiliations."  So that's another

23   example of one organization having an agreement with

24   another organization.  It's not different

25   organizations called the SNM having an agreement with

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    the LC.
 2            The SNM always maintained a hit list, which
 3    had names of individuals who were known to
 4    misrepresent themselves by calling themselves SNM
 5    members or associates.  So here is an example of
 6    somebody -- if somebody claims to be an SNM member,
 7    and isn't a member, there are consequences for that,
 8    or even if they claim to be an associate.  So
 9    claiming to be a member could result in death.  So
10    there is definitely a difference between members and
11    nonmembers.
12            At the bottom, there is an indication
13    that -- the names are redacted --
14            THE COURT:  What would be the benefit of
15    somebody wanting or identifying themselves as an SNM
16    member, but not being an SNM member?  Why would
17    anybody do that?
18            MR. CASTELLANO:  It may be so they have the
19    protection of the SNM, or at least someone believing
20    they're a member will know that someone won't move
21    against them because they think they are a member.
22    And if you move against a member and you don't have
23    the right to do so, there could be retaliation.  So
24    that's an easy example, at least, of why you might
25    claim that.  Especially, if you don't belong to
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    someone in prison, you don't have anyone to protect
 2    you necessarily, so this would be a means of doing
 3    so.
 4             "These are the people, along with Ray Baca
 5    a/k/a "Pup," are running the SNM in the Southern New
 6    Mexico Correctional Facility.  Both have been members
 7    since the early '80s, and were brought into the SNM
 8    by another person and Kendrick Duran."  Here is a
 9    notification, in 2009, that "Pup" is running the SNM
10    at the Southern New Mexico Correctional Facility.  So
11    there is a question about leadership and where and
12    when.
13             On the next page, 15416, "Currently the SNM
14    is attempting to organize itself on the outside of
15    prison.  In Las Cruces approximately five or six
16    members are recruiting and organizing on the streets.
17    Members are also trying to recruit and organize in
18    Albuquerque.  As long as the SNM considers itself
19    organized on the outside of the prison, individuals
20    are expected to send money to members in the prison."
21    So this is another means of supporting members in
22    prison.  People are supposed to send money in prison
23    so people can have commissary and other privileges.
24             THE COURT:  This note, though -- if this is
25    a 2008 document -- or 2009 -- I guess I'm surprised
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    that it's like in the present tense, like the SNM is
 2    not organized outside of the prison.  I would have
 3    thought from the allegations that it was organized
 4    outside of the prison before that date.
 5              MR. CASTELLANO:  Oh, before that date?
 6    Well, the prison system is a rotating door, so you
 7    have members who are in prison and who are released
 8    from prison.  So, obviously, once you're out of
 9    prison, you may still be S, or you may go back to
10    your street gang.  But once you go back into prison,
11    you belong to the S, and you support the gang.
12              In terms of rules, once again, at the
13    bottom of the page, "Before being released from
14    prison, members get instructions from their
15    leadership regarding drug sales, hits, and are often
16    provided with phone numbers to put them in contact
17    with other members on the outside who can help them
18    start making money."  So once again, there are rules
19    and there are instructions and a means of continuing
20    the organization and hitting those who fall out of
21    grace with the organization.
22              Okay.  15417 is the Bates stamp number for
23    this page.  It indicates -- this is even as far as
24    back at 2009 -- "Ray Baca, a/k/a "Pup," was sent to a
25    Nevada prison in approximately 1996 or 1997, because
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    he was creating a great deal of disruption within the
 2    system.  Because of his strong influences within the
 3    SNM, he had control over much of the violence
 4    occurring in the prison."  And this is the last time
 5    this person spoke to Mr. Baca directly.  "Mr. Baca
 6    always has a strong influence on new recruits joining
 7    the SNM."
 8              There is another rule, separate and apart
 9    from the acts they commit:  "Before a person is hit,
10    he is supposed to be given the opportunity to explain
11    his side of the story.  This is written in the SNM
12    bylaws."
13              THE COURT:  Have you ever seen a written
14    set of bylaws?
15              MR. CASTELLANO:  I have not, Your Honor.
16              Here, a "person named Juan Mendez is
17    currently not in good standing with the SNM, and is
18    trying to reestablish himself within the
19    organization.  When members like Mendez come back
20    into the fold, they're expected to do something to
21    prove themselves."  There is an indication here that
22    at that time the rules of the SNM at Southern were
23    stricter than they were previously.  So, like I said,
24    there are people who have control or shot-calling
25    ability at each facility.  And at that time Southern
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    had a tougher set of rules.
 2             The other thing I want to indicate about
 3    the All Stars is that I don't think there is any
 4    person in this room that's a member of the All Stars.
 5    The All Stars was an attempt to start a group, and as
 6    far as I know, they are extinct.  I don't think
 7    anyone in this room represents the All Stars.
 8             THE COURT:  What happened to them?
 9             MR. CASTELLANO:  The SNM attacked them.
10    When they tried to separate and form their own group,
11    that didn't work out too well for them.  In the
12    16-1613 case there is a -- in some of the overt acts
13    there is an indication of an assault on, I think, LT;
14    might be Leroy Torres.  And he was assaulted for his
15    attempts to try to break away and form a group.  And
16    like I said, that didn't go well for him.
17             THE COURT:  What happened to them?  Did
18    they become ex SNM members?  Did they get kicked out?
19    Get killed?  What happened to them?
20             MR. CASTELLANO:  I think all of the above,
21    Your Honor, depending on what they were trying to do,
22    and how disrespectful they were to the organization
23    as they tried to do so.
24             THE COURT:  So the All Stars, every one of
25    them are no longer SNM Gang members according to the
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Government?

2            MR. CASTELLANO:  I don't believe that they

3    are.  I'm not aware of any -- and I can check with

4    the case agent -- but like I said, as they started to

5    try to form a different group, the All Stars fell out

6    of the favor.  And that is indicated in some of the

7    overt acts in 16-1613.  There was a person who was

8    assaulted as a result of his attempts to form the All

9    Stars.

10           So looking at even the defense's exhibits,

11   one person alone, even out of one or two documents

12   here, could establish the enterprise, its existence,

13   the fact that it's ongoing, the fact that it engages

14   in racketeering activity, the fact that it engages in

15   interstate commerce.  So the only thing left would

16   be -- we would have to prove -- is that each

17   individual committed the crime charged, the

18   underlying crime of violence, and that they did so to

19   maintain or increase their position in the

20   enterprise, or to gain admission into the enterprise.

21   And even these reports indicate how someone gains

22   admission.  And that would be normally committing an

23   act of violence, and three people vouch for you to

24   gain entry into the enterprise.  So all the evidence

25   they need is here in the documents they presented.

SANTA FE OFFICE                                                                    MAIN OFFICE
119 East Marcy, Suite 110                                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                                           Albuquerque, NM 87102
(505) 989-4949                                                                        (505) 843-9494
FAX (505) 843-9492                                                              FAX (505) 843-9492
                                                                                      1-800-669-9492
                                                                           e-mail: info@litsupport.com



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1   And as I stated, we have over 20,000 pages of

2   hardcover discovery.

3           So, as I say, based on this, Your Honor, I

4   would ask the Court to deny the motion for bill of

5   particulars, especially in light of the fact that we

6   have an indictment that covers the elements of the

7   offense.  The report by the expert was 2008.  Our

8   agents have been talking to people more recently than

9   that.  The indictment is formed from the discussions,

10  from the discovery, the historical discovery, and

11  discussions with current leaders and members who have

12  given statements to the agents.  So that information

13  is accurate in the indictment.  It's based on the

14  overall investigation, as well as -- including the

15  investigation, discussion with gang members.  We've

16  had a lot of time to meet with members since the 2008

17  report was authored by Robert Martinez.  But as I

18  stated, even that report falls in our favor.

19          I don't have anything else, unless you have

20  questions.

21          THE COURT:  Is there anything you want to

22  say on these questions that Mr. Lowry has listed in

23  his reply brief?

24          MR. CASTELLANO:  Let me take a look, Your

25  Honor.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              I answered question 3 from their documents.
 2    I answered question 4 from their documents.  I
 3    answered, basically, question 5 from their documents.
 4    And the question then is:  "Who are the individuals
 5    responsible for putting or authorizing each act in
 6    this case?"  That's not necessarily a requirement
 7    for -- I think some of that was in the discovery, and
 8    some of it will be revealed in Jencks.  But there is
 9    no requirement that we show who authorized it.  We
10    have to show that they either they committed the act
11    or aided and abetted in the act that's charged in the
12    indictment.  And I answered question number 1 as well
13    from their own documents attached, and I think
14    question 2 as well.
15              THE COURT:  All right.
16              MR. CASTELLANO:  As I stated, these are
17    their documents.  I'm assuming it's the best example
18    they could find from 20,000-plus pages of discovery,
19    which means there is more out there, and probably
20    better and stronger evidence from the other
21    documents.
22              THE COURT:  All right.  Anything further,
23    Mr. Castellano?
24              MR. CASTELLANO:  No, Your Honor.
25              THE COURT:  Thank you, Mr. Castellano.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1            Before Mr. Lowry speaks, any other
 2    defendant want to speak on this motion for bill of
 3    particulars?  All right.  Mr. Lowry.
 4            MR. LOWRY:  Thank you, Your Honor.
 5            I would like to thank my colleague for
 6    getting up and sort of underscoring some of the
 7    problems we faced during the investigation and
 8    document review.  The United States just took the
 9    record here and stated that there are certain rules,
10    and went over a document saying that all of these
11    were the rules of the SNM.  And this is exactly why a
12    bill of particulars is warranted.  Because, if the
13    United States is saying, as they just told Your
14    Honor, that this was a blood-in blood-out gang, and
15    that that was a rule of the SNM, well, that would
16    tell me that anybody that didn't blood-in was not an
17    SNM member.  And, Your Honor, I think they would have
18    a great deal of problem.  Because I think a number of
19    the confidential human sources that they will offer
20    to this Court as SNM members never blood-in to this
21    gang.  So if that's a rule --
22            THE COURT:  Yeah, but you just told me in
23    your argument you don't need to know the evidence,
24    you want to know what their charges are.  You just
25    got a disclosure of what their theory is.  And now
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                               201 Third NW, Suite 1630
Santa Fe, NM 87501                                       Albuquerque, NM 87102
(505) 989-4949                                                    (505) 843-9494
FAX (505) 843-9492                                          FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1    you're coming back and saying, Well, where is the
 2    evidence.
 3             MR. LOWRY:  No --
 4             THE COURT:  That's the problem I'm having
 5    with your argument, and I indicated this yesterday:
 6    You want to know what their theory is.  You've heard
 7    their theory, it's fairly detailed.  Then you come
 8    back and say, Well, they're going to have problems
 9    with it.  Well, that's not a bill of particulars.
10             MR. LOWRY:  Okay.  But, no, Your Honor, I
11    apologize.  That is --
12             THE COURT:  That is what you just said.
13             MR. LOWRY:  Well, I'm saying --
14             THE COURT:  That's inconsistent with what
15    you said yesterday and earlier today.
16             MR. LOWRY:  Well, I beg to differ, Your
17    Honor.  What I'm saying is that this is exactly what
18    I wanted to know, what their -- what I'm saying is I
19    would really like the United States to think about
20    this, because I think this was a rather hasty
21    response.
22             THE COURT:  But, Mr. Lowry, with all due
23    respect, that's not what the bill of particulars is
24    for, to make the Government think.
25             MR. LOWRY:  Okay.  It's to put us on notice
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    of how this enterprise existed.  And if they're going
 2    to say that -- take the example, if you will, they
 3    said that these different factions are like different
 4    memberships of Congress, and I want to take that
 5    analogy head-on.  Well, Congress has to vote on
 6    something in order to ratify a decision.  And that's
 7    what I'm looking for here, Your Honor, is if they're
 8    saying that these factions of the SNM was like
 9    Congress, what I'm looking for is, well, how did they
10    make a collective decision?  Because what I'm
11    struggling with in this case is how to distinguish
12    decisions that were made by individuals, non-SNM
13    people, that are being attributed to this alleged
14    enterprise of the SNM.  And having an idea of how the
15    Government thinks this enterprise was structured
16    would be instrumental to the defense to articulate a
17    difference between allegedly valid SNM activity and
18    otherwise non-SNM activity.
19            That's really where I'm going with this,
20    Your Honor.  It's not to delve into specific -- the
21    detail of this, but I was using that as a point to
22    say, if they're saying that these are the rules, then
23    let's talk about that.  Because they just got up and
24    said Southern had different rules.  And this is the
25    point I'm trying to make:  If there are different
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   rules in different places, then we're talking about

2   different organizations, different subgroups.  We're

3   not talking about an umbrella group.  And I'm trying

4   to figure out what is the structure of the umbrella

5   group.  And this is a constant battle.  And I think

6   the United States just highlighted that, that

7   Southern has different rules.  Well, that to me, is

8   talking about a different organization.  It's not

9   talking about the SNM.

10          I just heard that the All Stars completely

11  broke away from the SNM.  That's interesting to me,

12  as we pointed out in a footnote in our brief.  On the

13  All Stars, your Honor asked the United States what

14  happened to the All Stars.  Well, they all became

15  government informants.  I mean, Mr. Archuleta,

16  Leonard Lujan and others.  So that's what happened to

17  the All Stars.  Not only did they break away and

18  apparently drop out of the SNM, they became

19  informants.

20          So I'm just -- this is the problem I'm

21  having:  Different rules, different places.  I would

22  like to know how the overarching organization was

23  structured.  And if we want to say that one 302 laid

24  out all the rules, that would give me a template.

25  But there are plenty other 302s from different

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    confidential human sources that have different ideas
 2    about players, who was the leader.  We saw in that,
 3    you know, that particular CHS thought Mr. Baca had
 4    influence.  And there are other people that would
 5    say, Well, I think Mr. Archuleta had the influence.
 6    And there are other people that talk about the
 7    differences between Mr. Archuleta and Mr. Baca, and
 8    who followed who, and for what reasons.
 9              So what I'm looking for is clarity here,
10    Your Honor, so we can structure a defense.  For
11    instance -- and I'm not trying to get down in the
12    weeds here -- but the United States said that there
13    is a rule of the SNM that before somebody was hit,
14    that they would get to explain their side of the
15    story.  Well, if that's the rule, and an individual
16    never got to explain their side of the story, that
17    tells me that that was not an SNM hit.
18              And so this is -- I'm a little befuddled,
19    frankly, that there is this hodgepodge of statements
20    by all kinds of people.  And, Your Honor, not
21    surprisingly, many of these confidential human
22    sources are contradictory.  And trying to discern
23    what the, quote, "rules" for the SNM are, based on
24    any one report, is fraught with peril.
25              So, again, what we're looking for is not --
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  what we're looking for is to understand how this

2  enterprise is structured in a way that it made

3  collective decisions.  And it's like any type of

4  agency.  If they're going to claim that any

5  individual was acting as an agent of the umbrella

6  organization, we need to know how that agent was

7  empowered with that authority to act on behalf of the

8  whole.  And that's what we're driving after here in a

9  bill of particulars.  And I still don't have it.

10          I mean, there was a great mishmash of

11  references to tablas, and this person was the leader.

12  But I didn't get any sense of how a collective

13  decision was made.  And that's what I'm looking for,

14  Your Honor.

15          If you have any questions --

16          THE COURT:  I do not.  Thank you, Mr.

17  Lowry.

18          Well, I'm going to deny the motion for a

19  bill of particulars.  I think the charges against Mr.

20  Baca and the other defendants who joined the motion

21  are sufficiently clear.  One of the things the case

22  law teaches you is that even if you might have

23  concern about the particularity of an indictment, the

24  discovery can cure any -- cure some of the problems

25  with a lack of specificity.  I know we had a special

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                            FAX (505) 843-9492
                                                              1-800-669-9492
                         BEAN                    e-mail: info@litsupport.com
                         & ASSOCIATES, Inc.
                         PROFESSIONAL COURT
                         REPORTING SERVICE

```
 1    date or something for filing this motion, and pushed
 2    it to April.  But, generally, these are brought early
 3    in a case, when defendants are grappling with an
 4    indictment that may have been drafted rather rapidly,
 5    and not as full and robust as the indictment,
 6    superseding indictments that we have here.  And it's
 7    been supplemented with a large amount of discovery.
 8            I think, largely what Mr. Baca is pointing
 9    to are problems with the Government's case.  And I
10    think those are more appropriately resolved at trial
11    and arguments, rather than continuing to try to hit
12    the Government with more specificity as to what their
13    theory is going to be.  It seems to me it's pretty
14    well set.  So I don't think that we need to
15    supplement it with a bill of particulars.  So I'll
16    deny that request.
17            All right.  Then the final motion that I
18    think we have for today is the one I talked about a
19    little bit earlier, is that -- is the one that Mr.
20    Gallegos filed, Andrew Gallegos, and then Joe
21    Gallegos joined it as well.  So Mr. Roberts, Mr.
22    Benjamin, one of you going to argue this motion?
23    Looks like Mr. Roberts.
24            MR. ROBERTS:  Thank you, Judge.
25            THE COURT:  And I guess you joined this as
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1    well, Ms. Arellanes, for Shauna Gutierrez?
2              MS. ARELLANES:  I did, Your Honor.
3              THE COURT:  Okay.  All right.  Sorry I
4    didn't mention that.
5              Let me, Mr. Roberts, indicate that Mr.
6    Creecy just appeared for -- at 9:10.  Mr. Creecy, are
7    you back there?
8              MR. WINDER:  He did, but he left.
9              THE COURT:  All right.  So he appeared and
10   went.
11             And Mr. Blackburn, you just appeared as
12   well for Mr. Garcia.  Good morning to you.
13             MR. BLACKBURN:  Good morning, Your Honor.
14             THE COURT:  All right.  Mr. Roberts.
15             MR. ROBERTS:  Thank you, Judge.
16             THE COURT:  Mr. Roberts.
17             MR. ROBERTS:  Judge, I won't take up, I
18   don't think, too much of your time.  These issues
19   have been sort of litigated.  The Court has already
20   made -- looks like -- a decision on this, or at least
21   proposed a decision.  But to the extent that the
22   Court will remain fluid, as it's indicated on these
23   issues, we would like to say a few things on behalf
24   of Mr. Andrew Gallegos specifically, and just a few
25   things we'd like to point out.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1        First of all, this motion to sever is not

2   too unsimilar to that filed by Mr. Santos (sic), by

3   Erlinda Johnson, in that there are some similarities,

4   in that my client, and I believe also Mr. Joe

5   Gallegos, denies being a member of the SNM group.  My

6   guy specifically, Andrew, has no affiliation that I'm

7   aware of, or that I see in the discovery, in the

8   20,000-plus pages of discovery, that indicates that

9   he's a member of the SNM.

10        There is also similarity in that the crimes

11   occurred outside of prison.  This was not a prison --

12   Counts 4 and 5 are very specific to Adrian Burns --

13   was not done in prison, so it was not a prison crime.

14        There is wide disparity, as Ms. Johnson

15   pointed out, in terms of the time, the location of

16   these crimes, and that they were not connected or

17   similar in any way.

18        And there is also questions that she

19   pointed out in terms of the enterprise, who ordered

20   the hit, how the papers came down, the hits came

21   down, or how the enterprise worked.  Those are all

22   similarities.  And I'm not going to belabor that.

23        What I'd like to talk about is the

24   disparity of evidence against my client, as

25   against -- as opposed to the other individuals in

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

42

1   this case collectively.  There is very little

2   evidence as to my client, Andrew Gallegos',

3   involvement in this enterprise or in this crime.

4           As the Court's aware, this was first

5   indicted against him back in 2012 by the state.  It

6   was a state case.  And shortly after its indictment,

7   it was dismissed, nolle pros'd for lack of evidence.

8   So they determined at that time that there was not

9   enough evidence to go against my client or against

10  Joe Gallegos.  I think that nolle pros came down in

11  November of 2012.

12          And the state picked it up four-plus years

13  later.  And the only difference was this issue of

14  VICAR that they brought into it, that made it not a

15  state case but a federal case.  As far as I'm aware,

16  there is no real new evidence from what the state had

17  to what the Government now has four or five years

18  later, except I heard yesterday that there were a

19  couple -- or maybe it was the day before yesterday --

20  a couple of corroborating or cooperating witnesses

21  that will give some information as to the beef

22  between Joe Gallegos and Adrian Burns.  That's sort

23  of the first time that was really confirmed to me.

24  I'm not sure exactly what these witnesses are going

25  to testify, but I suspect it's something to indicate



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

 1   that Joe had a beef with Andrew.

 2           THE COURT:  Now, are these -- did you

 3   understand these to be witnesses that the defendants

 4   are going to present or the Government is going to

 5   present?

 6           MR. ROBERTS:  The Government stated that

 7   they had these witnesses; that they had them after

 8   they indicted him.  Remember, they stated that the

 9   Grand Jury --

10           THE COURT:  I remember the beef.  But I

11   didn't -- I thought it was more a defense theory than

12   it was a Government's theory.  But maybe I

13   misunderstood it.

14           MR. ROBERTS:  The Government stated, I

15   believe, in Mr. Benjamin's motion to release the

16   Grand Jury statements, they stated they didn't put on

17   any specific evidence on VICAR.  But after the Grand

18   Jury was -- the indictment came down, they had other

19   witnesses -- two -- I believe a couple was stated --

20   other witnesses that would testify regarding the

21   conflict between the Gallegos brothers and Mr. Burns.

22   That statement was made at that time.

23           And that was fairly new to me.  Like I

24   said, I'm not sure exactly what these witnesses are

25   going to say.  I suspect it's mostly -- may refer

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    mostly to Andrew.  It's probably hearsay, for all I
 2    know.  I'm not sure.
 3           But what I do know in terms of what they
 4    have or don't have in terms of Count 4 and 5, they
 5    don't have any DNA evidence.  They don't have any
 6    fingerprint evidence.  There is no confession.  There
 7    is no statement regarding this that I'm aware of.
 8    There was, supposedly, a wire that was withdrawn, so
 9    there is no wire.  There is no tape-recording that
10    I'm aware of.  There is no video evidence.
11           The body of Mr. Burns was found sometime
12    after he was killed at a different location.  So I'm
13    not sure if we have evidence as to when exactly he
14    was killed.  He was apparently shot in a different
15    location, and brought to a remote location in the
16    bosque, and burned, from the evidence.  But we don't
17    know exactly when that happened, when that occurred.
18           The gang connection, in terms of what the
19    Government has proposed, is somewhat tenuous.  This
20    feeder gang concept that they've put forward, it's
21    not clear, even -- again, how, or who ordered this
22    murder, where it came from, how it came down.
23           There is issues on the VICAR regarding how
24    that all operates, as you've heard some arguments on
25    that today and yesterday with the bill of
```

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                   Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                    FAX (505) 843-9492
                                                          1-800-669-9492
                                              e-mail: info@litsupport.com

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    particulars, and Mr. Benjamin's motion yesterday.

2              So five years after this apparently

3    happened, there is very little evidence that I see in

4    the discovery that links Andrew Gallegos to anything.

5    I don't have anything.  I don't see it.  He's only in

6    this case, it appears to me, because he's Joe

7    Gallegos' brother.  That's it.  If he was not Mr.

8    Gallegos' brother, he wouldn't be here, I wouldn't be

9    here.  That's the only way -- Joe Gallegos,

10   unfortunately, is charged in six counts.  My client

11   is charged in one count, one count alone.  Now, when

12   I say "one count," I meant one murder.  There are two

13   counts, obviously, 4 and 5, but one incident and one

14   murder, alleged murder.

15             Now, that's what they have on Andrew.

16   That's pretty much it.  But in terms of what they

17   have on all the other defendants, I'd like the Court

18   to consider that they have much more, and that this

19   disparity of evidence is what prejudices my client,

20   puts him at a disadvantage.  Because there is going

21   to be quite a bit of testimony, as you've heard

22   already, and seen, regarding the other defendants.

23   And I'm using that collectively, because there are a

24   lot of defendants, and there is a lot of testimony

25   that will be heard.  There is over 20,000 pages,

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    you've heard, of testimony (sic), mostly dealing with
 2    everyone else except my client.  There will be
 3    evidence of -- much stronger evidence of actual
 4    events that took place.  There's a videotape, gross
 5    gruesome murder, stabbing video.  There is
 6    tape-recordings, wires of people making statements
 7    or -- damning statements; secret statements that were
 8    made as well.  There will be a multitude of CIs,
 9    known and unknown, against the other defendants.
10    There are some defendants that very clearly were
11    members of the SNM, who have a pedigree of sorts in
12    the organization, that will be presented aside from
13    my client's involvement.  There will be possible DNA
14    evidence, I believe.  Maybe even fingerprint
15    evidence.  But all going towards these other 19 or so
16    defendants, none towards my client.  But yet, my
17    client will have to be seated in the same courtroom
18    and in the same position.
19            And if the Court would imagine for a minute
20    a scale, and I just crudely am making a scale here,
21    Judge.  Say that's the scale.  And we have my client
22    on this side, and we put a few marbles on this side
23    for what the Government has.  Basically, they say a
24    feeder organization, brother of Joe Gallegos, a few
25    other things perhaps; maybe four or five items
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    they're going to place on my side, on my client,

2    Andrew Gallegos.  On the other side, they have all

3    this other evidence.  They have, like I stated, a

4    video of a gruesome murder.  They have audio

5    recordings, they have taped confessions and written

6    confessions.  That scale starts to tip, and starts to

7    tip in that way.  And if you imagine the marbles on

8    this side, the three or four on this side from Mr.

9    Gallegos, it starts to roll down; slowly, slowly roll

10   down to the other side.  Sooner or later, the bucket

11   with all that 20,000 documents in evidence starts to

12   get filled up with my client's three or four items,

13   and they all become lumped in and they become one.

14   There is that spillover effect where they become one.

15   And once that happens, there is no corrective

16   instructions, or anything that's going to get him out

17   of that bucket.  He's going to be part of that

18   conspiracy no matter what.  And so he becomes highly

19   prejudiced by being lumped in with all these other

20   defendants.

21            And for those reasons, we're asking the

22   Court to consider to separate him.  Like I said, in

23   the Zambrano case, the jury is predisposed to convict

24   the defendant, when they would not otherwise convict

25   him because of the disparity of the evidence.  And I

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    propose to the Court that that disparity exists here,

 2    and that my client will be prejudiced.

 3              THE COURT:  All right.  Thank you,

 4    Mr. Roberts.

 5              Anyone else?  Particularly anybody that

 6    joined the motion?  Anybody else want to speak on

 7    this motion to sever?

 8              All right.  Mr. Castellano, is this going

 9    to be a motion you take?

10              MR. CASTELLANO:  Yes, Your Honor.

11              THE COURT:  Mr. Castellano.

12              MR. CASTELLANO:  Your Honor, as you may

13    have guessed, we oppose the motion to sever.  We

14    think that this case is properly joined, and these

15    counts are properly joined with the rest of the

16    defendants.

17              I will note that Andrew Gallegos is not the

18    only defendant charged with only one count.  There

19    are a number of other defendants charged with one

20    count who are properly joined.  I believe Allen

21    Patterson and Christopher Chavez are only in Count 2.

22    And I'll ask someone to correct me if I get this

23    wrong.  Mario Rodriguez is charged in one incident.

24    A number of people from Counts 6 and 7 are in those

25    two counts.  So there are other examples even in
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    Counts 13 through 16, or at least 14, 15, and 16,
 2    people are involved in basically multiple counts, but
 3    one encounter.
 4              So I think the Court has considered the way
 5    this case is going to be divided up, it's not going
 6    to be 19 people at trial now that the Court has
 7    severed these trials.  So it's going to be a smaller
 8    trial.  Mr. Gallegos will not be the only person who
 9    was in one count or one incident.  So I think that
10    joinder is proper under these circumstances.
11              As far as membership is concerned, Mr.
12    Andrew Gallegos is an East Side Loco member.  That's
13    also a feeder gang into the SNM.  We also believe
14    he's an SNM Gang member.  We will have evidence at
15    trial indicating that he is, and that people who have
16    lived with him indicate that he is an SNM Gang
17    member.  Also, their brother, Frankie G, also known
18    as "Cunte," is an SNM Gang member in the federal
19    system, in the Bureau of Prisons in Texas.  So they
20    have three brothers who are members of the S.
21              In terms of this theory of evidence in this
22    case, I mean, it's a good argument, but it's --
23              THE COURT:  Does the gang function -- I
24    mean, is it the Government's theory or allegation the
25    gang functions even when some of these people go to
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    federal prison?

2              MR. CASTELLANO:  Yes, Your Honor.  I think

3    though, in the federal system they fall under other

4    groups, but they still are identified as the SNM

5    under other groups.  And they don't always

6    necessarily keep close ties with the state system,

7    even though they may.

8              THE COURT:  Is that just because of the

9    difficulty of doing so in federal prison?

10             MR. CASTELLANO:  I think the difficulty,

11   and then, like I said, they're not the biggest fish

12   in the pond in the federal system.  So they may

13   belong to each other and be recognized as S, but they

14   will also fall under other larger gangs.

15             As I was saying, the disparity of evidence

16   is a double-edged sword because there is a lot of

17   evidence regarding other defendants.  But it's not a

18   bad defense to say, Look at all this evidence

19   regarding these other guys, and they have almost

20   nothing on me except for this one incident.  And that

21   actually can be used to someone's advantage.  So when

22   we talk about the evidence and how much there is,

23   that's as good as it is bad, when you talk about

24   putting forth a defense before the jury.  You could

25   sit there for days and not ask any questions

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    indicating -- and indicate to the jury that you

 2    didn't ask questions because your guy wasn't

 3    involved.  I don't think that disparity of the

 4    evidence is a winning argument here, because it's

 5    just as advantageous the other way.

 6              I'd also indicate that, as the case law

 7    indicates, the jury instructions also are useful and

 8    can cure any prejudice.  The jury will be instructed

 9    that each defendant should be considered on his or

10    her own, and the jury should consider the evidence

11    only as to that person.  There is also a spillover

12    instruction, which tells the jury not to let that

13    happen.

14              And, Your Honor, I think for the most part

15    you have considered this.  I don't want to stand here

16    longer and argue unless you have questions for me.  I

17    think you made your decision.  I think you thought

18    through it carefully, and you divided in case in the

19    proper way.  And we would ask that it stay together

20    in that way.

21              THE COURT:  All right.  Thank you, Mr.

22    Castellano.

23              MR. CASTELLANO:  Thank you, Your Honor.

24              THE COURT:  Anyone else before I give

25    Mr. Roberts the last word on the motion to sever?
```

SANTA FE OFFICE                                                              MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                  Albuquerque, NM 87102
(505) 989-4949                                                             (505) 843-9494
FAX (505) 843-9492                                                   FAX (505) 843-9492
                                                                          1-800-669-9492




BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

e-mail: info@litsupport.com

```
1              All right.  Mr. Roberts, anything further?
2              MR. ROBERTS:  Nothing further, Your Honor.
3              THE COURT:  All right.  Well, as I
4    indicated on Tuesday, when I spent a little bit of
5    time at the beginning, I thought long and hard about
6    it, and I was working even this morning putting
7    charts into the opinion that I have written, that's
8    getting a little bit longer.  And, as I indicated, I
9    want to roll these motions in.  At the present time,
10   I'm not inclined to sever it further.  I think I've
11   broken it out in a way that is manageable, increases
12   the fairness to all the defendants.  I tried to
13   reduce, to a minimum, any prejudice, and still try to
14   be efficient and get these things moving toward
15   trial.  So I think I've done the best I can on
16   severance.  I'll continue to look at it.  I'll
17   continue to evaluate it as we barrel forward.  But at
18   the present time, I'm inclined to keep it on the path
19   I've indicated on Tuesday.  So I'm going to deny this
20   motion, but will continue to look at the shape of the
21   case as we get closer.  But at the present time,
22   that's how I'm going to divide it up and get ready to
23   get these tried.
24             Well, I think I've come to the bottom of my
25   well.  I think there were about 21 motions that we've
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    scheduled.  I guess the first thing I'd like to ask,
 2    since most of these were defendants' motions, does
 3    anyone have a batting order that you'd like for me to
 4    work on on any of the motions, either that we have
 5    heard, that I didn't have opinions out to you before
 6    the end?  I think I've given pretty clear rulings the
 7    last three days, so I don't think there is any
 8    confusion.  But if you want me to look at something
 9    closer, if you want me to revisit something, or want
10    an opinion on it, I'd like to serve you as best I
11    can.
12              Why don't I hear from the defendants first,
13    Mr. Castellano.
14              Mr. Benjamin, were you going to speak for
15    everybody?
16              MR. BENJAMIN:  Actually, I was going to
17    speak for myself, Your Honor, and then, actually, I
18    decided I'd rather talk to Mr. Sindel.  So if I
19    could --
20              THE COURT:  Go ahead.  Y'all speak.  You
21    can speak for yourself as well.
22              We're just going to take a break.  So we'll
23    take our morning break, and I'm going to leave the
24    courtroom.  But nobody else go anywhere.  We're
25    recessing, but y'all need to stay in here.  So
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    Ms. Wild will help people if they need to use the
 2    restroom.  But right at the moment, everybody stay in
 3    here.  But I'm going to leave, and my clerk is going
 4    to leave.  Maybe that will facilitate some stuff.  So
 5    we'll be in recess for about 15 minutes.  But you
 6    need to stay in the courtroom.
 7              (The Court stood in recess from 10:28 a.m.
 8    to 11:09 a.m.)
 9              THE COURT:  All right.  I don't know why
10    I'm putting this burden on you, Mr. Benjamin, but do
11    you have a batting order?  Do the defendants have a
12    batting order of the work they'd like for me to do?
13              MR. BENJAMIN:  As to Joe Gallegos, we do
14    not, Your Honor.
15              THE COURT:  All right.  Anybody else?  Any
16    of the other defendants want me to work on something
17    earlier rather than later?  Do you feel like you need
18    some guidance, or want me to look harder at anything
19    I've done?
20              How about the Government?  I'm on my own,
21    huh?
22              MR. CASTELLANO:  None at all.  We'll defer
23    to the defense.
24              THE COURT:  All right.  Mr. Cooper, did you
25    have some suggestions?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1              MR. COOPER:  I think Ms. Johnson wanted you
 2    to reconsider that severance.
 3              (Laughter.)
 4              THE COURT:  Just stay working on severance.
 5    All right.
 6              MR. COOPER:  Judge, seriously, I don't
 7    think we have any preference.
 8              THE COURT:  I'll just keep working on the
 9    severance, then.  There is a lot there.  I'm going to
10    roll them into this other.  And then we've got the
11    Burke one coming up.  But that's going to keep me
12    busy putting that together.
13              Okay.  Second question is:  Let me get my
14    calendar.  With the trial starting July 10 for the
15    first 11 defendants -- or the first 11 that we're
16    going to try -- I think the Government had -- that's
17    a Tuesday -- I think the Government wanted to start
18    on a Tuesday rather than starting on Monday.  No, the
19    10th is a Monday.  I'm sorry.  That was something
20    else, I guess.  All right.  How long does the
21    Government anticipate that the trial will last, given
22    the 11 defendants that are in that trial, and --
23              MS. ARMIJO:  I believe in talking to all
24    defense counsel in both parts of the case, both the
25    first one and the second part, we'd anticipate six to
```

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                   Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                      FAX (505) 843-9492
                                                           1-800-669-9492

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE                              e-mail: info@litsupport.com

```
1    eight, no more.
2               THE COURT:  How about, just give me the
3    first trial.  How long is the first trial going to
4    last?
5               MS. ARMIJO:  Six to eight weeks.
6               THE COURT:  I severed them, so how long is
7    the first trial going to last?
8               MS. ARMIJO:  I think six to eight weeks,
9    the first trial.  Because I think the Government
10   thought that it would take about four.  But I'm
11   getting from the defense eight.  And so unless
12   somebody disagrees with me, I think that, in general,
13   some attorneys said six weeks.  But to be safe, we
14   should probably say eight for the first trial.
15              THE COURT:  All right.  Any of the
16   defendants in that first trial of the DeLeon have any
17   different viewpoint?
18              All right.  Let me talk to Mr. Cooper.
19              MR. COOPER:  Judge, I think it's going to
20   be a lot closer to the eight, and I think we may even
21   exceed the eight weeks.  Judge, we have four murders
22   that we're dealing with.  And I think eight weeks is
23   conservative.
24              THE COURT:  Well, I just got done with a
25   three-day murder trial, so just because it's a murder
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    doesn't tell us a whole lot.  I know these may be
 2    different, but just because it's a murder case,
 3    doesn't tell us how long.
 4           MR. COOPER:  We have a lot of witnesses
 5    that we expect are going to hit the stand, Your
 6    Honor.  I'm personally involved in the Counts 1 and
 7    2; 2001 is when those murders were alleged to have
 8    occurred.  Just given the fact that we have 11
 9    co-defendants, 10 maybe, maybe even 9, eventually, I
10    believe that eight weeks is a conservative number.
11           THE COURT:  All right.  I'll take eight
12    weeks, we'll block off eight weeks.  But let's get it
13    tried in eight weeks.  That's a lot of time for even
14    four murders.  So let's -- I'll give you eight weeks.
15    I'll go with that estimate.  And we'll set it aside.
16    But let's get it done.  So I'm going to be monitoring
17    every day, going to be talking to everybody at the
18    end of the day:  How are we doing?  Are we on-track?
19    Let's keep it on-track, and we'll get it done in
20    eight days -- eight weeks.
21           Let me look, then, and see what that does
22    to us.  That takes us the 10th, 17th, 24th, 31st;
23    those are the first four weeks.  The 7th, 14th, 21st,
24    28th.  So the trial will end on Friday, September
25    1st.  Let me talk to Ms. Wild a second here.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              (A discussion was held off the record.)
 2              THE COURT:  We had outlined these trials --
 3    I mean, one of the things that we could do, we could
 4    keep the trials that we have scheduled:  Varela for
 5    October, and then Baca for November, and then come
 6    back and finish up the DeLeon.  What's the
 7    Government's thoughts about that?
 8              MS. ARMIJO:  Your Honor, I think our
 9    position is that the -- all of the DeLeon case be
10    tried before the Baca case.
11              And, Your Honor, I know that the Court had
12    indicated that 1613 is not coming back next Friday.
13    But is there a way to bring them back?  And I'll tell
14    the Court why.  I think that -- we've all been
15    talking -- I think that, quite honestly, we are
16    working with Mr. Santos to try and get -- Mr.
17    Gonzalez, Santos Gonzalez -- to try and get his case
18    resolved.  But our hands -- at this table our hands
19    are tied with Washington.  And so we can't get that
20    resolved this morning.  But I think that we may be
21    able to get that resolved, which would then give us
22    breathing room to continue cases.
23              The only issue then is the people in the
24    Baca case.  I think we have one or two persons that
25    the Government needs to work with, as far as whether
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   or not there is anything we can do as far as a trial

2   date with them or not.  And it would give us more

3   time to work with that.  So that there is a

4   possibility that next Friday we could come and have

5   everything resolved.  And if we're able to resolve it

6   beforehand, as far as the dates and everything, we

7   could probably take the Baca people off.  But I think

8   that given everybody's schedule, and the time crunch,

9   that we could possibly work things out to where we're

10  not looking at any trial, other than maybe Garcia,

11  the drug trial in July.  But we just need a little

12  bit more time given that Washington needs to weigh in

13  on things.

14          THE COURT:  Well, here's my problem with

15  the Baca people.  There is no motions to be heard.

16  And if Ms. Johnson's case goes away, there is nothing

17  to be heard next Friday.  It's a whole lot of -- it's

18  hard for the marshals to put everybody together when

19  there is absolutely nothing that's going to be heard.

20  And it sounds like we're barreling toward a Friday

21  that doesn't have anything to be heard.

22          So I guess I'm reluctant -- I'm inclined to

23  just say let's have DeLeon, no Baca, because there is

24  no motions to be heard.  It's just a glorified

25  scheduling conference.  And we can do that today, or

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    y'all can try to work it out.  But that's a lot of
 2    work on the marshals to just bring them in for a
 3    glorified scheduling conference.
 4            Well, let's do this, this is what I'll do:
 5    I'll set the trial.  I'll just give y'all a
 6    running -- I'll give you a trailing docket then.  So
 7    I'm going to put the rest of DeLeon on October 2.
 8    We'll put Varela on October 2.  We've got the trial
 9    set for July 10.  We'll keep Baca on for November.
10    And that will keep -- everybody has got a trial date.
11    We'll just see how it goes.  It's a long time till
12    October 2, so I'm not going to start getting too
13    worked up about that.  I think the visibility will be
14    clear.  Let's plan on DeLeon 8:30 next Friday.
15            Ms. Johnson, if yours goes, you're going to
16    be first up.  Do you have an estimate how long your
17    motions are going to take?
18            MS. JOHNSON:  We're talking about the
19    motion to suppress and the motion for Jencks hearing,
20    Your Honor?
21            THE COURT:  Yes.
22            MS. JOHNSON:  The motion to suppress may
23    take -- depending -- I don't know if the Government
24    is going to call any witnesses, but that may take
25    maybe half an hour, 45 minutes, depending.  And if
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    they call a witness, I would say maybe about an hour.
 2    The Jencks hearing, obviously, that one is going to
 3    be a lot longer.  That may take a full day.
 4              Your Honor, with regard to what Ms. Armijo
 5    just mentioned, we have been -- the Government and
 6    Mr. Gonzalez have been in negotiations, and I think
 7    we're very close to resolving his case.  However, I
 8    would ask -- and I know it's in D.C.'s hands -- I
 9    would ask that perhaps the Court order the
10    Government, so that they could relay this to
11    Washington, that you set a deadline.  Because I have
12    actually blocked out pretty much the rest of the week
13    and the weekend and next week to work on motions in
14    limine.  And so it would be nice to know if we're
15    going to resolve Mr. Gonzalez.  I'd like to know, and
16    Mr. Gonzalez, I know, would like to know.  Perhaps by
17    the end of today?
18              THE COURT:  Well, how do you feel about
19    that, Ms. Armijo?
20              MS. ARMIJO:  Well, one, this table over
21    here, at least the attorneys, are going to be
22    traveling from here to Las Cruces, a three-hour drive
23    with intermittent cell reception.  And so I don't
24    think that's a good idea.  They know.  I spoke to
25    them last night.  They know that we're in court
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    today.  And I think I could probably get an answer.

2    But I don't know that I'll get an answer today.  So I

3    would prefer not to have the Court order anything,

4    just because I don't want them to push back and just

5    say, Okay, well, then we just forget it.

6              THE COURT:  Well, that's just not my style.

7    I don't get involved in plea negotiations.  And that

8    seems to me getting my feet down the path.  So I'm

9    not going to get involved in that.

10             MS. JOHNSON:  Your Honor, what I was asking

11   was perhaps just a deadline.

12             THE COURT:  That's just not my style.  You

13   know, there are some judges that set deadlines on

14   pleas.  If one of these guys wants to plea, you know,

15   we'll take a plea.  But it's just not my style to get

16   involved.

17             MS. JOHNSON:  I understand.  So we'll be

18   ready for our motions.

19             THE COURT:  All right.  Now, it sounds like

20   what you're telling me is I can't set anything up in

21   other cases.  Troup and Garcia want their motion to

22   sever teed up and heard on the 19th.  So as far as

23   Garcia and Troup, be patient with me.  If it doesn't

24   get heard, don't be upset with me if your expert

25   comes in.  I have no control over it.  We'll do Ms.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    Johnson's motions first.  If your expert is sitting
 2    there, I can't do anything about it.  So you might
 3    want to be really talking to Ms. Johnson.  But at the
 4    same time, I don't want to set aside the 19th for
 5    SNM, and then we not hear that motion.  So I know
 6    that's putting you in a bind.  But it's called
 7    litigation, right?
 8            MS. HARBOUR-VALDEZ:  Thank you.
 9            THE COURT:  How long do you think that will
10    take?
11            MS. HARBOUR-VALDEZ:  My understanding, in
12    talking to Mr. Burke, is that we were going to forego
13    putting Professor Lieberman on the stand, and just
14    submit his affidavit.  It was clear that the Court
15    had considered that, based on your comments on
16    Tuesday.  If that changes, I will notify Ms. Wild.
17            THE COURT:  Okay.  Let Ms. Wild know.  All
18    right.  Do you know how long you think the motion
19    hearing will last for your motion?
20            MS. HARBOUR-VALDEZ:  Without Professor
21    Lieberman, I think the motion to sever is 30 minutes.
22    And on the motion to compel, we've been in
23    conversations with the Government.  We're going to
24    try to work that out.  And that motion may go away as
25    well.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              THE COURT:  Okay.  If Ms. Johnson goes
 2   away, I'm going to give you two hours, and then I'm
 3   going to go work on other stuff.  So I'll give
 4   everybody two hours that morning, and then I'm going
 5   to fill it up with other stuff.
 6              Okay.  What else?
 7              THE CLERK:  That's all.
 8              THE COURT:  All right.
 9              MS. DUNCAN:  Your Honor, if I could have a
10   moment?
11              THE COURT:  Certainly.
12              MS. DUNCAN:  I was going to raise an issue
13   on Document 1124, which is our motion to -- with
14   respect to the tablets.  We'd mentioned to the Court
15   that we asked the Government to preserve the tablets
16   of the informants who had tampered with them and
17   accessed the internet.  And I wanted to clarify what
18   our request was.  And I think the Government has now
19   agreed with our request.  Our request is that for the
20   informants who tampered with their tablets, they
21   abused the Government's and Court's trust accessing
22   the internet.  We don't know what they accessed.  It
23   could be pornography, they could be communicating
24   with people about the case.  So the tablets
25   potentially contain Brady and Giglio information.  So
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    we'd ask the Government to conduct a Brady-Giglio
 2    review of the informants' tablets, and to turn over
 3    that information.  My understanding, the Government
 4    does not object to the request.  So we wanted to put
 5    that on the record to close out that motion.
 6              THE COURT:  Is that correct?
 7              MR. BECK:  I think I agree with the end of
 8    it, that we will conduct a Brady and Giglio review.
 9    I'm not sure I agree with her characterizations at
10    the beginning.  But we understand our Brady and
11    Giglio obligation, and we will conduct a review.
12              THE COURT:  Okay.  I'm sorry, what did you
13    disagree with what she said?
14              MR. BECK:  I think I disagreed with the
15    fact that it was a breach of the Government's trust.
16              THE COURT:  Oh, okay, oh, the wind-up.
17              MR. BECK:  Right.  Yes.  Where it came over
18    the plate, I saw that pitch clearly.
19              THE COURT:  But the agreement, you agree
20    with what you agreed to do, right?
21              MR. BECK:  Yes.
22              THE COURT:  All right.  What else, Ms.
23    Duncan?
24              MS. DUNCAN:  That's it, Your Honor.  Thank
25    you very much.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1                THE COURT:  Thank you, Ms. Duncan.

 2                All right.  Ms. Wild, anything else?

 3                All right.  Is there anything else we need

 4    to discuss while we're together?  Anything else I can

 5    do for you, Ms. Armijo?  Mr. Castellano?  Mr. Beck?

 6                MS. ARMIJO:  No, Your Honor.

 7                THE COURT:  How about from the defendants?

 8    Anything else?

 9                All right.  I appreciate your hard work.

10    Be safe on your trips.  See you next Friday in the

11    DeLeon case -- no Baca case -- 8:30.

12                (The Court was adjourned.)

13

14

15

16

17

18

19

20

21

22

23

24

25
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1                    C-E-R-T-I-F-I-C-A-T-E

2

3     UNITED STATES OF AMERICA

4     DISTRICT OF NEW MEXICO

5

6

7          I, Jennifer Bean, FAPR, RDR, CRR, RMR, CCR,

8     Official Court Reporter for the State of New Mexico,

9     do hereby certify that the foregoing pages constitute

10    a true transcript of proceedings had before the said

11    Court, held in the District of New Mexico, in the

12    matter therein stated.

13         In testimony whereof, I have hereunto set my

14    hand on May 17, 2017.

15

16

17

18    _____
                    Jennifer Bean, FAPR, RMR-RDR-CCR
19                  Certified Realtime Reporter
                    United States Court Reporter
20                  NM CCR #94
                    333 Lomas, Northwest
21                  Albuquerque, New Mexico 87102
                    Phone:   (505) 348-2283
22                  Fax:     (505) 843-9492

23

24

25




SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com