

a very, very small matter
Greg Acton
to:
K'Aun_Wild@nmcourt.fed.us
05/11/2017 07:59 AM
Hide Details
From: Greg Acton <gregoryacton@gmail.com>
To: "K'Aun_Wild@nmcourt.fed.us" <K'Aun_Wild@nmcourt.fed.us>

Hi K'Aun:

I never mention this around the other attorneys because I don't want to come across as a Spanish snob. But apparently I am a Spanish snob. The word for "union," as in "labor union," or "syndicate" in Spanish is spelled "Sindicato," with an "i" where in English we would have a "y" " And, in fact, the Sindicato de Nuevo Mexico spells it correctly, with an "i." ("Gang" is "pandilla.") (The indictments misspell it.)

I only mention this because Judge Browning is using the "y" in his opinions, and he might want to know.

My apologies for my snobbery.

--
Gregory M. Acton
Acton Law Office PC
3811 Atrisco Dr NW, Ste. B
Albuquerque, NM 87120
(505) 338-0453

This communication may be protected by ATTORNEY-CLIENT privilege or protected work-product. It is intended only for the addressee.

---

click below to report this message as spam
for K\'Aun_Wild@nmcourt.fed.us
report this as spam