1              IN THE UNITED STATES DISTRICT COURT

2                FOR THE DISTRICT OF NEW MEXICO

3    UNITED STATES OF AMERICA,

4         Plaintiff,

5         VS.                    CR. NO. 15-4268 JB

6    ANGEL DELEON, et al.,

7         Defendants.

8

9

10

11        Transcript of Motion Proceedings before
     The Honorable James O. Browning, United States
12   District Judge, Albuquerque, Bernalillo County,
     New Mexico, commencing on May 19, 2017.

13

14   For the Government:  Ms. Maria Armijo; Mr. Randy
     Castellano; Mr. Matthew Beck

15   For the Defendants:  Mr. Brock Benjamin; Ms. Cori
     Harbour-Valdez; Mr. Patrick Burke; Mr. Jim Castle;
16   Mr. Robert Cooper; Mr. James Lahann; Mr. Orlando
     Mondragon; Mr. Noel Orquiz; Mr. Billy Blackburn; Mr.
17   Scott Davidson; Mr. Santiago Hernandez; Mr. Richard
     Jewkes; Ms. Amy Jacks; Mr. Josh Spencer; Mr. B. J.
18   Crow; Mr. Marc Lowry; Ms. Theresa Duncan; Ms. Amy
     Sirignano; Mr. Michael Davis; Mr. Ryan Villa; Ms.
19   Justine Fox-Young; Mr. Donovan Roberts; Ms. Erlinda
     Johnson; Ms. Angela Arellanes; Mr. Alfred Creecy

20

21   For the Defendants (Via telephone):  Ms. Carey
     Bhalla; Mr. Christopher Adams

22

23

24

25

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              THE COURT:  Good morning everyone.  I
 2    appreciate everyone making themselves available to me
 3    this morning.
 4              All right.  Court will call United States
 5    of America versus Angel DeLeon, Criminal Matter No.
 6    15-CR-4268 JB.
 7              If counsel will enter their appearances for
 8    the Government.
 9              MS. ARMIJO:  Good morning, Your Honor.
10    Maria Armijo, Randy Castellano, and Matthew Beck on
11    behalf of the United States.
12              THE COURT:  All right.  Ms. Armijo, Mr.
13    Castellano, Mr. Beck, good morning to you.
14              And for -- we'll take these in some order.
15    For Defendant Lawrence Gallegos?
16              MR. BENJAMIN:  Good morning, Your Honor.
17    Brock Benjamin on behalf of Mr. Gallegos.
18              THE COURT:  All right.  Mr. Benjamin, Mr.
19    Gallegos, good morning to you.
20              THE DEFENDANT:  Good morning.
21              THE COURT:  And for Defendant Edward Troup?
22              MS. HARBOUR-VALDEZ:  Good morning, Your
23    Honor.  Cori Harbour-Valdez and Patrick Burke on
24    behalf of Mr. Troup.
25              THE COURT:  All right.  Ms. Harbour-Valdez,
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    Mr. Burke, Mr. Troup, good morning to you.

 2              THE DEFENDANT:  Good morning, sir.

 3              THE COURT:  And for Defendant Billy Garcia?

 4              MR. COOPER:  Your Honor, Bob Cooper and Jim

 5    Castle on behalf of Mr. Garcia, and he's present

 6    today.

 7              THE COURT:  All right.  Mr. Cooper, Mr.

 8    Castle, Mr. Garcia, good morning to you.

 9              And for Defendant Allen Patterson?

10              MR. LAHANN:  Good morning, Your Honor.

11    Jeff Lahann on behalf of Mr. Patterson.

12              THE COURT:  All right.  Mr. Lahann, glad to

13    have you back.

14              MR. LAHANN:  Good to be here.

15              THE COURT:  Mr. Patterson, good morning to

16    you.

17              THE DEFENDANT:  Good morning, Your Honor.

18              THE COURT:  For Defendant Christopher

19    Chavez?

20              MR. MONDRAGON:  Good morning, Your Honor.

21    Orlando Mondragon on behalf of Christopher Chavez.

22              THE COURT:  All right.  Mr. Mondragon, good

23    morning to you.  Mr. Chavez, good morning to you.

24              THE DEFENDANT:  Good morning, Your Honor.

25              THE COURT:  And for Defendant Javier
```




SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1   Alonso?
 2              MR. ORQUIZ:  Good morning, Noel Orquiz for
 3   Mr. Alonso.
 4              THE COURT:  All right.  Mr. Orquiz, good
 5   morning.  Mr. Alonso, good morning to you.
 6              And for Defendant Arturo Arnulfo Garcia.
 7              MR. BLACKBURN:  Billy Blackburn and Scott
 8   Davidson on behalf of Mr. Garcia.
 9              THE COURT:  All right.  Mr. Blackburn,
10   Mr. Davidson, Mr. Garcia, good morning to you.
11              And for Defendant Mario Rodriguez?
12              MR. HERNANDEZ:  Good morning, Your Honor.
13   Santiago Hernandez on behalf of Mr. Rodriguez.
14              THE COURT:  All right.  Mr. Spencer (sic),
15   good morning to you.  Mr. Hernandez, good morning to
16   you.  And Mr. Rodriguez, good morning to you.
17              THE DEFENDANT:  Good morning, Your Honor.
18              THE COURT:  And for Mauricio Varela?
19              MR. SPENCER:  Good morning, Your Honor.
20   Joshua Spencer, standing in for Joe Spencer and Mary
21   Stillinger on behalf of Mr. Varela.
22              THE COURT:  All right.  Mr. Spencer, good
23   morning to you.  Mr. Varela, good morning to you.
24   And, Mr. Varela, do you consent to Josh Spencer
25   standing in for Joe Spencer and Ms. Stillinger?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

 

PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1            THE DEFENDANT:  Yes, sir.
 2            THE COURT:  Mr. Varela, good morning to
 3    you.
 4            And for Defendant Daniel Sanchez?
 5            MR. JEWKES:  Good morning, Your Honor.
 6    Richard Jewkes and Amy Jacks, representing Daniel
 7    Sanchez, who is present before the Court.
 8            THE COURT:  All right.  Mr. Jewkes,
 9    Ms. Jacks, good morning to you.  Mr. Sanchez, good
10    morning to you.
11            THE DEFENDANT:  Good morning.
12            THE COURT:  And for Defendant Conrad
13    Villegas?
14            MR. CROW:  Good morning, Your Honor.  B.J.
15    Crow for Mr. Villegas, who is present.
16            THE COURT:  All right.  Mr. Crow, Mr.
17    Villegas, good morning to you.
18            THE DEFENDANT:  Good morning.
19            THE COURT:  And for Defendant Anthony Ray
20    Baca?
21            MR. LOWRY:  Good morning, Your Honor.  Marc
22    Lowery and Theresa Duncan on behalf of Anthony Ray
23    Baca.
24            THE COURT:  Mr. Lowry, Ms. Duncan, good
25    morning to you.  And Mr. Baca, good morning to you.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              THE DEFENDANT:  Good morning.
 2              THE COURT:  And for Defendant Christopher
 3    Garcia?  Let's take those that are present here in
 4    the courtroom first.
 5              MS. SIRIGNANO:  Good morning, Your Honor.
 6    Amy Sirignano on behalf of Christopher Garcia.  Mr.
 7    Adams is on the phone.
 8              THE COURT:  All right.  Ms. Sirignano, good
 9    morning to you.  Mr. Adams, good morning to you.
10              MR. ADAMS:  Good morning, Your Honor.
11              THE COURT:  Mr. Garcia, good morning to
12    you.  And Mr. Adams, are you on the phone?
13              MR. ADAMS:  I am.
14              THE COURT:  Good morning to you, Mr. Adams.
15    And for -- let me do the same thing for the Defendant
16    Carlos Herrera?
17              MR. DAVIS:  Good morning, Judge.  Michael
18    Davis on behalf of Mr. Herrera.  And Ms. Carey
19    Bhalla --
20              MS. BHALLA:  Excuse me, Your Honor.  Carey
21    Bhalla here on the phone.
22              THE COURT:  All right.  Mr. Davis, Ms.
23    Bhalla, good morning to you.  Mr. Herrera, good
24    morning to you.
25              And Defendant Rudy Perez?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              MR. VILLA:  Good morning, Your Honor.  Ryan
 2    Villa and Justine Fox-Young on behalf of Mr. Perez.
 3              THE COURT:  All right.  Mr. Villa, Ms.
 4    Fox-Young, good morning to you.  Mr. Perez, good
 5    morning to you.
 6              THE DEFENDANT:  Good morning.
 7              THE COURT:  And for Defendant Andrew
 8    Gallegos?
 9              MR. ROBERTS:  Good morning, Your Honor.
10    Donovan Roberts for Mr. Gallegos.
11              THE COURT:  All right.  Mr. Roberts, Mr.
12    Gallegos, good morning to you.
13              For Defendant Santos Gonzalez?
14              MS. JOHNSON:  Good morning, Your Honor.
15    Erlinda Johnson on behalf Santos Gonzalez, who
16    appears before the Court.
17              THE COURT:  All right.  Ms. Johnson, Mr.
18    Gonzalez, good morning to you.
19              And for Defendant Shauna Gutierrez?
20              MS. ARELLANES:  Good morning, Your Honor.
21    Angela Arellanes for Ms. Gutierrez, who appears.
22              THE COURT:  All right.  Ms. Arellanes, Ms.
23    Gutierrez, good morning to you.
24              And for Defendant Brandy Rodriguez?
25              MR. CREECY:  Good morning, Your Honor.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Alfred Creecy on behalf of Ms. Rodriguez, who is

2    present before the Court.

3              THE COURT:  All right.  Mr. Creecy, Ms.

4    Rodriguez, good morning to you.

5              THE DEFENDANT:  Good morning.

6              THE COURT:  All right.  We're here on a

7    couple of motions.  Let me say to you that I have

8    been working on the motion to sever, that opinion.

9    It's now -- because of all the ones we argued over

10   the last -- last week, over those three days, and the

11   one we're probably going to argue today, I haven't

12   worked on the one today, other than reading for it --

13   but I'll probably put it in the opinion -- we're

14   right at 151 pages just trying to understand all the

15   arguments.  And I expect it to increase another 20

16   pages at least.  So that is the opinion I'm working

17   on, and I will try to get that out to you.  I do want

18   to try to analyze each one of the arguments that all

19   the parties have made.

20             And I probably will give some guidance on

21   the Brady issue, as much as I can.  So I probably

22   will make a ruling on the materials that I have on

23   the Brady issues.  Of course it will be subject to

24   people bringing in new information that I may have to

25   analyze down the road.  But I think we're barreling

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                   FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1   toward trial, so I need to give you as much guidance
 2   as I possibly can.  So when issues are presented, I'm
 3   going to try to do that.  So the Brady material -- I
 4   keep saying Brady, I mean Bruton -- and that issue as
 5   much as possible.  So every time I was using the word
 6   Brady I meant Bruton.
 7            But the reason I had Brady on my mind is
 8   because the Government filed their brief on the
 9   timing.  I have had a chance to read it -- I haven't
10   had a chance to look at it.  I still think that most
11   of those cases that -- particularly the ones that I
12   wrote, and Ruiz, and the Tenth Circuit responding to
13   Ruiz are backward-looking cases.  And certainly, if
14   somebody raises probably at trial, or on the eve of
15   trial or after trial that there has been a Brady
16   violation, I'm going to probably draw some
17   distinctions, just as other judges have between
18   Giglio and Brady material, as far as finding some due
19   process violation.
20            But I think going forward, it's a totally
21   different issue of how to manage this case.  I was
22   somewhat influenced by the -- some of the discussion,
23   I think in the D.C. Circuit, that, you know, there
24   might be situations in which Giglio material might
25   impinge greatly upon the Government's Jencks
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    privileges of when to disclose things.  There may be

2    some issues, as far as endangering some witnesses or

3    something like that.  On a case-by-case basis, I'm

4    willing to take a look and say that some things may

5    need to be delayed; that occurs even sometimes with

6    Brady material.

7            But in a case of this magnitude, with this

8    many documents, I think the general rule still has to

9    remain that Brady material and Giglio material has to

10   be disclosed at -- on the same basis, because Giglio

11   is a subset of Brady material.  So at the present

12   time, I'm not inclined to change that rule.

13           But I also think the Government is always

14   free to approach the Court and say, Look, if I have

15   to disclose this, this is going to create some real

16   problems.  And so I -- but that occurs with Brady.

17   And that's really what we're doing with some of the

18   confidential informants; I'm ordering the disclosure

19   of some of those under Brady and Giglio and Rule 16,

20   not under Roviaro.  And so some of that is we're

21   still working as Brady and Giglio.  So the timing of

22   that is always subject to the Government coming in

23   and saying this particular situation, this particular

24   document, this particular identification, this

25   particular evidence, can we delay it some because

SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                       201 Third NW, Suite 1630
Santa Fe, NM 87501                                             Albuquerque, NM 87102
(505) 989-4949                                                             (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1   this is what's going to happen:  We're going to

 2   endanger somebody or something like that.  But I

 3   think that has to be on a case-by-case,

 4   evidence-by-evidence basis, and the Government has to

 5   come in and show that, rather than -- but I think as

 6   a general rule, we're moving forward.  We're not

 7   talking about plea agreements.  We're not talking

 8   about post-trial failures to disclose.  Those are the

 9   kind of things that I think Ruiz and those are

10   talking about.  And in that situation, you're

11   balancing.  And yes, Giglio material is probably not

12   going to create the due process problems that the

13   failure to disclose Brady, which is exculpatory

14   material, may create.

15            But, as a general rule, I still think --

16   and I'll look at it closer -- but I'm still inclined

17   to think that those cases don't cause me to deviate

18   from treating those two categories one a subset of

19   the other.

20            I understand Ms. Armijo will be stepping

21   out around 9:30 to cover another hearing.

22            I understand, Ms. Johnson, that you worked

23   out something, but not quite worked out -- I guess

24   this is public, so it's not something that I'm

25   breaching any obligations on.  So you do not want
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   your motions heard today, is the upside from you

 2   working out something that still needs to have some

 3   details to be hammered out.  Is that correct?

 4              MS. JOHNSON:  That is correct, Your Honor.

 5   We are trying to work out -- in principle, we have an

 6   agreement.  There are some -- we're still working on

 7   some of the language and some of the stipulations.

 8   But the Court is correct.  We'd ask that the Court

 9   not hear our motions today.  In the event that we are

10   unable to work out an agreement, obviously, or work

11   out the details, then we'll proceed.

12              THE COURT:  All right.  Thank you, Ms.

13   Johnson.

14              Then I guess that leaves us then for today

15   with Defendants Troup and Billy Garcia's motion to

16   sever Counts 1 and 2 of the agreement.  So Mr. Burke,

17   Ms. Harbour-Valdez, Mr. Cooper, Mr. Castle, are you

18   going to take the lead on this?

19              MR. BURKE:  I will, Your Honor.

20              THE COURT:  All right.  Mr. Burke.

21              MR. BURKE:  Thank you, Your Honor.  Good

22   morning.

23              THE COURT:  Good morning to you.

24              MR. BURKE:  Your Honor, we filed this

25   motion on behalf of Mr. Troup and Mr. Bill Garcia on
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    February 2.

2            THE COURT:  Right.

3            MR. BURKE:  And since then several

4    important things have happened.  First, we had a long

5    discussion on February 7.  I think we took the better

6    part of the day discussing severance issues that day.

7    There was considerable back and forth with the

8    parties.  And the Court took all of that under

9    advisement.

10            Something else that has happened is that on

11   March 9, there was a second superseding indictment.

12   So to some extent our pleading is modified in

13   accordance with that second superseding indictment.

14            And then the most important thing that has

15   happened is that on May 9th you gave us your ruling,

16   and you went into exquisite detail as always.  You

17   had analyzed Rule 8.  You talked about the Gould

18   case, the Pursley case.  You talked about Judge

19   Weinstein's opinion in the Gallo case.  You talked

20   about Zafiro.  And you came out at a place, after

21   analyzing Rule 14, that you have almost unlimited

22   discretion.  And I believe that is the law under all

23   of these circumstances.  The crux of it was that you

24   said that a jury must be reasonably able to consider

25   the evidence as to each defendant separately.  And

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    you said many more things, but that was a kernel of
 2    your ruling.  You noted that judicial resources can
 3    be considered.  The hardship on administrative
 4    structure of the Court is also --
 5              THE COURT:  How do you feel -- as I reread
 6    everything, I was again struck by the Government's
 7    insistence that I have to find such things as
 8    prejudice to the defendants -- however you find
 9    that -- before I can consider the administrative
10    hurdles of trying 19, 20 people in a single case.
11    How do you feel about that argument?
12              MR. BURKE:  If I may be blunt, Your Honor,
13    I thought it was dumb.  I think the way you analyzed
14    it -- and I read the transcript of your ruling from
15    the bench on May 9, and I think you nailed it.  Those
16    are not conditions precedent to getting to the larger
17    issues that you then addressed in your remarks on May
18    9.  I do not believe those are conditions precedent
19    and I do not believe that's what the law is.
20              THE COURT:  Well, what case would you point
21    to?  I guess what they're saying is that I have to
22    satisfy the -- I'll call them statutory, but they're
23    really the rule requirements before I proceed to
24    discuss just the administrative hurdles.  In other
25    words, I've got to analyze it in terms of some
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    prejudice to either one of the parties, be it the

2    United States, or be it the defendants, before I can

3    start looking at the size of tables, courtrooms,

4    shackles, that sort of stuff.

5            MR. BURKE:  Your Honor, I hadn't

6    anticipated the question, but fortunately, I did

7    bring our reply to the podium.  And I believe the

8    cases that would indicate that that test is

9    inappropriate would be some of your remarks in United

10   States v. Gould, which is cited on page 4 of the

11   reply, Document 1014.  In addition, the cites to

12   Zafiro, which is on page 5 of 14 pages in the reply.

13   And in Fox v. Ward, the Court explained a description

14   of "real prejudice means that the risk of prejudice

15   is not illusory.  In order to prevail on such a

16   theory of severance the defendant must show real

17   prejudice rather than merely note that each defendant

18   is trying to exculpate himself."  And I may have some

19   additional cites in the reply, which I think point to

20   your analysis being absolutely correct.

21           THE COURT:  I reread yesterday your

22   attachment to Dr. Lieberman, out of the University of

23   Nevada.  After I made my ruling at the beginning of

24   the hearings in mid May, did y'all sit down with Dr.

25   Lieberman, and did he say I was solving all your

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   problems?
 2             MR. BURKE:  He sure liked a lot of the
 3   solutions that came about as a result of the
 4   severance that you indicated you were pursuing.  And
 5   I don't want to mislead the Court.  I have had an
 6   exchange with Professor Lieberman.  I've had many
 7   exchanges with him.  I've had a couple since May 9.
 8   And that is my short answer to the question.
 9             THE COURT:  So you did convey the -- where
10   we're going with the severance that has been granted,
11   and he thought it solved some of the problems?
12             MR. BURKE:  Exactly.
13             THE COURT:  And what do you think now about
14   your particular situation, your representation of Mr.
15   Troup?  How do you -- what is left, then, of your
16   motion?  And maybe, more particularly, what do you
17   see as the prejudice that remains from the severance
18   that we now have?
19             MR. BURKE:  Your Honor, I was here to ask
20   you to get us down to the Counts 1 and 2 defendants.
21   That's the first answer.  And that would be Joe
22   Gallegos, Edward Troup, Billy Garcia, Allen
23   Patterson, and Christopher Chavez.  That is my hope.
24   I know you're not going to change your mind today,
25   and say, Sure, Mr. Burke, that sounds like a great
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1  idea.

 2          But the prejudice for the Counts 1 and 2

 3  defendants is that Adrian Burns homicide is nasty,

 4  and that's Counts 4 and 5.  And then you have -- we

 5  would have Counts 13 through 16, and we have this old

 6  homicide, you know, 2001.  And yet the events that

 7  are portrayed in Counts 13 through 16 not only bring

 8  us out of prison into the real world, so to speak,

 9  and that's the 2012 homicide involving Adrian Burns.

10  We then have the beatdown of Jose Gomez, and that's

11  Counts 14 through 16.  And then there was an

12  incident, and that's in 2016.

13          So expanding from 2001 forward to 2012, and

14  then 2016, does create some prejudice for what I'm

15  calling the Counts 1 and 2 defendants, the five

16  people.

17          THE COURT:  Let me ask you this, because

18  this is kind of what I'm thinking, and you react to

19  it and tell me if you think I'm wrong:  Now that

20  we've kind of reduced the trial, and now you're

21  thinking about the trial that you are going to have

22  on July 10th, and what that looks like, it seems to

23  me that the jury will be able to compartmentalize the

24  stories much better.  I mean, it's helped me, in

25  fact -- you know, I mean, it's a lot of people to

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    learn, a lot of names to learn, and things like that.
 2    It helps me now.  But it seems like sitting in a jury
 3    room -- or sitting with a jury, y'all over here, over
 4    there, they can compartmentalize the story, memorize
 5    the characters pretty well, and understand it.  I'm
 6    sure you've thought about what that trial is going to
 7    look like.  It seems to me it's a much more
 8    manageable trial for all of us, but particularly for
 9    the jury.  Your thoughts?
10            MR. BURKE:  I have thought about that every
11    day since then, and what a trial will look like.  And
12    I am -- to be candid -- so glad that we are not in a
13    trial with the Counts 6 through 12 defendants,
14    because that would have been -- I don't know how we
15    could have -- how a jury could have compartmentalized
16    all of that.
17            I am still here as an advocate for Edward
18    Troup to not relent entirely and say that dealing
19    with Counts 4 and 5 and 13 through 16 in the same
20    trial as Counts, you know, 1 and 2, there will have
21    to be some spillover from the ongoing discussion, as
22    we bring it forward into the more recent times.
23            So I'm very happy about some things.  But
24    as an advocate, I can't say that I will stop.
25            THE COURT:  All right.  What else, Mr.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   Burke, on this motion?

2             MR. BURKE:  Your Honor, I did want to

3   say -- one of the reasons -- and it isn't much

4   because I know you've read it thoroughly -- but, for

5   example, the 2001 defendants, Edward Troup, my

6   client, he was released from prison in 2012, and then

7   was arrested December 2015.  And in that three and a

8   half year period he did catch some more time in jail

9   for violations relating to addiction, but he really

10  made a life, and had been married and was working.

11  And that's why I want to keep it pushed back to -- as

12  far back as I can, and avoid 13 through 16.  And I

13  just wanted to make that factual point.

14            THE COURT:  You'd like to tell the jury

15  this is an arrest for an old crime?

16            MR. BURKE:  That's going to be one of the

17  things that will be said, and as long as we're being

18  candid, and then link it into the arguments about the

19  enterprise.  And you saw our arguments about there

20  being different factions.  We are not convinced there

21  is a single enterprise, and we will be making that

22  argument.  But again, being candid with the Court,

23  we're not there yet.  We couldn't ask you to make a

24  preliminary ruling on that.  You'll need to see and

25  hear more facts before we get back to that.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              THE COURT:  Is that something that I will
 2    ever have to make some ruling on, or is that just one
 3    of the issues that the jury has to hear the evidence
 4    and make some determination at the end of the trial?
 5              MR. BURKE:  Well, you'll certainly be
 6    hearing about it at halftime, Your Honor.  And then
 7    maybe it then goes to the jury.  But I don't think
 8    it's an automatic that it's a jury question.
 9              THE COURT:  Okay.
10              MR. BURKE:  And, Your Honor, what has
11    happened is our back and forth has sort of taken up
12    all the comments I was going to make.  I did
13    conclude -- or we concluded our reply with a comment
14    that there should be no illusions that if Counts 1
15    and 2 are tried with 4 and 5 and 13 through 16, it
16    will be prejudicial.  And I don't want to ignore that
17    final argument.
18              THE COURT:  And nothing that I have done
19    over -- since I've been working on this opinion has
20    shaken my thoughts that that needs be severed.
21              MR. BURKE:  Very good, Your Honor.
22              THE COURT:  All right.  Anything else, Mr.
23    Burke?
24              MR. BURKE:  That's all.  Thank you.
25              THE COURT:  Thank you, Mr. Burke.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1           Anyone else that joined the motion want to

2      say anything?  Anybody?  Mr. Castle, Mr. Cooper,

3      anything you want to say?

4           MR. CASTLE:  Yes, Your Honor, Jim Castle.

5           THE COURT:  Mr. Castle.

6           MR. CASTLE:  In response to the Court's

7      first question about whether a finding of prejudice

8      was necessary for severance, I think --

9           THE COURT:  I'm characterizing the

10     Government's correct; that's their argument?

11          MR. CASTLE:  Yes, I believe so.  And I

12     think what they've conflated is the inherent

13     authority of the Court, then the procedural rules.

14     Rule 14 doesn't even talk about the concept of case

15     management.  The idea of case management -- and it

16     actually isn't really addressed at all -- that

17     flows -- it derives itself from the Court's

18     independent power and supervisory power to handle its

19     docket.

20          So these are two different considerations

21     that proceed along separate paths.  So I think that

22     the proper construct is, in dealing with these kinds

23     of issues, you're looking at Rule 8, Rule 14, and

24     then also the independent authority of the Court to

25     supervise its docket as separate considerations.

SANTA FE OFFICE                                                                    MAIN OFFICE
119 East Marcy, Suite 110                                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                                          Albuquerque, NM 87102
(505) 989-4949                                                                        (505) 843-9494
FAX (505) 843-9492                                                              FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1              THE COURT:  Well, I guess what I hear the
 2    Government saying -- and these are my words -- is
 3    like, Look, Judge, we've got the power to indict 100
 4    people if we want to.  We can throw them all in the
 5    same case.  And you can't come along -- if it's not
 6    misjoined under Rule 8, you don't have the power to
 7    start severing it away under Rule 14, unless you
 8    first find that there is going to be prejudice to the
 9    defendants.  You can't start worrying about size of
10    your courtroom, you can't be worrying about the size
11    of the -- where the shackles are going to be shown.
12    You can't be worried about this or that until you
13    first find that this somehow prejudices one of the
14    parties.  And it doesn't prejudice us, because we
15    brought the case.  So you've got to show that it
16    prejudices the defendant.  What's wrong with that
17    argument?
18              MR. CASTLE:  Well, what's wrong with that
19    argument is it doesn't take into account the Court's
20    inherent authority to manage its courtroom.  I mean,
21    100 -- let's take it to its ridiculous extreme.
22              THE COURT:  Let's look at it as overriding
23    their prosecutorial discretion.  They could have
24    brought 100 indictments, but they didn't.  They
25    wanted them in one.  And they're saying you've got to
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    have a good reason to overrule our separation of
 2    powers decision that we want to bring these people in
 3    one case rather than 100 cases.
 4              MR. CASTLE:  Well, I agree with their
 5    concept, but there has to be a good reason.  But I
 6    believe the inherent authority of the Court to manage
 7    its docket is good reason.  And the separation of
 8    powers favors the judiciary in managing its docket,
 9    not the executive branch in defining, essentially,
10    how this Court is going to provide justice to the
11    defendants.
12              THE COURT:  All right.  Anything else, Mr.
13    Castle?
14              MR. CASTLE:  No, Your Honor.
15              THE COURT:  All right.  Thank you, Mr.
16    Castle.
17              Any other defendant want to speak on
18    Mr. Billy Garcia and Mr. Troup's motion to sever 1
19    and 2?  Anyone else?
20              All right.  Mr. Castellano, are you going
21    to take the lead for the Government on this?
22              MR. CASTELLANO:  Yes, Your Honor.
23              THE COURT:  Mr. Castellano.  After a week
24    of reflecting on the severance and the trial I'm
25    giving you, any second thoughts?  Any reflections on
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    the trial we're looking at?

2              MR. CASTELLANO:  Not really, Your Honor.  I

3    mean, I would note our objection for the record

4    regarding severance, but I think the Court has broken

5    up the case in the best way possible.  We're not

6    going to fight severance any longer, if that's the

7    Court's decision.  So I won't belabor that point.

8              I will just state where our position came

9    from, which was a quote from the Gould case, which

10   talks about first looking at antagonistic defenses

11   and prejudice, before getting to the meaning of the

12   first two factors, followed by the Court's

13   administration of justice.  So that's where our

14   position comes from.

15             But I also agree that the Court does have a

16   great deal of discretion under Rule 14.  Even in our

17   brief we cite to that.  It says, "Even if prejudice

18   is shown, Rule 14 does not require severance.

19   Rather, it leaves the tailoring of the relief to be

20   granted, if any, to the district court's sound

21   discretion."  We don't dispute that.  We think the

22   Court has discretion.  We think the Court has

23   exercised that discretion.  If the Court's going to

24   leave the case severed this way, we really don't have

25   much more to say about it.

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1          I will say regarding Mr. Troup, he is

2    charged not only in Count 1, he's charged in Count 3.

3    So those are two murders six years apart from each

4    other.  So there is an indication even from one

5    defendant of the ongoing nature of the enterprise,

6    just one person.  So splitting it up would also -- I

7    mean, I don't think it changes the presentation at

8    trial.  I think both murders will still be presented

9    at two different trials, even if he was tried in two

10   trials.

11          But having said that, if you're not

12   inclined to change your decision, I'm not inclined to

13   argue any further, Your Honor.  I think we can save

14   the time.

15          THE COURT:  Do you have any thoughts --

16   same thing I was asking Mr. Burke -- have you sort of

17   sat here and visually thought of this trial and how

18   it's going to look in all its robustness, and you

19   have to work with everybody here to try to do justice

20   to everybody in the room and help me try this case to

21   provide justice for everybody in the room?  Have you

22   thought about the people that you think are going to

23   be in that room on July 10th, who you think is going

24   to be left, and these sort of three different stories

25   we're going to be presenting to the jury?  Do you

SANTA FE OFFICE                                                              MAIN OFFICE
119 East Marcy, Suite 110                                            201 Third NW, Suite 1630
Santa Fe, NM 87501                                                   Albuquerque, NM 87102
(505) 989-4949                                                                  (505) 843-9494
FAX (505) 843-9492                                                     FAX (505) 843-9492
                                                                              1-800-669-9492

BEAN
&ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE                                         e-mail: info@litsupport.com

```
 1   think we can compartmentalize it and present it in a
 2   way so it's going to be fair to everybody that's on
 3   the defense side?
 4          MR. CASTELLANO:  I do think we can
 5   compartmentalize, Your Honor.  I mean, there are
 6   individual counts, and within those counts there are
 7   individual stories.  So the jury will hear about a
 8   Garza murder, a Castillo murder, a Sanchez murder, a
 9   Burns murder.  So each of those, even though there is
10   an overarching presentation of the evidence, we still
11   have to prove each of those individual murders.  And
12   I think they have their own story, and the jury can
13   compartmentalize each of those stories.
14          THE COURT:  All right.  Anything else you
15   want to say on this motion to sever, Mr. Castellano?
16          MR. CASTELLANO:  No, Your Honor.
17          THE COURT:  All right.  Thank you, Mr.
18   Castellano.
19          Mr. Burke, anything further?
20          MR. BURKE:  No.  Thank you, Your Honor.
21          THE COURT:  All right.  Anyone else want to
22   say anything else on this motion?
23          Well, I'm granting it in part, denying it
24   in part.  And that's probably how I'll write it up in
25   this current opinion that way.  I think for the
```

SANTA FE OFFICE                                                                                    MAIN OFFICE
119 East Marcy, Suite 110                                                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                                                          Albuquerque, NM 87102
(505) 989-4949                                                                                        (505) 843-9494
FAX (505) 843-9492                                                                              FAX (505) 843-9492
                                                                                                      1-800-669-9492
                                                                                              e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    present time, I'm staying with the severance that

2    I've granted.  I'm not backing off from that, but I'm

3    also not inclined to expand it.  I think we all noted

4    last week we may be looking at this thing to the very

5    end.  But right at the moment, I think I'm inclined

6    to keep it where it is.

7         There is always a changing landscape in a

8    case like this, or any case, but particularly this

9    one, with so many defendants.  And my prediction

10   that -- and the Government's prediction that some

11   people in the room may not be around for trial may

12   change the landscape.  And I'll just have to take

13   that into consideration when it comes.  But on the

14   present landscape, I'm inclined to stay where I am

15   and grant the motion in part and deny it in part.

16        All right.  The other motion that we need

17   to take up is the Mr. Troup and Mr. Billy Garcia's

18   motion for an order to compel the disclosure of

19   certain materials.  My impression, from reading the

20   Government's response, and the fact there wasn't a

21   reply, was that there may have been some progress,

22   maybe considerable progress, in meeting some of the

23   concerns of Mr. Troup and Mr. Garcia.

24        Mr. Burke, are you arguing this?  Okay.

25        All right.  Mr. Castle.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1        MR. CASTLE:  Your Honor, the basis of the

2   motion to compel, essentially, had eight different

3   categories that have been pending in requests from

4   the defense for almost a year.  In fact, next Tuesday

5   will be the one-year anniversary of when we first

6   requested all these items.  There are eight different

7   categories.  Of those eight categories, the

8   Government and the defense have come to an agreement

9   for production by May 30, 2017.  And when I say

10  production, they'll either produce it or essentially

11  explain why it can't be produced, and if it was

12  destroyed whether -- you know, when it was destroyed,

13  if they can obtain that information.

14        There are some subagreements for different

15  categories --

16        THE COURT:  If it was destroyed, you want

17  to know when it was destroyed?  Is that what you

18  want?

19        MR. CASTLE:  Yes.  We made this

20  agreement -- depending on the category, there are

21  some different terms, but we have an agreement in

22  writing for all those.  I don't know if the Court

23  wants us to put that on the record.

24        THE COURT:  That's totally up to you.  I

25  mean, if y'all are happy, I'm happy.  If you feel

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1   like you need protection and you want to put it on,

 2   it's totally your call, Mr. Castle.

 3            MR. CASTLE:  I accept the Government's

 4   word, and that's good enough for me.  Obviously, if

 5   something happens, then we can always reraise it.

 6            THE COURT:  Okay.

 7            MR. CASTLE:  So I'd like to, if possible,

 8   address the one contested area.

 9            THE COURT:  All right.

10            MR. CASTLE:  That is in the motion to

11   compel, it's Section F, which is the FBI

12   investigative files.  The request for the Government,

13   namely, the U.S. Attorneys in this case to review

14   various FBI files has somewhat of a tortured history.

15   It first raised its head in Document 360, which was a

16   response by the defense concerning the Government's

17   disclosures about Judge Gonzales' involvement in

18   previous investigations.

19            THE COURT:  Yeah, I saw that attachment to

20   your -- to one of the things here.  It may have been

21   the response.  But I did see that.

22            MR. CASTLE:  In that motion we essentially

23   took the first layer of the onion off, and identified

24   a few files that we noticed being referenced in our

25   view of discovery.  Our motion -- our first motion

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   for specific discovery was the second layer of that
 2   onion and identified some additional files.  And
 3   finally, I think our follow-up pleadings unveiled a
 4   third layer.
 5            Essentially, there has been ten motions
 6   dealing with this issue that have been filed by the
 7   defense.  And we still don't have these materials.
 8   There has also been one hearing, in October, the
 9   Court held on this issue.  And there is two
10   problems --
11            THE COURT:  And this is the one where -- I
12   have written on this one, right?
13            MR. CASTLE:  Yes.
14            THE COURT:  I've given you a written
15   opinion on this issue?
16            MR. CASTLE:  Yes, you did, Your Honor.
17            The first problem is -- there are
18   essentially two problems.  One is the general
19   approach by the Government to their obligations.  And
20   the second issue is specific files that the
21   Government has decided not to review, or they have
22   decided to do a cursory review of.
23            Addressing the first issue, the Government
24   had the FBI review five files.  And in that review --
25            THE COURT:  Just so I make sure I
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    understand the files.  These are files of previous
 2    investigations by the FBI, and to a certain degree
 3    the U.S. Attorney's Office of the SNM Gang or SNM
 4    Gang members?  Is that what we're talking about?
 5              MR. CASTLE:  There are eight files that we
 6    believe are specific to SNM.  And there is one file
 7    that we believe referenced SNM Gang members.  The
 8    Government -- what they've done, is out of the nine
 9    files that we identified, they reviewed -- well, they
10    had the FBI review five of those files.  And those
11    are up on the screen.
12              What I'll do when I refer to files, I'll
13    just use the last five digits because they're all
14    distinct from each other.
15              And they had the FBI review those files,
16    and the FBI made a decision on what materials were
17    relevant or favorable to the defense that related to
18    the SNM Gang, and those were turned over to the U.S.
19    Attorney's Office for review and production.
20              THE COURT:  Have you gotten a sense -- I
21    know you haven't seen all these files, but have you
22    gotten a sense from your discussions with the
23    Government as to how big these files are?
24              MR. CASTLE:  I have no idea, Your Honor.
25              The problem -- so for these five files
```



SANTA FE OFFICE                                    MAIN OFFICE
119 East Marcy, Suite 110                    201 Third NW, Suite 1630
Santa Fe, NM 87501                            Albuquerque, NM 87102
(505) 989-4949                                       (505) 843-9494
FAX (505) 843-9492                              FAX (505) 843-9492
                                                    1-800-669-9492
PROFESSIONAL COURT              e-mail: info@litsupport.com
REPORTING SERVICE

```
 1    they've indicated that the FBI agents made a thorough

 2    review and turned over materials to them.  And I

 3    believe the upshot of it is that the U.S. Attorneys

 4    turned over all those materials to us.  I believe

 5    that's the case.  But the memo only says that they

 6    reviewed it, then produced.  But I don't know whether

 7    they produced everything the FBI identified as

 8    relevant or favorable.  The problem with that is --

 9              THE COURT:  Where do you get the

10    information -- maybe I just haven't reviewed it far

11    enough -- but where do you get the information that

12    the FBI did the initial review?  Is that something

13    that was told to you orally or am I just missing it?

14              MR. CASTLE:  The last paragraph of the

15    document that's up on the screen indicates that FBI

16    special agents -- and they're listed -- accompanied

17    the files to the U.S. Attorney's Office and conducted

18    a complete review of the files.  So I believe that

19    sentence means that it was the agents who did the

20    complete review.  And then all the reports pertaining

21    to the SNM Gang were turned over to the U.S.

22    Attorneys for their review.

23              THE COURT:  Let's say that Mr. Beck gets up

24    here in a minute and says, Well, what happened is

25    that the FBI did review all these files, and said:
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1    Here's the universe of files that we have involving

 2    SNM or SNM members, and they brought all those files

 3    and brought them to Mr. Beck, and then Mr. Beck did

 4    the review for Brady, Giglio, and Rule 16, would you

 5    feel differently about their review?

 6              MR. CASTLE:  Yes.  And I think that we

 7    would have heard that -- in our motion to compel we

 8    indicated that was a problem that the U.S. Attorneys

 9    didn't do the personal review of the files.  And in

10    their response they did not indicate that they did

11    that.  So I believe that that won't be what's

12    represented, or either that or they missed an

13    opportunity to kind of head this train off at the

14    pass in their response.

15              The obligation for the U.S. Attorney's

16    Office to do that review is found not only in this

17    Court's ruling on October 4, 2016, but also in United

18    States Supreme Court precedent.  I'll turn to this

19    Court's order first, which was -- the Court

20    indicated -- and I quote the October 4, 2016

21    transcript, page 111, lines 7 through 12, the

22    following:  "I'm not comfortable with there not being

23    an Assistant U.S. Attorney putting their feet in the

24    shoes of the defendants and the defendants' counsel,

25    and being creative about how this information could

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                                (505) 843-9494
FAX (505) 843-9492                                    FAX (505) 843-9492
                                                              1-800-669-9492

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE                        e-mail: info@litsupport.com

 1    possibly be used to benefit the defendant."

 2              The Court's ruling is supported by the U.S.

 3    Supreme Court case of Kyles versus Whitley, 514 U.S.

 4    419, at page 438, where the U.S. Supreme Court

 5    stated, and I quote, "Any argument for excusing a

 6    prosecutor from disclosing what he does not happen to

 7    know about boils down to a plea to substitute the

 8    police for the prosecutor, and even for the courts

 9    themselves, as the final arbiters of the government's

10    obligation to ensure fair trials."

11              So the upshot and the meaning of Kyles is

12    that we do not leave it to law enforcement to decide

13    what needs to be disclosed and what is relevant.  And

14    there is a good reason for that.  They don't

15    necessarily understand exactly what the parties have

16    been arguing, what the defenses are, what the

17    potential defenses are.  They may not be even

18    familiar or extremely familiar with the

19    constitutional obligations.  I noted that some of the

20    agents that did the review here are fairly new on the

21    case.  They may not know the history.  They may not

22    know the players.

23              And I think, as the Court has commented,

24    and all of us have observed, this is a very

25    complicated case.  There are a lot of tendrils.  And

SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                                Albuquerque, NM 87102
(505) 989-4949                                                              (505) 843-9494
FAX (505) 843-9492                                                FAX (505) 843-9492



PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1    to understand how a particular item in a file might

2    be relevant, or might be favorable to a defendant,

3    that really falls upon the U.S. Attorney to make that

4    determination.

5              So the United States Supreme Court has

6    entrusted the U.S. Attorney's Office with a great

7    responsibility, and that is to make these

8    determinations.  And I think, as the Kyles court

9    said, you know, it's the U.S. Attorney who decides

10   how close to tack to the wind, to make those fine

11   determinations of whether something should be

12   disclosed or not.  So that's their responsibility,

13   they're given that power.  And, of course, with that

14   power, is that very responsibility.  So that's the

15   first problem that I see with the Government's

16   approach to this issue.

17             The second problem --

18             THE COURT:  Why don't we take them one at a

19   time.  Let me just -- if you don't have anything more

20   to say on the review process, why don't I hear from

21   the Government, and then I'll let you come back and

22   take up the other issues.  Is there anybody else, any

23   other defendants that want to comment on this before

24   I hear from -- looks like Mr. Beck -- on the process

25   they used?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              All right.  Mr. Beck.
 2              MR. BECK:  So I think that 302 report is
 3    not how, perhaps, we would have written it.  But we
 4    don't write the 302s.  What it says is that the files
 5    were taken down to the Las Cruces branch of the U.S.
 6    Attorneys' --
 7              THE COURT:  Just the complete files?
 8              MR. BECK:  The complete files.  We all sat
 9    there in the room and reviewed them.  So --
10              THE COURT:  And when you say "we" reviewed
11    them, you're talking about people from the United
12    States Attorney's Office?
13              MR. BECK:  Right, yes, the three
14    prosecutors here.
15              THE COURT:  All right.
16              MR. BECK:  Two -- sorry, Mr. Castellano was
17    not there.  Maria Armijo was.
18              THE COURT:  So the five files that are on
19    the 302 that Mr. Burke had up there, attorneys have
20    been through all of it and made the determination as
21    to what to produce under Brady, Giglio, and Rule 16?
22              MR. BECK:  That's correct.
23              THE COURT:  Not the FBI?
24              MR. BECK:  Right.
25              THE COURT:  And, as far as you know, and
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    you can say this with some due diligence, you
 2    received all the materials that were in those five
 3    files?
 4            MR. BECK:  Yes, I can represent that.
 5            THE COURT:  All right.  Anything else on
 6    that issue then, Mr. Beck?
 7            MR. BECK:  I think that's it.  I think that
 8    clears it up.
 9            THE COURT:  All right.  Thank you, Mr.
10    Beck.
11            Mr. Burke -- I mean, Mr. Castle, does that
12    give you comfort, those representations?
13            MR. CASTLE:  Yes, Your Honor, we would
14    accept the position of the Government.
15            In the future, if I'm in the middle of one
16    of these arguments, and we can cut it off at the
17    pass, I have no problem with anyone interrupting me.
18            Does the Court want me to go to the second
19    aspect?
20            THE COURT:  Yes, let's go to -- unless you
21    have something else on that issue.  Anybody else?
22    Everybody comfortable?
23            All right.  Mr. Castle.
24            MR. CASTLE:  There are four files, and in
25    addition to the four files that I'm going to talk
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   about, in Document 360, we identified four separate
 2   criminal proceedings against SNM Gang members that
 3   happened over the last seven years.  And from our
 4   review of the materials provided to date, and also
 5   the Government's responses to the motion to compel,
 6   it appears that those four files -- out of those four
 7   files, three of them have not been reviewed at all,
 8   one was reviewed only cursorily.  And then it doesn't
 9   appear that the Government has looked at the four
10   criminal cases that were filed in this district
11   involving the SNM.
12           And so I'll go through those one by one.
13   And if the Court wants me to, I'll stop after each
14   one and then we can address it.
15           THE COURT:  Let's do that.  I think it will
16   help me to keep them straight.
17           MR. CASTLE:  The first one is a file that
18   is referenced in the 302 that the Court just saw, and
19   it indicated that that particular file numbered 63435
20   was -- that a cursory review was done.  And I don't
21   know -- the 302 says the cursory review was only done
22   by the FBI.  It may very well be that it was done by
23   the U.S. Attorneys also.  But a cursory review is
24   insufficient.  And the reasoning that they gave to
25   only doing a cursory review is that the file itself
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1    was considered a Barrio Azteca file called Operation
2    Tar Pit.  And the reason we believe this is a
3    relevant file to have more than a cursory review is
4    based upon the information contained in some
5    documents we found in discovery.  This is the
6    beginning of a 302 that I'm displaying on the board
7    that talks about this particular file, 63435.  The
8    Court can see it at the bottom of the --
9              THE COURT:  Point that number.
10             MR. CASTLE:  It's right there.
11             THE COURT:  Okay.
12             MR. CASTLE:  And when we go through the
13    302, this is essentially what it is, is a --
14             THE COURT:  Is that what this, is a 302?
15             MR. CASTLE:  It appears to be a 302.  I
16    think it might indicate that up somewhere at the top.
17             But whatever it is, it's a report of an
18    interview they did with a CHS.  And during that
19    interview -- I'll go to page 3 of that interview --
20    there is a discussion about my client, Bill Garcia.
21    And this CHS indicates that "Mr. Garcia was running
22    the line at Southern New Mexico Correctional Facility
23    when Frank Castillo and 'Looney' were killed."  And
24    "Looney" is the nickname for the other victim in the
25    Counts 1 and 2 pair of charges.  And the CHS says
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    that the sanctioned hits would have had to have gone
 2    through Mr. Garcia, and then he mentions some --
 3    something about Edward Troup, which it doesn't
 4    really -- we don't really understand why that got
 5    brought up.  It's in the same paragraph as this
 6    discussion about the murders in 2001.
 7              So, essentially, what I think happens, Your
 8    Honor, is that when an informant talks to the
 9    Government -- at least this is my experience.  I
10    mean, I represented people that have gone in for
11    debriefings -- and they'll talk to them, not only
12    about the area that they're primarily there for, but
13    they ask them generally about anything else that they
14    might know about, and especially CHSs that come from
15    the prison facility, it would be expected that they
16    would talk to them about anything they might know
17    about various investigations.  And so the
18    investigations interrelate.
19              And I think, as the Court saw on page 1,
20    the investigator that was doing this interview, one
21    of them is Special Agent Lance Roundy, which was one
22    of the main investigators in the 2001 murders, in the
23    early years of the various investigations in the 2001
24    murders.  And I'll try to take my chubby little
25    finger here and show the Court where I'm talking
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1    about again.
2           So, Your Honor, I think that -- oh, I'm
3    sorry, was the Court done seeing --
4           THE COURT:  I think, so yeah.
5           MR. CASTLE:  When you have an indication
6    that there might be some crossover, which we have in
7    this document between various investigations, then
8    the Government is on notice that -- the U.S.
9    Attorney's Office is on notice that there might be
10   material in that file that may be relevant, and may
11   be favorable to the defense, or might be inculpatory,
12   for that matter.  But it's certainly relevant.  And
13   at that point it's incumbent upon the prosecution to
14   review that file.
15          I think all the case law indicates,
16   essentially, that defense doesn't have to point and
17   tell the Government where to look and how to look.
18   But it's certainly helpful.
19          In this case, we showed them the file
20   number and asked them to do a thorough review, and
21   they decided to do a cursory review.  I don't think
22   that should give anyone confidence that that file
23   doesn't contain more material that is relevant or
24   helpful to the defense.  That's my argument
25   concerning that particular file.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    THE COURT:  All right.  So I guess to put

2    the issue, your concern is two-fold; one, has it been

3    reviewed at all; and then, B, has Mr. Beck or an

4    attorney reviewed that file for Giglio, Brady, and

5    Rule 16 material?

6            MR. CASTLE:  Yes.

7            THE COURT:  Okay.  All right.  Mr. Beck?

8            MR. BECK:  So I just want to point out why

9    we feel confident that we have at least met our

10   obligations.  And so what happens is, the way we

11   perform this case, is we search the SNM files and

12   then we search all the FBI files, wherever they be,

13   for certain names, whether they be the defendants'

14   names, other SNM members' names, the SNM, their

15   monikers, things like that.  So what happens is

16   sometimes we get sources from different documents.

17           So, for instance, if we look at this case,

18   we've been asked to review this file, 63435.  When we

19   go down here to the other files that Mr. Castle was

20   pointing to, Substantive Case File number, you'll see

21   again 63435.  Now, next to it you'll see 62017.  If

22   we look at the report that Mr. Castle was showing

23   earlier, the files we reviewed, the first one is

24   62017.

25           THE COURT:  So those are the same file?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              MR. BECK:  Right.  So what this document is
 2     saying is that this document, filed in 63435, was
 3     sent to two different files.  It was sent to 62017,
 4     the SNM file that we reviewed, but because this
 5     particular source also had information about the
 6     Barrio Azteca Gang, it was also sent to that case
 7     file, the Barrio Azteca file.  So this document
 8     appears in two different files.  And it looks like
 9     the one that we sent out was from the Barrio Azteca
10     file.
11              So for these source reports -- and I think
12     that Mr. Castle -- I don't want to ruin the ending
13     here -- I think there are two files that are source
14     files.  You have a file for the source, at least
15     that's the way they used to do it.  And then, like
16     this document, where the information comes, it's
17     funneled into open investigations in those files.
18              THE COURT:  Well, okay, so it looks to me
19     like what you're representing is that you've reviewed
20     62017, right?
21              MR. BECK:  That's right.
22              THE COURT:  But you have not reviewed
23     63435?
24              MR. BECK:  That's right.
25              THE COURT:  How big a file is it?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              MR. BECK:  We don't know.  We don't have
 2    that file.  It's my understanding that that file is
 3    in Texas related to the Barrio Azteca Gang.  So we
 4    don't have that file.  The same thing with the other
 5    files that -- the other three files we're going to be
 6    talking about.  We don't have those files.
 7              THE COURT:  Your office never did an
 8    investigation of that gang?
 9              MR. BECK:  I don't know.  That
10    investigation is in Texas, not in New Mexico.
11              THE COURT:  Is that a West Texas Gang?  Is
12    that an El Paso gang?  What is that gang?
13              MR. BECK:  Yes, that's my understanding.
14    West Texas, El Paso.
15              THE COURT:  So it's probably in the Western
16    District of Texas?
17              MS. ARMIJO:  It is, Your Honor.
18              THE COURT:  Probably in El Paso?
19              MS. ARMIJO:  It's a huge file.
20              THE COURT:  I'm sorry?  It's a huge file?
21              MS. ARMIJO:  And it's a rather extensive
22    investigation.
23              THE COURT:  When you say "huge," you're
24    talking about what?  What kind of numbers?
25              MS. ARMIJO:  I believe they've done --
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492





PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   Texas has done two RICOs that I believe have many
 2   more defendants than our case.  And it's been pending
 3   for quite some time.  So I'm sure it's quite
 4   voluminous.
 5             THE COURT:  What judge has it?
 6             MS. ARMIJO:  I don't remember.
 7             THE COURT:  They all look alike, right?
 8             MS. HARBOUR-VALDEZ:  Your Honor, Judge
 9   Cardone had the one that I was involved in.
10             THE COURT:  Okay.  Is it still pending,
11   still going?
12             MR. BENJAMIN:  Your Honor, I just left that
13   matter.  That matter has been over the course of 2010
14   to today.  So it's not this.  There is two defendants
15   pending for the last year that I was involved in in
16   that case.  It's a piecemeal.  And there was a 2008
17   case before that that related to that case.  And that
18   case, once again, was a piecemeal case.  I believe
19   the 2010 case resulted in one trial.
20             I'm not intending to interrupt, Mr. Beck,
21   Your Honor, so I apologize.
22             MR. BECK:  Oh, no need.  I think it's --
23             THE COURT:  So it's got two people left?
24             MR. BENJAMIN:  No, no, no.  It's piecemeal.
25   I was involved in the last year, Your Honor.  And
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    there were two defendants that were pending during

2    that year.  It's just kind of been extraditing them

3    one by one.

4              THE COURT:  Oh, they didn't bring a

5    30-defendant case, they'd just bring two at a time?

6              MR. BENJAMIN:  It is not this, Your Honor.

7              THE COURT:  Okay.  All right.

8              MR. BECK:  And so, I guess the reason that

9    I think Mr. Castle said we made a conscious decision

10   not to review these files is that we feel confident

11   we have the files related to SNM, SNM members, we

12   understand our obligations.  And I think as the Court

13   found, rightly so, last October, in the decision Mr.

14   Castle was reading from -- the March memorandum

15   opinion and order -- that beyond that, beyond these

16   SNM files right now, is a fishing expedition.  And I

17   think that's the right conclusion, and we stand

18   behind that today, that there are certainly lots of

19   other files out there in the FBI.  And they are, I

20   think, in the United States' possession, or in the

21   federal government's possession.

22             And so this case, just like any other case

23   that the FBI, the DEA, you know, the ATF takes on,

24   there is certainly a certain risk out there that

25   there is some document that references the defendant

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1    in the Government's possession that didn't make it
2    into the United States Attorney's hands, didn't make
3    it into the case file.  That's a risk in this case,
4    just like it is in other cases.
5           The FBI, to rebut that, places different
6    documents in multiple files.  And that's what's
7    happened here.  So that's why the United States made
8    this conscious decision.  We recognized there is a
9    risk.  There always is a risk, but we feel it's very
10   small in this case, given the search that we've done
11   through all the SNM files.
12          THE COURT:  All right.  Thank you, Mr.
13   Beck.
14          Mr. Castle, did that give you any
15   information you didn't have before you got up this
16   morning?
17          MR. CASTLE:  It's more information, but it
18   doesn't give me any more comfort.
19          THE COURT:  Okay.
20          MR. CASTLE:  And I'll tell the Court why.
21   When we were here last -- I think my pages got out of
22   the order, Your Honor.  If I could have a second.
23          THE COURT:  Certainly.
24          MR. CASTLE:  When we were last arguing this
25   issue in October, the issue came up that there was a
```

SANTA FE OFFICE                                                        MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                           Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492                                                FAX (505) 843-9492
                                                                     1-800-669-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

e-mail: info@litsupport.com

```
 1    rival gang to the SNM, by the name of Los Carnales,

 2    and that because they were rival gangs, there would

 3    be potential that there would be a cross-pollination

 4    of reports that were relevant to the SNM Gang in a

 5    particular Los Carnales investigation.  And the Court

 6    indicated that, if we identify a file that we believe

 7    might have this possibility of cross-pollination of

 8    reports, that the Government was to review that file

 9    for any discovery.

10            Well, the Barrio Azteca organization has

11    been identified by the FBI as a rival organization to

12    the SNM.  And because I didn't know this argument was

13    coming up, I don't have this in paper form, but I

14    would reference the Government to a -- on the 28th of

15    April, 2011, the Federal Bureau of Investigation

16    produced a situational information report.  And I'd

17    invite Mr. Beck -- this is in discovery, if he wants

18    to view over my shoulder.  And in that report, it was

19    titled, "Identification of Syndicato de Nuevo

20    Mexico/SNM membership requirements."  And in that

21    report it indicates that the Barrio Azteca is a rival

22    gang to the SNM.  And so --

23            THE COURT:  Where are they going to be --

24    educate me a little bit.  Where are they going to be

25    a rival gang?  Is there some prison in New Mexico
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

49

```
 1    that contains both gangs?
 2              MR. CASTLE:  It indicates in this report
 3    that it's, "As of February 2011, the SNM leadership
 4    at the Southern New Mexico Correctional Facility,"
 5    which is the facility where these two murders took
 6    place, attempted to align with the Sinaloa Cartel.
 7    And the Sinaloa Cartel is aligned with Barrio Azteca.
 8    And it says the SNM, in return, allegedly would
 9    allegedly kill Barrio Azteca members on behalf of the
10    Sinaloa.  So what they're talking about is, they're
11    linking the SNM with Barrio Azteca in the very
12    facility that we're talking about.
13              THE COURT:  And where did you get this
14    document that you're referencing?  Was this in
15    production in this case?
16              MR. CASTLE:  It doesn't have a Bates stamp,
17    Your Honor.  And so what I -- frankly, what I was
18    doing is a search on my computer for Barrio Azteca,
19    and this popped up.  I'm fairly certain that this is
20    out of this case, because this is a memo for the
21    Albuquerque Division of the FBI, and it's an
22    unclassified law enforcement document.  So it might
23    have been in our investigation; it might have been in
24    some other form, but --
25              THE COURT:  All right.  Anything else you
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1    want to say on that topic?

 2                MR. CASTLE:  No, Your Honor.

 3                THE COURT:  Anybody else?  Any other

 4    defendant want to comment on this topic?

 5                Let me ask you, Mr. Beck, if you have the

 6    answers to these questions.  Let me ask you about

 7    this file.  And if I'm impinging on work product,

 8    then you can tell me you'd prefer not to answer the

 9    question.  But let's say in this file -- let's say in

10    this case, do y'all have all the documents on a

11    computer system?  If I was in a civil case with

12    40,000 documents, I'd expect Ms. Wild to have every

13    one of them on a computer database, and I could

14    probably search different things to get ready for

15    different depositions, cross-examination, that sort

16    of thing.  Is this file on that sort of database?

17                MR. BECK:  It is in an electronic database.

18                THE COURT:  Let me ask, then, if you're

19    doing it that way -- and that's pretty standard for

20    everybody getting ready for trial -- is it likely the

21    Western District of Texas would have it the same way?

22    And then, you can see my next question is:  Without

23    you having to manually get all these documents and

24    review every one of them, could you ask your

25    colleague to do some limited word hits, and see what

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1    comes up as a way of seeing if there is anything in
2    that file that is related to SNM?
3              MR. BECK:  That's how these documents came
4    to be produced in this case.  That's what happened,
5    is that through the -- so, to view it, I would have
6    to sit at a desk at the FBI that has access to the
7    file.  I can't view it from my computer, I can't view
8    it from here.  I would have to be at the FBI
9    reviewing the pages.  The way that you search through
10   that system, it's my understanding -- I don't
11   think -- I mean, I don't think I'm giving up anything
12   there -- but it's my understanding, just as you said,
13   you can do a word search.  And so when the word
14   search was done for all the defendants, for SNM, for
15   Syndicato de Nuevo Mexico, all the terms related to
16   this case, that's where sometimes these documents
17   came up and where duplicates came up.
18             THE COURT:  So they were coming out of --
19   were they coming out of -- was this done for file
20   63435?
21             MR. BECK:  Yes, it was done -- I mean, it
22   was more robust than that -- it was done across the
23   FBI.  So files from 63435 -- if I'm saying that
24   right -- the number that you just said -- files came
25   down from that, documents --
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1              THE COURT:  In other words, you have sort
2      of -- I'll call it a Westlaw/Lexis sort of system,
3      where the FBI can plug in every 302 that's been
4      dumped into the system and do a massive word search?
5              MR. BECK:  Yes, that's my understanding,
6      and I think that's right.
7              THE COURT:  Now, it's typical in a civil
8      case, where we're trying to use either algorithms or
9      some of the more sophisticated programs to substitute
10     for paralegals and young associates going through
11     massive amounts of materials, to have a fairly robust
12     sharing of information about the protocols being used
13     so that we can dispense with a paper-by-paper or
14     page-by-page review, and just rely upon what I think
15     are increasingly reliable search techniques and
16     search engines.  Would you be willing to share with
17     the defendants the search terms that you used for
18     63435, which I understand probably is not going to be
19     just limited to that; it's going to be the search
20     terms that you used?
21             MR. BECK:  Right.  Hold on one second, Your
22     Honor.
23             (A discussion was held off the record.)
24             MR. BECK:  Yes, we're comfortable with
25     that, Your Honor.  And again, it's not -- we don't
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                    (505) 843-9494
FAX (505) 843-9492                                          FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1   search a case file.  We search the FBI, and then it
 2   comes down from the different case files.
 3               THE COURT:  I understand.
 4               MR. BECK:  We're happy to share the search
 5   terms we used with the defense team.
 6               And I'm guessing where you're going next,
 7   if there is any additions or anything else that they
 8   would like us to add, we will certainly consider
 9   doing that, and searching those additional terms for
10   them, if that's where you're going.
11               THE COURT:  That was where I was going.
12   Thank you, Mr. Beck.
13               Mr. Castle, that seems to me to be a good
14   modern approach to trying to make sure that you have
15   the information.  Any flaws you see with where I'm
16   going?
17               MR. CASTLE:  Well, I think it covers some
18   of the gap, but not all of it.  Now, I'll explain
19   why.  Just going back to the original report.  This
20   was done because they did a search for the name
21   Edward Troup.  And so that revealed this file number.
22               THE COURT:  So you know some of the search
23   terms they're actually using?
24               MR. CASTLE:  Some of them.  And, for
25   example, they don't use Mr. Troup's nickname of
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  "Guero."  They did a search under Billy Garcia, but
2  not under the name "Wild Bill."  So we can probably
3  fill in some of those gaps with that.
4         But we have to understand to some extent
5  the history of what's gone on here.  When this case
6  started, when we got the discovery, they did not
7  review the five files that produced over 1,000 pages'
8  worth of relevant material already.  So we have to
9  understand there is a gap here, and there has been a
10  hole here that needs to be filled.
11         And so I think last time we did talk --
12         THE COURT:  Let's see what Mr. Beck says.
13  You said you didn't mind being interrupted.  Let's
14  see what he says.  Mr. Beck.
15         MR. BECK:  So it's my understanding that
16  the way this search was done is we did search "Wild
17  Bill" and "Guero."  Guero, I think everyone agrees is
18  a common moniker.  So if you search "Guero," I don't
19  think anyone wants to see the number of documents
20  that would come up.  But the FBI searched
21  "Guero/SNM," so that they would get documents that
22  tied "Guero" or "Little Guero" to the SNM.  So that
23  is a caution that -- I can't guess the number of
24  documents that would come up if we looked through
25  just "Guero" by itself.  So we did search those

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   monikers as well.
 2            MR. CASTLE:  If I could just -- I'd like to
 3   give the Court an analogy.  When I've been doing some
 4   research online on case law that Your Honor has
 5   written on an issue such as Brady, I could put Your
 6   Honor's name into the search engine, and I can find a
 7   page with your name on it.  But I have to then review
 8   the whole case to understand what is relevant.
 9            And what they're talking about is:  We'll
10   give you the page where the hit shows, with Edward
11   Troup.  But to me, what that tells them really is
12   that's a file.  Now, when you do that, you see a file
13   number, that tells you that that's a file you need to
14   review, because they've discussed here the 2001
15   murders.  And what if in that file there is an
16   informant who said it was somebody else who did the
17   murders?  That wouldn't show up on a search for
18   Edward Troup or Billy Garcia, because it would show
19   someone else's name.
20            So just like a Westlaw search, I think once
21   the FBI and the Government hits on a file that has
22   relevant material, that triggers an obligation to
23   review that file to see if it contains other
24   information that is relevant.
25            And to give the Court another example of
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    this:  If we go right back to this one -- same

2    document, this CHS gives this report, and there might

3    be other material in this file about the CHS that

4    says -- that shows that the informant is credible or

5    incredible.  There might be Giglio material in that

6    file concerning the informant.  And that's not going

7    to show up in any search of this.  So that's the

8    problem with the proposal that they have.

9              THE COURT:  Well -- go ahead, Mr. Beck.

10             MR. BECK:  I was going to say, I think

11   there is a distinction.  I think, as that report

12   shows, when a name comes up from another file, we

13   take the entire report.  And so I think that is

14   analogous to reading Your Honor's entire decision.  I

15   think, to go and look through that whole file page by

16   page, would be more like, if we see something in Your

17   Honor's opinions that's helpful, then we review all

18   the District of New Mexico's decisions for the entire

19   year to see if there is something inconsistent.

20             If that source -- now, going to the next

21   argument, if that source has something in the file

22   that makes them an incredible witness, if we're using

23   them as a witness, if we're using that information,

24   then that's helpful, and we need to know that.  But

25   for a lot of these people who will come out in the CI

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    disclosures, and a lot of these sources, we don't
 2    know anything about them, other than that they gave a
 3    certain document, right?  So we can't -- I mean, we
 4    can't bring that in.  There is hearsay rules and
 5    confrontation clause rules that prevent that.  So I
 6    think that's -- I think that reading the entire
 7    decision is a bad analogy for what we're being asked.
 8              THE COURT:  Let me make sure I understand
 9    the analogy.  You're saying that when you get a
10    hit -- let's say you get one of my 151 pages on
11    motion to sever, you're going to look at my name,
12    and -- somewhere on page 49, and then you kind of
13    look at it, and you make a determination.  You know,
14    if I understand "Guero," that's slang for a pale
15    person, pale one.  You look at it and you say it
16    doesn't have anything to do with SNM.  This is Jim
17    Browning's opinion about Federal Rule of Civil
18    Procedure 15(a) and amendments to the complaint.  You
19    make a professional judgment this doesn't have
20    anything to do with it, and you're not reading the
21    whole opinion?  Is that the analogy?
22              MR. BECK:  No, I don't think so.  What
23    we've done in this case is, if we find the 151-page
24    motion to sever, we produce that document.  Now,
25    we --
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              THE COURT:  You just turn over the
 2   document.
 3              MR. BECK:  Right.  Right.  Unless --
 4              THE COURT:  But you're not going and
 5   reading the whole FBI file that contained that
 6   document?
 7              MR. BECK:  Right.  That's right.
 8              And I don't want the Court to misunderstand
 9   that we did do a search for "Guero," and looked
10   through every hit on that to see if it was Mr. Troup.
11              THE COURT:  Right.  You did "Wild Bill,"
12   and you did "Billy," and "Bill"?
13              MR. BECK:  I can't make those
14   representations now, but I can represent --
15              THE COURT:  It's something like that?
16              MR. BECK:  Something like that.  And we
17   will turn that list over to the defense.
18              THE COURT:  All right.  Does that help you
19   at all?
20              MR. CASTLE:  It helps us.  But again --
21              THE COURT:  You still think they ought to
22   review the whole file?
23              MR. CASTLE:  Yes.  I mean, this is an
24   investigation of an organization that they've been
25   doing for 15 years.  And they have a number of files.
```

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                 Albuquerque, NM 87102
(505) 989-4949                                          (505) 843-9494
FAX (505) 843-9492                                  FAX (505) 843-9492
                                                      1-800-669-9492




BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE
e-mail: info@litsupport.com

1   And the way it's proceeded so far is the Government

2   waits until we identify a file before they have

3   either the FBI or themselves review it.  And that's

4   not the way it's supposed to be.

5          THE COURT:  Well, but in fairness -- I

6   mean, we know they have a Brady obligation, but there

7   is a give and take.  I mean, defendants always come

8   in in any case -- sometimes it's plaintiffs in my

9   civil cases, they're saying:  Did you look here, you

10  know.  And defendant said, No, I didn't think to look

11  there.  And they look there, and there will either

12  be -- so I mean, there is a give and take in

13  discovery.  That's what we're doing here.  I'm trying

14  to massage this thing to get your hands on the

15  documents you need to defend these defendants.  But

16  at the same time I'm trying to be realistic about it.

17         I think the Government has presented a good

18  solution.  I think, if you got more hits and

19  searches, give it to them.  It looks like they're

20  giving you documents.  It seems to me that they're

21  taking their obligation seriously.  It may not be

22  exactly what you want, but they're taking it

23  seriously.  And they have to make some professional

24  adjustment -- everybody does in any case -- the civil

25  defendants, or the Government in the criminal cases,

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   to say:  We're going to cut it off here, and we're
 2   going to go there.  And it seems like they put in
 3   some safeguards, primarily you and the other defense
 4   lawyers here to say, Well, have you looked here?
 5           So I think I'm going to live with the
 6   Government's proposal.  And you can go back with some
 7   search terms.  Mr. Beck, you'll put a letter together
 8   telling them what search terms you used.  And let's
 9   continue to rock along here before we start requiring
10   just a wholesale review of documents that I think are
11   going to probably produce very marginal materials
12   that are beneficial to the case.  It seems to me
13   we've got a good check and balance in place here.
14   And I've got to rely -- we all got to rely to a
15   certain degree on the Government's taking seriously
16   their Brady obligations.  And it seems to me they're
17   doing it.
18           All right.  What else, Mr. Castle?
19           MR. CASTLE:  Your Honor, the second one is
20   concerning a file with the last five numbers of
21   61844.  I'm going to show the Court a document and
22   point out the file number.  Once again, it's right
23   here.  And it's a linked file with a subfile, which
24   the Government has reviewed, which is titled "SNM."
25   This is a report of another source of information,
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1   and an identified source.  It talks about a number of
 2   the defendants in this case, such as Mr. Baca.  And
 3   on page 2, my client is discussed by this source of
 4   information.  I'm trying to find -- yes, Billy
 5   Garcia.  And so it's our position that they should
 6   review that file.  And I'm not sure -- perhaps, I
 7   should stop now, and indicate whether they've
 8   identified whether that file is something unrelated
 9   to the SNM at all, or the 2001 murders?
10          THE COURT:  This is 62017?
11          MR. CASTLE:  No, this is 61844.  And in the
12   original file that we showed the Court they did not
13   review that file according to this 302.
14          THE COURT:  Mr. Beck.
15          MR. BECK:  Again, just above that 61844A,
16   immediately above it is 57713, case ID, and the 302
17   that shows which files we did put our hands through
18   includes 57713.  So again, this, and the primary case
19   up at the top is 57713-SNM.  So again, this file came
20   from the SNM file.  It may link up, again, with
21   another file below there.  So again, this is another
22   example of a document that went to two different
23   files.  Two different documents out there; one of
24   them went to 57713, which we hand reviewed; one of
25   them went to 61844, which we did not review.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1          THE COURT:  Okay.  So this one, then, is
 2    electronically searched then?
 3          MR. BECK:  Right.  Yes, this is the same
 4    status as the one we just talked about.
 5          THE COURT:  Do you know off the top of your
 6    head -- we have a little better sense of that other
 7    file.  I don't have the number up in front of me.
 8    But we had a little better sense to what gang it was
 9    referring to.  Do we have any sense to what this one
10    is?
11          MR. BECK:  That's not referring to a gang.
12    That's my understanding that's referring to the
13    source.  So the way that I understand the FBI used to
14    do these things is the source would have a file.  So
15    that is the source's file.  I don't have any idea how
16    big that is.
17          THE COURT:  So you've got a CHS and he's
18    doing something in SNM, but he also might be doing
19    something else and giving you information, so you
20    send it to that file as well?
21          MR. BECK:  Right.  So when you have a
22    source, the way they used to do it -- they probably
23    still do some modification of this -- but in this
24    case, that source had a file.  If they provided
25    information that related to another open file in the
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    FBI, a document was placed in their file, a document
 2    was placed in that file.  So this is an example like
 3    that.
 4              THE COURT:  So this file has been
 5    electronically searched for the same code words that
 6    you're going to --
 7              MR. BECK:  When we searched the FBI files,
 8    this document came up.
 9              THE COURT:  Okay.  Mr. Castle.
10              MR. CASTLE:  Your Honor, I accept the
11    Government's representation that they have a separate
12    file for these particular CHSs.  But I think they're
13    under a duty to search the CHSs' files.  Now, I don't
14    know if the CHS is going to be used in this case.  I
15    have no idea.  But certainly with regards to CHSs
16    that are going to be used in this case, they need to
17    go through their personal -- that file.  Because, if
18    they gave false information in a different
19    investigation, that's Giglio.  If they had --
20              THE COURT:  Let's see what Mr. Beck is
21    going to say on this, if you don't mind being
22    interrupted.
23              MR. BECK:  I mean, I was going to say we
24    understand our Giglio obligations as they relate to
25    that.  We know that witnesses that we have previous
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1    inconsistent statements are Giglio.  We know we have

2    an obligation to know that information, if it's in

3    the United States' possession.  So we haven't looked

4    at this file.  That probably tells everyone that

5    we're not using this person as a witness.

6              THE COURT:  Not using this guy.

7              MR. BECK:  So --

8              THE COURT:  All right.  Anything else on

9    that one, Mr. Castle?

10             MR. CASTLE:  The only thing I would note is

11   that this document came up because it was searched

12   under Mr. Garcia's name.  And it indicated -- I think

13   what this means is that these files were the primary

14   case file for an investigation of Mr. Garcia.

15             THE COURT:  So you have a little sense as

16   the search terms they're using?

17             MR. CASTLE:  Yes.

18             THE COURT:  Mr. Beck.

19             MR. BECK:  That's not what "primary case"

20   means.  I don't know what it means, but it doesn't

21   mean that.  And I will say that, again, I think we've

22   heard numerous times that people have found

23   productions of the same discovery multiple times at

24   different Bates numbers.  And this is an example of

25   why.  Because when we did the search with the
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1    monikers, we produced that information, and the

 2    names, we produced that information.  Then, as Your

 3    Honor said, the checks and balances, they asked to us

 4    go back and search those files.  We did search those

 5    files, those hand files.  So that's why this document

 6    is likely to have been produced twice, because it was

 7    produced with the Billy Garcia search on the top.

 8    Then, when we went back through 62017, it was

 9    produced again from that source file.  So that's why

10    I'm saying the United States feels comfortable and

11    confident with the process we've worked out.

12              THE COURT:  All right.  Anything else on

13    that one, Mr. Castle?

14              MR. CASTLE:  No.

15              THE COURT:  All right.

16              MR. CASTLE:  Your Honor, the next one is

17    59388.  I'm pointing to the case number, 59388.  This

18    is titled, "Full investigation."  And the document

19    title is "The Syndicate of New Mexico uses murders

20    and assaults," dated July 21, 2005.  It talks

21    considerably -- it's an individual who has agreed to

22    testify provided the following information.  And then

23    it goes down and talks about various individuals that

24    are indicted in this case, and it goes on to page 2

25    of that.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1          Looking back at the 302, the file, which is

2    59388, has not been reviewed by the Government.  So

3    based upon our review of the original 302 --

4          MR. BECK:  I think if we go back, you'll

5    see it's the second number on that 302.

6          THE COURT:  Which one, Mr. Beck?

7          MR. CASTLE:  Oh, I'm wrong.  Apparently,

8    they did search it, Your Honor.  My eyes failed me.

9    So we can move on.  We withdraw the claim of 59388.

10         The next one is file number 54711, which

11   unless my eyes fail me again, is not on the 302.  But

12   I will show the Court what 54711 is.  This is 54711.

13   This is a 302 contained within that file.  And this

14   is -- in this 302 they're questioning people about

15   the deaths of inmates, Frank Castillo and Rolando

16   Garza, at the Southern New Mexico Correctional

17   Facility.  So that's what the purpose of this 302 and

18   investigation is.  That's the exact case that we're

19   talking about in Counts 1 and 2.

20         MR. BECK:  Scroll that down a little bit.

21         MR. CASTLE:  Judge, I don't mean to be

22   confusing the Court.

23         THE COURT:  No, that's fine.

24         MR. CASTLE:  And it goes on for several

25   pages, where it identifies various individuals, such

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                 Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 843-9492                                                 FAX (505) 843-9492
                                                                   1-800-669-9492

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE                        e-mail: info@litsupport.com

1    as one defendant, Allen Patterson; an alternate

2    suspect in this case by the name of Ray Molina; one

3    of the defendants who has recently pled out, Eugene

4    Martinez.  It discusses additional inmate interviews

5    in the Castillo and Garza murders.  And goes on, Your

6    Honor.  It talks about various defendants,

7    Mr. DeLeon, Mr. Troup, and again Mr. Gallegos.

8    That's not the only document.

9              THE COURT:  Let's do this:  We're beginning

10   to have defendants that need to go use the restroom.

11   If you don't mind, let's take a break here and let

12   everybody do what they've got to do, and come back in

13   about 15 minutes.  We're getting pretty close to our

14   morning break anyway.  We'll be in recess for 15

15   minutes.

16              (The Court stood in recess from 10:30 to

17   10:53 a.m.)

18              THE COURT:  All right.  Do we have

19   everybody?  Look around.  Everybody back in?

20              All right.  Mr. Castle.

21              MR. CASTLE:  Your Honor, the break was

22   timely because we resolved the remaining matter.

23              THE COURT:  Okay.

24              MR. CASTLE:  In regard to file 54711, the

25   Government thinks they may have done a full review of

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

PROFESSIONAL COURT
REPORTING SERVICE

 1    that.  And my review of -- and I was wrong, it was

 2    like 3,000 pages that we were provided.  There were a

 3    number of documents from that file that we received

 4    in discovery.  So what they're going to do is between

 5    now and May 30, make sure that they did a full

 6    review.  If they didn't, they'll do the full review

 7    and produce accordingly.  And if they already did do

 8    the review, they'll let us know.  And we accept that

 9    resolution.

10            THE COURT:  Okay.

11            MR. CASTLE:  The other aspect is the

12    Government also is going to get us that list of names

13    by May 30.  They might have earlier.  But they have a

14    number of disclosure obligations in the next couple

15    of weeks.  And so we thought that was appropriate.

16    And then we'll get together and try to give them a

17    comprehensive list among all the defendants.  And

18    I'll take it on myself to collate, essentially, and

19    remove duplicates of various counsel's requests.

20            THE COURT:  All right.

21            MR. CASTLE:  And I think that resolves the

22    issues that I have.

23            THE COURT:  All right.  Does that resolve

24    everything in your motion?

25            MR. CASTLE:  Yes.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              MR. BECK:  Yes, Your Honor.
 2              THE COURT:  All right.  And anybody else on
 3     those motions, those issues?
 4              All right.  Thank you, Mr. Castle.
 5              I think that, then, ends the motions that
 6     we have for today.
 7              You just let Mr. Castle in, Ms. Johnson?
 8              MS. JOHNSON:  Oh, yes, Your Honor.
 9              THE COURT:  All right.  Let me ask this:
10     Is there anything else we need to discuss before we
11     end this case?  I have a detention hearing.
12              Mr. Creecy?  Ms. Harbour-Valdez?
13              MR. CREECY:  Yes, Your Honor.  On behalf of
14     Ms. Rodriguez, we were brought into this case in the
15     second superseding indictment in March.  And since
16     that time, and just over the last week, we have been
17     working with the United States Attorneys to get
18     discovery in this case.  We've just started receiving
19     a little bit of discovery this week.  And we
20     appreciate efforts of the United States Attorneys
21     working with us in order to do that.  We have a very
22     small amount of discovery that we received so far.
23              And I just wanted to inform the Court that
24     as we review this, we might have to file motions on
25     behalf of Ms. Rodriguez concerning that discovery, or
```



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1    concerning events in this case.  While we don't want
 2    to duplicate what has been done in the past -- and
 3    we'll definitely review the Court's opinion on other
 4    motions that have been filed -- we just wanted to
 5    alert the Court that we do have that issue that might
 6    be looming, that we might have to file other motions
 7    on behalf of Ms. Rodriguez.
 8              THE COURT:  All right.  Well -- and a lot
 9    of stuff has been done orally.  You've been with me
10    long enough in a lot of cases, but you also have been
11    witnessing this morning -- and I know Mr. Winder was
12    last week -- a lot is being done like we did this
13    morning, a lot of hands-on sort of orders and
14    agreements and things like that.  So you may have to
15    review some transcripts as well to get a good feel
16    for exactly what discovery is being required, and
17    what I haven't been requiring, so to try to get a
18    feel for it.  But I know you're doing that.
19              MR. CREECY:  Yes, Your Honor.  If we have
20    any unique issues for Ms. Rodriguez, which might be a
21    little different than other defendants, then that's
22    what we'll be looking at.  We'll try not to duplicate
23    anything that's been done with other defendants.
24              Thank you, Your Honor.
25              THE COURT:  I appreciate it, Mr. Creecy.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492





PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Thank you, Mr. Creecy.

2              Ms. Harbour-Valdez.

3              MS. HARBOUR-VALDEZ:  Your Honor, we would

4    like the Court to reconsider the motion for

5    continuance that was filed on behalf of the Counts 1

6    through 5 and 13 through 16.  The Court may recall

7    that all of the defendants were in agreement with

8    that continuance, and the Government would not oppose

9    it.  But we had one defendant who was asserting his

10   speedy trial rights.  It appears that that one

11   defendant's case has been worked out this week.  And

12   we would like the Court to reconsider -- I know you

13   denied it without prejudice.  I don't know if you

14   want us to do any additional briefing on it.  But

15   since you opened the door to hear other things, we

16   would like the Court's thoughts on that.

17             THE COURT:  You don't want all my thoughts,

18   do you?

19             MS. HARBOUR-VALDEZ:  Probably not.

20             THE COURT:  Let me ask the Government, and

21   let me ask, Ms. Johnson:  Is your deal -- I know that

22   you've got some details to work out -- is your

23   agreement done enough that I can rely on it for

24   anything that Ms. Harbour-Valdez is asking me to

25   consider?  I mean, can I consider it that Mr.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    Gonzalez is out of the case, and I can rely on that
 2    for making scheduling decisions?
 3              Let me ask you first, Ms. Armijo?
 4              MS. ARMIJO:  Yes, Your Honor, I believe so.
 5    Obviously, Ms. Johnson would be in the best position.
 6    But we believe so.  We provided her with a plea
 7    agreement, and we're just working out some minor
 8    details on wording.  But I believe you can do this.
 9              THE COURT:  Ms. Johnson?
10              MS. JOHNSON:  Yes, Your Honor.  There are
11    some minor details -- well, actually not minor for
12    Mr. Gonzalez.  We've requested some change in some of
13    the language, which if they are not changed as
14    requested, those would be a deal-breaker.
15              And just -- Your Honor, may I confer with
16    my client for just one second?
17              THE COURT:  Yeah.  And I guess the question
18    I probably would ask you is:  Am I probably ever
19    going to see you again asserting Speedy Trial Act
20    rights in this case?
21              MS. JOHNSON:  You could be.
22              THE COURT:  Can I rely upon that to
23    schedule with the rest of the folks, or am I -- do
24    you think I might see you again?  I guess the reason
25    is, I'm wondering is if what I need to do with
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   Ms. Harbour-Valdez's request is wait.  I mean, I
 2   think I've said that if everybody is on board to move
 3   this trial, that's going to probably be very
 4   influential on me.  I do worry about the ripple
 5   effects on the other cases and other defendants in
 6   the other cases.  But nonetheless, I may have to
 7   solve those problems by not honoring the Government's
 8   request to try one case before the other.  But --
 9               MS. JOHNSON:  May I confer with my client?
10               THE COURT:  Certainly.  Take your time.
11               (A discussion was held off the record.)
12               THE COURT:  All right.  Let's go back into
13   order.
14               Ms. Johnson, do you have something to say
15   to the Court?
16               MS. JOHNSON:  Yes, Your Honor.  We do have
17   an agreement now.  So the Government is going to
18   finalize it, send it over, and we'll get it
19   scheduled.
20               THE COURT:  All right.  So I can rely upon
21   you not to be present at any more of these hearings
22   and assert your Speedy Trial Act rights?
23               MS. JOHNSON:  Not in this case, Your Honor.
24               THE COURT:  Not in this case, okay.  I
25   don't want to kick you out of federal court.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              MS. JOHNSON:  Another case, possibly.

 2              THE COURT:  All right.  Thank you, Ms.

 3    Johnson.

 4              Ms. Armijo?  Mr. Castellano?  Is that a

 5    fair representation?

 6              MS. ARMIJO:  Yes, Your Honor, it is.

 7              THE COURT:  All right.  What's your

 8    thoughts on Ms. Harbour-Valdez' renewed motion to

 9    continue the trial?

10              MS. ARMIJO:  We don't have any objection as

11    long as the deadlines that have passed, some of them

12    can be reinstituted.  The only issue we have is -- of

13    course, we've always said that we want the Baca case

14    to go last.  And I believe there was one hold-out in

15    that case -- they're not here today -- 1613.  But I

16    believe there may be some other attorneys here that

17    have more insight on that.  And it was just one

18    person that was kind of holding out.  But I've been

19    told by counsel here that they think that that person

20    will agree to a continuance.  And if that's the case,

21    then everything can be shifted, Your Honor.

22              And I believe, for the short term at least,

23    I think we can get the July one off the table.  We

24    can at least push that one down a little bit more.

25              THE COURT:  Now, Baca -- we've got the
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    second half of DeLeon, and we've got Baca all set for

2    November -- no?  When do we have Baca set?

3              Well, let me ask you, Ms. Harbour-Valdez,

4    take the first condition first, put aside any

5    problems with Baca.

6              (A discussion was held off the record.)

7              THE COURT:  So my memory is the second half

8    of DeLeon, and then the Baca are both set for

9    November 6.  Putting that issue aside, what that

10   hold-out in Baca -- his position on that is -- on the

11   first set of conditions about the passed deadlines,

12   and those sort of things, is that something that the

13   defendants in DeLeon would agree with?

14             MS. HARBOUR-VALDEZ:  Yes, Your Honor.  We

15   anticipated a new scheduling order would be submitted

16   for the Court's approval.

17             THE COURT:  And that's what you're

18   basically saying as well, Ms. Armijo?

19             MS. ARMIJO:  Yes, Your Honor.

20             THE COURT:  Okay.  Well, why don't we do

21   this:  I'm a little reluctant, because I have -- I do

22   have some memory of that person in Baca -- was it Mr.

23   Acton -- I think it was Mr. Acton saying:  I'll agree

24   to this continuance, but I'm not going to agree to

25   another because of my client's Speedy Trial Act

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1    rights.  I'm a little reluctant to run roughshod over
2    them.  I think y'all probably need to sit down with
3    him and see -- until you talk to him and see if he
4    agrees.  So I'm not going to grant it today.
5            And what I'm about to say, I'm going to do
6    for my own self-preservation.  I'll take another
7    motion to continue.  I'll grant it if everybody in
8    this case is onboard, and if everybody in the other
9    case understands the ripple effect.  If they can't
10   agree on the ripple effect -- you know, I know the
11   Government wants to try this case before they try
12   Baca.  But I'm not -- that's the Government's
13   preference.  I'm not necessarily locked in on that.
14   The defendants may prefer that, too.  And I
15   understand that.
16           So I'll go along with -- probably, if
17   everybody wants to go along.  But I'm not just going
18   to sign a motion to continue.  Y'all have had some
19   problems working out scheduling orders.  And so I'm
20   going to need to have a motion to continue with an
21   agreed scheduling order.  And if you can't agree on
22   the scheduling order, let's get that front and
23   center; we'll get back together, and I'll hammer it
24   out.  But we've had so much difficulty with
25   scheduling orders.  Maybe if everybody wants the
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    continuance, they'll work harder together to get the
 2    scheduling order put in place.  So from a
 3    self-preservation standpoint, I'll make that
 4    requirement as well.
 5            All right.  Anything else I can do on that
 6    today, Ms. Harbour-Valdez?
 7            MS. HARBOUR-VALDEZ:  No.  Thank you, your
 8    Honor.  I'll take the lead on working with the
 9    Government on that scheduling order.
10            THE COURT:  All right.  Thank you.
11            Mr. Davis.
12            MR. DAVIS:  Judge, I would like a bit of a
13    clarification.  Because based on the Court's ruling,
14    it's my understanding that when the Court granted the
15    severance, the Government indicated that they were
16    going to try the Gallegos group first, and then the
17    Counts 6 through 13 people would go thereafter.
18            The Court now has continued the Gallegos
19    group July trial, and you indicated that.  And I
20    guess now the trial has been rescheduled for November
21    2.  It was my understanding, in accordance with the
22    Government's wishes, the Gallegos group trial would
23    go first on November 2.  But I'm not sure that that's
24    what I heard from the Court; that the Court is now
25    inclined to try the Counts 6 through 13 group in
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   November?

2          THE COURT:  Well, all we've done right now

3   is -- all that we have -- we may be barreling towards

4   something like you're saying.  But right now we still

5   have a July 10th on what you're calling the Gallegos

6   group.  I call it the first batch, the first counts

7   with the later count.  So that's still on July 10th.

8   It does look like there may be a continuance of that.

9   The Government has expressed, I think, a preference

10  to trying the first half of the DeLeon first, and

11  then those later date counts at a later date.

12          I think it would be hard to pick a jury,

13  and I'm not sure anybody would want to at the same

14  time, do them back to back.  That would have a jury

15  hanging out eight weeks, first estimate.  I'm not

16  sure that's anybody's advantage.  If we're going to

17  sever the trial, I'm not sure it's probably a good

18  idea to have all the voir dire taking place with the

19  same venire.  So I think we're looking at two fairly

20  separate trials.

21          MR. DAVIS:  I think that's what all of us

22  anticipated.  We're just trying to -- I mean,

23  obviously, November of this year gives us a bit of

24  headway.  But, obviously, the sooner that either of

25  the two groups know for a fact that we'll be up to

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE
e-mail: info@litsupport.com

```
1    bat in November, that would be helpful.  Obviously,

2    we may have concerns to raise about the November

3    trial, either group may have, I don't know,

4    particularly in light of the 1613 issues.  I just

5    don't know, Judge.  But I just wanted to clarify that

6    issue, and make sure where we were at on that.

7              THE COURT:  Well, right where we're at

8    right now is we still have the first half DeLeon,

9    this case, on July 10th, and we've got the second

10   half of DeLeon on November 6, but it's on a trailing

11   docket with Baca.  So somebody has got to probably do

12   something with that.  But that's where we stand at

13   the present time.

14             MR. DAVIS:  Thank you, Judge.

15             THE COURT:  Then somebody will have to

16   move.  And if y'all can agree and -- you'll have to

17   work with Baca -- then I'll probably go along.  But

18   if you don't agree, then I'll probably then wade in

19   and decide what I think is best.

20             MR. DAVIS:  Thank you, Judge.

21             THE COURT:  All right.  Ms. Armijo.

22             MS. ARMIJO:  And, Your Honor, I believe

23   that when we were in court last, we did say, because

24   there was speedy trial issues, that the trial to go

25   first in July would be the counts -- the first
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    counts, the first batch, as you called it.
 2              THE COURT:  That was because of Ms.
 3    Johnson.
 4              MS. ARMIJO:  That was because of Ms.
 5    Johnson.  But now, because we don't have that issue,
 6    I believe that the United States would prefer to do
 7    counts 6 through 12 first, which would entail the
 8    Molina murder, and then also several conspiracies to
 9    murder, and others.  And then do -- for the second
10    trial the --
11              THE COURT:  Older case.
12              MS. ARMIJO:  -- the older cases.  And I
13    would anticipate that the second trial would probably
14    be longer than the first trial, just as far as -- and
15    I'm sure people may disagree with all that, but
16    that --
17              THE COURT:  Well, I would think it would be
18    a little bit longer, just because I'm anticipating
19    we're going to have more defendants in that -- what
20    I've been thinking of is the first half, but --
21              MS. ARMIJO:  And there is four murders on
22    that one.  So we would only have one murder and
23    assault and some conspiracies to commit murder as
24    well.  So I believe I have shared that information
25    with some people that were asking before court.  But
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1    I just wanted to let the Court know as well.  And

 2    we're fine, again, with continuing everything, as

 3    long as we have new scheduling orders, and that

 4    everything -- as you say, the ripple effect works.

 5            THE COURT:  Well, any quick reaction from

 6    the defendants?  Y'all may want to think about it.

 7    Anybody got any -- Ms. Sirignano?

 8            MS. SIRIGNANO:  Your Honor, I just reached

 9    out to Marcia Morrissey, who is counsel for Anthony

10    Cordova in the Baca case.  And they're agreeing to

11    continuance of the November Baca trial date.  I

12    understand from Mr. Blackburn we might need a little

13    bit more time on that.

14            THE COURT:  Okay.  Well, y'all talk about

15    it.  One trial has got to go before another.  The

16    defendants may have a preference.  And if you can't

17    agree with the Government's proposal, then I guess

18    I'll have to decide.  I guess I'm trying to think,

19    you know, really what the criteria would be.  It

20    seems just choice.

21            All right.  So let's maybe put that into

22    the scheduling order.  That may require you to --

23    again, you've got to consult with the Baca people,

24    because I do remember Mr. Acton saying that was the

25    last time he was going to agree.  And if we can't

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  satisfy Mr. Acton, then I may be looking at -- I know

2  that's not what the Government wants -- pulling that

3  Baca case up and dealing with it, to deal with that

4  problem.

5           All right.  Anything else we need to

6  discuss while we're together?  Anything else I can do

7  for you --

8           MS. ARMIJO:  No, Your Honor.

9           THE COURT:  -- Ms. Armijo?

10          How about from the defendants?  Anything

11  else we need to discuss?  Anything else I can do for

12  you?

13          Let me ask, from the DeLeon standpoint, I'm

14  working on this motion to sever.  Is there anything

15  that you'd prefer, opinion-wise, order-wise,

16  me-thinking-about-wise, that you'd prefer rather than

17  that?

18          Let me ask you, Ms. Sirignano, we're going

19  to be looking at trial with Mr. Garcia before we

20  probably see anything with DeLeon.  Is there anything

21  that you would prefer I work on in your case rather

22  than in this case?

23          MS. SIRIGNANO:  No, Your Honor.  I spoke to

24  Mr. Beck earlier today, and if this July 10th comes

25  off, then the parties anticipate taking the July 10th

SANTA FE OFFICE                                                        MAIN OFFICE
119 East Marcy, Suite 110                                      201 Third NW, Suite 1630
Santa Fe, NM 87501                                              Albuquerque, NM 87102
(505) 989-4949                                                              (505) 843-9494
FAX (505) 843-9492                                                  FAX (505) 843-9492
                                                                              1-800-669-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE
e-mail: info@litsupport.com

1    date for the drug case, the 4275 case.

2              THE COURT:  And that was all right with

3    Ms. Wild?

4              MS. SIRIGNANO:  I'll check with her next.

5              THE COURT:  Okay.  I think I vaguely recall

6    us talking about that when we moved your May date to

7    June date.

8              MS. SIRIGNANO:  Thank you, Your Honor.

9              THE COURT:  And you don't have any

10   preference on what I work on, because I may have to

11   shift back to you and Mr. Garcia sooner rather than

12   later?

13             MS. SIRIGNANO:  No, Your Honor.  I think

14   the severance issue is probably pretty important for

15   most of us.

16             THE COURT:  All right.  Well, I appreciate

17   everybody's presentations, hard work on this.

18             Have a good weekend.  I may not be seeing

19   you for a while.  So I appreciate everybody's hard

20   work.  We'll be in recess.

21             I'm going to have a detention hearing

22   following this.

23             (The Court stood in recess.)

24

25

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1                  C-E-R-T-I-F-I-C-A-T-E

2

3    UNITED STATES OF AMERICA

4    DISTRICT OF NEW MEXICO

5

6

7        I, Jennifer Bean, FAPR, RDR, CRR, RMR, CCR,

8    Official Court Reporter for the State of New Mexico,

9    do hereby certify that the foregoing pages constitute

10   a true transcript of proceedings had before the said

11   Court, held in the District of New Mexico, in the

12   matter therein stated.

13       In testimony whereof, I have hereunto set my

14   hand on May 26, 2017.

15

16

17

18   _____
                 Jennifer Bean, FAPR, RMR-RDR-CCR
19               Certified Realtime Reporter
                 United States Court Reporter
20               NM CCR #94
                 333 Lomas, Northwest
21               Albuquerque, New Mexico 87102
                 Phone:   (505) 348-2283
22               Fax:     (505) 843-9492

23

24

25
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com