IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

      Plaintiff,

   vs.                                          Nos. CR 15-4268 JB
                                                               CR 15-4275 JB

ANGEL DELEON, et al.,                           CR 16-1613 JB
CHRISTOPHER GARCIA,
ANTHONY RAY BACA, et al.,

      Defendants.

## **PROTECTIVE ORDER**

      Good cause exists under Rule 16(d) of the Federal Rules of Criminal Procedure to impose the following protective order, to which Defendants agree. The Court therefore enters the following protective order:

      1.    The United States of America will disclose to Defendants' counsel, within ten calendar days of the entry of this Protective Order, the identities of certain Confidential Human Sources (CHSs), Confidential Witnesses (CWs) and Confidential Informants (CIs) in a document that will be labeled "CI Confidential."

      2.    All information in whatever form that the United States discloses under this Protective Order will be disclosed to Defendants' counsel only, and may not be further disclosed, disseminated or discussed without the Court's leave, other than as follows:

           a.    Defendants' counsel may disclose the CHS's identity to members of the legal team, including, but not limited to, their retained defense investigator, law clerk(s), paralegals, legal assistants and expert witness(es), if any.

           b.    Any information that the United States provides to Defendants' counsel

regarding a CHS may be discussed only with other Defendants' counsel, their legal teams as defined above, the CHSs' attorney(s), if any, and the Assistant United States Attorneys who provided it.

   c. The Defendants' counsel have, independent of the United States' disclosure pursuant to this Protective Order, identified certain individuals who will be disclosed as CHSs, CWs and CIs in the disclosure; the restrictions on Defendants' counsel regarding information disclosed does not apply to those individuals who the Defendants' counsel have identified or will identify independently of the United States' disclosure.

IT IS SO ORDERED.

                  _____
                  UNITED STATES DISTRICT JUDGE