IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

      Plaintiff,

v.                                                                       CR 15-4268-JB
                                                                           CR 16-1613-JB

ANGEL DELEON, et. al.
ANTHONY RAY BACA, et. al.

      Defendants.

### NOTICE OF CHANGE OF LAW FIRM NAME

      Undersigned counsel, who is counsel for Defendant Anthony Ray Baca, gives notice that her firm name has changed to Duncan Earnest, LLC.  Any further correspondence and pleadings should reflect this change.

                                    Respectfully submitted,

                                    /s/ Theresa M. Duncan_____
                                    Theresa M. Duncan
                                    Duncan Earnest LLC
                                    515 Granite NW
                                    Albuquerque, NM 87102
                                    505-842-5196
                                    teri@duncanearnest.com

                                    *Attorney for Anthony Ray Baca*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 5th day of June 2017, I filed the foregoing pleading electronically through the CM/ECF system, which caused counsel for Plaintiff and Defendants to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

/s/ Theresa M. Duncan
Theresa M. Duncan