Note of Concerh

I wonder if Miss Webster the now widow of slain office Webster allegedly shot by a felon in possesion of a firearm on October 21, 2015. The same felon had been involved weeks prior to said shooting, with an undercover opperation by FBI undercover agents involving purchases of guns and heroin by same felon. These purchases by the FBI could've resulted in a arrest of the felon for these alleged purchases of guns and heroin by a felon. These Federal Charges would have resulted in the same felon accused of shooting and killing Officer Webster, to have been it federal costody with no bond. If these actions by undercover FBI agents not arresting this felon that clearly may have been in possesion of firearms and heroin traficking. This neglect of actions may have directly or indirectly been a factor in Officers Websters death. Also note the timeing of all the above incidences and that at the date of weeks prior to October 21, 2015 The FBI was gearing up into a Mass Vicar Rico/ Conspiracy case against a New Mexico Prison Gang. As per Discovery of JB 6948 and JB 1613 Rico Case in early October 2015 as a strategic Move by SA Bryon M. Acee and Deputy Secretary of Correction Mr. Mark Myers moved an alleged leader of the NM prison gang from a secure federal housing unit back to the high security Penn. of NM housing unit and placed next to a CI to utilize a cellular phone through the vent between their cells. Could by any chance this Mass Vicar Rico Conspiracy Case caused the FBI to pull resources from other in- investigations. If so the timeing of the investigation of the felon in possesion of a fire arm and heroin traficking could have been comprimised to handle the Vicar Rico/Conspiracy against NM prison gang.

# METRO & NM

ALBUQUERQUE JOURNAL | THURSDAY, APRIL 6, 2017 | SECTION C

## Accused cop killer gets 20 years on gun charges

*Davon Lymon set to stand trial for murder of officer next year*

**BY RYAN BOETEL**
JOURNAL STAFF WRITER



Davon Lymon

He'll be 20 years in prison and counting for the man accused of shooting and killing Albuquerque police officer Daniel Webster during a traffic stop on Oct. 21, 2015.

In a courtroom packed with law enforcement officers and Webster's widow, friends and supporters, U.S. District Court Judge Christina Armijo on Wednesday sentenced Davon Lymon, 36, to 20 years for two federal felon in possession of a firearm convictions.

One of those convictions showed that Lymon was in possession of the gun that authorities said he used to fatally shoot Webster.

Late Wednesday, Armijo declined to sentence Lymon in a separate federal case against him, in which he has pleaded guilty to drug trafficking and another felon in possession charge. That case was broken off in connection to a series of heroin and gun purchases between Lymon and undercover federal agents several weeks before Webster's death.

Prosecutors asked the judge to sentence Lymon in the second case to longer than federal sentencing guidelines call for — a total sentence of 70 years.

Kari Converse and Marc Robert, Lymon's attorneys, asked the judge to follow the guidelines and give Lymon about five to six-and-a-half years in addition to the 20 handed down earlier in the morning.

In asking for the lengthy prison sentence, prosecutors referred to the murder case against Lymon, which is still pending in state district court. Armijo asked prosecutors if they were asking her to sentence Lymon for Webster's death.

"The United States is asking this court to sentence the defendant for the murder," Assistant United States Attorney Jacob Wishard said in court. "After our very worst day, we go home. ... When a

See **ACCUSED** » C2

Note of Concern

I Know that the Angels in Heaven are now looking over young Victoria Martens, even though the New Mexico Dept of Corrections at the time of her death in August of 2016. Then Secretary of Correction Greg Marcantel, Deputy Secretary of Corrections Mark Myers with FBI SA Bryon M. Acee in March of 2015 started to build a massive Vicar Rico/Conspiracy case against a New Mexico Prison Gang. For a case of this size to be able to have resulted in a Federal Grand Jurry Indictment by December 3, 2015 gang round up in NM. The corr. Dept. would and did pull all of it's resources, such as Probation and Parole Department. One of the alleged suspects to have drugged, raped and murdered 10 yr. old Victoria Martens in Northwest Albuquerque in August of 2016, shoul've been on ~~second district~~ adult supervised court ordered probation in Albuquerque New Mexico. To this date the NMCD has not shown why there was not an active arrest warant for the probationer bein as it proven he never reported to probation as ordered by the court. Noting they never recieved the packet from District Court, whe the District Court reported they sent this probationers packet alon with several other packets that they did recieve. If all this is in fact true then at the time of 10yr. old Victoria Martens death suspected probationer who faild to report to NM probation parole was automatically given probation credit at the time of Victoria Martens death and even possible unsatisfactory discharge becaus probation start the day the District Judge sentences a person to probation. In light of all these fact I belive Greg Marcantel, Mark Myers, and SA Bryon M Acee are directly or indirectly responsible for 10yr old Victoria Marten.

# Prosecutors ask for separate trials in Martens case

## Three face charges in child's rape, death

**BY KATY BARNITZ**
JOURNAL STAFF WRITER

Prosecutors on Wednesday asked a state District Court judge to separate the cases against three people accused in the Victoria Martens killing.

Michelle Martens, the girl's mother, Fabian Gonzales, the mother's boyfriend, and Jessica Kelley, the boyfriend's cousin, are charged jointly in the rape and murder of the 10-year-old girl.

Prosecutors said attorneys for Gonzales and Kelley agree that the cases should be handled separately. Martens' attorney has not responded. Gonzales' attorney Tom Clark said the motion is a "formality," and that all parties agree the trials should be severed.

In a motion filed Wednesday, prosecutor Kevin Holmes said the state plans to use Martens' admission to police against her at trial. But the statement also implicates Gonzales and Kelley, and would "cause undue prejudice" to them, and would "result in reversible error." Holmes said prosecutors also intend to introduce an admission by Gonzales, which would raise the same issues at a joined trial.

Clark said the rules of evidence don't allow the state to try defendants together if they've

*See* **SEPARATE** >> **C2**

**Victoria Martens**

## Separate trials sought for 3

*From* **PAGE C1**

made statements against one another.

"Because of the way the investigation unfolded, because of what the defendants said about each other," Clark said, "it's appropriate that they're tried separately."

DA's Office spokesman Michael Patrick said the state has two choices in a situation like this.

"Don't use the defendant's statement at all and keep the two defendants joined," Patrick said, "or sever the two defendants' trials so you can still use the one defendant's statement against him or her in trial."

Attorneys for Kelley and Martens could not be reached for comment Thursday.

Holmes also filed a request Wednesday asking that Martens go to trial first, followed by Gonzales, and last Kelley. Patrick said the trial order is based on "logistical and evidentiary concerns in the case as it is currently developing."

Police say the group drugged, raped and killed the child in a Northwest Albuquerque apartment in August.

All three are set to appear before Judge Charles Brown on Tuesday morning for a motion hearing.

"Legal Mail"

Vincent Garduño # 5181850
Torrance County Detention Facility
P.O. Box 837
Estancia New Mexico
87016

ALBUQUERQUE NM 870
08 MAY 2017 PM 4 L

Honorable James O. Browning
333 Lomas Blvd. NW St. 660
Albuquerque, NM 87102

87102-220550

"Legal Mail"