IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

vs.                              Case No.: 15-CR-4268-JB

**ANGEL DE LEON, ET AL.,**

    **Defendants.**

### SUPPLEMENT TO THE AMENDED MOTION TO CONTINUE THE JULY 10, 2017 TRIAL SETTING (DOC. 1188)

**COMES NOW**, Defendant **EDWARD TROUP**, joined by Defendants **JOE GALLEGOS, BILLY GARCIA, ALLEN PATTERSON, CHRISTOPHER CHAVEZ, JAVIER ALONSO, ARTURO ARNULFO GARCIA, ANDREW GALLEGOS, SHAUNA GUTIERREZ**, and **BRANDY RODRIGUEZ** (collectively "Gallegos Defendants"), through court-appointed counsel, and respectfully file this Supplement to the Amended Unopposed Motion to Continue to the July 10, 2017 Trial Setting and to enter a new Scheduling Order.  The Defendants would respectfully show as follows:

1. All remaining defendants (collectively "Molina defendants" or "Counts 6-12 defendants") are not opposed to the Gallegos defendants' Amended Unopposed Motion to Continue to the July 10, 2017 Trial Setting. (Doc. 1188)  Furthermore, as reflected in the Amended Motion, the Molina defendants join in the Proposed Agreed Scheduling Order. *See* Doc. 1188 Exhibit A.

Respectfully submitted,

*/s Cori A. Harbour-Valdeez*
Cori A. Harbour-Valdez
The Harbour Law Firm, P.C.
P.O. Box 13268
El Paso, Texas 79913
Tel: 915-544-7600
Fax: 915-975-8036
Email: cori@harbourlaw.net
and
Patrick J. Burke
Patrick J. Burke, P.C.
999 18th Street, Suite 2055
Denver, CO 80202
Tel: 303-825-3050
Fax: 303-825-2992
Email: patrick-j-burke@msn.com

*Counsel for Edward Troup*

## CERTIFICATE OF SERVICE

I hereby certify that on June 14, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send electronic notification of such filing to all parties of record.

*/s Cori A. Harbour-Valdez*
Cori A. Harbour-Valdez