

**U.S. Department of Justice**

*United States Attorney*
*District of New Mexico*

*200 N. Church St.*  Phone: (575) 522-2304
*Las Cruces, NM  88001*  Fax:   (575) 522-2391

June 7, 2017

**Sent via FedEx**

The Honorable James O. Browning
United States District Court
Pete V. Domenici United States Courthouse
333 Lomas Blvd NW, Suite 770
Albuquerque, New Mexico 87102

Richard Sindel                                  Brock Benjamin
Sindel, Sindel & Noble, P.C.                    Benjamin Law Firm
8000 Maryland Avenue, Suite 350                 747 E. San Antonio, Suite 203
Clayton, Missouri 63105                         El Paso, Texas 79901

 RE:   **UNITED STATES v. JOE LAWRENCE GALLEGOS**
       No. 15-CR-4268 JB

Dear Judge Browning and Counsel:

 The enclosed CD contains audio recordings that were referenced in the Government's Response in Opposition to Defendant Gallegos' Motion to Suppress Evidence and Statements (Doc. 1184). The CD contains two files, entitled "1st interview of Joe Gallegos on 11-20-12(J. Moduck).WMA and "2nd interview of Joe Gallegos on 11-21-12(J. Moduck).WMA." These items were provided to all counsel of record on July 1, 2016.

                                                Sincerely,

                                                JAMES D. TIERNEY
                                                Acting United States Attorney

                                                *[signature]*

                                                MATTHEW BECK
                                                Assistant United States Attorney

MMB/ebs
Enclosure as noted

*Doc'd 6-9-17*