

**Jury Data Disclosure in USA v. Baca, et al; 15cr4268 and 16cr1613.**
Lincoln J Sorrell   to: mlowry, maria.armijo     06/21/2017 02:35 PM
Cc:  James O Browning, Matt Dykman, Dan Elsroad

Dear Counsel,

Attached please find a cover letter and a spreadsheet containing jury data responsive to Items 1-5 and 8 of the Order. We are still reviewing the results returned re: Items 6-7. As soon as that information is available, we will send it to you.

Please let us know what questions you may have.



Cover Letter 6-21-17 re Jury Data Disclosure LJS.pdf



15cr4268-JuryDataResults-AsOf2017-06-20 Items 1-5 and 8.xlsx

Lincoln Sorrell
Deputy-in-Charge
US District Court, District of New Mexico
100 N. Church St., Ste. 280
Las Cruces, New Mexico  88001
(575) 528-1417
(575) 323-4793

# United States District Court
## District of New Mexico
### Office of the Clerk
### Pete V. Domenici United States Courthouse



**Matthew J. Dykman**
**Clerk of Court**

333 Lomas Blvd. N.W. - Suite 270
Albuquerque, New Mexico 87102
(505) 348-2000 - Fax (505) 348-2028

**Divisional Offices**
106 South Federal Place
Santa Fe, NM 87501
(505) 988-6481
Fax (505) 988-6473

100 North Church Street
Las Cruces, NM 88001
(575) 528-1400
Fax (575) 528-1425

June 21, 2017

**Maria Ysabel Armijo**
United States Attorney's Office
Criminal
555 S. Telshor, Suite 300
Las Cruces, NM 88011

**Marc M Lowry**
Rothstein Donatelli LLP
500 4th Street N.W. Suite 400
Albuquerque, NM 87102

Re: Jury Data Disclosure, *USA v. Baca, et al.*, 15cr4268 JB and 16cr1613 JB;
Information responsive to Items 1-5 and 8 of the Order.

Dear Counsel,

The accompanying Excel spreadsheet contains grand and petit jury data responsive to the Order Regarding Anthony Ray Baca's Joint, Unopposed Motion for Disclosure of Grand and Petit Jury Data [383, 16cr1613], filed March 15, 2017.

When reviewing the information, it will be helpful to know these things:

- There are two master wheels relevant to this information.
    - 15A was activated 2/10/2015 and is the wheel from which the grand jury in these matters was drawn.
    - 17A was activated 2/1/2017 and is the wheel from which the petit jury in these matters presumably will be drawn.
- The qualification questionnaire captures only race, gender and ethnicity information of each juror; thus, information on jurors' color, religion, national origin and economic status is not available.
- Cells left blank means that the juror declined to answer that particular question.

- Information responsive to Item 9 is contained in the response to Item 5 as we believe those overlap. Information responsive to Item 10 is contained in the responses to Items 1 and 2 as we believe those overlap.
- Structured Query Language programs ("SQL's") were developed by Conduent Company, through a contract with the Administrative Office of the U.S. Courts. When the SQL's were delivered to the court, our local Information Services team ran the SQL's against the court's Jury Management System database in order to extract the responsive data. The software engineer's SQL's are available upon request.
- Data responsive to Items 1-5 and 8 are set forth in the attached Excel spreadsheet. We had some feedback for Conduent as to Items 6 and 7, and therefore that data will be produced to you in a separate spreadsheet as soon as possible.

Please let me know if you have any questions or need anything further.

Lincoln Sorrell
Deputy-in-Charge, Las Cruces Division
U.S. District Court, District of New Mexico
100 N. Church St., Las Cruces, NM 88001
575-528-1417

/ljs

Cc: Hon. James O. Browning, U.S. District Judge
    Matthew J. Dykman, Clerk of Court
    Dan Elsroad, Court Programs Division, Special Programs Branch

(1) All information concerning grand and petit jury venires regarding jurors who actually appeared for service that were drawn from the master jury wheel from which the Las Cruces grand jury in this case was selected (15A-Petit)

| Race | Gender | Hispanic |
|---|---|---|
| White | M | N |
| White | F | N |
| Other | F | Y |
| Other | F | Y |
| White | F | N |
| White | F | Y |
| Multi-Race | M | N |
| White | M | N |
| Other | M | Y |
| Other | M | Y |
| Other | M | Y |
| White | F | Y |
| White | F | Y |
| White | F | N |
| White | M | N |
| White | F | N |
| Other | F | Y |
| White | F | N |
| White | F | Y |
| American Indian/Alaska Native | M | N |
| Other | M | Y |
| White | F | N |
| Other | M | Y |
| White | M | N |
| White | M | N |
| White | F | N |
| White | F | N |
| White | F | Y |
| White | M | N |
| Other | F | Y |
| White | F | N |

| Race | Sex | Y/N |
|---|---|---|
| White | F | Y |
| White | F | N |
| White | F | N |
| White | F | N |
| Other | M | Y |
| White | F | Y |
| White | M | N |
| White | M | N |
| Other | M | Y |
| White | F | N |
| White | F | Y |
| White | F | N |
| White | F | N |
| White | M | N |
| White | F | Y |
| White | M | Y |
| White | M | Y |
| Other | F | Y |
| Other | M | Y |
| White | M | N |
| White | M | Y |
| White | F | N |
| Other | M | Y |
| White | M | N |
| Black/African American | M | N |
| White | M | Y |
| Other | M | N |
| White | M | N |
| White | F | Y |
| White | F | Y |
| Other | F | Y |

| Race | Sex | Y/N |
|---|---|---|
| Other | F | N |
| White | M | N |
| White | M | N |
| Other | M | Y |
| White | F | N |
| White | F | N |
| White | F | N |
| White | F | N |
| White | M | N |
| White | F | Y |
| White | F | Y |
| White | M | N |
| White | M | Y |
| White | M | N |
| Other | F | Y |
| White | M | N |
| White | F | N |
| White | M | N |
| White | F | N |
| White | F | Y |
| White | F | N |
| White | F | Y |
| Multi-Race | M | Y |
| White | M | Y |
| Other | M | Y |