

RE: Jury Data Disclosure in USA v. Baca, et al; 15cr4268 and 16cr1613.
Armijo, Maria (USANM)
to:
Lincoln_J_Sorrell@nmcourt.fed.us, mlowry@rothsteinlaw.com
06/21/2017 04:04 PM
Cc:
"James_Browning@nmcourt.fed.us", "Matt_Dykman@nmcourt.fed.us",
"Dan_Elsroad@ao.uscourts.gov"
Hide Details
From: "Armijo, Maria (USANM)" <Maria.Armijo@usdoj.gov>
To: "Lincoln_J_Sorrell@nmcourt.fed.us" <Lincoln_J_Sorrell@nmcourt.fed.us>,
"mlowry@rothsteinlaw.com" <mlowry@rothsteinlaw.com>
Cc: "James_Browning@nmcourt.fed.us" <James_Browning@nmcourt.fed.us>,
"Matt_Dykman@nmcourt.fed.us" <Matt_Dykman@nmcourt.fed.us>,
"Dan_Elsroad@ao.uscourts.gov" <Dan_Elsroad@ao.uscourts.gov>

Thanks Lincoln!

From: Lincoln_J_Sorrell@nmcourt.fed.us [mailto:Lincoln_J_Sorrell@nmcourt.fed.us]
Sent: Wednesday, June 21, 2017 2:35 PM
To: mlowry@rothsteinlaw.com; Armijo, Maria (USANM) <MArmijo@usa.doj.gov>
Cc: James_Browning@nmcourt.fed.us; Matt_Dykman@nmcourt.fed.us; Dan_Elsroad@ao.uscourts.gov
Subject: Jury Data Disclosure in USA v. Baca, et al; 15cr4268 and 16cr1613.

Dear Counsel,

Attached please find a cover letter and a spreadsheet containing jury data responsive to Items 1-5 and 8 of the Order.  We are still reviewing the results returned re: Items 6-7.  As soon as that information is available, we will send it to you.

Please let us know what questions you may have.


Lincoln Sorrell
Deputy-in-Charge
US District Court, District of New Mexico
100 N. Church St., Ste. 280
Las Cruces, New Mexico  88001
(575) 528-1417
(575) 323-4793


click below to report this message as spam
for James_Browning@nmcourt.fed.us
report this as spam