

**Jury Data Disclosure in USA v. Baca, et al., 16cr1613 JOB; Items 6 and 7.**
Lincoln J Sorrell   to: mlowry, maria.armijo                        06/26/2017 10:38 AM
Cc: James O Browning, Dan Elsroad, Matt Dykman

Counsel,

Attached is a cover letter and data responsive to Items 6 and 7 of the data disclosure order. I have combined all responsive data into the attached spreadsheet for ease of reference.

Thank you and let me know if you have any questions.



15cr4268-JuryChallengeResults-AsOf2017-06-20 OFFICIAL.xlsx



Cover Letter 6-26-17 re Jury Data Disclosure LJS.pdf

Lincoln Sorrell
Deputy-in-Charge
US District Court, District of New Mexico
100 N. Church St., Ste. 280
Las Cruces, New Mexico  88001
(575) 528-1417
(575) 323-4793

# United States District Court
## District of New Mexico
### Office of the Clerk
### Pete V. Domenici United States Courthouse



**Matthew J. Dykman**
**Clerk of Court**

333 Lomas Blvd. N.W. - Suite 270
Albuquerque, New Mexico 87102
(505) 348-2000 - Fax (505) 348-2028

**Divisional Offices**
106 South Federal Place
Santa Fe, NM 87501
(505) 988-6481
Fax (505) 988-6473

100 North Church Street
Las Cruces, NM 88001
(575) 528-1400
Fax (575) 528-1425

June 26, 2017

**Maria Ysabel Armijo**
United States Attorney's Office
Criminal Section
200 N. Church St.
Las Cruces, NM 88001

**Marc M Lowry**
Rothstein Donatelli LLP
500 4th Street N.W. Suite 400
Albuquerque, NM 87102

Re: Jury Data Disclosure, *USA v. Baca, et al.*, 15cr4268 JB and 16cr1613 JB; Information responsive to Items 6 and 7 of the Order.

Dear Counsel,

The accompanying Excel spreadsheet contains grand and petit jury data responsive to the Order Regarding Anthony Ray Baca's Joint, Unopposed Motion for Disclosure of Grand and Petit Jury Data [383, 16cr1613], filed March 15, 2017.

When reviewing the information, it will be helpful to know these things:

- There are two master wheels relevant to this information.
  - 15A was activated 2/10/2015 and is the wheel from which the grand jury in these matters was drawn.
  - 17A was activated 2/1/2017 and is the wheel from which the petit jury in these matters presumably will be drawn.
- The qualification questionnaire captures only race, gender and ethnicity information of each juror; thus, information on jurors' color, religion, national origin and economic status is not available.
- Cells left blank means that the juror declined to answer that particular question.

- Information responsive to Item 9 is contained in the response to Item 5 as we believe those overlap. Information responsive to Item 10 is contained in the responses to Items 1 and 2 as we believe those overlap.
- Structured Query Language programs ("SQL's") were developed by Conduent Company, through a contract with the Administrative Office of the U.S. Courts. When the SQL's were delivered to the court, our local Information Services team ran the SQL's against the court's Jury Management System database in order to extract the responsive data. The software engineer's SQL's are available upon request.
- Data responsive to Items 6-7 are set forth in the attached Excel spreadsheet. We have combined this data with that previously provided to you on June 21, 2017 for ease of reference.
- Pools beginning with "101" are Northern/Central division pools, "201" are Northern pools (15A only) and "301" are southern pools.
- Pools 101160101, 201150801, and 101170303 appear quite small. This is because the individuals therein were deferred from a different master wheel.

Please let me know if you have any questions or need anything further.

*[signature]*

Lincoln Sorrell
Deputy-in-Charge, Las Cruces Division
U.S. District Court, District of New Mexico
100 N. Church St., Las Cruces, NM 88001
575-528-1417

/ljs

Cc: Hon. James O. Browning, U.S. District Judge
　　Matthew J. Dykman, Clerk of Court
　　Dan Elsroad, Court Programs Division, Special Programs Branch

(6) all statistical analysis of race, ethnicity, and gender for individual **petit** jury pools drawn from qualified jury wheels;

(7) all statistical analysis of race, ethnicity, and gender for each **grand** jury array drawn from the qualified jury wheels. (15A-Hispanic by Pool)

| Pool# | Pool Type | Total | Hispanic | Gender |
|---|---|---|---|---|
| 101150501 | PETIT | 276 | | F |
| | | 291 | | M |
| | | 208 | N | F |
| | | 147 | N | M |
| | | 116 | Y | F |
| | | 68 | Y | M |
| 101150701 | PETIT | 244 | | F |
| | | 227 | | M |
| | | 196 | N | F |
| | | 161 | N | M |
| | | 89 | Y | F |
| | | 72 | Y | M |
| 101150702 | GRAND JURY | 75 | | F |
| | | 80 | | M |
| | | 82 | N | F |
| | | 62 | N | M |
| | | 46 | Y | F |
| | | 30 | Y | M |
| 101150703 | PETIT | 1 | | F |
| | | 19 | N | F |
| | | 11 | N | M |
| | | 11 | Y | F |
| | | 8 | Y | M |
| 101150901 | PETIT | 236 | | F |
| | | 209 | | M |
| | | 232 | N | F |
| | | 178 | N | M |
| | | 103 | Y | F |
| | | 88 | Y | M |
| 101151101 | PETIT | 207 | | F |
| | | 180 | | M |

| ID | Num | Y/N | Sex |
|---|---|---|---|
| | 228 | N | F |
| | 171 | N | M |
| | 140 | Y | F |
| | 75 | Y | M |
| 101160101 PETIT | 1 | N | F |
| 201150401 PETIT | 2 | Y | F |
| 201150801 PETIT | 1 | N | F |
| | 192 | | F |
| | 140 | | M |
| | 164 | N | F |
| | 121 | N | M |
| | 88 | Y | F |
| | 85 | Y | M |
| 201151201 PETIT | 48 | | F |
| | 45 | | M |
| | 45 | N | F |
| | 44 | N | M |
| | 31 | Y | F |
| | 22 | Y | M |
| 301150601 PETIT | 231 | | F |
| | 205 | | M |
| | 134 | N | F |
| | 138 | N | M |
| | 104 | Y | F |
| | 71 | Y | M |
| 301150801 PETIT | 185 | | F |
| | 201 | | M |
| | 170 | N | F |
| | 124 | N | M |
| | 1 | U | F |
| | 105 | Y | F |
| | 59 | Y | M |

| ID | Type | Number | Flag | Sex |
|---|---|---|---|---|
| 301151001 | GRAND JURY | 85 | | F |
| | | 96 | | M |
| | | 62 | N | F |
| | | 53 | N | M |
| | | 51 | Y | F |
| | | 28 | Y | M |
| 301151002 | PETIT | 204 | | F |
| | | 179 | | M |
| | | 158 | N | F |
| | | 127 | N | M |
| | | 99 | Y | F |
| | | 76 | Y | M |
| 301151201 | PETIT | 167 | | F |
| | | 144 | | M |
| | | 153 | N | F |
| | | 129 | N | M |
| | | 85 | Y | F |
| | | 67 | Y | M |