IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

      Plaintiff,

vs.            No. CR 15-4268 JB

ANGEL DELEON, et al.,

      Defendants.

## FOURTH SCHEDULING ORDER

**THIS MATTER** comes before the Court on the parties' joint request to continue the case and extend deadlines accordingly. The Court grants the parties' request and hereby imposes the following deadlines:

1. <u>August 4, 2017:</u>  Reciprocal discovery by defendants (except for the defendants' continuing duty to disclose).

2. <u>September 1, 2017:</u>  Government scientific expert witness notices and reports; Fed. R. Crim. P. 16 discovery motions.

3. <u>September 15, 2017</u>:  Defense scientific expert witness notices and reports; Responses to Fed. R. Crim. P. 16 discovery motions; Defense objections to scientific expert witness notices.

4. <u>September 29, 2017</u>:  Replies to responses to Fed. R. Crim. P. 16 discovery motions; Government responses to scientific expert witness objections and Government objections to Defense scientific expert witness notices.

5. <u>October 6, 2017</u>: Fed. R. Crim. P. 12 pretrial motions; *Daubert* motions; Government's notice of gang experts; Motions for *James* and Co-conspirator statements.

6. <u>October 13, 2017</u>: Defense responses to scientific expert witness objections.

7. <u>October 20, 2017</u>: Responses to Fed. R. Crim. P. 12 pretrial and *Daubert* motions; Defendants' notice of gang experts; Responses to Motions for *James* and Co-Conspirator statements.

8. <u>October 27, 2017</u>: Notices of defenses pursuant to Fed. R. Crim. P. 12.1 and 12.3.

9. <u>November 3, 2017</u>: Replies to Motions for *James* and Co-Conspirators statements.

10. <u>November 10, 2017</u>: Responses to notices of defenses; Motions *in Limine*; Replies to responses to Rule 12 pretrial motions and *Daubert* motions.

11. <u>November 24, 2017</u>: Responses to Motions *in Limine*.

12. <u>December 8, 2017</u>: Replies to Motions *in Limine*;

13. <u>January 12, 2018</u>: Jury Instructions; proposed *voir dire*; disclosure of exhibit and witness lists.

14. <u>January 19, 2018</u>: Objections to jury instructions, proposed *voir dire*, exhibit and witness lists.

15. <u>January 29, 2018</u>: Jury Selection/Jury Trial as to Counts 6 through 12 at 9:00 a.m., Federal Courthouse, Las Cruces, New Mexico.

- 3 -

16. <u>April 9, 2018</u>:   Jury Selection/Jury Trial as to Counts 1 through 5 and 13 through 16 at 9:00 a.m., Federal Courthouse, Las Cruces, New Mexico.

The Court further orders that the United States shall continually make available discovery on an ongoing basis, and make available to the defendants by the time required by the applicable law all material for which disclosure is mandated by *Giglio v. United States*, 405 U.S. 150 (1972) and the Jencks Act, 18 U.S.C. § 3500, unless disclosure is otherwise required herein.

The Court further orders, pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii), that the time between the entry of this Order and the trial date is excluded for the purposes of the Speedy Trial Act computation.

_____
UNITED STATES DISTRICT JUDGE