# CURRICULUM VITAE
# EVE TOKUMARU, MSFS

New Mexico DPS Forensic Laboratory
4491 Cerrillos Road, P.O.Box 1628, Santa Fe, NM
Office: (505)827-3319  |  Email: eve.tokumaru@state.nm.us

## EDUCATION:

2000 - 2002
**Master of Science Degree**
Marshall University, Huntington, WV
Major: Forensic Sciences

1994 - 1999
**Bachelor of Arts Degrees**
University of California at Santa Cruz, Santa Cruz, CA
Double Major: Psychobiology (cross between biology and neuroscience), Anthropology

## FORENSIC & LABORATORY EXPERIENCE:

Dec, 2012 – Present
**Forensic Scientist 2 (Serologist / DNA Analyst)**
New Mexico Department of Public Safety Forensic Laboratory
Santa Fe, NM

Jul, 2003 – Dec, 2006
**Forensic Scientist 1 (Serologist / DNA Analyst)**
New Mexico Department of Public Safety Forensic Laboratory
Santa Fe, NM

Jun, 2002 – Jul, 2003
**Forensic Scientist / DNA Analyst, Immunoassay Technologist**
Forensic and Criminalistic Testing, Inc. *(company no longer exists)*
Albuquerque, NM

Jun, 2001 – Aug, 2001
**DNA/CODIS Intern**
Marshall University Forensic Science Center
Huntington, WV

Jun, 2001 – Aug, 2001
**Intern/Volunteer**
Huntington Police Department Crime Scene Investigation Unit
Huntington, WV

**GOVERNMENT'S EXHIBIT 1**

## EXPERT WITNESS COURT TESTIMONY:

| | | |
|---|---|---|
| Apr 5, 2017 | 8th Judicial District Court | Taos, NM |
| Mar 1, 2017 | 5th Judicial District Court | Roswell, NM |
| Jan 25, 2017 | United States District Court | Las Cruces, NM |
| Jan 11, 2017 | 3rd Judicial District Court | Las Cruces, NM |
| Jan 10, 2017 | 6th Judicial District Court | Deming, NM |
| Nov 30, 2016 | 13th Judicial District Court | Los Lunas, NM |
| Feb 10, 2016 | 5th Judicial District Court | Lovington, NM |
| Mar 25, 2015 | 2nd Judicial District Court | Albuquerque, NM |
| Mar 18, 2015 | 5th Judicial District Court | Carlsbad, NM |
| Nov 17, 2014 | 12th Judicial District Court | Alamogordo, NM |
| Jul 29, 2014 | 1st Judicial District Court | Santa Fe, NM |
| May, 2006 | 9th Judicial District Court | Clovis, NM |

## PROFESSIONAL MEMBERSHIPS:

| | |
|---|---|
| 2014 – Present | American Academy of Forensic Sciences |
| 2001 – 2006 | American Academy of Forensic Sciences |
| 2001 – 2003 | International Association for Identification |

## CERTIFICATES:

Apr, 2013
> **Qualified Forensic Scientist in the disciplines of Forensic Biology: Serology and DNA Analysis**
> New Mexico Department of Public Safety Crime Laboratory, Santa Fe, NM

Mar, 2006
> **FBI DNA Quality Assurance Auditor**
> Federal Bureau of Investigation, *(AAFS)* Seattle, WA

Nov, 2006
> **Standard First Aid**
> American Red Cross, Santa Fe, NM

Nov, 2006
> **Adult CPR/AED**
> American Red Cross, Santa Fe, NM

Aug, 2004
> **Instructor**
> New Mexico Law Enforcement Academy, Santa Fe, NM

2004
> **Qualified Forensic Scientist in the discipline of Forensic DNA Analysis**

    New Mexico Department of Public Safety Crime Laboratory, Santa Fe, NM

2003
    **Qualified Forensic Scientist in the discipline of Forensic Serology**
    New Mexico Department of Public Safety Crime Laboratory, Santa Fe, NM

## TRAINING & CONTINUING EDUCATION:

Mar 29-30, 2017
    **Yfiler Plus PCR Amplification Kit validation lecture and laboratory (14 hours)**
    **Applied Biosystems**
    Santa Fe, NM

Jan 09, 2017
    **2017 Annual Review of DNA Data Accepted at NDIS**
    U.S. Department of Justice, FBI Laboratory Division, Santa Fe, NM

Sep 16, 2016
    **Annual Bloodborne Pathogens Training (OSHA)**
    Stericycle online training, Santa Fe, NM

Jun 7-9, 2016
    **Thermo Fisher Scientific Validation: Quantifiler Trio DNA Quantification Kit, HID Real-Time PCR Analysis Software v1.2, GlobalFiler PCR Amplification Kit, Applied Biosystems 3500 Genetic Analyzer GeneMapper ID-X Software v1.5**
    Santa Fe, NM

Mar 02, 2016
    **2016 Annual Review of DNA Data Accepted at NDIS**
    U.S. Department of Justice, FBI Laboratory Division, Santa Fe, NM

Feb 22-26, 2016
    **American Academy of Forensic Sciences 68th Annual Meeting**
    Las Vegas, NV

Feb 22, 2016
    **Practical Homicide Investigation: An Evaluation of Homicides Involving Child Victims, Child Offenders, and Equivocal Death Investigations (8 hours)**
    American Academy of Forensic Sciences, Las Vegas, NV

Nov 30, 2015
    **Annual Bloodborne Pathogens Training (OSHA)**
    Stericycle online training, Santa Fe, NM

Oct 12-15, 2015
    **26th International Symposium on Human Identification**

    Promega Corporation, Grapevine, TX

Jan 20, 2015
**2015 Annual Review of DNA Data Accepted at NDIS**
U.S. Department of Justice, FBI Laboratory Division, Santa Fe, NM

Oct 28, 2014
**Forensic Science and the Law (8 hours)**
James Skinner, Ted Vosk, Judge Roderick Kennedy, Cynthia Blackwell, Fred Smith
New Mexico DPS Forensic Laboratory, Santa Fe, NM

Oct 16, 2014
**New Mexico Cold Case Investigators Association 2014 Training (8 hours)**
Dale Ferranto, Sgt. Damon Fay, and Lt. Robert Vasquez
Santa Fe Police Department, Santa Fe, NM

Oct 2, 2014
**New Autosomal and Y-STR Loci and Kits: Making Data Driven Decisions (3 hours)**
Promega Corporation, Phoenix, AZ

Sep 29 – Oct. 2, 2014
**25th International Symposium on Human Identification**
Promega Corporation, Phoenix, AZ

Aug 6, 2014
**DNA Analyst Webinar Series: Validation Concepts and Resources – Part 1**
National Institute of Standards and Technology (NIST), 4 hours, Santa Fe, NM

May 28, 2014
**DNA Mixture Webinar**
National Institute of Standards and Technology (NIST), 4 hours, Santa Fe, NM

May 22, 2014
**Universal Latent Workstation (ULW) Software Training Program**
FBI CJIS Division, at the New Mexico Regional Computer Forensics Laboratory (NMRCFL), 16 hours, Albuquerque, NM

Mar 03, 2014
**Annual Bloodborne Pathogens Training (OSHA)**
Stericycle online training, 1.0 CE Units, Santa Fe, NM

Jan 14, 2014
**2014 Annual Review of DNA Data Accepted at NDIS**
U.S. Department of Justice, FBI Laboratory Division, Santa Fe, NM

Dec 10, 2013

**Fire Extinguisher Education & Awareness Program (online)**
http://www.fireextinguishertraining.com/
& hands-on demonstration with Q&A by Santa Fe Fire Department's Fire Prevention
New Mexico Department of Public Safety Crime Laboratory, Santa Fe, NM

Nov 11, 2013
**Bloodborne Pathogen Training (15 hrs)**
West Virginia University *(online)*, Instructor Sarah Ellis, Santa Fe, NM

Oct 28, 2013
**Forensic Relationship Statistics Made Easy (8 hrs)**
35th Annual SWAFS conference, Instructor Kelly Beatty, Santa Fe, NM

May 7, 2013
**2013 Annual Review of DNA Data Accepted at NDIS**
U.S. Department of Justice, FBI Laboratory Division, Santa Fe, NM

Apr 12, 2013
**DNA Mixture Interpretation Workshop & Webcast (8 hrs)**
National Institute of Standards and Technology, Albuquerque, NM

Mar 7, 2013
**2012 Annual Review of DNA Data Accepted at NDIS**
U.S. Department of Justice, FBI Laboratory Division, Santa Fe, NM

Jan 24, 2013
**Annual Bloodborne Pathogens Training**
By Stericycle at NM DPS Northern Forensics Laboratory, Santa Fe, NM

Feb 20-21, 2006
**DNA Auditor Training**
Federal Bureau of Investigation *(AAFS)* Seattle, WA

2001 – 2006
**American Academy of Forensic Sciences Annual Meetings**
2003: Speaker

Jun 12-17, 2005
**ABI 3100 Capillary Electrophoresis, GeneMapper ID Data Analysis and Real Time PCR Training Module**
Marshall University Forensic Science Center, Huntington, WV

Aug, 2004
**Instructor Development**
New Mexico State Police Law Enforcement Academy, Santa Fe, NM

Jun 1-4, 2004
> **ABI Prism 310 Genetic Analyzer / AmpFLSTR Training**
> Applied Biosystems, Inc., Foster City, CA

Jan 26, 2004
> **Reflective Ultra Violet Imaging System (R.U.V.I.S)**
> Sirchie Finger Print Laboratories, Santa Fe, NM

2003 – 2004
> **International Symposium on Human Identification**
> Promega Corporation, Phoenix, AZ

1999 – 2004
> **Mountain, Desert & Coastal Forensic Anthropology Annual Meetings**
> Lake Mead, NV

## **TEACHING & TRAINING GIVEN:**

Mar, 2017
> **Forensic DNA Evidence: Capabilities and Limitations, 2 hour lecture**
> UNM School of Law Wrongful Convictions Class, Professor Gordon Rahn
> Albuquerque, NM

Mar, 2016
> **Forensic DNA Evidence: Capabilities and Limitations, 2 hour lecture**
> UNM School of Law Wrongful Convictions Class, Professor Gordon Rahn
> Albuquerque, NM

Mar, 2015
> **Forensic DNA Evidence: Capabilities and Limitations, 2 hour lecture**
> UNM School of Law Wrongful Convictions Class, Professor Gordon Rahn
> Albuquerque, NM

Mar, 2014
> **Forensic DNA Evidence: Capabilities and Limitations, 2 hour lecture**
> UNM School of Law Wrongful Convictions Class, Professor Gordon Rahn
> Albuquerque, NM

2004-2006
> **New Mexico State Police Law Enforcement Academy**
> Various trainings on proper collection of biological evidence for forensic DNA testing
> NM DPS LEA, Santa Fe, NM