*Shirley Garcia*
*Retired Forensic Scientist*
*Department of Public Safety*
*1984 - 2009*

### Education:

Santa Fe High School, Santa Fe, New Mexico
August 1979 - May 1982 Diploma

NM Highlands University, Las Vegas, New Mexico
August 1982 - May 1983
Studies in Business Administration

Fingerprint Classification, Law Enforcement Academy/FBI, Santa Fe, NM
February 1985
Certificate

American Institute of Applied Science, Syracuse, NY
May 1989 - September 1990
Diploma

Advanced Latent Fingerprint Techniques, Law Enforcement Academy/FBI
Santa Fe, NM
June 1992
Certificate

Instructor Development, Law Enforcement Academy/Santa Fe, NM
December 1992
Certificate

Advanced Palm Print Identification, Denver, Colorado
October 1994
Certificate

Administrative Advanced Latent Fingerprint School, FBI, Quantico, VA
June 1996
Certificate

Detection & Examination of Footwear Impressions, Tucson, AZ
January 2000
Certificate

**GOVERNMENT'S EXHIBIT 2**

Science of Ridgeology, Thornton, CO
August 2001
Certificate

IAFIS (Integrated Automated Fingerprint Identification System) Seminar
Columbus, OH
March 2002
Certificate

Colorado Bureau of Investigation Fingerprint Symposium, Golden, CO
May 2002
Certificate

Krimesite Imager (RUVIS) Reflective Ultra Violet Imaging System Technology
Law Enforcement Academy, Santa Fe, NM
July 2003
Certificate

EPIC School of Evidence Photography & Imaging, Albuquerque, NM
October 2004
Certificate

Footwear Impression Comparison & Examination
Sam Houston University, Huntsville, TX
January 2005
Certificate

**Memberships:**
International Association for Identification

**Certifications:**

Certified by the International Association for Identification, Latent Print Certification Board as a Latent Print Examiner

Certified by the Department of Public Safety, Northern Forensic Crime Laboratory in performing examinations in the areas of Latent Prints/Shoe & Tire Track Impression Evidence

Certified by the Law Enforcement Academy, Santa Fe, NM in the instruction of Fingerprints/Latent Prints

Certified First Aid/Adult & Child CPR

*Additional Certificates:*

Sexual Harrassment, May 1985
Chief's Records Management System, September 1989
Orion Input Workstation Operations, February 1990
AFIS (Automated Fingerprint Identification System) Input Workstation Operations, June 1993
National Crime Information Center (NCIC), September 1993
Civil Liability for Trainers, January 1993
Hazardous Materials Level I, December 1993
Defensive Driving, March 2003
Defensive Tactics, June 2003

*Work Experience:*

Department of Public Safety/Northern Forensic Laboratory
Forensic Scientist
November 1993 - Retired 2009

Department of Public Safety/Identification Unit
Fingerprint Specialist
June 1988 - November 1993

Department of Public Safety/Records Unit
Clerk Specialist
September 1986 - May 1988

Department of Public Safety/Identification Unit
Fingerprint Clerk
April 1984 - September 1986