# CURRICULUM VITAE
# JENNIFER OTTO, M.S.

NEW MEXICO DEPARTMENT OF PUBLIC SAFETY
4491 CERRILLOS ROAD
SANTA FE, NM 87504
Phone: 505-827-9507
Fax: 505-827-9280
Email: jennifer.otto@state.nm.us

## EDUCATION

| | |
|---|---|
| 2001 - 2003 | University of North Texas Health Science Center, Fort Worth, Texas<br>M.S. in Forensic Genetics |
| 1997 - 2001 | Texas Lutheran University, Seguin, Texas<br>B.S. in Biology |

## PROFESSIONAL AND RESEARCH EXPERIENCE

**New Mexico Department of Public Safety, Northern Forensic Laboratory, Santa Fe, NM**

3/2010-present   Biology Technical Leader
- Responsible for technical operations of the Biology section, including the quality assurance program, standard operating procedures, training program, and proficiency testing program

11/2007-present   Forensic Scientist-Biology Section
- Perform serology and DNA testing for agencies in the state of New Mexico

**IDENTIGENE, LLC, A Sorenson Genomics Company**
6/2007-10/2007   Forensic DNA Analyst, *IDENTI*GENE facility (Houston, TX)

**IDENTIGENE, Inc, Houston, TX**
8/2003 – 5/2007   Forensic DNA Analyst

**Harris County Medical Examiner's Office, Houston, TX**
5/2003 – 7/2003   Forensic Genetics Internship Practicum
- Forensic-related research project into the performance of four DNA extraction techniques on low quantities of blood.

## AFFILIATIONS
2003-present   American Academy of Forensic Sciences

**GOVERNMENT'S EXHIBIT 3**

**UNPUBLISHED PRESENTATIONS**

April 2015    "Do Not Assume: The Reality and Misconceptions About Forensic DNA Testing"
**New Mexico Sheriff's Association Conference, Albuquerque, NM**

June 2012    "Sexual Assault Evidence at the NM-DPS Forensic Laboratory"
**8th Annual New Mexico Advanced SANE Conference, Albuquerque, NM**

Aug 2011    "Applied Biosystems Validation Support and the Creation of a DNA Databasing Laboratory"
**Life Technologies/Applied Biosystems HID University - Berkeley, CA Seminar**

**CONTINUING EDUCATION**

| | |
|---|---|
| May 2016 | **15th Annual DNA Conference - East**, Bode Cellmark Forensics, Orlando, FL |
| Feb 2015 | **AAFS 67th Annual Meeting**, Orlando, FL |
| Aug 2014 | **Validation Concepts and Resources (Part 1)**, NIST Sponsored Webinar |
| May 2014 | **Probabilistic Genotyping & Software Programs (Part 1)**, NIST Sponsored Webinar |
| Nov 2013 | **DNA Technical Leader Summit**, NIST, Norman, OK |
| April 2013 | **DNA Mixture Interpretation Workshop and Webcast**, NIST |
| Feb 2013 | **AAFS 65th Annual Meeting**, Washington, D.C. |
| Oct 2012 | **23rd International Symposium on Human Identification**, Promega Corp., Nashville, TN |
| June 2011 | **Paternity Statistics for Forensic Casework Training**, Bode Technology, Santa Fe, NM |
| May 2011 | **10th Annual Advanced DNA Technical Workshop-East**, Bode Technology Group, Amelia Island, FL |
| Oct. 2010 | **Forensic Y-STR Training**, Marshall University Forensic Science Center, Santa Fe, NM |
| Mar. 2010 | **7th Annual Advanced DNA Technical Workshop-West**, Bode Technology Group, San Diego, CA |
| Feb. 2009 | **AAFS 61st Annual Meeting**, Denver, CO |
| Oct. 2008 | **19th International Symposium on Human Identification**, Promega Corp., Hollywood, CA |
| Feb 2007 | **AAFS 59th Annual Meeting**, San Antonio, TX |
| Jan 2006 | **AFDAA Biannual Meeting**, Austin, TX |
| Feb 2005 | **AAFS 57th Annual Meeting**, New Orleans, LA |
| Sep 2004 | **Applied Biosystems, Future Trends in Forensic DNA Technology**, Austin, TX |
| Feb 2003 | **AAFS 55th Annual Meeting**, Chicago, IL |

**TESTIMONY EXPERIENCE**

As Identigene DNA Analyst:
2005 - 2010    Criminal District Courts, Harris County, Houston, TX (9 times); Tarrant County Criminal Dist. Court #4, Fort Worth, TX; Galveston County Commissioner's Court, Galveston, TX; 306th District Court, Galveston County, Galveston, TX; 390th District Court, Travis County, Austin, TX; 434th District Court, Fort Bend County, Houston, TX; Common Pleas Court, Wood County, Ohio (deposition); District Court, Jefferson County, Oklahoma; 139th District Court, Hidalgo County, TX; 434th District Court, Fort Bend County, Richmond, TX

As NM-DPS DNA Analyst:
1st Judicial District Court, Santa Fe County, Santa Fe, NM - Jan 2011 (grand jury)
1st Judicial District Court, Rio Arriba County, Tierra Amarilla, NM - Feb 2013
2nd Judicial District Court, Albuquerque, NM - Jan 2015 (Y-STRs), Apr 2016
3rd Judicial District Court, Dona Ana County, Las Cruces, NM - June 2009, Sept 2011, Jan 2014
5th Judicial District Court, Lea County, Lovington, NM – May 2009, Apr 2012, Feb 2013, Feb 2015 (Y-STRs)
5th Judicial District Court, Chaves County, Roswell, NM - May 2010, Aug 2010, Aug 2011, Mar 2013 (defense witness), Nov 2013 (defense witness), Feb 2015
6th Judicial District Court, Luna County, Deming, NM - Mar 2015, Apr 2016
7th Judicial District Court, Catron County, Socorro, NM - July 2015 (Y-STRs)
9th Judicial District Court, Curry County, Clovis, NM - Dec 2009
10th Judicial District Court, Quay County, Tucumcari, NM - Aug 2009
11th Judicial District Court, McKinley County, Gallup, NM - May 2014 (technical reviewer), Oct 2014 (defense witness, Y-STRs)
11th Judicial District Court, San Juan County, Aztec, NM - Dec 2012 (Y-STR's), June 2014, Dec 2014, Apr 2015
11th Judicial District Court, San Juan County, Farmington, NM - Dec 2009 (Y-STR's)
12th Judicial District Court, Otero County, Alamogordo, NM - Oct 2009, May 2010, June 2010, July 2010, Sept 2010, July 2014 (technical reviewer), Oct 2014 (defense witness), Aug 2016, Dec 2016. Jan 2017
12th Judicial District Children's Court, Otero County, Alamogordo, NM - Nov 2013 (video testimony)
13th Judicial District Court, Sandoval County, Bernalillo, NM - Feb 2010, June 2013 (defense witness, Y-STR's)

Chaves County Magistrate Court, Roswell, NM – Oct 2015 (Preliminary hearing)