| | |
|---|---|
| Name and Terminal Degree | Ian D. Paul, M.D. |
| Professional Address | Department of Pathology<br>Office of the Medical Investigator<br>University of New Mexico<br>MSC07 4040<br>1101 Camino de Salud NE<br>Albuquerque, NM 87102 |
| Licensure | New Mexico (6/2005 to present) |
| Board Certification | Forensic Pathology (2005)<br>Anatomic Pathology (2004)<br>Emergency Medicine (2000-2010) |
| Education | Office of the Medical Investigator<br>University of New Mexico<br>Albuquerque, NM<br>Forensic Pathology Fellowship<br>July 1, 2004-June 30, 2005<br><br>Beth Israel Deaconess Medical Center<br>Harvard Medical School<br>Boston, MA<br>Anatomic Pathology Residency<br>July 1, 2001-June 30, 2004<br><br>Boston Medical Center<br>Boston University<br>Boston, MA<br>Emergency Medicine Residency<br>July 1, 1997-June 30, 2000<br><br>Miriam Hospital<br>Brown University<br>Providence, RI<br>Internal Medicine Internship<br>July 1, 1996-June 30, 1997<br><br>McGill University Faculty of Medicine<br>Montreal, Quebec, Canada<br>Doctorate of Medicine<br>1992-1996 |

**GOVERNMENT'S EXHIBIT 4**

|  |  |
|---|---|
|  | Georgetown University<br>Washington, DC<br>Master of Science, Physiology<br>1990-1991 |
|  | George Washington University<br>Washington, DC<br>Bachelor of Science in Biology<br>1987-1990 |
| Employment | Department of Pathology<br>University of New Mexico<br>Director, Pathology Residency Program<br>Associate Professor of Pathology<br>July 1, 2005 to present |
| Membership in Professional Societies | American Academy of Forensic Sciences<br>National Association of Medical Examiners<br>Canadian Society of Forensic Sciences<br>American College of Emergency Physicians |
| Invited Lectures | UNM Graduate Medical Education Symposium<br>"The Value of the Autopsy"<br>January, 2009, Albuquerque, NM<br><br>Bernalillo County District Attorneys Office<br>"Methamphetamine"<br>May 2007, Albuquerque, NM<br><br>Lovelace Radiology<br>"Forensic Radiology"<br>November 2005, Albuquerque, NM |
| Meeting sessions chaired | GME symposium moderator<br>UNM GME Symposium<br>January 2009, Albuquerque, NM |
| Community Service |  |
|  | Founder and President New Mexico Soccer Foundation |

                 De Tocqueville Society, New Mexico United Way

                 Classic FC Soccer, Albuquerque, NM

                 NM High School Honors Student Mentor

Teaching: I am actively involved in the education of undergraduate students, residents and fellows. My unique training in emergency medicine, anatomic pathology and forensic pathology has driven my passion for bridging clinical medicine and pathology. Many of my informal teaching sessions are focused on translating clinical presentations into pathologic findings. I participate in medical student education by giving three didactic lectures each year in pulmonary pathology, acting as a lab instructor and block tutorial leader and participating in the UNM medical students autopsy experience. I serve as a match mentor to those students who are interested in pathology. I am also actively involved in pathology resident and fellow education. I give a monthly microscopic unknown conference, present multiple didactic lectures, and participate in the anatomic pathology lecture series and journal club. I spend a considerable amount of time teaching at our daily morning and afternoon rounds, in the autopsy suite, at the microscope and in the formulation of reports. I have also participated in multiple outside lectures and teaching sessions as well as served as a high school student mentor.

Service: My service work focuses primarily on providing excellent and accurate autopsy diagnoses. I have testified in court as an expert in forensic pathology more than 50 times over the last five years. My expertise in both pathology and emergency medicine allows me to readily bridge the two specialties. I am also actively involved in our consult service and have reviewed many local and national cases. For the past year I have served as the director of the forensic pathology fellowship program.

Research: My current research interests are focused on comparing the accuracy of computerized tomography (CT) and traditional autopsies in making clinical diagnoses.

Original Research in Refereed Journals:

  Nolte K, Mlady G, Zumwalt R, Cushnyr B, Paul I, Wiest P. Postmortem X-ray computed tomography (CT) and forensic autopsy: a review of the utility, the challenges and the future implications. Academic Forensic Pathology. July 2011

Mena OJ, Paul I, Reichard R. Ocular Findings in Raised Intracranial Pressure: A Case of Terson Syndrome in a 7-Month-Old Infant. American Journal of Forensic Medicine and Pathology. July 2011

Bauman M, Marinaro J, Tawil I, Crandall C, Rosenbaum L, Paul I. Ultrasonographic Determination of Pubic Symphyseal Widening in Trauma: The FAST-PS Study. Journal of Emergency Medicine. 2009

Lathrop S, Paul I, Swartz M, Nolte K. Utility of Infectious Disease Coding Sheets for Surveillance in a State Medical Examiner's Office. Journal of Forensic Science. July 2008.

Paul I, Reichard R. Subacute Combined Degeneration Mimicking Traumatic Spinal Cord Injury. American Journal of Forensic Medicine and Pathology. 2008

Sklar D, Crandall C, Loeliger E, Edmunds K, Paul I, Hilitzer D. Unanticipated Death After Discharge Home From the Emergency Department. Annals of Emergency Medicine. 2007

Maclean S, Paul I. Lidocaine toxicity in the presence of hyperkalemia, Annals of Emergency Medicine. 2000

Roy S, Dewitz A, Paul I. Ultrasound Assisted Ankle Arthrocentesis. American Journal of Emergency Medicine. 1999

Rouault T, Haile D, Downey W, Philpott C, Tang C, Samaniego F, Chin J, Paul I, Orloff D, Harford J, Klausner R. An Invited Review, An Iron Sulfur Cluster Plays a Novel Regulatory Role in the Iron Responsive Element Binding Protein. Biometals**. 1992

Abstracts:

Nolte KB, Lathrop SL, Hatch GM, Gerrard CY, Elifritz J, Cushnyr BW, Mlady G, Pohl J, Andrews SW, Paul ID, Price JP, Zumwalt RE, Wiest PW. Utility of postmortem x-ray computed tomography (CT) for medicolegal autopsies on decedents with blunt force injuries. 20th World Meeting of the International Association of Forensic Sciences, Seoul, Korea, Oct 17, 2014.

Cushnyr BW, Lathrop SL, Hatch GM, Gerrard CY, Elifritz J, Andrews SW, Paul ID, Price JP, Zumwalt RE, Notle KB. Utility of computed tomography (CT) as a postmortem tool for the diagnosis of blunt force head injuries. 20th World Meeting of the International Association of Forensic Sciences, Seoul, Korea, Oct 17, 2014.

Lathrop SL, Hatch G, Gerrard CY, Williamson S, Price JP, Lopez KM, Andrews SW, Zumwalt RE, Paul ID, Elifritz J, Nolte KB. A prospective double-blinded comparison of autopsy and post-mortem computed tomography (PMCT) for the evaluation of pediatric trauma deaths. American Academy of Forensic Sciences annual meeting, Orlando, FL, February 16-21, 2015.

Gerrard CY, Lathrop SL, Hatch GM, Williamson S, Price JP, Lopez KM, Andrews SW, Zumwalt RE, Paul ID, Elifritz J, Nolte KB. Postmortem Computed Tomography (PMCT) in pediatric deaths attributed to asphyxia. International Society for Forensic Radiology and Imaging, Leicester, UK, May 2015.

Hatch GM, Lathrop SL, Gerrard CY, Poland V. Paul ID, Mlady G, Cushnyr BW, Andrews SW, Pohl J, Wiest PW, Zumwalt RE, Price JP, Elifritz JM, Nolte KB. Comparison of Postmortem Computed Tomography and Autopsy in Gunshot Wound Fatalities. International Society for Forensic Radiology and Imaging, Leicester, UK, May 2015.

Paul ID, Lathrop SL, Hatch GM, Gerrard CY, Poland V, Zumwalt RE, Andrews SW, Price JP, Mlady GW, Pohl J, Cushnyr B. Wiest PW, Nolte KB. A prospective double-blinded comparison of autopsy and post-mortem computed tomography (PMCT) for the evaluation of potential drug poisoning deaths. American Academy of Forensic Sciences annual meeting, Las Vegas, NV, February 26, 2016.