# Curriculum Vitae

## Kevin Streine
**Forensic Scientist, Firearm/Toolmark Examiner**
State of New Mexico Department of Public Safety
Northern Forensic Laboratory
PO Box 1628
Santa Fe, New Mexico 87504-1628
505-827-9132

### Education
Certificate of Police Studies, John Jay College of Criminal Justice.

### Employment
2003 – present: New Mexico DPS Northern Forensic Laboratory.

1983 – 2003: New York City Police Department (NYPD).

### Training and Experience
1983 – 1988: Uniformed patrol duties as a sworn Police Officer.

1988 – 1993: Assigned to NYPD Scientific Research Division. Responsibilities included:

- • Evidence Control
- • Quality Control and Assurance
- • Liaison with District Attorney's Office.

1993 – 2003: Detective, NYPD Firearms Analysis Section.

2003 – present: New Mexico DPS Northern Forensic Laboratory Firearm/Toolmark Unit.

Responsibilities and training include:

Firearms examination and microscopy. Major areas of study: firearm and ammunition identification, operability of firearms and ammunition, microscopy, muzzle to victim distance determination, toolmark identification, physical fracture matches, serial number restoration and NIBIN system.

Qualified as an expert witness in the discipline of firearm/toolmark analysis. Testified as an expert witness in approximately 137 trials in New York City Criminal and Family Courts, New York State Supreme Courts, State of New Mexico Courts and United States Federal Courts.

**GOVERNMENT'S EXHIBIT 5**

Specific Training Programs completed include:

- November, 1996: Integrated Ballistics Identification System (IBIS) Training
- November, 1996: Drugfire System Training
- February, 1997: Criminal Justice System Training; by Legal Consultant
- February, 1997: Expert Testimony, Hearings, and Moot Court; by Legal Consultant
- March, 1997: Sig-Sauer Armorer's School and Factory Tour
- August, 1997: Mossberg Armorer's School
- September, 1997: Basic Ballistics Microscopy Course; by Forensic Consultant
- March, 1998: Glock Armorer's School
- April, 1998: Smith & Wesson Armorer's School (pistol) and Factory Tour
- July, 1998: Beretta Armorer's School
- June, 1999: Quality Assurance Principles For Forensic Laboratory Personnel; by Forensic Consultant
- June, 1999: Interview/Testimony Training; by Forensic Consultant
- February, 2000: Kahr Armorer's School
- April, 2000: Smith & Wesson Armorer's School (revolver)
- August, 2000: Bureau of Alcohol, Tobacco, and Firearms Serial Number Restoration Course
- September, 2000: Remington Armorer's School and Factory Tour
- August, 2001: National Integrated Ballistic Identification System (NIBIN) Training
- November, 2001: AFTE Regional Conference
- February, 2002: SHOT Show
- February, 2002: NIBIN Users Group Meeting
- March, 2002: Colt Armorer's School (pistol)
- April, 2002: IAI Tri-State Conference
- May, 2002: Ricochet Analysis Workshop; by Lucien Haag
- May, 2002: AFTE Annual Training Seminar
- May, 2003: AFTE Annual Training Seminar
- September, 2003: Office of the Medical Investigator Regional Seminar in Death Investigation
- February, 2004: Federal Bureau of Investigation Gunpowder and Gunshot Residue School

- July, 2004: Office of the Medical Investigator Regional Seminar in Death Investigation
- September, 2004: Physical Fracture Match Workshop; by Stephen McKasson
- May, 2006: Federal Bureau of Investigation Techniques in Toolmark Identification; by Carlo Rosati
- June, 2006: AFTE Annual Training Seminar
- February, 2008: Factory Tour of Clerke Arms
- May, 2008: AFTE Annual Training Seminar
- May, 2008: Integrity, Character and Ethics Workshop; by Dan Gunnell
- May, 2008: Critical Decision Making Workshop; by Dan Gunnell
- June, 2009: AFTE Annual Training Seminar
- June, 2010: Smith & Wesson Armorer's School (M&P Pistol)
- January, 2011: Smith & Wesson Armorer's School (M&P Rifle)
- June, 2011: AFTE Annual Training Seminar
- June, 2011: Talking Bullets and Cartridge Cases; by Lucien Haag
- July, 2012: NIST's Measurement Science and Standards in Forensic Firearms Analysis Conference
- June, 2013: AFTE Annual Training Seminar (Host Committee)
- May, 2014: AFTE Annual Training Seminar
- October 2014: Forensic Science and the Law; by Hon. Roderick Kennedy
- May 2015: Organic Components of Gunshot Residue; by Dr. Bell, ACS
- May 2015: Hornady Ballistics Demonstration, the Evolution of Ammunition
- May 2016: Subclass Characteristic Workshop; by Nancy McCombs

**Guest Lecturer**

- NYPD Criminal Investigation Course
- NYPD Executive Development Course
- NYPD Evidence Collection Teams
- NYPD Laboratory Criminalists (Hair/Fibers & Trace)
- NYPD Detective Bureau Training
- NYC Corporation Counsel Attorneys
- NYC Department of Corrections Investigations Unit
- New York County District Attorney's Office

- Rockland County District Attorneys Office
- State of New Mexico Law Enforcement Academy
- New Mexico Department of Public Safety Crime Laboratory Training Workshop and Update Conference

**Professional Society Memberships**

- Association of Firearm and Toolmark Examiners (AFTE)
- International Association For Identification  (IAI)
- Southwestern Association of Forensic Scientists (SWAFS)

**Published Research**

- AFTE Journal Volume 36 Number 3,  Summer 2004: *An Unsafe Ceska Zbrojovka Model 75*
- AFTE Journal Volume 38 Number 2,  Spring 2006: *Breechface Marks as Related to Gripping a Firearm*
- AFTE Journal Volume 39 Number 1,  Winter 2007: *An Interesting Physical Fracture Match*
- AFTE Journal Volume 42 Number 3,  Summer 2010: *Striated Marks Encountered While Attempting a Physical Fracture Match*
- AFTE Journal Volume 46 Number 2,  Spring 2014: *Chamber Marks Preserved in a Badly Corroded Firearm*