# MARGO M. MIKESKA

New Mexico Department of Public Safety Forensic Laboratory
P.O. Box 1628, Santa Fe, NM 87507
Phone: (505)-827-9127; email: margo.mikeska@state.nm.us

## EDUCATION:

August 2003—August 2005
**University of North Texas Health Science Center,** Fort Worth, TX
-Degree: Master of Science
-Major: Forensic Genetics

August 1999—May 2003
**Angelo State University**, San Angelo, TX
-Degree: Bachelor of Science
-Major/Minor: Biology/Chemistry

## POSITIONS:

November 2014—Present
**Supervising Forensic Scientist (DNA)/CODIS Administrator: New Mexico Department of Public Safety Forensic Laboratory, Santa Fe, NM**
-Supervise the DNA/Biology section of the laboratory
-Manage federal grant for the DNA section
-Forensic DNA casework
-Manage Local CODIS Database operations in the laboratory
-Validation of new equipment
-Testimony as an expert witness
-Assist in the training of new employees, law enforcement and legal personnel

January 2012—Present:
**Contract DNA Auditor (Casework): National Forensic Science Technology Center (NFSTC)**
-Travel to DNA laboratories around the United States and perform external DNA audits based on the FBI Quality Assurance Standards for Forensic Testing Laboratories.
-Examine the laboratory's standard operating procedures, forensic case work, personnel records, training records, validations, safety program and quality manual to verify that they are in compliance with the audit document
-report any findings to the laboratory management and to NFSTC
-have performed 4 audits to date (Louisiana State Police in 2012, Tennessee DPS Knoxville Regional Crime Lab in 2012, San Bernardino County Sheriff's Office in 2013 and Tucson Police Department Crime lab in 2015)

March 2008—November 2014:
**Forensic Scientist (DNA)/CODIS Administrator: New Mexico Department of Public Safety Forensic Laboratory, Santa Fe, NM**
-Forensic DNA casework
-Manage Local CODIS Database operations in the laboratory

**GOVERNMENT'S EXHIBIT 6**

-Validation of new equipment
-Testimony as an expert witness
-Assist in the training of new employees, law enforcement and legal personnel

August 2005—February 2008:
**Forensic DNA Analyst: North Louisiana Criminalistics Laboratory, Shreveport, LA**
-Forensic DNA casework
-Research and Validation
-Testimony as an expert witness
-Assist in the training of law enforcement, sexual assault nurses and new
 employees.

May 2005—July 2005
**DNA Intern:** DNAPrint Genomics, Sarasota, FL
-Internship to satisfy requirements for Master of Science degree

## PROFESSIONAL AFFILIATIONS:

American Academy of Forensic Sciences – Member (2005 – Present)
New Mexico DNA Oversight Committee DPS representative (2014 – Present)
National DNA Index System (NDIS) Audit Review Panel (2015 – Present)

## COURT TESTIMONY:

Court qualified expert witness in Forensic DNA Analysis: (55)
- Caddo Parish, Shreveport, LA (5)
- Chaves County, Roswell, NM (3)
- Cibola County, Grants, NM (1)
- Curry County, Clovis, NM (3)
- Dona Ana County, Las Cruces, NM (5)
- Eddy County, Carlsbad, NM (3)
- Eddy County, Artesia, NM (1)
- Grant County, Silver City, NM (1)
- Lea County, Lovington, NM (2)
- Lincoln County, Carrizozo, NM (1)
- McKinley Country, Gallup, NM (3)
- Mora County, Las Vegas, NM (2)
- Ouachita Parish, Monroe, LA (1)
- Otero County, Alamogordo, NM (2)
- Rio Arriba County, Tierra Amarilla, NM (2)
- Roosevelt County, Portales, NM (3)
- Sandoval County, Bernalillo, NM (2)
- San Juan County, Aztec, NM (7)
- San Juan County, Farmington, NM (1)
- Santa Fe County, Santa Fe, NM (4)
- Taos County, Taos, NM (2)
- Valencia County, Los Lunas, NM (1)

## PROFESSIONAL MEETINGS ATTENDED:

**February 2005:** American Academy of Forensic Sciences (AAFS), New Orleans, LA
**January 2006:** Louisiana 2nd Annual DNA Scientific Meeting**,** Shreveport, LA
**September 2006:** Louisiana 3rd Annual DNA Scientific Meeting, Baton Rouge, LA
**October 2006:** 17th International Symposium on Human Identification; Promega Corporation, Nashville, TN
**October 2007:** 18th International Symposium on Human Identification; Promega Corporation, Los Angeles, CA
**August 2008:** Association of Forensic DNA Analysts and Administrators (AFDAA), Austin, TX
**February 2009:** American Academy of Forensic Sciences (AAFS), Denver, CO
**March 2010:** Bode Technology Group Annual Advanced DNA Technical Workshop (West), San Diego, CA
**November 2010:** 16th National CODIS Conference, Salt Lake City, UT
**May 2011:** Bode Technology Group Annual Advanced DNA Technical Workshop (East), St. Amelia Island, FL
**June 2011:** New Mexico Advanced SANE Conference**,** Albuquerque, NM
**November 2011:** 17th National CODIS Conference**,** Jacksonville, FL
**February 2012:** American Academy of Forensic Sciences (AAFS), Atlanta, GA
**November 2012:** 18th National CODIS Conference, Norman, OK
**March 2013:** Bode Technology Group Annual Advanced DNA Technical Workshop (West), San Diego, CA
**November 2013:** 19th National CODIS Conference, Norman, OK
**October 2014:** 25th International Symposium on Human Identification; Promega Corporation, Phoenix, AZ
**November 2014:** 20th National CODIS Conference, Norman, OK
**February 2015:** 67th American Academy of Forensic Sciences (AAFS), Orlando, FL
**November 2015:** 21st National CODIS Conference, Norman, OK
**September 2016:** 27th International Symposium on Human Identification; Promega Corporation, Minneapolis, MN
**November 2016:** 22nd National CODIS Conference, Norman, OK
**February 2017:** 69th American Academy of Forensic Sciences (AAFS), New Orleans, LA

## WORKSHOPS/TRAINING:

**February 2006:** Powerful Presentations: Surviving and Thriving in the Courtroom. Instructor: Raymond J. Davis and Richard A. Eigenbrod; Shreveport, LA (Louisiana 2nd Annual DNA Scientific Meeting)
**August 2006:** Forensic Anthropology Workshop: Mary Manheim; Benton, LA (North Louisiana Criminal Justice Academy, Bossier Parish Sheriffs Office)
**September 2006:** President's DNA Initiative Forensic Biology Screening Workshop: National Forensic Science Technology Center (NFSTC); Largo, FL
**October 2006:** Advanced Topics in Statistics. Instructors: John V. Planz, Arthur J. Eisenberg and Bruce Budowle; Nashville, TN (17th International Symposium for Human Identification)
**October 2007:** Generating DNA Profiles from Difficult Samples: Los Angeles, CA (18th International Symposium for Human Identification)
**December 2008:** Courtroom Testimony Techniques, Success Instead of Survival. Insturctor: Dwane Hildebrand (Ron Smith and Associates): Santa Fe, NM

**February 2009:** FBI DNA Auditor Training Course. Instructor: Richard A. Guerrieri (Chief, DNA Analysis Unit, FBI Laboratory): Denver, CO

**February 2010:** Quality Assurance Standards/Auditor Training. Online course: US Dept. of Justice Federal Bureau of Investigation Laboratory Division

**June 2010:** CODIS v.5.7.4 Software Training. Instructors: Meghan Carlin and Kenneth Walker (S.A.I.C. and CODIS unit, FBI Laboratory): McLean, VA

**September 2010:** 3500 Genetic Analyzer and Genemapper ID-X training. Instructor Gabe Feltner (Applied Biosystems HID University): Santa Fe, NM

**October 2010:** Forensic Y-STR Training. Instructor: Karen Howard (Marshall University Forensic Science Center): Santa Fe, NM.

**June 2011:** Paternity Statistics for Forensic Casework. Instructors: Pamela Jarman and Dr. Angela Williamson (Bode Technology Group Inc.): Santa Fe, NM

**December 2011:** CODIS 7.0 Software Training. Online Course: US Dept. of Justice Federal Bureau of Investigation Laboratory Division

**March 2012:** 3500, AmpflSTR Identifiler Plus Validation Lectures and Data Analysis Tranining. Instructor Melissa Kotkin (Applied Biosystems HID University): Santa Fe, NM

**July 2012:** CODIS v 7.0 Software Training. Instructors: Lauren Giordano and Jacqueline Klinger (US Dept. of Justice, Federal Bureau of Investigation, Laboratory Division, CODIS Unit): Austin, TX

**April 2013:** DNA mixture Interpretation Workshop and Webcast: Online Course: National Institute of Standards and Technology. Instructor: John Paul Jones II, NIST Law Enforcement Standards Office

**October 2013:** The Recovery and Identification of Human Skeletal Remains: Instructor: Dr Krista Latham. Santa Fe, NM. (35th Southwestern Association of Forensic Scientists Conference)

**November 2013:** Bloodborne Pathogen Training: Online Course: West Virginia University Continuing and Professional Education.

**May 2014:** Probabilistic Genotyping and Software Programs Webcast: Online Course: National Institute of Standards and Technology.

**August 2014:** DNA Analyst Webinar Series: Validation Concepts and Resources (Part 1): Online Course: National Institute of Standards and Technology.

**October 2014:** New Autosomal and Y-STR Loci and Kits: Making Data Driven Decisions: Phoenix, AZ (25th International Symposium for Human Identification)

**February 2015:** Obtaining Successful DNA Profiles from Challenging Samples: Orlando, FL (American Academy of Forensic Sciences)

**June 2014:** Promega Tech Tour; Portsmouth, NH

**September 2015:** Forensic Management Academy, University of West Virginia, Morgantown, WV

**June 2016:** Quantifiler Trio, HID Real-Time PCR analysis software, Globalfiler Validation laboratory and lecture series. Instructor: Amy Liberty (Applied Biosystems Human Identification Professional services): Santa Fe, NM

**June 2016:** DNA barcoding High-Throughput DNA Sequencing Forensic Science. Center for Borders, Trade and Immigration Research (University of Texas at El Paso): El Paso, TX

**September 2016:** What is this Likelihood Ratio and Probabilistic Genotyping Everyone is talking about? Minneapolis, MN (27th International Symposium for Human Identification)

**September 2016:** NIJ's DNA Capacity Enhancement and Backlog Reduction Program Changes and Updates Workshop: Minneapolis, MN (27th International Symposium for Human Identification)

**February 2017:** Navigating the Sea of Resources for Sexual Assault Programs. New Orleans, LA (American Academy of Forensic Sciences)
**March 2017:** Thermo Fisher Scientific Validation Lecture Series, YFiler Plus PCR Amplification Kit, Instructor Caron Pruiett (Human Identification Professional Services), Santa Fe, NM


## PRESENTATIONS:

**February 2006**: "Validation of ABI AmpFlSTR SEfiler PCR Amplification Kit," Louisiana 2nd Annual DNA Scientific Meeting; Shreveport, LA
**August 2012**: "Lab Capabilities and Evidence collection" Training to Valencia County Sheriff's Department, Los Lunas, NM
**April 2013**: "CODIS eligibility and the levels of CODIS" Training to Santa Fe Police Department Violent Crimes and Burglary Units. Santa Fe, NM
**November 2014**: "Lab Capabilities and Evidence collection" Training to Santa Fe Police Department, Santa Fe, NM
**June 2015**: "Maximizing DNA results with the Promega Maxwell" Promega Tech Tour, Portsmouth, NH