

# CURRICULUM VITAE
## Tracy L. Zehringer
Latent Print Examiner

Miami Valley Regional Crime Laboratory
Fingerprint Section
361 West Third Street
Dayton, OH 45402
Phone 937-225-6425 / Fax 937-496-7916
Email: zehringert@mcohio.org

**EDUCATION:**

2003-Virginia Commonwealth University, Richmond, Virginia
Master of Science Degree in Forensic Science

2001- Texas A&M University, Galveston, Texas
Bachelor of Science Degree in Marine Biology
Tri Beta Biological Honor Society

**PROFESSIONAL EXPERIENCE:**

06/2013—present          Latent Print Examiner
Miami Valley Regional Crime Laboratory-Dayton, OH
- Analyze and process evidence for the presence of latent prints
- Photograph and preserve developed prints
- Conduct comparisons of latent prints to known standards
- Utilize the Automated Fingerprint Identification System and the Integrated Automated Fingerprint Identification System
- Issue reports and testify to my findings
- Provide instruction to agencies when requested
- Assist the medical examiner's office in obtaining fingerprints of the deceased in extreme cases like decomposition or burns

03/2008 – 05/2013          Forensic Scientist, Advanced, Latent Print Examiner
New Mexico Department of Public Safety Forensic Laboratory-Santa Fe, NM
- Analyze and process evidence for the presence of latent prints
- Photograph and preserve developed prints
- Conduct comparisons of latent prints to known standards
- Utilize the Automated Fingerprint Identification System and the Integrated Automated Fingerprint Identification System
- Issue reports and testify to my findings

**GOVERNMENT'S EXHIBIT 7**

- Provide instruction to outside agencies, their recruits, and the recruits for the New Mexico State Police

08/2005 - 03/2008      Forensic Scientist II, Latent Print Examiner
<u>Virginia Department of Forensic Science-Richmond, VA</u>
- Analyze and process evidence for the presence of latent prints
- Conduct comparisons of latent prints to known standards
- Utilize the Automated Fingerprint Identification System and the Integrated Automated Fingerprint Identification System
- Issue reports and testify to my findings
- Provide instruction to agencies when requested
- Assist the medical examiner's office in obtaining fingerprints of the deceased in extreme cases like decomposition or burns

10/2007 - 12/2007      Adjunct Professor, Graduate Studies Program
<u>Virginia Commonwealth University-Richmond, VA</u>
- Co-teach the graduate fingerprint class with one other examiner
- Outline and refine course content
- Present information through lectures and practical activities
- Evaluate coursework including papers, presentations, and exams

09/2004 - 08/2005      Forensic Fellow, Latent Print Section
<u>Virginia Institute of Forensic Science and Medicine in conjunction with the Virginia Department of Forensic Science-Richmond, VA</u>
- Train in all aspects of fingerprint science
- Shadow examiners and perform supervised casework
- Conduct comparisons from ten-print to ten-print comparisons to difficult latent print to known comparisons

**FORENSIC TRAINING, CONFERENCES, AND WORKSHOPS ATTENDED:**

Analysis of Distortion in Latent Prints, Jacksonville, FL (06/2017)

IAI International Educational Conference, Cincinnati, OH (08/2016)

- Distortion: Analysis and Discussion (Cause and Effect)
- Blood Prints—To Process or Not to Process?
- Crease and Third Level Ridge Details Workshop
- Improving Gray Scale Perception of Latent Print Details
- Reducing Erroneous Exclusions: The Workshop!

Addressing Bias in Forensic Examinations, Forensic Science Institute of Ohio, Reynoldsburg, OH (05/2015)

Complex Latent Print Examination, Ron Smith & Associates, Chantilly, VA (06/2011)

Advanced Palm Print Comparison Techniques, Ron Smith & Associates, Metairie, LA (06/2010)

Universal Latent Workstation Software Training Program, FBI, Santa Fe, NM (04/2010)

Leadership in Police Organizations, IACP, Santa Fe, NM (08/2009-10/2009)

Footwear/Tire Track Examiner Training Program, National Forensic Science Training Center with Ron Smith & Associates (NIJ Grant), Largo, FL (10/2008-06/2009)

Courtroom Testimony Techniques, Success Instead of Survival, Ron Smith & Associates, Santa Fe, NM (12/2008)

IAI International Educational Conference, Louisville, KY (08/2008)

- Lifting Latent Prints off Unusual and Textured Surfaces
- Using Layers in Photoshop CS3 to Process Forensic Photographs
- Documenting ACE-V Methodology
- Forensic Tire Impression Identification

Virginia State Latent Print Examiner Conference, Virginia Beach, VA (10/2007)

Chesapeake Bay Division IAI Conference, Rocky Gap, MD (03/2007)

Chesapeake Bay Division IAI Conference, Hampton, VA (11/2006)
- Search Smart—Increasing Your Effectiveness in Latent Print Comparisons

Virginia State Latent Print Examiner Conference, Virginia Beach, VA (05/2005)

Basic Forensic Science and Medicine Seminar, Richmond, VA (09/2004)

Masters Degree Intern, Latent Print Section, Virginia Department of Forensic Science (06/2003-08/2003)

**PROFESSIONAL SOCIETY MEMBERSHIPS:**
International Association for Identification, Member, 2008-Present

Chesapeake Bay Division, International Association for Identification, Member, 2005-2008

**CERTIFICATION:**
IAI Certified Latent Print Examiner (December 2012)

**TEACHING EXPERIENCE:**
Latent Prints, Evidence Technician Training at Miami Valley Regional Crime Laboratory, Dayton, OH—10/2013, 2/2014, 3/2014, 9/2015, 10/2015, 1/2016, 2/2016, 3/2016, 4/2016

Latent Prints, Basic Police Officer Training at New Mexico State Police Law Enforcement Academy, Santa Fe, New Mexico—05/2008, 09/2008, 05/2009, 05/2012

Latent Prints and an Overview of Laboratory Capabilities, 1st Judicial District Attorney's Office, Santa Fe, New Mexico—08/2011

Latent Prints, New Mexico State Police Academy, Santa Fe, New Mexico—05/2008, 11/2009, 8/2012

Fingerprints, Summer Forensic Camp for Santa Fe Preparatory, Santa Fe, NM—07/2009

**FORENSIC PRESENTATIONS:**
"Daubert Update from Fall CBD-IAI Conference," Virginia State Latent Print Examiner Conference, Virginia Beach, VA (10/2007)

"Comparison" section from joint presentation on ACE-V, Virginia State Latent Print Examiner Conference, Virginia Beach, VA (10/2007)

"To Count or Not to Count…That is the Question," Virginia State Latent Print Examiner Conference, Virginia Beach, VA (05/2005)