# ASCLD/LAB-*International*

# STATEMENT OF QUALIFICATIONS

| Name | Teresa Vigil | Date | 1/25/17 |
|---|---|---|---|

| Laboratory | NMDPS Forensic Laboratory Bureau Santa Fe |
|---|---|

| Job Title | Forensic Scientist |
|---|---|

**Indicate all disciplines in which you do casework:**

| | | | |
|---|---|---|---|
| ☐ | Drug Chemistry | ☐ | Toxicology |
| ☐ | Firearms/Toolmarks | ☐ | Biology |
| ☐ | Trace Evidence | ☐ | Questioned Documents |
| ☒ | Latent Prints | ☐ | Crime Scene |
| ☐ | Digital & Multimedia Evidence | | |

**List all category(ies) of testing in which you do casework:**

Latent Print analysis

**Breath Alcohol Calibration Categories**

| | |
|---|---|
| ☐ | **Toxicology** - Breath Alcohol Measuring Instruments (The work of the laboratory MUST include calibration certificates- do not check the box if work is limited to breath/alcohol testing) |
| ☐ | **Toxicology** - Breath Alcohol Calibration Reference Material |

**Education:** List all higher academic institutions attended (list high school only if no college degree has been attained)

| Institution | Dates Attended | Major | Degree Completed |
|---|---|---|---|
| New Mexico State University | 08/2004 through 05/2008 | Criminal Justice | Bachelors |
| University of Phoenix | 06/2009 through 03/2011 | Criminal Justice | Masters |
| | | | |
| | | | |
| | | | |

**Other Training:** List continuing education, workshops, in-service and other formal training received. Please include the course title, source and date of the training.

*Ron Smith & Associates (June 2010) "Advanced Palm Prints Comparison" and (May 2011) "Essential Ridgeology Concepts"

*FBI (June 2010) "Universal Latent Workshop Software, Scientific Basics of Fingerprints- Classifying, Recording and Comparing and Advanced Comparison for the Tenprint Examiner"

* IAI Conference (July 2010) "Analysis of Distortion in Latent Prints, Lifting Latent Prints off Unusual and Textured Surfaces, Enough is Enough Latent Selection: A study of sufficiency, Evidence Detection with a Forensic Light Source"

* IAI Conference (August 2011) "Enhancement-Getting the most from your latent, Reconciling the Forensic Scientist, the criminal defense attorney, the criminal justice system, developing, documenting and lifting latent prints on regular, unusual and textured surfaces, Science of friction ridge skin, Complex latent print sufficiency: the threshold"

*Forensic Science Initiative (August 2011) Scientific Analysis: Applying ACE-V and Daubert to

**GOVERNMENT'S EXHIBIT 8**

testimony (24 hours), The Application of ACE-V to Simultaneous Impressions/is there a need for 100% verification (Review) of latent print examination (8 hours), Ethics in Forensic Science (8 hours)"

* Ron Smith and Associates- Fundamentals of Latent Print Examination (April 2012)

*Ron Smith and Associates- Expert Witness Testimony Techniques for Laboratory Analysts (May 2012)

*IAI Conference (July 2012) "Methodology for Latent Print Bench Notes," SWGFAST ACE-V Methodology Standard," Distortion: Analysis and Discussion (Effect and Cause)," and Latent Print Advanced Testimony Workshop"

*Ron Smith and Associates-Advanced ACE-V (April 2013)

*SWAFS Ethics class (October 2013)

*ULW Training IAFISMay 2014

*August 2014 IAI Conference Minneapolis Minnesota

*October 2014 Class on Law and Forensics

*August 2016 IAI Conference Cincinnati Ohio

**Courtroom Experience:** List the discipline/category(ies) of testing in which you have qualified to testify as an expert witness and indicate over what period of time and approximately how many times you have testified in each.

testified approximately -10/2012 Tucumcari, NM (Prelim. Hearing), 11/2013 Clovis NM, 11/2013 Lovington NM, 7/2014 Santa Fe District Court, 8/2014 Lovington NM, 12/2014 Aztect NM, 10/2015 Grants NM,

**Professional Affiliations:** List any professional organizations of which you are or have been a member. Indicate any offices or other positions held and the date(s) of these activities.

Rocky Mountain Division of the IAI, International Association of Identification

**Employment History:** List all scientific or technical positions held, particularly those related to forensic science. List current position first. Be sure to indicate employer and give a brief summary of principal duties and tenure in each position.

| Job Title | Forensic Scientist | Tenure | |
|---|---|---|---|
| Employer | NMDPS Forensic Lab | | |
| Provide a brief description of principal duties: | | | |
| Analyze, Process and Evaluate items of physical evidence for latent prints. If latent prints are present I conduct comparisons with the known prints (standards) submitted in the case. If no known prints are submitted the latent prints will be put into the database known as AFIS (Automated Fingerprint Identification System). Write a report of my findings and testify to my findings in a court of law. | | | |

| Job Title | | Tenure | |
|---|---|---|---|
| Employer | | | |
| Provide a brief description of principal duties: | | | |
| | | | |

| Job Title | | Tenure | |
|---|---|---|---|
| **Employer** | | | |
| Provide a brief description of principal duties: | | | |
| | | | |

| Job Title | | Tenure | |
|---|---|---|---|
| **Employer** | | | |
| Provide a brief description of principal duties: | | | |
| | | | |

| Job Title | | Tenure | |
|---|---|---|---|
| **Employer** | | | |
| Provide a brief description of principal duties: | | | |
| | | | |

**Other Qualifications:** List below any scientific publication and/or presentation you have authored or co-authored, research in which you are or have been involved, academic or other teaching positions you have held, and any other information which you consider relevant to your qualification as a forensic scientist.
(Use additional sheets if necessary.)