# CURRICULUM VITAE

Tiffany L. Smith
DNA Casework Unit
Federal Bureau of Investigation Laboratory
2501 Investigation Parkway
Quantico, VA 22135
(703) 632-7789

## EDUCATION

| | |
|---|---|
| 2010 | Master of Science in Biology<br>West Virginia University<br>Morgantown, WV |
| 2007 | Bachelor of Science in Forensic and Investigative Sciences<br>West Virginia University<br>Morgantown, WV |

## PROFESSIONAL EXPERIENCE

| | |
|---|---|
| Aug 2010 – Present | Forensic Examiner<br>Federal Bureau of Investigation Laboratory<br>Nuclear DNA/DNA Casework Unit<br>Quantico, VA |
| Aug 2007 – May 2010 | Teaching Assistant<br>West Virginia University<br>Department of Biology<br>Morgantown, WV |
| May 2006 – Aug 2006 | Intern<br>Connecticut State Forensic Laboratory<br>Meriden, CT |

## MEETINGS ATTENDED

| | |
|---|---|
| 2013 | American Academy of Forensic Sciences 65th Annual Scientific Meeting<br>Washington, DC |
| 2012 | Scientific Working Group on DNA Analysis Methods Meeting<br>Fredericksburg, VA |
| 2011 | Mid-Atlantic Association of Forensic Scientists Fall Workshop – Expert Witness Testimony<br>Washington, DC |

**GOVERNMENT'S EXHIBIT 9**

| | |
|---|---|
| 2011 | Scientific Working Group on DNA Analysis Methods Meeting<br>Fredericksburg, VA |
| 2011 | National Institute of Justice Annual Conference<br>Arlington, VA |
| 2009 | Mid-Atlantic Association of Forensic Scientists<br>Baltimore, MD |
| 2006 | Chesapeake Bay Division – International Association for Identification<br>Hampton, VA |
| 2005 | Chesapeake Bay Division – International Association for Identification<br>Morgantown, WV |

## **PROFESSIONAL TRAINING**

| | |
|---|---|
| 2016 | Human Identification for Forensic Examiners<br>Quantico, VA |
| 2016 | 3500 Genetic Analyzer and Globalfiler Amplification Kit Training<br>Quantico, VA |
| 2015 | Short Tandem Repeat Mixture (STRMix) Software Training<br>Quantico, VA |
| 2015 | Improved Forensic Y-chromosome Analysis<br>Quantico, VA |
| 2014 | National Institute of Standards and Technology DNA Mixture Webinar<br>Quantico, VA |
| 2014 | SWGDAM Interpretation Guidelines for Y-Chromosome STR Typing by Forensic DNA Laboratories<br>Quantico, VA |
| 2013 | National Institute of Standards and Technology DNA Mixture Interpretation Workshop & Webcast<br>Quantico, VA |
| 2013 | Forensic DNA Statistics<br>Quantico, VA |
| 2012 | GeneMapper ID-X Training<br>Quantico, VA |

| | | |
|---|---|---|
| 2011 | Y-Filer Training<br>Quantico, VA | |
| 2011 | KInCALc 4.0 Training<br>Quantico, VA | |
| 2011 | Evaluation of Genetic Kinship in Forensic Analysis<br>Quantico, VA | |
| 2011 | Comprehensive Sperm Hy-liter Training<br>Quantico, VA | |
| 2011 | Qiagen EZ1 Extraction Training<br>Quantico, VA | |
| 2011 | Sperm Hy-Liter Training<br>Quantico, VA | |
| 2010-2012 | Nuclear DNA Unit Forensic Examiner Training Program, FBI Laboratory<br>Quantico, VA | |
| 2010 | Applied Biosystems Automate Training<br>Quantico, VA | |
| 2009 | Interpreting DNA Evidence; 14th Annual Summer Institute in Statistical Genetics<br>Seattle, WA | |
| 2006 | Population Genetics and Forensic DNA Analysis Training<br>Meriden, CT | |

## **PRESENTATIONS**

| | |
|---|---|
| 2015 | Evidence Response Team Senior Team Leader and Supervisory Special Agent Conference<br>San Francisco, CA |
| 2013 | Spring 2013 Essentials of Forensic Science for Legal Professionals Program<br>Tulsa, OK |
| 2012 | Sexual Assault Examiner (SAE) Training, Indian Health Services<br>Nashville, TN |
| 2012 | New Employee Training on Nuclear DNA Analysis<br>Quantico, VA |

| | |
|---|---|
| 2012 | Basic Serology, DNA, and Evidence Collection Training to FBI ERT Fredericksburg, VA |
| 2011 | Forensic DNA Testing and Laboratory Techniques Northern Virginia Community College Manassas, VA |
| 2011 | Basic Serology, DNA, and Evidence Collection Training to FBI ERT Fredericksburg, VA |
| 2011 | New Employee Training on Nuclear DNA Analysis Quantico, VA |

## LECTURES AND INSTRUCTION

Forensic Biology Laboratory, West Virginia University, Morgantown, WV

General Biology I, West Virginia University, Morgantown, WV

General Biology II, West Virginia University, Morgantown, WV

Introductory Physiology Laboratory, West Virginia University, Morgantown, WV

Principles of Biology Laboratory, West Virginia University, Morgantown, WV

The Living Cell Laboratory, West Virginia University, Morgantown, WV

## RESEARCH PROJECTS

| | |
|---|---|
| 2009-2010 | The Eradication of DNA Contamination from RNA Isolates |
| 2007-2010 | Investigating the Potential of RNA to be used in Forensic Casework Analysis |
| 2007-2010 | Nucleic Acid Degradation as a Mechanism for Estimating the Age of Semen Stains in Forensic Casework |
| 2007 | The Effect of UV Light on RNA and DNA Amplification |