January 10, 2014

# Hannah A. Kastenbaum, MD

Associate Medical Investigator, Office of the Medical Investigator
Assistant Professor, University of New Mexico Department of Pathology
MSC07-4040
1 University of New Mexico
Albuquerque, NM 87131-0001
(505) 272-3053
hkastenb@salud.unm.edu

| | |
|---|---|
| **Licensures (MD):** | New Mexico (June 2012 to present; unrestricted) |
| | Pennsylvania (2010 to present; unrestricted) |
| | New Mexico (2011-2012; postgraduate trainee) |
| | Pennsylvania (2007-2010; postgraduate trainee) |
| | |
| **Board Certification:** | Forensic Pathology (2012) |
| | Anatomic and Clinical Pathology (2011) |
| | |
| **Education:** | Office of the Medical Investigator |
| | University of New Mexico Health Sciences Center |
| | Albuquerque, NM |
| | Forensic Pathology Fellowship |
| | July 1, 2011 to June 30, 2012 |
| | |
| | Department of Pathology |
| | University of Pittsburgh Medical Center |
| | Pittsburgh, PA |
| | Combined Anatomic and Clinical Pathology Residency |
| | July 1, 2007 to June 30, 2011 |
| | |
| | Jefferson Medical College |
| | Thomas Jefferson University |
| | Philadelphia, PA |
| | Doctorate of Medicine |
| | 2003 to 2007 |
| | |
| | University of Rochester |
| | Rochester, NY |
| | Bachelor of Arts in Biology, Cum Laude |
| | 1999 to 2003 |
| | |
| **Employment:** | Department of Pathology |
| | University of New Mexico Health Sciences Center |
| | Associate Medical Investigator, August 2012 to present |
| | Assistant Professor of Pathology, August 2012 to present |

**GOVERNMENT'S EXHIBIT 10**

**Professional Recognition and Honors:**
- Co- Chief Resident, Department of Pathology, UPMC, 2010-2011
- Co- Chief Resident for Clinical Pathology, UPMC, 2009-2010
- American Society for Pharmacology and Experimental Therapeutics (ASPET) Summer Undergraduate Research Program (SURF) Participant, 2002
- Golden Key International Honor Society
- Rush Rhees Scholarship, University of Rochester, 1999-2003

**Membership in Professional Societies:**
- American Academy of Forensic Sciences, Associate Member, 2012- present
- National Association of Medical Examiners, 2010- present
- College of American Pathologists, 2007- present
- American Society for Clinical Pathology, 2007- present
- American Medical Association, 2003- present
- Pennsylvania Medical Society, 2007-2011
- Allegheny County Medical Society, 2007-2011

**Extramural Professional Activities:**
- "Real Reader" Portfolio Reviewer, University of Rochester Biology/Writing 272: Developing a Professional Biology Writing Portfolio. Fall 2013.
- "Health Professions, Public Health, Life and Neuroscience Research" Panelist. University of Rochester Beyond Rochester Career Panel and Networking Event, October 11, 2013.
- Alumni Volunteer Interviewer for Undergraduate Admissions, University of Rochester. 2012 to present; 2007-2010.

**Invited Lectures:**

2013   " Post-mortem Changes and Estimation of Time of Death." New Mexico Office of the Medical Investigator Basic Training for Medicolegal Death Investigators Course, October 2013.

2013   "Gunshot Wound Fatalities." New Mexico Office of the Medical Investigator Basic Training for Medicolegal Death Investigators Course, April 2013.

2012   "The Final Exit: The Practicalities of Self-Deliverance and Assisted Suicide for the Dying." New Mexico Office of the Medical Investigator Forensic Science Seminar, June 2012.

2012   "Gunshot Wound Fatalities." New Mexico Office of the Medical Investigator Basic Training for Medicolegal Death Investigators Course, March 2012 and October 2012.

2011   "Janiceps conjoined twins with extreme asymmetry: case report with complete autopsy and histopathological findings." New Mexico Office of the Medical Investigator Applicant for Associated Medical Investigator. December 2011.

2011   "Gunshot Wound Fatalities." New Mexico Office of the Medical Investigator Basic Training for Medicolegal Death Investigators Course, October 2011.

2010   "Emerging Topics in Laboratory Medicine: HE4, A Promising New Biomarker for Ovarian Cancer." UPMC Department of Pathology Seminars in Laboratory Medicine Series, August 2010.

2010   "Interpreting Urine Drug of Abuse Testing: Contested or Unexpected Results." Lecture to Clinical Laboratory, Faculty, Staff, and Technologists at University Drive Veteran's Administration Hospital Department of Pathology, August 2010.

2009   "Current Topics in Laboratory Medicine: Allegheny County Medical Examiner's Forensic Laboratories." UPMC Department of Pathology Seminars in Laboratory Medicine Series, September 2009.

**Community Service:**
- Ronald McDonald House Charities of New Mexico
    - Guest Chef Program volunteer:
        - January 1 2013.
        - May 25, 2013
        - August 4, 2013
    - Group Leader for OMI Group, 2013 to present:
        - April 14, 2013
        - June 9, 2013
    - Rock N Glow 5K to benefit RMHC-NM, Volunteer, July 13 2013
- High-5 Donor Club Member, Playworks New Mexico, 2013 to present
- Member of the Albuquerque Community Foundation's Future Fund, 2013 to present
- Aaron's 19th Annual Mudd Volleyball Tournament to Benefit Carrie Tingley Hospital, June 9 2012 and June 7, 2013.

**Scholarly Achievements**

**Original Research Articles in Refereed Journals:**

2010   **Kastenbaum HA,** Khalbuss WE, Felgar RE, Stoller R, Monaco SE. The spectrum of coincident entities with small lymphocytic lymphoma/chronic lymphocytic leukemia (SLL/CLL) diagnosed by cytology. CytoJournal 2010; 7:20.

2009   **Kastenbaum H**, McPherson E, Murdoch G, Ozolek J. Janiceps conjoined twins with extreme asymmetry: case report with complete autopsy and histopathological findings. Pediatr Dev Pathol 2009 Sept-Oct; 12(5): 374-82.

**Refereed Abstracts:**

2009   **Kastenbaum HA,** Khalbuss WE, Felgar RE, Stoller R, Monaco SE. The spectrum of coincident entities with small lymphocytic lymphoma/chronic lymphocytic leukemia (SLL/CLL) diagnosed by cytology. American Society of Cytopathology Annual Scientific Meeting, 2009.

2009   **Kastenbaum H,** Nelson JB, Perepletchikov AM. Pathologic Features of Prostatic Adenocarcinoma in Prostatic Adenocarcinoma in Patients Aged 45 Years and Younger. American Society for Clinical Pathology Annual meeting, 2009.

**Other Writings or Scholarly Activities:**

2010   **Kastenbaum H,** Liman AK. A 68 year old while male with bladder outlet obstruction. UPMC Department of Pathology Anatomic Pathology Case of the Month (September 2010). Published on-line.

2010   **Kastenbaum H.** Metastasis to the calcaneus. UPMC Department of Pathology Anatomic Pathology Case of the Month (February 2010). Published on-line.

2008   **Kastenbaum H**, Pasculle W. A 77 year old male with diarrhea. UPMC Department of Pathology Clinical Pathology Case of the Month (November 2008). Published on-line.

2008     **Kastenbaum H,** Virji MA. A 50 year old female with a pituitary mass. UPMC Department of Pathology Clinical Pathology Case of the Month (May 2008). Published on-line.

**Works in Progress:**
- **"**Influence of The Final Exit on Asphyxial Suicides in New Mexico: A Retrospective Review" research project with Adela Magallanes, second-year medical student at University of New Mexico School of Medicine
- "Comparison of Post-mortem Computed Tomography and Autopsy in Uncomplicated Hanging Cases" research project with Drs. Gary Hatch and Jamie Elifritz from UNMH Department of Radiology

**Teaching/Education**
**Classroom teaching:**

2013     Presentation, "Pathology of Pulmonary Infections." UNM School of Medicine Phase I-2 Infectious Disease Block. October 2013.

2013     Presentation, "Firearm Fatalities." OMI Introduction to Forensic Pathology Course. July 2013.

2013     Presentation, "Deaths in Custody." OMI Introduction to Forensic Pathology Course. July 2013.

2013     Presentation, "Motor Vehicle Accidents." OMI Introduction to Forensic Pathology Course. July 2013.

2013     Presentation, "Pulmonary Pathology I." UNM School of Medicine Phase I Cardiovascular/Pulmonary/Renal Block.  April 2013.

2013     Presentation, "Pulmonary Pathology II." UNM School of Medicine Phase I Cardiovascular/Pulmonary/Renal Block. April 2013

2013     Presentation, "Pathology of Pulmonary Vascular Diseases." UNM School of Medicine Phase I Cardiovascular/Pulmonary/Renal Block.  April 2013

2012     Presentation, "Pathology of Pulmonary Infections." UNM School of Medicine Phase I-2 Infectious Disease Block. December 2012.

2012     Volunteer Forensic Pathology Expert Witness for Mock Trial Preparation Sessions. UNM School of Law, Evidence and Trial Practice Course. October 2012.

2011     Volunteer Forensic Pathology Expert Witness for Mock Trial Preparation Sessions. UNM School of Law, Evidence and Trial Practice Course. October 2011.

2011     University of Pittsburgh School of Medicine Integrated Pathobiology and Cell Biology Course, Small Group Instructor. Winter 2011.

2009     University of Pittsburgh School of Medicine Integrated Cell Biology and Pathobiology Course, Small Group Instructor. Fall 2009.

**Advancement of non-CME Education:**
- UNM School of Medicine Office for Medical Education Development Lunch and Learn, "Multiple Choice Questions that Effectively Check and Promote Learning." September 18, 2013.
- UPMC Physician Services Division Leadership and Management Certificate Program, Spring 2009.

**Curriculum Development or Educational Administrative Positions:**
- UNM Department of Pathology/ OMI Faculty Coordinator for Pathology Resident Rotations, July 2013 to present.
- OMI Coordinator of Curriculum Development, July 2013 to present:
  - Developed and coordinated new orientation and lecture series, Introduction to Forensic Pathology Course, for Forensic Pathology Fellows at the OMI, July 2013.
- UNM Student Pathology Interest Group Volunteer: Interest Meeting September 2012, OMI Tour October 2012.
- UNMH Department of Pathology Resident Recruitment Committee, 2012.
- UPMC Department of Pathology Curriculum Committee, Resident Member, 2009-2011.
- UPMC Department of Pathology Residency Program, Peer-selected ACGME Site Review Resident Coordinator, Fall 2010.
- UPMC Graduate Medical Education Committee, Resident Member, 2008-2010.
- UPMC Department of Pathology Resident Recruitment committee, Host Resident, 2008-2011.

**University, SOM, HSC Committees and Administrative Positions:**
- UNM Office of Research Scientific Review Committee Member, 2012 to present.
- UNMH Department of Pathology New Faculty Recruitment Committee, September 2012.
- OMI Faculty Liaison to OMI Records Department, 2012 to present.