# Cynthia L. Wood

**Current Employment**
    Forensic Scientist
    Forensic Biology Section
    New Mexico Department of Public Safety
    August 2011-March 2016

**Previous Employment**
    Forensic Biologist
    Forensic Biology Section
    Division of Forensic Sciences
    Georgia Bureau of Investigation
    July 2005-July 2011

**Education**
    Bachelor of Science-1999
    Georgia State University
    Atlanta, GA
    Major-Biology with a Chemistry minor
    Courses Taken include Molecular Cell Biology, Genetics and Biochemistry

**Specialized Training**
    DNA Training Program………………………GBI-DOFS
    ABI Prism 310 Genetic Analyzer…………….Applied Biosystems/GBI-DOFS
    Serology Training Program…………………..NFSTC/GBI-DOFS

    *Workshops and Meetings*
- 58th Annual American Academy of Forensic Sciences Meeting, February 2006
- Advanced Topics in STR DNA analysis-AAFS Meeting, February 2006
- Human Population Genetics Workshop-NFSTC at GBI, June 2006
- Forensic Biology Screening Workshop-NFSTC, January 2007
- Promega 18th International Symposium on Human Identification, October 2007
- Advanced DNA Training-Marshall University, July 2008
- Bode Technology Conference, May 2009
- Future Trends in Forensic DNA Technology-Applied Biosystems, August 2009
- Forensic Y-STR Training-Marshall University, July 2010
- Blood Spatter Training-DPS, August 2011
- Promega 22nd International Symposium on Human Identification, October 2011

**GOVERNMENT'S EXHIBIT 11**

- 64th Annual American Academy of Forensic Sciences Meeting, February 2012
- Advanced DNA Mixture Interpretation and Statistical Approaches-AAFS Meeting, February 2012
- Bode 10th Annual Advanced DNA Technical Workshop, March 2013
- DNA Mixture Interpretation Workshop & Webcast, April 2013
- 35th Annual Southwestern Association of Forensic Scientists, October 2013
- Recovery and Identification of Human Skeletal Remains-SWAFS meeting, October 2013
- NIST DNA Analyst Webinar Series: Probablistic Genotyping and Software Problems, May 2014
- 25th International Symposium on Human Identification; September 2014
- Interpretation of Complex DNA Mixtures Workshop; ISHI Meeting; September 2014
- Forensic Science and the Law; October 2014
- Bode 12th Annual Advanced DNA Technical Workshop, March 2015

**Professional Affiliations**
American Academy of Forensic Sciences-member 2006-2016

**Testimony Given As An Expert Witness**
Approximately 72 times in Superior and Juvenile Courts throughout the state of Georgia; 12 times in the state of New Mexico, including Districts 1, 3, 5, 8, 9, 12, and 13.

**Research and Validation**
Validation of Qiagen Investigator Kit for use on the EZ1 robots