# Roger W. Cain, CFVA
2001 W. Pinnacle Peak Rd, #100, Phoenix, AZ 85027 - (623) 251-3139 - rcain@rmin.riss.net



**Audio/Video Forensic Analyst**
*Rocky Mountain Information Network, Inc.*

## Experience

**Rocky Mountain Information Network, Phoenix, Arizona**          **2013- Present**
- Forensic Audio/Video Analyst
- Forensic Lab Lead

**Gilbert Police Department, Gilbert, Arizona**          **2007 - 2013**
- Forensic Video Analyst

**Arizona Department of Public Safety**          **2001 - 2004**
- Background Investigator

**Arizona Department of Public Safety**          **1988 - 2001**
- Police Officer
- Arizona Police Officer Standards Training Board Certified Instructor
- National Highway Traffic Safety Administration Certified Drug Recognition Expert Instructor

## Certifications

**Certified Forensic Video Analyst (CFVA)**
- **Law Enforcement Emergency Services Video Association (LEVA)**
    - October 2012, Certified in the collection, processing and analysis of video evidence.

**Certified Forensic Video Technician**
- **Law Enforcement Emergency Services Video Association (LEVA)**
    - May 2012, Certified in the collection, processing and analysis of video evidence.

**SignalScape StarWitness Product Certification**
- January 2011, Certified in the use of the StarWitness suite of forensic software tools

## Training

**Forensic Video Training**

- AVID dTective Video System Training, 32 hours.
    - Ocean Systems, Burnsville, Maryland 2/2008

**GOVERNMENT'S EXHIBIT 12**

- LEVA Level I, Basic Forensic Video Analysis and the Law, 40 hours.
    - Law Enforcement Emergency Services Video Association, Indianapolis, Indiana 4/2008
- Digital Video and Adobe Photoshop, 40 hours.
    - Resolution Video, Tucson, Arizona 5/2008

- Recovery and Analysis using StarWitness Video Pro, 40 hours.
    - SignalScape Inc. and Resolution Video, Phoenix, Arizona 2/2009

- LEVA Level II, Processing Digital Multimedia Evidence, 40 hours.
    - Law Enforcement Emergency Services Video Association, Indianapolis, Indiana 5/2009

- Expert Witness Preparation and Testimony, 24 hours.
    - Law Enforcement Emergency Services Video Association, Fort Worth, Texas 11/2009

- LEVA International Video Evidence Symposium and Training Conference, 24 hours.
    - Adobe Premier Pro, Photoshop CS4, Building Forensic Kits, Freeware Forensic Tools, Government Run CCTV Issues
    - Law Enforcement Emergency Services Video Association, Fort Worth, Texas 11/2009

- StarWitness Product and Recovery Seminar, 24 hours.
    - SignalScape Inc. and Resolution Video, Phoenix, Arizona 10/2010

- StarWitness Product Certification Training, 40 hours.
    - SignalScape Inc., Cary, North Carolina 1/2011

- Photographic and Video Comparison, 45 hours.
    - Law Enforcement Emergency Services Video Association, Indianapolis, Indiana 3/2011

- Digital Summit International Symposium and Training Conference, 12 hours.
    - Audio Theory, Premiere Pro for Video Forensics, Authentication of Questioned Digital Multimedia Files, Basic Audio Enhancement,
    - Digital Summit International, Las Vegas, Nevada 8/2011

- LEVA Level III, Advanced Forensic Video analysis and the Law, 40 hours.
    - Law Enforcement Emergency Services Video Association, Indianapolis, Indiana 4/2012

- LEVA International Video Evidence Symposium and Training Conference, 24 hours.
    - Adobe CS6 Photoshop, Production Premium, Premier Pro, Reverse Projection using 3D Laser Scanning, Image Authentication, Global Video Program, Imaging Tools, Creating PDF Portfolio
    - Law Enforcement Emergency Services Video Association, San Diego, California 10/2012

- Introduction to Audio Forensics, 24 hours.
    - Resolution Video, Phoenix, Arizona 4/2013

- LEVA International Video Evidence Symposium and Training Conference, 40 hours.
    - Advanced PDF Creation, Premiere Pro Editing, Fundamentals of Video and Image Compression, Examinations involving Compression, FTK for Triage and Archiving, Proprietary Video Players and Windows 7, DVR Recovery.
    - Law Enforcement Emergency Services Video Association, Asheville, North Carolina 9/2013

- LEVA International Video Evidence Symposium and Training Conference, 22 hours.
    - Premiere Pro Editing, Adobe Audition Basics, Reverse Projection Workshop, Fundamentals of Audio Forensics.
    - Law Enforcement Emergency Services Video Association, Coeur d'Alene, Idaho 10/2014

- LEVA International Video Evidence Symposium and Training Conference, 35.5 hours.
    - Image & Video Clarification & Processing using ClearID, Forensic Video Analysis with Amped FIVE, Body Worn Video Summit.
    - Law Enforcement Emergency Services Video Association, Clearwater Beach, Florida 11/2015

- FFMPEG, A Dynamic Forensic Video Workflow, 40 hours.
    - Law Enforcement Emergency Services Video Association, Indianapolis, Indiana 5/2016

- Forensic Analysis and Enhancement of Digital Audio, 18 hours.
    - National Center for Media Forensics, Denver, Colorado 9/2016

- Forensic Analysis and Authentication of Digital Audio, 18 hours.
    - National Center for Media Forensics, Denver, Colorado 9/2016

- Forensic Analysis and Authentication of Digital Images, 18 hours.
    - National Center for Media Forensics, Denver, Colorado 9/2016

- DAC School Forensic Audio/Video Training, 40 hours.
    - Salient Sciences, Phoenix, Arizona 1/2017

**Computer and Electronic Devices Forensic Training**

- Data Recovery and Acquisition – Basic BDRA, 32 hours.
    - National White Collar Crime Center, Phoenix, Arizona 10/2008

- Computers and Electronic Evidence Training (Cell Phones), 4 hours.
    - Gilbert Police Department, Gilbert, Arizona 5/2011

- Digital Evidence Collection Training, 4 hours.
    - International Data Forensic Solutions Center, Phoenix, Arizona 5/2012

- Basic Data Recovery and Acquisition – BDRA, 21 hours.
    - National White Collar Crime Center, Prescott Valley, Arizona 10/2013

- Intermediate Data Recovery and Analysis – IDRA, 29 hours.
    - National White Collar Crime Center, Prescott Valley, Arizona 10/2013

- Accelerated Byte Level Analysis – 40 hours.
    - DME forensics, Scottsdale, Arizona 10/2013
- Windows Artifacts – WinArt, 32 hours.
    - National White Collar Crime Center, Phoenix, Arizona 5/2014

**Investigative, Forensic, and Law Enforcement Related Training**

- Intoxilyzer Quality Assurance Specialist Training and Certification, 16 hours.
    - Arizona Department of Public Safety, Phoenix, Arizona 1/1993

- Latent Fingerprint Development, 12 hours.
    - Arizona Department of Public Safety, Flagstaff, Arizona 2/1993

- DUI Testimony Skills for Prosecutors and Law Officers, 8 hours.
    - Arizona Department of Public Safety, Prescott, Arizona 4/1993

- Ethical Issues in the Public Sector, 4 hours.
    - Arizona Department of Administration, Payson, Arizona 9/1993

- Arizona Police Officer Standards and Training Board Certified Instructor, 40 hours.
    - Arizona Police Officer Standards and Training Board, Tucson, Arizona 2/1997

- Winning in Court, 4 hours.
    - Judge Phares, Gilbert, Arizona 9/2008

- Daubert Overview for Arizona Courts, 4 hours.
    - Arizona Forensics Science Academy, Phoenix, Arizona 3/2012

- Forensic Examiners Self Defense, 2 hours.
    - Donn Hoffman, LA County Dist. Attorney
    - AZ High Technology Crime Investigation Association, Phoenix, Arizona 12/2012

### Instructor

- Video Forensics Overview, 1 hour.
    - Gilbert Police Command Staff and Sergeants, Gilbert, Arizona 9/2008

- Video Forensics and Photographic/Video Comparison Overview, 1 hour.
    - Gilbert Police Investigations Personnel, Gilbert, Arizona 5/2011

- Video Forensic Overview and Arizona Forensic Video Analysis Lab Capabilities, 1 hour.
    - Arizona Forensic Science Academy, Phoenix, Arizona 3/2012

- Lab Assistant, LEVA Level II, Processing Digital Multimedia Evidence, 40 hours.
    - Law Enforcement Emergency Services Video Association, Indianapolis, Indiana 3/2013

- Lab Assistant, LEVA Level II, Processing Digital Multimedia Evidence, 40 hours.
    - Law Enforcement Emergency Services Video Association, Indianapolis, Indiana 12/2013

- Introduction to DVR Byte Level Analysis, 1 hour
    - AZ HTCIA meeting, Phoenix, Arizona 4/2014

- Court Preparation and Testimony, 8 hours,
    - 2014 (June, August, September, November)
    - Phoenix, Arizona

- Court Preparation and Testimony, 16 hours
    - 2015
        - Thornton, Colorado, March
        - Buffalo, Wyoming, June
        - Cheyenne, Wyoming, June

- Video Forensics and Photographic/Video Comparison Overview, 1 hour.
    - Utah ILO Conference, Park City, Utah 10/2015

- Court Preparation and Testimony, 16 hours
    - 2016
        - Idaho Falls, Idaho, March
        - Lovell, Wyoming, March

- Court Preparation and Testimony, 4 hours
    - Wyoming Game Wardens Association Conference, Jackson, Wyoming, 3/2016

- Renovation of LEVA Curriculum and Certification Leading to Accreditation, 1.5 hours
    - Annual Digital Multimedia Training Symposium, Scottsdale, AZ, 11/2016
    - Co-Instructor

- Game On-A Technical Review for the Forensic Video Analyst, 2 hours
    - Annual Digital Multimedia Training Symposium, Scottsdale, AZ, 11/2016
    - Co-Instructor

## Training Development

- Overview of forensic video analysis capabilities
    - Development of classroom instruction on the capabilities of forensic video analysis to include the recovery, processing and analysis of video evidence.

- Court Preparation and Testimony
    - Development of lecture and practical exercise instruction on proper case preparation for trial, testimony process, overview of the role of participants during trial, the CSI Effect, Daubert and Frye standards, technical report writing and writing a CV.

## Published Works

- Rocky Mountain Information Network Bulletin
    - Co-Author – "Getting Your DVR Media Evidence – The Right Way"
    - Published by: Rocky Mountain Information Network (RMIN)
    - Published: May 2016

- Rocky Mountain Information Network Bulletin
    - Co-Author – "Did You Gather All Available Video Evidence"
    - Published by: Rocky Mountain Information Network (RMIN)
    - Published: November 2016

## Expert Witness Testimony

- Qualified as Drug Recognition Expert in a case involving Central Nervous System Stimulants. (Judge Dawson, Div. I, Gila County Superior Court, AZ, Case #CR95-321P) Subject found guilty by jury.  11/1995

- Qualified as Forensic Video Analyst Expert in case involving comparative analysis of video evidence.  (Judge Haws, Div. IV, Yuma County Superior Court, AZ, Case #S1400CR201300594) Subject found guilty by jury. 2/2015

## Associations

- Law Enforcement Emergency Services Video Association
    - Certification Program Manager          2017- Present
    - Certification Panel Board Member       2016

- Arizona High Technology Crime Investigation Association      2014 - Present

- Arizona Forensic Video Analyst Association      2009 - Present