## Statement of Qualifications

**Name of Laboratory:** Federal Bureau of Investigation (FBI) Laboratory

**Name:** Theodore J. Chavez    **Job Title:** Physical Scientist/Forensic Examiner

**Discipline:** Firearm and Toolmark Identification

### Education:

2008    Bachelor of Science, Physics
Saint Vincent College, Latrobe, PA

### Professional Experience:

**July 2012 to current, Physical Scientist/ Forensic Examiner**
**FBI Laboratory Division (LD), Firearms/Toolmarks Unit (FTU)**
**Quantico, VA**

Qualified Examiner in the fields of Firearm and Toolmark Identification. Conduct examinations on firearm and toolmark evidence, prepare and issue laboratory reports, and provide sworn testimony to the results as necessary. Provide technical instruction and presentations to law enforcement personnel in courses such as: Evidence Response Team (ERT) Shooting Incident Reconstruction School, ERT Basic, and ERT Refresher Course. Current provisional member of the Association of Firearm and Tool Mark Examiners (AFTE) since December 2011. Oversee the Quality Assurance Program for FTU and ensure compliance with current FTU and LD policies, practices and procedures.

**June 2009 to July 2012, Physical Scientist (Forensic Examiner Trainee)**
**FBI Laboratory Division, Firearms/Toolmarks Unit**
**Quantico, VA**

Completed an extensive training program to qualify as an Examiner in the fields of Firearm and Toolmark Identification. The training program is outlined through a training manual that includes preparing test specimens, conducting analysis using the comparison microscope and working alongside other qualified Firearm and Toolmark Examiners, as well as completing training courses: FBI Gunshot Residue School, Evidence Response Team (ERT) Shooting Incident Reconstruction School, and ERT Basic Course-Laboratory Personnel.

**September 2008 to June 2009, Mechanical Engineering Technician**
**U.S. Consumer Product Safety Commission**
**Gaithersburg, MD**

Conducted compliance testing on children's products and produced testing reports. Also assisted with development and maintenance of product testing standards.

**June 2007 to August 2007, FBI Honors Intern**
**FBI Laboratory Division, Explosives Unit**
**Quantico, VA**

Learned about the various capabilities within the Unit, to include the smokeless powder database, the post-blast class, and research being conducted. Assisted in preparing test samples for research on fire and arson evidence.

### Presentations:

October 2012, Presenter at Eastern Regional AFTE – Fall Training Seminar - "Melaku Case Study"
February 2012, Co-presenter with Erich D. Smith
American Academy of Forensic Sciences (AAFS) – 64th Annual Scientific Meeting
"Estimating Uncertainty for Firing Pin Aperture Study"

**GOVERNMENT'S EXHIBIT 13**