# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

        No. CR 15-4268 JB

ANGEL DELEON, et al.,

        Defendants.

## ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE MOTIONS PURSUANT TO RULE 16

THIS MATTER is before the Court on the Defendant Rudy Perez's *Unopposed Motion for Extension of Time to File Motions Pursuant to Rule 16* [Doc. 1241]. The Court having reviewed the Motion and finding that all parties are in agreement with the relief requested therein, finds the Motion is well-taken and should be granted.

IT IS THEREFORE ORDERED that the deadline for Defendants to file Motions Pursuant to Rule 16 shall be extended from September 1, 2017 to September 15, 2017. Responses to such motions are due September 29, 2017, and replies, if any, October 13, 2017. All other deadlines in the Fourth Scheduling Order shall remain unchanged

        _____
        UNITED STATES DISTRICT JUDGE

Submitted by:
/s/ Ryan J. Villa_____
RYAN J. VILLA
Counsel for Rudy Perez

Approved:
/s/ *Maria Armijo*_____
MARIA ARMIJO
Counsel for the United States