IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

Criminal Action No. No. 15-CR-4268-JB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ANGEL DELEON, et al

    Defendants.

**SUPPLEMENT TO MOTION TO COMPEL THE GOVERNMENT TO REVEAL THE IDENTITY OF CERTAIN CONFIDENTIAL INFORMANTS REFERENCED IN DISCOVERY MATERIALS (Doc. 1248)**

Defendants Joe Gallegos, Edward Troup, Billy Garcia, Allen Patterson, Christopher Chavez submit this supplement to their Motion to Compel the Government to Reveal the Identity of Certain Confidential Informants Referenced in Discovery Materials (Doc. 1248) based upon the positions of the parties.

1. Undersigned counsel neglected to indicate the position of all parties in the body of the motion to compel.

2. The government opposes this motion. Daniel Sanchez joins in this motion. All other defendants have no objection to the motion.

Submitted this 19th day of September 2017.

/s/ Jim Castle

Robert Cooper

Jim Castle

Attorneys for Billy Garcia (5)

## CERTIFICATE OF SERVICE

I hereby certify that on September 19, 2017, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification of such filing to counsel of record.

/s/ Jim Castle