IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

Criminal Action No. No. 15-CR-4268-JB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ANGEL DELEON, et al

    Defendants.

**NOTICE OF WITHDRAWAL OF PREVIOUSLY FILED MOTION TO COMPEL THE GOVERNMENT TO REVEAL THE IDENTITY OF CERTAIN CONFIDENTIAL INFORMANTS REFERENCED IN DISCOVERY MATERIALS (DOC. NO. 1248)**

    Defendants Joe Gallegos, Edward Troup, Billy Garcia, Allen Patterson, Christopher Chavez hereby give notice that they are withdrawing the previously filed Motion to Compel (Doc. No. 1248) as the government has agreed to voluntarily reveal the identities of all informants requested, or indicate that the identity is no longer known, in letter form to counsel by the end of next week. The government does not object to this notice.

Submitted this 28th day of September 2017.

/s/ Jim Castle
Robert Cooper
Jim Castle
Attorneys for Billy Garcia (5)

1

CERTIFICATE OF SERVICE

I hereby certify that on September 28, 2017, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification of such filing to counsel of record.

/s/ Jim Castle