IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CRIMINAL NO. 15-4268 JB |
| | ) | |
| vs. | ) | |
| | ) | |
| **DANIEL SANCHEZ,** | ) | |
| | ) | |
| Defendant. | ) | |

### UNITED STATES' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT DANIEL SANCHEZ'S MOTION TO COMPEL SPECIFIC DISCOVERY [DOC. 1253]

The United States of America moves this Court under D.N.M.LR-Cr. 47.8(a) for an extension of time in which to file its response to Defendant Daniel Sanchez's Motion to Compel Specific Discovery [Doc. 1253].

1.     On September 15, 2017, Defendant Daniel Sanchez filed the aforementioned Motion.

2.     Additional time is needed to complete the United States' response.

3.     The United States, under D.N.M.LR-Cr. 47.1, sought the position of defense counsel for Defendant Daniel Sanchez and they do not oppose this motion. Additionally, Counsel for co-defendants do not oppose this motion.[1]

---

[1] The United States sent an email asking all counsel to respond with opposition by noon, on September 29, 2017, or the United States would assume there was no opposition. Counsel either responded that they did not oppose this extension, or did not respond.

**WHEREFORE**, the United States respectfully requests that this Court grant the United States an extension of time in which to file its response to Defendant Daniel Sanchez's Motion to Compel Specific Discovery [Doc. 1253], until **October 3, 2017**.

Respectfully Submitted,

JAMES D. TIERNEY
Acting United States Attorney

***Electronically filed on 9/29/2017***
MARIA Y. ARMIJO
RANDY M. CASTELLANO
MATTHEW M. BECK
Assistant United States Attorneys
200 N. Church Street
Las Cruces, NM   88001
(575) 522-2304 – Tel.

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification to defense counsel of record on this date.

/s/
MARIA Y. ARMIJO
Assistant United States Attorney