IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
OCT 03 2017
MATTHEW J. DYKMAN
CLERK

UNITED STATES OF AMERICA,

    Plaintiff,

                                                         Criminal No.: 15-CR-4268 JB

v.

ANGEL DELEON, et al.,

    Defendants.

## ORDER GRANTING MOTION FOR PERMISSION TO EXCEED PAGE LIMIT FOR MOTION TO COMPEL DISCOVERY AND INSPECTION OF DOCUMENTS AND PHYSCAL EVIDENCE PURSUANT TO RULE 16

THIS MATTER having come before the Court on defendant's Motion for Permission to Exceed Page Limit for Motion to Compel Discovery and Inspection of Documents and Physical Evidence Pursuant to Rule 16, and the Court being fully advised in the premises finds that this motion should be granted.

IT IS HEREBY ORDERED that defendant's Motion for Permission to Exceed Page Limit is GRANTED.

                                                       _____
                                                       The Honorable James O. Browning
                                                     United States District Court Judge

Submitted by:
  s/ *Electronically Submitted*
Amy Sirignano, Esq.
Counsel for Christopher Garcia