IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

**v.**                                                                                    **15-CR-4268 JB**

**ANDREW GALLEGOS,**

      **Defendant.**

### NOTICE OF JOINDER BY ANDREW GALLEGOS PURSUANT TO RULE 16

    COMES NOW, Defendant, Andrew Gallegos, by and through his attorney of record, Donavon A. Roberts, Esq., and hereby submits this Notice to notify the Court and counsel for all parties that he joins in the Co-Defendants' *Opposed Motion for Designation of Evidence by the Government Pursuant to Rule 12(b)(4)(B)* [Doc. 1281].

    Respectfully Submitted,

    */s/ Donavon A. Roberts*
    Donavon A. Roberts
    P.O. Box 36344
    Albuquerque, NM 87176
    (505) 506-3749
    (505) 503-8405 facsimile
    ladar170@aim.com

### CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing pleading was sent via the Court's CM/ECF system on, this 5th day of October, 2017, which caused counsel of record for the government, co-defendants, and all other parties to receive a copy of this Motion electronically.

*/s/ Donavon A. Roberts*
Donavon A. Roberts

1