IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

        Plaintiff,

v.                              NO. 15-CR-4268-JB

ANGEL DELEON, et al.,

        Defendants.

**UNOPPOSED MOTION TO CONTINUE DEFENDANTS' DEADLINE TO FILE
FEDERAL RULE OF CRIMINAL PROCURE 12 MOTIONS**

      Defendants Christopher Garcia, by and through CJA counsel Amy Sirignano, of the Law Office of Amy Sirignano, PC, and Christopher W. Adams, of the Law Office of Christopher W. Adams, PC, and Joe Lawrence Gallegos, through co-counsel Brock Benjamin, and Rick Sindel, and Edward Troup, through co-counsel, Cori Harbour-Valdez, and Pat Burke, and Billy Garcia, through co-counsel Robert Cooper, and Jim Castle, and Allen Patterson, through counsel Jeff Lahann, and Christopher Chavez, through co-counsel Orlando Mondragon, and John Granberg, and Arturo Arnulfo Garcia, through co-counsel Billy Blackburn, and Scott Davidson, and Mario Rodriguez, through co-counsel Santiago Hernandez, and Steven Potolsky, and Mauricio Varela, through co-counsel Mary Stillinger, and Joe Spencer, and Daniel Sanchez, through co-counsel Richard Jewkes, and Amy Jacks, and Conrad Villegas, through counsel B.J. Crow, and Anthony Ray Baca, through co-counsel Marc Lowry, and Theresa Duncan, and Carlos Herrera, through co-counsel Michael Davis, and Carey Bhalla, and Rudy Perez, through co-counsel Ryan Villa, and Justine Fox-Young, and Andrew Gallegos, through counsel Donavon Roberts, and Shauna Gutierrez, through counsel Angela Arellanes, respectfully request the Court grant this

Unopposed Motion to Continue the defendants' Rule 12 motion deadline (Doc. 1205), and states the following:

1. Counsel for Mr. Garcia emailed all AUSAs October 6, 2017, requesting their position for a one week extension for filing Rule 12 motions.

2. On October 6, 2017, AUSA Maria Armijo agreed to Mr. Garcia's request for a one-week extension for filing Rule 12 motions.

3. Counsel for Anthony Ray Baca also contacted Ms. Armijo on October 6, 2017, to request her position on extending the Rule 12 deadline with respect to all defendants in case 15-CR-4268.

4. Ms. Armijo agreed to Mr. Baca's request to give the defendants a one-week extension on the Rule 12 deadline on the condition that the defendants agree not to oppose any similar request the government may make in responding to the motions. The defendants who have joined in this motion have all agreed to this condition.

5. Accordingly, counsel for Defendants respectfully request a short extension of the Rule 12 filing deadline from today, Friday, October 6, 2017, to Friday, October 13, 2017.

For the foregoing reasons, Defendants respectfully requests that the Court enter an Order Continuing the October 6, 2017, deadline to file Fed. R. Crim. P. 12 Motions.

                Respectfully submitted,

                  /s
                Amy Sirignano, Esq.
                Law Office of Amy Sirignano, PC
                5901J Wyoming Blvd. NE #250
                Albuquerque, NM  87109
                (505) 242-2770
                (505) 242-2774 facsimile
                amy@abqnmlaw.com

\_\_\_/s\_\_\_
Christopher W. Adams
The Law Office of Christopher W. Adams, PC
102 Broad Street, Suite C
Charleston, SC 29401
(843) 577-2153
(877) 883-9114 facsimile
chris@chrisadamslaw.com

Co-counsel for Christopher Garcia

\_\_\_/s\_\_\_
**Brock Benjamin**
Benjamin Law Firm
747 E. San Antonio, Suite 203
El Paso, TX 79901
Phone:(915)412-5858
Fax:(915)503-2224
Email: brock@brockmorganbenjamin.com

\_\_\_/s\_\_\_
**Richard Sindel**
Sindel, Sindel & Noble, P.C.
8000 Maryland Avenue, Suite 350
Clayton, MO 63105
Phone: (314) 721-6040
Fax: (314) 721-8545
Email: rsindel@sindellaw.com

Co-counsel for Joe Lawrence Gallegos

\_\_\_/s\_\_\_
**Cori Ann Harbour-Valdez**
The Harbour Law Firm, PC
PO Box 13268
El Paso, TX 79913
Phone: 915-544-7600
Fax: 915-975-8036
Email: cori@harbourlaw.net

\_\_\_/s\_\_\_
**Patrick J. Burke**
Patrick J. Burke, PC
999 18th Street, Suite 2055

3

Denver, CO 80202
Phone: 303-825-3050
Fax: 303-825-2992
Email: patrick-j-burke@msn.com

Co-counsel for Edward Troup

   /s
**James A. Castle**
Castle & Castle, P.C.
1544 Race Street
Denver, CO 80206
(303) 675-0500
Fax: (303) 329-5500
Email: JCastlelaw@gmail.com

   /s
**Robert R. Cooper**
1011 Lomas Blvd NW
Albuquerque, NM 87102
505-842-8494
Fax: (505) 243-6279
Email: bob@rrcooper.com

Co-counsel for Billy Garcia

   /s
**Jeffrey C. Lahann**
665 E. University Ave. #2A
Las Cruces, NM 88005
575-523-4394
Fax: 1-888-694-7241
Email: jeff@lahannlaw.com

Counsel for Allen Patterson

   /s
**Orlando Mondragon**
1028 Rio Grande
El Paso, TX 79902
Phone: 915-566-8181
Fax: 915-566-9696
Email: mondragonom@gmail.com

4

    /s<br>
**John L. Granberg**<br>
Granberg Law Office<br>
310 N. Mesa Suite 424<br>
El Paso, TX 79901<br>
Phone: (915) 543-9000<br>
Fax: (915) 543-3201<br>
Email: granberglawoffice@yahoo.com

Co-counsel for Christopher Chavez

    /s<br>
**Billy R. Blackburn**<br>
1011 Lomas Blvd. NW<br>
Albuquerque, NM 87102<br>
Phone: 505-242-1600<br>
Fax: 505-243-6279<br>
Email: Billy@BBlackburnlaw.com

    /s<br>
**Scott Moran Davidson**<br>
1011 Lomas Boulevard NW<br>
Albuquerque, NM 87102<br>
Phone: 505-255-9084<br>
Fax: 505-243-6279<br>
Email: scott@justappeals.net

Co-counsel Arturo Arnulfo Garcia

    /s<br>
**Santiago David Hernandez**<br>
Law Office of Santiago D. Hernandez<br>
1219 E. Missouri<br>
El Paso, TX 79902<br>
Phone: 915-351-4300<br>
Fax: 915-351-4372<br>
Email: santilawyer@gmail.com

    /s<br>
**Steven M Potolsky**<br>
PO Box 50973<br>
Jacksonville Beach, FL 32250<br>
Phone: 305-335-5539<br>
Fax: 305-358-5917<br>
Email: stevepo@bellsouth.net

Co-counsel for Mario Rodriguez

  /s
**Mary Stillinger**
4911 Alameda Ave
El Paso, TX 79905
Phone:(915)775-0705
Fax:(915)886-7178
Email: stillingerlaw@sbcglobal.net

  /s
**Michael David Lindsey**
David Lindsey, Attorney
7887 East Bellview Avenue Suite 1100
Engelwood, CO 80111
Phone: 303-228-2270
Fax: 303-228-2271
Email: david@mdavidlindsey.com

Co-counsel for Mauricio Varela

  /s
**Amy E. Jacks**
Law Office of Amy E. Jacks
315 E. 8th St. #801
Los Angeles, CA 90014
Phone: 213-489-9025
Fax: 213-489-9027
Email: amyejacks@sbcglobal.net

  /s
**Richard Jewkes**
Richard Jewkes
701 N. Saint Vrain St
El Paso, TX 79902
Phone: (915) 534-7400
Fax:(915) 534-7407
Email: richardjewkes@sbcglobal.net

Co-counsel for Daniel Sanchez

  /s
**B.J. Crow**
Crow Law Firm
400 N. Pennsylvania Ave.

> **Formatted:** Not Highlight

Suite 1150
Roswell, NM 88201
575-291-0200
Fax: 575-291-0201
Email: bj@crow-law-firm.com

Counsel for Conrad Villegas

   /s
**Marc M Lowry**
Rothstein Donatelli LLP
500 4th Street N.W. Suite 400
Albuquerque, NM 87102
Phone:(505) 243-1443
Fax: (505) 242-7845
Email: mlowry@rothsteinlaw.com

   /s
**Theresa M Duncan**
Duncan Earnest LLC
515 Granite NW, Albuquerque, NM 87102
Phone: 505-842-5196
Fax: 505-750-9780
Email: teri@duncanearnest.com

Co-counsel for Anthony Ray Baca

   /s
**Michael V Davis**
Michael V. Davis, Attorney & Counselor at Law, P.C.
Post Office Box 3748
3949 Corrales Road, Suite 130
Corrales, NM 87048
Phone: (505) 242-5979
Fax: 505-899-3103
Email: mdavis@swcp.com

   /s
**Carey Corlew Bhalla**
Law Office of Carey C. Bhalla LLC
925 Luna Cir NW
Albuquerque, NM 87102
Phone: 505-508-5589
Email: carey@bhallalaw.com

7

Co-counsel for Carlos Herrera

   /s
**Justine Fox-Young**
1903 Wyoming Blvd. NE Ste. B
Albuquerque, NM 87112
Phone: 505-796-8268
Email: justine@foxyounglaw.com

   /s
**Ryan J Villa**
2501 Rio Grande Blvd NW Suite A
Albuquerque, NM 87104
Phone: (505) 639-5709
Fax: 505-433-5812
Email: ryan@rjvlawfirm.com

Co-counsel for Rudy Perez

   /s
**Donavon A. Roberts**
PO Box 36344
Albuquerque, NM 87176-6344
Phone: 505-506-3749
Fax: 505-503-8405
Email: ladar170@aim.com

Counsel for Andrew Gallegos

   /s
**Angela Arellanes**
PO Box 1784
Albuquerque, NM 87103
505-247-2417
Fax: 505-242-1878
Email: arellanesattorney@yahoo.com

Counsel for Shauna Gutierrez

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing pleading was sent via the Court's CM/ECF system to opposing counsel, AUSAs Maria Armijo, Randy Castellano, and Matthew Beck, this 6th day of October 2017.

    /s/ _____
Amy Sirignano, Esq.