IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.                                       No. 2:15-CR-04268-JB

**ALLEN PATTERSON,**

    Defendant.

### NOTICE OF JOINDER BY ALLEN PATTERSON PURSUANT TO RULE 16

COMES NOW, Defendant, Allen Patterson, by and through his attorney of record, Jeffrey C. Lahann, and hereby submits this Notice to notify the Court and counsel for all parties that he joins in the Co-Defendant's *Motion to Dismiss* [Doc. 1283].

                                               Respectfully submitted,

                                               */s/Jeff Lahann*
                                               Jeff Lahann
                                               665 E. University Ave.
                                               Las Cruces, NM 88005
                                               575-523-4394

### CERTIFICATE OF SERVICE

I hereby certify that on October 13, 2017 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to counsel of record.

                                               */s/Jeff Lahann*
                                             Jeff Lahann