IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

v.                                                                                     15-CR-4268 JB-2

**ANDREW GALLEGOS,**

      **Defendant.**

## NOTICE OF UNAVAILABILITY OF COUNSEL
## FOR DEFENDANT ANDREW GALLEGOS

Donavon Roberts, Counsel for Defendant, Andrew Gallegos, in the above referenced case hereby gives notice of his unavailability for hearings and trials during the following dates:

1. November 7, 2017;
2. November 11, 2017;
3. November 22-24, 2017;
4. December 7, 2017;
5. December 15, 2017;
6. December 21, 2017; and
7. January 3, 2018.

      Respectfully Submitted,

*/s/ Donavon A. Roberts*
Donavon A. Roberts
P.O. Box 36344
Albuquerque, NM 87176
(505) 506-3749
(505) 503-8405 facsimile
ladar170@aim.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading was sent via the Court's CM/ECF system on, this 15th day of October, 2017, which caused counsel of record for the government, co-defendants, and all other parties to receive a copy of this Motion electronically.

*/s/ Donavon A. Roberts*
Donavon A. Roberts

1