IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
OCT 12 2017
MATTHEW J. DYKMAN
CLERK

UNITED STATES OF AMERICA,

    Plaintiff,

v.   No.   2:15-CR-04268-JB

ANGEL DELEON, et al.

    Defendant.

**ORDER GRANTING DEFENDANT ANTHONY RAY BACA'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE DISCOVERY MOTION [DKT. 1263]**

THIS MATTER comes before the Court on Defendant Anthony Ray Baca's Unopposed Motion for Extension of Time to File Discovery Motion. [Doc. 1263.] Defendants Daniel Sanchez and Arturo Garcia joined the Motion. The Court, being advised that the United States and the remaining defendants do not oppose the extension, and being otherwise fully advised in the premises, finds that the motion is well taken and should be granted.

IT IS THEREFORE ORDERED that the Motion is GRANTED and defendant Anthony Ray Baca shall file his motion for Rule 16 discovery no later than September 18, 2017.

_____
THE HONORABLE JAMES O. BROWNING
UNITED STATES DISTRICT COURT JUDGE