IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

OCT 12 2017

**MATTHEW J. DYKMAN**
CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) CRIMINAL NO. 15-4268 JB |
| vs. | ) |
| **DANIEL SANCHEZ,** | ) |
| Defendant. | ) |

## ORDER GRANTING EXTENSION

THIS MATTER having come before the Court on the written unopposed motion of the

United States of America for an extension of time to file its response to Defendant Daniel

Sanchez's Motion to Compel Specific Discovery [Doc. 1253], and the Court, being advised that all

Defendants in this case do not oppose the extension to respond, and being otherwise fully advised

in the premises, finds that the motion is well-taken and should be granted:

IT IS THEREFORE ORDERED that the extension of time within which to file its response

to Daniel Sanchez's Motion to Compel Specific Discovery [Doc. 1253], is granted. The United

States shall file its response on or before **October 3, 2017**.

_____
JAMES O. BROWNING
UNITED STATES DISTRICT JUDGE