IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | § |
| Plaintiff, | § |
| v. | § NO. 15-CR-4268-JB |
| EDWARD TROUP (3), | § |
| Defendant. | § |

## ORDER GRANTING MOTION FOR ORDER AUTHORIZING RESTRICTED ACCESS TO DOC. NO. 1284

THIS MATTER having come before the Court on the unopposed motion of Defendant Edward Troup for an Order Authorizing Restricted Access to Doc. No. 1284. [Doc. 1285] On October 5, 2017, Defendant Troup filed his Motion to Dismiss [Doc. 1284] as a restricted document, viewable by the Court and Case Participants only, pursuant to Local Rule 49.4 and Section 9(h) of the CM/ECF Administrative Procedures Manual. On October 5, 2017, Defendant Troup also filed his Unopposed Motion for an Order Authorizing Restricted Access to Doc. No. 1284. [Doc. 1285]

The Court has reviewed Defendant Troup's Motion for an Order Authorizing Restricted Access and is advised that no party opposes the request for restricted access. The Court being fully advised finds that the motion is well-taken and should be granted:

IT IS THEREFORE ORDERED that Defendant Troup's Motion for Order Authorizing Restricted Access to Doc. No. 1284 is GRANTED. Accordingly, Doc. No. 1284 shall be filed as a restricted document pursuant to Section 9 (h)(2)(B) of the CM/ECF Administrative Procedures Manual (accessible by all case participants but not the public).

IT IS SO ORDERED.

_____
HONORABLE JAMES O. BROWNING

Submitted by:

*/s/ Cori A. Harbour-Valdez*
Cori A. Harbour-Valdez
Counsel for Edward Troup (3)