IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CRIMINAL NO. 15-4268 JB |
| | ) | |
| vs. | ) | |
| | ) | |
| **ANGEL DELEON, et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

**UNITED STATES' UNOPPOSED MOTION FOR EXTENSION OF TIME
TO RESPOND TO DEFENDANT CHRISTOPHER GARCIA'S OPPOSED
MOTION FOR SPECIFICATION OF CO-CONSPIRATOR STATEMENTS AND A
PRE-TRIAL HEARING ON THE STATEMENTS' ADMISSIBILITY [DOC. 1303]**

The United States of America moves this Court under D.N.M.LR-Cr. 47.8(a) for an

extension of time in which to file its response to Defendant Christopher Garcia's Opposed

Motion for Specification of Co-Conspirator Statements and a Pre-Trial Hearing on the

Statements' Admissibility [Doc. 1303].

1.      On October 6, 2017, Defendant Christopher Garcia filed the aforementioned

motion.

2.      Additional time is needed to complete the United States' response.

3.      The United States, under D.N.M.LR-Cr. 47.1, sought the position of defense

counsel for Defendant Christopher Garcia and he does not oppose this motion. Additionally,

Counsel for co-defendants do not oppose this motion.[1]

---

[1] The United States sent an email asking all counsel to respond with opposition by COB on October 19, 2017, or the United States would assume there was no opposition. Counsel either responded that they did not oppose this extension, or did not respond.

**WHEREFORE**, the United States respectfully requests that this Court grant the United States an extension of time in which to file its response to Defendant Christopher Garcia's Opposed Motion for Specification of Co-Conspirator Statements and a Pre-Trial Hearing on the Statements' Admissibility [Doc. 1303], until **October 27, 2017**.

Respectfully submitted,

JAMES D. TIERNEY
Acting United States Attorney

*Electronically Filed 10/20/2017*
MARIA Y. ARMIJO
RANDY M. CASTELLANO
MATTHEW M. BECK
Assistant United States Attorneys
200 N. Church Street
Las Cruces, NM 88001
(575) 522-2304 - Tel.

I HEREBY CERTIFY that I electronically
filed the foregoing with the Clerk of the
Court using the CM/ECF system which
will send electronic notification to defense
counsel of record.

_____/s/_____
MARIA Y. ARMIJO
Assistant United States Attorney

2