IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

Criminal Action No. No. 15-CR-4268-JB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

BILLY GARCIA,

    Defendant.

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

OCT 25 2017

MATTHEW J. DYKMAN
CLERK

## ORDER GRANTING MOTION TO EXCEED PAGE LIMITS FOR BILLY GARCIA'S MOTION TO DISMISS [DOC. 1279]

THIS MATTER having come before the Court on defendant's Motion to Exceed Page Limits for Billy Garcia's Motion to Dismiss (Doc. 1279), and the Court being fully advised in the premises finds that this motion should be granted.

IT IS HEREBY ORDERED that defendant Garcia's Motion to Exceed Page Limits is GRANTED.

_____
UNITED STATES DISTRICT JUDGE

1