FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

OCT 25 2017

MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | CRIMINAL NO. 15-4268 JB |
| vs. | ) | |
| EDWARD TROUP, BILLY GARCIA, | ) | |
| Defendants. | ) | |

## ORDER GRANTING EXTENSION

THIS MATTER having come before the Court on the written unopposed motion of the United States of America for extensions of time to file its responses to Defendant Billy Garcia's and Edward Troup's Motions to Dismiss [Docs. 1283 and 1284], and the Court, being advised that all Defendants in this case do not oppose the extension to respond, and being otherwise fully advised in the premises, finds that the motion is well-taken and should be granted:

IT IS THEREFORE ORDERED that the extensions of time within which to file its responses to Defendant Billy Garcia's and Edward Troup's Motions to Dismiss [Docs. 1283 and 1284], are granted. The United States shall file its response on or before **October 26, 2017**.

_____
JAMES O. BROWNING
UNITED STATES DISTRICT JUDGE