IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CRIMINAL NO. 15-4268 JB |
| | ) | |
| vs. | ) | |
| | ) | |
| **ANGEL DELEON, et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

**UNITED STATES' UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO RESPOND TO DEFENDANT ANTHONY RAY BACA'S SEALED MOTION TO SUPPRESS COERCED STATEMENTS AND ANTICIPATED TESTIMONY OF COOPERATING WITNESS AND REQUEST FOR EVIDENTIARY HEARING [DOC. 1325] AND SEALED MOTION TO SUPPRESS INCOMPLETE AND SELECTIVE RECORDINGS OF COMMUNICATIONS MADE BY GOVERNMENT INFORMANT AND REQUEST FOR EVIDENTIARY HEARING [1328]**

The United States of America moves this Court under D.N.M.LR-Cr. 47.8(a) for an extension of time in which to file its responses to Defendant Anthony Ray Baca's Sealed Motion to Suppress Coerced Statements and Anticipated Testimony of Cooperating Witness and Request for Evidentiary Hearing [Doc. 1325], and Sealed Motion to Suppress Incomplete and Selective Recordings of Communications Made by Government Informant and Request for Evidentiary Hearing [1328].

1. On October 13, 2017, Defendant Anthony Ray Baca filed the aforementioned Motions.

2. Additional time is needed to complete the United States' responses.

3. The United States, under D.N.M.LR-Cr. 47.1, sought the position of defense counsel for Defendant Anthony Ray Baca and they do not oppose this motion. Additionally, Counsel for co-defendants do not oppose this motion.[1]

**WHEREFORE**, the United States respectfully requests that this Court grant the United States an extension of time in which to file its responses to Defendant Anthony Ray Baca's Sealed Motion to Suppress Coerced Statements and Anticipated Testimony of Cooperating Witness and Request for Evidentiary Hearing [Doc. 1325], and Sealed Motion to Suppress Incomplete and Selective Recordings of Communications Made by Government Informant and Request for Evidentiary Hearing [1328], until **November 3, 2017**.

                                                              Respectfully submitted,

                                                              JAMES D. TIERNEY
                                                              Acting United States Attorney

*Electronically Filed 10/27/2017*
MARIA Y. ARMIJO
RANDY M. CASTELLANO
MATTHEW M. BECK
Assistant United States Attorneys
200 N. Church Street
Las Cruces, NM 88001
(575) 522-2304 - Tel.

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification to defense counsel of record.

           /s/
MARIA Y. ARMIJO
Assistant United States Attorney

---

[1] The United States sent an email asking all counsel to respond with opposition by 1:00 pm on October 27, 2017, or the United States would assume there was no opposition. Counsel either responded that they did not oppose this extension, or did not respond.