IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA,        ) | |
| )                                                     | |
| Plaintiff,         ) | CRIMINAL NO. 15-4268 JB |
| )                                                     | |
| vs.                                      ) | |
| )                                                     | |
| **ANGEL DELEON, et al.,**         ) | |
| )                                                     | |
| Defendants.         ) | |

**UNITED STATES' UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO RESPOND TO DEFENDANT CHRISTOPHER GARCIA'S MOTION FOR ORDER TO SHOW CAUSE FOR NON-COMPLIANCE OF DISTRICT COURT ORDERS DURING MAY 9-10, 2017 HEARINGS [DOC. 1329], AND SEALED OPPOSED MOTION TO DISMISS AND REQUEST FOR EVIDENTIARY HEARING [DOC. 1330]**

The United States of America moves this Court under D.N.M.LR-Cr. 47.8(a) for an extension of time in which to file its responses to Defendant Christopher Garcia's Motion for Order to Show Cause for Non-Compliance of District Court Orders During May 9-10, 2017 Hearings [Doc. 1329], and the Sealed Opposed Motion to Dismiss and Request for Evidentiary Hearing [Doc. 1330].

1.  On October 13, 2017, Defendant Christopher Garcia filed the aforementioned Motions.

2.  Additional time is needed to complete the United States' responses.

3.  The United States, under D.N.M.LR-Cr. 47.1, sought the position of defense counsel for Defendant Christopher Garcia and they do not oppose this motion. Additionally, Counsel for co-defendants do not oppose this motion.[1]

---

[1] The United States sent an email asking all counsel to respond with opposition by 1:00 pm on October 27, 2017, or the United States would assume there was no opposition. Counsel either responded that they did not oppose this extension, or did not respond.

**WHEREFORE**, the United States respectfully requests that this Court grant the United States an extension of time in which to file its responses to Defendant Christopher Garcia's Motion for Order to Show Cause for Non-Compliance of District Court Orders During May 9-10, 2017 Hearings [Doc. 1329], and the Sealed Opposed Motion to Dismiss and Request for Evidentiary Hearing [Doc. 1330], until **November 3, 2017**.

        Respectfully submitted,

        JAMES D. TIERNEY
        Acting United States Attorney

        *Electronically Filed 10/27/2017*
        MARIA Y. ARMIJO
        RANDY M. CASTELLANO
        MATTHEW M. BECK
        Assistant United States Attorneys
        200 N. Church Street
        Las Cruces, NM 88001
        (575) 522-2304 - Tel.

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification to defense counsel of record.

        /s/
MARIA Y. ARMIJO
Assistant United States Attorney