IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CRIMINAL NO. 15-4268 JB |
| ) | |
| vs. ) | |
| ) | |
| **ANTHONY RAY BACA,** ) | |
| ) | |
| Defendant. ) | |
| ) | |

### UNITED STATES' UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO RESPOND TO DEFENDANT ANTHONY RAY BACA'S MOTION TO COMPEL PRODUCTION OF *BRADY* AND *GIGLIO* MATERIALS [DOC. 1332]

The United States of America moves this Court under D.N.M.LR-Cr. 47.8(a) for an extension of time in which to file its response to Defendant Anthony Ray Baca's Motion to Compel Production of *Brady* and *Giglio* Materials [Doc. 1332].

1. On October 14, 2017, Defendant Anthony Ray Baca filed the aforementioned Motion.

2. Additional time is needed to complete the United States' response.

3. The United States, under D.N.M.LR-Cr. 47.1, sought the position of defense counsel for Defendant Anthony Ray Baca and they do not oppose this motion. Additionally, Counsel for co-defendants do not oppose this motion.[1]

---

[1] The United States sent an email asking all counsel to respond with opposition by 3:00 pm on October 30, 2017, or the United States would assume there was no opposition. Counsel either responded that they did not oppose this extension, or did not respond.

**WHEREFORE**, the United States respectfully requests that this Court grant the United States an extension of time in which to file its response to Defendant Anthony Ray Baca's Motion to Compel Production of *Brady* and *Giglio* Materials [Doc. 1332], until **November 6, 2017**.

Respectfully submitted,

JAMES D. TIERNEY
Acting United States Attorney

*<u>Electronically Filed 10/30/2017</u>*
MARIA Y. ARMIJO
RANDY M. CASTELLANO
MATTHEW M. BECK
Assistant United States Attorneys
200 N. Church Street
Las Cruces, NM 88001
(575) 522-2304 - Tel.

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification to defense counsel of record.

_____/s/_____
MARIA Y. ARMIJO
Assistant United States Attorney