IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                                                                          No. 2:15-cr-04268-JB

ANGEL DELEON, et al.

    Defendants.

## NOTICE OF JOINDER

Defendant Anthony Ray Baca respectfully joins in Defendant Christopher Garcia's Opposed Motion for Designation of Evidence by the Government Pursuant to Rule 12(b)(4)(B) [Dkt. 1281].

    Respectfully submitted,

/s/ Theresa M. Duncan
Theresa M. Duncan
Duncan Earnest, LLC
515 Granite NW
Albuquerque, NM 87102
505-842-5196
teri@duncanearnest.com

ROTHSTEIN DONATELLI, LLP

/s/ Marc M. Lowry
MARC M. LOWRY
500 Fourth Street NW, Suite 400
Albuquerque, NM  87102
(505) 243-1443
mlowry@rothsteinlaw.com

*Attorneys for Anthony Ray Baca*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 1st day of November 2017, I filed the foregoing pleading electronically through the CM/ECF system, which caused counsel for Plaintiff and Defendants to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.


/s/ Theresa M. Duncan
Theresa M. Duncan