United States District Court
District of New Mexico
Jury Divisions
November 1, 2015

