Juror Name _____

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

                Plaintiff,

vs.                                          No. CR 15-4268 JB

ANGEL DELEON, et al.,

                Defendants.

SUPPLEMENTAL JUROR QUESTIONNAIRE

As a prospective juror in this case, you are being asked to fill out a questionnaire reflecting your personal attitudes and experience.   We ask that you complete this questionnaire, to inform us of your present situation and the perspectives you bring to court at this time.  The questions are asked not to invade your privacy, but to make sure that you can be a fair and impartial juror *in this particular case,* though questions contained in the questionnaire may have nothing to do with the facts of this case.  If there is any reason why you might not be able to listen openly to both the prosecution and the defense, it is important that you say so.

The questionnaires will be viewed only by the judge, court personnel, and the legal teams for the prosecution and defense.  At no time will they be made available to the media or the public.

There are no right or wrong answers, only complete and honest answers.  Please respond to *each* question as honestly and completely as you can, based on your best understanding of the questions.  Do not leave any questions blank.  If a particular question does not apply to you, write "N/A" in the space provided for the answer.  Upon completion of the questionnaire, you are required to sign and date the Juror's Oath. Your answers will have the effect of a statement given to the Court under oath.

You should not discuss this case or the questionnaire with anyone, including your family and fellow jurors.  Your answers must be your own.  If you need more space for your responses, or wish to make further comments about any of your answers, please use the extra sheets at the back of the questionnaire. Thank you for your patience and candor.

_____

JUDGE JAMES BROWNING

Juror Name _____

PLEASE PRINT LEGIBLY IN BLACK INK

1.   Full name: _____ Gender: _____ Age: ____

2.   In what city and area/neighborhood do you live? _____

3.   How long have you lived in this area?_____

4.   Where did you grow up? _____

5.   What other places have you lived (city, state or country)?

_____

6    Do you have brothers or sisters?  ___YES  ___ NO

If YES, please list by gender, age and occupation.

_____

_____

_____

_____

7.   What are/were (if deceased or retired) your parents' occupations?

Father: _____

Mother: _____

8    Marital status:      ____ Married for _____ years

       ___ Divorced       ___ Separated       ___ Widowed

       ___ Never married       ___Living with someone

9.   Spouse's or significant other's current occupation and employer:

_____

Juror Name _____

10.  If you have children or stepchildren, tell us the following, whether or not they are living in your household.

| Gender | Age | Education Level | Occupation |
|--------|-----|-----------------|------------|
|        |     |                 |            |
|        |     |                 |            |
|        |     |                 |            |
|        |     |                 |            |
|        |     |                 |            |
|        |     |                 |            |

11.  If you have grandchildren, please tell us how many, their ages and occupations, if employed:

\# of Male(s):  _____      Ages: _____

Occupations: _____

\# of Female(s): _____      Ages: _____

Occupations: _____

12.  How far have you gone in school?

___ 0-11 grade          ___ GED              ___ High school graduate

___ Vocational/technical        ___ College for ____ years     ___ College graduate

___ Post-graduate college education for ___ years

13.  If you attended college or vocational school, please tell us:

Major areas of study: _____

What degrees or certificates did you earn? _____

Juror Name _____

14.   Have you ever taken any courses or had any training in the following areas:

___ Law          ___ Law enforcement          ___ Criminology/Penology      ____Investigation

___Forensics          ___ Any health related field

Please describe: _____

_____

_____

15.   Have you acquired any experience, training or knowledge in firearms, fingerprinting, fingerprint identification, chemical or DNA analysis, traumatic injury, autopsies, or any other forensic field?

___ YES ___ NO  If YES, please explain.

_____

_____

16.   If you, or a close relative, have had military experience, indicate who (relation to you) the branch of service and rank at discharge:

a.   Who (relation to you)? _____

b.   What special schools or training did they receive?

_____

c.   Did they see or participate in combat?  ____ YES    ___ NO    If YES, please explain circumstances.

_____

_____

17.   Please tell us the following about your job.  (If not currently employed, tell us about your last job.)

a.   Where do you work? _____

b.   How long have you worked there?  _____

c.   What are your job title(s) and duties:_____

_____

d.   Do you supervise others as part of your job?         ___ YES   ___ NO

e.   Do you have responsibility for hiring or firing others?         ___ YES   ___ NO

18.   What other jobs have you held?

_____

_____

Juror Name _____

19.   Have you applied, worked or volunteered for any regulatory or law enforcement agency, which has as a part of its responsibilities the enforcement of any state or federal laws?  ___ YES      ___ NO
If YES, please state what type of law enforcement, where and when, in what capacity and in what specialty. _____

_____

_____


20.   Do you have any friends, relatives or acquaintances who have ever worked for or been involved in law enforcement?
___ YES  ___ NO   If YES, please state who (their relation to you), where, when, for what agency and in what capacity.

_____

_____


21.   Have you or any relatives, friends or acquaintances worked in security or investigative services?
___ YES  ___ NO
If YES, please state who (their relation to you), where, when and circumstances.

_____

_____


22.   Have you or any relatives, friends or acquaintances ever worked in a prison, jail, detention center or for probation services?  ___ YES  ___ NO
If YES, please state who, where, when and circumstances.

_____

_____


23.   Have you or any friends or acquaintances every visited a prison, jail or detention center?
___ YES  ___ NO   If yes, please state who (relation to you) and explain the circumstances:

_____

_____

_____

Juror Name _____

24.     What religious, civic, social, union, professional, fraternal, political or recreational organizations have you joined or participated in, and what offices, if any, have you held in these organizations?

_____

_____

_____

25.   Have you, any family members or close friends participated in, or contributed money to, any group concerned with crime prevention or victims' rights (such as Crime Stoppers, MADD, SADD, neighborhood watch programs, shelters or crisis centers) or any group that takes public positions on criminal justice issues (including gang violence, prison expansion and prisoner rights)?

___ YES   ___ NO

If YES, please tell us who was involved, at what level, and the nature and position of the group.

_____

_____

_____

26.     Have you or a family member ever joined the National Rifle Association, Gun Owners of America or any other organization concerned with protecting the right to own weapons?

___ YES   ___ NO

a.      What led you to join?   _____

_____

b.      What was the extent of your participation? _____

_____

27.   What is your current political affiliation?

___ Republican   ___ Democrat   ___ Independent   ___ Libertarian

___ Not registered to vote        ___ No party selected

Other (specify) _____

28.   Do you consider yourself to be politically:  ___ Liberal   ___ Conservative   ___ Moderate

29.   Have you ever sought or held political office?   ___ YES   ___ NO   If YES, please give details:

_____

Juror Name _____

30.  Have you worked in a political campaign?   ___ YES   ___ NO

If YES, please give name of the candidate, office sought, and issue(s) that led to your active support.

_____

_____

_____

31.  Who are three people you greatly admire?  Why?

a) _____

b) _____

c) _____

32.  Who has had the greatest influence on you personally?  Why?

_____

_____

_____

33.  Have you served on a jury?  ___ YES   ___ NO   If YES, please indicate:

a. State Court    ___ Civil      ___ Criminal   Date(s) _____

b. Federal Court   ___ Civil     ___ Criminal   Date(s) _____

c.  ___ State Grand Jury          Date(s) _____

d. ___ Federal Grand Jury        Date(s) _____

e. Briefly describe the nature of the case(s) _____

_____

f. Was your trial jury able to reach a verdict? ___ YES   ___ NO

If NO, please explain: _____

g. Were you ever the foreperson?   ___ YES   Number of times _____     ___ NO

h.   Is there anything about your prior jury service that might make it difficult for you to serve again?

___ YES        ___ NO         If YES, please explain.

_____

_____

34.  Have you, any family members or close friends ever been an attorney or ever worked for any private

attorney, city or town attorney, District Attorney, state Attorney General, U.S. Attorney or in a

courthouse?       ___ YES   ___ NO     If YES, please state who, where and when, and in what capacity.

_____

_____

Juror Name _____

35.      How big a problem is crime in your neighborhood?   _____

_____

36.      What types of crime seem most common? _____

_____

37.      Are street gangs a problem in your neighborhood?     ___ YES    ___ NO

If YES, please explain. _____

_____

_____

38.  Have you, or anyone close to you, been the victim or witness of a crime, reported or not?

        ___ VICTIM    ___ WITNESS    ___NEITHER

If YES, please explain who (relation to you), when, and what happened.

_____

_____

a.      Was the incident gang related?        ___ YES    ___ NO

b.      Was it drug-related in any way?   ___YES   __NO

c       Was anyone arrested?   ___ YES    ___ NO

d.      What was the outcome of the case? _____

d.      If there was a trial, did you/they testify? ___ YES    ___ NOe

f.      Did you/they think justice was served? Why or why not?

_____

_____

_____

39.  Have you, any family members or close friends called, been interviewed by or made a report to the

police, the FBI or any other local, state or federal law enforcement agency?    ___ YES    ___ NO

If YES, please explain circumstances:

_____

_____

_____

Juror Name _____

a.    Would you describe your experience with law enforcement as positive _____ or negative _____?
(Check one and explain)

_____

_____

40.   Would you be more likely to believe an FBI agent over any other witness in a court of law?
___ YES    ___ NO

a.    Do you believe FBI agents are more likely to be truthful on the witness stand?  ___ YES    ___ NO
Why or why not?

_____

_____

41.   Would you be more likely to believe a police officer over any other witness in a court of law?
___ YES    ___ NO

a.    Do you believe police officers are more likely to be truthful on the witness stand?
___ YES    ___ NO    Why or why not?

_____

_____

42.   Have you or any member of your family or close friend been accused, arrested, charged or convicted
of any offense other than a traffic ticket? ___ YES    ___ NO

If YES, please state:

Who (relation to you)? _____

What crime? _____

When? _____

Was the incident gang related in any way?  ___ YES    ___ NO

Was it drug-related in any way?  ___YES  __NO

Outcome? _____

If convicted, did the person serve jail or prison time?  ___ YES    ___ NO

43.  Has someone you know served time in a New Mexico prison?  ___ YES    ___ NO

If YES, who (relation to you), where, for how long?  _____

_____

Juror Name _____

44.   What have you seen, read or heard about violence between prisoners, and what prisoners do to protect themselves?

_____

_____

_____

Source(s)? _____

44.   What have you seen, read or heard about the use of solitary confinement in prisons?

_____

_____

_____

Source(s)? _____

45.   What have you seen, read or heard about gangs in prisons?

_____

_____

_____

Source(s)? _____

46. Are you just as likely to believe the testimony of a prison guard as a police officer in a court of law?

___ YES    ___ NO

a.    Do you think prison guards would likely be truthful on the witness stand?  Why or why not?

_____

_____

47.   Do you believe that a prison inmate is entitled to be presumed innocent until proven guilty if he is being prosecuted for committing a crime while in prison?   _____YES    _____NO

Why or why not?_____

_____

a. Do you think that it should be easier for the government to convict a prison inmate of a crime than a person who is not in prison?   ___YES    _____NO    Why or why not?

_____

_____

10

Juror Name _____

48.   Do you own any weapons?   ___ YES   ___ NO

If YES, what type(s) of weapons do you own, and for what purpose(s)?

_____

_____

49.   Have you ever been in a situation in which you felt like you, or someone you know, were in physical

danger or feared being hurt or killed?   __YES   _____NO     If YES, please describe:

_____

____ _____     _____

50.   Have you, or anyone close to you, ever been threatened with a weapon, including a knife or firearm?

___ YES   ___ NO     If YES, describe the situation(s) and the weapon(s).

_____

_____

51.   Please state your personal opinion about the following:

a.   Hispanic men have been unfairly discriminated against by our criminal justice system.

___ Strongly agree            ___ Agree            ___Agree somewhat

___ Disagree            ___ Strongly disagree

b.   Hispanic males commit most of the violent crime in New Mexico.

___ Strongly agree            ___ Agree            ___Agree somewhat

___ Disagree            ___ Strongly disagree

c.   Hispanic males commit most drug offenses in New Mexico.

___ Strongly agree            ___ Agree            ___Agree somewhat

___ Disagree            ___ Strongly disagree

d.    Hispanic males are more likely to participate in violent gangs in New Mexico.

___ Strongly agree            ___ Agree            ___Agree somewhat

___ Disagree            ___ Strongly disagree

e.    Prison is not enough of a deterrent for Hispanic males engaging in drug crime and gang violence.

___ Strongly agree            ___ Agree            ___Agree somewhat

___ Disagree            ___ Strongly disagree

Juror Name _____

52.  Have you known anyone who was involved with drugs?  ___ YES ___NO

If YES, please explain who, relationship to you, nature of involvement, and particular drug(s).

_____

_____

_____

53.  Have you, or anyone close to you, worked or volunteered in a program concerned with drug treatment or drug education, or joined any organization or campaign concerned with the use or abuse of drugs?      ___ YES ___ NO.

If YES, please state who (relationship to you); name and purpose of program, organization or campaign; and extent of your participation.  _____

_____

_____

54.  How do you feel about people who sell drugs? _____

_____

55.  Do you think your feelings or experiences involving drugs might influence you in a case where there are allegations of distribution of drugs?  ____ YES ____ NO   If YES, please explain:

_____

_____

56.  What have you read or heard about gang involvement in drugs in New Mexico?

_____

_____

What was the source of your information? _____

57.  What have you read or heard about gang activity in New Mexico?

_____

_____

_____

12

Juror Name _____

58.  What particular gangs have you heard of?

_____

From what source(s)? _____

59.  Have you, your family or close friends been affected in any way by gang activity?

___ YES   ___ NO      If YES, please explain.

_____

_____

_____

60.  In your opinion, how do you think growing up in a community influenced by gangs and violence affects a person? _____

_____

_____

61.  What do you think should be done about gangs?

_____

_____

62.  Have you known anyone involved in or recruited by a gang?        ___YES   ___ NO

If YES, please explain. _____

_____

_____

63.     Have you read, seen or heard about a gang called Sindicato de Nuevo Mexico (SNM) or anyone supposedly associated with SNM, as it is called?   ___YES   ___ NO

If YES, what have your learned?

_____

_____

_____

Source(s)? _____

64.     Based on what you read, saw or heard, what was your impression of Sindicato de Nuevo Mexico and what it was accused of?

Juror Name _____

_____

_____

65.   How do you keep up with the news? (Check all that apply)

___ Radio        ___ Television        ___ Newspaper        ___ Magazines

___ Internet web/blogs/Twitter/Facebook

____ Conversations with coworkers, friends, relatives

____ Conversations with others at the courthouse

____ Overheard conversations of others about the case

___ Other _____

66.   Which newspapers do you read, either in print or on line?
_____

How often? (check one) ____ Regularly        ____ Somewhat        ____ A little     ____ Not at all

Which parts of the newspaper do you read regularly?

_____

67.   Do you watch any television news programs regularly?   ___ YES   ___ NO   Which ones?

_____

68.   What radio stations do you listen to regularly? _____

Which radio programs do you turn to for news? _____

69.   Do you regularly listen to or watch any radio or television talk shows?   ___ YES   ___ NO

If YES, which ones? _____

70.   What Internet sites or chat rooms do you frequent?   _____

_____

a.   Have you ever had a blog or followed a blog?   ___ YES   ___ NO   If Yes, what did they focus on?

_____

_____

b.   Do you regularly comment on blogs?   ___ YES   ___ NO   If YES, which ones?

_____

Juror Name _____

71.   Which of the following most closely describes how you use news reports in forming your opinions?

___ I rely on the news

___ I sometimes rely on the news, depending on the reporter

___ I do not rely on news reports alone, but use them as only one basis for forming my opinions.

___ I do not rely on news reports in forming opinions.

___ Other (please describe): _____

72.   What movies, books or TV programs about violent crime, the criminal justice system, prison life or gang activity have been of interest to you?

_____

_____

What did you learn? _____

_____

73.   What criminal cases have you followed in the news?

_____

_____

Why were those cases of particular interest?_____

_____

_____

74.   Do you think if a person is brought to trial, there must be some truth to the charges, and it is likely that person is guilty under the law?       ___ YES   ___ NO     Please explain.

_____

_____

a.    Do you think if a person is brought to trial for being a member of a prison gang allegedly involved in crimes such as murder, assault and conspiracy, there must be some truth to the charges, and it is likely that person is guilty under the law?       ___ YES   ___ NO     Please explain.

_____

_____

75.   The judge will instruct you that the burden is on the prosecution to prove beyond a reasonable doubt that the defendant is guilty; it is not for the defense to prove that the defendant is not guilty.  If, after

Juror Name _____

hearing the evidence, you thought the defendant could be guilty, but you were not convinced beyond a reasonable doubt, would you be able to return a verdict of not guilty?  ___ YES  ___ NO

If NO, why not?

_____

_____

_____

a.       In a trial with multiple defendants who are alleged members of a gang, do you believe the charges against each defendant should be judged individually, where you were not convinced beyond a reasonable doubt that all defendants were equally guilty?  ___ YES   ___ NO

76.  A person accused of a crime does not have to testify in his defense, and his silence may not be considered as evidence against him.  How do you feel about that?

_____

_____

This case involves allegations that members, prospects and associates of Sindicato de Nuevo Mexico were engaged in acts of violence and other criminal activity.

77.  Have your read, seen or heard anything about this case?  ___ YES  ___ NO

If YES, please indicate the source(s).  (Check all that apply)

___ TV news     ___ Newspaper         ___ Radio news          ___Internet/blogs/Twitter

___ Other people         ___ Overheard conversations

Other (specify) _____

a.    What stands out most in your mind about what you have read, seen or heard?

_____

_____

_____

b.    How did you react to what you read, saw or heard?

_____

_____

c.    What did you last read, see, or hear about this case?

16

Juror Name _____

_____

_____

When and where was that? _____

78.     Has anyone discussed with you your possible service as a juror in this case? ___ YES   ___ NO
If YES, please briefly describe what was discussed and with whom.

_____

_____

_____

79.   Do you know any employee of the Office of the United States Attorney for the District of New
Mexico, or have you had any dealings with that office?     _____YES     _____NO
If YES, please explain:_____

_____

_____

80.   The trial will be presided over by the Honorable James O. Browning, United States District Judge,
District of New Mexico.  Do you know Judge Browning or any member of his staff?   ___YES     ___NO
If YES, please explain:_____

_____

_____

81.   Do you personally, or in connection with your business, have an interest (financial or otherwise) in
any pending legal action or dispute with the United States, or any officer, agents or employees of the
United States?   _____YES     _____NO   If YES, please explain:

_____

_____

82.   Do you, or anyone close to you, know any of the persons involved in any way with the events
charged in this case?     _____YES     _____NO
If YES, please explain:_____

_____

_____

17

Juror Name _____

83.   In such a case, where there are allegations such as murder and drug trafficking, will you have difficulty keeping an open mind until you have heard all the evidence, the arguments of attorneys for both sides and the judge's instructions?     ___ YES   ___ NO

If YES, please explain your reaction and how it may affect you if chosen as a juror.

_____

_____

_____

84.   What comes to mind when you think of a conspiracy?

_____

_____

85.   A gang member should be legally responsible for the criminal actions that other members commit on orders from the gang leaders.

___ Strongly agree             ___ Agree             ___Agree somewhat

___ Disagree             ___ Strongly disagree

86.     How do you feel about an individual who casts the primary blame on others for crimes he has admitted being directly involved in?

_____

_____

87.     What else would you want to know about the individual or the crimes to evaluate that individual's statements? _____

_____

a.     Would it matter to you that becoming an informant was their only avenue to avoid the full legal consequences of their actions?             ___ YES       ___ NO   Why or why not?

_____

_____

88.   During the course of this trial, you may hear evidence from individuals who are testifying with the expectation of obtaining lenient treatment for their own criminal conduct and/or other benefits.  How do you feel about the truthfulness of that testimony?  Please explain.

_____

_____

Juror Name _____

89.   The prosecution will likely introduce into evidence graphic photographs and video recordings of the crimes charged that, as a juror, you would be required to view.  These photographs and recordings will not only show the location of the crime, but the traumatic injuries that the victims suffered.

a.    Knowing your own sensibilities, do you feel it is possible you would not be able to look at such photographs and video recordings at all, if they were part of the evidence?  ___ YES  ___ NO

b.    Do you think your reaction to such graphic images could be so strong as to affect your ability to listen to *all* the evidence and reach a fair and impartial decision whether guilty or not guilty, based on the entirety of the evidence presented in court and the judge's instructions on the law?  ___ YES  ___ NO

Please explain your concerns, if any, about your ability to view and evaluate all evidence, including any graphic photographs and video.

_____

_____

_____

**JURY SERVICE**

90.   Do you agree that every juror is entitled to hold his or her own opinions and that differences in individual opinions should be respected  ___ YES          ___ NO

a.    Will you expect to be treated with dignity and respect during jury deliberations?  And will you likewise treat your fellow jurors with dignity and respect, even if you do not share their view?

___ YES          ___NO

b.    Will you stand up for the right of every juror to vote their decisions in the manner they feel is appropriate, even if other jurors disagree with their "vote"?  ___ YES          ___NO

Please explain what you feel it means to you to respect your fellow jurors:

_____

_____

91.      Do you have any health problems that might make it difficult for you to sit as a juror in this case?

___ YES          ___ NO          If YES, please explain:

_____

_____

_____

Juror Name _____

92.      Are you taking any medications which might make it difficult for you to sit and listen attentively to testimony for hours at a time?          ___ YES          ___ NO

If YES, please state the medication(s) and the effect on you.

_____

_____

93.   Please check each of the following situations that might create a hardship for you to serve as a juror:

___ Hearing difficulties          ___ Vision problems          ___ Someone sick at home who needs care

___ Doctor appointments that cannot be rescheduled          ___ No childcare for children at home

___ Pressing business or personal matters that would distract from the trial proceedings          ___ Other

Please explain any situations you have checked.

_____

_____

_____

94.      Is there anything you would like to discuss privately with the Court?  ___ YES  ___ NO

95.      The Court and the parties estimate that after a jury is selected the trial of this case may last as long as two months. Understanding that mere inconvenience is not a sufficient reason, do you wish to ask the judge to excuse you because jury service would be a serious hardship for you?

___ YES  ___ NO      If YES, please explain your reasons as specifically as you can.

_____

_____

_____

96.      Is there any matter, including your past jury service, that may interfere with your duty as a juror to listen with an open mind to the evidence in this case and render an impartial verdict based solely on the evidence (or lack thereof) and the judge's instructions on the law?          ___ YES          ___ NO

If YES, please explain: _____

_____

_____

Juror Name _____

**JUROR'S OATH**

I affirm under penalty of law that I have answered truthfully and completely all questions in this questionnaire.   I further declare that I have completed this questionnaire without anyone's assistance.

Signature _____

_____
JUROR'S NAME (Please print)
DATE _____

Please use this space to complete any answers to questions in the questionnaire.   Indicate the number of the question, before continuing with your full answer.