IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

NOV 03 2017

MATTHEW J. DYKMAN
CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) CRIMINAL NO. 15-4268 JB |
| vs. | ) |
| ANGEL DELEON, et al., | ) |
| Defendants. | ) |

## ORDER GRANTING EXTENSION

THIS MATTER having come before the Court on the second written unopposed motion of the United States of America for an extension of time to file its response to Defendant Rudy Perez's Motion to Suppress Statement [Doc. 1295], and the Court, being advised that all Defendants in this case do not oppose the extension to respond, and being otherwise fully advised in the premises, finds that the motion is well-taken and should be granted:

IT IS THEREFORE ORDERED that a second extension of time within which to file its response to Defendant Rudy Perez's Motion to Suppress Statement [Doc. 1295], is granted. The United States shall file its response on or before **November 3, 2017**.

_____
JAMES O. BROWNING
UNITED STATES DISTRICT JUDGE