IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) CRIMINAL NO. 15-4268 JB |
| vs. | ) |
| ANGEL DELEON, et al., | ) |
| Defendants. | ) |

## ORDER GRANTING EXTENSION

THIS MATTER having come before the Court on the written unopposed motion of the United States of America for an extension of time to file its responses to Defendant Anthony Ray Baca's Sealed Motion to Suppress Coerced Statements and Anticipated Testimony of Cooperating Witness and Request for Evidentiary Hearing [Doc. 1325], and Sealed Motion to Suppress Incomplete and Selective Recordings of Communications Made by Government Informant and Request for Evidentiary Hearing [1328], and the Court, being advised that all Defendants in this case do not oppose the extension to respond, and being otherwise fully advised in the premises, finds that the motion is well-taken and should be granted:

IT IS THEREFORE ORDERED that the extension of time within which to file its responses to Defendant Anthony Ray Baca's Motions [Docs. 1325 and 1328], are granted. The United States shall file its responses on or before November 3, 2017.

_____
JAMES O. BROWNING
UNITED STATES DISTRICT JUDGE