FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

NOV 0 3 2017

MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,       )
                                )
          Plaintiff,            )       CRIMINAL NO. 15-4268 JB
                                )
vs.                             )
                                )
**BILLY GARCIA,**               )
                                )
          Defendants.           )

## ORDER GRANTING EXTENSION

THIS MATTER having come before the Court on the written unopposed motion of the

United States of America for an extension of time to file its responses to Defendant Billy Garcia's

Motion to Prevent the Admission of Statements of Non-Testifying Codefendants Implicating Billy

Garcia and for an Order for the Government to Specify Such Statements Prior [Doc. 1307] and

Motion in Limine Regarding Alleged Bad Acts [Doc. 1308], and the Court, being advised that all

Defendants in this case do not oppose the extension to respond, and being otherwise fully advised

in the premises, finds that the motion is well-taken and should be granted:

IT IS THEREFORE ORDERED that the extension of time within which to file its

responses to Defendant Billy Motions [Docs. 1307 and 1308], are granted.  The United States

shall file its responses on or before **October 31, 2017**.

_____
JAMES O. BROWNING
UNITED STATES DISTRICT JUDGE