IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) CRIMINAL NO. 15-4268 JB |
| vs. | ) |
| ANTHONY RAY BACA, | ) |
| Defendant. | ) |

## ORDER GRANTING EXTENSION

THIS MATTER having come before the Court on the written unopposed motion of the United States of America for an extension of time to file its response to Defendant Anthony Ray Baca's Motion to Compel Production of *Brady* and *Giglio* Materials [Doc. 1332], and the Court, being advised that all Defendants in this case do not oppose the extension to respond, and being otherwise fully advised in the premises, finds that the motion is well-taken and should be granted:

IT IS THEREFORE ORDERED that the extension of time within which to file its response to Defendant Anthony Ray Baca's Motion to Compel Production of *Brady* and *Giglio* Materials [Doc. 1332], is granted. The United States shall file its response on or before **November 6, 2017**.

_____
JAMES O. BROWNING
UNITED STATES DISTRICT JUDGE