IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) CRIMINAL NO. 15-4268 JB |
| | ) |
| vs. | ) |
| | ) |
| ANGEL DELEON, et al., | ) |
| | ) |
| Defendants. | ) |

### ORDER GRANTING EXTENSION

THIS MATTER having come before the Court on the written unopposed motion of the United States of America for an extension of time to file its responses to Defendant Christopher Garcia's Motion for Order to Show Cause for Non-Compliance of District Court Orders During May 9-10, 2017 Hearings [Doc. 1329], and the Sealed Opposed Motion to Dismiss and Request for Evidentiary Hearing [Doc. 1330], and the Court, being advised that all Defendants in this case do not oppose the extension to respond, and being otherwise fully advised in the premises, finds that the motion is well-taken and should be granted:

IT IS THEREFORE ORDERED that the extension of time within which to file its responses to Defendant Christopher Garcia's Motions [Docs. 1329 and 1330], are granted. The United States shall file its responses on or before **November 3, 2017**.

_____
JAMES O. BROWNING
UNITED STATES DISTRICT JUDGE