IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                                                       NO.  15-CR-4268-JB

ANGEL DELEON, et al.,

        Defendants.

**UNOPPOSED MOTION TO CONTINUE THE MOTIONS IN LIMINE AND REPLIES TO DAUBERT MOTIONS DEADLINE, DUE NOVEMBER 10, 2017 (DOC. 1205) TO DECEMBER 1, 2017 FOR ALL DEFENDANTS**

COMES NOW, defendant Christopher Garcia, by and through CJA counsel Amy Sirignano, of the Law Office of Amy Sirignano, PC, and Christopher W. Adams, of the Law Office of Christopher W. Adams, PC, and all defendants request the Court grant this Unopposed Motion to Continue the Motions in Limine and Replies to *Daubert* Motion Deadline, Due November 10, 2017 (Doc. 1205), to December 1, 2017, and states the following:

1.    Counsel for Mr. Garcia emailed all AUSAs on Friday, November 3, 2017, requesting their position for an extension to file Motions in Limine and replies to *Daubert* Motions, presently due on November 10, 2017 (Doc. 1205) ot December 1, 2017. The government agrees with this continuance and also requests that if the government needs more time due to its trial schedule that the government could ask for additional time without objection. The defense agrees to this additional stipulation.

2.    Accordingly, counsel for defendants respectfully request an extension of the Motions in Limine and *Daubert* reply deadlines from Friday, November 10, 2017, to December 1, 2017.

3.  For the foregoing reasons, Mr. Garcia and all defendants respectfully request that the Court enter an Order Continuing the November 10, 2017, deadline to file Motions in Limine and replies to the *Daubert* responses to Friday, December 1, 2017.

Respectfully submitted,

/s
Amy Sirignano, Esq.
Law Office of Amy Sirignano, PC
5901J Wyoming Blvd. NE #250
Albuquerque, NM  87109
(505) 242-2770
(505) 242-2774 facsimile
amy@abqnmlaw.com

/s
Christopher W. Adams
The Law Office of Christopher W. Adams, PC
102 Broad Street, Suite C
Charleston, SC 29401
(843) 577-2153
(877) 883-9114 facsimile
chris@chrisadamslaw.com

Co-counsel for Christopher Garcia

**CERTIFICATE OF SERVICE**
I hereby certify that a copy of the foregoing pleading was sent via the Court's CM/ECF system to opposing counsel, AUSAs Maria Armijo, Randy Castellano, and Matthew Beck, this 7th day of November 2017.

/s
Amy Sirignano, Esq.