# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA,**

      Plaintiff,

**vs.**                             No. 2:15-cr-04268-JB

**ANGEL DELEON, et al.**

      Defendants.

## UNOPPOSED NOTICE WITHDRAWING ANTHONY RAY BACA'S MOTION FOR EXTENSION OF TIME TO PROVIDE EXPERT NOTICES AND REPORTS [DOC. 1055]

Defendant Anthony Ray Baca respectfully give notice of his withdrawal of *Anthony Ray Baca's Motion for Extension of Time to Provide Expert Notices and Reports* [Doc. 1055].

Respectfully submitted,

/s/ Theresa M. Duncan_____
Theresa M. Duncan
Duncan Earnest, LLC
515 Granite NW
Albuquerque, NM 87102
505-842-5196
teri@duncanearnest.com

ROTHSTEIN DONATELLI, LLP

/s/ Marc M. Lowry
MARC M. LOWRY
500 Fourth Street NW, Suite 400
Albuquerque, NM  87102
(505) 243-1443
mlowry@rothsteinlaw.com

*Attorneys for Anthony Ray Baca*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 20th day of November 2017, I filed the foregoing pleading electronically through the CM/ECF system, which caused counsel for Plaintiff and Defendants to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.


/s/ Theresa M. Duncan
Theresa M. Duncan

2