IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.  No. 2:15-cr-04268-JB

ANGEL DELEON, et al.

    Defendants.

**UNOPPOSED NOTICE WITHDRAWING MOTION TO COMPEL IMMEDIATE PRODUCTION OF BRADY AND GIGLIO MATERIALS [DOC. 1332]**

Defendant Anthony Ray Baca, joined by Chris Chavez, Rudy Perez, Joe Gallegos, Chris Garcia, Shauna Gutierrez, Edward Troup, Carlos Herrera, Billy Garcia, Andrew Gallegos, and Arturo Garcia, respectfully gives notice of his withdrawal without prejudice of his *Motion to Compel Immediate Production of Brady and Giglio Materials* [Doc. 1332].

    Respectfully submitted,

/s/ Theresa M. Duncan
Theresa M. Duncan
Duncan Earnest, LLC
515 Granite NW
Albuquerque, NM 87102
505-842-5196
teri@duncanearnest.com

ROTHSTEIN DONATELLI, LLP

/s/ Marc M. Lowry
MARC M. LOWRY
500 Fourth Street NW, Suite 400
Albuquerque, NM  87102
(505) 243-1443
mlowry@rothsteinlaw.com

*Attorneys for Anthony Ray Baca*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 20th day of November 2017, I filed the foregoing pleading electronically through the CM/ECF system, which caused counsel for Plaintiff and Defendants to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

/s/ Theresa M. Duncan
Theresa M. Duncan