FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

NOV 29 2017

MATTHEW J. DYKMAN
CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

      Plaintiff,

                                        NO. 15-CR-4268 JB

    v.

ANGEL DELEON, et al.,

      Defendants.

## ORDER GRANTING UNOPPOSED MOTION TO CONTINUE THE MOTIONS IN LIMINE AND REPLIES TO DAUBERT MOTIONS DEADLINE, DUE NOVEMBER 10, 2017 (DOC. 1205) TO DECEMBER 1, 2017 FOR ALL DEFENDANTS

THIS MATTER having come before the Court on defendants Unopposed Motion to Continue the Motions in Limine and Replies to Daubert Motions Deadline, Due November 10, 2017 [Doc. 1205) to December 1, 2017 for all Defendants, filed November 7, 2017 (Doc. 1449), and the Court being fully advised in the premises finds that this motion should be granted.

IT IS HEREBY ORDERED that defendants' Unopposed Motion to Continue the Motions in Limine and Replies to Daubert Motions Deadline, Due November 10, 2017 [Doc. 1205) to December 1, 2017 for all Defendants, filed November 7, 2017, is GRANTED.

IT IS HEREBY ORDERED that defendants Motions in Limine and replies to Daubert responses must be filed on or before Friday, December 1, 2017, for all defendants.

                                   _____
                                   The Honorable James O. Browning
                                   United States District Court Judge

Submitted by:
  __s/ *Electronically Submitted*__
Amy Sirignano, Esq.
Counsel for Christopher Garcia