FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

NOV 29 2017

MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff, | § | |
| v. | § | NO. 15-CR-4268-JB |
| EDWARD TROUP (3), and BILLY GARCIA (5) | § | |
| Defendants. | § | |

## ORDER GRANTING EXTENSION

THIS MATTER having come before the Court on the unopposed motion of Defendants Edward Troup and Billy Garcia for an extension of time to file their Reply to the Government's Response to Edward Troup and Billy Garcia's Motion for Production of Alleged Co-Conspirators Statements and for Pre-Trial Hearing on Their Admissibility [Doc. 1292], and the Court, being advised that all remaining Defendants in this case do not oppose the extension to file the replies, and being otherwise fully advised in the premises, finds that the motion is well-taken and should be granted:

IT IS THEREFORE ORDERED that the extension of time within which to file Replies to the Government's Response to Edward Troup and Billy Garcia's Motion for Production of Alleged Co-Conspirators Statements and for Pre-Trial Hearing on Their Admissibility [Doc. 1292], is granted. The Defendants shall file their reply on or before November 17, 2017.

IT IS SO ORDERED.

_____
HONORABLE JAMES O. BROWNING
United States District Judge