

UNCLASSIFIED

**U.S. Department of Justice**

Federal Bureau of Investigation

In Reply, Please Refer to
File No.
245U-AQ-6239655

4200 Lueking Park Ave NE
Albuquerque, New Mexico

September 25, 2017

United States Attorney's Office
District of New Mexico
AUSAs Maria Armijo, Randy Castellano, & AUSA Matthew Beck,

RE: FBI Confidential Human Source (CHS) Payments, current as of September, 25, 2017, as they pertain to the January, 2017, trial of Anthony Ray Baca

True Name:    **Mario Montoya**
CHS Number:   ▮▮▮▮
Codename:     **"Pyro"**

- CHS Services (Payments): $5,200.00
- Gas: $432.21
- Vehicle Maintenance/Repair: $1,601.50
- Telephone Expenses: $225.05
- Trade School: $2,970.00
- Total: $10,428.76

True Name:    **Gerald Archuleta**
CHS Number:   ▮▮▮▮
Codename:     **"Grandma"**

- CHS Services (Payments): $1,650.00
- Food: $299.62
- Telephone Expenses: $150.00
- Total: $2,099.62

True Name: **Eric Duran**
CHS Number: ▮
Codename: **"Ironman"**

- CHS Services (Payments): $42,440.00
- Food: $113.90
- Gas: $102.93
- Telephone Expenses: $1,297.59
- Travel/Subsistence: $542.70
- Miscellaneous Travel: $600.00
- Total: $45,097.12

True Name: **Javier Alonso**
CHS Number: ▮
Codename: **"Wolverine"**

- CHS Services (Payments): $400.00
- Total: $400.00

True Name: **Jerry Armenta**
CHS Number: ▮
Codename: **"Creeper"**

- CHS Services (Payments): $750.00
- Total: $750.00

True Name: **Benjamin Clark**
CHS Number: ▮
Codename: **"Cyclone"**

- CHS Services (Payments): $250.00
- Food: $350.00
- Telephone Expenses: $150.00
- Total: $750.00

True Name:   **David Calbert**
CHS Number:
Codename:    "Spider"

- CHS Services (Payments): $100.00
- Total: $100.00

True Name:   **Billy Cordova**
CHS Number:
Codename:    "Little Shadow"

- CHS Services (Payments): $650.00
- Food: $100.00
- Telephone Expenses: $200.00
- Total: $950.00

True Name:   **Ruben Hernandez**
CHS Number:
Codename:    "Disciple"

- CHS Services (Payments): $650.00
- Total: $650.00

True Name:   **Leonard Lujan**
CHS Number:
Codename:    "Lee"

- CHS Services (Payments): $1,750.00
- Total: $1,750.00

True Name:   **Eugene Martinez**
CHS Number:
Codename:    "Moses"

- CHS Services (Payments): $650.00
- Food: $20.41
- Total: $670.41

True Name: **Robert Martinez**
CHS Number: ▮▮▮▮
Codename: **"Joven"**

- CHS Services (Payments): $2,800.00
- Food: $109.26
- Telephone Expenses: $350.00
- Total: $3,259.26

True Name: **Roy Martinez**
CHS Number: ▮▮▮▮
Codename: **"Shadow"**

- CHS Services (Payments): $1,350.00
- Total: $1,350.00

True Name: **Timothy Martinez**
CHS Number: ▮▮▮▮
Codename: **"Amasai"**

- CHS Services (Payments): $1,050.00
- Food: $12.86
- Total: $1,062.86

True Name: **Jerry Montoya**
CHS Number: ▮▮▮▮
Codename: **"Plaz"**

- CHS Services (Payments): $800.00
- Food: $24.31
- Total: $824.31

True Name:   **Federico Munoz**
CHS Number: ▇
Codename:    **"Gladiator"**

- CHS Services (Payments): $1,550.00
- Food: $159.26
- Telephone Expenses: $200.00
- Total: $1,909.26

True Name:   **Paul Rivera**
CHS Number: ▇
Codename:    **"Oso"**

- CHS Services (Payments): $1,350.00
- Total: $1,350.00

True Name:   **Lupe Urquizo**
CHS Number: ▇
Codename:    **"Mari"**

- CHS Services (Payments): $600.00
- Food: $8.66
- Total: $608.66

True Name:   **Manuel Armijo**
CHS Number: **N/A**
Codename:    **N/A**

- No payments provided

True Name:   **Richard Gallegos**
CHS Number: **N/A**
Codename:    **N/A**

- No payments provided

True Name: **Santos Gonzales**
CHS Number: **N/A**
Codename: **N/A**

- No payments provided

Please let me know if you have any questions.

                           Sincerely,

                           Terry Wade
                           Special Agent in Charge

                           By:
                           Michael Hansen
                           Acting Supervisory Special Agent

UNCLASSIFIED    U.S. v. DELEON, ET Al.    30714