1

1          IN THE UNITED STATES DISTRICT COURT

2            FOR THE DISTRICT OF NEW MEXICO

3    UNITED STATES OF AMERICA,

4         Plaintiff,

5         VS.                    CR. NO. 15-4268 JB

6    ANGEL DELEON, et al.,

7         Defendants.

8                    VOLUME 3

9         Transcript of Daubert/Rodriguez Hearing and
     James Hearing Proceedings before The Honorable
10   James O. Browning, United States District Judge,
     Las Cruces, Dona County, New Mexico, commencing
11   on November 29, 2017.

12
     For the Government:  Ms. Maria Armijo; Mr. Randy
13   Castellano; Mr. Matthew Beck

14   For the Defendants: Mr. Brock Benjamin, Mr. Richard
     Sindel; Ms. Cori Harbour-Valdez; Mr. Jim Castle; Mr.
15   Robert Cooper; Mr. James Lahann; Mr. John Granberg;
     Mr. Billy Blackburn; Mr. Scott Davidson; Ms. Amy
16   Jacks; Mr. Richard Jewkes; Mr. Marc Lowry; Ms.
     Theresa Duncan; Ms. Amy Sirignano; Mr. Christopher
17   Adams; Mr. Michael Davis; Ms. Carey Bhalla; Mr. Ryan
     Villa; Mr. Donovan Roberts; Ms. Angela Arellanes; Mr.
18   Samuel Winder

19
     For the Defendants (Via telephone):  Ms. Justine
20   Fox-Young

21

22

23

24

25




SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              THE COURT:  Good morning everyone.  I
 2   appreciate everybody making themselves available to
 3   me this morning.
 4              All right.  We've got some new folks with
 5   us today.  Mr. Blackburn is here on behalf of
 6   Mr. Garcia.
 7              MR. BLACKBURN:  Good morning, Your Honor.
 8              THE COURT:  Mr. Blackburn, good morning to
 9   you.  Let's see, I think Mr. Granberg has left?  No.
10              MR. GRANBERG:  No, I'm back.
11              THE COURT:  Mr. Mondragon has left, and
12   Mr. Granberg is here.
13              MR. GRANBERG:  Yes, Your Honor.
14              THE COURT:  All right.  Mr. Granberg, good
15   morning to you.
16              Ms. Fox-Young, you're on the phone at this
17   time?
18              MS. FOX-YOUNG:  Yes, I am.  Good morning,
19   Your Honor.
20              THE COURT:  Good morning, Ms. Fox-Young.
21              Anyone else that I have missed as far as
22   changes from yesterday?  All right.  Well, good
23   morning to everyone.
24              All right.  Well, I don't think I have any
25   announcements.  It did look like there was a number
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    of filings that came in, so I guess we'll address
 2    those in due course.  Anything anybody needs to take
 3    up before we put Mr. Martin back on the stand and
 4    continue cross-examination of him?
 5              MS. JACKS:  I'd like to just bring
 6    something to the Court's attention and make a
 7    request.
 8              THE COURT:  Okay.
 9              MS. JACKS:  Your Honor, we had a discussion
10    with the marshals this morning about conditions in
11    the courtroom.  And one of the things that we asked
12    was whether we could pitch in and get the defendants
13    lunch from a pizza or a sandwich place.  The marshals
14    don't have an objection.  But they asked us to bring
15    that up with you.
16              THE COURT:  That's fine.  Just as long as
17    the marshals know.  I do think the marshals -- what I
18    heard is they don't want defense lawyers individually
19    bringing in food.  And I can understand.  I think we
20    all can appreciate that we don't want to have just
21    individual things going along.  But as long as they
22    approve y'all buying them lunch and bringing it in,
23    that's fine.  The taxpayers aren't going to be paying
24    for that, are they?
25              MS. JACKS:  No, I think --
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              DEFENDANT PEREZ:  Thank you, Judge.
 2              THE COURT:  I'm popular now?  It will go
 3     downhill from now, right?
 4              DEFENDANT PEREZ:  You got my vote.
 5              THE COURT:  I'm not running for anything.
 6     That's the thing about a lifetime appointment, you
 7     never run again.
 8              All right.  Mr. Martin, are you out there?
 9              All right.  Mr. Martin, I'll remind you
10     you're still under oath.
11              Ms. Jacks, if you wish to continue your
12     cross-examination of Mr. Martin, you may do so at
13     this time.
14              MS. JACKS:  I would like to.  I just want
15     to make sure -- I don't think the Elmo is on.
16                        EXAMINATION
17     BY MS. JACKS:
18         Q.   Good morning, Mr. Martin.
19         A.   Good morning.
20         Q.   Before I pick up where we left off
21     yesterday afternoon, I just want to -- you had a
22     little homework last night.  And I'm just wondering
23     if you got a chance to do it?
24         A.   Were you --
25         Q.   Well, I think there were a couple of
```




SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    things, so let's just start at the beginning.
 2         A.   Okay.
 3         Q.   One of the things I was asking you about,
 4    the New Mexico Department of Corrections policies and
 5    procedures that govern the classification of inmates
 6    as a member of a Security Threat Group.
 7         A.   Right.
 8         Q.   And you were having some trouble
 9    remembering what chapter and what those regulations
10    were.  Did you, last night --
11         A.   Those are all under the STIU policy.
12         Q.   And were you able, last night, to find
13    those policies?
14         A.   I was not, because on my personal computer
15    I'm not able to access MDC policies.  And I thought I
16    might have had it on one of my PowerPoints, or maybe
17    on my personal laptop.  But I did not.
18         Q.   Okay.  So you weren't able to do that.  The
19    other thing -- I forgot, what was the other thing
20    that you were going to take a look at or do, do you
21    remember?
22         A.   I don't.
23         Q.   I'll have to go back and look at my notes,
24    because there was one other thing as well.
25         A.   Okay.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



PROFESSIONAL COURT
REPORTING SERVICE



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   I wanted to pick up where we left off,

2    which was I was asking you about the bases for your

3    opinions in pages 1 through 6 of Document 1299 --

4    A.   Okay.

5    Q.   -- which was the Government's expert

6    notice.  And I think where we left off was page 2,

7    where I marked "stop."  So let's go back to that.  We

8    were looking at C.  And I think we talked about

9    Security Threat Group sanctions.

10        So I want to move on to the reasons for

11    sanctions.  You're offering -- you're purporting or

12    proposing to offer an opinion about the reasons for

13    sanctions?

14    A.   Correct.

15    Q.   And can you tell me what would be informing

16    that particular opinion?

17    A.   Those opinions would be based on

18    information that I've obtained from individuals that

19    are gang members, that are inactive gang members, and

20    from documentation that I've discovered.

21    Q.   So interviews from active and inactive gang

22    members.  And when you say documentation you've

23    discovered, things in people's files, in STIU files?

24    A.   No, ma'am.  When we do a cell inspections

25    or cell searches, sometimes we'll find items that

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   contain, for example, rules of conduct within the
 2   gang.  And those rules of conduct will say, you know,
 3   if -- for example, if you fail to work out a couple
 4   of days there, and if it's a mandatory issue, then
 5   you're subject -- you could be subject to assault.
 6        Q.   So you're talking about writings that
 7   particular inmates might have in their cell?
 8        A.   Correct.
 9        Q.   Do you have copies of those writings that
10   you're relying on?
11        A.   I personally don't.  But they belong to
12   STIU.  I'm sure STIU has them.
13        Q.   Have you reviewed any or obtained any in
14   preparation for offering some sort of expert opinion?
15        A.   Not yet.
16        Q.   Let's move on to the next thing in C:  How
17   those sanctions are carried out.  Would that be the
18   same sources of information?  Interviews with inmates
19   and documents or writing that you discovered in the
20   course of being a correctional officer?
21        A.   Correct, or gang unit officer.
22        Q.   What about the next item?  A description of
23   weapons manufactured and used.  What informs that
24   opinion?
25        A.   A description of weapons manufactured and
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  used?

2       Q.   Yes.

3       A.   Usually, individuals that make weapons are

4  usually things that are available to them inside the

5  prison system.  So they could take maybe a light

6  switch apart.  Sometimes, if they were porters, they

7  might be working out and take pieces of metal and

8  manufacture them into weapons.  They might be out in

9  the rec yard, and take a piece of the fence apart,

10  and manufacture that as a weapon.

11       Q.   Are these things that you personally

12  observed?

13       A.   I've seen through interviews, and also

14  photographs of the weapons, and self-admittance,

15  individuals that have done it, yes.

16       Q.   I just want to go back for a second and ask

17  you some just general questions about the prison.

18       A.   Sure.

19       Q.   Would you agree with me that prison is an

20  environment that's different than any other

21  environment?

22       A.   Than like shopping at the mall or

23  something?

24       Q.   Or -- right, prison is different than

25  everyday life here in the United States?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    It's an environment of its own, yes.
 2        Q.    Right.  And there is rules and ways of
 3    conducting oneself that are different in prison than
 4    in everyday life?
 5        A.    There are rules for inmates?
 6        Q.    Yeah.
 7        A.    Is that specifically what you're asking?
 8        Q.    Right.  Maybe I should say codes of conduct
 9    among inmates.
10        A.    Yeah.
11        Q.    And would you agree with me that things, or
12    slights that may be overlooked in everyday life, like
13    bumping into somebody, are things that can take on
14    added significance in a prison environment?
15        A.    I would say that their awareness level is
16    higher.  And their awareness and how they conduct
17    themselves and they carry themselves is -- their
18    awareness is higher inside the prison than it would
19    be out in the free world.
20        Q.    And would you agree with me that things
21    that might be overlooked in the free world are things
22    that can be the subject of serious disputes in a
23    prison environment?
24        A.    It could escalate really fast, yes.
25        Q.    Specifically, I want to ask you about
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    weapons in prison.  Are weapons a common thing in a

 2    prison environment?

 3         A.   They can be, yes.  I mean, in general

 4    population, we don't conduct -- well, let's see how I

 5    can answer your question.  There is weapons in

 6    prisons.

 7         Q.   People in prison get pretty ingenious about

 8    making some sort of weapons to defend themselves if

 9    something would happen?

10         A.   Yes, they make weapons to defend themselves

11    and they make weapons to sell.

12         Q.   And to sell?

13         A.   Yes.

14         Q.   So for profit, to get --

15         A.   Correct.

16         Q.   -- canteen items, or stamps --

17         A.   I don't know.

18         Q.   -- phone cards?

19         A.   Buying drugs a lot of times as well.

20         Q.   Drugs.  So weapons are a method of commerce

21    in prison in some sense as well?

22         A.   Yes.

23         Q.   And would you agree with me that inmates in

24    prison make weapons -- just let me go back.  Would

25    you agree with me that weapon manufacturing or
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    weapons possession in prison isn't limited to
 2    disruptive group members or Security Threat Group
 3    members; it's across the board?
 4         A.   Correct.
 5         Q.   And your information about -- that informs
 6    your opinion about descriptions of weapons
 7    manufactured and used, that's weapons that you've
 8    seen or seen photographs of in the prison context
 9    across the inmate population?
10         A.   Yes.  Or out, yes.
11         Q.   So it's not strictly limited to gang
12    members or Security Threat Group members?
13         A.   Correct.
14         Q.   I want to move on to D:  The rules and
15    requirements for members and associates to
16    participate in SNM-sanctioned violent crimes,
17    including homicides.  You're proposing to offer an
18    opinion on that.  And can you tell us what informs
19    that opinion?
20         A.   Well, if -- okay, I understand the question
21    now.  If a member of the SNM is going to take out
22    another member of the SNM, he has to be a member, or
23    he has to be a prospective member.  He just --
24    otherwise, there is -- there will be greater
25    consequences.  For example, if a Sureno Gang
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1    member -- an SNM member is not going to get a Sureno
2    Gang member to hit another SNM member.  That would be
3    against the rules that -- you know, that individual
4    himself would himself be in trouble.  So it has to
5    be -- it would have to be an SNM member that would
6    have to carry out a sanctioned hit on another SNM
7    member.
8         Q.   Okay.  I understand that that's the opinion
9    that you'd like to offer.  What my question is is
10   where did that come from?
11        A.   From interviews of individuals that are
12   members of the SNM, and also members that are
13   denounced members of the SNM.
14        Q.   And do you have copies of those interviews
15   or memos regarding those interviews that you've
16   acquired over the years to back up that opinion?
17        A.   Yes.  If I've interviewed individuals and
18   they've given me this type of information, I type out
19   all the interviews.
20        Q.   So where is that stuff?
21        A.   Any interviews that I type out usually will
22   go to the STIU administrator or the STIU coordinator.
23        Q.   Well, have you gathered those in
24   preparation for your testimony as an expert in this
25   case?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   Not yet.

 2        Q.   I want to go back because I was reminded

 3   about the other issue that we sort of left for you to

 4   think about overnight or check out overnight.

 5        A.   Sure.

 6        Q.   That was -- yesterday, there was -- I guess

 7   you weren't quite sure of how you communicated with

 8   the United States Attorney's Office in helping them

 9   prepare this Document 1299.  You said you might have

10   emailed them your opinions or the proposed areas of

11   your testimony.  And I'm wondering if you had a

12   chance to go back and look to see?

13        A.   Yes, I emailed it.

14        Q.   You did?

15        A.   Yes, because I looked it up.

16        Q.   And did you locate that email last night?

17        A.   Yes.

18        Q.   And did you bring it to court today?

19        A.   No.

20        Q.   Why not?

21        A.   You didn't ask me.

22        Q.   Okay.  What did you email them?

23        A.   I emailed them pretty much everything

24   that's written on here.

25        Q.   In the format that is written here in 1299?
```

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                   Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                     FAX (505) 843-9492
                                                            1-800-669-9492
                                               e-mail: info@litsupport.com



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        A.   No.  Just the description of things that
 2   I've done in that type of format.
 3        Q.   I'm sorry, the things on here you're
 4   referencing is Document 1299, right?
 5        A.   Correct.  I'm not sure what you're asking.
 6   I gave them all the information about my
 7   qualifications as an STIU gang unit.
 8        Q.   Okay.  And I think you told us that
 9   yesterday that you gave them --
10        A.   Correct.
11        Q.   -- your CV that has your training and
12   experience, right?
13        A.   Right.
14        Q.   But what I asked you was, in addition to
15   that, did you email them proposed areas of your
16   expertise, some sort of summary of your various
17   opinions, anything that is contained or referenced
18   here in this Document 1299?
19        A.   I'm sure that I've spoken to them about it
20   or I've written it to them.
21        Q.   Okay.  Well, last night what you were going
22   to check was to see whether you had written it to
23   them.
24        A.   Right.
25        Q.   And you said that you did check, and that
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    you had written it to them?
 2         A.    Right.
 3         Q.    Is that still your testimony?
 4         A.    Yes.
 5         Q.    And so my question -- my next question is:
 6    How long was the email that you wrote them that you
 7    reviewed last night?
 8         A.    How long ago?
 9         Q.    No.  How long was the email?  How many
10    pages?  This is 6 --
11         A.    I probably emailed them about three or four
12    times.
13         Q.    So you didn't bring any of those to court?
14         A.    No, ma'am.
15         Q.    But you still have them, right?
16         A.    Yeah.
17         Q.    So you could produce those if we request
18    you to bring them?
19         A.    Right.
20         Q.    So can you please bring those then next
21    time you're in court?
22         A.    Sure, absolutely.
23         Q.    All right.  I want to move on.
24               I'm going to try to speed this up a little
25    bit.  So I want to just go through the next few pages
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

**BEAN & ASSOCIATES, Inc.**
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  of this notice, sort of paragraph by paragraph.  So

2  let's take a look at the next paragraph.  I'm going

3  to number this paragraph 1.  So paragraph 1 reads:

4  "The Syndicato de Nuevo Mexico, SNM, Spanish for

5  syndicate of New Mexico is a powerful and violent

6  prison gang, which controlled drug distribution and

7  illegal activities within the New Mexico penal

8  system, and was also involved in street level

9  narcotics trafficking.  It was formed in the early

10  1980s at the Penitentiary of New Mexico after a

11  prison riot at the penitentiary in February 1980.

12  During the prison riot, 12 correctional officers were

13  taken hostage and several of them were seriously

14  assaulted and raped by inmates.  33 inmates were

15  killed during the riot, and more than 200 were

16  injured."

17         Is that an opinion or testimony that you're

18  seeking to offer as an expert?

19      A.   Yeah, it's an opinion.

20      Q.   Okay.  And first of all, do you have any

21  personal knowledge about the prison riot at the

22  Penitentiary of New Mexico?  Were you there?

23      A.   No.

24      Q.   So you didn't see it, you didn't hear it?

25      A.   No, I was not there.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.   And in terms of the information about the

2   prison riot at the Penitentiary of New Mexico, and

3   what happened, how do you know about that?

4      A.   I know about that because I've interviewed

5   individuals that were in the prison riot, and I've

6   interviewed SNM members that were present during the

7   prison riot.  I've read books about the prison riot.

8   I've read the general -- I've read the general report

9   about the prison riot.

10      Q.   Okay.  Apart from reading books about it,

11   have you performed any sort of independent research

12   or analysis?

13      A.   Like I said, I've gathered information from

14   individuals that were there at the prison riot, at

15   least three of them.

16      Q.   And those individuals, do you have reports

17   or memorandum of the interviews that you had with

18   them?

19      A.   I believe I do.

20      Q.   And where are those?

21      A.   STIU.

22      Q.   And did you produce them to the Government

23   or anybody in preparation for your testimony?

24      A.   I'm not sure if I did or not.

25      Q.   When is the last time you saw them?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1        A.    I can't even remember.

2        Q.    So years ago?

3        A.    Might have been a couple years ago.

4        Q.    With respect to the SNM being a "powerful,

5    violent prison gang controlling drug distribution and

6    other illegal activities in the New Mexico penal

7    system and involved in street level narcotics

8    trafficking," is that based on information that you

9    received in speaking with inmates?

10        A.    Yes.  From multiple sources of inmates that

11    I've interviewed.

12        Q.    And also in speaking with other

13    correctional officers?

14        A.    Yeah.  But mostly through inmate testimony

15    or interviews with inmates that have given me this

16    information.

17        Q.    You said inmate testimony?

18        A.    I meant interviews.

19        Q.    Okay.  You understand the difference

20    between an interview and testimony, right?

21        A.    Yes, ma'am.

22        Q.    Testimony is under oath --

23        A.    I meant interview.

24        Q.    What about, let's look at what I'm labeling

25    paragraph 2 in Document 1299, which essentially

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   discusses what happened after the prison riot, or
 2   discusses the expansion of the SNM Gang, and various
 3   slang, or ways that gang members refer to each other,
 4   and the fact that SNM operates under a panel or mesa
 5   of leaders.
 6          A.    Um-hum.
 7          Q.    What is the source of that information?
 8          A.    Again, it's historical acknowledgment from
 9   interviews from SNM members that were part of that
10   panel or original members of the SNM.
11          Q.    And are the interviews that you're
12   referencing interviews that you've conducted or
13   interviews that you've conducted and that other
14   people have conducted?
15          A.    I know some of them are some that I've
16   conducted, and perhaps some that others have
17   conducted.
18          Q.    And the interviews that you're referencing,
19   are they all interviews conducted by law enforcement
20   officials?
21          A.    Yes.
22          Q.    Let's look at what I'm labeling paragraph
23   3, which starts at the bottom of page 2.  I'm just
24   going to ask you to take a moment to read that.  And
25   I'm going to see if I can get the second part up
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    there.  Let me just start with the first part of it,

2    then I'll stick the second part up.

3         A.   Sure.

4         Q.   Let's look at the bottom of page 2.  There

5    is an opinion about how SNM Gang members and

6    associates communicate.  Do you have an opinion on

7    that?

8         A.   Yes.

9         Q.   And how was that -- what's the basis of

10   that opinion?  How did you form it?

11        A.   The basis of that opinion is based on

12   individuals that I've interviewed that have given me

13   this information, as well as finding individuals

14   that -- when they're exiting the prison system, they

15   are going through -- we do what you call an exit

16   interview.  And during these exit interviews

17   sometimes they'll go ahead and give us information

18   about this.  Or the property that's being taken out

19   at the time, we search it, and at times we have been

20   able to find kites or letters going out about SNM

21   business.

22        Q.   So interviews that you've conducted and

23   that other law enforcement agents have conducted with

24   inmates is one source, and the other source is

25   actually seeing evidence of these letters?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   Correct.
 2        Q.   And are kites something that are used by
 3   all sorts of prison inmates to communicate with each
 4   other?
 5        A.   Yes.
 6        Q.   Not just members of Security Threat Groups
 7   or disruptive groups?
 8        A.   Correct.
 9        Q.   Now, I want to look at the second part of
10   that paragraph that talks about when SNM members or
11   associates rejoin the communities what the
12   expectations of them are.  Do you have any personal
13   knowledge of that?  Have you seen or observed that
14   personally?
15        A.   Not personally, no.
16        Q.   And so the source of that would be your
17   interviews with inmates?
18        A.   Correct.
19        Q.   And other law enforcement agents'
20   interviews with inmates?
21        A.   Correct.
22        Q.   Let me just go back.  Are you aware or have
23   you spoken to inmates that told you that they, in
24   fact, broke ties with their Security Threat Group
25   after they were released from prison?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   Yeah.   How I found out a lot of information

 2   about what we would call individuals sent on a

 3   mission when they get out of prison, and their

 4   failure to carry out these missions.   When they

 5   return back into prison, and they are requesting

 6   protective custody because they feel -- because they

 7   did not carry out the mission, that they would be

 8   subjects of assault.

 9             During this time, during this interview

10   they've volunteered information as to what their

11   mission was, and that it's a mandatory thing for them

12   to carry out missions or to meet out in the public

13   and have a gathering together to again further the

14   mission of the SNM.

15        Q.   So, if I understand you, the circumstances

16   of where you might come about some inmate telling you

17   this is when he wants to get something, like be

18   transferred to another unit, because -- when he's

19   coming back to prison?

20        A.   It's just one of the sources and one of the

21   ways, yes.

22        Q.   And just while we're on that topic, I just

23   want to follow up on something, because you said that

24   you've been an STIU officer for 11 years, right?

25        A.   In the STIU unit for 11 years, yes.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   Okay.  And you've interviewed thousands of
 2   inmates?
 3        A.   I've interviewed a lot of inmates.
 4        Q.   And based on your -- because of your
 5   position in a prison, if you interview somebody and
 6   make a recommendation, or think that they're in
 7   danger or think that they need to be moved for some
 8   reason, and you make that recommendation, is your
 9   recommendation generally followed by prison
10   management?
11        A.   Yes.
12        Q.   So inmates in prison know that you have
13   power to get them moved?
14        A.   I don't know if they know I have power.
15   But I'm upfront with most of these guys.  If I
16   interview them, and I say, "I'm going to recommend
17   this for you," they understand that I don't have the
18   power.  I just have the recommendation.
19        Q.   But they know that your word carries
20   weight?
21        A.   Maybe, I guess, yeah.
22        Q.   And would you agree with me that there are
23   prison inmates that are highly manipulative?
24        A.   Yes.
25        Q.   And one thing -- prison inmates can't
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   control too much about their environment?  They're

 2   told where they're going to be and when they're going

 3   to sleep and when they're going to eat and what

 4   they're going to do, right?

 5        A.   In segregation, yes.

 6        Q.   Well, when you're in prison, you don't get

 7   to pick and choose where you're going to be, right?

 8        A.   You can request it.  But I understand what

 9   your question is.  But, no.  Yeah, in general terms,

10   no.  I mean, we put them where they are.

11        Q.   Would you agree with me that there are --

12   that one way that a prison inmate can get moved is to

13   convince you that they need to be moved?

14        A.   Convince me how, ma'am?

15        Q.   By telling you that they're in danger of

16   some sort?

17        A.   If a person is telling me they're in

18   danger, I'm going to err on the side of caution, and

19   believe that they're in danger.

20        Q.   And people can be in danger in prison for

21   all sorts of reasons, can't they?

22        A.   There is a lot of different reasons, yes.

23        Q.   I mean, one way that inmates are frequently

24   in danger is they use drugs, and they don't pay their

25   drug debts?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        A.    Correct.
 2        Q.    Another way is that they disrespect
 3   somebody in some manner, that they're living with,
 4   and they're worried that that person is going to
 5   retaliate with violence?
 6        A.    It could happen.
 7        Q.    Okay.  So there is all sorts of reasons
 8   someone could be in danger in prison?
 9        A.    Correct.
10        Q.    And one way that an inmate knows they can
11   get moved is by claiming they're in danger from a
12   prison gang, right?
13        A.    Correct.
14        Q.    So if an inmate tells you they're in danger
15   from a prison gang, you're going to err on the side
16   of caution and move that inmate?
17        A.    Yes, while I investigate, yes.
18        Q.    Let's go to paragraph 4, which is the top
19   of page 3.  This is a paragraph about SNM exerting
20   control or operating on the streets of New Mexico.
21   And I want to ask you, in general, what forms the
22   basis of your opinion about how SNM supposedly
23   operates on the streets of New Mexico?
24        A.    Again, the primary basis of that is from
25   interviews.  Also, debriefing individuals that have
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   left the gang.
 2       Q.   And is part of your opinion based on
 3   conversations with other law enforcement officers
 4   that are actually enforcing the law on the streets of
 5   New Mexico?
 6       A.   To some extent.  But not really.  Most
 7   of -- again, most of the -- for example, if I'm
 8   talking to outside law enforcement, they might
 9   confirm that some of the things are going on, but not
10   the totality of information that I get from
11   individuals inside the prison.
12       Q.   So these are people that are in prison that
13   are telling you about their exploits on the streets
14   of New Mexico?
15       A.   They're telling us how the gang operates on
16   the streets, yes.
17       Q.   And what would be the circumstances of
18   those type of discussions?  Why would inmates be
19   discussing that with you?
20       A.   Some of them have just given up on the
21   gang -- on the lifestyle, or they're debriefing, or
22   as part of a debriefing that we receive, or an
23   individual might just say, "You know what, I'm going
24   to tell you how things are done."
25       Q.   Let me start with the concept of
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    debriefing.  In your mind is a debriefing where

2    somebody sits down and supposedly tells you about all

3    of the criminal activity they've been involved in

4    over the course of their lives?

5         A.   Well, one of the things that we do is we

6    allow them to write more or less a biography of their

7    activities within the gang.  And then based on that,

8    we'll ask questions.

9         Q.   So the person writes a multi-page biography

10   of their activities?

11        A.   However long.

12        Q.   Do you have those?

13        A.   Do I have them?

14        Q.   Right.

15        A.   They are part of the -- the coordinator for

16   the RPP Program would have those.

17        Q.   Okay.  Have those been produced in

18   connection with your expert testimony?

19        A.   They have not been produced, no.

20        Q.   And yet you're relying on those

21   inmate-authored biographies to form your opinions?

22        A.   Yes.

23        Q.   And this debriefing -- that was my next

24   question.  When an inmate debriefs and writes one of

25   these biographies and answers your questions, what do

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1    they get, or what do they obtain in exchange for
2    that?
3         A.   They obtain the ability to be segregated
4    from the gang that they're in, and a chance for them
5    to change.  It's kind of a starting over, I guess a
6    clean slate, not being affiliated with the gang.  And
7    in the course of time, within the RPP Program, you
8    know, eventually the tag will be removed from them as
9    a gang member.
10        Q.   So just -- do inmates that want to join the
11   RPP Program --
12             THE COURT:  Mr. Villa?
13             MR. VILLA:  Sorry, Judge.
14             THE COURT:  Is he okay?  Are you all right?
15             MR. VILLA:  He's okay.
16             MS. JACKS:  Sorry that I'm putting Mr.
17   Perez to sleep.
18             THE COURT:  He just may be resting.  But
19   you're okay?
20             Ms. Jacks.
21   BY MS. JACKS:
22        Q.   Mr. Martin, do inmates have to debrief and
23   provide you with this sort of information to be
24   accepted into the RPP Program?
25        A.   That's one of the conditions, yes.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.   Okay.  And the RPP Program is a program

2  that actually has -- that actually allows inmates

3  eventually to gain more privileges within the prison

4  system, right?

5      A.   It's categorized more like a Level 3.  That

6  whole concept behind this is to reintegrate them,

7  eventually, into a congregate population, with

8  general population inmates, within time.

9      Q.   And when an inmate does that, they get

10  expanded social visitation and expanded privileges as

11  an inmate, right?

12      A.   Correct.

13      Q.   And they also get more opportunities for

14  programming and self-enrichment?

15      A.   That's the whole goal is to try to get them

16  more programming, if we can.

17      Q.   Because prison can be really boring, right?

18      A.   It can.

19      Q.   Okay.  So this information that's in

20  paragraph 4 is primarily based on these inmates

21  debriefs --

22      A.   Some of them, yes.

23      Q.   -- from inmates that are seeking to enter

24  the RPP Program and drop out?

25      A.   Some of them are.  Some of them are just

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                       (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492



1-800-669-9492
e-mail: info@litsupport.com

```
 1    individuals that have been in prison for a long time;

 2    they're still members of the SNM, but haven't

 3    debriefed or dropped out.  And I've known them for a

 4    long time.

 5         Q.   And to a very small extent some of the

 6    information in paragraph 4 is from conversations with

 7    outside law enforcement?

 8         A.   Yes.

 9         Q.   Let's look at the next paragraph, which I'm

10    going to label paragraph 5, that talks about SNM

11    rivalries within the prison.

12         A.   Correct.

13         Q.   And the type of -- I guess it talks also

14    about recruitment and illegal activities within the

15    prison that SNM members supposedly engage in; is that

16    right?

17         A.   Yes.

18         Q.   So is the basis for those opinions the same

19    as basis for the opinions that we've discussed in the

20    other paragraphs?  Basically interviews with inmates

21    and correctional officers and other law enforcement?

22         A.   Yes.  Also with the rival gangs.

23         Q.   With members -- various members of rival

24    prison gangs?

25         A.   Correct.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.    Okay.   Here is page 4.  We're getting

2   through this slowly but surely.  I've labeled

3   paragraph 6.  It starts with "The SNM Gang sought to

4   the maintain its reputation for being strong and

5   powerful and maintain its membership to continue

6   functioning as an organization in prison and on the

7   streets."  And then it talks about what would happen

8   if the SNM was perceived as weak.  And it concludes

9   with the opinion or the statements, "A member of the

10   SNM Gang was expected to confront and attack any

11   suspected law enforcement informants, cooperating

12   witnesses, homosexuals, or sex offenders."

13          I'm sorry, let me go back.  "A member of

14   the SNM Gang was expected to seek out and beat, stab,

15   or shoot rival gang members.  Similarly, a member of

16   the SNM Gang was expected to confront and attack any

17   suspected law enforcement informants, cooperating

18   witnesses, homosexuals, or sex offenders."

19          So what is the basis for the information in

20   paragraph 6?

21      A.    Again, the basis for these are interviews

22   I've had with inmates, SNM members, and ex-SNM

23   members.

24      Q.    And anything in addition to interviews with

25   inmates?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1        A.   Other correctional officers that have been

2    previously in STIU, or outside law enforcement

3    officers, like BCSO.

4        Q.   And I think you told us that you were in

5    the habit of documenting the interviews that you had

6    with inmates --

7        A.   Um-hum.

8        Q.   -- in some manner.  And that you haven't

9    accessed those interviews, but you think they are in

10   the possession of the Department of Corrections

11   somewhere, right?

12       A.   Correct.

13       Q.   What about discussions that you had with

14   other correctional officers or outside law

15   enforcement officers?  Did you prepare memos or some

16   sort of report of those interactions?

17       A.   Sometimes I do, and sometimes I don't.  For

18   example, if I get information and I don't really need

19   to write it down, and then I get more information

20   that seems to be the same over and over, then I start

21   documenting that information.

22       Q.   So there is some information that you get

23   that you just catalog in your head?

24       A.   Correct.

25       Q.   And there is no requirement from the

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    Department of Corrections policy and procedures that

2    you write things down or document it, is there?

3         A.   Well, we're an information -- our unit is

4    based on the gathering of information.  There is some

5    information that I don't, and some information that I

6    do.

7         Q.   Is there any rule that you have to follow

8    about when you do write stuff down and when you

9    don't?

10        A.   Well, if it's an issue concerning the

11   threat of the security of the institution, yes,

12   absolutely, then I'll write it down.

13        Q.   Is that according to some sort of policy of

14   the Department of Corrections, or that's just your

15   general rule?

16        A.   Well, no, it's an STIU policy.

17        Q.   Can you tell us what policy that is, what

18   number the policy is?

19        A.   I couldn't.  I mean, STIU policies number

20   about 88 pages.  So, you know, there is a policy in

21   there where you do write down -- document information

22   that's the nature -- that would meet the nature of a

23   security threat.

24        Q.   Okay.  And I just want to stop you there,

25   because I think yesterday I asked you about how many

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    pages was the New Mexico Department of Corrections
 2    policies and procedures for the STIU unit --
 3         A.   Right.
 4         Q.   -- and you didn't know?
 5         A.   Exactly.
 6         Q.   And today you know down to the fact that
 7    it's 88 pages long?
 8         A.   Exactly.
 9         Q.   So what happened between yesterday and
10    today that helped you now remember that it's 88
11    pages?
12         A.   I looked it up, that it was 88 pages.
13         Q.   And how did you do that?
14         A.   I have it on my computer.
15         Q.   Okay.  When we first started this morning,
16    I thought I asked you if you had looked it up, and I
17    thought you said you had some problem --
18         A.   You asked me if I looked up policies.  And
19    I said that I was not able to get policies on my
20    computer.  I have the STIU policies.
21         Q.   Okay.  So can you tell us -- well, did you
22    bring the 88-page document that is the STIU policy?
23         A.   I have it on my cellphone.  I mean, I'm not
24    allowed to bring it in here, but I don't have like a
25    printer at home or anything that I could print
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    anything out with.  But if you like, I could show it

2    to you on my cellphone.

3         Q.   Yeah, or you could forward it to me?

4         A.   Sure, I can do that -- well, I'm sorry, I

5    take that back.  I cannot forward it to you, because

6    it's a confidential file.  The STIU policy is

7    confidential, and so I'd have to get permission from

8    the Secretary of Corrections to forward it to you.

9         Q.   Okay.  Have you produced that to the

10   Government in connection with your proffered expert

11   opinion?

12        A.   I have not.

13        Q.   You have not.

14             Let's move to paragraph 7, which talks

15   about how SNM Gang members identify themselves in

16   various things that supposedly represent membership

17   in the SNM.  I think you talked about this a little

18   bit yesterday, when Ms. Armijo showed you some

19   photographs of various tattoos and markings.  Do you

20   recall that testimony?

21        A.   Yes, I do.

22        Q.   And, I guess, correct me if I'm wrong, this

23   is one of the areas where you actually have made some

24   personal observations --

25        A.   Correct.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.    -- of markings or tattoos or symbols,

2    right?

3    A.    As part of my job, yes.

4    Q.    I want to go to what I'm labeling paragraph

5    8.  And I'm just going to -- paragraph 8 is a summary

6    of the purposes of the SNM enterprise.  And I'm going

7    to put it up here.  There is a list of A through F

8    that are listed out here in this Document 1299, what

9    the purposes of the SNM enterprise are.  Are these

10   opinions that you intend to offer, that you're being

11   asked to offer as a gang expert?

12   A.    Yes.  I believe that these were opinions,

13   not only found through interviews, but also when the

14   certification was done on the SNM, these were part of

15   the criteria.

16   Q.    Okay.  When you talk about the

17   certification of the SNM, is this the reference that

18   the Department of Corrections has classified SNM as a

19   Security Threat Group?

20   A.    Yes.

21   Q.    And I think you told us yesterday that's

22   not something that you did?

23   A.    Correct.

24   Q.    That's something that happened before you

25   became an STIU officer?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1          A.    It's documented, so, yes.
 2          Q.    And have you read the materials that were
 3    put together certifying the SNM as a Security Threat
 4    Group?
 5          A.    Yes, I have.
 6          Q.    Is there a package or something like that
 7    that is in the possession of Department of
 8    Corrections?
 9          A.    Yes.
10          Q.    Is that something that has been produced to
11    the Government in connection with your expert
12    testimony in this case?
13          A.    I have not produced anything to the
14    Government.
15          Q.    Do you know when that -- I think you told
16    us, 2008?
17          A.    I believe it was in 1999 -- 2008, what?
18    I'm not sure.
19          Q.    When was SNM certified as a Security Threat
20    Group?
21          A.    I believe it was in 1999.
22          Q.    Okay.  And that's the date of this
23    certification package, 1999?
24          A.    Correct.
25          Q.    So your opinions that you're offering with
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   respect to these categories A through F are based on
 2   your personal interviews as a corrections officer, or
 3   an STIU officer, with inmates, and your review of
 4   that package of materials that was prepared back in
 5   1999?
 6        A.   Correct.
 7        Q.   Let me go to paragraph 9, which is the
 8   means and methods in which people participate in the
 9   affairs of SNM.  Let me know when you're done with
10   reviewing the first part, and then I'll put up the
11   second part.  That also has bullet points A through
12   E.  Let me put up the next part.  I want to make sure
13   you review them before I ask you the question.
14        A.   Okay, ma'am.
15        Q.   Have you had a chance to fully review that?
16        A.   Yes.
17        Q.   And these are opinions that you want to
18   offer as -- or the Government wants you to offer as
19   an expert witness?
20        A.   Correct.
21        Q.   And are the basis of these opinions similar
22   to the other opinions that you're proposing to offer,
23   your experience as a correctional officer, and your
24   interviews with inmates and other correctional
25   officers?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    Correct.
 2        Q.    Is there anything else that informs the
 3   basis of these opinions?
 4        A.    Just my time and experience on speaking
 5   with these individuals, inmates, correctional
 6   officers.  But mainly, yes, what you're saying.
 7        Q.    Okay.  I think we're through the six pages,
 8   so I'm going to move on to a different area.
 9              Yesterday, Ms. Armijo asked you some
10   questions about the type of activities SNM Gang
11   members engage in prison.  And I think you talked
12   about the narcotics activity, taxation, possession of
13   shanks, contraband, protection-type racket.  Do you
14   recall that testimony?
15        A.    Yes, ma'am.
16        Q.    Is that testimony like the other -- is that
17   opinion or those opinions like the other ones that
18   we've just discussed, based on your interviews with
19   inmates and correctional officers?
20        A.    Right, and also working in that environment
21   as well.
22        Q.    I think you testified yesterday that SNM is
23   known for violence, and that they engage in violent
24   crimes in prison.  And that if orders aren't
25   followed, they will violently retaliate against their
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    own members.  Do you recall that testimony?

2         A.   Yes.

3         Q.   What is the basis of that testimony?

4         A.   Interviewing inmates that are current

5    members of the SNM and ex-inmates.  Also,

6    correctional officers and staff.

7         Q.   You testified yesterday about the structure

8    of the SNM, I think, starting from the early 1980s,

9    up through the present?

10        A.   Correct.

11        Q.   What is the basis of those opinions?

12        A.   Those opinions are on individuals that are

13   still active members, but as you noted, are called

14   veteranos, individuals that are really not in the

15   politics of SNM anymore, but they had information on

16   the structure and history of the SNM, as well as

17   outside law enforcement debriefing an individual that

18   was part of the original SNM structure.

19        Q.   So that would be you not only interviewing

20   other inmates, but reviewing reports of other law

21   enforcement officers regarding their interviews of

22   other alleged SNM members?

23        A.   Yes.  And also the debriefing of the

24   individuals that understand the history of the SNM,

25   that corroborates.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492





PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1        Q.   So the debriefing of inmates who are going

2   into or seeking to get into the RPP Program?

3        A.   Yes, individuals that were part of the

4   original SNM structure, as well as individuals that

5   were debriefed and schooled in the history of the

6   SNM.

7        Q.   You testified yesterday about infighting

8   within the SNM, among the SNM Gang members, and

9   jealousy and bickering.

10       A.   Correct.

11       Q.   Is the basis of that opinion similarly

12  interviews of people you and other law enforcement

13  officers have conducted with SNM, and alleged SNM

14  members?

15       A.   Correct.

16       Q.   That's not based on any sort of personal

17  knowledge?

18       A.   I'm not a member of the SNM, no.

19       Q.   You testified yesterday about how somebody

20  becomes a member of SNM, when Ms. Armijo asked you

21  the question.  What is the basis of that opinion?

22       A.   I'm sorry?  Can you repeat that?

23       Q.   Yeah.  Yesterday, you were asked:  How does

24  somebody become a member of SNM?  And you talked to

25  us about that, how they became a member in the '80s
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    and how they changed over time.  Do you recall that
 2    testimony?
 3         A.   Yes.
 4         Q.   How did you form that opinion?
 5         A.   Those are individual SNM members that have
 6    given that information either through the RDC process
 7    or through debriefing, that have stated how they
 8    became members or the process of becoming a member.
 9         Q.   And you also talked about how people might
10    leave the SNM?
11         A.   Correct.
12         Q.   And is that similarly -- is that opinion
13    based on the same type of interviews?
14         A.   Correct.
15         Q.   You talked yesterday about the rules:  Not
16    snitching, don't leave a brother hanging.
17         A.   Um-hum.
18         Q.   What is the basis of your knowledge about
19    the, quote, "rules of SNM"?
20         A.   The same, interviewing inmates.
21         Q.   You testified yesterday that cooperators
22    are people that the SNM thinks should be killed.  Do
23    you recall that testimony?
24         A.   Yes.
25         Q.   And what is the basis of that opinion?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    Interviewing individuals that have left the
 2   organization, and also interviewing individuals that
 3   are current active members.
 4        Q.    Anything else besides that?
 5        A.    No, ma'am.
 6        Q.    Yesterday you were asked what the motive
 7   behind the Javier Molina murder was.  Do you recall
 8   that question?
 9        A.    What was the question?
10        Q.    What the motive behind the Javier Molina
11   murder was?
12        A.    Okay.
13        Q.    Do you recall that question?
14        A.    Yes.
15        Q.    Okay.  Were you present at Southern New
16   Mexico Correctional Facility when Mr. Molina was
17   murdered?
18        A.    No, I was not.
19        Q.    Have you spoken with the people who
20   actually wielded the shanks, Mr. Montoya, Mr.
21   Armenta?
22        A.    About the murder?
23        Q.    Yes.
24        A.    No.
25        Q.    So neither one of those people have told
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1    you what the, quote, "motive behind the murder was,"

 2    have they?

 3         A.   Correct.

 4         Q.   Have you spoken with Timothy Martinez or

 5    Mario Rodriguez about the homicide of Mr. Molina?

 6         A.   I have not.

 7         Q.   So neither one of those individuals told

 8    you what the, quote, "motive behind the Molina murder

 9    was"; is that right?

10         A.   That's correct.

11         Q.   And I think what you testified was that the

12    murder was motivated by the fact that he had ratted

13    on somebody.  Do you recall that testimony?

14         A.   I don't know if I said that was the motive,

15    but I believed that was the purpose.

16         Q.   And what forms the basis of that belief?

17         A.   The documents that I've read, when they

18    refer to being charged by the state.

19         Q.   So like police reports --

20         A.   Correct.

21         Q.   -- from the New Mexico State Police?

22         A.   Just -- I'm trying to remember.  The

23    interviews collected by STIU at the time of the

24    murder that happened, interviewing some individuals

25    at PNM regarding the murder, and interviewing other

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1    SNM members regarding the murder, which would

 2    indicate that it was based on paperwork.

 3        Q.   Okay.  The interviews that you read, do you

 4    have a list of the interviews or the documents you're

 5    relying on?

 6        A.   I don't.

 7        Q.   Based on your recollection of the

 8    documents, is it your analysis that the people that

 9    were interviewed gave consistent reasons for the

10    murder of Javier Molina?

11        A.   I think they were pretty consistent, yes.

12        Q.   And so you didn't have to reconcile -- I

13    mean, you didn't have to figure out which statements

14    to accept as credible and which statements to reject

15    as not credible in making this analysis of the

16    motive?

17        A.   Based on my experience and knowledge of

18    gangs, I have an understanding that -- through my

19    extensive research -- I mean interviewing of inmates

20    that the SNM is -- if they're going to kill someone,

21    they're going to produce paperwork for it.

22        Q.   So --

23             MR. SINDEL:  Excuse me?  I'm sorry, I

24    didn't hear the last part of the answer.

25             THE COURT:  He said that they were going to

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    produce paperwork for it.
 2             MR. SINDEL:  Okay, thank you.
 3         Q.   So what you're saying is, it's your belief
 4    that, because in the past people were killed because
 5    there were paperwork showing they were a cooperator,
 6    it's your opinion that the murder of Mr. Molina
 7    occurred because there was paperwork showing he was a
 8    cooperator?
 9         A.   Correct.
10         Q.   That's the basis of your opinion?
11         A.   Correct.
12         Q.   You testified yesterday about the murder of
13    Freddie Sanchez.  Do you recall that testimony?
14         A.   Yes, I do.
15         Q.   And what was the basis of all of that
16    testimony?  I mean, were you present at the murder of
17    Mr. Sanchez?
18         A.   I wasn't present when they killed him, no.
19         Q.   And was your rendition of how that homicide
20    happened based on your review of police reports and
21    other paperwork?
22         A.   I interviewed him two days before he was
23    murdered.
24         Q.   And he told you he was in danger of being
25    killed by the SNM?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    A.   They had paperwork on him.

2    Q.   Did you recommend that he be moved?

3    A.   Correct.

4    Q.   And was he moved?

5    A.   No.

6    Q.   Was the interview with the homicide victim

7    the only thing that you based your opinions on with

8    respect to that crime?

9    A.   Primarily, yes.  I didn't think he had any

10   reason to lie that he knew they had paperwork on him.

11   He stated also that they told him that they had

12   paperwork on him.  And he knew there was paperwork on

13   him.

14   Q.   I'm not really asking you what he said.

15   I'm asking you if there is anything else besides what

16   he told you before he was killed?

17   A.   I'm explaining what the basis of my

18   understanding is --

19   Q.   I just want to go back.

20   A.   -- or my opinion.

21   Q.   All right.  I just want to make sure that

22   I'm clear about it.  Is there anything else that

23   you're relying on besides Mr. Sanchez' statements

24   before he was killed?

25   A.   No.

SANTA FE OFFICE                                                           MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                  Albuquerque, NM 87102
(505) 989-4949                                                             (505) 843-9494
FAX (505) 843-9492                                                  FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

48

```
 1        Q.   We touched on this earlier, but I'm not
 2   sure I covered it thoroughly, so I just want to go
 3   back.  You testified yesterday about the ways of
 4   communication between people in SNM.  And I think you
 5   talked about sign language, kites, conversing out in
 6   the recreation cages, ways that telephones can be
 7   used to communicate between members.  Do you recall
 8   that testimony?
 9        A.   Yes, ma'am.
10        Q.   Would you agree with me that that's how
11   prison inmates, in general, communicate, not just
12   members of Security Threat Groups or disruptive
13   groups?
14        A.   Absolutely.
15        Q.   It's the ingenious ways people think up to
16   communicate with each other when they are -- their
17   communications are restricted?
18        A.   Correct.  Or when they don't want you to
19   hear their communication.  It's subversion kind of.
20   It's a subversion.
21        Q.   We talked about -- we went through the
22   Document 1299, the expert notice about SNM activities
23   in the street.  And I just want to follow-up on
24   something you said yesterday.
25        A.   Okay.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.   Yesterday you testified that an inmate that
2  was released from prison that was a member of SNM
3  was, quote, "obligated to meet up with the guy who is
4  in charge on the street and to come up with criminal
5  business to send drugs and money back to prison."  Do
6  you recall that testimony?
7      A.   Yes, I do.
8      Q.   What is the basis of your opinion that
9  inmates that are released are obligated to meet up
10 with the person in charge and then engage in criminal
11 activity?
12     A.   Interviewing inmates that have gone out to
13 the streets and have returned back to prison.  Also
14 on individuals that have debriefed.
15     Q.   And I just -- I guess I want to follow up
16 on this a little bit.  So it's the circumstance where
17 somebody has been released from prison, gone back to
18 criminal activity, and then ends up back in prison,
19 and you're talking to him?
20     A.   Yes, when they return back, and if they're
21 in my area of contact, yes.
22     Q.   Okay.  And in certain instances, these
23 individuals have told you that they were actually
24 forced or were obligated to engage in further
25 criminal activity because of the gang?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1        A.    Yes, that's part of the rules.

2        Q.    And my question to you is:  In evaluating

3    those statements, do you ever consider that that's a

4    way that an individual might seek to lessen his own

5    personal responsibility for his continued criminal

6    activity?

7        A.    Well, it's none of my concern on that deal,

8    because if he's still going back to the unit, he's

9    just giving me information.

10       Q.    Okay.  But my question is:  Do you consider

11   that potential motivation in evaluating the

12   credibility of that information?

13       A.    I just didn't see any reason for them to

14   lie about it, I guess.  Because I'm not offering

15   anything, and they're not getting anything.

16       Q.    Well -- but I'm giving you a reason they

17   might have to lie:  To save face, to make it look

18   like they didn't just go out and commit crimes on

19   their own after they just got out of prison, but that

20   they were somehow forced to do so?

21       A.    Well, you know, that would be something

22   more or less that they would tell their fellow

23   inmates, not me.  I mean, for them to tell me that,

24   it gains them absolutely nothing.

25       Q.    So you don't consider that in evaluating

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   the credibility of those inmates?

 2        A.   I consider all things.  But what you're

 3   asking is probably -- the probability is pretty low.

 4        Q.   And how do you evaluate the probability

 5   that that might or might not happen?

 6        A.   Just time and experience of knowing inmates

 7   and knowing how gangs operate.

 8        Q.   Have you conducted any studies on that?

 9        A.   No, ma'am.  Just a lot of experience in the

10   time that I've worked in prison.

11        Q.   You testified yesterday that if an SNM Gang

12   member saw a rival in prison, that it was mandatory

13   that they assault that person?

14        A.   Correct.

15        Q.   And what is that based on, that opinion?

16        A.   Well, it's on the interviews that I've had

17   with individuals that have either assaulted someone,

18   or that has been assaulted, either way; individuals

19   that have debriefed, and current members of gangs.

20   You know, it's part of their creed.

21        Q.   So interviews with people who are now

22   facing you after they've either been apprehended for

23   an assault or the victim of an assault?

24        A.   Within the prison, yes.

25        Q.   You testified yesterday, I believe, about
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1     some sort of murders that were committed by Frederico

2     Munoz?

3          A.   Correct.

4          Q.   What was the basis of your expert opinion

5     on that topic, or those topics?

6          A.   Interviews with Frederico Munoz and other

7     members of the SNM.

8          Q.   So I want to move to a little bit of a

9     different topic.  In preparation for your testimony

10    today, or your testimony as an expert witness in this

11    case, have you reviewed the STIU file regarding

12    Daniel Sanchez, and whether or not he's a validated

13    member of the SNM?

14         A.   I think it's been a while since I reviewed

15    his.  But I think he's still under suspect.  But I

16    couldn't tell you for sure.

17         Q.   Okay.  You don't know, as you sit here

18    today, whether or not he's a validated member of the

19    SNM?

20         A.   I couldn't honestly tell you.  Again, this

21    was, like, last minute for me to come up here, so I

22    didn't know -- I would have looked up all that

23    information.  But honestly don't know.  I believe

24    he's still a suspected member.

25         Q.   Okay.  And I want to -- so you haven't

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                 Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 843-9492                                                 FAX (505) 843-9492
                                                                   1-800-669-9492

                                                                   e-mail: info@litsupport.com
BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    recently reviewed his STIU file?

2         A.   No.

3         Q.   Okay.  In evaluating whether somebody is a

4    validated member of SNM, is one of the things that

5    the STIU officers are instructed to look for is

6    whether an inmate possesses some sort of leadership

7    capability?

8         A.   Correct.

9         Q.   And can you explain the rationale behind

10   that, if you know what it is?  Why would leadership

11   lead towards someone being a validated gang member?

12        A.   Well, because if he's a leader of the gang,

13   he -- if he's not all the way in, ain't nobody going

14   to pay attention to him.

15             So the way we do things is, you know, we've

16   got to find documentation that relates to factually

17   saying -- I mean, I know that he's a member of the

18   SNM; I have to prove that he's a member of the SNM.

19   So I have to have documentation that corroborates the

20   fact that he is an SNM member.

21        Q.   So I guess my question to you is:  What

22   type of information or documentation would you need

23   to give somebody these leadership points or to say

24   that somebody is a leader, that could lead towards

25   their gang validation?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   I guess confidential information would be
 2   one.  Documentation where it states that he's a
 3   leader.
 4        Q.   Let me stop you.  When you say
 5   "confidential information," is the kind of
 6   documentation you're referring to, that means like a
 7   report of an informant, who doesn't want his name to
 8   be known, saying, you know, Amy Jacks is a leader of
 9   the SNM?  Is that what you're talking about?
10        A.   Honestly, I'm sure I'm lost as to this
11   whole question, what you're asking.
12        Q.   Well, let me --
13        A.   If you're asking me if being a leader is
14   the criteria for validation, I'm not sure that that's
15   the criteria for validation.
16        Q.   Okay.  Well, that's fair.
17             Let me just ask you specifically:  Do you
18   think it's relevant, with respect to the New Mexico
19   Department of Corrections' validation of somebody as
20   a gang member, that they point out that a particular
21   gang member -- a particular individual is known to
22   have the ability to organize inmates to a specific
23   purpose?  For example, organizing a pod-wide informal
24   complaint project concerning the heating and
25   ventilation of a housing unit?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   Your question is what?
 2        Q.   Is that something that's a relevant fact
 3   towards determining whether somebody is a validated
 4   gang member?
 5        A.   No.
 6        Q.   And do you think that the fact that
 7   somebody was successful in addressing the temperature
 8   of the inmates' food when served is a relevant fact
 9   in determining whether somebody is a validated gang
10   member?
11        A.   No.
12        Q.   Are you aware of documents prepared -- do
13   you know who Hope Salazar is?
14        A.   Yes.
15        Q.   And do you know who Gabriel Salazar is?
16        A.   Yes.
17        Q.   Are you aware of communications between
18   Gabriel Salazar and Hope Salazar regarding Mr.
19   Sanchez that's contained in his gang validation file
20   to that effect, that he successfully organized a
21   complaint about heating and ventilation in his
22   housing unit, and was successful in addressing the
23   temperature of the inmates' food when served?
24        A.   I'm not aware of that.  It's been a long
25   time since I read his file.  I've known Daniel.  He's
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   never really been in the same place as I have, so
 2   I've known -- very limited knowledge of Mr. Sanchez.
 3        Q.   But my question is, if something like that
 4   is in Mr. Sanchez' STIU file, is that relevant at all
 5   to whether Mr. Sanchez is or isn't a member of a
 6   Security Threat Group?
 7        A.   Unless there is more written into that, no.
 8        Q.   And I want to follow up on one more thing
 9   that you said yesterday, regarding the tattoos that
10   you've seen validated SNM members have.
11        A.   Correct.
12        Q.   Okay.  And I think one of the pictures you
13   were shown showed the Zia symbol with an "S" inside
14   of it?
15        A.   Correct.
16        Q.   And you said that was a tattoo that you
17   recognized as a tattoo that only validated SNM
18   members have?
19        A.   Not only validated members, no.
20        Q.   Okay.  I'm sorry, then I misunderstood.
21        A.   It's part of a validation process.
22        Q.   Okay.  But is somebody who -- let me go
23   back, because I think I didn't ask the question a
24   good way.
25             You were asked a question about the Zia
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    symbol without the "S" inside.

2         A.   Correct.

3         Q.   And can you remind me what you said about

4    that?

5         A.   Yeah, the Zia symbol in itself doesn't mean

6    other than the Zia symbol.

7         Q.   The Zia symbol is a symbol that the State

8    of New Mexico uses all over the place, right?

9         A.   Correct.

10        Q.   And the fact that somebody has a Zia symbol

11   would not indicate that they were a member or

12   claiming membership in SNM?

13        A.   Not in my opinion, no.

14        Q.   And if you saw somebody with a Zia symbol

15   with the S inside -- I'm going to ask this a

16   different way, so let me go back.

17             Have you ever seen somebody who is not a

18   member of SNM, or who you believe not to be a member

19   of SNM, have a Zia symbol with the S inside tattooed

20   on them?

21        A.   No.

22             MS. JACKS:   I have nothing further at this

23   time.

24             THE COURT:   All right.   Thank you,

25   Ms. Jacks.

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                            201 Third NW, Suite 1630
Santa Fe, NM 87501                                    Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                    FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1              Any other defendants want to cross-examine?

 2              Ms. Duncan?

 3              MR. SINDEL:  Your Honor, if I may.

 4              THE COURT:  Let's see, I think Ms. Duncan

 5    got up first.  So I'll let you go next, Mr. Sindel.

 6              MR. SINDEL:  Ladies first?

 7              THE COURT:  Well, I'm not going to go

 8    there.  I'm just saying.

 9                        EXAMINATION

10    BY MS. DUNCAN:

11         Q.   Good morning, Mr. Martin.

12         A.   Good morning.

13         Q.   I would like to ask you -- I'm a little

14    confused about the prior cases in which you

15    testified, so I'd like to ask you about those.

16         A.   Sure.

17         Q.   So I believe you testified you testified,

18    or that you've testified in two prior cases; is that

19    correct?

20         A.   As a witness, yes.

21         Q.   And one was about a person who was a member

22    of the Surenos Gang; correct?

23         A.   Correct.

24         Q.   And then the other about a person you

25    considered to be a member of the SNM Gang; is that
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

 1   correct?

 2       A.   Correct.

 3       Q.   And in neither of those cases did you

 4   testify as an expert witness; correct?

 5       A.   I testified as to gang knowledge.  The

 6   whole reason I was there is to testify on behalf of

 7   my gang knowledge.

 8       Q.   In which case are you talking about?

 9       A.   Both.

10       Q.   Well, in the case -- the case about the

11   Surenos, that was Gonzalez versus Joey; correct?

12       A.   Correct.

13       Q.   And you recall you testified about a

14   person, Mr. Gonzalez, who was an admitted member of

15   the California Surenos; correct?

16       A.   Correct.

17       Q.   And about disputes he had with members of

18   the New Mexico Surenos; correct?

19       A.   No, it was a religious right, so it was a

20   civil suit.

21       Q.   Sure.  And Mr. Gonzalez wanted to

22   participate in sweat lodges; correct?

23       A.   Correct.

24       Q.   And the Department of Corrections was

25   denying him that in part because he was a Sureno?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

 1        A.   Because his -- he was claiming religious

 2   rights, indigenous michika (phonetic) religious

 3   rights that he claimed required him to go to a sweat

 4   lodge.

 5        Q.   Correct.  And the Department of Corrections

 6   was denying him that right because of security

 7   concerns; correct?

 8        A.   Correct.

 9        Q.   And that was because he had been identified

10   as a Sureno?

11        A.   Correct.

12        Q.   So you were called by Mr. Gonzalez'

13   attorney to testify about interviews you had

14   conducted with New Mexico Surenos members; correct?

15        A.   I was deposed by his attorney.  I wasn't

16   called as a witness.  I was a witness for the State.

17        Q.   The first person who questioned you at that

18   trial was an attorney named Matthew Garcia; correct?

19        A.   Correct.

20        Q.   And Mr. Garcia is a civil rights attorney

21   who represented Mr. Gonzalez?

22        A.   Correct.

23        Q.   So during that testimony, Mr. Garcia asked

24   you about interviews you had done with the New Mexico

25   Surenos; correct?

SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                                Albuquerque, NM 87102
(505) 989-4949                                                              (505) 843-9494
FAX (505) 843-9492                                                FAX (505) 843-9492
                                                                       1-800-669-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

e-mail: info@litsupport.com

```
 1          A.   I'm not sure, ma'am.

 2          Q.   So do you recall testifying about a hit

 3   list that you found that identified Mr. Gonzalez as a

 4   subject of a hit?

 5          A.   Yes, ma'am.

 6          Q.   And testifying about disputes between Mr.

 7   Gonzalez, as a California Sureno, and the New Mexico

 8   Surenos, because Mr. Gonzalez believed the California

 9   Surenos were the real deal?

10          A.   I think so.  I'm not sure.

11          Q.   And do you recall during that -- when you

12   were being questioned, that at some point the

13   attorneys objected that you had not been qualified as

14   an expert?

15          A.   I didn't attend as an expert, no.

16          Q.   And you did not attend as an expert in the

17   case involving the SNM; is that correct?

18          A.   Correct.

19          Q.   So I'd like to show you Document No. 1299?

20          A.   Sure.

21          Q.   I'm on page 7.  If you look here at the

22   bottom of the page, it's discussing your credentials

23   as a potential expert in this case; correct?

24          A.   Correct.

25          Q.   And if you turn to page 7, what I've
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    highlighted, it reads that "Sergeant Martin was

2    qualified as a gang expert and provided testimony

3    concerning the California Sureno Gang culture and

4    ideology."  Did I read that correctly?

5         A.   Correct.

6         Q.   But that's not true?

7         A.   No.  I believe that I was the -- one of the

8    main guys that certified, that did the certification

9    on the California Surenos.  Yeah, that's not correct.

10   I did not testify as a gang expert, just as my

11   knowledge on the California Surenos, since I had

12   certified them.  I had provided all the information

13   and I conducted all the -- I had conducted the

14   investigation into the California Surenos, and

15   compiling everything to get them certified as a

16   Security Threat Group.  And that was my expertise

17   within that group.

18        Q.   When you testified for Mr. Gonzalez, you

19   were testifying about how you certified the

20   California Surenos, given that Gonzalez self-admitted

21   to being a member of the California Surenos; correct?

22        A.   Correct.

23        Q.   And so have you discussed -- since you left

24   court yesterday, and before taking the stand again

25   this morning, have you discussed your testimony with

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   anyone?

2        A.   No.

3        Q.   And can you tell me how did you come -- how

4   did it happen that the United States identified you

5   as a potential gang expert in this case?

6        A.   I was working with Mr. Acee on the

7   California Surenos before the SNM, so I had knowledge

8   of him.  And he worked with some of the individuals

9   in STIU on the SNM case.  And so I've also been

10  involved a little bit in helping him with that.  But

11  not too much.  Not directly.  Indirectly, I guess.

12       Q.   So what do you mean?  Can you explain more,

13  what do you mean that you've been involved in helping

14  Mr. Acee?

15       A.   For example, if he calls me and asks me who

16  this guy is or that guy is, I'll look it up and

17  advise him who it is, what's going on.

18       Q.   Have you provided any documents to Mr.

19  Acee?

20       A.   Only what he's requested, if any he's

21  requested.

22       Q.   What has Mr. Acee requested from you?

23       A.   A couple years, just fliers; maybe looking

24  up documentation on where an individual lives, stuff

25  like that.  Mainly, I really haven't -- like I said,

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN
&ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1    I really haven't been directly involved in collecting

2    documentation.

3         Q.   And how would you convey those documents to

4    Mr. Acee?

5         A.   By scanning email to him.

6         Q.   Would those emails still be on your

7    computer?

8         A.   I doubt it.  I erase all that stuff.

9         Q.   You erase all your emails?

10        A.   I have to.  I'll run out of storage room.

11        Q.   Do you have -- is there a system by which

12   your emails are backed up regularly?

13        A.   Yes.

14        Q.   How often are your emails backed up?

15        A.   I get a lot of email, so I probably get rid

16   of them once a week.

17        Q.   And are you currently an employee of the

18   State of New Mexico?

19        A.   Yes.

20        Q.   And are you aware of the record retention

21   policies for the State of New Mexico?

22        A.   Yes.

23        Q.   And do you comply with those policies?

24        A.   I would say yes, I guess.

25        Q.   I'd like to ask you about Government's
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    Exhibit 18, which was the STIU file of Mr. Baca.
 2         A.   Sure.
 3         Q.   I'm going to put it on the Elmo so we all
 4    know what we're talking about.  Yesterday you
 5    testified about the different categories used to
 6    validate a suspected gang member; correct?
 7         A.   Correct.
 8         Q.   And here we see the box is checked for
 9    self-admission, tattoos, symbolism, documents, and
10    contacts; correct?
11         A.   Correct.
12         Q.   Now, in Mr. Baca's STIU file for
13    self-admissions those alleged admissions were made to
14    people other than you; correct?
15         A.   I'm sorry, I don't understand the question.
16         Q.   Sure.  It was badly worded.
17              The admissions on which the Department of
18    Corrections relied to validate Mr. Baca were made to
19    people other than you; correct?
20         A.   Yes.  I never interviewed him for
21    validation purposes.
22         Q.   And then the section entitled "documents,"
23    I'm looking, Counsel, starting at page 11316.
24              THE COURT:  Ms. Duncan, I'm wondering, if
25    we're shifting gears, would this be a good time for
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   us to take a break?
 2              MS. DUNCAN:  It would, Your Honor.
 3              THE COURT:  All right.  Let's take our
 4   morning break.  We'll be in recess about 15 minutes.
 5              (The Court stood in recess.)
 6              THE COURT:  It's a busy courthouse.  We've
 7   got defendants in other rooms.  So I know there is
 8   limitation on the restrooms.  So I appreciate
 9   everybody working trying to get back in here quickly.
10   I think we've got all counsel.  Everybody got
11   counsel?
12              All right.  Mr. Martin, I'll remind you
13   you're still under oath.
14              THE WITNESS:  Yes, sir.
15              THE COURT:  Ms. Duncan, if you wish to
16   continue your cross-examination of Mr. Martin, you
17   may do so at this time.
18              MS. DUNCAN:  Thank you, Your Honor.
19              THE COURT:  Ms. Duncan.
20   BY MS. DUNCAN:
21       Q.  So I think when we had the break we were
22   talking about documents that were included in the
23   STIU file.  And am I correct that you did not collect
24   any of those documents?
25       A.  On Anthony Ray Baca, no.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.   And I wanted to ask you about a hit list.

2   Let me find it here.  And I'm looking at Bates No.

3   11330.  And it talks about three documents that were

4   found in the STG soft file of inmate Anthony Baca.

5   Can you tell me what is an STG soft file?

6      A.   It would be a file that we -- for example,

7   it's probably not put in his gang file, but would be

8   a file that's kept on Mr. Baca.

9      Q.   And where would that file be kept?

10     A.   Depending on who the STIU officer was

11   working on it, but mostly, it would be kept in the

12   coordinator's office.  I believe he keeps all those.

13     Q.   So the soft file is also an STIU file, but

14   it's not the official file?

15     A.   Yeah.  And I'm not sure if they're talking

16   about his case file.

17     Q.   Would it help if I show you the document?

18     A.   Yeah.

19     Q.   And again, this is 11330.

20        MS. DUNCAN:  May I approach, Your Honor?

21        THE COURT:  You may.

22     A.   I take it to mean it would be a file

23   someone has on him.  So probably the coordinator

24   would have the soft file on him.

25     Q.   Do you know -- so that report documents

SANTA FE OFFICE                                        MAIN OFFICE
119 East Marcy, Suite 110                        201 Third NW, Suite 1630
Santa Fe, NM 87501                               Albuquerque, NM 87102
(505) 989-4949                                          (505) 843-9494
FAX (505) 843-9492                                 FAX (505) 843-9492

BEAN
& ASSOCIATES, Inc.

1-800-669-9492
e-mail: info@litsupport.com

PROFESSIONAL COURT
REPORTING SERVICE

```
 1    three -- the review of three documents that were
 2    found in the soft file; correct?
 3         A.   As far as I understand it.
 4         Q.   Do you know when those documents were
 5    placed in the soft file?
 6         A.   I do not.
 7         Q.   Do you know who placed them in the soft
 8    file?
 9         A.   I do not.
10         Q.   Do you know where the documents came from,
11    other than the soft file?
12         A.   No.
13         Q.   Or who wrote those documents?
14         A.   I do not.
15         Q.   The next criteria on the list were
16    contacts.  And this is at Bates No. 11334.  And the
17    contact file contains letters to and from people
18    other than Mr. Baca; correct?
19         A.   Correct.
20         Q.   And is that normal for an STIU file to
21    contain communications that aren't from the inmate,
22    to or from the inmate at issue?
23         A.   To be put in his file, is that what you're
24    suggesting?
25         Q.   Yes.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1       A.   Well, if they're trying to build an

2   association between a known, validated member and a

3   suspected member, that would be something that we

4   would be put in there for basis of either suspecting

5   that individual or to build documentation to say that

6   that person is a member of that group.

7            The other part is that within that -- the

8   context of that document, if there is what we believe

9   to be gang business being discussed, that's evidence

10  that that individual is talking business between

11  gangs.

12      Q.   Am I correct that it's common to find

13  documents that are neither authored by or received by

14  a particular person in their STIU file?

15      A.   Let's see if I can get your question

16  correctly.  Are you asking me that it's common for us

17  to put letters that don't relate to that inmate, or

18  that he didn't author or receive?

19      Q.   So -- yes.  So letters -- let's say is it

20  common to find in the STIU file letters that were not

21  authored by the inmate whose file it is?

22      A.   But were written to him?

23      Q.   Or just that he didn't write, let's ask

24  that first question.

25      A.   Yeah.  I mean, yes, if it's written to, it

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



1    could be.

2        Q.   So the second part, is it common to find

3    letters that are written from someone other than that

4    person to a third person?  So, for example, if we're

5    talking about Mr. Baca, so a letter that's neither

6    written by Mr. Baca, nor written to Mr. Baca?

7        A.   If his name is mentioned in it, it could be

8    common that they would place it in there, yes.

9        Q.   And the letters that we find in Mr. Baca's

10   file, they include some analysis by STIU staff;

11   correct?

12       A.   Correct.

13       Q.   And that analysis was not conducted by you;

14   correct?

15       A.   Correct.

16       Q.   In the document -- going back to the

17   criteria for Mr. Baca.  In contacts it has letters

18   from Joe Barros, and then it's cut off, too.  Would

19   you expect to see the documents that STIU relies on

20   to designate a particular inmate in this STIU file?

21       A.   I'm not sure I understand the question.

22       Q.   I'm not asking good questions.  This

23   references a letter or letters from Joe Barros;

24   correct?

25       A.   Correct.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.    Would you expect to see the letters from

2  Joe Barros in this file?

3    A.    Yes.

4    Q.    And I'm going to hand you this exhibit and

5  ask you to let me know if you see any letters from

6  Joe Barros in this file?

7    A.    I can't say that I see a letter from Joe

8  Barros in there, no.

9          MS. DUNCAN:   Okay.  I'm just going to

10 retrieve the file, Your Honor.

11   A.    Sure, ma'am.

12   Q.    Let me ask you a quick question.  This is

13 Government's Exhibit 23 that you testified to on

14 direct.  Can you tell me whose handwriting is on this

15 document?

16   A.    I can't tell you whose it is, no.

17   Q.    You also testified on direct about Mr. Baca

18 being transferred from Southern New Mexico

19 Correctional Facility to PNM based on CI information

20 that there were threats on his life; correct?

21   A.    Correct.

22   Q.    And I think the first time that you

23 testified that that occurred was in 2011?

24   A.    I believe it was about 2011.

25   Q.    And was that based exclusively on CI

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                 Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 843-9492                                                 FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1   information?

 2        A.   It was -- I'm not sure how that information

 3   was gathered; whether it was -- well, my guess is it

 4   was CI information.  It was relayed to us that Mr.

 5   Baca's life may be in danger, and that the

 6   administration had made a decision to move him back

 7   to the penitentiary.

 8        Q.   Were you involved in that investigation?

 9        A.   I wasn't involved.  My only involvement was

10   to interview Mr. Baca.

11        Q.   Were you part -- were you involved in the

12   decision to move him from Southern to PNM?

13        A.   I was not.

14        Q.   Do you know the identity of the informant

15   who provided the information that there was a hit

16   against him?

17        A.   I do not, ma'am.

18        Q.   And I want to ask you the same questions

19   about the alleged threat against his life in 2013.

20   Were you involved in the investigation of that

21   threat?

22        A.   No, I was not, ma'am.

23        Q.   Were you involved in the decision to move

24   Mr. Baca from Southern to PNM Level 6?

25        A.   I was not.
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                               201 Third NW, Suite 1630
Santa Fe, NM 87501                                      Albuquerque, NM 87102
(505) 989-4949                                                  (505) 843-9494
FAX (505) 843-9492                                         FAX (505) 843-9492
                                                              1-800-669-9492

PROFESSIONAL COURT
REPORTING SERVICE                             e-mail: info@litsupport.com

```
 1         Q.   Are you aware of how that decision was
 2    made?
 3         A.   I believe that came from the STIU
 4    department at Southern, and the STIU administration
 5    made that decision or the Director of Adult Prisons.
 6         Q.   Were you involved in Mr. Baca's appeal of
 7    that decision?
 8         A.   I was not.
 9         Q.   Now, are you aware that, in 2014, Mr. Baca,
10    Daniel Sanchez, and Mauricio Varela were sent out of
11    state?
12         A.   Yes, I'm aware of that.
13         Q.   And are you aware that before they were
14    sent out of state, then Secretary Marcantel spoke
15    with Mr. Baca, Mr. Sanchez, and Mr. Varela?
16         A.   I'm aware that happened.
17         Q.   Were you present during that meeting?
18         A.   No, I was not.
19         Q.   Were you present -- are you aware that
20    there was also a meeting with alleged SNM members
21    about the transfer of the three men?
22         A.   A meeting with -- between Mr. Marcantel and
23    the inmates?
24         Q.   Yes.
25         A.   I think I'm aware of that, but I wasn't
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    present during that time.
 2         Q.   When you interviewed alleged SNM members in
 3    the course of your duties, did you ever record those
 4    interviews?
 5         A.   No.
 6              MS. DUNCAN:  Your Honor, if I could just
 7    have a moment?
 8              THE COURT:  You may.
 9              MS. DUNCAN:  No further questions, Your
10    Honor.
11              THE COURT:  Thank you, Ms. Duncan.
12              Mr. Sindel, do you have cross-examination
13    of Mr. Martin?
14              MR. SINDEL:  Thank you, Your Honor.
15                        EXAMINATION
16    BY MR. SINDEL:
17         Q.   Good afternoon.
18         A.   Good afternoon, sir.
19         Q.   We're almost there.
20         A.   Correct.
21         Q.   You can hardly hope.
22              Did you -- you referred to, when answering
23    the questions from Ms. Jacks about having reviewed
24    the policy and procedure manual that was 88 pages
25    long last night; correct?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1        A.   I looked it over.

 2        Q.   You looked over it.  I mean, did you look

 3   over it from a distance or did you actually read it?

 4        A.   No, it's -- I was specifically looking for

 5   if it says -- I was looking for the first part of her

 6   question, which was the difference between a Security

 7   Threat Group and a disruptive group.  I know I have

 8   it in my PowerPoints, because I show it.  But it's

 9   just old in memory sometimes, as far as that in

10   particular.  I read it off my PowerPoint most of the

11   time.

12        Q.   Is the manual arranged by chapters?

13        A.   Yes.

14        Q.   And so that there is -- you know, a subject

15   matter is covered by a particular chapter; correct?

16        A.   Correct.

17        Q.   And that the chapters are then subdivided

18   amongst the issues that are covered in that chapter,

19   right?

20        A.   Correct.

21        Q.   And when she asked you to identify them,

22   you couldn't identify the chapters, right?

23        A.   Yeah, it's not something I look at all the

24   time, yes.

25        Q.   Is it true that you could not identify the

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

    1    chapter?

    2        A.   Correct.

    3        Q.   Okay.  And you say you don't look at it all

    4    the time.  Is this something that's important for you

    5    to understand and know what's in the policy and

    6    procedure manuals for the prison?

    7        A.   Right.  If it applies to what I'm doing,

    8    and I have a question about it, I'll look at the

    9    policy, yes.

   10        Q.   Doesn't certification and the rules and

   11    regulations that determine how to certify and how to

   12    validate someone as a member of an STG, isn't that

   13    something that you do all the time?

   14        A.   No, it's not.

   15        Q.   And is it something that you do -- do you

   16    frequently have to determine whether or not a

   17    particular group is an STG or a disruptive group?

   18        A.   I already know that.

   19        Q.   You already know that?

   20        A.   Yes.

   21        Q.   From the policies?

   22        A.   It's already documented that they are.

   23        Q.   Okay.  So do you ever make that

   24    determination yourself, or is there someone else who

   25    is charged with doing that?

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                         (505) 843-9494
FAX (505) 843-9492                                             FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   Yeah, usually the coordinator, the STIU
 2   coordinate does that.
 3        Q.   The coordinator makes those decisions?
 4        A.   Correct.
 5        Q.   Although you were listed in Document 1299,
 6   which you reviewed yesterday, as the coordinator, you
 7   are not?
 8        A.   Correct, sir.
 9        Q.   Now, besides counting the pages upon the
10   policy and procedure manual last night, did you
11   review any other documents before coming here today?
12        A.   No.
13        Q.   Did you review any other documents before
14   testifying yesterday?
15        A.   No.  Like I said, it was a surprise to me.
16   I got a call on Monday to show up.
17        Q.   You got a call on Monday, and then you came
18   in.
19             Now, you were sort of sitting here, you
20   know, all day Monday, or most of it, right?
21        A.   Yeah.  I'm not allowed to have any -- my
22   phone in here, so I wouldn't have been able to review
23   anything.
24        Q.   Well, you were sitting out in the hallway.
25   Are you allowed to have your phone there?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    No.
 2        Q.    Who told you you couldn't have a phone here
 3   in the courthouse?
 4        A.    The people when I checked in the front said
 5   I wasn't allowed to bring in a cellphone.
 6        Q.    So that was security downstairs?
 7        A.    Correct, sir.
 8        Q.    And at any time did you go to retrieve your
 9   phone so could you look at these items?
10        A.    No.
11        Q.    Now, did you request from anyone on the
12   Government's team for access to any of these
13   documents that you were being asked about yesterday?
14        A.    No.
15        Q.    Okay.  When you said you had the 88-page
16   manual that you could look over, did you -- and you
17   said you couldn't print it; is that right?
18        A.    Yes, sir.  I have a laptop at home, but I
19   have no -- I don't have a printer, so I couldn't
20   print out any of the stuff.
21        Q.    Did you make any attempt to contact members
22   of the Government's team of prosecutors to see if
23   they could assist you in printing these documents, so
24   you could comply with Ms. Jacks' request?
25        A.    I did not.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.    And did you make any request of members of

 2    the prosecution team for any assistance in providing,

 3    for example, the written information you gave them so

 4    that they could compile their 1299, six-page summary?

 5        A.    I'm sorry, I don't understand the question.

 6        Q.    You said yesterday that, and again today,

 7    that you had provided them with a written document

 8    that basically parroted what was in that Document

 9    1299.  You know what I'm talking about?

10        A.    Correct.

11        Q.    That six pages, right?

12        A.    Did I ask them for a copy of it?

13        Q.    Yes.

14        A.    No.

15        Q.    Did you make any attempt to try and secure

16    a copy of it?

17        A.    I thought I had it on my laptop, but I

18    didn't.  So I did make an attempt, yes.

19        Q.    All right.  So it is something you provided

20    to the prosecution, but it is not something that you

21    made any further attempt after being questioned by

22    Ms. Jacks about it?

23        A.    It's probably in my work computer, which I

24    have no access to at this point.

25        Q.    I know you don't have access to it now.
```



SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                 201 Third NW, Suite 1630
Santa Fe, NM 87501                                        Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 843-9492                                            FAX (505) 843-9492
                                                                 1-800-669-9492
PROFESSIONAL COURT                                    e-mail: info@litsupport.com
REPORTING SERVICE

1        A.   I didn't have access to it last night as

2    well.

3        Q.   Does anyone there at the institution have

4    access to your work computer besides you?

5        A.   No, sir.  I'm -- based on the height of the

6    building, and it's a secure building, no one else

7    would have access to.

8        Q.   Now, you had also submitted Government's

9    Exhibit 17, which is the CV that you have referred

10    to; is that right?

11        A.   Correct, sir.

12             MR. SINDEL:  Your Honor, does the Court use

13    alphabetical for defendants' exhibits?

14             THE COURT:  I do.  It may be that if we're

15    going to do these, you might want to put your

16    client's name right across the top and then each -- I

17    don't know, let's talk about that.  How do we want to

18    run exhibits?  Ms. Wild, do you have an opinion?

19             THE CLERK:  I guess I do.  I think we need

20    to know the defendant that is proffering it.  So

21    somehow that defendant's names needs to be associated

22    with the letter or the number.

23             THE COURT:  So should each defendant just

24    start with A?

25             THE CLERK:  Well, what if we did this:

SANTA FE OFFICE                                                                    MAIN OFFICE
119 East Marcy, Suite 110                                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                                           Albuquerque, NM 87102
(505) 989-4949                                                                       (505) 843-9494
FAX (505) 843-9492                                                              FAX (505) 843-9492
                                                                                       1-800-669-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE                                    e-mail: info@litsupport.com

```
 1   What if we had -- it's more complicated than that.
 2   For purposes of this hearing, that's fine, as long as
 3   the defendant's first and last name precede the
 4   letter.
 5             THE COURT:  All right.  So let's do it that
 6   way for the hearing.  And I'll give some thoughts as
 7   to how we're going to do it at trial.  But if
 8   everybody starts with A, if you introduce an exhibit;
 9   then put your client's first and last name on it.
10             MR. SINDEL:  May I approach the witness?
11             THE COURT:  You may.
12        Q.   I'm going to show you what's been marked
13   for identification purposes as Defendant Joe Gallegos
14   Exhibit A.  Do you recognize that?  Is there a
15   statement at the top of that exhibit, as to what it
16   is?
17        A.   I don't -- yeah, I'm not -- this is Captain
18   Sergio Sapien's.  Are you asking me if I know what
19   this is?
20        Q.   Is it indicated it's a curriculum vitae?
21        A.   Correct.
22        Q.   For Mr. Sapien?
23        A.   Yes, it does.  I wasn't sure what your
24   question was.  I'm sorry.
25        Q.   I'm sorry.  No, no, my fault.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1          Now, you said yesterday that you had

2   authored your curriculum vitae, right, you had

3   written it?

4          A.   Yes, sir.

5          Q.   And so when you're talking about what

6   appears in that, for example, the FBI Task Force,

7   that's you?

8          A.   Yes, sir.

9          Q.   And you wrote that?

10         A.   Yes, sir.

11         Q.   All right.  And it says there that you

12   assist the FBI in serving subpoenas?

13         A.   I've gone along with them when they've done

14   this, yes.

15         Q.   So you haven't actually served them, you

16   just sort of hung out with them while they served

17   them?

18         A.   Assist, yeah.

19         Q.   Have you served any subpoenas in connection

20   with this investigation?

21         A.   Personally, no.

22         Q.   Have you assisted them in serving any

23   subpoenas?

24         A.   I've gone with them when they've served

25   them.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1          Q.   I'm sorry, what?
 2          A.   I've gone with them when they served them.
 3          Q.   It says you assist with the service of
 4    search and arrest warrants, right?
 5          A.   Correct.
 6          Q.   How many searches have you conducted since
 7    you've become indoctrinated in the FBI Task Force?
 8          A.   I can't really say.  Maybe four or five,
 9    maybe, on the streets.
10          Q.   On the streets?
11          A.   Yes.
12          Q.   So you've gone out on the streets with the
13    FBI, and actually participated in search warrants and
14    the execution of search warrants?
15          A.   Correct.
16          Q.   And it says that you also conduct
17    surveillance.  Is that electronic surveillance?
18          A.   I've taken pictures of exchanges, of
19    criminal exchanges and stuff like that.  But yes,
20    I've assisted law enforcement, or the FBI Task Force
21    in that, in surveillance, yes.
22          Q.   So that you would be basically somewhere
23    where you saw some activity going on, and you had
24    preserved it for the FBI by means of photographs,
25    right?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    In assistance, yes.
 2        Q.    Is there anything that you've done in terms
 3   of surveillance in connection with this case, this
 4   investigation?
 5        A.    No.
 6        Q.    Are there any search warrants that you've
 7   executed in connection with this case?
 8        A.    In this case?  There may be, I'm not sure.
 9        Q.    Well, do you remember arresting someone
10   with the FBI in connection with this investigation?
11        A.    No.
12        Q.    It wouldn't be something you would likely
13   forget, is it?
14        A.    Correct.  That's why I'm saying -- oh, I'm
15   sorry, I did assist them in arresting Brandy, yes.
16        Q.    And who was that again?  I'm sorry, I just
17   didn't understand.
18        A.    Ms. Brandy.
19             THE COURT:  I think Ms. Gutierrez.
20        A.    Ms. Gutierrez, I'm sorry.
21        Q.    And, obviously, we know that you conduct
22   interviews and interrogation, because primarily, your
23   expertise is based on it, isn't it?
24        A.    Correct, sir.
25        Q.    Now, you saw today -- I gave you a copy of
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Defendant's Exhibit A, Joe Gallegos A, which was the

2    curriculum vitae for Sergio Sapien.

3         A.   Correct.

4         Q.   Did you work with him in trying to compose

5    these -- well, I call them CVs, that's what we call

6    them.  Did you work with him in terms of composing

7    these?

8         A.   No.  He showed me his, and he showed me the

9    structure that he used to do it, and I kind of used

10   that pattern, the same pattern.

11        Q.   Did you use the same words?

12        A.   Of course not.

13        Q.   So your words were your words, and his

14   words --

15        A.   Well, there might be some similar words,

16   but I'm not saying that -- if you're asking me if I

17   copied his, no.

18        Q.   All right.  See there number 2?

19        A.   Yes, sir.

20        Q.   All right.  And that's Defendant Joe

21   Gallegos Exhibit A.

22             MS. ARMIJO:  Your Honor, for the record,

23   since we have two documents up there, can we make a

24   clear record, and at least, if he's going to be

25   offering these into evidence, move them into

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   evidence, and then also can you refer to which items

 2   he has?

 3              MR. SINDEL:  I would move the introduction

 4   into evidence of Defendant Joe Gallegos Exhibit A.

 5              THE COURT:  Is it A and B?  Is it two or

 6   one?

 7              MR. SINDEL:  I've only talked to him about

 8   one exhibit.

 9              THE COURT:  All right.  Any objection?

10              MS. ARMIJO:  No objection, Your Honor.

11              THE COURT:  Any objection from the

12   defendants?  Defendant's Exhibit A will be identified

13   in evidence.  That's Joe Lawrence Gallegos'.

14        Q.   Just for clarification, this document

15   here --

16              THE COURT:  And just for clarification,

17   when you said "Brandy," did you mean Ms. Rodriguez or

18   did you mean Ms. Gutierrez, Shauna, over here?

19              THE WITNESS:  Ms. Gutierrez, Your Honor.

20   I'm sorry.

21              MR. SINDEL:  Thank you.

22        Q.   So this document here is Sapien's, right?

23        A.   That's what it says, yes.

24        Q.   And this paragraph 2, when you compare it

25   to your paragraph 2 --
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   Correct.
 2        Q.   -- is coincidentally word for word what he
 3   says?
 4        A.   We've done the same things together, yes.
 5   We participated in that same -- so the fact that what
 6   he's saying and what I'm saying is absolutely true.
 7        Q.   I didn't ask you if it was true, sir.  You
 8   said you didn't copy anything from his document,
 9   right?
10        A.   Correct.
11        Q.   And to your knowledge, he didn't copy
12   anything from yours; correct?
13        A.   Correct.
14        Q.   And yet the exact same words appear in the
15   same order in both documents, right?
16        A.   Correct.
17             MR. SINDEL:  May I approach, Your Honor?
18             THE COURT:  You may.
19        Q.   I'm going to show you what has been marked
20   as Defendant's Joe Gallegos Exhibit B.  And is there
21   any indication at the top of that document what it
22   is?
23        A.   Yes.  It's Christopher Cupit's curriculum
24   vitae.
25        Q.   And did you talk with Mr. Cupit or review
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    his CV before you authored your own?
 2         A.   That's the first time I've seen it, now
 3    that you've shown it to me.
 4         Q.   That's the first time you've seen it?
 5         A.   Correct.
 6         Q.   Did you give him your CV so he could look
 7    at and see what you had written?
 8         A.   I did not.
 9         Q.   Okay.
10              MR. SINDEL:  Your Honor, I'd move the
11    introduction of Defendant's Joe Gallegos Exhibit B.
12              THE COURT:  Any objection, Ms. Armijo?
13              MS. ARMIJO:  No, Your Honor.
14              THE COURT:  From any defendants?
15              All right.  So Joe Lawrence Gallegos
16    Exhibit B will be admitted into evidence.
17         Q.   So I take it that it is your testimony that
18    it is simply coincidence that the words in Sapien's
19    CV are identical to yours; correct?
20         A.   Since we did the same things and we
21    participated in the same -- on the same action, I
22    probably used the same wording.  But not because I
23    was trying to say it's the same as his, but because
24    it was we did -- the thing was -- I didn't change
25    anything because it was exactly what was -- what we
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   did.  So --
 2       Q.   When you say you didn't change anything,
 3   what would you have changed?  You were writing your
 4   own?
 5       A.   I probably could have changed a word or
 6   two, but it still wouldn't have changed the fact that
 7   it's still the same.  But I see your point.
 8       Q.   Well, I'm simply asking you, is it a
 9   coincidence, as far as you're concerned, that the
10   documents -- the paragraph in Sapien's CV is word to
11   word identical to your own?
12       A.   I read his, and I agreed with it, so I put
13   it in mine.
14       Q.   I thought you said earlier when asked by
15   Ms. Jacks and by myself that it was your words that
16   you put in there, and you authored it?
17       A.   Correct.  I agreed with those words, so
18   they were my words.
19       Q.   So did you just copy and paste it into your
20   CV?
21       A.   No, I believe I typed it in there.
22       Q.   Did you have it in front of you so you
23   could look at it and make sure you got it word for
24   word?
25       A.   I agreed --
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1       Q.   Please wait for the questions for the court

2   reporter.

3       A.   Okay.

4       Q.   So you could put it in there word for word

5   just like he did?

6       A.   I believe I looked at his, and then I typed

7   what was written already, because I agreed that

8   that's also something I had done.  So I didn't try

9   to -- I guess I could have changed a few words here

10  and there.  But his was fine, so, yes, I understand

11  what you're saying.

12      Q.   Well, I know you understand.  You could

13  have told Ms. Jacks and you could have told me that

14  you copied it, some portions of your CV, from Mr.

15  Sapien's, right?

16      A.   I used the same words that were there.  I

17  didn't copy/paste.

18      Q.   I didn't say copy and paste, did I?

19      A.   You said copy.

20      Q.   You did that, right?

21      A.   I used those words, yes.

22      Q.   You copied it, right?

23      A.   Okay, I copied it.

24      Q.   When you said earlier "I used my own

25  words," that wasn't accurate?



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   Yes.   What I meant by using by my own words
 2   is that I agreed with the words that he had put on
 3   there, so yes, I used the same words.   But I agreed
 4   that those were the words that I was going to use.
 5   So they were my own words.
 6        Q.   So you didn't go through that same process
 7   with Mr. Cupit, right?
 8        A.   No, sir.
 9        Q.   I'm going to show you what's previously
10   been marked as Defendant's Exhibit Joe Gallegos
11   Exhibit B.   Do you see that paragraph 2 right here?
12        A.   Yes, I do.
13        Q.   Okay.   Compare that paragraph to the words
14   that you used in your paragraph about your work with
15   the FBI.
16        A.   Correct.
17        Q.   Word for word the same, right?
18        A.   They appear to be yes.
19        Q.   I don't want to rush you.
20        A.   One of them says "telephone calls," and the
21   other one says "telephone tolls."
22        Q.   Other than that, they're absolutely
23   identical, right?
24        A.   They're the same, with the exception of
25   telephone calls and the telephone tolls.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   What are telephone tolls?
 2        A.   Well, I would imagine that's another word
 3   for telephone calls.
 4        Q.   Well, telephone tolls, that comes from your
 5   CV, right?  17, your CV, right?
 6        A.   It might have been just a miswriting.
 7        Q.   Telephone tolls?
 8        A.   It would have been a misspelled word.
 9        Q.   That's your CV?
10        A.   Correct.
11        Q.   Can you imagine that telephone tolls and
12   telephone calls are the same, or do you know?
13        A.   No, I don't know.  That's why I'm saying it
14   might have been a misspell.
15        Q.   Are there any other portions of Mr.
16   Sapien's CV that you copied, that aren't your words?
17        A.   I'm sure I used the same words in certain
18   areas, but I don't think Mr. Sapien has had the same
19   experiences and training that I have.
20        Q.   I didn't ask you that.  Were there any
21   other words that you specifically copied from his CV?
22        A.   Not that I'm aware of.
23        Q.   I'm showing you again what was previously
24   marked as Defendant's Joe Gallegos Exhibit A.  It has
25   special training and certification, bullet points; is
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1    that right?

 2         A.    Correct.

 3         Q.    And are those -- that special training and

 4    certification, is that exactly identical to what

 5    appears in your --

 6         A.    I don't know.  I can't see mine.  I believe

 7    there are different dates involved in that.  So it's

 8    not exactly identical, no.

 9         Q.    But the words -- not the dates, the words

10    are identical, are they not?

11         A.    Well, we work together, as a team we do

12    things together.  So it's not uncommon that we would

13    have done the same things, yes.

14         Q.    I'm not saying what you did.  I'm saying

15    what you put in your CV.

16         A.    Yeah, they're not identical at all, sir.

17         Q.    They're not identical at all?

18         A.    Not identical because the dates are

19    different.

20         Q.    Other than that, are they identical?

21         A.    Other than that, I would agree, yeah,

22    they're primarily identical.

23         Q.    And you say probably, do the first four

24    bullet points --

25         A.    If you're asking me directly if they're

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    identical, no, they're not identical, because they
 2    don't have the same dates.  So I'm not sure what
 3    you're getting at.
 4         Q.   I'm getting at the fact that other than the
 5    dates, did you copy these from Mr. Sapien's CV?
 6         A.   No.  I looked over his CV, and I agreed
 7    that we have done the same things at the same time;
 8    that I have done those things as well.  So, yes, I
 9    used -- I didn't read it, if that's what you're
10    asking.  I used the same method, the same format that
11    he used, yes.
12         Q.   I mean, it's really simple.  You could say,
13    yeah, I copied them except for the dates, if that's
14    true.
15         A.   Are you asking me if I lied on it?
16         Q.   No, I didn't ask you that.  I asked you if
17    you copied it?
18         A.   I'm not sure what you're getting at.
19         Q.   If you're concerned about that, you can
20    tell us.  I'm only asking whether you copied it?
21         A.   I used the same format.
22         Q.   Did you use the same words, sir?
23         A.   I may have used the same words with
24    different dates.
25         Q.   Did you use the same words as contained in
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1      Mr. Cupit's, Defendant Joe Gallegos Exhibit B?

2            A.   No, because I never looked at his.

3            Q.   Are you looking at it now?  Are you looking

4      at your screen?

5            A.   Are you asking me if I used his to do mine?

6            Q.   I'm asking if you used the same words?

7            A.   That's the way I'm interpreting what you're

8      saying, sir, so --

9            Q.   I'm sorry I wasn't clear.  Did you use the

10     same words?

11           A.   I did not, because I didn't see Cupit's.

12     Are they the same words there, yes.

13           Q.   Why don't you take a look at the words he

14     used to describe bullet point one.

15           A.   I don't know what he used.  I didn't do

16     his.

17           Q.   It's right there in front of you.

18           A.   What are you asking me?

19           Q.   I'm asking you if you used --

20           A.   If I used?

21           Q.   Yeah.

22           A.   If I used what Cupit wrote?

23           Q.   If you used the same words that Cupit used

24     to describe the training and certification?

25           A.   I never looked at his, so I didn't use the

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1   same words.  Are the same words there?  Yes.

 2        Q.   Look at it now.

 3        A.   You're asking me if I used them, and I said

 4   I didn't use them.  If you're asking me if they're

 5   identical the way they're written now, yes.

 6        Q.   Okay.  So they are identical by

 7   coincidence?

 8        A.   Except for the dates.  We worked together.

 9   We've been working together.

10        Q.   Sir, I'm sorry --

11        A.   Well, I'm explaining why they would be

12   identical.

13        Q.   If I need to know why, I'll ask you.  I'm

14   just asking you now are they identical?

15        A.   Yes.

16        Q.   Now, I take it that you have never -- do

17   you know what a Daubert hearing is?

18        A.   I don't.

19        Q.   And you know that's what we're doing now,

20   right?

21        A.   I've heard the term.  I don't know what it

22   is.

23        Q.   Well, have you seen it in the six pages

24   that you've reviewed of the Government's pleading in

25   this case?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        A.    Excuse me?
 2        Q.    You said yesterday that you read document
 3   1299.
 4        A.    Correct.
 5        Q.    And did you see the word Daubert,
 6   D-A-U-B-E-R-T, in that document?
 7        A.    Yes, sir.
 8        Q.    And did you understand the words and the
 9   context of that particular word?
10        A.    I believe so, yes.
11        Q.    Do you understand that's why we're here
12   today?
13        A.    Correct.
14        Q.    To determine whether you are an appropriate
15   expert to testify in this case?
16        A.    Correct.
17        Q.    And this would be the very first time that
18   you've testified as an expert?
19        A.    Correct, sir.
20        Q.    You've never been qualified as an expert in
21   any federal or state court?
22        A.    Correct.
23        Q.    And no one has ever challenged before your
24   qualifications as an expert in court?
25        A.    Not as an expert, no.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        Q.   The other day you said that you had
 2   lectured on prison gangs from all over the country?
 3        A.   I've heard lectures on prison gangs from
 4   all over the country.  And I have -- from information
 5   I have gathered from these lectures and stuff, I've
 6   incorporated them into my PowerPoints as lectures,
 7   yes.
 8        Q.   And do you have a PowerPoint that you use
 9   when you do the lectures that you referred to in your
10   original CV?
11        A.   The presentations, yes.
12        Q.   And do you still have that PowerPoint
13   available to you?
14        A.   I do, sir.
15        Q.   And would you make it available to the
16   Government so they could make it available to us?
17        A.   It's the property of NMCD, so I would have
18   to get permission to do that.
19        Q.   Can you do that?  Can you try to do that?
20        A.   I could ask.  I could ask.
21        Q.   Now, you said -- have you ever made a
22   presentation or a lecture outside the State of New
23   Mexico?
24        A.   No, sir.
25        Q.   So, basically, all your academics or all
```

SANTA FE OFFICE                                                MAIN OFFICE
119 East Marcy, Suite 110                             201 Third NW, Suite 1630
Santa Fe, NM 87501                                     Albuquerque, NM 87102
(505) 989-4949                                                  (505) 843-9494
FAX (505) 843-9492                                         FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

 1    your efforts to advise other individuals concerning

 2    your knowledge has always been confined to New Mexico

 3    Department of Corrections and law enforcement?

 4         A.    To law enforcement within New Mexico, yes.

 5         Q.    I think you said something about Homeland

 6    Security and FBI.  I assume that was also in New

 7    Mexico?

 8         A.    Yes, sir.

 9         Q.    Now, when you say you worked for the FBI

10    Task Force, do they provide you with any salary?

11         A.    They do not.

12         Q.    Do you have any identification as a member

13    of the FBI Task Force?

14         A.    Not anymore, I don't.

15         Q.    Well, it says 2015 to the present, right?

16         A.    Correct.

17         Q.    That's today.

18         A.    That's because I changed jobs.  I don't

19    anymore.

20         Q.    So when did you stop being an FBI Task

21    Force agent?

22         A.    I don't know if I've stopped.  I just

23    haven't participated in anything.

24         Q.    So when you talked about serving search

25    warrants and talking about arrests, and talking about

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                    Albuquerque, NM 87102
(505) 989-4949                                               (505) 843-9494
FAX (505) 843-9492                                       FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.

1-800-669-9492
e-mail: info@litsupport.com

PROFESSIONAL COURT
REPORTING SERVICE

```
 1    surveillance --
 2         A.   Correct.
 3         Q.   -- when did you stop doing that as a member
 4    of the FBI Task Force?
 5         A.   Probably on the surveillance --
 6         Q.   All right.  We'll break it down each
 7    category, okay?  When did you stop conducting
 8    surveillance as a member of the FBI Task Force?
 9         A.   I don't recall.  It's been --
10         Q.   Years?
11         A.   No, probably about six months, a year,
12    maybe.
13         Q.   Six months or a year?
14         A.   Yes.
15         Q.   Do you remember the last person you
16    conducted surveillance on?
17         A.   No, I don't.  I don't remember.
18         Q.   You talked about serving subpoenas.  Do you
19    still do that for the FBI, or is that something --
20         A.   I haven't assisted in doing that in a
21    while, no.
22         Q.   How long is "a while"?
23         A.   Probably a year or so.
24         Q.   A year or so.  And in terms of serving
25    arrests -- or search warrants, when was the last time
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1    you did that for the FBI?
 2        A.   Maybe a year ago; six months, a year ago,
 3    something like that.
 4        Q.   Would it be safe to say that you really
 5    haven't been performing any function on the FBI Task
 6    Force for about a year?
 7        A.   Other than sending any available
 8    information that they may need.
 9        Q.   I mean, they may --
10        A.   Other than that, no.  If they've asked me
11    to listen to a phone call here or there, maybe.  But
12    not on the streets, no.
13        Q.   So you really haven't been working with the
14    FBI Task Force --
15        A.   Indirectly, right.
16        Q.   -- for at least a year, right?
17        A.   I haven't -- I'm still involved.  I haven't
18    been working with them now for a little bit.
19        Q.   When you said on your CV, 2015 to the
20    present --
21        A.   Correct.
22        Q.   -- it really ended in 2016?
23        A.   Well, if they needed me to go with them
24    today, I would still go with them.
25        Q.   I'm sorry?  I didn't understand.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   That just means that I'm available when --
 2   if they needed me to, yeah.
 3        Q.   I suppose we all are available --
 4        A.   So that's still present.
 5        Q.   -- to provide the FBI with information, but
 6   that doesn't mean we are on the task force?
 7        A.   I'm explaining that that's the reason that
 8   it's still to present.  I don't believe I've ever
 9   been taken off.
10        Q.   The same thing that Mr. Sapien said, "2015
11   to the present," isn't it?
12        A.   I suppose so.
13        Q.   Look on the screen and see -- you don't
14   have to.  Is that the same thing that Mr. Cupit said?
15        A.   It appears it is.
16        Q.   Did you ever possess any sort of personal
17   identification that indicated that you were a member
18   of the FBI Task Force, a badge, a card, anything like
19   that?
20        A.   Just written documentation that I was.
21        Q.   Documentation?  What are you referring to
22   when you say "documentation"?
23        A.   Well, if I worked any overtime for them and
24   stuff, I would get paid.  For example, if I was
25   conducting something as part of the task force, there
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  is documentation that I was part of that task force,

2  so I would be compensated back for -- if I had to

3  stay overnight in a hotel or anything like that.

4        Q.   So the only documentation --

5        A.   So I was identified, yes, so I was

6  identified as a task member.

7        Q.   So the documentation that you were

8  referring to is basically part of your compensation

9  package?

10       A.   Well, in order for the New Mexico

11  Corrections Department to be compensated back for

12  overtime paid for the task force work that I've done,

13  I had to be identified as a task force member.

14       Q.   All right.  So you want to make sure that

15  you get identified as a task force member so that you

16  receive overtime pay or compensation for your

17  expenses; true?

18       A.   True.

19       Q.   Now, did the federal government ever pay

20  you for your role as a member of the FBI Task Force?

21       A.   In the form of overtime, yes.

22       Q.   So the federal government would issue you

23  checks directly?

24       A.   No.

25       Q.   All right.  Let me rephrase that question

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   then.  Did you ever receive compensation from the
 2   federal government for your work as a member of the
 3   FBI Task Force?
 4        A.   Yes, through the Department of Corrections.
 5        Q.   So that money went to the Department of
 6   Corrections to reimburse them; is that how you
 7   understand it?
 8        A.   Correct.
 9        Q.   So you never got a 1099 from the federal
10   government, did you?  Do you know what a 1099 is?
11        A.   The only -- no.
12        Q.   Then don't answer the question, if you
13   don't know.  Don't guess at it.
14        A.   Okay.
15        Q.   A 1099 is a form that is part of the income
16   statements that is part of your tax returns --
17        A.   Okay.
18        Q.   -- indicating you've been paid by an agency
19   or an individual for work that you performed.  Did
20   you have a 1099 --
21        A.   No, sir.
22        Q.   -- just wait -- from the federal
23   government?
24        A.   No.
25        Q.   Do you receive retirement benefits?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    No.

 2        Q.    From the federal government?

 3        A.    No.

 4        Q.    So really, the FBI Task Force, up until,

 5   let's say, 2016, was just in name only, right?

 6        A.    I don't know.

 7        Q.    Now, I had started out by asking you

 8   questions concerning your lecturing for -- about

 9   various prison gangs, and that would be besides the

10   one in New Mexico.  You said all over the nation.

11   Can you tell me the names of any of those prison

12   gangs?

13        A.    The prison gangs all over the nation?

14        Q.    Yes.

15        A.    Well --

16        Q.    That were part of your lecture series.

17        A.    Yeah, easily the ones that surrounded areas

18   close to New Mexico, like Texas, California --

19        Q.    Okay.

20        A.    -- Nevada.

21        Q.    Give me the names of those.

22        A.    The major gangs within Texas would be the

23   Barrios Aztecas, the Texas Syndicate, the Mexicali,

24   the Surenos, the Tango Blast, and the Aryan

25   Brotherhood out of Texas.
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                    (505) 843-9494
FAX (505) 843-9492                                            FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1      Q.   Were they all basically prison gangs that

2   were populated by members of the Hispanic or Latino

3   community?

4      A.   Yes, with the exception of the Aryan

5   Brotherhood.

6      Q.   The Aryan Brotherhood; that was in Texas?

7      A.   Correct.

8      Q.   That was in California?

9      A.   California; you have the California Aryan

10  Brotherhood out of California, then you have the

11  Mexican Mafia, the Nuestra Familia, the Surenos.

12  Those are the primary gangs within -- and then of

13  course, Black Guerilla.

14     Q.   And did you testify concerning their codes

15  of conduct?  Or not testify, I'm sorry.  Did you

16  lecture concerning those particular prison gangs'

17  codes of conduct?

18     A.   Just their codes of conduct, just

19  variations of it.

20     Q.   Variations of it.  Variations from gangs

21  you were more familiar with?

22     A.   My point was -- my point in the

23  presentations was to show the similarities in prison

24  gangs and organizational structure.

25     Q.   Okay.  And, for example, what did you

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1   understand was the organizational structure of the

 2   Aryan Brotherhood?

 3        A.   The organizational structure; that they

 4   have an ideology of white supremacy.

 5        Q.   I don't want to interrupt, but I didn't ask

 6   you about their ideology.  I asked you about their

 7   structure.  We all know what their ideology is.  You

 8   don't have to be an expert to figure that out.

 9        A.   Well, their ideology is what makes them --

10   is part of what their structure is.

11        Q.   I'm talking about structure; you had talked

12   in response to Ms. Jacks' questions about their

13   structure of the SNM, so I'm trying to draw some

14   parallel when you give these lectures about the Aryan

15   Brotherhood, what you know about the structure of

16   that particular prison gang?

17        A.   Oh, how the structure is as far as their

18   hierarchy?

19        Q.   Yes.

20        A.   The hierarchy of the -- they also operate

21   under a board of directors or individuals that run

22   the Aryan Brotherhood, and then they have their

23   captains and soldiers as well.

24        Q.   Captains and soldiers and a board of

25   directors?

SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                               Albuquerque, NM 87102
(505) 989-4949                                                              (505) 843-9494
FAX (505) 843-9492                                                    FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1          A.   A panel, if you will.
 2          Q.   I want you to use your words, not copy them
 3     from somewhere else.  Is it a board of directors or a
 4     panel?
 5          A.   It's a panel.
 6          Q.   Do you know how they're selected?
 7          A.   The same concept.  Primarily the same
 8     concept, where individuals are brought in and voted
 9     upon, and a sponsor -- they're sponsored.  And they
10     go through an orientation process, as well as the
11     structure indicates that they have a
12     blood-in-blood-out.
13          Q.   Okay.  They go through an orientation
14     process, is that what you testified to?
15               MS. ARMIJO:  Objection, argumentative.
16               THE COURT:  Overruled.
17               MR. SINDEL:  I'll withdraw it.
18               THE COURT:  I think it's okay cross.
19          Q.   Let's talk a little bit about the source of
20     the information that you have that you believe makes
21     you an expert in this case.
22               What I heard from your testimony yesterday
23     and today, it is almost, it is primarily based upon
24     interviews that you have had or other members of your
25     staff have had with people that are familiar with the
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    SNM; correct?
 2        A.   That are members.
 3        Q.   Well --
 4        A.   Yes.  So that would make them familiar,
 5    yes.
 6        Q.   I mean, you know, the people that you talk
 7    to in law enforcement, they're not members, right?
 8        A.   Correct.
 9        Q.   Okay.  So it's all based upon interviews
10    that you have conducted, really, isn't that --
11             MS. ARMIJO:  Objection; misstates --
12        Q.   -- the bottom line?
13             MS. ARMIJO:  Objection; misstates his
14    testimony.
15             THE COURT:  Well, he can clear it up if
16    it's not correct.  Overruled.
17        Q.   Isn't that the bottom line?
18        A.   Could you repeat your question?
19        Q.   That the information that you receive, that
20    you use in order to qualify as an expert is based
21    upon interviews that you have done with law
22    enforcement, cooperating individuals, members of the
23    SNM?
24        A.   That I have done and other people have
25    done.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1          Q.   So you or other staff members, right?
2          A.   Correct.  Or law enforcement.
3          Q.   You said that some gang members or other
4     members of the prison population sometimes seek
5     favors as a result of their cooperation; correct?
6     I'm not saying you grant them.  I'm saying they ask
7     for them.
8          A.   You're asking me if inmates, when I
9     interview them, ask me for favors?
10         Q.   I'm asking whether or not one of the
11    purposes of them providing information is to see if
12    they can secure better housing, or a transfer, or
13    some favor from the prosecuting authorities, anything
14    like that?
15         A.   I suppose in some cases.
16         Q.   Okay.  I mean, it wouldn't be unusual at
17    all for them to see if there is something they could
18    possibly gain from giving you information that may,
19    as you said, put their lives in danger?
20         A.   Well, I suppose anytime they give
21    information, they want to gain something from it.
22         Q.   So, you know, when they go in there to talk
23    to you, and you say:  What do you know?  They can
24    sometimes say, Well, what can I get if I tell you?
25         A.   There have been instances when that has
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    occurred, yes.

 2              THE COURT:  Mr. Sindel, would this be a

 3    good time for us to take our lunch break?

 4              MR. SINDEL:  I think I can just finish up

 5    this particular topic in a few minutes, if that's

 6    okay with you.

 7              THE COURT:  I need to attend to some stuff.

 8    So why don't we take a little bit of an earlier lunch

 9    break.  We'll be back in about an hour.

10              MR. SINDEL:  Well, as they say, it's your

11    show.

12              THE COURT:  All right.  See you in about an

13    hour.

14              (The Court stood in recess.)

15              THE COURT:  All right.  We'll go back on

16    the record.  Has everybody got counsel?  I know Mr.

17    Castle is not going to be here this afternoon, so

18    he's not here.  Everybody else got counsel?

19              All right.  I stepped up here to the bench

20    to get some papers, and the men looked like they were

21    enjoying their pizza.  Was it the Domino's?

22              DEFENDANT TROUP:  Yes, sir.

23              THE COURT:  Was it good?

24              DEFENDANT TROUP:  Yes, sir.

25              THE COURT:  All right.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492





PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              DEFENDANT TROUP:  You should have had some
 2      with us, Judge.
 3              THE COURT:  You don't want any ex parte
 4      contact.  They did ask for beer, and I just -- might
 5      be going a little far there.
 6              MR. SINDEL:  Not now.
 7              DEFENDANT BACA:  We really appreciate it.
 8              THE COURT:  All right.  You thank your
 9      counsel for that.
10              All right.  Mr. Martin, I'll remind you
11      you're still under oath.  Mr. Sindel, if you wish to
12      continue your cross-examination, you may do so at
13      this time.
14              MR. SINDEL:  Thank you, Your Honor.
15              THE COURT:  Mr. Sindel.
16      BY MR. SINDEL:
17          Q.  I hope you had a good lunch.
18          A.  I did.
19          Q.  Got a chance to relax, gather your
20      thoughts.
21          A.  Yes, sir.
22          Q.  So we left off when we were talking about
23      the fact that a number of people who come to you to
24      provide you with information are seeking some sort of
25      assistance or benefit; correct?  That's what you
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1    testified to.  But if you want to change it, you can

2    change it.

3         A.   Yes, sir.  Looking for some kind of

4    assistance, correct, in some cases.

5         Q.   Not 100 percent, but, as you said to

6    Ms. Jacks, these guys really are good at manipulating

7    people, right?

8         A.   I believe she said that.

9         Q.   You answered yes?

10        A.   Yes.  There are individuals that are good

11   at manipulation, yes.

12        Q.   So you agreed with her; when she said it,

13   you said yep, that's right?

14        A.   Some people are good at manipulation.

15        Q.   So some of the things they're looking for

16   may be better housing or different housing?

17        A.   Yes, different housing.

18        Q.   Okay.  And they might be looking for better

19   visits with their family?

20        A.   I don't have control of whether they were

21   getting better visits or not.

22        Q.   I'm not asking you that, sir.

23        A.   If they're reclassified, will they get

24   different visits?  On some occasions, yes.

25        Q.   And those visits can include contact
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    visits?

2         A.   Yes, sir.

3         Q.   Okay.  And they can include visits with

4    their wives and their children and their girlfriends

5    and things like that?

6         A.   Correct, sir.

7         Q.   And it can be contact visits?

8         A.   Correct, sir.

9         Q.   And you said the other day when you were

10   testifying, you talked about monitoring those visits.

11   And sometimes they don't get monitored that well.

12        A.   I would imagine that some visits are not

13   monitored well.

14        Q.   Now, are those -- when an inmate has a

15   visit that occurs within a closed room, are those

16   monitored as well?

17        A.   We try to keep a visual monitor, yes.

18        Q.   And when you say a "visual monitor," is

19   that a human being with eyeballs, or that is a

20   camera?

21        A.   We'll do rounds and do -- depending on what

22   facility you're at, so different facilities are

23   different as far as their visitation.  So, for

24   example, the contact visits are out in the open, and

25   there is an officer keeping observation.  And then

SANTA FE OFFICE                                                                        MAIN OFFICE
119 East Marcy, Suite 110                                                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                                                Albuquerque, NM 87102
(505) 989-4949                                                                          (505) 843-9494
FAX (505) 843-9492                                                                 FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1  there are individuals that are in segregated areas,

2  where they talk over the phone, where there is no

3  contact visit.  And those -- depending on what

4  facility you're at, you can keep a visual on that as

5  well.  Or in other areas, you'll have to -- we can

6  also do it by camera.

7       Q.   You can also do it by camera.  So that, at

8  least in the situation in which an inmate -- well,

9  let me ask you this:  There are no contact visits

10  with inmates in a room where they can't be watched;

11  correct?

12       A.   They should be monitored, correct.

13       Q.   And you said the contact visits, that

14  occurs out in the open, because there is a

15  correctional officer there, and he can watch and make

16  sure that everything is sort of copacetic?

17       A.   Correct, sir.

18       Q.   There wouldn't be an occasion for a contact

19  visit in a closed room, correct, for an inmate?

20       A.   No.

21       Q.   And even if they're informing, and even if

22  they're providing information, that's not going to

23  occur, from what you understand of the rules and

24  regulations of the Department of Corrections?

25       A.   I'm not sure I understand your question.

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                 Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 843-9492                                                 FAX (505) 843-9492



1-800-669-9492
e-mail: info@litsupport.com

```
1        Q.   Well, it's not -- in other words, if it's

2   contact, it's in the open, right?

3        A.   It's in the open.

4             MS. ARMIJO:  Your Honor, I'm going to

5   object, because now we're beyond his basis for expert

6   opinion.  And I believe he's fishing for information

7   on a different case.

8             THE COURT:  How do you connect it with the

9   Daubert/Rodriguez hearing we're having, Mr. Sindel?

10            MR. SINDEL:  Well, I think that this

11  basically goes to show that there are inmates who are

12  cooperating, who receive significant benefits as a

13  result, and therefore, their information, and he's

14  testified that's basically all he relies on is the

15  information he gets from inmates.  So I'm trying to

16  show that there is a motivation behind the inmates

17  for providing this information.

18            THE COURT:  Well, it's kind of difficult --

19  the breadth of his testimony -- to cabin it too much.

20  I'll give you a little leeway on this and overrule

21  the objection.  But I think you're making your point

22  so maybe you don't need to spend too much time on it.

23            MR. SINDEL:  I will not, Your Honor.

24            THE COURT:  Mr. Sindel.

25        Q.   Do informants who are providing information
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                          (505) 843-9494
FAX (505) 843-9492                                                  FAX (505) 843-9492
                                                                        1-800-669-9492
BEAN & ASSOCIATES, Inc.                          e-mail: info@litsupport.com
PROFESSIONAL COURT
REPORTING SERVICE

```
 1    in connection with this investigation receive
 2    conjugal visits?
 3         A.    No.
 4         Q.    Never?
 5         A.    They're not allowed conjugal visits.
 6         Q.    And that would include visits that include
 7    physical sexual contact?
 8         A.    Correct.
 9         Q.    Have you interviewed the defendants in this
10    case before the case was brought?
11         A.    I've interviewed some, yes.
12         Q.    Are there any that you have not
13    interviewed?
14         A.    Yes.
15         Q.    Okay.  My client is Joe Gallegos.
16         A.    Correct.
17         Q.    And, Mr. Gallegos, have you interviewed
18    him?
19         A.    I've never interviewed Joe Gallegos.
20         Q.    His brother, Andrew, have you ever
21    interviewed him?
22         A.    I've never interviewed Joe Gallegos or his
23    brother.
24         Q.    Okay.  And the inmates you have
25    interviewed, that are now defendants in this case,
```

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                        201 Third NW, Suite 1630
Santa Fe, NM 87501                               Albuquerque, NM 87102
(505) 989-4949                                        (505) 843-9494
FAX (505) 843-9492                               FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
1    have you provided the memorandum or notes that you
2    took as a result of that interview to the Government?
3         A.   I have not.
4         Q.   Are they stored anywhere?
5         A.   My memorandums on interviews are turned
6    over to the STIU coordinator.
7         Q.   I'm sorry?
8         A.   Any interviews that I conducted, written
9    interviews or memorandums, are turned over to the
10   STIU coordinator.
11        Q.   Who is that individual now?
12        A.   At the Penitentiary of New Mexico, is that
13   what you're asking?
14        Q.   Yes.
15        A.   Adam Vigil.
16        Q.   Could you spell that name, please, for me?
17        A.   Adam Vigil, A-D-A-M.  V-I-G-I-L.  Vigil.
18        Q.   I'm a Yankee.
19             So this individual, he then -- he gets all
20   these interviews, notes, and materials that you
21   prepared in connection with this defendant, and then
22   it is up to him whether he distributes them to the
23   Government or anyone else, right?
24        A.   I suppose if they wanted them, that's how
25   they would acquire them.
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                             FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
1         Q.    In other words, the place to go, if you
2    want to see your notes, your work product, is go to
3    Adam?
4         A.    Correct.  Well, he's the one I forward all
5    my stuff to, since he's my boss.
6         Q.    Is there any particular location, either
7    physical or within the computerized system, where
8    these items are stored?
9         A.    I suppose some are stored.  The purpose is
10   not to provide them to the Government.  The purpose
11   of doing the interview is to establish different
12   things.  For example, if I'm interviewing an
13   individual that wants to seek protective custody,
14   that will go to the coordinator, and the coordinator
15   will get ahold of the proper individuals to make sure
16   that that happens.
17         If I'm interviewing an individual
18   because -- let's say, for example, he's in the Level
19   5 system and he needs to go to a Level 4 system, or
20   to a Level 3 system, then that documentation would be
21   given to Adam Vigil.  And again, he would distribute
22   that to CBC or whomever -- unit managers, whoever is
23   responsible for the movement of that inmate.
24         Q.    And I understand that it is not routine to
25   provide that information to the Government.  But if
```

SANTA FE OFFICE                                                                      MAIN OFFICE
119 East Marcy, Suite 110                                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                                         Albuquerque, NM 87102
(505) 989-4949                                                                       (505) 843-9494
FAX (505) 843-9492                                                          FAX (505) 843-9492

**BEAN & ASSOCIATES, Inc.**
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1    it was requested and went through proper channels,

 2    that information would be available; correct?

 3         A.   Correct.

 4         Q.   And that information, if it had gone

 5    through proper channels, could be made available to

 6    the Government, and through them to the defense

 7    lawyers in this case; correct?

 8         A.   I guess I don't know how they do their

 9    business.

10         Q.   And in terms of -- you said -- had you

11    interviewed any defendants that are involved in this

12    case, or the related case, who were seeking

13    protective custody?

14         A.   Have I interviewed them before?

15         Q.   Yes.

16         A.   Yes.

17         Q.   Have you interviewed those who were seeking

18    protective custody that are defendants in this case

19    or the related case?

20         A.   I probably have.

21         Q.   I'm not asking the names.  But can you

22    think of any particular individual, as you sit there

23    now, that falls outside of the "probably" and the

24    ideas?

25         A.   Yes.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1       Q.   So the answer really would be yes?

2       A.   Yes.

3       Q.   All right.  Now the STIU coordinator, that

4   is a individual who is above you in terms of

5   supervision?

6       A.   He's my boss.

7       Q.   Okay.  Have you ever made application for

8   that particular position yourself?

9       A.   I believe I applied for the coordinator's

10  position at Southern at one point.

11      Q.   At one point?

12      A.   Yes, I'm trying to remember.

13      Q.   When was that?

14      A.   I think it may have been in 2012 or

15  something like that.

16      Q.   And when you applied for that, is that a

17  formal procedure in which you fill out an

18  application?

19      A.   No.  You have to go through the state

20  government SPO.

21      Q.   And do you know whether or not there is any

22  test or qualifications that you have to have in order

23  to secure a designation to that position?

24      A.   No.

25      Q.   So, you know, you go through the state

SANTA FE OFFICE                                    MAIN OFFICE
119 East Marcy, Suite 110                      201 Third NW, Suite 1630
Santa Fe, NM 87501                              Albuquerque, NM 87102
(505) 989-4949                                        (505) 843-9494
FAX (505) 843-9492                              FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1   government, and then they just say, look at your
 2   application, and they say yay or nay?
 3        A.   They determine if I meet the
 4   qualifications.
 5        Q.   But you don't have to go in for an
 6   interview?
 7        A.   If SPO says you met the qualification, then
 8   they set up an interview, yes.
 9        Q.   No test?
10        A.   Interview.
11        Q.   That person wouldn't have to identify the
12   policies or procedures either; correct?
13        A.   Depends what the questions are.
14        Q.   Now, the Exhibit 22, which you had referred
15   to, the packet concerning Mr. Baca, that basically
16   exists for other defendants in this case, a similar
17   packet; is that right?
18        A.   Correct.
19        Q.   I'm going to show you what's been
20   previously marked as Defendant Joe Gallegos Exhibit
21   C.  And that starts at page number 9386.  Do you
22   recognize that document as being the packet that
23   bears in connection with Mr. Gallegos' status in
24   terms of STG or Security Threat Group?
25        A.   Yes, sir, it seems to be similar.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              MR. SINDEL:  Your Honor, I'd move the

 2    admission of Defendant Joe Gallegos Exhibit C.

 3              THE COURT:  Any objection?

 4              MS. ARMIJO:  No, Your Honor.

 5              THE COURT:  All right.  Any objection from

 6    the defendants?

 7              All right.  Joe Lawrence Gallegos' Exhibit

 8    3 will be admitted into evidence -- oh, I meant C.

 9         Q.   Okay.  I'm going to show you basically the

10    cover page on this Exhibit C.  That contains a

11    picture of Mr. Gallegos, his name up there in the

12    upper left-hand corner; is that right?

13         A.   Correct.

14         Q.   Can you see there his age?

15         A.   Yes.

16         Q.   46; is that right?

17         A.   I see it says 46, yes, as his age.

18         Q.   And you see there under gangs?

19         A.   Correct.

20         Q.   Syndicato de Nuevo Mexico, suspected;

21    correct?

22         A.   Correct.

23         Q.   And Eastside Locos, ESL, Valencia?

24         A.   Correct.

25         Q.   Suspected, right?
```




SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1          A.    Correct.
 2          Q.    So, in other words, there hasn't been made
 3    a determination as to whether or not he's a member?
 4    He's simply suspected?
 5          A.    That's what it appears to be, sir.
 6          Q.    I mean --
 7          A.    That's what it says, yes.
 8          Q.    Okay.  And part of that packet is the
 9    criteria that you had referred to earlier on Mr.
10    Baca, you know, with a level 29.  This is for Mr.
11    Gallegos; correct?
12          A.    Correct, sir.
13          Q.    All right.  And that has group photos,
14    right?
15          A.    Correct.
16          Q.    And we know from the cross-examination that
17    Ms. Jacks did, that that's really nebulous as to
18    whether that's a particular aggravating circumstance,
19    since Mr. Gallegos would be living with other -- with
20    SNM designees?
21          A.    Unless he was in the population setting in
22    2001.
23          Q.    Do you know if he was?
24          A.    I don't.
25          Q.    So he gets two points for that, right?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    Correct.

 2        Q.    And there is some CI information.  That's

 3   one of these -- you referred to them as rats and

 4   snitches, confidential informant information, right?

 5        A.    That I referred to them as rats and

 6   snitches?

 7        Q.    You did when you were testifying, you

 8   called them rats or snitches, right?

 9        A.    I agreed that that's what they're called.

10        Q.    And that's a two-point, right?

11        A.    Correct.

12        Q.    And he totals out at 4?

13        A.    Correct.

14        Q.    Is 4 sufficient to designate him as a

15   member of the SNM?

16        A.    It's enough to suspect him.

17        Q.    Is it sufficient to identify him as a

18   member of the SNM?

19        A.    Yes.

20        Q.    So when they say on page 1 he's suspected,

21   that's wrong, in your opinion?

22        A.    No, it's enough to suspect him.  I guess I

23   misunderstood your question.

24        Q.    When that happens, just stop me.

25        A.    Okay.  I'm sorry.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1       Q.   Don't answer a question if you don't
 2   understand it.
 3       A.   Correct.  I misunderstood your question.
 4       Q.   So is 4 points on the criteria sufficient
 5   to identify him as a member of the SNM?
 6       A.   No, it's just a suspected.
 7       Q.   And if the photo is meaningless, he's down
 8   to 2 points, right?
 9       A.   Correct, sir.
10       Q.   This is another page of the packet
11   identifying Mr. Gallegos; correct?
12       A.   Yes, it is.
13       Q.   And his age is 35?
14       A.   Correct.
15       Q.   Nine years before the other one you had
16   seen?
17       A.   Correct, sir.
18       Q.   And he is still only suspected; is that
19   right?
20       A.   That's correct.
21       Q.   And as you said, you can keep adding things
22   to these packets if there is more information, right?
23       A.   Documentation, yes, sir.
24       Q.   And one of the things that you guys use is
25   tattoos?

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                    (505) 843-9494
FAX (505) 843-9492                                          FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1        A.    Our documentation, yes, sir.

2        Q.    And, in fact, there is only one thing -- or

3   two things that are equal to tattoos.  One is a

4   self-admission, right?

5        A.    Correct, sir.

6        Q.    And you would certainly understand that a

7   self-admission is pretty much as good evidence as

8   you're going to get?

9        A.    Correct.

10       Q.    And the other that has the same consequence

11  is tattoos?

12       A.    Correct, sir.

13       Q.    And then also court records?

14       A.    Correct.

15       Q.    And, of course, you know that you just

16  can't like scrub a tattoo off, right?  Once you got

17  it, you got it?

18       A.    Correct, sir.

19       Q.    So even the people that go into RPP, are

20  still going to still have those distinguishing

21  tattoos, aren't they?

22       A.    They are.

23       Q.    And people who leave and go on the street,

24  they're still going to have those tattoos; correct?

25       A.    Correct, sir.



SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                   Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                    FAX (505) 843-9492
                                                          1-800-669-9492
                                                   e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1       Q.   So that classification or criteria goes on

2  forever?

3       A.   It appears so.

4       Q.   Blood-in-blood-out, it's always going to be

5  there?

6       A.   Correct.

7       Q.   Let's take a look at Mr. Gallegos'

8  notification concerning the tattoos that exist on his

9  head, his face, his rear end, or his front side.  Any

10  that are designated?

11      A.   From the document you're showing me, no.

12      Q.   Yeah.

13      A.   There is no tattoos designated.

14      Q.   No tattoos.  And as far as you know, there

15  have never been tattoos from the time up until he's

16  age 45, right?

17      A.   There is no documentation of it, no.

18      Q.   There is no documentation.  When they do

19  these documentations on tattoos, do they have them

20  take off their clothes?

21      A.   Yes, they do.

22      Q.   So they would be able to see all of Mr.

23  Gallegos' body and make some notation as to whether

24  or not he had these damning tattoos?

25      A.   Correct.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   And as part of his packet, that's an STG
 2   validation, right?
 3        A.   It's a form that's part of the packet,
 4   correct.
 5        Q.   And on that form, basically, it has ten
 6   points to be confirmed as a member and a minimum of
 7   two criteria?
 8        A.   Correct.
 9        Q.   Must be validated by STG administrator?
10        A.   Correct.
11        Q.   Is that the same thing as the STG
12   coordinator?
13        A.   No, it's not.
14        Q.   Now, is the STG administrator higher or
15   lower than the coordinator?
16        A.   Higher.
17        Q.   And two points makes him a suspect?
18        A.   Correct.
19        Q.   And these particular forms then go through
20   all the criteria, and basically, just like before,
21   check them off with a little more information.
22        A.   Correct.
23        Q.   And I'm assuming that, in terms of making
24   the decision whether or not that Mr. Gallegos is a
25   suspect, or nothing, it is all up to Cheryl Lackey;
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    is that right?
 2         A.   No, it's not.  It's -- she just turns this
 3    documentation in, and the coordinator would determine
 4    whether she had sufficient documentation to indicate
 5    he's a suspect.
 6         Q.   Is it the coordinator or the administrator,
 7    or both?
 8         A.   For validation purposes, it's the
 9    administrator.
10         Q.   And one of the criteria that's referenced
11    there refers to information that was given by a
12    confidential informant?
13         A.   Correct.
14         Q.   We'll look at this paragraph here.  Is that
15    the paragraph that refers to information that was
16    provided by some unknown confidential informant?
17         A.   That doesn't appear to be a memorandum as
18    to the confidential informant, no.
19         Q.   Well, in that packet that you reviewed, did
20    you see anywhere a memorandum that indicated his
21    membership or his cooperation or his affiliation with
22    the SNM?
23         A.   Did I see in the packet the CI information,
24    is that what you're asking?
25         Q.   Yeah, a memorandum, something?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1          A.   I wasn't looking for it, so, no.

 2          Q.   I could show you again, or you can take my

 3     word for it.  It's not there?

 4          A.   I'll take your word for it if you say it's

 5     not there.

 6          Q.   So if the group photo is meaningless and

 7     the memorandum isn't there, he's down to a zero,

 8     isn't he?

 9          A.   If the group photo is no good and the

10     memorandum is not there, and it's not in his file?

11          Q.   Yeah.

12          A.   Well, yeah.

13          Q.   Zero?

14          A.   Yeah, it would be a zero.

15          Q.   On this criteria that we've been talking

16     about, do you know who it was that assigned the

17     particular numeric value to each of the headings or

18     topics?

19          A.   I don't.  I would imagine it was the --

20          Q.   Excuse me.

21          A.   I don't know.

22          Q.   All right.  Now, if you want to imagine

23     how, go ahead, you could do that.

24          A.   I would imagine --

25                  MS. ARMIJO:  Objection, calls for

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492                                           FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1    speculation.

2              THE COURT:  Well, if he can do it, I'll

3    listen to his testimony.  Overruled.

4         A.   It may have come from the administration,

5    the New Mexico Corrections administration policy, the

6    individuals who make policy.

7         Q.   And as far as you can tell, of the packets

8    you reviewed, those numerical assessments of how to

9    value the criteria have not changed for decades, have

10   they?

11        A.   They don't seem to have changed very much,

12   no.

13        Q.   Not very much.  They haven't changed at

14   all, have they?

15        A.   I don't believe they have.

16        Q.   And have you ever participated in any sort

17   of process where you had input in how to value these

18   particular criteria?

19        A.   No, I have not.

20        Q.   Now, when somebody comes back from the

21   streets, and having been compelled to commit a

22   criminal act by the SNM members, and he comes back

23   and he's wearing all those tattoos, he's going to be

24   designated as an SNM member, isn't he?

25        A.   If he has the criteria of the SNM tattoos,

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    yes.

2         Q.   Now, I believe you may have been asked

3    these questions -- and if I repeat them, I

4    apologize -- but would it be fair to say that books

5    and articles and magazines and journals, the only

6    written material that you have prepared are

7    PowerPoints; true?

8         A.   The only material that I have prepared?

9         Q.   Written material that you have prepared in

10   connection with your expertise in gang membership and

11   conduct and behavior are PowerPoints, right?

12        A.   That's fair to say.

13        Q.   Okay.  Has anyone ever approached you about

14   writing an article for a magazine or a journal?

15        A.   I believe that's prohibited by NMDC policy.

16        Q.   You believe it is, or you know?

17        A.   It is.

18        Q.   So that the only thing you could ever do,

19   as far as you're concerned, unless you left the

20   confines of the employment of the Department of

21   Corrections, is PowerPoint; is that right?

22        A.   Unless they gave me permission to do

23   otherwise, yes.

24        Q.   So it's prohibited unless they tell you

25   okay?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      A.    Correct.

2      Q.    And you could go to the powers that be and

3   say, Look, I've gotten a lot of information; I'm an

4   expert; let me please write some articles for the

5   journals that will have national publication or

6   statewide publication, because I have information

7   that is valuable that I can share?

8      A.    The Secretary of Corrections has the

9   ability to circumvent policy.

10     Q.    Well, they have ability to allow you to do

11  that, right?  It's not circumventing; it's giving you

12  permission.

13     A.    Yes, he could.

14     Q.    All right.  So tell me how many times you

15  have approached these individuals and say:  I have an

16  expertise that should be shared with the world?

17          MS. ARMIJO:  Objection, argumentative.

18          THE COURT:  Overruled.

19     A.    I've done this through presentations.

20     Q.    How many times have you approached him and

21  said:  I would like to write a book, an article, a

22  journal entry, anything like that?

23     A.    Never.

24     Q.    You referred to a gentleman the other day

25  during your direct and again in cross-examination, a

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    Dr. Robinson.  Do I have that right?
 2         A.   Yes, Dr. Robinson.
 3         Q.   What is Dr. Robinson's first name?
 4         A.   His first name is Robert Robinson.
 5         Q.   And you said he taught -- and I'm sorry, I
 6    just didn't hear what you had said the other day.
 7         A.   I said he had a Ph.D.
 8         Q.   Is he a professor somewhere, or does he
 9    just have a Ph.D.?
10         A.   He has a Ph.D. in philosophy.  I don't know
11    if he's a professor anywhere.
12         Q.   So you don't know if he is actively
13    instructing students on matters that might concern
14    prison gangs or street gangs or anything like that;
15    correct?
16         A.   He works directly for the Department of
17    Corrections as an educator.
18         Q.   Where?
19         A.   I believe different prisons.  But he works
20    directly for the Department of Corrections.
21         Q.   You mean New Mexico Department?
22         A.   Yes.
23         Q.   Okay, then.  So that basically, am I
24    understanding that your information is primarily
25    confined to the boundaries and borders of the State
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   of New Mexico?
 2        A.   I'm not understanding the question.
 3        Q.   All right.  Well, are you consulting with
 4   other individuals concerning your area of expertise
 5   that are in other areas besides the State of New
 6   Mexico?
 7        A.   To write my PowerPoints?
 8        Q.   I mean, do you pick up the phone, or do you
 9   send an email, or do you ask to visit someone who is
10   not within the New Mexico Department of Corrections
11   so you can discuss your findings and their beliefs?
12        A.   Yes.
13        Q.   All right.  So there are other people,
14   right?
15        A.   There is another person, yes.
16        Q.   There is another person.  Who is that other
17   person?
18        A.   Al Valdez.
19        Q.   Alan Valdez?
20        A.   Al.  A-L.  Valdez.
21        Q.   And where is Mr. Valdez located?
22        A.   He's a professor at the University of
23   California Irving (sic).
24        Q.   Irvine?
25        A.   Irvine, I'm sorry.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492





PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.    That's okay.  Does he have a Ph.D. in

2   philosophy, too?

3      A.    No, sir.

4      Q.    How often would you say you consult with

5   Professor Valdez?

6      A.    On occasion I've consulted with him.  He's

7   a gang expert in California.  He spent over 27 years,

8   I believe, or 30 years, as a gang unit police officer

9   in California.

10     Q.    You said a police officer; is that right?

11     A.    Correct.

12     Q.    Part of his time was on the streets?

13     A.    As a gang unit officer, yes.

14     Q.    And he went on to become a professor.  Do

15   you know anything of his educational background?

16     A.    I don't know too much about his educational

17   background, other than I consult with him on gang

18   issues.

19     Q.    Would it be fair to say that his background

20   is very similar to you as primarily experience?

21     A.    I think he's written over 13 books.

22     Q.    Same number as Dr. Robinson?

23     A.    I never said Dr. Robinson wrote 13 books.

24     Q.    Has Dr. Robinson written any books?

25     A.    I don't know.

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                   Albuquerque, NM 87102
(505) 989-4949                                                   (505) 843-9494
FAX (505) 843-9492                                      FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   So when you said "13 books," I may have
 2   misunderstood.  You were referring to this
 3   individual, Mister or Professor Valdez?
 4        A.   Correct.
 5        Q.   Have you ever communicated with him in
 6   writing, either by email or letter?
 7        A.   Yes.
 8        Q.   And are those documents or those letters or
 9   emails saved?
10        A.   Yes.
11        Q.   Those are in the backup material?
12        A.   I believe they are.
13        Q.   Do you put them in any particular file or
14   folder?
15        A.   They may be in my gang education folder.
16        Q.   Your gang education folder?  Is that what
17   you call it?
18        A.   Correct.  That's what I named it in my
19   folder.
20             MR. LOWRY:  Your Honor, may we have a
21   moment?
22             MS. DUNCAN:  I was just wondering if the
23   Court would excuse me.  I have a family medical
24   emergency and I need to go.
25             THE COURT:  No, that's fine.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   If the biography at the University of
 2   California Irvine indicates that Al Valdez has
 3   published four books, not 13 --
 4        A.   Okay.   I may have been mistaken on the
 5   amount.
 6        Q.   By nine books?
 7        A.   Well, I thought he had told me 13.   I've
 8   read a couple of his books.
 9        Q.   You read his books?
10        A.   A couple.
11        Q.   All right.   Four?
12        A.   I've read --
13        Q.   Three?   Two?
14        A.   I've read two of his books.
15        Q.   I think the other day you said that you had
16   read other books.   Can you provide us with the names
17   and the authors of the books that you have read that
18   have informed you concerning gang activities in the
19   various prisons throughout United States?
20        A.   One was written by Rene Enriquez, "Boxer,"
21   a former Mexican Mafia member.   Another one was Mr.
22   Medina, was also a former member of the Mexican
23   Mafia.   And I'm horrible as far as remembering titles
24   and names of the books.
25        Q.   But at least the two that you remember were
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    written by former gang members; is that how you
 2    understand it?
 3         A.   Yes, the two, yes.
 4         Q.   They're the Mexican Mafia, both of them?
 5         A.   Correct.
 6         Q.   None of them with the SNM?
 7         A.   I've not read any books on the SNM, no.
 8         Q.   Do you know what the definition of the word
 9    "enterprise" is?
10         A.   Enterprise, as I believe it, is a
11    structured organization.
12         Q.   Do you know what association-in-fact means?
13         A.   Association-in-fact?
14         Q.   Yes.
15         A.   I can't say that I do.
16         Q.   Now, we had talked a little bit about your
17    work as an FBI uncertified task force participant.
18    Have you investigated the SNM outside the prison
19    walls?
20         A.   Usually, when the FBI calls me and I
21    accompany them, I don't really always know exactly
22    what -- other than the briefing -- what we're going
23    to do.  But the investigation is not conducted by me.
24         Q.   All right.  Who from the FBI regularly
25    calls you to assist them in their activities?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        A.    Usually, if I go, it will be Mr. Bryan
 2   Acee.
 3        Q.    And I think you said it's been about a year
 4   since any of those things have happened.  Do you do
 5   any active investigation of the street activities of
 6   any prison gangs?
 7        A.    I don't.
 8        Q.    And we heard testimony that the SNM rules
 9   have changed over time; is that true?
10        A.    Correct.  Some of their rules and how they
11   run.
12        Q.    Have they changed since 2001, to your
13   knowledge?
14        A.    Yes.
15        Q.    And what are the changes that you're aware
16   of that took place around 2001?
17        A.    In particular to what?
18        Q.    You said you knew of rule changes.  I'm
19   asking you what are the rule changes?
20        A.    The rule changes?
21        Q.    Yeah.
22        A.    On how they conduct business.  Well, when
23   they were segregated, of course, their rules changed,
24   because they were no longer in a population setting
25   so they couldn't control the population setting
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

 

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1   anymore.  So a lot of their rules, as far as how they
 2   collected money, how they taxed other individuals,
 3   that was no longer applicable to them; they couldn't
 4   do that anymore.  So that kind of rule has changed,
 5   as far as being able to assault other inmates.
 6       Q.   Hold on for just a second.  The rule about
 7   collecting money, what was it before it changed, and
 8   what is it after it changed?
 9       A.   What's the rules of collecting money?  In
10   the population setting, they would have one of their
11   soldiers -- if another inmate in the population
12   setting owed them money, they would go and collect
13   that money.  If that money wasn't paid, they would
14   get assaulted.
15           Afterwards, they're in the segregation
16   population setting, so the rules of that would change
17   a lot differently.  So they weren't able to actively
18   assault other inmates.
19       Q.   I know.  But what was the change in the
20   rules?
21       A.   Well, the change in the rules would be they
22   would have to do it on the outside, not on the
23   inside.
24       Q.   Do it on the outside?
25       A.   They would have to figure out a way to

SANTA FE OFFICE                                           MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                   Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                    FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

 1    collect the money on the streets and not inside the

 2    prison.  So --

 3          Q.   PayPal?  I mean, how do they get the money

 4    outside in to the inmates on the inside?

 5          A.   Family members.

 6          Q.   And when it was inside, did somebody come

 7    up and just pull out a roll of dollar bills, and give

 8    it to someone?

 9          A.   They were paid in canteen sometimes.  And

10    other times money was added onto their books by

11    family members.

12          Q.   So the family members were doing it before

13    this rule change, and the family members were doing

14    it after this rule change, right?

15          A.   Yes.  Except for the rules changed in a

16    sense where it was limited to how they could do it.

17    So that was a change in itself.

18          Q.   Well, certainly, if it's money they want,

19    it's going to go through family members and not

20    through the prison setting, right?

21               MS. ARMIJO:  Objection, vague, as to whose

22    family members.

23               THE COURT:  Well, if he can answer the

24    question.

25          Q.   Inmates' family members --

SANTA FE OFFICE                                                              MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                  Albuquerque, NM 87102
(505) 989-4949                                                                (505) 843-9494
FAX (505) 843-9492                                                  FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1              MR. SINDEL:  I'm sorry.  I apologize.
 2              THE COURT:  Overruled.
 3       A.    What was the question again?
 4       Q.    If the money was going to go in to an
 5   inmate from someone's family members, the inmates'
 6   family members, that's the only way they were going
 7   to get currency, right?
 8       A.    Not the only way.  Sometimes they'll
 9   smuggle money into prisons.
10       Q.    How frequent is that?
11       A.    Not very.
12       Q.    So would you say generally the way that an
13   inmate can get money is to put it on his books so he
14   can spend it at the canteen?
15       A.    Or exchange of canteen within the prison.
16       Q.    Can you tell me of one of these other sea
17   changes in the rules?
18       A.    I believe one of the changes had occurred
19   when different individuals took control of the gang.
20   For example, when Anthony Ray Baca returned back, the
21   violations and the changes in the rules changed,
22   simply because there was a lot of bickering and
23   infighting within the organization.  So I believe
24   that we did confiscate some rules and violations that
25   were different than they had before.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1         Q.   Let's talk about the rules first.  When the
2    rules are confiscated, where are they?
3         A.   They're in the possession of STIU.
4         Q.   I'm sorry, what?
5         A.   They're in the possession of STIU.
6         Q.   Have those been, to your knowledge, turned
7    over to the Government to substantiate the allegation
8    that these rules have changed?
9         A.   I don't know.
10        Q.   Let me ask you this:  Somebody goes to the
11   administrator, your immediate supervisor -- I'm
12   sorry, the coordinator, your immediate supervisor?
13        A.   Correct.
14        Q.   Does he go to you and say:  You need to
15   send this stuff, or does someone else have that job?
16        A.   He will usually send it.
17        Q.   He will usually send it.
18        A.   He will usually send it, or he'll designate
19   someone to send it.
20        Q.   Okay.  So who would he designate?
21        A.   I don't know.
22        Q.   Has he ever designated you?
23        A.   No.
24        Q.   Despite the fact that you are the author of
25   some of these memos, right?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   Correct.

 2        Q.   You probably know the most about them;

 3   correct?

 4        A.   Correct.

 5        Q.   You know more than Mr. Sapien does;

 6   correct?

 7        A.   I don't know if I know more than Mr.

 8   Sapien.

 9        Q.   You know -- certainly, you know more, as

10   you indicated earlier, you are more qualified than

11   Mr. Cupit, right?

12        A.   I don't know if I'm more qualified than Mr.

13   Cupit.

14        Q.   Do they have the same jobs you do?

15        A.   No, they do not.

16        Q.   Are they on the same pay grade, as far as

17   you know?

18        A.   No.

19        Q.   Are they higher or lower?

20        A.   One is higher, one is lower.

21        Q.   Who is higher?

22        A.   The captain.

23        Q.   And who is -- obviously, the one that's

24   left is lower?

25        A.   Correct.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1       Q.   And you also discussed the database where

2   you can enter things into a computer?

3       A.   Correct.

4       Q.   Is that simply just entering information

5   that you've already been provided, so it's stored

6   within the memory of the computer?  Is that what

7   that's about?

8       A.   Well, there is a lot of databases.  Which

9   one are you referring to?

10      Q.   Well, I'm talking about whatever the

11  computer -- do you use a particular software program?

12      A.   To look up an inmate's status, it's by

13  different staff members, and different people have

14  access to, or a limited access to the different

15  areas, depending what their job description is.  So

16  it's a Criminal Management Information System.

17      Q.   What's the software called?

18      A.   I'm not sure, but it's the Department of

19  Corrections software.

20      Q.   In making the calculations, does it use any

21  logarithms?

22      A.   I'm not particularly -- I wouldn't know.

23      Q.   Do you know what a logarithm is?

24      A.   No.

25      Q.   So at least as far as you know, the

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                           Albuquerque, NM 87102
(505) 989-4949                                                          (505) 843-9494
FAX (505) 843-9492                                                FAX (505) 843-9492
                                                                       1-800-669-9492



PROFESSIONAL COURT
REPORTING SERVICE
e-mail: info@litsupport.com

```
 1    computer is used primarily as a storage device?
 2          A.    Yes, to store information, correct.
 3          Q.    Do you know what methodologies are used
 4    within the Department of Corrections in monitoring
 5    the activities of prison gangs?
 6          A.    I'm not sure I understand the question.
 7          Q.    Well, do you know what methodology is used
 8    within the prison system in monitoring STG
 9    activities?
10          A.    Do I know what method we use?
11          Q.    Methodology.   I can't pronounce
12    accreditation, but I can hit methodology?
13          A.    I'm not sure what you're asking.
14          Q.    Do you know what a methodology is?
15          A.    Well, I'm taking it as the method that we
16    use to monitor gang members.
17          Q.    Yeah.   So what method or methodology do you
18    use?
19          A.    What we have is a security threat module.
20    And what we do with that module is we determine how
21    many inmates -- how many different classification of
22    gang members are in a certain prison.   What
23    percentage of our certain gang members, or we have --
24    for example, if I wanted to look at the Penitentiary
25    of New Mexico to indicate how many SNM members I had
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN &
ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    in that prison, that module would let me know how

2    many I have.  So, yes, that's what we use as

3    methodology.

4         Q.   As I understand it, at least the way that

5    you've explained it, that this module is basically

6    used in order that you can assess how many members in

7    a particular institution may be validated as STG

8    members or disruptive group members?

9         A.   Yes.

10        Q.   It's math, right?

11        A.   Correct.

12        Q.   Now, the other day when Ms. Jacks was

13   asking you questions, she asked you whether or not

14   you compiled data on the motivations that are given

15   to you if people wanted to leave the gangs.  And you

16   said no?

17        A.   That's correct.

18        Q.   When an offender comes in for a second

19   go-around, and he is -- was a former member of the

20   SNM, and he says he wants basically out, do you have

21   any place where you keep that information stored?

22        A.   If an individual came back into prison and

23   I interviewed him, and he told me that he wanted out,

24   what I would do is write a memorandum to that effect,

25   and turn it over to my boss, which in turn, he would

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    turn it over to the RPP coordinator.
 2         Q.   Okay.  So where, then, does that memorandum
 3    finally end up?
 4         A.   With the RPP coordinator.
 5         Q.   Who is the RPP coordinator?
 6         A.   The RPP coordinator would be Captain --
 7    give me a moment.
 8         Q.   He's pretty important, isn't he?
 9         A.   Jeffrey Medina.
10         Q.   How do you spell that last name?
11    M-O-L-I-N-A?
12         A.   Medina, M-E-D-I-N-A.
13         Q.   So he would be the one that would have the
14    information about people who come back for their
15    second, third, fourth, fifth, sixth go-around, and
16    finally say, I don't want to be an SNM member, right?
17         A.   He would have the information that we
18    forward to him that an individual wants to drop out
19    of the gang, yes.
20         Q.   Do you keep a copy of that to put in the
21    individual's packet?
22         A.   I turn those over to the coordinator, which
23    should go into the packet, correct.
24         Q.   Now, you said yesterday you've never
25    removed anything from the packet, right?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        A.    I have never, not me.
 2        Q.    You would add certain things.  Would then
 3   the fact that the person that comes back from the
 4   streets and says, "I don't want to have anything to
 5   do with the SNM," would that be in the packet?
 6        A.    It should be, yes.
 7        Q.    And in terms of -- is there any table that
 8   you use or any compilation you make of the reasons
 9   that these people give for wanting to leave the SNM?
10        A.    Yes, it should be within the interview.
11        Q.    Do you put it anywhere that's not
12   particularized to the individual?
13        A.    I'm not sure I understand what you're
14   saying.
15        Q.    In other words, do you say, Look, these are
16   the top 10 reasons people want out of the prison
17   gangs.  Do you keep that anywhere?
18        A.    No.  And that's something, like I was
19   saying before, that Dr. Robinson and I are trying to
20   work on, for the exact reasons that you're saying,
21   because we do not compile those things.  And those
22   are very important reasons for being able to be more
23   successful with individuals that enter the RPP
24   Program, to reduce the recidivism of these guys
25   returning back, but also for their success within
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    that program.

2         Q.   All right.  So you think it's a good idea

3    to keep that data, those statistics, that

4    information, right?

5         A.   Correct.

6         Q.   Have you gone to the administrator and say,

7    Hey, I've got a great idea?

8         A.   Yes, Dr. Robinson and I did.

9         Q.   And Dr. Robinson went as well?

10        A.   Correct.

11        Q.   And they poo-pooed the idea?

12        A.   No.  They said it was a good idea.

13        Q.   Are you doing it?

14        A.   We're in the research stage right now.

15        Q.   When was it that you went to them and said,

16   I've got this great idea, let's let it percolate for

17   a while?

18        A.   Probably about three or four months ago.

19        Q.   Now, in the Government Document 1299, it

20   indicates that "failure to conduct SNM business in

21   the community can result in concerns when the SNM

22   member or affiliate or associate returns to prison

23   after having violated the law again."  Do you

24   remember that?

25        A.   Right.

SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                  Albuquerque, NM 87102
(505) 989-4949                                                              (505) 843-9494
FAX (505) 843-9492                                                  FAX (505) 843-9492
                                                                         1-800-669-9492
                                                            e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

1    Q.   So when you said in that summary that you

2  provided to them that they used to compose the

3  six-page information for the Court, was there any --

4  you said that the gang had members on the outside who

5  could take care of people who weren't doing their

6  jobs, right?

7    A.   Are you --

8    Q.   Let me rephrase.  That was a really lousy

9  question.

10       What you say in that document is that when

11  they go out on the street, basically, they continue

12  with SNM business, including making sure that people

13  do what they're supposed to do?

14    A.   Correct.

15    Q.   And yet you say that that doesn't happen

16  because the people in prison have to do it, and they

17  have to wait for them to come back in, right?

18    A.   I'm not sure what you mean.

19    Q.   Well, it says in there that they're

20  concerned about when they return to prison, that they

21  have not done their jobs.

22    A.   Yeah, they probably stop associating on the

23  outside.

24    Q.   Okay.  So the people on the outside

25  apparently haven't had too much control; correct?

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492
                                                                     1-800-669-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE                          e-mail: info@litsupport.com

```
 1        A.   Correct.
 2        Q.   The people that have provided you with the
 3   biographies that have been referred to, do you
 4   remember that testimony?
 5        A.   Correct.
 6        Q.   Where is that information stored?
 7        A.   With the RPP coordinator.  He has a file on
 8   that.
 9        Q.   The coordinator?
10        A.   Correct.
11        Q.   And then in terms of when you reviewed that
12   Document 1299, you were identified as the
13   coordinator, right?
14        A.   Yes, I was misidentified as the
15   coordinator.
16        Q.   You didn't catch that until yesterday,
17   right?
18        A.   Correct.
19        Q.   You were identified as an expert who has
20   been qualified in court?
21        A.   Correct.
22        Q.   And you didn't catch that till today?
23        A.   Correct.
24        Q.   So when you reviewed it, I guess it wasn't
25   a detailed, cautious, and careful review?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1         A.    That's correct, sir.

 2         Q.    That's six pages, that's a lot to read,

 3    isn't it?

 4         A.    It is.

 5         Q.    And the people you have used in order to

 6    formulate many of the opinions that you discussed,

 7    and you may discuss if you're allowed to testify in

 8    front of a jury, that information primarily comes

 9    from interviews?

10         A.    Primarily, yes.

11         Q.    And the people you interviewed could also

12    come into this courtroom and tell this Court and any

13    jury that's assembled the same thing that you heard?

14         A.    I don't know.

15         Q.    Well, if they tell what they told you, it

16    would be the same thing, right?

17         A.    If they tell what they told me, yes.

18         Q.    So you don't have to necessarily be the

19    conduit to provide that information to the Court.

20    They can go right to the source?

21         A.    I don't know.

22         Q.    They can, or can't?

23         A.    I don't know.

24         Q.    Well, if this person is still alive, they

25    could ask them to come in to court and testify,

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   right?
 2       A.   They could.
 3       Q.   They could use the power of subpoena to
 4   bring them in, as far as you know?
 5       A.   As far as you know, yes.
 6       Q.   Pretty hard to get away from the federal
 7   government if they're chasing you, right?
 8       A.   I don't know.
 9            MR. SINDEL:  I believe that's all I have,
10   Your Honor.
11            THE COURT:  Thank you, Mr. Sindel.
12            MR. SINDEL:  Thank you, sir.
13            THE COURT:  All right.  Any other
14   defendants?
15            Mr. Adams?
16                      EXAMINATION
17   BY MR. ADAMS:
18       Q.   So you had talked with Ms. Jacks about
19   there being no known error rate when you identify
20   somebody as an SNM member or gang member; correct?
21       A.   I'm sorry, I don't understand the question.
22       Q.   That, as far as you knew, there was nobody
23   who kept up with whether people were properly
24   validated or not properly validated as SNM members,
25   or any other gang member in the Department of
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1  Corrections; correct?

 2      A.   I'm trying to -- I guess I'm not

 3  understanding what you're asking.

 4      Q.   Okay.  I'm asking about error rates.

 5      A.   Oh, error rates.

 6      Q.   Whether you had error rates, whether you

 7  know what those are?

 8      A.   I don't know what the error rates are.

 9      Q.   You don't know what your own error rates

10  are, much less, the error rates of any of your

11  coworkers who classify other inmates?

12      A.   Well, when they classify them, they have to

13  go -- if they're suspected, it still has to be

14  approved by the unit coordinator, STIU unit

15  coordinator.  If they're validated, it still has to

16  be approved.  And the only one that can approve it is

17  the administrator or someone higher.

18      Q.   My question is about error rates.  Do you

19  know if any of those people keep up with how often

20  they get it right versus how often they get it wrong?

21      A.   We do audits on their files.  So I don't

22  know.

23      Q.   What's an audit on a file?

24      A.   Well, the coordinator usually does the

25  audits.  And he'll determine whether there is enough

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1    information there, or if the information is not valid
 2    to be in the file, so -- and to make sure that he has
 3    the file and everything is accurate in it.
 4         Q.   Okay.  Well, how would he determine if
 5    everything is accurate in it?
 6         A.   He'll go through it.
 7         Q.   So he reads through one of these letters,
 8    like in Mr. Baca's STIU file.  And how would he know
 9    if that's accurate or not?
10         A.   Well, he has a checklist that tells him,
11    for example, everything that should be in there.  And
12    once he goes through that audit, if everything is not
13    in there, his job should be to eliminate that -- the
14    point, and find out where it's at.
15         Q.   So what you're talking about is whether or
16    not the file is complete?
17         A.   Correct.
18         Q.   All right.  So who goes through and figures
19    out every four years, every 10 years, whether
20    somebody is actually an SNM member who is living in
21    an SNM pod?
22         A.   I believe that every time an individual
23    comes into a unit, and he's classified as an SNM
24    member and he's brought to us, we interview him, and
25    we check documentation to make sure he is currently



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1   documented.

 2       Q.   Okay.  And so if somebody answers no

 3   questions -- like I think you said Mr. Billy Garcia,

 4   you tried to interview him, and he answered none of

 5   your questions?

 6       A.   Correct.

 7       Q.   So how would you know -- I'm sorry, Billy,

 8   to use you as an example -- how would you know

 9   whether Billy Garcia was an active SNM member or a

10   retired SNM member, or never an SNM member, who

11   happened to get called an SNM member by an informant

12   of some sort?

13            MS. ARMIJO:  Objection, compound.

14            THE COURT:  Overruled.

15       A.   He would -- within the interview he would

16   tell me if he's no longer an SNM member.

17       Q.   If he talked to you?

18       A.   Correct.

19       Q.   He might tell you that he was no longer an

20   SNM member because he didn't do any work on the

21   outside?

22       A.   Correct.

23       Q.   And so don't send me back into those

24   restrictive conditions, because I've had a falling

25   out with those guys because I've retired?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1        A.    Correct.

 2        Q.    And then you send him back in because he'd

 3   previously been validated?

 4        A.    Correct.

 5        Q.    All right.  So what if somebody doesn't

 6   talk to you and tell you anything?

 7        A.    It's up to the coordinator to say, okay, we

 8   need to find out who is still active and who is still

 9   not active.  If they're in the same unit -- let's

10   say, for example, we conduct random interviews of the

11   SNM unit.  It's their opportunity to tell us if

12   they're not active or they are inactive.  Or if we've

13   seen that they're no longer associating with

14   active -- or they're no longer associating, then we

15   write the documentation on that.  And again, it would

16   be up to the administrator or the coordinator to make

17   that decision, I think, if that's the way I

18   understood your question.

19        Q.    Well, I'm trying to get to error rates.

20   But I'm going to stay with what you mentioned, and

21   we'll come back to error rates.

22            So, if somebody -- one thing you look at is

23   whether somebody is active or inactive as an SNM Gang

24   member?

25        A.    Correct.

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                Albuquerque, NM 87102
(505) 989-4949                                            (505) 843-9494
FAX (505) 843-9492                                   FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1      Q.    All right.  But everybody who has ever been
2  called an SNM Gang member, rightly or wrongly, is
3  housed together in a pod, right?
4      A.    Correct.
5      Q.    For security reasons; correct?
6      A.    Correct.
7      Q.    In a restricted pod, some Level 5, or Level
8  6?
9      A.    Yeah, it's -- yeah, I guess you could say
10  it's a restricted pod.
11      Q.    And it's only suspected SNM members who are
12  in the pod.  There are no other people who aren't
13  thought to be SNM members living in with the SNM
14  guys?
15      A.    Correct.
16      Q.    All right.  So how is somebody going to
17  show that they're an inactive member, if all day,
18  every day, the only people they're around are guards
19  and SNM members, or thought to be -- suspected SNM
20  members?  How is any guard going to pass information
21  along to you saying, like, Hey, I think this guy is
22  inactive?
23      A.    Right.  And if that were to happen, then I
24  would interview the individuals in the pod, the other
25  SNM members, who would tell you that they're not a

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1  member.

 2       Q.   Okay.  And then what happens?

 3       A.   Then we remove them.

 4       Q.   How often has that happened over the last

 5  five years?

 6       A.   I'm not sure.

 7       Q.   Can you think of one time that that's

 8  happened over the last five years?

 9       A.   Yes.

10       Q.   Okay.  Who?

11       A.   An individual by the name of Arturo Torrez.

12       Q.   Arturo Torrez.  When?

13       A.   I think maybe within the last couple of

14  years.

15       Q.   Who else?

16       A.   I believe another individual by the name

17  of -- I can't remember his name.  I know there has

18  been a couple.

19       Q.   All right.  And the thought was those guys

20  did not appear to be interacting with any of the

21  other SNM members in the pod?

22       A.   They were interacting -- they just weren't

23  part of SNM group.

24       Q.   So did they go through the RPP Program to

25  be able to get out of the restricted environment?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    No.
 2        Q.    All right.  They were just removed because
 3   you guys thought maybe you had gotten it wrong?
 4        A.    No, because we interviewed, and did an
 5   investigation, and came to the conclusion that they
 6   were not.
 7        Q.    Okay.  Well, were they -- had they ever
 8   been?  Do you believe the initial determination that
 9   they were validated was accurate?
10        A.    Yes.  In the case of Arturo Torrez, yes, he
11   was an active member.
12        Q.    When?
13        A.    When was he an active member?
14        Q.    Yes.
15        A.    In the '90s.
16        Q.    Then did he get out of the DOC and then
17   come back in to the DOC, and was placed back into the
18   SNM unit?
19        A.    Correct.
20        Q.    And somebody raised it to your attention
21   that, Hey, he may not be an active member anymore,
22   because he's not interacting with the fellow?
23        A.    He did.
24        Q.    He sent you a letter?
25        A.    He sent someone a letter.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1     Q.   So do you view that as an error in
2  classifying him when he came back into the Department
3  of Corrections?
4     A.   No.
5     Q.   Why not?
6     A.   Because he was still documented as an
7  active member.
8     Q.   So my question is why do you believe the
9  document is correct if he, in fact, was not an active
10  SNM member, but you guys labeled him as one based on
11  historical documents?
12     A.   I wouldn't have known until we did an
13  investigation.
14     Q.   So you -- just to be fair, you just relied
15  on whatever was in the old report when he came back
16  in?
17     A.   Correct.  So when he came back in, and then
18  he went through the RDC process, he mentioned nothing
19  about not being an active member.  He actually stated
20  that he was still a member of the SNM.  So under
21  those circumstances, he was put back into the SNM
22  unit.  After that, he had written a letter stating
23  that he was no longer an active member, and did not
24  want to participate or be in the same unit as active
25  members.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1          Q.   Okay.   And he didn't have to go through the

2     renouncing or restoration program?

3          A.   Correct.   His was basically a protective

4     custody issue.

5          Q.   So getting back to the example -- and I'll

6     make up facts, so I'm not talking about Billy

7     Garcia's case, but using Billy Garcia as an example.

8          A.   All right.

9          Q.   Let's say somebody had been in the DOC in

10    the '90s.

11         A.   Um-hum.

12         Q.   They may or may not have been an SNM

13    member, but the paperwork said they were an SNM

14    member.   Okay?   And then they parole out and they go

15    home?

16         A.   Correct.

17         Q.   And they come back into prison, and you

18    have no idea what's happened to them in the decade

19    they've been out?

20         A.   Right.   That's why we have an initial

21    interview when they come into the Reception and

22    Diagnostic Center.

23         Q.   All right.   And what happens if that person

24    comes in and says, "I'm not a gang member anymore.   I

25    Christianed out?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1       A.   Then we'll segregate them from the rest of

2   the unit.  If he no longer wants to be within the

3   active unit of the SNM, we'll segregate him out, and

4   give him a chance to debrief or go into an RPP

5   Program.

6       Q.   Okay.  Well, but the RPP Program is for

7   active SNM members who are renouncing.  We're talking

8   about somebody who is coming back into the DOC, who

9   is no longer a member.

10      A.   What do you mean by active?

11      Q.   Well, you're using the word "active."

12      A.   Well, as long as they're SNM, and it's

13  classified as SNM until they debrief, they're not

14  active anymore.

15      Q.   Okay.  So that circles back to my questions

16  about error rate.  Once somebody has been called SNM

17  by your team, they're always going to be viewed as

18  SNM, unless something extraordinary happens?

19      A.   Unless they denounce, yes.

20      Q.   Unless they denounce.

21           So if somebody was wrongfully classified,

22  they're going to remain wrongly classified their

23  entire life, and you guys don't have any programs to

24  evaluate that to see if you got it right back in '94

25  or '96, when somebody was first labeled, right?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN & ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   Correct, I guess.
 2        Q.   Any chance we can get you to take the "I
 3   guess" off that?  Is this a correct statement or
 4   question to you, or not?
 5        A.   I guess I could explain it this way.  If an
 6   individual has been wrongly classified as an SNM
 7   member, we will get requests from them that they are
 8   not an SNM member.  And once we get the request, we
 9   will look into it, and we'll do an investigation to
10   prove yes or no.
11        Q.   So you may allow them the opportunity to go
12   into the RPP Program to get out of the SNM unit?
13        A.   No.  If there is evidence that they're not
14   an SNM member, of course, then they're not an SNM
15   member, and we remove them.
16        Q.   All right.  And has that ever happened?
17        A.   I'm sure it has.
18        Q.   When?  How many times and who?
19        A.   One person that I know of was an individual
20   by the name of Anthony.  I can't remember his last
21   name.  Give me a second.  I remember the moniker
22   Kujo.  Anthony -- I'm sorry, I can't remember the
23   last name.
24        Q.   Okay.  So Kujo.  Anthony "Kujo," last name
25   unknown, you believe had been falsely diagnostically
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   validated as an SNM member?

 2        A.   Not me.  I didn't take it off of him.  I

 3   just know of that person.

 4        Q.   But you believe he had been placed in the

 5   SNM unit falsely; that he had been improperly

 6   validated as an SNM member sometime prior by somebody

 7   in the STIU?

 8        A.   That's what the conclusion had come to by

 9   the administration, yes.

10        Q.   And that was because he self-reported that

11   to you?

12        A.   He must have self-reported that to -- to

13   the STIU, yes.

14        Q.   And if he had been of the philosophy,

15   Mr. nickname Kujo, if Mr. Kujo had been of the

16   philosophy that:  I don't write prison guards

17   letters, period, because that doesn't help me live my

18   life here in the prison, so I don't communicate with

19   prison guards.  I'm certainly not going to complain

20   to prison guards about how I'm housed, then you guys

21   would have never known that he had been wrongly

22   placed in the SNM unit and wrongly labeled an SNM

23   member?

24        A.   If you file a habeas, that's another way.

25        Q.   So if he pursued it through the courts or
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    pursued it internally, maybe you would learn of the
2    initial error?
3         A.   If it was an error, yes.
4         Q.   Well, you're assuming it was an error that
5    he was in the unit?
6         A.   They cleared him of it, yes.  My
7    understanding, he came back later, and was
8    reclassified as an SNM member.
9         Q.   Okay, I'm going to leave that one alone.
10             Let me go on to this thing.  You said
11   yesterday that your understanding of SNM, it was
12   blood-in-and-blood-out?
13        A.   Correct.  That's the way their motto was
14   when they first originated.
15        Q.   Did that mean you had to do an act of
16   violence to get into the gang?
17        A.   Correct.
18        Q.   And if you wanted to get out of the gang,
19   that means you leave in a casket?
20        A.   Correct.
21        Q.   So there is no way to retire?
22        A.   There was no way to retire.
23        Q.   But then you talked about -- with
24   somebody -- you talked about the Old Timers.  And
25   what the Old Timers mean is that it was somebody who

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                     201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 843-9492                                          FAX (505) 843-9492



1-800-669-9492
PROFESSIONAL COURT                              e-mail: info@litsupport.com
REPORTING SERVICE

```
1    could just retire from the SNM?
2         A.   Correct.
3         Q.   So there are people who retire without
4    blood out?
5         A.   It appears that way, yes.
6         Q.   And you believe that's correct?
7         A.   Yes.
8         Q.   And you also talked about that some people
9    become -- have religious conversions, and they
10   withdraw from the SNM Gang?
11        A.   Correct.
12        Q.   And that that is permitted under the
13   current rules that have been in place for the last 20
14   years for SNM?
15        A.   That's how I understand it, yes.
16        Q.   And you understand that from your
17   interviews with inmates?
18        A.   Correct.
19        Q.   And that other people are allowed to
20   withdraw for whatever personal life reasons they
21   need?
22        A.   Right.  I mean, the older guys, they're not
23   expected to put in work anymore, and they've done
24   their part.  So they're no longer -- they're no
25   longer expected to comply with any of the rules.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   And yet, if they don't go through the RPP
 2   Program, they remain a validated SNM member; correct?
 3        A.   Correct.
 4        Q.   And they would live in that pod surrounded
 5   by SNM members, right?
 6        A.   Correct.
 7        Q.   Where they would only have the opportunity
 8   on picture day to be photographed with SNM members;
 9   correct?
10        A.   Before they were segregated into that unit,
11   yes.
12        Q.   All right.  And their whole life would
13   be -- in the prison, would be surrounded by other SNM
14   members; correct?
15        A.   Correct.
16             We have another population that's called
17   the Special Management Population.  We have SNM
18   members in there that are no longer, for whatever
19   reason, they're no good, but they don't want to go to
20   the RPP Program.  But they cannot associate with
21   active members of the SNM for whatever -- green light
22   issues, whatever.  So they've been put into a
23   different setting, population setting as well,
24   without going to the RPP.  So there is an alternative
25   as well.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1        Q.   All right.  Put people in protective

2   custody?

3        A.   We don't like to call it "protective

4   custody."  We just call it a different type of

5   population.

6        Q.   But is it tantamount to being in protective

7   custody?

8        A.   Yes.

9        Q.   You might put them in there if you think

10   they're in danger?

11       A.   It's with a different population setting,

12   yes.

13       Q.   All right.  Well, let me back up to my

14   example.  So we've got people who could have been in

15   prison earlier, who had been validated as an SNM

16   member, rightly or wrongly, and they may have tattoos

17   that are viewed as SNM-related tattoos by different

18   members of the STIU; correct?

19       A.   Correct.

20       Q.   And then they could get out on the street,

21   away from the gang, and withdraw from SNM membership

22   through either a religious conversion or in other

23   ways withdraw from membership?

24       A.   Correct.

25       Q.   All right.  And then they could come back

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                      201 Third NW, Suite 1630
Santa Fe, NM 87501                                              Albuquerque, NM 87102
(505) 989-4949                                                         (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492
                                                                    1-800-669-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

e-mail: info@litsupport.com

```
1    into the prison.  And unless they tell you they'll go
2    through RPP, or unless they tell you they're no
3    longer a member, they get revalidated because their
4    prior paperwork said they were validated, right?
5         A.   They remain validated.
6         Q.   They remain validated.  And you guys have
7    no idea about they've withdrawn from the gang for 10
8    years?
9         A.   Usually they'll tell you.
10        Q.   If they tell you, then what happens?
11        A.   If they tell us, then we'll -- if they feel
12   that they would be in danger if returned into that
13   SNM population setting, we would remove them.
14        Q.   Okay.  Over to that unit where people are
15   locked down all the time?
16        A.   No, they're not locked down.  It's a
17   population setting.
18        Q.   So they could go into that unit, or they
19   could go back into the SNM unit, or they could go to
20   RPP, if they'd been previously validated?
21        A.   Correct.
22        Q.   So you would have -- so assume with me for
23   a second, the situation where somebody leaves; they
24   withdraw, retire from the gang, for whatever -- old
25   age, religion, mama made them promise they'd
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1   withdraw, whatever the reason -- they come back into
 2   prison, and they don't have a conversation with you.
 3   They go back into the SNM unit, don't they, as a
 4   validated member?
 5        A.   As part of the process they'll always have
 6   a conversation with us.
 7        Q.   They don't have to answer your questions?
 8        A.   Correct.
 9        Q.   And if they don't answer your questions,
10   what happens?
11        A.   They go back to the SNM.  Or if they're
12   validated, they'll return back to the validation.
13        Q.   Right.  So once somebody is there, they
14   could be in the unit, and in that circumstance
15   they're not an active SNM member, but they're still
16   going to be in the unit and be as a validated member
17   by you and your team; correct?
18        A.   They're considered active.
19        Q.   Right, you consider them active?
20        A.   Correct.
21        Q.   And so if that's an error, you're not
22   looking to find out whether that's an error or not?
23   Unless they prove to you by whatever level of proof
24   is needed that they're no longer a member, they are
25   going to be treated like they're a member, just based

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    on prior paperwork?

2         A.   If they were out in the streets, and they

3    were on probation and parole, probation and parole

4    would keep offender notes on them, offender reports.

5    And we have access to those as well, so we would

6    review those.

7              If there is no indication in there that

8    this individual has ever stated that he's no longer a

9    member or he's no longer a member in good standing,

10   unless he tells us, and there is basically no reason

11   why they wouldn't tell us that they're no longer

12   active or a good member in standing with the SNM,

13   yeah, you're right, I wouldn't know.

14        Q.   And you're certain -- in your experience

15   you're certainly aware that there are a lot of

16   inmates that just aren't going to talk to the guards,

17   period?

18        A.   Not too many.

19        Q.   Not too many?  That's just Hollywood myth?

20        A.   Correct.

21        Q.   I'd like to ask you a couple of questions

22   about the doing work out on the street or doing

23   missions on the street once SNM members are paroled

24   out and they go home.  You had mentioned that

25   earlier, and I wanted to follow-up with a couple more

SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                  Albuquerque, NM 87102
(505) 989-4949                                                              (505) 843-9494
FAX (505) 843-9492                                                    FAX (505) 843-9492
                                                                        1-800-669-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE                               e-mail: info@litsupport.com

```
 1   questions.
 2           Is your source of information about that
 3   simply your interviews with inmates when they return
 4   to the DOC?
 5       A.   Yes, interviews with inmates that have
 6   returned back, and have stated this, or individuals
 7   that have been debriefed, that were active members of
 8   the SNM.
 9       Q.   Who are going through the RPP Program?
10       A.   Correct.
11       Q.   And that's -- your full understanding of
12   what's happened on the street is based on what you
13   just said:  The RPP debriefings and inmates returning
14   to the DOC who are choosing to talk with you?
15       A.   I also believe that there are active
16   members that I've spoken to that have told me the
17   same.
18       Q.   I'd like to ask you a couple of questions
19   about your seminar presentations.  Do you know how
20   many seminar presentations you've given?
21       A.   More than 10.
22       Q.   I'm going to ask you where?  The first one,
23   where was it?  What was the title?
24       A.   The first one was with the New Mexico Gang
25   Task Force.  The title was "Prison Gangs."
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1         Q.   When was it?
 2         A.   It may have been, maybe 2012.
 3         Q.   Did you prepare materials for that
 4   presentation?
 5         A.   Yes.
 6         Q.   How long was the presentation?
 7         A.   Four hours.
 8         Q.   Was it you presenting by yourself for four
 9   hours?
10         A.   No.
11         Q.   How long was your part of the presentation?
12         A.   I was the primary presenter.  So I don't
13   have primarily a part; would just interject when I'm
14   speaking.  The individual that's with me can
15   interject at any time.
16         Q.   All right.  And what were the materials?
17         A.   The materials were slide shows.
18         Q.   Do you still have the slides?
19         A.   That particular one, I don't know.
20         Q.   How could we get those slides from you, if
21   you have them?
22              MS. ARMIJO:  Objection, Your Honor.  That
23   might be law enforcement sensitive.
24              THE COURT:  Why don't y'all talk about it
25   on the break.  I think we need to take an afternoon
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1    break.  So we'll be in recess for about 15 minutes.
2    And if there is an issue there, we'll take it up at
3    the appropriate time.  All right.
4              (The Court stood in recess.)
5              THE COURT:    Let's see if we got
6    everybody.  All right.  I think we've got everybody.
7    Looks like we've got enough counsel for everybody.
8              Let me take up a matter.  I've been talking
9    to Ms. Wild, who has been in communication with both
10   Ms. Armijo and Ms. Bhalla about your second counsel.
11   And I'm inclined to give you a second counsel.  But
12   I'm getting a little frustrated that you're wanting
13   to delay it.  So I'm putting this on the record,
14   because I don't want you to use the fact that you
15   don't have a second counsel as a delay to, you know,
16   delay the trial, or something like that.
17             So 10:00 tomorrow morning let Ms. Wild know
18   who you want.  And work it out.  Because I've been
19   telling y'all you need to get your house in order.
20   And I'm putting on the record that you're the one
21   delaying it.  Okay.
22             MS. BHALLA:  Yes, Your Honor.  And I
23   actually have been working on it.  And I think that
24   we have found somebody.  And I've communicated with
25   Ms. Waters and with Ms. Wild about that.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              THE COURT:  10:00 o'clock tomorrow morning
 2    you let us know.  Otherwise, I'm appointing somebody.
 3    Okay?
 4              MS. BHALLA:  Yes, Your Honor.
 5              THE COURT:  Because I don't want you to be
 6    delaying it.  There is nothing on the record.  So now
 7    it's on the record that you're the one that's
 8    delaying it.  I'm ready to appoint somebody.  And so
 9    let us know.  Otherwise, at 10:00 tomorrow, I'm going
10    to do my own thing.
11              MS. BHALLA:  Yes, Your Honor.
12              THE COURT:  All right.  Mr. Martin, I'll
13    remind you that you're still under oath.
14              Mr. Adams, if you wish to continue your
15    cross-examination of Mr. Martin, you may do so.
16              MR. ADAMS:  Thank you, Your Honor.
17        Q.   So I'm going to return back to this list of
18    presentations you've done.  And we were at number
19    one.  And you were saying you were unsure if you
20    could provide us your materials or not.
21        A.   Correct.
22        Q.   How do you find that out?
23        A.   I would have to talk to the STIU
24    administrator to see if that's permissible or not.
25        Q.   When can we follow-up with you?  Because we
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    really need those before you testify, and we didn't
 2    get them.  So when can we circle back with you to see
 3    if we can get those materials, or whether we need the
 4    file something with the court?  I mean, is Friday
 5    enough time?  Two days?
 6         A.   Yeah, I suppose.
 7         Q.   Will you be at your regular office on
 8    Friday?
 9         A.   Correct.
10         Q.   So number one was a presentation on gangs
11    in 2012.
12              What was presentation number two?
13         A.   All the presentations have been pretty
14    similar.  They're all on prison gangs.
15         Q.   All right.  So all on New Mexico prison
16    gangs?
17         A.   Correct.
18         Q.   Who were the different audiences?  Has it
19    all been Department of Corrections' employees?
20         A.   No.  New Mexico Gang Force is open to law
21    enforcement.
22         Q.   So those materials would not be protected
23    under the DOC, because that's an outside group;
24    correct?
25         A.   That's law enforcement sensitive.  I don't
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    know.  It's still their property.
 2         Q.   All right.  And has that PowerPoint changed
 3    over time, or this one basic PowerPoint that you've
 4    used in all ten of your presentations?
 5         A.   No, it's changed.
 6         Q.   All right.  So that number two -- do you
 7    remember the ten presentations that you've given?
 8         A.   I don't.  Some of them have been the same.
 9    I've used the same presentation maybe three or four
10    times.
11         Q.   All right.  What are the -- so you've done
12    a gang -- prison gang talk that you worked on as
13    number one for 2012, and you've used that three or
14    four times?
15         A.   On the same topic.
16         Q.   What are your other topics?
17         A.   It's been the same topics.
18         Q.   So prison gangs in New Mexico?
19         A.   Yes.
20         Q.   Have you ever included materials on SNM?
21         A.   Yes.
22         Q.   How many times?
23         A.   Every time.
24         Q.   Every time.  And is it fair for me to
25    assume this was not exclusively SNM, but it was all
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   the different identified gangs in the DOC?

 2        A.   Correct.

 3        Q.   And yesterday with Ms. Jacks you indicated

 4   that you sometimes go get information from the

 5   internet.  I believe you said informational on

 6   cultures and gangs from law enforcement websites.

 7        A.   Yes.

 8        Q.   How does that assist you?

 9        A.   Just to see the commonalities within the

10   prison gangs around the country.

11        Q.   All right.  And so you do that as part of

12   your job?

13        A.   No.

14        Q.   Just part of an interest that you have?

15        A.   Correct.

16        Q.   And you said that you went on a site named

17   Code 10 or Code 1.

18        A.   Something like that.  I don't remember.

19        Q.   And what do you look for when you're on

20   that site?

21        A.   I think that site, in particular, talks

22   about things that are going on in different prisons.

23   The other sites that I go to are -- would be

24   classified under prison gangs.

25        Q.   What sites?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   I don't remember.  This has been a while
 2   since I've done this.
 3        Q.   How often do you go on to Code 10 or Code
 4   1?
 5        A.   I probably haven't done it in a couple of
 6   years.
 7        Q.   Okay.  So this is not something that you
 8   are using material from there as a part of your
 9   purported expert opinion in this case?
10        A.   No.
11        Q.   All right.  I looked for a website called
12   Code 10 or Code 1, and could not find one.
13        A.   I'm not sure.  I thought that was the name.
14        Q.   I did find this thing called Corrections 1.
15        A.   Maybe that's the one.  It might be that
16   one.
17        Q.   It has this photograph.  And I just
18   couldn't resist showing it to you.  Does this look
19   like the website you referenced?
20        A.   Yes.
21        Q.   How does that help you with prison gangs?
22             And for what it's worth is
23   www.corrections1.com.  And there is a very
24   frightening guy's picture there on the home page with
25   a skull tattooed on his face.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492





PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   I used that for information about security
 2   threat issues that they're having in different
 3   prisons.
 4        Q.   You just looked to see whatever the news
 5   articles are that are linked there?
 6        A.   Correct.
 7        Q.   Okay.  So this is not some sort of insider
 8   baseball type of website?  This is just a law
 9   enforcement website that links to media articles?
10        A.   Correct.
11        Q.   Are there any other websites that you rely
12   on as part of the bases of your purported expert
13   opinions?
14        A.   No.  I use them as information.
15        Q.   Have you been retained by the Government in
16   this case?
17        A.   Are they paying me?  Is that what you're
18   asking me?
19        Q.   Well, I will ask you that.  But let me ask
20   you this first:  Do you have a retainer agreement?
21   Have you a signed document with them?
22        A.   No.
23        Q.   To be an expert for them?
24        A.   No.
25        Q.   All right.  Are you getting paid?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   No.
 2        Q.   When were you contacted about assisting the
 3   Government in this prosecution?
 4        A.   I believe it was a collaboration of all
 5   STIU staff, when they first started to collect
 6   information on indictments.  So it was -- at that
 7   time I was part of a lot of other STIU officers that
 8   were asked to meet -- to meet in -- I believe, it was
 9   in Albuquerque -- to talk about the collection of
10   documentation.
11        Q.   This would be in late 2015?
12        A.   Correct.
13        Q.   Would this have been right after the main
14   arrests in this case, or before that?
15        A.   It may have been before.
16        Q.   I believe the arrests or most of the
17   arrests occurred on, I believe, December 3, 2015.
18        A.   It was before.
19        Q.   So you were part of a meeting with other
20   STIU officers?
21        A.   Yeah, administrators and the FBI, yes.
22        Q.   And were you asked at that time if you
23   would offer expert assistance?
24        A.   No.
25        Q.   When were you asked if you would offer
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   expert assistance?

 2        A.   I don't remember, to be honest.  Probably

 3   six months or a year ago.  Six months maybe.

 4        Q.   When were you provided a copy of the expert

 5   disclosure that Ms. Jacks went over with you

 6   basically line by line?  When were you given that

 7   document?

 8        A.   I've seen that document, I believe, on

 9   Monday.

10        Q.   And that was prepared for you; you didn't

11   write that?

12        A.   I didn't write that, no.

13        Q.   Were you interviewed about that?  At some

14   point, did you have a conversation where you gave

15   your thoughts and ideas and it was put in writing?

16        A.   The only time that that happened was when I

17   provided my qualifications.

18        Q.   So your resume that's been marked as

19   Government's Exhibit 17?

20        A.   Correct.  We might have had a verbal

21   discussion about it.  But I don't recall.

22        Q.   And I'd like to ask you a little bit about

23   the information about the historical part of SNM.

24   You went over with the other lawyers that part of

25   your opinions are on the formation of SNM, as far
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    back as the 1980s, when you weren't working for the

2    DOC?

3         A.   Correct.

4         Q.   And you said that you learned that from

5    veteran officers; learned about that history from

6    veteran officers, and then confirmed it with

7    interviews of inmates?

8         A.   I learned about the SNM through veteran

9    officers.  I learned about the history of the SNM

10   through individuals that were actively at the time a

11   part of the SNM.

12        Q.   What veteran officers educated you about

13   the SNM, or shaped part of your views about the SNM?

14        A.   That was about 20 years ago.  I don't know.

15        Q.   So is the answer you don't remember?

16        A.   I don't remember.

17        Q.   Okay.  You had talked a little bit about

18   this FBI Task Force, which is listed on your resume.

19   Were you ever officially a member of the task

20   force -- of a federal task force?

21        A.   I don't know if I would call it official.

22   I'm not sure how that would work.  All I know is that

23   I would assist.  For example, overtime or whatever

24   was paid, any overtime incurred by me was paid by the

25   federal government to the State of New Mexico.

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                   Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                     FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
1          Q.   Was there ever a memo of understanding done

2    by the federal government, law enforcement agencies,

3    and your employer, about them using your time and

4    then getting flow-through payments to you, to your

5    knowledge?

6          A.   Yes, I believe there was.

7          Q.   Do you think there was a memo of

8    understanding?

9          A.   I believe there was something in writing,

10   yes.  But I don't know what it is.

11         Q.   Did you receive any type of credentials or

12   identifications that would identify you as a task

13   force officer?

14         A.   No.

15         Q.   When do you think this memorandum of

16   understanding may have been executed?

17         A.   I believe this was executed when we were

18   working with the California Surenos, probably in

19   2014, 2015.

20         Q.   And are you not sure if that would still be

21   in effect today?

22         A.   I'm not sure.

23         Q.   Did you ever change offices to move from

24   wherever you were doing your work to some task force

25   office facility?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   No, sir.

 2        Q.   Have you ever interviewed Chris Garcia?

 3        A.   No, I have never interviewed Chris Garcia.

 4        Q.   Have you ever observed Chris Garcia?

 5        A.   No.

 6        Q.   Have you ever reviewed Chris Garcia's STIU

 7   file?

 8        A.   No, I have not.

 9        Q.   Have you ever reviewed any pictures about

10   his tattoos?

11        A.   No, I have not.

12        Q.   Ever reviewed his classification scores?

13        A.   No.

14        Q.   So you'd have no opinion at all about Chris

15   Garcia, whether or not he's an SNM member?

16        A.   At this point, no.

17             MR. ADAMS:  Thank you.

18             THE COURT:  Thank you, Mr. Adams.

19             Any other defendants that want to

20   cross-examine?

21             Mr. Villa?

22             MR. VILLA:  I'm sorry, Your Honor.  I know

23   you were hopeful.

24             THE COURT:  I don't hope for anything.

25   Just stay steady.  Don't hope for anything.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1                        EXAMINATION
2    BY MR. VILLA:
3         Q.   Good afternoon, Mr. Martin.
4         A.   Good afternoon.
5         Q.   I'll try to be brief.  I'm just going to
6    kind of jump around.
7              You mentioned the STIU Coordinator Adam
8    Vigil, that's your direct supervisor?
9         A.   He was, yes.
10        Q.   He's no longer?
11        A.   No.
12        Q.   That's while you were still at STIU?
13        A.   Correct.
14        Q.   Mr. Vigil is still at STIU?
15        A.   Correct.
16        Q.   This is the same Adam Vigil that worked at
17   Southern New Mexico?
18        A.   No.
19        Q.   Was there a different Adam Vigil that
20   worked at the Southern New Mexico Correctional
21   Facility?
22        A.   I don't know any Adam Vigil that's ever
23   worked at Southern Correctional Facility.
24        Q.   Do you happen to know Mr. Vigil's position
25   prior to him becoming the STIU coordinator?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      A.   I believe he retired as a major at the

2  Penitentiary of New Mexico, and he came back as the

3  STIU coordinator.

4      Q.   You testified I believe on your direct

5  about the different levels of classification, Level 6

6  being the highest?

7      A.   Correct, sir.

8      Q.   And if I understand it correctly, somebody

9  who is a member of an STG, like SNM, they're not

10 necessarily placed in Level 6; correct?

11     A.   Level 6 is used as a disciplinary, behavior

12 modification.  If an -- so SNM members can be placed

13 in Level 6, correct.

14     Q.   If they have some sort of disciplinary

15 issue?

16     A.   Correct.  That's what Level 6 is used for.

17     Q.   Just because they're SNM doesn't mean they

18 go there?

19     A.   Correct.  Any inmate that is deemed a

20 threat or is serving disciplinary sanctions will end

21 up at the Level 6.

22     Q.   Some SNM members are kept in the same pod

23 together; correct?

24     A.   In Level 6, is that what you're saying?

25     Q.   No, not on Level 6.  Just in general.

SANTA FE OFFICE                                                      MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                          (505) 843-9494
FAX (505) 843-9492                                                FAX (505) 843-9492
                                                                       1-800-669-9492
                                                              e-mail: info@litsupport.com



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1        A.   In a Level 4 setting, yes.

2        Q.   So SNM members who aren't doing some sort

3    of discipline or other corrective action that's being

4    taken against them, can be housed in a Level 4

5    setting with other SNM members; true?

6        A.   Correct.  In a congregate setting, yes.

7        Q.   So if an SNM member is in Level 4, in that

8    setting, to get themselves put into Level 6, they've

9    got to have some sort of disciplinary infraction?

10        A.   Yes, they would have to -- misconduct

11    report would have been written on them, and they

12    would have been placed in segregation, yes.

13        Q.   And do you know how long they can be placed

14    in segregation?

15        A.   Depends on the severity of the infraction.

16        Q.   Is there some process by which that

17    determination is made?

18        A.   Yes, a hearing officer determines.  We have

19    a criteria in Corrections.  And depending on what the

20    severity of that is, there is a minor misconducts,

21    and then major misconduct reports.  But they have to

22    be found guilty, of course, of misconducts.

23        Q.   Does someone in STIU play any role in those

24    determinations that -- whether they're found guilty

25    of misconduct, and how long the period of time they

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    should be in discipline is?

2         A.   No.

3         Q.   It's just done by the hearing officer?

4         A.   Correct.

5         Q.   Same process that someone who is not in SNM

6    or STG would go through?

7         A.   Correct.

8         Q.   Is Level 6 used for anything else besides

9    discipline?

10        A.   It used to be used for protective custody

11   inmates as well.  But we've changed that process.  So

12   at this point at the Penitentiary of New Mexico, it's

13   primarily used as a disciplinary unit.

14        Q.   When did the process change?

15        A.   I believe it changed about a year ago.

16        Q.   2016?

17        A.   Maybe less.  I'm not sure.  But I know it

18   did change.

19        Q.   And when you say "protective custody,"

20   you're talking about somebody who has a threat to

21   their safety, their life?

22        A.   Right.  I'm not saying that we don't hold

23   individuals that have protective custody issues in

24   there as well.  I guess I should have clarified that.

25   Because it's primarily used for individuals that are

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    in segregation, but there is occasion where we would

2    put individuals in there for protective custody

3    issues until we reclassify them somewhere else to a

4    different prison.

5         Q.   So, for instance, somebody who has a green

6    light or a hit out on them from an STG, like SNM,

7    might be placed in protective custody until you can

8    reclassify them?

9         A.   Correct.

10        Q.   Or anybody else whose life might be in

11   danger?

12        A.   Right.

13        Q.   So aside from protective custody and

14   discipline, is Level 6 used for any other reason?

15        A.   Not to my knowledge.  I'm not understanding

16   what you mean.

17        Q.   I mean, is somebody placed into Level 6

18   classification for some other reason besides

19   discipline or protective custody?

20        A.   We have federal holding in there at times

21   as well.

22        Q.   Inmates who are being held there pending a

23   federal trial?

24        A.   Right.  Or a county might not be able to

25   keep the inmates.  Or there might be a security

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1    threat issue with a county inmate, and they'll
2    contract him to us.
3         Q.    Somebody who is in danger in the county
4    jail, they're placed in Level 6 pending their trial?
5         A.    Yes.  Those are some of the reasons, yes.
6         Q.    Any other reason somebody can be placed in
7    Level 6?
8         A.    I'm not sure.
9         Q.    Not that you're aware of?
10        A.    Not that I'm aware of, correct.
11        Q.    Are you familiar with the housing of
12   members believed to be SNM or are SNM at the Southern
13   New Mexico Correctional Facility in 2014?
14        A.    Yes.
15        Q.    Were you in the STIU at that time?
16        A.    Yes, I was.
17        Q.    Did you make decisions or have input on how
18   SNM members were housed?
19        A.    I do not have -- I did not have input on
20   how they were housed or where they were housed, no.
21        Q.    Were you involved at Southern New Mexico
22   when Javier Molina was murdered, March 7, 2014,
23   allegedly murdered?
24        A.    I was working at the Penitentiary of New
25   Mexico.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1         Q.   At PNM?
 2         A.   Yes.
 3         Q.   Did you come down and participate in the
 4    investigation in any way?
 5         A.   No.
 6         Q.   Were you asked to consult and provide any
 7    opinions about the homicide?
 8         A.   I was not.
 9         Q.   And you didn't conduct any of the
10    investigatory interviews that took place in
11    connection with that homicide?
12         A.   Well, let me back up a minute.  When that
13    homicide did happen, the SNM members that we did have
14    at the Penitentiary of New Mexico, I believe we did
15    interview those individuals that were there, the STIU
16    unit did interview the individuals that were there,
17    in order to try to get information on the reason or
18    the motive.
19         Q.   Did you personally interview anyone or
20    attend an interview of anyone that was believed to be
21    SNM, housed at PNM?
22         A.   I may have.
23         Q.   Who was that?
24         A.   There was several.  I can't remember right
25    offhand.  I'm sure there was some that I did
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    interview.

 2         Q.   And did you use those interviews to help

 3    form the opinions you intend to offer in this case?

 4         A.   I would have to look at them.  Because I do

 5    not remember the interviews, or if I ever gained any

 6    information.

 7         Q.   Have you been asked by the Government to

 8    offer opinions about the Javier Molina homicide?  For

 9    instance, why it was carried out?

10         A.   I've given my opinion on it, yes.

11         Q.   I mean, is it your understanding that

12    you're going to, depending on the outcome of the

13    Judge's ruling, testify at the trial regarding the

14    Javier Molina homicide and why it happened?

15         A.   Yeah, I've spoken to them about it, yes.

16         Q.   Do you have an opinion about whether Javier

17    Molina was an SNM member?

18         A.   Yes.

19         Q.   And what is that opinion?

20         A.   That he was.

21         Q.   And that's based upon what?

22         A.   Information received from interviews of

23    other SNM members that he was a member.

24         Q.   Anything else?

25         A.   I don't recall.  I believe maybe court
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    documents.
 2         Q.   Do you know what court documents?
 3         A.   Excuse me?
 4         Q.   Do you know what court documents?
 5         A.   They are either court documents or police
 6    reports that he was a self-admitted SNM member.  But
 7    to be honest with you, I'm not sure.  I haven't -- I
 8    remember from the interviews with individuals that --
 9    the active members of SNM and inactive members of
10    SNM -- that they did state that Javier Molina was a
11    member of the SNM.
12         Q.   Do you intend to testify that Javier Molina
13    was murdered because he was believed to be -- well,
14    strike that.
15              Is it your opinion to testify that Javier
16    Molina was murdered as a result of an SNM-ordered
17    hit?
18         A.   Yes.
19         Q.   Is that based upon interviews with other
20    SNM members?
21         A.   Correct.
22         Q.   Or review of documents related to similar
23    interviews?
24         A.   Correct.
25         Q.   Is it based upon anything else?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        A.    No.
 2        Q.    Now, you're probably aware, my client Rudy
 3   Perez is charged in connection with the Javier Molina
 4   homicide; true?
 5        A.    Correct.
 6        Q.    Do you have an opinion about whether Mr.
 7   Perez is a member of the SNM?
 8        A.    Only through documentation, and his
 9   self-admission to me that he is a member of the SNM.
10        Q.    His admission to you?
11        A.    Correct.
12        Q.    He -- when did that admission occur?
13        A.    I've interviewed Mr. Perez on several
14   occasions, and he's admitted to me that he's an SNM
15   member.
16        Q.    How many times have you interviewed Mr.
17   Perez?
18        A.    I believe about two or three times.
19        Q.    And was that in connection with classifying
20   him as a member of SNM?
21        A.    No.
22        Q.    What were the interviews for?
23        A.    I can't remember.
24        Q.    Okay.
25        A.    I'd have to look at my notes.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.   Did you ever interview him related to the

2  Javier Molina homicide?

3      A.   I don't believe I have.

4      Q.   Did he ever tell you anything about the

5  Javier Molina homicide?

6      A.   He's never told me, no.

7      Q.   Did you, since he was indicted in this

8  case, which I'll represent to you occurred

9  approximately April 2016, did you attempt to

10 interview him about the Javier Molina homicide?

11     A.   I don't remember.

12     Q.   Did you ask him whether he would talk to

13 you and cooperate with the Javier Molina homicide?

14     A.   Yes, I did.

15     Q.   And he told you, "No."

16     A.   Correct.

17     Q.   Were you aware that members of -- alleged

18 members of the SNM -- in the pod where Javier Molina

19 was murdered were working in the wheelchair program

20 in Southern New Mexico?

21     A.   Was I aware they were working in the

22 wheelchair program?

23     Q.   Yes.

24     A.   Correct, yes.

25     Q.   And did you have an understanding that

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                 Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 843-9492                                                 FAX (505) 843-9492
                                                                   1-800-669-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE
                                                                   e-mail: info@litsupport.com

```
1    those inmates were obtaining metal from the
2    wheelchair program to make shanks to bring into the
3    pod?
4         A.   After the fact, yes.
5         Q.   You found out about it after the fact?
6         A.   Yes.  I didn't know during -- that they
7    were working in there to manufacture weapons.
8         Q.   And that's based upon interviews with other
9    inmates?
10        A.   Correct.
11        Q.   So I want to ask you just a little bit
12   about that.  You talked about the manufacturing of
13   shanks; correct?
14        A.   Correct.
15        Q.   And shanks can be made, I think as you
16   testified, to carry out an assault or a murder,
17   right?
18        A.   Right.
19        Q.   But also, I think you said that they can be
20   used as a form of commerce, for trading, selling,
21   that sort of thing?
22        A.   Correct.
23        Q.   And that's the sort of things you've
24   learned through interviews of inmates?
25        A.   Correct.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.   Did you interview in connection with this

2  case any of the cooperating defendants or cooperating

3  witnesses that are involved in the Javier Molina

4  homicide?

5      A.   Did I interview them?

6      Q.   When I say in connection with this case, I

7  mean about the Javier Molina homicide?

8      A.   No.

9      Q.   Or about cooperating with the Government to

10 testify regarding the Javier Molina homicide?

11     A.   I don't believe I did.

12     Q.   So you haven't conducted an interview of

13 Timothy Martinez?

14     A.   No.

15     Q.   About the Javier Molina homicide?

16     A.   No.

17     Q.   Mario Rodriguez?

18     A.   No.

19     Q.   Jerry Armenta?

20     A.   No.

21     Q.   Jerry Montoya?

22     A.   No.

23     Q.   Billy Cordova?

24     A.   No.

25     Q.   Lupe Urquizo?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   No.
 2        Q.   I forgot to ask you this question earlier.
 3   Can you tell me what a bone crusher is?
 4        A.   Yes, that's a term used by inmates when
 5   they have a good-sized shank that will go right
 6   through your bones, that will crush your bones when
 7   they hit you with it.  So a bone crusher would refer
 8   to something that would definitely cause fatal blows.
 9        Q.   And you know that from interviewing
10   inmates?
11        A.   Correct.
12        Q.   Do you have any other source of knowledge
13   for how you learned what a bone crusher is?
14        A.   Yeah.  I think we discussed it with, like
15   Mr. Valdez; I've discussed that with him before.  And
16   they use the same term in California with other
17   counterparts in the California prison system, that
18   they also say that -- a bone crusher is also
19   something that they know to be a weapon or a shank
20   that causes -- that could cause fatal damage.
21        Q.   I'm going to move on now.
22             You were talking -- this came from the
23   notice about sanctions and reasons for sanctions;
24   correct?
25        A.   Correct.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.   So the sanction, if I understand it

2   correctly, is a punishment on a member of an STG by

3   other members of that STG; correct?

4      A.   Correct.

5      Q.   For violating some code or rule or

6   unwritten rule of that STG?

7      A.   Correct.

8      Q.   And I think that you testified that one of

9   the grounds someone might receive a sanction is if

10   they don't follow the orders of a member of that STG?

11      A.   Correct.

12      Q.   So if a higher-up, if you will, orders

13   someone to do something, and they say no, that person

14   who says no could be in trouble?

15      A.   Correct.

16      Q.   Have violence used against them?

17      A.   They could have, yes.

18      Q.   And if a higher-up orders a hit, they order

19   someone to be killed, and another member of the STG

20   interferes with that in some way, they could receive

21   a sanction?

22      A.   Correct.

23      Q.   And this is information that you've learned

24   from doing interviews; correct?

25      A.   Correct.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.   Is that also something you've discussed

2   with -- I lost his name -- the individual from

3   California?

4      A.   Sanctions, as it pertains to their prison

5   gangs?

6      Q.   Yeah, the idea that if you refuse an order,

7   or interfere with an order, like a hit, that you can

8   then be subject to violence?

9      A.   Yeah, I did.  That did -- I did have those

10   conversations with my counterpart in California when

11   I was working on the certification, or the

12   investigation into the certification of the

13   California Surenos.

14      Q.   And that was when you were working with

15   Mr. Al Valdez.

16      A.   No, some counterparts within the California

17   Corrections Department on that case.

18      Q.   Okay.  But, in general, you've consulted

19   with Mr. Valdez from California about some of the

20   commonalities you all see?

21      A.   Correct.

22      Q.   And is that one of the things you've talked

23   with Mr. Valdez about, this idea of being sanctioned

24   for interfering with an order?

25      A.   I'm sure that that's a good part of our

SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                           201 Third NW, Suite 1630
Santa Fe, NM 87501                                                  Albuquerque, NM 87102
(505) 989-4949                                                              (505) 843-9494
FAX (505) 843-9492                                                     FAX (505) 843-9492
                                                                       1-800-669-9492
                                                               e-mail: info@litsupport.com



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
1    conversation.  I don't recall for sure, but I'm sure
2    that's a part of our conversation.
3          Q.   I want to try to clarify something.  You
4    testified, when Ms. Jacks was examining you, about
5    emails that -- I thought you said you still had them,
6    emails that maybe you had shared with the prosecution
7    team.  And then, when you spoke to Ms. Duncan, when
8    Ms. Duncan was examining you, you testified that you
9    were in the habit of deleting your emails.  So I
10   wanted to try to clarify that, and determine if you
11   still have emails that have been corresponded in
12   relationship to this case?
13         A.   I think I had said that some of my emails
14   had been deleted, that pertained to something else
15   with Agent Acee, not pertaining to this case, not
16   pertaining to the SNM.
17         Q.   But you believe you still have the emails
18   related to this?
19         A.   Yeah, I believe that they should still
20   exist.  Because even if they get erased, even if I
21   delete them, it goes into a backup system.
22              MR. VILLA:  May I have just a moment, Your
23   Honor?
24              THE COURT:  You may.
25              MR. VILLA:  I think those are all my
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    questions.
 2              THE COURT:  Thank you, Mr. Villa.
 3              Any other defendants' counsel that wishes
 4    to cross-examine Mr. Martin on the Daubert or
 5    Rodriguez motion?
 6              All right.  Ms. Jacks, you're about ready
 7    to leave?
 8              MS. JACKS:  Actually I was kind of waiting
 9    to see what was going to happen.
10              THE COURT:  Okay.
11              MS. JACKS:  But I appreciate --
12              THE COURT:  Well, if I don't get to speak
13    to you, have a safe trip.  Thank you for your
14    participation.
15              MS. JACKS:  Thank you.
16              THE COURT:  Ms. Armijo, do you wish to
17    conduct redirect of Mr. Martin?
18              MS. ARMIJO:  Yes, Your Honor.  Thank you.
19              THE COURT:  Ms. Armijo.
20                    REDIRECT EXAMINATION
21    BY MS. ARMIJO:
22       Q.   Now, a lot has been asked of you over the
23    last 24 hours.  And I wanted to ask you some
24    questions in general.  I know that you've testified
25    that part of what you consider in coming to your
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    opinions about the SNM is interviews, but you also
 2    mentioned other things as well.  As far as the
 3    interviews, does it include all the things you
 4    previously testified, which include the orientation
 5    reclassification, people dropping out, or being moved
 6    around?
 7         A.   Yes, there is a lot of variations in the
 8    interviews, they don't -- specifically for just one
 9    reason.  There are multiple reasons we interview.
10         Q.   Does it include current members and past
11    members?
12         A.   Correct.
13         Q.   Are your opinions also based upon the
14    trainings that you've attended?
15         A.   Correct.
16         Q.   And what about talking to other law
17    enforcement sources?
18         A.   Yes.
19         Q.   What about letters that you have been --
20    either that you or others in Corrections have
21    obtained from gang members?
22         A.   Correct.
23         Q.   Do you use that information?
24         A.   Yes.
25         Q.   Do you also use as part of your opinion
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1    jail calls that are listened to by law enforcement

 2    regarding gang activity?

 3         A.   Yes.

 4         Q.   Do you also for your opinion depend on STIU

 5    files and other law enforcement or Corrections'

 6    documents pertaining to gang members?

 7         A.   Yes.

 8         Q.   And do you also base your opinion based on

 9    books and articles, such that you've already

10    testified to?

11         A.   Yes.

12         Q.   Now, the notice that you were provided to

13    look over, was that actually drafted by the U.S.

14    Attorney's Office, in comparing it to the indictment

15    in this case?

16         A.   I'm not sure.

17         Q.   It's the Document 1299 that Ms. Jacks went

18    over with you.

19         A.   Right.

20         Q.   Was that actually drafted by the U.S.

21    Attorney's Office, and you were asked to review it?

22         A.   Yes.

23         Q.   Now, a lot has been said about the

24    validation process by the Corrections.  Is validation

25    different -- if you're a validated member is that
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1   different from a different criteria -- let me see,

 2   I'm sorry, I'm wording this poorly.  Can somebody be

 3   a member of SNM, but not necessarily validated by

 4   Corrections Department?

 5        A.   Correct, yes.

 6        Q.   All right.  And is that because the

 7   validation process is such that Corrections has to

 8   basically, you know, dot the Is and cross the Ts, to

 9   make sure that there are certain verifications that

10   are met for validation?

11             MR. SINDEL:  Your Honor, I'm going to

12   object to the leading form of the questions.  She can

13   just ask what process they use rather than suggesting

14   it.

15             THE COURT:  Don't lead.

16        Q.   Let me ask the question differently.  For

17   validation, is that -- can somebody be a member and

18   not be validated by the Corrections Department?

19        A.   Yes.

20        Q.   And explain how.

21        A.   A person could have -- we just might not

22   have gotten all the documentation to provide that

23   they are a member.

24             For example, Timothy Martinez came into the

25   prison system and was not suspected or validated as

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    an SNM Gang member.  And once he was assaulted in the

2    general population, he ended up self-admitting that

3    he was an SNM member.

4          Or members that have been recruited in the

5    county jail that we don't know about.  Or they could

6    have been in the system for a long time, and we

7    haven't acquired enough documentation for validation

8    purposes.

9          Q.   And you were also talking about removing

10   someone from that.  If you remove someone that is --

11   was previously validated, does that necessarily mean

12   that there was a previous error?

13         A.   No.

14         Q.   What does that mean?  What can that mean?

15         A.   That means that he has been inactive for a

16   long period of time, and that there is no reason to

17   keep him validated.  He's no longer associated or an

18   active -- what we would consider an active member.

19         Q.   Now, you were questioned a great deal about

20   why somebody who is an active SNM member while

21   incarcerated, and they go out on the street and then

22   they come back in, and maybe they, you know, didn't

23   put in their work on the street.  And if they came

24   back in, why you would believe them as far as -- or

25   why would you put truth in the entry -- I'm going to

SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                      201 Third NW, Suite 1630
Santa Fe, NM 87501                                             Albuquerque, NM 87102
(505) 989-4949                                                          (505) 843-9494
FAX (505) 843-9492                                                FAX (505) 843-9492
                                                                   1-800-669-9492
                                                            e-mail: info@litsupport.com



1    say -- reentry interview as to where to place them?

2         A.   Because we're trying to protect them from

3    harm or death.  So there is no reason for me not to

4    believe that someone is in fear for their life, if

5    they're telling me they're in fear for their life.

6         Q.   So, for instance, let's just say a person

7    comes back in; he's been out on the street, and they

8    don't want to talk to you.  Now, they're not telling

9    you, yes, I'm active, or no, I'm active.  And as a

10   result, you put them back in the SNM pod.  Would it

11   be dangerous, yes or no -- you tell me -- if someone

12   is not good standing to go back into the SNM pod?

13        A.   Yes, it would.

14        Q.   And does that go into your -- I guess your

15   judgment call of whether or not this person is

16   telling you the truth, because they would know that

17   their safety is in danger?

18        A.   Correct.

19        Q.   Now, is it a practice for prison gang

20   experts to research and understand a prison gang's

21   history?

22        A.   Is it a common practice for them to

23   research?  Yes.

24        Q.   And is it a common practice for gang

25   experts and law enforcement officers to read books

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                   Albuquerque, NM 87102
(505) 989-4949                                                  (505) 843-9494
FAX (505) 843-9492                                    FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1    about the formation of prison gangs?
 2         A.    Yes.
 3         Q.    Is that something that you have done?
 4         A.    Yes.
 5         Q.    Is it a common practice for gang experts
 6    and law enforcement officers to interview gang
 7    members and ex-gang members to find out this
 8    background and historical information?
 9         A.    Absolutely.
10         Q.    And is that something that you have done?
11         A.    Yes.
12         Q.    Is it a common practice for prison gang
13    experts and law enforcement officers to speak to
14    other law enforcement and corrections officers to
15    understand their observations, opinions, and
16    background and history of certain prison gangs?
17         A.    Absolutely.
18         Q.    And is that something that you have done?
19         A.    Yes.
20         Q.    Is it common for prison gang experts and
21    law enforcement officers to --
22              MR. ADAMS:  Your Honor, objection to the
23    leading nature of these questions.
24              THE COURT:  Well, I agree they're leading.
25    But I think she's trying to establish some record
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    here.  I think we know what the answers are, so I'll

2    allow it.  Overruled.

3         Q.   Is it common for prison gang experts and

4    law enforcement officers to review historical prison

5    documentation to form opinions about a gang's origin,

6    background, and history?

7         A.   Yes.

8         Q.   Is that something that you have done?

9         A.   Yes.

10         Q.   And lastly, did you personally use all of

11    these common research methods to form the basis of

12    your opinions on the SNM's origins, background, and

13    history?

14         A.   Yes.

15              MS. ARMIJO:  I have nothing further.  Thank

16    you.

17              THE COURT:  All right.  Thank you, Ms.

18    Armijo.

19              All right.  Mr. Martin, may step down.

20    Thank you for your testimony.

21              THE WITNESS:  Thank you, sir.

22              THE COURT:  Mr. Castellano, remind me the

23    procedure?  We were going to take some evidence, keep

24    the evidence going, because of your expert, so you

25    want to, before we do any argument or anything

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  further, you want to put on your next expert?

2         MR. CASTELLANO:  Yes, sir.  We have

3  additional information.  I believe, Ms. Armijo may

4  want to take up a housekeeping matter first.  But we

5  are ready to present more evidence related to the

6  James hearing after that.

7         THE COURT:  Okay.

8         MS. ARMIJO:  Your Honor, and I believe that

9  Mr. Beck actually is going to be taking care of it.

10  It has to do with an update on the electronic issue.

11         THE COURT:  All right.  Mr. Beck.

12         MR. BECK:  Your Honor, so, on Monday we

13  discussed that the Court was going to order

14  disclosure of a single ELSUR device.  And I relayed

15  that to FBI.  And I had a conversation with the

16  general counsel in Albuquerque last night, and then a

17  conversation with the general counsel in Albuquerque

18  and couple attorneys from the Operational Technology

19  Division and the Office of the General Counsel in

20  Quantico for FBI.  And we will be filing a motion to

21  reconsider the Court's order.  I expect that I'll

22  discuss with the Operation Technology Division some

23  of the things that they expect that I'll include in

24  that motion to reconsider, and some of the arguments

25  that are a little bit more technical than I'm able to

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    articulate right now.  But they have gotten in
 2    contact with me, and do intend to at least raise
 3    their objections to the Court's order at this point.
 4              So I want to alert the Court to that,
 5    because I know it's something that's been time
 6    sensitive for everyone in here; that they're working
 7    on it.  And I expect that I've given them the
 8    timeline, and I expect that we will file a motion to
 9    reconsider before December 7th's hearing.
10              THE COURT:  Would it be helpful so that we
11    have people that are fully able to answer the
12    questions that I order, or you could make sure that
13    the people from the FBI that are able to answer all
14    questions are here?
15              MR. BECK:  So I told -- I told everyone
16    that I talked to that the Court did order production.
17    And that the Court ordered production.  And so I told
18    them that the Court expects a written motion to
19    reconsider.
20              What I understand is that they are not, at
21    this point, interested in being here to argue it
22    personally.  But they, for some reason, think that
23    they may be able to download information into my head
24    so that I may -- I know, I agree, no, please, I
25    laughed when they said that, too.  My words, not
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    theirs.  They had better technology words than I do.
 2    But for some reason they think they'll be able to
 3    help me articulate a better basis for our objection
 4    to the Court.
 5              I told them I'm willing to do that.  I
 6    said -- I gave them the Court's instructions on
 7    Monday, that -- the Court's reasoning behind its
 8    order.  To be frank with the Court, with everyone
 9    here, I'm not sure it will change the Court's
10    decision, since it will again be coming from my
11    mouth.  But I told them that I would be willing to do
12    my best and to raise that with the Court, and to see
13    the Court's point of view.
14              THE COURT:  Well, let me say this:  And I
15    don't mean to be disrespectful in any way, but it's
16    signaling to me -- and you can tell me if this is
17    wrong -- it's signaling to me that the FBI is sort of
18    taking a pro forma position.  This is something they
19    feel like they need to do in the federal courts of
20    the nation, is to protest against this, but they're
21    not fighting me very hard.  And so I'm probably on
22    the right -- at least in my own mind, I think I'm on
23    the right track.
24              So you might convey that to them, so that
25    if I'm misreading what the FBI -- if this is a more
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   sensitive nature, and I'm not picking up all the
 2   security implications from it, it would probably
 3   behoove them to send somebody here that can answer
 4   all questions.  Otherwise, I'll probably persist in
 5   this sort of impression that I'm getting.
 6           MR. BECK:  That's similar to the
 7   conversation that I had with them last night.
 8           THE COURT:  All right.  Just as long as
 9   we --
10           MR. BECK:  I just wanted to raise that with
11   the Court.
12           THE COURT:  I appreciate it.  Maybe we can
13   take that up -- I know it's not going to give the
14   defendants much time to file a written response, but
15   I think you're going to be reading with me at the
16   same time, I think we're all going to be prepared to
17   argue, and then maybe I can rule so that we can keep
18   the things moving.
19           More housecleaning?
20           MS. SIRIGNANO:  Just in response, Your
21   Honor.  Thank you.
22           THE COURT:  Oh, okay.  Responses to
23   housecleaning.
24           MS. SIRIGNANO:  Yes, thank you, Judge.
25           THE COURT:  It's housekeeping, isn't it;
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492





BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1    it's not housecleaning.
2              MS. SIRIGNANO:  Maybe a little of both.
3              Judge, Ms. Jacks and I and a number of
4    defense counsel worked on that letter that she filed
5    with the Court regarding the electronic evidence.
6    And I would just like to request the Court to give
7    the Government a deadline as to when they're going to
8    file that motion to reconsider.  And also --
9              THE COURT:  I think Mr. Beck says he's
10   going to have it by the 7th.  So what I was proposing
11   is take it up the first thing on the 7th.  That's
12   clear.  And that will move things along.
13             MS. SIRIGNANO:  Well, I'm sorry.  I'm
14   confused.  He's going to file the motion on the 7th,
15   or we're going to argue it on the 7th?
16             THE COURT:  He's going to file it before
17   the 7th.  He's nodding affirmatively.  And we'll take
18   it first thing up on the 7th.
19             MS. SIRIGNANO:  Well, I'd like to get a
20   date, Your Honor, only because we have to respond to
21   it.
22             THE COURT:  That's what I was just saying.
23   I mean, we're all just going to be reading.  I mean,
24   and do we really need to -- I mean if we delay the
25   response -- I mean if we delay argument because of
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    the response, we're probably delaying the production.
 2              MS. SIRIGNANO:  Judge, the only reason why
 3    I ask --
 4              THE COURT:  I think Mr. Beck may solve my
 5    problem.  Mr. Beck.
 6              MR. BECK:  Being somewhat familiar with the
 7    Court's practice, the Court tends to give us an
 8    inclination the way the Court is leaning.
 9              THE COURT:  Is that helpful?  Everybody is
10    nodding.
11              MR. BECK:  In this case the Court has
12    already ordered production.  So I think the morning
13    of the 7th, if a response is required, a written
14    response, or helpful to the Court, I think the Court
15    probably will give the defense more time to respond
16    in a written fashion.  If it's not going to be very
17    helpful in oral argument, may keep the Court leaning
18    the same way as Court has already ordered us to
19    proceed with production.  I think we'll know that
20    that morning.  So I don't want to put words in the
21    Court's mouth.  But I think we could probably handle
22    it on the 7th.
23              THE COURT:  Let me ask you, then I'll see
24    if that works for Ms. Sirignano.  Are you sort of
25    thinking that this may be a late night on Wednesday
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   filing?

 2           MR. BECK:  Those who know me well know that

 3   I don't do late nights very well.  So I wouldn't

 4   expect it will be a late night filing.  It might be

 5   filed on the 6th, on Wednesday the 6th.  But I think

 6   most people in this room would be up for it.  I think

 7   most people would still be at work by the time this

 8   gets filed.

 9           THE COURT:  Let me ask this:  I guess what

10   I hear Mr. Beck saying is that:  Could you live with,

11   he'll file his motion whenever he gets it filed

12   working with the FBI.  We'll argue it on the 7th.

13   And if you still feel at that point you need more

14   time to file a written response, then we can delay

15   ruling and for you to file a written response.

16           MS. SIRIGNANO:  Judge, with all respect,

17   and with deep regret, I can't agree to that.

18           THE COURT:  I think everyone is signaling

19   you may not need to file a response at all.

20           MS. SIRIGNANO:  Could be.  But I'd like to

21   have the name of the expert that the Government

22   intends to bring.

23           THE COURT:  They're not intending to bring

24   anybody.

25           MS. SIRIGNANO:  Okay.  I'd like to have my
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1   expert there, if needed.  That's the only reason why
2   I'm asking.  And so if we were able to file a
3   response, and I could get my expert --
4              THE COURT:  Have the expert here at 9:00.
5              MS. SIRIGNANO:  On the 7th, or --
6              THE COURT:  9:00 on the 7th.  We'll take it
7   up first thing.
8              MS. SIRIGNANO:  So will we have an
9   opportunity to have a response before or after?  I'm
10  just worried about time running out, Judge.  That's
11  the only thing.  I'm not trying to be difficult at
12  all.  We've been asking for this for months now,
13  literally.
14             THE COURT:  I know you've been asking for
15  it for months.  But we've been very careful about
16  some things.  Let's just leave it at this:  The FBI
17  will file their response when they want it.  You have
18  your expert here if you want him at 9:00.  We'll take
19  it up first thing in the morning.  If you don't want
20  a ruling at that point, then we can delay it further
21  for you to file a written response.
22             MS. SIRIGNANO:  Thank you, Your Honor.
23             THE COURT:  All right.  Do you have some
24  housekeeping?
25             MR. VILLA:  If you don't mind, Your Honor.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    It doesn't have to do with that issue, but I thought
 2    if the Government is going to put on more witnesses
 3    and go to the 5:30, and we're all going to get out of
 4    here.  So what I wanted to address with the Court is
 5    scheduling for next week.  Depending on what happens
 6    and what other evidence the Government might intend
 7    to put on, we have teed up -- and we've been in
 8    northbound communication with Ms. Wild -- Mr. Perez'
 9    motion to suppress for lost evidence.  And Mr. Baca
10    has a couple of suppression motions that we, in our
11    communications with Ms. Wild, have suggested will
12    take up those two days that we have set for next
13    week.  So I want to make sure that, if that's still
14    the case:  One, because we have some experts coming
15    down that don't have to be here; but two, because we
16    think those need to get heard then.  And, if
17    necessary, the presentation of evidence that the
18    Government is doing now would have to be put off
19    later to the next set of hearings.  And I don't know
20    when that's going to be.  Because the week after that
21    is the other two suppression motions for Mr. Perez
22    and Mr. Herrera.  And there is even more experts
23    queued up to be here for that, too.  So I just want
24    to try to get some clarity before we all get out of
25    here.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              THE COURT:  Ms. Wild, are you there?  She's
 2    not there.  She was heading for a meeting.  We'll see
 3    if she's available later on, and maybe we can pick it
 4    up.  It may be that you are just going to have to
 5    talk to her between now and then.  And then I'll have
 6    to be better informed.  I know y'all had a lot of
 7    discussions with Ms. Wild while this hearing is going
 8    on, and I'm probably less informed about that.  So I
 9    don't think I can answer anything right at the
10    moment.  We'll see if she can get back on the phone.
11    If she can contribute to this, then we'll spend a
12    little bit of time doing it.  Otherwise, we may just
13    have to try to work it out during the week through
14    Ms. Wild.
15              MR. VILLA:  So the issue, Judge; I think
16    everything is set up just fine, assuming we don't
17    spill over from today.  And I'm sure the Government
18    would like to be heard on that.
19              But the only other issue that I had for
20    housekeeping was real-time at counsel table for
21    trial.  Does the Court need a motion for something
22    like that, or is that something you can just ask IT
23    about?
24              THE COURT:  Well, I think it's going to
25    incur some cost.  Why don't y'all first talk to
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    Ms. Waters.  And then work with Ms. Bean.  She's done
 2    it a lot of times.  It's been more in the civil
 3    context than it has in criminal.  But start with
 4    Ms. Waters, then work with Ms. Bean.  I don't think
 5    it takes a court order.  But somebody can enlighten
 6    me if it does.
 7              MR. VILLA:  Yes, Your Honor.  Thank you.
 8              THE COURT:  All right.  Let me hear from
 9    Mr. Lowry, unless he wants to defer.  If it's on the
10    scheduling, I'd like to kick it down the road a
11    little bit, but --
12              MR. LOWRY:  Yeah, Judge.  Not to belabor
13    this, but I join what Mr. Villa said.  And I just
14    think I'm anticipating a motion for disqualification
15    for the Court to assess the conflict.  And I think
16    that's going to eat up into some of the time next
17    week.  But I appreciate the Court's ruling and
18    treating everything expeditiously here.  But I just
19    wanted to bring that to your attention.
20              THE COURT:  Okay.  Ms. Armijo.
21              MS. ARMIJO:  Yes, Your Honor, I agree with
22    Mr. Lowry.  I think that we could probably take up
23    that issue.  I do anticipate filing something,
24    hopefully within the next day or two.  And I know
25    that they want to take care of it quickly.  And I
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   believe that the person at issue may be available for
 2   that as well.  So that should be taken care of next
 3   week, to add to the agenda.  I'll email Ms. Wild
 4   about that.
 5          And I guess the issue to put out for the
 6   defense at the end of the day so that Cori and Amy
 7   and I can get back in touch with Ms. Wild about, is I
 8   anticipate we are now probably a day and a half
 9   behind.  Because we will start the next segment now
10   of our James hearing.  But I anticipate that would
11   be, with cross-examination, at least half a day.  And
12   we anticipate for the second expert at least one day.
13   So I think we're a day and a half behind.  So then
14   the question for the defense to consider is:  Are we
15   going to be bumping some of these hearings that we
16   already have set, or are we going to be adding a
17   makeup day for what we have?  And we would like to
18   know, just because it also requires us to get
19   witnesses here.  So I think that's just going to be a
20   matter of what the priorities are, Your Honor, and
21   for the defense to consider.
22          THE COURT:  All right.  Well, since Mr.
23   Lowry brought it up, and you brought it up,
24   Ms. Armijo, take a look, Mr. Lowry, at New Mexico
25   Rule 16-109.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1          MR. LOWRY:  Your Honor, I've been studying

2    that particular rule.

3          THE COURT:  16-109(b) applies only when

4    there is a former client and a former law firm.  So

5    when I get this opinion on Mr. Davis issued, take a

6    look at it, because I think it may answer some

7    questions there.

8          Let me make this comment:  I'll make two

9    comments here, so it will be even-handed.  I'm seeing

10   a lot of -- the Government raising a lot of conflict

11   issues.  You've got to do what you have got to do,

12   and I know the rules.  But I hope that -- these may

13   be late -- I don't mean late in the sense that they

14   couldn't have been raised before -- but they're late

15   in this process, these motions to disqualify counsel

16   are not a backdoor attempt to move the trial.

17          And as far as defense lawyers, we can sit

18   here and do Daubert hearings, like we did for 24

19   hours here, but -- we can do it.  We'll start a

20   trial.  So think about how you're going to use your

21   time.  We're not going to go into a filibuster here.

22   So if it's really important to ask every one of those

23   questions, okay.  But we're going to start a trial on

24   the 29th.  So if not every motion is heard, not every

25   expert is asked every question, every argument has

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                           Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492
                                                                   1-800-669-9492

PROFESSIONAL COURT
REPORTING SERVICE                                    e-mail: info@litsupport.com

```
 1   not been made, every motion hasn't been file, we're
 2   starting on the 29th.  So you've got to start
 3   thinking about how you're going to use this time
 4   wisely.  So think about that.
 5           All right.  Shall we take up the next
 6   expert?
 7           MR. CASTELLANO:  Yes, Your Honor.
 8           THE COURT:  I guess it's the James
 9   hearing -- the next witness on the James hearing.
10           JAMES HEARING (Continued)
11           MR. CASTELLANO:  The United States re-calls
12   Special Agent Bryan Acee.
13           THE COURT:  Mr. Acee, I'll remind you that
14   you're still under oath.
15                   BRYAN ACEE,
16       after having been previously sworn under oath,
17       was questioned and testified further as follows:
18                 DIRECT EXAMINATION
19           MR. CASTELLANO:  Your Honor, in order to
20   focus the Court's attention a little bit in terms of
21   which conspiracy we're talking about, these next
22   statements will be largely focused on Counts 9 and
23   10, conspiracies to murder Wayne Santistevan and
24   Gregg Marcantel.  There will be some other conspiracy
25   related statements mixed in there.  But those are
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    heavily focused on those two conspiracies.

2    BY MR. CASTELLANO:

3        Q.   Agent Acee, I want to ask you about some

4    letters that were either intercepted or retrieved by

5    STIU agents in this case related to the murders of or

6    the conspiracies to murder Mr. Marcantel and

7    Mr. Santistevan.   Are you familiar with those?

8        A.   I am.

9        Q.   Let me turn your attention to one that was

10   received by STIU on or about March 27, 2015.   Can you

11   tell me who authored that letter?

12       A.   Yes.  Sir, I have in front of me notes and

13   302s.  Am I able to reference those?

14       Q.   Okay.  For the record, the first letter I'm

15   referring to is at DeLeon 3372.

16       A.   Okay.  The first letter is from Roy

17   Martinez, a/k/a "Shadow."  It's addressed to Juan

18   Carlos Gutierrez, a/k/a, "Gotti."  In this letter

19   Martinez orders Gutierrez to kill Gregg Marcantel

20   pursuant to orders that were given to him by Anthony

21   Baca, while they were housed together at the Southern

22   New Mexico Correctional Facility in 2013.

23            The letter goes on instructing Gutierrez to

24   contact other members on the street to make this

25   happen.  And if the other members on the street

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1   failed to help carry out the hit, they should be

 2   killed.  And that other members would be in contact

 3   with him to help him -- him being, excuse me,

 4   Gutierrez -- to help ensure that that hit took place.

 5          (Ms. Jacks left the courtroom.)

 6      Q.   Let me turn your attention to the next

 7   letter, also on page 3372 of DeLeon.  Tell us who

 8   wrote that letter and to whom it was written?

 9      A.   The letter was written by Roy Martinez,

10   addressed to Damian Lobrado, a/k/a "Cuba."  And in

11   this letter Martinez tells him that the time has come

12   for "Cuba" to show his loyalty to the S, which he had

13   not yet done, and that he was to kill Gregg

14   Marcantel.

15          It also goes on to say that Gutierrez --

16   the person that we just talked about on the first

17   letter would be in contact, and that they should work

18   together.  Other members would be in touch, and that

19   they should not fail this mission.

20          MR. CASTELLANO:  For the record, Lobrado is

21   spelled L-O-B-R-A-D-O.

22      Q.   Let me turn your attention to page 3373 of

23   the discovery.  Can you tell us about the letter on

24   that page received on or about March 30, 2015?

25      A.   This letter is also from Roy Martinez.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    This one is addressed to Arthur Chavez, a/k/a

2    "Lonely."

3         Q.   What's the content?  Well, who is it

4    written to?

5         A.   Again, this is to Chavez, a/k/a "Lonely,"

6    and Martinez is telling him that at the direction of

7    the viejo, who we believe is Anthony Baca, and that

8    it's about a list Anthony Baca and Chavez had

9    previously discussed.  Martinez said that Gregg

10   Marcantel had degraded Anthony Baca and dishonored

11   the SNM.  In the letter he ordered Chavez to handle

12   the hit carefully and discreetly.  Martinez concluded

13   the letter by threatening Chavez that there were

14   other members on the street to take out any members

15   who refused to carry out the hit.  Martinez advised

16   that there would be no more second chances.  And then

17   Martinez again referenced a hit list that Anthony

18   Baca discussed with Chavez, and named Marcantel as

19   the priority.  And I'm quoting Martinez; he said, "He

20   must go," a reference to Marcantel.

21        Q.   And further down on that document, do you

22   see where there is additional information about a

23   green light for members who refused to carry out the

24   hit?

25        A.   Yes.  Martinez gave Chavez the green light

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    to take out any SNM members who refused to assist

2    with completing the objective of killing Marcantel.

3    Martinez also gave Chavez a deadline of August 31,

4    2015, at midnight, to complete the hit.  Martinez

5    also threatened Chavez that if he failed to do this

6    or refused to conduct it, that he'd be hit as well,

7    as would any other member that failed to go along

8    with the mission.

9            He also claimed -- Martinez claimed that

10   there were three SNM members watching Chavez at the

11   time Chavez was on the street.

12       Q.  What was purpose of watching him?

13       A.  To ensure that he was making good on

14   progressing on the mission.

15       Q.  Let me turn your attention to page 3375.

16   Can you tell us about the letter on top of that page?

17       A.  Yes.  This pertains to a letter from Robert

18   Martinez, a/k/a "Baby Rob," and it's addressed to

19   Sammy Griego, a/k/a "Sammy G."  In this letter Robert

20   Martinez stated that the SNM leadership had decided

21   to allow Griego one opportunity to show his loyalty

22   to the SNM by taking out Gregg Marcantel and Dwayne

23   Santistevan.  In the letter Martinez gave Griego the

24   flexibility to work out the details of the hits on

25   his own.  Martinez threatened Griego by stating if he

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    failed to conduct the hits, he'd be taken out.

2           Martinez also told Griego that other SNM

3    members would be in touch with him; that they should

4    work together.  Martinez instructed Griego to get in

5    touch with Gerald Archuleta, a/k/a "Styx."

6           In the letter Archuleta is referred to as

7    "Grandma."

8      Q.   Let me turn your attention to the next

9    letter.

10     A.   This letter is from Robert Martinez, "Baby

11   Rob," to Ruben Hinojosa.  In this letter Martinez

12   stated that the SNM leadership are tired of SNM

13   members getting out of the prison and doing nothing

14   for the SNM.  Martinez said that this type of

15   behavior would no longer be tolerated and ordered

16   Ruben to show his loyalty by taking out Gregg

17   Marcantel and the Dwayne Santistevan.  Martinez

18   threatened Ruben just like the other letters, and

19   advised that other SNM members would be getting in

20   contact with him.  And concluded that, if he didn't

21   follow through with the mission, that his life would

22   be in jeopardy.

23           MR. CASTELLANO:  For the record, Ruben

24   Hinojosa's last name is spelled H-I-N-O-J-O-S-A.

25     Q.   At the bottom of the page I'm going to ask

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    you about information received regarding another

2    statement by Mr. Baca on August 5, 2015.

3        A.    On that date, myself and Joseph Sainato and

4    Task Force Officer Mark Myers interviewed a

5    confidential human source.  This particular source is

6    one of the original members of the SNM.  I don't

7    believe I had previously met this person.  So this

8    was my introductory meeting with this person and

9    debriefing.

10           During that debriefing, in reference to the

11   hits on Marcantel and Santistevan, the CHS told me

12   and the other agents that Anthony Baca was eager to

13   hit both Marcantel and Santistevan; that according to

14   this source, Baca told the source that he was excited

15   about the recognition the SNM would get all over the

16   country if they were successful.

17           This source claims that Baca told him that

18   not even the Mexican Mafia had been able to kill a

19   prison director or cabinet secretary.  The CHS stated

20   that Baca first ordered Billy Cordova, a/k/a "Little

21   Shadow," and Robert Sanchez, a/k/a, "Tiny," to hit

22   STIU Administrator Dwayne Santistevan back in 2014,

23   when they were both released from prison.  However,

24   both got picked up while they were on parole, and

25   were unable to enact that plan.



SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                 Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                     FAX (505) 843-9492
                                                          1-800-669-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE                          e-mail: info@litsupport.com

1           MR. ADAMS:  May I ask for the Bates number

2    of that, please?

3           MR. CASTELLANO:  It's 3375 of DeLeon.

4           MR. ADAMS:  Okay.

5      Q.   Let me turn your attention to page 3376.

6    And let me ask about other statements made by Mr.

7    Baca.

8      A.   So with this particular document, I have a

9    number of dates and times.  Do you want me to just

10   continue going through those?

11     Q.   Yes.  At 3376, I want to focus on the

12   person housed next to him.

13     A.   Okay.

14     Q.   And focus on Mr. Baca's return to New

15   Mexico, and what he stated at that time.  It's in the

16   first paragraph on the top of page 3376.

17     A.   Yes, sir.  Okay, so in October, on October

18   22, 2015, as part of our investigative strategy,

19   Anthony Baca was returned to New Mexico from U.S.

20   Prison -- one of the facilities, one of the four

21   facilities up in Florence, Colorado.  He was housed

22   at the Level 6 facility, and he was housed next to

23   one of our confidential human sources.

24           We utilized electronic surveillance, both

25   what I'll refer to as body wires or ELSUR devices, as

SANTA FE OFFICE                                                      MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                         (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492
                                                                     1-800-669-9492
                                                            e-mail: info@litsupport.com



BEAN
&ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

1    well as what would otherwise be considered a

2    contraband cellular telephone that I had a wire

3    interception order on.

4            During Mr. Baca's incarceration at the

5    Level 6, Mr. Baca and the CHS, as well as other

6    people, other SNM members in and around the CHS,

7    engaged in conversations.  Much of those

8    conversations were recorded via the body wire and/or

9    the contraband phone.  The CHS had a reputation for

10   having phones in the past, and I don't think it

11   surprised anyone that he had one in this

12   circumstance.  And so as I mentioned numerous phone

13   calls were made and recorded, as were conversations.

14       Q.   And what was said about the conspiracy to

15   kill Messrs. Marcantel and Santistevan?

16       A.   Quite a bit.  In fact, agents on my team

17   that I work with prepared a summary document that

18   consists of several pages, where we summarize those

19   conversations.  And then, of course, we also obtained

20   full transcription of those same conversations.

21       Q.   Okay.  Let's start with the top of page

22   3376.  And it's the portion at the end of the first

23   paragraph that says -- starts with the word

24   "Additionally."

25       A.   "Additionally, upon his return to New

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Mexico, Baca added STIU Coordinator Adam Vigil to the

2    hit list.  He added Vigil because Vigil was scheduled

3    to testify against the SNM as an expert witness for

4    the State of New Mexico in the Molina homicide

5    prosecution."

6         Q.   And is Adam Vigil the same person we heard

7    about earlier today in Mr. Martin's testimony?

8         A.   Yeah.

9         Q.   I want to refer to some of the summaries

10   you mentioned.  This will be DeLeon 3298.  And are

11   these first statements that we're going to discuss

12   taken on or about October 22, through October 26,

13   2015?

14        A.   Yes, they were.

15        Q.   Let me turn your attention then to page

16   3299 at the bottom.  It's the conversation ending in

17   010.  Can you tell us about that statement, please?

18        A.   "CHS says to 'Pup' that Robert" -- in this

19   case Robert Martinez -- "wrote 'Pup' a wila saying he

20   was going to take care of Santistevan because he

21   knows 'Pup' hates him.  'Pup' responds with 'Yes.'"

22        Q.   What's a wila, as best as you know?

23        A.   A kite or a note, a letter.

24        Q.   And who did "Pup" refer to?

25        A.   Anthony Baca.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1      Q.   Let me turn your attention to the next

2   page, the statement ending in 012.

3      A.   "'Pup' explains that Javier Molina and

4   Jerry Montoya were close despite what people thought.

5   Javier would go to Montoya's door and call him names

6   so people thought there was a beef.  But they were

7   actually close.  'Pup' told Montoya that if Javier

8   kept talking to him like that, then Montoya needed to

9   hit Javier.  But Montoya told 'Pup' it was not

10  serious.  'Pup' then said, 'I even told 'Conejo,'

11  Samuel Silva, 'I'm going to push this shit, eh.'?

12           "Probably a reference to ordering a hit on

13  Javier."  That last sentence is the agent's comments.

14           MR. LOWRY:  Can we get the number of the

15  call, the call reference number for that?

16           THE COURT:  I can't hear you, Mr. Lowry.

17           MR. LOWRY:  Pardon me, Your Honor.  I just

18  want to get the call reference number to -- the

19  exhibit lists a whole bunch of calls.

20           MR. CASTELLANO:  On DeLeon 3300.  It's the

21  call ending in 012.

22      Q.   On that same page, let me turn your

23  attention to the call ending or the statement ending

24  in 019.

25      A.   "'Pup' tells CHS to have Mario, "Poo-poo,"

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                            FAX (505) 843-9492
                                                               1-800-669-9492
                                                        e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1    who is Mario Montoya hit Santistevan, and/or Adam
 2    Vigil, not Marcantel, and have Chris Garcia finance
 3    it.  He says it needs to be done because the
 4    administration is going to tear us to shreds little
 5    by little.  'Pup' says after the hits are done, all
 6    the brothers will be separated in various states, and
 7    that communication with one another will be
 8    critical."
 9         Q.   Earlier we had an indication that Marcantel
10    was to be hit.  And here we have an indication that
11    he is not to be hit, by Mr. Baca; is that correct?
12         A.   Yes.
13         Q.   And does that matter change in the later
14    conversations or statements?
15         A.   Definitely.
16         Q.   Let me turn your attention to the next
17    statement, ending in 020.
18         A.   "'Pup' decided that it's better to" -- I
19    believe that's a typo.  It says his; I think it
20    should say "hit.  "'Pup' decided that it's better to
21    hit Santistevan and Adam Vigil because they are the
22    one telling lies to Marcantel.  Once the hits are
23    carried out and the investigation is done, the news
24    media will realize the corruption and scandals in the
25    prison system and fire Marcantel.  'Pup' is adamant
```

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                     FAX (505) 843-9492
                                                          1-800-669-9492

PROFESSIONAL COURT
REPORTING SERVICE                       e-mail: info@litsupport.com

1    that he wants it done.  And says the worst that will

2    happen to the SNM that is they will be sent out of

3    state."

4        Q.   And for reference, were these -- the last

5    two statements provided, were those taken on or about

6    October 24, 2015?

7        A.   Yes.

8        Q.   Now, turning the page to DeLeon, 3301.  Can

9    you tell us about the statement that ends at 021?

10       A.   "'Pup' wants research to be done on where

11   Vigil and Santistevan live.  He believes that the

12   warden lives on prison grounds on Oasis Street, but

13   also observed other houses that could belong to Vigil

14   or Santistevan.  He says it will be easier to get

15   them if they do not reside on the prison grounds.  He

16   also says he wants to bring down Bustos, a former

17   Associate Warden, who 'Pup' blames for sending him to

18   the ADX.  'Pup' does not specify that he wants Bustos

19   hit, but it appears he wants the get him in trouble.

20   'Pup' believes that Bustos owns a Santa Fe real

21   estate company."

22       Q.   Once again, is it your understanding that

23   "Pup" refers to Mr. Baca?

24       A.   Yes.

25       Q.   And what is Mr. Baca's statement about

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                           Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1    where he believes Mr. Marcantel lives in the next

2    statement?

3        A.   "'Pup' believes Marcantel also lives on

4    prison grounds."

5        Q.   And just to be clear, for the Court's

6    determination on these statements, at any point did

7    Mr. Baca talk about murdering Mr. Vigil with anyone

8    other than a cooperator that you're aware of?

9        A.   I think he talks about it with Mario

10   Rodriguez, "Blue."

11       Q.   I just want to make sure we're keeping

12   track of who they are.

13       A.   He may also talk about it with Chris Garcia

14   during the phone conversations.

15       Q.   Let me turn your attention now to DeLeon,

16   3303.  And I'll turn your attention to the statement

17   at 007.  And it's the fourth bullet point down on

18   that summary.

19       A.   "'Pup' and CHS ask Garcia" -- in this case

20   it's Chris Garcia -- "for Mario's phone number."

21   Mario is Mario Montoya.

22       Q.   And to put the statement in context, what

23   was the purpose of obtaining Mario's phone number?

24       A.   Mario Montoya is a good SNM soldier on the

25   streets, and the one that's designated to lead the



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   mission, the hit on Marcantel and Santistevan.

 2        Q.   And at this point, for the Court's

 3   consideration, was Mario working as a cooperator for

 4   the Government?

 5        A.   He was.

 6        Q.   And were Mr. Baca or Mr. Garcia aware of

 7   that?

 8        A.   No.

 9        Q.   Let me turn your attention to the statement

10   on the same page, at 008.

11        A.   "'Pup' instructs the CHS what to tell Mario

12   regarding Santistevan and Vigil hits.  'Pup' says,

13   'All the shit that's going on with the rasa, it's all

14   fucked up because of those two individuals.  So we

15   need this fucking perro done.  We'll give you a few

16   days to try to hunt down this motherfucker.  'Pup'

17   also says, 'That's only way this shit is going to

18   stop.  If they get handled, you know.  Either one of

19   them, it don't matter which one."

20             The CHS then asks, "Either Santistevan or

21   Adam?

22             "Pup" responds, "Yes, either one.  It

23   doesn't matter.  One of them will be dealt with in

24   order to stop this foul ass shit that they are

25   doing."
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1      Q.   Next, let's discuss the statements at 009

2   on the same page?

3      A.   "Pup" and the CHS talk with Mario on the

4   cellphone.  "Pup" tells Mario to reach out and touch

5   Santistevan or Adam Villa.  "Pup" says, "Fucking Adam

6   Vigil and fucking Santistevan are making it real

7   fucked up.  They're creating a lot of perro that --

8   making the brothers fight with each other.  And we

9   need -- and we need somebody on the calle to fucking

10  touch either of them.  It don't matter."

11     Q.   And do you know the word calle to mean

12  street?

13     A.   Yes.

14     Q.   What's the next statement?

15     A.   "Pup" says, "And if he, Mario, needs any

16  squina or feria to finance the perro to get it done,

17  then we're gonna -- we're gonna to work on it till it

18  gets done."

19     Q.   What's your understanding from the context

20  of what squina or feria refer to?

21     A.   The SNM members refer to squina as to put

22  in work, and feria is money.

23     Q.   What's the next statement?

24     A.   "Pup" instructs Mario to make a silencer

25  out of a lawn mower muffler and a packet with steel

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                           Albuquerque, NM 87102
(505) 989-4949                                               (505) 843-9494
FAX (505) 843-9492                                           FAX (505) 843-9492
                                                             1-800-669-9492
                                                             e-mail: info@litsupport.com



 1    wool.  Pup says that Chris Garcia can finance Mario

 2    if needed.  "Pup" asks Mario, "Okay, now, how are the

 3    brothers acting out there?"  Mario tells him that the

 4    brothers don't do anything, and like to get high, but

 5    deny it.  "Pup" says, "We're going to fucking start

 6    identifying them fuckers.  That way, when we come in

 7    here, knock them off."

 8          Q.   Let me turn your attention now to page

 9    3304.  The first statement at the top of the page.

10          A.   "'Pup' tells Yvonne to mail in Suboxone

11    strips and 2K so that he can make money."

12          Q.   What's your understanding of what 2K refers

13    to?

14          A.   It's a synthetic marijuana.

15          Q.   And who is Yvonne?

16          A.   I believe that's Mr. Baca's girlfriend.  I

17    don't believe they're married.  They may be, though.

18               MR. CASTELLANO:  For the record, that would

19    be conspiracy to bring contraband into the jail or to

20    distribute narcotics.  So we still consider it a

21    co-conspirator statement, but just not related to

22    those two counts.  We'll be moving for its admission

23    at trial.

24          Q.   All right.  The next statement at the 011.

25          A.   "Pup" and the CHS are talking about

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1   planning the hits and the best weapon to be used.
 2   "Pup" says, "What's a good cuete for that?  It has to
 3   be a revolver, carnal, not an automatic.  Automatic
 4   might jam.  Those are easier to put a silencer on,
 5   too, a homemade silencer, because it has a barrel."
 6        Q.   And what's your understanding of what a
 7   cuete is?
 8        A.   Firearm.  I made some additional notes
 9   after reviewing the transcript.
10        Q.   Okay.  Tell us what those statements are,
11   please.
12        A.   "Pup" said, "You can't say cuete on the
13   phone."  And Eric says -- excuse me, Eric, the CHS,
14   Eric Duran, says, "Well, it's my phone," like this
15   phone is good.  And then Pup tells him, "Yeah, but we
16   don't know that Chris' phone is good because Chris is
17   always hot."
18        Q.   And what is your understanding who "Chris"
19   is?
20        A.   Christopher Garcia.
21        Q.   On -- let me now refer you to the call or
22   the statement ending in 012, which takes place on or
23   about November 4, 2015.
24        A.   "Pup" and the CHS are talking via the
25   cellphone to Mario, getting an update on how Mario's

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                       Albuquerque, NM 87102
(505) 989-4949                                                    (505) 843-9494
FAX (505) 843-9492                                          FAX (505) 843-9492
                                                              1-800-669-9492

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE
e-mail: info@litsupport.com

```
1   planning is going.  "Pup" insists that Mario find out
2   addresses on Google.  And again, I'm going to add
3   some notes here from my review of the transcripts.
4   "Pup" is telling Mario to run their names, and make
5   sure he uses someone else's computer, like going to
6   the library.  And Mario kind of jokes back and says,
7   Well, "I can't just put their name in and it's going
8   to tell me all this stuff about them."  So they kind
9   of banter back and forth about that.
10          MS. SIRIGNANO:  Your Honor, can we get a
11  copy of his notes that he's reading off of, that's
12  not part of the Bates number that's been produced to
13  us.
14          THE COURT:  Well, I'll let you look at it.
15  If the Government doesn't mind making a copy of it.
16  Do you mind on this one, them getting a copy?
17          MR. CASTELLANO:  No, Your Honor.
18          THE COURT:  Okay.
19          MR. CASTELLANO:  Those will be available to
20  the defense.
21          THE COURT:  We'll recess in about 10
22  minutes, and we'll make a copy at that point and you
23  can take a look at it then.
24          MS. SIRIGNANO:  Thank you, Your Honor.
25          MR. CASTELLANO:  For the record, let me
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    just show you what we're talking about, just so the
 2    Court understands.  I'm putting on the screen a page
 3    of discovery DeLeon 3304 at the bottom.  And I'm
 4    referring to the calls ending in 013, for example --
 5    or the statements, I should say.  And so what Agent
 6    Acee has done in a few of these places is handwrite
 7    some notes.  And that's what the defense will see
 8    when they get a look at the notes.
 9         A.   Mr. Castellano, could I point out something
10    on -- you were just referencing these call numbers.
11    That might be helpful.  These are also going to be
12    the devices.  So you can identify the device.  You
13    would want device 1188; then it's going to be call 11
14    on that device.
15         Q.   Okay.  So let me turn your attention then
16    to the recording ending 012, the last statement in
17    that portion of the recordings.
18         A.   "Pup" suggests that Mario research upcoming
19    meetings or charities that the targets might attend.
20         Q.   For what purpose?
21         A.   To locate them; that they're -- especially
22    Marcantel, he'd attend various meetings and
23    functions.  I added a note there that you'll see when
24    you review this that says, "Pup" encourages Mario to
25    take his time, that it needed to be done right.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

248

1      Q.    Next, let me turn your attention to the

2   recording ending in 014 on the same page?

3      A.    "Pup" and the CHS are talking about Michael

4   Snow.  "Pup" tells the CHS, "Ask him if he could try

5   to get me a cuete.  If he could, just get one, and

6   I'll have him give it to somebody."  Specifically,

7   "Pup" asks for a revolver.

8      Q.    And once again, cuete refers to a firearm?

9      A.    Yes.

10     Q.    And are you aware of whether or not Michael

11  Snow is a convicted felon?

12     A.    He is.

13     Q.    Okay.  Two bullet points below that it

14  says, "'Pup' asks Snow if he's heard" -- can you tell

15  us the rest of that statement?

16     A.    "'Pup' asks Snow if he's heard from Becky,

17  and if she still gets prescriptions for Suboxone.

18  'Pup' tells Snow to acquire some Suboxone strips, and

19  then give them to his hita."  And the agent that

20  wrote this puts in parentheses, "Probably Yvonne."

21     Q.    Does that refer to the same Yvonne we

22  believe was referenced earlier?

23     A.    Yes, Yvonne Griego.

24     Q.    And the next calls, do they take place on

25  or about November 4 through November 7, 2015?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   Yes.
 2        Q.   And that same page, 3304, look at the
 3   statement ending in 017, please, and tell us about
 4   that?
 5        A.   "'Pup' wants to send us a message to
 6   'Creeper'" -- who we believe was Jerry Armenta's
 7   "family that they will be harmed if he testifies for
 8   the state.  'Pup' wants the family to know 'Creeper'
 9   is fucking up.  If he take the stand against this
10   perro, against anybody, we're coming for your ass.
11   'Pup' agrees that Mario is the best person to deliver
12   the message."
13        Q.   And can you tell the Court whether at this
14   point the Molina murder was still charged at the
15   state level?
16        A.   It was.
17        Q.   So when he refers to Jerry Armenta
18   testifying for the state, are we talking about Molina
19   at the state level at that point?
20        A.   Yes.
21        Q.   Let me turn your attention to DeLeon 3305.
22   Now, these statements are taken around November 13
23   and December 3, 2015.
24        A.   They're taken between those dates, yes.
25        Q.   Okay.  Starting on or about November 13,
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                    (505) 843-9494
FAX (505) 843-9492                                            FAX (505) 843-9492
                                                              1-800-669-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE                              e-mail: info@litsupport.com

1   2015, under recording 001, what is that first

2   statement?

3       A.   "'Pup' and CHS are talking with Mario

4   Montoya.  'Pup' says he is working on getting Mario

5   guns."

6       Q.   In that call are you aware of what the

7   purpose is of obtaining guns at that point in time?

8       A.   Hit Marcantel, Santistevan, Vigil.

9       Q.   On DeLeon 3306, please tell us about the

10  statement ending in 005 on that page?

11      A.   "CHS read a text message from Chris Garcia

12  to 'Pup.'  Chris is nervous about giving guns to

13  Mario because other brothers have been coming to him

14  asking for Suboxone strips for 'Styx.'  But then they

15  never send them to 'Styx.'  Chris wants "Pup" to make

16  sure Mario is completely on board before he gives

17  them the guns.  Chris says, 'So just see what's up.

18  Make sure that everything is going to be good,

19  because these are nice toys.  And if they're in the

20  wrong hands and the carnal needs to get right, then

21  those are gone.'"

22      Q.   Who is "Styx" referring to?

23      A.   Gerald Archuleta.

24      Q.   Tell us about the next statement, please.

25      A.   "This message from Chris concerns 'Pup.'

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  'Pup' is getting nervous about too many people

2  knowing about the mission, and says that they just

3  kept only one carnal on it."

4       Q.   So what's the concern at that point?

5       A.   Too many people know about it.

6       Q.   Tell us about the statement ending at

7  statement 006, please?

8       A.   "'Pup' is trying to work out what to do

9  with Chris not trusting Mario enough to give him a

10 gun.  'Pup' thinks it may just be best to get Mario

11 money so he can get his own gun."

12       Then I add some comments from my review of

13 the transcripts, which is "'Pup' wants Mario to watch

14 out for cameras."  He was real concerned that

15 Marcantel would have cameras on his house.  He made

16 the comment, "He needs to make sure he's not wearing

17 a beanie or a mask when he walks up there."

18       Q.   Now, the previous two statements that we

19 were talking about ending at 005 and 006, did they

20 take place on or about November 25, 2015?

21       A.   Yes.

22       Q.   And when we say "on or about," why do we

23 think those dates are approximate or very close to

24 those dates?

25       A.   Because I kept reminding the CHS to make

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    sure he's putting dates on there.  Because I

2    otherwise have a difficult time figuring out when the

3    conversation takes place.  So the CHS would sometimes

4    have a conversation, and then I believe deactivate

5    the device, then turn it back on, so it starts a new

6    entry.  And he would say, "That was me and 'Pup' on,"

7    and he would give the date.

8        Q.    So that's an example of how the date might

9    be approximate or very close?

10       A.    Yes.

11       Q.    On the same page, DeLeon 3306, let's

12   start -- I think there are a series of statements

13   there.  Let's take them one at a time, ending in 008.

14       A.    To put this in context, this is happening

15   on December 3, 2015.  "Mario should have done the hit

16   over the night.  'Pup' and CHS are wondering if the

17   feds are going to charge the SNM.  'Pup' talks about

18   the steps the feds would have to take, gather state

19   evidence, bring in STIU and local law enforcement.

20   'Pup' complains about carnals doing interviews for TV

21   shows like Gang Land and MSNBC."

22       Q.    Let me stop you there, just so I don't have

23   to keep asking the question.  Each time we refer to

24   "Pup" in these statements, are we referring to Mr.

25   Baca?

SANTA FE OFFICE                                                           MAIN OFFICE
119 East Marcy, Suite 110                                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                              Albuquerque, NM 87102
(505) 989-4949                                                          (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492
                                                                        1-800-669-9492



1      A.   We are in the SNM.  Although there is
2   members that have the same moniker, I've only come
3   across one that uses "Pup," and that's Mr. Baca.
4      Q.   So let me turn your attention to the next
5   statement that begins with "The CHS asked 'Pup' if
6   the SNM will get respect."
7           THE COURT:  Could I use this maybe as a
8   break here?
9           MR. CASTELLANO:  Anytime you're ready.
10          THE COURT:  I'd like to take a 15-minute
11  break, come back in, and go for another half hour,
12  and let everybody go at 5:30.  Here's what I'd like
13  to do during the break.  Ms. Wild, are you there?
14          THE CLERK:  Yes, sir, I am.
15          THE COURT:  All right.  I'd like for Mr.
16  Lowry, Ms. Armijo, and Mr. Villa to talk to you on
17  the phone.  So I'm going to leave it on and you talk.
18  This will be off the record.  Y'all just talk.  And
19  get you informed, while you were off the phone, they
20  brought some things and concerns to my attention, and
21  then we'll address those afterwards.
22          THE CLERK:  All right.
23          THE COURT:  Also, I'd like for counsel to
24  talk about what you want me to do.  I have signed off
25  on my edits and things for the motion to disqualify.

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                     Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                     FAX (505) 843-9492

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
1    So I'm going to take it back to Albuquerque.  It's
2    got some clerk work to do before it's issued.  But I
3    hope to get it out.  So I'll get that out of the way.
4    And then that should maybe help Mr. Lowry and the
5    Government on their issue.
6             But -- and I'm also 10 pages into Ms.
7    Gutierrez' opinion.  So I've got about a 10-page
8    opinion started on that.  So I need work.  So you
9    tell me what -- I want either three from each side as
10   a batting order, or if y'all can agree, what do you
11   need more from me; what is it you'd like me to be
12   more precise, more accurate, more thoughtful, more
13   detailed, reconsider something.  So give me your top
14   three.
15            Mr. Davis, I'll say it now:  I don't get
16   any joy out of the entering the order that I'm
17   probably going to enter when I get back to
18   Albuquerque.  I respect you a lot.  Thank you for
19   your hard work.  And if I don't see you again, good
20   luck to you.  You and I have done a lot of stuff over
21   the years.  So I appreciate all your hard work.
22            MR. DAVIS:  Thank you.
23            THE COURT:  All right.  We'll be in recess
24   for about 15 minutes.
25            (The Court stood in recess.)
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              THE COURT:  All right.  Everyone be seated.
 2    Sounds like everybody had a good conversation.  We're
 3    back on-track.  Everybody is happy and pleased.
 4              All right.  Has everybody got a lawyer?
 5    You don't have all your lawyers.  Everybody got a
 6    lawyer?  All right.  Look around, help your
 7    colleagues.
 8              All right.  Mr. Acee, I'll remind you
 9    you're still under oath.
10              Mr. Castellano, if you wish to continue
11    your direct examination of Mr. Acee, you may do so at
12    this time.
13              MR. CASTELLANO:  Thank you, Your Honor.
14              THE COURT:  Mr. Castellano.
15              MR. CASTELLANO:  Before I begin with the
16    questioning, would it help the Court for me to mark
17    this document as an exhibit?  I mean, we're reading
18    basically verbatim from the docket.
19              THE COURT:  I think everybody would like
20    that.  Let's go ahead -- it's Government's Exhibit
21    19?
22              MR. CASTELLANO:  I think it's 24, Your
23    Honor.
24              THE COURT:  You're right.
25              MR. CASTELLANO:  And that way the Court
```

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                    Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                     FAX (505) 843-9492
                                                           1-800-669-9492
                                                  e-mail: info@litsupport.com



```
 1   will have the statements as well.  And I think the
 2   copy I have is also the one that has Agent Acee's
 3   notes on it.  For the record, it's going to be 25.
 4             THE COURT:  All right.  Government's
 5   Exhibit 25?  Any objections?  Hearing none,
 6   Government's Exhibit 25 will be admitted into
 7   evidence.
 8             MR. CASTELLANO:  For the record, this is a
 9   summary of statements, beginning at DeLeon 3298, at
10   the bottom, Your Honor.
11   BY MR. CASTELLANO:
12        Q.   Agent Acee, we were at DeLeon 3306.  And
13   under statement heading 008, I want you to talk about
14   the statement which I think is the fifth bullet point
15   down that begins "The CHS asked 'Pup' if the SNM will
16   get respect."
17        A.   "The CHS asked 'Pup' if the SNM will get
18   respect from the Mexican Mafia if Mario successfully
19   kills the Secretary and all the carnales get sent
20   into the federal system.  'Pup' responds, 'They
21   already respect us.  And with us going over there
22   like that, with that type of fucking charge, oh,
23   yeah, they fucking -- not only them' -- the Mexican
24   Mafia -- 'everybody else respects the fuck out of
25   that shit.'"
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        Q.   And since we have more than one Mario
 2   mentioned in this case, who is this Mario referring
 3   to?
 4        A.   Montoya.
 5             Continuing on?
 6        Q.   Yes.  Next statement, please.
 7        A.   "'Pup' says that the murder will fucking
 8   bring us all kinds of" -- unintelligible -- "fuck --
 9   unintelligible -- "get notoriety like fuck.  And then
10   all them vatos and the feds will be like, 'Fuck,
11   yeah, you fucker.'"
12        Q.   Okay.  Next statement, please.
13        A.   "'Pup' realizes that once the Secretary is
14   killed, law enforcement will probably identify Mario.
15   'Pup' says that he woke up early this morning to
16   watch the news, and see if the secretary was killed.
17   And also he warned 'Dan Dan' that the feds would be
18   coming after them.  CHS explains to 'Pup' how Javier
19   Molina's murder went down.  And 'Pup' says, 'That
20   wasn't to happen like that.'  CHS says that 'Blue' is
21   upset about how the murder happened.  And 'Pup' said
22   he would talk with 'Blue.'  CHS asked 'Pup' what
23   'Blue' said when 'Pup' told him they would threaten
24   "Creeper's" -- again, Jerry Armenta's family --
25   "'Pup' responds, 'Oh, he said, 'Fuck, yeah.'"
```

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                             (505) 843-9494
FAX (505) 843-9492                                    FAX (505) 843-9492
                                                        1-800-669-9492
                                              e-mail: info@litsupport.com



```
 1        Q.   So we have context here, who is "Blue"?

 2        A.   Mario Rodriguez.

 3        Q.   And earlier I asked you about a statement

 4   where Mr. Baca said not to kill Mr. Marcantel.  At

 5   this point has he -- in the investigation, has he

 6   agreed that Mr. Marcantel should be killed?

 7        A.   Clearly.

 8        Q.   Let me turn your attention to the next

 9   page, 3307.

10        A.   At the top?

11        Q.   Yes, please.

12        A.   "Pup" is talking about Jerry Armenta

13   testifying.  "And his family, his family gets hit.

14   And that shit will hit the news, carnal.  And they're

15   going to say the only motive behind that has been

16   because that fucker testified.  That shit hits the

17   news, too.  That gives us more power.  Because of

18   that fact, everybody is going to know, a la verde,

19   they're going to hit my family, I'm never going to

20   tell them."

21        Q.   Let me turn your attention to the same

22   page, the statement ending in 010.

23        A.   The CHS tells "Pup" that if Mario gets

24   caught, and the news gets out that the SNM hit the

25   Secretary, then the Eme will look at the SNM
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   different.  'Pup' responds, "Hell, yeah, they are."
 2   "'Pup" complains to the CHS that 'Dan Dan' is too
 3   quick to want to fall under the Eme.  'Pup' views the
 4   SNM as equal to the Eme."
 5        Q.   Let me turn your attention now to the
 6   Christopher Garcia Bates stamp 1085 of the
 7   transcript.  Do you have that with you?
 8        A.   Yes.
 9             MR. CASTELLANO:  Your Honor, I'm going to
10   mark this Government's Exhibit 26.
11             THE COURT:  Do you want to move its
12   admission?
13             MR. CASTELLANO:  I am, Your Honor.
14             THE COURT:  All right.  Any objection to
15   Government's Exhibit 26?  Not hearing any --
16             MR. ADAMS:  Not for the purposes of this
17   hearing.
18             THE COURT:  For purposes of this hearing,
19   just for here.  All right.  Not hearing any
20   objection, Government's Exhibit 26 will be admitted
21   into evidence.
22   BY MR. CASTELLANO:
23        Q.   In order to lay the groundwork for this
24   exhibit, which I'm putting up on the visualizer --
25   it's Government's Exhibit 26 -- what is the context
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    in which this statement takes place?

2         A.   So this is November 29, 2015.  The previous

3    evening, Chris Garcia called Mario Montoya and said

4    that he had the gun that was to be used to hit

5    Marcantel.  I didn't want to go out in the evening.

6    It's more difficult to do surveillance.  So Mario

7    told Chris something, and we set it up for the

8    following day.

9              So this is a transcript from a body wire

10   that Mario wore when he went to Chris Garcia's house

11   to pick up the firearm.

12             MR. CASTELLANO:  And for purposes of the

13   James hearing, Your Honor, I'm actually moving in the

14   entire conversation as part of the co-conspirator

15   statements.  But I'll just touch on some of these for

16   purposes of testimony.

17        Q.   Look at some of the highlighted areas,

18   Agent Acee.  There is discussion about a .22 long

19   rifle.  What is that referring to?

20        A.   Ammunition, a bullet, a cartridge.

21        Q.   A .22 long rifle cartridge goes in what

22   type of firearm?

23        A.   A .22 caliber firearm.

24        Q.   And was there a firearm turned over from

25   one person to another on that date?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    A.   Yes.  Chris Garcia gave Mario Montoya a .22

2  caliber semi-automatic pistol.

3    Q.   For what purpose?

4    A.   To kill Gregg Marcantel.

5    Q.   Okay.  And can you tell the Court what this

6  reference is regarding the clip?

7    A.   He's referring to the magazine.  He says,

8  "Well, the firearm didn't have a magazine.  It needs

9  a magazine to be fully loaded."  So what Garcia is

10  explaining to Montoya is:  "Put the bullet in the

11  fucker and then you can shoot it.  Or you can get a

12  clip and, you know, do it the right way.  Order a

13  clip."

14    Q.   Down here -- this is on page 1086 at the

15  bottom of this exhibit, there is a reference to

16  somebody named "Chuco."  Can you tell us who that

17  person is?

18    A.   That's Mandel Parker.

19    Q.   And can you tell the Court whether Mandel

20  Parker became part of this conspiracy?

21    A.   He did.

22    Q.   What was the context in which he became

23  involved?

24    A.   Mario Montoya contacted SNM members on the

25  street, explained the mission that he was on.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    "Chuco" volunteered, and was actually eager to help.

2         Q.   Did he show his interest in joining the

3    conspiracy to murder Gregg Marcantel?

4         A.   Enthusiastically.

5         Q.   On the next page at the bottom is 1087.

6    Tell us about the discussion here with the word

7    feria?

8         A.   So here, the CHS is expressing some concern

9    that -- well, one he's trying to get some money out

10   of this.  And then I think that he's kind of

11   negotiating that he should get some money because

12   Marcantel is a, quote, "big motherfucker."  And at

13   this point he's been given a .22 to kill him that can

14   only hold one bullet.

15        Q.   And so is there a concern that one .22

16   caliber round won't do the job for someone as big as

17   Mr. Marcantel?

18        A.   Yes.

19        Q.   And what's the discussion in here about

20   River's Edge 3?

21        A.   This is where the CHS is reporting that --

22   kind of how he's going to do the hit.  They've done

23   their reconnaissance or their scouting.  And he's

24   saying that Marcantel, he has two big old dogs.  He

25   lives over there on River's Edge 3.  That's a housing

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1    neighborhood off -- I think it's off 528 in either
2    Rio Rancho/Bernalillo area.  And he's just saying
3    that he walks the dogs two or three times a week, and
4    that that would be a good place to hit him.
5         Q.   And you see further discussion about
6    killing Santistevan, the question by Mr. Garcia?
7         A.   Yes.
8         Q.   And if you recall from this conversation,
9    you know what they're talking about when they talk
10   about giving him a double, and leaving him with
11   everything?
12        A.   Yes.  They're talking about killing Mandel
13   Parker, and then leaving the murder weapon and any
14   other evidence with Parker, so it looked like he did
15   it.
16        Q.   On the next page at the bottom, it's 1088.
17   Is there -- the word "gauge" is used there.  Do you
18   remember what the discussion referred to at that
19   point?
20        A.   Yes.  Chris Garcia said that when Montoya
21   expressed some concern about it just being a .22,
22   Garcia said that he also had a shotgun, but he needed
23   more time to get it.  I think he said it was at his
24   brother's house.  And so he said he'd get the gauge
25   too.  It was a good one.  He actually did follow up
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   and tell -- send Mario either a phone call or a text
 2   message saying that, Hey, he had the gauge, do you
 3   want to come get it.
 4        Q.   And what ultimately happened there?
 5        A.   Well, we didn't, because we ended up
 6   arresting everybody.
 7        Q.   Now, turning to page 1090 of the exhibit.
 8   Some discussion about somebody eating at Barelas
 9   Cafe.  How can you put that in context for us?
10        A.   This is where Chris Garcia is telling the
11   CHS that he saw Marcantel eating, and that he
12   couldn't believe it.  He was at the Barela's Cafe.
13   He was eating by himself.  And then later on down
14   there, where you have the highlighted, it says, "He
15   carries a cuete, too."  Garcia is telling the source
16   that he carries a gun also, he being Marcantel.
17        Q.   Once again, what does the word cuete refer
18   to?
19        A.   A gun.
20        Q.   And at the bottom of the page under the
21   next page it says, "That's the one I'm going to send
22   'Pup' out of the state."  Who is that referring to?
23        A.   That's referring to Marcantel.  After the
24   Javier Molina murder, Marcantel is regarded by the
25   SNM and being responsible for sending "Pup" and Mr.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Sanchez and others out of state.

2        Q.   Okay.  Can you put the rest of the

3    conversation in the context for us?  Go ahead and

4    take a chance -- a moment to look it over.

5        A.   Do you want me to start at the top?

6        Q.   Sure.

7        A.   So where he says him and Myers -- I think

8    the CHS actually made a mistake.  At the time it was

9    a little bit comical, because Myers' name never came

10   up he's one of the task force guys.

11       Q.   Who is Myers?

12       A.   It's Mark Myers.  At this time he was the

13   Deputy Secretary.  I think they later changed his

14   title to Chief of Staff.  But he's a Deputy Secretary

15   under Marcantel.  Marcantel being the victim in the

16   case, we never went to Marcantel for stuff.  Myers

17   was our point of contact for Corrections.  And so

18   here --

19       Q.   What else was discussed?

20       A.   So this is just Mario Montoya, the CHS, and

21   Chris Garcia talking about -- they're talking about

22   what "Pup" wanted, what "Pup" -- excuse me, what Mr.

23   Baca's instructions were to Mario.  And they're

24   talking about the neighborhood.  They're talking

25   about the gun.  It looks like the fourth block down

SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                  Albuquerque, NM 87102
(505) 989-4949                                                              (505) 843-9494
FAX (505) 843-9492                                                  FAX (505) 843-9492



PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1  it says, "See if I get this clip.  If not, um, let me

2  get that gauge, too.  What he's saying is if I can

3  order the clip in time for the magazine for this .22,

4  sure.  Otherwise, let me get the gauge.

5          And I had instructed Montoya to get

6  whatever Garcia was providing for this.  It didn't

7  matter what they were.

8      Q.   What was Mr. Garcia's response?

9      A.   He says, "Yeah, that gauge, that gauge is

10  perfect.  You could even tell what's his name where

11  it's at."  Some of that is unintelligible.  "If

12  you're around the neighborhood where he walks the

13  dogs, there is going to be cameras."  And Garcia is

14  just warning them, "I have cameras at my pad."

15          The CHS goes on to say, basically he

16  scouted it.  "There is a back way in.  It's down

17  there by the bosque."  I think what he's referring to

18  is below River's Edge is the Rio Grande River, so

19  there are some walking trails and stuff like that.

20      Q.   What is Mr. Garcia's suggestion about going

21  to the barber shop and getting hair?

22      A.   You know, I'm actually -- I have reviewed

23  this, but that's not -- I guess he's making reference

24  to going to the barber shop to get some hair.  Act

25  like they had to use the restroom, and then maybe put

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    it in your pocket and leave, to leave at the crime
 2    scene, somebody else's hair.  That's what I'm
 3    discerning from that.
 4         Q.   So, in other words, if you left someone's
 5    hair at the scene, would that provide a DNA sample of
 6    other people?
 7         A.   Yes.  Either that or even attaching someone
 8    else's hair to your head.  Either way, it's to throw
 9    off the crime scene.
10         Q.   At this point the whole statement is in,
11    but I'm going to ask you to look at the statement,
12    take a moment, and highlight for us the remaining
13    portions that are important to you.
14         A.   Do you want me to do that on my copy?
15         Q.   Yes.  Take a moment, and then you can tell
16    us what page you're on, and then we'll go to the
17    statement.
18         A.   I think I only had maybe a couple.
19         Q.   Tell us the page number, please.
20         A.   1088.
21         Q.   1088?
22         A.   Yes.  Halfway down the page.
23              MS. SIRIGNANO:   What page, please?
24              MR. CASTELLANO:   1088.  I'll back out so
25    you can see the whole page.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   Okay.  Go ahead.

2    A.   I would start there where the arrow is.  It

3    says -- this is Garcia talking and there is some

4    overlap.  He's talking about what I believe is a

5    light affixed to the shotgun.  He says, "This fucker

6    is bright.  You turn the bright on it, and I swear to

7    God, the light on it is bright as fuck.  And" --

8    unintelligible -- "during the daytime, like that,

9    where the, where the" -- unintelligible -- "I got

10   it" -- unintelligible -- "it's a pretty bright

11   light."  He goes on to say, "You know what I mean

12   brights" -- and the something -- and so the CHS and

13   Garcia are kind of interacting how to come up with

14   this light affixed to it, I believe, and approach

15   somebody, and all they can see is the light and then

16   you see it says, "Boom!" there.

17          So that's based on my listening live at the

18   time, reviewing this, and then debriefing the source

19   immediately after, that that's what they were talking

20   about.

21          The next one, I would turn the page to

22   1089.  This was -- this stood out with me starting at

23   the top where they're talking about Andrew.  And

24   that's Andrew Romero.  Now, he's not a defendant in

25   this case.  He was just convicted in the state of

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    murdering the Rio Rancho Police Officer.  And shortly

2    after that he was brought into the SNM, while he was

3    incarcerated at Central.  And there has been some

4    disagreement among members on whether or not he

5    should be in or not, because he may have been a rat

6    before.  And that's what they're talking about here.

7    But there is other conversation where that murder of

8    that cop may have made him a good guy.

9                THE COURT:  Mr. Castellano, is this a good

10   place for us to close for the evening?

11               MR. CASTELLANO:  It's fine, Your Honor.

12   There are just a couple pages.  But I'm happy to

13   conclude now.  And we can start again next week.

14               THE COURT:  Let's do that.  We'll kind of

15   keep everybody on schedule.

16               Did y'all come up with a batting order for

17   me to take back to Albuquerque?  Anybody want to

18   propose what they want me to work on?  Mr. Lowry?

19               MR. LOWRY:  No, Your Honor.  I think we

20   worked out a schedule, if you talk to Ms. Wild.

21               THE COURT:  You told her what you want me

22   to work on opinion-wise, orders?

23               MR. VILLA:  No, Your Honor.  I think the

24   discussion we had was about scheduling.  But in

25   terms --



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1          THE COURT:  I wanted everybody during the

2    break to do that.  Well, listen, y'all stay here and

3    work out a batting order.  Call Ms. Wild and tell me

4    what you want me to work on, so when I get up to

5    Albuquerque, I can finish up the Davis opinion,

6    finish up the Gutierrez opinion, and then I get

7    started, so can I keep things moving.

8               All right.  I appreciate your hard work.

9    Be safe on your trips.  Good to see everybody.  We'll

10   see everybody at 9:00 on Thursday morning.

11               (The Court was adjourned.)

12

13

14

15

16

17

18

19

20

21

22

23

24

25

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1                    C-E-R-T-I-F-I-C-A-T-E

2

3   UNITED STATES OF AMERICA

4   DISTRICT OF NEW MEXICO

5

6

7        I, Jennifer Bean, FAPR, RDR, CRR, RMR, CCR,

8   Official Court Reporter for the State of New Mexico,

9   do hereby certify that the foregoing pages constitute

10  a true transcript of proceedings had before the said

11  Court, held in the District of New Mexico, in the

12  matter therein stated.

13       In testimony whereof, I have hereunto set my

14  hand on December 6, 2017.

15

16

17

18  _____
    Jennifer Bean, FAPR, RMR-RDR-CCR
19  Certified Realtime Reporter
    United States Court Reporter
20  NM CCR #94
    333 Lomas, Northwest
21  Albuquerque, New Mexico 87102
    Phone:  (505) 348-2283
22  Fax:    (505) 843-9492

23

24

25

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com