# CURRICULUM VITAE

FBI Witness



**Hugh S. Williamson**

**Federal Bureau of Investigation**

Technical Surveillance Section
Audio Surveillance Unit
Operational Technology Division
Quantico, VA 22135

**PROFESSIONAL EXPERIENCE**

| | |
|---|---|
| 1999 – Present | Department of Justice, Federal Bureau of Investigation |
| 2013 – Present | Supervisory Special Agent assigned to the Audio Surveillance Unit (ASU), Operational Technology Division (OTD), Quantico, VA. |
| | Manage the FBI Covert Body Recorder program and Covert Body Worn Transmitter program which provide covert recorders and transmitters for use in court authorized electronic surveillance (ELSUR). |
| 2012 – 2013 | Supervisory Special Agent assigned to the Audio Technology Development Unit (ATDU), Operational Technology Division (OTD), Quantico, VA. |
| | Managed Microphone Audio Program and Intelligible Audio Program. |
| 2009 – 2012 | Supervisory Special Agent assigned to the Technical Operations Coordination Unit (TOCU) Operational Technology Division (OTD), Quantico, VA. |
| | Coordinated OTD technical support to Field Offices. |
| 2004 – 2009 | Supervisory Special Agent assigned to the Counterterrorism Division, Washington, DC. |
| 1999 – 2004 | Special Agent assigned to the Baltimore Division. |
| | Investigated criminal, terrorism, and national security matters. |
| 1997 – 1999 | Marine Corps Officer, Headquarters Marine Corps, Washington, DC. |
| 1995 – 1997 | Office Manager, Family Life Center, Port Charlotte, FL. |

**GOVERNMENT'S EXHIBIT B**

**PROFESSIONAL EXPERIENCE (con't)**

1989 – 1993	Marine Corps Officer, 10th Marines, 2nd Marine Division, Camp Lejeune, NC

**EDUCATION**

Florida State University, Tallahassee, FL – Bachelor of Arts in History

Regent University, Virginia Beach, VA – Master of Arts in Public Policy

**PROFESSIONAL TRAINING**

Basic Electronics
Basic Microphone and Audio
Video over IP