IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CRIMINAL NO. 15-4268 JB |
| | ) | |
| vs. | ) | |
| | ) | |
| **ANGEL DELEON, et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

**UNITED STATES' UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO RESPOND TO DEFENDANT RUDY PEREZ'S MOTION TO EXCLUDE STATEMENT OF COOPERATING GOVERNMENT WITNESSES [DOC. 1514], DEFENDANT CHRISTOPHER GARCIA'S MOTION TO EXCLUDE CO-DEFENDANT'S STATEMENTS [DOC. 1517], AND ANTHONY RAY BACA'S MOTION TO PROHIBIT THE GOVERNMENT FROM QUESTIONING JERRY ARMENTA ABOUT DEFENDANT BACA'S INVOLVEMENT IN COUNTS 6 AND 7 [DOC. 1540]**

The United States of America moves this Court under D.N.M.LR-Cr. 47.8(a) for an extension of time in which to file its responses to Defendant Rudy Perez's Motion to Exclude Statement of Cooperating Government Witnesses [Doc. 1514], Defendant Christopher Garcia's Motion to Exclude Co-Defendant's Statements [Doc. 1517], and Anthony Ray Baca's Motion to Prohibit the Government from Questioning Jerry Armenta about Defendant Baca's Involvement in Counts 6 and 7 [Doc. 1540].

1. On December 1, 2017, Defendants Rudy Perez and Christopher Garcia filed the aforementioned motions regarding co-defendant statements. Defendant Anthony Ray Baca filed his motion regarding co-defendant statements on December 4, 2017.

2. The United States anticipates filing a consolidated response to the three motions regarding co-defendant statements identified above.

3. Additional time is needed to complete the United States' response.

4.      The United States, under D.N.M.LR-Cr. 47.1, sought the position of defense counsel for Defendants Rudy Perez, Christopher Garcia, and Anthony Ray Baca.  They do not oppose this motion. Additionally, Counsel for co-defendants do not oppose this motion.[1]

**WHEREFORE**, the United States respectfully requests that this Court grant the United States an extension of time in which to file its response to Defendant Rudy Perez's Motion to Exclude Statement of Cooperating Government Witnesses [Doc. 1514], Defendant Christopher Garcia's Motion to Exclude Co-Defendant's Statements [Doc. 1517], and Anthony Ray Baca's Motion to Prohibit the Government from Questioning Jerry Armenta about Defendant Baca's Involvement in Counts 6 and 7 [Doc. 1540]. until **December 22, 2017**.

Respectfully submitted,

JAMES D. TIERNEY
Acting United States Attorney

*Electronically Filed 12/15/2017*
MARIA Y. ARMIJO
RANDY M. CASTELLANO
MATTHEW M. BECK
Assistant United States Attorneys
200 N. Church Street
Las Cruces, NM 88001
(575) 522-2304 - Tel.

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification to defense counsel of record.

        /s/
MARIA Y. ARMIJO
Assistant United States Attorney

---

[1] The United States sent an email asking all counsel to respond with opposition by 2:30 pm on December 15, 2017, or the United States would assume there was no opposition. Counsel either responded that they did not oppose this extension, or did not respond.