UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CAUSE NO. 15-CR-04268-JB |
| | § | |
| ANGEL DELEON, et. al. | § | |

### *DEFENDANTS SUGGESTION THAT THE GOVERNMENT IS MORE VIOLENT THAN DEFENDANTS AND OBJECTION TO THE REQUEST IN [Doc. 1520]*

Eleven-year old Plaintiff A.R. Jr. was asleep on a couch facing a door around 5 a.m. on May 8, 2013. He did not know or suspect that he, nine-year old A.R. and twelve-year old F.R. would be woken up by explosive devices thrown into their house by United States Agents. The impact of the explosive device used, was such that, A.R. Jr. could not breath for a "period of time," blood came out of his head and shoulder area and ended up crying profusely in terrible pain.[1]

The agents ended up entering this premises with a warrant that omitted material information such as the subject of the search was not known to have ever used firearms, or violently resisted a police officer. The affidavit by the Agent failed to mention that "minor children were living in the trailer", explosive devices would be used to enter the trailer and that the subject of the search was known to leave the house often such that he could have "easily been arrested away from the house."[2]

---

[1] These facts are taken from a lawsuit against Special Agent Brian Acee and others in a matter that has now been settled. The Cause No. was 2:15-cv-01021-WJ-LAM.

[2] *See* Petition in the above civil cause on paragraphs 14-15.

These three are not the only individuals to have suggested that Special Agent Acee has a tendency for "unreasonable execution of search warrant[s]."[3] This was the exact claim that was alleged against Vancouver Police Officer Brian Acee in 2010 based on the execution of a search warrant at the home of an individual who had no connection to any criminal acts.

The Defendants, JOE LAWRENCE GALLEGOS, EDWARD TROUP, BILLY GARCIA, ALLEN PATTERSON, CHRISTOPHER CHAVEZ, ARTURO ARNULFO GARCIA, DANIEL SANCHEZ, ANTHONY RAY BACA, CHRISTOPHER GARCIA, CARLOS HERRERA, RUDY PEREZ, ANDREW GALLEGOS, SHAUNA GUTIERREZ by their appointed counsel, and object to the governments blatant attempt in [Doc. 1520] to suggest that malfeasance would occur during trial and or its attempt to limit Defendants' Constitutional right to cross examine witnesses.

Defendant Joe Gallegos would specifically point out to the Court that the murder he is charge with from 2012 ended with a finding of no probable cause by the magistrate that was involved in that hearing.[4] However, it would be a half-truth to state that the only problem with the 2012 murder is that it was dismissed by a judge after hearing the presentation by the State of New Mexico. This is because in addition to Joe and Andrew Gallegos being no-pc'd for the offense, the investigation also had focused at one time on Detectives in the Los Lunas Police Department.

Defendant Joe Gallegos and the other defendants raise these issues because the United

---

[3] *See* Cause filed in 3:10-cv-05423-RBL in The United States District Court for the Western District of Washington at Tacoma, alleging that Vancouver Police Officer Brian Acee authored and unreasonably executed a search warrant that resulted in the death of a innocent uninvolved party.

[4] The United States appears to have waited until the materials supporting that decision were destroyed to have elected to prosecute Mr. Gallegos for the offense for which no probable cause was determined.

2

States is playing a game in this case of attempting to control the litigation through fear. However, this fear is misplaced when directed at the defendants, as it is simply the storyline that the Government is attempting to use. Defendants do not believe or know how "personal information" of the families or others would be relevant or useful at trial, however they also would not imagine that the Case Agent would be alleged to have been responsible for as many deaths as one of the defendants in the time period of 2010 to the present. Therefore, defendants object to the smearing and improper use of a motion in limine in an attempt to poison the well with this Court.

Wherefore the Court is requested to DENY the Government's request in [Doc. 1520] and simply expect that the parties, Government and Defendants, will proceed professionally and ethically in both trials of this cause.

Dated:  December 19, 2017.

Respectfully Submitted,

*/s/ Brock Benjamin*
**Brock Benjamin**
Benjamin Law Firm
747 E. San Antonio, Suite 203
El Paso, TX 79901
Phone:(915)412-5858
Fax:(915)503-2224
Email: brock@brockmorganbenjamin.com
Co-counsel for Joe Lawrence Gallegos

*/s/ Richard Sindel*
**Richard Sindel**
Sindel, Sindel & Noble, P.C.
8000 Maryland Avenue, Suite 350

Clayton, MO 63105
Phone: (314) 721-6040
Fax: (314) 721-8545
Email: rsindel@sindellaw.com
Co-counsel for Joe Lawrence Gallegos

*/s/ Cori Ann Harbour-Valdez*
**Cori Ann Harbour-Valdez**
The Harbour Law Firm, PC
PO Box 13268
El Paso, TX 79913
Phone: 915-544-7600
Fax: 915-975-8036
Email: cori@harbourlaw.net
Counsel for Edward Troup

*/s/ Patrick J. Burke*
**Patrick J. Burke**
Patrick J. Burke, PC
999 18th Street, Suite 2055
Denver, CO 80202
Phone: 303-825-3050
Fax: 303-825-2992
Email: patrick-j-burke@msn.com
Co-counsel for Edward Troup

*/s/ James A. Castle*
**James A. Castle**
Castle & Castle, P.C.
1544 Race Street
Denver, CO 80206
(303) 675-0500
Fax: (303) 329-5500
Email: JCastlelaw@gmail.com
Counsel for Billy Garcia

*/s/ Robert R. Cooper*
**Robert R. Cooper**
1011 Lomas Blvd NW
Albuquerque, NM 87102
505-842-8494
Fax: (505) 243-6279
Email: bob@rrcooper.com

       Co-counsel for Billy Garcia

*/s/ Jeffrey C. Lahann*
**Jeffrey C. Lahann**
665 E. University Ave. #2A
Las Cruces, NM 88005
575-523-4394
Fax: 1-888-694-7241
Email: jeff@lahannlaw.com
Counsel for Allen Patterson

*/s/ Orlando Mondragon*
**Orlando Mondragon**
1028 Rio Grande
El Paso, TX 79902
Phone: 915-566-8181
Fax: 915-566-9696
Email: mondragonom@gmail.com
Counsel for Christopher Chavez

*/s/ John L. Granberg*
**John L. Granberg**
Granberg Law Office
310 N. Mesa Suite 424
El Paso, TX 79901
Phone: (915) 543-9000
Fax: (915) 543-3201
Email: granberglawoffice@yahoo.com
Co-counsel for Christopher Chavez

*/s/ Billy R. Blackburn*
**Billy R. Blackburn**
1011 Lomas Blvd. NW
Albuquerque, NM 87102
Phone: 505-242-1600
Fax: 505-243-6279
Email: Billy@BBlackburnlaw.com
Counsel for Arturo Arnulfo Garcia

*/s/ Scott Moran Davidson*
**Scott Moran Davidson**
1011 Lomas Boulevard NW
Albuquerque, NM 87102

Phone: 505-255-9084
Fax: 505-243-6279
Email: scott@justappeals.net
Co-counsel Arturo Arnulfo Garcia

*/s/ Amy E. Jacks*
**Amy E. Jacks**
Law Office of Amy E. Jacks
315 E. 8th St. #801
Los Angeles, CA 90014
Phone: 213-489-9025
Fax: 213-489-9027
Email: amyejacks@sbcglobal.net
Counsel for Daniel Sanchez

*/s/ Richard Jewkes*
**Richard Jewkes**
Richard Jewkes
701 N. Saint Vrain St
El Paso, TX 79902
Phone: (915) 534-7400
Fax:(915) 534-7407
Email: richardjewkes@sbcglobal.net
Co-counsel for Daniel Sanchez

*/s/ Marc M. Lowry*
**Marc M Lowry**
Rothstein Donatelli LLP
500 4th Street N.W. Suite 400
Albuquerque, NM 87102
Phone:(505) 243-1443
Fax: (505) 242-7845
Email: mlowry@rothsteinlaw.com
Counsel for Anthony Ray Baca

*/s/ Theresa M. Duncan*
**Theresa M Duncan**
Duncan Earnest LLC
515 Granite NW, Albuquerque, NM 87102
Phone: 505-842-5196
Fax: 505-750-9780
Email: teri@duncanearnest.com
Co-counsel for Anthony Ray Baca

*/s/ Amy Sirignano*
**Amy Sirignano, Esq.**
Law Office of Amy Sirignano, PC
5901J Wyoming Blvd. NE #250
Albuquerque, NM 87109
(505) 242-2770
(505) 242-2774 facsimile
E-Mail:  amy@abqnmlaw.com
Counsel for Christopher Garcia

*/s/ Christopher W. Adams*
**Christopher W. Adams**
The Law Office of Christopher W. Adams, PC
102 Broad Street, Suite C
Charleston, SC 29401
(843) 577-2153
(877) 883-9114 facsimile
chris@chrisadamslaw.com
Co-counsel for Christopher Garcia

*/s/ William R. Maynard*
**William R. Maynard**
521 Texas Ave.
El Paso, Texas 79901
Corrales, NM 87048
Phone: (915) 201-2580
Fax: (915) 201-2581
Email: wrm@wrmaynardlaw.com
Counsel for Carlos Herrera

*/s/ Carey Corlew Bhalla*
**Carey Corlew Bhalla**
Law Office of Carey C. Bhalla LLC
925 Luna Cir NW
Albuquerque, NM 87102
Phone: 505-508-5589
Email: carey@bhallalaw.com
Co-counsel for Carlos Herrera

7

*/s/ Justine Fox-Young*
**Justine Fox-Young**
1903 Wyoming Blvd. NE Ste. B
Albuquerque, NM 87112
Phone: 505-796-8268
Email: justine@foxyounglaw.com
Counsel for Rudy Perez

*/s/ Ryan J. Villa*
**Ryan J Villa**
2501 Rio Grande Blvd NW Suite A
Albuquerque, NM 87104
Phone: (505) 639-5709
Fax: 505-433-5812
Email: ryan@rjvlawfirm.com
Co-counsel for Rudy Perez

*/s/ Donavon A. Roberts*
**Donavon A. Roberts**
PO Box 36344
Albuquerque, NM 87176-6344
Phone: 505-506-3749
Fax: 505-503-8405
Email: ladar170@aim.com
Counsel for Andrew Gallegos

*/s/ Angela Arellanes*
**Angela Arellanes**
PO Box 1784
Albuquerque, NM 87103
505-247-2417
Fax: 505-242-1878
Email: arellanesattorney@yahoo.com
Counsel for Shauna Gutierrez