IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) CRIMINAL NO. 15-4268 JB |
| | ) |
| vs. | ) |
| | ) |
| **ANGEL DELEON**, et al., | ) |
| | ) |
| Defendants. | ) |

**UNITED STATES' RESPONSE TO DEFENDANTS' EXPERT WITNESS NOTICES**
**(DOCS. 1550, 1559, 1560, 1561, 1562, 1563, and 1564)**

The United States objects to the testimony of these experts to the extent the proposed testimony exceeds the Court's order limiting experts to testifying in generalities, including to gangs and prison settings generally. The Court has already ruled that experts cannot testify specifically as to the New Mexico Corrections Department or SNM gang. The United States also objects to the proposed testimony to the extent that the experts intend to offer opinion testimony beyond the scope of the experts' disclosures.

      Respectfully Submitted,

      JAMES D. TIERNEY
      Acting United States Attorney

      *Electronically filed on 12/20/17*
      MARIA Y. ARMIJO
      RANDY M. CASTELLANO
      MATTHEW M. BECK
      Assistant United States Attorneys
      200 N. Church Street
      Las Cruces, NM  88001
      (575) 522-2304 – Tel.

I HEREBY CERTIFY that I electronically
filed the foregoing with the Clerk of the
Court using the CM/ECF system which
will send electronic notification to defense
counsel of record on this date.
/s/_____
MARIA Y. ARMIJO
Assistant United States Attorney