IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JAN 11 2018

MATTHEW J. DYKMAN
CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. CR 15-4268-18 |
| | ) | |
| vs. | ) | |
| | ) | |
| **ANGEL DELEON, et al.,** | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## ORDER GRANTING LEAVE TO EXCEED PAGE LIMITS

THIS MATTER having come before the Court on the written unopposed motion of the

United States of America for the Court's leave to exceed the 27-page limit for its Motion to

Reconsider the Court's Order for Limited Production of Sensitive Government Recording Devices

or Programs (Doc. 1551), and the Court, being advised that all Defendants in this case do not

oppose the motion, and being otherwise fully advised in the premises, finds that the motion is

well-taken and should be granted:

IT IS THEREFORE ORDERED that the Court grants the United States leave to exceed the

27-page limit for its Motion to Reconsider (Doc. 1551).

_____
JAMES O. BROWNING
UNITED STATES DISTRICT JUDGE