FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JAN 11 2018

MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,  )
                           )
    Plaintiff,             )   CRIMINAL NO. 15-4268 JB
                           )
vs.                        )
                           )
ANGEL DELEON, et al.,      )
                           )
    Defendants.            )

## ORDER GRANTING EXTENSION

THIS MATTER having come before the Court on the written unopposed motion of the United States of America for an extension of time to file its responses to Defendant Rudy Perez's Motion to Exclude Statement of Cooperating Government Witnesses [Doc. 1514], Defendant Christopher Garcia's Motion to Exclude Co-Defendant's Statements [Doc. 1517], and Anthony Ray Baca's Motion to Prohibit the Government from Questioning Jerry Armenta about Defendant Baca's Involvement in Counts 6 and 7 [Doc. 1540], and the Court, being advised that all Defendants in this case do not oppose the extension to respond, and being otherwise fully advised in the premises, finds that the motion is well-taken and should be granted:

IT IS THEREFORE ORDERED that the extension of time within which to file its response to Defendants' Motions [Docs. 1514, 1517, and 1540], are granted. The United States shall file its responses on or before **December 22, 2017**.

_____
JAMES O. BROWNING
UNITED STATES DISTRICT JUDGE