IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | § |
| | § |
| Plaintiff, | § |
| v. | § NO. 15-CR-4268-JB |
| | § |
| JOE GALLEGOS, | § |
| EDWARD TROUP, | § |
| BILLY GARCIA, | § |
| ALLEN PATTERSON, | § |
| CHRISTOPHER CHAVEZ, | § |
| ARTURO ARNULFO GARCIA, | § |
| ANDREW GALLEGOS, | § |
| SHAUNA GUTIERREZ, and | § |
| BRANDY RODRIGUEZ, | § |
| | § |
| Defendant. | § |

## ORDER GRANTING JOINT MOTION TO AMEND FOURTH SCHEDULING ORDER

THIS MATTER is before the Court on the Joint Motion to Amend Fourth Scheduling Order. [Doc. 1590] On December 20, 2017, Defendant Edward Troup filed the Joint Motion on behalf of Joe Gallegos, Billy Garcia, Allen Patterson, Christopher Chavez, Arturo Arnulfo Garcia, Andrew Gallegos, Shauna Gutierrez and Brandy Rodriguez ("Group 2 Trial Defendants"). The parties moved the Court to Amend the Fourth Scheduling Order [Doc. 1205] to extend the deadline to file Jury Instructions, Proposed Voir Dire and Exhibit Lists to March 23, 2018.

The Court has reviewed the Joint Motion and is advised that no party opposes the request. The Court being fully advised finds that the motion is well-taken and should be granted:

IT IS THEREFORE ORDERED that the Joint Motion to Amend Fourth Scheduling Order [Doc. 1590] is GRANTED. Accordingly, the deadline to file Jury Instructions, Proposed Voir Dire and Exhibit Lists as applicable to the Group 2 Defendants is extended to March 23, 2018.

IT IS SO ORDERED.

_____
HONORABLE JAMES O. BROWNING

Submitted by:

*/s/ Cori A. Harbour-Valdez*
Cori A. Harbour-Valdez
Counsel for Edward Troup (3)

*The Gvmt & Dfts do not oppose.*
1/9/18