IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JAN 11 2018

MATTHEW J. DYKMAN
CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | § |
| Plaintiff, | § |
| v. | §  NO. 15-CR-4268-JB |
| ANGEL DELEON, ET AL., | § |
| Defendant. | § |

**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSES TO MOTIONS IN LIMINE**

THIS MATTER is before the Court on the Unopposed Motion for Extension of Time to File Responses to Motions in Limine. [Doc. 1575] On December 15, 2017, Defendant Edward Troup filed the Motion on behalf of all Defendants.

The Court has reviewed the Motion and is advised that no party opposes the request. The Court being fully advised finds that the motion is well-taken and should be granted:

IT IS THEREFORE ORDERED that the Unopposed Motion for Extension of Time to File Responses to Motions in Limine [Doc. 1575] is GRANTED. Accordingly, the Responses to the Government's Motions in Limine [Docs. 1520-1524] and notice [Doc. 1525] shall be filed by December 27, 2017.

IT IS SO ORDERED.

_____
HONORABLE JAMES O. BROWNING

Submitted by:

/s/ Cori A. Harbour-Valdez
Cori A. Harbour-Valdez
Counsel for Edward Troup (3)