IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,
        Plaintiff,

v.  NO: 15-CR-4268 JB

ANTHONY RAY BACA,
CHRISTOPHER GARCIA,

        Defendants.

**DEFENDANTS' EXHIBIT LIST FOR COUNTS 10-12**

COMES NOW, defendants Christopher Garcia through co-counsel, Amy Sirignano of the Law Office of Amy Sirignano, PC, and Christopher W. Adams of the Law Office of Christopher W. Adams, and Anthony Ray Baca through co-counsel Marc M. Lowry of Rothstein Donatelli, LLC, and Theresa M. Duncan, of Duncan Earnest, LLC, and hereby submit the following list of exhibits for Counts 10-12 of the Second Superseding Indictment (Doc. 949), for the convenience of the Court and counsel and without waiving the right to introduce different or additional exhibits, to be used in any phase of the trial.

In addition to the specific exhibits listed below, defendants reserve the right to offer any exhibit admitted at any pretrial hearing in this case, and the right to introduce additional exhibits subsequent to the disclosure and/or review of the 16,000 hours of phone calls recently disclosed, the government's witness list, the government's exhibit list, Jencks materials, and the additional discovery the government has promised, yet

not produced. Defendants reserve the right to amend this exhibit list, if and when any severance of defendants and/or counts is granted.

| EXHIBIT | DESCRIPTION | STIPULATED | OFFERED | OBJECTED | ADMITTED |
|---|---|---|---|---|---|
| EXHIBIT DA | A&E Behind Bars: Rookie Year. Clips from Takedown: Season 2, Episode 12 | | | | |
| EXHIBIT DB | A&E Behind Bars: Rookie Year. Clips from Takedown: Season 3 | | | | |
| EXHIBIT DC | Christopher Garcia: New Mexico Prescription Monitoring Program, Patient RX History Report | | | | |
| EXHIBIT DD | Central New Mexico Community College Diploma and Transcripts for Christopher Garcia | | | | |
| EXHIBIT DE | Christopher Garcia Report from Janine Arvizu regarding DNA Evidence | | | | |
| EXHIBIT DF | Christopher Garcia Expert DNA Report | | | | |

| | | | | | |
|---|---|---|---|---|---|
| EXHIBIT DG | Christopher Garcia U.S. Probation Records | | | | |
| EXHIBIT DH | Cellbrite Report of Eric Duran FBI cellphone – SA Nancy Stemo | | | | |
| EXHIBIT DI | Cellbrite Reports Eric Duran FBI cellphone – defense expert Tim Bryan | | | | |
| EXHIBIT DJ | Record of civil lawsuit against Gregg Marcantel filed by Eric Duran | | | | |
| EXHIBIT DK | Mario Montoya, Eric Duran, and Anthony Baca audio of telephone call regarding destruction of Mario Montoya's cell phone | | | | |
| EXHIBIT DL | Audio of telephone call clips with Chris Garcia, Eric Duran, and Anthony Ray Baca | | | | |
| EXHIBIT DM | Audio of telephone call clips with Chris Garcia and Mario Montoya | | | | |

| | | | | | |
|---|---|---|---|---|---|
| EXHIBIT DN | Audio of ELSUR recordings between Chris Garcia and Mario Montoya | | | | |
| EXHIBIT DO | Audio of ELSUR recordings with Eric Duran, Anthony Baca, and/or Christopher Garcia | | | | |
| EXHIBIT DP | Audio of ELSUR recordings between Eric Duran, Roy Martinez and Anthony Ray Baca | | | | |
| EXHIBIT DQ | Audio of phone calls between Eric Duran, Roy Martinez and Anthony Ray Baca | | | | |
| EXHIBIT DR | Audio of ELSUR recordings of Eric Duran, Mario Rodriguez, and Anthony Ray Baca | | | | |
| EXHIBIT DS | Audio of telephone calls between Eric Duran, Mario Rodriguez, and Anthony Ray Baca | | | | |

| | | | | | |
|---|---|---|---|---|---|
| EXHIBIT DT | Audio of ELSUR recordings of Eric Duran and Anthony Ray Baca | | | | |
| EXHIBIT DU | Audio of telephone calls of Eric Duran and Anthony Ray Baca | | | | |
| EXHIBIT DV | Video during NM Legislative Session regarding Gerald Archuleta | | | | |
| EXHIBIT DW | Christopher Garcia Drug Treatment Records | | | | |
| EXHIBIT DX | Marcantel Video at PNM North | | | | |
| EXHIBIT DY | New Mexico State Auditor Report of Audit at New Mexico Department of Corrections | | | | |
| EXHIBIT DZ | Mario Montoya prior and pending convictions | | | | |
| EXHIBIT EA | Eric Duran prior and pending convictions | | | | |
| EXHIBIT EB | Gerald Archuleta prior and pending convictions | | | | |
| EXHIBIT EC | Robert Martinez prior and | | | | |

|  | pending convictions |  |  |  |  |
|---|---|---|---|---|---|
| EXHIBIT ED | Timothy Martinez prior and pending convictions |  |  |  |  |
| EXHIBIT EE | Roy Martinez prior and pending convictions |  |  |  |  |

Respectfully submitted,

/s/
**Amy Sirignano, Esq.**
Law Office of Amy Sirignano, PC
5901J Wyoming Blvd. NE #250
Albuquerque, NM  87109
(505) 242-2770
Fax: (505) 242-2774
Email: amy@abqnmlaw.com

/s/
**Christopher W. Adams**
The Law Office of Christopher W. Adams, PC
102 Broad Street, Suite C
Charleston, SC 29401
(843) 577-2153
Fax:(877) 883-9114
Email: chris@chrisadamslaw.com

*Co-counsel for Christopher Garcia*

/s/
**Marc M. Lowry**
Rothstein Donatelli LLP
500 4th Street N.W. Suite 400

Albuquerque, NM 87102
(505) 243-1443
Fax: (505) 242-7845
Email: mlowry@rothsteinlaw.com

  /s/
**Theresa M. Duncan**
Duncan Earnest LLC
515 Granite NW
Albuquerque, NM 87102
505-842-5196
Fax: 505-750-9780
Email: teri@duncanearnest.com

*Co-counsel for Anthony Ray Baca*

**CERTIFICATE OF SERVICE**

I hereby certify that this document was electronically filed using the Court's ECF filing system which disburses copies electronically to parties of record where appropriate on this 12th day of January, 2018.

*/s/ Electronically Submitted*
Amy Sirignano