IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRIT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                             No. 15-4268-JOB

ANGEL DELEON et. al.,

    Defendants.

**<u>DEFENDANT'S EXHIBIT LIST</u>**

    Comes Now Defendants Anthony Ray Baca, Carlos Herrera, Rudy Perez and Daniel Sanchez, by and through their respective attorneys and hereby submit their Joint Exhibit List for Counts 6-7.  In addition to the specific exhibits, listed below, defendants reserve the right to offer any exhibit admitted at any pretrial hearing in this case, and the right to introduce additional exhibits subsequent to the disclosure and/or review of the 16,000 hours of inmate phone calls recently disclosed, the government's witness list, the government's exhibit list, Jencks materials and the additional discovery the government has promised, yet not produced. Defendants also reserve the right to amend the witness list if any severance of defendants and/or counts is granted.

| X | Description | Stipulated | Offered | Admitted | Rejected |
|---|---|---|---|---|---|
|  | **SNMCF Facility: Diagrams and Photographs** |  |  |  |  |
| A | Diagram SNMCF Level III IV V Facility Layout |  |  |  |  |
| B | Google Map-SNMCF-Labeled |  |  |  |  |
| C | Diagram SNMCF Housing Unit 1A |  |  |  |  |
| D | Diagram SNMCF Housing Unit 1A-B Pod aka "Blue Pod" |  |  |  |  |
| E | Diagram SNMCF Housing Unit 1A-B Pod aka "Blue Pod" showing directions of Photos |  |  |  |  |
| E1 | Photo |  |  |  |  |
| E2 | Photo |  |  |  |  |
| E3 | Photo |  |  |  |  |
| E4 | Photo |  |  |  |  |
| E5 | Photo |  |  |  |  |
| E6 | Photo |  |  |  |  |
| E7 | Photo |  |  |  |  |
| E8 | Photo |  |  |  |  |
| E9 | Photo |  |  |  |  |
| E10 | Photo |  |  |  |  |
| E11 | Photo |  |  |  |  |
| E12 | Photo |  |  |  |  |
| E13 | Photo |  |  |  |  |
| E14 | Photo |  |  |  |  |
| E15 | Photo |  |  |  |  |
| E16 | Photo |  |  |  |  |
| E17 | Photo |  |  |  |  |
| E18 | Photo |  |  |  |  |
| F | Generic Diagram of Inmate Cell SNMCF Unit 1A |  |  |  |  |

|     |     |     |     |     |     |
| --- | --- | --- | --- | --- | --- |
| F1  | Photo |  |  |  |  |
| F2  | Photo |  |  |  |  |
| F3  | Photo |  |  |  |  |
| F4  | Photo |  |  |  |  |
| F5  | Photo |  |  |  |  |
| F6  | Photo |  |  |  |  |
| F7  | Photo |  |  |  |  |
|     |     |     |     |     |     |
| G   | Diagram SNMCF Housing Unit 1A-A Pod aka "Yellow Pod" Showing Directions of Photos |  |  |  |  |
| G1  | Photo |  |  |  |  |
| G2  | Photo |  |  |  |  |
| G3  | Photo |  |  |  |  |
| G4  | Photo |  |  |  |  |
| G5  | Photo |  |  |  |  |
| G6  | Photo |  |  |  |  |
| G7  | Photo |  |  |  |  |
| G8  | Photo |  |  |  |  |
| G9  | Photo |  |  |  |  |
| G10 | Photo |  |  |  |  |
| G11 | Photo |  |  |  |  |
| G12 | Photo |  |  |  |  |
| G13 | Photo |  |  |  |  |
| G14 | Photo |  |  |  |  |
|     |     |     |     |     |     |
| H   | Joni and Friends Wheels for the World Restoration Manual |  |  |  |  |
| H1  | Photo |  |  |  |  |
| H2  | Photo |  |  |  |  |
| H3  | Photo |  |  |  |  |
| H4  | Photo |  |  |  |  |
| H5  | Photo |  |  |  |  |
|     |     |     |     |     |     |
| I   | Video 03/07/2014 SNMCF Unit 1A-B Pod |  |  |  |  |
| I1  | Video Channel 4 |  |  |  |  |
| I2  | Video Channel 5 |  |  |  |  |
|     |     |     |     |     |     |
| J   | Diagram SNMCF Blue Pod showing Approximate Location of Evidence Recovery |  |  |  |  |

| | | | | | |
|---|---|---|---|---|---|
| K | Diagram of SNMCF Blue Pod showing Approximate Location of Evidence Recovered showing location of Photos (below) | | | | |
| K1 | Photo | | | | |
| K2 | Photo | | | | |
| K3 | Photo | | | | |
| K4 | Photo | | | | |
| K5 | Photo | | | | |
| K6 | Photo | | | | |
| K7 | Photo | | | | |
| K8 | Photo | | | | |
| K9 | Photo | | | | |
| K10 | Photo | | | | |
| | | | | | |
| L | Reserved | | | | |
| | | | | | |
| | **PNM Facility: Diagrams and Photographs** | | | | |
| M | Diagram PNM Facility Layout | | | | |
| | | | | | |
| N | Google Map PNM Facility-Labeled | | | | |
| | | | | | |
| O | Diagram PNM Level VI Facility | | | | |
| | | | | | |
| P | Diagram PNM Level VI Housing Units 3A and 3B | | | | |
| | | | | | |
| Q | Diagram PNM Level VI Housing Unit Q showing direction of Photos | | | | |
| Q1 | Photo | | | | |
| Q2 | Photo | | | | |
| Q3 | Photo | | | | |
| Q4 | Photo | | | | |
| Q5 | Photo | | | | |
| Q6 | Photo | | | | |
| Q7 | Photo | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Q8** | Photo | | | | | |
| **Q9** | Photo | | | | | |
| **Q10** | Photo | | | | | |
| **Q11** | Q Pod video | | | | | |
| | | | | | | |
| **R** | Q Pod Chart re Inmates Housing Overlap | | | | | |
| | | | | | | |
| **S** | **SNMCF Logs Housing Unit 1A** | | | | | |
| **S1** | Day Shift Log 03/06/2014 | | | | | |
| **S2** | Swing Shift Log 03/06/2014 | | | | | |
| **S3** | Graveyard Shift Log 03/06/2014 | | | | | |
| **S4** | Day Shift Log 03/07/2014 | | | | | |
| **S5** | Swing Shift Log 03/07/2014 | | | | | |
| **S6** | Swing Shift Log (typed) 03/07/2014 | | | | | |
| | | | | | | |
| **T** | **NMCD Transportation Records 03/06/2014 (13 pgs)** | | | | | |
| | | | | | | |
| **U** | **Property Inventory Lists** | | | | | |
| **U1** | Enriquez, Reynaldo SNMCF Prop Inventory List 03/07/2014 | | | | | |
| **U2** | Urquizo, Guadalupe PNM Property Inventory List 03/06/2014 | | | | | |
| **U3** | Varela, Mauricio PNM Property Inventory List 03/08/2015 | | | | | |
| | | | | | | |
| **V** | **Offender Physical Location Histories** | | | | | |
| | Armenta, Jerry | | | | | |
| | Baca, Anthony Ray | | | | | |
| | Calburt, David | | | | | |
| | Cordova, Billy | | | | | |
| | Duran, Eric | | | | | |
| | Herrera, Carlos | | | | | |
| | Martinez, Robert | | | | | |
| | Martinez, Roy Paul | | | | | |
| | Martinez, Timothy | | | | | |
| | Molina, Javier | | | | | |
| | Montoya, Jerry | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| | Montoya, Mario | | | | |
| | Perez, Rudy | | | | |
| | Rodriguez, Mario | | | | |
| | Romero, Julian | | | | |
| | Rubio, Javier | | | | |
| | Sanchez, Daniel | | | | |
| | Sanchez, Robert | | | | |
| | Urquizo, Guadalupe | | | | |
| | Varela, Mauricio | | | | |
| | Wright, Jason | | | | |
| | | | | | |
| W | **New Mexico Corrections Department Policies and Procedures** | | | | |
| W1 | CD Policy 080100 Custody Level Designations and Facility Security Levels | | | | |
| W2 | CD Policy 090100 Inmate Discipline | | | | |
| W3 | CD Policy 090300 Institutional Evidence/Contraband Control, Tracking and Disposal | | | | |
| W4 | CD Policy 130700-130701 CAMERAS: Digital Video Recording, Portable, Stationary, Pan/Tilt/Zoom | | | | |
| W5 | CD Policy 150200 Inmate Property and Laundry | | | | |
| W6 | CD Policy 150201 Inmate Property | | | | |
| | | | | | |
| X | Reserved | | | | |
| | | | | | |
| Y | Reserved | | | | |
| | | | | | |
| Z | Reserved | | | | |
| | | | | | |
| | **Witness Specific Information** [the first two are examples but until we can read/review Jencks, telephone calls | | | | |

| | | | | | |
|---|---|---|---|---|---|
| | etc, we cannot id specific exhibits needed for each cooperating witness.] | | | | |
| AA | **Archuleta, Gerald** | | | | |
| AA1-? | Judgement and Commitment Orders for prior convictions | | | | |
| AA?-? | Records re Payments and Benefits | | | | |
| AA?-? | Excerpts from Recorded Telephone calls | | | | |
| | | | | | |
| AB | **Armenta, Jerry** | | | | |
| | Judgment and Commitment Orders for prior convictions | | | | |
| | Records re Payments and Benefits | | | | |
| | Excerpt from "Family Contact Visit" Video | | | | |
| | Excerpt(s) from Recorded Telephone calls | | | | |
| AC | **Calburt, David** | | | | |
| | Judgment and Commitment Orders for prior convictions | | | | |
| | Records re Payments and Benefits | | | | |
| | Excerpt(s) from Recorded Telephone calls | | | | |
| AD | **Cordova, Billy** | | | | |
| AE | **Duran, Erik** | | | | |
| AF | **Martinez, Timothy** | | | | |
| AG | **Martinez, Robert** | | | | |
| AH | **Martinez, Roy Paul** | | | | |
| AI | **Montoya, Jerry** | | | | |
| AJ | **Montoya, Mario** | | | | |
| AK | **Rodriguez, Mario** | | | | |
| AL | **Romero, Julian** | | | | |

| | | | | | |
|---|---|---|---|---|---|
| AM | **Rubio, Javier** | | | | |
| AN | **Urquizo, Lupe** | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Respectfully submitted,

/s/ Amy E. Jacks
AMY E. JACKS
Attorney for Defendant
DANIEL SANCHEZ

## CERTIFICATE OF SERVICE

I hereby certify that on January 12, 2018, I caused a true and correct copy of the Joint Exhibit List for Counts 6-7 to be served by e-mail to all parties by filing in the Court's CM/ECF system.