IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CRIMINAL NO.   15-4268 JB |
| | ) | |
| vs. | ) | |
| | ) | |
| ANGEL DELEON, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE TO CORRECT TESTIMONY

The United States of America hereby notices the Court and Defendants that Federal Bureau of Investigation Special Agent Bryan Acee alerted the United States that he needs to correct his testimony at the motions hearing that the Court held on January 10, 2018. As detailed in Special Agent Acee's attached report, Special Agent Acee recalls that he testified that he believed the wiretap on the telephone provided to Mario Montoya went down on November 25, 2015. In reviewing documents after his testimony, his recollection was refreshed, and he believes that the wiretap went down on December 25.

Respectfully submitted,

JAMES D. TIERNEY
Acting United States Attorney

*Electronically filed 1/18/18*
MARIA Y. ARMIJO
RANDY M. CASTELLANO
MATTHEW M. BECK
Assistant United States Attorneys
200 N. Church Street
Las Cruces, New Medico 88001
(575) 522-2304 – Tel.

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and sent notification to opposing counsel of record on this date.

        */s/*
MARIA Y. ARMIJO
Assistant United States Attorney