FD-1057 (Rev. 5-8-10)



UNCLASSIFIED

# FEDERAL BUREAU OF INVESTIGATION
## Electronic Communication

**Title:** (U) FBI Wire Intercepts in Captioned Matter           **Date:** 01/12/2018

**CC:** AQ-VCP (OST)

**From:** ALBUQUERQUE
    **Contact:** Bryan Acee, ▓▓▓▓▓▓

**Approved By:** A/SSA HICKOX RACHAEL ERIN

**Drafted By:** Bryan Acee

**Case ID #:** 245U-AQ-6239655     (U) OPERATION ATONEMENT;
    NEW MEXICO SYNDICATE;
    OCDETF/PRISON GANGS SWNML0327

**Synopsis:** (U) The communication will correct testimony provided by SA Bryan Acee in U.S. v. Deleon et. al. on January 10, 2018, at the U.S. District Courthouse in Las Cruces, New Meico.

**Administrative Notes:** (U) Copies of the Applications and Orders for Consensual Wire and Electronic Interception were previously disclosed to the defendants in this matter.

This memorandum will be provided to the United States Attorney's Office for the District of New Mexico.

**Details:**

**Background:**

On March 29, 2017, FBI Special Agent (SA) Bryan Acee provided the United States Attorney's Office (USAO) with a one-page memorandum titled "FBI Wire Intercepts." The memo detailed the eight (8) wire intercepts utilized in OCDETF Operation Atonement that targeted members and associates of the SNM Gang. SA Acee included the eight applications/orders and all of the subsequent extension applications/orders with the memo. Within the memo, SA Acee noted wire

UNCLASSIFIED

**U.S. v. DELEON, ET Al.    43785**

Title:  (U) FBI Wire Intercepts in Captioned Matter
Re:   245U-AQ-6239655, 01/12/2018

interception on Verizon telephone number 505-219-7757, utilized by FBI Confidential Human Source (CHS) "Pyro" █████, took place between October 26, 2015 and November 25, 2015. All of that information was turned over to the defendants in U.S. V. Deleon et. al. (15CR4268JB) and U.S. v. Baca et. al. (16CR1613JB).

**January 10, 2018 Testimony:**

On January 10, 2018, SA Acee provided testimony in the Deleon matter, before U.S. District Court Judge James Browning, pertaining to the consensual wire intercept on Verizon telephone number 505-219-7757 utilized by FBI Confidential Human Source (CHS) "Pyro" █████. SA Acee indicated that wire interception took place between October 26, 2015 and November 25, 2015, as indicated in the Order (No. 15MR661KG).

**Correction to January 10, 2018 Testimony:**

On January 10, 2018, while reviewing case materials, SA Acee realized the consensual wire interception of telephone number 505-219-7757 had been extended pursuant to a court order by U.S. District Court Judge Kenneth J. Gonzales to December 25, 2015. SA Acee notified Assistant United States Attorneys Randy Castellano, Maria Armijo, and Matthew Beck.

**Note:**

SA Acee confirmed copies of the extension applications and orders for the consensual wire interception on telephone number 505-219-7757 were previously disclosed - see Bates numbers 22061-22065.

♦♦