IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA,     ) | |
| ) | |
| Plaintiff,     ) | CRIMINAL NO. 15-4268 JB |
| ) | |
| vs.     ) | |
| ) | |
| **ANGEL DELEON, et al.,**     ) | |
| ) | |
| Defendants.     ) | |

### **UNITED STATES' SUPPLEMENTAL NOTICE OF GANG EXPERT WITNESSES' TESTIMONY**

The United States of America, pursuant to Federal Rule of Criminal Procedure 16(a)(1)(G), and pursuant to the Court's oral order to provide additional explanation of the opinions that its gang experts intend to present at trial, provides notice to the Court and to Defendants that the United States intends to introduce into evidence at trial the gang expert testimony described in the attached.

**Background**

On October 6, 2017, the United States filed its Notice of, and Motion *in Limine* to Admit, Gang Expert Witnesses' Testimony ("Gang Expert MIL"). The Court noted that it intended not to allow the United States to provide gang expert testimony on the SNM gang, and offered to allow the United States to provide a supplemental expert gang notice in lieu of a *Rodriguez* hearing. The United States, however, asked the Court to proceed with the *Rodriguez* hearing to determine whether it would reconsider its intention. After the *Rodriguez* hearing, the Court concluded that its intention was proper, and ordered that, while it would grant the motion *in limine* and allow the United States to present testimony from its proffered experts under Rule

702, it would preclude the United States from presenting gang expert testimony about the SNM specifically.

On January 10, 2018, the Court nevertheless ordered the United States to supplement its expert gang notice with the opinions that it expects to elicit from the two gang expert witnesses who did not testify at the *Rodriguez* hearing: Chris Cupit and Sergio Sapien. The United States files this Notice to supplement its Gang Expert MIL as required.

**Proposed Expert Testimony**

The United States intends to call Ronald Martin, Chris Cupit and Sergio Sapien of the New Mexico Corrections Department as expert witnesses in the means and methods of operations of prison gangs. The substance of the proposed expert testimony is provided in the attached memorandum.

Respectfully Submitted,

JAMES D. TIERNEY
Acting United States Attorney

**Electronically filed on 1/18/2018**
MARIA Y. ARMIJO
RANDY M. CASTELLANO
MATTHEW M. BECK
Assistant United States Attorneys
200 N. Church Street
Las Cruces, NM  88001
(575) 522-2304 – Tel.

I HEREBY CERTIFY that I electronically
filed the foregoing with the Clerk of the
Court using the CM/ECF system which
will send electronic notification to defense
counsel of record on this date.

/s/
MARIA Y. ARMIJO
Assistant United States Attorney