IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JAN 25 2018

MATTHEW J. DYKMAN
CLERK

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                                  No. 2:15-cr-04268-JB

ANGEL DELEON, et al.,

    Defendants.

## ORDER ALLOWING DEFENSE STAFF TO BRING CELLPHONES INSIDE THE COURTHOUSE

During a hearing on January 9, 2018, Defendant Anthony Ray Baca, joined by Defendants Daniel Sanchez, Christopher Garcia, Rudy Perez, and Carlos Herrera, orally moved the Court to enter an order allowing defense staff to bring their cellphones inside the courthouse to facilitate their assistance of counsel during trial. Counsel for the United States stated the government had no opposition to the Defendants' request. Having considered the request and good cause appearing,

IT IS HEREBY ORDERED that the following people are authorized to pass through security with their cellphones and are further authorized to access and use their cellphones in accordance with Court rules for the duration of the proceedings in this matter:

    For Defendant Anthony Ray Baca:

        Peso Chavez, investigator
        Leonor Delgado, investigator
        Erin Glasser, paralegal

For Defendant Daniel Sanchez:

    Christopher Nicely, investigator
    Lauren Noriega, associate
    Susin Towers, paralegal

For Defendant Christopher Garcia:

    Charles "Ted" Asbury, investigator
    Michelle Gallegos, investigator
    Cindy Gilbert, paralegal

For Defendant Rudy Perez:

    Gary Ainsworth, investigator
    Corina Cordova, paralegal
    Laura Schile, expert

For Defendant Carlos Herrera:

    Troy Garrity, investigator
    Sonia Salazar, paralegal

IT IS SO ORDERED.

_____
THE HONORABLE JAMES O. BROWNING
UNITED STATES DISTRICT JUDGE