IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) CRIMINAL NO. | 15-4268 JB |
| | ) | 16-1613 JB |
| ANGEL DELEON, et al., | ) | |
| ANTHONY BACA, et al., | ) | |
| Defendants. | ) | |

## INSPECTION ORDER

**THIS MATTER** having come before the Court on the pleadings and oral arguments of the parties regarding defendants' tampering with discovery tablets. Being fully advised in the premises, the Court finds that the tablets provided to Defendants Roy Martinez, Jerry Armenta, Benjamin Clark, Fred Quintana, Frederico Munoz, Leonard Lujan, Ruben Hernandez, Gerald Archuleta, and Robert Martinez be inspected by officials of either the New Mexico Corrections Department, the United States Marshals, or the Federal Bureau of Investigation.

**IT IS FURTHER ORDERED** that the inspection may include a forensic evaluation if the New Mexico Corrections Department, the United States Marshals, or the Federal Bureau of Investigation deem it necessary.

DATED: January ____, 2018

_____
JAMES O. BROWNING
UNITED STATES DISTRICT JUDGE