**Page 1**

UNITED STATES DISTRICT COURT

DISTRICT OF NEW MEXICO

**Exhibit A**

UNITED STATES OF AMERICA,

        Plaintiff,

  vs.                    Cause No: 2:15-cr-04268-JB

ANGEL DELEON, et al.,

        Defendants.


JAIL CALL BETWEEN BEN CLARK AND MOM

## Page 2

1  RECORDING: Hello. You are about to receive a
2  prepaid call from --
3  MR. CLARK: (Inaudible).
4  RECORDING: -- an inmate at the penitentiary of
5  New Mexico. This call is subject to monitoring and
6  recording. This call is subject to local, state, and
7  federal taxes. To accept charges, press one. To refuse
8  charges, press two. If you would like to permanently
9  block your number from receiving calls from this
10 facility, press 6. For balance and rate quotes, press
11 7.
12     Thank you for using Securis. You may start
13 the conversation now.
14 MR. CLARK: Mom?
15 MOM: Yeah?
16 MR. CLARK: No -- you haven't heard nothing from
17 Steve?
18 MOM: I ain't heard nothing.
19 MR. CLARK: All right. Well, you could keep
20 texting him. Just let me know, I'll just call
21 periodically and try to get a date and a time to call
22 him. No?
23 MOM: Yeah.
24 MR. CLARK: Because I need to talk to him about
25 this plea bargain we're going to take or whatever. You

## Page 3

1  know what I mean?
2  MOM: Uh-huh.
3  MR. CLARK: I keep getting -- if I keep going to
4  court I'm going to end up getting sliced up or
5  something.
6  MOM: Yeah.
7  MR. CLARK: So we've got to figure this out,
8  whatever we're going to do. But, yeah, if you can, just
9  keep on --
10 MOM: Brandon, quit doing that to my doggie.
11 MR. CLARK: Whenever he texts you back, just let
12 me know the day and time and I'll set it up.
13 MOM: Okay.
14 MR. CLARK: All right, mom. You didn't hear
15 nothing from Jeannette?
16 MOM: I haven't heard nothing from Jeannette.
17 MR. CLARK: Yeah, she's mad.
18 MOM: Here, go to your room.
19 MR. CLARK: All right, mom. Well, I love you.
20 I'll talk to you later.
21 MOM: He's yelling at my dog and barking at him.
22 I think I'm going to starve him and don't let him eat
23 dinner.
24 MR. CLARK: Yeah, right.
25 MOM: Little round boy.

## Page 4

1  MR. CLARK: Uh-huh. Well, I love you, mom.
2  I'll talk to you later.
3  MOM: I said go to your room.
4  CHILD: No.
5  MOM: No, go to your room now.
6    He doesn't believe me when I say go to your
7  room.
8  MR. CLARK: Yeah, you guys spoil him. You got
9  him all fat.
10 MOM: He's soft. I'm seriously thinking about
11 karate classes.
12 MR. CLARK: Get him in something.
13 MOM: Yeah, I know.
14 MR. CLARK: That's good. I'll go. That's all
15 (inaudible), they played soccer.
16 MOM: No, it's because it was too much
17 competition for the food.
18 MR. CLARK: Sounds about right. No, but they
19 get as much as they want. But --
20 MOM: Oh, heck, do you remember Angel
21 complaining because he couldn't get three eggs?
22 MR. CLARK: Yeah.
23 MOM: Three eggs. Three eggs.
24 MR. CLARK: Hey, mom, I don't want to blow up
25 your phone because last time I went through that 25 too

## Page 5

1  fast. So I'll call you back tomorrow.
2  MOM: Okay.
3  MR. CLARK: Love you. Love you, mom.
4  MOM: Love you, too.
5  MR. CLARK: Thank you for everything.
6  MOM: Bye-bye. (Kisses into the phone).
7  MR. CLARK: (Kisses into the phone). Hey, tell
8  Vernon I said what's up.
9  MOM: Okay. I'll do that. Big V and little V.
10 MR. CLARK: Both of them. How is big V? You
11 haven't told me nothing about him.
12 MOM: Oh, I talked to him this morning and he
13 said that he just sleeps all the time and this and that,
14 you know, nothing to do. He's tired of reading,
15 da-da-da-da.
16 MR. CLARK: So what was --
17 MOM: So I -- I told --
18 MR. CLARK: -- (inaudible) looking at?
19 MOM: Well, he has court December 1st.
20 MR. CLARK: Trial?
21 MOM: Yeah.
22 MR. CLARK: And what --
23 MOM: And so I told his -- I told -- they
24 haven't given him anything yet, but I told his attorney,
25 I text him afterwards, I said they're not giving him any

PAUL BACA PROFESSIONAL COURT REPORTERS
500 FOURTH STREET NW - SUITE 105, ALBUQUERQUE, NM  87102

Page 6

1 kind of mental health. You know, no group, no nothing,
2 no nothing, and no nothing. You know, he refuses the
3 meds because he -- because they were making him fat.
4     MR. CLARK: Yeah.
5     MOM: You know, and puffy. You know, he's in
6 there anyway doing nothing, so he's getting puffy, and
7 that's making him puffier. And --
8     MR. CLARK: He's going to end up fighting with
9 somebody.
10     MOM: So -- so -- well, they don't let him have
11 any contact, you know, with anybody. They don't let him
12 have group. That's why -- that's their excuse, is that,
13 you know, they don't know who is going to --
14     MR. CLARK: Because of me.
15     MOM: Uh-huh.
16     MR. CLARK: Because of me. You know, I mean, I
17 didn't want him to go through that but it was already in
18 the -- in effect anyway, you know.
19     MOM: Well, yeah, but he's the one that put his
20 idiot out -- in an idiot position. But it's costing me
21 money, costing your dad money, you know.
22     MR. CLARK: Yeah.
23     MOM: But I just don't want to see him going
24 to -- you know, to prison for 20 years for some stupid
25 ass bullshit.

Page 7

1     MR. CLARK: Yeah.
2     MOM: I mean, not that it wasn't his fault. I
3 mean, it was his fault in the sense that he -- he
4 protected himself, but -- but you know what I mean, but
5 it was his fault in the sense that he put himself in
6 that position.
7     MR. CLARK: Yeah. Yeah, he put himself in that
8 situation.
9     MOM: Yeah.
10     MR. CLARK: I mean, if he could -- you know, he
11 was just -- I mean, right now they got him with second
12 degree.
13     MOM: Uh-huh.
14     MR. CLARK: If he could even just get it dropped
15 down to manslaughter, any manslaughter, he'd be all
16 right.
17     MOM: But it ain't going to -- it ain't going to
18 go through with second-degree. The most they'll get him
19 for is manslaughter. You know, by the time they get
20 through with everything because, you know, from what the
21 attorney has told me, you know, what's been said, you
22 know, the -- the -- the witness, you know, she was the
23 one that said este Jose was reaching for a --
24     MR. CLARK: Yes.
25     MOM: -- whatever the hell you call that, chain

Page 8

1 saw.
2     MR. CLARK: Chain saw.
3     MOM: But what the hell was he reaching for his
4 chain saw for?
5     MR. CLARK: To try to kill Vernon.
6     MOM: There you go. So what does that imply
7 right there? And Vernon was in a caged yard. You know,
8 it was a fenced yard. The woman also said that the gate
9 was closed and locked.
10     MR. CLARK: So it wasn't like he was getting out
11 very easily without getting hit in the back or stabbed
12 or --
13     MOM: Yes.
14     MR. CLARK: -- hit with a rock or anything.
15     MOM: Right. So --
16     MR. CLARK: So I'm -- so, yeah, so that's --
17     MOM: And so Vernon -- Vernon made a statement
18 to the police, very good, according to what his attorney
19 said, and, you know, so -- so he's not going to have
20 to -- to --
21     MR. CLARK: Go up on the stand.
22     MOM: -- to go up on the stand, so they don't
23 have to pull up his background, you know.
24     MR. CLARK: No, that's probably the best thing
25 about that.

Page 9

1     MOM: Yeah.
2     MR. CLARK: Did you know -- did you know, if I
3 didn't do what I did, they were going to try to charge
4 you and Jeannette.
5     MOM: Well, I know you said that.
6     MR. CLARK: I don't think I ever told Jeannette
7 that though. But I couldn't let that happen. Vernon
8 would have went down too.
9     MOM: For what? Were we informed that we were
10 doing anything that was illegal?
11     MR. CLARK: It doesn't -- it doesn't matter. I
12 mean, the three-ways -- any three-ways that you did for
13 any -- any of them dudes was promoting. You know, and
14 that's -- that's what you call that. You know, you
15 might have just got probation or something, but --
16     MOM: Yeah, but how could that be considered
17 promoting? There -- there's no recording or anything
18 that says that I can't do a three-way for you.
19     MR. CLARK: Yeah, but see, with the way they
20 look at it is that you're helping to -- the way -- the
21 way the law is set up is if you're helping someone to
22 promote any kind of criminal activity because so and so
23 said this on the phone or I said this on the phone or
24 you sent somebody money or -- or anything like that.
25     MOM: Uh-huh.

Page 10

1  MR. CLARK: If you're -- if anything like that
2  happens, you're aiding and abetting a criminal and a
3  gang member.
4  MOM: Okay.
5  MR. CLARK: So, I mean, they already charged a
6  couple people's moms and old ladies, you know.
7  MOM: I got to let you go.
8  MR. CLARK: I love you, mom.
9  MOM: Okay? No, I got to take my doggies
10 outside.
11  MR. CLARK: No. You're talking to me?
12  MOM: Yeah, I'm talking to you, mijo. I
13 got -- I'm taking my dogs outside to go potty.
14  MR. CLARK: Well, I'm just --
15  MOM: Don't go on the truck.
16  MR. CLARK: I'm just -- I'm just letting you
17 know that that's -- you know, I mean --
18  MOM: Yeah.
19  MR. CLARK: -- that was one of the things I
20 thought about, you know.
21  MOM: Yeah, okay.
22  MR. CLARK: I couldn't -- I ain't going to let
23 you guys fall for my bullshit. You know what I mean?
24  MOM: Yeah, I hear you.
25  MR. CLARK: But I love you, mom.

Page 11

1  MOM: I love you, too, mijo. You take care.
2  MR. CLARK: All right. All right, bye-bye.
3  MOM: Bye-bye.
4  RECORDING: The person --
5  [The recording concludes.]

Page 12

1  In Re:
2  USA vs. Angel Deleon, Ben Clark and Mom phone call
   _____
3
4            C E R T I F I C A T E
5  I, Lisa Reinicke, New Mexico Certified
   Stenotranscriptionist, DO HEREBY CERTIFY that the above
6  captioned transcription was prepared by me; that the
   RECORDING was reduced to typewritten transcript by me;
7  that I listened to the entire RECORDING; that the
   foregoing transcript is a complete record of all
8  material included thereon, and that the foregoing pages
   are a true and correct transcription of the recorded
9  proceedings, to the best of my knowledge and hearing
   ability. The recording was of GOOD quality.
10 I FURTHER CERTIFY that I am neither employed by
   nor related to nor contracted with (unless excepted by
11 the rules) any of the parties or attorneys in this
   matter, and that I have no interest whatsoever in the
12 final disposition of this matter.
13
           _____
14         Lisa Reinicke,
           Certified Stenotranscriptionist

4 (Pages 10 to 12)