UNITED STATES DISTRICT COURT

DISTRICT OF NEW MEXICO

**Exhibit B**

UNITED STATES OF AMERICA,

        Plaintiff,

  vs.                    Cause No: 2:15-cr-04268-JB

ANGEL DELEON, et al.,

        Defendants.

JAIL CALL BETWEEN BILLY AND ANGEL DELEON

Page 2

1  RECORDING: Hello. You are about to receive a
2  prepaid call from -- an inmate at the penitentiary of
3  New Mexico. This call is subject to monitoring and
4  recording. This call is subject to local, state, and
5  federal taxes. To accept charges, press -- thank you
6  for using Securis. You may start the conversation now.
7  MR. CORDOVA: Babe.
8  UNIDENTIFIED FEMALE: Who the hell is Debbie?
9  MR. CORDOVA: I don't know. Who is that?
10  UNIDENTIFIED FEMALE: Huh?
11  MR. CORDOVA: Who is that? Who is Debbie?
12  UNIDENTIFIED FEMALE: I don't know. I'm asking
13  you.
14  MR. CORDOVA: Why are you asking me this?
15  UNIDENTIFIED FEMALE: Your mom -- hold on.
16  MR. CORDOVA: Oh, Debra. That's my auntie.
17  That's who she's with.
18  UNIDENTIFIED FEMALE: Huh?
19  MR. CORDOVA: That's who my mom is with, is
20  Debra, Debbie. Oh, my -- my dad being -- her and my dad
21  got into it, or I don't know, you know how my dad is.
22  He's (inaudible).
23  UNIDENTIFIED FEMALE: No, I'm just asking you
24  because there's a text message on here, I guess from
25  your mom's number, and it's all -- it's all, hey

Page 3

1  Debbie -- hey Debbie, Billy is on the phone. Do you
2  want me to drop those flowers off at your house or at
3  work?
4  MR. CORDOVA: What?
5  UNIDENTIFIED FEMALE: So I'm asking -- so I'm
6  asking who the hell is Debbie?
7  MR. CORDOVA: Yeah, right, babe.
8  UNIDENTIFIED FEMALE: I swear. How would I --
9  MR. CORDOVA: Just fucking ask her. Maybe she's
10  texting the wrong number, babe.
11  UNIDENTIFIED FEMALE: I was just asking.
12  MR. CORDOVA: I don't know, babe. She could be
13  talking about my dad. That's not me. If I had a ruca,
14  I wouldn't be on the phone with you. I wouldn't be
15  trying to chase you down every time you don't answer
16  your phone.
17  UNIDENTIFIED FEMALE: If you had a -- if you had
18  a ruca, you wouldn't even be alive right now, so I don't
19  know what the hell you're tripping on. Taking flowers
20  to your fucking grave, that's for sure.
21  MR. CORDOVA: Babe. Babe, can you hear me?
22  UNIDENTIFIED FEMALE: What?
23  MR. CORDOVA: When you don't answer your phone,
24  if I had a ruca on the side, I'd just be like fuck
25  (inaudible), girlfriend, call the other ruca, what's up,

Page 4

1  what are you doing?
2  UNIDENTIFIED FEMALE: Spit up, spit up, spit up.
3  MR. CORDOVA: That doesn't even make sense. Do
4  you think that --
5  UNIDENTIFIED FEMALE: Spit up.
6  MR. CORDOVA: But you got to understand my dad
7  is Billy too. My mom could be texting the wrong number.
8  I was trying to call you on her phone. I three-wayed
9  you about 100 times, madder than fuck, too, pissed. My
10  mom was over there like just calm down, mijito.
11  I'm like -- and then she's getting older,
12  babe. She has that dementia and shit or she forgets
13  shit, no. Then my dad, I don't know, babe, what's going
14  on with him now. They love each other and hate each
15  other. I'm like, fuck, I don't want a relationship like
16  that.
17  UNIDENTIFIED FEMALE: Hey, baby.
18  MR. CORDOVA: Are you serious, babe, you got a
19  text on your phone?
20  UNIDENTIFIED FEMALE: Yeah, it really is.
21  That's -- how would I know about some girl Debbie or
22  Debra? How would I even know that?
23  MR. CORDOVA: See, that's what -- and fliers,
24  babe. You know how my dad does jobs and shit, and he
25  goes and he passes out fliers?

Page 5

1  UNIDENTIFIED FEMALE: Yeah.
2  MR. CORDOVA: See, that's probably what my mom
3  is talking about.
4  UNIDENTIFIED FEMALE: I don't know. It was just
5  a question. I'm not even tripping on here. I just
6  asked you a simple question.
7  MR. CORDOVA: Yeah, but I already --
8  UNIDENTIFIED FEMALE: Don't get beat up. Don't
9  get beat up.
10  MR. CORDOVA: Yeah, but, babe --
11  UNIDENTIFIED FEMALE: Don't get beat up.
12  MR. CORDOVA: But look, babe, I don't want us
13  arguing, getting into it over some shafa shit and then
14  fucking --
15  UNIDENTIFIED FEMALE: Babe, listen to yourself,
16  you don't want us arguing. That's all you do is go and
17  argue. You need to stop.
18  MR. CORDOVA: Well, what the hell?
19  UNIDENTIFIED FEMALE: Are you going to stop?
20  MR. CORDOVA: Yeah. Yeah, babe, well, you act
21  orale. Now, all right. Oh, I wish -- I wish the
22  fucking shoe was on the other foot, no. And then I
23  would just be telling you, you know what, just kick
24  back, babe, it's all good. It's all good. I mean,
25  you're like, oh, yeah, cerio, all right. All right.

Page 6

1   UNIDENTIFIED FEMALE: Keep it up. Keep it up.
2   MR. CORDOVA: No, but I'm just saying, babe.
3   I'm not putting you down. I'm not making you feel like
4   shit. You act like I'm sitting here trying to fucking
5   call you fucked up names. I'm not saying none of that,
6   babe. I'm telling you how I fucking feel as a man. You
7   know what I mean? I'm telling you what I stand --
8   UNIDENTIFIED FEMALE: I -- I know, babe.
9   MR. CORDOVA: No, no, no, listen. No, listen,
10  babe, you don't understand. I didn't even make it in my
11  sentencing and my wife tells me fuck you. I'm like,
12  what, are you serious? And then the fucking feds come
13  in and say, look, we're going to fucking tax your wife,
14  we're going to tax your fucking mom, this is what we
15  have on you. Boom, slap a file on me. I'm like what?
16  I'm like -- and they're coming after everybody. I'm
17  like, no, fuck this. Fuck these fools. You know what I
18  mean? Gave me a few days to think about it.
19      What would my daughter do right now, babe?
20  They want fucking me to be in fucking federal detainment
21  after seeing her dad go to jail for my mom gamed up.
22  You didn't know you piped down 18 months to 2 years
23  after the trials are done. But still, I say, no, no,
24  fuck it. I called you up, babe, on some cerio shit and
25  I say, babe, I need to talk to you and you tell me fuck

Page 7

1   you. I'm like what the hell, this is my wife. You know
2   what I mean? I'm tripping, babe. I'm like (inaudible),
3   whatever, I say fuck, now make that decision anyways.
4   And you had some -- yeah, you had a lot to play with it,
5   but in reality, you already know what I thought about
6   all them fools. I was mac and I'm saying -- you know
7   what I mean? Fuck this shit.
8        What's up? It was what it was, babe. You
9   know what I mean?
10  UNIDENTIFIED FEMALE: Baby, I love you with all
11  my heart. Okay?
12  MR. CORDOVA: I know, but you don't understand,
13  babe, that shit hurt. And then I call you for a fucking
14  Labor Day weekend or whatever weekend it was, I want to
15  talk to my girls, my daughters, and they don't even want
16  to talk to me, like I'm some kind of fucking piece of
17  shit. I'm like are you serious.
18  UNIDENTIFIED FEMALE: It's not that they
19  thought -- it's not that they thought that. Amor looked
20  you up on the --
21  MR. CORDOVA: I think you're over there with
22  some other fucking punk. You know what I mean? I was
23  like what.
24  UNIDENTIFIED FEMALE: Amor looked it up -- Amor
25  looked it up on the internet, so she sees you as that

Page 8

1   person. Until you sit there and explain to them, that's
2   what they see you as. No matter what I tell them, no
3   matter what I think --
4   MR. CORDOVA: You know what I'm about. You know
5   who is the real me.
6   UNIDENTIFIED FEMALE: I know.
7   MR. CORDOVA: And they should know -- they
8   should know better, too, babe.
9   UNIDENTIFIED FEMALE: But listen --
10  MR. CORDOVA: When I was out there, babe, they
11  know how I'm there for them. And they know I was doing
12  everything in my power to be out there with them.
13  UNIDENTIFIED FEMALE: No, listen to me, your
14  daughters --
15  MR. CORDOVA: I treated them good, babe. I
16  didn't -- I wasn't -- I wasn't a shafa.
17  UNIDENTIFIED FEMALE: I know, babe. I didn't
18  say you were.
19  MR. CORDOVA: (Inaudible) some fucking
20  motherfucker.
21  UNIDENTIFIED FEMALE: I didn't say you were.
22  MR. CORDOVA: I deserve -- I deserve that.
23  UNIDENTIFIED FEMALE: I -- I didn't say you
24  were. But what I'm telling you is your daughter is old
25  enough to look on the internet. That's what they did.

Page 9

1   MR. CORDOVA: I know, babe, but --
2   UNIDENTIFIED FEMALE: That's what they see you
3   as right now.
4   MR. CORDOVA: But look. But look, babe. Look,
5   babe, I'm sitting here and then you with some punk
6   motherfucker. You know what I mean? Calling him babe
7   and shit. I'm like that fucking fool probably ain't no
8   fucking man, eh. Probably even fucking -- wouldn't even
9   do half of the shit I do for her. You know what I mean?
10  Since we met, Crystal, I fucking showed you where I was
11  at. I went to war over you with a whole fucking hood.
12  I banged up the fucking (inaudible) over you when they
13  disrespected you. You know what I'm saying? I had them
14  fools running like a bunch of bitches.
15      And I'm not trying to say that you can't do
16  better, because you probably can, and you -- you
17  probably can do a lot better than me. You know what I
18  mean? But in reality, what motherfucker in your
19  lifetime has done that for you? Heck, I love you,
20  Crystal.
21  UNIDENTIFIED FEMALE: I already know, babe. I
22  know. I know.
23  MR. CORDOVA: I know I live loco. I know I live
24  fucking fucked up. And I even gave you that respect
25  when you were with whatever punk motherfucker you were

Page 10

1  with. You know what I'm saying? He's cool. You know,
2  and you're a woman, I made the decision, I fucking
3  faltered on my family, I understand. I understand that.
4  You know what I mean? But I couldn't see it at that
5  time. At that time I'm thinking this is my nephew, you
6  know. What -- what would I think if -- if fucking my
7  niece -- my daughter called up my sister and my sister
8  said I ain't going to go fucking (inaudible) fucking do
9  it on her own, and then something ends up happening to
10 her.
11       You know what happened to my homey Chino. He
12 got killed over a bitch. You know what I mean? I don't
13 know, shit goes through my mind. Fuckers get crazy
14 other rucas. I don't want to let my nephew go in, and
15 my -- we would have been carried in the (inaudible)
16 grave. I can barely even deal with the fact that I
17 froze that day with my homey Chino. I feel like a
18 fucking buster. That day plays in my head so many
19 fucking times because I fucking hesitated. And every
20 day I've always tried to be there because of that for my
21 homeys.
22       But it's all good. That's the past.
23 (Inaudible).
24       UNIDENTIFIED FEMALE: Let's just look towards
25 our future. Okay?

Page 11

1        MR. CORDOVA: I know, babe, but you -- you act
2  like I'm over here tripping on some bullshit like if I'm
3  some fucking weird old ass dude. I don't trust you --
4        UNIDENTIFIED FEMALE: I didn't say you are,
5  babe, but this is the thing --
6        MR. CORDOVA: -- (inaudible) you don't
7  understand, Crystal, that fucking hurt me.
8        UNIDENTIFIED FEMALE: But this is the thing,
9  okay.
10       MR. CORDOVA: That hurt me, babe.
11       UNIDENTIFIED FEMALE: And I told you I'm sorry.
12       MR. CORDOVA: And you're writing letters, babe.
13 You're writing me letters. I was -- I told you from the
14 beginning I might get some time, babe, because
15 (inaudible) offering me.
16       UNIDENTIFIED FEMALE: Babe.
17       MR. CORDOVA: (Inaudible) and you said it's only
18 a few years. I have letters still sitting right now
19 from you telling me, babe, the same shit you're telling
20 me now.
21       UNIDENTIFIED FEMALE: Yeah, but I already told
22 you --
23       MR. CORDOVA: (Inaudible) for you.
24       UNIDENTIFIED FEMALE: -- I already told you, I
25 was mad.

Page 12

1        MR. CORDOVA: You --
2        UNIDENTIFIED FEMALE: You told me you were
3  coming home. I thought my husband was coming home.
4        MR. CORDOVA: What the fuck does that change
5  anything? How the fuck could that change anything,
6  babe? How you walking away from me is going to make me
7  see things in a different way? Don't you understand it
8  just makes our relationship more fucked up? You think
9  when you leave it makes our relationship better?
10       UNIDENTIFIED FEMALE: No, I don't, but right now
11 I'm trying to make our relationship --
12       MR. CORDOVA: No, I understand.
13       UNIDENTIFIED FEMALE: -- I'm trying to make our
14 relationship better.
15       MR. CORDOVA: I know (inaudible) --
16       UNIDENTIFIED FEMALE: So stop talking about the
17 past because when you start talking about the past it
18 brings up the past and then shit starts coming back and
19 I don't want to do -- I don't want to talk about the
20 past. Just stop. Because the minute you start talking
21 about the past I think about all the shit you did to me
22 and it just brings it all back after I already let it
23 go. So just, please, just let it go.
24       MR. CORDOVA: I know, babe.
25       UNIDENTIFIED FEMALE: Please. Please. I don't

Page 13

1  want to look to the past. I want to look towards the
2  future. That's why I said every day I'm here, that's
3  what I think about. That's what keeps me going is our
4  future, is my husband coming home, getting a good
5  career, and us moving on with our life. Whether or not
6  our life is another state, then let's do it. Just stop
7  thinking.
8        MR. CORDOVA: (Inaudible).
9        UNIDENTIFIED FEMALE: Stop thinking about the
10 past.
11       MR. CORDOVA: But, Crystal, this shit can't
12 happen no more where you fucking just go off and want to
13 be with fucking someone else because I'm in prison.
14 When I come home to you, Crystal, I come home to you.
15 I'm with you. I'm not out there fucking all kinds of
16 bitches, getting fucking pussy from every trampe on the
17 corner. I'm with you.
18       UNIDENTIFIED FEMALE: Yeah, you're with me but
19 you're not with me.
20       MR. CORDOVA: It don't matter, though.
21       UNIDENTIFIED FEMALE: Yes, it does matter.
22       MR. CORDOVA: I'm with you.
23       UNIDENTIFIED FEMALE: Because your wife is
24 sitting at home and you're just in your own little
25 fucking world. So just stop.

**4 (Pages 10 to 13)**

Page 14

1     MR. CORDOVA: Well, babe.
2     UNIDENTIFIED FEMALE: Just come home to your
3  wife and your kids right now. Okay? Just do that.
4  Stop thinking about the past.
5     MR. CORDOVA: I am. I am, babe. But you don't
6  understand.
7     UNIDENTIFIED FEMALE: I know. I know you're mad
8  because what I did, I'm sorry. There's nothing I can do
9  to change it. All I could do is apologize and really
10 mean it from the bottom of my heart. Just stop. Just
11 like you apologize for the all the shit you did to me,
12 let's just leave it alone.
13    MR. CORDOVA: I know, babe, and I'm sorry. But
14 I fucking -- and I know I shouldn't have went down,
15 babe. I know I fucked up by doing that.
16    UNIDENTIFIED FEMALE: Because then when you
17 bring up the past, babe, it just -- and when you start
18 accusing me of shit or start thinking crazy then I start
19 thinking crazy. When you don't call then I start
20 thinking, oh, well, who is he calling and it makes us
21 fight. So just stop. Please just stop and just think
22 about our future.
23    MR. CORDOVA: But you know me for so many years,
24 babe. You know you're the only woman I'm going to be
25 calling is you.

Page 15

1     UNIDENTIFIED FEMALE: Please stop.
2     MR. CORDOVA: You know that, babe.
3     UNIDENTIFIED FEMALE: Stop.
4     MR. CORDOVA: You know what kind of dude I am,
5  babe.
6     UNIDENTIFIED FEMALE: I want you to stop, and I
7  want you to think about our future.
8     MR. CORDOVA: But, babe, but right or wrong?
9  But right or wrong?
10    UNIDENTIFIED FEMALE: Stop.
11    MR. CORDOVA: You know what kind of dude I am,
12 babe, right? Right or wrong?
13    UNIDENTIFIED FEMALE: Yes, I do.
14    MR. CORDOVA: Well, then --
15    UNIDENTIFIED FEMALE: I need you to have faith
16 in your wife and understand that I'm out here doing
17 stuff with our kids.
18    MR. CORDOVA: But I need you, babe. I need you,
19 babe.
20    UNIDENTIFIED FEMALE: That's it.
21    MR. CORDOVA: Look, I'll let you know what I
22 know. All right? I'm not going to fucking -- I'm not
23 ever going to leave you (inaudible), Crystal. I'm not.
24 I won't. You know what I mean? I know I have in the
25 past, neglected you in ways when I was living that

Page 16

1  lifestyle. I'm not living that lifestyle no more,
2  Crystal.
3     UNIDENTIFIED FEMALE: I know you're not.
4     MR. CORDOVA: That's no longer a part of me.
5  Me, I want a good life for myself. I want to live well,
6  you know, and being down I thought was that. I thought
7  that was the way I could be a man, you know, earn my
8  way, get my respect, and then later on when I'm -- I
9  don't know what the fuck I was thinking. I come out
10 when I'm older and have this respect, and the homeys
11 respect me because I was down for them, shit would come
12 like that in time. You earn it. And then when you're a
13 (inaudible) shit gets better for you. You know what I
14 mean? That's a fucking stupid ass fucking life that
15 people believe. You know what I mean?
16    And I look now and I'm like, sh, I should -- I
17 was walking a wall of shame being a pinto, a fucking
18 prisoner. [Speaks Spanish]. I should have been out
19 there doing something positive with my life, doing good,
20 something productive to the community, something my
21 daughters can be proud of, you know, instead of me being
22 in the pinta, fucking can't even support my wife and my
23 kids, que vavarro, can't even depend on a fucking
24 (inaudible) to help me. So I made that change, babe,
25 and I'm going to --

Page 17

1     UNIDENTIFIED FEMALE: I know you did, babe.
2     MR. CORDOVA: -- be there for you, Crystal. But
3  the thing is I need you to be there for me, babe, for
4  real. Don't fucking falter on me like that. Don't ever
5  do that to me again, babe, for real.
6     UNIDENTIFIED FEMALE: Well, you need to stop
7  doubting me. Don't call me and doubt me.
8     MR. CORDOVA: All right. But look, babe --
9     UNIDENTIFIED FEMALE: I'm not try -- I'm not
10 trying to make that an excuse, but don't do that. Don't
11 call and doubt me, don't call and yell at me, don't call
12 and talk shit. Just don't do that. I'm asking you
13 right now, just don't.
14    MR. CORDOVA: I won't.
15    UNIDENTIFIED FEMALE: I need you to understand
16 that I am out here working my ass off, whether or not
17 I'm sick or not, working my ass off to protect our kids
18 to make sure our kids have what they need. I'm working
19 my ass off to make sure I have money on the phone for
20 you weekly so I could talk to you every single day, and
21 I need you to understand that. I'm not -- it's
22 not -- I'm not a youngster anymore. I don't go out
23 there and party. I don't kick it with nobody. It's
24 just I'm just trying to make a good life for our kids.
25 And when you get out, I'm trying to make a good life for

Page 18

1  us. And right now this is all I could do and I need you
2  to stop tripping on me.
3      MR. CORDOVA: But, see, look, this is another
4  thing. Let me tell you, this is another thing, when you
5  came here to visit that day and you stayed quiet, I'm
6  trying to rap to you. I know my jitas want all my
7  attention. I dig that because I love my daughters. But
8  you know what, you're my wife, too. I want some
9  conversation. I want some attention.
10     UNIDENTIFIED FEMALE: Yeah, but I don't want to
11 talk about that stuff though. If you were going to talk
12 to me about something else, then let's talk about it.
13 We talk about this every single day.
14     MR. CORDOVA: About -- all right. But I'm
15 just -- all right.
16     UNIDENTIFIED FEMALE: This is what our
17 conversation is every single day, about this. I don't
18 want to talk about it because it hurts me.
19     MR. CORDOVA: (Inaudible).
20     UNIDENTIFIED FEMALE: Because it hurts me
21 because my -- because my husband gave his life to that
22 and now my husband got taken away, and I just don't want
23 to talk about it anymore. And every day that's all you
24 talk about. It's just a reminder, a reminder of what my
25 husband left his wife and his kids for. I want you to

Page 19

1  stop. Please.
2      MR. CORDOVA: But I'm not even talking -- all
3  right, babe, for you, I'm serious, babe, don't ever do
4  that to me again, babe. I'm serious, babe.
5      UNIDENTIFIED FEMALE: I'm not going nowhere.
6  Okay. I promise you.
7      MR. CORDOVA: I know you're not going nowhere,
8  babe.
9      UNIDENTIFIED FEMALE: I just need you to stop.
10     MR. CORDOVA: But I need you to be onto me,
11 babe, for real. Like -- like -- like do you really
12 like, do you recognize me what I'm doing now is for the
13 better to better myself?
14     UNIDENTIFIED FEMALE: Babe, yes, I do. I
15 already told you yes.
16     MR. CORDOVA: I'm going to go out there, babe.
17 I'm going to get a better job. I'm going to fucking --
18     UNIDENTIFIED FEMALE: I know that you are.
19     MR. CORDOVA: You know what I mean?
20     UNIDENTIFIED FEMALE: I know. I'm the one who
21 keeps telling you that.
22     MR. CORDOVA: Okay, babe.
23     UNIDENTIFIED FEMALE: Why do you keep asking me
24 do I believe that?
25     MR. CORDOVA: All right. Look, babe, look. So

Page 20

1  with that said, cerio, babe, I'm not going to fucking
2  ever leave you frojas. You want to hear me? It's not
3  going to happen. I'm not going to neglect you in the
4  ways I neglected you in the past. You know what I'm
5  saying? It's not going to happen. You know? I'm
6  sorry, babe, but I'm fucking, I'm madder than hell,
7  babe. I am. I'm fucking pissed. But I didn't -- I
8  didn't if you would be cool (inaudible). Ruca comes
9  back, cool, conversation, some visits, fucking pass some
10 time. You know what I mean?
11     But it's not like that with you. With you, I
12 love you. With you, you have my heart. That's fucking,
13 that's why I fucking, I'm fucking pissed. You know what
14 I mean? I would have been fuck -- oh, man, if I would
15 have got out and caught up with that -- you know what I
16 mean? I probably fucking pull that fool out of the
17 riot. You know what I mean? That's what I'm saying. I
18 fucking, I love you. Okay?
19     UNIDENTIFIED FEMALE: I love you, too.
20     MR. CORDOVA: Am I fucking shit up, or what,
21 babe? Am I pushing you away? Is that what you're
22 saying?
23     UNIDENTIFIED FEMALE: I'm not telling -- I'm not
24 telling you you're pushing me -- pushing you -- pushing
25 me away.

Page 21

1      (Inaudible).
2      MR. CORDOVA: Well, what's up, babe? Huh?
3      UNIDENTIFIED FEMALE: I just -- all I'm asking
4  you is I just don't want to talk about -- we talk
5  about --
6      MR. CORDOVA: All right. All right. I won't.
7      UNIDENTIFIED FEMALE: -- we talk about this
8  every single day. I just don't.
9      MR. CORDOVA: But I just -- all right, all
10 right, all right, all right.
11     UNIDENTIFIED FEMALE: I just -- I just don't
12 want to be reminded of what my husband left his wife and
13 his kids for all these years. It's already done.
14 You're doing what you're doing so just let it go,
15 please.
16     MR. CORDOVA: You're right, babe. I'm talking
17 about us, though, me and you. Okay?
18     UNIDENTIFIED FEMALE: Me and you? We're going
19 to have a great future together. I'm telling you, we
20 are. It's like a new beginning for us, like all over
21 again, and it's going to be great and it's going to be
22 amazing. Okay?
23     MR. CORDOVA: Do you really believe that, babe?
24     UNIDENTIFIED FEMALE: Oh, I believe it. That's
25 why I said, I could stay here at night and that's what I

6 (Pages 18 to 21)

**Page 22**

1  think about, you coming home. Our kids, me and you both
2  will be able to watch our kids graduate. We're going to
3  send our kids to college. And right after that happens,
4  me and you could go do whatever we want to do. We could
5  go on vacations, we could go on just like somewhere on
6  the weekend, we could do that all.
7      MR. CORDOVA: Hell yeah.
8      UNIDENTIFIED FEMALE: We'll have our own house
9  and everything.
10     MR. CORDOVA: If you don't -- we got to try to
11 fucking get them out by the time they're 18, babe, okay,
12 so we can have the house to ourselves.
13     UNIDENTIFIED FEMALE: Whatever. You probably
14 won't even want them to leave.
15     MR. CORDOVA: I know. That's going to suck.
16     UNIDENTIFIED FEMALE: So I don't ever want to
17 hear out of your mouth that your kids don't need you.
18     MR. CORDOVA: No, I know they do, babe. I know
19 they are, babe, they're girls. I'm just -- I get mad.
20 I get --
21     RECORDING: You have one minute left.
22     MR. CORDOVA: -- you know what I mean? Like I'm
23 pissed, babe, I want to be there. I thought -- you
24 know, and then when I was out there, babe, you know
25 where my mind was at. I was like I'm going to get

**Page 23**

1  these -- you know what I mean? These years, their
2  teenage years. I was all focussed on that. They're
3  going to start middle school. I'm going to be there for
4  all that, and then this fucking shit. I was like fuck.
5  And I tell myself every night, and it's just because I
6  made fucking stupid decisions. You know what I mean?
7      Hey, babe, can I call you back or are you
8  angry at me?
9      UNIDENTIFIED FEMALE: You can call back. I want
10 to talk to you but (inaudible) and then I need to run to
11 start to get Felia some Jell-O.
12     MR. CORDOVA: All right. Well, you want me just
13 to call back a little later?
14     UNIDENTIFIED FEMALE: No, you can call back now.
15     MR. CORDOVA: Are you sure?
16     UNIDENTIFIED FEMALE: I'm positive.
17     MR. CORDOVA: I can call back a little later.
18 What time is it?
19     UNIDENTIFIED FEMALE: No, you could call back.
20 It's 7:15.
21     MR. CORDOVA: 7:15?
22     UNIDENTIFIED FEMALE: Uh-huh.
23     MR. CORDOVA: Well, let me go take a piss and
24 stuff real quick and then I'll come and get back on the
25 phone. Okay, babe?

**Page 24**

1      RECORDING: Thank you for using Securis.
2  Good-bye.
3      [The recording concludes.]

**Page 25**

1  In Re:
2  USA vs. Angel Deleon, Billy and Crystal Cordova Call
   _____
3
                    C E R T I F I C A T E
4
5      I, Lisa Reinicke, New Mexico Certified
   Stenotranscriptionist, DO HEREBY CERTIFY that the above
6  captioned transcription was prepared by me; that the
   RECORDING was reduced to typewritten transcript by me;
7  that I listened to the entire RECORDING; that the
   foregoing transcript is a complete record of all
8  material included thereon, and that the foregoing pages
   are a true and correct transcription of the recorded
9  proceedings, to the best of my knowledge and hearing
   ability. The recording was of GOOD quality.
10     I FURTHER CERTIFY that I am neither employed by
   nor related to nor contracted with (unless excepted by
11 the rules) any of the parties or attorneys in this
   matter, and that I have no interest whatsoever in the
12 final disposition of this matter.
13
                       _____
14                     Lisa Reinicke,
                       Certified Stenotranscriptionist