# Exhibit C

**RECORDING IN THE CASE OF** ANGEL DELEON, et al.

**Call number:**   10.93.0.21c3cef51c0a5d00156b48696dd5152a35wav.

Transcript format

| Left Column: | Speaker |

| Middle Column: | Verbatim sequential transcription of the conversation, including all statements in either language: Spanish or English |

| Right Column: | Translation (Spanish into English) |

Legend:
MV1:      Male Voice 1
MV2:      Male Voice 2
FV1:       Female Voice 1
FV2:       Female Voice 2
CHV:       Child's Voice
BV:         Bellas's Voice
[u/i]:       Unintelligible
[i/a]:       Inaudible
BV          Background voices
BN          Background noise
sic.         Verbatim pronunciation
VO          Voices overlap
Words that appear in italics in the translation column, were spoken in English in the recording.

Transcriber/translator: Bety Ziman FCCI
Reviewer: Lisa O'Grady CSI

|  | Speaker | Transcription | Translation |
|---|---|---|---|
| 1. | FV1 00:00:00 | Hello, you are about to receive a pre-paid call from… | *Hello, you are about to receive a pre-paid call from…* |
| 2. | MV1 | Marty. | *Marty.* |
| 3. | FV2 | An inmate at… | *An inmate at…* |
| 4. | FV1 | The penitentiary of New Mexico. This call is subject to monitoring and recording.  This call is subject to local, State and Federal taxes. | *The penitentiary of New Mexico. This call is subject to monitoring and recording.  This call is subject to local, State and Federal taxes.* |
| 5. | FV2 | To accept charges, press "one". To refuse charge-- Thank you for | *To accept charges, press "one". To refuse charge-- Thank you for using* |

| | | | |
|---|---|---|---|
| | | using Securus.  You may start the conversation now. | *Securus.  You may start the conversation now.* |
| 6. | MV1 | Hello. | *Hello.* |
| 7. | MV2 | Hello. | *Hello.* |
| 8. | MV1 | Hey, what's up? | *Hey, what's up?* |
| 9. | MV2 | Hey, what's up, bro? | *Hey, what's up, bro?* |
| 10. | MV1 | Nada, what are you doing? | *Nada, what are you doing?* |
| 11. | MV2 | Ah? | *Ah?* |
| 12. | MV1 | What are you doing? | *What are you doing?* |
| 13. | | Nada, over here watching fuckin' [u/i] movie about the Rock, and uh, the Rock with Kevin Hart. | *Nada, over here watching fuckin' [u/i] movie about the Rock, and uh, the Rock with Kevin Hart.* |
| 14. | MV1 | Oh, really? Oh, ok. | *Oh, really? Oh, ok.* |
| 15. | MV2 | Yeah. What are you doing? You're chilling or what? | *Yeah. What are you doing?  You're chilling or what?* |
| 16. | MV1 | Yeah, watching this novela, the, the new one, the, "La Piloto". | *Yeah, watching this soap opera, the, the new one, the, "La Piloto".* |
| 17. | MV2 | Oh, "La Piloto"? Oh yeah, I have it recorded. | *Oh, "La Piloto"? Oh yeah, I have it recorded.* |
| 18. | MV1 | Oh. | *Oh.* |
| 19. | MV2 | So right now, you watch, you watch the "The Chema" on Telemundo, no, or you don't have Telemundo? | *So right now, you watch, you watch the "The Chema" on Telemundo, no, or you don't have Telemundo?* |
| 20. | MV1 | No, I did at the South but now that I'm over here, my fucking antenna don't pick it up over here at the North. | *No, I did at the South but now that I'm over here, my fucking antenna don't pick it up over here at the North.* |
| 21. | MV2 | Oh, it doesn't? Oh. | *Oh, it doesn't? Oh.* |
| 22. | MV1 | I'm watching "La Chema" and "La, La Dueña," "La Dona…" | *I'm watching "La Chema" and "La, La Dueña," "La Dona…"* |
| 23. | MV2 | Yeah, yeah. | *Yeah, yeah.* |
| 24. | MV1 | Yeah, that one's good too. Yeah, the fucking antenna…[VO] | *Yeah, that one's good too. Yeah, the fucking antenna…[VO]* |
| 25. | MV2 | Pero… | *But…* |
| 26. | MV1 | It sucks over here. | *It sucks over here.* |
| 27. | MV2 | Oh, I didn't watch that one.  I just watched fucking, the one, this one [VO] | *Oh, I didn't watch that one.  I just watched fucking, the one, this one [VO]* |
| 28. | MV1 | La Chema? | *La Chema?* |
| 29. | MV2 | The one with La Chema, no. That's going to be another one too, just [u/i] start. There's gonna be one with the story about Chapo on, uh, Univision that'll be starting pretty soon, no? | *The one with La Chema, no.  That's going to be another one too, just [u/i] start. There's gonna be one with the story about Chapo on, uh, Univision that'll be starting pretty soon, no?* |

| 30. | MV1 | Oh, yea. It, it's, it hasn't started yet, has it? | *Oh, yea. It, it's, it hasn't started yet, has it?* |
|-----|-----|---|---|
| 31. | MV2 | Nu-uh, it's gonna start on Univision, but they were like, [u/i] that was over there "La Piloto". | *Nu-uh, it's gonna start on Univision, but they were like, [u/i] that was over there "La Piloto".* |
| 32. | MV1 | Oh, all right. I've gotta watch that [VO] | *Oh, all right. I've gotta watch that [VO]* |
| 33. | MV2 | What're you doin'? Chillin'? | *What're you doin'? Chillin'?* |
| 34. | MV1 | Yeah, just chillin'. We were on lock down for a few days. | *Yeah, just chillin'. We were on lock down for a few days.* |
| 35. | MV2 | Oh, what happened? | *Oh, what happened?* |
| 36. | MV1 | I don't know, I think somebody got stabbed over there in the Ones, over here, at the North. It's not, it's not lock down like how it was before, only three B and three A is locked down. | *I don't know, I think somebody got stabbed over there in the Ones, over here, at the North. It's not, it's not lock down like how it was before, only three B and three A is locked down.* |
| 37. | MV2 | Oh, yeah? | *Oh, yeah?* |
| 38. | MV1 | Yeah, now it's like, like now they don't have a level six no more, it's like, predatorial, so like once you finish three B then you go to three A and from three A, you go to the Ones and you gotta come up for tier time for one hour. | *Yeah, now it's like, like now they don't have a level six no more, it's like, predatorial, so like once you finish three B then you go to three A and from three A, you go to the Ones and you gotta come up for tier time for one hour.* |
| 39. | MV2 | Uh-huh | *Uh-huh* |
| 40. | MV1 0:02:14.4 | Yeah, it's like a whole year program. And once you're done there, then they go to a level four. | *Yeah, it's like a whole year program. And once you're done there, then they go to a level four.* |
| 41. | MV2 | Oh. | *Oh.* |
| 42. | MV1 | Yeah, they really don't have lock down no more. It's just like this unit and three B and three A, that's it. | *Yeah, they really don't have lock down no more. It's just like this unit and three B and three A, that's it.* |
| 43. | MV2 | Oh, yeah? [bostezo] | *Oh, yeah? [yawn]* |
| 44. | MV1 | Yeah, yeah, that's how it is. So, yeah. | *Yeah, yeah, that's how it is. So, yeah.* |
| 45. | MV2 | So, oh, so somebody got stabbed over there in the Ones or what? | *So, oh, so somebody got stabbed over there in the Ones or what?* |
| 46. | MV1 | No some, so, well, my vec, well my vecino that's here, he said that he was over there, no, they brought him, they brought him from over there, he said that it was some vato that, that came from out of state, | *No some, so, well, my vec, well my neighbor that's here, he said that he was over there, no, they brought him, they brought him from over there, he said that it was some guy that, that came from out of state,* |

|     |     | | |
| --- | --- | --- | --- |
|     |     | no, that they stabbed him, I don't know, some vato did. | *no, that they stabbed him, I don't know, some guy did.* |
| 47. | MV2 | Oh yeah.  Pa' la verga. | *Oh yeah.  Fuck that!* |
| 48. | MV1 | That was on that lock up and shit, some vato's on lock up and shit like a stalking fucker.  Decía que he had some fucked-up cargos or something. | *That was on that lock up and shit, some dud's on lock up and shit like a stalking fucker.  He said that he had some fucked-up cargos or something.* |
| 49. | MV2 | Oh, they recognized him in lock up? | *Oh, they recognized him in lock up?* |
| 50. | MV1 | Yeah, yeah, one of the guys from lock up.  There was this one that was like, in different pintas.  I know who it is, I've seen on TV a few times. | *Yeah, yeah, one of the guys from lock up.  There was this one that was like, in different pens.  I know who it is, I've seen on TV a few times.* |
| 51. | MV2 | Oh… | *Oh…* |
| 52. | MV1 | Yeah, fuck went after him. | *Yeah, fuck went after him.* |
| 53. | MV2 | Oh… | *Oh…* |
| 54. | MV1 | And then, oh Rico went to El Paso yesterday.  My girl and the baby went over to El Paso to go watch him play football. | *And then, oh Rico went to El Paso yesterday.  My girl and the baby went over to El Paso to go watch him play football.* |
| 55. | MV2 | Oh, is he the one…? They went over there to go and play football? | *Oh, is he the one…? They went over there to go and play football?* |
| 56. | MV1 | Yeah, he went, yeah, [risa] he went to El Paso, yeah, he said he was gonna go fuckin', uhm, play.  The fucker didn't really play, he didn't play. | *Yeah, he went, yeah, [laughter] he went to El Paso, yeah, he said he was gonna go fuckin', uhm, play.  The fucker didn't really play, he didn't play.* |
| 57. | MV2 | Uh, that fucker drove all the way over there. | *Uh, that fucker drove all the way over there.* |
| 58. | MV1 | For nothing, yeah? | *For nothing, yeah?* |
| 59. | MV2 | [risa] | *[laughter]* |
| 60. | MV1 | [risa] that fucker sucks, huh?  He's all… | *[laughter] that fucker sucks, huh?  He's all…* |
| 61. | MV2 | [risa] | *[laughter]* |
| 62. | MV1 | [risa] | *[laughter]* |
| 63. | MV2 | Mario played, Mario played little league, he played last week [u/i] | *Mario played, Mario played little league, he played last week [u/i]* |
| 64. | MV1 | Yeah, he got hurt though, huh? | *Yeah, he got hurt though, huh?* |
| 65. | MV2 | Yeah, he got hurt.  His leg was all swollen. | *Yeah, he got hurt.  His leg was all swollen.* |
| 66. | MV1 | Yeah.  What is. | *Yeah.  What is.* |
| 67. | MV2 | [u/i] | *[u/i]* |
| 68. | MV1 | What's their team called?  The Lubbuck what? | *What's their team called?  The Lubbuck what?* |

4

| 69. | MV2 | Uh, I don't know.  It's called West Texas something. | *Uh, I don't know.  It's called West Texas something.* |
|---|---|---|---|
| 70. | MV1 | Yeah. Yeah, 'cause they don't have a Clovis team no more, huh? | *Yeah. Yeah, 'cause they don't have a Clovis team no more, huh?* |
| 71. | MV2 | No. [u/i] fuckin' [u/i] they just go on different team each night so, | *No. [u/i] fuckin' [u/i] they just go on different team each night so,* |
| 72. | MV1 | [risa] Yeah, | *[risa] Yeah,* |
| 73. | MV2 | They should of just keep one team. | *They should of just kept one team.* |
| 74. | MV1 | Fuckin' Rico, sorry fuckin' Clovis, New Mexico, and he ends up playing with a Texas team, man [risa] | *Fuckin' Rico, sorry fuckin' Clovis, New Mexico, and he ends up playing with a Texas team, man [risa]* |
| 75. | MV2 | [risa] | *[risa]* |
| 76. | MV1 | That fucker. | *That fucker.* |
| 77. | MV2 | That's what Mario was doing too. | *That's what Mario was doing too.* |
| 78. | MV1 | Yeah, so I guess he was going to Ruidoso, uh, yesterday, last night, to go play some golf with "Chonito" today. | *Yeah, so I guess he was going to Ruidoso, uh, yesterday, last night, to go play some golf with "Chonito" today.* |
| 79. | MV2 | Uh-huh. | *Uh-huh.* |
| 80. | MV1 | I tried to call… | *I tried to call…* |
| 81. | MV2 | So, was he? | *So, was he?* |
| 82. | MV1 | Yeah, I tried to call Rico's phone ahorita, but that fucker didn't go through.  I think over there in Ruidoso it don't work that good. | *Yeah, I tried to call Rico's phone right now, but that fucker didn't go through.  I think over there in Ruidoso it don't work that good.* |
| 83. | MV2 | Oh, did they, uh, did he and Crystal go see you or what? | *Oh, did they, uh, did he and Crystal go see you or what?* |
| 84. | MV1 | Uh? | *Uh?* |
| 85. | MV2 | Did they go see you or what? | *Did they go see you or what?* |
| 86. | MV1 | Yeah, yeah, they came to see me, uhm, like about, two months ago, a month, about a month ago. | *Yeah, yeah, they came to see me, uhm, like about, two months ago, a month, about a month ago.* |
| 87. | MV2 | About a month ago? Oh. | *About a month ago? Oh.* |
| 88. | MV1 0:05:00:4 | Yeah, it was uh, Rico.  I got a contact visit with him and then, and then I got to visit, uh, Crystal, and then Baby Rico and uh, what's the other one? | *Yeah, it was uh, Rico.  I got a contact visit with him and then, and then I got to visit, uh, Crystal, and then Baby Rico and uh, what's the other one?* |
| 89. | MV2 | [u/i] | *[u/i]* |
| 90. | MV1 | Yeah [VO] fuck those kids are smart. | *Yeah [VO] fuck those kids are smart.* |
| 91. | MV2 | [VO] Those are Rico or what? | *[VO] Those are Rico or what?* |

| | | | |
|---|---|---|---|
| 92. | MV1 | Yeah, fuck those kids are smart as fuck.  I was all tripping out. [BN] They, 'cause they talk-- | *Yeah, fuck those kids are smart as fuck.  I was all tripping out. [BN] They, 'cause they talk--* |
| 93. | MV2 | They are smart. | *They are smart.* |
| 94. | MV1 | They talk a lot.  I was tripping out 'cause, uh, like, uh, Monique's daughter, she really don't talk that much.  She's four and then she don't talk that much, and then all those fuckin' lil' kids were talking all kinds.  They know a lot of stuff. I was tripping out. | *They talk a lot.  I was tripping out 'cause, uh, like, uh, Monique's daughter, she really don't talk that much.  She's four and then she don't talk that much, and then all those fuckin' lil' kids were talking all kinds.  They know a lot of stuff. I was tripping out.* |
| 95. | MV2 | How did they send you pictures of the thing? Of the, on the… | *How did they send you pictures of the thing? Of the, on the…* |
| 96. | MV1 | Oh yeah, on the… Yeah, let me tell you.  Go to ww access correction dot com, | *Oh yeah, on the… Yeah, let me tell you.  Go to ww access correction dot com,* |
| 97. | MV2 | Uh-huh | *Uh-huh* |
| 98. | MV1 | y luego después, you just like log in my name, Lupe Ortiz [u/i] five-oh-five- seven-two, and then after that, you just hook it up your own account, you just put your name, or whoever, right, like, and then… but you've gotta pay for it. | And then, *you just like log in my name, Lupe Ortiz [u/i] five-oh-five-seven-two, and then after that, you just hook it up your own account, you just put your name, or whoever, right, like, and then… but you've gotta pay for it.* |
| 99. | MV2 | Oh, gotta pay for it? | *Oh, gotta pay for it?* |
| 100. | MV1 | Yeah, it's like if, like say if you got a credit card you put five dollars, | *Yeah, it's like if, like say if you got a credit card you put five dollars,* |
| 101. | MV2 | Uh-huh | *Uh-huh* |
| 102. | MV1 | that's five hundred points.  So that means that I can get, uhm, with five dollars… forty points for each picture, no, so if you send me ten pictures that's four dollars. | *that's five hundred points.  So that means that I can get, uhm, with five dollars… forty points for each picture, no, so if you send me ten pictures that's four dollars.* |
| 103. | MV2 | Oh, ok. | *Oh, ok.* |
| 104. | MV1 | Yeah, it's forty points for each thing, no.  It's a cool thing, though, because, 'cause | *Yeah, it's forty points for each thing, no.  It's a cool thing, though, because, 'cause* |
| 105. | MV2 | [tose] | *[caughs]* |
| 106. | MV1 | [VO] Like when I turn on my MP3, it's always on there.  It never comes off. | *[VO] Like when I turn on my MP3, it's always on there.  It never comes off.* |
| 107. | MV2 | Oh, ok. | *Oh, ok.* |
| 108. | MV1 | Yeah, you should check it out. | *Yeah, you should check it out.* |

| 109. | MV2 | Alright, where do you go? Www dot what? | *Alright, where do you go? Www dot what?* |
|---|---|---|---|
| 110. | MV1 | Ww access corrections. | *Ww access corrections.* |
| 111. | MV2 | Access corrections and then put your name and stuff? | *Access corrections and then put your name and stuff?* |
| 112. | MV1 | Dot com.  Dot com. | *Dot com.  Dot com.* |
| 113. | MV2 | Oh ok. | *Oh ok.* |
| 114. | MV1 | Y luego… | *Y luego…* |
| 115. | MV2 | Oh ok. Did you get that money or not yet? | *Oh ok. Did you get that money or not yet?* |
| 116. | MV1 | No, not yet.  When did, did you send it a few days ago? | *No, not yet.  When did, did you send it a few days ago?* |
| 117. | MV2 | Uh, Thurs... Thursday? | *Uh, Thurs... Thursday?* |
| 118. | MV1 | Oh, ok.  Oh, yeah, 'cause they didn't | *Oh, ok.  Oh, yeah, 'cause they didn't* |
| 119. | MV2 | When did I talk to you? | *When did I talk to you?* |
| 120. | MV1 | Uhm, yeah, no, Wednesday.  You talked to me Wednesday. | *Uhm, yeah, no, Wednesday.  You talked to me Wednesday.* |
| 121. | MV2 | Wednesday? | *Wednesday?* |
| 122. | MV1 | Yeah. | *Yeah.* |
| 123. | MV2 | Ok, so I sent it to, so I sent it out Thursday, no. | *Ok, so I sent it to, so I sent it out Thursday, no.* |
| 124. | MV1 | Ok.  Yeah.  Oh yeah, thank you, bro, 'cause I'm, I'm trying to get [VO] my, I'm trying get some, uh, hygiene stacked for two, just in case, no, 'cause they're, they're fuckin' indicting me week, no. | *Ok.  Yeah.  Oh yeah, thank you, bro, 'cause I'm, I'm trying to get [VO] my, I'm trying get some, uh, hygiene stacked for two, just in case, no, 'cause they're, they're fuckin' indicting me week, no.* |
| 125. | MV2 | [u/i] Yeah, yeah | *[u/i] Yeah, yeah* |
| 126. | MV1 | Yeah, 'cause, I'm doing be all right, carnal, I... Monique bragged to Rico and told her to tell you, you know, like, 'cause she was there, like if… I told her to call you and shit but then we went to lockdown. So, I barely talked to her yesterday. | *Yeah, 'cause, I'm doing be all right, carnal, I... Monique bragged to Rico and told her to tell you, you know, like, 'cause she was there, like if… I told her to call you and shit but then we went to lockdown. So, I barely talked to her yesterday.* |
| 127. | MV2 | Uh. | *Uh.* |
| 128. | MV1 | So, like that she could explain it to you, 'cause, en ese teléfono casi mucho porque dijeron que, que truchas or like with the people that listen and all that shit, no. | *So, like that she could explain it to you, 'cause, on that phone, almost nothing, because they said that, that they have watch outs or like with the people that listen and all that shit, no.* |
| 129. | MV2 | Oh, the ones that work there? | *Oh, the ones that work there?* |

| 130. | MV1 | Qué hay allá, fuck ya, ya.  Ya porque también es ya… | That are over there *fuck* now, now.  Now because it also is… |
|------|-----|---|---|
| 131. | MV2 | Oh, ¿todos eso güeyes los tienen o qué? | *Oh,* all those ass holes, do they have them, or what? |
| 132. | MV1 | Ya los fed, no los federales no, no fuck no, no, no les caen.  Fuck no. | Yes, the fed, not the Federals, no, no *fuck no,* they don't like them, *fuck, no.* |
| 133. | MV2 | Oh. | *Oh.* |
| 134. | MV1 | Como cuando me llevaron pa'llá de, no los pusieron. | Like when they took me over there, they didn't put them. |
| 135. | MV2 | Uh-huh. | *Uh-huh.* |
| 136. | MV1 | They don't put 'em right there, [u/i] they fuckin' told 'em "Hey you gotta kick it over there." | *They don't put 'em right there, [u/i] they fuckin' told 'em "Hey you gotta kick it over there."* |
| 137. | MV2 | Uh-huh. | *Uh-huh.* |
| 138. | MV1 0:08:08.6 | They didn't, they weren't right there conmigo at all, like it was just me and my abogado and then the federales they were asking me questions and then, they let Monique go over there too, we, comimos juntos y todo, yo y ella y la niña. | *They didn't, they weren't right there* with me *at all, like it was just me and my* lawyer *and then the* Federals *they were asking me questions and then, they let Monique go over there too, we,* ate together and everything, me, her and the little girl |
| 139. | MV2 | Yeah. | *Yeah.* |
| 140. | MV1 | Yeah. | *Yeah.* |
| 141. | MV2 | [u/i] | *[u/i]* |
| 142. | MV1 | Yeah, so it was like, they were, so, they were telling me all that and ssh, damn fools like [u/i], for, for racketeering for uh, aiding, abetting, and all kinds of murders that I don't even know about, that's what's fucking me up, I don't even know all this shit. | *Yeah, so it was like, they were, so, they were telling me all that and ssh, damn fools like [u/i], for, for racketeering for uh, aiding, abetting, and all kinds of murders that I don't even know about, that's what's fucking me up, I don't even know all this shit.* |
| 143. | MV2 | Yeah, yeah. | *Yeah, yeah.* |
| 144. | MV1 | Yeah, y luego el, el abogado del pinche, de, de Wild, que andaba… | *Yeah,* and then fucking Wild's attorney, supposedly he was... |
| 145. | MV2 | Uh-huh. | *Uh-huh.* |
| 146. | MV1 | Pues vinieron a verme hace como dos meses y andaban preguntando de tí, no, I told him, "Ssh, why you asking about Daniel?" | So, they came to see me about two months ago and they were asking about you, *"no," I told him "Ssh, why you asking about Daniel?"* |
| 147. | MV2 | Yeah. | *Yeah.* |
| 148. | MV1 | Dijeron que el viejo ese, el "Wild" que… | They said that, that old man, that one "Wild" that… |
| 149. | MV2 | Yeah. | *Yeah.* |

| 150. | MV1 | Que, que quería que hablara conmigo y contigo, no, de, de todo ese viaje de allá de Las Cruces, de allá, from like a long time ago. And I was like, no, seguro, know nothing about that shit, no. | That he wanted to talk with me and with you, you see, about, about everything, about that trip to Las Cruces, from over there, *from like a long time ago.* *And I was like, no,* sure, *know nothing about that shit,* you see. |
|---|---|---|---|
| 151. | MV2 | ¿Qué shit está hablando el guey? | What *shit* is that dude talking about? |
| 152. | MV1 | El, el, no sé.  Ese güey está diciendo a su mamá, so por eso tienes que ir con cuidado, un día, porque me, me dijo ese güey "allá está tu hermano allá en Clovis, huh," and I said, "uh, I guess," and he was all like, "well, he's in the Condado, right."  And like, "I don't know."  They were asking me.  I said, "A la verga."  El, so, no sé si van a querer hablar contigo ese, el, los abogados del pinche de Wild, no. | Him, him, I don't know.  That dude is telling his mother, *so,* that's why you have to be careful, one day, because that dude, he, he told me "your brother is over there in Clovis, huh" *and I said, "uh, I guess," and he was all like, "well, he's in the* County*, right."  And like, "I don't know."  They were asking me. I said* "Fuck that." He, *so,* I don't know if they are going to want to talk to you, the, the lawyers for fucking *Wild,* you see. |
| 153. | MV2 | Yeah, bro, ¿pero ¿qué quieren decir los güeyes, de qué? | *Yeah, bro,* but what do the ass holes mean, about what? |
| 154. | MV1 | Que… como que, que no sé. Como que nosotros sabemos de ese viaje como que, I don't know like I'm trying throw the muleta que, you know how they were trying to say que ¿él fue el que dijo que hicieran ese viaje? | That… like, like I don't know. Like we know about that trip, like *I don't know like I'm trying to* throw it off, that, *you know how they were trying to say* that, "who is the one who told you to make that trip? |
| 155. | MV2 | Uh-huh | *Uh-huh.* |
| 156. | MV1 0:9:54.0 | Well, they're trying to throw muleta like saying que, como yo, el Juanito, y, y gente asina que éramos los que estábamos haciendo like, shot calling, no, trying [u/i, VO] | *Well, they're trying to* throw it off on us *like saying* that like me, Juanito, and, and people like that, were the ones that *like, shot calling,* you see, *trying [u/i, VO]* |
| 157. | MV2 | Oh… | *Oh…* |
| 158. | MV1 | Yeah, so trying to throw it off on us and then, te dan tu nombre también ahí, y por eso el día que yo hablé con esos gueyes allá en Las Cruces, yo les dije, "eh, my carnal don't do this" porque dijeron que tenían una llamada | *Yeah, so trying to throw it off on us and then,* they give your name as well and that's why, the day I talked with those dudes, over there in Las Cruces, I told them, "eh, my bro don't do this" because they said that they had a call, that they had |

| | | | |
|---|---|---|---|
| | | que, que te habían hablado de allá de Las Cruces, aquel, ¿te acuerdas dónde habían hablado aquellos güeyes? | called you from Las Cruces, that one, do you remember when those dudes had called? |
| 159. | MV2 | Yeah, aquel pinche pendejo ya. | *Yeah,* that fucking asshole, right. |
| 160. | MV1 | Oh, ok, pos tienen eso, verdad, que, que cuando nos estaba diciendo algo que dijeron fue ese. I told 'em that don't matter, I said, ehm, like I don't know what the fuck's going on, I said, it's like you're giving a message. | *Oh, ok.* So, they have that, you see, that, that when he was telling us something, they say it was that one. *I told 'em that don't matter, I said, ehm, like I don't know what the fuck's going on, I said, it's like you're giving a message.* |
| 161. | MV2 | Yeah. | *Yeah.* |
| 162. | MV1 | It's like if I give my girl a message to give to somebody, she doesn't know what the fuck's going on. She's just giving the message. | *It's like if I give my girl a message to give to somebody, she doesn't know what the fuck's going on. She's just giving the message.* |
| 163. | MV2 | Yeah, | *Yeah,* |
| 164. | MV1 | Yeah, so tienen todo ese pinche viaje, no.  So… | *Yeah, so,* they have that entire fucking trip, right. *So…* |
| 165. | MV2 | ¿Pero le dijistes [sic] que no chingaran conmigo, o qué? | But did you tell them not to fuck with me or what? |
| 166. | MV1 | Yeah, fuck yeah, I told 'em. Luego me dijeron, me preguntaban "que cuánto tiempo tenías todavía", y le, le dije "que se me hace que tenías unos años que queda de todo eso", no, y le dije, y le dije, "well, you know, si hago todo esto, I wanna make sure my carnal is all good too and all that," no.  And uhm… | *Yeah, fuck, yeah. I told 'em.* Then they told me, they were asking me" "how much time do you still have" and I, I told him that "I believed that you still have some years left, and all that" you see, and I told him "*well, you know,* if I do all of that, *I want to make sure that my* bro *is all good too and all that"* you see. *And uhm…* |
| 167. | MV2 | Yeah, | *Yeah,* |
| 168. | MV1 | Y me dijeron, yeah, well, as long as you're, you're, you're truthful y todo eso, well, we'll take care of everything. | And they said to me "*yeah, well, as long as you're, you're, you're truthful* and all of that, *well, we'll take care of everything.* |
| 169. | MV2 | Yeah. | *Yeah.* |
| 170. | MV1 | Yeah, fuck, yeah carnal, so I told 'em, "What's up, am I'm going to fuckin', so I'm not gonna… pero lo voy a tener a él, si vienes pa'ca pa'tras y todo eso, it's that or just fuckin'… | *Yeah, fuck, yeah* bro, *so I told 'em, "What's up, am I'm going to fuckin', so I'm not gonna…* but I'm gonna have him, if you come back over here and all that, *it's that or just fuckin'…* |
| 171. | MV2 | Yeah. | *Yeah.* |

10

| 172. | MV1 | ...el tiempo be off y todo, ¿no? | ... and the time *be off* and everything, you see. |
|---|---|---|---|
| 173. | MV2 | Yeah, yeah, sabía, sabía algo que estaba haciendo eso por mí, yo no sé si, I just had a funny feeling, no... | *Yeah, yeah,* I knew, I knew some that for me, I don't know if *I just had a funny feeling,* you see... |
| 174. | MV1 | Yeah, hell, yeah, yeah, I told 'em, I told 'em, "Esto va a ser el único modo," le dije, no le dije que... | *Yeah, hell, yeah, yeah, I told 'em, I told 'em,* "this is going to be the only way" I told him, I told him that... |
| 175. | MV2 | Yeah. | *Yeah.* |
| 176. | MV1 | O sea, fuck that, no. Y me dijeron "pos [sic] sabes qué, lo que, lo que, el tiempo que él tenga, eso no es nada, no, porque..." Como el tiempo que yo tengo, carnal, de lo que van a hacer, si, si todo sale bien... They're gonna... | Meaning, *fuck that,* you see. And they told me "well, you know what. what, whatever time he has, that's nothing, because..." Like the time that I have, bro, from what they're going to do, if everything works out... *They're gonna...* |
| 177. | MV2 | Yeah. | *Yeah.* |
| 178. | MV1 | They're gonna throw out my State conviction, carnal, they're gonna, they're gonna, they're gonna discharge me, no. | *They're gonna throw out my State conviction,* bro, *they're gonna discharge me, you see.* |
| 179. | MV2 | Yeah. | *Yeah.* |
| 180. | MV1 | Yeah. So, todo el tiempo que ya, lo que tenga, they're just gonna throw it out and then, me van a dar como unos de, de tres a cinco años en los Federales, no. | *Yeah. So,* all the time that, whatever I have, *they're just gonna throw it out and then,* they are going to give me like, between three to five at the Federal's, you see. |
| 181. | MV2 | Yeah. | *Yeah.* |
| 182. | MV1 | So, fuck, I might as well do it, ¿qué no?, like ssh... | *So, fuck, I might as well do it,* ¿Right? *like ssh...* |
| 183. | MV2 | Yeah. | *Yeah.* |
| 184. | MV1 0:12:08.0 | Todos estos pinches güeyes de todos modos, they, they... Pero lo estoy haciendo pa' ayudar, pa' ayudar. I'm not just going to fuckin' like, just fuck myself. You know what I mean? | All those fucking assholes, anyhow, *they, they...* But I'm doing it to, to help out. *I'm not just going to fuckin' like, just fuck myself. You know what I mean?* |
| 185. | MV2 | Yeah. | *Yeah.* |
| 186. | MV1 | So, me dijo este güey, porque hablé poquito con ellos, no, después dijeron que la otra vez que hablen conmigo que quieren que les, que les diga si voy a hacer lo que voy a hacer y si no 'pus, then | *So,* this dude told me, because I talked to them for a short time, you see, later they told me that the next time they talk to me, they want me to, to tell them if I'm going to do, what I'm going to do, and if I'm |

11

| | | | |
|---|---|---|---|
| | | they are not going to help me, no. 'Cause they are trying to… | not, well, *then they are not going to help me, no. 'Cause they are trying to…* |
| 187. | MV2 | Yeah. | *Yeah.* |
| 188. | MV1 | They are trying to indict me for, uhm, la muerte que pasó allá en Las Cruces, [u/i] las dos que pasaron hace años eh, carnal, y yo no sé nada de esa chingadera, no. | *They are trying to indict me for uhm,* the death that happened over there in Las Cruces, [u/i] the two that happened years ago, eh, bro, and I know nothing about that shit, you see. |
| 189. | MV2 | Yeah, yeah. [VO] | *Yeah, yea. [VO]* |
| 190. | MV1 | [VO] Fuck that. Y luego el viaje con el, con el Julian, también, for uhm, for attempted murder, uhm racketeering on that… y luego, uhm, quesque el fucking drug trafficking to Baltimore, Carnal, and I don't even know nothing about that shit. | *[VO] Fuck that.* And then the trip with *Julian* also, *for uhm, for attempted murder, uhm racketeering on that…* and then, uhm, supposedly the *fucking drug trafficking to Baltimore, bro, and I don't even know nothing about that shit.* |
| 191. | MV2 | And I was just saying, yeah that's fucked up [u/i] | *And I was just saying, yeah that's fucked up [u/i]* |
| 192. | MV1 | [se ríe] 'Ora, 'ora tienes que hablar con mi mora, porque ella leyó todo esos, porque ahí 'taba sentada y estaba, ella she was leyendo todos los papeles, no and she was like "What the…!" | *[laughs]* And now you need to talk to my woman, because she read all of them, because she was sitting there, and *she was* reading all the papers, you know, *and she was like "What the…!"* |
| 193. | MV2 | Yeah. | *Yeah.* |
| 194. | MV1 | Fuckin' little Jerry, estaba diciendo el otro Jerry, el pinche Red, el, el Ruben allá de Clovis… uhm, el [u/i] de todos, algo de mí and I don't, that's crazy, fool. Pero el que me ayudó, me dolió más, no sé, fue del pinche Coyote, güey. | *Fuckin' little Jerry,* the other *Jerry* was saying, the fucking Red, the, the *Ruben* over there in Clovis… uhm, he [u/i] about everyone, something about me *and I don't, that's crazy, fool.* But he helped me. It hurt me more, I don't know, was the fucking Coyote, dude. |
| 195. | MV2 | Verda. | True. |
| 196. | MV1 | Shit, el pinche Coyote dijo un desmadre, yo traiba [sic] el teléfono y estaba escuchando cuando estábamos hablando de todo. | *Shit,* the fucking Coyote told a fucking mess, I had the phone and he was listening when we were talking about everything. |
| 197. | MV2 | Yeah. | *Yeah.* |
| 198. | MV1 | Ya tienen todo en el pinche recording | And they already have the entire fucking *recording.* |
| 199. | MV2 | Augh. | *Augh.* |

12

| 200. | MV1 | Fuckin'. Él ya salió, ya lo dejaron salir. | *Fucking'. He is already out, they let him out.* |
|---|---|---|---|
| 201. | MV2 | Yeah, that's what I heard, so you said. | *Yeah, that's what I heard, so you said.* |
| 202. | MV1 | Ya, ya lo, ya lo mandaron para una parte, no. | An, and they have sent him somewhere, right. |
| 203. | MV2 | Yeah. | *Yeah.* |
| 204. | MV1 | Es lo, es lo que me estaban diciendo estos que, que cuando salga que this is what they can do, they said, "Look man, we'll fuckin', anywhere you want to go, we'll, we'll take care of that, uhm, te agarramos casa, trabajo o si tu mujer quiere, y si estás con ella y quiere ir con el, contigo, hacemos todo eso no." Not to worry, no. | That's what, that's what they were telling me, that when I go out from here that *this is what they can do, they said, "Look man, we'll fuckin', anywhere you want to go, we'll, we'll take care of that, uhm,* we'll get you a house, a job, and if your wife wants, if you are still with her and she wants to go with the, with you, we'll do all of that, you see. *Not to worry,* right. |
| 205. | MV2 | Yeah. | *Yeah.* |
| 206. | MV1 | And I was like, fuck. Guess these fuckers really do have it like that, huh? | *And I was like, fuck. Guess these fuckers really do have it like that, huh?* |
| 207. | MV2 | Yeah. | *Yeah.* |
| 208. | MV1 | I never knew that shit, I mean, I've seen it like on the movies and todos esos pinches shows, but I didn't think it was for real. A la verga. | *I never knew that shit, I mean, I've seen it like on the movies and* all those fucking *shows, but I didn't think it was for real.* Fuck that. |
| 209. | MV2 | Yeah [bostezo] | *Yeah. [yawn]* |
| 210. | MV1 | So, I don't know, bro. | *So, I don't know, bro.* |
| 211. | MV2 | Damn, it's fuckin'… | *Damn, it's fuckin'…* |
| 212. | MV1 | I know. | *I know.* |
| 213. | MV2 | So, y el pinche, el pinche, el Wild ¿no tiene a ese güey de Cruces o del otro? | *So,* the fucking, the fucking the *Wild,* doesn't he have that dude from Cruces or from the other one? |
| 214. | MV1 | No, no. Sabe que aquí está, en el condado de Santa Fe. | No, no.  Knows that he is here, in Santa Fe County. |
| 215. | MV2 | Oh. | *Oh.* |
| 216. | MV1 | Hasta me dijieron [sic] que [VO] el otro, el otro viejo también estaba hablando el, el, el Pup, no. | They even told me that the other one, the other old man is talking also, the, the, the Pup, right. |
| 217. | MV2 | Yeah. | *Yeah.* |
| 218. | MV1 | Yeah. Porque me estaban diciendo de, de todos esos viajes también. Hasta me enseñaron papeles para, 'cause I told them, oh, I want to | *Yeah.*  Because they were also telling me about, about all those trips.  They even showed me papers for, *'cause I told them, oh, I want to* |

13

|  |  | | |
|---|---|---|---|
|  |  | see what's going on because my lawyer was pressing for that shit, like well, "if he's getting charged with this we want to see what it is, and a la verga, él, todos güey, todos a la verga. | *see what's going on because my lawyer was pressing for that shit, like well, "if he's getting charged with this we want to see what it is, and* fuck that, him, everyone dude, fuck them all. |
| 219. | MV2 | Aha. | *Aha.* |
| 220. | MV1 15:04.5 | Él es, estaba escribiendo letras al, al pinche, uhm [u/i] que estaba escribiendo letras que, si lo dejaban salir, que nada iba a pasar [voz de una niña en el trasfondo] and all kinds of crazy shit. | That's him, he was writing letters to the, fucking uhm, [u/i] that he was writing letters, that if they let him go, nothing was going to happen [a girl's voice in the background] *and all kinds of crazy shit.* |
| 221. | MV2 | Hey, what's up? Ok, hold on, hey, hold on Lupe. | *Hey, what's up? Ok, hold on, hey, hold on Lupe.* |
| 222. | MV1 | Who is it? Abby? | *Who is it? Abby?* |
| 223. | CHV | Hi Lupe. | *Hi Lupe.* |
| 224. | MV1 | Hi Abby, what you doing? | *Hi Abby, what you doing?* |
| 225. | CHV | Hi.  Huh? | *Hi.  Huh?* |
| 226. | MV1 | What're you doing? | *What're you doing?* |
| 227. | CHV | Ahm [u/i] [risa] | *Ahm [u/i] [laughter]* |
| 228. | MV1 | [rie] What? | *[laughter] What?* |
| 229. | CHV | It's uncle Lupe, it's uncle Lupe. | *It's uncle Lupe, it's uncle Lupe.* |
| 230. | MV1 | Yea, it's your uncle. | *Yea, it's your uncle.* |
| 231. | CHV | What's the big one? | *What's the big one?* |
| 232. | MV1 | It's your uncle. | *It's your uncle.* |
| 233. | CHV | They don't want to talk now 'cause they don't want to talk to you, 'cause they are scared. | *They don't want to talk now 'cause they don't want to talk to you, 'cause they are scared.* |
| 234. | MV1 | They're scared? Scared of what? | *They're scared? Scared of what?* |
| 235. | FV3 | Hello. | *Hello.* |
| 236. | MV1 | Hello, hi. | *Hello, hi.* |
| 237. | FV3 | Hi. | *Hi.* |
| 238. | MV1 | Hi, who is this? | *Hi, who is this?* |
| 239. | BV | [estornudo] Bella. | *[sneezes] Bella.* |
| 240. | MV1 | Oh, hi Bella. Damn! You already sound all grown.  How you doing? Ok? | *Oh, hi Bella. Damn! You already sound all grown.  How you doing? Ok?* |
| 241. | BV | [ríe]Yeah. [VO] | *[laughter]Yeah. [VO]* |
| 242. | MV1 | Are you behaving? | *Are you behaving?* |
| 243. | BV | [carraspea] Huh? | *[clears throat] Huh?* |
| 244. | MV1 | Are you behaving?  Are you behaving? | *Are you behaving?  Are you behaving?* |
| 245. | BV | Yeah. | *Yeah.* |

14

| 246. | MV1 | Are you? Oh, ok. You're doing good in school and stuff? | *Are you? Oh, ok. You're doing good in school and stuff?* |
|---|---|---|---|
| 247. | BV | Yeah. | *Yeah.* |
| 248. | MV1 | Ok, that's good.  Are you keeping José out of trouble? [BV] Are you going to keep José out of trouble? | *Ok, that's good.  Are you keeping José out of trouble? [BV] Are you going to keep José out of trouble?* |
| 249. | BV | Yeah. | *Yeah.* |
| 250. | MV1 | Yeah, make sure when he wants to go somewhere tell them nope, you gotta to stay home. | *Yeah, make sure when he wants to go somewhere tell them nope, you gotta to stay home.* |
| 251. | BV | [Ríe] | *[laughs]* |
| 252. | MV1 | [Ríe] all right? | *[laughs] all right?* |
| 253. | MV2 | [u/i] Access inmate … | *[u/i] Access inmate …* |
| 254. | MV1 | Huh? | *Huh?* |
| 255. | MV2 | Hello, hello? No, I was telling her where, it's called ww dot access inmate? | *Hello, hello? No, I was telling her where, it's called ww dot access inmate?* |
| 256. | MV1 | Yeah, Accescorrection.com | *Yeah, Accescorrection.com* |
| 257. | MV2 | Oh, access correction is the name, dot com, we have to put money in there. | *Oh, access correction is the name, dot com, we have to put money in there.* |
| 258. | MV1 | Like five dollars, and you can do it. [VO] Tell Bella, tell Bella to help you do it, she knows how to do all that stuff, ¿qué no? | *Like five dollars, and you can do it. [VO] Tell Bella, tell Bella to help you do it, she knows how to do all that stuff, Isn't that right?* |
| 259. | MV2 | Who? | *Who?* |
| 260. | MV1 | Bella. | *Bella.* |
| 261. | MV2 | Bella, yes, she, yes. [bostezo] Yeah, let her do it. | *Bella, yes, she, yes. [yawn] Yeah, let her do it.* |
| 262. | MV1 | She sounds all grown up now, huh, a la verga | *She sounds all grown up now, huh, fuck that.* |
| 263. | MV2 | Yeah, she's already thirteen. | *Yeah, she's already thirteen.* |
| 264. | MV1 | Oh, man. She doing good though? | *Oh, man. She doing good though?* |
| 265. | MV2 | [VO, u/i] [risa] Yeah, I left all kinds of money in a box [u/i, risa] | *[VO, u/i] [laughter] Yeah, I left all kinds of money in a box [u/i, laughter]* |
| 266. | MV1 | [Ríe] What? Anyway, yeah. | *[laughter] What? Anyway, yeah.* |
| 267. | MV2 | Fifteen dollars. | *Fifteen dollars.* |
| 268. | MV1 | Ask uhm, ask or, or Crystal, just do it, right there, you guys can do that and then [VO] it'll [vo, u/i] | *Ask uhm, ask or, or Crystal, just do it, right there, you guys can do that and then [VO] it'll [vo, u/i]* |
| 269. | MV2 | Ok. | *Ok.* |
| 270. | MV1 | It's like points, carnal, like, like I said forty points, just pick the one with points, no, and then… | *It's like points, bro, like, like I said forty points, just pick the one with points, no, and then…* |

| 271. | MV2 | Yeah. | *Yeah.* |
|------|-----|-------|---------|
| 272. | MV1 | And then, like when I plug in my MP3 then it'll be on there, that's what I tell it, they're always on there [u/i] losing that shit, so | *And then, like when I plug in my MP3 then it'll be on there, that's what I tell it, they're always on there [u/i] losing that shit, so* |
| 273. | MV2 | Yeah. | *Yeah.* |
| 274. | MV1 | I gotta give you uh, [u/i] number, so that you can have it, Moniki [timbra un teléfono] | *I gotta give you uh, [u/i] number, so that you can have it, Moniki [phone rings]* |
| 275. | MV2 | Oh, ok, [u/i] where is at, what's the number? | *Oh, ok, [u/i] where is at, what's the number?* |
| 276. | MV1 | Real easy, it's… | *Real easy, it's…* |
| 277. | MV2 | Babe, where is the, give me a pen, paper. So, what are they trying, so… [u/i] cuando estaba allá aquel güey, allá en el, cómo se llama, ¿recuerdas? | *Babe, where is the, give me a pen, paper. So, what are they trying, so… [u/i] when that one was over there,at, what's the name, do you remember?* |
| 278. | MV1 | Yeah | *Yeah* |
| 279. | MV2 | ¿Ya, ya estaba [sic] trabajando con ellos o qué? | Was he already working with them, or what? |
| 280. | MV1 | Ya… | Already… |
| 281. | MV2 | ¿Cuándo salió? | When did he get out? |
| 282. | MV1 0:18:24.6 | Ya, ya. Simón. Por eso lo dejaron salir. Ya, llevaba la, el un [u/i] al [u/i] was since two thousand and five, andaban buscando a todos estos since two thousand and five. | Already, already, right on. That's why they let him out. He was already, he was [u/i] to the [u/i] *was since* two thousand and five, they were looking for all of them *since* two thousand and five. |
| 283. | MV2 | Wow. | *Wow.* |
| 284. | MV1 | Yeah, pero, el Lil Homie, el Coyote, andaba trabajando con ellos del dos mil … ocho, dos mil nueve. | *Yea,* but, the *Lil Homie,* the Coyote, has been working with them since two thousand… eight, two thousand-nine. |
| 285. | MV2 | Aha. | *Aha.* |
| 286. | MV1 | Yeah. | *Yeah.* |
| 287. | MV2 | Ah. | *Ah.* |
| 288. | MV1 | Ya güey, aquí en este lado estaba, tenían alambres y todo, so all that shit's gonna come up. | Already dude, here, on this side it was all, they had wires and everything, *so all that shit's gonna come up.* |
| 289. | MV2 | Ah. | *Ah.* |
| 290. | MV1 | Yeah, a la verga, that's crazy. Y el pinche Palitos [u/i] fuckin' wired up, mother fucker, no. | *Yeah,* fuck that, *that's crazy.* And the fucking Palitos [u/i] *fuckin' wired up, mother fucker,* right. |
| 291. | MV2 | ¿Quién? | Who? |
| 292. | MV1 | El Palitos. | The Palitos. |

16

| 293. | MV2 | Oh, yeah, yeah, cuando fue pa' tras, pa' lla cuando… | *Oh, yeah, yeah,* when he went back, over there, when… |
|------|-----|------|------|
| 294. | MV1 | Yeah, fuck yeah, yeah, lo traiban [sic] bien alambrado al güey [ríe] | *Yeah, fuck yeah, yeah,* they had that asshole all wired up [laughs] |
| 295. | MV2 | Cuando lo agarraron ora o cuando ya fue pa' ya cuando en dos mil cinco [u/i]? | When they caught him this time or when it was then, on two thousand five [u/i]? |
| 296. | MV1 | Ya, cuando lo agarraron. | Now, when they caught him. |
| 297. | MV2 | Siete. | Seven. |
| 298. | MV1 | Cuando lo agarraron ora, ya… | When they caught him now… |
| 299. | MV2 | Oh. | *Oh.* |
| 300. | MV1 | Lo llevaron pa' lla con nosotros un ratito, nomás, pa' pa' ponerlo allí, nomás.  No salió, pero pusieron como vecino de Joe y de [VO, u/i] | They brought him mover where we are, just for a short while, just. just to put him there.  He didn't get out, but they put him as neighbor to *Joe* and [VO, u/i] |
| 301. | FV2 | You have one-minute left. | *You have one-minute left.* |
| 302. | MV1 | Y todo eso. | And all of that. |
| 303. | MV2 | Damn. | *Damn.* |
| 304. | MV1 | They just did that. | *They just did that.* |
| 305. | MV2 | What's the number? | *What's the number?* |
| 306. | MV1 | Ok. It's five, seven, five, two, eight, eight, eight, eight, eight, two. | *Ok. It's five, seven, five, two, eight, eight, eight, eight, two.* |
| 307. | MV2 | Two, eight, eight. | *Two, eight, eight.* |
| 308. | MV1 | Eight, eight, eight, two. Five eights, five eights. | *Eight, eight, eight, two. Five eights, five eights.* |
| 309. | MV2 | Ok, five eights, two. All right. | *Ok, five eights, two. All right.* |
| 310. | MV1 | Yeah, yeah. | *Yeah, yeah.* |
| 311. | MV2 | Ok. | *Ok.* |
| 312. | MV1 | OK, and like that you could, uh, get a hold of [u/i], then she can tell you what's the scoop. | *OK, and like that you could, uh, get a hold of [u/i], then she can tell you what's the scoop.* |
| 313. | MV2 | All right bro. | *All right bro..* |
| 314. | MV1 | All right my brother, [VO, u/i] | *All right my brother, [VO, u/i]* |
| 315. | MV2 | All right brother, you should get the feria. | *All right brother, you should get the* money. |
| 316. | MV1 | Ok. | *Ok.* |
| 317. | MV2 | Later on. | *Later on.* |
| 318. | MV1 | All right, and then for that address, if can't figure it out, and you're trying try to figure out, ask her, she knows how to do it. | *All right, and then for that address, if can't figure it out, and you're trying try to figure out, ask her, she knows how to do it.* |
| 319. | MV2 | Ok, I will brother. | *Ok, I will brother.* |
| 320. | MV1 | All right brother. Amor. | *All right brother. Love..* |

| 321. | MV2 | All right [u/i], Amor brother.  All right, bro. | *All right [u/i], love brother.  All right, bro.* |
|---|---|---|---|
| 322. | MV1 | Later. All right.  Bye. | *Later. All right.  Bye.* |
| 323. | MV2 | I love you bro. [u/i] | *I love you bro. [u/i]* |
| 324. | FV2 20:05.9 | The caller has hung up. | *The caller has hung up.* |