

Emails regarding location of missing tablet
Mickendrow, Christopher (USMS)
to:
K'Aun Wild
01/26/2018 05:07 PM
Cc:
"Castro, Joe (USMS)", "Armijo, Maria (USANM)", Ryan Villa
Hide Details
From: "Mickendrow, Christopher (USMS)" <Christopher.Mickendrow@usdoj.gov>
To: "K'Aun Wild" <K'Aun_Wild@nmcourt.fed.us>
Cc: "Castro, Joe (USMS)" <Joe.Castro@usdoj.gov>, "Armijo, Maria (USANM)"
<Maria.Armijo@usdoj.gov>, Ryan Villa <ryan@rjvlawfirm.com>

21 Attachments



01.26.2018 1334 Reveived_Redacted.pdf  01.25.2018 1024 Sent.pdf  01.25.2018 1040 Received_Redacted.pdf

01.24.2018 1050am Received_Redacted.pdf  01.25.2018 1043 Sent 2_Redacted.pdf  01.25.2018 1101 Received_Redacted.pdf

01.24.2018 1357 Received_Redacted.pdf  01.24.2018 1411 Sent_Redacted.pdf  01.25.2018 1010 Sent_Redacted.pdf

01.25.2018 1012 Received_Redacted.pdf  01.25.2018 1138 Sent_Redacted.pdf  01.25.2018 1201 Sent.pdf

01.25.2018 0939 Received_Redacted.pdf  01.24.2018 1354 Sent_Redacted.pdf  01.25.2018 1043 Sent_Redacted.pdf

01.26.2018 1337 Sent_Redacted.pdf  01.26.2018 1201 Sent_Redacted.pdf  01.25.2018 1309 Received_Redacted.pdf

01.25.2018 1135 Received_Redacted.pdf  01.25.2018 1634 Received_Redacted.pdf  01.26.2018 1323 Sent_Redacted.pdf

K'Aun,

Attached are all of my e-mails which show my efforts to locate the missing tablet belonging to Robert Martinez.
I have cc'ed Ryan Villa and Maria Armijo as representative of each side.  I did vet the request through USMS
OGC.  They requested that I go through the pdf's and redact all phone numbers or e-mail addresses of the
people who sent and received the e-mails; which was done.  OGC also asked that these not be made part of the
record or if they are to be sealed as they are internal documents for the USMS.

My understanding during the motion hearing and what I relied to USMS OGC was that these emails are being
used to show that the USMS is making all efforts to locate the missing tablet.  Based on this I would note in
some cases, due to the redaction, it may be difficult to determine which facility or representative I sent the
email to.  I would state that the emails have been sent between the USMS, Sandoval County Detention Center,
NMDOC PNM, Russ Aoki's Law Firm and the defendants own attorney.

Please let me know if I can be of any further assistance in this matter.  If I do locate the tablet I will notify the court immediately.  As I stated in court, the USMS will serve as a receptacle for all of the tablets regarding the defendants who have plead guilty.  Once they are all collected I will ensure they are then turned over to defense (Ryan I imagine you will be my POC for this).

In an effort to help me out in this endeavor, please provide me a list of specific names of the individuals in which I need to collect the tablets from.  This way I will know specifically which tablets defense is looking for.

Thank you,
Mick

| | |
|---|---|
| **From:** | Namoca, Royce (USMS) |
| **To:** | Mickendrow, Christopher (USMS) |
| **Subject:** | Re: Attempt to locate Robert Martinez Tablet |
| **Date:** | Friday, January 26, 2018 1:33:35 PM |

We had some tablets left in one of the ABQ SDUSM offices before I left. Possibly there?

Royce Namoca
SDUSM, D/CO
█████████████

On Jan 26, 2018, at 1:23 PM, Mickendrow, Christopher (USMS)
████████████████████████ wrote:

> Good Afternoon All,
>
> I am trying to track down Robert Martinez's tablet (USMS and Tablet SN 83915-051). I have received some information regarding the tablet and in an effort to verify the information, I am reaching out to each of the heads of the specific facilities and any offices that may have come into contact with the tablet in an attempt to ascertain where the tablet currently is.  Please review my information and if you can add anything to it, please reply all so that everyone receives the information.  In addition, I am asking for everyone in the "TO" section of this email to search their respective facility for the tablet.  Once you believe ALL EXHAUSTIVE MEASURES have been taken in an effort to locate the tablet, please reply letting me know if you have or do not have the tablet.
>
> Robert Martinez was located at Sandoval County from 01.13.2017 to 05.13.2017. Sometime in May of 2017, his tablet was sent back to AOKILAW for updates.  AOKILAW then sent the tablet back to Sandoval.  According to Attorney C.J., the defendants attorney, his office was told by Sandoval that the tablet was sent to PNM Santa Fe.  I reached out to PNM Santa Fe and was told that Martinez did not have his tablet upon return from Sandoval (which would make sense if Sandoval is stating they sent it to PNM Santa Fe).
>
> It is my understanding that it has been since May of 2017 that the tablet has been lost.
>
> Again, if anyone has tracking numbers related to this or anything else that may assist me in locating the tablet, please send them to me.  Also, I am requesting that each recipient of this email search their areas to ensure they do not have the tablet and then let me know.
>
> I want to thank everyone in advance for their assistance in attempting to locate this tablet.
>
> Mick

Christopher "Mick" Mickendrow

P.S. Royce, do you possible recall anything related to this?

| From: | Mickendrow, Christopher (USMS) |
|---|---|
| To: | Russ Aoki; Jennifer Oh |
| Cc: | Ashton, Shane (USMS); Castro, Joe (USMS) |
| Subject: | Tablet Identification |
| Date: | Thursday, January 25, 2018 10:24:20 AM |

Hi Russ and Jennifer,

Can you let me know or provide for me if you have it, a complete list of all inmates with a list of what tablets they have? I don't know if their identified by identification number or how their identified but if we can get that listing.

The reason I'm asking, is I'm still looking for Robert Martinez's tablet for you all. And I'm hoping if we get a complete list of identification numbers, this may avoid this problem in the future.

Mick

| From: | Jennifer Oh |
|---|---|
| To: | Mickendrow, Christopher (USMS); Russ Aoki |
| Cc: | Ashton, Shane (USMS); Castro, Joe (USMS) |
| Subject: | RE: Tablet Identification |
| Date: | Thursday, January 25, 2018 10:42:01 AM |
| Attachments: | Deleon_List of Inmates and Tablet IDs.xlsx |

Mr. Mickendrow,

I am attaching a spreadsheet that lists the names of the inmates and the tablet S/N Tag number that was assigned to each of them. This identification number is labeled on the top left corner of the tablets and can also be found on the screens when you turn on the tablet.

Please let us know if you have any other questions.

Jennifer Oh
Paralegal

AOKILAW|PLLC
IBM Building | 1200 5th Avenue, Suite 750 | Seattle WA 98101
Phone [redacted] | Fax [redacted] | Direct [redacted]
www.aokilaw.com

This electronic message contains information from the law firm of Aoki Law PLLC. The contents may be privileged and confidential and are for the use of the intended addressee(s) only. If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please notify the sender immediately and delete it from your computer.

-----Original Message-----
From: Mickendrow, Christopher (USMS) [redacted]
Sent: Thursday, January 25, 2018 9:24 AM
To: Russ Aoki [redacted] Jennifer Oh [redacted]
Cc: Ashton, Shane (USMS) [redacted] Castro, Joe (USMS) [redacted]
Subject: Tablet Identification

Hi Russ and Jennifer,
Can you let me know or provide for me if you have it, a complete list of all inmates with a list of what tablets they have? I don't know if their identified by identification number or how their identified but if we can get that listing.

The reason I'm asking, is I'm still looking for Robert Martinez's tablet for you all. And I'm hoping if we get a complete list of identification numbers, this may avoid this problem in the future.

Mick

| | |
|---|---|
| **From:** | Armijo, Maria (USANM) |
| **To:** | Castro, Joe (USMS); Mickendrow, Christopher (USMS) |
| **Cc:** | ███@cimlawfirm.com |
| **Subject:** | Robert Martinez"s tablet |
| **Date:** | Wednesday, January 24, 2018 10:50:26 AM |

Joe and Mick,

Russ Aoki says they don't have Robert's tablet – that they sent it to Sandoval.  Do you have idea where it is?

Thanks

Maria Y. Armijo
Assistant United States Attorney
District of New Mexico
Las Cruces Branch Office
███████████

| | |
|---|---|
| **From:** | Mickendrow, Christopher (USMS) |
| **Cc:** | Ashton, Shane (USMS); Castro, Joe (USMS) |
| **Subject:** | Re: Tablet Identification |
| **Date:** | Thursday, January 25, 2018 10:43:20 AM |

Does this help you Shane?
Mick

> On Jan 25, 2018, at 10:42 AM, Jennifer Oh ███████████ wrote:
>
> Mr. Mickendrow,
>
> I am attaching a spreadsheet that lists the names of the inmates and the tablet S/N Tag number that was assigned to each of them. This identification number is labeled on the top left corner of the tablets and can also be found on the screens when you turn on the tablet.
>
> Please let us know if you have any other questions.
>
> Jennifer Oh
> Paralegal
>
> AOKILAW|PLLC
> IBM Building | 1200 5th Avenue, Suite 750 | Seattle WA 98101
> Phone ████████ | Fax ████████ | Direct ████████
> www.aokilaw.com
>
> This electronic message contains information from the law firm of Aoki Law PLLC. The contents may be privileged and confidential and are for the use of the intended addressee(s) only. If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please notify the sender immediately and delete it from your computer.
>
> -----Original Message-----
> From: Mickendrow, Christopher (USMS) ████████████████
> Sent: Thursday, January 25, 2018 9:24 AM
> To: Russ Aoki ███████████ ; Jennifer Oh ██████
> Cc: Ashton, Shane (USMS) ██████████████ ; Castro, Joe (USMS) ████████
> Subject: Tablet Identification
>
> Hi Russ and Jennifer,
> Can you let me know or provide for me if you have it, a complete list of all inmates with a list of what tablets they have? I don't know if their identified by identification number or how their identified but if we can get that listing.
>
> The reason I'm asking, is I'm still looking for Robert Martinez's tablet for you all. And I'm hoping if we get a complete list of identification numbers, this may avoid this problem in the future.
>
> Mick
> <Deleon_List of Inmates and Tablet IDs.xlsx>

**From:** Ashton, Shane (USMS)
**To:** Mickendrow, Christopher (USMS)
**Cc:** Castro, Joe (USMS)
**Subject:** RE: Tablet Identification
**Date:** Thursday, January 25, 2018 11:00:39 AM

Yes.. I guess. Went through the property sheets and find nothing, so I'll keep looking.

-----Original Message-----
From: Mickendrow, Christopher (USMS)
Sent: Thursday, January 25, 2018 10:43 AM
Cc: Ashton, Shane (USMS) ██████████    Castro, Joe (USMS) ██████████
Subject: Re: Tablet Identification


Does this help you Shane?
Mick

> On Jan 25, 2018, at 10:42 AM, Jennifer Oh ██████████████ wrote:
>
> Mr. Mickendrow,
>
> I am attaching a spreadsheet that lists the names of the inmates and the tablet S/N Tag number that was assigned
to each of them. This identification number is labeled on the top left corner of the tablets and can also be found on
the screens when you turn on the tablet.
>
> Please let us know if you have any other questions.
>
> Jennifer Oh
> Paralegal
>
> AOKILAW|PLLC
> IBM Building | 1200 5th Avenue, Suite 750 | Seattle WA 98101 Phone 206
> ██████ | Fax 206 442-4396 | Direct ██████████   www.aokilaw.com
>
> This electronic message contains information from the law firm of Aoki Law PLLC. The contents may be
privileged and confidential and are for the use of the intended addressee(s) only. If you are not an intended
addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you
have received this e-mail in error, please notify the sender immediately and delete it from your computer.
>
> -----Original Message-----
> From: Mickendrow, Christopher (USMS)
> ██████████████
> Sent: Thursday, January 25, 2018 9:24 AM
> To: Russ Aoki ██████████    Jennifer Oh ██████
> Cc: Ashton, Shane (USMS) ██████████████     ; Castro, Joe (USMS)
> ██████████████
> Subject: Tablet Identification
>
> Hi Russ and Jennifer,
> Can you let me know or provide for me if you have it, a complete list of all inmates with a list of what tablets they
have? I don't know if their identified by identification number or how their identified but if we can get that listing.
>
> The reason I'm asking, is I'm still looking for Robert Martinez's tablet for you all. And I'm hoping if we get a
complete list of identification numbers, this may avoid this problem in the future.

>
> Mick
> <Deleon_List of Inmates and Tablet IDs.xlsx>

| From: | Armijo, Maria (USANM) |
|---|---|
| To: | Mickendrow, Christopher (USMS); Castro, Joe (USMS) |
| Cc: | ████ @cjmlawfirm.com |
| Subject: | RE: Robert Martinez"s tablet |
| Date: | Wednesday, January 24, 2018 1:58:14 PM |

Rob had his tablet taken when he was in Sandoval, before returning back up to PNM. So it was taken by Sandoval / USMS when the tablet issue happened.

We have tablets that Joe had – it is not there.

---

**From:** Mickendrow, Christopher (USMS) ████████████████
**Sent:** Wednesday, January 24, 2018 1:54 PM
**To:** Armijo, Maria (USANM) ████████████ ; Castro, Joe (USMS) ████████████
**Cc:** ████ @cjmlawfirm.com
**Subject:** RE: Robert Martinez's tablet

Maria,

This is the first I am hearing of an issue with Robert Martinez's tablet. Can you or someone else give me some background so I don't waste time trying to track it down by contacting places that have already been called.

According to my records, he has been in NMDOC Santa Fe since May of last year. I am not sure why Sandoval would have his tablet.

Mick

---

**From:** Armijo, Maria (USANM) ████████████████
**Sent:** Wednesday, January 24, 2018 10:50 AM
**To:** Castro, Joe (USMS) ████████████ Mickendrow, Christopher (USMS) ████████████████
**Cc:** ████ @cjmlawfirm.com
**Subject:** Robert Martinez's tablet

Joe and Mick,

Russ Aoki says they don't have Robert's tablet – that they sent it to Sandoval. Do you have idea where it is?

Thanks

Maria Y. Armijo
Assistant United States Attorney
District of New Mexico
Las Cruces Branch Office



**From:** Mickendrow, Christopher (USMS)
**To:** Ashton, Shane (USMS)
**Subject:** FW: Robert Martinez"s tablet
**Date:** Wednesday, January 24, 2018 2:11:00 PM

Can you help me out and see if you or anyone up there knows anything about a tablet.  He was at Sandoval before he went to PNM for about 138 days.

**From:** Armijo, Maria (USANM) [
**Sent:** Wednesday, January 24, 2018 1:57 PM
**To:** Mickendrow, Christopher (USMS) ██████████████ ; Castro, Joe (USMS)
██████████
**Cc:** ██ @cjmlawfirm.com
**Subject:** RE: Robert Martinez's tablet

Rob had his tablet taken when he was in Sandoval, before returning back up to PNM.  So it was taken by Sandoval / USMS when the tablet issue happened.

We have tablets that Joe had – it is not there.

**From:** Mickendrow, Christopher (USMS) ██████████████████
**Sent:** Wednesday, January 24, 2018 1:54 PM
**To:** Armijo, Maria (USANM) ████████████ ; Castro, Joe (USMS) ███████████
**Cc:** ██ @cjmlawfirm.com
**Subject:** RE: Robert Martinez's tablet

Maria,

This is the first I am hearing of an issue with Robert Martinez's tablet.  Can you or someone else give me some background so I don't waste time trying to track it down by contacting places that have already been called.

According to my records, he has been in NMDOC Santa Fe since May of last year.  I am not sure why Sandoval would have his tablet.

Mick

**From:** Armijo, Maria (USANM) [██████████████
**Sent:** Wednesday, January 24, 2018 10:50 AM
**To:** Castro, Joe (USMS)████████████ Mickendrow, Christopher (USMS)
████████████
**Cc:** ██ @cjmlawfirm.com
**Subject:** Robert Martinez's tablet

Joe and Mick,

Russ Aoki says they don't have Robert's tablet – that they sent it to Sandoval.  Do you have idea where it is?

Thanks

Maria Y. Armijo
Assistant United States Attorney
District of New Mexico
Las Cruces Branch Office

| | |
|---|---|
| **From:** | Mickendrow, Christopher (USMS) |
| **To:** | Ashton, Shane (USMS) |
| **Cc:** | Castro, Joe (USMS) |
| **Subject:** | Re: Robert Martinez's tablet |
| **Date:** | Thursday, January 25, 2018 10:10:26 AM |

So here is another great example of how not having me as the permanent DIC through this whole thing makes these situations ten times worse. I was not the DIC at the time and I am only trying to figure this out to rectify this now. I do know the tablets are identified in some way, I think by serial number. I will reach out to the tablet people and get these numbers added to our quick reference sheet. I will cc you in that email so you will have the info they give me. I am out on a JPATs run today so...

Mick

On Jan 25, 2018, at 9:39 AM, Ashton, Shane (USMS) [redacted] wrote:

> So how do I know whose tablet is whose? I'll look to see if it was on his property when he came through the cellblock to get transferred to PNM. Do they have specific serial numbers assigned or anyway to identify?
>
> **From:** Mickendrow, Christopher (USMS)
> **Sent:** Wednesday, January 24, 2018 2:11 PM
> **To:** Ashton, Shane (USMS) [redacted]
> **Subject:** FW: Robert Martinez's tablet
>
> Can you help me out and see if you or anyone up there knows anything about a tablet. He was at Sandoval before he went to PNM for about 138 days.
>
> **From:** Armijo, Maria (USANM) [redacted]
> **Sent:** Wednesday, January 24, 2018 1:57 PM
> **To:** Mickendrow, Christopher (USMS) < [redacted] Castro, Joe (USMS) < [redacted]
> **Cc** [redacted] cjmlawfirm.com
> **Subject:** RE: Robert Martinez's tablet
>
> Rob had his tablet taken when he was in Sandoval, before returning back up to PNM. So it was taken by Sandoval / USMS when the tablet issue happened.
>
> We have tablets that Joe had – it is not there.
>
> **From:** Mickendrow, Christopher (USMS) [redacted]
> **Sent:** Wednesday, January 24, 2018 1:54 PM
> **To:** Armijo, Maria (USANM) [redacted] Castro, Joe (USMS)
>
> **Cc:** [redacted] cjmlawfirm.com

**Subject:** RE: Robert Martinez's tablet

Maria,

This is the first I am hearing of an issue with Robert Martinez's tablet. Can you or someone else give me some background so I don't waste time trying to track it down by contacting places that have already been called.

According to my records, he has been in NMDOC Santa Fe since May of last year. I am not sure why Sandoval would have his tablet.

Mick

---

**From:** Armijo, Maria (USANM) <span style="background:black">████████████</span>
**Sent:** Wednesday, January 24, 2018 10:50 AM
**To:** Castro, Joe (USMS) <span style="background:black">███████</span> Mickendrow, Christopher (USMS)
<span style="background:black">███████</span>
**Cc:** <span style="background:black">███</span> cjmlawfirm.com
**Subject:** Robert Martinez's tablet

Joe and Mick,

Russ Aoki says they don't have Robert's tablet – that they sent it to Sandoval. Do you have idea where it is?

Thanks

Maria Y. Armijo
Assistant United States Attorney
District of New Mexico
Las Cruces Branch Office

| | |
|---|---|
| **From:** | Ashton, Shane (USMS) |
| **To:** | Mickendrow, Christopher (USMS) |
| **Cc:** | Castro, Joe (USMS) |
| **Subject:** | RE: Robert Martinez's tablet |
| **Date:** | Thursday, January 25, 2018 10:12:01 AM |

Take your time….. Not like it's priority #1 of things for me to do today ☺

---

**From:** Mickendrow, Christopher (USMS)
**Sent:** Thursday, January 25, 2018 10:10 AM
**To:** Ashton, Shane (USMS)
**Cc:** Castro, Joe (USMS)
**Subject:** Re: Robert Martinez's tablet

So here is another great example of how not having me as the permanent DIC through this whole thing makes these situations ten times worse. I was not the DIC at the time and I am only trying to figure this out to rectify this now. I do know the tablets are identified in some way, I think by serial number. I will reach out to the tablet people and get these numbers added to our quick reference sheet. I will cc you in that email so you will have the info they give me. I am out on a JPATs run today so...

Mick

On Jan 25, 2018, at 9:39 AM, Ashton, Shane (USMS)                              wrote:

> So how do I know whose tablet is whose? I'll look to see if it was on his property when he came through the cellblock to get transferred to PNM. Do they have specific serial numbers assigned or anyway to identify?
>
> **From:** Mickendrow, Christopher (USMS)
> **Sent:** Wednesday, January 24, 2018 2:11 PM
> **To:** Ashton, Shane (USMS)
> **Subject:** FW: Robert Martinez's tablet
>
> Can you help me out and see if you or anyone up there knows anything about a tablet. He was at Sandoval before he went to PNM for about 138 days.
>
> **From:** Armijo, Maria (USANM)
> **Sent:** Wednesday, January 24, 2018 1:57 PM
> **To:** Mickendrow, Christopher (USMS)                              Castro, Joe (USMS)
> **Cc:**        cjmlawfirm.com
> **Subject:** RE: Robert Martinez's tablet
>
> Rob had his tablet taken when he was in Sandoval, before returning back up to PNM. So it was taken by Sandoval / USMS when the tablet issue happened.

We have tablets that Joe had – it is not there.

**From:** Mickendrow, Christopher (USMS) [█████████████████████]
**Sent:** Wednesday, January 24, 2018 1:54 PM
**To:** Armijo, Maria (USANM) █████████████  Castro, Joe (USMS)
█████████
**Cc:** ███ cjmlawfirm.com
**Subject:** RE: Robert Martinez's tablet

Maria,

This is the first I am hearing of an issue with Robert Martinez's tablet.  Can you or someone else give me some background so I don't waste time trying to track it down by contacting places that have already been called.

According to my records, he has been in NMDOC Santa Fe since May of last year.  I am not sure why Sandoval would have his tablet.

Mick

**From:** Armijo, Maria (USANM) █████████████████
**Sent:** Wednesday, January 24, 2018 10:50 AM
**To:** Castro, Joe (USMS) ████████████████  Mickendrow, Christopher (USMS)
███████████
**Cc** ████ cjmlawfirm.com
**Subject:** Robert Martinez's tablet

Joe and Mick,

Russ Aoki says they don't have Robert's tablet – that they sent it to Sandoval.  Do you have idea where it is?

Thanks

Maria Y. Armijo
Assistant United States Attorney
District of New Mexico
Las Cruces Branch Office

████████████

| From: | Mickendrow, Christopher (USMS) |
|---|---|
| To: | C. J. McElhinney |
| Cc: | Armijo, Maria (USANM); Castro, Joe (USMS); Ashton, Shane (USMS) |
| Subject: | Re: Robert Martinez"s tablet |
| Date: | Thursday, January 25, 2018 11:38:18 AM |

Thank you CJ, I will check into this.

Mick

On Jan 25, 2018, at 11:36 AM, C. J. McElhinney ███ @cjmlawfirm.com> wrote:

> Sandoval County Detention told my assistant that Baby Rob's tablet was sent to
> PNM Santa Fe.
>
> CJM
>
> McElhinney Law Firm LLC
> 1009 E. Lohman Ave
> Las Cruces, NM 88001
> (575)███
> ███ (Fax)
> www.cjmlawfirm.com
>
> **Confidentiality Notice: This e-mail, including attachments, contains information that is confidential and may be protected by attorney/client or other privileges. This e-mail, including attachments, constitutes non-public information intended to be conveyed only to the designated recipient(s). If you are not an intended recipient, please delete this e-mail, including attachments, and notify me by return mail or e-mail. The unauthorized use, dissemination, or reproduction of this e-mail is prohibited and may be unlawful.**
>
> On Wed, Jan 24, 2018 at 10:50 AM, Armijo, Maria (USANM)
> ███ wrote:
>
>> Joe and Mick,
>>
>>
>> Russ Aoki says they don't have Robert's tablet – that they sent it to Sandoval.
>> Do you have idea where it is?
>>
>>
>> Thanks
>>
>>
>> Maria Y. Armijo
>>
>> Assistant United States Attorney
>>
>> District of New Mexico

Las Cruces Branch Office

| | |
|---|---|
| **From:** | Mickendrow, Christopher (USMS) |
| **To:** | Anthony Romero |
| **Cc:** | Castro, Joe (USMS); Ashton, Shane (USMS) |
| **Subject:** | Missing Tablet |
| **Date:** | Thursday, January 25, 2018 12:01:24 PM |

Good Day Deputy Director Romero,

I am attempting to locate a tablet that has been missing since May of 2017. The tablet belongs to Robert Martinez and is supposedly identified with his USMS # as the SN (83915-051). I am having all of the USMS offices search for the tablet but I was just informed that the tablet may have been sent to your facility. Could you please have your staff look for it? If by chance I happen to find it somewhere else, I will notify you immediately, but since it's taken this long to ascertain that it might be at your facility, I am not hopeful about finding it anywhere else.

Thanks
Mick

| From: | Ashton, Shane (USMS) |
|---|---|
| To: | Mickendrow, Christopher (USMS) |
| Subject: | RE: Robert Martinez's tablet |
| Date: | Thursday, January 25, 2018 9:39:11 AM |

So how do I know whose tablet is whose? I'll look to see if it was on his property when he came through the cellblock to get transferred to PNM. Do they have specific serial numbers assigned or anyway to identify?

**From:** Mickendrow, Christopher (USMS)
**Sent:** Wednesday, January 24, 2018 2:11 PM
**To:** Ashton, Shane (USMS)
**Subject:** FW: Robert Martinez's tablet

Can you help me out and see if you or anyone up there knows anything about a tablet. He was at Sandoval before he went to PNM for about 138 days.

**From:** Armijo, Maria (USANM)
**Sent:** Wednesday, January 24, 2018 1:57 PM
**To:** Mickendrow, Christopher (USMS)                        Castro, Joe (USMS)
**Cc:**        @cjmlawfirm.com
**Subject:** RE: Robert Martinez's tablet

Rob had his tablet taken when he was in Sandoval, before returning back up to PNM. So it was taken by Sandoval / USMS when the tablet issue happened.

We have tablets that Joe had – it is not there.

**From:** Mickendrow, Christopher (USMS)
**Sent:** Wednesday, January 24, 2018 1:54 PM
**To:** Armijo, Maria (USANM) <                        Castro, Joe (USMS)
**Cc:**        @cjmlawfirm.com
**Subject:** RE: Robert Martinez's tablet

Maria,

This is the first I am hearing of an issue with Robert Martinez's tablet. Can you or someone else give me some background so I don't waste time trying to track it down by contacting places that have already been called.

According to my records, he has been in NMDOC Santa Fe since May of last year. I am not sure why Sandoval would have his tablet.

Mick

**From:** Armijo, Maria (USANM) ███████████████████
**Sent:** Wednesday, January 24, 2018 10:50 AM
**To:** Castro, Joe (USMS)██████████████ Mickendrow, Christopher (USMS)
██████████████████
**Cc:** ███ @cjmlawfirm.com
**Subject:** Robert Martinez's tablet

Joe and Mick,

Russ Aoki says they don't have Robert's tablet – that they sent it to Sandoval.  Do you have idea where it is?

Thanks

Maria Y. Armijo
Assistant United States Attorney
District of New Mexico
Las Cruces Branch Office
████████████

| | |
|---|---|
| **From:** | Mickendrow, Christopher (USMS) |
| **To:** | "Armijo, Maria (USANM)"; Castro, Joe (USMS) |
| **Cc:** | ▮@cjmlawfirm.com |
| **Subject:** | RE: Robert Martinez's tablet |
| **Date:** | Wednesday, January 24, 2018 1:54:00 PM |

Maria,

This is the first I am hearing of an issue with Robert Martinez's tablet. Can you or someone else give me some background so I don't waste time trying to track it down by contacting places that have already been called.

According to my records, he has been in NMDOC Santa Fe since May of last year. I am not sure why Sandoval would have his tablet.

Mick

**From:** Armijo, Maria (USANM) ▮▮▮▮▮▮▮▮▮▮
**Sent:** Wednesday, January 24, 2018 10:50 AM
**To:** Castro, Joe (USMS) ▮▮▮▮▮▮▮▮ Mickendrow, Christopher (USMS)
▮▮▮▮▮▮▮▮
**Cc** ▮▮▮cjmlawfirm.com
**Subject:** Robert Martinez's tablet

Joe and Mick,

Russ Aoki says they don't have Robert's tablet – that they sent it to Sandoval. Do you have idea where it is?

Thanks

Maria Y. Armijo
Assistant United States Attorney
District of New Mexico
Las Cruces Branch Office
▮▮▮▮▮▮

| From: | Mickendrow, Christopher (USMS) |
|---|---|
| To: | Jennifer Oh |
| Cc: | Russ Aoki; Ashton, Shane (USMS); Castro, Joe (USMS) |
| Subject: | Re: Tablet Identification |
| Date: | Thursday, January 25, 2018 10:42:53 AM |

Thank you so much

Mick

> On Jan 25, 2018, at 10:42 AM, Jennifer Oh ███████████ wrote:
>
> Mr. Mickendrow,
>
> I am attaching a spreadsheet that lists the names of the inmates and the tablet S/N Tag number that was assigned to each of them. This identification number is labeled on the top left corner of the tablets and can also be found on the screens when you turn on the tablet.
>
> Please let us know if you have any other questions.
>
> Jennifer Oh
> Paralegal
>
> AOKILAW|PLLC
> IBM Building | 1200 5th Avenue, Suite 750 | Seattle WA 98101
> Phone ████████ | Fax ████████ | Direct ████████
> www.aokilaw.com
>
> This electronic message contains information from the law firm of Aoki Law PLLC. The contents may be privileged and confidential and are for the use of the intended addressee(s) only. If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please notify the sender immediately and delete it from your computer.
>
> -----Original Message-----
> From: Mickendrow, Christopher (USMS)████████████████
> Sent: Thursday, January 25, 2018 9:24 AM
> To: Russ Aoki ████████████; Jennifer Oh ████████
> Cc: Ashton, Shane (USMS)████████████████; Castro, Joe (USMS) ████████
> Subject: Tablet Identification
>
> Hi Russ and Jennifer,
> Can you let me know or provide for me if you have it, a complete list of all inmates with a list of what tablets they have? I don't know if their identified by identification number or how their identified but if we can get that listing
>
> The reason I'm asking, is I'm still looking for Robert Martinez's tablet for you all. And I'm hoping if we get a complete list of identification numbers, this may avoid this problem in the future.
>
> Mick
> <Deleon_List of Inmates and Tablet IDs.xlsx>

| | |
|---|---|
| **From:** | Mickendrow, Christopher (USMS) |
| **To:** | Ashton, Shane (USMS) ████████ |
| **Subject:** | FW: Attempt to locate Robert Martinez Tablet |
| **Date:** | Friday, January 26, 2018 1:36:00 PM |

Here is the response I received from Royce, when your checking your office can you make sure you check these tablets?

**From:** Namoca, Royce (USMS)
**Sent:** Friday, January 26, 2018 1:34 PM
**To:** Mickendrow, Christopher (USMS) ████████████
**Subject:** Re: Attempt to locate Robert Martinez Tablet

We had some tablets left in one of the ABQ SDUSM offices before I left. Possibly there?

Royce Namoca
SDUSM, D/CO
████████████████

On Jan 26, 2018, at 1:23 PM, Mickendrow, Christopher (USMS) ████████████████
wrote:

> Good Afternoon All,
>
> I am trying to track down Robert Martinez's tablet (USMS and Tablet SN 83915-051). I have received some information regarding the tablet and in an effort to verify the information, I am reaching out to each of the heads of the specific facilities and any offices that may have come into contact with the tablet in an attempt to ascertain where the tablet currently is. Please review my information and if you can add anything to it, please reply all so that everyone receives the information. In addition, I am asking for everyone in the "TO" section of this email to search their respective facility for the tablet. Once you believe ALL EXHAUSTIVE MEASURES have been taken in an effort to locate the tablet, please reply letting me know if you have or do not have the tablet.
>
> Robert Martinez was located at Sandoval County from 01.13.2017 to 05.13.2017. Sometime in May of 2017, his tablet was sent back to AOKILAW for updates. AOKILAW then sent the tablet back to Sandoval. According to Attorney C.J., the defendants attorney, his office was told by Sandoval that the tablet was sent to PNM Santa Fe. I reached out to PNM Santa Fe and was told that Martinez did not have his tablet upon return from Sandoval (which would make sense if Sandoval is stating they sent it to PNM Santa Fe).
>
> It is my understanding that it has been since May of 2017 that the tablet has been lost.
>
> Again, if anyone has tracking numbers related to this or anything else that may assist

me in locating the tablet, please send them to me.  Also, I am requesting that each recipient of this email search their areas to ensure they do not have the tablet and then let me know.

I want to thank everyone in advance for their assistance in attempting to locate this tablet.

Mick

Christopher "Mick" Mickendrow

████████████

P.S. Royce, do you possible recall anything related to this?

| | |
|---|---|
| **From:** | Mickendrow, Christopher (USMS) |
| **To:** | "Romero, Anthony, NMCD" |
| **Cc:** | Castro, Joe (USMS); Ashton, Shane (USMS); Fajardo, David, NMCD; Perez, Wendy, NMCD |
| **Subject:** | RE: Missing Tablet |
| **Date:** | Friday, January 26, 2018 12:01:00 PM |

Mr. Romero,

Do you believe based on this that your facility does not have the tablet?

Mick

-----Original Message-----
From: Romero, Anthony, NMCD ███████████
Sent: Thursday, January 25, 2018 4:34 PM
To: Mickendrow, Christopher (USMS)
Cc: Castro, Joe (USMS) ███████████; Ashton, Shane (USMS) ███████████>; Fajardo, David, NMCD ███████████; Perez, Wendy, NMCD ███████████
Subject: FW: Missing Tablet

Mr. Mickendrow,

Below is the response from Acting Deputy Warden Perez who received inmate Martinez when he returned from Sandoval County.


Anthony A. Romero
Deputy Director of Adult Prisons
4337 New Mexico 14
Santa Fe, New Mexico 87508

Office ███████████
███████████ @state.nm.us



-----Original Message-----
From: Perez, Wendy, NMCD
Sent: Thursday, January 25, 2018 2:11 PM
To: Romero, Anthony, NMCD
Subject: Re: Missing Tablet

Inmate Martinez did not have his tablet upon return to the North from Sandoval county


Wendy Perez

Penitentiary of New Mexico

Unit Manager -HU 3

From: Romero, Anthony, NMCD
Sent: Thursday, January 25, 2018 1:08 PM
To: Mickendrow, Christopher (USMS)
Cc: Castro, Joe (USMS); Ashton, Shane (USMS); Fajardo, David, NMCD; Perez, Wendy, NMCD
Subject: RE: Missing Tablet

Afternoon Mr. Mickendrow,

We're on it, we'll keep you informed as to our efforts.

Best regards,


Anthony A. Romero
Deputy Director of Adult Prisons
4337 New Mexico 14
Santa Fe, New Mexico 87508

Office 
              @state nm.us



-----Original Message-----
From: Mickendrow, Christopher (USMS)
Sent: Thursday, January 25, 2018 12:01 PM
To: Romero, Anthony, NMCD
Cc: Castro, Joe (USMS); Ashton, Shane (USMS)
Subject: Missing Tablet

Good Day Deputy Director Romero,

I am attempting to locate a tablet that has been missing since May of 2017.  The tablet belongs to Robert Martinez
and is supposedly identified with his USMS # as the SN (83915-051).  I am having all of the USMS offices search
for the tablet but I was just informed that the tablet may have been sent to your facility.  Could you please have your
staff look for it?  If by chance I happen to find it somewhere else, I will notify you immediately, but since it's taken
this long to ascertain that it might be at your facility, I am not hopeful about finding it anywhere else.

Thanks
Mick

| From: | Romero, Anthony, NMCD |
|---|---|
| To: | Mickendrow, Christopher (USMS) |
| Cc: | Castro, Joe (USMS); Ashton, Shane (USMS); Fajardo, David, NMCD; Perez, Wendy, NMCD |
| Subject: | RE: Missing Tablet |
| Date: | Thursday, January 25, 2018 1:09:13 PM |

Afternoon Mr. Mickendrow,

We're on it, we'll keep you informed as to our efforts.

Best regards,

Anthony A. Romero
Deputy Director of Adult Prisons
4337 New Mexico 14
Santa Fe, New Mexico 87508

Office ▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮ @state nm.us

-----Original Message-----
From: Mickendrow, Christopher (USMS) ▮▮▮▮▮▮▮▮▮▮▮▮▮▮
Sent: Thursday, January 25, 2018 12:01 PM
To: Romero, Anthony, NMCD
Cc: Castro, Joe (USMS); Ashton, Shane (USMS)
Subject: Missing Tablet

Good Day Deputy Director Romero,

I am attempting to locate a tablet that has been missing since May of 2017. The tablet belongs to Robert Martinez and is supposedly identified with his USMS # as the SN (83915-051). I am having all of the USMS offices search for the tablet but I was just informed that the tablet may have been sent to your facility. Could you please have your staff look for it? If by chance I happen to find it somewhere else, I will notify you immediately, but since it's taken this long to ascertain that it might be at your facility, I am not hopeful about finding it anywhere else.

Thanks
Mick

| | |
|---|---|
| **From:** | C. J. McElhinney |
| **To:** | Armijo, Maria (USANM) |
| **Cc:** | Castro, Joe (USMS); Mickendrow, Christopher (USMS) |
| **Subject:** | Re: Robert Martinez's tablet |
| **Date:** | Thursday, January 25, 2018 11:36:33 AM |

Sandoval County Detention told my assistant that Baby Rob's tablet was sent to PNM Santa Fe.

CJM

McElhinney Law Firm LLC
1009 E. Lohman Ave
Las Cruces, NM 88001
(575) ███████
████████ (Fax)
www.cjmlawfirm.com

**Confidentiality Notice: This e-mail, including attachments, contains information that is confidential and may be protected by attorney/client or other privileges. This e-mail, including attachments, constitutes non-public information intended to be conveyed only to the designated recipient(s). If you are not an intended recipient, please delete this e-mail, including attachments, and notify me by return mail or e-mail. The unauthorized use, dissemination, or reproduction of this e-mail is prohibited and may be unlawful.**

On Wed, Jan 24, 2018 at 10:50 AM, Armijo, Maria (USANM) ███████████ wrote:

> Joe and Mick,
>
> Russ Aoki says they don't have Robert's tablet – that they sent it to Sandoval.  Do you have idea where it is?
>
> Thanks
>
> Maria Y. Armijo
>
> Assistant United States Attorney
>
> District of New Mexico
>
> Las Cruces Branch Office
>
> ████████████

| From: | Romero, Anthony, NMCD |
|---|---|
| To: | Mickendrow, Christopher (USMS) |
| Cc: | Castro, Joe (USMS); Ashton, Shane (USMS); Fajardo, David, NMCD; Perez, Wendy, NMCD |
| Subject: | FW: Missing Tablet |
| Date: | Thursday, January 25, 2018 4:34:28 PM |

Mr. Mickendrow,

Below is the response from Acting Deputy Warden Perez who received inmate Martinez when he returned from Sandoval County.


Anthony A. Romero
Deputy Director of Adult Prisons
4337 New Mexico 14
Santa Fe, New Mexico 87508

Office ███████
██████████ @state nm.us 




-----Original Message-----
From: Perez, Wendy, NMCD
Sent: Thursday, January 25, 2018 2:11 PM
To: Romero, Anthony, NMCD
Subject: Re: Missing Tablet

Inmate Martinez did not have his tablet upon return to the North from Sandoval county


Wendy Perez

Penitentiary of New Mexico

Unit Manager -HU 3

505-███████ /505███████




From: Romero, Anthony, NMCD
Sent: Thursday, January 25, 2018 1:08 PM
To: Mickendrow, Christopher (USMS)
Cc: Castro, Joe (USMS); Ashton, Shane (USMS); Fajardo, David, NMCD; Perez, Wendy, NMCD
Subject: RE: Missing Tablet

Afternoon Mr. Mickendrow,

We're on it, we'll keep you informed as to our efforts.

Best regards,


Anthony A. Romero
Deputy Director of Adult Prisons
4337 New Mexico 14
Santa Fe, New Mexico 87508

Office 
██████████ @state nm.us



-----Original Message-----
From: Mickendrow, Christopher (USMS) ████████████████████
Sent: Thursday, January 25, 2018 12:01 PM
To: Romero, Anthony, NMCD
Cc: Castro, Joe (USMS); Ashton, Shane (USMS)
Subject: Missing Tablet

Good Day Deputy Director Romero,

I am attempting to locate a tablet that has been missing since May of 2017.  The tablet belongs to Robert Martinez
and is supposedly identified with his USMS # as the SN (83915-051).  I am having all of the USMS offices search
for the tablet but I was just informed that the tablet may have been sent to your facility.  Could you please have your
staff look for it?  If by chance I happen to find it somewhere else, I will notify you immediately, but since it's taken
this long to ascertain that it might be at your facility, I am not hopeful about finding it anywhere else.

Thanks
Mick

| From: | Mickendrow, Christopher (USMS) |
|---|---|
| To: | ██████@cimlawfirm.com; Anthony Romero██████ ; ██████ sandovalcountynm.gov; ██████ sandovalcountynm.gov; Russ Aoki██████ ; Jennifer On; Ashton, Shane (USMS) ██████ ; Castro, Joe (USMS) ██████ |
| Cc: | Namoca, Royce (USMS) |
| Subject: | Attempt to locate Robert Martinez Tablet |
| Date: | Friday, January 26, 2018 1:23:00 PM |
| Importance: | High |

Good Afternoon All,

I am trying to track down Robert Martinez's tablet (USMS and Tablet SN 83915-051). I have received some information regarding the tablet and in an effort to verify the information, I am reaching out to each of the heads of the specific facilities and any offices that may have come into contact with the tablet in an attempt to ascertain where the tablet currently is. Please review my information and if you can add anything to it, please reply all so that everyone receives the information. In addition, I am asking for everyone in the "TO" section of this email to search their respective facility for the tablet. Once you believe ALL EXHAUSTIVE MEASURES have been taken in an effort to locate the tablet, please reply letting me know if you have or do not have the tablet.

Robert Martinez was located at Sandoval County from 01.13.2017 to 05.13.2017. Sometime in May of 2017, his tablet was sent back to AOKILAW for updates. AOKILAW then sent the tablet back to Sandoval. According to Attorney C.J., the defendants attorney, his office was told by Sandoval that the tablet was sent to PNM Santa Fe. I reached out to PNM Santa Fe and was told that Martinez did not have his tablet upon return from Sandoval (which would make sense if Sandoval is stating they sent it to PNM Santa Fe).

It is my understanding that it has been since May of 2017 that the tablet has been lost.

Again, if anyone has tracking numbers related to this or anything else that may assist me in locating the tablet, please send them to me. Also, I am requesting that each recipient of this email search their areas to ensure they do not have the tablet and then let me know.

I want to thank everyone in advance for their assistance in attempting to locate this tablet.

Mick

Christopher "Mick" Mickendrow

██████

P.S. Royce, do you possible recall anything related to this?