IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CRIMINAL NO. 15-4268 JB |
| | ) | |
| vs. | ) | |
| | ) | |
| **ANGEL DELEON, et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

## UNITED STATES' NOTICE OF REDACTED TRANSCRIPTS

The United States of America agreed to make certain redactions of the co-Defendants' names from the other co-Defendants' recorded statements. On Monday, January 29, 2018, the Court gave the United States 3 days to redact the transcripts and produce them to the Defendants.

On Thursday, February 1, 2018, the United States produced the attached transcripts to the Defendants and the Court. On Friday, February 2, 2018, the United States provided to the Defendants the associated redacted audio clips.

The United States files this notice to memorialize on the Court's Docket the redacted transcripts provided.

    Respectfully Submitted,

    JAMES D. TIERNEY
    Acting United States Attorney

    *__Electronically filed on 2/9/2018__*
    MARIA Y. ARMIJO
    RANDY M. CASTELLANO
    MATTHEW M. BECK
    Assistant United States Attorneys
    200 N. Church Street
    Las Cruces, NM  88001
    (575) 522-2304 – Tel.

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification to defense counsel of record on this date.

/s/
MARIA Y. ARMIJO
Assistant United States Attorney