```
              Federal Bureau of Investigation
                 Albuquerque Field Division


Case Number              245U-AQ-6239655

Date of recording        02/XX/2016

Participants             CHS = Confidential Human Source
                         Rudy Perez


Transcribed by           Jennifer Moya

Date transcribed         Monday, March 28, 2016

Notations                Unintelligible = (UI)
                         Overlap = (OL)
```

**The following transcript has been compared to the audio recording from which it was made, and to the best of my ability, the transcript is a true, complete, and accurate record of the recording.**
      ___<u>SA T. Neale</u>_____

| | |
|---|---|
| Rudy Perez | Don't ever say "*use your (UI)*" Uh…(UI)…that doctor was up there giving me - giving me '*squina*… |
| CHS | It's all good; it's all good but anyway. Now I need to know A what you were telling me, what were you saying bro before that bro before that, before I got up? |
| Rudy Perez | That Molina talk down here, it's between us, na? and and that (UI)…know what I mean |
| CHS | Na I know, but anyway, no--no, cause I was, cause see, *washa* (UI)…but what were you saying before that, about what, talking about business? |
| Rudy Perez | No, no like, like what we've done in the past is help business, you put our business out there with everyone, you know? You don't do that. |
| CHS | Family business? |
| Rudy Perez | Ya and that hurt…(UI) |
| CHS | Ya it's all good |
| Rudy Perez | I heard him do it myself that's why… |
| CHS | But eh, carnal (phonic) fucken, it's all good. But na he was telling (UI) what I was talking about Jess and he was talking Javier. Na |
| Rudy Perez | Ya |
| CHS | Javier Molina, you know whom I'm talking about, right? |
| Rudy Perez | Ya |
| CHS | Ya |
| Rudy Perez | (UI) |
| CHS | A so a what do you think hey carnal (phonic)? You what do you think is going to go on there, dude, do think think they do know that, what you told me? |
| Rudy Perez | What? |
| CHS | About, about the fucken *fierros* came from your walker, you think so? |
| Rudy Perez | No, because see that where they got me down here under investigation, because Trigger the first one to give a statement, stating that he believed that I literally gave him that piece, you know what I mean? |
| CHS | Watch, speak up, carnal I can't, these fools are loud back here |
| Rudy Perez | Trigger is the one that got my name caught up in it all. He's the one that told them that I gave him that piece from the walker. I denied it, I didn't I didn't give nobody nothing. I didn't know anything about that, know what I mean? Do you hear what I'm saying |
| CHS | Ya |
| Rudy Perez | That's been my statement, that's going to continue to be my statement. Now he didn't see nothing dog, he don't know nothing, what he thinks and what he says, is what he feels, he doesn't know nothing. |
| CHS | Or so, but what remember what you told me |

| | |
|---|---|
| | carnal(phonic),they think them fools that's why they have you in here, what? |
| Rudy Perez | Well, that's what they are trying to--to--to--to prove but they couldn't, that's why they have to send me back. |
| CHS | Alright |
| Rudy Perez | Is the one that helped me file the a-grievance against this fucken bullshit that they don't even know, no report, no nothing, pending investigation. |
| CHS | Hey but…because they, so aa na I'm just, cause you know that's what they were saying that the--the *fierros* fucken came from, the shanks came from fucken wheelchair program, na |
| Rudy Perez | Ya, they don't know really, you see what I'm saying my brother |
| CHS | Ya |
| Rudy Perez | and--and what I told you that day, you're the only one that heard admitted anything too, Shadow. Anybody else in Cruces ask me, I didn't have nothing to do with nothing, I didn't know nothing, and that's that, you hear me |
| CHS | (laughing) Ya |
| Rudy Perez | And that's the way it's going-- |
| CHS | So, so I'm the only one you've told that |
| Rudy Perez | --Yes |
| CHS | That the fucken shanks came from your walker. |
| Rudy Perez | Yes |
| CHS | (laughing) |
| Rudy Perez | You're the only that knows that |
| CHS | I'm the only one that knows that |
| Rudy Perez | No besides the other two people that were there, but the feds took them |
| CHS | Hey Carnal… |
| Rudy Perez | --Them two ain't gonna say nothing |
| CHS | Eh, bro, I know I shouldn't ask this, I'm not trying (UI)…I'm just wanting to know… |
| Rudy Perez | Ya… |
| CHS | But hey carnal, when when, who did that, carnal, who got the shanks from your walker, know what I mean, to make them, to even send the carnals on a mission like that a…that was fucken, you know what I mean? You think, eh I don't know carnal, I trip out on the way everything went down, do you feel what I'm saying? |
| Rudy Perez | Check this out…derecho, que, you hear me? |
| CHS | Ya I can hear you |
| Rudy Perez | Kay, that morning they come to my door and say come here, they're like look… |
| CHS | …Who did? |
| Rudy Perez | …Whose running the pod… |
| CHS | …Oh, fucken Dan Dan… |
| Rudy Perez | Kay, watcha, they come to me and they're like look big dog, something has to be taken care of. But we need '*squina* you don't have to do nothing, you don't have to do nada, you don't have to do fuck. We just need that; you |

| | |
|---|---|
| | know what I'm saying? Do you understand what I'm saying |
| CHS | They just need that piece from the walker? |
| Rudy Perez | After that, I didn't know nothing, brother. |
| CHS | Orale, alright |
| Rudy Perez | I, and and I felt, okay if I can't, if I can't put in the work for the family, I gotta be willing to be able to do my part. No matter how little or how big. You feel me |
| CHS | Ya, simon |
| Rudy Perez | Eee aa, for like, for example, you're young, you're athletic, you're quick, if we go back on the line in Cruces back in the day, you'd be a runner dog, cuz you're so quick, you feel me |
| CHS | Ya, I know |
| Rudy Perez | Okay, so you, so that'll be your part in-in donating to the cause to the Family, you feel me |
| CHS | Ya I already know |
| Rudy Perez | Okay, okay, I'm not going to give that no more, but, and I I before I told him, "is it a justified move, both of them, so we got the paperwork?" |
| CHS | Now What!? |
| Rudy Perez | I told them, "Is it a justified move and not just a dopey move?" |
| CHS | Oh you asked him, when he asked you for the pieces from your walker… |
| Rudy Perez | …No I asked, I asked them after they asked me, I said, "Is it a justified move?".. you feel me? |
| CHS | Oh if it was a justified move? |
| Rudy Perez | Ya |
| CHS | When they asked you for them pieces? |
| Rudy Perez | Ya, I told them, "Is it a justified move and not just a behinds fucken dope-fiend ass-moves?" |
| CHS | Hey but serio, from-from me to you carnal, straight up, if it wasn't a justified move, would you gave them pieces to move on on fucken Javier? |
| Rudy Perez | No. No. Cuz I-I to me that's not, that wouldn't have been a Family move that would have been a personal issue. Why-Why am I gonna jeopardize myself an-and I did, cuz they took my walker and I already had nothing for over a year. You know what I mean? Cuz they kept saying, "Well you abused your walker that's why you lost it." I didn't abuse fuck. You feel me? |
| CHS | Ya |
| Rudy Perez | Then JR fucken (UI) put my name in it and that when they brought me over here. JR never said nothing, not in the discovery or nothing. JR never made a statement till after he made an a grievance for the plea bargain, dog. When Red filed the motion for the discovery, dog, for disclosure for the whole discovery, they didn't want to because the CIs involved, no |
| CHS | Ya |
| Rudy Perez | Well, Red's family (UI) they got him to do it, they're like, "No were not gonna give you copies but were gonna," |

```
                know what I mean?
CHS             Ya
Rudy Perez      So Red goes to court, Red comes back and he goes, "fuck
                you did right dog" and I go "what do you mean?" He goes
                "to homeboy, the plea bargain". He said "Creeper, Creeper
                gave a 37 page affidavit and he was forced, they told him
                you're going to do this or else", that he was scared
CHS             Who told to you that
Rudy Perez      Red
CHS             Oh Red did?
Rudy Perez      Ya, he had the paperwork
CHS             Ya
Rudy Perez      See they know Creeper…
CHS             Hey watch hold on Rudy…hold on…

                <End of recording>
```

```
     Exh177 - DISC 20529-20533.Transcript of bod rec of CI and R. Perez1168001PL.R.txt
00001:01  Rudy Perez: Don't ever say "use your (UI)" Uh...(UI)...that
      02  doctor was up there giving me - giving me 'squina...
      03  CHS: It's all good; it's all good but anyway. Now I need to
      04  know A what you were telling me, what were you saying bro
      05  before that bro before that, before I got up?
      06  Rudy Perez: That Molina talk down here, it's between us, na?
      07  and and that (UI)...know what I mean
      08  CHS: Na I know, but anyway, no--no, cause I was, cause see,
      09  washa (UI)...but what were you saying before that, about what,
      10  talking about business?
      11  Rudy Perez: No, no like, like what we've done in the past is
      12  help business, you put our business out there with everyone,
      13  you know? You don't do that.
      14  CHS: Family business?
      15  Rudy Perez: Ya and that hurt...(UI)
      16  CHS: Ya it's all good
      17  Rudy Perez: I heard him do it myself that's why...
      18  CHS: But eh, carnal (phonic) fucken, it's all good. But na he was
      19  telling (UI) what I was talking about Jess and he was talking
      20  Javier. Na
      21  Rudy Perez: Ya
      22  CHS: Javier Molina, you know whom I'm talking about, right?
      23  Rudy Perez: Ya
      24  CHS: Ya
      25  Rudy Perez: (UI)
00002:01  CHS: A so a what do you think hey carnal (phonic)? You what do
      02  you think is going to go on there, dude, do think think they do
      03  know that, what you told me?
      04  Rudy Perez: What?
      05  CHS: About, about the fucken fierros came from your walker, you
      06  think so?
      07  Rudy Perez: No, because see that where they got me down here under
      08  investigation, because Trigger the first one to give a statement,
      09  stating that he believed that I literally gave him that piece,
      10  you know what I mean?
      11  CHS: Watch, speak up, carnal I can't, these fools are loud
      12  back here
      13  Rudy Perez: Trigger is the one that got my name caught up in it all.
      14  He's the one that told them that I gave him that piece from the
      15  walker. I denied it, I didn't I didn't give nobody nothing. I
      16  didn't know anything about that, know what I mean? Do you hear
      17  what I'm saying
      18  CHS: Ya
      19  Rudy Perez: That's been my statement, that's going to continue
      20  to be my statement. Now he didn't see nothing dog, he don't
      21  know nothing, what he thinks and what he says, is what he feels,
      22  he doesn't know nothing.
      23  CHS: Or so, but what remember what you told me carnal(phonic),
      24  they think them fools that's why they have you in here, what?
      25  Rudy Perez: Well, that's what they are trying to--to--to--to
00003:01  prove but they couldn't, that's why they have to send me back.
      02  CHS: Alright
      03  Rudy Perez: Is the one that helped me file the a-grievance
      04  against this fucken bullshit that they don't even know, no
                                     Page 1
```

```
  Exh177 - DISC 20529-20533.Transcript of bod rec of CI and R. Perez1168001PL.R.txt
    05  report, no nothing, pending investigation.
    06  CHS: Hey but...because they, so aa na I'm just, cause you know
    07  that's what they were saying that the--the fierros fucken came
    08  from, the shanks came from fucken wheelchair program, na
    09  Rudy Perez: Ya, they don't know really, you see what I'm saying
    10  my brother
    11  CHS:Ya
    12  Rudy Perez: and--and what I told you that day, you're the only
    13  one  that heard admitted anything too, Shadow. Anybody else in
    14  Cruces ask me, I didn't have nothing to do with nothing, I
    15  didn't know nothing, and that's that, you hear me
    16  CHS:(laughing) Ya
    17  Rudy Perez: And that's the way it's going--
    18  CHS:So, so I'm the only one you've told that
    19  Rudy Perez:--Yes
    20  CHS:That the fucken shanks came from your walker.
    21  Rudy Perez:Yes
    22  CHS:(laughing)
    23  Rudy Perez:You're the only that knows that
    24  CHS: I'm the only one that knows that
    25  Rudy Perez: No besides the other two people that were there, but
00004:01  the  feds took them
    02  CHS: Hey Carnal...
    03  Rudy Perez: --Them two ain't gonna say nothing
    04  CHS: Eh, bro, I know I shouldn't ask this, I'm not trying
    05  (UI)...I'm just wanting to know...
    06  Rudy Perez: Ya...
    07  CHS: But hey carnal, when when, who did that, carnal, who got the
    08  shanks from your walker, know what I mean, to make them, to even
    09  send the carnals on a mission like that a...that was fucken, you
    10  know what I mean? You think, eh I don't know carnal, I trip out
    11  on the way everything went down, do you feel what I'm saying?
    12  Rudy Perez: Check this out...derecho, que, you hear me?
    13  CHS: Ya I can hear you
    14  Rudy Perez: Kay, that morning they come to my door and say come
    15  here,  they're like look...
    16  Rudy Perez: Kay, watcha, they come to me and they're like look
    17  big dog, something has to be taken care of. But we need 'squina
    18  you don't have to do nothing, you don't have to do nada, you
    19  don't have to do fuck. We just need that; you know what I'm saying?
    20  Do you understand what I'm saying
    21  CHS: They just need that piece from the walker?
    22  Rudy Perez: After that, I didn't know nothing, brother.
    23  CHS: Orale, alright
    24  Rudy Perez: I, and and I felt, okay if I can't, if I can't put
    25  in the  work for the family, I gotta be willing to be able to do
00005:01  my part. No matter how little or how big. You feel me
    02  CHS: Ya, simon
    03  Rudy Perez: Eee aa, for like, for example, you're young, you're
    04  athletic, you're quick, if we go back on the line in Cruces back
    05  in the day, you'd be a runner dog, cuz you're so quick, you feel me
    06  CHS: Ya, I know
    07  Rudy Perez: Okay, so you, so that'll be your part in-in donating
    08  to the cause to the Family, you feel me
                                   Page 2
```

Exh177 - DISC 20529-20533.Transcript of bod rec of CI and R. Perez1168001PL.R.txt

```
       09  CHS: Ya I already know
       10  Rudy Perez: Okay, okay, I'm not going to give that no more, but,
       11  and I  I before I told him, "is it a justified move, both of them,
       12  so we got the paperwork?"
       13  CHS: Now What!?
       14  Rudy Perez: I told them, "Is it a justified move and not just a
       15  dopey move?"
       16  CHS: Oh you asked him, when he asked you for the pieces from your walker...
       17  Rudy Perez:...No I asked, I asked them after they asked me, I said,
       18  "Is it a justified move?".. you feel me?
       19  CHS: Oh if it was a justified move?
       20  Rudy Perez:Ya
       21  CHS: When they asked you for them pieces?
       22  Rudy Perez: Ya, I told them, "Is it a justified move and not just a
       23  behinds fucken dope-fiend ass-moves?"
       24  CHS: Hey but serio, from-from me to you carnal, straight up, if
       25  it wasn't a justified move, would you gave them pieces to move
00006:01  on on fucken Javier?
       02  Rudy Perez: No. No. Cuz I-I to me that's not, that wouldn't have
       03  been a Family move that would have been a personal issue. Why-
       04  Why am I gonna jeopardize myself an-and I did, cuz they took my
       05  walker and I already had nothing for over a year. You know what
       06  I mean? Cuz they kept saying, "Well you abused your walker
       07  that's why you lost it." I didn't abuse fuck. You feel me?
       08  CHS: Ya
       09  Rudy Perez: Then JR fucken (UI) put my name in it and that when
       10  they brought me over here. JR never said nothing, not in the
       11  discovery or nothing. JR never made a statement till after he
       12  made an a grievance for the plea bargain, dog. When Red filed
       13  the motion for the discovery, dog, for disclosure for the whole
       14  discovery, they didn't want to because the CIs involved, no
       15  CHS: Ya
       16  Rudy Perez: Well, Red's family (UI) they got him to do it, they're
       17  like, "No were not gonna give you copies but were gonna,"
       18  know what I mean?
       19  CHS: Ya
       20  Rudy Perez: So Red goes to court, Red comes back and he goes,
       21  "fuck you did right dog" and I go "what do you mean?" He goes
       22  "to homeboy, the plea bargain". He said "Creeper, Creeper gave
       23  a 37 page affidavit and he was forced, they told him you're
       24  going to do this or else", that he was scared
       25  CHS: Who told to you that
00007:01  Rudy Perez: Red
       02  CHS: Oh Red did?
       03  Rudy Perez: Ya, he had the paperwork
       04  CHS: Ya
       05  Rudy Perez: See they know Creeper...
       06  CHS: Hey watch hold on Rudy...hold on...
       07  <End of recording>
       08  .
       09  .
       10  .
```