```
                Federal Bureau of Investigation
                   Albuquerque Field Division


Case Number                 245U-AQ-6239655

Date of recording           02/XX/2016

Participants                Confidential Human Source = CHS
                            Rudy Perez


Transcribed by              Jennifer Moya

Date transcribed            Wednesday, March 30, 2016

Notations                   Unintelligible = (UI)
                            Overlap = (OL)
```

**The following transcript has been compared to the audio recording from which it was made, and to the best of my ability, the transcript is a true, complete, and accurate record of the recording.**
          <u>TFO Chris Cupit</u>

| | |
|---|---|
| Rudy Perez | Let me a fucken apology from you, vato (UI) |
| CHS | Hey so—so what happen? Hey it was because the—the—the shanks came from your fucken, from your walker, uh? |
| Rudy Perez | Thats what they kept saying |
| CHS | So that's… |
| Rudy Perez | …already told ya |
| CHS | Uh…no, no, no, but that's Bill and Jean thought, they said that, that's why you said something, uh |
| Rudy Perez | Ya |
| CHS | Cause the shanks from your walker |
| Rudy Perez | Ya |
| CHS | That's why. That's—that's why the homies were thinking maybe you said something because, ya |
| Rudy Perez | No, see |
| CHS | But why are people talking shit |
| Rudy Perez | Cause—cause I gave them Trigger and Jr dog |
| CHS | Ya but |
| Rudy Perez | See Trigger was the one that put it out there that he don't think of what happen (UI) |
| CHS | Ya but |
| Rudy Perez | He told somebody, I don't think ra—ra—(UI) is strong enough to keep his mouth shut about this |
| CHS | About—about that shit |
| Rudy Perez | That happen, right |
| CHS | Ya |
| Rudy Perez | So the little homie came to me, he said "*check this out bro, I heard you're saying this and that*" so I checked fucken Trigger and the (UI), no, I talked to… |
| CHS | A but… |
| Rudy Perez | …I told him "*what's your fucken problem Trigger*" … |
| CHS | …a but so, ya. Ya it's all good. Like you said -like you said - like you said a while ago carnal, you |
| Rudy Perez | When everything went down and the discovery actually got there baby G shot me with we got, he said "*Rudy, don't worry, it's exactly like you said*" (UI) that's the honestly Gods fucken truth, I put that on my (UI). I never said nothing, Shadow. And I never will dog, feel me? |
| CHS | Ya simon |
| Rudy Perez | I talked to you (UI), I've been 100% honest with you, but if somebody else came along and asked me questions, I wouldn't even answer one of them. |
| CHS | Na I… |
| Rudy Perez | …I don't feel like I have to. Right or wrong. |
| CHS | Naw you're right homes, you're right carnal |
| Rudy Perez | a—aaa—and when Pup came, he got here, he's like whats going on with you. I was in the shower when we talked. (UI) when they took us all out for a shake down, Blue, Paul, me we were all right there talking a—aaa—and Blue and Pup talked, Pup came to the—to the to their, Pup was |

| | |
|---|---|
| | the one, no Blue was in one, Puck in two, and I was in the big cage across the way, no. You know how you go out to the brickyard |
| CHS | Ya simon |
| Rudy Perez | Kay, Pup called me to the thing and I go over, and he says *"you don't worry about nothing, no they just told me what happen, don't worry about nothing homie"* I says *"No fuck (UI) leave me with all the bullshit ese"* and not one vato has the fucken balls to shut him down a. I go *"back in the day you don't fucken run your mouth about someone unless you have paperwork dog"* he goes *"that's right a"* I go *"well its not like that in Cruces, theres nothing but (UI) going on over there a"* |
| CHS | Ya but—but, Pup cleaned that up, right? |
| Rudy Perez | Ya |
| CHS | Ya |

| | |
|---|---|
| Rudy Perez | I gonna let the people who need to know, know. The ones that don't know, fuck them. He said what do you mean. He said…I said okay. You know what I mean |
| CHS | Ya |
| Rudy Perez | aa—aan—and I left it dog and that's why I'm ready to go back cruces dog. I don't give a fuck, I'll fight, I'll do whatever I gotta fucken do, dog. |
| CHS | It's like you say a, that's why, wh—when shit went down, you stayed in your pad because, like what, like you said (UI) you now I mean |
| Rudy Perez | Ya |
| CHS | You didn't need to be fucken out there like anybody else, know what I mean |
| Rudy Perez | I didn't need to out there (UI) bro |
| CHS | And that's what are the reasons carnal, when shit happens, you know what I'm saying |
| Rudy Perez | Ya, I didn't nothing happen how can I take something, I didn't see nothing, right |
| CHS | And that's what they tried to get out, know what I mean |
| Rudy Perez | Ya |
| CHS | Ya |
| Rudy Perez | I don't know nothing brother, I didn't see nothing I don't know nada |
| CHS | (laughing) that's how you kept it huh |
| Rudy Perez | That's it and that's how it's going to stay |
| CHS | That's good carnal |
| Rudy Perez | That's how it's going to stay dog |
| CHS | Ya, that's good bro, you know what I mean |
| Rudy Perez | Ya that's just it. An—and I can't tell you (UI) I on everything I love, I put this on my madre Quita, (UI) truth to the cause this whole fucken time dog. And I've been down some rough fucken roads, dog. You feel me |
| CHS | Ya I know |
| Rudy Perez | Aan—and I aint running or hiding. I'm not like fucken Marijuano (phonic), they were going to send Marijuano (phonic) back, bro |

| | |
|---|---|
| CHS | Naw, it's all good carnal. But hey what Pup tell you, Puck said everythings all good, right |
| Rudy Perez | Check it out. So all that gets you squashed and then the shit with Marijuano came up and aa… |
| CHS | …no but na, I don't care… |
| Rudy Perez | So listen to what happen, so so so Pup came down (UI) and Pup said Shadow, Trig going down and I go you know what you try (UI) to get out there with fucken Marijuano and you all tell that vato to shut his fucken mamotha (phonic) already. Stay off the fucken phone and quit writing letters. What what fuckers were talking about when he said that Shadow, I don't know the whole scope, you know what I mean? But if he said that he sent somebody send them himself its because somebody was running their mouth about something they shouldn't be running their mouth about. You feel me? |
| CHS | What do you think he was running his mouth about? Think it be about that (UI) |
| Rudy Perez | Check this out Shadwow, you're not dumb bro, your far from dumb. So check this out, I'm just going to put it to you like this. Me and you catch (UI) today as an example, ok. We get shot to Cruces. one force of (UI) is to be delivered down there. Okay for example…it's me, I got the (UI) but until the (UI) to fucken, know what I mean. Wa wa k. number 1 I should of never of told you, you know what I mean. That's the 1st fuck up. 2nd the night that shit happen dog, right, now you tell me this thing, this ain't fucken funny. They locked us down. They move everybody up to 2A dog. Me, Blue, um, stoner, we're all down there. They take our shoes, our socks, all our clothes dog and give us white jump suits. You've been through this, ya. You know what I mean? |
| CHS | Ya simon |
| Rudy Perez | Okay we go through all that. This night at midnight dog, these mother fuckers already knew who took the (UI), who gave it, and everything. Only two motherfuckers knew dog. One is in the pen the other one is in—in 1A now or 2A, where ever he's at |
| CHS | Who—whose in 2A |
| Rudy Perez | Marijuano |
| CHS | Orale, and Archie |
| Rudy Perez | Yes Archies in the Fed |
| CHS | Yea I know, I've seen him |
| Rudy Perez | Okay |
| CHS | But Archie's the one that went down there with them in (UI) |
| Rudy Perez | Yes |
| CHS | Right cause he, hey, he picked up the (UI) from Spider. Cause that's how it was ran down, you know what I mean |
| Rudy Perez | Ya. See I don't know none of that |
| CHS | Ya cause Jesse, that's what they were saying cause Jesse gave the weed the fucken paperwork to Spider, Spider |

|   |   |
|---|---|
| | passed to Archie when he knew he was coming down there to Cruces and then Archie gave it to Lazy, Lazy gave it Dan Dan, they all sat down but (UI) everybody from the "Tabla" sat down. You already know who was on the "Tabla" it was Dan Dan, it was… |
| Rudy Perez | …I already know all that |
| CHS | Alright, there you go, that's how it went down carnal |
| Rudy Perez | And—and so later on my first time, and bring them down here, esque somebody shot a "Kite" down here, kay. this is the first situation. He goes back cool, cool, you know what I mean? Good. The second time dog, when they brought me over here, my paperwork said, pending investigation, and information from STIU with CBC |
| CHS | Hey but you already knew that, right |
| Rudy Perez | Right |
| CHS | When all that went down |
| Rudy Perez | Yes |
| CHS | Alright, no I'm just |
| Rudy Perez | Yea okay, so check it out |
| CHS | Alright |
| Rudy Perez | You get here, they took us to committee we go the same fucken day dog. |
| CHS | No but in my—my what I'm telling you, I'm—I'm right on, right? |
| Rudy Perez | Ya |
| CHS | Alright, I'm just making sure carnal so we're on the same page |
| Rudy Perez | Then, Marijuano is going to go back too, dog and Blue tells him let me file your grievance for you and I'll get you back, I'm going to get Rudy back. Cause he didn't do nothing. Blue did my grievance for me, dog. My former complaint, if he did the grievance and that they were moving us over here Shadow I called Wendy, I said whats going on, you said 30 to 60 days, I've already been here 4 months, Wendy. And the main vato for STIU is standing right there beside her and they were waiting all of them, no. They step out to a little corridor are, under the control center, Blues in the cage dog. So she comes back, I just talked STIU, they don't have nothing on you. She goes, I'm just going to go ahead and refer you back to Cruces if they accept you. I said okay. Two weeks later that little fat caseworker comes to my door they said that Cruces accepted you, you're going back. You're going PTH starting today. Pup everybody is like Fuck ya. |
| CHS | Pup said fuck ya |
| Rudy Perez | Ya, Pup like fuck ya. That's whats up. I was like let me tell you something Pup, I says I know vatos running their mouths saying this or that about me but I'll tell you what, I don't give a fuck I'm going back dog and if I gotta box, I'll box, I'll do what I gotta do. He says no you wont. You don't have to do any of that. He goes I'm going to let you needs to know, know what's up. You're |

| | |
|---|---|
| | alright. |
| CHS | That's what Pup told you? |
| Rudy Perez | Ya, right there, he told me to my face. Don't worry Rudy. You just keep doing what you've been doing. I kept my mouth shut and I will continue to keep my mouth shut. You feel me? |
| CHS | Ya semon |
| Rudy Perez | Aaa—aand like you say, Shadow, that that's, not just our friendship but as my carnal my friend everything, I put that on my mijita, the love of my life. Man. I've never disrespected the "Onda" (UI) against our rules. You feel me? |
| CHS | Ya semon |
| Rudy Perez | That's why, that's why I told you the other day, I'm hurt dog, it vatos that did say something, that their name in fucken discoveries dog. Are still over there in Cruces and nobody is done nothing to them dog. |
| CHS | Everything's on lock down over there. |
| Rudy Perez | Or when they came out nobody did nothing. |
| CHS | Ya it was other, ya |
| Rudy Perez | Me, I'm going up there with a mission in mind homes. |
| CHS | Who—who—who—whose that |
| Rudy Perez | I got two that I want dog.They want to run their fucken mouths and I—i… |
| CHS | And whose that? |
| Rudy Perez | I told you Shadow, one on one. Them vatos cant beat me with their fucken daddys there dog. |
| CHS | Whose that? Carnal |
| Rudy Perez | I put that |
| CHS | I know, but whose that? |
| Rudy Perez | I got to mother fuckers that (UI) over there. Aa-aand |
| CHS | (UI) I know whats up |
| Rudy Perez | Just cause I've got a fucked up leg right now. Aa-aand see, this whats up |
| CHS | But tell me who carnal |
| Rudy Perez | No no no I already told you one of them |
| CHS | Whose that, bb |
| Rudy Perez | No |
| CHS | Who |
| Rudy Perez | He aint even worth fucken wasting losing the day a good time over |
| CHS | Who |
| Rudy Perez | Little Cruces |
| CHS | Oh Little Cruces |
| Rudy Perez | Ya, he thinks he's so fucken bad |
| CHS | Hey, I know youre not suppose to tell me, carnal. You know what I mean? You you (laughing) I was just to know for myself, you know what I mean? |
| Rudy Perez | I'll tell you what whats up |
| CHS | Hey what did Pup say, semon. |
| Rudy Perez | That fucker told me, he told me straight just go have a visit |

| | |
|---|---|
| CHS | Alright, so Pup, go handle your business |
| Rudy Perez | Handle your business. Aint no mother fucker gonna call me a fucken rat and think I'm gonna show up at the same fucken POD and it's gonna be all good and great? Fuck you, we're fixing to fight. Either you're gonna get beat or you're gonna have to beat me up, but we're gonna fucken fight. |
| CHS | Na…It's all good, carnal. All that shit already happened it's already what it is, you know what I'm saying. |
| Rudy Perez | Ya |
| CHS | All these vatos it is what it is, carnal, you know what I mean |
| Rudy Perez | Ya and you know, check this out, aa-aand its like what was discussed, Crocodile about has to answer for it. BB has to answer for it, um, I think there is four or five that have to answer, why it was never done the first the paperwork got sent down there |
| CHS | Aan—and |
| Rudy Perez | I—I—heard Pup say they have to answer for that no matter how close I am to them, they have to be account, they have to be accountable for their actions. He goes, he goes, mewito (phonic) it goes by some of the shit that go, that—that—that did—didn't get done up there that should have been done. You feel me? |
| CHS | Ya semon |
| Rudy Perez | Kay, cause that vato was in green park for a minute and they never did nothing about it and they had they fucken paperwork. Talk about (UI) paperwork up there. Well because I guess their homies or whatever and they got put on the payment plan they let it go. |
| CHS | Ya, but then the second time is when Spider and Archie pushed the issue. You know what I mean? |
| Rudy Perez | Hey |
| CHS | That's why it got done |
| Rudy Perez | I had already heard |
| CHS | And |
| Rudy Perez | The mover, but their movers don't mean fuck to me. You don't have to the facts of black and white… |
| CHS | …no but see I didn't know, cause I didn't know (UI) no until you already know with… |
| Rudy Perez | I—i—replace it with vatos I know, I like, I trust, well say watcha WooWoo and—and got the paperwork, but I know. Okay check this out. You're telling me you know, that counts for something dog. I put that in the back of my head and keep on reserved so I always know about it. But until the black and whites reproduced, nobody could move on it. You know what I mean? Its just knowledge you have in your head homes. |
| CHS | Ya, and that's part of the rules |
| Rudy Perez | Exactly |
| CHS | Hye homes |
| Rudy Perez | I came in late nineties; Jesse was around a lot longer |

GOVERNMENT EXHIBIT 179

U.S. v. DELEON, ET AL.   20540

| | |
|---|---|
| | than I was dog. He—he came in young. You know that? |
| CHS | Who Jesse Sosa? |
| Rudy Perez | Ya |
| CHS | Ya |
| Rudy Perez | Ya he came in young. But I'm glad he got to go to this program that way he doesn't get labeled and—and that he could do his little 2 years (UI) and go home to his lady. Cause once you get validated, you're fucked, we got no—no fucken movement we get done dirty all the way around the fucken board, homes. But um, ya it aaa—and you know Shadow, what if Marijuano didn't want to go back to Cruces, that's on him; he has to deal with it he has to live with it. Me, I'm broke bro, I have cada, homes, I because I need not only my fat head but in my heart, I didn't do nothing wront. You feel me? |
| CHS | Ya |
| Rudy Perez | And I'll show cada homie, theres not a mother fucker down there, that I wont box, dog. |
| CHS | But hey, but that's, but that's why (UI) homie because the homies that are in the feds now, they would want to have the good and influence, you know what I mean? You know what I'm saying? |
| Rudy Perez | Ya |
| CHS | That's why (UI), you get what I'm saying. Lazy don't post that shit. You—you already know, you know what I mean? |
| Rudy Perez | You know, maybe that's one of the reasons they took Lazy from there and charged him to homes. Cause they took Spider, they took Lazy…and then when I asked to find out who else went because, his lady and Baby G's lady are roommates, esque, that's when he seems I'm not a gang, I'm not a… |
| CHS | Ya, ya semon, I remember |
| Rudy Perez | I was like alright, fuck you, I felt like saying. |
| CHS | Ya, but it's all good, no |
| Rudy Perez | I think dog, when Ace did that… |
| CHS | …Hey but |
| Rudy Perez | I talked to him, I what's up dog, whats up homie, whatever, but there ain't nothing else and then Erndog he should of just went the program dog. He put it out there he would have been (UI) and he just decided not, cause, he was just gonna ride it out here |
| CHS | Ya, hey but…that's what them vatos are you know what I mean, they go, know what I mean |
| Rudy Perez | Ya |
| CHS | You know |
| Rudy Perez | Ya, I just want you to know the truth too. That's why I told you. You already know you see how I am with them. |
| CHS | Ya I know |
| Rudy Perez | I hide by, I don't ask them for nothing, unless its for something I that I absolutely need then I'll ask. But other than that I don't ask them nothing dog. |
| CHS | Hey, you haven't heard from Pup? |

| | |
|---|---|
| Rudy Perez | Huh |
| CHS | You haven't heard from Pup? |
| Rudy Perez | I haven't heard from nobody |
| CHS | www…what about Shotgun |
| Rudy Perez | I didn't get to use the phone. |
| CHS | Alright |
| Rudy Perez | I didn't get ot use the phone to nobody today |
| CHS | Hey…well…fucken |
| Rudy Perez | Why I call so early, one to get a hold of my daughter before she went into work or anything. One to wish my hita birthday, happy birthday. My oldest daughter (UI)…End of recording |

```
       Exh179 - DISC 20534-20542.Transcript of bod rec of CI and R. Perez.1168.003PL.RR.TXT
00001:01   RUDY PEREZ: Let me a fucken apology from you, vato (UI)
      02   CHS: Hey so-so what happen? Hey it was because the-the-the
      03   shanks came from your fucken, from your walker, uh?
      04   RUDY PEREZ: Thats what they kept saying
      05   CHS: So that's...
      06   RUDY PEREZ: ...already told ya
      07   CHS: Uh...no, no, no, but that's Bill and Jean thought, they
      08   said that, that's why you said something, uh
      09   RUDY PEREZ: Ya
      10   CHS: Cause the shanks from your walker
      11   RUDY PEREZ: Ya
      12   CHS: That's why. That's-that's why the homies were thinking
      13   maybe you said something because, ya
      14   RUDY PEREZ: No, see
      15   CHS: But why are people talking shit
      16   RUDY PEREZ: Cause-cause I gave them Trigger and Jr dog
      17   CHS: Ya but
      18   RUDY PEREZ: See Trigger was the one that put it out there that
      19   he don't think of what happen (UI)
      20   CHS: Ya but
      21   RUDY PEREZ: He told somebody, I don't think ra-ra-(UI) is strong
      22   enough to keep his mouth shut about this
      23   CHS: About-about that shit
      24   RUDY PEREZ: That happen, right
      25   CHS: Ya
00002:01   RUDY PEREZ: So the little homie came to me, he said "check this
      02   out bro, I heard you're saying this and that" so I checked fucken
      03   Trigger and the (UI), no, I talked to...
      04   CHS: A but...
      05   RUDY PEREZ: ...I told him "what's your fucken problem Trigger" ...
      06   CHS: ...a but so, ya. Ya it's all good. Like you said -like you
      07   said - like you said a while ago carnal, you
      08   RUDY PEREZ: When everything went down and the discovery actually
      09   got there baby G shot me with we got, he said "Rudy, don't worry,
      10   it's exactly like you said" (UI) that's the honestly Gods fucken
      11   truth, I put that on my (UI). I never said nothing, Shadow.
      12   And I never will dog, feel me?
      13   CHS: Ya semon
      14   RUDY PEREZ: I talked to you (UI), I've been 100% honest with you,
      15   but if somebody else came along and asked me questions, I wouldn't
      16   even answer one of them.
      17   CHS: Na I...
      18   RUDY PEREZ: ...I don't feel like I have to. Right or wrong.
      19   CHS: Naw you're right homes, you're right carnal
      20   RUDY PEREZ: I gonna let the people who need to know, know. The
      21   ones that don't know, fuck them. He said what do you mean. He
      22   said...I said okay. You know what I mean
      23   CHS: Ya
      24   RUDY PEREZ: aa-aan-and I left it dog and that's why I'm
      25   ready to go back cruces dog. I don't give a fuck, I'll fight,
00003:01   I'll do whatever I gotta fucken do, dog.
      02   CHS: It's like you say a, that's why, wh-when shit went down,
      03   you stayed in your pad because, like what, like you said (UI)
      04   you now I mean
```

```
      Exh179 - DISC 20534-20542.Transcript of bod rec of CI and R. Perez.1168.003PL.RR.TXT
         05   RUDY PEREZ: Ya
         06   CHS: You didn't need to be fucken out there like anybody else,
         07   know what I mean
         08   RUDY PEREZ: I didn't need to out there (UI) bro
         09   CHS: And that's what are the reasons carnal, when shit happens,
         10   you know what I'm saying
         11   RUDY PEREZ: Ya, I didn't nothing happen how can I take something,
         12   I didn't see nothing, right
         13   CHS: And that's what they tried to get out, know what I mean
         14   RUDY PEREZ: Ya
         15   CHS: Ya
         16   RUDY PEREZ: I don't know nothing brother, I didn't see nothing I
         17   don't know nada
         18   CHS: (laughing) that's how you kept it huh
         19   RUDY PEREZ: That's it and that's how it's going to stay
         20   CHS: That's good carnal
         21   RUDY PEREZ: That's how it's going to stay dog
         22   CHS: Ya, that's good bro, you know what I mean
         23   RUDY PEREZ: Ya that's just it. An-and I can't tell you (UI) I on
         24   everything I love, I put this on my madre Quita, (UI) truth to
         25   the cause this whole fucken time dog. And I've been down some
00004:01   rough fucken roads, dog. You feel me
         02   CHS: Ya I know
         03   RUDY PEREZ: Aan-and I aint running or hiding. I'm not like
         04   fucken Marijuano (phonic), they were going to send Marijuano
         05   (phonic) back, bro
         06   CHS: Naw, it's all good carnal.
         07   RUDY PEREZ: Check it out. So all that gets you squashed and then
         08   the shit with Marijuano came up and aa...
         09   CHS: ...no but na, I don't care...
         10   RUDY PEREZ: So listen to what happen, Trig going down and I go you
         11   know what you try (UI) to get out there with fucken Marijuano and
         12   you all tell that vato to shut his fucken mamotha (phonic) already.
         13   Stay off the fucken phone and quit writing letters. What what
         14   fuckers were talking about when he said that Shadow, I don't know
         15   the whole scope, you know what I mean? But if he said that he sent
         16   somebody send them himself its because somebody was running their
         17   mouth about something they shouldn't be running their mouth about.
         18   You feel me?
         19   CHS: What do you think he was running his mouth about? Think
         20   it be about that (UI)
         21   RUDY PEREZ: Check this out Shadwow, you're not dumb bro, your far
         22   from dumb. So check this out, I'm just going to put it to you
         23   like this. Me and you catch (UI) today as an example, ok. We get
         24   shot to Cruces. one force of (UI) is to be delivered down there.
         25   Okay for example...it's me, I got the (UI) but until the (UI) to
00005:01   fucken, know what I mean. Wa wa k. number 1 I should of never of
         02   told you, you know what I mean. That's the 1st fuck up. 2nd the
         03   night that shit happen dog, right, now you tell me this thing,
         04   this ain't fucken funny. They locked us down. They move everybody
         05   up to 2A dog. Me, Blue, um, stoner, we're all down there. They
         06   take our shoes, our socks, all our clothes dog and give us white
         07   jump suits. You've been through this, ya. You know what I mean?
         08   CHS: Ya semon
```

```
Exh179 - DISC 20534-20542.Transcript of bod rec of CI and R. Perez.1168.003PL.RR.TXT
  09  RUDY PEREZ: Okay we go through all that. This night at midnight dog,
  10  these mother fuckers already knew who took the (UI), who gave
  11  it, and everything. Only two motherfuckers knew dog. One is in
  12  the pen the other one is in-in 1A now or 2A, where ever he's at
  13  CHS: Who-whose in 2A
  14  RUDY PEREZ: Marijuano
  15  CHS: Orale, and Archie
  16  RUDY PEREZ: Yes Archies in the Fed
  17  CHS: Yea I know, I've seen him
  18  RUDY PEREZ: Okay
  19  CHS: But Archie's the one that went down there with them in (UI)
  20  RUDY PEREZ: Yes
  21  CHS: Right cause he, hey, he picked up the (UI) from Spider. Cause
  22  that's how it was ran down, you know what I mean
  23  RUDY PEREZ: Ya. See I don't know none of that
  24  CHS: Ya cause Jesse, that's what they were saying cause Jesse gave the
  25  weed the fucken paperwork to Spider, Spider passed to Archie when he
00006:01  knew he was coming down there to Cruces, they all sat down but (UI)
  02  everybody from the "Tabla" sat down. You already know who was on the
  03  "Tabla," it was...
  04  RUDY PEREZ: ...I already know all that
  05  CHS: Alright, there you go, that's how it went down carnal
  06  RUDY PEREZ: And-and so later on my first time, and bring them
  07  down here, esque somebody shot a "Kite" down here, kay. this is
  08  the first situation. He goes back cool, cool, you know what I mean?
  09  Good. The second time dog, when they brought me over here, my
  10  paperwork said, pending investigation, and information from STIU
  11  with CBC
  12  CHS: Hey but you already knew that, right
  13  RUDY PEREZ: Right
  14  CHS: When all that went down
  15  RUDY PEREZ: Yes
  16  CHS: Alright, no I'm just
  17  RUDY PEREZ: Yea okay, so check it out
  18  CHS: Alright
  19  RUDY PEREZ: You get here, they took us to committee we go the
  20  same fucken day dog.
  21  CHS: No but in my-my what I'm telling you, I'm-I'm right on, right?
  22  RUDY PEREZ: Ya
  23  CHS: Alright, I'm just making sure carnal so we're on the same page
  24  RUDY PEREZ: Then, Marijuano is going to go back too, dog and Blue
  25  tells him let me file your grievance for you and I'll get you back,
00007:01  I'm going to get Rudy back. Cause he didn't do nothing. Blue did
  02  my grievance for me, dog. My former complaint, if he did the
  03  grievance and that they were moving us over here Shadow I called
  04  Wendy, I said what's going on, you said 30 to 60 days, I've
  05  already been here 4 months, Wendy. And the main vato for STIU
  06  is standing right there beside her and they were waiting all of
  07  them, no. They step out to a little corridor are, under the control
  08  center, Blues in the cage dog. So she comes back, I just talked
  09  STIU, they don't have nothing on you. She goes, I'm just going
  10  to go ahead and refer you back to Cruces if they accept you.
  11  I said okay. Two weeks later that little fat caseworker comes
  12  to my door they said that Cruces accepted you, you're going back.
```

```
      Exh179 - DISC 20534-20542.Transcript of bod rec of CI and R. Perez.1168.003PL.RR.TXT
        13   You're going PTH starting today. everybody is like Fuck ya.
        14   RUDY PEREZ: I kept my mouth shut and I will continue to keep my
        15   mouth shut. You feel me?
        16   CHS: Ya semon
        17   RUDY PEREZ: Aaa-aand like you say, Shadow, that that's, not just
        18   our friendship but as my carnal my friend everything, I put
        19   that on my mijita, the love of my life. Man. I've never
        20   disrespected the "Onda" (UI) against our rules. You feel me?
        21   CHS: Ya semon
        22   RUDY PEREZ: That's why, that's why I told you the
        23   other day, I'm hurt dog, it vatos that did say something, that
        24   their name in fucken discoveries dog. Are still over there in
        25   Cruces and nobody is done nothing to them dog.
00008:01   CHS: Everything's on lock down over there.
        02   RUDY PEREZ: Or when they came out nobody did nothing.
        03   CHS: Ya it was other, ya
        04   RUDY PEREZ: Me, I'm going up there with a mission in mind homes.
        05   CHS: Who-who-who-whose that
        06   RUDY PEREZ: I got two that I want dog.They want to run their
        07   fucken mouths and I-i...
        08   CHS: And whose that?
        09   RUDY PEREZ: I told you Shadow, one on one. Them vatos can't beat
        10   me with their fucken daddys there dog.
        11   CHS: Whose that? Carnal
        12   RUDY PEREZ: I put that
        13   CHS: I know, but whose that?
        14   RUDY PEREZ: I got to mother fuckers that (UI) over there. Aa-aand
        15   CHS: (UI) I know whats up
        16   RUDY PEREZ: Just cause I've got a fucked up leg right
        17   now. Aa-aand see, this whats up
        18   CHS: But tell me who carnal
        19   RUDY PEREZ: No no no I already told you one of them
        20   CHS: Whose that, bb
        21   RUDY PEREZ: No
        22   CHS: Who
        23   RUDY PEREZ: He aint even worth fucken wasting losing the day a
        24   good time over
        25   CHS: Who
00009:01   RUDY PEREZ: Little Cruces
        02   CHS: Oh Little Cruces
        03   RUDY PEREZ: Ya, he thinks he's so fucken bad
        04   CHS: Hey, I know youre not suppose to tell me, carnal. You know what
        05   I mean? You you (laughing) I was just to know for myself, you know
        06   what I mean?
        07   RUDY PEREZ: I'll tell you what whats up
        08   RUDY PEREZ:  Aint no mother fucker gonna call me a fucken rat and
        09   think I'm gonna show up at the same fucken POD and it's gonna be
        10   all good and great? Fuck you, we're fixing to fight. Either you're
        11   gonna get beat or you're gonna have to beat me up, but we're gonna
        12   fucken fight.
        13   CHS: Na...It's all good, carnal. All that shit already happened
        14   it's already what it is, you know what I'm saying.
        15   RUDY PEREZ:Ya
        16   CHS: All these vatos it is what it is, carnal, you know what I mean
```

```
    Exh179 - DISC 20534-20542.Transcript of bod rec of CI and R. Perez.1168.003PL.RR.TXT
       17   RUDY PEREZ: Ya and you know, check this out, aa-aand its like
       18   what was discussed, Crocodile about has to answer for it. BB has
       19   to answer for it, um, I think there is four or five that have to
       20   answer, why it was never done the first the paperwork got sent
       21   down there
       22   CHS: Aan-and
       23   RUDY PEREZ: they have to answer for that, it goes by some of the
       24   shit that go, that-that-that did-didn't get done up there that
       25   should have been done. You feel me?
00010:01   CHS: Ya semon
       02   RUDY PEREZ: Kay, cause that vato was in green park for a minute
       03   and they never did nothing about it and they had they fucken
       04   paperwork. Talk about (UI) paperwork up there. Well because I
       05   guess their homies or whatever and they got put on the payment
       06   plan they let it go.
       07   CHS: Ya, but then the second time is when Spider and Archie
       08   pushed the issue. You know what I mean?
       09   RUDY PEREZ: Hey
       10   CHS: That's why it got done
       11   RUDY PEREZ: I had already heard
       12   CHS: And
       13   RUDY PEREZ: The mover, but their movers don't mean fuck to me.
       14   You don't have to the facts of black and white...
       15   CHS: ...no but see I didn't know, cause I didn't know (UI) no
       16   until you already know with...
       17   RUDY PEREZ: I-i-replace it with vatos I know, I like, I trust,
       18   well say watcha WooWoo and-and got the paperwork, but I know.
       19   Okay check this out. You're telling me you know, that  counts for
       20   something dog. I put that in the back of my head and keep on reserved
       21   so I always know about it. But until the black and whites reproduced,
       22   nobody could move on it. You know what I mean? Its just knowledge
       23   you have in your head homes.
       24   CHS: Ya, and that's part of the rules
       25   RUDY PEREZ: Exactly
00011:01   CHS: Hye homes
       02   RUDY PEREZ: I came in late nineties; Jesse was around a lot longer
       03   than I was dog. He-he came in young. You know that?
       04   CHS: Who Jesse Sosa?
       05   RUDY PEREZ: Ya
       06   CHS: Ya
       07   RUDY PEREZ: Ya he came in young. But I'm glad he got to go to this
       08   program that way he doesn't get labeled and-and that he could do
       09   his little 2 years (UI) and go home to his lady. Cause once you
       10   get validated, you're fucked, we got no-no fucken movement we get
       11   done dirty all the way around the fucken board, homes. But um, ya it
       12   aaa-and you know Shadow, what if Marijuano didn't want to go
       13   back to Cruces, that's on him; he has to deal with it he has to
       14   live with it. Me, I'm broke bro, I have cada, homes, I because I
       15   need not only my fat head but in my heart, I didn't do nothing
       16   wront. You feel me?
       17   CHS: Ya
       18   RUDY PEREZ: And I'll show cada homie, theres not a mother fucker
       19   down there, that I wont box, dog.
       20   CHS: But hey, but that's, but that's why (UI) homie because the
                                        Page 5
```

```
   Exh179 - DISC 20534-20542.Transcript of bod rec of CI and R. Perez.1168.003PL.RR.TXT
       21  homies that are in the feds now, they would want to have the good
       22  and influence, you know what I mean? You know what I'm saying?
       23  RUDY PEREZ: Ya
       24  CHS: That's why (UI), you get what I'm saying. You-you already know,
       25  you know what I mean?
00012:01  RUDY PEREZ: ...and then when I asked to find out who else went
       02  because, his lady and Baby G's lady are roommates, esque, that's
       03  when he seems I'm not a gang, I'm not a...
       04  CHS: Ya, ya semon, I remember
       05  RUDY PEREZ: I was like alright, fuck you, I felt like saying.
       06  CHS: Ya, but it's all good, no
       07  RUDY PEREZ: I think dog, when Ace did that...
       08  CHS: ...Hey but
       09  RUDY PEREZ: I talked to him, I what's up dog, whats up homie,
       10  whatever, but there ain't nothing else and then Erndog he should
       11  of just went the program dog. He put it out there he would have
       12  been (UI) and he just decided not, cause, he was just gonna ride
       13  it out here
       14  CHS: Ya, hey but...that's what them vatos are you know what I mean,
       15  they go, know what I mean
       16  RUDY PEREZ: Ya
       17  CHS: You know
       18  RUDY PEREZ: Ya, I just want you to know the truth too. That's why I
       19  told you. You already know you see how I am with them.
       20  CHS: Ya I know
       21  RUDY PEREZ: I hide by, I don't ask them for nothing, unless its for
       22  something I that I absolutely need then I'll ask. But other than
       23  that I don't ask them nothing dog.
       24  RUDY PEREZ: I haven't heard from nobody
       25  CHS: www...what about Shotgun
00013:01  RUDY PEREZ: I didn't get to use the phone.
       02  CHS: Alright
       03  RUDY PEREZ: I didn't get to use the phone to nobody today
       04  CHS: Hey...well...fucken
       05  RUDY PEREZ: Why I call so early, one to get a hold of my daughter
       06  before she went into work or anything. One to wish my hita birthday,
       07  happy birthday. My oldest daughter
       08  (UI)...End of recording
       09  .
       10  .
       11  .
       12  .
```