```
            Federal Bureau of Investigation
              Albuquerque Field Division


Case Number              245U-AQ-6239655

Date of recording        2/XX/2016

Participants             Rudy Perez (PEREZ)
                         CHS (CHS)

Recording                1168.004

Transcribed by           HG/AWF

Date transcribed         03/24/2016


Notations                Unintelligible = (UI)
```

The following transcript has been compared to the audio recording from which it was made, and to the best of my ability, the transcript is a true, complete, and accurate record of the recording.

_____SA T. Neale_____

(beginning of recording)

CHS: So they had them vatos on the payment plan?

PEREZ: That's what I call it eh. 'cause everytime something went down they got an issue.

CHS: So that's what it was was, eh (UI) them fuckers were extorting (UI) extorting that fuck. Getting that fucker…

PEREZ: I – I tell you, all that came out afterwards because like I say at first, I thought oh they're just homies, you know what I mean? You just showed some homies up, cool. Because other vatos (UI) them fuckers is true eh. That's why. Well find out then that the – the truth came out. (UI) He's got the paperwork a year before. That's when he told me hey we got it yes but we're not gonna show it so you just make sure you show some love, no?

CHS: Orale. So, eh, that's.. so that's why, so that's why that fool Javi – Javier was fuckin' always sending coffee to him because he knew he was a *chaffa* fucker.

PEREZ: He was, he was covering his ass, dog.

CHS: Orale alright.

PEREZ: It's…

CHS: Well because I hear him say he had him on the payment plan, no.

PEREZ: That.. didn't have to go down like that, it was so sloppy. Honestly, though after everything was said and done, something, I'm not gonna say who though, somebody said them vatos was sitting on a two foundation… you feel me? Do you feel me?

CHS: Who said that?

PEREZ: I can't, I can't repeat that. I can't but…

CHS: Not wha?

PEREZ: One vato was forty-seven days to the house..

CHS: Dud, I already knew.

PEREZ: One dude was less than a year to the house. Red was only two years to the house. Blue was just a couple years to the house. So why would you send them vatos, why not send the vatos that are doing *vida*, homes?

CHS: Yeah.

PEREZ: What was Ron-Ron part of I, eh? That's who they should have sent, that mother fucker has never put in a second of work before… but he writes like he's somebody.

CHS: Yeah…

PEREZ: I tell you bro, just even talkin' about it now gets me mad, bro… because some of that shit is not right, eh, the way it was done but I ain't nobody, homie.. I'm just, I am just a mother fucker to. …

CHS: Oh, the same person that told you, hmm.. you are on a suicide mission probably the same person that told you, you was, you know, you know carnal, you know what that was over.

PEREZ: Yeah.

CHS: You know what I mean?

PEREZ: Yeah.

CHS: That was a message, do you know what I mean?

PEREZ: Yeah.

CHS: It was a message to fucking, you already know? Right or wrong?

PEREZ: It - I tell you boy, he sent one message but he left a couple out there on the table to be considered, you know.

CHS: That's true, but that's, that's what basically it was,

PEREZ: UI

CHS: Huh?

PEREZ: It's the truth because like when Shadow and them were around.

CHS: But, UI..

PEREZ: UI… I would try to talk to, and that would shut them down. I would tell 'em, I don't talk about it to nobody. You really be the only one that I would talk to about it, Shadow. Do you feel me?

CHS: *Simon*.

PEREZ: And – and -and there would not be no doubt in my mind, Dog, if something come up that I say to you, I know you're the one that's said it because nobody else, I never told

nobody else. You feel me?

CHS: You think I'm going to say something?

PEREZ: You are the only one that I trusted this much because right now it's hard to find somebody to trust, huh.

CHS: Yeah, *simon,* no I feel you, carnal, but eh -

PEREZ: Let me tell you, dog, when I give you my pin number that should have told you something, Dog but I wouldn't have even given it to Dan-Dan and them when he first got back.

CHS: Yeah, *simon.*

PEREZ: That's how much I fucking trust you, *ese..* because I know, not just what I think but what I feel in my core. If something comes up and you need *llamada* you come hey big Dog, can I borrow one of your coats, I know you have UI.. with a decency to say hey Dog, can I use this for *llamada*? It's more important to get one.

CHS: Nah.

PEREZ: You know some of these other vatos, they fucking burn it up and Uh, (UI).

CHS: Nah.. ya sabe, but washa, check it out, carnal.. Yeah, no I just do you know what I mean, carnal, I'm heading back down to Cruses myself, no?

PEREZ: Yeah.

CHS: and I wanta know what's going on with everything so I'm, I'm up on games. *Sabes como?*

PEREZ: and like I told you (UI).. when everything is settled and and I told you… UI. They're talking shit about me. But they are talking out of their ass because they don't know nothing.

CHS: Yeah, well, fuck 'em carnal, you know what I mean?

PEREZ: You know what. Let them think what they want to think dog.

CHS: It's all good Rudy you don't even trip, bro.

PEREZ: I know in my heart though what I said, you know.

CHS: Yeah.

PEREZ: I am solid as a mother fucker, dog.

CHS: Well see, this is what I heard, *ese,* was that mission was supposed to be to send a message to the administration because they was starting that program. That's why that message was pushed even more. Do you get what I'm saying?

PEREZ: I didn't hear that one.

CHS: And that -

PEREZ: I didn't hear that message, I didn't hear or see it but they left several other issues on the table like that, like me and you have talked.

CHS: What, Ace? Cuz Ace told me, homes.

PEREZ: Check this out, those vatos that are in a position we will say like that, we say in a position, but they have a say-so in certain things, but they let their addiction cloud their mind to make right calls. Their greed, they are like Arturo, would rather get high than make to right thing. You feel me?

CHS: Yeah.

PEREZ: So we leave it at that my fellow.

PEREZ: (UI) I am going to get up off this floor a little bit brother.

CHS: Alright, carnal, you have a good day, no?

PEREZ: Alright my brother.

CHS: Alright (UI).

END.

GOVERNMENT EXHIBIT 181

**U.S. v.   DELEON, ET AL.    20548**

```
         Exh181 - DISC 20543-20548Transcript of bod rec of CI and R. Perez168004PL.R.txt
00001:01    (beginning of recording)
      02   CHS: So they had them vatos on the payment plan?
      03   PEREZ: That's what I call it eh. 'cause everytime something went
      04   down they got an issue.
      05   CHS: So that's what it was was, eh (UI) them fuckers were
      06   extorting (UI) extorting that fuck. Getting that fucker...
      07   PEREZ: I - I tell you, all that came out afterwards because like
      08   I say at first, I thought oh they're just homies, you know what
      09   I mean? You just showed some homies up, cool. Because other
      10   vatos (UI) them fuckers is true eh. That's why. Well find out
      11   then that the - the truth came out. (UI) He's got the paperwork
      12   a year before. That's when he told me hey we got it yes but
      13   we're not gonna show it so you just make sure you show some
      14   love, no?
      15   CHS: Orale.  So, eh, that's..  so that's why, so that's why that
      16   fool Javi - Javier was fuckin' always sending coffee to him
      17   because he knew he was a chaffa fucker.
      18   PEREZ: He was, he was covering his ass, dog.
      19   CHS: Orale alright.
      20   PEREZ: It's...
      21   CHS: Well because I hear him say he had him on the payment plan, no.
      22   PEREZ: That.. didn't have to go down like that, it was so sloppy.
      23   Honestly, though after everything was said and done, something,
      24   I'm not gonna say who though, somebody said them vatos was
      25   sitting on a two foundation... you feel me?  Do you feel me?
00002:01   CHS: Who said that?
      02   PEREZ: I can't, I can't repeat that.  I can't but...
      03   CHS: Not wha?
      04   PEREZ: One vato was forty-seven days to the house..
      05   CHS: Dud, I already knew.
      06   PEREZ: One dude was less than a year to the house.  Red was only
      07   two years to the  house.  Blue was just a couple years to the house.
      08   So why would you send them vatos, why not send the vatos that are
      09   doing vida, homes?
      10   CHS: Yeah.
      11   CHS: Yeah...
      12   PEREZ: I tell you bro, just even talkin' about it now gets me
      13   mad, bro... because some of that shit is not right, eh, the way
      14   it was done but I ain't nobody, homie.. I'm just, I am just a
      15   mother fucker to.  ...
      16   CHS: Oh, the same person that told you, hmm.. you are on a
      17   suicide mission probably the same person that told you, you was,
      18   you know, you know carnal, you know what that was over.
      19   PEREZ: Yeah.
      20   CHS: You know what I mean?
      21   PEREZ: Yeah.
      22   CHS: That was a message, do you know what I mean?
      23   PEREZ: Yeah.
      24   CHS: It was a message to fucking, you already know? Right or wrong?
      25   PEREZ: It - I tell you boy, he sent one message but he left a
00003:01   couple out there on the table  to be considered, you know.
      02   CHS: That's true, but that's, that's what basically it was,
      03   PEREZ: UI
      04   CHS: Huh?
                                       Page 1
```

```
 Exh181 - DISC 20543-20548Transcript of bod rec of CI and R. Perez168004PL.R.txt
   05  PEREZ: It's the truth because like when Shadow and them were
   06  around.
   07  CHS: But, UI..
   08  PEREZ: UI...  I would try to talk to, and that would shut them
   09  down.  I would tell 'em, I don't talk about it to nobody.  You
   10  really be the only one that I would talk to about it, Shadow.
   11  Do you feel me?
   12  CHS: Simon.
   13  PEREZ: And - and -and there would not be no doubt in my mind,
   14  Dog, if something come up that I say to you, I know you're the
   15  one that's said it because nobody else, I never told
   16  nobody else. You feel me?
   17  CHS: You think I'm going to say something?
   18  PEREZ: You are the only one that I trusted this much because
   19  right now it's hard to find somebody to trust, huh.
   20  CHS: Yeah, simon, no I feel you, carnal, but eh -
   21  PEREZ: Let me tell you, dog, when I give you my pin number that
   22  should have told you something, Dog
   23  CHS: Yeah, simon.
   24  PEREZ: That's how much I fucking trust you, ese.. because I know,
   25  not just what I think but what I feel in my core. If something
00004:01  comes up and you need llamada you come hey big Dog, can I borrow
   02  one of your coats, I know you have UI.. with a decency to say
   03  hey Dog, can I use this for llamada?   It's more important to
   04  get one.
   05  CHS: Nah.
   06  PEREZ: You know some of these other vatos, they fucking burn it
   07  up and Uh, (UI).
   08  CHS: Nah.. ya sabe, but washa, check it out, carnal.. Yeah, no I
   09  just do you know what I mean, carnal, I'm heading back down to
   10  Cruses myself, no?
   11  PEREZ: Yeah.
   12  CHS: and I wanta know what's going on with everything so I'm, I'm
   13  up on games.
   14  Sabes como?
   15  PEREZ: and like I told you (UI)..  when everything is settled and
   16  and I told you... UI. They're talking shit about me. But they
   17  are talking out of their ass because they don't know nothing.
   18  CHS: Yeah, well, fuck 'em carnal, you know what I mean?
   19  PEREZ: You know what.  Let them think what they want to think dog.
   20  CHS: It's all good Rudy you don't even trip, bro.
   21  PEREZ: I know in my heart though what I said, you know.
   22  CHS: Yeah.
   23  PEREZ: I am solid as a mother fucker, dog.
   24  CHS: Well see, this is what I heard, ese, was that mission was
   25  supposed to be to send a message to the administration because
00005:01  they was starting that program. That's why that message was
   02  pushed even more.  Do you get what I'm saying?
   03  PEREZ: I didn't hear that one.
   04  CHS: And that -
   05  PEREZ: I didn't hear that message, I didn't hear or see it but
   06  they left several other issues on the table like that, like me
   07  and you have talked.
   08  CHS: What, Ace?  Cuz Ace told me, homes.
                                Page 2
```

```
Exh181 - DISC 20543-20548Transcript of bod rec of CI and R. Perez168004PL.R.txt
 09  PEREZ: Check this out, those vatos that are in a position we
 10  will say like that, we say in a  position, but they have a
 11  say-so in certain things, but they let their addiction cloud
 12  their mind to  make right calls.  Their greed, they are like
 13  Arturo, would rather get high than make to right thing. You feel me?
 14  CHS: Yeah.
 15  PEREZ: So we leave it at that my fellow.
 16  PEREZ: (UI) I am going to get up off this floor a little bit
 17  brother.
 18  CHS: Alright, carnal, you have a good day, no?
 19  PEREZ: Alright my brother.
 20  CHS: Alright (UI).
 21  END.
 22  .
 23  .
 24  .
```