Federal Bureau of Investigation
Albuquerque Field Division

| | |
|---|---|
| Case Number | 245U-AQ-6239655 |
| Date of recording | 2/XX/2016 |
| Participants | Rudy Perez (PEREZ) |
| | Confidential Human Source (CHS) |
| Recording | 1168.005  (04:38) |
| Transcribed by | AWF |
| Date transcribed | 04/12/2016 |
| Notations | Unintelligible = (UI) |

The following transcript has been compared to the audio recording from which it was made, and to the best of my ability, the transcript is a true, complete, and accurate record of the recording.

____TFO Chris Cupit_____

(beginning of recoding)

PEREZ: When were we talking that something wasn't right, I said what do you mean? He said why were these other two charged but not these two vatos …

CHS: Who was he talking about, the two vatos?

PEREZ: Red and Blue.

CHS: So he was asking why was who charged.

PEREZ: Why did the other two get charged?

CHS: Who Jr. and Creeper?

PEREZ: Yeah, they got charged for taking, check it out.

CHS: Alright, so Dan Dan is asking you or not why did Jr. and Creeper get charged but why didn't Blue and Red get charged?

PEREZ: Yep.

CHS: Said you.

PEREZ: Yep.

CHS: That's what Dan Dan asked you? And when did he ask you that?

PEREZ: The next day after he got here, homes.

CHS: The next day after he got here?

PEREZ: Yeah.

CHS: Back from out of state?

PEREZ: Yep.

CHS: Orale, and what did he mean by that?

PEREZ: I don't know he just.

CHS: No tell me Carnal.

PEREZ: That's what I am trying to tell you, Hom. (UI) and I was like I don't understand it, understand that question and then I told him, look Doc, you know I was in my

room I don't know what went down.  I need you and au.  He just and then everything that that Karon had told me and I'm telling you Bro something is just not right Bro.

CHS:       What do you mean?

PEREZ:    Something is just not right there.  I'm not dumb, I've been around a long time Dog.  I've seen a lot of shit done, I've seen.

CHS:       But what if (UI), it could mean something no but I didn't know.  Do you know what I mean?

PEREZ:    Yeah.

CHS:       I don't know *ese*.  What do you think?

PEREZ:    Check this out when it came back down from his court, he tells me Creeper gave a 37 page affidavit to the Fed's and I was like are you fucking sure?  They showed me the fucking paperwork.  I'd seen it myself and then he mentions Jr. and they brought Jr. the next day to the Red Tape to strip him.

CHS:       Yeah.

PEREZ:    And au au and he kind of threw rollo Red and them and they were like fuck you.  What's the fuck is wrong with you?  Why did you make a deal.  Do you know what I mean?  And that's when we fucking knew Jr. had made a deal with them, yeah.  Jr. is not going to get no time because he made a deal with them, Dog.

CHS:       Orale.

PEREZ:    And that's where they, uh, that's when all that shit went on.  Why do you think they dropped the charges in Cruses, Dog?  Do you know what I mean?

CHS:       No.

PEREZ:    They had him on tape Dog.

CHS:       What did Pup say about all that?

PEREZ:    He was discussed.

CHS:       What did he tell him.

PEREZ:    He was discussed Dog period.  He says I never think they would talk to me like that.  He does.  I don't think that he was discussed with the whole situation.

CHS:       So now, now that they bought all of our carnals up to the south, so Baby G is

going to be the one down there, Huh.

PEREZ: I don't even see where he gets that right.

CHS: But he is oh right because that's, that's why I'm telling you that's what I'm talking to you about, you get what I'm saying?

PEREZ: Yeah.

CHS: So A.

PEREZ: So let me get this tray and stuff out. Good-bye.

END.

```
   Exh183 - DISC 20549-20552.Transcript of bod rec of CI and R. Perez.1168.005.PL.R.txt
00001:01 PEREZ: When were we talking that something wasn't right, I said
      02 what do you mean?  He said why were these other two charged but
      03 not these two vatos ...
      04 CHS: Who was he talking about, the two vatos?
      05 PEREZ: Red and Blue.
      06 CHS: So he was asking why was who charged.
      07 PEREZ: Why did the other two get charged?
      08 CHS: Who Jr. and Creeper?
      09 PEREZ: Yeah, they got charged for taking, check it out.
      10 CHS: Orale, and what did he mean by that?
      11 PEREZ: I don't know he just.
      12 CHS: No tell me Carnal.
      13 PEREZ: That's what I am trying to tell you, Hom. (UI) and I was
      14 like I don't understand it, understand that question and then I
      15 told him, look Doc, you know I was in my room I don't know what
      16 went down. I need you and au. He just and then everything that
      17 that Karon had told me and I'm telling you Bro something is just
      18 not right Bro.
      19 CHS: What do you mean?
      20 PEREZ: Something is just not right there. I'm not dumb, I've been
      21 around a long time Dog. I've seen a lot of shit done, I've seen.
      22 CHS: But what if (UI), it could mean something no but I didn't
      23 know.  Do you know what I mean?
      24 PEREZ: Yeah.
      25 CHS: I don't know ese. What do you think?
00002:01 PEREZ: Check this out when it came back down from his court, he
      02 tells me Creeper gave a 37 page affidavit to the Fed's and I was
      03 like are you fucking sure?  They showed me the fucking
      04 paperwork. I'd seen it myself and then he mentions Jr. and they
      05 brought Jr. the next day to the Red Tape to strip him.
      06 CHS: Yeah.
      07 PEREZ: And au au and he kind of threw rollo Red and them and they
      08 were like fuck you. What's the fuck is wrong with you?  Why did
      09 you make a deal.  Do you know what I mean? And that's when we
      10 fucking knew Jr. had made a deal with them, yeah. Jr. is not
      11 going to get no time because he made a deal with them, Dog.
      12 CHS: Orale.
      13 PEREZ: And that's where they, uh, that's when all that shit went
      14 on.  Why do you think they dropped the charges in Cruses, Dog?
      15 Do you know what I mean?
      16 CHS: No.
      17 PEREZ: They had him on tape Dog.
      18 CHS: So now, now that they bought all of our carnals up to the
      19 south, so Baby G is going to be the one down there, Huh.
      20 PEREZ: I don't even see where he gets that right.
      21 CHS: But he is oh right because that's, that's why I'm telling
      22 you that's what I'm talking to you about, you get what I'm saying?
      23 PEREZ: Yeah.
      24 CHS: So A.
      25 PEREZ: So let me get this tray and stuff out. Good-bye. END.
```