```
                         Transcript
              Federal Bureau of Investigation
                 Albuquerque Field Division


Case Number              245U-AQ-6239655

Date of recording        2/XX/2016

Participants             CHS = Confidential Human Source
                         Rudy Perez


Transcribed by           Jennifer Moya

Date transcribed         April 11, 2016 – April 12, 2016

Notations                Unintelligible = (UI)
                         Overlap = (OL)
```

**The following transcript has been compared to the audio recording from which it was made, and to the best of my ability, the transcript is a true, complete, and accurate record of the recording.**

<u>     **TFO Chris Cupit**                              </u>

| Rudy | Like, like for an example. Let's say, we already know Creeper, JR, and Trigger right? We already know there, that's they already did their fuck up. If they go to court, federal court and testify against them there, they are going to get them, know what I mean? |
| CHS | Yeah |
| Rudy | Because whatcha, in '94, my primo Locker, (UI) and Joker got busted it up, dog, if we could of found that puto, Michael Ray, that testify against him in Federal court, my primo's would of never done a day, dog. But because that puto went to court to testify, they gave them all 20 year sentences. |
| CHS | Hey-hey, carnal, that vato Javier Molina |
| Rudy | Yeah |
| CHS | That vato Jessy, that was just here, that fool Jessy Sosa |
| Rudy | Yeah |
| CHS | That's the paperwork they had, they-they used to hit that fool, huh? |
| Rudy | I don't know |
| CHS | oh |
| Rudy | I don't know. I've never seen it. I hear about it. |
| CHS | You only hear about it? |
| Rudy | Yeah. Yeah because when I got over here, they were like na, fuck them. The other vatos should of already taken care of them the year before. And I was like, oh well |
| CHS | You should of taken…that's what I don't understand, esse. Them vatos already knew about, why didn't they take care of it? |
| Rudy | Well that's what everyone wants to know. |
| CHS | And it was croc that knew about it, right? |
| Rudy | Yeah |
| CHS | It was croc that knew about it |
| Rudy | Who |
| CHS | It was croc that knew about it |
| Rudy | Yeah, but he was on the payment plan, dog |
| CHS | He was on the paym… |
| Rudy | …and then that vato took the visita, (UI) that fucken door at chow time, no |
| CHS | Na cause their extorting that fucken puto, know what I mean? |
| Rudy | Dude, at first when-when-when some of the vatos were saying what's up with (UI), I'm like hey they're homies, their both in Cruces, know what I mean? (UI) stay out of it. |
| CHS | But… |
| Rudy | …OV the reason I know what's behind the scope, you know what I mean? |
| CHS | They…hey carnal, cause, I rapped to a vato here, no |
| Rudy | Yeah |

| | |
|---|---|
| CHS | He really didn't want to tell me too much, know what I mean? |
| Rudy | Right |
| CHS | But, cause the Paperwork, carnal, when he got there, I thought he was a…that's when it was over carnal. Cause of that fool. That's I don't know |
| Rudy | Yeah. But you know, dog, there-there were two issues behind that whole move, homes. And I don't even know the-the whole thing on the second one. And-and honestly I'm still like, but I don't' know. |
| CHS | What do you mean, esse? |
| Rudy | Because we do know that he's Archie's boy, right? |
| CHS | Yeah |
| Rudy | Okay. Javier has something to do with that, or what? |
| CHS | I don't know, why, what's up? Because of Arturo or what? |
| Rudy | Huh |
| CHS | Because of Arturo? |
| Rudy | Yup. Because that-that-that paid the B (UI) homes, because it was over Archie's boy. And that vato had something to do with that (UI), no? Like I said, I don't know the...OV |
| CHS | OV so he, that's why. So that paperwork on Jed, that he had, that he ratted on Jessy Sosa that was the issue to push it then. That's what it was. |
| Rudy | Like I said, those two (UI) on the table, those two issues and uh |
| CHS | So, that's what it was, it was the paperwork on Jessy Sosa… |
| Rudy | That-that-that-that was part of it and then Archie's boy was the other half. |
| CHS | But what did-what did Javier have to do with that mess? |
| Rudy | I don't know, brother, I don't know. I mean, that's why I'm telling you, I-I'm-I'm like in-in a way I don't even want to know dog. Because, you know what I mean? So I just it's in my head though. I'm always like, what the fuck with that (UI). I don't ask nobody, I just-I just keep-keep my mouth and I just thought about it, know what I mean? And like I say dog, that day, I told them vatos not like (UI) think about that and they basically told me, you know what a this is going to happen regardless, just stay out it a |
| CHS | You told you that? To stay out of it? |
| Rudy | The-the ones who we're talking |
| CHS | A la vega |
| Rudy | I told them, dog, that's not the way to do it, a. You know how I would of done it. Shadow? |
| CHS | How would you have done it? |
| Rudy | I'd give them a (UI). |
| CHS | Yeah bro OV |
| Rudy | OV a little bit, but it'll have be clean, know what I mean? Nobody would of picked up no charges, nobody would of gotten nothing, dog. Cause he was a dope feen dog, he was a pig. If you gave him 30 ccs, that fucker would do it |

|       |                                                                                                                                                                                                      |
|-------|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|       | all no hesitation dog. And you don't know Shadow                                                                                                                                                      |
| CHS   | But                                                                                                                                                                                                   |
| Rudy  | You been fixed a long time                                                                                                                                                                            |
| CHS   | But that vato wanted him to do it, do-do it's just, they wanted it done, a certain way.                                                                                                               |
| Rudy  | dirty                                                                                                                                                                                                 |
| CHS   | Yeah they wanted it done dirty                                                                                                                                                                        |
| Rudy  | Like I told you, mother fuckers were sent out on suicide missions                                                                                                                                     |
| CHS   | And hey carnal, because (OV)                                                                                                                                                                          |
| Rudy  | (OV) Hey check it out (OV)                                                                                                                                                                            |
| CHS   | (OV) I hear-I hear a couple of different stories too. I didn't fucken the big one with Pup or the fucken (UI) saying that let me go back down there I'll give you my word that nothing will happen     |
| Rudy  | That-that-that's that-that's the story that's out there. We've all heard it.                                                                                                                          |
| CHS   | What if I already knew that                                                                                                                                                                           |
| Rudy  | That that occurred                                                                                                                                                                                    |
| CHS   | Then then-that then-that then-that that happen, you know what I'm saying                                                                                                                              |
| Rudy  | Okay. Then that like I say that is something we've all heard. But there's no proof about that. It just, you know, we did, we have to consider that somebody that was just hating because there's no actual proof, bro. |
| CHS   | That's not what fucken…                                                                                                                                                                               |
| Rudy  | But you do understand my point here brother. You know what I mean?                                                                                                                                    |
| CHS   | Yeah                                                                                                                                                                                                  |
| Rudy  | That, rightfully done if someone kicked you like that, show me though, don't tell me, show me. And until they show you, its okay, you know, you have that knowledge. You know it. But you can't-you can't push it because you-you-you didn't see it. Right or wrong. |
| CHS   | Hey, I'm just saying homes. You know what I mean?                                                                                                                                                     |
| Rudy  | Yeah. Yeah but you know, like I say (OV)                                                                                                                                                              |
| CHS   | What did (OV)                                                                                                                                                                                         |
| Rudy  | (UI)                                                                                                                                                                                                  |
| CHS   | The old man isn't going to say anything. Anyways                                                                                                                                                      |
| Rudy  | Oh no.                                                                                                                                                                                                |
| CHS   | You already know that                                                                                                                                                                                 |
| Rudy  | You can't                                                                                                                                                                                             |
| CHS   | Exactly. He's not going to admit to nothing, know what I'm saying. But he should of (UI) you know and I know if that was done, you know what I mean?                                                  |
| Rudy  | But Shadow, that wasn't the message. The message (UI). They switched them in Socke (phonic) and Cruces, dog. They know who holds them in Socke and changed it homes. And-and that's all I'm going to say on it. And I know that for 100% guarantee fact. There were personal issues involved that, like I say that the dope, everything, homes. Fucken (UI) on that move. I call it (UI) people, every people |

|       |                                                                                                                                                                                                                                                                                                                                                                                                                          |
|-------|------|
|       | want to call it whatever they want to call it. I saw a lot of (UI). I understand that it had to be done, cool. But…and-and you know I really believe now that somebody knew the real truth about Creeper, dog. They knew his-his-his dirty laundry, you know what I mean? That's why he had no choice but to do those 47 days to the house, homes. You feel me? |
| CHS   | Yeah, simon |
| Rudy  | Because whatcha, Shadow. Lets say I'm there, and I'm doing the bit I'm doing, and they came to you and says vato and you're 47 days to the house. Hey dog, I ain't going to speck, I says fuck that; you let that man go home. We got this (UI) it's our own. You know what I mean? Like a brother, I'm going to fucken speak up and fuck no a, that vato 47 days to the pad. What the fuck are you all thinking? You feel me? Like I say, they told me to shut up, and just stay out of it and they did what they wanted to do. Then later on, suicide mission was there. |
| CHS   | So why did you give them the pieces, carnal |
| Rudy  | Huh |
| CHS   | Why did you give him the pieces, if you didn't |
| Rudy  | What? |
| CHS   | You should have just told them, fuck you. |
| Rudy  | I just-I just get out of it, let them do their own thing. I was nobody, I just, fuck it. |
| CHS   | Yeah but, they fucken, they got them (UI) from your fucken, from your walker, carnal. Could have gotten you caught up. You know what I'm saying? |
| Rudy  | Oh, it did-it did look where I'm at. |
| CHS   | Yeah and then…yeah they used those as the fierros, know what I'm saying. That could shit could of got you, yeah, I know this is where you're at, but still you get what I'm saying. I don't understand that, carnal. It's all good, though. It is what it is, esse, you know what I mean? |
| Rudy  | That-that's why I say yeah, I just go there, I just got out of the hold I was real sick, so for me to actually participate in doing some dirt, (UI) physically I wasn't able to, but we all have to do our part, you know what I mean? One way or another homes, everybody has to put their part. You feel me? |
| CHS   | What do you mean? |
| Rudy  | Everybody has to do their part, homes. |
| CHS   | Yeah I understand. You saying that cause you're fucken angry carnal? (laughing) you saying that cause you're angry (laughing) |
| Rudy  | You got to-you got to you just got to do your part. Know what I mean? |
| CHS   | Semon. No I understand |
| Rudy  | Can even break a (UI), know what I mean? |
| CHS   | Yeah |
| Rudy  | If-if you would have been there and something was going and you would of came to me and said, (UI) this is sabes |

|        |                                                                                    |
|--------|------------------------------------------------------------------------------------|
|        | que I'm going to the buyer, whatcha do you do, you do. You know what I mean?        |
| CHS    | Semon                                                                               |
| Rudy   | Handle your business, fuck                                                          |
| CHS    | So that's-that's the main issue behind it, is Archie's boy, carnal, he pushed it on the paperwork. That was already down there, and he pushed it (OV) |
| Rudy   | The old man was pissed bro, he was like, he-he-he was upset with them. The other fools over there, they, why didn't they handle it a year sooner when the (UI) took the paperwork over there. Well you send the paperwork up there. |
| CHS    | Who                                                                                 |
| Rudy   | Who                                                                                 |
| CHS    | Spider                                                                              |
| Rudy   | Yeah                                                                                |
| CHS    | Yeah  I already know                                                                |
| Rudy   | And-and-and see that was something that he was going to have to handle when he got over there a. |
| CHS    | Who Spider                                                                          |
| Rudy   | Yup. They told him, you send the fucken (UI) over there and find out why the fuck it wasn't taken care of |
| CHS    | Is that what Pup told him?                                                          |
| Rudy   | Huh                                                                                 |
| CHS    | Is that what Pup told him?                                                          |
| Rudy   | I know somebody told him, I don't know who exactly. But I knew-I knew               |
| CHS    | But what did Pup say, because, what did Pup say because the (UI) wasn't done earlier |
| Rudy   | He-he didn't like it a                                                             |
| CHS    | He was mad, huh                                                                     |
| Rudy   | Yeah, but he couldn't say nothing, you know what I mean? And-and-and like I said, I didn't-I didn't ask any questions about, I kept my mouth shut, a. He just told me, you don't work on nada, a. He goes, I'll let the ones that need to know, know and anybody else I hear talking shit, he goes, I'll-I'll-I'll park them. I said, that's what they should of done over there, a, but them vatos let all their fucken mouths like (UI) and nobody has the balls to check somebody |
| CHS    | It-it what did Pup tell Rudy? That was when Pup was here now, huh? When they brought him back, when he was here. |
| Rudy   | Who?                                                                                |
| CHS    | That-that was in south 6 and then they moved me to 3B, huh? |
| Rudy   | Yup                                                                                 |
| CHS    | Yeah, semon                                                                         |
| Rudy   | And they brought Pup in, and a couple days later, they brought DanDan cause Pup got here first. And then brought Archie and then brought DanDan. And you know what, dog, DanDan and Blue and them didn't even talk, bro. They were-they were-they were having issues. I don't know what the |

| | |
|---|---|
| | deal was up with that. Cause they, yeah they didn't have no, they had issues going on. |
| CHS | I see (UI) in the county jail, cause I rapped to Jess, no? I told Jess, now that he got here, what's up esse with that (UI) no? |
| Rudy | Yeah |
| CHS | And he-he-he told me like yeah the vatos snitched on him, no no, and who, cause I want to know homie, for myself. You know what I mean? Well what's up |
| Rudy | It-it-it-it that vato the one who ratted on the muerte. |
| CHS | What that's what it was over? |
| Rudy | Yeah. Cause Jesse did time for a muerte, home. He-he-he-he got like 18 19 years for that muerte. That's when I first ran into him in Cruces, back in the day, when I first met the vato. He was doing time on a muerte. Then he got out, and didn't hear nothing else about him, then I heard he was back in the (UI) and um, then I ran into him here, no? |
| CHS | Is that what all that paperwork was? |
| Rudy | I don't know, I'm just saying. Cause that the only time besides the case that Jesse's doing now that case. Those are the only two cases that I know that Jesse picked them up. On the one he picked 18 19 years fool, conspiracy to 1st degree murder. And then what he's doing now. (OV) |
| CHS | Cause, hey he told me that vato got him 10 (OV) |
| Rudy | (UI) |
| CHS | He told me that vato got him 10 1/2, na? |
| Rudy | Huh? |
| CHS | He told me that vato got him 10 ½. |
| Rudy | 20 ½ |
| CHS | No 10 ½ |
| Rudy | Who? |
| CHS | Got him a 10 piece, 10 1/2 na? |
| Rudy | Yeah. So maybe it was. I don't know. But you know if-if-if, but its good they got Shadow back. Maybe they just brought him back from Tennessee. Maybe you're right, and "Stix" they just got him for the parole violation. You know what I mean? |
| CHS | Yeah, I don't know, esque, I heard, yeah they're back. |
| Rudy | But he's probably over there in 3B. Shadow was on the-on the um predator program so they should bring him back. Cause you know, it was funny because croc was with us when-when-when a when they brought us back. That (UI) you know that right? |
| CHS | Ya I know |
| Rudy | Okay. Well they move us, everybody moved, were all about two weeks three weeks, something like that. They bring us back in two days. And they got the vatos in Green Pod over there, because their door was fucked up. Know what I mean? |
| CHS | Yeah, semon |
| Rudy | up vatos took Green Pod into Blue Pod, and they had him on the bano by the showers. And a, then uh, they never ever ever say one word about it, a. |

```
CHS          (UI)
Rudy         Believe me they were mentioning it, but they never said
             nothing about it and he didn't say, you know me, nada.
             That was something Spider was going to address when he got
             over there, no? Cause the asked me when I got back over
             here, if he was still over, I said chale, that vato went
             to the pre-release program at the south. Him and Stoner.
CHS          What did Spider say about that?
Rudy         Oh I don't know, oh I don't know, I just know he was (UI).
             Because they told me don't even trip,. There sending
             somebody down to make sure. Those that need to be held
             accountable, are held accountable. Because I'm the one
             that told Pup that one thing, I told him, that's fucked up
             that certain over there, that they want to act fucken
             (UI). And they're the ones fucken fucking up left and
             right and their not being held accountable but everybody
             else that makes mistake, they get a violation or whatever-
             whatever, you know what I mean?
CHS          Yeah, but…the vatos fucken no, they should be disciplined
             (OV)
Rudy         You don't even know Rudy, he goes, I'm so fucken disgusted
             with some of that shit, he goes, mewitho(phonic) you know
             what I mean? Because, he goes I got, you know what I mean?
             But…(OV)
CHS          But
Rudy         (OV) him and BB are really close, you know what I mean?
             But he says, don't worry, people going to be held
             accountable for what they did. So…
CHS          Yeah, they did, so far.
Rudy         Huh?
CHS          They did so far, you know what I mean?
Rudy         Yeah
CHS          But, yeah, you got to be disciplined accordingly. Vatos
             know that
Rudy         I feel that way
CHS          Huh?
Rudy         I feel that way
CHS          Yeah, exactly
Rudy         Cause nobody do, me you, nobody. Can-can, deservers a free
             pass on a violation, if they do something serious enough
             to-to deserve the violation, then-then they have to accept
             it. Right or wrong.
CHS          Exactly. Yeah. Spider had told me, no?
Rudy         Yeah
CHS          Spider had told me what happen, because I know he opposed
             the issue. And uh, fucken, when uh, Archie went down there
             papeles (papers), no?
Rudy         Yeah.
CHS          Yea I didn't know that was another factor, the way he-he
             had something to do with uh, his-his heto, no?
Rudy         Yeah
CHS          But what did he have to do? (UI)
```

| | |
|---|---|
| Rudy | I-I-I-I do not know, brother. |
| CHS | Cause he was (UI) when that happened, right? Or was he out? |
| Rudy | Who? |
| CHS | Fucken, uh, Javier |
| Rudy | No, he was in |
| CHS | Yea he was in; maybe he was just (UI) you know what I'm saying? |
| Rudy | I-I-I don't even know the scope on that or what-what-what, I don't know why (OV) |
| CHS | Well I know a little bit about it, no? |
| Rudy | Huh? |
| CHS | I know a little bit about it because those carnals ran it down to me now that I got out, no? |
| Rudy | Yea |
| CHS | They told me what happen, what went wrong, no? It was all crazy Trip, yeah, you know what I'm saying? |
| Rudy | Yea. And-and you know I-I could understand that-that Archie going up there was bound mad. Yea, fuck yea, that's (UI) yea semon, I be like you, like anybody would. You know what I mean? That said location, or somebody who was there or responsible or involved in the situation that they took (UI) hell yea, (UI) justice, I understand that. But the details of who what or what, I don't know, and I've never asked and I'm not going to, I just what's done is done and now we just got to fucken, regroup, try to figure something out. But I tell you shadow, that there's nobody over there dog, that could give me an order or who this or who that. Fuck no, because in my eyes dog, none of them vatos deserve it. None of them. None of them deserve that right to have a say so in calling something. None of them. |
| CHS | Yea I know. But that's because no one's there right now and everybody's already; well, like Lazy and them, you know what I mean? |
| Rudy | Lazy, esque, Lazy's not even there no more. |
| CHS | Orela |
| Rudy | They say he's in the Feds to now. |
| CHS | But what did Pup tell you? Gs the one that got (UI) now or after-after all this? |
| Rudy | What? No. See that-that-that-that-that is where I would of left no understanding bro, but the juras walked in and I wasn't able to…(OV) |
| CHS | To clarify it? |
| Rudy | And I didn't get to do it again because they came and took them. You know what I mean? |
| CHS | What did Pup tell you, a? |
| Rudy | Well, he said, Baby G was in charge at one time. But he was (UI) with the way everything went down and-and-and everything the way it was. He says, I don't know what the hell going to happen, that's all he said. We can continue our conversation, with the door opened. |

| | |
|---|---|
| CHS | Well, cause see, you know about the tabla (phonic), right? |
| Rudy | But see brother, check this out… |
| CHS | But watch, check it out, or tell me, or go ahead, but the Tabla(phonic) was there. |
| Rudy | Okay watcha… |
| CHS | You know who was on the tabla right? |
| Rudy | Little Shadow, Big Shadow, Spider, Lazy, Alex, BB, Baby G, and somebody was saying Furny (phonic), but I was like no fucken way. |
| CHS | Yea, Furny wasn't. But yea, but those were all the table men, no? |
| Rudy | Okay, and-and (OV) |
| CHS | Those were the ones that had the final say so… |
| Rudy | But see, (UI) doesn't-doesn't deserve it, bro. |
| CHS | I know but those vatos are doing the most tiempo (phonic). And they've been around and they got history |
| Rudy | Watcha… |
| CHS | That's what I was told |
| Rudy | Watcha, Baby been down 16, 17, 18 years now. That vato still, but he doesn't, don't get me wrong, the vato has done some dirt. But he ain't got no bodies or nothing, dog. |
| CHS | No |
| Rudy | He hasn't stuck nobody, dog. He's fucked somebody up, yea, or he's given a lot of violations, but that vato has yet to take one for the fuck up that he done. What makes him so better than everybody else? You feel me? |
| CHS | Yea. Yea I already know. It is what it is, you know what I'm saying. |
| Rudy | Yea, it's… |
| CHS | Like me I had an out beat. You know what I'm saying? |
| Rudy | Yea |
| CHS | Like me to carnal, when I was down, nobody told me fuck, you know what I mean? But, it is what it is; you know what I'm saying? |
| Rudy | Yea, it is |
| CHS | But it's still is like you said, carnal, we all have a part to play, que no? |
| Rudy | That's it, everybody has something to do, dog. |
| CHS | Hey… |
| Rudy | No matter how big, or how small, if you're asked to do something or-or whatever, if it's just, you going to take this (UI) to the gym. And that's (UI). That's what the fuck you do, no questions; you make sure that fucken (UI) left where it's suppose be. You know what I mean? |
| CHS | Semon |
| Rudy | You don't ask questions, you do your part, you get it there, or whatever needs to be handled. If they tell drop it off and postal by the weight room, then that's what the fuck you do. You're ready for whatever. Que no? |
| CHS | (laughing) semon, carnal. |
| Rudy | (UI) we're-we're screwed from the beginning, dog. Don't |

|       |                                                                                                                                                                                                                                                                                                           |
|-------|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|       | ask questions, if your asked to do something, and it's coming from someone with authority, that has that right, then-then respect that and go. But just-just nobody over there, with that, deserve that respect, my brother.                                                                                  |
| CHS   | Now everybody's gone now.                                                                                                                                                                                                                                                                                  |
| Rudy  | Even before, Shadow. I mean, the old man was over here, dog, and-and everything was in shambles over there and I don't mean no disrespect, but I'm going to say this to-to you or anybody, but everybody who was over there on their own little buddy system, dog. And there was no rules, there was no, everything was, just cause (UI) you know what I mean? That was some shady shit being down, and nobody was being… |
| CHS   | So what do you think would be different if Pup was there?                                                                                                                                                                                                                                                  |
| Rudy  | Huh?                                                                                                                                                                                                                                                                                                       |
| CHS   | If Pup was there, you think it would different?                                                                                                                                                                                                                                                            |
| Rudy  | Fuck yea. Fuck yea. It wouldn't have been done like that, that's for dam sure. And it would of already been handled a long time ago. You feel me?                                                                                                                                                           |
| CHS   | Yea                                                                                                                                                                                                                                                                                                        |
| Rudy  | Because, remember that time, when-when he was next door, remember?                                                                                                                                                                                                                                         |
| CHS   | Yea, I remember                                                                                                                                                                                                                                                                                            |
| Rudy  | Okay, when-when-when that violation was (UI) that old man, posted up at the fucken door until it was handled, homes. He said, I want it done now, and do it now. And it got done. The same thing, if you would have been there, it would have been done, you, it would have been done right.                 |
| CHS   | If I was there?                                                                                                                                                                                                                                                                                            |
| Rudy  | Huh?                                                                                                                                                                                                                                                                                                       |
| CHS   | Now, what-what did you say?                                                                                                                                                                                                                                                                                |
| Rudy  | If you would have been there, it would have been right, dog.                                                                                                                                                                                                                                               |
| CHS   | Yea                                                                                                                                                                                                                                                                                                        |
| Rudy  | Like I think, that was just, that was a suicide mission from beginning, everybody had, I don't know. Because sometimes, brother, when you let personal feelings get involved in something's that-that-that needs be done. Your-your, (UI), is open up wider. You feel me? But when you know its something that just has to be handled, because of the family, it's done right, it's done quick, and clean. You feel me? |
| CHS   | Semon                                                                                                                                                                                                                                                                                                      |
| Rudy  | But when-when you're mad or whatever whatever, you're not thinking dog. You (UI) is taking over, and (UI) doesn't let you think right, dog. Cause watcha Shadow, if-if-if a. For example, me and you were doing something, right. We-we move on somebody, what's the number one rule? No matter what the fuck we do, do not let that motherfucker out the door. Right or wrong |
| CHS   | Semon                                                                                                                                                                                                                                                                                                      |
| Rudy  | Okay, they didn't have fucken door, he's running down the                                                                                                                                                                                                                                                  |

|       |                                                                                                                                                                                                                                                                                                                                                                                                                     |
|-------|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|       | fucken…                                                                                                                                                                                                                                                                                                                                                                                                                |
| CHS   | …Who...                                                                                                                                                                                                                                                                                                                                                                                                                |
| Rudy  | steps, down the steps (UI)                                                                                                                                                                                                                                                                                                                                                                                             |
| CHS   | (laughing) who let him out the door?                                                                                                                                                                                                                                                                                                                                                                                   |
| Rudy  | Don't ask me, I don't know.                                                                                                                                                                                                                                                                                                                                                                                            |
| CHS   | Well you're the one telling me, fool                                                                                                                                                                                                                                                                                                                                                                                   |
| Rudy  | Hey, he came out of there running.                                                                                                                                                                                                                                                                                                                                                                                     |
| CHS   | You're-you're the one telling me, I don't know                                                                                                                                                                                                                                                                                                                                                                         |
| Rudy  | I don't know, shit. Hey, I was like, oh my God, how fucken stupid are they.                                                                                                                                                                                                                                                                                                                                            |
| CHS   | Well, what happened carnal?                                                                                                                                                                                                                                                                                                                                                                                            |
| Rudy  | And-and watcha…                                                                                                                                                                                                                                                                                                                                                                                                        |
| CHS   | What happen, Rudy                                                                                                                                                                                                                                                                                                                                                                                                      |
| Rudy  | (sigh) and then they were chasing with fierros, they were still sticking going down the stairs, dog.                                                                                                                                                                                                                                                                                                                   |
| CHS   | (laughing)                                                                                                                                                                                                                                                                                                                                                                                                             |
| Rudy  | In front of the camera and everything dog. I mean there were yelling *Get him! Get him! Get him!* (UI) got him and threw him out to the Pod and that's how the (UI) turned around and saw everything. If them vatos wouldn't have been yelling no shit, (UI) would of never fucken looked into the Pod to see what was going on, dog.                                                                                     |
| CHS   | That was Blue (UI). That's who it was, cause he told me, no? He told me, because see that's what-what was said, esse, was fucken, what I heard, no, it's what I heard, tell me if I'm right or wrong. If fucken Red, esse, fucken choked him out in the fucken Pad, right. Then walked out and they went in there on him, fucken a Jr and a Creeper. They hit him, then fucken, but they let him get up. And that's when he made it out the door. You know what I mean? Then they fucken chased him down the stairs and Blues over there yelling |
| Rudy  | 47 times                                                                                                                                                                                                                                                                                                                                                                                                               |
| CHS   | 47 times, is that right or wrong?                                                                                                                                                                                                                                                                                                                                                                                      |
| Rudy  | Huh?                                                                                                                                                                                                                                                                                                                                                                                                                   |
| CHS   | Am telling, am telling am-am-am I correct or no?                                                                                                                                                                                                                                                                                                                                                                       |
| Rudy  | mmmhmm                                                                                                                                                                                                                                                                                                                                                                                                                 |
| CHS   | Alright than, then that's what was said to me, carnal. Because you know, you were in the same Pod, so watcha, check it out, when they told me that, I think the reason why DanDan and him are having issues, you know why their having issues                                                                                                                                                                             |
| Rudy  | Over the shit                                                                                                                                                                                                                                                                                                                                                                                                          |
| CHS   | Exactly, and why? You already know why                                                                                                                                                                                                                                                                                                                                                                                 |
| Rudy  | Uh-huh                                                                                                                                                                                                                                                                                                                                                                                                                 |
| CHS   | Right or wrong                                                                                                                                                                                                                                                                                                                                                                                                         |
| Rudy  | Yup                                                                                                                                                                                                                                                                                                                                                                                                                    |
| CHS   | What was DanDan suppose to do?                                                                                                                                                                                                                                                                                                                                                                                         |
| Rudy  | Yup                                                                                                                                                                                                                                                                                                                                                                                                                    |
| CHS   | Get rid of the fierros, right?                                                                                                                                                                                                                                                                                                                                                                                         |
| Rudy  | They just threw them in the shower, brother                                                                                                                                                                                                                                                                                                                                                                            |
| CHS   | I know. But what, esque, DanDan was suppose (OV)                                                                                                                                                                                                                                                                                                                                                                       |

| | |
|---|---|
| Rudy | When they did that, dog |
| CHS | Huh? |

Rudy       When they did that, I knew I was fucked
CHS        You knew you were fucked
Rudy       Yea
CHS        (laughing) what did you say, these fuckers
Rudy       (UI)
CHS        Huh
Rudy       I had to ad-admit that dog. When they took my property and
           they said you better stay (UI) I didn't see them, I know
           nothing, I was in my room. I don't know what the fuck
           you're talking about. Boom. And that's been my statement
           all along and that will continue to be that way until the
           day I die. You feel me?
CHS        Yea, semon
Rudy       I tell you dog, I'm from the old school, I got schooled
           right, homes.
CHS        I understand, carnal. But am I correct, or what?
Rudy       Yea
CHS        Yea, that's, yea you know then, yea semon
Rudy       And-and-and-and I was left like what I was doing the
           fucken vida plus 10. Had they done a fucken lick, a
           fucken, it hasn't even done nothing.
CHS        Oh I understand
Rudy       (UI) he's blaming over here, everybody calling me carnal,
           carnal, carnal, and that motherfucker has never earned
           fuck, dog.

| | |
|---|---|
| CHS | Well, it's because he's ridding under DanDan |
| Rudy | It doesn't matter |
| CHS | I know, but you know how that |
| Rudy | He can right on his brother nutsack, dog |

CHS        I, but you know that, carnal, but the same way Jr was
           riding, is the same, what's going to happen to him later
           on down the road.
Rudy       Well see, check this out, on that note right there…
CHS        You know another reason why…
Rudy       Julian got moved on
CHS        You know another reason why they got (UI) because Jr got
           the-the-the fucken ban, carnal. Got branded brother
Rudy       Huh
CHS        He got fucken tatted, you know what I'm saying
Rudy       Yea
CHS        And the vatos are like, what the fuck, oh no-no-no-no what
           a minute, pump your brains, vato, you got to earn that.
Rudy       Hey check this out…
CHS        You know what I mean?
Rudy       On that note that you said. Before they moved on-on Julian
           that was supposed to be happen. That was first on the
           list.
CHS        But
Rudy       (UI)
CHS        What was

```
Rudy        (UI)
CHS         Oh now this time before they moved on Julian
Rudy        Only because of everything that is going on, I heard
            people, a lot of people, that been making, keep making
            that an issue, too. He gave the statement dog, it's in the
            discovery dog.
CHS         So you-you
Rudy        And I didn't understand this Shadow, and I still don't
            understand it…
CHS         But what-what-what did RonRon say
Rudy        How did Alex or Lazy let vato stay in that Pod knowing
            that Lazy read the discovery, himself
CHS         But what did, what-what did RonRon say…are you hearing me?
Rudy        Uh-huh
CHS         What did he say
Rudy        He told him how they got in the room, homes.
CHS         He-he-he told them how they got him in the room?
Rudy        Yup
CHS         Or how they got him to go into the room
Rudy        Yea
CHS         Orela
Rudy        In the room
CHS         Orela
Rudy        Yup. And-and-and I think that was part of the-the-the deal
            between Blue and DanDan. And DanDan got back, and DanDan
            was like, I put this right now, carnal, nobody better
            touch carnal. (UI) I said hold on DanDan, I said your
            brother is his own man, homes, he fucks up, and he has
            needs to be held accountable like anybody else. What makes
            him better than anybody else, dog? And DanDan got mad at
            me, bro.
CHS         And-and what happen with Julian, that shit, that was
            because of fucken Sticks, huh?
Rudy        Huh?
CHS         That was because of Sticks
Rudy        What do you mean?
CHS         That (UI) with Julian
Rudy        Huh?
CHS         That was because what happen, Julian had that coming, que
            no? Cause of Sticks ruka (phonic)
Rudy        Yea
CHS         Yea, see. Right or wrong?
Rudy        Yea
CHS         But…
Rudy        But…
CHS         Hey…cause fools were saying it was Conrad, huh?
Rudy        Huh?
CHS         Fucken Conrad from Cruces.
Rudy        Yea
CHS         He's the one that fucken, that hit Julian. Huh?
Rudy        Who?
CHS         He's the one that hit Julian, huh? Conrad from Cruces.
```

|       |                                                                                          |
|-------|------------------------------------------------------------------------------------------|
|       | Well not hit him, but moved on him.                                                      |
| Rudy  | Huh?                                                                                      |
| CHS   | Huh?                                                                                      |
| Rudy  | No, Wacky moved on Julian.                                                                |
| CHS   | Wacky moved him?                                                                          |
| Rudy  | Yea                                                                                       |
| CHS   | Orale                                                                                     |
| Rudy  | Yea. That's…                                                                              |
| CHS   | Fucken-fucken a, David Chavez (laughing)                                                  |
| Rudy  | That, yea. Two or three that got…                                                         |
| CHS   | Oh two                                                                                    |
| Rudy  | He (UI) so bad, he was in El Paso.                                                        |
| CHS   | (laughing) what happen?                                                                   |
| Rudy  | They beat him up so bad; they had to take him to El Paso hospital.                        |
| CHS   | Oh, so it was Wacky, but hey, didn't Conrad have something involved in it?                |
| Rudy  | I don't know the other ones. I-I-I couldn't-I couldn't speak of on that brother, but I do know that Wac-Wacky was one that-that-that-that, you know what I mean? |
| CHS   | Yea                                                                                       |
| Rudy  | Yea. But you know what though, in a way, maybe-maybe there is something I don't know about. But what I do know, that there is between Julian and Sticks, was not family related, that was personal, dog |
| CHS   | Yea, but you know how that goes. You're talking about Sticks. You know what I saying?     |
| Rudy  | Cause-cause and-and I heard it come out of his mouth what he had said, people got to learn to leave their personal issues out of family business. If you got pedo with a brother or something, and its personal… |
| CHS   | But carnal…                                                                               |
| Rudy  | (UI) one on one…                                                                          |
| CHS   | But that's not personal…                                                                  |
| Rudy  | Nobody else gets involved.                                                                |
| CHS   | What are the reglas?                                                                      |
| Rudy  | I understand that                                                                         |
| CHS   | Then there you go. That's not personal                                                    |
| Rudy  | Okay-okay-okay, check this out, on that note, and I don't mean to bring up past or-or-or to make you mad at Bishop, but just as an example. Just like, when they but that vato (UI) over there and he gets work (UI) I didn't have no (UI) with that vato, homes. Because what if you had told me, you know what I mean? |
| CHS   | Yea. But see that…                                                                        |
| Rudy  | …that other vato, fuck no, if you want to disrespect the carnal, a good brother, fuck you, esse. That's what I told him straight up (UI), you know what I mean? I said don't call me; don't ask me for nothing, esse. And Evil was there, and Evil came to me and says, what's wrong Rudy? I said, na a (UI) disrespect other carnals, you don't do that esse. He goes, yea yea. I ain't got nothing for that |

|       |                                                                                 |
|-------|---------------------------------------------------------------------------------|
|       | vato a, it's done. It's a rap, I ain't got issues, it's not an issue.           |
| CHS   | And there you go, you get what I'm saying? That's part of the reglas             |
| Rudy  | Yea                                                                              |
| CHS   | You know the reglas.                                                             |
| Rudy  | (UI) there are some vatos, that don't. They want to use that as (UI) when it benefits them, or their situation, or when it's one of their home dogs, that-that or dope buddy as I call them. A-a-a it's all good, homes, it's personal, stay out of it. You know what I mean? |
| CHS   | Yea, semon                                                                       |
| Rudy  | Fuck that, a. We all got to be held to the same fucken rules, homes. And be accountable for our actions, brother. You feel me? |
| CHS   | Yea                                                                              |
| Rudy  | That since motherfuckers that put my name bad, dog. They should get a violation, no, there was no paperwork, dog. But yet, they sat there running their fucken mouths. When the discovery came out, dog, they said Rudy you a good dog there nothing in there, I said, I fucken told you that from day one there was nothing, esse. What the fuck you all need? Do you understand what my (UI) comes from, shadow? |
| CHS   | Semon                                                                            |
| Rudy  | Cause I'm a solid motherfucker old man, dog. Believe that. You feel me? Like I say Shadow, me and you talk about things I've never talked to nobody else, brother. Hold on |
| CHS   | Watch hold on…end recording                                                      |

```
     Exh185 - DISC 20553-20568.Transcript of bod rec of CI and R. Perez.1168.006.PL.RR.txt
00001:01  RUDY: Like, like for an example. Let's say, we already know
      02  Creeper, JR, and Trigger right? We already know there, that's
      03  they already did their fuck up. If they go to court, federal
      04  court and testify against them there, they are going to get
      05  them, know what I mean?
      06  CHS: Yeah
      07  RUDY: Because whatcha, in '94, my primo Locker, (UI) and Joker
      08  got busted it up, dog, if we could of found that puto, Michael
      09  Ray, that testify against him in Federal court, my primo's would
      10  of never done a day, dog. But because that puto went to court to
      11  testify, they gave them all 20 year sentences.
      12  CHS: Hey-hey, carnal, that vato Javier Molina
      13  RUDY: Yeah
      14  CHS: That vato Jessy, that was just here, that fool Jessy Sosa
      15  RUDY: Yeah
      16  CHS: That's the paperwork they had, they-they used to hit
      17  that fool, huh?
      18  RUDY: I don't know
      19  CHS: oh
      20  RUDY: I don't know. I've never seen it. I hear about it.
      21  CHS: You only hear about it?
      22  RUDY: Yeah. Yeah because when I got over
      23  here, they were like na, fuck them. The other vatos should of
      24  already taken care of them the year before. And I was like, oh
      25  well
00002:01  CHS: You should of taken...that's what I don't understand,
      02  esse. Them vatos already knew about, why didn't they take care
      03  of it?
      04  RUDY: Well that's what everyone wants to know.
      05  CHS: And it was croc that knew about it, right?
      06  RUDY: Yeah
      07  CHS: It was croc that knew about it
      08  RUDY: Who
      09  CHS: It was croc that knew about it
      10  RUDY: Yeah, but he was on the payment plan, dog
      11  CHS: He was on the paym...
      12  RUDY: ...and then that vato took the visita, (UI) that fucken
      13  door at chow time, no
      14  CHS: Na cause their extorting that fucken puto, know what I mean?
      15  RUDY: Dude, at first when-when-when some of the vatos were saying
      16  what's up with (UI), I'm like hey they're homies, their both in
      17  Cruces, know what I mean? (UI) stay out of it.
      18  CHS: But...
      19  RUDY: ...(OV)the reason I know what's behind the scope, you know
      20  what I mean?
      21  CHS: They...hey carnal, cause, I rapped to a vato here, no
      22  RUDY: Yeah
      23  CHS: He really didn't want to tell me too much, know what I mean?
      24  RUDY: Right
      25  CHS: But, cause the Paperwork, carnal, when he got there, I thought
00003:01  he was a...that's when it was over carnal. Cause of that fool.
      02  That's I don't know
      03  RUDY: Yeah. But you know, dog, there-there were two issues behind
      04  that whole move, homes. And I don't even know the- the whole thing
```

Exh185 - DISC 20553-20568.Transcript of bod rec of CI and R. Perez.1168.006.PL.RR.txt
05  on the second one. And-and honestly I'm still like, but I don't know.
06  CHS: What do you mean, esse?
07  RUDY: Because we do know that he's Archie's boy, right?
08  CHS: Yeah
09  RUDY: Okay. Javier has something to do with that, or what?
10  CHS: I don't know, why, what's up? Because of Arturo or what?
11  RUDY: Huh
12  CHS: Because of Arturo?
13  RUDY: Yup. Because that-that-that paid the B (UI) homes, because it
14  was over Archie's boy. And that vato had something to do with
15  that (UI), no? Like I said, I don't know the...(OV)
16  CHS: (OV) so he, that's why. So that paperwork on Jed, that he had,
17  that he ratted on Jessy Sosa that was the issue to push it then.
18  That's what it was.
19  RUDY: Like I said, those two (UI) on the table, those two issues and uh
20  CHS: So, that's what it was, it was the paperwork on Jessy Sosa...
21  RUDY: That-that-that-that was part of it and then Archie's boy was
22  the other half.
23  CHS: But what did-what did Javier have to do with that mess?
24  RUDY: I don't know, brother, I don't know. I mean, that's why I'm
25  telling you, I-I'm-I'm like in-in a way I don't even want to
00004:01  know dog. Because, you know what I mean? So I just it's in my
02  head though. I'm always like, what the fuck with that (UI). I
03  don't ask nobody, I just-I just keep- keep my mouth and I just
04  thought about it, know what I mean? And like I say dog, that
05  day, I told them vatos not  like (UI) think about that and they
06  basically told me, you know what a this is going to happen
07  regardless, just stay out it a
08  CHS: You told you that? To stay out of it?
09  RUDY: The-the ones who we're talking
10  CHS: A la vega
11  RUDY: I told them, dog, that's not the way to do it, a. You know how
12  I would of done it. Shadow?
13  CHS: How would you have done it?
14  RUDY: I'd give them a (UI).
15  CHS:  Yeah bro (OV)
16  RUDY: (OV) a little bit, but it'll have be clean, know what I
17  mean? Nobody would of picked up no charges, nobody would of gotten
18  nothing, dog. Cause he was a dope feen dog, he  was a pig. If you
19  gave him 30 ccs, that fucker would do it  all no hesitation dog.
20  And you don't know Shadow
21  CHS: But
22  RUDY: You been fixed a long time
23  CHS: But that vato wanted him to do it, do-do it's just, they
24  wanted it done, a certain way.
25  RUDY: dirty
00005:01  CHS: Yeah they wanted it done dirty
02  RUDY: Like I told you, mother fuckers were sent out on suicide
03  missions
04  CHS: What if I already knew that
05  RUDY: That that occurred
06  CHS: Then then-that then-that then-that that happen, you know
07  what I'm saying
08  RUDY: Okay. Then that like I say that is something we've all heard.

Exh185 - DISC 20553-20568.Transcript of bod rec of CI and R. Perez.1168.006.PL.RR.txt

```
09  But there's no proof about that. It just, you know, we did, we
10  have to consider that somebody that was just hating because there's
11  no actual proof, bro.
12  CHS: That's not what fucken...
13  RUDY: But you do understand my point here brother. You know what I mean?
14  CHS: Yeah
15  RUDY: That, rightfully done if someone kicked you like that, show me
16  though, don't tell me, show me. And until they show you, it's okay,
17  you know, you have that knowledge. You know it. But you can't-you
18  can't push it because you-you- you didn't see it. Right or wrong.
19  RUDY: But Shadow, that wasn't the message. The message (UI). They
20  switched them in Socke (phonic) and Cruces, dog. They know who holds
21  them in Socke and changed it homes. And-and that's all I'm going to say
22  on it. And I know that for 100% guarantee fact. There were personal
23  issues involved that, like I say that the dope, everything, homes.
24  Fucken (UI) on that move. I call it (UI) people, every people want
25  to call it whatever they want to call it. I saw a lot of (UI). I
```
00006:01  understand that it had to be done, cool.
```
02  But...and-and you know I really believe now that somebody knew
03  the real truth about Creeper, dog. They knew his-his- his dirty
04  laundry, you know what I mean? That's why he had no choice but
05  to do those 47 days to the house, homes. You feel me?
06  CHS: Yeah, simon
07  RUDY: Because whatcha, Shadow. Lets say I'm there, and I'm doing
08  the bit I'm doing, and they came to you and says vato and you're
09  47 days to the house. Hey dog, I ain't going to speck, I says
10  fuck that; you let that man go home. We got this (UI) it's our
11  own. You know what I mean? Like a brother, I'm going to fucken
12  speak up and fuck no a, that vato 47 days to the pad. What the
13  fuck are you all thinking? You feel me? Like I say, they told me
14  to shut up, and just stay out of it and they did what they
15  wanted to do. Then later on, suicide mission was there.
16  CHS: So why did you give them the pieces, carnal
17  RUDY: Huh
18  CHS: Why did you give him the pieces, if you didn't
19  RUDY: What?
20  CHS: You should have just told them, fuck you.
21  RUDY: I just-I just get out of it, let them do their own thing.
22  I was nobody, I just, fuck it.
23  CHS: Yeah but, they fucken, they got them (UI) from your fucken,
24  from your walker, carnal. Could have gotten you caught up. You
25  know what I'm saying?
```
00007:01  RUDY: Oh, it did-it did look where I'm at.
```
02  CHS: Yeah and then...yeah they used those as the fierros, know
03  what I'm saying. That could shit could of got you, yeah, I know
04  this is where you're at, but still you get what I'm saying. I
05  don't understand that, carnal. It's all good, though. It is what
06  it is, esse, you know what I mean?
07  RUDY: That-that's why I say yeah, I just go there, I just got
08  out of the hold I was real sick, so for me to actually participate
09  in doing some dirt, (UI) physically I wasn't able to, but we all
10  have to do our part, you know what I mean? One way or another homes,
11  everybody has to put their part. You feel me?
12  CHS: What do you mean?
```

Page 3

Exh185 - DISC 20553-20568.Transcript of bod rec of CI and R. Perez.1168.006.PL.RR.txt
```
      13  RUDY: Everybody has to do their part, homes.
      14  CHS: Yeah I understand. You saying that cause you're fucken angry
      15  carnal? (laughing) you saying that cause you're angry (laughing)
      16  RUDY: You got to-you got to you just got to do your part. Know
      17  what I mean?
      18  CHS: Simon. No I understand
      19  RUDY: Can even break a (UI), know what I mean?
      20  CHS: Yeah
      21  RUDY: If-if you would have been there and something was going and
      22  you would of came to me and said, (UI) this is sabes que I'm
      23  going to the buyer, whatcha do you do, you do. You know what I mean?
      24  CHS: Simon
      25  RUDY: Handle your business, fuck
00008:01  CHS: So that's-that's the main issue behind it, is Archie's boy,
      02  carnal, he pushed it on the paperwork. That was already down there,
      03  and he pushed it (OV)
      04  RUDY: The other fools over there, they, why didn't they handle
      05  it a year sooner when the (UI) took the paperwork over there.
      06  Well you send the paperwork up there.
      07  CHS: Who
      08  RUDY: Who
      09  CHS: Spider
      10  RUDY: Yeah
      11  CHS: Yeah I already know
      12  RUDY: And-and-and see that was something that he was going to
      13  have to handle when he got over there a.
      14  CHS: Who Spider
      15  RUDY: Yup. They told him, you send the fucken (UI) over there and find
      16  out why the fuck it wasn't taken care of
      17  CHS: Is that what Pup told him?
      18  RUDY: Huh
      19  CHS: Is that what Pup told him?
      20  RUDY: I know somebody told him, I don't know who exactly. But I knew-
      21  I knew
      22  RUDY: Yeah, but he couldn't say nothing, you know what I mean?
      23  And-and-and like I said, I didn't-I didn't ask any questions about,
      24  I kept my mouth shut, a. He just told me, you don't work on nada, a.
      25  He goes, I'll let the ones that need to know, know and anybody else
00009:01  I hear talking shit, he goes, I'll-I'll-I'll park them. I said,
      02  that's what they should of done over there, a, but them vatos let
      03  all their fucken mouths like (UI) and nobody has the balls to
      04  check somebody
      05  CHS: I see (UI) in the county jail, cause I rapped to Jess, no?
      06  I told Jess, now that he got here, what's up esse with that (UI) no?
      07  RUDY: Yeah
      08  CHS: And he-he-he told me like yeah the vatos snitched on him,
      09  no no, and who, cause I want to know homie, for myself.
      10  You know what I mean? Well what's up
      11  RUDY: It-it-it-it that vato the one who ratted on the muerte.
      12  CHS: What that's what it was over?
      13  RUDY: Yeah. Cause Jesse did time for a muerte, home. He-he-he-he
      14  got like 18 19 years for that muerte. That's when I first ran into
      15  him in Cruces, back in the day, when I first met the vato. He was
      16  doing time on a muerte. Then he got out, and didn't hear nothing
```

Exh185 - DISC 20553-20568.Transcript of bod rec of CI and R. Perez.1168.006.PL.RR.txt
```
17  else about him, then I heard he was back in the (UI) and um, then
18  I ran into him here, no?
19  CHS: Is that what all that paperwork was?
20  RUDY: I don't know, I'm just saying. Cause that the only time
21  besides the case that Jesse's doing now that case. Those are the
22  only two cases that I know that Jesse picked them up. On the one
23  he picked 18 19 years fool, conspiracy to 1st degree murder.
24  And then what he's doing now. (OV)
25  CHS: Cause, hey he told me that vato got him 10 (OV)
```
00010:01  RUDY: (UI)
```
02  CHS: He told me that vato got him 10 1/2, na?
03  RUDY: Huh?
04  CHS: He told me that vato got him 10 1/2.
05  RUDY: 20 1/2
06  CHS: No 10 1/2
07  RUDY: Who?
08  CHS: Got him a 10 piece, 10 1/2 na?
09  RUDY: Yeah. So maybe it was. I don't know. But you know if-if- if,
10  but it's good they got Shadow back. Maybe they just brought him back
11  from Tennessee. Maybe you're right, and "Stix" they just got him
12  for the parole violation. You know what I mean?
13  CHS: Yeah, I don't know, esque, I heard, yeah they're back.
14  RUDY: But he's probably over there in 3B. Shadow was on the-on the um
15  predator program so they should bring him back. Cause you know,
16  it was funny because croc was with us when-when-when a when they
17  brought us back. That (UI) you know that right?
18  CHS: Ya I know
19  RUDY: Okay. Well they move us, everybody moved, were all about
20  two weeks three weeks, something like that. They bring us back
21  in two days. And they got the vatos in Green Pod over there,
22  because their door was fucked up. Know what I mean?
23  CHS: Yeah, Simon
24  RUDY: up vatos took Green Pod into Blue Pod, and they had him
25  on the bano by the showers. And a, then uh, they never ever
```
00011:01  ever say one word about it, a.
```
02  CHS: (UI)
03  RUDY: Believe me they were mentioning it, but they never said
04  nothing about it and he didn't say, you know me, nada. That was
05  something Spider was going to address when he got over there,
06  no? Cause the asked me when I got back over here, if he was
07  still over, I said chale, that vato went to the pre-release
08  program at the south. Him and Stoner.
09  CHS: What did Spider say about that?
10  RUDY: Oh I don't know, oh I don't know, I just know he was (UI).
11  Because they told me don't even trip,. There sending somebody
12  down to make sure. Those that need to be held accountable, are
13  held accountable. (UI) And they're the ones fucken fucking up
14  left and  right and their not being held accountable but everybody
15  else that makes mistake, they get a violation or whatever-
16  whatever, you know what I mean?
17  CHS:Yeah, but...the vatos fucken no, they should be disciplined (OV)
18  RUDY:You don't even know
19  RUDY:, he goes, I'm so fucken disgusted with some of that shit,
20  he goes, mewitho(phonic) you know what I mean? Because, he goes
```

Exh185 - DISC 20553-20568.Transcript of bod rec of CI and R. Perez.1168.006.PL.RR.txt
```
       21  I got, you know what I mean? But...(OV)
       22  CHS: But
       23  RUDY: (OV) him and BB are really close, you know what I mean?
       24  But he says, don't worry, people going to be held accountable
       25  for what they did. So...
00012:01  CHS: Yeah, they did, so far.
       02  RUDY: Huh?
       03  CHS: They did so far, you know what I mean?
       04  RUDY: Yeah
       05  CHS: But, yeah, you got to be disciplined accordingly.Vatos know that
       06  RUDY: I feel that way
       07  CHS: Huh?
       08  RUDY: I feel that way
       09  CHS: Yeah, exactly
       10  RUDY: Cause nobody do, me you, nobody. Can-can, deservers a free
       11  pass on a violation, if they do something serious enough to-to
       12  deserve the violation, then-then they have to accept it. Right
       13  or wrong.
       14  CHS: Exactly. Yeah. Spider had told me, no?
       15  RUDY: Yeah
       16  CHS: Spider had told me what happen, because I know he opposed
       17  the issue. And uh, fucken, when uh, Archie went down there
       18  papeles (papers), no?
       19  RUDY: Yeah.
       20  CHS: Yea I didn't know that was another factor, the way he-he had
       21  something to do with uh, his-his heto, no?
       22  RUDY: Yeah
       23  CHS: But what did he have to do? (UI)
       24  RUDY: I-I-I-I do not know, brother.
       25  CHS: Cause he was (UI) when that happened, right? Or was he out?
00013:01  RUDY: Who?
       02  CHS: Fucken, uh, Javier
       03  RUDY: No, he was in
       04  CHS: Yea he was in; maybe he was just (UI) you know what I'm
       05  saying?
       06  RUDY: I-I-I don't even know the scope on that or what-what-what,
       07  I don't know why (OV)
       08  CHS: Well I know a little bit about it, no?
       09  RUDY: Huh?
       10  CHS: I know a little bit about it because those carnals ran it
       11  down to me now that I got out, no?
       12  RUDY: Yea
       13  CHS: They told me what happen, what went wrong, no? It was all
       14  crazy Trip, yeah, you know what I'm saying?
       15  RUDY: Yea. And-and you know I-I could understand that-that
       16  Archie going up there was bound mad. Yea, fuck yea, that's (UI)
       17  yea Simon, I be like you, like anybody would. You know what I
       18  mean? That said location, or somebody who was there or
       19  responsible or involved in the situation that they took (UI)
       20  hell yea, (UI) justice, I understand that. But the details of
       21  who what or what, I don't know, and I've never asked and I'm not
       22  going to, I just what's done is done and now we just got to
       23  fucken, regroup, try to figure something out. But I tell you
       24  shadow, that there's  nobody over there dog, that could give me
```

Exh185 - DISC 20553-20568.Transcript of bod rec of CI and R. Perez.1168.006.PL.RR.txt
```
        25  an order or who  this or who that. Fuck no, because in my eyes
00014:01  dog, none of them vatos deserve it. None of them. None of them
        02  deserve that right to have a say so in calling something.
        03  None of them.
        04  RUDY: Well, he said, Baby G was in charge at one time. But he was
        05  (UI) with the way everything went down and-and-and everything
        06  the way it was. He says, I don't know what the hell going to
        07  happen, that's all he said. We can continue our conversation,
        08  with the door opened.
        09  CHS: Well, cause see, you know about the tabla (phonic), right?
        10  RUDY: But see brother, check this out...
        11  CHS: But watch, check it out, or tell me, or go ahead, but the
        12  Tabla(phonic) was there.
        13  RUDY: Okay watcha...
        14  RUDY: Okay, and-and (OV)
        15  CHS: Those were the ones that had the final say so...
        16  RUDY: But see, (UI) doesn't-doesn't deserve it, bro.
        17  CHS: I know but those vatos are doing the most tiempo (phonic).
        18  And they've been around and they got history
        19  RUDY: Watcha...
        20  CHS: That's what I was told
        21  RUDY: Watcha, Baby been down 16, 17, 18 years now. That vato
        22  still, but he doesn't, don't get me wrong, the vato has
        23  done some dirt. But he ain't got no bodies or nothing, dog.
        24  CHS: No
        25  RUDY: He hasn't stuck nobody, dog. He's fucked somebody up, yea,
00015:01  or he's given a lot of violations, but that vato has yet to take
        02  one for the fuck up that he done. What makes him
        03  so better than everybody else? You feel me?
        04  CHS: Yea. Yea I already know. It is what it is, you know what I'm
        05  saying.
        06  RUDY: Yea, it's...
        07  CHS: Like me I had an out beat. You know what I'm saying?
        08  RUDY: Yea
        09  CHS: Like me to carnal, when I was down, nobody told me fuck, you
        10  know what I mean? But, it is what it is; you know what I'm saying?
        11  RUDY: Yea, it is
        12  CHS: But it's still is like you said, carnal, we all have a part
        13  to play, que no?
        14  RUDY: That's it, everybody has something to do, dog.
        15  CHS: Hey...
        16  RUDY: No matter how big, or how small, if you're asked to do
        17  something or- or whatever, if it's just, you going to take this
        18  (UI) to the gym. And that's (UI). That's what the fuck you do,
        19  no questions; you make sure that fucken (UI) left where it's
        20  suppose be. You know what I mean?
        21  CHS: Simon
        22  RUDY: You don't ask questions, you do your part, you get it
        23  there, or whatever needs to be handled. If they tell drop it off
        24  and postal by the weight room, then that's what the fuck you do.
        25  You're ready for whatever. Que no?
00016:01  CHS: (laughing) Simon, carnal.
        02  RUDY: (UI) we're-we're screwed from the beginning, dog. Don't
        03  ask questions, if your asked to do something, and it's
```

Exh185 - DISC 20553-20568.Transcript of bod rec of CI and R. Perez.1168.006.PL.RR.txt
04  coming from someone with authority, that has that right,
05  then-then respect that and go. But just-just nobody over there,
06  with that, deserve that respect, my brother.
07  CHS: Now everybody's gone now.
08  CHS: Yea
09  RUDY: Because, remember that time, when-when he was next door,
10  remember?
11  CHS: Yea, I remember
12  RUDY: Okay, when-when-when that violation was (UI) that old man,
13  posted up at the fucken door until it was handled, homes. He
14  said, I want it done now, and do it now. And it got done. The
15  same thing, if you would have been there, it would have been
16  done, you, it would have been done right.
17  CHS: If I was there?
18  RUDY: Huh?
19  CHS: Now, what-what did you say?
20  RUDY: If you would have been there, it would have been right, dog.
21  CHS: Yea
22  RUDY: Like I think, that was just, that was a suicide mission
23  from beginning, everybody had, I don't know. Because sometimes,
24  brother, when you let personal feelings get involved in
25  something's that-that-that needs be done. Your-your, (UI), is
00017:01  open up wider. You feel me? But when you know its something that
02  just has to be handled, because of the family, it's done right,
03  it's done quick, and clean. You feel me?
04  CHS: Simon
05  RUDY: But when-when you're mad or whatever whatever, you're not
06  thinking dog. You (UI) is taking over, and (UI) doesn't let you
07  think right, dog. Cause watcha Shadow, if-if-if a. For example,
08  me and you were doing something, right. We-we move on somebody,
09  what's the number one rule? No matter what the fuck we do, do
10  not let that motherfucker out the door. Right or wrong
11  CHS: Simon
12  RUDY: Okay, they didn't have fucken door, he's running down the
13  fucken...
14  CHS: ...Who...
15  RUDY: steps, down the steps (UI)
16  CHS: (laughing) who let him out the door?
17  RUDY: Don't ask me, I don't know.
18  CHS: Well you're the one telling me, fool
19  RUDY: Hey, he came out of there running.
20  CHS: You're-you're the
21  one telling me, I don't know
22  RUDY: I don't know, shit. Hey, I was like, oh my God, how fucken
23  stupid are they.
24  CHS: Well, what happened carnal?
25  RUDY: And-and watcha...
00018:01  CHS: What happen, Rudy
02  RUDY: (sigh) and then they were chasing with fierros, they were
03  still sticking going down the stairs, dog.
04  CHS: (laughing)
05  RUDY: In front of the camera and everything dog. I mean there were
06  yelling Get him! Get him! Get him! (UI) got him and threw him
07  out to the Pod and that's how the (UI) turned around and saw

Exh185 - DISC 20553-20568.Transcript of bod rec of CI and R. Perez.1168.006.PL.RR.txt
```
08  everything. If them vatos wouldn't have been yelling no shit,
09  (UI) would of never fucken looked into the Pod to see what was
10  going on, dog.
11  CHS: That was Blue (UI). That's who it was, cause he told me, no?
12  He told me, because see that's what-what was said, esse, was
13  fucken, what I heard, no, it's what I heard, tell me if I'm
14  right or wrong. If fucken Red, esse, fucken choked him out in
15  the fucken Pad, right. Then walked out and they went in there
16  on him, fucken a Jr and a Creeper. They hit him, then fucken,
17  but they let him get up. And that's when he made it out the door.
18  You know what I mean? Then they fucken chased him down the
19  stairs and Blues over there yelling.
20  RUDY: 47 times
21  CHS: 47 times, is that right or wrong?
22  RUDY: Huh?
23  CHS: Am telling, am telling am-am-am I correct or no?
24  RUDY: mmmhmm
25  RUDY: When they did that, I knew I was fucked
00019:01  CHS: You knew you were fucked
02  RUDY: Yea
03  CHS: (laughing) what did you say, these fuckers
04  RUDY: (UI)
05  CHS: Huh
06  RUDY: I had to ad-admit that dog. When they took my property and
07  they said you better stay (UI) I didn't see them, I know nothing,
08  I was in my room. I don't know what the fuck you're talking about.
09  Boom. And that's been my statement all along and that will continue
10  to be that way until the day I die. You feel me?
11  CHS: Yea, Simon
12  RUDY: I tell you dog, I'm from the old school, I got schooled
13  right, homes.
14  CHS: I understand, carnal. But am I correct, or what?
15  RUDY: Yea
16  CHS: Yea, that's, yea you know then, yea Simon
17  RUDY: And-and-and-and I was left like what I was doing the fucken
18  vida plus 10. Had they done a fucken lick, a fucken, it hasn't
19  even done nothing.
20  CHS: Oh I understand
21  RUDY: (UI) he's blaming over here, everybody calling me carnal,
22  carnal, carnal, and that motherfucker has never earned fuck, dog.
23  CHS: I, but you know that, carnal, but the same way Jr was riding,
24  is the same, what's going to happen to him later on down the road.
25  RUDY: Well see, check this out, on that note right there...
00020:01  CHS: You know another reason why...
02  RUDY: Julian got moved on
03  CHS: You know another reason why they got (UI) because Jr got
04  the-the-the fucken ban, carnal. Got branded brother
05  RUDY: Huh
06  CHS: He got fucken tatted, you know what I'm saying
07  RUDY: Yea
08  CHS: And the vatos are like, what the fuck, oh no-no-no-no what
09  a minute, pump your brains, vato, you got to earn that.
10  RUDY: Hey check this out...
11  CHS: You know what I mean?
```

Exh185 - DISC 20553-20568.Transcript of bod rec of CI and R. Perez.1168.006.PL.RR.txt

```
     12  RUDY: On that note that you said. Before they moved on-on
     13  Julian that was supposed to be happen. That was first on the list.
     14  CHS: But
     15  RUDY: (UI)
     16  CHS: What was
     17  RUDY: (UI)
     18  CHS: Oh now this time before they moved on Julian
     19  RUDY: Only because of everything that is going on, I heard
     20  people, a lot of people, that been making, keep making that an
     21  issue, too. He gave the statement dog, it's in the discovery
     22  dog.
     23  CHS: But what did, what-what did RonRon say...are you hearing me?
     24  RUDY: Uh-huh
     25  CHS: What did he say
00021:01  RUDY: He told him how they got in the room, homes.
     02  CHS: He-he-he told them how they got him in the room?
     03  RUDY: Yup
     04  CHS: Or how they got him to go into the room
     05  RUDY: Yea
     06  CHS: Orale
     07  RUDY: In the room
     08  CHS: Orale
     09  CHS: And-and what happen with Julian, that shit, that was
     10  because of fucken Sticks, huh?
     11  RUDY: Huh?
     12  CHS: That was because of Sticks
     13  RUDY: What do you mean?
     14  CHS: That (UI) with Julian
     15  RUDY: Huh?
     16  CHS: That was because what happen, Julian had that coming,
     17  que no? Cause of Sticks ruka (phonic)
     18  RUDY: Yea
     19  CHS: Yea, see. Right or wrong?
     20  RUDY: Yea
     21  CHS: But...
     22  RUDY: But...
     23  CHS: Hey...cause fools were saying it was Conrad, huh?
     24  RUDY: Huh?
     25  CHS: Fucken Conrad from Cruces.
00022:01  RUDY: Yea
     02  CHS: He's the one that fucken, that hit Julian. Huh?
     03  RUDY: Who?
     04  CHS: He's the one that hit Julian, huh? Conrad from Cruces.
     05  Well not hit him, but moved on him.
     06  RUDY: Huh?
     07  CHS: Huh?
     08  RUDY: No, Wacky moved on Julian.
     09  CHS: Wacky moved him?
     10  RUDY: Yea
     11  CHS: Orale
     12  RUDY: Yea. That's...
     13  CHS: Fucken-fucken a, David Chavez (laughing)
     14  RUDY: That, yea. Two or three that got...
     15  CHS: Oh two
```

Exh185 - DISC 20553-20568.Transcript of bod rec of CI and R. Perez.1168.006.PL.RR.txt
```
      16  RUDY: He (UI) so bad, he was in El Paso.
      17  CHS: (laughing) what happen?
      18  RUDY: They beat him up so bad; they had to take him to
      19  El Paso hospital.
      20  CHS: Oh, so it was Wacky, but hey, didn't Conrad have something
      21  involved in it?
      22  RUDY: I don't know the other ones. I-I-I couldn't-I couldn't
      23  speak of on that brother, but I do know that Wac-Wacky was one
      24  that-that-that-that, you know what I mean?
      25  CHS: Yea
00023:01  RUDY: Yea. But you know what though, in a way, maybe-maybe there
      02  is something I don't know about. But what I do know, that there
      03  is between Julian and Sticks, was not family related, that was
      04  personal, dog
      05  CHS: Yea, but you know how that goes. You're talking about
      06  Sticks. You know what I saying?
      07  RUDY: Cause-cause and-and I heard it come out of his mouth what
      08  he had said, people got to learn to leave their personal issues
      09  out of family business. If you got pedo with a brother or something,
      10  and its personal...
      11  CHS: But carnal...
      12  RUDY: (UI) one on one...
      13  CHS: But that's not personal...
      14  RUDY: Nobody else gets involved.
      15  CHS: What are the reglas?
      16  RUDY: I understand that
      17  CHS: Then there you go. That's not personal
      18  RUDY: Okay-okay-okay, check this out, on that note, and I don't
      19  mean to bring up past or-or-or to make you mad at Bishop, but
      20  just as an example. Just like, when they but that vato (UI) over
      21  there and he gets work (UI) I didn't have no (UI) with that
      22  vato, homes. Because what if you had told me, you know what I
      23  mean?
      24  CHS: Yea. But see that...
      25  RUDY: ...that other vato, fuck no, if you want to disrespect
00024:01  the carnal, a good brother, fuck you, esse. That's what I told
      02  him straight up (UI), you know what I mean? I said don't call me;
      03  don't ask me for nothing, esse. And Evil was there, and Evil came
      04  to me and says, what's wrong
      05  RUDY:? I said, na a (UI) disrespect other carnals, you don't do
      06  that esse. He goes, yea yea. I ain't got nothing for that vato
      07  a, it's done. It's a rap, I ain't got issues, it's not an issue.
      08  CHS: And there you go, you get what I'm saying? That's
      09  part of the reglas
      10  RUDY: Yea
      11  CHS: You know the reglas.
      12  RUDY: (UI) there are some vatos, that don't. They want to use that
      13  as (UI) when it benefits them, or their situation, or when it's
      14  one of their home dogs, that-that or dope buddy as I call them.
      15  A-a-a it's all good, homes, it's personal, stay out of it. You
      16  know what I mean?
      17  CHS: Yea, Simon
      18  RUDY: Fuck that, a. We all got to be held to the same fucken
      19  rules, homes. And be accountable for our actions, brother. You
```

```
     Exh185 - DISC 20553-20568.Transcript of bod rec of CI and R. Perez.1168.006.PL.RR.txt
         20  feel me?
         21  CHS: Yea
         22  RUDY: That since motherfuckers that put my name bad, dog. They
         23  should get a violation, no, there was no paperwork, dog. But yet,
         24  they sat there running their fucken mouths. When the discovery
         25  came out, dog, they said
00025:01  RUDY: you a good dog there nothing in there, I said, I fucken told
         02  you that from day one there was nothing, esse. What the fuck you
         03  all need? Do you understand what my (UI) comes from, shadow?
         04  CHS: Simon
         05  RUDY: Cause I'm a solid motherfucker old man, dog. Believe that.
         06  You feel me? Like I say Shadow, me and you talk about things I've
         07  never talked to nobody else, brother. Hold on
         08  CHS: Watch hold on...end recording
```