```
              Federal Bureau of Investigation
                 Albuquerque Field Division
```

| | |
|---|---|
| Case Number | 245U-AQ-6239655 |
| Date of recording | 2/XX/2016 |
| Participants | Rudy Perez = (PEREZ) |
| | Confidential Human Source = (CHS) |
| Recording | 1168.008 |
| Transcribed by | HG |
| Date transcribed | 04/14/2016 |
| Notations | Unintelligible = (UI) |

**The following transcript has been compared to the audio recording from which it was made, and to the best of my ability, the transcript is a true, complete, and accurate record of the recording.**
  __TFO Chris Cupit_____

(BEGINNING OF RECORDING)

PEREZ:  Two years, two years or something

CHS:    No I know

PEREZ:  Just has to make it a little bit longer know what I mean?

CHS:    Yea

PEREZ:  And get with Creeper and make sure he's out of the pod. That way we know he can't see he can't tell. You feel me?

CHS:    Yea (UI)

PEREZ:  See none of that was considered homie. None of that was…because the one in charge Hold on. Hold on.

[clanking; background voice]

PEREZ:  yea

CHS:    Hey now what happened?

PEREZ:  And uh you know what Im saying?  He had his personal vendetta going on (UI)

CHS:    Yea (UI)

PEREZ:  He didn't care about nobody else bro. He didn't care about the good brothers – he didn't care about nobody else dawg.

CHS:    Yea well they say you need to be handled so they got it handled so I don't know. Who knows the real truth behind some of that but you know, you know what I'm saying. There's the truth, we know the truth, me and you know the truth know what I mean?

PEREZ:  mmhm.

CHS:    But very few really know what happened there know what I'm saying?

PEREZ:  And none of that was right brother. Yes it had to be done, but it sure as fuck did not have to be done like that.

CHS:     Well there was all the reasons you know that

PEREZ:   That's what I'm saying – I call personal vendetta

CHS:     Yea that's not only that carnal, but even certain (UI) for instance. 'cause he wants to come out of the hole, or he wants to hit general population line. Tambien (UI). If them letters are flying like that, what's wrong with him? (UI) You get what I'm saying?

PEREZ:   Well check this out.

CHS:     You don't go to administration

PEREZ:   Well check this out. pup should've known all about that brother when he was there, but the dope got the best of him over there too.

CHS:     I know that

PEREZ:   What the fuck is he gonna be cooking up a whole batch in his own room dawg? He's a fucking (UI)

CHS:     Exactly.

PEREZ:   How the fuck dawg? (UI) to do that

CHS:     And he fucked up

PEREZ:   Get one of these fuckin' recruits that just barely came in and tell them you're gonna hold the cooker and that's that. You hear me?

CHS:     Yo

PEREZ:   Lets see what kind of balls you got essay. If your scared of a write up then we know you don't have what it takes to ride Right or wrong

CHS:     Exactly.

PEREZ:   See, that's…man. But you know brother, I know a lot more than I'm saying and stuff but I kick back and (UI) nada you feel me?

CHS:     Yea (UI)

PEREZ:   Sit back and do my time

CHS:     But that's what gets to me too carnal all them vatos like that even pup what's a little bit of hole time or more? He knows who he is. He knows that's in the sack. You know what I'm saying? And he wants to sit there and let administration look like hey you let me down there nothing can happen shit like that and –

PEREZ:   You don't do that.

CHS:     Yea you don't do that. And then you go and something happens, (UI), like what they're just gonna let you go down there

PEREZ:   See they gave him a chance to go down there dawg

CHS:     But he fucked it up.

PEREZ:   Yes

CHS:     I already know

PEREZ:   He wasn't thinking bro, I'm not trying to be like disrespectful to you but he wasn't using his head right

CHS:     He wasn't?

PEREZ:   They should've had (UI) holding that fucker. He's a new (UI), he had earned nothing. You know?

CHS:     Yea. But you know what went on. You know what's up know what I'm saying? And with the way everything went down there, was all selfish. Like you said, lot of it had fucked up motives behind it from all ends. Not just from Archie's but from Pup end, you know what I mean?

PEREZ:   Yea. There was a lot of personal issues involved.

CHS:     Come on. Why the fuck you gonna show something like that just so administration would let you out?

| | |
|---|---|
| PEREZ: | Fuck no |
| CHS: | You get what I'm saying? |
| PEREZ: | Something like that you sure as hell ain't coming out |
| CHS: | Exactly. But like you said, Pup wasn't using his head (UI). |

PEREZ: Ok well check this out. And this is what I, I really don't grasp. When all that happened with Fred Dag, You know what I'm talking about right?

CHS: Yea with Fred Dog

PEREZ: Well –

CHS: You're talking about Freddie Martinez right?

PEREZ: Yea. Well when all that went down, they shot everybody over, (UI) through the north (UI) Boom boom. See what I'm saying dawg, if (UI) to Cruces. Those fuckers are threatening us with the RICO Act. (UI) dawg. You feel me? Somebody must've told them vatos

CHS: Yea

PEREZ: Fuckin' that was on the table then that's something we didn't even consider. We never thought about that dawg. Now it's in our place and happening, and mother fuckers are trying to clean their ass now.

CHS: And look, you know who they picked up (UI) right?

PEREZ: Did they?

CHS: Yea troop. They picked him up. They picked him up, I don't know where Wino at no.

PEREZ: Check this out. Like, they are going to charge Julian for sure. Ok Stix, Arturo, Pup, Wild Bill those guys are pretty much guaranteed to end up with a federal number. You feel me?

CHS: Yea

> PEREZ: Fuckin' that's when we get lazy, Strider. Just 'cause they've done so much stupid shit though. And Lazy gonna be caught up in all this shit because of what happened in Hobbs. You feel me?
>
> CHS: Yea.

PEREZ: I hope not. I'm hoping (UI) but I don't see Sticks and them getting out of it dawg. I don't. Arturo, he's a snitch dawg he'll snitch his way out. He's done it before he'll do it again. You feel me?

CHS: Yea but he's been. He – look what happened when he sent Baby – 'member when he sent Baby Rabs, when we brought Baby Rabs into the *Onda*

PEREZ: Yea

CHS: And he brought – he sent Baby Rabs on that mission to slice up that cop remember?

PEREZ: Yea.

CHS: Yea he's the one that (UI)?

PEREZ: That's why Baby Rabs is probably in the feds too

CHS: And – and then not only that but Baby Rabs, Baby Conejo, the one that went to the program?

PEREZ: Yea

CHS: He saved him on another (UI) cut up a Jura too.

PEREZ: But who?

CHS: See they know that though. They have a lot of dirt on Arturo, because Arturo was doing inner prison mail.

PEREZ: All (UI) that vato.

CHS: You remember when Tiny and them brought that other vato up to South and they beat his head in with the fuckin' pole. With the bar?

PEREZ:    Yea

CHS:      And they shut down the handball court after that?
PEREZ:    Yea

CHS:      That was sent from Arturo too, and it was right there, they got him in the prison mail you know that right? Yea they have all that on Arturo.

PEREZ:    Like you're gonna go back to court next week with me. Fuckers there gonna try and talk to some of the brothers, and find out what the fuck's going on and we don't even know down here you know what I mean?

CHS:      Yea (UI)Yea I'll hit him up and see what's going on. You know what I mean, you know me. See what's going on over there, see what's happening. See what we can do and, but I'm telling you essay it's…but Arturo's hit. He's already called too many shots in the open. He's gonna get no less than 20 (UI). There's no way he can, you know what I'm saying.

PEREZ:    Sticks too

CHS:      Yea Sticks too.

PEREZ:    Sticks, and Pup. I feel they're gonna give him life without parole. Wild Bill, he's been in and out of the system for so long that… I don't think (UI) 'cause (UI) not stupid dawg. He's not dumb. (UI) I don't see that happening (UI)

CHS:      Oh yea. No Billy's too quiet

PEREZ:    Old school and that. Somebody would have to get on the stand and testify against him (UI). You feel me?

CHS:      Yea, but see they're not bringing him for that shit with Pancho and Looney. Remember that? Remember that shit with Pancho and Looney in Cruces?

PEREZ:    Yea

CHS:      Dawg, you the one who called that Billy. You see so they might be getting him for that.

PEREZ:    (UI) but he's got ace back from Cruces right?

CHS:      Yea.

PEREZ:    He was giving Trigger '*squina,* homes
CHS:      Yea?

PEREZ:    Yup. After the discovery everything came out (UI) homes.

CHS:      Yea but you know how that goes, you give somebody a *sopa*, you get close to them, you handle business. So they don't know what his true motives were behind that. Don't ever judge him on that know what I mean? You know that.

PEREZ:    (UI) I'm gonna give a vato like that a soup or something.

CHS:      yea I know. But you, you know what I mean. But it's all good. Hey, I think that's what's happening with Billy. Is that. You know what I mean?

PEREZ:    yea I don't know. We'll just have to kick back and let the smoke clear and see what the fuck's going on and what's gonna be left of us over/out here. (UI) they went to the program, what 50 of them in the system? Good ones?

CHS:      Yea

PEREZ:    See? (UI) some of them, they don't fuckin', they don't deserve the right to tell me

CHS:      But look, Rudy, look at all them, them personal vendettas going on by the vatos who are getting hit

PEREZ:    Because they're batting for the top seat.

CHS:      Exactly. That's why all this came down. You know what I'm saying? All them vatos calling them shots, even Billy.

PEREZ:    They want the big ones out of the picture so they can climb the ladder

CHS:      Even Billy

PEREZ:    and you know –

CHS:      - hey. Look, they gave us Cruces in the south, remember? And then what happened in Cruces..

PEREZ:    Yea

CHS:      Billy called that right? With Looney and Pancho. After that they shut us down.

PEREZ:    Yea

CHS:      There you go.

PEREZ:    I don't know, we're just gonna have to wait until the smoke clears and see what's left and

CHS:      But right or wrong (UI)

PEREZ:    (UI) Fuck I don't care.

CHS:      These vatos, they're dumb (UI).

PEREZ:    And then Marijuano dumbass acting like he's a shot caller. I told him fucker you need to earn your stripes first. That vato acts like he's some big shot or something.

CHS:      Yea

PEREZ:    (UI) In the yard, (UI).

CHS:      But hey (UI) like you, you know what you've done, know what I'm saying? And you know what you learned. So these vatos, you get what I'm saying?

PEREZ:    Yea

CHS:      So they can't compare to that you feel me? And (UI) always look down on them for that.  They're just vatos trying to rise, know what I mean? But it's all good; I feel what you're saying you know?

PEREZ:    (UI) before anybody even said brother or anything. And-and when I (UI) and they're like well check it out no questions asked let's do this. I pick up 10 from the gate you know what I mean?

CHS:      (UI)

PEREZ:   Even later on I still had to do work on the streets eh. And I still don't (UI). And for vatos that haven't done fuck, that haven't picked up a (UI)

CHS:   Oh I know.

PEREZ:   Hell nah. That's why, you know, I got (UI) there ain't nothing wrong with this heart or these hands. I will get down and dirty with the best of them. Know what I mean? And if they wanna fuckin' misjudge me and think he's hurt, (UI) these motherfuckers I say (UI)

CHS:   And what about fuckin' Shotgun – you guys had it going good huh?

PEREZ:   Nah I told (UI) me and Shotgun hit the streets dawg (UI) I'll have money on my books, I'll have some bitch on the list, I'll have (UI) because he knows what the fuck I did out there, know what I mean?

CHS:   Oh where's Shotgun from? Is he from Carlsbad too?

PEREZ:   Carlsbad.

CHS:   That's where you're from too huh?

PEREZ:   yea. I was born and raised. I was born in Roswell (UI) elementary all the way up to like 10th grade. And then I got in trouble went to (UI) I came back, I went to Carlsbad, when I got with Josie, and I've been living in Carlsbad since like 90, you know what I mean?  And I known Shotgun since, I known that vato when he was still fuckin' running around on the streets you know what I mean?

CHS:   Hey what happened with joker (UI)? Remember we were rapping about that?

PEREZ:   Yea

CHS:   What – what happened with him? Do you know what I'm talking about? The vato that got ambushed. (UI) What happened there – were they with the Bandidos or what?

PEREZ:   I don't know the whole – I've heard too many different

|         |                                                                                                                                                                                                      |
|---------|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|         | stories (UI) 'cause I don't know what's fact and what's nonsense and definitely not gonna repeat it you know? (UI) 'cause I've heard people say that fat little motherfucker (UI) you know what I mean? |
| CHS:    | Hey (UI)                                                                                                                                                                                             |
| PEREZ:  | That motherfucker is a stone cold (UI) dawg.                                                                                                                                                         |
| CHS:    | Hey have you done good with him (UI)?                                                                                                                                                                |
| PEREZ:  | Yes. That's what I'm saying, that motherfucker knows what kind of balls I got. You know what I mean like one day (UI) granddaughter this (UI). (UI) jumped in his car, (UI). And no questions asked dawg. You feel me? |
| CHS:    | Yea                                                                                                                                                                                                  |
| PEREZ:  | so much shit that that man (UI) be like you do this you do that, just go. Don't call me (UI) give some time to breathe and let this shit clear.                                                      |
| CHS:    | Hey was there any (UI) that are out there?                                                                                                                                                           |
| PEREZ:  | Yea in Artesia. (UI) shot me. Little Leonard.                                                                                                                                                        |
| CHS:    | Did you guys ever get that fucker?                                                                                                                                                                   |
| PEREZ:  | He's the one who shot me eh.  That fucker's gonna have (UI) over there in central (UI) and we were talking (UI) remember?                                                                            |
| CHS:    | Yea my bad (UI)                                                                                                                                                                                      |
| PEREZ:  | I got him I got him                                                                                                                                                                                  |
| CHS:    | Who was that fucker?                                                                                                                                                                                 |
| PEREZ:  | Little Leonard Galindo, we call him Sleepy.                                                                                                                                                          |
| CHS:    | Where's he at now?                                                                                                                                                                                   |
| PEREZ:  | In the fed. Oh Shotty told me, Shotgun done told me the truth dawg. (UI) in the feds, he's not coming home. (UI)                                                                                     |

CHS:     Well what about the other LC-er's(sic) out there?

PEREZ:   Uh (UI) but it could never be proved.

CHS:     Hey did you guys ever, did you guys shut them fuckers down?

PEREZ:   Huh?

CHS:     Did you guys shut them down?

PEREZ:   Oh yea. In fact, me and (UI) were at a spot one night, (UI)

CHS:     Who?

PEREZ:   (UI)

CHS:     Yea

PEREZ:   (UI) he just said you get the door so I creeped through the side, (UI) they-they couldn't help know what I mean? (UI) and what had to happen had to happen. Left that motherfucker naked and with nothing. Took his money, his gun eh. And he got pistol whipped. (UI) in his jeep and took off in his jeep.

CHS:     Hey (UI) is it easy to fuckin bury people up out there?

PEREZ:   Huh?

CHS:     Is it easy to bury people out there?

PEREZ:   Oh yea. Yea

CHS:     Hey you (UI) yourself or what?

PEREZ:   (UI) Shotty he knows. I can vouch for him and he do the same for me. You feel me? (UI) and I went to county, and ended up back in central, and I got out. I made it back to Carlsbad, my (UI), my wetta got her college money right? And I had just hired the (UI) the lawyer to represent me (UI) he gets my bond dropped from 25,000 cash to 2,500 cash. My daughter bonds me out dawg. She got me out on April 22nd. And man, did I fuckin' try my part to catch these punks (UI) was in rehab, Shotty was in the feds. (UI) was out there, but I don't know what the fuck was up with him. I'm

so hurt with him right now it's not even funny. But if I would've just had one brother out there (UI) all I need homes. I just needed help to get the motherfucker where I need him know what I mean? And there was nobody out there that I could trust dawg. (UI) fuck that.

(END OF RECORDING)

```
         Exh189 - DISC 20572-20584.Transcript of bod rec of CI and R. Perez.1168.008PL.RR.txt
00001:01   (BEGINNING OF RECORDING)
      02   PEREZ: Two years, two years or something
      03   CHS: No I know
      04   PEREZ: Just has to make it a little bit longer know what I mean?
      05   CHS:  Yea
      06   PEREZ: And get with Creeper and make sure he's out of the pod.
      07   That way we know he can't see he can't tell. You feel me?
      08   CHS: Yea (UI)
      09   [clanking; background voice]
      10   CHS:  Yea well they say you need to be handled so they got it
      11   handled so I don't know. Who knows the real truth behind some of
      12   that but you know, you know what I'm saying. There's the truth,
      13   we know the truth, me and you know the truth know what I mean?
      14   PEREZ: mmhm.
      15   CHS: But very few really know what happened there know what I'm
      16   saying?
      17   PEREZ: And none of that was right brother. Yes it had to be done,
      18   but it sure as fuck did not have to be done like that.
      19   CHS: Well there was all the reasons you know that
      20   CHS: I know that
      21   PEREZ:  What the fuck is he gonna be cooking up a whole batch in
      22   his own room dawg? He's a fucking (UI)
      23   CHS: Exactly.
      24   PEREZ: How the fuck dawg? (UI) to do that
      25   CHS: And he fucked up
00002:01   PEREZ: Get one of these fuckin' recruits that just barely came
      02   in and tell them you're gonna hold the cooker and that's that.
      03   You hear me?
      04   CHS: Yo
      05   PEREZ: Lets see what kind of balls you got essay. If your scared
      06   of a write up then we know you don't have what it takes to ride
      07   Right or wrong
      08   CHS: Exactly.
      09   PEREZ: See, that's...man. But you know brother, I know a lot
      10   more than I'm saying and stuff but I kick back and (UI) nada you
      11   feel me?
      12   CHS: Yea (UI)
      13   PEREZ: Sit back and do my time
      14   CHS: Yea you don't do that. And then you go and something
      15   happens, (UI), like what they're just gonna let you go down there
      16   PEREZ: See they gave him a chance to go down there dawg
      17   CHS: But he fucked it up.
      18   PEREZ: Yes
      19   CHS: I already know
      20   PEREZ: He wasn't thinking bro, I'm not trying to be like
      21   disrespectful to you but he wasn't using his head right
      22   CHS: He wasn't?
      23   PEREZ: They should've had (UI) holding that fucker. He's a new
      24   (UI), he had earned nothing. You know?
      25   PEREZ: Ok well check this out. And this is what I, I really
00003:01   don't grasp. When all that happened with Fred Dag, You know what
      02   I'm talking about right?
      03   CHS: Yea with Fred Dog
      04   PEREZ: Well -
                                        Page 1
```

```
Exh189 - DISC 20572-20584.Transcript of bod rec of CI and R. Perez.1168.008PL.RR.txt
     05  CHS: You're talking about Freddie Martinez right?
     06  PEREZ: Yea. Well when all that went down, they shot everybody
     07  over, (UI) through the north (UI) Boom boom. See what I'm saying
     08  dawg, if (UI) to Cruces. Those fuckers are threatening us with
     09  the RICO Act. (UI) dawg. You feel me? Somebody must've told them
     10  vatos
     11  CHS: Yea
     12  PEREZ: Fuckin' that was on the table then that's something we
     13  didn't even consider. We never thought about that dawg. Now it's
     14  in our place and happening, and mother fuckers are trying to
     15  clean their ass now.
     16  CHS: And look, you know who they picked up (UI) right?
     17  PEREZ: Did they?
     18  CHS: Yea
     19  PEREZ: I hope not. I'm hoping (UI) but I don't see Sticks and
     20  them getting out of it dawg. I don't. Arturo, he's a snitch dawg
     21  he'll snitch his way out. He's done it before he'll do it again.
     22  You feel me?
     23  CHS:  Yea but he's been. He - look what happened when he sent
     24  Baby - 'member when he sent Baby Rabs, when we brought Baby Rabs
     25  into the Onda
00004:01  PEREZ: Yea
     02  CHS: And he brought - he sent Baby Rabs on that mission to slice
     03  up that cop remember?
     04  PEREZ: Yea.
     05  CHS: Yea he's the one that (UI)?
     06  PEREZ: That's why Baby Rabs is probably in the feds too
     07  CHS: And - and then not only that but Baby Rabs, Baby Conejo, the
     08  one that went to the program?
     09  PEREZ: Yea
     10  CHS: He saved him on another (UI) cut up a Jura too.
     11  PEREZ: But who?
     12  CHS: See they know that though. They have a lot of dirt on
     13  Arturo, because Arturo was doing inner prison mail.
     14  PEREZ: All (UI) that vato.
     15  CHS: You remember when Tiny and them brought that other vato
     16  up to South and they beat his head in with the fuckin' pole.
     17  With the bar?
     18  PEREZ: Yea
     19  CHS: And they shut down the handball court after that?
     20  PEREZ: Yea
     21  CHS: That was sent from Arturo too, and it was right there,
     22  they got him in the prison mail you know that right? Yea they
     23  have all that on Arturo.
     24  PEREZ: Like you're gonna go back to court next week with me.
     25  Fuckers there gonna try and talk to some of the brothers, and
00005:01  find out what the fuck's going on and we don't even know down
     02  here you know what I mean?
     03  CHS: Yea (UI)Yea I'll hit him up and see what's going on. You
     04  know what I mean, you know me. See what's going on over there,
     05  see what's happening. See what we can do and, but I'm telling
     06  you essay it's...but Arturo's hit. He's already called too many
     07  shots in the open. He's gonna get no less than 20 (UI). There's
     08  no way he can, you know what I'm saying.
                                  Page 2
```

```
Exh189 - DISC 20572-20584.Transcript of bod rec of CI and R. Perez.1168.008PL.RR.txt
         09  PEREZ: Sticks too
         10  CHS: Yea Sticks too.
         11  PEREZ: Wild Bill, he's been in and out of the system
         12  for so long that... I don't think (UI) 'cause (UI) not stupid
         13  dawg. He's not dumb. (UI) I don't see that happening (UI)
         14  CHS: Oh yea. No Billy's too quiet
         15  PEREZ:  Old school and that. Somebody would have to get on the
         16  stand and testify against him (UI). You feel me?
         17  CHS:  Yea, but see they're not bringing him for that shit with
         18  Pancho and Looney. Remember that? Remember that shit with Pancho
         19  and Looney in Cruces?
         20  PEREZ: Yea
         21  CHS:  Dawg, you the one who called that Billy. You see so they
         22  might be getting him for that.
         23  PEREZ: (UI) but he's got ace back from Cruces right?
         24  CHS: Yea.
         25  PEREZ: He was giving Trigger 'squina, homes
00006:01  CHS: Yea?
         02  PEREZ: Yup. After the discovery everything came out (UI) homes.
         03  CHS:  Yea but you know how that goes, you give somebody a sopa,
         04  you get close to them, you handle business. So they don't know
         05  what his true motives were behind that. Don't ever judge him on
         06  that know what I mean? You know that.
         07  PEREZ: (UI) I'm gonna give a vato like that a soup or something.
         08  CHS:  yea I know. But you, you know what I mean. But it's all
         09  good. Hey, I think that's what's happening with Billy. Is that.
         10  You know what I mean?
         11  PEREZ:  yea I don't know. We'll just have to kick back and let
         12  the smoke clear and see what the fuck's going on and what's
         13  gonna be left of us over/out here. (UI) they went to the
         14  program, what 50 of them in the system? Good ones?
         15  CHS: Yea
         16  PEREZ: See? (UI) some of them, they don't fuckin', they don't
         17  deserve the right to tell me
         18  CHS:  But look, Rudy, look at all them, them personal vendettas
         19  going on by the vatos who are getting hit
         20  PEREZ: Because they're batting for the top seat.
         21  CHS:  Exactly. That's why all this came down. You know what I'm
         22  saying? All them vatos calling them shots, even Billy.
         23  PEREZ:  They want the big ones out of the picture so they can
         24  climb the ladder
         25  CHS: Even Billy
00007:01  PEREZ: and you know -
         02  CHS: - hey. Look, they gave us Cruces in the south, remember?
         03  And then what happened in Cruces..
         04  PEREZ: Yea
         05  CHS: Billy called that right? With Looney and Pancho. After that
         06  they shut us down.
         07  PEREZ: Yea
         08  CHS: There you go.
         09  PEREZ: I don't know, we're just gonna have to wait until the
         10  smoke clears and see what's left and
         11  CHS: But right or wrong (UI)
         12  PEREZ: (UI) Fuck I don't care.
                                       Page 3
```

Exh189 - DISC 20572-20584.Transcript of bod rec of CI and R. Perez.1168.008PL.RR.txt

```
13 CHS: These vatos, they're dumb (UI).
14 PEREZ: And then Marijuano dumbass acting like he's a shot
15 caller. I told him fucker you need to earn your stripes first.
16 That vato acts like he's some big shot or something.
17 CHS: Yea
18 PEREZ: (UI) In the yard, (UI).
19 CHS: But hey (UI) like you, you know what you've done, know
20 what I'm saying? And you know what you learned. So these vatos,
21 you get what I'm saying?
22 PEREZ: Yea
23 CHS: So they can't compare to that you feel me? And (UI) always
24 look down on them for that.They're just vatos trying to rise,
25 know what I mean? But it's all good; I feel what you're saying
00008:01 you know?
02 PEREZ: (UI) before anybody even said brother or anything.
03 And-and when I (UI) and they're like well check it out no
04 questions asked let's do this. I pick up 10 from the gate you
05 know what I mean?
06 CHS: (UI)
07 PEREZ: Even later on I still had to do work on the streets eh.
08 And I still don't (UI). And for vatos that haven't done fuck,
09 that haven't picked up a (UI)
10 CHS: Oh I know.
11 PEREZ: Hell nah. That's why, you know, I got (UI) there ain't
12 nothing wrong with this heart or these hands. I will get down
13 and dirty with the best of them. Know what I mean? And if they
14 wanna fuckin' misjudge me and think he's hurt, (UI) these
15 motherfuckers I say (UI)
16 CHS: And what about fuckin' Shotgun - you guys had it going good
17 huh?
18 PEREZ: Nah I told (UI) me and Shotgun hit the streets dawg (UI)
19 I'll have money on my books, I'll have some bitch on the list,
20 I'll have (UI) because he knows what the fuck I did out there,
21 know what I mean?
22 CHS: Oh where's Shotgun from? Is he from Carlsbad too?
23 PEREZ:  Carlsbad.
24 CHS: That's where you're from too huh?
25 PEREZ: yea. I was born and raised. I was born in Roswell (UI)
00009:01 elementary all the way up to like 10th grade. And then I got in
02 trouble went to (UI) I came back, I went to Carlsbad, when I got
03 with Josie, and I've been living in Carlsbad since like 90, you
04 know what I mean?And I known Shotgun since, I known that vato
05 when he was still fuckin' running around on the streets you know
06 what I mean?
07 CHS: Hey what happened with joker (UI)? Remember we were rapping
08 about that?
09 PEREZ: Yea
10 CHS: What - what happened with him? Do you know what I'm talking
11 about? The vato that got ambushed. (UI) What happened there
12 - were they with the Bandidos or what?
13 PEREZ: I don't know the whole - I've heard too many different
14 stories (UI) 'cause I don't know what's fact and what's nonsense
15 and definitely not gonna repeat it you know? (UI) 'cause I've
16 heard people say that fat little motherfucker (UI) you know what
```

Exh189 - DISC 20572-20584.Transcript of bod rec of CI and R. Perez.1168.008PL.RR.txt

```
        17  I mean?
        18  CHS: Hey (UI)
        19  PEREZ: That motherfucker is a stone cold (UI) dawg.
        20  CHS: Hey have you done good with him (UI)?
        21  PEREZ:  Yes. That's what I'm saying, that motherfucker knows what
        22  kind of balls I got. You know what I mean like one day (UI)
        23  granddaughter this (UI). (UI) jumped in his car, (UI). And no
        24  questions asked dawg. You feel me?
        25  CHS: Yea
00010:01  PEREZ: so much shit that that man (UI) be like you do this you do
       02  that, just go. Don't call me (UI) give some time to breathe and
       03  let this shit clear.
       04  CHS: Hey was there any (UI) that are out there?
       05  PEREZ: Yea in Artesia. (UI) shot me. Little Leonard.
       06  CHS: Did you guys ever get that fucker?
       07  PEREZ: He's the one who shot me eh.That fucker's gonna have (UI)
       08  over there in central (UI) and we were talking (UI) remember?
       09  CHS: Yea my bad (UI)
       10  PEREZ: I got him I got him
       11  CHS: Who was that fucker?
       12  PEREZ: Little Leonard Galindo, we call him Sleepy.
       13  CHS: Where's he at now?
       14  PEREZ: In the fed. Oh Shotty told me, Shotgun done told me the
       15  truth dawg. (UI) in the feds, he's not coming home. (UI)
       16  CHS: Well what about the other LC-er's(sic) out there?
       17  PEREZ: Uh (UI) but it could never be proved.
       18  CHS: Hey did you guys ever, did you guys shut them fuckers down?
       19  PEREZ:  Huh?
       20  CHS: Did you guys shut them down?
       21  PEREZ: Oh yea. In fact, me and (UI) were at a spot one night, (UI)
       22  CHS:  Who?
       23  PEREZ: (UI)
       24  CHS: Yea
       25  PEREZ: (UI) he just said you get the door so I creeped through the
00011:01  side, (UI) they-they couldn't help know what I mean? (UI) and what
       02  had to happen had to happen. Left that motherfucker naked and with
       03  nothing. Took his money, his gun, eh. And he got pistol whipped.
       04  (UI) in his jeep and took off in his jeep.
       05  CHS: Hey (UI) is it easy to fuckin bury people up out there?
       06  PEREZ:  Huh?
       07  CHS: Is it easy to bury people out there?
       08  PEREZ: Oh yea. Yea
       09  CHS: Hey you (UI) yourself or what?
       10  PEREZ: (UI) Shotty he knows. I can vouch for him and he do the same
       11  for me. You feel me? (UIO and I went to county, and ended up back in
       12  central, and I got out. I made it back to Carlsbad, my (UI), my wetta
       13  got her college money, right? And I had just hired the (UI) lawyer
       14  to represent me. (UI) he gets my bond dropped from 25,000 cash to
       15  2,500 cash. My daughter bonds me out dawg. She got me out on
       16  April 22nd, And man, did I fuckin' try my part to catch these
       17  punks (UI) was in rehab, Shotty was in the feds. (UI) was out
       18  there, but I don't know what the fuck was up with him. I'm so
       19  hurt with him right now it's not even funny. But if I would've
       20  just had one brother out there (UI) all I need homes. I just
```

Page 5

```
  Exh189 - DISC 20572-20584.Transcript of bod rec of CI and R. Perez.1168.008PL.RR.txt
       21  needed help to get the motherfucker where I need him know what
       22  I mean? And there was nobody out there that I could trust dawg.
       23  (UI) fuck that.
       24  (END OF RECORDING)
       25  .
00012:01  .
       02  .
       03  .
```