Transcript
Federal Bureau of Investigation
Albuquerque Field Division

Case number            245U-AQ-6239655

Date of recording      2/09/2016 – 3/14/2016
                       (exact date unknown)

Participants           CHS
                       Carlos Herrera = Herrera

Transcribed by         AER

Date transcribed       12/13/2016

Notations              Unintelligible = UI

**The following transcript has been compared to the audio
recording from which it was made, and to the best of my
ability, the transcript is a true, complete, and
accurate record of the recording.
_TFO Chris Cupit**

| Herrera | UI |
|---------|----|

| | |
|---|---|
| CHS | Hey *carnal*, |
| Herrera | UI like, like me and Alex, like, like me and the *carnal* UI *carnal* UI well like I said, UI it was fuckin bad ay. It was fuckin bad. And I fuckin, UI fuckin UI *carnal* UI each other's UI Baby Rob, renounce. |
| CHS | Well see *carnal*, |
| Herrera | Now Earn Dog, |
| CHS | Lazy! *Washa*, check it out brother. When I was there now at the north, all UI *vatos,* everybody was like in hoops no? |
| Herrera | Yeah. |
| CHS | Arguing. They were saying, "what the fuck, is going on ay?" Them *vatos* down there. Your name came up and then they're like that shit, should've waited. We were coming out UI. And then it was certain ones that were saying "Fuck you". Know what I mean? |
| Herrera | Yeah well I heard UI |
| CHS | (overlap)Like brother like, |
| Herrera | Just like everyone else like if UI. I've been in contact with UI made contact with Junior, made contact with all kinds of UI. Made contact with Spyder too. You know? That fuckin UI I rapped about it. I-I seen UI- |
| CHS | (overlap)Well who was he talking -- it was all those *vatos*. |
| Herrera | UI? |
| CHS | It was just like, fuckin like, Shadow and Crazo and, even Ern Dog dog you know what I mean? |
| Herrera | Crazo just found out. |
| CHS | UI Earn Dog too UI. |
| Herrera | Earn Dog? |
| CHS | That I told- |
| Herrera | Earn Dog was UI? |
| CHS | Yeah he was just saying, |
| Herrera | Hey no *carnal*, look UI look, look, look UI and if Earn Dog wants UI or whatever, wants to get it, we'll get it. We'll UI. Cause he |

| | |
|---|---|
| | knows *carnal*. UI he wants to turn around, and now all UI he was over there fuckin straight fucking asking *carnal*. Ask Alex, throw down UI fuckin UI [starts yelling] UI! |
| CHS | UI |
| Herrera | You know what is it *carnal*? If everybody else UI with each other dog and all this shit like I told ern dog. When you're mad at me, UI Baby Rob UI fuckin tryin to I haven't done fuck and I don't deserve the *llaves* I never wanted them dog. But you know what? Well how did they put Ogre in it? UI they were trying to UI. They were trying to make me UI *carnal*. They were trying to make fuckin *carnales* UI fuckin UI fuckin UI since day one since we, since we had to UI fuckin UI. Been since day one *carnal*. And-and, and Baby Rob, bitches out. Crazo bitches out. Then these fuckin *carnals*, UI Earn Dog, (stutters) UI *carnal*. UI I know what he told me. And-and I heard that. And then I UI. Well, when he told me that, that UI just letting you know, that, if I tell you hey UI ay. I can't-I can't move, if I tell you that UI you're gonna move now UI. Because I was UI. I was there already talking about it. When I start getting mad, he's like, "every *carnal*, doesn-doesn't pay attention to it. No one-no one says anything. It's like it's ok. It's ok for *vatos* to fuckin, when that's when it is *carnal*, when we should just, have everyone get together and, if you're negative, they don't wanna fuckin get together, then there's the door. What did I tell you? We're fuckin UI because, I UI dedicate my life to this fuckin cause dog. Er, because, UI they wanna get bad and *carnals* wanna round up. UI. And they, fuckin ignore Baby Rob, Crazo, fuckin Shadow UI to get the fuck out of here right? UI, come on UI. Come on. Strap up and see what |

|  | the fuck you have to say when they're gone and the doors are open homie. Everyone UI fuckin UI fuckin act all crazy. Believe me. You know what I mean? That's when we as *carnales,* is that UI I rap to Spider UI I rap to UI, ask Juanito when I was UI we were UI all kinds of UI all this *carnals* and fuckin *chisme.* And here are *carnals* wanting to destroy this car, putting *carnals* against each other. UI fuckin gotta get over that shit. Step up and snap *carnal.* Bring this fuckin ranfla back to what it used to. These *carnals* want it like that *carnal.* An-and-and everyone needs to get together UI. UI. UI. UI (stutters) and I'm working and (stutters) UI *carnal* UI fuckin, like UI on your shoulder. UI these fuckin just have *vatos* UI coming to the ranfla fuckin UI like if they have UI from everybody. S-you know what I mean? And it's like Earn Dog, like with his values *carnal,* now chh, I UI. He is a good dude, he's a good person, UI person but, like I told him, I was hurt from when he was telling me. And I talked to him and I told him UI so I don't know if, if he UI, maybe he went to fuckin UI and, now all of a sudden he's like, like um, |
| CHS | He had a change of heart. |
| Herrera | He had a change of heart. |
| CHS | No I-I know I understand *carnal.* |
| Herrera | I'm just telling you *carnal.* Like I told you, why you even say something like that? He went around and told everybody UI I told that fuckin UI told me. Like, UI *carnal* UI- |
| CHS | (overlap) Well this is- |
| Herrera | UI |
| CHS | (overlap) This is what he was saying *carnal.* At the north, |
| Herrera | Yeah I know, in Cruces. |
| CHS | Why did he tell you when he was UI? See, he |

| | |
|---|---|
| | was saying, why the fuck, were you, he was hurt *carnal* cause I guess you were on the tabla no? And he was just saying about, oh about you know? I don't need you. That shit would've went down, I wouldn't jeopardize *carnals* like that. We're brothers it would have got done cleaner, no? |
| Herrera | UI *ese*. Hey *carnal*, that vato was scared homie, scared. I put that I told him. They can say whatever UI- |
| CHS | (overlap) Bro I know I was there *carnal*. I was there brother I was there with you guys. I seen what happened I s- |
| Herrera | And they wanna sit there and talk all that shit when that shit happened with Javier, they were hurt about me. And they said ahh, that fuckin UI I was UI and uh, UI fuckin UI when you wanna criticize people that are on the tabla, because they UI because it wasnt done correctly. Well why did you do? Everybody has their own UI *carnal* and, UI what's your solution then? |
| CHS | Yeah but *washa*, |
| Herrera | Well your solution, there's a lot of *carnals* and-and their solution is now it's not like that anymore because now everybody here, UI and, and UI solution UI *carnal*. And I wanna get out. They tapped out. UI fuckin tap the fuck out *carnal*. So, regardless of what he said, when he was getting all the UI *carnal*. Cause he lied to me. When I told him, UI he wanted he was going out and pinching Kilo told me. Kilo UI he was already fuckin talking UI *carnal*. He fuckin UI *carnals* were coming to me just, just wanted some weed UI I've always UI just don't UI telling you, just keep it to yourself. Don't go around telling everybody. UI ok. Now, Ernie and UI that's based on UI because, because, you, you feel that it was wrong to to kill a guy UI |

|  | you-you feel its wrong because this onda *carnal*, and UI not used to UI it's not about you or what the fuck UI this is about how we all fuckin UI. UI got used to me. We're fuckin UI seen a *carnal* with a UI *carnal*, we're gonna be able to kill him. UI I don't know why you're UI. He'll fuckin stab the fuck out of you *carnal*. UI you know this is what it is *carnal*. Motherfuckers show weakness. I-it-it-it is what it is. If a motherfucker doesn't want to be in the ranfla chh, dam. If-if you go and any fuckin vato right now UI anytime UI you know like I told him, I told him, "yeah we all I-t-we UI *carnal*," finally after that, UI what started to happen to him and, UI do shit UI. And he tells me, "I'm just tired of all the UI and negativity and this and that." UI motherfucker, UI do what you wanna do UI ok. Then I fuckin come to find out, UI they were saying about Shadow. All of a sudden, when we were in Cruces *carnal*, fuckin UI was fuckin kill that vato. Because he was picking up that fuckin *barrio*. And-and UI he was going around kicking it with LC going to fuckin prayer meetings out there in fucking UI- |
|---|---|
| CHS | (overlap)But see that's what, *washa* Lazy, when I got there brother, that's what I didn't agree with *carnal* and, they told me he was part of the table no? I tripped out *carnal*. I said, "What?" Chhhh. I just, you know me *carnal*. I'm, I don't try (stutter) make myself seem more than what I am *carnal* but you know…..*carnal*. I just thought that wasn't right. |
| Herrera | Its not |
| CHS | And that's why, I-I like kinda tripped out. |
| Herrera | All it was, is that I'm the one who spoke told UI, yeah. I UI *vatos* down UI *carnals* UI now I don't know, if this *vato* will make it |

| | |
|---|---|
| | fool. |
| CHS | You know, y-y- |
| Herrera | UI himself UI making all kinds of bullshit. |
| CHS | You know what he was trying to say about me UI? |
| Herrera | Huh? |
| CHS | That I fuckin knew about that *vato*. *Carnal,* I didn't even know about that *vato* UI you know what I mean? |
| Herrera | UI *carnal,* UI all I knew UI. I never had anything like UI. I was telling him *carnal* outta nowhere don't go around saying that if you decide to tap out, that's your call. But dont expect me to UI that's what he was wanting. UI want it. UI *carnal.* Fuckin UI over here fuckin, chh talking fucking UI. |
| CHS | But I had told you that Lazy when he was there remember? |
| Herrera | Pick up a bible. |
| CHS | B-hey *carnal* member we had-we had told Roy? Remember? |
| Herrera | Yeah. |
| CHS | I had already told you that *carnal*. Like when we had rapped about certain things remember? |
| Herrera | I UI and everybody was telling me and UI. That this is it. There UI certain *carnals* that, were supporting him. I mean UI supposedly planning to UI this and that. UI everyone pup, Styx, UI as of UI I tell him *carnal,* we have UI and we UI b-because, UI you have to *carnal.* |
| CHS | But I thought things were going good? |
| Herrera | It is going good. |
| CHS | That's what I said. |
| Herrera | Everything's going good *carnal*. Everyone right now is *firme*. There's some that-that stayed in Cruces, that's been hanging out when they were trying to say, Lazy's brought a certain group. But I'm thinking is they brought the other dude, UI people UI fuckin |

| | |
|---|---|
| | UI no? But that right there honestly, i-it's um, it's UI.That RICO act is going to take us to the feda UI and I'm right here UI. And everybody, everybody right now, from ern dog to whoever *carnal*. UI there's more UI like I told Bruno, I told him, "Why are you mad at me *carnal*?" I told him, "Why?" Because I told him, "You know what? It's because you expect me," like in other words, to UI everything's ok, to tell UI and pick up a fuckin Bible, and-and but you're UI forgetting one thing though, you got into a *clicka*. It-it's fuckin UI fuckin up he's gonna slip up and, and expect UI to UI to UI and violence and, and you know what I mean? It-it's, it's that UI *carnal*. UI Shadow. Everyone was mad at that fucker and still is cause, UI want no part of the onda no more and UI skeena, and UI to Cruces, and fuckin, UI. You can't do that. |
| CHS | Well I already know. |
| Herrera | And-and-and, and like I said, UI with all these UI all these things that you're doing UI *carnal*. UI *carnal*. It's like, UI *carnal*. But, like I told you, (stutters) UI but, it's like that saying *carnal*, UI. |
| CHS | UI? Ay! UI |
| UM | UI |
| CHS | UI? |
| UM | I don't know UI. |
| CHS | It was John John. |
| UM | UI |
| Herrera | Yeah? Hey……..hey. |
| CHS | Hey *carnal*. |
| Herrera | UI *washa*. |
| CHS | Hey, Lazy! Alright. Hey. |
| Herrera | Huh? |
| CHS | Alright. No, I hear you *carnal*. |
| Herrera | UI and it's like a UI and-and, and UI and, |
| CHS | Well be, |
| Herrera | UI saying that, UI fucking close to nothing |

| | |
|---|---|
| | *carnal.* |
| CHS | What happened? |
| Herrera | UI they were like, everyone. Like everyone was bumping heads with fuckin Spider, UI fuckin *carnals* trying to UI, trying to be UI and, UI. Fuckin crazy UI *carnal.* |
| CHS | Well I already know. I was there. I-I-I heard it all. I tripped out cause they were, they tried to bring some of that to me *carnal* and I was tryin to, you already know the way I am Lazy, no? They like to sit there and get caught up in all that bullshit no? Me, I'm-I'm on the workout tip *carnal,* and I do me. Know what I'm sayin? And I'm there for the *carnals* that-that-that-that-that count. Know what I mean? |
| Herrera | All of us *carnal,* fucking, all of us UI. Everyone here. Right now *carnal.* UI that have UI. UI they're all gone fool. Do you see me, the team. Do you see me UI? Fuck no. You ever hear me fucking say anything fucking like I wanna UI. You know what I mean? UI *carnal.* |
| CHS | But that's why you're at where you're at *carnal.* You know what I mean? |
| Herrera | UI *carnal* this and that, ooh *carnal* wh-when they brought in this car, UI *carnal.* UI(stutters)yeah, UI do whatever right now. UI *carnals* UI same thing it's like, UI. UI you should UI that, UI so we make them *carnal.* If we make them *carnals* UI. UI fuckin UI. UI see the way they think UI. UI Baby Rob UI chh, UI and everyone UI *carnal.* They told me he was cherry. They UI. UI skeena UI. But I was telling the *carnals,* well they knew all the time. Smurf all them fuckers knew. And not one time did they fuckin UI. |
| CHS | Well that's what they were saying about Javi. That fuckin *papels* were down there for a long time. |
| Herrera | What it is *carnal* UI is, and-and UI fuckin |

| | |
|---|---|
| | UI, well how come they don't do fuck? Like real talk, we don't got time for that shit. UI fuckin UI for them. They won't tell me. My dudes go over there and fuckin kick UI yeah and not even UI fuck UI. Who told you UI. Know what I mean? |
| CHS | Yeah, *simon*. |
| Herrera | UI fuckin thing. UI. That's what I'm saying UI fuckin then handle it's just, it's crazy *carnal*. It's fucking crazy. But it's getting better fool. |
| CHS | That's good. |
| Herrera | But now, what we have to do, is just, is, is just, if they're not down to ride, whatever. If-if-if they're not down, if they're fucking being heavy, and they're UI, because you know UI then there's the door. Because, listen either you're in or you're not. We're not gonna sit here and baby you. If they don't want to be there for you, then fucking don't go. But, UI I fucking, (stutters) yeah you know like I said, the thing is *carnal*, is you have *carnals* that, that feel, like oh but it's wrong, it's wrong. Fuckin send these *carnals* to do this. UI. Chh, well they talk all this fuckin, like like they could of done better then why didn't they do it then. |
| CHS | Exactly. Why was that fuckin- |
| Herrera | (overlap) And not only that, I wasn't on fuckin UI for anybody. It-you-you know you got in this ramfla *carnal*, UI and-and, and you support UI but if you're scared of a lie, UI. UI- |
| CHS | (overlap) Yeah but, them fools that are talking shit *carnal*, |
| Herrera | Huh? |
| CHS | *Washa* Lazy. Them fools are talking shit, that fucking Pup was down there for four years almost. Javier was down there for four years *carnal*. Feel me? |

| | |
|---|---|
| Herrera | Yeah. Not only that, I mean you hear Crazo another one. Fuckin goes and taps out. |
| CHS | Chhh. |
| Herrera | *Carnal*. |
| CHS | Hey *carnal*, they're just mad because people got down there and that finally pushed the issue on things and, they didn't want that. They wanted to sit there and hold hands and drink tea. |
| Herrera | That's what I said. That's why cyclone left, that's what Sparky left, that's what Baby Rob left |
| CHS | Exactly. |
| Herrera | They didn't have it in em, *carnal*. And UI like that. Everyone started seeing it. And then when we talk all that shit UI. Hey *carnal*, and I feel bad, I feel bad for your *carnal*. UI but, yeah it is what it is *carnal*. UI. Now, that's-that's-that's now that's-that's UI fuckin UI now UI what we have to start doing now, is doing it at as a team. Coming together, as everybody UI so you know when UI *carnals* that the vatos that don't tap out, UI they don't UI. Now, UI fuckin UI but they have a fuckin, god damn fuckin fifty thousand fuckin, UI of-of straight *Sureno* soldiers. UI they just don't make you. UI don't make you a *carnal*, just because you have influence, just because that murder, it don't do no good. You have to be a structured *vato*, one that UI. One that's fuckin not an angry person, UI because they're all on the same page. The way it used to be. But it got out of hand, just started UI. And then you start bringing in *vatos* that, that put there work in, and all of, the sudden, they wanna start UI worth it, *carnal*. I never in my life dog presented myself like that. Going around barking orders to *carnals*. Fuckin, like acting a fucking fuckin fool *carnal*. UI chh, |

| | |
|---|---|
| | know what I mean? When I look at the older generations UI this is us now *carnal*. This is what we have left. Everybody's left us *carnal*. The ranfla yeah that was the older brothers Juanito, Pup, Styx, Razor. UI, still, UI, Matthew, the other *carnal* that fuckin shanked him. But everyone's gone you know? |
| CHS | Where's Choke at? |
| Herrera | In the Feds. |
| CHS | He's in the Feds too? |
| Herrera | Uh huh. In the Feds and then all the *rollo* that he was saying that we're UI fuckin UI *chafa* UI. We're fuckin over there strong. *Carnals* UI. All that UI *Surenos* too UI from Cali no? they were having issues to, they told those other *Surenos* out here, that they got word from UI told UI from UI to us these are the reglas and you're gonna abide by em. We have Kings and respect from New Mexico and the *vatos* from *Syndicato*, you guys are going to give them that respect you don't have respect. And if anybody went against then they aint *Surenos*, fuck em. Straight up ay. They don't fuck around. UI life if UI, it is what it is. (stutters) and we've always had that fuckin mutual respect. And we have to keep it. Because, we're not in position to-to do it UI if-if other *Nortenos* UI whatever don't wanna fuckin UI, petho we'll rank em ay. And-and we all have to be on the same page then. But, UI *carnales*, we just have to. We have to do it *carnal*, together. Not being negative and everybody's fighting, over position *carnal* everybody has their bullshit. We all have a fuckin task to do *carnal*. Every single one of us. Know what I mean? It's just like grandma they went and rounded him up chh, Garduno, Juanito UI it's-it's bad. I'm sure he knew about it. He knew UI he'd been |

| | |
|---|---|
| | there all this time. Chris got fuckin hemmed up too. |
| CHS | I seen them all in the county no? |
| Herrera | Yeah? |
| CHS | They were taking em out the next day. I seen em all there. |
| Herrera | UI for? For drogos? |
| CHS | I guess. He told me he didn't even know UI they went and got em at like four in the morning he said no? |
| Herrera | UI, at four? |
| CHS | Yeah. |
| Herrera | UI *carnal*. UI. Ay! |
| CHS | Huh? |
| Herrera | UI *carnal*. All that UI bullshit *carnal* we need to bring this ranfla back fuckin got him *carnal*. They don't want no part in his life. It's just like now, UI awhile back, the RICO man chh, well what the fuck? Why do you think you got involved in UI everybody UI everybody's UI with fuckin Rico. Chh, you should've never gotten in but, being a gang member. You should've always stayed neutral. But now, UI too, chh, that's the game *que no*? |
| CHS | *Simon*. |
| Herrera | Nobody fuckin put a gun to her head. And that's why I told Earn, let's be real I told earn dog. I told him, "How could you say you're my *carnal*, if-if, if, you're UI like, you're not in it?" then be real with me tell em you're not. I don't-I don't need you. UI bro. Know what I mean? |
| CHS | *Simon*. |
| Herrera | They wanna be all negative. More than one, be all negative. At, in other words, we're doing wrong. How are we doing wrong? Cause it wasn't done correctly. I agree it wasn't done correctly but, aside from that, chhh. Then, then how come there wasn't a solution? UI fuckin UI you can do it like this. Know what |

| | |
|---|---|
| | I mean? It's just like, well fuckin, well I never said it-it's-it's, uh, let's question about let's ask him ay, "what's up with this paper?" No one ever asked me anything. When they were with him before no one ever went and told him anything. But then, then all of a sudden people wanna just fuckin UI *carnal* all it is is negativity, negative fucker. Baby Rob wanted to sit there and, talk all kinds of shit. Well then do good. program and go to Cruces then. Why doesn't he keep getting regressed? You could. The whole fuckin time. They let out Juanito. They let out me, Rabbit, Styx all of us. They never let me out. There's that one time we went to the south. And-and they told me, straight up. That he was all *UI* ay. He was all scared *carnal*. Blue seen it he told me Spider seen it. That's why we kinda backed up on him ay cause he was all *UI*. He was showing like fear ay like he was scared. Know what I mean? It hurts *carnal*, it hurts bro. That fucker shh, you know? When you went to Cruces, Juanito's '*squina* and tried hiding oh I didn't know. Ask Juanito. Ask UI- |
| CHS | (overlap) UI [laughs] |
| Herrera | He told me, "That's you *carnal*? Oh I-I didn't know that was you." Juanito UI told him "what's up here?" UI over here. UI. Right away, tell him, no? Then he started saying, "No, I just, tired of her. They were supposed to fuckin do this and UI and all kinds, talking crazy UI, and all these other *carnals* that they don't do *nada*. Fuck that," and just, crazy shit ay. |
| CHS | Why was he throwing their games in the mix? |
| Herrera | I don't know but, |
| CHS | [laughs] Weirdo. |
| Herrera | Those fuckers are UI weirdos *carnal*. Ask Juanito. I was trying to give him all kinds |

|  | of UI. UI who knows *carnal*, weirdos. I don't understand him but that's why I'm saying UI. They're fuckin weirdos *carnal*. UI like that. And then, UI then back up your game. You know? |
|---|---|
| CHS | Yeah, but, that fucker wasn't gonna back up *nada ese*. |
| Herrera | That's what I'm saying. |
| CHS | H-but he's been a pussy, Lazy. |
| Herrera | I know. |
| CHS | You know that *vatos* been a pussy for a long time. |
| Herrera | UI but they don't. They-they act like they're not. And then you have other *carnals* UI and act like they don't see it. And they wanna go around like little brothers. |
| CHS | But the only ones *carnal* that I respect behind this UI certain ones there that was you, owl, and a couple others know what I mean? |
| Herrera | Yeah. |
| CHS | UI these other *vatos*, you already know *carnal*. You know what I mean? Like with Shadow when I seen him in the hole and he tried to tell me 'bout when he was on the *tabla* I said, "Pfft." |
| Herrera | Then what breaks my heart too, is every single one of them fuckers that fuckin, UI. Creeper, UI fuckin UI and then UI what everybody wanted not to say nothing. UI. He'd been there for what? UI fuckin UI or you tell him to spit. And you ask anybody. What's up? What you wanna do? They don't wanna do nothin *carnal*. We have *carnals* that just, playing around UI cause they just want UI. You have other *carnals* that just want contact visits. They're all gone now. Know what I mean? That shit UI shit UI questioning them. They should be UI fuckin, like, you know what I mean? I don't know *carnal*. |

| | |
|---|---|
| CHS | No, I know what you mean bro. UI trust me. Ay! |
| Herrera | Huh? |
| CHS | [laughs] *Simon* ay. |
| Herrera | Told you *carnal*. |
| CHS | Yeah. |
| Herrera | It's all negative *carnal*. All UI everybody just fuckin negative. They're all gone *jodido*. They're all gone. All them vatos are all gone. UI- |
| CHS | (overlap)Hey UI *carnal*. |
| Herrera | I was telling Dan Dan. You're over there showing that vato more love than me *carnal*. Chh, *vatos* UI fool. Know what I mean? |
| CHS | Who, that fool Javier? |
| Herrera | Huh? |
| CHS | That fool Javier? |
| Herrera | Yeah. |
| CHS | That's cause he had a *clavo carnal*……….And he was right there in his pod you know what I mean? |
| Herrera | Yeah. |
| CHS | He had him under the wing, just fuckin [laughs]. |
| Herrera | Ah, this fucker. |
| CHS | UI his *clavo*. [laughs] |
| Herrera | Ohh! |
| CHS | [laughs] Oh fuck *carnal*. |
| Herrera | Na, I got it. Fuckin drew. |
| CHS | Who? |
| Herrera | Fuckin Andrew. |
| CHS | What Andrew? |
| Herrera | UI. |
| CHS | Who the fuck is that? |
| Herrera | The one from Cruces. That black fuckin Andrew who volunteered. |
| CHS | I don't know him. |
| Herrera | Yeah, from UI. |
| CHS | Was he there when I was here? |

| | |
|---|---|
| Herrera | Yeah. |
| CHS | I don't know him. |
| Herrera | Yeah, UI. |
| CHS | He's at the north in three A Qpod, cell twelve. No cell eleven. |
| Herrera | Yeah? |
| CHS | Yeah. |
| Herrera | What did they tell about the report? |
| CHS | Oh, about *the fierros*? |
| Herrera | Yeah. |
| CHS | I don't know *carnal*. I mean I don't know. UI was doing that predator program no? Ace was there too. |
| Herrera | What is he doing? |
| CHS | *Nada*. Just, going *rollo* with him no? |
| Herrera | Yeah...........yeah, UI fucker. Where's Frankie? |
| CHS | He's next door in R pod. |
| Herrera | Fuckin UI ay. |
| CHS | That's a good brother right there. |
| Herrera | UI. That's my UI right there. That's one right there that was, right there UI. |
| CHS | Yeah. |
| Herrera | UI there too UI. Everyone was on the same page but just certain people. UI chh, didn't even need to be on there like fuckin UI. That's all they wanted just to, UI but, UI just wanted a vote with a fuckin UI. Another dude just fucking around. Which is firme we all want party but, it's good. Ay, when that shit came too and UI when that shit happened UI *clavo*. Fuckin handle. UI talk about UI that shit fuckin UI. You know? |
| CHS | [laughs] *Simon*. |
| Herrera | UI wanna UI they UI they should've told you. I'm like for what? So he could of went to campaign to, UI try to, say that it wasn't real? I seen it man. |
| CHS | The paperwork was real huh? |
| Herrera | yeah. They were just mad, they were angry UI her UI. |

| CHS | Yeah I already know *carnal*. |
| Herrera | UI no? |
| CHS | Yeah but he did *carnal*. You gotta see it like this. |
| Herrera | But, UI- |
| CHS | (overlap) Check it out Lazy. |
| Herrera | UI |
| CHS | But that's what too many *vatos* are doing now a days Lazy. |
| Herrera | UI it's ok and they get away it. |
| CHS | Yeah they're seeing that grey area. There's no grey area *carnal*. It's either black or white. |
| Herrera | yup |
| CHS | It's either you are, or you're not. If you're not, get the fuck off the way. Know what I mean? |
| Herrera | Yup. |
| CHS | Cause…….Yup!I ain't gonna [laughs] this time *carnal*. I ain't gonna see the fuckin UI til I'm UI ay. |
| Herrera | UI |
| CHS | Huh? |
| Herrera | UI fuckin, you didn't even come UI huh? |
| CHS | No but, but, you know what I mean? |
| Herrera | Yeah. |
| CHS | But, ay *carnal*. I have all my property no? Just waiting for them fuckers to bring it to me. I UI in my shit I got a bunch of commissary, everything. |
| Herrera | Yeah? |
| CHS | Yeah. I got all my shit *carnal* just waiting for them fuckers to give me my shit no? |
| Herrera | Have you been out in the yard? |
| CHS | Huh? |
| Herrera | Have you been out in the yard UI? |
| CHS | Fuck no. |
| Herrera | No? |
| CHS | *Pero*, you know what I mean? |

| Herrera | What's UI? |
| CHS | Yeah. |
| Herrera | No? |
| CHS | Yeah! Fuck yeah! |
| Herrera | *Serio*? |
| CHS | That's why I told you, just fuckin, we'll fuckin, know what I mean? |
| Herrera | Yeah. |
| CHS | Cause that's how I fuckin, you know what I mean? |
| Herrera | who do it for you? |
| CHS | Huh? |
| Herrera | Do you have someone to do it? |
| CHS | Yeah. |
| Herrera | Alright. |
| CHS | Yeah I'm (stutters) know what I mean? |
| Herrera | Yeah. |
| CHS | It's not fuckin UI all fuckin *fantastico* but, you know what I mean? |
| Herrera | I thought you were UI? UI. |
| CHS | Yeah, when I got out? |
| Herrera | Na, UI fucker. |
| CHS | Parole? [laughs] |
| Herrera | Na, |
| CHS | Yeah [laughs] UI |
| Herrera | I know. UI that shits fuckin, chh, UI. |
| CHS | Huh? |
| Herrera | That shit UI. |
| CHS | Yeah. |
| Herrera | UI ay. He didn't answer. |
| [pause] | |
| CHS | Yeah fuckin, chh I got out there that, that-the number to your *pipas* I went I hit her up I met her *carnal*. We met her right there at the Wendy's. She was with your ex *ruca*, no? |
| Herrera | Yeah. |
| CHS | And then I gave her that for you, and then I showed her how-how I was doing it no? |
| Herrera | Yeah. |

| CHS | Like, (stutter) so I'm saying *carnal*. I sent that fucker that fucker in *carnal*. |
|---|---|
| Herrera | UI |
| CHS | Huh? |
| Herrera | UI? |
| CHS | Huh? |
| Herrera | Hold on……hold on I UI alright? |
| CHS | Alright. |
| Herrera | UI *carnal*. UI |

xh193 - DISC 20839-20858.Cert Trans of bod rec of CHS & C. Herrera(2-9-16 to 3-14-16).2373.006PL.R.txt

```
00001:01  Herrera: (UI)
      02  CHS: Hey carnal,
      03  Herrera: (UI) like, like me and Alex, like, like me and the
      04  carnal (UI) carnal (UI) well like I said, (UI)it was fuckin
      05  bad ay. It was fuckin bad. And I fuckin, (UI) fuckin (UI)
      06  carnal (UI) each other's (UI) Baby Rob, renounce.
      07  CHS: Well see carnal,
      08  Herrera: Now Earn Dog,
      09  CHS: Lazy! Washa, check it out brother. When I was there now
      10  at the north, all (UI) vatos, everybody was like in hoops no?
      11  Herrera: Yeah.
      12  CHS: Arguing. They were saying, "what the fuck, is going
      13  on ay?" Them vatos down there. Your name came up and then
      14  they're like that shit, should've waited. We were coming out
      15  (UI). And then it was certain ones that were saying "Fuck you".
      16  Know what I mean?
      17  Herrera: Yeah well I heard (UI)
      18  CHS: (overlap)Like brother like,
      19  Herrera: Just like everyone else like if (UI). I've been in
      20  contact with (UI) made contact with Junior, made contact with
      21  all kinds of (UI). Made contact with Spyder too. You know? That
      22  fuckin (UI) I rapped about it. I-I seen (UI)-
      23  CHS: (overlap)Well who was he talking -- it was all those vatos.
      24  Herrera: (UI)?
      25  CHS: It was just like, fuckin like, Shadow and Crazo and, even
00002:01  Ern Dog dog you know what I mean?
      02  Herrera: Crazo just found out.
      03  CHS: (UI) Earn Dog too (UI).
      04  Herrera: Earn Dog?
      05  CHS: That I told-
      06  Herrera: Earn Dog was (UI)?
      07  CHS: Yeah he was just saying,
      08  Herrera: Hey no carnal, look (UI) look, look, look (UI) and if
      09  Earn Dog wants (UI) or whatever, wants to get it, we'll get it.
      10  We'll (UI). Cause he knows carnal. (UI) he wants to turn around,
      11  and now all (UI) he was over there fuckin straight fucking
      12  asking carnal. Ask Alex, throw down (UI) fuckin (UI) [starts
      13  yelling] (UI)!
      14  CHS: (UI)
      15  Herrera: You know what is it carnal? If everybody else (UI) with
      16  each other dog and all this shit like I told ern dog. When you're
      17  mad at me, (UI) Baby Rob (UI) fuckin tryin to I haven't done fuck
      18  and I don't deserve the llaves I never wanted them dog. But you
      19  know what? Well how did they put Ogre in it? (UI) they were
      20  trying to (UI). They were trying to make me (UI) carnal. They
      21  were trying to make fuckin carnales (UI) fuckin (UI) fuckin (UI)
      22  since day one since we, since we had to (UI) fuckin (UI). Been
      23  since day one carnal. And- and, and Baby Rob, bitches out. Crazo
      24  bitches out. Then these fuckin carnals, (UI) Earn Dog, (stutters)
      25  (UI) carnal. (UI) I know what he told me. And-and I heard that.
00003:01  And then I (UI). Well, when he told me that, that (UI) just
      02  letting you know, that, if I tell you hey (UI) ay. I can't-I
      03  can't move, if I tell you that (UI) you're gonna move now (UI).
      04  Because I was (UI). I was there already talking about it. When I
```

xh193 - DISC 20839-20858.Cert Trans of bod rec of CHS & C. Herrera(2-9-16 to 3-14-16).2373.006PL.R.txt

```
05  start getting mad, he's like, "every carnal, doesn-doesn't pay
06  attention to it. No one-no one says anything. It's like it's ok.
07  It's ok for vatos to fuckin, when that's when it is carnal, when
08  we should just, have everyone get together and, if you're negative,
09  they don't wanna fuckin get together, then there's the door.
10  What did I tell you? We're fuckin (UI) because, I (UI) dedicate
11  my life to this fuckin cause dog. Er, because, (UI) they wanna
12  get bad and carnals wanna round up. (UI). And they, they fuckin
13  ignore Baby Rob, Crazo, fuckin Shadow (UI) to get the fuck out
14  of here right? (UI), come on (UI). Come on. Strap up and see
15  what the fuck you have to say when they're gone and the doors are
16  open homie. Everyone (UI) fuckin (UI) fuckin act all crazy.
17  Believe me. You know what I mean? That's when we as carnales, is
18  that (UI) I rap to Spider (UI) I rap to (UI), ask Juanito when I
19  was (UI) we were (UI) all kinds of (UI) all this carnals and
20  fuckin chisme. And here are carnals wanting to destroy this car,
21  putting carnals against each other. (UI) fuckin gotta get over
22  that shit. Step up and snap carnal. Bring this fuckin ranfla
23  back to what it used to. These carnals want it like that carnal.
24  An-and-and everyone needs to get together (UI). (UI). (UI). (UI)
25  (stutters) and I'm working and (stutters) (UI) carnal (UI)
00004:01  fuckin, like (UI) on your shoulder. (UI) these fuckin just have
02  vatos (UI) coming to the ranfla fuckin (UI) like if they have (UI)
03  from everybody. S-you know what I mean? And it's like Earn Dog,
04  like with his values carnal, now chh, I (UI). He is a good dude,
05  he's a good person, (UI) person but, like I told him, I was hurt
06  from when he was telling me. And I talked to him and I told him
07  (UI) so I don't know if, if he (UI), maybe he went to fuckin (UI)
08  and, now all of a sudden he's like, like um,
09  CHS: He had a change of heart.
10  Herrera: He had a change of heart.
11  CHS: No I-I know I understand carnal.
12  Herrera: I'm just telling you carnal. Like I told you,
13  why you even say something like that? He went around and told
14  everybody (UI) I told that fuckin (UI) told me. Like, (UI)
15  carnal (UI)-
16  CHS: (overlap) Well this is-
17  Herrera: (UI)
18  CHS: (overlap) This is what he was saying carnal. At the north,
19  Herrera: Yeah I know, in Cruces.
20  CHS: Why did he tell you when he was (UI)? See, he was saying,
21  why the fuck, were you, he was hurt carnal cause I guess you
22  were on the tabla no? And he was just saying about, oh about you
23  know? I don't need you. That shit would've went down, I wouldn't
24  jeopardize carnals like that. We're brothers it would
25  have got done cleaner, no?
00005:01  Herrera: (UI) ese. Hey carnal, that vato was scared homie, scared.
02  I put that I told him. They can say whatever (UI)-
03  CHS: (overlap) Bro I know I was there carnal. I was there brother
04  I was there with you guys. I seen what happened I s-
05  Herrera: And they wanna sit there and talk all that shit when
06  that shit happened with Javier, they were hurt about me. And they
07  said ahh, that fuckin (UI) I was (UI) and uh, (UI) fuckin (UI)
08  when you wanna criticize people that are on the tabla, because
```

xh193 - DISC 20839-20858.Cert Trans of bod rec of CHS & C. Herrera(2-9-16 to 3-14-16).2373.006PL.R.txt

```
      09  they (UI) because it wasnt done correctly. Well why did you do?
      10  Everybody has their own (UI) carnal and, (UI) what's your
      11  solution then?
      12  CHS: Yeah but washa,
      13  Herrera: Well your solution, there's a lot of carnals and-and
      14  their solution is now it's not like that anymore because now
      15  everybody here, (UI) and, and (UI) solution (UI) carnal. And
      16  I wanna get out. They tapped out. (UI) fuckin tap the fuck out
      17  carnal. So, regardless of what he said, when he was getting
      18  all the (UI) carnal. Cause he lied to me. When I told him,
      19  (UI) he wanted he was going out and pinching Kilo told me.
      20  Kilo (UI) he was already fuckin talking (UI) carnal. He fuckin
      21  (UI) carnals were coming to me just, just wanted some weed (UI)
      22  I've always (UI) just don't (UI) telling you, just keep it to
      23  yourself. Don't go around telling everybody. (UI) ok. Now,
      24  Ernie and (UI) that's based on (UI) because, because, you, you
      25  feel that it was wrong to to kill a guy (UI) you-you feel it's
00006:01  wrong because this onda carnal, and (UI) not used to (UI) it's
      02  not about you or what the fuck (UI) this is about how we all
      03  fuckin (UI). (UI) got used to me. We're fuckin (UI) seen a
      04  carnal with a (UI) carnal, we're gonna be able to kill him.
      05  (UI) I don't know why you're (UI). He'll fuckin stab the fuck
      06  out of you carnal. (UI) you know this is what it is carnal.
      07  Motherfuckers show weakness. I-it- it-it is what it is.
      08  If a motherfucker decides he doesn't want to be in the ranfla
      09  chh, dam. If-if you go and any fuckin vato right now (UI)
      10  anytime (UI) you know like I told him, I told him, "yeah we all
      11  I- t-we (UI) carnal," finally after that, (UI) what started to
      12  happen to him and, (UI) do shit. And he tells me, "I'm just
      13  tired of all the (UI) and negativity and this and that." (UI)
      14  motherfucker, (UI) do what you wanna do (UI) ok. Then I fuckin
      15  come to find out, (UI) they were saying about Shadow. All of a
      16  sudden, when we were in Cruces carnal, fuckin (UI) was fuckin
      17  kill that vato. Because he was picking up that fuckin barrio.
      18  And-and (UI) he was going around kicking it with LC going to
      19  fuckin prayer meetings out there in fucking (UI)-
      20  CHS: (overlap)But see that's what, washa Lazy, when I got there
      21  brother, that's what I didn't agree with carnal and, they told
      22  me he was part of the table no? I tripped out carnal. I said,
      23  "What?" Chhhh. I just, you know me carnal. I'm, I don't try
      24  (stutter) make myself seem more than what I am carnal but you
      25  know.....carnal. I just thought that wasn't right.
00007:01  Herrera: It's not
      02  CHS: And that's why, I-I like kinda tripped out.
      03  Herrera: All it was, is that I'm the one who spoke told (UI),
      04  yeah. I (UI) vatos down (UI) carnals (UI) now I don't know,
      05  if this vato will make it fool.
      06  CHS: You know, y-y-
      07  Herrera: (UI) himself (UI) making all kinds of bullshit.
      08  CHS: You know what he was trying to say about me (UI)?
      09  Herrera: Huh?
      10  CHS: That I fuckin knew about that vato. Carnal, I didn't
      11  even know about that vato (UI) you know what I mean?
      12  Herrera: (UI) carnal, (UI) all I knew (UI). I never had
```

xh193 - DISC 20839-20858.Cert Trans of bod rec of CHS & C. Herrera(2-9-16 to 3-14-16).2373.006PL.R.txt

```
         13  anything like (UI). I was telling him carnal outta nowhere
         14  don't go around saying that if you decide to tap out,
         15  that's your call. But dont expect me to (UI) that's what
         16  he was wanting. (UI) want it. (UI) carnal. Fuckin (UI) over
         17  here fuckin, chh talking fucking (UI).
         18  CHS: But I had told you that Lazy when he was there remember?
         19  Herrera: Pick up a bible.
         20  CHS: B-hey carnal member we had-we had told Roy? Remember?
         21  Herrera: Yeah.
         22  CHS: But I thought things were going good?
         23  Herrera: It is going good.
         24  CHS: That's what I said.
         25  Herrera: Everything's going good carnal. Everyone right now
00008:01  is firme. There's some that-that stayed in Cruces, that's
         02  been hanging out when they were trying to say, Lazy's
         03  brought a certain group. But I'm thinking is they brought
         04  the other dude, (UI) people (UI) fuckin (UI) no? But that
         05  right there honestly, i- it's um, it's (UI).That RICO act
         06  is going to take us to the feda (UI) and I'm right here (UI).
         07  And everybody, everybody right now, from ern dog to whoever
         08  carnal. (UI) there's more (UI) like I told Bruno, I told him,
         09  "Why are you mad at me carnal?" I told him, "Why?" Because
         10  I told him, "You know what? It's because you expect me," like
         11  in other words, to (UI) everything's ok, to tell (UI) and pick
         12  up a fuckin Bible, and-and but you're (UI) forgetting one
         13  thing though, you got into a clicka. It-it's fuckin (UI) fuckin
         14  up he's gonna slip up and, and expect (UI) to (UI) to (UI) and
         15  violence and, and you know what I mean? It-it's, it's that (UI)
         16  carnal. (UI) Shadow. Everyone was mad at that fucker and still
         17  is cause, (UI) want no part of the onda no more and (UI) skeena,
         18  and (UI) to Cruces, and fuckin, (UI). You can't do that.
         19  CHS: Well I already know.
         20  Herrera: And-and-and, and like I said, (UI)with all these (UI)
         21  all these things that you're doing (UI) carnal. (UI) carnal.
         22  It's like, (UI) carnal. But, like I told you, (stutters) (UI)
         23  but, it's like that saying carnal, (UI).
         24  CHS: (UI)? Ay! (UI)
         25  UM: (UI)
00009:01  CHS: (UI)?
         02  UM: I don't know (UI).
         03  CHS: It was John John.
         04  UM: (UI) Herrera: Yeah? Hey........hey.
         05  CHS: Hey carnal.
         06  Herrera: (UI) washa.
         07  CHS: Hey, Lazy! Alright. Hey.
         08  Herrera: Huh?
         09  CHS: Alright. No, I hear you carnal.
         10  Herrera: (UI) and it's like a (UI) and-and, and (UI) and,
         11  CHS: Well be,
         12  Herrera: (UI) saying that, (UI) fucking close to nothing carnal.
         13  CHS: What happened?
         14  Herrera: (UI) they were like, everyone. Like everyone was
         15  bumping heads with fuckin Spider, (UI) fuckin carnals trying
         16  to (UI), trying to be (UI) and, (UI). Fuckin crazy (UI) carnal.
```

xh193 - DISC 20839-20858.Cert Trans of bod rec of CHS & C. Herrera(2-9-16 to 3-14-16).2373.006PL.R.txt

17  CHS: Well I already know. I was there. I-I-I heard it all.
18  I tripped out cause they were, they tried to bring some of
19  that to me carnal and I was tryin to, you already know the
20  way I am Lazy, no? They like to sit there and get caught up
21  in all that bullshit no? Me, I'm- I'm on the workout
22  tip carnal, and I do me. Know what I'm sayin? And I'm there
23  for the carnals that-that-that-that-that count. Know what I mean?
24  Herrera: All of us carnal, fucking, all of us (UI). Everyone
25  here. Right now carnal. (UI) that have (UI). (UI) they're
00010:01  all gone fool. Do you see me, the team. Do you see me (UI)?
02  Fuck no. You ever hear me fucking say anything fucking
03  like I wanna (UI). You know what I mean? (UI) carnal.
04  CHS: But that's why you're at where you're at
05  carnal. You know what I mean?
06  Herrera: (UI) carnal this and that, ooh carnal wh-when they
07  brought in this car, (UI) carnal. (UI)(stutters)yeah, (UI)
08  do whatever right now. (UI) carnals (UI) same thing it's like,
09  (UI). (UI) you should (UI) that, (UI) so we make them carnal.
10  If we make them carnals (UI). (UI) fuckin (UI). (UI) see the
11  way they think (UI). (UI) Baby Rob (UI) chh, (UI) and everyone
12  (UI) carnal. They told me he was cherry. They (UI). (UI)
13  skeena (UI). But I was telling the carnals, well they knew
14  all the time. Smurf all them fuckers knew. And not one time
15  did they fuckin (UI).
16  CHS: Well that's what they were saying about Javi. That
17  fuckin papels were down there for a long time.
18  Herrera: What it is carnal (UI) is, and-and (UI) fuckin
19  (UI), well how come they don't do fuck? Like real talk, we don't
20  got time for that shit. (UI) fuckin (UI) for them. They won't
21  tell me. My dudes go over there and fuckin kick (UI) yeah and
22  not even (UI) fuck (UI). Who told you (UI). Know what I mean?
23  CHS: Yeah, simon.
24  Herrera: (UI) fuckin thing. (UI). That's what I'm saying (UI)
25  fuckin then handle it's just, it's crazy carnal.
00011:01  It's fucking crazy. But it's getting better fool.
02  CHS: That's good.
03  Herrera: But now, what we have to do, is just, is, is
04  just, if they're not down to ride, whatever. If-if-if they're
05  not down, if they're fucking being heavy, and they're (UI),
06  because you know (UI) then there's the door. Because, listen
07  either you're in or you're not. We're not gonna sit here and
08  baby you. If they don't want to be there for you, then fucking
09  don't go. But, (UI) I fucking, (stutters) yeah you know like I
10  said, the thing is carnal, is you have carnals that, that feel,
11  like oh but it's wrong, it's wrong. Fuckin send these carnals to
12  do this. (UI). Chh, well they talk all this fuckin, like like
13  they could of done better then why didn't they do it then.
14  CHS: Exactly. Why was that fuckin-
15  Herrera: (overlap) And not only that, I wasn't on fuckin (UI)
16  for anybody. It-you-you know you got in this ramfla carnal,
17  (UI) and-and, and you support (UI) but if you're scared of
18   a lie, (UI). (UI)-
19  CHS: (overlap) Yeah but, them fools that are talking shit carnal,
20  Herrera: Huh?

xh193 - DISC 20839-20858.Cert Trans of bod rec of CHS & C. Herrera(2-9-16 to 3-14-16).2373.006PL.R.txt

```
    21  CHS: Washa Lazy. Them fools are talking shit, Javier was down there
    22  for four years carnal. Feel me?
    23  Herrera: Yeah. Not only that, I mean you hear Crazo another one.
    24  Fuckin goes and taps out.
    25  CHS: Chhh.
00012:01  Herrera: Carnal.
    02  CHS: Hey carnal, they're just mad because people got down
    03  there and that finally pushed the issue on things and, they
    04  didn't want that. They wanted to sit there and hold hands
    05  and drink tea.
    06  Herrera: That's what I said. That's why cyclone left, that's
    07  what Sparky left, that's what Baby Rob left
    08  CHS: Exactly.
    09  Herrera: They didn't have it in em, carnal. And (UI) like that.
    10  Everyone started seeing it. And then when we talk all that shit
    11  (UI). Hey carnal, and I feel bad, I feel bad for your carnal.
    12  (UI) but, yeah it is what it is carnal. (UI). Now, that's-that's-
    13  that's now that's- that's (UI) fuckin (UI) now (UI) what we have
    14  to start doing now, is doing it at as a team.
    15  Coming together, as everybody (UI) so you know when (UI) carnals
    16  that the vatos that don't tap out, (UI) they don't (UI). Now,
    17  (UI) fuckin (UI) but they have a fuckin, god damn fuckin fifty
    18  thousand fuckin, (UI) of-of straight Sureno soldiers. (UI) they
    19  just don't make you. (UI) don't make you a carnal, just because
    20  you have influence, just because that murder, it don't do no
    21  good. You have to be a structured vato, one that (UI). One
    22  that's fuckin not an angry person, (UI) because they're all on
    23  the same page. The way it used to be. But it got out of hand,
    24  just started (UI). And then you start bringing in vatos that,
    25  that put there work in, and all of, the sudden, they wanna start
00013:01  (UI) worth it, carnal. I never in my life dog presented myself
    02  like that. Going around barking orders to carnals. Fuckin, like
    03  acting a fucking fuckin fool carnal. (UI) chh, know what I mean?
    04  When I look at the older generations (UI) this is us now carnal.
    05  This is what we have left. Everybody's left us carnal. The ranfla
    06  yeah that was the older brothers. But everyone's gone you know?
    07  CHS: Where's Choke at?
    08  Herrera: In the Feds.
    09  CHS: He's in the Feds too?
    10  Herrera: Uh huh. In the Feds and then all the rollo that he
    11  was saying that we're (UI) fuckin (UI) chafa (UI). We're fuckin
    12  over there strong. Carnals (UI). All that (UI) Surenos too (UI)
    13  from Cali no? they were having issues to, they told those other
    14  Surenos out here, that they got word from (UI) told (UI) from
    15  (UI) to us these are the reglas and you're gonna abide by em.
    16  We have Kings and respect from New Mexico and the vatos from
    17  Syndicato, you guys are going to give them that respect you
    18  don't have respect. And if anybody went against then they aint
    19  Surenos, fuck em. Straight up ay. They don't fuck around. (UI)
    20  life if (UI), it is what it is. (stutters) and we've always had
    21  that fuckin mutual respect. And we have to keep it. Because, we're
    22  not in position to-to do it (UI) if-if other Nortenos (UI) whatever
    23  don't wanna fuckin (UI), petho we'll rank em ay. And-and we all
    24  have to be on the same page then. But, (UI) carnales, we just
```

Page 6

xh193 - DISC 20839-20858.Cert Trans of bod rec of CHS & C. Herrera(2-9-16 to 3-14-16).2373.006PL.R.txt

```
        25  have to. We have to do it carnal, together. Not being negative
00014:01    and everybody's fighting, over position carnal everybody has
        02  their bullshit. We all have a fuckin task to do carnal. Every
        03  single one of us. Know what I mean? It's just like grandma
        04  they went and rounded him up chh, Garduno, Juanito (UI) it's-it's
        05  bad. I'm sure he knew about it. He knew (UI) he'd been
        06  there all this time. Chris got fuckin hemmed up too.
        07  CHS: I seen them all in the county no?
        08  Herrera: Yeah?
        09  CHS: They were taking em out the next day. I seen em all there.
        10  Herrera: (UI) for? For drogos?
        11  CHS: I guess. He told me he didn't even know (UI) they
        12  went and got em at like four in the morning he said no?
        13  Herrera: (UI), at four?
        14  CHS: Yeah.
        15  Herrera: (UI) carnal. (UI). Ay!
        16  CHS: Huh?
        17  Herrera: (UI) carnal. All that (UI) bullshit carnal we need
        18  to bring this ranfla back fuckin got him carnal. They don't want
        19  no part in his life. It's just like now, (UI) awhile back, the
        20  RICO man chh, well what the fuck? Why do you think you got
        21  involved in (UI) everybody (UI) everybody's (UI) with fuckin
        22  Rico. Chh, you should've never gotten in but, being a gang
        23  member. You should've always stayed neutral. But now, (UI) too,
        24  chh, that's the game que no?
        25  CHS: Simon.
00015:01    Herrera: Nobody fuckin put a gun to her head. And that's why
        02  I told Earn, let's be real I told earn dog. I told him, "How
        03  could you say you're my carnal, if-if, if, you're (UI) like,
        04  you're not in it?" then be real with me tell em you're not.
        05  I don't-I don't need you. (UI) bro. Know what I mean?
        06  CHS: Simon.
        07  Herrera: They wanna be all negative. More than one, be all
        08  negative. At, in other words, we're doing wrong. How are we
        09  doing wrong? Cause it wasn't done correctly. I agree it wasn't
        10  done correctly but, aside from that, chhh. Then, then how come t
        11  here wasn't a solution? (UI) fuckin (UI) you can do it like this.
        12  Know what I mean? It's just like, well fuckin, well I never said
        13  it-it's-it's, uh, let's question about let's ask him ay, "what's
        14  up with this paper?" No one ever asked me anything. When they
        15  were with him before no one ever went and told him anything. But
        16  then, then all of a sudden people wanna just fuckin (UI) carnal
        17  all it is is negativity, negative fucker.
        18  Baby Rob wanted to sit there and, talk all kinds of shit. Well
        19  then do good. program and go to Cruces then. Why doesn't he keep
        20  getting regressed? You could. The whole fuckin time. They let
        21  out Juanito. They let out me, Rabbit, Styx all of us. They never
        22  let me out. There's that one time we went to the south. And-and
        23  they told me, straight up. That he was all (UI) ay. He was all
        24  scared carnal. Blue seen it he told me Spider seen it. That's
        25  why we kinda backed up on him ay cause he was all (UI). He was
00016:01    showing like fear ay like he was scared. Know what I mean? It
        02  hurts carnal, it hurts bro. That fucker shh, you know? When you
        03  went to Cruces, Juanito's 'squina and tried hiding oh I didn't
```

xh193 - DISC 20839-20858.Cert Trans of bod rec of CHS & C. Herrera(2-9-16 to 3-14-16).2373.006PL.R.txt

```
      04  know. Ask Juanito. Ask (UI)-
      05  CHS: (overlap) (UI) [laughs]
      06  Herrera: He told me, "That's you carnal? Oh I-I didn't know
      07  hat was you." Juanito (UI) told him "what's up?" (UI) over here.
      08  (UI). Right away, tell him, no? Then he started saying, "No,
      09  I just, tired of her. They were supposed to fuckin do this and
      10  (UI) and all kinds, talking crazy (UI), and all these other
      11  carnals that they don't do nada. Fuck that," and just, crazy shit ay.
      12  CHS: Why was he throwing their games in the mix?
      13  Herrera: I don't know but,
      14  CHS: [laughs] Weirdo.
      15  Herrera: Those fuckers are (UI) weirdos carnal. Ask Juanito.
      16  I was trying to give him all kinds of (UI). (UI) who knows carnal,
      17  weirdos. I don't understand him but that's why I'm saying (UI).
      18  They're fuckin weirdos carnal. (UI) like that. And then,
      19  (UI) then back up your game. You know?
      20  CHS: Yeah, but, that fucker wasn't gonna back up nada ese.
      21  Herrera: That's what I'm saying.
      22  CHS: H-but he's been a pussy, Lazy.
      23  Herrera: I know.
      24  CHS: You know that vatos been a pussy for a long time.
      25  Herrera: (UI) but they don't. They-they act like they're not.
00017:01  And then you have other carnals (UI) and act like they don't
      02  see it. And they wanna go around like little brothers.
      03  CHS: But the only ones carnal that I respect behind this (UI)
      04  certain ones there that was you, owl, and a couple others know
      05  what I mean?
      06  Herrera: Yeah.
      07  CHS: (UI) these other vatos, you already know carnal. You know
      08  what I mean? Like with Shadow when I seen him in the hole and
      09  he tried to tell me 'bout when he was on the tabla I said, "Pfft."
      10  Herrera: Then what breaks my heart too, is every single one of
      11  them fuckers that fuckin, (UI). Creeper, (UI) fuckin (UI) and
      12  then (UI) what everybody wanted not to say nothing. (UI). He'd
      13  been there for what? (UI) fuckin (UI) or you tell him to spit.
      14  And you ask anybody. What's up? What you wanna do? They don't
      15  wanna do nothin carnal. We have carnals that just, playing around (UI)
      16  cause they just want (UI). You have other carnals that just want
      17  contact visits. They're all gone now. Know what I mean? That
      18  shit (UI) shit (UI) questioning them. They should be (UI)
      19  fuckin, like, you know what I mean? I don't know carnal.
      20  CHS: No, I know what you mean bro. (UI) trust me. Ay!
      21  Herrera: Huh?
      22  CHS: [laughs] Simon ay.
      23  Herrera: Told you carnal.
      24  CHS: Yeah.
      25  Herrera: It's all negative carnal. All (UI) everybody just
00018:01  fuckin negative. They're all gone jodido. They're all gone. All
      02  them vatos are all gone. (UI)-
      03  CHS: (overlap)Hey (UI) carnal.
      04  Herrera: You're over there showing that vato more love than me
      05  carnal. Chh, vatos (UI) fool. Know what I mean?
      06  CHS: Who, that fool Javier?
      07  Herrera: Huh?
```

xh193 - DISC 20839-20858.Cert Trans of bod rec of CHS & C. Herrera(2-9-16 to 3-14-16).2373.006PL.R.txt

```
        08  CHS: That fool Javier?
        09  Herrera: Yeah.
        10  CHS: That's cause he had a clavo carnal..........And he was
        11  right there in his pod you know what I mean?
        12  Herrera: Yeah.
        13  CHS: He had him under the wing, just fuckin [laughs].
        14  Herrera: Ah, this fucker.
        15  CHS: (UI) his clavo. [laughs]
        16  Herrera: Ohh!
        17  CHS: [laughs] Oh fuck carnal.
        18  Herrera: Na, I got it. Fuckin drew.
        19  CHS: Who?
        20  Herrera: Fuckin Andrew.
        21  CHS: What Andrew?
        22  Herrera: (UI).
        23  CHS: Who the fuck is that?
        24  Herrera: The one from Cruces. That black fuckin Andrew who
        25  volunteered.
00019:01  CHS: I don't know him.
        02  Herrera: Yeah, from (UI).
        03  CHS: Was he there when I was here?
        04  Herrera: Yeah.
        05  CHS: I don't know him.
        06  Herrera: Yeah, (UI).
        07  CHS: He's at the north in three A Qpod, cell twelve.No cell eleven.
        08  Herrera: Yeah?
        09  CHS: Yeah.
        10  Herrera: What did they tell about the report?
        11  CHS: Oh, about the fierros?
        12  Herrera: Yeah.
        13  CHS: I don't know carnal. I mean I don't know. (UI) was
        14  doing that predator program no? Ace was there too.
        15  Herrera: What is he doing?
        16  CHS: Nada. Just, going rollo with him no?
        17  Herrera: Yeah...........yeah, (UI) fucker. Where's Frankie?
        18  CHS: He's next door in R pod.
        19  Herrera: Fuckin (UI) ay.
        20  CHS: That's a good brother right there.
        21  Herrera: (UI). That's my (UI) right there. That's one right
        22  there that was, right there (UI).
        23  CHS: Yeah.
        24  Herrera: (UI) there too (UI). Everyone was on the same page but
        25  just certain people. (UI) chh, didn't even need to be on there
00020:01  like fuckin (UI). That's all they wanted just to, (UI) but, (UI)
        02  just wanted a vote with a fuckin (UI). Another dude just fucking
        03  around. Which is firme we all want party but, it's good. Ay,
        04  when that shit came too and (UI) when that shit happened (UI)
        05  clavo. Fuckin handle. (UI) talk about (UI) that shit fuckin
        06  (UI). You know?
        07  CHS: [laughs] Simon.
        08  Herrera: (UI) wanna (UI) they (UI) they should've told you.
        09  I'm like for what? So he could of went to campaign to, (UI)
        10  try to, say that it wasn't real? I seen it man.
        11  CHS: The paperwork was real huh?
```

xh193 - DISC 20839-20858.Cert Trans of bod rec of CHS & C. Herrera(2-9-16 to 3-14-16).2373.006PL.R.txt

```
         12  Herrera: yeah. They were just mad, they were angry (UI) her (UI).
         13  CHS: Yeah I already know carnal.
         14  Herrera: (UI) no?
         15  CHS: Yeah but he did carnal. You gotta see it like this.
         16  Herrera: But, (UI)-
         17  CHS: (overlap) Check it out Lazy.
         18  Herrera: (UI)
         19  CHS: But that's what too many vatos are doing now a days Lazy.
         20  Herrera: (UI) it's ok and they get away it.
         21  CHS: Yeah they're seeing that grey area. There's no grey area
         22  carnal. It's either black or white.
         23  Herrera: yup
         24  CHS: It's either you are, or you're not. If you're not, get
         25  the fuck off the way. Know what I mean?
00021:01  Herrera: Yup.
         02  CHS: Cause.......Yup!I ain't gonna [laughs] this time carnal. I
         03  ain't gonna see the fuckin (UI) til I'm (UI) ay.
         04  Herrera: (UI)
         05  CHS: Huh?
         06  Herrera: (UI) fuckin, you didn't even come (UI) huh?
         07  CHS: No but, but, you know what I mean?
         08  Herrera: Yeah.
         09  CHS: But, ay carnal. I have all my property no? Just waiting for them
         10  fuckers to bring it to me. I (UI) in my shit I got a bunch of
         11  commissary, everything.
         12  Herrera: Yeah?
         13  CHS: Yeah. I got all my shit carnal just waiting for them fuckers
         14  to give me my shit no?
         15  Herrera: Have you been out in the yard?
         16  CHS: Huh?
         17  Herrera: Have you been out in the yard (UI)?
         18  CHS: Fuck no.
         19  Herrera: No?
         20  CHS: Pero, you know what I mean?
         21  Herrera: What's (UI)?
         22  CHS: Yeah.
         23  Herrera: No?
         24  CHS: Yeah! Fuck yeah!
         25  Herrera: Serio?
00022:01  CHS: That's why I told you, just fuckin, we'll fuckin, know
         02  what I mean?
         03  Herrera: Yeah.
         04  CHS: Cause that's how I fuckin, you know what I mean?
         05  Herrera: who do it for you?
         06  CHS: Huh?
         07  Herrera: Do you have someone to do it?
         08  CHS: Yeah.
         09  Herrera: Alright.
         10  CHS: Yeah I'm (stutters) know what I mean?
         11  Herrera: Yeah.
         12  CHS: It's not fuckin (UI) all fuckin fantastico
         13  but, you know what I mean?
         14  Herrera: I thought you were (UI)? (UI).
         15  CHS: Yeah, when I got out?
```

xh193 - DISC 20839-20858.Cert Trans of bod rec of CHS & C. Herrera(2-9-16 to 3-14-16).2373.006PL.R.txt

```
          16  Herrera: Na, (UI) fucker.
          17  CHS: Parole? [laughs]
          18  Herrera: Na,
          19  CHS: Yeah [laughs] (UI)
          20  Herrera: I know. (UI) that shits fuckin, chh, (UI).
          21  CHS: Huh?
          22  Herrera: That shit (UI).
          23  CHS: Yeah.
          24  Herrera: (UI) ay. He didn't answer.
          25  [pause]
00023:01  CHS: Yeah fuckin, chh I got out there that, that- the number to
          02  your pipas I went I hit her up I met her carnal. We met her
          03  right there at the Wendy's. She was with your ex ruca, no?
          04  Herrera: Yeah.
          05  CHS: And then I gave her that for you, and then I showed her
          06  how-how I was doing it no?
          07  Herrera: Yeah.
          08  CHS: Like, (stutter) so I'm saying carnal. I sent that fucker
          09  that fucker in carnal.
          10  Herrera: (UI)
          11  CHS: Huh?
          12  Herrera: (UI)?
          13  CHS: Huh?
          14  Herrera: Hold on......hold on I (UI) alright?
          15  CHS: Alright.
          16  Herrera: (UI) carnal. (UI)
          17  .
          18  .
          19  .
```