Transcript
              Federal Bureau of Investigation
                  Albuquerque Field Division


Case number              245U-AQ-6239655

Date of recording        2/16/2016 – 3/14/2016
                         (exact date unknown)


Participants             CHS
                         Carlos Herrera = Herrera


Transcribed by           AER


Date transcribed         12/16/2016


Notations                Unintelligible = UI


**The following transcript has been compared to the audio recording from which it was made, and to the best of my ability, the transcript is a true, complete, and accurate record of the recording. _TFO Chris Cupit_**

| CHS | Can you hear me? |
|-----|------------------|

| | |
|---|---|
| Herrera | Yeah. |
| CHS | They were just saying that, you know that fuckin ahh fuckin Lazy and them knew we were coming out, they should've waited till we came out and UI. |
| Herrera | What does that tell you fool? Wait for what? |
| CHS | Exactly. Wait for what? |
| Herrera | Wait for what *carnal*? So-so, so UI people are mad bro because I UI. You know what *carnal*, (stutters) I know the people that are dropping kites In this ramfla are older brothers ay. UI. The person right now tells you not to do anything *carnal*. UI just fuckin UI *carnal*. ask cheech. Cheech fuckin will tell you *carnal*. That's why it all brought together. The ones that UI are fuckin UI. When we come out on pup wait UI Dan Dan what do you want me for? When you're gonna come here for UI, you're gonna wait to retaliate? Ready for what? To discuss what? There's only one thing to discuss homie, retaliation. Murk (Murder) that motherfucker. You know? You know what's up Spider knows what's up. |
| CHS | Oh I know but UI- |
| Herrera | UI how, how um, UI I rapped to Blue finally and I rapped to Spider finally no? And they were just trying to separate me and them, is because, they didn't-they didn't want us together so they were trying to fuckin, like get Spider to do the fuckin bang. Know what I mean? Trying to get me and Spider to fuckin do a bang. Trying to get me and Rico to bang. Trying to just, create all kinds of fuckin *problemas*. You know what I mean? UI |
| CHS | Yeah but see, with Earn Dog (stutters) cause Earn Dog moved up last year like in November, December no? |
| Herrera | Yup. |
| CHS | And he was saying, yeah just saying that, ahh I don't know fuckin how Lazy was on the *tabla* |

| | |
|---|---|
| | and just talking down on shit like that. Like…….. |
| Herrera | He told me so that-that's why I'm saying, people fuckin say whatever *carnal*. UI they come, and-and-and if they feel I haven't done nothing, then-then lets get it. I'm gonna call em out on it. Hey I need 'squina, what's wrong with you fool? |
| CHS | (stutters) But there is no need to even call them fools out *carnal*. What, the real motherfuckers know what's up. |
| Herrera | UI asking UI to give me 'squina, let's go. UI because UI |
| CHS | You know what creeped me out *carnal*? |
| Herrera | UI because UI fuckin UI and-and-and like I said, UI talk shit UI because, UI. |
| CHS | Na, I already know *carnal*. |
| Herrera | UI fuckin UI that fucker UI. |
| CHS | But see this is- |
| Herrera | UI. |
| CHS | UI but see this is- |
| Herrera | (overlap)UI |
| CHS | *Washa carnal*. |
| Herrera | UI |
| CHS | This is what I told them *vatos* UI. |
| Herrera | UI |
| CHS | But look, this is what I told them *carnal*. I said you can ask fuckin Spider *carnal* and ask Blue. I told cause sh-when before I got there Shadow was trying to talk shit about me, no? Trying to run his mouth about me that I knew about that *vato* being there no? I didn't know fuck *carnal*. Until, remember when, member? That's when I knew *carnal*. When that shit got there. Know what I mean? |
| Herrera | Yeah. |
| CHS | That's when I knew and you came up and you told me *carnal* [laughs] let your people go you know what I mean? So I said orale. But *washa carnal*, so I told them *vatos* well there |

|  | |
|---|---|
|  | was a rat that was there for four fuckin years. Come on bro. And you're trying to say this *carnal's* in the wrong? Pshh. Know what I mean? |
| Herrera | Yeah. Not only that, UI tried to UI *carnal*. |
| CHS | Bro, they're just mad they just, washa. The *carnals*, that are on the G shit that are pushing the issue to get things done, those are the ones that are hating on. Certain individuals. UI know what I mean? |
| Herrera | Prolly cause the-they don't wanna be locked down. |
| CHS | (stutter) so-so how the fuck could they hate on you, *carnal*? How the fuck can they hate on anybody else? |
| Herrera | What it means c*arnal*, what it means, like that saying. Is-is exactly the *vatos carnal* that were UI they, that, UI the ones that all tapped out, what's the first thing they said? " I don't know its UI" so then, I probably said ok, then UI *carnal* UI fuckin everyone was like fuck you, all of them. When we came back, not a UI ok. Like I called you and rapped those them face to face, I told UI and I told UI, look homie. How could you do that? I told why did you do that. How could you fuckin go and talk to *carnals* I know, when there's thousands of fuckin *hynas* out there? How could you UI? And he told me, "I feel bad." Ask Juanito. He said, I feel bad *carnal*. I'm the *vato* UI and he was there saying, Yeah, fuckin UI and, UI. But look, but like I told Blue, he's still a *carnal*, and he told me I respect you he told me he goes, you're the one motherfucker that's come out here besides Juanito and Alex, and a few other *carnals* UI to tell me I got em. UI. I told him, look *carnal*, I don't nothing against you I-I I didn-I didn't want it, UI because he was in a-a, a UI. He didn't |

| | |
|---|---|
| | deserve to die. I didn't-I didn't agree that the *vato* needed die. But, he needed a violation. And there was a lot of *carnales*, that didn't wanna take it to him. They didn't feel that, he deserved it. And I-I told them UI because not a lot of *carnales* that started UI. Julian was UI cause a big ol fuckin UI gonna start banging we're gonna get locked down UI. Now, I was surprised because he started yelling like that. Started banging on the door *carnal*. And everybody that was supporting him, turned their UI. The one that was supposedly that Critter UI the yard. Well when Critter left, someone told me UI me. That he was over there running his mouth UI. UI *carnal*. |
| CHS | But wh-but why-how are they running their mouth though? |
| Herrera | Critter UI because me and him *carnal* had got into an argument before and I called him out in front of Jake *carnal*. And I said you know what? I said, UI fuckin UI tell me. You were fuckin UI, fuckin UI and all them fuckers UI." Don't you remember? All your homies from *Barelas* fuckin UI. UI *barrio*. I told him UI fuckin UI from *Barelas* for years UI. UI like fuck fool. And I told him UI I told him you know what? I told him I've been nothing but good to you *ese* and we started banging. I told him you know what? Don't talk shit. I told him get your fuckin fiero and said UI I'll fuckin have my *jefe* come, and we'll handle it homie. I tell you what I'll do I told him, don't you fuckin dare UI. UI *carnal*, hard ay. And UI was there too no? And I told him, you know what? I told UI you know what this fucker UI *carnal*. And then, UI that, UI like, UI I seen who you are, and he comes and tells me that, UI I don't know *ese* UI *carnal* UI try to UI some other *carnals* |

that I used to UI. But, I know what's up, I
know UI. I told him well, well then handle
it. In other words he was trying to tell me,
that because I was supporting Styx and-and,
and-and-and there's always UI since the
north. With-with UI with uh, wi-with um, that
little fucker too, grumpy. That they were all
supporting UI. I told them, look I told them
UI fuckin talk shit. I told Critter UI all
that fuckin drama here to cruces. I told him
you know what? If you feel you're in danger
at all UI fuckin UI and say, UI I told him
you fuckin sit there and act hard. I don't
know, I'm getting tired of UI fuckin UI. I
told him UI trying to fuckin UI. You wanna
UI, and talk all kinds of shit. I told him UI
fuckin bullshit I told him. We've all had
fuckin problems and bullshit but now, you
have to let this fuckin UI I told him. Yeah,
Julian fucked up and UI fuckin *carnal* UI step
up UI. As-as a fuckin *carnal*, UI ay. As a
fuckin *carnal* UI these *vatos* fucked up. And
he deserves a violation. UI fuckin UI.
Because I heard, the *carnals* UI told me
*carnal*. UI I was UI from, UI everybody told
me that when that fucker with Junior UI he
talking all kinds of shit. Getting *carnales*
to fuckin support him. Well then that's when
I rapped to Joe and I told him UI. But he
told me UI he said UI fucker UI all the other
*carnals* UI treat me like that. And I told him
look, I'm not working against you. I told
Critter too, that way nobody UI fuckin UI and
starts up all kinds of other *chisme*. UI
together and Julian is soldier. He's done.
What I see there UI. But I'm just saying that
shit is going down no? UI *vato* UI and I told
him look, I told him we need to move forward.
All of us have issues and UI personal issue
or whatever, *carnales* can handle it UI. Now,

|  | there was a lot of *carnales* saying that UI undecided UI. Ok, once he started banging on the door that's when Critter had heard UI. UI and, UI. And then that shit happened with Julian. We told fuckin Conrad handle it no? |
|---|---|
| CHS | [chuckles] *Carnal* fucked him up. |
| Herrera | I'm telling you. UI fuckin, uh you shoulda seen how he fuckin, what's his name UI ay. |
| CHS | Who? |
| Herrera | Uh, Julian. He was fuckin UI like fuck. He was UI ay. So that fool Conrad UI himself. That fucker just was banging *carnal*. UI and then, UI would tell him just shot him. When he was drunk like that *carnal*, because UI fuckin UI *carnal*, and UI he says you know what? I fucked up UI he was always telling us, I fucked up and I UI but I don't deserve to die. That's what he told me no? UI tell that UI to Juanito UI I don't deserve to die. UI but what he's telling UI to go to the shower and wash your hand UI everybody UI ay. After that everyone UI wouldn't speak UI. And still *carnal*, still I haven't seen UI, UI just better off going home dog. UI just retire. Because that right there, that right there UI. UI and I was even embarrassed because I was UI. And I know Velma, but like I said *carnal*, Velma UI and, UI chose to UI is because, (stutters) is cause, we have to see this ranfla as an S *carnal*. Not, as favoritism. You know what I mean? |
| CHS | Yeah, *simon*. |
| Herrera | UI towards UI certain *carnals* and Styx, the *gringo*, I love him, I love him like fuck but, they have to realize *carnal*, reglas are reglas. It goes for Styx too it goes for anyone *carnal*. For me, for you, for all of us. Rules are rules *carnal*. And-and if-if, you got what you got coming. Just life if-if-if-if UI or whatever, they know what's up. UI. |

UI. UI fuckin PC we're done. It is what it is *carnal*. It's a crazy fuckin life though. Im not going to sit here and tell anybody there favorites they can say ahh, yeah UI brother. You know what I mean? Those of us that UI like, I told him you know, whatever UI whatever, At one time, that vato was firme. He's not a rat. You know what I mean? He-he never like ratted. He never UI. But now that he UI and he UI. Everybody UI, even I know. Another one that was there supporting. UI carnal. UI what he gots coming to him. Because rules are rules. No one's above UI that's why everybody has to live like that. UI nothing's changed. We all have to, do our part this ranfla. We all have to love each other, respect each other and, because were soldiers. They'll sit there an-and just yell at each other, and-and talk UI about other *carnals* because they don't UI *carnals* and, but, UI. Well, our rules are rules *carnal*. And, and they want in this ranfla and if they UI fuckin charge, that's life bro. I'm not asking you, to be my *carnal*. If you guys feel that, that you don't wanna do it, then don't do it then. But don't fuckin sit here and tell me you're my brother. Don't fuckin sit here and lie to me. Because, if UI *carnal*, I'm not UI I can see the light, I can see the death, can see the UI right now, UI and complain, UI twenty some years straight, and say that fuck I deserve to go home. How the fuck are you UI go home? It sucks. But if you're in position to do it then, you've gotta go for it. And if you choose not to, then that's your ticket. UI *carnal*. We all go. Regardless of age, regardless of-of UI whatever UI *carnal*, that's the way it's always been. Since UI fuckin UI all them *carnales* were around. You go-you go and, you

| | |
|---|---|
| | don't fuckin tell UI *carnal* UI. And come out UI *carnal*. Let's go. UI *carnal* tell me to UI. But geez *carnal*! UI fuckin UI don't do this, don't this your just a youngster go home. Don't listen to those guys. They're-they're just trying to fuckin own you. UI fuckin come on fool. They're fuckin in the fuckin *clicka*. What the fuck you think you're doing? UI fuckin UI. The fuckin *clicka*. Fuckin chh, this is, this is it *carnal*. Straight fuckin G shit. Just like now, fuckin on the streets and your *carnales* once you start moving up UI *carnal*, UI start UI fuckin UI. Start UI ay. UI know that ay, any of my *carnales* UI yeah we're coming for you ay. UI ay. UI Dan Dan UI fuckin liar. Know what I mean? You fuckin go you go *carnal*. UI. UI fuckin, *barrio carnal*. They fuckin jump one of the homies it's on UI fuckin *Juaritos* UI the fuck. Westsiders UI. UI fuckin UI Westside UI lets' go. UI. |
| CHS | Hey they were fuckin even tryin to fuckin smother Dan Dan over there dog. |
| Herrera | Who? |
| CHS | They were trying even smother Dan Dan over there no? |
| Herrera | Yeah I know. I know. That's a good *carnal right there*. I'm the one that was doing it, he tried to lie *carnal*. I was there UI. |
| CHS | Which one, UI? |
| Herrera | I'm the one that UI to fuckin Juanito UI. |
| CHS | Yeah. |
| Herrera | L*laves* back to the door UI brother over there. UI said *carnal*, UI. Well what the fuck? UI that happened and it turned out the UI. You know what I mean? |
| CHS | No. But that's what they were s- |
| Herrera | (overlap) He said because, UI fuckin UI I'm sorry brother but, yeah UI. |
| CHS | No, but they were just saying that he was supposed to dispose of those no? |

| Herrera | Yeah well see, |
|---------|----------------|
| CHS | And that fuckin, |
| Herrera | Well like I said, UI but he know and I know that fuckin UI is going off, UI fuckin UI you don't remember ay. UI. Well what the fuck? UI like, UI *carnal* is with, they let him out of the room that's where they fucked up. And-and because, UI. Now, UI done better? Yeah. UI done better *carnal* UI. Because, we could've UI. But, once word was there *carnal*, I started hearing fuckin Archie running telling everybody *carnal*. I-that night UI started UI. I already knew what was going to happened. lockdown. UI confidential information. UI. Know what I mean? |
| CHS | Yeah, *simon*. |
| Herrera | Confidential UI I don't give a fuck but, it ain't gonna happen on our watch like that. That's-that's gay ass shit like that ay. Fuck that. |
| CHS | What I trip out on is that *vato*, hey that fool Javier was there for four fuckin years *carnal*. |
| Herrera | I know. UI brother UI. How the fuck?! How the fuck told him. It's like UI just like with anybody else and I told him you know what? And that's why this ranfla is the the way it's been. It's because you have – there was no fear. Nobody had fear back then UI fuckin UI. You have fear. UI because, you knew if, if-if anything. You get home and you said anything stupid, you were done. You showed any type of weakness you We're done *carnal*. And-and, and anyone UI they could just UI there and not, and not do *nada*. They're just like, in other words like, but then we had other *carnales*, that these other brothers thought that, they were somebody. Yeah they were vatos that been around, but you have these fuckin UI shit UI that, UI. And the |

| | |
|---|---|
| | other thing UI other fuckin UI that were just falsifying like-like um, fake shit because, the power slipped. Because they wanted UI *carnal*. |
| CHS | Hey, but that shit was real though huh? |
| Herrera | Huh? |
| CHS | Them-the-them *papeles* were real huh? |
| Herrera | I-I put that on everything brother. I-I-I know this UI that's one thing me, and Alex, Dan Dan, even Cyclone UI. Spider all of us, Blue, all of us *carnal* made that decision *carnal* UI. That, it has to be legit. It has to be good *carnal*. Now, that's why there was certain *carnals* it wasn't about UI. As to say, um, was what it was *carnal* it was just a community of older brothers at the time, that put together, and made a decision together. You didn't have just one person just making decisions for everybody. People They didn't know that, UI too. Nobody needs to know UI *carnals* UI lives. They didn't even know nothing. I didn't wanna know. There was that, there was UI *carnal*. You know that and I know that and-and has it gotten better? Yeah it's getting better. But there was leaks. There was CI like fuck. There was, people getting locked down like fuck. An-and-and I put this, administration, said some things when I was over there that took me by surprise. Like it fuckin tripped me the fuck out. How in the fuck, after we got this and pup was there there and we made a *tabla*, administration knew about that *tabla*. How? How did they know? Why? Cause there was leaks. our *jente* that was there *carnal*, and there was violence. They, they were mad because they found Danger UI fuckin UI, they don't care. They're giving out UI they don't give a fuck. Come on *carnal*. I-I you know what? UI fuckin say that I don't care and just UI that Alex |

| | |
|---|---|
| | didn't care and Juanito and all of em. Come on *carnal*. No one UI. You think we don't care? Yeah we care. But, it's, it's dying. UI. |
| CHS | Well hey *carnal*. That's, but that's the reason why things get done because people care. |
| Herrera | It's just like ISIS, but ISIS UI you just need to watch your genes that get shit done. That enforce that law. And everybody know UI. And that's why UI fuckin UI. They don't need to know. UI. UI respected. Now, you're gonna start paying it's not saying that, that you're a punk, but you're gonna fuckin throw something in this UI toward the UI. And that goes for everyone. UI everyone outside this *ranfla*. That's what they started-we started it's like in other words, you get the *clavo* on the streets, you give a percentage to the big homie which is us. What percentage then we distribute the drugs. And everybody sees that. They see that money gets UI. All the homies on the streets rallying up all the fuckin homegirls and the chiva taking it off the streets. And UI. Putting em to work *carnal*. UI fuckin UI everybody UI is we all need to do it. All of us have resource carnal. UI. UI. But once you have that taken care of everything is history. And-and now, UI right now UI. UI all these fuckers UI. UI. All the negativity's gone. And all their, their um, their *chisme*, their fuckin, their rumars, everything. Now we have to worry about all the fuckin renouncers now, starting a new clicka. We have UI out there complaining about the UI. They're moving north. They're recruiting more. They're not UI they're sleeping ay. They're sleeping but they're UI. But what they're doing, is UI like UI. They're not doing fuck. They're not |

| | |
|---|---|
| | UI. But they will be in the future if we don't get a hold of them now. The *Surenos*, are getting slowed down. They're banging hard with each other right now. They're moving on each other, they're fuckin dropping out like fuck too. Then you have, like, UI- |
| CHS | (overlap) Hey! |
| Herrera | UI- |
| CHS | (overlap) Ay! Do we got a truce with them *vatos*? |
| Herrera | Uhh, |
| CHS | Do we have a truce with them *vatos*, the *Surenos*? |
| Herrera | Well, it's not a truce *carnal*. What it is is, just uh, coming together as people. Like, there's *vatos* that, like Alex is talking to like Rocky, and all them and Beto was tightening up. those guys are in our backyard. You're gonna respect it. Now, if they don't respect it, then they're gonna get stabbed. Now, when we ask these *Surenos*, when you see a *Sureno* said he's from Cali, tell him whos your big homie. The *vato* can't fuckin UI. Now, these *Surenos*, UI like UI like um, UI and the ones that Alex was rapping to. Alex was rapping to em for a minute and Bago no? Bago whatever, UI like fuck UI fuckin UI *Gato*, Blackie. They-they know *carnal*. And fuckin, they, they've known about this UI *carnal*. And he told us a lot of Surenos are wanting to know whats going on, UI what's going on. Because, the *Surenos* and us UI right now are-are charity. There's a lot of – right now, all the ones from New Mexico, are all together as one *carnal*. Everyone that was talking UI was too *carnal*. It was all *chafa rollo*. Like that fuckin UI. UI fuckin move over there UI cherry UI. UI over there. UI over there UI like if, like if he was telling UI just to UI no? |

| CHS | Yeah. |
| --- | --- |
| Herrera | But they're UI. And, you just have all these other fuckers over there and then the *Surenos* are telling us, they approached us with respect and said look, UI ride or die UI homie. UI no? If you need anything holler at us, showing us love and respect. UI they were telling us, that they told the other *Surenos* they told *Gato*, Beto and all them other fuckers, that, if anything go down then help them vatos. They were trying to tell him, no. UI as a matter of fact, they started telling UI. And UI but they don't anybody back in California so they got supporters from there UI if you're not UI. Now, UI- |

xh195 - DISC 20860-20873.Cert Trans of bod rec of CHS & C. Herrera(2-16-16 to 3-14-16).2373.009PL.R.tx

```
00001:01  CHS: Can you hear me?
      02  HERRERA: Yeah.
      03  CHS: They were just saying that, you know that fuckin ahh fuckin
      04  Lazy and them knew we were coming out, they should've waited till
      05  we came out and (UI).
      06  HERRERA: What does that tell you fool? Wait for what?
      07  CHS: Exactly. Wait for what?
      08  HERRERA: Wait for what carnal? So-so, so (UI) people are mad bro
      09  because I (UI). You know what carnal, (stutters) I know the
      10  people that are dropping kites In this ramfla are older brothers
      11  ay. (UI). The person right now tells you not to do anything
      12  carnal. (UI) just fuckin (UI) carnal. ask cheech. Cheech fuckin
      13  will tell you carnal. That's why it all brought together. The
      14  ones that (UI) are fuckin (UI). When you're gonna come here for
      15  (UI), you're gonna wait to retaliate? Ready for what? To discuss
      16  what? There's only one thing to discuss homie, retaliation.
      17  Murk (Murder) that motherfucker. You know? You know what's up
      18  Spider knows what's up.
      19  CHS: Oh I know but (UI)-
      20  HERRERA: (UI) how, how um, (UI) I rapped to Blue finally and I
      21  rapped to Spider finally no? And they were just trying to
      22  separate me and them, is because, they didn't-they didn't want
      23  us together so they were trying to fuckin, like get Spider to do
      24  the fuckin bang. Know what I mean? Trying to get me and Spider
      25  to fuckin do a bang. Trying to get me and Rico to bang. Trying
00002:01  to just, create all kinds of fuckin problemas. You know what I
      02  mean? (UI)
      03  CHS: Yeah but see, with Earn Dog (stutters) cause
      04  Earn Dog moved up last year like in November, December no?
      05  HERRERA: Yup.
      06  CHS: And he was saying, yeah just saying that, ahh
      07  I don't know fuckin how Lazy was on the tabla
      08  and just talking down on shit like that. Like.......
      09  HERRERA: He told me so that-that's why I'm saying, people fuckin
      10  say whatever carnal. (UI) they come, and-and-and if they feel I
      11  haven't done nothing, then-then lets get it. I'm gonna call em
      12  out on it. Hey I need 'squina, what's wrong with you fool?
      13  CHS: (stutters) But there is no need to even call them fools out
      14  carnal. What, the real motherfuckers know what's up.
      15  HERRERA: (UI) asking (UI) to give me 'squina, let's go. (UI)
      16  because (UI)
      17  CHS: You know what creeped me out carnal?
      18  HERRERA: (UI) because (UI) fuckin (UI) and-and-and like I said,
      19  (UI) talk shit (UI) because, (UI).
      20  CHS: Na, I already know carnal.
      21  HERRERA: (UI) fuckin (UI) that fucker (UI).
      22  CHS: But see this is-
      23  HERRERA: (UI).
      24  CHS: (UI) but see this is-
      25  HERRERA: (overlap)(UI)
00003:01  CHS: Washa carnal.
      02  HERRERA: (UI)
      03  CHS: This is what I told them vatos (UI).
      04  HERRERA: (UI)
```

xh195 - DISC 20860-20873.Cert Trans of bod rec of CHS & C. Herrera(2-16-16 to 3-14-16).2373.009PL.R.tx

```
        05  CHS: But look, this is what I told them carnal. I said you can
        06  ask fuckin Spider carnal and ask Blue. I told cause sh-when
        07  before I got there Shadow was trying to talk shit about me, no?
        08  Trying to run his mouth about me that I knew about that vato
        09  being there no? I didn't know fuck carnal. Until, remember when,
        10  member? That's when I knew carnal. When that shit got there.
        11  Know what I mean?
        12  HERRERA: Yeah.
        13  CHS: That's when I knew and you came up and you told me carnal
        14  [laughs] let your people go you know what I mean? So I said orale.
        15  But washa carnal, so I told them vatos well there was a rat
        16  that was there for four fuckin years. Come on bro. And you're
        17  trying to say this carnal's in the wrong? Pshh. Know what I mean?
        18  HERRERA: Yeah. Not only that, (UI) tried to (UI) carnal.
        19  CHS: Bro, they're just mad they just, washa. The carnals, that
        20  are on the G shit that are pushing the issue to get things done,
        21  those are the ones that are hating on. Certain individuals. (UI)
        22  know what I mean?
        23  HERRERA: Prolly cause the-they don't wanna be locked down.
        24  CHS: (stutter) so-so how the fuck could they hate on you,
        25  carnal? How the fuck can they hate on anybody else?
  00004:01  HERRERA: What it means carnal, what it means, like that saying.
        02  Is-is exactly the vatos carnal that were (UI) they, that, (UI)
        03  the ones that all tapped out, what's the first thing they said?
        04  " I don't know its (UI)" so then, I probably said ok, then (UI)
        05  carnal (UI) fuckin everyone was like fuck you, all of them. When
        06  we came back, not a (UI) ok. Like I called you and rapped those
        07  them face to face, I told (UI) and I told (UI), look homie. How
        08  could you do that? I told why did you do that. How could you
        09  fuckin go and talk to carnals I know, when there's thousands of
        10  fuckin hynas out there? How could you (UI)? And he told me, "I
        11  feel bad." Ask Juanito. He said, I feel bad carnal. I'm the vato
        12  (UI) and he was there saying, Yeah, fuckin (UI) and, (UI). But
        13  look, but like I told Blue, he's still a carnal, and he told me
        14  I respect you he told me he goes, you're the one motherfucker
        15  that's come out here besides Juanito and Alex, and a few other
        16  carnals (UI) to tell me I got em. (UI). I told him, look carnal,
        17  I don't nothing against you I-I I didn-I didn't want it, (UI)
        18  because he was in a-a, a (UI). He didn't deserve to die.
        19  I didn't-I didn't agree that the vato needed die. But, he
        20  needed a violation. And there was a lot of carnales, that
        21  didn't wanna take it to him. They didn't feel that, he
        22  deserved it. And I-I told them (UI) because not a lot
        23  of carnales that started (UI). Julian was (UI) cause a big ol
        24  fuckin (UI) gonna start banging we're gonna get locked down
        25  (UI). Now, I was surprised because he started yelling like that.
  00005:01  Started banging on the door carnal. And everybody that was
        02  supporting him, turned their (UI). The one that was supposedly
        03  that Critter (UI) the yard. Well when Critter left, someone told
        04  me (UI) me. That he was over there running his mouth
        05  (UI). (UI) carnal.
        06  CHS: But wh-but why-how are they running their mouth though?
        07  HERRERA: Critter (UI) because me and him carnal had got into
        08  an argument before and I called him out in front of Jake carnal.
```

xh195 - DISC 20860-20873.Cert Trans of bod rec of CHS & C. Herrera(2-16-16 to 3-14-16).2373.009PL.R.tx

```
         09  And I said you know what? I said, (UI) fuckin (UI) tell me.
         10  You were fuckin (UI), fuckin (UI) and all them fuckers (UI).
         11  " Don't you remember? All your homies from Barelas fuckin (UI).
         12  (UI) barrio. I told him (UI) fuckin (UI) from Barelas for years
         13  (UI). (UI) like fuck fool. And I told him (UI) I told him you
         14  know what? I told him I've been nothing but good to you ese
         15  and we started banging. I told him you know what? Don't talk
         16  shit. I told him get your fuckin fiero and said (UI) I'll fuckin
         17  have my jefe come, and we'll handle it homie. I tell you what
         18  I'll do I told him, don't you fuckin dare (UI). (UI) carnal,
         19  hard ay. And (UI) was there too no? And I told him, you know
         20  what? I told (UI) you know what this fucker (UI) carnal. And
         21  then, (UI) that, (UI) like, (UI) I seen who you are, and he
         22  comes and tells me that, (UI) I don't know ese (UI) carnal (UI)
         23  try to (UI) some other carnals that I used to (UI). But, I know
         24  what's up, I know (UI). I told him well, well then handle it.
         25  In other words he was trying to tell me, that because I was
00006:01  supporting Styx and-and, and-and-and there's always (UI) since
         02  the north. With-with (UI) with uh, wi- with um, that little
         03  fucker too, grumpy. That they were all supporting (UI). I told
         04  them, look I told them (UI) fuckin talk shit. I told Critter
         05  (UI) all that fuckin drama here to cruces. I told him you know
         06  what? If you feel you're in danger at all (UI) fuckin (UI) and
         07  say, (UI) I told him you fuckin sit there and act hard. I don't
         08  know, I'm getting tired of (UI) fuckin (UI). I told him (UI)
         09  trying to fuckin (UI). You wanna (UI), and talk all kinds of shit.
         10  I told him (UI) fuckin bullshit I told him. We've all had fuckin
         11  problems and bullshit but now, you have to let this fuckin
         12  (UI) I told him. Yeah, Julian fucked up and (UI) fuckin carnal
         13  (UI) step up (UI). As-as a fuckin carnal, (UI) ay. As a fuckin
         14  carnal (UI) these vatos fucked up. And he deserves a violation.
         15  (UI) fuckin (UI). Because I heard, the carnals (UI) told me
         16  carnal. (UI) I was (UI) from, (UI) everybody told me that when
         17  that fucker with Junior (UI) he talking all kinds of shit.
         18  Getting carnales to fuckin support him. Well then that's
         19  when I rapped to Joe and I told him (UI). But he told me (UI)
         20  he said (UI) fucker (UI) all the other carnals (UI) treat me
         21  like that. And I told him look, I'm not working against you.
         22  I told Critter too, that way nobody (UI) fuckin (UI) and
         23  starts up all kinds of other chisme. (UI) together and
         24  Julian is soldier. He's done. What I see there (UI). But
         25  I'm just saying that shit is going down no? (UI) vato (UI)
00007:01  and I told him look, I told him we need to move forward.
         02  All of us have issues and (UI) personal issue or whatever,
         03  carnales can handle it (UI). Now, there was a lot of
         04  carnales saying that (UI) undecided (UI). Ok, once he
         05  started banging on the door that's when Critter had
         06  heard (UI). (UI) and, (UI). And then that shit happened with
         07  Julian. We told fuckin Conrad handle it no?
         08  CHS: [chuckles] Carnal fucked him up.
         09  HERRERA: I'm telling you. (UI) fuckin, uh you shoulda seen
         10  how he fuckin, what's his name (UI) ay.
         11  CHS: Who?
         12  HERRERA: Uh, Julian. He was fuckin (UI) like fuck. He was
```

```
          13  (UI) ay. So that fool Conrad (UI) himself. That fucker just was
          14  banging carnal. (UI) and then, (UI) would tell him just shot
          15  him. When he was drunk like that carnal, because (UI) fuckin
          16  (UI) carnal, and (UI) he says you know what? I fucked up (UI) he
          17  was always telling us, I fucked up and I (UI) but I don't
          18  deserve to die. That's what he told me no? (UI) tell that (UI)
          19  to Juanito (UI) I don't deserve to die. (UI) but what he's
          20  telling (UI) to go to the shower and wash your hand (UI)
          21  everybody (UI) ay. After that everyone (UI) wouldn't speak (UI).
          22  And still carnal, still I haven't seen (UI), (UI) just better
          23  off going home dog. (UI) just retire. Because that right there,
          24  that right there (UI). (UI) and I was even embarrassed because I
          25  was (UI). And I know Velma, but like I said carnal, Velma (UI)
00008:01  and, (UI) chose to (UI) is because, (stutters) is cause, we have
      02  to see this ranfla as an S carnal. Not, as favoritism. You know
      03  what I mean?
      04  CHS: Yeah, simon.
      05  HERRERA: (UI) towards (UI) certain carnals and Styx, the gringo,
      06  I love him, I love him like fuck but, they have to realize carnal,
      07  reglas are reglas. It goes for Styx too it goes for anyone carnal.
      08  For me, for you, for all of us. Rules are rules carnal. And-and
      09  (UI), you got what you got coming. Just life if- if-if- if (UI)
      10  or whatever, they know what's up. (UI).
      11  (UI). (UI) fuckin PC we're done. It is what it is carnal. It's a
      12  crazy fuckin life though. Im not going to sit here and tell
      13  anybody there favorites they can say ahh, yeah (UI) brother. You
      14  know what I mean? Those of us that (UI) like, I told him you
      15  know, whatever (UI) whatever, At one time, that vato was firme.
      16  He's not a rat. You know what I mean? He-he never like ratted.
      17  He never (UI). But now that he (UI) and he (UI). Everybody (UI),
      18  even I know. Another one that was there supporting. (UI)
      19  carnal. (UI) what he gots coming to him. Because rules are rules.
      20  No one's above (UI) that's why everybody has to live like that.
      21  (UI) nothing's changed. We all have to, do our part this ranfla.
      22  We all have to love each other, respect each other and,
      23  because we're soldiers. They'll sit there an-and just yell at
      24  each other, and-and talk (UI) about other carnals because they
      25  don't (UI) carnals and, but, (UI). Well, our rules are rules carnal.
00009:01  And, and they want in this ranfla and if they (UI) fuckin
      02  charge, that's life bro. I'm not asking you, to be my carnal. If
      03  you guys feel that, that you don't wanna do it, then don't do it
      04  then. But don't fuckin sit here and tell me you're my brother.
      05  Don't fuckin sit here and lie to me. Because, if (UI) carnal,
      06  I'm not (UI) I can see the light, I can see the death, can see
      07  the (UI) right now, (UI) and complain, (UI) twenty some years
      08  straight, and say that fuck I deserve to go home. How the fuck
      09  are you (UI) go home? It sucks. But if you're in position to do
      10  it then, you've gotta go for it. And if you choose not to, then
      11  that's your ticket. (UI) carnal. We all go. Regardless of age,
      12  regardless of-of (UI) whatever (UI) carnal, that's the way it's
      13  always been. Since (UI) fuckin (UI) all them carnales were
      14  around. You go-you go and, you don't fuckin tell (UI)
      15  carnal (UI). And come out (UI) carnal. Let's go. (UI) carnal
      16  tell me to (UI). But geez carnal! (UI) fuckin (UI) don't do
```

xh195 - DISC 20860-20873.Cert Trans of bod rec of CHS & C. Herrera(2-16-16 to 3-14-16).2373.009PL.R.tx

```
          17   this, don't this your just a youngster go home.
          18   Don't listen to those guys. They're-they're just trying to
          19   fuckin own you. (UI) fuckin come on fool. They're fuckin in the
          20   fuckin clicka. What the fuck you think you're doing? (UI) fuckin
          21   (UI). The fuckin clicka. Fuckin chh, this is, this is it carnal.
          22   Straight fuckin G shit. Just like now, fuckin on the streets and
          23   your carnales once you start moving up (UI) carnal, (UI) start
          24   (UI) fuckin (UI). Start (UI) ay. (UI) know that ay, any of
          25   my carnales (UI) yeah we're coming for you ay. (UI) ay.
00010:01   CHS: Which one, (UI)?
          02   HERRERA: I'm the one that (UI) to fuckin Juanito (UI).
          03   CHS: Yeah.
          04   HERRERA: Llaves back to the door (UI) brother over there.
          05   (UI) said carnal, (UI). Well what the fuck? (UI) that
          06   happened and it turned out the (UI). You know what I mean?
          07   CHS: No. But that's what they were s-
          08   HERRERA: (overlap) He said because, (UI) fuckin (UI) I'm
          09   sorry brother but, yeah (UI).
          10   CHS: No, but they were just saying that he was supposed to
          11   dispose of those no?
          12   HERRERA: Yeah well see,
          13   CHS: And that fuckin,
          14   HERRERA: Well like I said, (UI) but he know and I know
          15   that fuckin (UI) is going off, (UI) fuckin (UI) you don't
          16   remember ay. (UI). Well what the fuck? (UI) like, (UI)
          17   carnal is with, they let him out of the room that's where
          18   they fucked up. And-and because, (UI). Now, (UI) done better?
          19   Yeah. (UI) done better carnal (UI). Because, we could've (UI).
          20   But, once word was there carnal, I started hearing fuckin
          21   Archie running telling everybody carnal. I-that night (UI)
          22   started (UI). I already knew what was going to happened.
          23   lockdown. (UI) confidential information. (UI). Know
          24   what I mean?
          25   CHS: Yeah, simon.
00011:01   HERRERA: Confidential (UI) I don't give a fuck but, it ain't
          02   gonna happen on our watch like that. That's-that's gay
          03   ass shit like that ay. Fuck that.
          04   CHS: What I trip out on is that vato, hey that fool Javier
          05   was there for four fuckin years carnal.
          06   HERRERA: I know. (UI) brother (UI). How the fuck?! How
          07   the fuck told him. It's like (UI) just like with anybody
          08   else and I told him you know what? And that's why this
          09   ranfla is the the way it's been. It's because you have -
          10   there was no fear. Nobody had fear back then (UI) fuckin (UI).
          11   You have fear. (UI) because, you knew if, if-if anything.
          12   You get home and you said anything stupid, you were done.
          13   You showed any type of weakness you We're done carnal.
          14   And-and, and anyone (UI) they could just (UI) there and
          15   not, and not do nada. They're just like, in other words like,
          16   but then we had other carnales, that these other brothers
          17   thought that, they were somebody. Yeah they were vatos that
          18   been around, but you have these fuckin (UI) shit (UI) that,
          19   (UI). And the other thing (UI) other fuckin (UI) that were
          20   just falsifying like-like um, fake shit because, the power
```

Page 5

xh195 - DISC 20860-20873.Cert Trans of bod rec of CHS & C. Herrera(2-16-16 to 3-14-16).2373.009PL.R.tx

```
         21  slipped. Because they wanted (UI) carnal.
         22  CHS: Hey, but that shit was real though huh?
         23  HERRERA: Huh?
         24  CHS: Them-the-them papeles were real huh?
         25  HERRERA: I-I put that on everything brother. Spider all of us,
00012:01  Blue, all of us carnal made that decision carnal (UI). That,
     02  it has to be legit. It has to be good carnal. Now, that's why
     03  there was certain carnals it wasn't about (UI). As to say, um,
     04  was what it was carnal it was just a community of older
     05  brothers at the time, that put together, and made a decision
     06  together. You didn't have just one person just making decisions
     07  for everybody. People They didn't know that, (UI) too. Nobody
     08  needs to know (UI) carnals (UI) lives. They didn't even know
     09  nothing. I didn't wanna know. There was that, there was (UI)
     10  carnal. You know that and I know that and-and has it gotten
     11  better? Yeah it's getting better. But there was leaks. There
     12  was CI like fuck. There was, people getting locked down like
     13  fuck. An-and and I put this, administration, said some things
     14  when I was over there that took me by surprise. Like it fuckin
     15  tripped me the fuck out. How in the fuck, and we made a tabla,
     16  administration knew about that tabla. How? How did they know?
     17  Why? Cause there was leaks. our jente that was there carnal,
     18  and there was violence. They, they were mad because they found
     19  Danger (UI) fuckin (UI), they don't care. They're giving out
     20  (UI) they don't give a fuck. Come on carnal. I-I you know what?
     21  (UI) fuckin say that I don't care and just (UI) that Alex didn't
     22  care and Juanito and all of em. Come on carnal. No one (UI). You
     23  think we don't care? Yeah we care. But, it's, it's dying. (UI).
     24  CHS: Well hey carnal. That's, but that's the reason why things
     25  get done because people care.
00013:01  HERRERA: It's just like ISIS, but ISIS (UI) you just need to
     02  watch your genes that get shit done. That enforce that law.
     03  And everybody know (UI). And that's why (UI) fuckin (UI).
     04  They don't need to know. (UI). (UI) respected. Now, you're
     05  gonna start paying it's not saying that, that you're a punk,
     06  but you're gonna fuckin throw something in this (UI) toward
     07  the (UI). And that goes for everyone. (UI) everyone outside
     08  this ranfla. That's what they started-we started it's like in
     09  other words, you get the clavo on the streets, you give a
     10  percentage to the big homie which is us. What percentage
     11  then we distribute the drugs. And everybody sees that. They
     12  see that money gets (UI). All the homies on the streets
     13  rallying up all the fuckin homegirls and the chiva taking it
     14  off the streets. And (UI). Putting em to work carnal.
     15  (UI) fuckin (UI) everybody (UI) is we all need to do it. All of
     16  us have resource carnal. (UI). (UI). But once you have that
     17  taken care of everything is history. And-and now, (UI) right now
     18  (UI). (UI) all these fuckers (UI). (UI). All the negativity's
     19  gone. And all their, their um, their chisme, their fuckin, their
     20  rumars, everything. Now we have to worry about all the fuckin
     21  renouncers now, starting a new clicka. We have (UI) out there
     22  complaining about the (UI). They're moving north. They're
     23  recruiting more. They're not (UI) they're sleeping ay. They're
     24  sleeping but they're (UI). But what they're doing, is (UI) like
```

Page 6

xh195 - DISC 20860-20873.Cert Trans of bod rec of CHS & C. Herrera(2-16-16 to 3-14-16).2373.009PL.R.tx

```
        25  (UI). They're not doing fuck. They're not (UI). But they will
00014:01  be in the future if we don't get a hold of them now.
        02  The Surenos, are getting slowed down. They're banging
        03  hard with each other right now. They're moving on each other,
        04  they're fuckin dropping out like fuck too. Then you have, like,
        05  (UI)-
        06  CHS: (overlap) Hey!
        07  HERRERA: (UI)-
        08  CHS: (overlap) Ay! Do we got a truce with them vatos?
        09  HERRERA: Uhh,
        10  CHS: Do we have a truce with them vatos, the Surenos?
        11  HERRERA: Well, it's not a truce carnal. What it is is,
        12  just uh, coming together as people. Like, there's vatos that,
        13  like Alex is talking to like Rocky, and all them and Beto was
        14  tightening up. those guys are in our backyard. You're gonna
        15  respect it. Now, if they don't respect it, then they're gonna
        16  get stabbed. Now, when we ask these Surenos, when you see a
        17  Sureno said he's from Cali, tell him whos your big homie. The
        18  vato can't fuckin (UI). Now, these Surenos, (UI) like (UI) like
        19  um, (UI) and the ones that Alex was rapping to. Alex was rapping
        20  to em for a minute and Bago no? Bago whatever, (UI) like fuck
        21  (UI) fuckin (UI) Gato, Blackie. They- they know carnal. And
        22  fuckin, they, they've known about this (UI) carnal. And he told
        23  us a lot of Surenos are wanting to know whats going on, (UI)
        24  what's going on. Because, the Surenos and us (UI) right now
        25  are-are charity. There's a lot of - right now, all the ones from
00015:01  New Mexico, are all together as one carnal.
        02  Everyone that was talking (UI) was too carnal. It was all chafa
        03  rollo. Like that fuckin (UI). (UI) fuckin move over there (UI)
        04  cherry (UI). (UI) over there. (UI) over there (UI) like if, like
        05  if he was telling (UI) just to (UI) no?
        06  CHS: Yeah.
        07  HERRERA: But they're (UI). And, you just have all
        08  these other fuckers over there and then the Surenos are telling
        09  us, they approached us with respect and said look, (UI) ride or
        10  die (UI) homie. (UI) no? If you need anything holler at us,
        11  showing us love and respect. (UI) they were telling us, that
        12  they told the other Surenos they told Gato, Beto and all them
        13  other fuckers, that, if anything go down then help them vatos.
        14  They were trying to tell him, no. (UI) as a matter of fact, they
        15  started telling (UI). And (UI) but they don't anybody back in
        16  California so they got supporters from there (UI) if you're not
        17  (UI). Now, (UI)-
        18  .
        19  .
        20  .
        21  .
```