Federal Bureau of Investigation
Albuquerque Field Division

| | |
|---|---|
| Case number | 245U-AQ-6239655 |
| Date of recording | 2/16/2016 – 3/14/2016 (exact date unknown) |
| Participants | CHS<br>Carlos Herrera = Herrera |
| Transcribed by | AER |
| Date transcribed | 12/21/2016 |
| Notations | Unintelligible = UI |

**The following transcript has been compared to the audio recording from which it was made, and to the best of my ability, the transcript is a true, complete, and accurate record of the recording.   TFO Chris Cupit**

| | |
|---|---|
| Herrera | UI and then, vatos that um, UI scope em out, |

|  | see what UI, smoke em out, and we'll UI if UI. Oscar, UI. UI just, he was just a *carnal*. And that's when he started gaining more and more power. UI and we're gonna have to fuckin UI. Put 5 *carnals* in each area chh, UI. UI. |
|---|---|
| CHS | Fuck yeah. |
| Herrera | like in Mexico UI remember that we were like ISIS. They wouldn't even know until we know. Well, nobody UI know well have to hit them in the night. UI fuckers UI. They'll fuckin find all kinds of people dead anyway. Well I mean UI do with that that UI get away with it just missing. |
| CHS | UI |
| Herrera | People missing. They don't know what happened to em. |
| CHS | I know what you mean Lazy. I know carnal, [chuckles] trust me brother. |
| Herrera | Once that fear comes back, and UI ay. I wanna do that dismardre ayy.  party, UI and those fuckers are like navy seals straight G's you just have to bring back that fear and you have to have that fear, UI but people don't. but they will. If they speak on something and UI fuckin UI outside of this ranfla the same way UI part of our organization, they are done. You're fuckin through man. Because what they are doing, is you're jeopardizing everybody in the fucking plan. Not only that, it's like, you need to just start going to the streets, and UI like, they start getting UI out there UI fuckin like hiding carnal like, not-not advertising UI staying low UI no fuckin foot soldiers out there. UI *vatos* that, the barrio have them out there and killing and all that, UI enforcing reglas out there and to go to different *barrios* and-and collecting. UI all over UI it's not, we're gonna go to war. UI fuckin UI fuckin. The foot soldiers and have them fuckin, make all |

|         | |
|---------|-|
|         | the money. And the best way to UI a *rucca*. *Rucca's* want to-to-to fuckin, UI. That's what the *vatos* from *Califa* do. They know UI *ruca*. Because when *hynas*, are better, they're better people to UI and-and better UI *ruca* UI because UI have already been UI they already know, you don't fuck with me. They've always, listened to command because, they are women. UI. UI, |
| CHS     | Yeah, I know what you mean *carnal*. |
| Herrera | And then you have UI, all the homegirls like all them *hynas* right now the wilas on the street. You get them and clean them up you know what? We tell em UI fuckin UI that *ruca* will start crying, no one's ever shown her amour like that. No one's ever UI. |
| CHS     | I know what you mean Lazy, I know *carnal* UI. |
| Herrera | UI fuckin UI fuck UI fuck UI. Now, clean her uo and maybe that *ruca* knows a lot of things. Maybe she's a smart *hyna* who knows about computers, well whatever. Maybe she's UI fuckin UI *ruca* who barely started fuckin UI whoever's around. UI fuckin UI. It's like the Sinaloa Cartel UI when they showed it all UI. They fuckin UI they said UI but when they fucked up, is UI fuckin, cell phones because they're getting, they're getting UI right after UI. They were getting UI fuckin UI they were showing UI where, UI fuckin said that when they fuckin UI, they had to order fuckin UI that had radar sensors ay. They were throwing UI so they wouldn't fuckin track them with the fuckin UI with that UI. |
| CHS     | Yeah, *simon*. |
| Herrera | Gangster shit. UI this now, we have to go help UI. The other downfall UI, because we go out there start fuckin up. We just gotta control ourselves. Be there for each other. UI *carnal*. Get off that shit. That's why other hente, *Aztecas* do it, *vatos* from |

|         | *Califas* do it, *vatos* from Chicago do it UI. Using drugs in the down fall. The eme don't do drugs ay. They don't get high…..…at all *carnal*. They don't fuck around with that shit. And those *vatos* UI ay. They just, UI they just, UI they just make sure that, they get off that shit. That's what we need to do. UI start enforcing UI getting people off of it instead of on it. |
|---------|---|
| CHS     | Hey, fuckin did you rap to fuckin Boo Boo before he split? |
| Herrera | Yeah. |
| CHS     | What did he have to say? |
| Herrera | Ahh, you know what? UI he's cool and everything ay but, I don't know. I don't really know where he is really at no what I mean, |
| CHS     | Yeah. |
| Herrera | I know UI, like I said UI like, we'll see fool. We'll see. But like I said UI um, I really don't know. He has always been my pero, weve been through all kinds of fuckin UI, over, we always have over, over Julian dog. He was one that got hurt UI *Barelas* UI I feel bad UI a lot of people died chh UI. [pause] Know what I mean? |
| CHS     | Yeah something more *carnal*, you know what I mean? |
| Herrera | UI but like I said *carnal* I really don't know. When he got out to do work we'll see. We'll see where he's at. |
| CHS     | And what about the old man? You haven't heard from the old man? |
| Herrera | Umm he is in the Feds. I UI. UI and then that's when they took him to the Feds and, UI haven't heard nothing UI *juras* are over here trying to say that they smashed Blue, but I don't know. |
| CHS     | I don't think that's true ay. |
| Herrera | Yeah that's just Chaffa word. UI Dan Dan UI |

**U.S. v. DELEON, ET Al.     20877**

|         | *carnal*. UI fuckin UI and he tells me, uhh a *jura* UI. Then I found UI *carnal* UI get all the *carnals* to volunteer, and we were on lockdown on Monday through the holiday no UI sure UI told on Tuesday, UI come in cause this happened over the weekend, UI fuckin UI. Just cause of that shit that happened in Cruces UI streets too UI people the way they are now especially with the, with the fuckin RICO Act now people now they have jurisdiction to, to UI because UI. UI just to insult UI somebody UI scrap. And then you have *Aztecas, Aztecas*, do anything UI people. UI. Federal charges. Federal indictments UI. |
|---------|---|
| CHS     | And that's what they're starting to do to us. |
| Herrera | Yeah. That's why I say, that's why I told the *carnals*, UI told everybody UI that I found out UI that's when I UI psh, UI coming from a *ruca*. But either way UI either way just be on your toes UI, UI no? |
| CHS     | Yeah, *simon*. |
| Herrera | But like I said *carnal* I don't know. UI took everybody to the Feds, UI fuckin *chafa* like I know, like UI, UI there's a bunch there UI fuckin UI but a lot of UI no? |
| CHS     | Yeah. |
| Herrera | UI them out, and the Feds can't, but that right there is-is what's gonna UI because, a lot of the UI *vatos* from New Mexico, all over UI respect the hente. UI fuckin people out there is a whole different ball game out there. UI but, like nothing compared to the fuckin feds people that, chh, UI tons of fuckin heroin. UI Dan Dan UI from all over UI from California, from Arizona, UI, remember? |
| CHS     | Ay, so you think that shit's gonna give us a boost up? |
| Herrera | Yeah. UI. UI you just gotta UI now UI on the street, and-and, UI *carnal*, but we have to. You know what I mean? UI if it's something UI |

|  | then we'll handle it. UI whatever UI now. UI get knocked down UI. Like like *Califa*. UI right now. UI fuckin locked down UI. |
|---|---|
| CHS | Hey so, so, so what do you think now brother? Where do we go from here now? |
| Herrera | If-if they come UI and I'm sure like UI *rollo*, because he's the murderer too, like a little bit more like UI other *vatos* from UI family, UI he told me, that everybody's family UI. Gang related imposters, they're chh, they're done. They're done ay. |
| CHS | Yeah but I'm talking about where do we go from here brother us, what are we gonna do now? |
| Herrera | Well hopefully, UI, |
| CHS | We know us, ourselves brother. |
| Herrera | We have to go from the streets and start, another side movement under us. Like the *Surenos* like UI and-and start some other type of, Chicano movement under us. And-and have them as our foot soldiers. They'll start UI and us, and as-as like the *Surenos*, UI like um, we have to. We have to start that movement. Something different that way when *vatos* UI down, they already UI they already know. Know what I mean? |
| CHS | Yeah, *simon*. |
| Herrera | UI have to, UI not just a group of UI *carnal* UI fuckin move forward UI. It's not games no more *carnal*. We have to let this shit ride. We have to UI *carnal*. UI fool. Once im out there, I can get other carnales to fuckin UI fuckin there and chh, all it takes is a few of us to bring this fucker back, well start fuckin putting in Jale fool. UI not into UI into a whole new generation where they can UI. These *vatos* ay, they, these *vatos* from the "S" fuckin they are the big homies *carnal*. These fuckers are Dangerous UI. |
| CHS | But what about, remember (stutters) UI Zia |

|         |                                                                                                                                                                                                                           |
|---------|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|         | kiskis and, Zia Manos,                                                                                                                                                                                                    |
| Herrera | See that, that right there, is good because that's UI. That's like the *Surenos* they all it and the other thing, is, worked for us UI to UI. Like, like *Burque* UI that's all they have UI respect and trying to say, um, |
| CHS     | Yeah I seen that.                                                                                                                                                                                                         |
| Herrera | So that's why we're saying it. So we could be loud and start a movement UI something UI *Surenos* UI and *Surenos* are all fuckin soldiers for the Eme. And UI                                                            |
| CHS     | Hey but-                                                                                                                                                                                                                  |
| Herrera | the *Surenos* UI they know, they fuckin fear the Eme.                                                                                                                                                                     |
| CHS     | I know but remember when we when we were rapping about in Cruces?                                                                                                                                                         |
| Herrera | Yeah.                                                                                                                                                                                                                     |
| CHS     | About the *barrios*?                                                                                                                                                                                                      |
| Herrera | Yeah.                                                                                                                                                                                                                     |
| CHS     | About putting the youngsters into the *barrio*,                                                                                                                                                                           |
| Herrera | We just need to have something else like, UI like fuckin like, New Mexico fuckin,[pause] something like a plicaso ay. UI like uh…… New Mexico soldiers ay. Know what I mean?                                              |
| CHS     | *Simon*.                                                                                                                                                                                                                  |
| Herrera | Or like UI *Califas* UI because UI we have UI and those fuckers are down too, no? UI-                                                                                                                                     |
| CHS     | (overlap) (stutters)And what about all the viles *carnal*, what are we gonna do with that?                                                                                                                                |
| Herrera | The *Surenos* movement fuckin got so powerful cause, UI not just UI a lot of people UI all this going on in California, who wanna be part of that gang bang UI but, what it is UI like I said UI and it all works *carnal*. |
| CHS     | Well I know *carnal* but,                                                                                                                                                                                                 |
| Herrera | Ok, what we need to do is, we need to do it because we have more -- the south, the east the west, we don't have division in our chapter. There's no like, it doesn't matter what fuckin north, south, east, or west no?    |

**U.S. v. DELEON, ET Al.   20880**

|         | Because that *carnals* UI fuckin UI approached by a fuckin *Surenos* UI and they had told us is that you guys have your shit all fucked up over there UI that's-that's our-that's our UI. We're not they're not part of the *Nortenos* out here. They're just more northern, UI their *Nortenos* report to UI. They're not part of, *Nuestra Familia*. You know what I mean? |
|---------|---|
| CHS     | Yeah. |
| Herrera | New Mexico. They ride in New Mexico. They're with us. And but they look at it just like, they understand it, they UI but at first, they wanna take flight on them. UI fuckin Feds UI. UI starts, you know what I mean? UI whatever but, it's like, UI they know who you are and that respect is there, UI respect UI who you are and they wanna UI or whatever, UI they're-they're UI cause you got UI. |
| CHS     | Hey watch, watch. Hold on Lazy, hold on hold on hold on *carnal*, let me take a piss. Hold on. |

```
kh197 - DISC 20874-20881.Cert Trans of bod rec of CHS & C. Herrera(2-16-16 to 3-14-16).2373.010PL.R.tx
    00001:01  HERRERA: (UI) and then, vatos that um, (UI) scope em out,see
         02  what (UI), smoke em out, and we'll (UI) if (UI). Oscar, (UI).
         03  (UI) just, he was just a carnal. And that's when he started
         04  gaining more and more power. (UI) and we're gonna have to fuckin
         05  (UI). Put 5 carnals in each area chh, (UI). (UI).
         06  CHS: Fuck yeah.
         07  HERRERA: like in Mexico (UI) remember that we were like ISIS.
         08  They wouldn't even know until we know. Well, nobody (UI)
         09  know well have to hit them in the night. (UI) fuckers (UI).
         10  They'll fuckin find all kinds of people dead anyway. Well I mean
         11  (UI) do with that that (UI) get away with it just missing.
         12  CHS: (UI)
         13  HERRERA: People missing. They don't know what happened to em.
         14  CHS: I know what you mean Lazy. I know carnal, [chuckles]
         15  trust me brother.
         16  HERRERA: Once that fear comes back, and (UI) ay. I wanna do
         17  that dismardre ayy.party, (UI) and those fuckers are like navy
         18  seals straight G's you just have to bring back that fear and
         19  you have to have that fear, (UI) but people don't. but they
         20  will. If they speak on something and (UI) fuckin (UI) outside
         21  of this ranfla the same way (UI) part of our organization,
         22  they are done. You're fuckin through man. Because what they
         23  are doing, is you're jeopardizing everybody in the fucking
         24  plan. Not only that, it's like, you need to just start going
         25  to the streets, and (UI) like, they start getting (UI) out
    00002:01  there (UI) fuckin like hiding carnal like, not-not advertising
         02  (UI) staying low (UI) no fuckin foot soldiers out there. (UI)
         03  vatos that, the barrio have them out there and killing and all
         04  that, (UI) enforcing reglas out there and to go to different
         05  barrios and-and collecting. (UI) all over (UI) it's not, we're
         06  gonna go to war. (UI) fuckin (UI) fuckin. The foot soldiers and
         07  have them fuckin, make all the money. And the best way to (UI)
         08  a rucca. Rucca's want to-to-to fuckin, (UI). That's what the
         09  vatos from Califa do. They know (UI) ruca. Because when hynas,
         10  are better, they're better people to (UI) and-and better (UI)
         11  ruca (UI) because (UI) have already been (UI) they already know,
         12  you don't fuck with me. They've always, listened to command
         13  because, they are women. (UI). (UI),
         14  CHS: Yeah, I know what you mean carnal.
         15  HERRERA: And then you have (UI), all the homegirls like all them
         16  hynas right now the wilas on the street. You get them and clean
         17  them up you know what? We tell em (UI) fuckin (UI) that ruca
         18  will start crying, no one's ever shown her amour like that.
         19  No one's ever (UI).
         20  CHS: I know what you mean Lazy, I know carnal (UI).
         21  HERRERA: (UI) fuckin (UI) fuck (UI) fuck (UI). Now, clean her uo
         22  and maybe that ruca knows a lot of things. Maybe she's a smart
         23  hyna who knows about computers, well whatever. Maybe she's (UI)
         24  fuckin (UI) ruca who barely started fuckin (UI) whoever's
         25  around. (UI) fuckin (UI). It's like the Sinaloa Cartel (UI) when
    00003:01  they showed it all (UI). They fuckin (UI) they said (UI) but
         02  when they fucked up, is (UI) fuckin, cell phones because they're
         03  getting, they're getting (UI) right after (UI). They were
         04  getting (UI) fuckin (UI) they were showing (UI) where, (UI)
```

```
kh197 - DISC 20874-20881.Cert Trans of bod rec of CHS & C. Herrera(2-16-16 to 3-14-16).2373.010PL.R.tx
          05   fuckin said that when they fuckin (UI), they had to order fuckin
          06   (UI) that had radar sensors ay. They were throwing (UI) so they
          07   wouldn't fuckin track them with the fuckin (UI) with that (UI).
          08   CHS: Yeah, simon.
          09   HERRERA: Gangster shit. (UI) this now, we have to go help (UI).
          10   The other downfall (UI), because we go out there start fuckin up.
          11   We just gotta control ourselves. Be there for each other.
          12   (UI) carnal. Get off that shit. That's why other hente, Aztecas
          13   do it, vatos from Califas do it, vatos from Chicago do it (UI).
          14   Using drugs in the down fall. The eme don't do drugs ay. They
          15   don't get high........at all carnal. They don't fuck around with
          16   that shit. And those vatos (UI) ay. They just, (UI) they just,
          17   (UI) they just make sure that, they get off that shit. That's
          18   what we need to do. (UI) start enforcing (UI) getting people
          19   off of it instead of on it.
          20   CHS: Hey, fuckin did you rap to fuckin Boo Boo before he split?
          21   HERRERA: Yeah.
          22   CHS: What did he have to say?
          23   HERRERA: Ahh, you know what? (UI) he's cool and everything ay
          24   but, I don't know. I don't really know where he is really at no
          25   what I mean,
    00004:01   CHS: Yeah.
          02   HERRERA: I know (UI), like I said (UI) like, we'll see fool.
          03   We'll see. But like I said (UI) um, I really don't know. He has
          04   always been my pero, weve been through all kinds of fuckin (UI),
          05   over, we always have over, over Julian dog. He was one that got
          06   hurt (UI) Barelas (UI) I feel bad (UI) a lot of people died
          07   chh (UI). [pause] Know what I mean?
          08   CHS: Yeah something more carnal, you know what I mean?
          09   HERRERA: (UI) but like I said carnal I really don't know. When
          10   he got out to do work we'll see. We'll see where he's at.
          11   HERRERA: Then I found (UI) carnal (UI) get all the carnals to
          12   volunteer, and we were on lockdown on Monday through the holiday
          13   no (UI) sure (UI) told on Tuesday, (UI) come in cause this happened
          14   over the weekend, (UI) fuckin (UI). Just cause of that shit that
          15   happened in Cruces (UI) streets too (UI) people the way they are
          16   now especially with the, with the fuckin RICO Act now people now
          17   they have jurisdiction to, to (UI) because (UI). (UI) just to
          18   insult (UI) somebody (UI) scrap. And then you have Aztecas,
          19   Aztecas, do anything (UI) people. (UI). Federal charges.
          20   Federal indictments (UI).
          21   CHS: And that's what they're starting to do to us.
          22   HERRERA: Yeah. That's why I say, that's why I told the carnals,
          23   (UI) told everybody (UI) that I found out (UI) that's when
          24   I (UI) psh, (UI) coming from a ruca. But either way (UI)
          25   either way just be on your toes (UI), (UI) no?
    00005:01   CHS: Yeah, simon.
          02   HERRERA: But like I said carnal I don't know. (UI) took everybody
          03   to the Feds, (UI) fuckin chafa like I know, like (UI), (UI)
          04   there's a bunch there (UI) fuckin (UI) but a lot of (UI) no?
          05   CHS: Yeah.
          06   HERRERA: (UI) them out, and the Feds can't, but that right there
          07   is-is what's gonna (UI) because, a lot of the (UI) vatos from
          08   New Mexico, all over (UI) respect the hente. (UI) fuckin people
```

```
kh197 - DISC 20874-20881.Cert Trans of bod rec of CHS & C. Herrera(2-16-16 to 3-14-16).2373.010PL.R.tx
           09  out there is a whole different ball game out there. (UI) but,
           10  like nothing compared to the fuckin feds people that, chh, (UI)
           11  tons of fuckin heroin. (UI)
           12  CHS: Ay, so you think that shit's gonna give us a boost up?
           13  HERRERA: Yeah. (UI). (UI) you just gotta (UI) now (UI) on the
           14  street, and-and, (UI) carnal, but we have to. You know what I
           15  mean? (UI) if it's something (UI) then we'll handle it. (UI)
           16  whatever (UI) now. (UI) get knocked down (UI). Like like
           17  Califa. (UI) right now. (UI) fuckin locked down (UI).
           18  CHS: Hey so, so, so what do you think now brother? Where do we
           19  go from here now?
           20  HERRERA: If-if they come (UI) and I'm sure like (UI) rollo,
           21  because he's the murderer too, like a little bit more like (UI)
           22  other vatos from (UI) family, (UI) he told me, that everybody's
           23  family (UI). Gang related imposters, they're chh, they're done.
           24  They're done ay.
           25  CHS: Yeah but I'm talking about where do we go from here
   00006:01  brother us, what are we gonna do now?
           02  HERRERA: Well hopefully, (UI),
           03  CHS: We know us, ourselves brother.
           04  HERRERA: We have to go from the streets and start, another side
           05  movement under us. Like the Surenos like (UI) and-and start some
           06  other type of, Chicano movement under us. And-and have them as
           07  our foot soldiers. They'll start (UI) and us, and as-as like
           08  the Surenos, (UI) like um, we have to. We have to start that
           09  movement. Something different that way when vatos (UI) down,
           10  they already (UI) they already know. Know what I mean?
           11  CHS: Yeah, simon.
           12  HERRERA: (UI) have to, (UI) not just a group of (UI) carnal
           13  (UI) fuckin move forward (UI). It's not games no more carnal.
           14  We have to let this shit ride. We have to (UI) carnal. (UI)
           15  fool. Once I'm out there, I can get other carnales to fuckin
           16  (UI) fuckin there and chh, all it takes is a few of us to
           17  bring this fucker back, well start fuckin putting in Jale fool.
           18  (UI) not into (UI) into a whole new generation where they
           19  can (UI). These vatos ay, they, these vatos from the "S" fuckin
           20  they are the big homies carnal. These fuckers are Dangerous (UI).
           21  CHS: But what about, remember (stutters) (UI) Zia kiskis
           22  and, Zia Manos,
           23  HERRERA: See that, that right there, is good because that's (UI).
           24  That's like the Surenos they all it and the other thing, is,
           25  worked for us (UI) to (UI). Like, like Burque (UI) that's
   00007:01  all they have (UI) respect and trying to say, um,
           02  CHS: Yeah I seen that.
           03  HERRERA: So that's why we're saying it. So we could be loud
           04  and start a movement (UI) something (UI) Surenos (UI) and
           05  Surenos are all fuckin soldiers for the Eme. And (UI)
           06  CHS: Hey but-
           07  HERRERA: the Surenos (UI) they know, they fuckin fear the Eme.
           08  CHS: I know but remember when we when we were rapping about
           09  in Cruces?
           10  HERRERA: Yeah.
           11  CHS: About the barrios?
           12  HERRERA: Yeah.
                                       Page 3
```

```
kh197 - DISC 20874-20881.Cert Trans of bod rec of CHS & C. Herrera(2-16-16 to 3-14-16).2373.010PL.R.tx
           13  CHS: About putting the youngsters into the barrio,
           14  HERRERA: We just need to have something else like, (UI) like
           15  fuckin like, New Mexico fuckin,[pause] something like
           16  a plicaso ay. (UI) like uh...... New Mexico soldiers ay. Know
           17  what I mean?
           18  CHS: Simon.
           19  HERRERA: Or like (UI) Califas (UI) because (UI) we have (UI)
           20  and those fuckers are down too, no? (UI)-
           21  CHS: (overlap) (stutters)And what about all the viles carnal,
           22  what are we gonna do with that?
           23  HERRERA: The Surenos movement fuckin got so powerful cause,
           24  (UI) not just (UI) a lot of people (UI) all this going on
           25  in California, who wanna be part of that gang bang (UI) but,
    00008:01  what it is (UI) like I said (UI) and it all works carnal.
           02  CHS: Well I know carnal but,
           03  HERRERA: Ok, what we need to do is, we need to do it because we
           04  have more -- the south, the east the west, we don't have
           05  division in our chapter. There's no like, it doesn't matter what
           06  fuckin north, south, east, or west no? Because that carnals
           07  (UI) fuckin (UI) approached by a fuckin Surenos (UI) and they
           08  had told us is that you guys have your shit all fucked up over
           09  there (UI) that's-that's our-that's our (UI). We're not they're
           10  not part of the Nortenos out here. They're just more northern,
           11  (UI) their Nortenos report to (UI). They're not part of,
           12  Nuestra Familia. You know what I mean?
           13  CHS: Yeah.
           14  HERRERA: New Mexico. They ride in New Mexico. They're with us.
           15  And but they look at it just like, they understand it, they
           16  (UI) but at first, they wanna take flight on them. (UI) fuckin
           17  Feds (UI). (UI) starts, you know what I mean? (UI) whatever but,
           18  it's like, (UI) they know who you are and that respect is there,
           19  (UI) respect (UI) who you are and they wanna (UI) or whatever,
           20  (UI) they're- they're (UI) cause you got (UI).
           21  CHS: Hey watch, watch. Hold on Lazy, hold on hold on hold
           22  on carnal, let me take a piss. Hold on.
           23  .
           24  .
           25  .
    00009:01  .
```