```
            Federal Bureau of Investigation
                Albuquerque Field Division


Case number                   245U-AQ-6239655

Date of recording             February 16, 2016

Participants                  CHS
                              Carlos Herrera = Herrera

Transcribed by                AER

Date transcribed              12/22/2016

Notations                     Unintelligible = UI
```

**The following transcript has been compared to the audio recording from which it was made, and to the best of my ability, the transcript is a true, complete, and accurate record of the recording.  TFO Chris Cupit**

| | |
|---|---|
| Herrera | UI started *carnal*. We come out of lockdown, |

|         | the ones that were involved UI like Juanito, the ones gang bangin were, Junior, Styx, Arturo, Chaparro, Angel, Ranger, pup, you know what I mean? |
|---------|---|
| CHS     | Yeah. |
| Herrera | And that, if it wasn't for that *carnal*, we would of never fuckin took that fuck. And they fuckin rapped UI fuckin UI fuckin took flight on the LC boom boom boom UI boom boom boom boom UI get locked up, UI fuckin UI see Diablo didn't know UI no? UI. UI chh, UI fuckin UI knocked down UI down UI *carnal* UI that's where he UI and UI what happened UI they were locking up, they started UI people UI and-and fuckin, and after that UI that's when UI. UI. UI fuckin UI fuckin UI that fucker got out UI. |
| CHS     | What happened? |
| Herrera | That blackie from LC? |
| CHS     | Yeah. |
| Herrera | He was on the line in Cruces. That fucker went and ran *carnal* ran to the captains office. That's when we were there UI *carnal*. And fuckin, UI and fuckin, we started moving on they started getting it and Critter UI had em. They had him. They had him. UI fuckin UI *carnals* like Dan Dan UI *carnal* UI you know? That's why like that time UI like, UI. UI it's not that, it's, it's good UI have people that don't have the same mind frame as us no? |
| CHS     | Watch, hold on Lazy, hold on *carnal*. I gotta fuckin, ay these fuckers are screaming *carnal* and I can't even hear you. Watch let me UI my door. Hold on [pause] Hey, *spenca carnal*, *a la verga* I'm fuckin over there fuckin screaming [chuckles] no? |
| Herrera | UI everybody UI like I said, UI fuckin UI escape, UI no? Now, UI is there was a fuckin there was UI *carnals* like we have now, we just need to be feared they fuckin need to |

fear us. They need to UI. Right now UI. That's why we were jumping and they hesitate. They weren't hesitating UI. They were scared. But now that's why we need to fuckin take it to the streets *carnal*. Get out of the Pinta they don't wanna UI. They UI *carnals* UI and that's when we start, all the little youngsters that wanna be a part. Trust me carnal, You know that, and I know that. UI but when *carnals* get out, like UI like um, fuckin, you see a *carnal* all *tirado* all fuckin, UI doesn't UI. Fuckin all blasted status, all *predundo*. Those youngsters see that. They see those vatos from the SNM no? Know what I mean? They just think *carnal*. They just need to fear us. And we need to get it right now because, mutual standing. New Mexico is getting bigger. Back then it was a little bit smaller UI people coming UI and the LC's are out there on this fuckin lines and the *Surenos* are slammed down. We have work down there. And-and the level 3 garbage out there. UI. UI. They fear us because they-they don't have it in em to kill. They ain't killers. That's the difference between them and us. Well we're not using it to our advantage anymore. We start out with *carnals* who just don't care anymore. Fuck that fool we're fuckin UI and UI Alex, fuckin Juanito, fuckin Jr, all of them. <mark>Fucking pup fool.</mark> Well we have to make sure that the *carnals* know. We all have to do our fuckin part. Fuck everything else right now our main issue UI *cuete*, meetings, gang bang, get them fuckers out there ay. Start fuckin, start getting smarter ay and just letting a motherfucker know when you're in command, UI if they hit the fuckin Feds, we're gonna get em. They lie or whatever UI fuckin straight power and fuckin state but in the Feds we're gonna get

|   | their fuckin ass. We're gonna whoop their fuckin ass. We aint fuckin around. Either you're a part of us or you're against us. They're gonna recognize us UI. That's UI. They-they're gonna respect us *carnal*. If-and UI now is like, that's what I'm saying *carnal*. And that-that we'll from this day forward, everyone in this ranfla. Yeah we have older *carnals* and structure within the ranfla but, we need to fuckin start schooling the fuckin *vatos* out there. You have sharks, that are, (stutters) you have a bunch of sharks, and everyone is fuckin has fuckin earned it *carnal*. Everyone here has earned it. And then you have all these sharks that keep looking at each other and-and just feeding off each other like, yeah UI *carnal* UI because they're showing like oh, I'm a big hitter and I could do this and do that. The ranfla is always there have bullshit because, everybody at UI. Everybody UI have a pack of dogs *carnal*. Everyone wants a promotion. Everybody fuckin you have a bunch of pit bulls that just feel like fuckin UI and UI but outside his *raza* is what we need to do *carnal* we need to start fuckin, putting fuckin work out there fuckin grabbing those little fuckers out there. It's fortunate for them. Now that we're with each other. Everyone's falling too much on each other, for what? That's well what's fuckin confusing to me because I've never seen that before. Why is it because they put us all together. That's why. And everyone together and-and we have all them othe lente fuckin UI out there that, when the *carnals* go home, everyone stays lost. And everyone stays yeah im going to do this or do that and they don't do their part. We all we're not gonna get nowhere unless we go fix for each other. We're not |
|---|---|

|         | |
|---------|---|
|         | gonna get nowhere. We're just gonna just keep fuckin just falling down ay. You UI that you're a UI then there's the door UI don't UI ay. If they don't wanna be a part of it then there's the door. But as a *clicka* we'll see what's gonna happen. These are the reglas this is what's gonna go down. We're gonna go handle things we're gonna fuckin, we're gonna enforce fuckin laws on the streets. We're gonna fuckin, let all these fuckin lincho know and they're gonna recognize us as a big homie. And you're gonna hear us because we're gonna come for your fuckin ass. Were going to kill them, We don't play. They think were fuckin playing. There's never just one. Do it in excruciating UI fuckin, fuckin rape, and I – it turns people's stomachs. That's how fuckin Isis this gets it together. That's how Al Qaida how could this fuckin foreign fuckin people, UI do something UI dog. You know what I mean? |
| CHS     | Yeah. |
| Herrera | they fuckin go out and abuse those fuckers. A lot of shit, I-I you know, Isnt right but when they start fuckin, saying they are after 9 year old girls and raping em UI fuckin wierdos ay. UI what they're doing, and they don't fuck around. And they UI fucker. The other fucker UI. You fuckin go into a *barrio* UI ay. And those fuckers UI fuckin UI just straight fuckin bitch. And they're gonna fall in line. They'll start falling in line and UI. I'm telling you *carnal*, fear is what fuckin is what gets them cause, if we don't have fuckin fear, they don't fear us, then, they're gonna laugh at us. |
| [pause] | |
| CHS     | Hey *carnal*, fuckin [laughs] UI huh? |
| Herrera | Yeah, but that's UI just, you would think *carnal* UI ay. UI but honestly, you think |

**U.S. v. DELEON, ET Al.    20936**

|  | |
|---|---|
|  | that, they're gonna shut us down like that. And-and now, (stutters) they fuckin they aint fucking around either. They're fuckin UI fuckin lock down like fuck. Were in definite lock down our ass. And now hopefully they don't do it. UI either UI it's a wake-up call because a lot of people realize it now that, that they'll do it. They UI every other UI already. And indefinite lock down. You're a gang member, you're going in the hole. And there's nothing you could do. They'll fuckin restrict us with everything. It will get worse in here too. And the Feds too. Whatever UI whatever they'll fuckin eventually put your ass in ADX, chh they'll fuckin take your UI like that fucker Chapo Guzman fuckin killed because, they're gonna torture him ay. They're gonna fuckin put him in the cell, that's just all cemented, they're gonna take everybody from his visiting list, they're not gonna let him visit with nobody. |
| CHS | No I already know *carnal*. |
| Herrera | UI but UI ay. |
| CHS | Hey Lazy today, hey *carnal*! What's today's – barely Tuesday huh? |
| Herrera | Yeah. |
| CHS | The sixteenth. So how many days, is left in this month? Is it a leap year or is it, is it just twenty-eight days in February? |
| Herrera | I don't know. I don-I don-I don't know my birthday's on the twenty second. |
| CHS | Of this month? |
| Herrera | Yeah. |
| CHS | You're an Aquarius too? |
| Herrera | No, Pisces. |
| CHS | A Pisces? |
| Herrera | Yeah. |
| CHS | On the twenty second of this month? |
| Herrera | Yeah. |
| CHS | Hey because, *washa* Lazy, mine's is on the-on |

|         | the fourteenth of this month. Mine just passed. |
|---------|-------------------------------------------------|
| Herrera | You're Aquarius. |
| CHS     | Yeah, I'm Aquarius. |
| Herrera | Yeah UI that's my *hyna*, she's Aquarius too. UI. |
| CHS     | *Orale*. |

```
Exh199 - DISC 20932-20938.Cert Trans of bod rec of CHS & C. Herrera(2-16-16).2373.011PL.R.txt
  00001:01  HERRERA: (UI) started carnal. We come out of lockdown,
        02  HERRERA: And that, if it wasn't for that carnal, we would of never
        03  fuckin took that fuck. And they fuckin rapped (UI) fuckin (UI)
        04  fuckin took flight on the LC boom boom boom (UI) boom boom boom
        05  boom (UI) get locked up, (UI) fuckin (UI) see Diablo didn't
        06  know (UI) no? (UI). (UI) chh, (UI) fuckin (UI) knocked down
        07  (UI) down (UI) carnal (UI) that's where he (UI) and (UI) what
        08  happened (UI) they were locking up, they started (UI) people
        09  (UI) and-and fuckin, and after that (UI) that's when (UI).
        10  (UI). (UI) fuckin (UI) fuckin (UI) that fucker got out (UI).
        11  CHS: What happened?
        12  HERRERA: That blackie from LC?
        13  CHS: Yeah.
        14  HERRERA: He was on the line in Cruces. That fucker went and ran
        15  carnal ran to the captains office. That's when we were there (UI)
        16  carnal. And fuckin, (UI) and fuckin, we started moving on they
        17  started getting it and Critter (UI) had em. They had him. They
        18  had him. That's why like that time (UI) like, (UI). (UI) it's
        19  not that, it's, it's good (UI) have people that don't have the
        20  same mind frame as us no?
        21  CHS: Watch, hold on Lazy, hold on carnal. I gotta fuckin, ay
        22  these fuckers are screaming carnal and I can't even hear you.
        23  Watch let me (UI) my door. Hold on [pause] Hey, spenca carnal,
        24  a la verga I'm fuckin over there fuckin screaming [chuckles] no?
        25  HERRERA: (UI) everybody (UI) like I said, (UI) fuckin (UI)
  00002:01  escape, (UI) no? Now, (UI) is there was a fuckin there was (UI)
        02  carnals like we have now, we just need to be feared they fuckin
        03  need to fear us. They need to (UI). Right now (UI). That's why
        04  we were jumping and they hesitate. They weren't hesitating (UI).
        05  They were scared. But now that's why we need to fuckin take it
        06  to the streets carnal. Get out of the Pinta they don't wanna (UI).
        07  They (UI) carnals (UI) and that's when we start, all the little
        08  youngsters that wanna be a part. Trust me carnal, You know that,
        09  and I know that. (UI) but when carnals get out, like (UI) like
        10  um, fuckin, you see a carnal all tirado all fuckin, (UI) doesn't
        11  (UI). Fuckin all blasted status, all predundo. Those youngsters
        12  see that. They see those vatos from the SNM no? Know what I mean?
        13  They just think carnal. They just need to fear us. And we need
        14  to get it right now because, mutual standing. New Mexico is
        15  getting bigger. Back then it was a little bit smaller (UI)
        16  people coming (UI) and the LC's are out there on this fuckin l
        17  ines and the Surenos are slammed down. We have work down there.
        18  And-and the level 3 garbage out there. (UI). (UI).
        19  They fear us because they- they don't have it in em to kill.
        20  They ain't killers. That's the difference between them and us.
        21  Well we're not using it to our advantage anymore. We start out
        22  with carnals who just don't care anymore. Fuck that fool we're
        23  fuckin (UI) and (UI) Alex, fuckin Juanito, fuckin Jr, all of
        24  them. Well we have to make sure that the carnals know. We all
        25  have to do our fuckin part. Fuck everything else right now our
  00003:01  main issue (UI) cuete, meetings, gang bang, get them fuckers out
        02  there ay. Start fuckin, start getting smarter ay and just letting
        03  a motherfucker know when you're in command, (UI) if they hit the
        04  fuckin Feds, we're gonna get em. They lie or whatever (UI) fuckin
```

Page 1

Exh199 - DISC 20932-20938.Cert Trans of bod rec of CHS & C. Herrera(2-16-16).2373.011PL.R.txt

```
         05  straight power and fuckin state but in the Feds we're gonna get
         06  their fuckin ass. We're gonna whoop their fuckin ass. We aint
         07  fuckin around. Either you're a part of us or you're against us.
         08  They're gonna recognize us (UI). That's (UI). They-they're gonna
         09  respect us carnal. If-and (UI) now is like, that's what I'm saying
         10  carnal. And that-that we'll from this day forward, everyone in
         11  this ranfla. Yeah we have older carnals and structure within the
         12  ranfla but, we need to fuckin start schooling the fuckin vatos
         13  out there. You have sharks, that are, (stutters) you have a
         14  bunch of sharks, and everyone is fuckin has fuckin earned it
         15  carnal. Everyone here has earned it. And then you have all these
         16  sharks that keep looking at each other and- and just feeding off
         17  each other like, yeah (UI) carnal (UI) because they're showing
         18  like oh, I'm a big hitter and I could do this and do that. The
         19  ranfla is always there have bullshit because, everybody at (UI).
         20  Everybody (UI) have a pack of dogs carnal. Everyone wants a promotion.
         21  Everybody fuckin you have a bunch of pit bulls that just feel like
         22  fuckin (UI) and (UI) but outside his raza is what we need to do
         23  carnal we need to start fuckin, putting fuckin work out there fuckin
         24  grabbing those little fuckers out there. It's fortunate for them.
         25  Now that we're with each other. Everyone's falling too much on each
00004:01  other, for what? That's well what's fuckin confusing to me because
      02  I've never seen that before. Why is it because they put us all
      03  together. That's why. And everyone together and-and we have all
      04  them othe lente fuckin (UI) out there that, when the carnals go home,
      05  everyone stays lost. And everyone stays yeah im going to do this or
      06  do that and they don't do their part. We all we're not gonna get
      07  nowhere unless we go fix for each other. We're not gonna get nowhere.
      08  We're just gonna just keep fuckin just falling down ay. You (UI)
      09  that you're a (UI) then there's the door (UI) don't (UI) ay. If
      10  they don't wanna be a part of it then there's the door. But as a
      11  clicka we'll see what's gonna happen. These are the reglas this
      12  is what's gonna go down. We're gonna go handle things we're gonna
      13  fuckin, we're gonna enforce fuckin laws on the streets. We're
      14  gonna fuckin, let all these fuckin lincho know and they're gonna
      15  recognize us as a big homie. And you're gonna hear us because we're
      16  gonna come for your fuckin ass. Were going to kill them, We don't
      17  play. They think were fuckin playing. There's never just one. Do
      18  it in excruciating (UI) fuckin, fuckin rape, and I - it turns
      19  people's stomachs. That's how fuckin ISIS this gets it together.
      20  That's how Al Qaida how could this fuckin foreign fuckin people,
      21  (UI) do something (UI) dog. You know what I mean?
      22  CHS: Yeah.
      23  HERRERA: they fuckin go out and abuse those fuckers. A lot of
      24  shit, I-I you know, Isn't right but when they start fuckin,
      25  saying they are after 9 year old girls and raping em (UI)
00005:01  fuckin wierdos ay. (UI) what they're doing, and they don't
      02  fuck around. And they (UI) fucker. The other fucker (UI).
      03  You fuckin go into a barrio (UI) ay. And those fuckers (UI)
      04  fuckin (UI) just straight fuckin bitch. And they're gonna
      05  fall in line. They'll start falling in line and (UI).
      06  I'm telling you carnal, fear is what fuckin is what gets
      07  them cause, if we don't have fuckin fear, they don't fear us,
      08  then, they're gonna laugh at us. [pause]
```

```
Exh199 - DISC 20932-20938.Cert Trans of bod rec of CHS & C. Herrera(2-16-16).2373.011PL.R.txt
         09  CHS: Hey carnal, fuckin [laughs] (UI) huh?
         10  HERRERA: Yeah, but that's (UI) just, you would think carnal
         11  (UI) ay. (UI) but honestly, you think that, they're gonna shut
         12  us down like that. And-and now, (stutters) they fuckin they
         13  aint fucking around either. They're fuckin (UI) fuckin lock
         14  down like fuck. Were in definite lock down our ass. And now
         15  hopefully they don't do it. (UI) either (UI) it's a wake-up
         16  call because a lot of people realize it now that, that
         17  they'll do it. They (UI) every other (UI) already.
         18  And indefinite lock down. You're a gang member, you're going in
         19  the hole. And there's nothing you could do. They'll fuckin
         20  restrict us with everything. It will get worse in here too. And
         21  the Feds too. Whatever (UI) whatever they'll fuckin eventually
         22  put your ass in ADX, chh they'll fuckin take your (UI) like that
         23  fucker Chapo Guzman fuckin killed because, they're gonna torture
         24  him ay. They're gonna fuckin put him in the cell, that's just
         25  all cemented, they're gonna take everybody from his visiting
  00006:01  list, they're not gonna let him visit with nobody.
         02  CHS: No I already know carnal.
         03  HERRERA: (UI) but (UI) ay.
         04  CHS: Hey Lazy today, hey carnal! What's today's - barely Tuesday huh?
         05  HERRERA: Yeah.
         06  CHS: The sixteenth. So how many days, is left in this month?
         07  Is it a leap year or is it, is it just twenty-eight days
         08  in February?
         09  HERRERA: I don't know. I don-I don-I don't know my birthday's
         10  on the twenty second.
         11  CHS: Of this month?
         12  HERRERA: Yeah.
         13  CHS: You're an Aquarius too?
         14  HERRERA: No, Pisces.
         15  CHS: A Pisces?
         16  HERRERA: Yeah.
         17  CHS: On the twenty second of this month?
         18  HERRERA: Yeah.
         19  CHS: Hey because, washa Lazy, mine's is on the-on the fourteenth
         20  of this month. Mine just passed.
         21  HERRERA: You're Aquarius.
         22  CHS: Yeah, I'm Aquarius.
         23  HERRERA: Yeah (UI) that's my hyna, she's Aquarius too. (UI).
         24  CHS: Orale.
         25  .
  00007:01  .
         02  .
         03  .
```