Transcript
Federal Bureau of Investigation
Albuquerque Field Division

Case Number               245U-AQ-6239655;

Date of recording         Unknown

Participants              Carlos Herrera (HERRERA)
                          CHS▮▮▮▮  (CHS)

Recording                 730-022

Transcribed by            HG

Date transcribed          10/23/2017


Notations                 Unintelligible = (UI)


**The following transcript has been compared to the audio
recording from which it was made, and to the best of my ability,
the transcript is a true, complete, and accurate record of the
recording. _____TFO Chris Cupit_____**

1

**[Beginning of Recording]**

(UI)

CHS:       I let that go a long time ago.  I had a pair uh - I
           barely got a pair of shower shoes and someone gave me
           a pair of tennis shoes that have holes in them

HERRERA:   I feel myou man I know. Like I said

CHS:       Out there I was (UI) living from week to week, but at
           least I was free you know?

HERRERA:   Ah fuckin' doing bad (UI)ahh fuckin' Garduny told ,e
           (UI) he told me fucker, fuckin' asking for (UI)skeena

CHS:       Garduni(sp) is fuckin' - that dude who charged me.

HERRERA:   (UI)I would ask him for some feria oooh no

CHS:       You been taking a leak all day.

HERRERA:   (UI)let me try it now if it worked

CHS:       Let's see, let's see.  Did it work?

HERRERA:   Hold on I just (UI) now.  Yeah it's (UI) right now.
           Hold on let me try another (UI).

CHS:       Fuck ess-ay.  Fuck fuck fuck

HERRERA:   (UI)See they fucking took it off A.

CHS:       What do you mean they took it off?

HERRERA:   They took my number off

CHS:       Uh press, press 9 and it says collect call (UI) and
           put it on.

HERRERA:   Well why in the fuck would they turn off my number?

CHS:       No it's just saying your pin number ain't on it
           registered.

HERRERA:   No I didn't take it off.

GOVERNMENT EXHIBIT 207   **U.S. v. DELEON, ET Al.   32080**

CHS:        I know but try again.  Mine does that too sometimes.
            Uh I just put it back on or something.  Put it on, and
            see if it tells if that number's already on your pan
            (UI) list.

HERRERA:    (UI) well how the fuck am I going to do it yeah well
            hold on

CHS:        'cause it'll tell me that number's not on your (UI)
            pan list and then I'll go to the pan (UI) list to
            register it and then it – no 9.  And then listen

HERRERA:    (UI) watch that fuckin' pussy cancelled my number and
            everything (UI)

CHS:        You shoulda seen how long it was 'til I could use the
            phone.  They were fuckin' with me gasho (UI).  When I
            first got here I couldn't use the phone, they already
            gave me three fuckin' pin numbers.  I get four calls a
            week.  Huh?

HERRERA:    (UI) natha on this one A. If not I need one

CHS:        Fuck.  You know why I said fuck?  Is 'cause I'm
            supposed to call my jito tomorrow and that's my last
            call

HERRERA:    Oh you only get 4?

CHS:        Yeah.  That's all I get buddy.  And today I fucked
            around, I was over there trying he was telling me
            about my income tax fuck my head up and now you are
            fucking up my head right now(UI)

HERRERA:    (UI) I'm the same way especially now that they do this
            to me now that's Chafa because

CHS:        And I would like to rap to you, you know what I mean?

HERRERA:    (UI) yeah well rap all day. Yeah because she put it on

CHS:        What?

HERRERA:    (UI)Yeah she put it on

CHS:        What's that mean?

GOVERNMENT EXHIBIT 207  U.S. v. DELEON, ET Al.   32081

HERRERA:   She paned it (UI) it, so that's legit.

CHS:       Well you gotta try it again and take your time.

HERRERA:   That's a trip huh?

CHS:       Yeah see just told you it wasn't on the pan and then
           you check the pan and it is on the pan

HERRERA:   Yeah (UI) She is going to start crying A.

CHS:       Well just try it again.  Look, take your time.

HERRERA:   That's a trip eh, how the fuck do they take the
           numbers out?

CHS:       Well didn't I just say that it's planned?

HERRERA:   (UI) I panned it I tried it now but

CHS:       And it panned it right went through right?

HERRERA:   I'm just saying I'll be fuckin' tripping (UI)

CHS:       No it's just the fuckin' system it does that to me
           too.  It says jito's number ain't on the planned list

HERRERA:   (UI) The Fed's are doing it A. They have never done
           that shit.

CHS:       It happens

HERRERA:   (UI) I know they are coming for me all the time eh

CHS:       Hold on hold on.  (background shouting)  See it was
           all in your head dummy.  (UI) Yeah he's a friend of
           mine from Albuquerque.  I known him from Albuquerque
           for a while and he's all pissed off.  Because he said
           he had a TV and everything and now he don't got
           nothing.

UM:        (UI) He is talking to someone on the telephone.

CHS:       Nope he ain't allowed (UI). Lazy Carlos Herrera, from
           Burque.  I know him from here too from La Pinta.  He's
           younger than me.  He's been around a little while.
           Carlos Herrera Oso probably knows him.  I'm pretty

4

sure he knows him he's been here on the North he's been on the level system (UI). He's been down for about 10, 12. He said he don't got no TV or nothing (UI). I said that's how I came to since the first day you got to wait he doesn't know his classification or nothing. He's coming from level 4.

UM:     (UI)

CHS:    He hasn't got a report or nothing yet though

UM:     (UI)

CHS:    Well it's the first day he don't know nothing tomorrow he'll know I told him they'll put a tag on your door and then you'll ask the case worker you already know the routine I told him.

UM:     (UI) Carlos Herrera?

CHS:    Carlos Herrera. Lazy. (UI)Oso knows him.. I'm sure he does. I didn't even remember Oso. Oso said I knew him and I didn't even remember him. He said 'member from Q-POD and this and that he gave me all kinds of examples I didn't remember him.

UM:     (UI)

CHS:    Everybody says they know me. I get introduced to so many faces I don't think I'd remember them but you think you'd remember a dude like that, tattoos all on his face.

UM:     (UI)

CHS:    Oh yeah, (UI) got a text I was telling him to read it to me. It said something about there's been a hold on your tax refund due to a filing error. Please contact this number, this happens from time to time, we'll walk you through. He was trying to read it to me, he don't read that good. And that's going through Turbo Tax like the computer where you're not even talking to nobody. You know what I mean?

UM:     (UI)

CHS:    I told him to call that number – that's what happens

GOVERNMENT EXHIBIT 207   U.S. v. DELEON, ET Al.   32083

when you're trying to go through the computer.
Instead of a person helping you you know what I mean?
It's a computer that just asks you a question on the
computer I guess.  I know I got audited though for the
2014 tax season.  I sent them all the paperwork they
need and they said to disregard the letter.

UM:      (UI)

CHS:     (UI) all fucked up.  See my jito I told him call that
number, and let me know I'll call you tomorrow and he
says don't worry I'll get it taken care of.  He said
it's due to a filing error.

UM:      (UI)

CHS:     Mine is a modern English.

UM:      (UI)

CHS:     He went on a what?  That's that dude you told me about
no?  Hey who won on chess?

UM:      (UI)

CHS:     Uh that income tax shit fucked up my head I hope to
get good news tomorrow he was supposed to get it
today.  I know my jito wouldn't burn me.  Why are you
laughing?

UM:      (UI)

CHS:     Fuck man.  Yeah I don't see why he would burn me I was
giving him some money, he coulda at least send me 100.
He's the one that sent me 100 before, 'member?  It's
'cause the deadline was coming up bro.  He called me
and there was a week and I would've had to get you the
W-2, and I was in Tennessee and there was no time.

UM:      (UI)

CHS:     Then he comes over here telling me stuff from 4, from
the South, tells me about dudes that are on my fuckin'
indictment.

UM:      (UI)

GOVERNMENT EXHIBIT 207  **U.S. v. DELEON, ET Al.   32084**

CHS:    Huh?

UM:     (UI)

CHS:    He's telling me things I already know.

UM:     (UI)

CHS:    Stressed about my income tax. (UI)and then by the time
        I got my phone I told them ill call you tomorrow.

UM:     (UI)

CHS:    It don't matter if I'm getting (UI) huh?  (laughing)

UM:     (UI)

CHS:    I know, that's being (UI) I think I need – he needs a
        cup.  A I think he needs a mild carton(UI)

UM:     (UI)

CHS:    Yeah.  He needs a cup.  I told him they won't pass
        nothing you know what I mean?

UM:     (UI)

CHS:    Right.  Who works tomorrow?

UM:     (UI)

CHS:    Oh yeah they might start on the other side.  I'm going
        to have to tell them now. Alright I'm going to go take
        a piss. I'll tell him though.


23:32
CHS:    He's on the phone now.  He's paranoid as fuck.  He
        thinks there's bugs in the, the heater and the vent.
        He heard them.  Fuck.  The only way it would be in the
        yard – he ain't gonna say nothing in here. First thing
        he says when he gets here is that it's obvious that
        it's wired – why else would they put us together.  I
        don't know.  Maybe after I talk to him for a few days
        he wants me to go to the yard. It might take a few
        days.  Them Juras (UI) bust me taking this to the
        yard, then it's over.  I'll get back under there once

                                                            7

he's off the phone.  Fuck man.  I dont look good.

26:39

CHS:       Did you get a hold of her?  Who'd you get a hold of?

HERRERA:   My Ruca (UI)

CHS:       Are you done?

HERRERA:   Yeah

CHS:       Well they uh when the jura comes (UI) pass it to cell
           2.  Uh what time is it?

HERRERA:   5:30

CHS:       He'll be walking right now he don't need it 'til 6:00
           so, make another call.

HERRERA:   Yeah but fuck.

CHS:       Might as well.

HERRERA:   (UI) There they fucking go

CHS:       That way you could talk to your (UI) you know what I
           mean?

HERRERA:   My Ruca is crying like fuck (UI).

CHS:       She don't already know the routine or what?

HERRERA:   She's moody eh.  (UI) I would've fuckin' smoked her
           eh.

CHS:       Who?

HERRERA:   (UI)

CHS:       What's her name?

HERRERA:   That was fucking Rhonda

CHS:       Rhonda?

HERRERA:   Yeah Rhonda (UI). I stood with her for like 5 years I
           married her then (UI) met her after a divorce.  She

8

looks out for me she is down looks out for me like
fuck

CHS:      Is she a fat girl?

HERRERA:  Yeah she's pretty though but (UI) she is a little
          hammy But she is a rider

(UI voices in background)

CHS:      Make your call.  That way you could pass it to when
          (UI) jura comes.  'cause he don't need it 'til 6:00

HERRERA:  Alright

CHS:      Hey uh, my neighbor will do down there and get that
          for you.

HERRERA:  Yeah

CHS:      You don't have to fish nothing

HERRERA:  Yeah?

CHS:      Yeah my neighbor has a (UI).  He'll get it for you and
          then he'll give it to me and pass it to you somehow.

HERRERA:  Well right now

CHS:      You just have to make a (UI) that goes to my house.

HERRERA:  (UI) I told them to tell that im over here with
          grandma no. My Hyna so she can tell the homegirl that
          they know your here

CHS:      Who'd you tell that to?

HERRERA:  (UI) You? Maybe they will snap I know that Juanito
          will.

CHS:      Who in the fuck's grandma?  Oh they call her too?

HERRERA:  Huh?

CHS:      Do they call her too, from over there?

HERRERA:  No not the homies I know.  That's fuckin' Little G

9

```
                huh?

CHS:     Little G?

HERRERA:  Yeah the youngster (UI)

CHS:     A -

HERRERA:  (speaking Spanish) Its more better over there A. Over
          here they just…In don't trust this shit A. A hols they
          have me on

CHS:     How do you know?

HERRERA:  Hey I'll be back

CHS:     Ok.  Hey Jessy - he's gonna send it down at 6:00, the
          next time (UI) walks he needs it at 6 right? Yeah cell
          2 needs it at 6 no?

UM:      (UI)

CHS:     Yeah that's when he's gonna send it

UM:      (UI)

CHS:     Yeah 'cause I told him that he got off, then I told
          him that (UI) don't need it 'til 6 go ahead and make
          another call 'cause he needs it at 6 no?

UM:      Yeah (UI)

CHS:     Yup.  Getting ready to change shifts.  It's about 15
          minutes 'til 6.  Hey uh they're gonna send him some
          coffee from downstairs - can you fish it?

UM:      Yeah

CHS:     That way he don't send a ligne (sp) down there made
          out of sheet.  Yeah I told him all he has to do is
          make a ligne (UI) that comes to my house

UM:      (UI)

CHS:     Did you get all your shit?

UM:      (UI)
```

10

CHS:        Hey did you get all your shit? I think uh who's the
            dude that's underneath?

UM:         Underneath you?

CHS:        Underneath him.

UM:         (UI)

CHS:        Oh (UI) Bishop yeah he's the one that told him that
            someone down there has some for him.

UM:         (UI)

CHS:        Hold on he's on the phone

37:25
CHS:        Are you done?

HERRERA:    Yeah but the phone turned off

CHS:        Oh it just turned off?

HERRERA:    (UI) Yeah they go back into that other (UI)

CHS:        Hold on hold on.  I'm seeing what time it is.  Yeah,
            no it turned off at 5:45 huh

HERRERA:    Yeah and they have me on a hold (UI)

CHS:        Hold on hold on.  Yeah it's 5:47 but it turned off at
            5:45 it turns back on at ´6:15 but that – the next time
            that (UI) walks give it to him and send it to cell 2.

HERRERA:    R T C hold (UI)

CHS:        How do you know?

HERRERA:    Just right now

CHS:        Oh I thought you said your ruca (UI) told you

HERRERA:    Oh well she's looking on the computer so I told her do
            federal and state(UI) and see what's my status and
            call over here she is kina like (UI) fuck eh

GOVERNMENT EXHIBIT 207   **U.S. v. DELEON, ET Al.   32089**

CHS:        Say that again – RTCU?

HERRERA:    I think that's what he said.  And I told him RTC –

CHS:        – you don't know

HERRERA:    It's something down here it's fuckin'

CHS:        It's USP?

HERRERA:    No

CHS:        CJ?

HERRERA:    Fuck no hold (UI).  Just a fuckin' hold.  I don't know we'll find out though.

CHS:        Yeah. You have to put something on your door tag.  You have to tomorrow when you talk to the case worker, that's when he tells you

HERRERA:    (UI) does that vato make his rounds all the time?

CHS:        And if you don't have a report then they have to bring you your property.  You're just going through the process of going through another facility and then that's when you know

HERRERA:    Yeah these fuckers are all (UI) on it over here or what?

CHS:        Well uh this is a behavioral unit, and you have to go through steps.  Do you know what I mean?  But if you're ahold of some kind then you shouldn't have to go through steps.  But I don't understand; I don't understand.

HERRERA:    Well I don't know

CHS:        I was here, I was here for two weeks, three weeks before I could understand.  Everybody had a different story.  They gave me a pin number, didn't work and then they gave me another pin number and it worked then didn't work the next day and then I go through all kinds of shit bro.  (Spanish)

HERRERA:    They fuckin' write you up here for you using that

GOVERNMENT EXHIBIT 207   **U.S. v. DELEON, ET Al.**   **32090**

back-up thing no?

CHS:        No.  No I don't think so.

HERRERA:    (UI) Puto you don't use it

CHS:        Hey but there are people that are and you know they
            get busted using it 'cause they wouldn't be asking for
            the phone.

HERRERA:    Yeah

CHS:        So you know.  So yeah.  I don't have no one to call

HERRERA:    'cause I told my ruca (UI) now it's still early and
            she goes what does that mean, and I'm in love with you
            and – I was just throwing that out there to see what
            she would say you know? Im not stupid this hyna is
            going to bounce A.

CHS:        Why is she gonna bounce; she already knows you have
            ten more don't she?

HERRERA:    Fuck no

CHS:        What does she think? Hey well if she can look on the
            computer and all that then

HERRERA:    I gave her a good lie (UI)I gave her a good 5 anos
            'cause the computer has me discharging in (UI) 2019,
            and then I jump to that other shit (UI).

CHS:        Oh with good time?

HERRERA:    (UI) they gave me 11 years.  And they suspended all
            but 7 years but they don't show that on the computer –
            they just show the other one.

CHS:        Yeah everything's on computer now where you can't even
            tell the ruca (UI) you're getting out next year.

HERRERA:    (UI) And I beat that one with the Jura that time
            'member?

CHS:        No

HERRERA:    (UI)They pulled me out naked

13

CHS:        In the county jail?

HERRERA:    that fucking no over here with crazo remember in the
            POD.

CHS:        I wasn't there.

HERRERA:    Yeah you were.  You don't remember? When I poked that
            officer in the leg

CHS:        (UI) you naked I would remember ess-ay.  I'm telling
            you the truth.  Hold on.  What pod was that in?

HERRERA:    In X-POD.

CHS:        Pulling you out naked, I could barely remember the
            (UI)

HERRERA:    They fuckin' pulled me out naked when you and crazo
            then crazo calls you Edward and says look at him. (UI)

CHS:        (laughing)

HERRERA:    And he was your neighbor

CHS:        Yeah I remember.  I remember

HERRERA:    (UI) I beat that one they tried to give me 9 years for
            each fiero (UI) in the cell

CHS:        How did you beat it?

HERRERA:    They fucked up.

CHS:        Oh

HERRERA:    And they were supposed to refile but they didn't wanna
            waste the time eh (UI) it's a fuckin' waste of state
            tax money

CHS:        At least you got a hold of your ruca (UI).  When I
            first got I couldn't get ahold of nobody for at least
            two weeks.  Three weeks.  I was going through some
            shit man.

HERRERA:    (laughing)

14

CHS:        (UI) I'm not lying bro.  They gave me a pin number
            that didn't work and then the next day when I'm
            raising hell

HERRERA:    (UI) it was just like that for two years –

CHS:        – everybody gives you a different story, saying you're
            federal hold and I dunno

HERRERA:    that's what I'm telling you, you should've seen how
            they were doing us in Cruces.  I'm telling you I just
            barely – we just barely came from this fucking (UI) of
            3 showers a fuckin' week (UI)

CHS:        How many was it right now when you were at the South?

HERRERA:    Just 5, but we were coming up little by little no(UI)

CHS:        They don't trust no more.  It's – there's been so much
            done that they don't trust no more.  I figured they
            started – all the progress, the little bit of
            progress, the fuckin' Red Lobster fucked it all up
            bro.  It says you guys are down to nothing now.  I
            thought we were making progress is what I thought,
            when I left.  The best thing is just to go to the
            feds, at least over there you could get a clean slate.

HERRERA:    (UI)At least you went home?

CHS:        And you're a nobody.  You know what I mean?  You're a
            nobody, they're not like all styx – you guys got a lot
            more than I did that's for sure.  They wouldn't even
            let me go and be on a tier with you.

HERRERA:    (laughing)

CHS:        I start too much shit they say. I know, I didn't care,
            as long as you guys got to go you know what I mean? I
            didn't care.  I was already used to it because I was
            short-timing it you know?

HERRERA:    Yeah

CHS:        You know as long as I tried to get them to understand
            they don't have to worry that way you guys could go
            out there then, and then something fucks up, something

15

has to fuck it up.  Of our own doing.

HERRERA:   (UI) its Chafa by now eh

CHS:       Yeah well I could imagine.

HERRERA:   (UI). I just came from that (UI) all of us weren't
           able to call they were doing us Dirty no?

CHS:       After the first one.  After the first indictment

HERRERA:   Yeah

CHS:       After the first indictment, that's when they started
           treating you guys like that?

HERRERA:   Fuckin' before that.

CHS:       Nothing ever changed then.

HERRERA:   Yeah well we were in Cruces for a minute, that's when
           they found someone fucking dead on the tiers.

CHS:       On – on the tier?

HERRERA:   Yeah.  They said they seen him running out of the room
           on the camera and fell on the tier.  He collapsed.

CHS:       Of what?

HERRERA:   Then they fuckin' locked us down, they fuckin' came
           in, took all our property…

CHS:       What year did that happen?

HERRERA:   Just like, 3 years ago.  Three years ago dawg.  They
           just kept – what it is now –

CHS:       Did they bust anybody?  Hey – did they bust anybody
           for it?

HERRERA:   Huh?

CHS:       Did they bust anybody for it?

HERRERA:   The what?

16

CHS:        Did they bust anybody for it?

HERRERA:    Yeah.  They thought JR, fuckin' Red, Dan Dan, blue,
            (UI), I forgot that other fucker.

CHS:        Hold on there, I think that's your coffee.  Hold on —
            hold on Jessy!

UM:         (UI)

CHS:        Let me get this for you

HERRERA:    Alright

CHS:        Hey Lazy, you gotta make something.  Make it closer,
            it's easier for me since my door's facing that way.

(UI background noise)

CHS:        Jessy — he don't have a line — he's tearing a sheet.
            He just got here, hasn't had time to (UI) no?

UM:         (UI)

CHS:        Well you know he has everything in his property, but
            when they bring you over here and they don't bring you
            your property; it goes to the property room.

UM:         (UI)

CHS:        At least to make a line, you know what I mean?  I'm
            pretty sure he gots that.  Hold on he's doing it now.
            He was on the phone and then I had him (UI) so he
            didn't have time

UM:         (UI)

CHS:        Huh?

UM:         (UI)

CHS:        Alright — I'll ask him when he gets done doing what
            he's doing.  (to HERRERA): If you get it over in front
            of your door just a little bit I can probably go over
            it.  (UI background)  Yeah I got it right here I'm
            trying to get it to you.  We got you everything you
            need, you just need to get the ligne (UI)

GOVERNMENT EXHIBIT 207  U.S. v. DELEON, ET Al.   32095

HERRERA:   (UI)

CHS:       Yeah there's not much room under your door huh.  You
           want me to help you, you gotta work for it

HERRERA:   (UI)

CHS:       Let's see how close I can get it (UI) Is that close to
           your house?

HERRERA:   (UI) Yeah its right there ill get it though

CHS:       Is it in front of your house?

HERRERA:   (UI) yeah its right there somewhere

CHS:       Just look under your door see if you can see it

HERRERA:   (UI) I got it.

CHS:       You got it?

HERRERA:   Yeah

CHS:       Hold on – just hold on to it. Hey uh Jessy – he has to
           pull some slack though that way he'll be able to get
           it. He has to pull enough slack so he could get it.

UM:        (UI)

CHS:       Ok there it is right there.  Keep on – pull it pull
           it.  Right there

UM:        (UI)

CHS:       No, that fucker has a sheet out there you don't want a
           sheet going to your cell, (UI) hold on I need to send
           you a cardboard huh? A fuckin' milk carton?  Hey
           tomorrow we're gonna send you a (UI) that they start
           for the shower.  Huh?

UM:        Friday

CHS:       oh on Friday huh. I'm gonna let you get the coffee
           first before I tie this milk carton on there because
           this milk carton might give you a hard time.  Did you

18

hear me?

HERRERA:   Yeah

CHS:       K pull it.  You got it?  Hey - you got the end?

HERRERA:   Yeah

CHS:       What do you want a cup of coffee for anyway?  You're
           not keeping me up all night

HERRERA:   (UI) fuck yeah

CHS:       I'm old

HERRERA:   I cant sleep a. These fuckers ruined my day( UI)

CHS:       Awe ruin your day, poor jito.  You should've seen when
           they came for me at work.  Hey - they surrounded me
           (UI)I thought it was the cartel nobody wanted to be my
           friend no more.

HERRERA:   (UI)

CHS:       Hey take that (UI) off.  Hey do you have fingernails?
           Take that knot out.

HERRERA:   (UI)

CHS:       Yeah

HERRERA:   (UI)

CHS:       Who's speedy?

HERRERA:   (UI) Frank?

CHS:       Oh yeah - Frank. Ok there it is we're done completely.
           Jessy - pull it in.  Yeah we're done.

(UI background voices)

CHS:       Fuck we should've sent him a sopa. No I have some sopa
           We'll give him time to make him a fuckin' ligne. Buddy
           you got a spoon.

HERRERA:   (UI) Hold on there I go I was just putting water in

GOVERNMENT EXHIBIT 207   U.S. v. DELEON, ET Al.   32097

```
                    the milk carton.how come they are talking about Johnny
                    a.

CHS:        That's Jeffery dad.

HERRERA:    Did you see him this morning? He's over there in
            Cruces

CHS:        Who is?

HERRERA:    Jeffery that uh abuelito (UI)

CHS:        Are they locked up?

HERRERA:    yeah (UI)

CHS:        Who?

HERRERA:    (UI)

CHS:        What happened to Jerry Jr?

HERRERA:    He's in the fed.  He should already be out though.
            Mariano was staying over there with him A. And they
            finally through Mariano out (UI)

CHS:        How much time did he do?

HERRERA:    Who?

CHS:        Mariano.

HERRERA:    I don't know, he doesn't wanna say I don't think he
            wants to say so his ruca (UI) don't leave him

CHS:        (laughing)

HERRERA:    (UI)He has a ruca from Chicago that's where she is
            from  she's been up there for years

CHS:        Well how come he don't move down there?

HERRERA:    That's where she's at.

CHS:        That's the best thing is just to move.

HERRERA:    She's in Chicago.  I fuckin' let him know what was
```

GOVERNMENT EXHIBIT 207  **U.S. v. DELEON, ET Al.   32098**

            going on she never wrote me back

CHS:        What was going on?

HERRERA:    When they raided my mom(UI)

CHS:        But that's only been a few weeks he said

HERRERA:    Fuck no, since (UI) ends on June 11th.  That's the
            restriction they had me on for my visits (UI) so count
            that back that's when they took my visit (UI) probably
            like a month ago.  Just recently no?  That's why I
            called her now, is she's all worried now eh.   (UI) but
            she has to know what the fuck's going on.

CHS:        (UI) is that the one thats coming from Gallup?

HERRERA:    Huh?

CHS:        Is that the one that's coming from Gallup?

HERRERA:    Yeah so I called my ruca (UI).  My (UI) was on her
            way, but she's at work now.

CHS:        Yeah but you gotta tell her that way she don't go from
            Gallup

HERRERA:    (UI) My mom ask her to go over there and stay for a
            while I think my mom's like all stressed out

CHS:        What's wrong with her?

HERRERA:    Huh?

CHS:        What's wrong with her?

HERRERA:    With my mom?

CHS:        Is she just old or is she suffering from something?

HERRERA:    She has a mass on her – on her liver.  Then she's
            getting toothaches and shit they need to pull out all
            her teeth.

CHS:        Is she on oxygen?

HERRERA:    No

                                                              21

CHS:        As long as she's not on oxygen that's when it starts
            to go.

HERRERA:    She's doing alright eh. Its her heart

CHS:        How did Shorty die?

HERRERA:    I don't know eh I

CHS:        Well what did the autopsy say?

HERRERA:    That he toOk Xanax (UI) they found

CHS:        So the autopsy said it was (UI)

HERRERA:    Yeah they didn't know they just said

CHS:        Well the autopsy no they say that's like public
            record.

HERRERA:    Huh?

CHS:        An autopsy is public record

HERRERA:    Yeah?

CHS:        Well yeah.  They have to say a reason of death if they
            came up with one.

HERRERA:    They told her.  They said on the autopsy that it (UI)

CHS:        You could talk about the autopsy puto.

HERRERA:    The autopsy they found (UI)Chiva, Morphine and Xanax.

CHS:        Well it's a (UI) then

HERRERA:    And a little bit of Soda(UI)

CHS:        When someone OD's everybody right away wants to say
            (UI)hot shot or something but it's (UI) you know what
            I mean? 1:05:04 refer

HERRERA:    Yeah

CHS:        Just like – 'member that happened to me?

22

HERRERA:   People are just –

CHS:       – hey, I know but 'member that happened to me?

HERRERA:   Yeah

CHS:       When I got through party but I should've saved some
           for the next day but didn't and everybody say hot
           shots and no I give you hot shots of (UI).

HERRERA:   But no' them fuckers are stupid eh.

CHS:       Lucky I woke up

HERRERA:   I don't really know but, It just bothers me no?

CHS:       It's your brother your mom should know but if he was
           all fucked up on drugs that's what happens bro.

HERRERA:   he was doing good though.  That's the thing eh

CHS:       Hey when you're clean, and you're doing good and then
           you know you have your craving to get high?  And then
           you get high; I seen dudes go that way too you know?
           They're clean but they're (UI) so they get high and
           throw a party

HERRERA:   (UI) Then over there now the fucking homie got out and
           went over there he seen mork on the floor and all
           kinds of shit no.

CHS:       It's time for Mama just to retire ess-ay .

HERRERA:   She already retired.  Just kicks it she, just lounges.
           They're just fucking with her 'cause of me.

CHS:       I know the feeling

HERRERA:   (UI) they're saying part of a fucking cliqa.

CHS:       They been saying that for years.

HERRERA:   I know but that's all I'm saying now, this fed
           bullshit.  They're just fuckin' rounding up as many
           people as they want.   They want as many people to
           work with them.  There's (UI)a lot of them are they're

23

```
                    making up stories.  All they have to say
```

CHS:        Wait until the discovery comes and you're gonna see
            their

HERRERA:    See that's another thing

CHS:        When the discovery comes, there's been letters for
            years –

HERRERA:    – (UI)they brought her an indictment no?

CHS:        –hey, that we've been writing letters and the letters
            that have been written for years that people thought
            nothing of, or they did or they didn't, that – that's
            going a long way.  Now that it's federal.  You know
            what I mean?  And I used to be a pin pal, I was a pin
            pal (sp)

HERRERA:    When she read me the fuckin' indictment, hold on,
            there's a flaca.

(UI background voices)

CHS:        Send it to cell 2. Do you have the food port keys
            officer (UI) Hey you have to make you a ligne man

HERRERA:    I know I need boxers and shit

CHS:        You don't have boxers?

HERRERA:    (UI) I only have the pair that I have on.

CHS:        Well you can make a few strands out of that.

HERRERA:    Yeah but fuck

CHS:        Just to get out in front of your door; we'll make it
            in front of your door you know what I mean?

HERRERA:    Yeah

CHS:        That way I could send you some soups.  I know that
            when you came in you look like you could use about 5
            trays.

HERRERA:    (UI) Serio?

24

CHS:        Yeah I didn't recognize you.  You looked like Heavy D.

HERRERA:    Heavy D?

CHS:        Yeah Heavy D.

HERRERA:    Fat?

CHS:        I didn't say fat – big boned.  You're not fat; you're big boned.

HERRERA:    (UI) Hey everyone is flaco A. You should see Alex

CHS:        Hey what does Alex say about Wino?

HERRERA:    Huh?

CHS:        What does Alex say about Wino?

HERRERA:    (UI) He don't have no love for him.

CHS:        That's his best friend.

HERRERA:    (UI)Even Earndog too was talking weak. over there talking all kinds of shit I didn't wanna look like what the fuck did this vato just say. I don't have no love for that Vato either A. He is Firme he is cool he says that he didn't do it. (UI) He claims he didn't do it, but he still talked about it.

CHS:        He got out and how'd he come back?  He come back with time?

HERRERA:    Who?  Earn dawg

CHS:        Yeah Earn (sp) dawg.

HERRERA:    He's over here too

CHS:        What did he do?

HERRERA:    He fuckin' (UI) they busted him with a fiero in Cruces him and spanky.  (UI) they brought all of them over here dawg.  Like a long time ago

CHS:        BooBoo is over there?

GOVERNMENT EXHIBIT 207  **U.S. v. DELEON, ET AL.   32103**

HERRERA:   I rapped to him ess-ay but I didn't really have love
           for him no(UI)

CHS:       BooBoo and Critter and all them, they were kicking
           (UI) it?

HERRERA:   (UI)When I see them its fucking on, I got no love for
           that fucker even critter I told him don't say nothing
           and when they open the door its on.  don't sit here
           with your daddy and act like you're fuckin' hard eh.
           Stay just shut it.(UI)

CHS:       Well they come out together?

HERRERA:   No. Boo Boo was in our POD. He got there after dawg.
           Boo Boo got there after. Then once that guy was
           fucking banging that fucker was screaming banging on
           the  he didn't know him no. (UI).  I rapped to him
           ess-ay but that fucker's a little fuckin' creep (UI)
           eh.He thinks of the past I told him well whatever eh.

CHS:       It's the past, he never had no problems.

HERRERA:   (UI)Yeh but he was always with his daddy little baby
           Robert remember? Then he went home and no one's heard
           from him dawg. I didn't have no love for him  And
           pretty much it's Alex and all them, it's just us. All
           of us are kicking it tight.

CHS:       And did BooBoo's dad die?

HERRERA:   DanDan was there but they sent him to the feds so

CHS:       No I said did his dad die, BooBoo?

HERRERA:   Yeah. Me and him through rolle he is firme (UI) but
           honestly I don't know where he's at. If he is down
           whatever simone  If and I respect him as a man and
           shit but me and him have issues eh. He fucking
           disrespected and came off the wall  (UI) you see when
           we came out that day, I told the fuckin' told little
           buddy (UI) to keep an eye on him 'cause he was all
           hurt 'cause of daddy (UI)

CHS:       Was his daddy campaigning?

GOVERNMENT EXHIBIT 207   U.S. v. DELEON, ET Al.   32104

HERRERA:    You already know since central No he was (UI).
            Fuckin' Spanky told me everything eh. He said he was
            over there campaigning acting hard when he goes to
            cruces, and he was out there and then he started
            seeing it no.    (UI) reaching out to Juanito, wherever
            he could eh.    (UI)That fucker got smashed and then he
            ran to the fucking door and started screaming like a
            bitch like fucking serio A. Even Rah Rah was acting
            hard eh.

CHS:        Rah Rah was there?

HERRERA:    He's over there.  He's in Cruces now (UI)I don't know
            if he went home but you had Rah Rah there,

CHS:        Was he there when he went

HERRERA:    Yeah Rah Rah seen it.  Rah Rah was over there saying
            (UI) he was telling the little buddy G that yeah if
            something happens to him that its on.

CHS:        We already knew that

HERRERA:    So they never let him out on the tier yet bro (UI)
            'cause they were still alternating re the first tier
            to come out.

CHS:        How many dudes have come out on a tier?

HERRERA:    Eight of them over there.

CHS:        Eight?

HERRERA:    Yeah (UI) that little youngster smashed him eh.

CHS:        By himself?

HERRERA:    Yeah his name's uh Conrad uh Conrad something.  It's
            probably on that indictment.  Conrad

CHS:        Conrad?

HERRERA:    Not Salazar, Conrad something else.

CHS:        Did he know that?  Did he know him?

HERRERA:    No that fuckin' little youngster smashed him though

GOVERNMENT EXHIBIT 207  **U.S. v. DELEON, ET Al.    32105**

(UI) knocked the fuck out of him, I mean sent him to
the hospital Eh. (UI) eh. Didn't even need anything
else that little youngster put it on him Eh.   (UI)That
fucking Viejo didn't know what the fuck hit him then
he ran screaming to the door, started banging on it
Help, Help.   I thought it was the other way around
bro.

CHS:        You thought it was the –

HERRERA:    (UI)I said ala verga poor jito

CHS:        You couldn't see it?

HERRERA:    I couldn't see 'cause I was in the other pod but I
            heard it dawg.  And I thought it – the (UI) started
            coming around, going to medical, fucker was knocked
            out eh.

CHS:        How did that youngster know what was up

HERRERA:    Huh?

CHS:        How did that youngster know what was up?

HERRERA:    (UI)you just know. you already know buddy.

CHS:        Let me go see my paper.

HERRERA:    Huh?

CHS:        Gonna go look at my paper.  Want me to go look?

HERRERA:    Yeah he's down though(UI) eh. That little fucker He's
            from Deming. He is one of Angel little buddy eh.

CHS:        I can barely see these, you know what I mean?  That's
            how bad my eyes are.

HERRERA:    Yeah  Conrad uh

CHS:        Vallegos?

HERRERA:    Huh?

CHS:        It says V-i-l-l-o-a-s

GOVERNMENT EXHIBIT 207   U.S. v. DELEON, ET Al.   32106

HERRERA:    What's that?

CHS:        Hold on.   Villegas…?

HERRERA:    yeah that's him.   That little fucker downed him eh.
            (UI) you know what I mean?

CHS:        At the same time he was hating on the skinny guy.

HERRERA:    Yeah

CHS:        (UI) out loud.

HERRERA:    And then after that when he started screaming that's
            when his little buddies kinda turned their face, they
            like turned their back on him (UI)Boo Boo was saying I
            don't have to love for that vato fuck him. I knew at
            first when he done that that he was going to ride with
            him.

CHS:        He said that before or?

HERRERA:    But see when we came over here, BooBoo came with us
            but he went home no?(UI)we were locked down so he can
            say whatever behind the door, But when he cam out the
            first time he was (UI) that's why he was telling them
            (UI)don't come

CHS:        The old guy or BooBoo?

HERRERA:    BooBoo

CHS:        Oh

HERRERA:    The old guy was next door. BooBoo was there telling
            him whats up (UI)but I know him and critter, he was
            there to they took Critter to the feds too.   They
            rounded up his ass too dawg

CHS:        What's his real name?

HERRERA:    Huh?

CHS:        What's his real name?

HERRERA:    Uh read it

GOVERNMENT EXHIBIT 207  U.S. v. DELEON, ET Al.   32107

CHS:        Crader…Crader.   What is it?

HERRERA:   Read it

CHS:        Read it?

HERRERA:   Yeah I have to hear the names I can't snap(UI)

CHS:        Oh read it.   I thought you said his last name was
            readit. Damn bro I need glasses bad homey.   I have to
            come out here in the light, and then hold it far away.

HERRERA:   It's Chris something…Chris Chavez.   Christopher Chavez
            or something

CHS:        Yeah, it says it right there. He is on my indictment
            He's Christopher Chavez.

HERRERA:   They rounded up him too.   So I don't know where that
            vato stands

CHS:        Well where is he at?

HERRERA:   I don't know (UI)they are all in Chapparal esque (UI)

CHS:        Well no one checked on the computer?

HERRERA:   Well then a while back we had heard that they fuckin'
            smashed Blue but I don't know how true that was no.
            (UI)I don't know who smashed him.

CHS:        Where's Rabbit?

HERRERA:   Supposedly here in Santa Fe (UI).   Somewhere over
            here.

CHS:        He's not on there.

HERRERA:   (UI)No they didn't get him Rabbit's hemmed up with
            (UI) to JoJo.   He was out there kicking it with JoJo
            Eh.

CHS:        Who's JoJo?

HERRERA:   Huh?

CHS:        Who's JoJo?

GOVERNMENT EXHIBIT 207   U.S. v. DELEON, ET AL.   32108

HERRERA:    (UI)Fred Football head

CHS:        What do you mean out there? He got out?

HERRERA:    He got out, and that fucker, that's another one eh.
            That fucker's another fuckin' weirdo.  He is over
            there esque in Clayton(UI)that fucker is riding with
            that jente to. He was over there with STG coming back
            with sacks and everything

CHS:        Rabbit?

HERRERA:    No not Rabbit, JoJo.

CHS:        Oh JoJo.  Well I seen him on the news for a murder.

HERRERA:    Yeah I know.

CHS:        And then he bonded out or something.

HERRERA:    He got out and then he fuckin' the rollo is not good
            on that creep Eh. (UI)

CHS:        And Rabbit and who used to kick it with him?

HERRERA:    Rabbit was out there with him.

CHS:        When did Rabbit get out?

HERRERA:    I don't know

CHS:        Rabbit from Silver City?

HERRERA:    No Rabbit, Big Rabbit

CHS:        Oh oh yeah that's Samuel  (UI)

HERRERA:    (UI)little rabbit He's another punk eh that fucker
            split too bro

CHS:        What do you mean split?

HERRERA:    He fuckin' renounced he gave up a fiero (UI). See they
            don't just take you to that chafa (UI) unit, you have
            to comply and give them info.  Because all of us in
            Cruces (UI)even fernie said fuck it let's just sign

31

```
                    this fuckin' paper, all of us, we'll get out and (UI)
                    all them mother fuckers no? that way it will fuck up
                    their program and everything else  It don't work like
                    that

CHS:                They won't let you guys out if you sign that?

HERRERA:            Yeah they just don't let you out; they fuckin' it's
                    like a step program thing and you work your way
                    through with them and they want like(UI)

CHS:                What's the program?  How do they work it out with you?

HERRERA:            Like in other words they want you to work with them.
                    They want you to tell them who was your sponsors and
                    all kinds of shit just self-admit that you're a gang
                    member.

CHS:                What about for those that already have their
                    placaso(sp)?

HERRERA:            they don't have it.  Don't matter - they're telling
                    us, that either you comply or face death penalty(UI).
                    That's basically what their strategy is.  That's what
                    they're telling everybody that's what Shadow told me
                    told him to tell me in the county

CHS:                And from there?

HERRERA:            Either you start complying with us, if not we don't
                    give a fuck cause were coming (UI)

CHS:                Where's Roy?

HERRERA:            uh he's in the feds too.  I thought he was over here
                    with you that's what fuckin' uh Marijuano told me.

CHS:                I haven't seen Roy.  Roy's good?

HERRERA:            Yeah he's not on that indictment (UI)?  He's in
                    Chaparral then.  That's another thing - why the fuck
                    are they getting him? That fucker was all christiano I
                    don't know Eh.

CHS:                They got a lot to have to do with that Secretary of
                    Corrections.  Whoever was doing that shit, know what I
                    mean?
```

32

HERRERA:    (UI)Oh baby Rob

CHS:        More than that.  Whoever's involved in that,

HERRERA:    Yeah, that's what I'm saying they probably over there
            in APA all on fucking meds (UI) saying          crazy
            shit (UI) and making threats making (UI)

CHS:        Yeah but how much more stupid can you get to — how
            much more stupid do you have to get to come up with
            something like that?  It's more than one, you know
            what I mean?

HERRERA:    (UI) Then you have that little youngster JR that I
            don't know whats really up with that vato no? He
            basically said that he's gots to think of himself no?
            And that

CHS:        Did you get a chance to rap to him?

HERRERA:    No fuck no I stood away from him I stood away from
            that vato Eh. Big Stoner is firme (UI)

CHS:        Madrid?

HERRERA:    Yeah then esque they hemmed up Jake but that he is
            backout no?

CHS:        What would they give up Jake for?

HERRERA:    I don't know.  That's another one that

CHS:        He was doing good — he was doing good out there, he
            got married

HERRERA:    He bonded out, that's what (UI) billy told me, 'cause
            the run back and forth to the county no he said that
            panther is back.

CHS:        Who do they put Billy around?

HERRERA:    Huh?

CHS:        Who do they put Billy around when he comes back and
            forth?

HERRERA:    (UI) No one has seen billy he was In that drop out
            program. He was over here with fuckin' Freddy

CHS:        What about Tomas?

HERRERA:    Check this out – this fucker when he got there he kept
            telling me that he rapped to you.  Did you talk to
            him?

CHS:        No

HERRERA:    When he got there, check this out.  I just got a bad
            vibe eh 'cause he moved on to me over there in cruces
            and we were throwing rollo no? (UI) and he tells me on
            the fuckin' phone that he was talking to you, and I
            said what? (UI)

CHS:        He-he had a cell phone?

HERRERA:    (UI) He wanted my mom and my jente to contact you and
            to ask for skeena that just didn't sound right to me.
            I just forgot about that man.  We were – check this
            out.  He starts about some shit bringing up shit about
            some cliqa like asking crazy rollo no? and then  (UI)
            when I said what he goes fuck like whispered under his
            breath no?

CHS:        Whispered what?

HERRERA:    Like fuck, like I caught onto him no?  And I used to
            tell him I can see in your room dawg.  He had a
            fuckin' cell phone with him eh.

CHS:        Did you see it?

HERRERA:    I didn't see it but he had one.

CHS:        Where'd he get it?

HERRERA:    And then check this out, man you this is another
            thing, he knew that PUP was in the ADX (UI) in
            Colorado and they were gonna bring him back and shit.
            And sure enough in a week he they did  Not only that,
            uh, fuckin' uh

CHS:        Did he let you use his phone?

34

HERRERA:   Fuck no.  I (UI) to him like that, that fucker's a
           fucked up he is no good he has fucked up charges and
           everything eh. (UI)

CHS:       Well and he would mention my name?

HERRERA:   Yeah that he was in contact and he rapped to you, and
           that he was over in Arizona and just all crazy I told
           him I dint know dawg,

CHS:       Like talking about shit crazy?

HERRERA:   Yeah.  I told him I dunno bro.  and they took him –
           they fuckin' came, bagged him up and we don't know
           where he's at.  We think he's over here at 2A(UI)
           somewhere.  I tripped out bro like fuck it.

CHS:       how would he get a cell phone?

HERRERA:   (UI) Then he started talking about yeah I  rapped to
           my carnal and it's all good and

CHS:       What carnaul(sp) is he talking about?

HERRERA:   (UI) Razor

CHS:       What's up with Razor?  Forgot all about that dude.

HERRERA:   Fucker's getting old.

CHS:       What's his last name?

HERRERA:   I don't know.  I don't even know him

CHS:       I don't think he's on here

HERRERA:   all I know is he's over there in Chicago or something.
           Like I said eh that fucker

CHS:       Son of a bitch.

HERRERA:   (UI) That just tripped me out just to thing he was
           saying eh. I caught on to him I told him what?  And
           the way he fuckin' backed up I heard the shower shoes
           go off the top desk (UI) 'cause there was a hole in
           the wall no?

GOVERNMENT EXHIBIT 207   U.S. v. DELEON, ET Al.   32113

CHS:        Where were you guys at?  Oh you weren't face to face?

HERRERA:    No he was under me but I had a hole in the wall I
            could barely see his shower shoe.  I could hear just
            everything clear dawg.

CHS:        What did he say when you said – when you caught on?

HERRERA:    He snapped eh

CHS:        and he said fuck

HERRERA:    started telling him hey I can see your pad no and he
            said no you cant no you cant (UI)

CHS:        Hey – would he admit that he had a phone?

HERRERA:    Yeah he told me.  Just a weird fuckin' and then they
            came and snatched him up and took him.

CHS:        Man everytime I talk to someone they put so much shit
            in my head I can't sleep for a week bro.

HERRERA:    I feel you.  That's why I'm telling you it's bad. Wait
            until you go to court  It's fucking bad bro.

CHS:        How many people has already went to court?

HERRERA:    Shit I just know that they're just in the process
            still of the lawyers no?

CHS:        Yeah so no courts no?

HERRERA:    No courts

CHS:        Alright then,

HERRERA:    Ok well I don't know if you watched Gangland, they
            showed an episode, when they come one time

CHS:        hey you should see who they talk about

HERRERA:    They come one time with a fuckin' federal indictment
            right?  That happened the first wave(UI).  Then they
            will come with the second wave

CHS:        What does that have to do with Gangland?

GOVERNMENT EXHIBIT 207   U.S. v. DELEON, ET Al.   32114

HERRERA:    Because that's all they talk about – that they're
            saying on the RICO that, that anybody on the streets,
            all they just have is a phone conversation, whatever
            saying that somebody assisted somebody in using a
            threeway (UI) organized gang activity or you should
            see – I haven't even gotten a letter eh

CHS:        If that's all they need then they got everybody

HERRERA:    Just me eh

CHS:        Did you hear me?  If that's all they need then they
            got everybody

HERRERA:    Huh?

CHS:        If that's all they need, then they got everybody.  If
            that's all they need they should need more than that.
            Fuckin' phone calls, said a three-way? As long as
            you're not talking about nothing.

HERRERA:    Oh you know (UI) they could say whatever. They could
            fuckin' say you're fuckin' this or whatever

CHS:        They could say whatever but when you go to court it's
            different.

HERRERA:    (UI) But whats chafa is all they need is a vato that
            renounced, and make a deal with them to make up some
            fabricated story, and hem you up(UI)the feds are chafa
            the surenos were telling me that all they need, I feel
            for you vatos but in a way its better cause your in
            the feds but they don't need much.  They don't need
            much to get a racketeering charge

CHS:        That's what this paper is.  It doesn't say RICO, it
            says racketeering.  And violent crimes in aid of
            racketeering.

HERRERA:    That's the RICO.

CHS:        It don't say RICO.

HERRERA:    Racketeering, extortion, uh that other C I don't know
            what that stands for, the last one's organized
            something.  But the C I don't know what that stands

37

```
                     for.
```

CHS:        Racketeering, R-I, extortion is E not I.  I don't know
            either.  I have a feeling that I'm lost anyway bro.

HERRERA:    It's bad.  Then my mom went to go see a lawyer right,
            they told her that there's nothing she could do, and
            uh they called it a federal indictment.  She's asking
            them for (UI) discovery and shit no?

CHS:        For who?

HERRERA:    My mom 'cause she wants to know how her name was
            involved.

CHS:        Was she ever charged with anything?

HERRERA:    No

CHS:        Well then there's no discovery if there's no charge
            with anything

HERRERA:    but check this out – they fuckin' – they're not gonna.
            – they told her the lawyer said that she's under
            federal investigation still.  And the lawyer's told
            her that there's nothing she could do.  That it's –
            they could do whatever they want to do.  Basically.
            Check this out – then my sister went and was trying to
            sell some little chihuhua right?(UI) they fuckin'
            hemmed her up on the street eh.  The fuckin' feds (UI)
            rolled up on her.  Fuckin' found her and told her
            either you spay your dog or she couldn't be fuckin'
            selling dogs like that no

CHS:        Chihuahuas?

HERRERA:    My sister.  They went and fuckin' fined her and
            everything so she started crying and everything (UI)
            had to go and give up her dogs to the fuckin' shelter
            eh.  And then check this out – my mom went to the
            fuckin' pond to take my little 'jita to the fuckin'
            fishing pond, and they fuckin' followed her.

CHS:        So your mom could see them

HERRERA:    they told my mom (UI) you're not gonna go and throw
            your phone on us are you? My mom said why the fuck am

GOVERNMENT EXHIBIT 207   U.S. v. DELEON, ET Al.   32116

I going to throw my phone (UI) they went over there telling her shit that they told her that Anthony Baca is working with us (UI), and your name's come up, uh, that you better tell your son that we're coming for his ass, that tell him that we said that either he complies or get faced with it.  The choice is his. This is like a month ago.

CHS:       Pup's working them?

HERRERA:   That's just what they're saying.  They're just trying to get her over there just to get a fuckin' statement from her.  She doesn't know anything about that, she doesn't even know them fuckers eh. She has been kicking it like fuck she's getting old, she doesn't know anything about that shit eh.  They're just fucking with her.

CHS:       They're just trying to get to you probably.

HERRERA:   They're fucking with his mom too.  'member I told you I found that out this morning that they went and hemmed up his hyna too, PUP ruca and told his mom too. (UI) And I don't know if I heard it right, I don't know if they raided her house, or something happened dawg.

CHS:       Where's Mario?

HERRERA:   (UI) Montoya? I don't trust that dude eh.  That fucker's another one they like (UI) in Cruces, supposedly the Sheriff's Department called down there to lock him down because he is an informant. Check this out then the vato goes home right? I guess he was supposed to go over and rap to Arturo and that ruca and he didn't do that then he was supposed (UI) supposed to file and didn't do that.

CHS:       What do you mean to file?

HERRERA:   To go to court.  They're saying that type of rollo (UI) against him, that's some serious shit. So BCSO called Las Cruces I don't know what type of word that they got maybe his covered got pulled (UI) but the Sheriff's Department called down there in fear of him

CHS:       How long ago was this?

GOVERNMENT EXHIBIT 207   U.S. v. DELEON, ET Al.   32117

HERRERA:   Like about, fuck, like three and a half years bro?
           'cause we were all in Las Cruces together once we were
           in orientation

CHS:       Three and a half years ago.

HERRERA:   Yeah I was in orientation when I first got to Cruces
           and I went to the transport, that's who I was in the
           transport with.  Him, Dan-Dan, Alex, all of us were
           together dawg.  And at orientation they wouldn't let
           out mario on him, slammed him down.  He showed us his
           paperwork, and I told him that's some serious
           rollo(UI) eh.  They even had the Sheriff's name that
           called over there.  They just ain't gonna say some
           shit like that.  And I told Alex (UI) if they are
           saying shit like this you need to take this shit to
           court.

CHS:       Did he split right away after that?

HERRERA:   He fuckin'went home (UI) and was gone eh.

CHS:       Was he supposed to go home?

HERRERA:   I don't know.he is a weird fucker he is a funny little
           fucker now (UI).  He's a fuckin' weirdo eh.

CHS:       He kicks it with Chris out there.

HERRERA:   I don't trust that dude.  That fucker's a fuckin'
           weirdo eh. (UI)Then they are out there kicking with
           (UI) too. What I heard is they didn't bust Chris
           because billy was in the county with them no? That's
           when they rolled up with him an I don't know who else
           billy said that's when they called everybody (UI)

CHS:       No, hey – but they have a Christopher Garcia on my
           indictment.

HERRERA:   Well that's him.  He's over there – well like you said
           they're all over. They are all bounced all over  Hey
           (UI) still pass the phone or what?

CHS:       Do you still got it?

HERRERA:   Yeah. What do you have to do, just bang? He is

                                                                    40

probably down there waiting huh?

CHS:        Let's go tell them (yelling).  Damn it's already 7:00.
            That (UI) hasn't walked.  That's why we try to pass it
            when they walk by.

HERRERA:    (UI) serio. Hey Garguny I don't know where he is at
            they probably hemmed his ass up too. But he just kicks
            it eh. That fucker that's a thing they brought up too
            how come I was over there asking for money.

CHS:        Who was bringing this up?

HERRERA:    the feds when they went and hit my mom.  They were
            saying that how come she's assisting me, that I'm over
            there asking people for money, and she's assisting
            (UI) gang member.

CHS:        Over 25 dollars.  What's $25?

HERRERA:    This is another thing – they still want my moms 'cause
            she went, (UI)and rented a pad for a $1000 and they
            wanted to know how she got the money dawg 'cause her
            social security don't cover it. My hyna is the one
            that loaned her the money (UI) so she had to do a
            fuckin' notarized statement saying that she loaned her
            the feria(UI) so now the feds are trying to fuck with
            her social security they're trying to cut her from it.
            (UI)They know I wsnt asking to send me drugs or
            anything like that these fuckers are just making up
            (UI)

(UI yelling background voices)

CHS:        I can barely get under here anymore I don't know how
            you fit under there.

HERRERA:    It's fuckin' warm over here

CHS:        What do you mean over here?  Well you got two fuckin
            heaters – the heater ain't on.

HERRERA:    (UI) Over here its on I don't know its gasho eh.
            freezing

CHS:        The heaters are off now.  I get cold over here.

GOVERNMENT EXHIBIT 207  U.S. v. DELEON, ET Al.   32119

HERRERA:   yeah?

CHS:       Had to put on my sweat pants and my sweatshirt

HERRERA:   (UI) you would be hating life over there eh, its gasho

CHS:       I always used to get cold anyway when they turn on the
           air conditioner I would be cold all the time.

HERRERA:   Then I lost my fuckin' thermal and my fucking thermal
           bottoms eh.I had them in my fucking laundry bag(UI).

CHS:       They took them?

HERRERA:   No the fuckers (UI). The porters those fuckers sent
           them to wash this morning and they didn't want to go
           get them. (UI)

CHS:       You're having a bad day buddy

HERRERA:   Over here too, do you get them through the catalog
           (UI) that store still

CHS:       I don't know I don't order nothing since I been here.

HERRERA:   Yeah?

CHS:       Yeah

HERRERA:   How long you been here?

CHS:       About a month.  I don't order nothing but my neighbor
           I'll do deals like the coffee, and they're always
           ordering brand new shit.  And I'll buy a bag a coffee
           for a sweatshirt.  A bag of coffee – they're hand me
           downs no?

HERRERA:   yeah (UI)? Have you been getting Skeena though

CHS:       My jito's been getting me skeena(UI)

HERRERA:   I thought you had a ruca(UI)

CHS:       No.  Scared them all away.

HERRERA:   (UI)the fucking goats and everything?

42

CHS:        There was no one there to take care of them.  They
            took my ruca(UI) to jail.  That same shit – told them
            that I John Gotti did you know who you were with
            that's John Gotti.  They took my goats and everything

HERRERA:    (laughing)

CHS:        That goat had already broken in and everything.  I
            would clap my hand like this (clapping) and he would
            strike a pose.

HERRERA:    She fuckin' split or what?

CHS:        Yeah everybody split.  Nobody knew me over there but
            once they were questioned who this and that who that
            is and… and all the gangland shit once they brought
            that to everybody's attention and scare them into that
            they're gonna get them for this or trafficking goats
            or whatever, then they trip out.  All the shit that
            they tell them, know what I mean?  They tell them that
            I done this and done that, nobody wants to be my
            friend.  Everybody died already I'm older than you all
            my family's died.  I have my dad – who?

HERRERA:    Danielle?

CHS:        Danielle is out somewhere in Tennessee.  With some
            dude but she's just – she don't do nothing that dude
            takes care of her.  I think Mark and Matthew, they're
            my cousins – I never heard nothing from them
            everybody's all (UI).

HERRERA:    That's what I heard fuckin' that bobo is in jail they
            him and KC for trying to get in (UI) they overheard
            something over the phone so I called angela

CHS:        Casey was missing in action.  Chris would tell me have
            you seen Casey, uh, he owes me this, he owes me that,
            find Casey no?  I just figured he got (UI) you know?
            And right now I haven't heard from him ess-ay.  It's
            been fucked up

HERRERA:    Its going to get worse this is just the beginning

CHS:        I know

GOVERNMENT EXHIBIT 207  U.S. v. DELEON, ET AL.   32121

HERRERA:   I didn't know you were (UI) driving from state to
           state.

CHS:       I wasn't driving.  We were on a fuckin' plane.  They
           don't bring you to fuckin' New Mexico, they take you
           all over the fuckin' country.  I don't even know what
           I'm doing going to Atlanta is the other direction.
           But you don't have no control you're in their custody
           and can't even ask them a question you know what I
           mean?  Don't have no property, nothing.  Not even no
           phone numbers, you can't even take phone numbers.  No
           property exists.  They took me everywhere.  I seen the
           Las Vegas strip.

HERRERA:   (laughing)

CHS:       That fucker's badder than fuck the way you fly in like
           that it's like a mirage it's badder than fuck.

HERRERA:   What's the reason for all that shit?

CHS:       It's fuckin' federal holding that's how they transfer
           you everywhere.  Everybody is going everywhere.  Like
           when we were in Atlanta, everybody was going
           everywhere.  It's like where you going?  I'm going to
           New York, I'm going – nobody knows where they're
           going.  That's just how they transfer people until you
           get maybe close to your destination then maybe if they
           don't have an airport they'll drive you you know what
           I mean?

HERRERA:   Do you stay there for a while?

CHS:       Stay over there for sometimes a week, sometimes two
           days, not more than two weeks.  It's just, that's how
           they have you when you're on transit.  When you're on
           transit, you're just fucked over.  You don't even have
           a clue to call your people, nothing.  By the time you
           get phone time on one phone, you get moved to another
           facility in another state and they have a different
           phone system.  So you know and I didn't talk to my
           people for a while, that's why when I got back over
           here – once you're here, if they don't have no reports
           or nothing then they have to give you a TV. I'm not
           here at the North 'cause they gave me a report or
           nothing; they gave me a number of 4192

                                                              44

HERRERA:    (laughing)

CHS:        And then on the phone pin they'll use 35359.  I can't
            even buy phone time.  I tried to buy phone time and
            since the numbers are different they fucked it up
            somehow.  The case worker says well you have to talk
            to STIU and then after they say that they say that
            there's nothing you can do.  I already talked to STIU
            I tell them what does STIU have to do with it you
            gotta tell Canteen what's my pin number.  That it's
            confusing them that I'm a 4192 and it's just a mess
            bro.  you don't have to tell me I'm already
            frustrated.  I been frustrated I'm glad I got a TV
            that way I can keep myself, it still don't work you
            know what I mean?  All I do is think and think and
            then everybody that I talk to, it gets me to more
            thinking, no?  Oso is downstairs, Oso from the LC(UI)
            and he rapped to me about a few things and everywhere
            I go, everytime I go to the yard and talk to someone I
            come back oo I wish I didn't even go to the yard –
            have my head all fucked up.  Said about vatos in
            Grants and shit, no?

HERRERA:    (UI) Its Chafa like over here?

CHS:        Huh?  It just – every time you talk to someone it just
            puts shit in your head to think about more, you know
            what I mean?  You know how we are, we just stay
            thinking – especially you have a (UI) and shit – your
            head's gonna be all fucked up.  Yeah I'm (UI) bro.

HERRERA:    (UI)

CHS:        I know but it's – the problems don't go away.  You
            think about what they're up to and what's next, that's
            all you think about.  Once you get hurt, like you
            said, once you get hit with the first one, then you
            think about you hear more shit and everything you hear
            is not shit you wanna hear.

HERRERA:    I know – it's fucked up.

CHS:        Yeah all I keep thinking about – what them vatos
            thinking bro? Fuckin' the red head is smarter than
            that, you know?  You think what the fuck's he
            thinking, and then

HERRERA:    Fucker's stupid eh, all the fuckers didn't even know.
            That's his fault dawg.

CHS:        Yeah but the secretary?  Yeah okay.  Fuckin' (UI)
            just because they went for that story about Darren
            White.  (laughing) so then they think they can do that
            secretary?  And then the way they – Shadow's a fuckin'
            mule.  He's want to be gangster someday and then throw
            you holy water the next day.

HERRERA:    Fucker's over there with his bible (UI)

CHS:        It's dumb shit that got everybody fuckin' caught up.
            Know what I mean?

HERRERA:    Yeah

CHS:        It's certain things that got the feds involved.  And I
            just said what did it.  It wasn't all our nonsense, it
            was that one name right there, that fuckin' secretary
            bro.

HERRERA:    They weren't letting no one out over here at least in
            the feds you can walk around (UI) 'cause I only have
            like ten more years (UI) go kick it. Just go over
            there where mariano is at and just go kick it.

CHS:        Oh Mariano's in the feds?

HERRERA:    Yeah he went back

CHS:        Where – what state is he in?

HERRERA:    He's over there in North Carolina

CHS:        Is he surrounded by (UI)?

HERRERA:    (UI) Then you have PUP over there in ADX in Colorado

CHS:        Is that Florence?

HERRERA:    Yeah

CHS:        (Spanish)

HERRERA:    yeah they had him over there fuckin' doing him dirty
            (UI) then they fuckin' have him over here in a fuckin'

GOVERNMENT EXHIBIT 207   U.S. v. DELEON, ET Al.   32124

|          |                                                                                          |
|----------|------------------------------------------------------------------------------------------|
|          | cell with a shower, and a fuckin' phone in it.                                            |
| CHS:     | A phone?                                                                                  |
| HERRERA: | He has to pay $12 a call.  Well I know somebody's saying something 'cause if they get me on an indictment somebody's making up something eh. |
| CHS:     | Only you should know that.  You just think and think and think; that's all I do and then I figure it out. |

HERRERA:   Yeah just like I'm saying you figure out one and
           there's 20 more.  It's bad bro – these fuckers I'm
           telling you vatos are making up lies and they just
           rounded up 36.  I don't even know these vatos, they're
           just vatos that – they're just rounding up anybody eh.
           Then they went and told my mom (UI) ISIS

CHS:       What?  Are you Muslim?

HERRERA:   I ain't fucking Muslim eh.

CHS:       Is Shadow Muslim?

HERRERA:   Huh?

CHS:       Is Shadow Muslim?

HERRERA:   Yeah, Fernie too

CHS:       don't lie (laughing)

HERRERA:   those Fucker's all jihad, over there with his prayers,
           everything

CHS:       Fernie?

HERRERA:   Yeah (UI) Andre that negro

CHS:       'member?

HERRERA:   Andre started recruiting everybody

CHS:       Andre?  Where is Andre?

HERRERA:   (UI) fucker went out of state. Probably over there at
           Guantanamo waterboarding his ass

GOVERNMENT EXHIBIT 207   U.S. v. DELEON, ET Al.   32125

CHS:        Fuckin' Fernie.  I haven't heard – seen Fernie in
            fuckin' 15 years

HERRERA:    Fuckin' Robert Young(UI) over there to Virginia.  (UI)
            they're in Cruces, they're in the County.  All over
            eh.

CHS:        Well there's no more (UI) and vatos anyway que no?

HERRERA:    Fuck yeah.  Wait til they get stronger. But if they
            start recruiting (UI)

CHS:        I thought we put a rest to all that shit.

HERRERA:    Huh?

CHS:        I thought we put a rest to all that.

HERRERA:    Fuck no.  Fuck no man.

CHS:        'cause when I left, it wasn't like that.

HERRERA:    Shit they were hating (UI) in Cruces.  Yeah they're
            just coming back.  (UI)They are out there Even the
            Sureno fell into a lot of jente to because they
            started seeing it saying I have nothing but respect
            for you vatos. I see the picture they say your guys
            state is all fucked up I don't blame you guys and you
            know what I mean (UI)

CHS:        Because of all the vatos that are making up shit?

HERRERA:    yeah they started seeing it (UI) they were out there
            in the lina and stated seeing those vatos rats like
            fuck.  Just before I came over here the (UI) they
            fight in the yard over clavo he said where you from he
            said all hard core Silent from San jo. Orale next
            thing you know a minute later they are telling the
            jura there was (UI) in the yard because they were
            fighting over a shot. They were fighting over suboxone
            and they were snorting it in the yard.

CHS:        (laughing) Q-vo from San Jo?

HERRERA:    Some vato Silent, I guess Q-vo was fighting somebody
            over a snort in the yard. Loud and clear we heard that

GOVERNMENT EXHIBIT 207  U.S. v. DELEON, ET Al.   32126

vato a lot of them vatos are covering their windows in
the POD.  Then them juras (UI) are just fucking
starting shit eh.  (UI)It wint be long when something
breaks off and a jura gets smashed and there we go
again know what I mean?  Started saying something
there was a gang something hit.  It was called over
here and arrest these guys and charge these guys and
next thing you know (UI) around the fucking world.
Honestly I was thinking it was firme (UI) I was hoping
they would've come dawg. When we get to destination

CHS:        Damn once you get there then it ain't about the "S" or
            no it's about New Mexico.  There ain't none of that
            nonsense 'cause nobody wants to – it gets shut down
            quick.

HERRERA:    But see that's the thing eh, these fuckin' nsome are
            firme (UI) but the rest are all going out there.

CHS:        Yeah but vatos and the feds they take care of that
            (UI) shit.  They do checks on you and shit you know
            what I mean?

HERRERA:    Yeah?

CHS:        Well as soon as you get there you'll get a check,
            they'll tell you who to kick it with.  Oh where you
            from?  New Mexico (UI)

HERRERA:    (UI) That sureno over there was showing you love?

CHS:        That's yup.  (UI) that's how we roll in the feds you
            know what I mean?  It was just the nonsense that got
            carried away over here you know, there wasn't really
            no structure.

HERRERA:    All that changed though 'cause it even died down at
            the County no?  They started locking up all of the new
            youngsters too.  Shit those vatos came crying eh.
            Weak eh

CHS:        Well at least your number still works.

HERRERA:    (UI) Yeah I know but my ruca is crying like fuck I
            told her its still early and she got all mad. "Im in
            love with you" and then she is over there cutting
            hair.

49

CHS:        Oo she fucked up someone's hairdo.

HERRERA:    She was working and she started crying (UI) She has to
            do that hair no? I told her to call my mom I'll rap to
            her later. I told her don't worry about (UI)That's
            what im saying ill get another one if she splits what
            can I do

CHS:        She won't split.  You don't even tell her nothing
            'cept tell her someone got in trouble and they just
            locked everybody down.

HERRERA:    This sucks I'm doing

CHS:        Don't say that you're gonna get time or nothing like
            that

HERRERA:    Oh fuck no gonna go as fucking far as I can.  She just
            sent me $100 man.

CHS:        Oh yeah you're doing good.

HERRERA:    My mom sent me a 100$ (UI) and I have that 200 on my
            books.  I need to get a shirt and some fuckin'

CHS:        You better get your canteen list ready then

HERRERA:    I turned it in just today

CHS:        I know but you ain't gonna get that one.

HERRERA:    I just hope they don't take the money off of my books.

CHS:        I'm talking about like when they come tomorrow 'cause
            we're waiting for canteen right now, that's when you
            give it to them.  Your other canteen is who knows, you
            know what I mean?

HERRERA:    They'll come tomorrow?

CHS:        They should've already been here but they haven't came
            so you have to have a canteen slip ready.

HERRERA:    You have one?

CHS:        I have a bubble sheet.  Do you have the list?  I can't

see it I have to have someone else fill out my fuckin'
thing.

HERRERA:   You can't see?

CHS:       I can't see the bubbles I'm farsighted I need reading
           glasses.  I know, that barely caught up to me how do
           you think I feel?

HERRERA:   (laughing)

CHS:       All you guys have been wearing Urkels for ten years,
           15 years already.  I wasn't wearing them.  Now I need
           them.  Now I'm waiting for some Urkels myself. Now im
           waiting for some Urkels myself puto

HERRERA:   (UI)Does the Jura pass it?

CHS:       We'll send it on the line.  Or no he ain't gonna pass
           shit.  I have a bubble sheet and Jessy has the canteen
           list.  I have the numbers like for coffee and chile
           soups, I have the numbers written down.

HERRERA:   Just do that

CHS:       ok write down the numbers Ok but you have to fill out
           the bubbles, I can't see the bubbles.  What I'm saying
           is I have the numbers written down but when I order, I
           order chile soups, coffee, sugar, and creamer and
           that's it so I have them numbers right there I know
           the numbers you know what I mean?  The canteen – the
           item numbers?

HERRERA:   Yeah

CHS:       Yeah so that's all I know.  That dude that was in your
           cell, I used to – he used to fill out a canteen slip
           for me.

HERRERA:   Who was he?

CHS:       He's from Hobbs.  His name is Pete – I don't know his
           last name.

HERRERA:   he's from Hobbs?

CHS:       Yeah.

GOVERNMENT EXHIBIT 207  U.S. v. DELEON, ET Al.   32129

HERRERA:   Probably know drama huh?

CHS:       he was pretty cool.  (yawning) Who is drama yeah that
           dude next door he gave me a pair of shoes.  The one
           that was in your cell.

HERRERA:   he gave you a pair?

CHS:       Yeah when I first got here I got here just like you.
           With nothing, but I came off the plane.

HERRERA:   (laughing) I came off the plane

CHS:       but I went from the plane, when I got to fuckin'
           Estancia, I was in a pod all by myself.  And they
           wouldn't even let me use the phone.  I said when I can
           use the phone?  The federal marshals said you can't
           use the phone

HERRERA:   (laughing) You cant use the phone

CHS:       Yeah I started raising hell, they got rid of me after
           two weeks.  After two days, then they took me to Dona
           Ana County.  Dona Ana County they had me isolated too
           but everybody was locked down, but some people would
           come out together, some people come out by themselves.
           They had me come out by myself no?  No I don't smoke
           (UI).

HERRERA:   No?

CHS:       No.  I didn't know not one person.  Except for that
           Sureno.  He was mad dogging at first and then he said
           who are you, I said that I'm Sticks, why what's up.
           And he goes are you Sticks from wherever, are (UI)?
           Then he said are you doing bad, I said yeah, and he
           hooked me up with a care package there the (UI) jura
           gave it to me.

HERRERA:   (UI) He knew who you were?

CHS:       He said, yeah.  He said that's how we – everybody
           knows my name – well hey he gave it to me.  He said
           that's how we roll in the feds, it ain't like New
           Mexico all (UI) that's how we roll in the feds you
           know what I mean?  That we're alright with you vatos

GOVERNMENT EXHIBIT 207   U.S. v. DELEON, ET Al.   32130

(UI) and that's already about the third time I've
heard that.  I've heard that from Chris too no?
They're not caught up in the state political bullshit
you know.  Over there in the feds are the big dawgs
and they're not gonna tolerate that nonsense from
other states no?

HERRERA:   (UI) from Cruces?

CHS:       I don't know.  I think he's from Burque.  Yeah, his
name is Flicks.

HERRERA:   What does he look like?

CHS:       Fuck I don't know.  I don't know what he looks like.
I got over here and I haven't seen nobody that I knew
at all.  That guy Oso he's LC (UI) and he's rapping to
me like 'member this, 'member that and I didn't even
remember nothing he said.

HERRERA:   where's he at?

CHS:       He's downstairs, in Cell 3.  He has tattoos on his
face and his name is Oso.

HERRERA:   (UI) Serio

CHS:       Do you know him?

HERRERA:   I don't know man. Never heard of a Oso.

CHS:       You should.  I should, that's what he said.  Well he
knew me.  (UI)he said remember me over in Q-POD you
use to say buddy buddy

HERRERA:   Huh?

CHS:       Oh fuck I don't know his name.  Is he LC?

HERRERA:   no

CHS:       Well this vato is.  He told me about his buddy uh
Reyes and them.  That they're over there they have to
(UI)sign the papers no?  and that Diablo went over
there and they told him he had to sign the papers and
he said fuck that and they shipped him out no?

GOVERNMENT EXHIBIT 207  U.S. v. DELEON, ET Al.   32131

HERRERA:   Diablo told (UI) sign them?

CHS:       No no, that when Diablo went over there, that they
           wanted him to, that that's what his buddies were
           doing,

HERRERA:   Tell those vatos hey (UI)I have no rollo for them eh
           serio  Them fuckers in Cruces, no shame in their game
           eh all of us were in the yard they locked up a bunch
           of them (UI) I'll fuckin' sign that paper I don't give
           a fuck eh (UI)we looked at travieso and I even argued
           with Tiny I told him – I don't have no rollo for you I
           told him no

CHS:       Hey what's up with Tiny and Arturo?

HERRERA:   Huh?

CHS:       Is that Tiny the one that was beefing

HERRERA:   Yeah that fucker – all them fuckers renounced eh.
           (UI) how the fuck you gonna sign that paper (UI)you're
           a straight drop out

CHS:       I can't believe that Arturo would do that.

HERRERA:   Well it hurts eh but

CHS:        I mean 'cause he always said me and Sticks you know
           what I mean?  He would always say that, 'member?

HERRERA:   (UI) are the ones that still there.  (UI) no shame in
           his game.  That fucker straight up packed up his
           suitcase

CHS:       Where's uh playboy?

HERRERA:   Who?

CHS:       Playboy .

HERRERA:   Who?

CHS:       Playboy.

HERRERA:   He's over there at the South.  They showed him in the
           news getting in the van all happy going to clayton

54

(UI)

CHS:       I know but what

HERRERA:   (UI)They were saying that they were the Nueva or some
           shit.

CHS:       The news was saying that?

HERRERA:   Yeah (UI) right hand man eh.

CHS:       Freddy?

HERRERA:   Yeah they were sleeping together.  They're at the
           South eh.

CHS:       Having tier time?

HERRERA:   Tier time.

CHS:       The old guy too?  Freddy and the old guy Billy

HERRERA:   Yeah Freddy he's a sellout.  Him, uh chinaman, uh
           Sammy Griego was there.  Fuckin' all kinds of vatos
           eh.

CHS:       So Sammy's locked up right now.

HERRERA:   I don't know where he's at, but I know and then they
           have the other unit loco is in there 'cause then they
           locked up Loony - 'member Loony from Hobbs?

CHS:       I remember Loony that didn't look like he was all
           there.

HERRERA:   Yeah him.  They locked him up, I don't know why.  But
           they have them it's like in a unit where they can't go
           either way dawg.

CHS:       Then there's basically nothing left no more.

HERRERA:   Yeah they don't wanna tap out. Basically they're like
           fuck.  They're like stuck no?  Then they have the
           other fucker in the 1's somewhere(UI)

CHS:       What other fuckers?

GOVERNMENT EXHIBIT 207   U.S. v. DELEON, ET Al.   32133

HERRERA:   Freddy and them.  I don't know who's there with him
           but I know - let's see it's Freddy and uh, fuck.

CHS:       Well Billy, Billy was on the livre (UI) there must be
           another hold over here.  They arrested him from the
           (UI) there must be another hold over here.  Chris said
           they arrested him on the (UI).

HERRERA:   (UI) serio?

CHS:       Or he said they didn't arrest him on the (UI).  He
           said he was out there on the (UI).  That he was out
           there then I seen him on my indictment so that's where
           they had to, and if he's here he has to be on hold.
           They're spreading everybody out.  Everybody they don't
           want to communicate with people, seems like - I
           haven't seen nobody really.

HERRERA:   (UI) fuckin' Skeeter.  Heard you were here marijuana
           is the one that told me that (UI) that the feds picked
           him up

CHS:       It's a County jail hold.  They didn't want me at the
           Santa Fe - they have a County hold here at the here in
           Santa Fe at the jail no?  Just like over there in -in
           Dona Ana County.  Some jails - I guess I got a bad rap
           in Santa Fe they said it was kind of security issue I
           guess. But I've been waiting for them to move me.  But
           I like the TV and shit that's about it you get to ask
           for the phone but

HERRERA:   (UI) your lucky they didn't send you to the a ADX too

CHS:       They'd never ship me out of state.  When they shipped
           all those vatos out of state - 'member?

HERRERA:   yeah but ABX(sp)

CHS:       Well they would ship them out of state and I was never
           one of the ones they would ship out of state they
           would just keep me here.  They would let me go to the
           South, they would let me but when it came up for tier
           time they came up with an excuse.  I don't know bro.
           They still treat me different no?  Do they not?  So if
           you try to figure out why you're here why you're there
           you're just fuckin' wasting your time.  You know?

GOVERNMENT EXHIBIT 207   U.S. v. DELEON, ET AL.   32134

HERRERA:    Fucked up eh.

CHS:        These people over here won't even give me a straight
            answer when I ask about like my dad no?  I used to be
            able to write to my dad all the time, he's my - on my
            visit list and everything

HERRERA:    Yeah they fuck you up.  I thought he was (UI)

CHS:        He is, he's in Hobbs.  He's in Hobbs, but I used to be
            able to write to my dad all the time and been trying
            to get that approved and they tell me that the feds
            are in control that they tell me to write the warden
            over here.  They come up with a different story.  But
            when it comes time to my phone calls, then I should
            have unlimited phone calls but then when it comes to
            phone calls I have to go by the North rules.  When it
            comes to writing my dad it goes oh no you can't go by
            the North rules by the fed rules or  - it's just a
            different story for every issue no? Yeah they're
            fucking with me.  (UI) been trying to get a call with
            him no?

HERRERA:    (UI)Fuck it eh. If I lose my ruca too I don't have no
            Skeena either eh.

CHS:        That's where I'm at right now.  I got my son, but he
            just barely making it himself  I was hoping for my
            income tax right now, trying to do that and all of a
            sudden they come up with something well (UI) now.  And
            they're doing it through the Turbo Tax.  I just got
            that news now that you came in.

HERRERA:    (UI)So you cant get it

CHS:        Well I'll call him again tomorrow.  To see what he
            says that they left a number for him to call but it's
            kind of tricky when you're doing it on the computer.
            He's doing it like he's me.  I don't know I just told
            him to call you know?  Fuck they said -

**(end of recording)**

GOVERNMENT EXHIBIT 207   U.S. v. DELEON, ET Al.   32135

DISC 32079-32135.Redacted.Transcript of bod rec btwn CHS & C. Herrera(2-27-16 thru 4-28-16).0730_022F

```
00001:01  [Beginning of Recording]
      02  (UI)
      03  CHS: I let that go a long time ago. I had a pair uh - I barely
      04  got a pair of shower shoes and someone gave me a pair of
      05  tennis shoes that have holes in them
      06  HERRERA: I feel myou man I know.  Like I said
      07  CHS: Out there I was (UI) living from week to week, but at least
      08  I was free you know?
      09  HERRERA: Ah fuckin' doing bad (UI)ahh fuckin' Garduny told ,e
      10  (UI) he told me fucker, fuckin' asking for (UI)skeena
      11  CHS: Garduni(sp) is fuckin' - that dude who charged me.
      12  HERRERA:(UI)I would ask him for some feria oooh no
      13  CHS:You been taking a leak all day.
      14  HERRERA:(UI)let me try it now if it worked
      15  CHS: Let's see, let's see. Did it work?
      16  HERRERA: Hold on I just (UI) now. Yeah it's (UI) right now.
      17  Hold on let me try another (UI).
      18  CHS: Fuck ess-ay. Fuck fuck fuck
      19  HERRERA: (UI)See they fucking took it off A.
      20  CHS: What do you mean they took it off?
      21  HERRERA: They took my number off
      22  CHS: Uh press, press 9 and it says collect call (UI) and put it on.
      23  HERRERA: Well why in the fuck would they turn off my number?
      24  CHS: No it's just saying your pin number ain't on it registered.
      25  HERRERA: No I didn't take it off.
00002:01  CHS: I know but try again.  Mine does that too sometimes.
      02  Uh I just put it back on or something. Put it on, and see if
      03  it tells if that number's already on your pan (UI) list.
      04  HERRERA:(UI) well how the fuck am I going to do it yeah well
      05  hold on
      06  CHS: 'cause it'll tell me that number's not on your (UI) pan
      07  list and then I'll go to the pan (UI) list to register it
      08  and then it - no 9.  And then listen
      09  HERRERA: (UI) watch that fuckin' pussy cancelled my number and
      10  everything (UI)
      11  CHS: You shoulda seen how long it was 'til I could use the
      12  phone.  They were fuckin' with me gasho (UI). When I first got
      13  here I couldn't use the phone, they already gave me three
      14  fuckin' pin numbers.  I get four calls a week.  Huh?
      15  HERRERA: (UI) natha on this one A.  If not I need one
      16  CHS: Fuck.  You know why I said fuck? Is 'cause I'm supposed to
      17  call my jito tomorrow and that's my last call
      18  HERRERA: Oh you only get 4?
      19  CHS: Yeah. That's all I get buddy.  And today I fucked around, I
      20  was over there trying he was telling me about my income tax fuck
      21  my head up and now you are fucking up my head right now(UI)
      22  HERRERA: (UI) I'm the same way especially now that they do this
      23  to me now that's Chafa because
      24  CHS: And I would like to rap to you, you know what I mean?
      25  HERRERA: (UI) yeah well rap all day. Yeah because she put it on
00003:01  CHS: What?
      02  HERRERA: (UI)Yeah she put it on
      03  CHS:  What's that mean?
      04  HERRERA: She paned it (UI) it, so that's legit.
```

DISC 32079-32135.Redacted.Transcript of bod rec btwn CHS & C. Herrera(2-27-16 thru 4-28-16).0730_022R

```
05  CHS: Well you gotta try it again and take your time.
06  HERRERA: That's a trip huh?
07  CHS: Yeah see just told you it wasn't on the pan and you
08  check the pan and it is on the pan then
09  HERRERA: Yeah (UI) She is going to start crying A.
10  CHS: Well just try it again.  Look, take your time.
11  HERRERA: That's a trip eh, how the fuck do they take
12  the numbers out?
13  CHS: Well didn't I just say that it's planned?
14  HERRERA: (UI) I panned it I tried it now but
15  CHS: And it panned it right went through right?
16  HERRERA: I'm just saying I'll be fuckin' tripping (UI)
17  CHS: No it's just the fuckin' system it does that to me too. It
18  says jito's number ain't on the planned list
19  HERRERA: (UI) The Fed's are doing it A. They have never done
20  that shit.
21  CHS: It happens
22  HERRERA: (UI)I know they are coming for me all the time eh
23  CHS: Hold on hold on.  (background shouting) See it
24  was all in your head dummy. (UI) Yeah he's a friend of mine from
25  Albuquerque.  I known him from Albuquerque for a while and he's
00004:01  all pissed off.  Because he said he had a TV and everything and
02  now he don't got nothing.
03  UM: (UI) He is talking to someone on the telephone.
04  CHS:  Nope he ain't allowed (UI).  Lazy Carlos Herrera, from
05  Burque.  I know him from here too from La Pinta. He's younger than
06  me.  He's been around a little while.  Carlos Herrera Oso probably
07  knows him. I'm pretty sure he knows him he's been here on the
08  North he's been on the level system (UI). He's been down for
09  about 10, 12. He said he don't got no TV or nothing (UI).  I said
10  that's how I came to since the first day you got to wait he
11  doesn't know his classification or nothing. He's coming from
12  level 4.
13  UM:(UI)
14  CHS: He hasn't got a report or nothing yet though
15  UM: (UI)
16  CHS: Well it's the first day he don't know nothing tomorrow
17  he'll know I told him they'll put a tag on your door and then
18  you'll ask the case worker you already know the routine I told
19  him.
20  UM:(UI) Carlos Herrera?
21  CHS: Carlos Herrera. Lazy. (UI)Oso knows him. I'm sure he does.
22  I didn't even remember Oso. Oso said I knew him and I didn't even
23  remember him.  He said 'member from Q-POD and this and that he
24  gave me all kinds of examples I didn't remember him.
25  UM: (UI)
00005:01  CHS: Everybody says they know me. I get introduced to so many
02  faces I don't think I'd remember them but you think you'd
03  remember a dude like that, tattoos all on his face.
04  UM: (UI)
05  CHS: Oh yeah, (UI) got a text I was telling him to read it to
06  me. It said something about there's been a hold on your tax
07  refund due to a filing error. Please contact this number, this
08  happens from time to time, we'll walk you through. He was trying
```

DISC 32079-32135.Redacted.Transcript of bod rec btwn CHS & C. Herrera(2-27-16 thru 4-28-16).0730_022F

```
         09  to read it to me, he don't read that good. And that's going
         10  through Turbo Tax like the computer where you're not even
         11  talking to nobody.  You know what I mean?
         12  UM:(UI)
         13  CHS: I told him to call that number - thats what happens when
         14  you're trying to go through the computer.  Instead of a person
         15  helping you you know what I mean? It's a computer that just asks
         16  you a question on the computer I guess. I know I got audited
         17  though for the 2014 tax season. I sent them all the paperwork
         18  they need and they said to disregard the letter.
         19  UM:(UI)
         20  CHS:(UI) all fucked up. See my jito I told him call that number,
         21  and let me know I'll call you tomorrow and he says don't worry
         22  I'll get it taken care of.  He said it's due to a filing error.
         23  UM:(UI)
         24  CHS: Mine is a modern English.  He went on a what? That's that
         25  dude you told me about no? Hey who won on chess?
00006:01  UM:(UI)
         02  CHS: Uh that income tax shit fucked up my head I hope to get
         03  good news tomorrow he was supposed to get it today. I know my
         04  jito wouldn't burn me. Why are you laughing?
         05  UM: (UI)
         06  CHS: Fuck man. Yeah I don't see why he would burn me I was
         07  giving him some money, he coulda at least send me 100.
         08  He's the one that sent me 100 before, 'member?
         09  It's 'cause the deadline was coming up bro.
         10  He called me and there was a week and I would've had to get
         11  you the W-2, and I was in Tennessee and there was no time.
         12  UM: (UI)
         13  CHS: Then he comes over here telling me stuff from 4, from the
         14  South, tells me about dudes that are on my fuckin' indictment.
         15  UM:(UI)
         16  CHS: Huh?
         17  UM:(UI)
         18  CHS: He's telling me things I already know.
         19  UM:  (UI)
         20  CHS: Stressed about my income tax. (UI)and then by the time
         21  I got my phone I told them I'll call you tomorrow.
         22  UM:(UI)
         23  CHS: It don't matter if I'm getting (UI) huh?(laughing)
         24  UM:(UI)
         25  CHS: I know, that's being (UI) I think I need - he needs
00007:01  a cup.  A I think he needs a mild carton(UI)
         02  UM: (UI)
         03  CHS: Yeah.  He needs a cup. I told him they won't pass
         04  nothing you know what I mean?
         05  UM:(UI)
         06  CHS: Right. Who works tomorrow?
         07  UM:(UI)
         08  CHS:   Oh yeah they might start on the other side. I'm going
         09  to have to tell them now. Alright I'm going to go take a piss.
         10  I'll tell him though.
         11  23:32
         12  CHS: He's on the phone now. He's paranoid as fuck. He thinks
```

DISC 32079-32135.Redacted.Transcript of bod rec btwn CHS & C. Herrera(2-27-16 thru 4-28-16).0730_022F

```
          13   there's bugs in the, the heater and the vent.  He heard
          14   them. Fuck.  The only way it would be in the yard - he ain't
          15   gonna say nothing in here.  First thing he says when he gets
          16   here is that it's obvious that it's wired - why else would they
          17   put us together. I don't know. Maybe after I talk to him for a
          18   few days he wants me to go to the yard.  It might take a few days.
          19   Them Juras (UI) bust me taking this to the yard, then it's over.
          20   I'll get back under there once he's off the phone.  Fuck man.
          21   I don't look good.
          22   26:39
          23   CHS: Did you get a hold of her?Who'd you get a hold of?
          24   HERRERA: My Ruca (UI)
          25   CHS: Are you done?
00008:01   HERRERA: Yeah
          02   CHS: Well they uh when the jura comes (UI) pass it to cell 2.
          03   Uh what time is it?
          04   HERRERA: 5:30
          05   CHS: He'll be walking right now he don't need it 'til 6:00 so,
          06   make another call.
          07   HERRERA: Yeah but fuck.
          08   CHS: Might as well.
          09   HERRERA:(UI) There they fucking go
          10   CHS: That way you could talk to your (UI) you know what I mean?
          11   HERRERA: My Ruca is crying like fuck (UI).
          12   CHS: She don't already know the routine or what?
          13   HERRERA: She's moody eh. (UI) I would've fuckin' smoked her eh.
          14   CHS: Who?
          15   HERRERA:(UI)
          16   CHS: What's her name?
          17   HERRERA: That was fucking Rhonda
          18   CHS: Rhonda?
          19   HERRERA: Yeah Rhonda (UI).  I stood with her for like 5 years I
          20   married her then (UI) met her after a divorce. She looks out for
          21   me she is down looks out for me like fuck
          22   CHS: Is she a fat girl?
          23   HERRERA: Yeah she's pretty though but (UI) she is a little hammy
          24   But she is a rider
          25   (UI voices in background)
00009:01   CHS: Make your call.  (UI) That way you could pass it to when
          02   jura comes 'cause he don't need it 'til 6:00
          03   HERRERA: Alright
          04   CHS: Hey uh, my neighbor will do down there and get that for you.
          05   HERRERA: Yeah
          06   CHS: You don't have to fish nothing
          07   HERRERA: Yeah?
          08   CHS: Yeah my neighbor has a (UI). He'll get it for you and then
          09   he'll give it to me and pass it to you somehow.
          10   HERRERA: Well right now
          11   CHS: You just have to make a (UI) that goes to my house.
          12   HERRERA:(UI) I told them to tell that im over here with grandma
          13   no.  My Hyna so she can tell the homegirl that they know your here
          14   CHS: Who'd you tell that to?
          15   HERRERA:(UI) You? Maybe they will snap I know that Juanito will.
          16   CHS: Who in the fuck's grandma? Oh they call her too?
```

DISC 32079-32135.Redacted.Transcript of bod rec btwn CHS & C. Herrera(2-27-16 thru 4-28-16).0730_022P

```
        17    HERRERA: Huh?
        18    CHS:D o they call her too, from over there?
        19    HERRERA: No not the homies I know.  That's fuckin' Little G huh?
        20    CHS: Little G?
        21    HERRERA: Yeah the youngster (UI)
        22    CHS: A -
        23    HERRERA:(speaking Spanish) Its more better over there A.  Over
        24    here they just. . . In don't trust this shit A.  A hols
        25    they have me on
00010:01    CHS: How do you know?
        02    HERRERA: Hey I'll be back
        03    CHS: Ok.  Hey Jessy - he's gonna send it down at 6:00, the next
        04    time (UI) walks he needs it at 6 right? Yeah cell 2 needs it at
        05    6 no?
        06    UM:(UI)
        07    CHS: Yeah that's when he's gonna send it
        08    UM:(UI)
        09    CHS: Yeah 'cause I told him that he got off, then I told him
        10    that (UI} don't need it 'til 6 go ahead and make another call
        11    'cause he needs it at 6 no?
        12    UM: Yeah (UI)
        13    CHS: Yup.  Getting ready to change shifts. It's about 15 minutes
        14    'til 6. Hey uh they're gonna send him some coffee from
        15    downstairs - can you fish it?
        16    UM: Yeah
        17    CHS: That way he don't send a ligne (sp) down there made out of
        18    sheet. Yeah I told him all he has to do is make a ligne (UI) that
        19    comes to my house
        20    UM:(UI)
        21    CHS: Did you get all your shit?
        22    UM:(UI)
        23    CHS: Hey did you get all your shit? I think uh who's the dude
        24    that's underneath?
        25    UM:  Underneath you?
00011:01    CHS: Underneath him.
        02    UM:(UI)
        03    CHS: Oh (UI) Bishop yeah he's the one that told him that someone
        04    down there has some for him.
        05    UM: (UI)
        06    CHS: Hold on he's on the phone
        07    37:25
        08    CHS: Are you done?
        09    HERRERA: Yeah but the phone turned off
        10    CHS: Oh it just turned off?
        11    HERRERA:(UI) Yeah they go back into that other (UI)
        12    CHS: Hold on hold on. I'm seeing what time it is. Yeah, no it
        13    turned off at 5:45 huh
        14    HERRERA: Yeah and they have me on a hold (UI)
        15    CHS: Hold on hold on. Yeah it's 5:47 but it turned off at 5:45 it
        16    turns back on at'6:15 but that - the next time that (UI) walks
        17    give it to him and send it to cell 2.
        18    HERRERA: R T C hold (UI)
        19    CHS: How do you know?
        20    HERRERA: Just right now
```

DISC 32079-32135.Redacted.Transcript of bod rec btwn CHS & C. Herrera(2-27-16 thru 4-28-16).0730_022F

```
        21  CHS: Oh I thought you said your ruca (UI) told you
        22  HERRERA: Oh well she's looking on the computer so I told her do
        23  federal and state(UI) and see what's my status and call over
        24  here she is kina like (UI) fuck eh
        25  CHS: Say that again - RTCU?
00012:01  HERRERA: I think that's what he said. And I told him RTC -
        02  CHS: - you don't know
        03  HERRERA: It's something down here it's fuckin'
        04  CHS: It's USP?
        05  HERRERA: No
        06  CHS: CJ?
        07  HERRERA: Fuck no hold (UI). Just a fuckin' hold. I don't know
        08  we'll find out though.
        09  CHS: Yeah.  You have to put something on your door tag.
        10  You have to tomorrow when you talk to the case worker,
        11  that's when he tells you
        12  HERRERA:(UI) does that vato make his rounds all the time?
        13  CHS: And if you don't have a report then they have to bring you
        14  your property. You're just going through the process of going
        15  through another facility and then that's when you know
        16  HERRERA: Yeah these fuckers are all (UI) on it over here or what?
        17  CHS: Well uh this is a behavioral unit, and you have to go
        18  through steps. Do you know what I mean?But if you're ahold of
        19  some kind then you shouldn't have to go through steps. But I
        20  don't understand; I don't understand.
        21  HERRERA: Well I don't know
        22  CHS: I was here, I was here for two weeks, three weeks before I
        23  could understand. Everybody had a different story. They gave me a
        24  pin number, didn't work and then they gave me another pin number
        25  and it worked then didn't work the next day and then I go
00013:01  through all kinds of shit bro. (Spanish)
        02  HERRERA: They fuckin' write you up here for you using that
        03  back-up thing no?
        04  CHS: No. No I don't think so.
        05  HERRERA:(UI) Puto you don't use it
        06  CHS: Hey but there are people that are and you know they get
        07  busted using it 'cause they wouldn't be asking for the phone.
        08  HERRERA: Yeah
        09  CHS: So you know. So yeah.  I don't have no one to call
        10  HERRERA: 'cause I told my ruca (UI) now it's still early and she
        11  goes what does that mean, and I'm in love with you and - I was
        12  just throwing that out there to see what she would say you know?
        13  Im not stupid this hyna is going to bounce A.
        14  CHS:Why is she gonna bounce; she already knows you have ten more
        15  don't she?
        16  HERRERA: Fuck no
        17  CHS: What does she think? Hey well if she can look on the
        18  computer and all that then
        19  HERRERA: I gave her a good lie (UI)I gave her a good 5 anos
        20  'cause the computer has me discharging in (UI) 2019, and then I
        21  jump to that other shit (UI).
        22  CHS: Oh with good time?
        23  HERRERA:(UI) they gave me 11 years. And they suspended all but 7
        24  years but they don't show that on the computer - they just show
```

DISC 32079-32135.Redacted.Transcript of bod rec btwn CHS & C. Herrera(2-27-16 thru 4-28-16).0730_022R

```
         25  the other one.
00014:01     CHS: Yeah everything's on computer now where you can't even tell
         02  the ruca (UI) you're getting out next year.
         03  HERRERA:(UI) And I beat that one with the Jura that time
         04  'member?
         05  CHS: No
         06  HERRERA:(UI)They pulled me out naked
         07  CHS: In the county jail?
         08  HERRERA: that fucking no over here with crazo remember in the
         09  POD.
         10  CHS: I wasn't there.
         11  HERRERA: Yeah you were. You don't remember? When I poked that
         12  officer in the leg
         13  CHS:(UI) you naked I would remember ess-ay. I'm telling you the
         14  truth. Hold on. What pod was that in?
         15  HERRERA: In X-POD.
         16  CHS: Pulling you out naked, I could barely remember the (UI)
         17  HERRERA: They fuckin' pulled me out naked when you and crazo
         18  then crazo calls you Edward and says look at him.  (UI)
         19  CHS:(laughing)
         20  HERRERA: And he was your neighbor
         21  CHS: Yeah I remember. I remember
         22  HERRERA:(UI) I beat that one they tried to give me 9 years for
         23  each fiero (UI) in the cell
         24  CHS: How did you beat it?
         25  HERRERA: They fucked up.
00015:01     CHS: Oh
         02  HERRERA: And they were supposed to refile but they didn't wanna
         03  waste the time eh (UI) it's a fuckin' waste of state tax money
         04  CHS: At least you got a hold of your ruca (UI). When I first
         05  got I couldn't get ahold of nobody for at least two weeks.
         06  Three weeks. I was going through some shit man.
         07  HERRERA:(laughing)
         08  CHS:(UI) I'm not lying bro. They gave me a pin number that didn't
         09  work and then the next day when I'm raising hell
         10  HERRERA:(UI) it was just like that for two years -
         11  CHS:- everybody gives you a different story, saying you're
         12  federal hold and I dunno
         13  HERRERA: that's what I'm telling you, you should've seen how
         14  they were doing us in Cruces. I'm telling you I just barely -
         15  we just barely came from this fucking (UI) of 3
         16  showers a fuckin' week (UI)
         17  CHS: How many was it right now when you were at the South?
         18  HERRERA: Just 5, but we were coming up little by little no(UI)
         19  CHS: They don't trust no more. It's - there's been so much done
         20  that they don't trust no more. I figured they started - all the
         21  progress, the little bit of progress, the fuckin' Red Lobster
         22  fucked it all up bro. It says you guys are down to nothing now. I
         23  thought we were making progress is what I thought, when I
         24  left. The best thing is just to go to the feds, at least over
         25  there you could get a clean slate.
00016:01     HERRERA:(UI)At least you went home?
         02  CHS: And you're a riobody. You know what I mean?You're a nobody,
         03  they're not like all styx - you guys got a lot more than I did
```

DISC 32079-32135.Redacted.Transcript of bod rec btwn CHS & C. Herrera(2-27-16 thru 4-28-16).0730_022F

04   that's for sure. They wouldn't even let me go and be on a tier
05   with you.
06   HERRERA:(laughing)
07   CHS: I start too much shit they say.  I know, I didn't care, as
08   long as you guys got to go you know what I mean? I didn't care. I
09   was already used to it because I was short-timing it you know?
10   HERRERA: Yeah
11   CHS: You know as long as I tried to get them to understand they
12   don't have to worry that way you guys could go out there then,
13   and then something fucks up, something
14   has to fuck it up. Of our own doing.
15   HERRERA:(UI) its Chafa by now eh
16   CHS: Yeah well I could imagine.
17   HERRERA:(UI).  I just came from that (UI) all of us weren't able
18   to call they were doing us Dirty no?
19   CHS: After the first one. After the first indictment
20   HERRERA: Yeah
21   CHS: After the first indictment, that's when they started
22   treating you guys like that?
23   HERRERA: Fuckin' before that.
24   CHS: Nothing ever changed then.
25   HERRERA: Yeah well we were in Cruces for a minute, that's when
00017:01   they found someone fucking dead cin the tiers.
02   CHS: On - on the tier? -
03   HERRERA:Yeah. They said they seen him running out of the room on
04   the camera and fell on the tier. - He collapsed.
05   CHS : Of what?
06   HERRERA: Then they fuckin' locked us down, they fuckin' came in,
07   took all our property. . .
08   CHS: What year did that happen?
09   HERRERA: Just like, 3 years ago. Three years ago dawg. They jusf
10   kept - what it is now -
11   CHS: Hold on there, I think that's your coffee. Hold on - hold on
12   Jessy!
13   UM:(UI)
14   CHS: Let me get this for you
15   HERRERA: Alright
16   CHS: Hey Lazy, you gotta make something.  Make it closer, it's
17   easier for me since my door's facing that way.
18   (UI background noise)
19   CHS: Jessy - he don't have a line - he's tearing a sheet.
20   He just got here, hasn't had time to (UI) no?
21   UM: (UI)
22   CHS: Well you know he has everything in his property, but when
23   they bring you over here and they don't bring you your property;
24   it goes to the property room.
25   UM:(UI)
00018:01   CHS: At least to make a line, you know what I mean?I'm pretty
02   sure he gots that. Hold on he's doing it now.  He was on the
03   phone and then I had him (UI) so he didn't have time
04   UM:(UI)
05   CHS: Huh?
06   UM:(UI)
07   CHS: Alright - I'll ask him when he gets done doing what he's

DISC 32079-32135.Redacted.Transcript of bod rec btwn CHS & C. Herrera(2-27-16 thru 4-28-16).0730_022R

```
         08  doing. (to Herrera) If you get it over in front of your door
         09  just a little bit I can probably go over it. (UI background)Yeah
         10  I got it right here I'm trying to get it to you. We got you
         11  everything you need, you just need to get the ligne (UI)
         12  HERRERA:(UI)
         13  CHS: Yeah there's not much room under your door huh. You want me
         14  to help you, yov gotta work for it
         15  HERRERA:(UI)
         16  CHS: Let's see how close I can get it (UI) Is that close to your
         17  house?
         18  HERRERA:(UI) Yeah its right there ill get it though
         19  CHS: Is it in front of your house?
         20  HERRERA:(UI) yeah its right there somewhere
         21  CHS: Just look under your door see if you can see it
         22  HERRERA:(UI) I got it.
         23  CHS: You got it?
         24  HERRERA: Yeah
         25  CHS: Hold on - just hold on to it.  Hey uh Jessy - he has to pull
00019:01  some slack though that way he'll be able to get it.  He has to
         02  pull enough slack so he could get it.
         03  UM:(UI)
         04  CHS: Ok there it is right there. Keep on - pull it pull it. Right
         05  there
         06  UM: (UI)
         07  CHS: No, that fucker has a sheet out there you don't want a sheet
         08  going to your cell, (UI) hold on I need to send you a cardboard huh?
         09  A fuckin' milk carton? Hey tomorrow we're gonna send you a (UI)
         10  that they start for the shower. Huh?
         11  UM: Friday
         12  CHS: oh on Friday huh.  I'm gonna let you get the coffee first
         13  before I tie this milk carton on there because this milk carton
         14  might give you a hard time. Did you hear me?
         15  HERRERA: Yeah
         16  CHS: K pull it. You got it? Hey - you got the end?
         17  HERRERA: Yeah
         18  CHS: What do you want a cup of coffee for anyway?You're not
         19  keeping me up all night
         20  HERRERA:(UI) fuck yeah
         21  CHS: I'm old
         22  HERRERA: I cant sleep a.  These fuckers ruined my day( UI)
         23  CHS :Awe ruin your day, poor jito. You should've seen when they
         24  came for me at work. Hey - they surrounded me (UI)I thought it
         25  was the cartel nobody wanted to be my friend no more.
00020:01  HERRERA:(UI)
         02  CHS: Hey take that (UI) off. Hey do you have fingernails? Take
         03  that knot out.
         04  HERRERA:(UI)
         05  CHS: Yeah
         06  HERRERA:(UI)
         07  CHS: Who's speedy?
         08  HERRERA:(UI) Frank?
         09  CHS: Oh yeah - Frank. Ok there it is we're done completely.
         10  Jessy - pull it in. Yeah we're done. (UI background voices)
         11  CHS:Fuck we should've sent him a sopa.  No I have some sopa We'll
```

Page 9

DISC 32079-32135.Redacted.Transcript of bod rec btwn CHS & C. Herrera(2-27-16 thru 4-28-16).0730_022F

```
      12   give him time to make him a fuckin' ligne.  Buddy you got a spoon.
      13   HERRERA:(UI) Hold on there I go I was just putting water in the
      14   milk carton. how come they are talking about Johnny a.
      15   CHS: That's Jeffery dad.
      16   HERRERA: Did you see him this morning? He's over there in Cruces
      17   CHS: Who is?
      18   HERRERA: Jeffery that uh abuelito (UI)
      19   CHS: Are they locked up?
      20   HERRERA: yeah (UI)
      21   CHS: Who?
      22   HERRERA:(UI)
      23   CHS: What happened to Jerry Jr?
      24   HERRERA: He's in the fed.  He should already be out though.
      25   Mariano was staying over there with him A.  And they finally
00021:01   through Mariano out (UI)
      02   CHS: How much time did he do?
      03   HERRERA: Who?
      04   CHS: Mariano.
      05   HERRERA: I don't know, he doesn't wanna say I don't think he
      06   wants to say so his ruca (UI) don't leave him
      07   CHS:(laughing)
      08   HERRERA:(UI)He has a ruca from Chicago that's where she is
      09   fromshe's been up there for years
      10   CHS: Well how come he don't move down there?
      11   HERRERA: That's where she's at.
      12   CHS: That's the best thing is just to move.
      13   HERRERA: She's in Chicago. I fuckin' let him know what was going
      14   on she never wrote me back
      15   CHS: What was going on?
      16   HERRERA: When they raided my mom(UI)
      17   CHS: But that's only been a few weeks he said
      18   HERRERA: Fuck no, since (UI) ends on June 11th.  That's the
      19   restriction they had me on for my visits (UI) so count that back
      20   that's when they took my visit (UI) probably like a month
      21   ago. Just recently no?That's why I called her now, is she's all
      22   worried now eh. (UI) but she has to know what the fuck's going
      23   on.
      24   CHS:(UI) is that the one thats coming from Gallup?
      25   HERRERA: Huh?
00022:01   CHS: Is that the one that's coming from Gallup?
      02   HERRERA: Yeah so I called my ruca (UI). My (UI) was on her way,
      03   but she's at work now.
      04   CHS: Yeah but you gotta tell her that way she don't go from
      05   Gallup
      06   HERRERA:(UI) My mom ask her to go over there and stay for a
      07   while I think my mom's like all stressed out
      08   CHS: What's wrong with her?
      09   HERRERA: Huh?
      10   CHS :What's wrong with her?
      11   HERRERA: With my mom?
      12   CHS: Is she just old or is she suffering from something?
      13   HERRERA: She has a mass on her - on her liver. Then she's getting
      14   toothaches and shit they need to pull out all her teeth.
      15   CHS: Is she on oxygen?
```

DISC 32079-32135.Redacted.Transcript of bod rec btwn CHS & C. Herrera(2-27-16 thru 4-28-16).0730_022F

```
        16  HERRERA: No
        17  CHS :As long as she's not on oxygen that's when it starts to go.
        18  HERRERA: She's doing alright eh.  Its her heart
        19  CHS: How did Shorty die?
        20  HERRERA: I don't know eh I
        21  CHS: Well what did the autopsy say?
        22  HERRERA: That he took Xanax (UI) they found
        23  CHS: So the autopsy said it was (UI)
        24  HERRERA: Yeah they didn't know they just said
        25  CHS: Well the autopsy no they say that's like public record.
00023:01  HERRERA: Huh?
        02  CHS: An autopsy is public record
        03  HERRERA: Yeah?
        04  CHS: Well yeah. They have to say a reason of death if they
        05  came up with one.
        06  HERRERA: They told her. They said on the autopsy that it (UI)
        07  CHS: You could talk about the autopsy puto.
        08  HERRERA: The autopsy they found (UI)Chiva, Morphine and Xanax.
        09  CHS: Well it's a (UI) then
        10  HERRERA: And a little bit of Soda(UI)
        11  CHS: When someone OD's everybody right away wants to say (UI)hot
        12  shot or something but it's (UI) you know what I mean?  (1:05:04 refer)
        13  HERRERA: Yeah
        14  CHS: Just like - 'member that happened to me?
        15  HERRERA: People are just -
        16  CHS:- hey, I know but 'member that happened to me?
        17  HERRERA: Yeah
        18  CHS: When I got through party but I should've saved some for the
        19  next day but didn't and everybody say hot shots and no I give
        20  you hot shots of (UI).
        21  HERRERA: But no'them fuckers are stupid eh.
        22  CHS: Lucky I woke up
        23  HERRERA: I don't really know but, It just bothers me no?
        24  CHS: It's your brother your mom should know but if he was all
        25  fucked up on drugs that's what happens bro.
00024:01  HERRERA: he was doing good though. That's the thing eh
        02  CHS: Hey when you're clean, and you're doing good and then you
        03  know you have your craving to get high?And then you get high; I
        04  seen dudes go that way too you know? They're clean but they're
        05  (UI) so they get high and throw a party
        06  HERRERA: (UI) Then over there now the fucking homie got out and
        07  went over there he seen mork on the floor and all kinds of shit
        08  no.
        09  CHS: It's time for Mama just to retire ess-ay
        10  HERRERA: She already retired. Just kicks it she, just lounges.
        11  They're just fucking with her 'cause of me.
        12  CHS: I know the feeling
        13  HERRERA:(UI) they're saying part of a fucking cliqa.
        14  CHS: They been saying that for years.
        15  HERRERA: I know but that's all I'm saying now, this fed
        16  bullshit. They're just fuckin' rounding up as many people as they
        17  want.  They want as many people to work with them. There's (UI)a
        18  lot of them are they're making up stories.  All they have to say
        19  CHS: Wait until the discovery comes and you're gonna see their
```

DISC 32079-32135.Redacted.Transcript of bod rec btwn CHS & C. Herrera(2-27-16 thru 4-28-16).0730_022R

```
        20  HERRERA: See that's another thing
        21  CHS: When the discovery comes, there's been letters for years -
        22  HERRERA:- (UI)they brought her an indictment no?
        23  CHS: -hey, that we've been writing letters and the letters that
        24  have been written for years that people thought nothing of, or
        25  they did or they didn't, that - that's going a long way. Now that
00025:01  it's federal. You know what I mean?And I used to be a pin pal, I
        02  was a pin pal (sp)
        03  HERRERA:  When she read me the fuckin' indictment, hold on,
        04  there's a flaca.
        05  (UI background voices)
        06  CHS: Send it to cell 2.  Do you have the food port keys officer
        07  (UI) Hey you have to make you a ligne man
        08  HERRERA: I know I need boxers and shit
        09  CHS: You don't have boxers?
        10  HERRERA:(UI) I only have the pair that I have on.
        11  CHS: Well you can make a few strands out of that.
        12  HERRERA: Yeah but fuck
        13  CHS: Just to get out in front of your door; we'll make it in
        14  front of your door you know what I mean?
        15  HERRERA: Yeah
        16  CHS: That way I could send you some soups. I know that when you
        17  came in you look like you could use about 5 trays.
        18  HERRERA:(UI) Serio?
        19  CHS: Yeah I didn't recognize you. You looked like Heavy D.
        20  HERRERA: Heavy D?
        21  CHS: Yeah Heavy D.
        22  HERRERA: Fat?
        23  CHS: I didn't say fat - big boned. You're not fat; you're big
        24  boned.
        25  HERRERA:(UI) Hey everyone is flaco A.  You should see Alex
00026:01  CHS: Hey what does Alex say about Wino?
        02  HERRERA: Huh?
        03  CHS: What does Alex say about Wino?
        04  HERRERA:(UI) He don't have no love for him.
        05  CHS: That's his best friend.
        06  HERRERA:(UI)Even Earndog too was talking weak.  over there
        07  talking all kinds of shit I didn't wanna look like what the fuck
        08  did this vato just say. (UI) I don't have no love for that Vato
        09  either A.  He is Firme he is cool he says that he didn't do it.
        10  (UI) He claims he didn't do it, but he still talked about it.
        11  CHS: He got out and how'd he come back?He come back with time?
        12  HERRERA: Who? Earn dawg
        13  CHS: Yeah Earn (sp) dawg.
        14  HERRERA: He's over here too
        15  CHS: What did he do?
        16  HERRERA: He fuckin' (UI) they busted him with a fiero in Cruces
        17  him and spanky. (UI) they brought all of them over here dawg. Like
        18  a long time ago
        19  CHS: BooBoo is over there?
        20  HERRERA: I rapped to him ess-ay but I didn't really have love
        21  for him no(UI)
        22  CHS: BooBoo and Critter and all them, they were kicking (UI) it?
        23  HERRERA: (UI)When I see them its fucking on, that fucker even
```

DISC 32079-32135.Redacted.Transcript of bod rec btwn CHS & C. Herrera(2-27-16 thru 4-28-16).0730_022R

```
           24  critter I told him and when they open the door its on.  with your
           25  daddy and act like you're Stay just shut it. (UI) I got no love
  00027:01  for don't say nothing don't sit here fuckin' hard eh.
           02  CHS: Well they come out together?
           03  HERRERA: No.  Boo Boo was in our POD. He got there after dawg.
           04  Boo Boo got there after.  Then once that guy was fucking banging
           05  that fucker was screaming banging on the he didn't
           06  know him no.  (UI). I rapped to him ess-ay but that fucker's a
           07  little fuckin'creep(UI) eh. He thinks of the past I told
           08  him well whatever eh.
           09  CHS: It's the past, he never had no problems.
           10  HERRERA:(UI)Yeh but he was always with his daddy little baby
           11  Robert remember? Then he went home and no one's heard from him
           12  dawg.  I didn't have no love for him And pretty much it's Alex and
           13  all them, it's just us.  All of us are kicking it tight.
           14  CHS: Did Boo Boo's dad die?
           15  HERRERA: Yeah.  Me and him through rolle he is firme (UI) but
           16  honestly I don't know where he's at.  If he is down whatever
           17  simoneIf and I respect him as a man and shit but me and him have
           18  issues eh.  He fucking disrespected and came off the wall(UI) you
           19  see when we came out that day, I told the fuckin' told little
           20  buddy (UI) to keep an eye on him 'cause he was all hurt 'cause
           21  of daddy (UI)
           22  CHS: Was his daddy campaigning?
           23  HERRERA: You already know since central No he was (UI).  Fuckin'
           24  Spanky told me everything eh.  He said he was over there
           25  campaigning acting hard when he goes to cruces, and he was out
  00028:01  there and then he started seeing it no. (UI) reaching out to
           02  Juanito, wherever he could eh. (UI)That fucker got smashed and
           03  then he ran to the fucking door and started screaming like a
           04  bitch like fucking serio A.  Even Rah Rah was acting hard eh.
           05  CHS:Rah Rah was there?
           06  HERRERA: He's over there. He's in Cruces now (UI)I don't know if
           07  he went home but you had Rah Rah there,
           08  CHS: Was he there when he went
           09  HERRERA: Yeah Rah Rah seen it. Rah Rah was over there saying (UI)
           10  he was telling the little buddy G that yeah if something happens
           11  to him that its on.
           12  CHS:We already knew that
           13  HERRERA: So they never let him out on the tier yet -bro (UI)
           14  'cause they were still alternating re the rirst tier to come out.
           15  CHS: How many dudes have come out on a tier?
           16  HERRERA: Eight of them over there.
           17  CHS: Eight?
           18  HERRERA: Yeah (UI) that little youngster smashed him eh.
           19  CHS: By himself?
           20  HERRERA: Yeah his name's uh Conrad uh Conrad something. -It's
           21  probably on that indictment. Conrad
           22  CHS: Conrad?
           23  HERRERA: Not Salazar, Conrad something else.
           24  CHS: Did he know that? Did he know him?
           25  HERRERA: No that fuckin' little youngster smashed him though
  00029:01  (UI) knocked the fuck out of him, I mean sent him to the
           02  hospital Eh. (UI) eh.  Didn't even need anything else that
```

DISC 32079-32135.Redacted.Transcript of bod rec btwn CHS & C. Herrera(2-27-16 thru 4-28-16).0730_022F

```
         03  little youngster put it on him Eh. (UI)That fucking Viejo
         04  didn't know what the fuck hit him then he ran-screaming to
         05  the door, started banging on it Help, Help. I thought it was
         06  the other way around bro.
         07  CHS: You thought it was the -
         08  HERRERA: (UI)I said ala verga poor jito
         09  CHS: You couldn't see it?
         10  HERRERA: I couldn't see 'cause I was in the other pod but I
         11  heard it dawg.  And I thought it - the(UI) started, coming around,
         12  going to medical, fucker was knocked out eh.
         13  CHS: How did that youngster know what was up
         14  HERRERA: Huh?
         15  CHS: How did that youngster know what was up?
         16  HERRERA:(UI)you just know. you already know buddy.
         17  CHS: Let me go see my paper.
         18  HERRERA: Huh?
         19  CHS: Gonna go look at my paper. Want me to go look?
         20  HERRERA: Yeah he's down though(UI) eh.  That little fucker He's
         21  from Deming.  He is one of Angel little buddy eh.
         22  CHS: I can barely see these, you know what I mean? That's how bad
         23  my eyes are.
         24  HERRERA: YeahConrad uh
         25  CHS: Vallegos?
00030:01  HERRERA :Huh?
         02  CHS: It says V-i-1-1-o-a-s
         03  HERRERA: What's that?
         04  CHS: Hold on. Villegas. . . ?
         05  HERRERA: yeah that's him. That little fucker downed him eh.  (UI)
         06  you know what I mean?
         07  CHS: At the same time he was hating on the skinny guy.
         08  HERRERA: Yeah
         09  CHS: (UI) out loud.
         10  HERRERA: And then after that when he started screaming that's
         11  when his little buddies kinda turned their face, they like
         12  turned their back on him (UI)Boo Boo was saying I don't have to
         13  love for that vato fuck him.  I knew at first when he done that
         14  that he was going to ride with him.
         15  CHS: He said that before or?
         16  HERRERA: But see when we came over here, BooBoo came with us but
         17  he went home no?(UI)we were locked down so he can say whatever
         18  behind the door, But when he cam out the first time he was (UI)
         19  that's why he was telling them (UI)don't come
         20  CHS: The old guy or BooBoo?
         21  HERRERA: BooBoo
         22  CHS: Oh
         23  HERRERA: The old guy was next door.  BooBoo was there telling him
         24  whats up (UI)but I know him and critter, he was there to they
         25  took Critter to the feds too. They rounded up his ass too dawg
00031:01  CHS: What's his real name?
         02  HERRERA: Huh?
         03  CHS: What's his real name?
         04  HERRERA: Uh read it
         05  CHS: Crader. . . Crader. What is it?
         06  HERRERA: Read it
```

DISC 32079-32135.Redacted.Transcript of bod rec btwn CHS & C. Herrera(2-27-16 thru 4-28-16).0730_022F

```
         07  CHS: Read it?
         08  HERRERA: Yeah I have to hear the names I can't snap(UI)
         09  CHS: Oh read it. I thought you said his last name was readit.
         10  Damn bro I need glasses bad homey. I have to come out here in the
         11  light, and then hold it far away.
         12  HERRERA: It's Chris something. . . . Chris Chavez. Christopher Chavez
         13  or something
         14  CHS: Yeah, it says it right there. He is on my indictment He's
         15  Christopher Chavez.
         16  HERRERA: They rounded up him too. So I don't know where that vato
         17  stands
         18  CHS: Well where is he at?
         19  HERRERA: I don't know (UI)they are all in Chapparal esque (UI)
         20  CHS: Well no one checked on the computer?
         21  HERRERA: Well then a while back we had heard that they fuckin'
         22  smashed Blue but I don't know how true that was no.  (UI)I don't
         23  know who smashed him.
         24  CHS: Where's Rabbit?
         25  HERRERA: Supposedly here in Santa Fe (UI). Somewhere over here.
00032:01  CHS: He's not on there.
         02  HERRERA: (UI)No they didn't get him Rabbit's hemmed up with (UI)
         03  to JoJo.  He was out there kicking it with JoJo Eh.
         04  CHS: Who's JoJo?
         05  HERRERA: Huh?
         06  CHS: Who's JoJo?
         07  HERRERA: (UI)Fred Football head
         08  CHS: What do you mean out there? He got out?
         09  HERRERA: He got out, and that fucker, that's another one eh.
         10  That fucker's another fuckin' weirdo. He is over there esque in
         11  Clayton(UI)that fucker is riding with that jente to.  He was over
         12  there with STG coming back with sacks and everything
         13  CHS: Rabbit?
         14  HERRERA: No not Rabbit, JoJo.
         15  CHS: Oh JoJo. Well I seen him on the news for a murder.
         16  HERRERA: Yeah I know.
         17  CHS: And then he bonded out or something.
         18  HERRERA: He got out and then he fuckin' the rollo is not good on
         19  that creep Eh.  (UI)
         20  CHS: And Rabbit and who used to kick it with him?
         21  HERRERA: Rabbit was out there with him.
         22  CHS: When did Rabbit get out?
         23  HERRERA: I don't know
         24  CHS: Rabbit from Silver City?
         25  HERRERA: No Rabbit, Big Rabbit
00033:01  CHS: Oh oh yeah that's Samuel(UI)
         02  HERRERA:(UI)little rabbit He's another punk eh that fucker split too bro
         03  CHS: What do you mean split?
         04  HERRERA: He fuckin' renounced he gave up a fiero (UI).  See they
         05  don't just take you to that chafa (UI) unit, you have to comply
         06  and give them info. Because all of us in Cruces (UI)even fernie
         07  said fuck it let's just sign this fuckin' paper, all of us,
         08  we'll get out and (UI) all them mother fuckers no? that way it
         09  will fuck up their program and everything elseIt don't work like
         10  that
```

DISC 32079-32135.Redacted.Transcript of bod rec btwn CHS & C. Herrera(2-27-16 thru 4-28-16).0730_022F

```
      11  CHS: They won't let you guys out if you sign that?
      12  HERRERA: Yeah they just don't let you out; they fuckin' it's
      13  like a step program thing and you work your way through with
      14  them and they want like(UI)
      15  CHS: What's the program?How do they work it out with you?
      16  HERRERA: Like in other words they want you to work with them.
      17  They want you to tell them who was your sponsors and all kinds
      18  of shit just self-admit that you're a gang member.
      19  CHS: What about for those that already have their placaso(sp)?
      20  HERRERA: they don't have it. Don't matter - they're telling us,
      21  that either you comply or face death penalty(UI).  That's
      22  basically what their strategy is. That's what they're telling
      23  everybody that's what Shadow told me told him to tell me in the
      24  county
      25  CHS: And from there?
00034:01  HERRERA: Either you start complying with us, if not we don't
      02  give a fuck cause were coming (UI)
      03  CHS: Where's Roy?
      04  HERRERA: uh he's in the feds too. I thought he was over here with
      05  you that's what fuckin' uh Marijuana told me.
      06  CHS: I haven't seen Roy. Roy's good?
      07  HERRERA: Yeah he's not on that' indictment (UI)? He's in Chaparral
      08  then. That's another thing - why the fuck are they getting him?
      09  That fucker was all christiano I don't know Eh.
      10  CHS: They got a lot to have to do with that Secretary of
      11  Corrections. Whoever was doing that shit, know what I mean?
      12  HERRERA: (UI)Oh baby Rob
      13  CHS: More than that. Whoever's involved in that,
      14  HERRERA: Yeah, that's what I'm saying they probably over there
      15  in APA all on fucking meds (UI) saying crazy shit (UI) and making
      16  threats making (UI)
      17  CHS: Yeah but how much more stupid can you get to - how much more
      18  stupid do you have to get to come up with something like
      19  that? It's more than one, you know what I mean?
      20  HERRERA:(UI) Then you have that little youngster JR that I don't
      21  know whats really up with that vato no? He basically said that
      22  he's gots to think of himself no? And that
      23  CHS: Did you get a chance to rap to him?
      24  HERRERA: No fuck no I stood away from him I stood away from that
      25  vato Eh. Big Stoner is firme (UI)
00035:01  CHS: Madrid?
      02  HERRERA:Yeah then esque they hemmed up Jake but that he is
      03  backout no?
      04  CHS: What would they give up Jake for?
      05  HERRERA: I don't know. That's another one that
      06  CHS:He was doing good - he was doing good out there, he got married
      07  HERRERA: He bonded out, that's what (UI) billy told me, 'cause the
      08  run back and forth to the county no he said that panther is back.
      09  CHS: Who do they put Billy around?
      10  HERRERA:Huh?
      11  CHS: Who do they put Billy around when he comes back and forth?
      12  HERRERA:(UI) No one has seen billy he was In that drop out
      13  program.  He was over here with fuckin' Freddy
      14  CHS: What about Tomas?
```

DISC 32079-32135.Redacted.Transcript of bod rec btwn CHS & C. Herrera(2-27-16 thru 4-28-16).0730_022F

```
      15  HERRERA: Check this out - this fucker when he got there he kept
      16  telling me that he rapped to you. Did you talk to him?
      17  CHS: No
      18  HERRERA: When he got there, check this out. I just got a bad vibe
      19  eh 'cause he moved on to me over there in cruces and we were
      20  throwing rollo no? (UI) and he tells me on the fuckin' phone
      21  that he was talking to you, and I said what? (UI)
      22  CHS:He-he had a cell phone?
      23  HERRERA:(UI) He wanted my mom and my jente to contact you and to
      24  ask for skeena that just didn't sound right to me.  I just forgot
      25  about that man. We were - check this out. He starts about some
00036:01  shit bringing up shit about some cliqa like asking crazy rollo
      02  no? and then(UI) when I said what he goes fuck like whispered
      03  under his breath no?
      04  CHS: Whispered what?
      05  HERRERA: Like fuck, like I caught onto him no? And I used to tell
      06  him I can see in your room dawg. He had a fuckin' cell phone with
      07  him eh.
      08  CHS :Did you see it?
      09  HERRERA: I didn't see it but he had one.
      10  CHS: Did he let you use his phone?
      11  HERRERA: Fuck no. I (UI) to him like that, that fucker's a fucked
      12  up he is no good he has fucked up charges and everything eh. (UI)
      13  CHS: Well and he would mention my name?
      14  HERRERA: Yeah that he was in contact and he rapped to you, and
      15  that he was over in Arizona and just all crazy I told him I dint
      16  know dawg,
      17  CHS: Like talking about shit crazy?
      18  HERRERA: Yeah. I told him I dunno bro. and they took him - they
      19  fuckin' came, bagged him up and we don't know where he's at. We
      20  think he's over here at 2A(UI) somewhere. I tripped out bro like
      21  fuck it.
00037:01  CHS: how would he get a cell phone?
      02  HERRERA: (UI) Then he started talking about yeah I rapped to my
      03  carnal and it's all good and
      04  CHS: What carnaul(sp) is he talking about?
      05  HERRERA: (UI) Razor
      06  CHS: What's up with Razor?Forgot all about that dude.
      07  HERRERA: Fucker's getting old.
      08  CHS: What's his last name?
      09  HERRERA: I don't know. I don't even know him
      10  CHS: I don't think he's on here
      11  HERRERA: all I know is he's over there in Chicago or something.
      12  Like I said eh that fucker
      13  CHS: Son of a bitch.
      14  HERRERA: (UI) That just tripped me out just to thing he was
      15  saying eh.  I caught on to him I told him what? And the way he
      16  fuckin' backed up I heard the shower shoes go off the top desk
      17  (UI) 'cause there was a hole in the wall no?
      18  CHS: Where were you guys at?Oh you weren't face to face?
      19  HERRERA: No he was under me but I had a hole in the wall I could
      20  barely see his shower shoe. I could hear just everything clear
      21  dawg.
      22  CHS: What did he say when you said - when you caught on?
```

DISC 32079-32135.Redacted.Transcript of bod rec btwn CHS & C. Herrera(2-27-16 thru 4-28-16).0730_022R

```
        24  HERRERA: He snapped eh
        25  CHS: and he said fuck
 00038:01  HERRERA: started telling him hey I can see your pad no and he
        02  said no you cant no you cant (UI)
        03  CHS: Hey - would he admit that he had a phone?
        04  HERRERA: Yeah he told me. Just a weird fuckin' and then they came
        05  and snatched him up and took him.
        06  CHS: Man everytime I talk to someone they put so  much shit in my
        07  head I can't sleep for a week bro.
        08  HERRERA: I feel you. That's why I'm telling you it's bad.  Wait
        09  until you go to courtIt's fucking bad bro.
        10  CHS: How many people has already went to court?
        11  HERRERA: Shit I just know that they're just in the process still
        12  of the lawyers no?
        13  CHS: Yeah so no courts no?
        14  HERRERA: No courts
        15  CHS: Alright then,
        16  HERRERA: Ok well I don't know if you watched Gangland, they
        17  showed an episode, when they come one time
        18  CHS: hey you should see who they talk about
        19  HERRERA: They come one time with a fuckin' federal indictment
        20  right? That happened the first wave(UI).  Then they will come
        21  with the second wave
        22  CHS: What does that have to do with Gangland?
        23  HERRERA: Because that's all they talk about - that they're saying
        24  on the RICO that, that anybody on the streets, all they just have
        25  is a phone conversation, whatever saying that somebody
 00039:01  assisted somebody in using a threeway (UI) organized gang
        02  activity or you should see - I haven't even gotten a letter eh
        03  CHS: If that's all they need then they got everybody
        04  HERRERA: Just me eh
        05  CHS: Did you hear me?If that's all they need then they got
        06  everybody
        07  HERRERA: Huh?
        08  CHS: If that's all they need, then they got everybody. If that's
        09  all they need they should need more than that.  Fuckin' phone
        10  calls, said a three-way? As long as you're not talking about
        11  nothing.
        12  HERRERA: Oh you know (UI) they could say whatever.  They could
        13  fuckin' say you're fuckin' this or whatever
        14  CHS: They could say whatever but when you go to court it's
        15  different.
        16  HERRERA: (UI) But whats chafa is all they need is a vato that
        17  renounced, and make a deal with them to make up some fabricated
        18  story, and hem you up(UI)the feds are chafa the surenos were
        19  telling me that all they need, I feel for you vatos but in a way
        20  its better cause your in the feds but they don't need much. They
        21  don't need much to get a racketeering charge
        22  CHS: That's what this paper is. It doesn't say RICO, it says
        23  racketeering. And violent crimes in aid of racketeering.
        24  HERRERA: That's the RICO.
        25  CHS: It don't say RICO.
 00040:01  HERRERA: Racketeering, extortion, uh that other CIdon't know what
        02  that stands for, the last one's organized something. But the
```

DISC 32079-32135.Redacted.Transcript of bod rec btwn CHS & C. Herrera(2-27-16 thru 4-28-16).0730_022P

```
       03  CI don't know what that stands for.
       04  CHS: Racketeering, R-I, extortion is E not I. I don't know
       05  either. I have a feeling that I'm lost anyway bro.
       06  HERRERA: It's bad. Then my mom went to go see a lawyer right,
       07  they told her that there's nothing she could do, and uh they
       08  called it a federal indictment. She's asking them for (UI)
       09  discovery and shit no?
       10  CHS: For who?
       11  HERRERA: My mom 'cause she wants to know how her name was
       12  involved.
       13  CHS: Was she ever charged with anything?
       14  HERRERA: No
       15  CHS: Well then there's no discovery if there's no charge with anything
       16  HERRERA: but check this out - they fuckin' - they're not gonna.
       17  - they told her the lawyer said that she's under federal
       18  investigation still. And the lawyer's told her that there's
       19  nothing she could do. That it's - they could do whatever they
       20  want to do. Basically.  Check this out - then my sister went and
       21  was trying to sell some little chihuhua right?(UI) they fuckin'
       22  hemmed her up on the street eh. The fuckin' feds (UI) rolled up
       23  on her. Fuckin' found her and told her either you spay your dog
       24  or she couldn't be fuckin' selling dogs like that no
       25  CHS: Chihuahuas?
00041:01  HERRERA: My sister. They went and fuckin' fined her and everything
       02  so she started crying and everything (UI) had to go and give up
       03  her dogs to the fuckin' shelter eh. And then check this out -
       04  my mom went to the fuckin' pond to take my little 'jita to the
       05  fuckin' fishing pond, and they fuckin' followed her.
       06  CHS: Where's Mario?
       07  HERRERA:(UI) Montoya? I don't trust that dude eh. That fucker's
       08  another one they like (UI) in Cruces, supposedly the Sheriff's
       09  Department called down there to lock him down because he is an
       10  informant.  Check this out then the vato goes home right? I guess
       11  he was supposed to go over and rap to Arturo and that ruca and
       12  he didn't do that then he was supposed (UI) supposed to file and
       13  didn't do that.
       14  CHS: What do you mean to file?
       15  HERRERA: To go to court. They're saying that type of rollo (UI)
       16  against him, that's some serious shit.  So BCSO called Las Cruces
       17  I don't know what type of word that they got maybe his covered
       18  got pulled (UI) but the Sheriff's Department called down there
       19  in fear of him
       20  CHS: How long ago was this?
       21  HERRERA: Like about, fuck, like three and a half years bro?
       22  'cause we were all in Las Cruces together once we were in
       23  orientation
       24  CHS: Three and a half years ago.
       25  CHS: Did he split right away after that?
00042:01  HERRERA: He fuckin'went home (UI) and was gone eh.
       02  CHS: Was he supposed to go home?
       03  HERRERA: I don't know. he is a weird fucker he is a funny little
       04  fucker now (UI). He's a fuckin' weirdo eh.
       05  CHS: He kicks it with Chris out there.
       06  HERRERA: I don't trust that dude. That fucker's a fuckin' weirdo
```

DISC 32079-32135.Redacted.Transcript of bod rec btwn CHS & C. Herrera(2-27-16 thru 4-28-16).0730_022F

```
07  eh.  (UI)Then they are out there kicking with (UI) too.  What I
08  heard is they didn't bust Chris because billy was in the county
09  with them no? That's when they rolled up with him an I don't
10  know who else billy said that's when they called everybody (UI)
11  CHS: No, hey - but they have a Christopher Garcia on my
12  indictment.
13  HERRERA: Well that's him. He's over there - well like you said
14  they're all over.  They are all bounced all overHey (UI) still
15  pass the phone or what?
16  CHS: Do you still got it?
17  HERRERA: Yeah.  What do you have to do, just bang? He is probably
18  down there waiting huh?
19  CHS: Let's go tell them (yelling). Damn it's already 7:00.  That
20  (UI) hasn't walked.  That's why we try to pass it when they walk by.
21  HERRERA:(UI) serio.  Hey Garguny I don't know where he is at they
22  probably hemmed his ass up too.  But he just kicks it eh.  That
23  fucker that's a thing they brought up too how come I was over
24  there asking for money.
25  CHS: Who was bringing this up?
00043:01  HERRERA: the feds when they went and hit my mom.  They were
02  saying that how come she's assisting me, that I'm over there asking
03  people for money, and she's (UI) gang member.
04  CHS: Over 25 dollars.  What's $25?
05  HERRERA: This is another thing - they still want my moms 'cause
06  she went, (UI)and rented a pad for a $1000 and they wanted to
07  know how she got the money dawg 'cause her social security don't
08  cover it.  My hyna is the one that loaned her the money (UI) so
09  she had to do a fuckin' notarized statement saying that she
10  loaned her the feria(UI) so now the feds are trying to fuck with
11  her social security they're trying to cut her from it.  (UI)They
12  know I wsnt asking to send me drugs or anything like that these
13  fuckers are just making up (UI)
14  (UI yelling background voices)
15  CHS: I can barely get under here anymore I don't know how you
16  fit under there.
17  HERRERA: It's fuckin' warm over here
18  CHS: What do you mean over here?Well you got two fuckin heaters -
19  the heater ain't on.
20  HERRERA:(UI) Over here its on I don't know its gasho eh.
21  freezing
22  CHS: The heaters are off now. I get cold over here.
23  HERRERA: yeah?
24  CHS: Had to put on my sweat pants and my sweatshirt
25  HERRERA: (UI) you would be hating life over there eh, its gasho
00044:01  CHS: I always used to get cold anyway when they turn on the air
02  conditioner I would be cold all the time.
03  HERRERA: Then I lost my fuckin' thermal and my fucking thermal
04  bottoms eh. I had them in my fucking laundry bag(UI).
05  CHS: They took them?
06  HERRERA: No the fuckers (UI).  The porters those fuckers sent
07  them to wash this morning and they didn't want to go get them.  (UI)
08  CHS: You're having a bad day buddy
09  HERRERA: Over here too, do you get them through the catalog (UI)
10  that store still
```

DISC 32079-32135.Redacted.Transcript of bod rec btwn CHS & C. Herrera(2-27-16 thru 4-28-16).0730_022R

```
        11  CHS: I don't know I don't order nothing since I been here.
        12  HERRERA: Yeah?
        13  CHS: Yeah
        14  HERRERA: How long you been here?
        15  CHS: About a month.  I don't order nothing but my neighbor I'll do
        16  deals like the coffee, and they're always ordering brand new
        17  shit.  And I'll buy a bag a coffee for a sweatshirt.  A bag of
        18  coffee - they're hand me downs no?
        19  HERRERA: yeah (UI)? Have you been getting Skeena though
        20  CHS: My jito's been getting me skeena(UI)
        21  HERRERA: I thought you had a ruca(UI)
        22  CHS: No.  Scared them all away.
        23  HERRERA:(UI)the fucking goats and everything?
        24  CHS: There was no one there to take care of them. They took my
        25  ruca(UI) to jail. That same shit - told them that I John Gotti
00045:01  did you know who you were with that's John Gotti. They took my
        02  goats and everything
        03  HERRERA:(laughing)
        04  CHS: That goat had already broken in and everything. I would clap
        05  my hand like this (clapping) and he would strike a pose.
        06  HERRERA: She fuckin' split or what?
        07  CHS: Yeah everybody split. Nobody knew me over there but once they
        08  were questioned who this and that who that is and. . .  and all
        09  the gangland shit once they brought that to everybody's attention
        10  and scare them into that they're gonna get them for this or trafficking
        11  goats or whatever, then they trip out. All the shit that they tell them,
        12  know what I mean?They tell them that I done this and done
        13  that, nobody wants to be my friend. Everybody died already I'm older
        14  than you all my family's died. I have my dad -who?
        15  HERRERA: Danielle?
        16  CHS: Danielle is out somewhere in Tennessee. With some dude but
        17  she's just - she don't do nothing that dude takes care of her. I
        18  think Mark and Matthew, they're my cousins - I never heard
        19  nothing from them everybody's all (UI).
        20  HERRERA: That's what I heard fuckin' that bobo is in jail they
        21  him and KC for trying to get in (UI) they overheard something
        22  over the phone so I called angela
        23  CHS: Casey was missing in action. Chris would tell me have you
        24  seen Casey, uh, he owes me this, he owes me that, find Casey
        25  no?I just figured he got (UI) you know? And right now I haven't
00046:01  heard from him ess-ay. It's been fucked up
        02  HERRERA: Its going to get worse this is just the beginning
        03  CHS: I know
        04  HERRERA: I didn't know you were (UI) driving from state to state.
        05  CHS: I wasn't driving. We were on a fuckin' plane. They don't bring
        06  you to fuckin' New Mexico, they take you all over the fuckin' country.
        07  I don't even know what I'm doing going to Atlanta is the other
        08  direction.  But you don't have no control you're in their custody
        09  and can't even ask them a question you know what I mean? Don't have
        10  no property, nothing. Not even no phone numbers, you can't even take
        11  phone numbers. No property exists. They took me everywhere. I seen
        12  the Las Vegas strip.
        13  HERRERA:(laughing)
        14  CHS: That fucker's badder than fuck the way you fly in like that
```

DISC 32079-32135.Redacted.Transcript of bod rec btwn CHS & C. Herrera(2-27-16 thru 4-28-16).0730_022P

```
        15  it's like a mirage it's badder than fuck.
        16  HERRERA: What's the reason for all that shit?
        17  CHS: It's fuckin' federal holding that's how they transfer you
        18  everywhere. Everybody is going everywhere. Like when we were in
        19  Atlanta, everybody was going everywhere. It's like where you
        20  going?I'm going to New York, I'm going - nobody knows where
        21  they're going. That's just how they transfer people until you get
        22  maybe close to your destination then maybe if they don't have an
        23  airport  they'll drive you you know what I mean?
        24  HERRERA:Do you stay there for a while?
        25  CHS: Stay over there for sometimes a week, sometimes two days,
00047:01  not more than two weeks. It's just, that's how they have you when
        02  you're on transit. When you're on transit, you're just fucked
        03  over. You don't even have a clue to call your people, nothing. By
        04  the time you get phone time on one phone, you get moved to
        05  another facility in another state and they have a different
        06  phone system. So you know and I didn't talk to my people for a
        07  while, that's why when I got back over here - once you're here,
        08  if they don't have no reports or nothing then they have to give
        09  you a TV.  I'm not here at the North 'cause they gave me a report
        10  or nothing; they gave me a number of 4192
        11  HERRERA:(laughing)
        12  CHS: And then on the phone pin they'll use 35359. I can't even
        13  buy phone time. I tried to buy phone time and since the numbers
        14  are different they fucked it up somehow. The case worker says
        15  well you have to talk to STIU and then after they
        16  say that they say that there's nothing you can do. I already
        17  talked to STIU I tell them what does STIU have to do with it
        18  you gotta tell Canteen what's my pin number. That it's confusing
        19  them that I'm a 4192 and it's just a mess bro. you don't have to
        20  tell me I'm already frustrated. I been frustrated I'm glad I got
        21  a TV that way I can keep myself, it still don't work you know what
        22  I mean?All I do is think and think and then everybody that I talk to,
        23  it gets me to more thinking, no?Oso is downstairs, Oso from the LC(UI)
        24  and he rapped to me about a few things and everywhere I go,
        25  everytime I go to the yard and talk to someone I come back oo
00048:01  I wish I didn't even go to the yard - have my head all fucked
        02  up. Said about vatos in Grants and shit, no?
        03  HERRERA:(UI) Its Chafa like over here?
        04  CHS: Huh?It just - every time you talk to someone it just puts
        05  shit in your head to think about more, you know what I mean?You
        06  know how we are, we just stay thinking - especially you have a
        07  (UI) and shit - your head's gonna be all fucked up. Yeah I'm (UI)
        08  bro.
        09  HERRERA:(UI)
        10  CHS: I know but it's - the problems don't go away. You think about
        11  what they're up to and what's next, that's all you think
        12  about. Once you get hurt, like you said, once you get hit with
        13  the first one, then you think about you hear more shit and
        14  everything you hear is not shit you wanna hear.
        15  HERRERA: I know - it's fucked up.
        16  CHS: Yeah all I keep thinking about - what them vatos thinking
        17  bro? Fuckin' the red head is smarter than that, you know?You
        18  think what the fuck's he thinking, and then
```

DISC 32079-32135.Redacted.Transcript of bod rec btwn CHS & C. Herrera(2-27-16 thru 4-28-16).0730_022F

```
         19  HERRERA: Fucker's stupid eh, all the fuckers didn't even know.
         20  That's his fault dawg.
         21  CHS: Yeah but the secretary?Yeah okay. Fuckin' (UI) just because
         22  they went for that story about Darren White. (laughing) so then
         23  they think they can do that secretary? And then the way they -
         24  Shadow's a fuckin' mule.  He's want to be gangster someday and
         25  then throw you holy water the next day.
00049:01  HERRERA: Fucker's over there with his bible (UI)
         02  CHS: It's dumb shit that got everybody fuckin' caught up.  Know
         03  what I mean?
         04  HERRERA: Yeah
         05  CHS: It's certain things that got the feds involved. And I just
         06  said what did it. It wasn't all our nonsense, it was that one
         07  name right there, that fuckin' secretary bro.
         08  HERRERA: They weren't letting no one out over here at least in
         09  the feds you can walk around (UI) 'cause I only have like ten
         10  more years (UI) go kick it.  Just go over there where mariano is
         11  at and just go kick it.
         12  CHS: Oh Mariano's in the feds?
         13  HERRERA: Yeah he went back
         14  CHS: Where - what state is he in?
         15  HERRERA: He's over there in North Carolina
         16  HERRERA: Yeah just like I'm saying you figure out one and there's
         17  20 more. It's bad bro - these fuckers I'm telling you vatos are
         18  making up lies and they just rounded up 36. I don't even know these
         19  vatos, they're just vatos that - they're just rounding up anybody eh.
         20  Then they went and told my mom (UI) ISIS
         21  CHS: What?Are you Muslim?
         22  HERRERA: I ain't fucking Muslim eh.
         23  CHS: Is Shadow Muslim?
         24  HERRERA: Huh?
         25  CHS: Is Shadow Muslim?
00050:01  HERRERA: Yeah, Fernie too
         02  CHS: don't lie (laughing)
         03  HERRERA: those Fucker's all jihad, over there with his prayers,
         04  everything
         05  CHS: Fernie?
         06  HERRERA: Yeah (UI) Andre that negro
         07  CHS: 'member?
         08  HERRERA: Andre started recruiting  everybody
         09  CHS: Andre? Where is Andre?
         10  HERRERA:(UI) fucker went out of state.  Probably over there at
         11  Guantanamo waterboarding his ass
         12  CHS: Fuckin' Fernie. I haven't heard - seen Fernie in fuckin' 15
         13  years
         14  HERRERA: Fuckin' Robert Young(UI) over there to Virginia. (UI)
         15  they're in Cruces, they're in the County. All over eh.
         16  CHS: Well there's no more (UI) and vatos anyway que no?
         17  HERRERA: Fuck yeah. Wait til they get stronger.  But if they start
         18  recruiting (UI)
         19  CHS: I thought we put a rest to all that shit.
         20  HERRERA: Huh?
         21  CHS: I thought we put a rest to all that.
         22  HERRERA: Fuck no. Fuck no man.
```

DISC 32079-32135.Redacted.Transcript of bod rec btwn CHS & C. Herrera(2-27-16 thru 4-28-16).0730_022R

```
        23  CHS:'cause when I left, it wasn't like that.
        24  HERRERA: Shit they were hating (UI) in Cruces. Yeah they're just
        25  coming back. (UI)They are out there Even the Sureno fell into a
00051:01    lot of jente to because they started seeing it saying I have
        02  nothing but respect for you vatos.  I see the picture they say
        03  your guys state is all fucked up I don't blame you guys and you
        04  know what I mean (UI)
        05  CHS: Because of all the vatos that are making up shit?
        06  HERRERA: yeah they started seeing it (UI) they were out there in
        07  the lina and stated seeing those vatos rats like fuck. Just
        08  before I came over here the (UI) they fight in the yard over
        09  clavo he said where you from he said all hard core Silent from
        10  San jo.  Orale next thing you know a minute later they are
        11  telling the jura there was (UI) in the yard because they were
        12  fighting over a shot.  They were fighting over suboxone and they
        13  were snorting it in the yard.
        14  CHS:(laughing) Q-vo from San Jo?
        15  HERRERA: Some vato Silent, I guess Q-vo was fighting somebody
        16  over a snort in the yard. Loud and clear we heard that vato a
        17  lot of them vatos are covering their windows in the POD. Then
        18  them juras (UI) are just fucking starting shit eh. (UI)It wint be
        19  long when something breaks off and a jura gets smashed and there
        20  we go again know what I mean?Started saying something there was
        21  a gang something hit. It was called over here and arrest these
        22  guys and charge these guys and next thing you know (UI) around
        23  the fucking world.  Honestly I was thinking it was firme (UI) I
        24  was hoping they would've come dawg.  When we get to destination
        25  CHS: Damn once you get there then it ain't about the "S" or no
00052:01    it's about New Mexico. There ain't none of that nonsense 'cause
        02  nobody wants to - it gets shut down quick.
        03  HERRERA: But see that's the thing eh, these fuckin' nsome are
        04  firme (UI) but the rest are all going out there.
        05  CHS: Yeah but vatos and the feds they take care of that (UI)
        06  shit. They do checks on you and shit you know what I mean?
        07  HERRERA: Yeah?
        08  CHS: Well as soon as you get there you'll get a check, they'll
        09  tell you who to kick it with. Oh where you from?New Mexico (UI)
        10  HERRERA:(UI) That sureno over there was showing you love?
        11  CHS:  That's yup.  (UI) that's how we roll in the feds you know
        12  what I mean? It was just the nonsense that got carried away over
        13  here you know, there wasn't really no structure.
        14  HERRERA: All that changed though 'cause it even died down at the
        15  County no?They started locking up all of the new youngsters
        16  too. Shit those vatos came crying eh.  Weak eh
        17  CHS: Well at least your number still works.
        18  HERRERA:(UI) Yeah I know but my ruca is crying like fuck I told
        19  her its still early and she got all mad.  "Im in love with you"
        20  and then she is over there cutting hair.
        21  CHS: Oo she fucked up someone's hairdo.
        22  HERRERA: She was working and she started crying (UI) She has to
        23  do that hair no? I told her to call my mom I'll rap to her
        24  later.  I told her don't worry about (UI)That's what im saying
        25  ill get another one if she splits what can I do
00053:01    CHS: She won't split. You don't even tell her nothing 'cept tell
```

DISC 32079-32135.Redacted.Transcript of bod rec btwn CHS & C. Herrera(2-27-16 thru 4-28-16).0730_022F

```
02  her someone got in trouble and they just locked everybody down.
03  HERRERA: This sucks I'm doing
04  CHS: Don't say that you're gonna get time or nothing like that
05  HERRERA: Oh fuck no gonna go as fucking far as I can. She just
06  sent me $100 man.
07  CHS: Oh yeah you're doing good.
08  HERRERA: My mom sent me a 100$ (UI) and I have that 200 on my
09  books. I need to get a shirt and some fuckin'
10  CHS: You better get your canteen list ready then
11  HERRERA: I turned it in just today
12  CHS: I know but you ain't gonna get that one.
13  HERRERA: I just hope they don't take the money off of my books.
14  CHS: I'm talking about like when they come tomorrow 'cause we're
15  waiting for canteen right now, that's when you give it to
16  them. Your other canteen is who knows, you know what I mean?
17  HERRERA: They'll come tomorrow?
18  CHS: They should've already been here but they haven't came so
19  you have to have a canteen slip ready.
20  HERRERA: You have one?
21  CHS: I have a bubble sheet. Do you have the list?I can't see it I
22  have to have someone else fill out my fuckin' thing.
23  HERRERA: You can't see?
24  CHS: I can't see the bubbles I'm farsighted I need reading
25  glasses. I know, that barely caught up to me how do you think I
00054:01  feel?
02  HERRERA:(laughing)
03  CHS: All you guys have been wearing Urkels for ten years, 15
04  years already.  I wasn't wearing them.  Now I need them.  Now I'm
05  waiting for some Urkels myself.  Now im waiting for some Urkels
06  myself puto
07  HERRERA:(UI)Does the Jura pass it?
08  CHS: We'll send it on the line.  Or no he ain't gonna pass shit.
09  I have a bubble sheet and Jessy has the canteen list. I have the
10  numbers like for coffee and chile soups, I have the numbers
11  written down.
12  HERRERA: Just do that
13  CHS: ok write down the numbers Ok but you have to fill out the
14  bubbles, I can't see the bubbles. What I'm saying is I have the
15  numbers written down but when I order, I order chile soups,
16  coffee, sugar, and creamer and that's it so I have them numbers
17  right there I know the numbers you know what I mean?The canteen
18  - the item numbers?
19  HERRERA: Yeah
20  CHS: Yeah so that's all I know. That dude that was in your cell,
21  I used to - he used to fill out a canteen slip for me.
22  HERRERA: Who was he?
23  CHS: He's from Hobbs. His name is Pete - I don't know his last
24  name.
25  HERRERA: he's from Hobbs?
00055:01  CHS:Yeah.
02  HERRERA: Probably know drama huh?
03  CHS: he was pretty cool. (yawning) Who is drama yeah that dude
04  next door he gave me a pair of shoes. The one that was in your
05  cell.
```

DISC 32079-32135.Redacted.Transcript of bod rec btwn CHS & C. Herrera(2-27-16 thru 4-28-16).0730_022R

```
      06   HERRERA: he gave you a pair?
      07   CHS: Yeah when I first got here I got here just like you.  With
      08   nothing, but I came off the plane.
      09   HERRERA:(laughing)I came off the plane
      10   CHS: but I went from the plane, when I got to fuckin' Estancia,
      11   I was in a pod all by myself. And they wouldn't even let me use
      12   the phone. I said when I can use the phone? The federal marshals
      13   said you can't use the phone
      14   HERRERA:(laughing)You can't use the phone
      15   CHS: Yeah I started raising hell, they got rid of me after two
      16   weeks. After two days, then they took me to Dona Ana County. Dona
      17   Ana County they had me isolated too but everybody was locked
      18   down, but some people would come out together, some people come
      19   out by themselves.  They had me come out by myself no?No I don't
      20   smoke (UI).
      21   HERRERA: No?
      22   CHS: No. I didn't know not one person. Except for that Sureno. He
      23   was mad dogging at first and then he said who are you, I said
      24   that I'm Sticks, why what's up.  And he goes are you Sticks from
      25   wherever, are (UI)? Then he said are you doing bad, I said yeah,
00056:01   and he hooked me up with a care package there the (UI)jura gave
      02   it to me.
      03   HERRERA: (UI) He knew who you were?
      04   CHS: He said, yeah. He said that's how we - everybody knows my
      05   name - well hey he gave it to me. He said that's how we roll in
      06   the feds, it ain't like New Mexico all (UI) that's how we roll
      07   in the feds you know what I mean?That we're alright with you
      08   vatos (UI) and that's already about the third time I've heard
      09   that. I've heard that from Chris too no? They're not caught up in
      10   the state political bullshit you know. Over there in the feds are
      11   the big dawgs and they're not gonna tolerate that nonsense from
      12   other states no?
      13   HERRERA: (UI) from Cruces?
      14   CHS: I don't know. I think he's from Burque. Yeah, his name is
      15   Flicks.
      16   HERRERA: What does he look like?
      17   CHS: Fuck I don't know. I don't know what he looks like.  I got
      18   over here and I haven't seen nobody that I knew at all. That guy
      19   Oso he's LC (UI) and he's rapping to me like 'member this,
      20   'member that and I didn't even remember nothing he said.
      21   HERRERA: where's he at?
      22   CHS: He's downstairs, in Cell 3. He has tattoos on his face and
      23   his name is Oso.
      24   HERRERA:(UI) Serio
      25   CHS: Do you know him?
00057:01   HERRERA: I don't know man.  Never heard of a Oso.
      02   CHS: You should. I should, that's what he said. Well he knew
      03   me. (UI)he said remember me over in Q-POD you use to say buddy
      04   buddy
      05   HERRERA: Huh?
      06   CHS: Oh fuck I don't know his name. Is he LC?
      07   HERRERA: no
      08   CHS: Well this vato is. He told me about his buddy uh Reyes and
      09   them. That they're over there they have to (UI)sign the papers
```

DISC 32079-32135.Redacted.Transcript of bod rec btwn CHS & C. Herrera(2-27-16 thru 4-28-16).0730_022R

```
        10  no? and that Diablo went over there and they told . him he had to
        11  sign the papers and he said fuck that and they shipped him out
        12  no?
        13  HERRERA: Diablo told (UI) sign them?
        14  CHS: No no, that when Diablo went over there, that they wanted
        15  him to, that that's what his buddies were doing,
        16  HERRERA: Tell those vatos hey (UI)I have no rollo for them eh
        17  serio Them fuckers in Cruces, no shame in their game eh all of us
        18  were in the yard they locked up a bunch of them (UI) I'll
        19  fuckin' sign that paper I don't give a fuck eh (UI)we looked at
        20  travieso and I even argued with Tiny I told him - I don't have
        21  no rollo for you I told him no
        22  CHS: Hey what's up with Tiny and Arturo?
        23  HERRERA: Huh?
        24  CHS: Is that Tiny the one that was beefing
        25  HERRERA: Yeah that fucker - all them fuckers renounced eh. (UI)
00058:01  how the fuck you gonna sign that paper (UI)you're a straight
        02  drop out
        03  CHS: I can't believe that Arturo would do that.
        04  HERRERA: Well it hurts eh but
        05  CHS: I mean 'cause he always said me and Sticks you know what I
        06  mean? He would always say that, 'member?
        07  HERRERA:(UI) are the ones that still there. (UI) no shame in his
        08  game. That fucker straight up packed up his suitcase
        09  CHS: Where's uh playboy?
        10  HERRERA: Who?
        11  CHS: Playboy
        12  HERRERA: Who?
        13  CHS: Playboy.
        14  HERRERA: He's over there at the South. They showed him in the news
        15  getting in the van all happy going to clayton (UI)
        16  CHS: I know but what
        17  HERRERA:(UI)They were saying that they were the Nueva or some shit.
        18  CHS: The news was saying that?
        19  HERRERA: Yeah (UI) right hand man eh.
        20  CHS: Freddy?
        21  HERRERA: Yeah they were sleeping together. They're at the South eh.
        22  CHS: Having tier time?
        23  HERRERA: Tier time.
        24  CHS: The old guy too?Freddy and the old guy Billy
        25  HERRERA: Yeah Freddy he's a sellout. Him, uh chinaman, uh Sammy
00059:01  Griego was there. Fuckin' all kinds of vatos eh.
        02  CHS: So Sammy's locked up right now.
        03  HERRERA: I don't know where he's at, but I know and then they
        04  have the other unit loco is in there 'cause then they locked up
        05  Loony - 'member Loony from Hobbs?
        06  CHS: I remember Loony that didn't look like he was all there.
        07  HERRERA: Yeah him. They locked him up, I don't know why. But they
        08  have them it's like in a unit where they can't go either way
        09  dawg.
        10  CHS: Then there's basically nothing left no more.
        11  HERRERA: Yeah they don't wanna tap out.  Basically they're like
        12  fuck. They're like stuck no?Then they have the other fucker in
        13  the l's somewhere(UI)
```

DISC 32079-32135.Redacted.Transcript of bod rec btwn CHS & C. Herrera(2-27-16 thru 4-28-16).0730_022F

```
       14  CHS: What other fuckers?
       15  HERRERA: Freddy and them. I don't know who's there with him but I
       16  know - let's see it's Freddy and uh, fuck.
       17  CHS: Well Billy, Billy was on the livre (UI) there must be
       18  another hold over here. They arrested him from the (UI) there
       19  must be another hold over here. Chris said they arrested him on
       20  the (UI).
       21  HERRERA: (UI) serio?
       22  CHS: Or he said they didn't arrest him on the (UI). He said he was
       23  out there on the (UI). That he was out there then I seen him on my
       24  indictment so that's where they had to, and if he's here he has
       25  to be on hold.  They're spreading everybody out. Everybody
00060:01  they don't want to communicate with people, seems like - I
       02  haven't seen nobody really.
       03  HERRERA:(UI) fuckin' Skeeter. Heard you were here marijuana is
       04  the one that told me that (UI) that the feds picked him up
       05  CHS: It's a County jail hold. They didn't want me at the Santa Fe
       06  - they have a County hold here at the here in Santa Fe at the
       07  jail no?Just like over there in -in Dona Ana County. Some jails -
       08  I guess I got a bad rap in Santa Fe they said it was kind of
       09  security issue I guess.  But I've been waiting for them to move
       10  me. But I like the TV and shit that's about it you get to ask for
       11  the phone but
       12  HERRERA:(UI)your lucky they didn't send you to the
       13  a ADX too
       14  CHS: They'd never ship me out of state. When they shipped all
       15  those vatos out of state - 'member?
       16  HERRERA: yeah but ABX(sp)
       17  CHS: Well they would ship them out of state and I was never one
       18  of the ones they would ship out of state they would just keep me
       19  here. They would let me go to the South, they would let me but
       20  when it came up for tier time they came up with an excuse. I
       21  don't know bro.  They still treat me different no? Do they not?
       22  So if you try to figure out why you're here why you're there
       23  you're just fuckin' wasting your time.   You know?
       24  HERRERA: Fucked up eh.
       25  CHS: These people over here won't even give me a straight answer
00061:01  when I ask about like my dad no?I used to be able to write to my
       02  dad all the time, he's my - on my visit list and everything
       03  HERRERA: Yeah they fuck you up. I thought he was (UI)
       04  CHS: He is, he's in Hobbs. He's in Hobbs, but I used to be able
       05  to write to my dad all the time and been trying to get that
       06  approved and they tell me that the feds are in control
       07  that they tell me to write the warden over here. They come up with a
       08  different story. But when it comes time to my phone calls, then I
       09  should have unlimited phone calls but then when it comes to
       10  phone calls I have to go by the North rules. When it comes to
       11  writing my dad it goes oh no you can't go by the North rules by
       12  the fed rules or- it's just a different story for every issue
       13  no? Yeah they're fucking with me. (UI) been trying to get a call
       14  with him no?
       15  HERRERA: (UI)Fuck it eh.  If I lose my ruca too I don't have no
       16  Skeena either eh.
       17  CHS: That's where I'm at right now. I got my son, but he just
```

DISC 32079-32135.Redacted.Transcript of bod rec btwn CHS & C. Herrera(2-27-16 thru 4-28-16).0730_022P

```
        18  barely making it himselfI was hoping for my income tax right
        19  now, trying to do that and all of a sudden they come up with
        20  something well (UI) now. And they're doing it through the Turbo
        21  Tax. I just got that news now that you came in.
        22  HERRERA:(UI)So you cant get it
        23  CHS: Well I'll call him again tomorrow. To see what he says that
        24  they left a number for him to call but it's kind of tricky when
        25  you're doing it on the computer.  He's doing it like he's me. I
00062:01  don't know I just told him to call you know?Fuck they said -
     02  (end of recording)
     03  .
     04  .
     05  .
```