0730-026

Transcript
Federal Bureau of Investigation
Albuquerque Field Division


Case Number                    245U-AQ-6239655 1D86

Date of recording              04/10/2017
                               3:51 a.m.

Participants                   CHS 
                               Carlos Herrera


Transcribed by                 Patricia Flores

Date transcribed               10/10-13/2017


Notations                      Unintelligible = (UI)
                               Phonetic = (PH)




The following transcript has been compared to the audio
recording from which it was made, and to the best of my ability,
the transcript is a true, complete, and accurate record of the
recording.____TFO Chris Cupit_____




PREAMBLE: Conversation between Carlos Herrera and CHS ████.

1

| | |
|---|---|
| Herrera | He fuckin' asked me to do that. |
| CHS | 'Member, 'member you stuck the broomstick inside the shower with the, with the mayate? |
| Herrera | (Chuckles) Yea. Yea know, I couldn't stop that fucker, then he was my neighbor for years, man. |
| CHS | Where, here? |
| Herrera | At the North. I thought fuckin', I thought I thought fucking I got Blanco (Kevin Blanco) finally on a transport, man. |
| CHS | How did you get him? |
| Herrera | Beat his ass. |
| CHS | you got out of the cuff? |
| Herrera | We went to court together and they dropped the shackles and it was on, man. |
| CHS | Did you still have the cuffs on? |
| Herrera | I fucking got that fucker eh?, I fucking served him. |
| CHS | What did he say? |
| Herrera | That fucker's all stiffed out. |
| CHS | Did he make a lot of noise? |
| Herrera | He went back talkin' shit after that one. |
| CHS | Yea, they make a lot of noise. |
| Herrera | Yeah that was a PC move. Well look at you now you're the one that is knotted up look at you now. He is lucky I didn't stab his little ass, that fucker had a big mouth |
| CHS | I know, that was Samuel's buddy, I used to get mad at Samuel 'cause he would talk to him, oh yea, you were there, uh? |
| Herrera | That fucker was his buddy. They went to school together. Over at Ernie Pile |
| CHS | I used to (laughing). I went to Ernie Pile |
| Herrera | They took him out of state, too, no? They took him out of state, Andre, Diablo, All disciplinary. It's |

2

| | all changed over there no? |
|---|---|
| CHS | They weren't getting in trouble no more, que no? |
| Herrera | Yea, its all fucked up over here now. |
| CHS | Ha? |
| Herrera | It's all fucked up over here now, it's changed. All the staff is fucking different too, no? |
| CHS | Yea, they like to talk shit, too them youngsters. |
| Herrera | I heard that little fucker this morning, eh? |
| CHS | They went off on somebody down the street. |
| Herrera | That fucker didn't douche him? |
| CHS | Ha? |
| Herrera | Fuckers should douche him. |
| CHS | Yea, nobody does that. |
| Herrera | No |
| CHS | Nobody knows about the chemical warfare. |
| Herrera | We got to show them, man(UI) |
| CHS | That's why I don't really, I don't really ask him for nothing. I don't want them to come off the wall and give me, get my blood pressure going no. I'll shit in a cup, devolada. |
| Herrera | Shit in a cup (Laughs). |
| CHS | (Laughs). Ill take a shit just in case And I will leave it there just in case I need it. (Laughs). They didn't know, they would say ''why don't you flush your toilet''? That's just on standby, buddy. |
| Herrera | Fuck yea. They even took that fuckin' Jura out of state, too, ha? |
| CHS | Griffin? |
| Herrera | Yea. |
| CHS | Shit, that fucker was starting to put in some work over here. |
| Herrera | He was, ha? |

GOVERNMENT EXHIBIT 211   U.S. v. DELEON, ET Al.   31073

| CHS | Yea, he turned into, I remember when he first got here, he's all timid and then Cheadle got him, member? |
| --- | --- |
| Herrera | Yea. |
| CHS | We were in reintegration. Then Cheadle got him and then from then on he turned into a ninja warrior. |
| Herrera | (Laughing) ninja warrior. |
| CHS | He got, he used to put on the headband. He got Pup in the face. |
| Herrera | I know. Fucking, Pup gets mad when you bring that up, no? |
| CHS | Does he?. |
| Herrera | He does, man. |
| CHS | No, I haven't. I haven't talked to Pup, I haven't talked to Pup, pfff, since Q-POD was death row. |
| Herrera | Yeah? |
| CHS | He called me one time when I was out, and he talked nothing but Spanish and I don't understand Spanish that good, member? |
| Herrera | Yeah. |
| CHS | And we just say ya, ahh, yea, ok, yea. And they fuckin' held that call against me, too. |
| Herrera | Umm. |
| CHS | They held it against me. Yea, you're trying to tell them you don't understand a single word he says? (laughing) |
| Herrera | (Laughing). |
| CHS | (UI)<br>(Laughing) They don't believe you. That's the truth. Bueno, I knew I shouldn't have taken that call. |
| Herrera | Huh? |
| CHS | I knew I shouldn't have taken that call or I should've just told them ''I don't und, speak English, puto. |
| Herrera | (Laughing). |
| CHS | That way I would of known hang up on his ass, no? |
| Herrera | Fuck, yea. (UI) |
| CHS | More heat than me? More heat than I did? |

4

| | |
|---|---|
| Herrera | Oh, yea. That fucker (UI) stupid shit. Pup was over there signing orders out. |
| CHS | I don't know. I don't know how nobody holds that against him for just doing shit like that, ya know what I mean? Everybody's afraid or what? |
| Herrera | I guess. |
| CHS | Did you get that impression? |
| Herrera | Yea, fuck yea. He changed, when we rap to him me and Alex, Juanito raped to him he started snapping. |
| CHS | He was on that ten hut hard bullshit, no? |
| Herrera | Yea, but he had to. He just came from out of state, actually, Chicago, all that fuckin' shit. (UI) That fucker's in Chicago them fucker are firme but that's fucked uo eh? |
| CHS | He stayed at, he stayed at the, he stayed in Cruces a long time, ha? |
| Herrera | Yea, (UI) he started (UI) hypochondriac, like fuck that. |
| CHS | What's hypochondriac mean? |
| Herrera | Fucker, he, he's dying, eh?. That fucker would do a snort of (UI) next thing you know he's banging on the door saying getting a heart attack. |
| CHS | He snorts the coffee? |
| Herrera | Aha. |
| CHS | He don't snort it. |
| Herrera | Who him? |
| CHS | He don't snort the coffee. |
| Herrera | Fuck yea. |
| CHS | Do you do it like that? |
| Herrera | Yea. |
| CHS | (Laughing) Ah, liar. Who showed you that, Edward? |
| Herrera | Yea. |
| CHS | You're not supposed to snort coffee, puto. |
| Herrera | No not coffee Fuckin', do some of that shit. I got one a while back a few weeks ago, a little tiny fucker all fuckin' stupid tryin' to fuckin' find one, |

5

| | |
|---|---|
| | I (UI) all stressed out and snorted the fucker, uh? (UI) |
| CHS | Tiny tiny No? |
| Herrera | Then, I had a bad pluma and lend it to shadow and went to throw it in my hot pot to disinfect it (UI)and fuckin' ran it through the water in the toilet, put some new water, I snapped later I flushed it (UI) |
| CHS | (UI) poor viejito. |
| Herrera | Nah all I got to do is get the needle part |
| CHS | Do you have one? |
| Herrera | (UI) I'm surprised, I thought they were gonna come over here and something was going to be firme. |
| CHS | Nothing |
| Herrera | Fuckin' place is worse than where I was at. |
| CHS | Yea, it's the predator, the behavioral Unit I call it, the predator behavioral. I told 'em, ''how come you guys got me here''? I kept telling them, ''how come you guys got me here'', I don't even got a report or nothing, like a (UI)? |
| Herrera | (Laughing)That's the name of it, no? Predator? |
| CHS | Uh? |
| Herrera | That's the name of it, no? |
| CHS | Yea. |
| Herrera | That's called, this is the predator's unit, what's that? |
| CHS | And everybody here is, they, they beat up a CO or beat up somebody or something, no? And then they go through the steps, and then they, and then they go back right after they finish the steps. |
| Herrera | Fuck. |
| CHS | So that's firme. |
| Herrera | Yea. For us |
| CHS | (UI) used to say about me, now he's saying about us. |
| Herrera | (UI) |

GOVERNMENT EXHIBIT 211  U.S. v. DELEON, ET Al.  31076

| | |
|---|---|
| CHS | Spoiled fuckers. |
| Herrera | Nah that fucker. No he is over there all sad with a twelve dollar fuckin' phone call. |
| CHS | He might not be there. |
| Herrera | (Laughing) (UI) screw him, man. |
| CHS | He don't come out for an hour or nothing? |
| Herrera | Na, I don't know, I don't think so. |
| CHS | I coulda sworn he was in Dona Ana because his (UI) they used to go to some kind of group and there was someone that came outta that unit that's called the special housing unit and I was in a different unit. They had me in uh, uh, it was like a mental ward unit, in the isolation room. |
| Herrera | Yea. |
| CHS | But that was just to isolate me, bro. They didn't have a fuckin', they didn't have a visiting room in the isolation where he was at. They would walk him to that unit, where I was at, but I couldn't see him walk in the door because I was in the back, in the isolation room, but they never took him. I guess they used to take him before they moved, moved him there 'cause he had sent me word that, uh, uh, when he goes by, when he goes through there to help 'em out and I'm thinking, "what the fuck does that mean, how the fuck am I supposed to help all with? |
| Herrera | (Laughing) Exactly. |
| CHS | Well, I didn't know that they bring them over there to the visit, you know whata mean? To visit, when they have a visit, they bring 'em to that mental unit, to visit. |
| Herrera | Ya. |
| CHS | And the, and the TV, but the unit guy was gonna to stop as soon as I got there, 'cause he never, it never happened, no? I wouldn't been able to see him anyway, but I would've been able to heard him, but yeah, but yeah, he was there, he was in Dona Ana, but uh, I figured they had everybody together, I started thinking that, then I started every place I would go, like Oso, telling me when he was in B Pod, I mean, in 3B or 3A, that he wouldn't see nobody that you know, maybe two dudes, he said. And now you would go over there and see everybody that you know, no? |

7

| Herrera | Yea. |
| --- | --- |
| CHS | That it's not like that no more. And uh, even though I don't remember Oso, you know, he was naming everybody there that I knew, no? |
| Herrera | There was. |
| CHS | Liar, and that was the truth, you would see vatos that you know, a bunch of them, more than one, and then now it's, you go and you don't know nobody. So they're moving, they have a lot of places to put people, I guess. And if you're validated, you're moved. You could say you don't know what they're talking about, but they got you validation from a long time ago, no? |
| Herrera | Yeh. |
| CHS | That don't even matter no more. |
| Herrera | (UI) Fucking loco no? |
| CHS | Yea, they, they are on it, they are on it. And then the usual, if you go to the Feds, they're so many Feds that what's the chance you'll be in the same prison. They don't have one prison for New Mexico or nothing like that. They send them fools all over the country. I hear you get to mention two places that you would like to go, no? |
| Herrera | (Laughs). (UI) New York or Tennessee. |
| CHS | That's what I (UI). |
| Herrera | (UI) Get back to the ruca. |
| CHS | No, ya stuvo, that place is burned down, now that they came down on me, now they think, you know, they don't want me there, they have to accept you there. They accepted me there, there's, there was other places that I was trying to get my parole transferred to and they wouldn't accept me there, and that's, they would say like they didn't want me in their, in their town. Fucked up shit. I think guys are treating me like a sexual offender. You guys even have sexual offenders here and you don't want me here? |
| Herrera | (Chuckles) That's fucked up, man. Na, I told my nephew, too, no? Fucking tired of watching, watch TV(UI). |
| CHS | (UI) As much TV as you can. |
| Herrera | I want to know where they took shadow eh?, man. Fucking bastards. |

GOVERNMENT EXHIBIT 211   U.S. v. DELEON, ET Al.   31078

| CHS | But, did he have court pending anything like that? |
|---|---|
| Herrera | No, that fucker didn't have shit. They just came and told me he left his property (UI). ''I'm going to court'', so I don't know, dawg, I don't know what the fuck it's for. |
| CHS | And then they came for his shit. |
| Herrera | Fuck no, it's still there. |
| CHS | Oh, it's still there? |
| Herrera | Brand new a big old fat sack of canteen eh? |
| CHS | It's still there? |
| Herrera | Fuck, it's still there. |
| CHS | Whatever, hey, whatever happened to him and Sleepy, remember Sleepy was fucking around with his ruca? |
| Herrera | Who? |
| CHS | Ah, Little Shadow. |
| Herrera | Ah, Sleepy? |
| CHS | Billy. |
| Herrera | No, Sleepy went to Cruces and split. |
| CHS | Oh, he didn't come out? |
| Herrera | Na, he didn't come out. |
| CHS | And Little Billy was there? |
| Herrera | No, no, he got there after. |
| CHS | Yea, but Billy got out, Billy got out and they were both out on the livre. |
| Herrera | Yea, I know, Billy said he didn't care and fuck that ruca |
| CHS | Oh, yea, yea. |
| Herrera | He said he was fucking through and a Waste of a wod. |
| CHS | Yea, I was with him at the, at the south, he was saying all that about Sleepy. I guess he has kids from that chick, and that that chick was sisters to Ray Ray, sister, brother, or something like that, no? That's all. He used to be, Ray Ray, used to be in the |

9

| | |
|---|---|
| | family. |
| Herrera | Uh, fucker's still there, man, fucking. |
| CHS | Through marriage and. |
| Herrera | (UI).<br>Fucking Little Billy, no? |
| CHS | Billy. |
| Herrera | So, I hope he stayed solid, yea, I know he will I have faith in him. get one of those numbers and call and see where he's at, but I don't who his family members. |
| CHS | And then they leave his property in his room, that's a trip. |
| Herrera | Then that fucker might get (UI) and next thing you know they may try and rope him in. that's what it is like you say |
| CHS | What? |
| Herrera | They have fuckers all Scattered everywhere and then they want him to (UI). That's exactly what they want |
| CHS | But they woulda. |
| Herrera | All stressed out wanting his property. |
| CHS | They would at least took his property out of his room. |
| Herrera | They were probably gonna go get it out after, after a while before he banging or something, but it's just fucking, have it there already for almost a month and a half, nada. |
| CHS | And you guys are looking in his window looking at his sack of canteen. (Laughing) |
| Herrera | (Laughing). (UI) There's no need for him to take it, they're just gonna burn it, man (UI) they send all that shit home. |
| CHS | It depends if you go to another jail, but if you don't go in transit where you go into another state, you lose all your shit. If you go on an airplane, you, you don't get nothing, you don't take nothing, not even a piece of paper. |
| Herrera | So, what do they do with your property? |
| CHS | They tell you to send it home. |
| Herrera | Gacho. |
| CHS | They say, ``donate it or fill this out, have someone pick it up''. |

10

GOVERNMENT EXHIBIT 211   **U.S. v. DELEON, ET Al.   31080**

| | |
|---|---|
| Herrera | That's gacho. |
| CHS | When you go out on a plane and you're in transit, there's no property to be, uh, transported at all. No, shh, I was having a hard time with numbers, I uh, trying to write them on my skin, no? I wouldn't, I couldn't remember the numbers, bro, fuck. I tried to memorize my chicks's number, that worked for a little while 'till I got to New Mexico then they found out (UI), tell her, we know she's doing this and or, we know you, at least, know about something that he told you about. No, she don't know nothing about me, I don't over there saying that they say I this and that, I go over there trying to be like nobody, you know? They put her, they put her on the street. |
| Herrera | That's the chafa thing right there eh? Then they fuckin' sent my shit home, they send to one facility, saying I'm back over here. Then your through you don't have natha. Then they get to the north facility don't have shower shoes at all. |
| CHS | I had my work boots on, so they took my boots and I stood with no shoes. |
| Herrera | (Laughs) |
| CHS | Everywhere, right, and so, so I wouldn't even put on my socks, I'd be barefoot, no? |
| Herrera | (Laughing). |
| CHS | That way I'll have some grip, no? |
| Herrera | (Laughing) (UI). |
| CHS | I don't want to be sleeping (UI) fucking socks, I'll go barefoot. Especially in Atlanta, in Atlanta. |
| Herrera | (Laughing)(UI) I can just see you barefoot. That's what im going to call you now barefoot. |
| CHS | I was barefoot and I had the fire, the fire extinguisher right there. |
| Herrera | (Laughing). |
| CHS | I was looking forward to using it, too, and I hold it in one hand and the other part you hold on your left hand and spray on first and then knock'em out. Beep. Beep. That's all you hear. |
| Herrera | (Laughing). |
| CHS | But, they never, they never fucked with me, no, they're pretty cool, but they leave me alone. Yeah. |
| Herrera | That's the fucked up thing now that you tell me all that ill start sending shit home, That's so cool about me getting out, you tell me all about it, I can |

11

| | |
|---|---|
| | start sending shit home, man.  They tell me that like (UI) I'll start sending all this shit home, man. I don't have nothing, not really, just the TV and (UI). A fucking T-shirt, one T-shirt. Three pairs of boxers. |
| CHS | I got two T-shirts, not one them will fit you. |
| Herrera | (Laughing). (UI). |
| CHS | And then I got this sweats and shit, that's why (UI) |
| Herrera | It's already summer. |
| CHS | Yea, but in summer, they turn on the fuckin', it's cold, it gets cold in here, this morning I was cold. |
| Herrera | What cold, it's nice in here. It's fucking freezing over there. (UI) It's miserable cold. Even fuckin' colder than X pod. I thought that fuckin' pod was nice, that fuckin' place more ghetto than the fuckin' north. There's (UI) especially 2A that place is a fucking dump. |
| CHS | Where, at the south? |
| Herrera | Yea, 2A is a fucking dump, then they had me in the fuckin' (UI) it's like all the fuckin' old south fuckin' rat hole, colder than fuck, that fuckin' desk got me right (UI). |
| CHS | So it's a metal desk. |
| Herrera | Yea. |
| CHS | That's probably the room that shadow (UI) |
| Herrera | Yea, before he got there, he fuckin' welded everything eh? there with him, man. |
| CHS | Member, you, you and Go to the room like that and there's only one and it belongs Conrad. |
| Herrera | (Laughing). |
| CHS | (Laughing) Hey, (UI) he dug a hole, 'member he dug a hole through the next room and he was playing cards with them? |
| Herrera | Yea. That fuckin' creep no? That fucker lost his mind, too. Last time I seen him at medical there was a suicide vest on him. |
| CHS | No one, no one knows nothing about him? |
| Herrera | He is in the feds somewhere |

GOVERNMENT EXHIBIT 211  **U.S. v. DELEON, ET Al.**  **31082**

| | |
|---|---|
| CHS | Oh, ok. |
| Herrera | They got him, Clifford, George I think |
| CHS | Who's Clifford? |
| Herrera | Guero Clifford. |
| CHS | Who? |
| Herrera | Guero Clifford. They got him and George I guess |
| CHS | They got him with, with, they busted George, with a cuete. |
| Herrera | They went and burned down the business. |
| CHS | What business? |
| Herrera | I guess Conrad had a fuckin' tattoo shop or somethin' and started getting in a fight with the people that own the store next door. They went and burned it down. (UI) other store fighting over parking lot over the parking space in the parking lot. |
| CHS | Conrad didn't do tattoos, did he? |
| Herrera | No, I don't know if it was (UI) tattoo shop or just he was with somebody, you know what I mean? They have that going on. |
| CHS | (UI). |
| Herrera | Something crazy. |
| CHS | What? |
| Herrera | I say it's fuckin' crazy. I don't know if he's out there, he's somewhere. |
| CHS | He's probably, he's already doing time for what George and the Feds somewhere. |
| Herrera | Well, he on Federal custody but he's not on the RICO that I know of, no? |
| CHS | No, he's not. When I was in Dona Ana, I knew, I met this dude that knows the dudes from Cruces and he said George was in the Feds, he got busted a cuete. George would always talk about how he have a cuete in each hand, 'member? |
| Herrera | Yea. |
| CHS | ''I had one in each hand and I would pull 'em out like this'' (UI) |
| Herrera | Huh. |

13

GOVERNMENT EXHIBIT 211 **U.S. v. DELEON, ET Al.** **31083**

| | |
|---|---|
| CHS | I would tell him, (UI) |
| Herrera | They fucking took my mouth guard. |
| CHS | Why? |
| Herrera | That it was cracked. |
| CHS | Oooh, (UI) Mmm, Mmm. |
| Herrera | Fuck, man. (UI) |
| CHS | At least you got your TV. |
| Herrera | That's it, that's what I wanted. That and my pictures. |
| CHS | Now you could kick back and I don't have to be under the bunk all day. |
| Herrera | Simon. I gonna start doing the burpees, too. I just feel all fucked up today |
| CHS | How many do you do? |
| Herrera | About two hundred. |
| CHS | A la verga. |
| Herrera | I gained weight over there though, I was fuckin', I haven't done shit. |
| CHS | That's all, you always gain weight. |
| Herrera | It's this fuckin' cold over there you go down and you get cramps. |
| CHS | Member, you do a burpee and you'd leave a wet spot on the cement? |
| Herrera | (Laughs). |
| CHS | You and Archie, you'd get up in your, your stomachs would be all dusty. |
| Herrera | Fuckin' Archie. |
| CHS | What does he. |
| Herrera | Fucker, no? |
| CHS | Hey, you got him down like fuck, the way you talk like him. |
| Herrera | That fucker, yea I know. |
| CHS | How does he sound? |

GOVERNMENT EXHIBIT 211   U.S. v. DELEON, ET Al.   31084

| Herrera | ``You fucked up my name'' (imitating). That fucker, no? |
|---------|---|
| CHS | Yea. |
| Herrera | Oh, then he would draw a fuckin' paño and a a la verga a pinchi ruca that looked like a dude, man. |
| CHS | I know (laughing). |
| Herrera | (Laughing). Ugly rucca |
| CHS | He drew some paños, y luego, hey, I didn't want to tell him, I'm sorry. (Laughing). |
| Herrera | (Laughing). I didn't want to tell him. (Laughing). |
| CHS | I got. |
| Herrera | (UI) Did he send you one? |
| CHS | Well, no, I was in the pinta with him. |
| Herrera | That fucker used to send 'em to (UI) stand 'em at the flea market, ha? |
| CHS | Shh, I would send it to the little kid. |
| Herrera | (Laughing). |
| CHS | I wouldn't send it to no ruca. He probably. |
| Herrera | Not any rucca no. |
| CHS | He probably thought better ``was Fernie drawing over there''? |
| Herrera | No. |
| CHS | No? |
| Herrera | No. |
| CHS | He don't draw no more? |
| Herrera | No, he draws he is drawing the other day he did a god damn owl |
| CHS | What dan dan |
| Herrera | No, uh, Fernie. |
| CHS | I know, but you said he did who? |
| Herrera | He did a drawing. |

15

GOVERNMENT EXHIBIT 211   U.S. v. DELEON, ET Al.   31085

| | |
|---|---|
| CHS | For who? |
| Herrera | (UI) |
| CHS | Yea. |
| Herrera | He drew big ol' owl and then his fuckin' but he threw it off because it was bigger than his body (UI) |
| CHS | Fernie draws right away with freestyle, he just draws right away with his hand, without no pattern. |
| Herrera | Fucker no? |
| CHS | Yea, he does pretty good. |
| Herrera | Yeah he is doing alright eh he just |
| CHS | He used to draw me, that fucker drew me, at least, a hundred paños over the years. |
| Herrera | yeah. |
| CHS | Yea, he would draw 'em in about 30 minutes. (laugh). |
| Herrera | (Laughing) 30 minutes. |
| CHS | (Laughing). |
| Herrera | That ain't no (UI) over there (UI), that fucker don't draw shit. |
| CHS | He's better off if he's doing that bad, his body. |
| Herrera | I know, aye?. |
| CHS | fucker would come out of the shower all naked, 'member? |
| Herrera | Yea. |
| CHS | Wanting people to check out his butt. |
| Herrera | (Laughing). |
| CHS | (Laughs). I wouldn't even wanna talk to him sometimes. |
| Herrera | That fucker used to do that all the time, bro. |
| CHS | Yea, he'd like, shhh. |
| Herrera | Telling everybody to come out naked. Fucker's a dirty fucker, aye |
| CHS | They started thinking he was my ruca. |

16

GOVERNMENT EXHIBIT 211   **U.S. v. DELEON, ET AL.**   **31086**

| | |
|---|---|
| Herrera | (Laughing). |
| CHS | (Laughing). I told he better not (UI) see or he'll (UI). |
| Herrera | (Laughing). |
| CHS | (Laughing). I could grab his ass, but you grab his ass he will probably kill you. |
| Herrera | (Laughing). Fuckin' creep, no? |
| CHS | Uhm, no. I wonder what made him cut his hair, that fucker looked like, 'member how baby Rob used to have long hair? |
| Herrera | Yea. |
| CHS | That's how Fernie had his hair. |
| Herrera | Fuckin' (UI). |
| CHS | He sent me a picture one time. |
| Herrera | Yea? |
| CHS | Yea, I don't know how he got my fuckin' info, but he sent me a picture. Or, his ruca, his ruca. That's how I knew about that ruca. After they locked me up, poo, a la verga. I told his chic 'cause she said, she found out I was in jail, she called me, I was in jail, and my ruca told her I was in jail, and then she didn't call back after that, after they told her why. She goes, ''I know, he talks a lot, uh, he was just mad, no?'' ''That muther fucker, he take care of me like that''. (Chuckles) I'm like, oh man, do you know where I'm at, mother fucker? You think I'm gonna hop on a plane? |
| Herrera | (Laughing). Hop on a plane. |
| CHS | Shhh. Ha. I want you to hop on a plane, right now. |
| Herrera | (Laughing). yeah. |
| CHS | Don't even say that, (UI), que barbaro, what the hell you think I got it over here. Hop on a fuckin' plane. |
| Herrera | (Laughing). |
| CHS | And I didn't hang up on him, I wanted to, but he's my friend, I'm just saying, ''Bueno, (UI)''. I knew it, too, I knew it was, shh. |
| Herrera | (UI) That fucker (UI). Watch, ahorita, you'll be over here he is almost ready to get locked up. That fucker is always arguing with the juras aye. Right now when I was getting locked up the jura says your buddy in 6 |

17

| | |
|---|---|
| | (UI), I told him that that fucker is just old (UI) |
| CHS | Is he missing his front teeth, still? |
| Herrera | Yea. Fucker's all (UI). |
| CHS | Yea. |
| Herrera | (UI) Pinchi fuckin' Jimmy Hendrix, a madre, man. Fuckin' before I came over here that the morning, man. Fucker, (UI) TV in my ruca said im getting a god damn headache with that music. |
| CHS | He used to be my crime partner. |
| Herrera | Fuckin' fern, no? |
| CHS | Oh man buddy, I'm gonna get him from under here for a while |
| Herrera | Aw right. |
| CHS | You're fuckin' killing me, ese? |
| Herrera | I know. I talk to you ahorita. |
| CHS | Amor. |
| Herrera | (UI). |
| CHS | I know, I know, my back. (UI). |
| | END |

GOVERNMENT EXHIBIT 211   U.S. v. DELEON, ET Al.   31088

DISC 31071-31088.Redacted.Transcript of bod rec btwn CHS & C. Herrera(2-27-16 thru 4-28-16).0730_026R

```
00001:01  PREAMBLE: Conversation between Carlos Herrera and CHS
      02  Herrera:  He fuckin' asked me to do that.
      03  CHS:  'Member, 'member you stuck the broomstick inside the shower with the,
      04  with the mayate?
      05  Herrera:  (Chuckles) Yea. Yea know, I couldn't stop that fucker,
      06  then he was my neighbor for years, man.
      07  CHS:  Where, here?
      08  Herrera:  At the North. I thought fuckin', I thought I thought
      09  fucking I got Blanco (Kevin Blanco) finally on a transport, man.
      10  CHS:  How did you get him?
      11  Herrera:  Beat his ass.
      12  CHS:  you got out of the cuff?
      13  Herrera:  We went to court together and they dropped the shackles
      14  and it was on, man.
      15  CHS:  Did you still have the cuffs on?
      16  Herrera:  I fucking got that fucker eh?, I fucking served him.
      17  CHS:  What did he say?
      18  Herrera:  That fucker's all stiffed out.
      19  CHS:  Did he make a lot of noise?
      20  Herrera:  He went back talkin' shit after that one.
      21  CHS:  Yea, they make a lot of noise.
      22  Herrera:  Yeah that was a PC move. Well look at you now you're
      23  the one that is knotted up look at you now. He is lucky I didn't
      24  stab his little ass, that fucker had a big mouth
      25  CHS:  I know, that was Samuel's buddy, I used to get mad at
00002:01  Samuel 'cause he would talk to him, oh yea, you were there, uh?
      02  Herrera:  That fucker was his buddy. They went to school together.
      03  Over at Ernie Pile
      04  CHS:  I used to (laughing) . I went to Ernie Pile
      05  Herrera:  They took him out of state, too, no? They took him out
      06  of state, Andre, Diablo, All disciplinary. It's all changed
      07  over there no?
      08  CHS: They weren't getting in trouble no more, que no?
      09  Herrera: Yea, its all fucked up over here now.
      10  CHS: Ha?
      11  Herrera: It's all fucked up over here now, it's changed. All
      12  CHS: the staff is fucking different too, no?
      13  Yea, they like to talk shit, too them youngsters.
      14  Herrera: I heard that little fucker this morning, eh?
      15  CHS: They went off on somebody down the street.
      16  Herrera: That fucker didn't douche him?
      17  CHS: Ha?
      18  Herrera: Fuckers should douche him.
      19  CHS: Yea, nobody does that.
      20  Herrera: No
      21  CHS: Nobody knows about the chemical warfare.
      22  Herrera: We got to show them, man (UI)
      23  CHS: That's why I don't really, I don't really ask him for
      24  nothing. I don't want them to come off the wall and give me,
      25  get my blood pressure going no. I'll shit in a cup, devolada.
00003:01  Herrera:  Shit in a cup (Laughs).
      02  CHS:  (Laughs) . Ill take a shit just in case And I will
      03  leave it there just in case I need it. (Laughs).
      04  They didn't know, they would say "why don't you flush
```

DISC 31071-31088.Redacted.Transcript of bod rec btwn CHS & C. Herrera(2-27-16 thru 4-28-16).0730_026R

```
        05  your toilet"? That's just on standby, buddy.
        06  Herrera:  Fuck yea. They even took that fuckin' Jura out of
        07  state, too, ha?
        08  CHS:  Griffin?
        09  Herrea: Yea.
        10  CHS:  Shit, that fucker was starting to put in some work
        11  over here.
        12  Herrera: He was, ha?
        13  CHS:  Yea, he turned into, I remember when he first got here,
        14  he's all timid and then Cheadle got him, member?
        15  Herrera:  Yea.
        16  CHS:  We were in reintegration. Then Cheadle got him and then
        17  from then on he turned into a ninja warrior.
        18  Herrera:  (Laughing) ninja warrior.
        19  CHS:  He snorts the coffee?
        20  Herrera:  Aha.
        21  CHS:  He don't snort it.
        22  Herrera:  Who him?
        23  CHS:  He don't snort the coffee.
        24  Herrera:  Fuck yea.
        25  CHS:  Do you do it like that?
        26  Herrera:  Yea.
        27  CHS:  (Laughing) Ah, liar. Who showed you that, Edward?
        28  Herrera:  Yea.
        29  CHS:  You're not supposed to snort coffee, puto.
00006:01  Herrera:  No not coffee Fuckin', do some of that shit. I got one
        02  a while back a few weeks ago, a little tiny fucker all fuckin'
        03  stupid tryin' to fuckin' find one, I (UI) all stressed out and
        04  snorted the fucker, uh? (UI)
        05  CHS: Tiny tiny No?
        06  Herrera: Then, I had a bad pluma and lend it to shadow and
        07  went to throw it in my hot pot to disinfect it (UI) and fuckin'
        08  ran it through the water in the toilet, put some new water,
        09  I snapped later I flushed it (UI)
        10  CHS: (UI) poor viejito.
        11  Herrera:  Nah all I got to do is get the needle part
        12  CHS: Do you have one?
        13  Herrera: (UI) I'm surprised, I thought they were gonna come
        14  over here and something was going to be firme.
        15  CHS: Nothing
        16  Herrera: Fuckin' place is worse than where I was at.
        17  CHS: Yea, it's the predator, the behavioral Unit I call
        18  it, the predator behavioral. I told 'em, "how come you guys
        19  got me here"? I kept telling them, "how come you guys got me
        20  here", I don't even got a report or nothing, like a (UI)?
        21  Herrera: (Laughing)That's the name of it, no? Predator?
        22  CHS: Uh?
        23  Herrera: That's the name of it, no?
        24  CHS: Yea.
        25  Herrera: That's called, this is the predator's unit, what's
00007:01  that?
        02  CHS:  And everybody here is, they, they beat up a CO or
        03  beat up somebody or something, no? And then they go
        04  through the steps, and then they, and then they go
```

DISC 31071-31088.Redacted.Transcript of bod rec btwn CHS & C. Herrera(2-27-16 thru 4-28-16).0730_026R

```
        05  back right after they finish the steps.
        06  Herrera: Fuck.
        07  CHS:  So that's firme.
        08  Herrera: Yea. For us
        09  CHS: (UI) used to say about me, now he's saying about us.
        10  Herrera: (UI)
        11  CHS:  Spoiled fuckers.
        12  Herrera:  Nah that fucker. No he is over there all sad with a
        13  twelve dollar fuckin' phone call.
        14  CHS:  He might not be there.
        15  Herrera:  (Laughing) (UI) screw him, man.
        16  CHS:  He don't come out for an hour or nothing?
        17  Herrera:  Na, I don't know, I don't think so.
        18  CHS:  I coulda sworn he was in Dona Ana because his (UI) they
        19  used to go to some kind of group and there was someone that
        20  came outta that unit that's called the special housing unit
        21  and I was in a different unit. They had me in uh, uh, it was
        22  like a mental ward unit, in the isolation room.
        23  Herrera:  Yea.
        24  CHS:  But that was just to isolate me, bro. They didn't have a
        25  fuckin', they didn't have a visiting room in the isolation where
00008:01  he was at. They would walk him to that unit, where I was at, but
        02  I couldn't see him walk in the door because I was in the back,
        03  in the isolation room, but they never took him. I guess they used
        04  to take him before they moved,moved him there 'cause he had sent
        05  me word that, uh, uh, when he goes by, when he goes through there
        06  to help 'em out and I 'm thinking, "what the fuck does that mean,
        07   how the fuck am I supposed to help all with?
        08  Herrera:  (Laughing) Exactly.
        09  CHS:  Well, I didn't know that they bring them over there to the
        10  visit, you know whata mean? To visit, when they have a visit,
        11  they bring 'em to that mental unit, to visit.
        12  Herrera:  Ya.
        13  CHS:  And the, and the TV, but the unit guy was gonna to stop as
        14  soon as I got there, 'cause he never, it never happened, no? I
        15  wouldn't been ableto see him anyway, but I would've been able to
        16  heard him, but yeah, but yeah, he was there, he was in Dona Ana,
        17  but uh, I figured they had everybody together, I started thinking
        18  that, then I started every place I would go, like Oso, telling me
        19  when he was in B Pod, I mean, in 3B or 3A, that he wouldn't see
        20  nobody that you know, maybe two dudes, he said. And now you would
        21  go over there and see everybody that you know, no?
        22  Herrera: Yea.
        23  CHS: That it's not like that no more. And uh, even though
        24  I don't remember Oso, you know, he was naming
        25  everybody there that I knew, no?
00009:01  Herrera: There was.
        02  CHS: Liar, and that was the truth, you would see vatos
        03  that you know, a bunch of them, more than one, and then now
        04  it's, you go and you don't know nobody. So they're moving,
        05  they have a lot of places to put people, I guess. And if you're
        06  validated, you're moved. You could say you don't know what
        07  they're talking about, but they got you validation from
        08  a long time ago, no?
```

DISC 31071-31088.Redacted.Transcript of bod rec btwn CHS & C. Herrera(2-27-16 thru 4-28-16).0730_026R

```
         09  Herrera: Yeh.
         10  CHS: That don't even matter no more.
         11  Herrera: (UI) Fucking loco no?
         12  CHS: Yea, they, they are on it, they are on it. And then
         13  the usual, if you go to the Feds, they're so many Feds that
         14  what's the chance you'll be in the same prison. They don't
         15  have one prison for New Mexico or nothing like that. They
         16  send them fools all over the country. I hear you get to
         17  mention two places that you would like to go, no?
         18  Herrera: (Laughs). (UI) New York or Tennessee.
         19  CHS: That's what I (UI) .
         20  Herrera: (UI) Get back to the ruca.
         21  CHS: No, ya stuvo, that place is burned down, now that
         22  they came down on me, now they think, you know, they don't
         23  want me there, they have to accept you there. They accepted
         24  me there, there's, there was other places that I was trying
         25  to get my parole transferred to and they wouldn't accept me
00010:01 there, and that's, they would say like they didn't want me
         02  in their, in their town. Fucked up shit. I think guys are
         03  treating me like a sexual offender. You guys even have
         04  sexual offenders here and you don't want me here?
         05  Herrera: (Chuckles) That's fucked up, man. Na, I told my
         06  nephew, too, no? Fucking tired of watching, watch TV (UI) .
         07  CHS: (UI) As much TV as you can.
         08  Herrera: I want to know where they took shadow eh?, man.
         09  Fucking bastards.
         10  CHS: But, did he have court pending anything like that?
         11  Herrera: No, that fucker didn't have shit. They just came
         12  and told me he left his property (UI) . "I'm going to court",
         13   so I don't know, dawg, I don't know what the fuck it's for.
         14  CHS: And then they came for his shit.
         15  Herrera: Fuck no, it's still there.
         16  CHS: Oh, it's still there?
         17  Herrera: Brand new a big old fat sack of canteen eh?
         18  CHS: It's still there?
         19  Herrera: Fuck, it's still there.
         20  CHS: Whatever, hey, whatever happened to him and Sleepy,
         21  remember Sleepy was fucking around with his ruca?
         22  Herrera: Who?
         23  CHS: Ah, Little Shadow.
         24  Herrera: Ah, Sleepy?
         25  CHS: Billy.
00011:01 Herrera: No, Sleepy went to Cruces and split.
         02  CHS: Oh, he didn't come out?
         03  Herrera: Na, he didn't come out.
         04  CHS: And Little Billy was there?
         05  Herrera: No, no, he got there after.
         06  CHS: Yea, but Billy got out, Billy got out and they
         07  were both out on the livre.
         08  Herrera: Yea, I know, Billy said he didn't care and fuck that ruca
         09  CHS: Oh, yea, yea.
         10  Herrera: He said he was fucking through and a Waste of a wod.
         11  CHS: Yea, I was with him at the, at the south, he was saying
         12  all that about Sleepy. I guess he has kids from that chick,
```

DISC 31071-31088.Redacted.Transcript of bod rec btwn CHS & C. Herrera(2-27-16 thru 4-28-16).0730_026R

```
        13  and that that chick was sisters to Ray Ray, sister, brother,
        14  or something like that, no? That's all. He used to be, Ray Ray,
        15   used to be in the family.
        16  Herrera: Uh, fucker's still there, man, fucking.
        17  CHS:  Through marriage and.
        18  Herrera:  (UI) . Fucking Little Billy, no?
        19  CHS:  Billy.
        20  Herrera:  So, I hope he stayed solid, yea, I know he will I have
        21  faith in him. get one of those numbers and call and see where he's
        22  at, but I don't who his family members.
        23  CHS:  And then they leave his property in his room, that's a trip.
        24  Herrera:  Then that fucker might get (UI) and next thing you
        25  know they may try and rope him in. that's what it is like you say
00012:01  CHS:  What?
        02  Herrera:  They have fuckers all Scattered everywhere and then
        03  they want him to (UI) . That's exactly what they want
        04  CHS:  But they woulda.
        05  Herrera:  All stressed out wanting his property.
        06  CHS:  They would at least took his property out of his room.
        07  Herrera:  They were probably gonna go get it out after, after
        08  a while before he banging or something, but it's just fucking,
        09  have it there already for almost a month and a half, nada.
        10  CHS:  And you guys are looking in his window looking at his
        11  sack of canteen. (Laughing)
        12  Herrera:  (Laughing). (UI) There's no need for him to take it,
        13  they're just gonna burn it, man (UI) they send all that shit home.
        14  CHS:  It depends if you go to another jail, but if you
        15  don't go in transit where you go into another state, you lose
        16  all your shit. If you go on an airplane, you, you don't get
        17  nothing, you don't take nothing, not even a piece of paper.
        18  Herrera:  So, what do they do with your property?
        19  CHS:  They tell you to send it home.
        20  Herrera:  Gacho.
        21  CHS:  They say, "donate it or fill this out, have
        22  someone pick it up".
        23  Herrera:  That's gacho.
        24  CHS:  When you go out on a plane and you're in transit,
        25  there's no property to be, uh, transported at all. No, shh,
00013:01  I was having a hard time with numbers, I uh, trying to write
        02  them on my skin, no? I wouldn't, I couldn't remember the
        03  numbers, bro, fuck. I tried to memorize my chicks's number,
        04  that worked for a little while 'till I got to New Mexico
        05  then they found out (UI), tell her, we know she's doing this
        06  and or, we know you, at least, know about something that he
        07  told you about. No, she don't know nothing about me, I don't
        08  over there saying that they say I this and that, I go over
        09  there trying to be like nobody, you know? They put her,
        10  they put her on the street.
        11  Herrera:  That's the chafa thing right there eh? Then they
        12  fuckin' sent my shit home, they send to one facility, saying I'm
        13  back over here. Then your through you don't hava natha. Then
        14  they get to the north facility don't have shower shoes at all.
        15  CHS:  I had my work boots on, so they took my boots and I
        16  stood with no shoes.
```

DISC 31071-31088.Redacted.Transcript of bod rec btwn CHS & C. Herrera(2-27-16 thru 4-28-16).0730_026R

```
        17  Herrera:  (Laughs)
        18  CHS:  Everywhere, right, and so, so I wouldn't even put on my
        19  socks, I'd be barefoot, no?
        20  Herrera:(Laughing).
        21  CHS:  That way I'll have some grip, no?
        22  Herrera: (Laughing) (UI).
        23  CHS:  I don't want to be sleeping (UI) fucking socks, I'll
        24  go barefoot. Especially in Atlanta, in Atlanta.
        25  Herrera:  (Laughing) (UI) I can just see you barefoot. That's
00014:01   what I'm going to call you now barefoot.
        02  CHS:  I was barefoot and I had the fire, the fire extinguisher
        03  right there.
        04  Herrera: (Laughing).
        05  CHS:  I was looking forward to using it, too, and I hold it in
        06  one hand and the other part you hold on your left hand and spray
        07  on first and then knock'em out. Beep. Beep. That's all you hear.
        08  Herrera: (Laughing).
        09  CHS:  But, they never, they never fucked with me, no, they're
        10  pretty cool, but they leave me alone. Yeah.
        11  Herrera: That's the fucked up thing now that you tell me all
        12  that I'll start sending shit home, That's so cool about me
        13  getting out, you tell me all about it, I can start sending shit
        14  home, man. They tell me that like (UI) I'll start sending all
        15  this shit home, man. I don't have nothing, not really, just
        16  the TV and (UI) . A fucking T-shirt, one T-shirt. Three pairs
        17  of boxers.
        18  CHS:  I got two T-shirts, not one them will fit you.
        19  Herrera:  (Laughing) . (UI) .
        20  CHS:  And then I got this sweats and shit, that's why (UI)
        21  Herrera:  It's already summer.
        22  CHS:  Yea, but in summer, they turn on the fuckin', it's cold,
        23  it gets cold in here, this morning I was cold.
        24  Herrera:  What cold, it's nice in here. It's fucking freezing
        25  over there. (UI) It's miserable cold. Even fuckin' colder than
00015:01   X pod. I thought that fuckin' pod was nice, that fuckin' place
        02  more ghetto than the fuckin' north. There's (UI) especially
        03  2A that place is a fucking dump.
        04  CHS:  Where, at the south?
        05  Herrera:  Yea, 2A is a fucking dump, then they had me in the
        06  fuckin' (UI) it's like all the fuckin' old south fuckin' rat hole,
        07  colder than fuck, that fuckin' desk got me right (UI) .
        08  CHS:  So it's a metal desk.
        09  Herrera:  Yea.
        10  CHS:  That's probably the room that shadow (UI)
        11  Herrera:  Yea, before he got there, he fuckin' welded everything
        12  eh? there with him, man.
        13  CHS:  Member, you, you and Go to the room like that and
        14  there's only one and it belongs Conrad.
        15  Herrera:  (Laughing) .
        16  CHS:  (Laughing) Hey, (UI) he dug a hole, 'member he dug a hole
        17  through the next room and he was playing cards with them?
        18  Herrera:  Yea. That fuckin' creep no? That fucker lost his mind,
        19  too. Last time I seen him at medical there was a suicide vest on him.
        20  CHS:  No one, no one knows nothing about him?
```

DISC 31071-31088.Redacted.Transcript of bod rec btwn CHS & C. Herrera(2-27-16 thru 4-28-16).0730_026R

```
        21  Herrera:  He is in the feds somewhere
        22  CHS:  Oh, ok.
        23  Herrera:  They got him, Clifford, George I think
        24  CHS:  Who's Clifford?
        25  Herrera:  Guero Clifford.
00016:01  CHS:  Who?
        02  Herrera:  Guero Clifford. They got him and George I guess
        03  CHS:  They got him with, with, they busted George, with a cuete.
        04  Herrera:  They went and burned down the business.
        05  CHS:  What business?
        06  Herrera:  I guess Conrad had a fuckin' tattoo shop or somethin'
        07  and started getting in a fight with the people that own the store
        08  next door. They went and burned it down. (UI) other store fighting
        09  over parking lot over the parking space in the parking lot.
        10  CHS:  Conrad didn't do tattoos, did he?
        11  Herrera:  No, I don't know if it was (UI) tattoo shop or just he
        12  was with somebody, you know what I mean? They have that going on.
        13  CHS:  (UI) .
        14  Herrera:  Something crazy.
        15  CHS:  What?
        16  Herrera:  I say it's fuckin' crazy. I don't know if he's out there,
        17  he's somewhere.
        18  CHS:  He's probably, he's already doing time for what George and
        19  the Feds somewhere.
        20  Herrera:  Well, he on Federal custody but he's not on the RICO
        21  that I know of, no?
        22  CHS:  No, he's not. When I was in Dona Ana, I knew, I met this dude
        23  that knows the dudes from Cruces and he said George was in the Feds,
        24  he got busted a cuete. George would always talk about how he have a
        25  cuete in each hand, 'member?
00017:01  Herrera:  Yea.
        02  CHS:  "I had one in each hand and I would pull 'em out like this" (UI)
        03  Herrera:  Huh.
        04  CHS: would tell him, (UI)
        05  Herrera:  They fucking took my mouth guard.
        06  CHS: Why?
        07  Herrera: That it was cracked.
        08  CHS:  Oooh, (UI) Mmm, Mmm.
        09  Herrera: Fuck, man. (UI)
        10  CHS: At least you got your TV.
        11  Herrera: That's it, that's what I wanted. That and my
        12  pictures.
        13  CHS:  Now you could kick back and I don't have to be under
        14  the bunk all dav.
        15  Herrera:  Simon. I gonna start doing the burpees, too. I just
        16  feel all fucked up today
        17  CHS:  How many do you do?
        18  Herrera: About two hundred.
        19  CHS: A la verga.
        20  Herrera: I gained weight over there though, I was fuckin',
        21  haven't done shit.
        22  CHS:  That's all, you always gain weight.
        23  Herrera: It's this fuckin' cold over there you go down and you
        24  get cramps.
```

DISC 31071-31088.Redacted.Transcript of bod rec btwn CHS & C. Herrera(2-27-16 thru 4-28-16).0730_026R

```
        25   CHS:  Member, you do a burpee and you'd leave a wet spot on
00018:01   the cement?
        02   Herrera:  (Laughs).
        03   CHS:  You and Archie, you'd get up in your, your stomachs
        04   would be all dusty.
        05   Herrera:  Fuckin' Archie.
        06   CHS:  What does he.
        07   Herrera:  Fucker, no?
        08   CHS:  Hey, you got him down like fuck, the way you talk
        09   like him.
        10   Herrera:  That fucker, yea I know.
        11   CHS: How does he sound?
        12   Herrera:  "You fucked up my name" ( imitating) . That fucker, no?
        13   CHS:  Yea.
        14   Herrera:  Oh, then he would draw a fuckin' pafio and a a la
        15   verga a pinchi ruca that looked like a dude, man.
        16   CHS:  I know (laughing).
        17   Herrera:  (Laughing) . Ugly rucca
        18   CHS:  He drew some pafios, y luego, hey, I didn't want to tell
        19   him, I'm sorry. (Laughing) .
        20   Herrera:  (Laughing) . I didn't want to tell him. (Laughing) .
        21   CHS:  I got.
        22   Herrera:  (UI) Did he send you one?
        23   CHS:  Well, no, I was in the pinta with him.
        24   Herrera:  That fucker used to send 'em to (UI) stand 'em at the
        25   flea market, ha?
00019:01   CHS:  Shh, I would send it to the little kid.
        02   Herrera:  (Laughing) .
        03   CHS:  I wouldn't send it to no ruca. He probably.
        04   Herrera:  Not any rucca no.
        05   CHS:  He probably thought better "was Fernie drawing over there"?
        06   Herrera:  No.
        07   CHS:  No?
        08   Herrera:  No.
        09   CHS:  He don't draw no more?
        10   Herrera:  No, he draws he is drawing the other day he did a god damn owl
        11   CHS:  I know, but you said he did who?
        12   Herrera:  He did a drawing.
        13   CHS:  For who?
        14   Herrera:  (UI)
        15   CHS:  Yea.
        16   Herrera:  He drew big ol' owl and then his fuckin' but he threw it
        17   off because it was bigger than his body (UI)
        18   CHS:  Fernie draws right away with freestyle, he just draws right
        19   away with his hand, without no pattern.
        20   Herrera:  Fucker no?
        21   CHS:  Yea, he does pretty good.
        22   Herrera:  Yeah he is doing alright eh he just
        23   CHS:  He used to draw me, that fucker drew me, at least, a hundred
00020:01   pafios over the years.
        02   Herrera:  yeah.
        03   CHS:  Yea, he would draw 'em in about 30 minutes. (laugh).
        04   Herrera:  (Laughing) 30 minutes.
        05   CHS:  (Laughing) .
```

DISC 31071-31088.Redacted.Transcript of bod rec btwn CHS & C. Herrera(2-27-16 thru 4-28-16).0730_026R

```
06  Herrera:  That ain't no (UI) over there (UI), that fucker don't draw shit.
07  CHS:  He's better off if he's doing that bad, his body.
08  Herrera:  I know, aye?.
09  CHS:. fucker would come out of the shower all naked, 'member?
10  Herrera:  Yea.
11  CHS:  Wanting people to check out his butt.
12  Herrera: (Laughing) .
13  CHS:  (Laughs). I wouldn't even wanna talk to him sometimes.
14  Herrera: That fucker used to do that all the time, bro.
15  CHS:  Yea, he'd like, shhh.
16  Herrera:  Telling everybody to come out naked. Fucker's a dirty fucker, aye
17  CHS:  They started thinking he was my ruca.
18  Herrera: (Laughing) .
19  CHS: (Laughing) . I told he better not (UI) see or he'll (UI) .
20  Herrera: (Laughing) .
21  CHS:  I could grab his ass, but you grab his ass he will probably kill you.
22  Herrera: (Laughing) . Fuckin' creep, no?
23  CHS: Uhm, no. I wonder what made him cut his hair, that
24  fucker looked like, 'member how baby Rob used to have long hair?
25  Herrera: Yea.
00021:01  CHS: That's how Fernie had his hair.
02  Herrera: Fuckin' (UI).
03  CHS: He sent me a picture one time.
04  Herrera: Yea?
05  CHS: Yea, I don't know how he got my fuckin' info, but he
06  sent me a picture. Or, his ruca, his ruca. That's how I knew about
07  that ruca. After they locked me up, poo, a la verga. I told his
08  chic 'cause she said, she found out I was in jail, she called me,
09  I was in jail, and my ruca told her I was in jail, and then she
10  didn't call back after that, after they told her why. She goes,
11  "I know, he talks a lot, uh, he was just mad, no?" " That
12  muther fucker, he take care of me like that" . (Chuckles) I'm
13  like, oh man, do you know where I'm at, mother fucker? You
14  think I'm gonna hop on a plane?
15  Herrera: (Laughing). Hop on a plane.
16  CHS: Shhh. Ha. I want you to hop on a plane, right now.
17  Herrera: (Laughing) . yeah.
18  CHS: Don't even say that, (UI) , que barbaro, what the hell
19  you think I got it over here. Hop on a fuckin' plane.
20  Herrera: (Laughing) .
21  CHS:And I didn't hang up on him, I wanted to, but he's my
22  friend, I'm just saying, "Bueno, (UI)" . I knew it, too,
23  I knew it was, shh.
24  Herrera: (UI) That fucker (UI) . Watch, ahorita, you'll be over
25  here he is almost ready to get locked up. That fucker
00022:01  is always arguing with the juras aye. Right now when
02  I was getting locked up the jura says your buddy in 6
03  (UI) , I told him that that fucker is just old (UI)
04  CHS:  Is he missing his front teeth, still?
05  Herrera:  Yea. Fucker's all (UI) .
06  CHS:  Yea.
07  Herrera:  (UI) Pinchi fuckin' Jimmy Hendrix, a madre, man.
08  Fuckin' before I came over here that the morning, man. Fucker,
09  (UI) TV in my ruca said im getting a god damn headache with that music.
```

DISC 31071-31088.Redacted.Transcript of bod rec btwn CHS & C. Herrera(2-27-16 thru 4-28-16).0730_026R

```
10  CHS:  He used to be my crime partner.
11  Herrera:  Fuckin' fern, no?
12  CHS:  Oh man buddy, I'm gonna get him from under here for a while
13  Herrera:  Aw right.
14  CHS:  You're fuckin' killing me, ese?
15  Herrera:  I know. I talk to you ahorita.
16  CHS:  Amor.
17  Herrera:  (UI).
18  CHS:  I know, I know, my back. (UI) .
19  END
20  .
21  .
22  .
```