6730-032

# Transcript
## Federal Bureau of Investigation
### Albuquerque Field Division

| | |
|---|---|
| Case number | 245U-AQ-6239655 |
| Date of recording | April 2017 |
| Participants | CH - Carlos Herrera |
| | CI - CHS ███ |
| | Jessie - Jessie LNU |
| | UNK - Unknown |
| Recording | 0730-032 |
| Transcribed by | JY |
| Date transcribed | 09/27/2017 |
| Notations | Unintelligible = (UI) |

The following transcript has been compared to the audio recording from which it was made, and to the best of my ability, the transcript is a true, complete, and accurate record of the recording. ___SA N. Stemo_____

CI:      Yeah.

GOVERNMENT EXHIBIT 213  **U.S. v. DELEON, ET Al.**  **31147**

245U-AQ-6239655

CH:     Yeah, that's my new car (UI) (Voice in background)  (UI)
        that was (UI) where the storage is at. . . (UI).

CI:     Ah.

CH:     (UI) tell her I'll be out of this, my life is on a
        schedule huh.

CI:     She got . . .

CH:     (UI).

CI:     She can't be out there stressing.  She don't talk to
        nobody, except her family que no?

CH:     Yeah I know (UI). . . is my little (UI). . . but now
        she's not hey.  She started fucking cleaning the room.
        My new car is (UI), no?

CI:     Yeah.

CH:     Then my little niece is going to move in with her mom.

CI:     How old is your niece?

CH:     About 30.

CI:     30?

CH:     That 32 rule.  Then they were saying that there's the
        fucking grim reaper at the cemetery.  I guess they were
        seeing it on the news.  That's the (UI) you told me
        that.

CI:     What . . .

CH:     Know which one?

CI:     What's a grim reaper?

CH:     The one right there on 2nd, remember that (UI) part?   On
        Coors, them Blake's Lotaburgers at.   There's that
        cemetery?

CI:     Uh huh.

CH:     Right there by ah…

CI:     I know where that's at, but I don't know that's, you
        talking right near, by that school?

CH:     Yeah, that's Blake's Lotaburger, then the Giant gas
        station, you go up that street.

2

GOVERNMENT EXHIBIT 213   U.S. v. DELEON, ET AL.   31148

245U-AQ-6239655

CI:     Is there a school there name West Mesa?

CH:     No, no.  The other side of Coors.

CI:     On the other side.

CH:     By, by (UI).

CI:     Yeah.

CH:     You turn down Coors…

CI:     I don't, I don't (voices overlapping)…

CH:     (UI) then you go up (UI).

CI:     I don't remember.

CH:     But, (UI), there's a cemetery right there.  Ah, when we there, there was me, Mad Love, fucking (UI), we were all drunk, fucking go out to see that graveyard and we seen a black fucking, like a sheet, hey.

CI:     (laughs)

CH:     (laughs) (UI).

CI:     You guys were . . .

CH:     Fucking . . . (Voices overlap)

CI:     Were you guys, were you guys snipping?

CH:     No, we were running from the ruca.  We got into a fucking car accident (UI) and we took off running, hey. And fucking, we end up running to that fucking graveyard in that desert in the middle of a dark, darker, then fucking running thru to that fucking cactus and everything.  There was fucking, probably snakes and everything out there.  We kept running and we fucking, we're fucking out of gas and we stayed back there smoking (UI) by the fucking, that we seen a jura right there, no.  Right by Coors, you could see him (UI) and stood there and we fucking heard a noise and (UI) and there was just two of us that seen it, hey. The other one didn't see nothing cuz he didn't really look huh.  He must be a mad man hey.

CI:     What did you see?  Who's mad man?

CH:     (Voices overlap)black, it was like black devil guy hey, Like . . .

3

245U-AQ-6239655

CI:      Calla.

CH:      (UI).

CI:      You guys were fucking high on aspirin.

CH:      Fuck, no eh.  And that, then my mom said no then I
         guess the fucking ah, that some paisas too.  Their over
         there fucking some prostitutes, their fucking at the
         graveyard.

CI:      Laughs.

CH:      At some fucking viejita, some old ghost came after
         them.  They were like walking towards their truck and
         they fucking started it.  And I guess they are fucking,
         five star was fucking punching and he got stuck in the
         mud eh.

CI:      So you seen a ghost?

CH:      I guess, but . . .

CI:      Did you see the ghost?

CH:      Well, I didn't see a ghost but I, all I seen was a
         black sheet like an entity.

CI:      An entity.

CH:      Yeah.  It was a black fucking spirit eh.

CI:      You seen a . . .

CH:      (Voices overlap). . .my mom was telling me too that.

CI:      You see. . .

CH:      (UI) I was taking pictures of the moon, no.  They was
         taking selfies on the fucking pictures, on a fucking
         pole.  Under the, behind the mirror, no?

CI:      It's you know, you know what it probably is, it's
         probably Mosco.

CH:      Laughs.  (UI).

CI:      (Voices overlap).  Fuck.

CH:      Check this out. After last year's no. I shit you not, I
         seen that fucker, I seen him (UI), I seen Bobbaloo, he
         was mad dogging me, like that.  I seen him on Coors
         (UI).

4

245U-AQ-6239655

CI:      You seen Bobbaloo, and I see Mosco.

CH:      Yeah. I seen that fucker, man.

CI:      What did he tell you?

CH:      He did nothing, he was in the mirror.  I'll never
         forget that eh.  Even now in Cruces, that fucking pod's
         haunted, eh, like fuck en serio, Everybody eh, washa, I
         was kicking it eh and some fucking vato kept, walking
         towards me, orale carnal, and I told quvo and I like
         snapped out of it.  I said, what the fuck and I just
         shut the door, eh, and the fucking door was closed and
         I was sitting up all on my, on my bed and I like took a
         dozer, no.

CI:      Yeah.

CH:      And that fucker, I said, fucking, like he was walking
         towards me.  He was like getting too close that I
         couldn't get (UI) I shook his hand, but I snapped you
         know (UI) . . . so then after that, I woke up in the
         middle of the night hey.  I seen some vato look like
         Boo Boo, no? all over its fucking (UI). . .like what
         his stomach on the (UI) towards the other way no?

CI:      Yeah.

CH:      Like (UI)

CI:      Uh huh.

CH:      And I just seen the vato (UI) and that (UI)…

CI:      Who was it?

CH:      I sense that, he knew I was looking at him, hey, but he
         did not look at me, no.

CI:      Who was it, Bobbaloo?

CH:      I don't know who that vato was. . .He looked, kind of
         looked like Boo Boo.

CI:      Did they ever give Billy, did they give Billy time for
         that?

CH:      Huh.

CI:      Did they get, did they had, did they include Billy in
         that?

CH:      No.

GOVERNMENT EXHIBIT 213  U.S. v. DELEON, ET Al.   31151

245U-AQ-6239655

CI:     At all?

CH:     No.  Fuck no. After I told you, (UI). . .

CI:     I forgot all about that.

CH:     Umm. . .

CI:     And your over there, I brought up Mosco, you bring ah,
        you bring up B-Bobbaloo, I love it (laughs).

CH:     But you will discuss (UI).

CI:     Huh?

CH:     That you will discuss this phone conversation (UI)
        however, shit.

CI:     Phone conversations?

CH:     Yeah.

CI:     What, from here?

CH:     No you (UI)  . . . because your name.  (UI). . . the
        reason why they charged you (UI) is because of Julian.
        STG ran over there and they were mentioning shit like
        that, no, that big (UI).   Hold on.

UNK:    (UI)(Conversation paused).

CI:     Just keep it there.  Hey Jessie, Jessie?

Jessie:  What?

CI:     Who gets the phone, is anybody in line for the phone?

Jessie:  (UI).

CI:     From about 3:00 o'clock, you need it?

UNK:    (UI).  (Voices overlap).

CI:     Jessie?  Jessie?  (Voices overlap)  Jessie?   (Voices
        overlap).  Send it over here.  Hey Jessie?

Jessie:  What's up?

CI:     Who needs a phone?

UNK:    Send it.

UNK:    Thank you.

6

245U-AQ-6239655

CI:       Alright.  And I'll get it at 3, alright?

UNK:      (UI).

CI:       Okay, at 3.

Jessie:   You just need it at 3?

CI:       Yeah.

UNK:      (UI).

CI:       Okay, (UI) send it.  Hey when you get it yourself give it to cell 10.

UNK:      (UI).  Hey, guess what?

CI:       Hey. (Laughing)

UNK:      What.

CI:       Hey, a la verga no?

UNK:      (UI)

CI:       Yeah.

UNK:      (UI).

CI:       Hey, when do them pornos come on?

UNK:      (Shouts)

CI:       The, only on the weekend?  A la verga, they only show them four times (UI)(Voices overlap)  Is, that only comes on at. . .

UNK:      (UI).

CI:       Hold on, hold on Jessie.

CH:       Tell me what the schedules are in the morning and at night.

CI:       Hey, ah, Jessie?

UNK:      (UI).

CI:       When do those come on again?

Jessie:   Monday

CI:       On Monday?

7

245U-AQ-6239655

UNK:      Yup.

CI:       Oh I see, I tried to call Lazy but he was asleep.  He
          don't believe me (Voices overlap) I didn't believe him
          either.

CH:       Ask him what the schedule is tonight?

CI:       For what?

CH:       For the phone.

CI:       For that phone he said if you could put him on for
          tonight, for this evening.

Jessie:   About what time.

CI:       Whenever it's open.

UNK:      (UI).

CH:       Or in the morning, you let me know, no.

CI:       Or in the mornings, to let him know.

CH:       For the, whatever's open, on everyday for the morning
          or at night.  (voices overlap) or before 10.

CI:       Whatever's open ah, in the morning or at night but
          before 10, in the morning.

Jessie:   Before 10 in the morning?

CI:       Yeah.

Jessie:   I'll grab it at breakfast.

CI:       Yeah, you could grab it at breakfast.

CH:       Alright.

Jessie:   Yeah.

CI:       But do you still need it tonight.

CH:       Yeah if there's tiempo.

CI:       Yeah, (UI). . .feed him in there for the evening
          sometime tonight.

UNK:      (UI).

CH:       Yeah, you need to tell me you got a bag eh.

8

245U-AQ-6239655

UNK:     (UI).

CI:      Huh?   Huh.

UNK:     Alright, what time does he need it.

CI:      What time did you need it tonight?

CH:      Whenever.

CI:      Whenever?

UNK:     (UI)I'm a try, I'm a try to fit him in around 8
         o'clock.

CI:      Around 8 o'clock, he'll put you in.

CH:      Alright.

CI:      (UI), hey ah, were you, what time did you knock on the
         door Jessie?

UNK:     Ah, like around (UI).

CI:      Yeah 12, were you awake at 12?   Right, Lazy?

CH:      Fuck no.

CI:      Fuck no. . .he wasn't. . .you should have been.

CH:      I get up early, go to bed early.

CI:      Hey I'm telling you they were fucking, every fucking
         time.   They were, it was a Swingers club and they were
         fucking it, take off all their fucking clothes, rubbing
         their tits, they just shit, they just wouldn't show
         their dick going in the pussy.   But. . .

UNK:     (UI).

CI:      Huh?

UNK:     Soft porn.

CI:      Yeah, soft porn, a la verga. You're lucky, you weren't
         awake, you would've gotten (UI) I had to stroke it four
         times, I couldn't even do a pushup this morning.
         (laughing).   I tell you, do a pushup, and I got, I got
         a fucking rug burn on my fucking ah, my, the clown
         head.   (laughing).

UNK:     (UI).

GOVERNMENT EXHIBIT 213   U.S. v. DELEON, ET Al.   31155

245U-AQ-6239655

CI:     Ah, and one of the big ass titties, the red head,
        Suck, you missed it Lazy.

CH:     (UI) what's up with the hot water, hey.

CI:     Yeah, what's up with the hot water?

CH:     They fucking do that to us over there too eh.

CI:     There's no hot water today.

UNK:    (UI) no hot water.

CI:     Hey that coffee's tasted good cold.  I made a coffee.

CH:     Yeah, they serve the trays over here chaffa no.

CI:     Why?

CH:     Over there they, they give us cheese, they stock the
        tray eh.

CI:     Ah, over there they stack the tray and over here,
        they're chaffa.

CH:     They sell cheese and everything.

CI:     I guess if they st- are they the regular plastic trays?

CH:     Yeah.

CI:     How can they be different?

CH:     Over here, they fucking, like, they, like they fucking,
        (UI) this facility (UI).

CI:     (Voices overlap) He said that, over there at the South,
        that they stacked the trays, that there's a bunch of
        shit on there and over here. . .

CH:     (Voices overlap) they leave all the leftover eh.

CI:     Ah, it's the same people doing, all the facilities.

CH:     They feed the Murph, the South, and their, their doing
        this facility last and doing it chaffa eh.

CI:     Yeah, welcome to the North, get used to it. It's not
        like it use to be shit, it's been (Voices overlap),
        it's been how long have you been in the hole Lazy?

CH:     Shit, about 16 years.

CI:     He's been in the hole 16 years already.

GOVERNMENT EXHIBIT 213   U.S. v. DELEON, ET Al.   31156

245U-AQ-6239655

CH:     Ah, like all together, within that time, I was only on
        the linea like two and a half years.

UNK:    (voices overlapping).

CH:     But it was never the linea, it was just tier time for
        an hour (voices overlap)

CI:     That's what happens when (voices overlap) you pick up
        an inmate on inmate viaje, know what I mean.

UNK:    (UI)

CI:     If you're ever in the system and you pick up a muerte,
        that's what happens.  Expect it. It goes for anybody,
        it don't matter that your black, white or yellow.

CH:     The, the, the level system back then was worse than
        this shit.

CI:     But still, they always hold that against you.  Always,
        whatever, you know what I mean?  They always, yeah,
        (laughs) (UI) by the phone (UI) are you getting on the
        phone now.

UNK:    It's off ese.

CI:     Oh it's turned off.

UNK:    Yeah, (UI). . .

CI:     Okay.

UNK:    (UI).

CI:     (UI) but I, turn it back on, you could use it and then
        I'll send it to you after I'm done at 3:00.  You'll get
        it, you'll get it, right, right at 5:00 when it turns
        on que no?.

UNK:    (UI).

CI:     Does everybody know about the pornos? I didn't hear
        nobody.

UNK:    Everybody knows (UI)

CI:     I didn't know.

UNK:    (UI)

CI:     Huh?

11

245U-AQ-6239655

UNK:      (UI)

CI:       (laughs)

UNK:      (UI)

CI:       (makes noise) A la verga.

CH:       Tell him, tell him I have an equalizer over here (UI)
          if he wants it.

CI:       (UI) what did you say, hey, Lazy?

CH:       Tell him I have an equalizer over here if he wants it.

CI:       You need an equalizer?

UNK:      Equalizer?

CI:       Yeah.

UNK:      (UI)

CH:       Tell him the wires a little fucked up but it's cherry.
          It bumps eh.

CI:       How do they work? You plug it into the MP?

CH:       Yeah, you put the MP thru one wire and then you have to
          put batteries, it'll tell you batteries in it.

CI:       And then (Voices overlapping)

CH:       (UI) it's not a base booster, this fucker like an EQ
          with extra bass sound, it tremble.   (UI) its like being
          in a ranfla.

CI:       Yeah.   (UI)

UNK:      What happened? (UI)

CI:       Yeah, he's going to give you an equalizer.

UNK:      What.   (UI)

CI:       No, but ah, he's going to get equalizer for free for
          giving me skina.

CH:       Tell him I don't need it (UI). . .

CI:       I told him you gave me skina the first three weeks I
          was here. . .I, I didn't have nothing, he has a
          equalizer, he's going to give to you (UI)

12

245U-AQ-6239655

CH:     And if I get shipped out, those pictures are his.

CI:     (Laughs) you need to get your other pictures, the, the
        some of them of your family.

UNK:    (UI)

CI:     Hey (UI) that pictures is nothing compared to last
        night Lazy, you missed it.  It comes on again Monday he
        said.

CH:     Alright.

CI:     You better stay up.

CH:     I will.

CI:     A la verga. You won't be able to. . .

UNK:    (UI)

CI:     You won't be able to stop touching yourself.  You wake
        up with a fucking rug burn the next day.

UNK:    (UI)

CI:     (laughs)

UNK:    As soon as I call you guys, it go live and then, it
        should start in like (UI) for like two minutes before
        they started fucking.

CI:     I know eh. I'm not lying to you, he called me it, it
        was only two minutes, they started fucking and then
        they'll go to another couple, they'll take a, and
        within another two minutes they'll start fucking.

UNK:    (UI).

CI:     It was. . .

UNK:    I haven't seen nothing like that in a long time.

CI:     He said he hasn't seen nothing like that.  (UI) they
        don't get channel 28 at the cells?  They. . .

UNK:    (UI)

CI:     Huh?

UNK:    (Voices overlap). . .came out all (UI).

CI:     I know but they could get it in the south too, (UI).

GOVERNMENT EXHIBIT 213   U.S. v. DELEON, ET Al.   31159

245U-AQ-6239655

UNK:        Yeah, but I'm saying the channel just came up on
            Thursday.

CI:         Oh, they, probably don't know about it huh?

UNK:        (UI)

CI:         Hey, what's the name of channel?

UNK:        Cinemax.

CI:         Well Cinemax is usually just a movie channel.  That was
            a fucking, I guess it was a movie but…

UNK:        (UI)Come on now, that ain't no movie.

CI:         It wasn't a movie, was. (UI) (laughs)

UNK:        (UI)

CI:         Yeah it was.  That was a swinger's movie (laughs).

UNK:        (UI)

CI:         Fuck

UNK:        (UI)

CI:         Yeah and that Chinese chick, the one that looked Asian,
            but the redhead was best of all of them.

UNK:        I like the, I like her ah, (UI). . .

CI:         I bet you no one is working out today.

UNK:        (UI)

CI:         Laughs.  Hey (UI) a la verga (UI). . .(laughing).

UNK:        (UI).

CI:         Laughs.

UNK:        Laughing.

CI:         A la verga.

UNK:        Hey, (UI) till the jura gets it.

CI:         (UI) he couldn't see it, I turned the TV this way.

UNK:        (UI)

GOVERNMENT EXHIBIT 213   U.S. v. DELEON, ET Al.   31160

245U-AQ-6239655

CI:       I turn, I turned the TV this way.  That way I look out
          from my window and you couldn't see the picture.

UNK:      (UI)

CI:       That way, you couldn't hear it, you can't hear too much
          moaning, he walks by.  A la verga. Yeah.

UNK:      (UI)

CI:       Alright, Bueno, Jessie.

UNK:      (UI)

CI:       Alright Buenos dias.  Lazy?

CH:       Yeah.

CI:       Lazy.

CH:       Huh?

CI:       Yeah, you missed it man.

CH:       (UI)

CI:       What's up?

UNK:      Ask him, ask him…

CH:       Huh.

UNK:      What's up with the fucking stallion.

CI:       What, did you see that, that centerfold Lazy.

CH:       Yeah, simon I love how she (UI).

CI:       Voices overlapping, laughing.  He says he's done with
          it. Laughs.

UNK:      (UI).

CI:       Hey.

UNK:      (UI).

CI:       Yup.

UNK:      (UI)

CI:       20 years old.

UNK:      Huh.

GOVERNMENT EXHIBIT 213   U.S. v. DELEON, ET AL.   31161

245U-AQ-6239655

CI:     20 years old. . .(UI) He's going to put her on layaway.

UNK:    Laughs.

CI:     Laughs.

UNK:    (UI)

CI:     What, what's up Lazy.

CH:     What happened?

CI:     Nothing, he was saying that, that's his centerfold.   He
        said, what he say about the centerfold?

CH:     (UI) soup huh?

CI:     (UI) did you already eat those three?

CH:     Huh?

CI:     Did you already eat those three?

CH:     Yeah.

CI:     Alright ah, were just going to have to use that
        envelope, that, and open it one at a time I guess.

CH:     Alright.

CI:     Open it one at a time and chew them.   And then…

CH:     (UI) get it like that one at a time.

CI:     Alright. Yeah, that, that dude needs to stay at his
        door a long time trying to get a soup instead of just
        opening and put on a fucking and, and thing you want
        one now or what.

CH:     (UI) the one who use to live in here.

CI:     Yeah.

CH:     (UI)

CI:     Yeah that's what he said.

CH:     (UI) just got to do, do a little bit at a time though
        (UI) huh.

CI:     Yeah.

GOVERNMENT EXHIBIT 213   U.S. v. DELEON, ET Al.   31162

245U-AQ-6239655

CH:     Dishing a whole soup like that (UI) if you don't crush
        it (UI).

CI:     Yup, if you crush it right, well it go under your door?

CH:     Yeah it overrides it.

CI:     And let the air out huh?

CH:     Yeah. No, you gotta do it in an envelope.

CI:     Oh, right, right.  Yeah, yeah, I'll put it in a env-.

CH:     (UI) just do half like, pour a little bit in a, that
        the dispenser over there then I'll send it back, pour a
        little bit more and bring it back, like that, no.

CI:     Yeah.

CH:     It' a viaje eh. I can't wait. fucking, even if they
        took off that (UI) from over there.

CI:     Hey what phone, what phone conversations will I have to
        worry about?

CH:     I don't know what (UI) to say, (UI) the hell what you
        were talking about out there but.

CI:     Oh, when they were calling?

CH:     I'm telling you vatos out there were setting people up,
        that's what I've been hearing.  That's what the rollos
        in here, no, but we been hearing about all these cases
        and shit.  I've been getting like, see, you haven't
        been able to rap to or see what we were seeing over
        here.  Man, you weren't able to rap to, when everybody
        got hemmed up in the county.

CI:     What were you seeing?

CH:     They were just saying that, that the feds had pulled
        everybody out of the county that, more or less, we
        were, well Shadow was telling me more or less who he
        thinks would fold and who was out and all the drama, no
        like, what they found, what they didn't find.  All,
        also (UI) they didn't find nothing.  They haven't found
        any guns.  They haven't found dope.  The only cases
        they have are dope (UI) to pull.  And he, his guilty
        just by affiliation like we are, know what I mean? That
        fucker's not like ah, that's just some youngster they
        went and hemmed up eh.

CI:     I never, has he ever met, have I ever met him?

GOVERNMENT EXHIBIT 213   **U.S. v. DELEON, ET Al.**   **31163**

245U-AQ-6239655

CH:     Yeah, that (UI) see that's their fault tho because.

CI:     Have I met him?

CH:     No, no.  No, I don't even know him.  He's a, he's a
        Sanjo that slangs hard, well not all crazy, but he sews
        up 'spaña no?

CI:     And whose name does he mention?  Is he Camarada?

CH:     Yeah.  He seems like a Camarada that (UI).

CI:     (UI).

CH:     So far (UI) like everybody I got hemmed up no?

CI:     Yeah.

CH:     They haven't found no guns, they haven't found no guns.
        The only, that's why when they ran. . .(voices overlap)

CI:     Are you, are you positive they didn't find no guns?

CH:     Yeah. I'm not positive, positive but the rollo that
        we've been hearing, we haven't heard of anything like
        that.   And then the, the supposed 36 sweep that they
        did and the roundup that Boo Boo told me in Cruces,
        that they rounded up 3 vatos in Denver or in Colorado
        somewhere, like, I don't even know who the fuck was
        over there.  He mentioned some names that I didn't know
        who the fuck they were.

CI:     Is it, wasn't Dan Dan and them the ones that were in
        Denver?

CH:     I don't know.

CI:     Oh no, no, no, they were in Arizona.  You know who was
        in Denver, Joker.

CH:     Yeah I knew he was but I don't know who else but he
        mentioned some names and it wasn't Dan Dan.   Then
        Shadow told me that they hemmed up Dan Dan for some
        muertes no?  So, that's pretty much it.  As, as far as
        all that other rollo.  See when they hit my mom, that
        was out of desperation.  They tried getting her on
        venta when they had their informants calling, trying to
        score chiva the vatos they mentioned, see the vatos
        that were trying to score was Weasel and Huero Robert.

CI:     Who's Guero?

CH:     Those were two vatos right there.

GOVERNMENT EXHIBIT 213   U.S. v. DELEON, ET AL.   31164

245U-AQ-6239655

CI:     Who's Guero?

CH:     I don't know that guy.

CI:     Or Weasel?  Who's Weasel?

CH:     I don't know.  What Weasel.  I don't know.  That's just
        the vato that they were telling my mom, this is the
        crazy part.  This is where my mom snapped because they
        were, they were mentioning my brother Roy.  They were
        saying, yeah, were good friends of Roy.  Roy's been
        dead for nine, since '98.  My brother Roy, no, that,
        that fucker's been dead and he was never in the mix.
        He was but it's like no one hardly knew him no?  So for
        them fuckers to mention his name she snapped, she
        snapped right away.  That, see and that's why they were
        telling her how come you said you were retired.  My mom
        says, what, but what does that mean? Doesn't mean
        nothing.  (UI) fucking barking it.

CI:     Who did she tell that to?

CH:     But they recorded, they were recording.  When they
        called the Score, my mom said I don't have nothing, no
        mijo, I'm retired.  I don't do that no more.  Yeah ya
        estubo no? Ya acabe. That's the rollo they have on a
        (UI).  I guess on a recording.

CI:     Well she did good.

CH:     That doesn't mean nothing though.

CI:     Shit I know.

CH:     (UI) that shows that she's not doing nothing.

CI:     Yup.

CH:     And they got mad so what did they do next?  They raided
        her four days, about five days later.  They raided
        thru, with a federal search warrant.  The search
        warrant they were reading over the phone, they were, my
        ruca was reading it, no.  She was saying that there
        looking for, the main thing that they kept on asking
        for was Suboxone.  That we, that, that she was
        assisting me getting Suboxone in the facility.  They
        went and looked for everything that, that, like
        something that, that has to do with like fucking
        tampering with the postal service.  They didn't find
        nothing

CI:     Yeah that's . . .

19

245U-AQ-6239655

CH:     They didn't find no Suboxone, they, and I'm lucky
        because I have 20 there but I got rid of them eh.

CI:     Twenty where?  You had them?

CH:     Yes, I had twenty strips there like a dummy eh.  Just
        saving them.

CI:     In your cell?

CH:     No, no at the pad.

CI:     Oh.

CH:     I had twenty strips there just fucking, had my sister
        saving them like a fucking idiot, no.

CI:     How, (Voices overlap). How

CH:     They went through all my mom's prescription meds, and
        they, they didn't find nothing so they left and they
        just were barking, scaring her no? They were just uh,
        telling her all kinds of rollo that she's under
        investigation and that they have all kinds of evidence
        and that how come they even have pictures, of Pup's
        ruca at my mom's pad.  Shh, I met her through my wife.
        I disapprove of him either.

CI:     I wonder. . .

CH:     They have all those fucking phone conversations
        supposedly that they have and that they would see that
        they were making listas.  Listas the experts because
        they use to go (UI) me.  My mom's boyfriend, they had a
        bunch of land.  They use to harvest chive no? For that,
        to show that how income comes in.  And all of that
        matched up perfectly.  See they did act like that
        they're dealing with a bunch of fucking fish, eh, like,
        we already knew how they work.  Nothing that, we never
        even that, what, never even had anything under our name
        and if you, you can't prove that you're able to show a
        purchase that you paid for these.  People get busted
        because Chris and them are over there buying pads and
        cars and don't even have a jale, riding up to the, to
        the parole office in a brand new car bumping and don't
        even have a jale.  Times have changed.  It's not like
        before now.  The fucking, the, the STG, that from in
        here works with them fuckers out there you already
        know.  But I mean it's gotten worse.  Now you have a US
        Marshall involved with the FBI, sweeping all the
        Burque.  Shadow told me that they were fucking hitting
        everybody, hey.

CI:     Which Shadow?

GOVERNMENT EXHIBIT 213   U.S. v. DELEON, ET AL.   31166

245U-AQ-6239655

CH:     Little Shadow.

CI:     Oh.

CH:     I don't rap to big Shadow. That fucker's a creep, a
        real weirdo eh.  Little Shadow, no?

CI:     Have you heard anything where they're holding Billy?

CH:     About what?

CI:     Have you ever heard, have you ever heard anything
        where, where Big Billy's at.

CH:     No.

CI:     I wonder what's up with that fool.

CH:     I don't know.  I don't know, eh, but that, that, I'm
        saying fuck, what just like that bro that, it's just
        what other people say too, you know what I mean.
        Somebody too like Garduño and them were matching your
        name and writing a labrada, that's another thing.

CI:     Everybody's mentioning my name.

CH:     But it, it, that don't prove nothing.  He could write
        or whatever.

CI:     And, and the Feds, that's all they, and the Feds,
        that's all they need is the dude to say yeah, he is the
        whatever.

CH:     But you'll gettime, were all going to get time man,
        what's the point.  They have to prove that, that, that
        there was a recording saying that (UI) who killed this
        vato or, or somebody (UI) is that I hit a murder saying
        that well this person's saying to do this.  That's,
        that, that, that's, that's where their looking for.
        They don't have nothing.

CI:     Well they have all them vatos that were charged with,
        each one of them viajes is that they induce this.

CH:     Another thing too, yes we could attack too because them
        vatos are all on meds. They (UI) see that other thing
        too is because of the, the corrections department with
        law enforcement went and charged people on fucking
        crimes supposedly happened in the facility.  They're
        kind of blaming this one group for every crime that's
        happened in the facility.  And then, and then their
        trying to...

GOVERNMENT EXHIBIT 213  **U.S. v. DELEON, ET Al.**  **31167**

245U-AQ-6239655

CI:     No, their, their, their accusing different people for
        each one but their having a leadership that they threw
        into all that.

CH:     Their, they've been here supposedly since 2007.

CI:     Who?

CH:     Federal Investigations, but they, they been taking the
        time with it, that supposedly they were seeing . . .

CI:     I don't think so because I got out in 2011.  I would
        have never got out.

CH:     But no, but no, no, not, not that. What I'm saying is
        ah, the investigations started when STG and them
        started working with, with Denver and California to
        help them train their facilities, remember?  Like when
        they did that sweep over there in Hobbs, taking
        pictures ah, just keeping up their, their program, you
        know what I mean.  I don't know.

CI:     How does, fucking Billy knows so, little Billy know so
        much?  Did they plug him in?

CH:     Yeah, because they know too.

CI:     Did . . .

CH:     They asked you.

CI:     Did he say they were asking about me?

CH:     Supposedly they were telling everybody.  Now's your
        chance to work with us but know, we're coming.

CI:     Did he say anything about them asking about me?

CH:     No, I haven't heard (UI), the only time I heard you
        name is when I told you this, when they pulled us out
        there in Cruces, because that viejo locked me up, that
        was a personal thing, they didn't even have nothing to
        do with nada, fucker goes and gets (UI) and I (UI)
        wanted to charge someone, for a hit.  You know what I
        mean.

CI:     Yeah.

CH:     That little youngster, that's another thing, he doesn't
        know nada if he was to say anything, he doesn't know
        nothing.  I'm not that stupid bro . . . I ain't going
        to trust that (UI) vato eh.

22

245U-AQ-6239655

CI:        He could say, that little fucker could say who, who he
           was rapping to.

CH:        He could say who he was rapping to or whatever but he
           doesn't know much. He doesn't really, know nothing.
           Not only that, the paisa he isn't that stupid, you
           know. But (UI) but then they look down and if you're
           down. . .

CI:        Huh.

CH:        But that's another thing I can't, I can't say that he's
           firme, a solid vato, what, what I know he looks firme
           until something is wrong, you know what I mean? They
           all look firme then their not. But that's the only
           time, was because when STG came that they were saying
           that there was, that they knew about it but that they
           were pissed. Supposedly they were mad because
           Marcantel went and told to lift it, let everybody out.
           STG I guess was going against them.

CI:        Even though there's, even though there was papers on
           vatos and everything, let them out.

CH:        Yeah. So I guess, I guess they were fucking pissed
           because they said that (UI) that they knew there was
           tension between you and him over a ruca. That he
           fucked up because some pedo like that, no, over a
           chick. That's the rollo they were seeing.

CI:        That was already over. It was Barelas against whoever
           they thought was, was my friend.

CH:        Then after that, ah, that's when, when they brought
           your ass. That's when I had heard they arrested you.
           But that was like a couple of months later though. It
           wasn't right away. So I kind of figured, I said, yeah,
           they probably fucking got him on the RICO, trying to
           say that. That's what I was thinking, was me, Alex,
           and us no? Juanito and shit. That's the only one I rap
           to. On, on that time, level (UI).

CI:        Yeah.

CH:        (UI) that did these feds or whatever but as of right
           now, I just keep you with the vatos doing whatever. So
           they have nothing to lose and if they were to scare
           'em, they won't say fuck because they don't have nada.
           The ones that I would watch more are the ones that are
           going home bro.

CI:        That shit when they hit me up on that, on the vehicle,
           I didn't know, none of the names there, especially
           that, I was trying to think about who that little

245U-AQ-6239655

|  |  |
|---|---|
|  | fucker was.  Who was he and I'm like, shit I don't know that fucker, right.  I wasn't even rapping to no one in Cruces, you know what I mean.  I said how the fuck you tie me to that. |
| CH: | They'll have to prove all that shit. |
| CI: | Huh? |
| CH: | They have to prove all that shit. But the only thing… |
| CI: | Yeah, but he was the one creating the tension by fucking campaigning. |
| CH: | Yeah. |
| CI: | You know what I mean.  So, but what do you expect, it's going to happen if he's, he's there campaigning against Duzer, my friends.  What, what the fuck.  They tried to make it like if, I don't know.  I was trying to wonder, I know, I was trying to wonder who is that little youngster, who is he.  Who is he? I have to know him but. |
| CH: | See and then after we had got word from. |
| CI: | I thought it was Shamon, to be honest because they have, they have the same name on, on his AKA, on that youngster it, it says Chitman or something. |
| CH: | See, if they would have come sooner, a long time ago, maybe they would have had a bigger case.  But it was already kind of already, everybody was gone.  I mean a lot majority passed on.  A lot fucking, disappeared and a lot went to the program.  So it was already time, huh.  The ones that they went to those systems, that they fucking ran and brought them (UI) programs.  They brought Billy, they brought Wino from there, Cyclone.  The only one is TROUP. TROUP went home. They arrest him out there. |
| CI: | Troops of my indictment. |
| CH: | Yeah I know. They got a rental out there ah, (UI) you know. But the other ones are (UI), shit it's not good because Javier no, (UI) they were scaring him but I, I, that's what I was telling them, I don't even want to rap to that vato.  Don't even have to rap to (UI). . . |
| CI: | To, to who? |
| CH: | To set you a warrant. |
| CI: | To who? |

24

245U-AQ-6239655

CH:        Blue.

CI:        Oh, Don't rap to Blue.

CH:        I told Blue because he's from Silver City.  That Reds
           from Silver City, that (UI).

CI:        You, you told Blue not to rap to who?

CH:        To Red.

CI:        Who?

CH:        Because they were trying to get Red to

CI:        Oh Red, Red, Red.

CH:        . . . you know.

CI:        What?

CH:        They were trying to get Red to recant his statement.

CI:        Oh yeah.  What was, what was his statement to, who was
           he implying on the statement.  Who was he?

CH:        He was saying that, that he. . .

CI:        Was he . . .

CH:        He was saying (UI) statement that I read.  (UI) he just
           said that he heard commotion and people running up the
           stairs.  He doesn't say who.  Then they jammed him
           because Blue was all hurt. . . says what the fuck hey.

CI:        That's what makes me think that cameras not working if
           he was in the room, you know what I mean.

CH:        No, they were bro.  They were working.

CI:        So, they know he's lying.

CH:        He knows.  There was fucking cameras over there.

CI:        So they know he's lying then?

CH:        Yeah.  And that's why they said on the cameras see we
           never seen the thing like that because all that never
           came out no? But we know because they were saying that
           something that they over observed something, someone
           handing somebody something in the shower.

CI:        Who was in the shower?

GOVERNMENT EXHIBIT 213  **U.S. v. DELEON, ET Al.**   **31171**

245U-AQ-6239655

CH:     Ah, Blue was.  Blue was in the shower.  They're trying
        to say that Creeper handing him something.  And then. .
        .

CI:     Well if Creeper, if Creeper (voices overlap) . . . if
        Creeper's cooperating then . . .

CH:     They found a weapon that supposedly that was in the
        pipe chase and they're using that one as a murder
        weapon and that fucker's been in there for ages, all
        rusted.

CI:     That was, they only found, they said there was only one
        murder weapon.

CH:     Well there's a few supposedly.

CI:     Did they find anything in the shower?

CH:     Yeah, they, it's all fucked up.  That, that, there was
        a big old mess.  Not only that, they fucked up too (UI)
        I, I've seen it.  They, they were fucking up. Even on
        the, even when medical walked in.  Because medical was
        walking over that (UI).  I seen (UI). . .

CI:     Where, where were they going, when they walking over
        him?

CH:     They didn't know who was on (UI), they didn't know
        like, they were fucking stupid. They were fucking, like
        running and like didn't know (UI) they talked to that,
        the person that was laying on the floor was just
        injured, so that, that, that's going to make them look
        chafa because that shows that, it's medicals fucken
        issues eh.

CI:     Where did he get stuck, in the heart?

CH:     On his chest.  Right on his chest or pansa.

CI:     They just walked right over him? (laughs.)

CH:     That's why STG is mad because now that they filed a
        lawsuit.  They were saying that, the STG I guess was
        saying that they do that, that they, (UI) used it.

CI:     Well, if them papers were, them papers were how old?

CH:     It's a long time.

CI:     They're going to get some money too.  That's what
        happened with old school.

GOVERNMENT EXHIBIT 213   U.S. v. DELEON, ET Al.   31172

245U-AQ-6239655

CJ:        (UI) that's why I'm staying at it.  Their dicks, now
           their just making up all kinds of lies.

CI:        They should be be pissed at Marcantel, not at the
           system when they knew that it was going to happen.
           Wonder why if they knew it was going to happen, why
           they trying to blame people now.  They need to blame
           themselves.  They put paper, they put dudes with
           papers, the known papers from a long time ago, it's,
           everybody knows about and then they wonder why they try
           to point the finger, try to figure why it happens when
           shit like that's been happening since before. . .

CH:        Yeah, but I'm just saying to is, you're an hombre, it's
           the viejos nombre here, eh and the only thing, that
           those (UI) favor is that, trying to say that with that
           Julian, with that Julian and the ruca. . that's, that's
           the (UI) whatever out there, no?  Those fuckers out
           there were setting people up, supposedly check this
           out.  I, I haven't seen nothing (UI) but es que, its
           fucking big, the one that Conrad Salazar had.  That I
           guess, what I heard, that Clifford, Huero and that
           fucker is wearing wires man.  You know who was too
           fucking, who set up a bunch of people.

CI:        Who?

CH:        Little Pink Mama.

CI:        Pink Mama?

CH:        Yeah, that fuck, what's his name.  Ah. . .

CI:        Where's he at?

CH:        Shit, that fucker was setting up people and you know
           what the fucked up thing?  The vatos on the street (UI)
           . . . and that fucker recorded everybody.

CI:        Pink Mama?

CH:        Yeah.  That fucker said was, and that's the main one.
           That's the one that ratted on Conrad and all them with
           that pedo over there.  Then they have Archie . . .

CI:        I rap, hey I talked to Pink Mama a couple of times.

CH:        Then they got Archie I guess, because Archie was
           calling fucking Joker on the streets.  There's
           transcripts dog.

CI:        What Joker?

GOVERNMENT EXHIBIT 213   U.S. v. DELEON, ET Al.   31173

245U-AQ-6239655

CH:     Baby Joker?  The one from Silver City, the one that,
        what's his name, the ones they got in a shootout or
        something.  Well anyway . . .

CI:     I don't know that one.

CH:     Archie calls from here and was telling him about his
        son because they killed his son I guess. He was saying
        what the fuck, who did it?

CI:     Was he the Carnal?

CH:     (UI)

CI:     Who was he blaming?

CH:     Huh.

CI:     Who was he blaming for that?

CH:     He didn't know.

CI:     Oh.

CH:     Joker, Joker was saying that, what's his name did it.

CI:     Who?

CH:     Ah, I dunno what's his name is eh.

CI:     Is he a homie?

CH:     Yeah.  What's his name, fucking um.

CI:     Do I know him?

CH:     You know ah, he was in the feds eh . . he was some
        fucker from the feds eh. He's from Silver City too.
        That (UI) Archie's homie.  They do that and shit, no.

CI:     Did they get him for it?

CH:     Well that's why they were giving Archie carrilla, they
        fucking, they were Joker they both (UI) es que no. Baby
        Joker disappeared, I think they hemmed him up too, and
        the other one.  The fucker (UI) I think he's on that
        indictment. Fuck eh.

CI:     Has he been around awhile?

CH:     Remember that fucker ah, you probably won't remember.

CI:     What?

28

245U-AQ-6239655

CH:     No, that fuck, not, it's not Choo Choo, it's ah…

CI:     Chulo?

CH:     No.  It's Chuco, not Chuco.

CI:     Chico?

CH:     Not Chico.  (Laughing)  It is Chudo, Little Chudo.

CI:     Little Chudo?

CH:     I think.  Hey he's the one that's from Silver City.  I
        don't know, I can't remember but.

CI:     I don't know, I don't know that dude.

CH:     (Voices overlap) all kinds of transcripts though.
        Again that's why (voices overlap).

CI:     And who's, who's getting these transcripts, whose,
        whose case are they on.

CH:     No, they were phone conversations.  They have, I mean,
        stacks bro, that I have, I've just heard about it.
        Billy told me about it and I just heard, we were in
        Cruces nuh.  That supposedly there's a bunch of shit,
        hey, I mean stacks and stacks of fucking wiretapping
        and phone conversations from the pinta on the street
        and supposedly Pink Mama was out there running around
        still setting people up wearing wires.

CI:     He, he, he, I talked to him a couple of times trying to
        get some subs no? And ah, that's the time (voices
        overlap) when him, him and Garduni called me one time.
        Garduño, and told me that (voice overlap). . .

CH:     (UI) the jura whatever.  I (UI) knew nothing.

CI:     Well, Garduño called me and told me he pulled out a
        cuete on them that he tried to rob them huh?

CH:     Yeah I know, him and Jake.

CI:     Him and who?

CH:     Jake.

CI:     Well Jake said that he was there just for them to both
        talk, to get them to talk to, to squash that shit no,
        cause (voices overlap).

CH:     I'm going to tell you to stay up.

GOVERNMENT EXHIBIT 213  **U.S. v. DELEON, ET Al.**   31175

245U-AQ-6239655

CI:     Huh?

CH:     Fucker, that fucker was (UI) he's giving skina to that
        fucking viejo. . .

CI:     Who?

CH:     Jake did.

CI:     Jake?

CH:     Yeah.

CI:     Giving skina to the viejo.

CH:     Straight up, that fucker's from Barelas.

CI:     Yeah, but he wasn't, he, he was one of those that was
        about what was right and what was wrong.  Even that,
        when I was with him in the County Jail he wasn't
        picking sides he was pissed off that there were sides
        he said, all this sides and all that, that, that's
        gacho he turned on Billy on his own just because of the
        way Billy was approaching him, no.

CH:     I have to think that, that the only way to show it was
        (UI).  I don't trust him, man, just for, from, because
        they were (UI) working apart to, right.

CI:     Hey.

CH:     (UI) playing the part too, they're not stupid.  That
        fucker was telling me just to get a report.  They're not
        dumb, dumb.  Es que Squeak just came back too.

CI:     Squeak, Squeak.

CH:     That's another one that was in Denver.

CI:     I wonder where's Pink, Pink Mama ain't on the streets,
        no?

CH:     Yeah, he's still on the street.

CI:     Garduño say he got busted with a cuete.

CH:     Garduno's burnt eh.  Nah man, he made. . .

CI:     What, what, what Jake, what Jake said when they did
        that with Garduño, he said he was upset with Garduño
        because of the way he took off, when, when ah. . .

CH:     Yeah, Garduño told me carnal.  My ruca went and rapped
        to him, she came and told me that fucker, that

                                                          30

245U-AQ-6239655

CI:      supposedly they run a full snag.  Because you, your (UI) esquina too, no.  They (UI) it. I guess, fucker was with this ruca right? The ruca is the one that told me, look, look (UI). . .

CI:      Yeah.

CH:      And he looked in the rear view mirror and seen him. They go, were creeping on both sides behind him.  Why would Jake go to one side?  And, and the other one go to the other side.

CI:      Yeah, I asked him, dude, are you sure you seen a gun. Are you sure?  And he said, yeah, no.

CH:      Yeah, they both went from both sides eh.

CI:      Because I called Pink Mama and said hey, that dude's my little buddy.  You need to leave him alone, if you're going to rob someone, rob somebody, somebody that, you know, somebody that, at least to one of our enemies or something.  You know what I mean.

CH:      (Voices overlap)

CI:      Not, and Jake said, Jake said, is that what he told you. Fuck no.  That vato's chafa, he said he took off running like a fucking bitch. He said I was there to make him talk, to squash that shit.  That's the story he gave me, no.

CH:      What I heard.

CI:      He got mad at me.

CH:      Fucking yeah.  He's a rat.  That, that's one of the main rats right there.

CI:      Jake?

CH:      No.

CI:      Oh.

CH:      Mama.

CI:      No, I'm talking about Jake.  I, I wasn't talking to Little Mama about what was up, Jake was acting like he's a mediator you know.

CH:      Yeah.  I don't know, but I just, but the only thing I didn't understand I, he ain't just going to say something like that because he trusted Jake eh.

31

245U-AQ-6239655

CI:     Garduni's not all there but he's, it's hard, hard for
        him to push it together.  He's one of those that you
        have to tell him what's up.

CH:     Yeah I know.  Spanky was out there with him.  Spanky
        told me, no, he's cool eh, no.  Hold on.  (Pause)

CI:     Hold on. Coming in. (Pause). You taking someone to the
        visit.  Ah.  Huh, their taking someone to the visit.

CH:     What you need to do seriously.

CI:     Huh?

CH:     Get with your lawyer, then have him get at those
        fucking transcripts for fucking Conrad's case for
        Cruces with Clifford and all them.

CI:     Conrad?

CH:     (UI) they burned down that business, no.

CI:     Ah huh.

CH:     When they burned down the business. . .

CI:     Okay.

CH:     Alright.  Because all those transcripts are in there
        and ask him too, about all, that's why they were mad at
        Archie too, but (UI).

CI:     Transcripts from what, the-his case?

CH:     Yeah.  Because Pink Mama and all those transcripts and
        phone conversations will put all that puzzle together
        (UI).

CI:     Well I wasn't, I wasn't rapping to any of them.  I, I
        never rap to Conrad.  I never, I'm the one that got a
        hold of Pink Mama, I think, trying to holler to
        Garduño, to see what kind of skina I could get.

CH:     Yeah, but I've never talked to him.

CI:     Oh, I know.  I'm just saying ah, I, I tried to think
        back to who was the one calling me and saying that it
        was me calling them, you know.

CH:     Yeah, (voices overlap).  They were showing that movie
        over here, that (voices overlap)...

CI:     Qu'vo.  There's the five star thing, get one.

32

245U-AQ-6239655

245U-AQ-6239655

CH:        What's that (UI).

CI:        Yeah, get it.

UNK:       Five star?  (Voices in background).


End of Transcription.

GOVERNMENT EXHIBIT 213  **U.S. v. DELEON, ET Al.**    **31179**

DISC 31147-31179.Redacted.Transcript of bod rec btwn CHS & C. Herrera(2-27-16 thru 4-28-16).0730_032F

```
00001:01  CI: Yeah.
      02  CH: Yeah, that's my new car (UI) (Voice in background) (UI) that
      03  was (UI) where the storage is at.(UI)
      04  CI: Ah.
      05  CH: (UI) tell her I'll be out of this, my life is on a
      06  schedule huh.
      07  CI: She got
      08  CH: (UI)
      09  CI: She can't be out there stressing. She don't talk to nobody,
      10  except her family que no?
      11  CH: Yeah I know (UI)...is my little (UI)...but now she's not
      12  hey. She started fucking cleaning the room. My new car is (UI), no?
      13  CI: Yeah.
      14  CH: Then my little niece is going to move in with her mom.
      15  CI: How old is your niece?
      16  CH: About 30.
      17  CI: 30?
      18  CH: That 32 rule.Then they were saying that there's the fucking
      19  grim reaper at the cemetery.I guess they were seeing it on the
      20  news. That's the (UI) you told me that.
      21  CI: What
      22  CH: Know which one?
      23  CI: What's a grim reaper?
      24  CH: The one right there on 2nd remember that (UI) part? On Coors,
      25  them Blake's Lotaburgers at. There's that cemetery?
00002:01  CI: Uh huh.
      02  CH: Right there by ah...
      03  CI: I know where that's at, but I don't know that's, you talking
      04  right near, by that school?
      05  CH: Yeah, that's Blake's Lotaburger, then the Giant gas station,
      06  you go up that street.
      07  CI: Is there a school there name West Mesa?
      08  CH: No, no. The other side of Coors.
      09  CI: On the other side.
      10  CH: By, by (UI).
      11  CI: Yeah.
      12  CH: You turn down Coors...
      13  CI: I don't, I don't (voices overlapping}...
      14  CH: (UI) then you go up (UI).
      15  CI: I don't remember.
      16  CH: But, (UI}, there's a cemetery right there.Ah, when we there,
      17  there was me, Mad Love, fucking (UI}, we were all drunk,
      18  fucking go out to see that graveyard and we seen a black fucking,
      19  like a sheet, hey.
      20  CI: (laughs)
      21  CH: (laughs) (UI).
      22  CI: You guys were
      23  CH: Fucking ...(Voices overlap}
      24  CI: Were you guys, were you guys snipping?
      25  CH: No, we were running from the ruca.We got into a  fucking
00003:01  car accident (UI) and we took off running, hey. And fucking,
      02  we end up running to that fucking graveyard in that desert in
      03  the middle of a dark, darker, then fucking running thru to that
      04  fucking cactus and everything. There was fucking, probably snakes
```

DISC 31147-31179.Redacted.Transcript of bod rec btwn CHS & C. Herrera(2-27-16 thru 4-28-16).0730_032P

```
05  and everything out there. We kept running and we fucking, we're
06  fucking out of gas and we stayed back there smoking (UI} by the
07  fucking, that we seen a jura right there, no. Right by Coors,
08  you could see him (UI} and stood there and we fucking heard a
09  noise and (UI) and there was just two of us that seen it, hey.
10  The other one didn't see nothing cuz he didn't really look huh.
11  He must be a mad man hey.
12  CI: What did you see?Who's mad man?
13  CH: (Voices overlap}black, it was like black devil guy hey, Like ...
14  CI: Calla.
15  CH: (UI).
16  CI: You guys were fucking high on aspirin.
17  CH: Fuck, no eh. And that, then my morn said no then I guess the
18  fucking ah, that some  paisas too. Their over there fucking some
19  prostitutes, their fucking at the graveyard.
20  CI: Laughs.
21  CH: At some fucking viejita, some old ghost came after them.They
22  were like walking towards their truck and they fucking started it.
23  And I guess they are fucking, five star was fucking punching and
24   he got stuck in the mud eh.
25  CI: So you seen a ghost?
00004:01  CH: I guess, but ...
02  CI: Did you see the ghost?
03  CH: Well, I didn't see a ghost but I, all I seen was a black
04  sheet like an entity.
05  CI: An entity.
06  CH: Yeah. It was a black fucking spirit eh.
07  CI: You seen a ...
08  CH: (Voices overlap)...my mom was telling me too that.
09  CI: You see..
10  CH: (UI) I was taking pictures of the moon, no. They was taking
11  selfies on the fucking pictures, on a fucking pole. Under the,
12  behind the mirror, no?
13  CI: It's you know, you know what it probably is, it's probably Mosco.
14  CH: Laughs. (UI).
15  CI: (Voices overlap). Fuck.
16  CH: Check this out. After last year's no. I shit you not, I seen
17  that fucker, I seen him (UI), I seen Bobbaloo, he was mad dogging me,
18  like that. I seen him on Coors (UI).
19  CI: You seen Bobbaloo, and I see Mosco.
20  CH: Yeah. I seen that fucker, man.
21  CI: What did he tell you?
22  CH: He did nothing, he was in the mirror. I'll never forget that eh.
23  Even now in Cruces, that fucking pod's haunted, eh, like fuck en serio,
24  Everybody eh, washa, I was kicking it eh and some fucking vato kept,
25  walking towards me, orale carnal, and I told quvo and I like snapped
00005:01  out of it. I said, what the fuck and I just shut the door, eh, and
02  the fucking door was closed and I was sitting up all on my, on my
03  bed and I like took a dozer, no.
04  CI: Yeah.
05  CH: And that fucker, I said, fucking, like he was walking towards me.
06  He was like getting too close that I couldn't get (UI) I shook his
07  hand, but I snapped you know (UI). so then after that, I woke up in
08  the middle of the night hey. I seen some vato look like Boo Boo, no?
```

DISC 31147-31179.Redacted.Transcript of bod rec btwn CHS & C. Herrera(2-27-16 thru 4-28-16).0730_032F

```
         09  all over its fucking (UI)...like what his stomach on the (UI) towards
         10  the other way no?
         11  CI: Yeah.
         12  CH: Like (UI)
         13  CI: Uh huh.
         14  CH: And I just seen the vato (UI) and that (UI)...
         15  CI:Who was it?
         16  CH: I sense that, he knew I was looking at him, hey, but he did not
         17  look at me, no.
         18  CI: Who was it, Bobbaloo?
         19  CH: I don't know who that vato was...He looked, kind of looked like Boo Boo.
         20  CI: Did,they ever give Billy, did they give Billy time for that?
         21  CH: Huh.
         22  CI: Did they get, did they had, did they include Billy in that?
         23  CH: No.
         24  CI: At all?
         25  CH: No.Fuck no. After I told you, (UI)...
00006:01  CI: I forgot all about that.
         02  CH: Urnm ...
         03  CI: And your over there, I brought up Mosco, you bring ah, you bring
         04  up B-Bobbaloo, I love it (laughs).
         05  CH: But you will discuss (UI).
         06  CI: Huh?
         07  CH: That you will discuss this phone conversation (UI) however, shit.
         08  CI: Phone conversations?
         09  CH: Yeah.
         10  CI: What, from here?
         11  CH: No you (UI)... because your name.(UI)...the reason why they
         12  charged you (UI) is because of Julian. STG ran over there and they
         13  were mentioning shit like that, no, that big (UI). Hold on.
         14  UNK: (UI)(Conversation paused).
         15  CI: Just keep it there.Hey Jessie, Jessie?
         16  Jessie:What?
         17  CI: Who gets the phone, is anybody in line for the phone?
         18  Jessie:(UI).
         19  CI: From about 3:00 o'clock, you need it?
         20  UNK: (UI).(Voices overlap).
         21  CI: Jessie? Jessie? (Voices overlap) Jessie? Send it over here.
         22  Hey Jessie?
         23  Jessie: What's up?
         24  CI: Who needs a phone?
         25  UNK: Send it.
00007:01  UNK: Thank you.
         02  CI: Alright. And I'll get it at 3, alright?
         03  UNK: (UI)
         04  CI: Okay, at 3.
         05  Jessie:  You just, need it at 3?
         06  CI: Yeah.
         07  UNK: (UI).
         08  CI: Okay, (UI) send it. Hey when you get it yourself give it to cell 10.
         09  UNK: (UI). Hey, guess what?
         10  CI: Hey. (Laughing)
         11  UNK: What. Hey, a la verga no?
         12  UNK: (UI)
```

DISC 31147-31179.Redacted.Transcript of bod rec btwn CHS & C. Herrera(2-27-16 thru 4-28-16).0730_032F

```
        13  CI: Yeah.
        14  UNK: (UI).
        15  CI: Hey, when do them pornos come on?
        16  UNK: (Shouts)
        17  CI: The, only on the weekend? A la verga, they only show them
        18  four times (UI)(Voices overlap)Is, that only comes on at...
        19  UNK: (UI).
        20  CI: Hold on, hold on Jessie.
        21  CH: Tell me what the schedules are in the morning and at night.
        22  CI: Hey, ah, Jessie?
        23  UNK: (UI).
        24  CI: When do those come on again?
        25  Jessie:Monday
00008:01  CI: On Monday?
        02  UNK: Yup.
        03  CI: Oh I see, I tried to call Lazy but he was asleep. He don't
        04  believe me (Voices overlap) I didn't believe him either.
        05  CH: Ask him what the schedule is tonight?
        06  CI: For what?
        07  CH: For the phone.
        08  CI: For that phone he said if you could put him on for tonight,
        09  for this evening.
        10  Jessie:About what time.
        11  CI: Whenever it's open. (UI).
        12  CH: Or in the morning, you let me know, no.
        13  CI: Or in the mornings, to let him know.
        14  CH: For the, whatever's open, on everyday for the morning or at
        15  night. (voices overlap) or before 10.
        16  CI: Whatever's open ah, in the morning or at night but before lP, in the morning.
        17  Jessie:  Before 10 in the morning?
        18  CI: Yeah.
        19  Jessie:  I'll grab it at breakfast.
        20  CI: Yeah, you could grab it at breakfast.
        21  CH: Alright.
        22  Jessie:Yeah.
        23  CI: But do you still need it tonight.
        24  CH: Yeah if there's tiempo.
        25  CI: Yeah, (UI)...feed him in there for the evening sometime tonight.
00009:01  UNK: (UI).
        02  CH: Yeah, you need to tell me you got a bag eh.
        03  CI: Huh? Huh.
        04  UNK: Alright, what time does he need it.
        05  CI: What time did you need it tonight?
        06  CH: Whenever.
        07  CI: Whenever?
        08  UNK: (UI)I'm a try, I'm a try to fit him in around 8 o'clock.
        09  CI: Around 8 o'clock, he'll put you in.
        10  CH: Alright.
        11  CI: (UI), hey ah, were you, what time did you knock on the door Jessie?
        12  UNK: Ah, like around (UI).
        13  CI: Yeah 12, were you awake at 12? Right, Lazy?
        14  CH: Fuck no.
        15  CI: Fuck no...he wasn't...you should have been.
        16  CH: I get up early, go to bed early.
```

DISC 31147-31179.Redacted.Transcript of bod rec btwn CHS & C. Herrera(2-27-16 thru 4-28-16).0730_032F

        17  CI: Hey I'm telling you they were fucking, every fucking time.
        18  They were, it was a Swingers club and they were fucking it,
        19  take off all their fucking clothes, rubbing their tits, they just shit,
        20  they just wouldn't show their dick going in the pussy. But...
        21  UNK: (UI)
        22  CI: Huh?
        23  UNK: Soft porn.
        24  CI: Yeah, soft porn, a la verga. You're lucky, you weren't awake, you
        25  would've gotten (UI) I had to stroke it four times, I couldn't even do a
00010:01  pushup this morning. (laughing). I tell you, do a pushup, and I got, I got
        02  a fucking rug burn on my fucking ah, my, the clown head. (laughing).
        03  UNK: (UI).
        04  CI: Ah, and one of the big ass titties, the red head, Suck,
        05  you missed it Lazy.
        06  CH: (UI) what's up with the hot water, hey.
        07  CI: Yeah, what's up with the hot water?
        08  CH: They fucking do that to us over there too eh.
        09  CI: There's no hot water today.
        10  UNK: (UI) no hot water.
        11  CI: Hey that coffee's tasted good cold. I made a coffee.
        12  CH: Yeah, they serve the trays over here chaffa no.
        13  CI: Why?
        14  CH: Over there they, they give us cheese, they stock the tray eh.
        15  CI: Ah, over there they stack the tray and over here, they're chaffa.
        16  They sell cheese and everything.
        17  CI: I guess if they st- are they the regular plastic trays?
        18  CH: Yeah.
        19  CI: How can they be different?
        20  CH: Over here, they fucking, like, they, like they fucking, (UI)
        21  this facility (UI).
        22  CI: (Voices overlap) He said that, over there at the South, that they
        23  stacked the trays, that there's a bunch of shit on there and over here...
        24  CH: (Voices overlap) they leave all the leftover eh.
        25  CI: Ah, it's the same people doing, all the facilities.
00011:01  CH: They feed the Murph, the South, and their, their doing this facility
        02  last and doing it chaffa eh.
        03  CI: Yeah, welcome to the North, get used to it. It's not like it use to be
        04  shit, it's been (Voices overlap), it's been how long have you been
        05  in the hole Lazy?
        06  CH: Shit, about 16 years.
        07  CI: He's been in the hole 16 years already.
        08  CH: Ah, like all together, within that time, I was only on the linea like
        09  two and a half years.
        10  UNK: (voices overlapping).
        11  CH: But it was never the linea, it was just tier time for an hour (voices
overlap)
        12  CI: That's what happens when (voices overlap) you pick up an inmate on
        13  inmate viaje, know what I mean.
        14  UNK: (UI)
        15  CI: If you're ever in the system and you pick up a muerte, that's what happens.
        16  Expect it. It goes for anybody, it don't matter that your black, white or yellow.
        17  CH: The, the, the level system back then was worse than this shit.
        18  CI: But still, they always hold that against you. Always, whatever, you know
        19  what I mean? They always, yeah, (laughs) (UI) by the phone (UI) are you getting

DISC 31147-31179.Redacted.Transcript of bod rec btwn CHS & C. Herrera(2-27-16 thru 4-28-16).0730_032F

```
        20  on the phone now.
        21  UNK: It's off ese.
        22  CI: Oh it's turned off.
        23  UNK: Yeah, (UI). . .
        24  CI: Okay.
        25  UNK: (UI).
00012:01  CI: (UI) but I, turn it back on, you could use it and then I'll send it to you
        02  after I'm done at 3:00.You'll get it, you'll get it, right, right at 5:00 when
        03  it turns on que no?.
        04  UNK: (UI).
        05  CI: Does everybody know about the pornos? I didn't hear nobody.
        06  UNK: Everybody knows (UI)
        07  CI: I didn't know.
        08  UNK: (UI)
        09  CI: Huh?
        10  UNK: (UI)
        11  CI: (laughs)
        12  UNK: (UI)
        13  CI: (makes noise) A la verga.
        14  CH: Tell him, tell him I have an equalizer over here (UI) if he wants it.
        15  CI: (UI) what did you say, hey, Lazy?
        16  CH: Tell him I have an equalizer over here if he wants it.
        17  CI: You need an equalizer?
        18  UNK: Equalizer?
        19  CI: Yeah.
        20  UNK: (UI)
        21  CH: Tell him the wires a little fucked up but it's cherry. It bumps eh.
        22  CI: How do they work? You plug it into the MP?
        23  CH: Yeah, you put the MP thru one wire and then you have to put batteries,
        24  it'll tell you batteries in it.
        25  CI: And then (Voices overlapping)
00013:01  CH: (UI) it's not a base booster, this fucker like an EQ with extra bass sound,
        02  it tremble. (UI) its like being in a ranfla.
        03  CI: Yeah.(UI)
        04  UNK: What happened? (UI)
        05  CI: Yeah, he's going to give you an equalizer.
        06  UNK: What. (UI)
        07  CI: No, but ah, he's going to get equalizer for free for giving me skina.
        08  CH: Tell him I don't need it (UI)...
        09  CI: I told him you gave me skina the first three weeks I was here...I, I didn't
        10  have nothing, he has a equalizer, he's going to give to you (UI)
        11  CH: And if I get shipped out, those pictures are his.
        12  CI: (Laughs) you need to get your other pictures, the, the some of them of
        13  your family.
        14  UNK: (UI)
        15  CI: Hey (UI) that pictures is nothing compared to last night Lazy, you missed it.
        16  It comes on again Monday he said.
        17  CH: Alright.
        18  CI: You better stay up.
        19  CH: I will.
        20  CI: A la verga. You won't be able to...
        21  UNK: (UI)
        22  CI: You won't be able to stop touching yourself. You wake up with a fucking rug
        23  burn the next day.
```

DISC 31147-31179.Redacted.Transcript of bod rec btwn CHS & C. Herrera(2-27-16 thru 4-28-16).0730_032F

```
         24  UNK: (UI)
         25  CI: (laughs)
  00014:01  UNK: As soon as I call you guys, it go live and then, it should start in like
(UI)
         02  for like two minutes before they started fucking.
         03  CI: I know eh. I'm not lying to you, he called me it, it was only two minutes,
         04  they started fucking and then they'll go to another couple, they'll take a, and
         05  within another two minutes they'll start fucking.
         06  UNK: (UI).
         07  CI: It was.
         08  UNK: I haven't seen nothing like that in a long time.
         09  CI: He said he hasn't seen nothing like that. don't get channel 28 at the cells?
They.
         10  UNK: (UI)
         11  CI: Huh?
         12  UNK: (Voices overlap)...came out all (UI). (UI) they
         13  CI: I know but they could get it in the south too, (UI).
         14  UNK: Yeah, but I'm saying the channel just came up on Thursday.
         15  CI: Oh, they, probably don't know about it huh?
         16  UNK: (UI)
         17  CI: Hey, what's the name of channel?
         18  UNK: Cinemax.
         19  CI: Well Cinemax is usually just a movie channel. That was a fucking, I guess
         20  it was a movie but...
         21  UNK:  (UI)Come on now, that ain't no movie.
         22  CI:  It wasn't a movie, was. (UI) (laughs)
         23  UNK: (UI)
         24  CI: Yeah it was. That was a swinger's movie (laughs).
         25  UNK: (UI)
  00015:01  CI: Fuck
         02  UNK: (UI)
         03  CI: Yeah and that Chinese chick, the one that looked Asian, but the redhead was
         04  best of all of them.
         05  UNK: I like the, I like her ah, (UI)..
         06  CI: I bet you no one is working out today.
         07  UNK: (UI)
         08  CI: Laughs. Hey (UI) a la verga (UI)...(laughing).
         09  UNK: (UI).
         10  CI: Laughs.
         11  UNK: Laughing.
         12  CI: A la verga.
         13  UNK: Hey, (UI) till the jura gets it.
         14  CI: (UI) he couldn't see it, I turned the TV this way.
         15  UNK: (UI)
         16  CI: I turn, I turned the TV this way. That way I look out from
         17  my window and you couldn't see the picture.
         18  UNK: (UI)
         19  CI: That way, you couldn't hear it, you can't hear too much
         20  moaning, he walks by. A la verga. Yeah.
         21  UNK: (UI)
         22  CI: Alright, Bueno, Jessie.
         23  UNK: (UI)
         24  CI: Alright Buenos dias. Lazy?
         25  CH: Yeah.
```

DISC 31147-31179.Redacted.Transcript of bod rec btwn CHS & C. Herrera(2-27-16 thru 4-28-16).0730_032F

```
00016:01  CI: Lazy.
      02  CH: Huh?
      03  CI: Yeah, you missed it man.
      04  CH: (UI)
      05  CI: What's up?
      06  UNK: Ask him, ask him...
      07  CH: Huh.
      08  UNK: What's up with the fucking stallion.
      09  CI: What, did you see that, that centerfold Lazy.
      10  CH: Yeah, simon I love how she (UI).
      11  CI: Voices overlapping, laughing. He says he's done with it. Laughs.
      12  UNK: (UI) .
      13  CI: Hey.
      14  UNK: (UI).
      15  CI: Yup.
      16  UNK: (UI)
      17  CI: 20 years old.
      18  UNK: Huh.
      19  CI: 20 years old...(UI) He's going to put her on layaway.
      20  UNK: Laughs.
      21  CI: Laughs.
      22  UNK: (UI)
      23  CI: What, what's up Lazy.
      24  CH: What happened?
      25  CI: Nothing, he was saying that, that's his centerfold. He said,
00017:01  what he say about the centerfold?
      02  CH: (UI) soup huh?
      03  CI: (UI) did you already eat those three?
      04  CH: Huh?
      05  CI: Did you already eat those three?
      06  CH: Yeah.
      07  CI: Alright ah, were just going to have to use that envelope, that, and open it
      08  one at a time I guess.
      09  CH: Alright.
      10  CI: Open it one at a time and chew them. And then...
      11  CH: (UI) get it like that one at a time.
      12  CI: Alright. Yeah, that, that dude needs to stay at his door a long time trying
      13  to get a soup instead of just opening and put on a fucking and, and thing you
      14  want one now or what.
      15  CH: (UI) the one who use to live in here.
      16  CI: Yeah.
      17  CH: (UI)
      18  CI: Yeah that's what he said.
      19  CH: (UI) just got to do, do a little bit at a time though (UI) huh.
      20  CI: Yeah.
      21  CH: Dishing a whole soup like that (UI) if you don't crush it (UI).
      22  CI: Yup, if you crush it right, well it go under your door?
      23  CH: Yeah it overrides it.
      24  CI: And let the air out huh?
      25  CH: Yeah. No, you gotta do it in an envelope.
00018:01  CI: Oh, right, right. Yeah, yeah, I'll put it in a env-.
      02  CH: (UI) just do half like, pour a little bit in a, that the dispenser over there
      03  then I'll send it back, pour a little bit more and bring it back, like that, no.
      04  CI: Yeah.
```

DISC 31147-31179.Redacted.Transcript of bod rec btwn CHS & C. Herrera(2-27-16 thru 4-28-16).0730_032F

```
         05  CH: It' a viaje eh. I can't wait. fucking, even if they took off
         06  that (UI) from over there.
         07  CI: Hey what phone, what phone conversations will I have to worry about?
         08  CH: I don't know what (UI) to say, (UI) the hell what you were talking about out
         09  there but.
         10  CI: Oh, when they were calling?
         11  CH: I'm telling you vatos out there were setting people up, that's what I've been
         12  hearing. That's what the rollos in here, no, but we been hearing about all these
         13  cases and shit.I've been getting like, see, you haven't been able to rap to
         14  or see what we were seeing over here. Man, you weren't
         15  able to rap to, when everybody got hemmed up in the county.
         16  CI: What were you seeing?
         17  CH: They were just saying that, that the feds had pulled everybody out of the
         18  county that, more or less, we were, well Shadow was telling me more or less who
         19  he thinks would fold and who was out and all the drama, no like, what they found,
         20  what they didn't find. All, also (UI) they didn't find nothing. They haven't
         21  found any guns. They haven't found dope. The only cases they have are dope (UI)
         22  to pull. And he, his guilty just by affiliation like we are, know what I mean?
         23  That fucker's not like ah, that's just some youngster they went and hemmed up eh.
         24  CI: I never, has he ever met, have I ever met him?
         25  CH: Yeah, that (UI) see that's their fault tho because.
   00019:01  CI: Have I met him?
         02  CH: No, no. No, I don't even know him. He's a, he's a Sanjo that slangs hard,
         03  well not all crazy, but he sews up 'spafia no?
         04  CI: And whose name does he mention? Is he Camarada?
         05  CH: Yeah. He seems like a Camarada that (UI).
         06  CI: (UI).
         07  CH: So far (UI) like everybody I got hemmed up no?
         08  CI: Yeah.
         09  CH: They haven't found no guns, they haven't found no guns. The only, that's
         10  why when they ran... (voices overlap)
         11  CI: Are you, are you positive they didn't find no guns?
         12  CH: Yeah. I'm not positive, positive but the rollo that we've been hearing,
         13  we haven't heard of anything like that. And then the, the supposed 36 sweep
         14  that they did and the roundup that Boo Boo told me in Cruces, that they rounded
         15  up 3 vatos in Denver or in Colorado somewhere, like, I don't even know who the
         16  fuck was over there. He mentioned some names that I didn't know who the fuck they
     were.
   00020:01  CI: Who's Guero?
         02  CH: Those were two vatos right there.
         03  CI: Who's Guero?
         04  CH: I don't know that guy.
         05  CI: Or Weasel? Who's Weasel?
         06  CH: I don't know. What Weasel. I don't know. That's just the vato that they
         07  were telling my mom, this is the crazy part.This is where my mom snapped because
         08  they were, they were mentioning my brother Roy. They were saying, yeah, were
         09  good friends of Roy. Roy's been dead for nine, since '98. My brother Roy, no,
         10  that, that fucker's been dead and he was never in the mix. He was but it's
         11  like no one hardly knew him no? So for them fuckers to mention his name she
         12  snapped, she snapped right away.That, see and that's why they were telling
         13  her how come you said you were retired. My mom says, what, but what does
         14  that mean? Doesn't mean nothing. (UI) fucking barking it.
         15  CI: Who did she tell that to?
         16  CH: But they recorded, they were recording. When they called the
```

DISC 31147-31179.Redacted.Transcript of bod rec btwn CHS & C. Herrera(2-27-16 thru 4-28-16).0730_032F

```
         17  Score, my mom said I don't have nothing, no mijo, I'm retired.
         18  I don't do that no more. Yeah ya estubo no? Ya acabe. That's the rollo they
         19  have on a (UI). I guess on a recording.
         20  CI: Well she did good.
         21  CH: That doesn't mean nothing though.
         22  CI: Shit I know.
         23  CH: (UI) that shows that she's not doing nothing.
         24  CI: Yup,
         25  CH: And they got mad so what did they do next? They raided her four days,
00021:01  about five days later. They raided thru, with a federal search warrant. The
      02  search warrant they were reading over the phone, they were, my ruca was
      03  reading it, no. She was saying that there looking for, the main thing that
      04  they kept on asking for was Suboxone. That we, that, that she was assisting
      05  me getting Suboxone in the facility. They went and looked
      06  for everything that, that, like something that, that has to do with like
      07  fucking tampering with the postal service. They didn't find nothing
      08  CI: Yeah that's
      09  CH: They didn't find no Suboxone, they, and I'm lucky because I have 20 there
      10  but I got rid of them eh.
      11  CI: Twenty where? You had them?
      12  CH: Yes, I had twenty strips there like a dummy eh. Just saving them.
      13  CI: In your cell?
      14  CH: No, no at the pad.
      15  CI: Oh.
      16  CH: I had twenty strips there just fucking, had my sister saving them like a
      17  fucking idiot, no.
      18  CI: How, (Voices overlap). How
      29  CI: I wonder.
00022:01  CH: They have all those fucking phone conversations supposedly that they
      02  have and that they would see that they were making listas. Listas the
      03  experts because they use to go (UI) me. My mom's boyfriend, they had a
      04  bunch of land. They use to harvest chive no? For that, to show that how
      05  income comes in. And all of that matched up perfectly.See they did act
      06  like that they're deallng with a bunch of fucking fish, eh, like, we already
      07  knew how they work. Nothing that, we never even that, what, never even had
      08  anything under our name and if you, you can't prove that you're able to
      09  show a purchase that you paid for these. People get busted because Chris
      10  and them are over there buying pads and cars and don't even have a jale,
      11  riding up to the, to the parole office in a brand new car bumping and don't
      12  even have a jale. Times have changed.  It's not like before now. The fucking,
      13  the, the STG, that from in here works with them fuckers out there you already
      14   know. But I mean it's gotten worse. Now you have a US Marshall involved with
      15  the FBI, sweeping all the Burque. Shadow told me that they were fucking hitting
      16  everybody, hey.
      17  CI: Which Shadow?
      18  CH: Little Shadow.
      19  CI: Oh.
      20  CH: I don't rap to big Shadow. That fucker's a creep, a real weirdo eh.
      21  Little Shadow, no?
      22  CI: Have you heard anything where they're holding Billy? About what? Have
      23  you ever heard, have you ever heard anything where, where Big Billy's at.
      24  CH: No.
      25  CI: I wonder what's up with that fool.
00023:01  CH: I don't know. I don't know, eh, but that, that, I'm saying fuck, what
```

DISC 31147-31179.Redacted.Transcript of bod rec btwn CHS & C. Herrera(2-27-16 thru 4-28-16).0730_032R

```
02  just like that bro that, it's just what other people say too, you know what
03  I mean. Somebody too like Garduno and them were matching your name and
04  writing a labrada, that's another thing.
05  CI: Everybody's mentioning my name.
06  CH: But it, it, that don't prove nothing. He could write or whatever.
07  CI: And, and the Feds, that's all they, and the Feds, that's all they need
08  is the dude to say yeah, he is the whatever.
09  CH: But you'll gettime, were all going to get time man, what's the point.
10  They have to prove that, that, that there was a recording saying that (UI)
11  who killed this vato or, or somebody (UI) is that I hit a murder saying
12  that well this person's saying to do this. That's, that, that, that's,
13  that's where their looking for.They don't have nothing.
14  CI: Well they have all them vatos that were charged with, each one of them
15  viajes is that they induce this.
16  CH: Another thing too, yes we could attack too because them vatos are all
17  on meds. They (UI) see that other thing too is because of the, the corrections
18  department with law enforcement went and charged people on fucking crimes
19  supposedly happened in the facility. They're kind of blaming this one group
20  for every crime that's happened in the facility. And then, and then their
21  trying to...
22  CI: No, their, their, their accusing different people for each one but they're
23   having a leadership that they threw into all that.
24  CH: Their, they've been here supposedly since 2007.
25  CI: Who?
```
```
00024:01  CH: Federal Investigations, but they, they been taking the time with it,
02  that supposedly they were seeing
03  CI: I don't think so because I got out in 2011.I would have never got out.
04  CH: But no, but no, no, not, not that. What I'm saying is ah, the investigations
05  started when STG and them started working with, with Denver and California
06  to help them train their facilities, remember? Like when they did that
07  sweep over there in Hobbs, taking pictures ah, just keeping up their, their
08  program, you know what I mean. I don't know.
09  CI: How does, fucking Billy knows so, little Billy know so much?
10  Did they plug him in?
11  CH: Yeah, because they know too.
12  CI: Did.
13  CH: They asked you.
14  CI: Did he say they were asking about me?
15  CH: Supposedly they were telling everybody. Now's your chance to work with us
16  but know, we're coming.
17  CI: Did he say anything about them asking about me?
18  CH: No, I haven't heard (UI), the only time I heard your name is when I told
19  you this, when they pulled us out there in Cruces, because that viejo locked
20  me up, that was a personal thing, they didn't even have nothing to do with
21  nada, fucker goes and gets (UI) and I (UI) wanted to charge someone, for a
22  hit.  You know what I mean.
23  CI: Yeah:
24  CH: That little youngster, that's another thing, he doesn't know nada if
25  he was to say anything, he doesn't know nothing.  I'm not that stupid bro...
```
```
00025:01  I ain't going to trust that (UI) vato eh.
02  CI: He could say, that little fucker could say who, who he was rapping to.
03  CH: He could say who he was rapping to or whatever but he doesn't know much.
04  He doesn't really, know nothing.  Not only that, the paisa he isn't that
05  stupid, you know. But (UI) but then they look down and if you're down...
```

DISC 31147-31179.Redacted.Transcript of bod rec btwn CHS & C. Herrera(2-27-16 thru 4-28-16).0730_032F

```
06  CI: Huh.
07  CH: But that's another thing I can't, I can't say that he's firme, a
08  solid vato, what, what I know he looks firme ntil something is wrong,
09  you know what I mean? They all look firme then they're not. But that's
10  the only time, was because when STG came that they were saying that there
11  was, that they knew about it but that they were pissed.  Supposedly they
12  were mad because Marcantel went and told to lift it, let everybody out.
13  STG I guess was going against them.
14  CI: Even though there's, even though there was papers on vatos and
15  everything, let them out.
16  CH: Yeah. So I guess, I guess they were fucking pissed because they
17  said that (UI) that they knew there was tension between you and him
18  over a ruca. That he fucked up because some pedo like that, no, over
19  a chick. That's the rollo they were seeing.
20  CI: That was already over. It was Barelas against whoever they
21  thought was, was my friend.
22  CH: Then after that, ah, that's when, when they brought your ass.
23  That's when I had heard they arrested you. But that was like a couple
24  of months later though.It wasn't right away. So I kind of figured, I
25  said, yeah, they probably fucking got him on the RICO, trying to say
00026:01  that. That's what I was thinking, was me, Alex, and us no? Juanita and
02  shit. That's the only one I rap to. On, on that time, level (UI).
03  CI: Yeah.
04  CH: (UI) that did these feds or whatever but as of right now, I just
05  keep you with the vatos doing whatever.So they have nothing to lose
06  and if they were to scare 'em, they won't say fuck because they don't
07  have nada. The ones that I would watch more are the ones that are
08  going home bro.
09  CI: That shit when they hit me up on that, on the vehicle, I didn't
10  know, none of the names there, especially that, I was trying to think
11  about who that little fucker was. Who was he and I'm like, shit I don't
12  know that fucker, right. I wasn't even rapping to no one in Cruces, you
13  know what I mean. I said how the fuck you tie me to that.
14  CH: They'll have to prove all that shit.
15  CI: Huh?
16  CH: They have to prove all that shit. But the only thing...
17  CI: Yeah, but he was the one creating the tension by fucking campaigning.
18  CH: Yeah.
19  CI: You know what I mean. So, but what do you expect, it's going to happen
20  if he's, he's there campaigning against Duzer, my friends. What, what the
21  fuck. They tried to make it like if, I don't know. I was trying to wonder,
22  I know, I was trying to wonder who is that little youngster, who is he.
23  Who is he? I have to know him but.
24  CH: See and then after we had got word from.
25  CI: I thought it was Shaman, to be honest because they have, they have
00027:01  the same name on, on his AKA, on that youngster it, it says Chitman or
02  something.
03  CH: See, if they would have come sooner, a long time ago, maybe they
04  would have had a bigger Case. But it was already kind of already,
05  everybody was gone. I mean a lot majority passed on. A lot fucking,
06  disappeared and a lot went to the program. So it was already time,
07  huh. The ones that they went to those systems, that they fucking
08  ran and brought them (UI) programs. They brought Billy, they brought
09  Wino from there, Cyclone. The only one is TROUP. TROUP went home. T
```

DISC 31147-31179.Redacted.Transcript of bod rec btwn CHS & C. Herrera(2-27-16 thru 4-28-16).0730_032E

```
        10  hey arrest him out there.
        11  CI: Troops of my indictment.
        12  CH: Yeah I know, They got a rental out there ah, (UI) you know.
        13  But the other ones are (UI), shit it's not good because Javier no,
        14  (UI) they were scaring him but I, I, that's what I was telling them,
        15  I don't even want to rap to that vato. Don't even have to rap to
        16  CI: To, to who?
        17  CH: To set you a warrant.
        18  CI: To who?
        19  CH: Blue.
        20  CI: Oh, don't rap to Blue.
        21  CH: I told Blue because he's from Silver City. That Reds from
        22  Silver City, that (UI).
        23  CI: You, you told Blue not to rap to who?
        24  CH: To Red.
        25  CI: Who?
00028:01  CH: Because they were trying to get Red to
        02  CI: Oh Red, Red, Red.
        03  CH: ...you know.
        04  CI: What?
        05  CH: They were trying to get Red to recant his statment.
        06  CI: Oh yea.  What was, what was his statement to, who was he implying
        07  on the statement? Who was he?
        08  CH: He was saying that, that he...
        09  CI: Was he...
        10  CH: He was saying (UI) statement that I read. (UI) he just said that
        11  he heard commotion and people running up the stairs. He doesn't say who.
        12  Then they jammed him because Blue was all hurt...says what the fuck he.
        13  CI: That's what makes me thing that cameras not working if he was in the room,
        14  you know what I mean?
        15  CH: No, they were bro.  They were working.
        16  CI: So, they know he's lying.
        17  CH: He knows. There was fucking cameras over there.
        18  CI: So they know he's lying then?
        19  CH: Yeah. And that's why they said on the cameras see we never seen the thing
        20  like that because all that never came out, no? But we know because they were
        21  saying that something that they over observed something, someone handing
        22  somebody something in the shower.
        23  CI: Who was in the shower?
        24  CH: Ah, Blue was. Blue was in the shower. They're trying to say that Creeper
        25  handing him something.  And then...
00029:01  CI: Well if Creeper, if Creeper (voices overlap)...if Creeper's
        02  cooperating then...
        03  CH: They found a weapon that supposedly that was in the pipe chase and they're
        04  using that one as a murder weapon and that fucker's been in there for ages, all
rusted.
        05  CI: That was, they only found, they said there was only one murder weapon.
        06  CH: Well there's a few supposedly.
        07  CI: Did they find anything in the shower?
        08  CH: Yeah, they, it's all fucked up. That, that, there was a big old mess.
        09  Not only that, they fucked up too (UI) I, I've seen it. They, they were
        10  fucking up.  Even on the, even when medical walked in. Because medical was
        11  walking over that (UI).  I seen (UI)...
        12  CI:  Where, where were they going, when they walking over him?
```

DISC 31147-31179.Redacted.Transcript of bod rec btwn CHS & C. Herrera(2-27-16 thru 4-28-16).0730_032R

13 CH: They didn't knonw who was on (UI), they didn't know like, they were
14 fucking stupid.  They were fucking, like running and like didn't know (UI)
15 they talked to that, the person that was laying on the floor was just injured,
16 so that, that, that's going to make them look chafa because that shows that,
17 it's medicals fucken issues eh.
18 CI: Where did he get stuck, in the heart?
19 CH: On his chest.  Right on his chest or pansa.
20 CI: They just walked right over him? (laughs.)
21 CH: That why STG is mad because now that they filed a lawsuit.
22 They were saying that, the STG I guess was saying that they do that, that they,
23 (UI) used it.
24 CI: Well, if them papers were, them papers were how old?
25 CH: It's a long timne.
00030:01 CI: They're going to get some money too. That's what happened with old school.
02 CI: (UI) that'w why I'm staying at it. Their dicks, now their must making up
03 all kinds of lies.
04 CI: They should be be pissed at Marcantel, not at the system when they knew
05 that it was going to happen.  Wonder why if they knew it was going to happen,
06 why they trying to blame people now. They need to blame themselves. They put
07 paper, they put dudes with papers, the known papers from a long time ago,
08 it's everybody knows about and then they wonder why they try to point the
09 finger, try to figure why it happens when shit like that's been happening
10 since before...
11 CH: Yeah, but I'm just saying to is, you're an hombre, it's the
12 viejos nombre here, eh and the only thing, that those (UI) favor is that,
13 trying to say that with that Julian, with that Julian and the ruca...that's
14 that's the (UI) whatever out there, no?  Those fuckers out there were
15 setting people up, supposedly check this out. I, I haven't seen nothing (UI)
16 but es quie, it's fucking big, the on that Conrad Salazar had.  That I guess,
17 what I heard, that Clifford, Huero and that fucker is wearing wires man. You
18 know who was too fucking, who set up a bunch of people.
19 CI: Who?
20 CH: Little Pink Mama.
21 CI: Pink Mama?
22 CH: Yeah, that fuck, what's his name. Ah ...
23 CI: Where's he at?
24 CH: Shit, that  fucker  was setting up people  and you know what
25 the fucked up thing? The vatos on the street (UI)...and  that fucker
00031:01 recorded everybody.
02 CI: Pink Mama?
03 CH: Yeah. That fucker said was, and that's the main one. That's the one that
04 ratted on Conrad and all them with that pedo over there. Then they have Archie
... 
05 CI: I rap, hey I talked to Pink Mama a couple of times.
06 CH: Then they got Archie I guess, because Archie was calling fucking Joker on
07 the streets. There's transcripts dog.
08 CI: What Joker?
09 CH: Baby Joker? The one from Silver City, the one that, what's his name,
10 the ones they got in a shootout or something. Well anyway
11 CI: I don't know that one.
12 CH: Archie calls from here and was telling him about his son because they
13 killed his son I guess. He was saying what the fuck, who did it?
14 CI: Was he the Carnal?
15 CH: (UI)

DISC 31147-31179.Redacted.Transcript of bod rec btwn CHS & C. Herrera(2-27-16 thru 4-28-16).0730_032R

```
         16  CI: Who was he blaming?
         17  CH: Huh.
         18  CI: Who was he blaming for that?
         19  CH: He didn't know.
         20  CI: Oh.
         21  CH: Joker, Joker was saying that, what's his name did it.
         22  CI: Who?
         23  CH: Ah, I dunno what's his name is eh.
         24  CI: Is he a homie?
         25  CH: Yeah. What's his name, fucking um.
00032:01  CI: Do I know him?
         02  CH: You know ah, he was in the feds eh. he was some fucker from the feds eh.
         03  He's from Silver City too. That (UI) Archie's homie. They do that and shit, no.
         04  CI: Did they get him for it?
         05  CH: Well that's why they were giving Archie carrilla, they fucking, they were
         06  Joker they both (UI) es que no. Baby Joker disappeared, I think they hemmed
         07  him up too, and the other one. The fucker (UI) I think he's on that indictment.
         08  Fuck eh.
         09  CI: Has he been around awhile?
         10  CH: Remember that fucker ah, you probably won't remember.
         11  CI: What?
         12  CH: No, that fuck, not, it's not Choo Choo, it's ah...
         13  CI: Chulo?
         14  CH: No. It's Chuco, not Chuco.
         15  CI: Chico?
         16  CH: Not Chico. (Laughing) It is Chudo, Little Chudo.
         17  CI: Little Chudo?
         18  CH: I think. Hey he's the one that's from Silver City. I don't know,
         19  I can't remember but.
         20  CI: I don't know, I don't know that dude.
         21  CH: (Voices overlap) all kinds of transcripts though. Again that's why (voices
   overlap).
         22  CI: And who's, who's getting these transcripts, whose, whose case are they on.
         23  CH: No, they were phone conversations. They have, I mean, stacks bro, that
         24  I have, I've just heard about it. Billy told me about it and I just heard,
         25  we were in Cruces nuh. That supposedly there's a bunch of shit, hey, I mean
00033:01  stacks and stacks of fucking wiretapping and phone conversations from the
         02  pinta on the street and supposedly Pink Mama was out there running
         03  around still setting people up wearing wires.
         04  CI: He, he, he, I talked to him a couple of times trying to get some subs no?
         05  And ah, that's the time (voices overlap) when him, him and Garduni called
         06  me one time. Garduno, and told me that (voice overlap)...
         07  CH: (UI) the jura whatever. I (UI) knew nothing.
         08  CI: Well, Garduno called me and told me he pulled out a cuete on them that
         09  he tried to rob them huh?
         10  CH: Yeah I know, him and Jake.
         11  CI: Him and who?
         12  CH: Jake.
         13  CI: Well Jake said that he was there just for them to both talk, to get them
         14  to talk to, to squash that shit no, cause (voices overlap).
         15  CH: I'm going to tell you to stay up.
         16  CI: Huh?
         17  CH: Fucker, that fucker was (UI) he's giving skina to that fucking viejo...
         18  CI: Who?
```

DISC 31147-31179.Redacted.Transcript of bod rec btwn CHS & C. Herrera(2-27-16 thru 4-28-16).0730_032R

```
         19  CH: Jake did.
         20  CI: Jake?
         21  CH: Yeah.
         22  CI: Giving skina to the viejo.
         23  CH: Straight up, that fucker's from Barelas.
         24  CI: Yeah, but he wasn't, he, he was one of those that was about what was
         25  right and what was wrong. Even that, when I was with him in the County
00034:01  Jail he wasn't picking sides he was pissed off that there were sides he
         02  said, all this sides and all that, that, that's gacho he turned on Billy
         03  on his own just because of the way Billy was approaching him, no.
         04  CH: I have to think that, that the only way to show it was (UI). I don't
         05  trust him, man, just for, from, because they were (UI) working apart to, right.
         06  CI: Hey..
         07  CH: (UI) playing the part too, they're not stupid. That fucker was telling
         08  me just to get a report. They're not dumb, dumb. Esque Squeak just came back too.
         09  CI: Squeak, Squeak.
         10  CH: That's another one that was in Denver.
         11  CI: I wonder where's Pink, Pink Mama ain't on the streets, no?
         12  CH: Yeah, he's still on the street.
         13  CI: Garduno say he got busted with a cuete.
         14  CH: Garduno's burnt eh.Nah man, he made..
         15  CI: What, what, what Jake, what Jake said when they did that with Garduno,
         16  he said he was upset with Garduno because of the way he took off, when, when ah..
         17  CH: Yeah, Garduno told me carnal. My ruca went and rapped to him, she came
         18  and told me that fucker, that supposedly they run a full snag. Because you,
         19  your (UI) esquina too, no.They (UI) it. I guess, fucker was with this
         20  ruca right? The ruca is the one that told me, look, look (UI)...
         21  CI: Yeah.
         22  CH: And he looked in the rear view mirror and seen him. They go, were creeping
         23  on both sides behind him. Why would Jake go to one side? And, and the other
         24  one go to the other side.
         25  CI: Yeah, I asked him, dude, are you sure you seen a gun. Are you sure?
00035:01  And he said, yeah, no.
         02  CH: Yeah, they both went from both sides eh.
         03  CI: Because I called Pink Mama and said hey, that dude's my little buddie.
         04  You need to leave him alone, if you're going to rob someone, rob somebody,
         05  somebody that, you know, somebody that, at least to one of our enemies or
         06  something.You know what I mean.
         07  CH: (Voices overlap)
         08  CI: Not, and Jake said, Jake said, is that what he told you. Fuck no. That
         09  vato's chafa, he said he took off running like a fucking bitch. He said I was
         10  there to make him talk, to squash that shit. That's the story he gave me, no.
         11  CH: What I heard.
         12  CI: He got mad at me.
         13  CH: Fucking yeah. He's a rat. That, that's one of the main rats right there.
         14  CI: Jake?
         15  CH: No.
         16  CI: Oh.
         17  CH: Mama.
         18  CI: No, I'm talking about Jake. I, I wasn't talking to Little Mama about what
         19  was up, Jake was acting like he's a mediator you know.
         20  CH: Yeah. I don't know, but I just, but the only thing I didn't understand I,
         21  he ain't just going to say something like that because he trusted Jake eh.
         22  CI: Garduni's not all there but he's, it's hard, hard for him to push it
```
Page 16

DISC 31147-31179.Redacted.Transcript of bod rec btwn CHS & C. Herrera(2-27-16 thru 4-28-16).0730_032F

```
        23  together. He's one of those that you have to tell him what's up.
        24  CH: Yeah I know. Spanky was out there with him. Spanky told me, no, he's cool
        25  eh, no. Hold on. (Pause)
00036:01  CI: Hold on. Coming in. (Pause). You taking someone to the visit. Ah.
        02  Huh, their taking someone to the visit.
        03  CH: What you need to do seriously.
        04  CI: Huh?
        05  CH: Get with your lawyer, then have him get at those fucking transcripts
        06  for fucking Conrad's case for Cruces with Clifford and all them.
        07  CI: Conrad?
        08  CH: (UI) they burned down that business, no.
        09  CI: Ah huh.
        10  CH: When they burned down the business...
        11  CH: Okay.
        12  CI: Alright. Because all those transcripts are in there and ask him too,
        13  about all, that's why they were mad at Archie too, but (UI).
        14  CH: Transcripts from what, the-his case?
        15  CI: Yeah. Because Pink Mama and all those transcripts and phone conversations
        16  will put all that puzzle together (UI).
        17  CI: Well I wasn't, I wasn't rapping to any of them. never rap to Conrad.
        18  I never, I'm the one that hold of Pink Mama, I think, trying to holler to
        19  Garduno, to see what kind of skina I could get.
        20  CH: Yeah, but I've never talked to him.
        21  CI: Oh, I know.I'm just saying ah, I, I tried to think back to who was the
        22  one calling me and saying that it was me calling them, you know.
        23  CH: Yeah, (voices overlap).They were showing that movie over here, that (voices
 overlap)...
        24  CI: Qu'vo. There's the five star thing, get one.
        25  CH: What's that (UI).
00037:01  CI: Yeah, get it.
        02  UNK: Five star?(Voices in background).
        03  End of Transcription.
        04  .
        05  .
        06  .
```