Transcript
Federal Bureau of Investigation
Albuquerque Field Division


Case number                 245U-AQ-6239655; 1D86,
                            0730_035


Date of recording


Participants                CHS███████ = CHS
                            Carlos Herrera = Herrera
                            Jesse = Jesse
                            Unidentified Male = UM
                            Unidentified Male 2 = UM2


Transcribed by              Alexandra Ramirez


Date transcribed            11/7/17


Notations                   Unintelligible = UI


**The following transcript has been compared to the audio recording from which it was made, and to the best of my ability, the transcript is a true, complete, and accurate record of the recording.** __SA N. Stemo_____

1

| CHS | It-it was so different. Different couples go into the room and bone it. You missed it. You're uh, you're on your *pansa*. |
| Herrera | It's that show tonight. |
| CHS | I doubt it. |
| Herrera | Huh? |
| CHS | He didn't even-he didn't say nothing about, last night. He said Monday. So, I don't know. Something good is coming out Monday. I haven't heard nobody all day today [laughs] they st-[chuckles] everybody's staying up watching them movies. Shit man. |
| Herrera | No. UI probably dude UI uh, |
| CHS | We didn't UI [yawns] |
| Herrera | Huh? |
| CHS | We need to get that stinger again. |
| Herrera | Gonna have to ay. Fuck. That fuckin waters, fuckin not working. |
| CHS | That way we could make a soup. |
| Herrera | But ask him too for the phone in the morning. |
| CHS | You do? |
| Herrera | Or the night. |
| CHS | When do you want it? |
| Herrera | Whenever there's an opening. |
| CHS | You like it in the morning? |
| Herrera | Yeah. |
| CHS | You could get it first thing in the morning. You keep it till fuckin, till whenever. |
| Herrera | Usually no one gets it in the morning? |
| CHS | Only like, only on Saturday. That dude, that one dude likes it on Saturday. Um. Sometimes my neighbor gets it in the morning. |
| Herrera | Yeah. |
| CHS | Yup. [yawns] |
| Herrera | Then that fuckin razor is not worth a fuck bro. |
| CHS | Fuck. I'm gonna start try-I'm gonna start shaving my head I guess. Ugh. |

2

| Herrera | Huh? |
|---------|------|
| CHS | I need to get the clippers. |
| Herrera | Oh they let you use the clipper? |
| CHS | Yeah. |
| Herrera | I'm gonna have to, shave my head like that because this other way, forget it ay. |
| CHS | Your head's already shaved ain't it? |
| Herrera | Huh? |
| CHS | Your head's already shaved. |
| Herrera | Yeah but I'm saying uh, these fuckin razors won't shave my head and my face. |
| CHS | What razors? |
| Herrera | The one that didn't work? |
| CHS | The orange ones? |
| Herrera | Yeah. |
| CHS | What did you use to shave your head with then? |
| Herrera | Over there. They sell us razors. They're-they're not- |
| CHS | (overlap) No uh, but your head's always been shaved from when I was here last time. |
| Herrera | But they-they have those other razors. These ones fuckin suck. |
| CHS | They've always had these orange ones. |
| Herrera | Not these kind. |
| CHS | [laughs] |
| Herrera | They don't sell razors to, o-people over here huh? |
| CHS | I haven't heard at all buy no razors here always getting the razors from the wall over there, and then keeping it. And then, been saying nothing. Member they'd be only be seen razor and be shaking down everybody? |
| Herrera | Yeah. |
| CHS | Yup. Yup. Fuck. |
| Herrera | Then a catalog. |
| CHS | [yawns] |
| Herrera | Order from the catalog. |
| CHS | Huh? |

GOVERNMENT EXHIBIT 217  **U.S. v. DELEON, ET Al.   32193**

| | |
|---|---|
| Herrera | Like the shit you could order. |
| CHS | Uhhh. You prolly [phonetic] have to ask uh, Quiggley. See if he comes by tomorrow. |
| Herrera | You don't have visiting forms? |
| CHS | He'll give you one too if he has it in his folder when he comes up he has em in his folder. |
| Herrera | But then that's when he takes em off *que no*? |
| CHS | He could prolly fill it out. Oh I guess she send it to your visitor you don't need to fill it out. |
| Herrera | Huh? |
| CHS | You don't need to fill it out. She fills, your visitor fills it out. |
| Herrera | What do you mean? |
| CHS | You send it to her blank what do-what are you wanting an application or what? |
| Herrera | No like you know how you extend your visit? |
| CHS | Oh yeah-yeah-yeah. |
| Herrera | The forms? |
| CHS | Shit I don't know nothin about that I've-[chuckles] yeah. |
| Herrera | Somebody has a form in here. They don't have em on the wall or any of that? |
| CHS | Probably on that wall. |
| Herrera | *UI.* |
| CHS | Ask c- when the C.O. comes in ask him if there's a visiting form on that wall. |
| Herrera | I was just gonna cross out that level five put north. Tell em that's all I had ay. Fuckin you never got me a form. |
| CHS | Jesse! Jesse! |
| Herrera | You have to schedule it a week in advanced huh? |
| Jesse | Hey! |
| CHS | You have a visiting form? |
| Jesse | Uhhh…. |
| Herrera | Or a catalog? Of what we could order. |
| Jesse | UI |

4

| | |
|---|---|
| CHS | Do you have a catalog of what we could order? |
| Jesse | (stutters) Ok now what are you looking for? |
| CHS | A visiting form and a catalog or Lazy's looking for one. |
| Jesse | A visitation form? |
| CHS | Yeah. |
| Jesse | No I don't know I don't have no visitation form. |
| CHS | When do you, when do they, when does Quiggley pick those up? |
| Jesse | Whenever he comes by. |
| CHS | Whenever he comes by. I never-I've never s-hear him asking for visiting forms. |
| Jesse | He asks for em all the time. |
| CHS | Oh yeah. How about a, catalog? Do you have a catalog, to order? What are you trying to order Lazy? |
| Herrera | Like a shirt and shit. |
| CHS | What are you trying to order? |
| Herrera | We could order cell twenties? |
| CHS | Can we order C-L twenties over here? |
| Jesse | Yes! |
| CHS | See. Yes over there where you-they let em order C-L twenties. |
| Jesse | Hold on let me get-let me-let me get all the shit ready fool, and I'll give it to him |
| CHS | Hey do you have a stinger? |
| Jesse | UI? No. |
| CHS | Yeah. Who has it? |
| Jesse | You know who has it! |
| CHS | T, T Loc? |
| Jesse | Yeah. |
| CHS | See I didn't know. I thought it was downstairs. |
| Jesse | T Loc gots it. |
| CHS | Alright. |
| Jesse | UI |
| CHS | Okie dokie. |

5

| Jesse | You-you're not a fuckin fish ay. |
|---|---|
| CHS | I'm a shark? |
| Jesse | You're a fuckin shark. |
| CHS | Are- |
| Jesse | You're a shark in a pod homie. |
| CHS | [laughs] What are them uh, what kind of them sharks that don't have no teeth. [laughs] A nurse- |
| Herrera | (overlap)UI tell him I'm gonna shoot- |
| CHS | (overlap) I'm a fuckin nurse shark. |
| Jesse | You're fu-you're a-you're a fuckin hammerhead. |
| CHS | [laughs] He said I'm a hammerhead shark. |
| Jesse | UI T-Loc UI |
| CHS | That fuckers a fuckin, he's a fuckin sea lion. |
| Jesse | [laughs] |
| CHS | [laughs] No, one of them walruses. |
| Jesse | Daaaam! |
| CHS | He's one of them walruses. |
| Jesse | UI sea lion UI. |
| CHS | Fuck. Is there anymore cura coming on tonight? |
| Jesse | I don't know I guess we'll find out. |
| CHS | How come you said Monday? What's on Monday? |
| Jesse | UI wanted to cry didn't she? |
| CHS | I wonder when that sex UI comes on again? |
| Jesse | Ooh I-didn't you stay up last night? |
| CHS | I-yeah. |
| Jesse | Find it? |
| CHS | Yup. |
| Jesse | It was on last night? |
| CHS | Yup. |
| Jesse | Oh I crashed out last night too. |
| CHS | Oh man! I was knocking nobody answered everybody went to sleep. I said, "ooh *a la verga.*" |
| Jesse | Shh there was choke UI. |
| CHS | I know that's why I've been asleep all day. |

6

GOVERNMENT EXHIBIT 217   **U.S. v. DELEON, ET AL.   32196**

| Jesse | [laughs] |
|-------|----------|
| CHS | Fuck! |
| Jesse | Hey. |
| CHS | Hey. |
| Jesse | What happened? I was there two days ago, and UI all that shit no? |
| CHS | Alright. Alright. Alright *weno*. He said he'll get that catalog ready for you. |
| Herrera | And the visiting OL- |
| Jesse | (overlap) UI fuckin shy ay. |
| CHS | Huh? |
| Jesse | UI shot. |
| CHS | Who? |
| Jesse | You! |
| CHS | Sh-shy about what? |
| Jesse | About UI. |
| CHS | Oh yeah I'll ask him. I thought it was downstairs I didn't feel like- |
| Jesse | UI |
| CHS | Right-right-right-right. |
| Jesse | Yeah. |
| CHS | He said he'll get it ready. So you could order those. Uh. |
| Herrera | I, they didn't let us fuckin have nothing bro. That's what I don't- |
| CHS | (overlap) I wonder if they'll take it from you though if you have it? And- |
| Herrera | (overlap)Huh? |
| CHS | if they take you back, think they'll take you back? Or (stutters) you think you're moving to I don't think you would. |
| Herrera | I don't know bro. I, I don't even know what the fucks going on. All they said is they told her no? |
| CHS | Who? |
| Herrera | Well they didn't say no names. They just said, UI. |
| CHS | Who said that? |
| Herrera | Over there I- but they didn't say names. Y- |

GOVERNMENT EXHIBIT 217   U.S. v. DELEON, ET Al.   32197

| | |
|---|---|
| | you know I mean? It's kind of hard I'm pretty sure Baby G or Juanito or Fernie nuh? |
| CHS | What do you mean when you were coming over here? |
| Herrera | No. This morning. My *rucca* told me. |
| CHS | Oh she talks to them? |
| Herrera | Well she talks to, Baby G's *rucca* no? UI. |
| CHS | Oh yeah yeah. And Baby G's over there with you guys? |
| Herrera | He don't say *nombres* but I have like, you know I be able to code it like firme you know I mean? |
| CHS | Baby G's over there with you guys? |
| Herrera | Yeah. |
| CHS | Is that uh, Roybal's little brother? |
| Herrera | Oh that's, |
| CHS | Greg. That's Greg. |
| Herrera | He's from *Padilla*. |
| CHS | Oh. |
| Herrera | Jonathan Gomez. |
| CHS | Oh. |
| Herrera | That's that little fucker that went to, where was it? Santa-no, Hobbs or somewhere and stuck that dude. |
| CHS | Stuck what dude? |
| Herrera | I don't know some *vato*. |
| CHS | [chuckles] Yeah. |
| Herrera | He's down ay. He's doing a *vida* no? |
| CHS | Yup. |
| Herrera | UI for the, UI to rap to them to even say a *palabra* to, Pup too. |
| CHS | (stutter) Pup's *rucca* talks to em or what? |
| Herrera | Yeah. That's why when I, before I came over here, ch they went and hit up his *rucca* too *es que* UI they're gonna charge her with all kinds of shit. |
| CHS | What *rucca*? |
| Herrera | Pup. |
| CHS | Oh shh that's mandatory. Right there. |

8

| Herrera | (overlap)UI he said he thought too the, I had just found that out no? |
|---------|----------------------------------------------------------------------|
| CHS | I could imagine if- |
| Herrera | (overlap)UI find out- |
| CHS | if they hit, if they hit you and your mom, then imagine (stutters) what they're gonna do to Pup chhh whoever he talks to. |
| Herrera | That's why, I had already said word to them though when they fuckin hit my mom so I told them to UI let my *rucca* know, get rid of everything. All the fuckin pictures, whatever letters he had over there or stitch or whatever the fuck get rid of all that shit out of the house. They were already on it before anything no? But I don't know if, s-she had told me what had happened on the tier this morning but he was telling me, he was over there burning his fuckin biscuit in the fuckin microwave, |
| CHS | Who was rapping in the tier? |
| Herrera | This morning. W-when we came over here, before I came, |
| CHS | Oh yeah. |
| Herrera | I was talking to him on the tier but, when we were throwing *rollo*, he started burning his fucking biscuit. |
| CHS | On what? |
| Herrera | In the microwave. And it started smoking so, |
| CHS | Oh you guys got a microwave over there? |
| Herrera | Yeah. So when he was telling me, that's what I-the way I understood is that, they fuckin read it. The fuckin (stutters) with his wife with, with, his *rucca* and fuckin uh, Pup's mom. With Pup's *rucca* no? |
| CHS | Then how come no one knows where Pup's at? |
| Herrera | Well that's where  he's at he's, |
| CHS | If he's in Dona Ana or that other place that you said. |
| Herrera | Yeah. Well the last I h-I didn't ask him well where he's at but, |

9

GOVERNMENT EXHIBIT 217  **U.S. v. DELEON, ET Al.**   32199

| | |
|---|---|
| CHS | Cause I-I-I thought he was in Dona Ana but, then again that guy could've just, been saying that (stutters) to send the message that way I could send a message back no? |
| Herrera | Yeah. |
| CHS | Or that's the way I don't know. |
| Herrera | Last time he had told me he was in, Chaparral. |
| CHS | Oh those fuckers don't keep you wherever for very long. |
| Herrera | But then I didn't ask him again where (stutters) where he's at and shit. I just sent word no? |
| UM | Hey! |
| Herrera | Just tell him to tell *quovo* and shit like that UI- |
| CHS | (overlap) Ay! |
| UM | Ya'll dim the light. |
| CHS | I-g-you don't have your line huh? |
| Herrera | Huh? |
| CHS | I have your line huh? |
| Herrera | Yeah. |
| CHS | Ah shit I'm gonna have to get it; hold up I have to give him his line to him. He lost his line last night. Ay yi yi. Here we go again. [pause] *A la verga* where is the line in here? Oh. Oh okay que cabron. You have everything together Lazy? |
| Herrera | Huh? |
| CHS | You have anything to get your line with? |
| Herrera | Yeah. |
| CHS | You do? |
| Herrera | UI. |
| CHS | Here I'ma [phonetic] send it to you now. |
| Herrera | Alright. |
| [pause] | [background noise] |
| Herrera | Huh? |
| CHS | Where's that go? |
| Herrera | UI |

GOVERNMENT EXHIBIT 217 **U.S. v. DELEON, ET Al.** 32200

| | |
|---|---|
| CHS | Did you get it? |
| Herrera | You're-yeah. |
| CHS | Alright hold on. Give me a helicopter uh, |
| Herrera | Huh? |
| CHS | Uh, Jesse. |
| Jesse | Huh? |
| CHS | Helicopter. [pause] Helicopter! |
| Jesse | UI |
| CHS | And I'll tear-I'll-I'll tie the end of his line on there. Ay cabron. [pause] Ok pull his line in Jesse. |
| Jesse | I just did. |
| CHS | That's uh, that's Lazy's. |
| Jesse | Oh alright. |
| [pause] | |
| CHS | UI some. |
| Jesse | UI |
| [pause] | [background noise][tv] |
| 16:05 Jesse | UI |
| CHS | Huh? |
| Jesse | UI |
| [pause] | |
| CHS | You don't need that stinger now huh? Later on? |
| Herrera | Huh? |
| CHS | Later on? Hello? |
| [pause] | |
| UM2 | UI. |
| Jesse | Go head. |
| UM2 | Yeah. [pause] UI that little fuckin that other little, paper that's in there. |
| [pause] | [background noise] |
| CHS | What little paper? Paperrrr? [long pause] [background noise] What are you saying over there? |
| Herrera | UI |
| CHS | Huh? |
| Herrera | Huh? [pause] Hey! |

GOVERNMENT EXHIBIT 217  U.S. v. DELEON, ET Al.   32201

| CHS | Huh? |
|---|---|
| Herrera | What happened? |
| CHS | Nothing. Did you get the stinger? |
| Herrera | Huh? |
| CHS | Did you get the stinger? |
| Herrera | UI no. |
| CHS | Oh alright we'll get it to you cause when do you need it? |
| Herrera | The stinger wasn't in there. |
| CHS | I know. When do you need it? |
| Herrera | Whenever you get it. |
| CHS | Why what are you gonna make? A soup? |
| Herrera | Yeah, and coffee. |
| CHS | Alright. We had to a- |
| Herrera | UI |
| CHS | We'll have to ask T Loc. I'll ask him. |
| Herrera | UI |
| CHS | Huh? |
| Herrera | Tell him he could have that uh, *foto* in there. I-I had another one too. They saw the pictures. |
| CHS | Which *foto*? |
| Herrera | I sent him a list UI pictures no? |
| CHS | Huh? |
| Herrera | They're like little pictures the one that they sell? |
| CHS | Yeah. |
| Herrera | But these fuckers took- |
| Jesse | (overlap) UI |
| Herrera | my fuckin paperwork and then there's uh, little pic-the other pic, the other one in there no? |
| Jesse | Hey! |
| CHS | Hold on he's calling me. Ay! |
| Jesse | And ask him did he say about that other piece of paper? |
| CHS | He said you could keep that piece of paper with the middle pictures on it. |
| Jesse | Alright. |

GOVERNMENT EXHIBIT 217  **U.S. v. DELEON, ET AL.    32202**

| CHS | Those are the pictures that they sell. [chuckles] |
| --- | --- |
| Jesse | Alright. |
| CHS | (stutters) I never heard of them selling *choke* pictures. |
| Herrera | They don't do it anymore though. |
| Jesse | UI- |
| Herrera | (overlap) Ay they don't sell- |
| Jesse | (overlap) Alright. |
| Herrera | pictures no more. |
| CHS | He said *gracias*. Did he send your pictures back? |
| Herrera | Huh? |
| CHS | Did he send your pictures back? |
| Herrera | Yeah. Yeah, I sent him his too. Yeah they don't let us have them no more though. They stopped all that shit. I-my fuckin *hyna* couldn't even send me in pictures in panties, like boy cut short? |
| CHS | Yeah. |
| Herrera | And a shirt. Like a fuckin see through. |
| CHS | They send em back? |
| Herrera | Yeah. And then she had pasties under with a see through shirt. She's not revealing anything every little UI that god damn fuckin tv. I don't know why the hell we can't have the picture. |
| CHS | Chhhhh. |
| Herrera | Ay, let's hope that those fuckin Christians don't cry ay. They see that shit going on they'll fuckin go and fuckin rat. |
| CHS | No one even knows unless someone tells you because, it comes on late at night and, them fuckers go to sleep. |
| Herrera | Those fuckin, that's why they stopped the fuckin s-that, those other channels cause of that shit. The Christian, fuckers ay. |
| CHS | What other channels? |
| Herrera | The, they were showing us that Encore. |
| CHS | Encore didn't show shit like that. |

13

| Herrera | A little bit but ch they-they cried over that just imagine, even in Cruces they, all the movies they bring are like Batman, Superman, Star Trek. Nothing but cartoons. They don't-they don't fuckin *chafa* movies ay. |
|---------|---------------------------------------------------------|
| CHS | Hey does anyone know where that little *paisa's* at? |
| Herrera | Huh? |
| CHS | Does anyone know where that little *paisa's* at? |
| Herrera | What *paisa*? |
| CHS | The *paisa* that, with the, with the *viejo*. The one that fucked up the *viejo*. [pause] Did you hear me? |
| Herrera | I don't know who that is. |
| CHS | The *paisa*. You said he was *paisa*. |
| Herrera | Ronnie? |
| CHS | No the *paisa* that we were talking about last night. The *paisa*. Uhh, Conrad. |
| Herrera | Oh. |
| CHS | *Que barbaro.* [chuckles] |
| Herrera | Na he's in, I think in Chaparral. I have an address, a number that he left me there to contact but after that *pedo a la verga* no? That fucker was UI but trust me. I can't put a hundred percent on it but, |
| CHS | Who-who did he talk to over there? |
| Herrera | H-he didn't know nothing. |
| CHS | I know but who would he talk to over like, ahh *camarados* with? |
| Herrera | Just us. We had him right there with us. That fucker *ese* down bro serio ay. He's a down little fucker ay. |
| CHS | He was in a different pod than you guys *que no?* |
| Herrera | Well he's at the G. |
| CHS | Huh? |
| Herrera | He lived with G. He don't rap to nobody neither ay. He's like real quiet no? He |

14

GOVERNMENT EXHIBIT 217 **U.S. v. DELEON, ET AL.   32204**

| | |
|---|---|
| | looks like a fuckin weirdo ay. When I first met him, I said, but Spanky told me "fuck no" Spanky told me. That fucker looked like a weirdo but that fuckers down ay. Spanky told me no? Cause he had lived at the UI when I guess somewhere else. Then he became my neighbor ay. |
| CHS | He was, (stutters) became your neighbor? |
| Herrera | Yeah. Because he went to the hole right? |
| CHS | Yeah. |
| Herrera | After that *pedo*, and after thirty days they put him back over there with us. That's when I got to know him (stutters) like kind of know him no, met him? We started living together for a minute, and that's when they rounded his ass up and took him. They took him and Spider. [pause] They came and just said, "*vamo*, let's go." |
| CHS | No one tried looking- |
| Herrera | No-no-no fuck no! T-he came to the north. He didn't, Spider got arrested over there no? Fuck no. Conrad came to the north nuh? He was waiting on, transport to the north and he went to the north, |
| CHS | Well he's on um-he's on my indictment. |
| Herrera | And then he got transferred to the Feds. Telling you man that little fuckers down but, he's from Deming no? He-he knows Angel. |
| CHS | [chuckles] |
| Herrera | Well he-he's close to UI no? *Serio* ay that little fucker, he's like a down little fucker ay. |
| CHS | Does he know me? |
| Herrera | Huh? |
| CHS | Does he know me? |
| Herrera | Who? |
| CHS | Uh did he say anything about ever being with me in the *pinta*? |
| Herrera | No. He's-he's like a little youngster he just barely fell ay. But he-he's *paisa* no? |

15

GOVERNMENT EXHIBIT 217  **U.S. v. DELEON, ET AL.   32205**

| | |
|---|---|
| | That fuckers UI Mexicano ay. Them fuckers are down bro. Shh look at all the only ones that stood behind now all the *paisas a la verga*. |
| CHS | Who was with him on that tier? |
| Herrera | Julian. |
| CHS | I know but, nobody else did-nobody else was that was friends with him? |
| Herrera | Yeah well he, they rapped to him but, he like, |
| CHS | Would he rap to Julian? |
| Herrera | No. Well he- |
| CHS | (overlap) [chuckles] |
| Herrera | UI just, you know *quovo*. |
| CHS | Oh yeah. |
| Herrera | And then [chuckles] |
| CHS | [chuckles] |
| Herrera | [laughs] |
| CHS | *Quovo* hi-ya! |
| Herrera | Ay he's funny he's UI- |
| CHS | (overlap) Hi-ya! |
| Herrera | UI what that fuck hit him ay. That's what he get that fuckin punk [chuckles] pobrecito [laughs] fuckin idiot. He thought he was all good ay. Even Boo Boo. They thought he was all *firme* ay. |
| CHS | Fuckin, yeah I'm done you I thought that (stutters) it still says, c-h-i-t-m-o-n, Chitmon. It says aka, c-h-i-t-m-o-n Chitmon. I thought it was saying Shiman no? I thought it was Shiman and then, Shiman and Playboy? |
| Herrera | Yeah I went over there and like I UI no? But, I don't know. |
| CHS | Na I-I wouldn't, I wouldn't call, try not just, |
| Herrera | I UI- |
| CHS | (overlap) wondering. |
| Herrera | I-I mean, fuck that. |
| CHS | So. |
| Herrera | Know what I mean? |

16

| | |
|---|---|
| CHS | How old is he? |
| Herrera | About thirty. Twenty nine. |
| CHS | *A la verga.* |
| Herrera | UI youngin. |
| CHS | How much time was he doing? |
| Herrera | It was about, three years. But he don't have nobody. |
| CHS | He don't have no – he only has three years? |
| Herrera | Fuckin, m-Mormon. |
| CHS | He's Mormon? |
| Herrera | Yeah. |
| CHS | What's that? |
| Herrera | I don't know. But they're Mormon. |
| CHS | That's some, kind of Christian? Or something? |
| Herrera | I guess his *familia.* |
| CHS | They're Mormon *paisa's*?[chuckles] |
| Herrera | Yeah. But his-he's adopted I think. He's *paisa* he-s*erio* that little fuckers down but, but, that fucker and not only that, he don't know nothing. He don't know not- politics like fuck. You know what I mean? He doesn't know shit. |
| CHS | Well how did he know Julian wasn't worth a fuck? |
| Herrera | Huh? |
| CHS | How did he know that *viejo* wasn't worth a fuck? |
| Herrera | Well he just knew that, didn't need to know nothing just needs to know handle that. |
| CHS | [laughs] |
| Herrera | Know what I mean? They're *truchas* all that. UI we weren't that stupid. That's why the only ones I rap to are just certain brothers that I trust (stutters) trusted. I didn't need to rap to a bunch of fuckin weirdos over there at PNM. Yeah they're, you know, brothers or whatever but I didn't rap to em on that level. There was just a few that was that, willing to *rollo.* Not only that, no |

17

| | one needed to know nothing. |
|---|---|
| CHS | Like you and Dan Dan? |
| Herrera | Even with, with the *viejo* no one, chh, no one hardly even knew nada ay. Yet when he first got there, he was like going back and forth but we kinda, let it die down no? Like, oh yeah it's all good *simon nunca hay pedo*. Know what I mean? |
| CHS | Yeah. |
| Herrera | Let em get comfortable. Then, then everyone's getting high and partying and they were throwing UI *a la verga* it was once like, know what I mean? |
| CHS | They were (stutters) everybody was nonstop getting high. |
| Herrera | I think he was even comfortable ay. |
| CHS | Yeah he was prolly comfortable once everybody drove up. Critter and Rara and, Anteater and, Boo Boo. |
| Herrera | I'm not gonna lie he thought he was *firme* ay. He thought he was cherry. Siiike *que* no![laughs] |
| CHS | [laughs] Sike! *A la verga*! |
| Herrera | Pobrecito [laughs] That fucker was in the hole crying too ay. |
| CHS | He was in the hole? |
| Herrera | Yeah in the one B they put him in the hole and he was over there crying ay. |
| CHS | Who was he crying to? |
| Herrera | Chh. He was rapping uh, to Alex. |
| CHS | What was he saying? |
| Herrera | (Stutters) ay like, "I know what I had coming *ese* but (stutters) but did it end here?" |
| CHS | That's what he said? I know, I know, I- |
| Herrera | (overlap)Boo Boo got all mad at Alex. He says "Fuck that *vato*. He's *chafa* and, Boo Boo told the guard. I don't need a fuckin *chafa* fucker. UI *skeena* and you're banging on fuckin door like a bitch. Fuck you." |

18

GOVERNMENT EXHIBIT 217   U.S. v. DELEON, ET Al.   32208

| | |
|---|---|
| CHS | What did he tell em? |
| Herrera | Boo Boo told him like that ay. |
| CHS | And what did he s-tell Boo Boo? |
| Herrera | Nothing. Just, s-to try it. |
| CHS | I'm surprised he- they even let him out. I didn't even know he was there. I'm surprised they let, him out to be honest. |
| Herrera | I think Boo Boo was, just saying that after because, he was trying to, make himself right know what I mean? But in the end he wasn't; if they would've been the other way around that *vato* would've been right there with him. Regardless or whatever. That fucker, was giving him *skeena* bro. |
| CHS | What did Alex tell him? |
| Herrera | Alex is just like chh there's nothing, no one could done for him ay. That fucker everyone seen that shit. Sh that fucker was screaming when they hit him in the head. Owww! |
| CHS | I wonder why he was screaming if that dude was just fighting with him? |
| Herrera | I think he got stabbed ay. Honestly. And he was healthy. He was working out. That fucker was big no? And that little guy's small. (stutters) guy, a la verga, *a la verga* Jackie Chan. |
| CHS | Who was he working out with? |
| Herrera | Chhh, with them down there like, uh, |
| CHS | Doing burpees and shit? |
| Herrera | No. Not burpees but like, dips and push ups and legs and shit. |
| CHS | Was he getting big? |
| Herrera | Yeah he was pretty healthy. And he had weight on him. Fuckin eating like fuck. |
| CHS | Is he all gray? |
| Herrera | Yeah and then he was lending us think so, everybody was there with him. You know what I mean? Showing him love like fuck just to get what we have. |

19

| CHS | What did he have, subs? |
|-----|------------------------|
| Herrera | UI Tiny was and there was a lot to get no love. Even he didn't know nada. |
| CHS | Was he getting subs? |
| Herrera | Yeah. He thought he was [laughs] |
| CHS | Hmm. Mmm. |
| Herrera | Pobrecito ay. And then he went to the hole. No one could help him. They're chh, fucking Alex told him to sss "there's nothing I could do for you bro." That chh, |
| CHS | He was short timing it. (stutters) |
| Herrera | Yeah I know. |
| CHS | He- |
| Herrera | UI right after that. |
| CHS | Did he have parole or anything? |
| Herrera | I don't know. That's just the rollo that I had found out like a while back b-by Dreamer. UI I don't even know where the fuck he's at or what the fuck bro. UI too huh? |
| CHS | Huh? |
| Herrera | I was looking at that catalog. |
| CHS | O-over here you can order them C-L twenties. |
| Herrera | UI here, earbuds. C L twenties. Calibrated electronics. UI. You may need to get the razors too huh? |
| CHS | Yeah. |
| Herrera | I don't have it like that ay. Fuckin, twenty seven dollars bro *a la verga.* |
| CHS | For what kind of razors? |
| Herrera | The (stutter) Conairs. |
| CHS | What's that electric razor? |
| Herrera | Yeah. |
| CHS | I wouldn't order nothing till I find out where they're gonna take you. You order it and then they don't let you have it? |
| Herrera | Chh. I know I don't know what the f –I think too, you know they-they s- |
| CHS | They didn't a-question you or nothing when they brought you over here? |
| Herrera | Fuck no. I wouldn't even rap to them fuckin |

GOVERNMENT EXHIBIT 217   **U.S. v. DELEON, ET Al.   32210**

| | |
|---|---|
| | cops ay. I don't know though. I don't UI- |
| CHS | (overlap) It's a good thing to listen to em like when they question you it's a good thing to listen to their questions that way you know, kinda what they're trying to look into no? |
| Herrera | That's what my mom told me too UI- |
| CHS | (overlap) Instead of saying, (stutters) I went in there every time they'd call me to STG I wouldn't make a big ol deal I'd just go over there and listen to what they have to say and then I would come back and say, "Yeah they're asking me this and that" and you can tell kinda what they're looking into no? |
| Herrera | Thinking that too. Maybe they'll give him this week *aver*. I don't know. |
| CHS | Well STG has to know you're here *que no*? |
| Herrera | No but that chh, another thing too they could just, they could just be fucking with me you know what I mean like, lock him down and….I-I thought honestly, what happened lately is what I was thinking is, they went and did my mom's pad and UI have her under investigation, so I think they just went ahead and locked me down, to fuck with me. You know what I mean? Just playing little games ay. |
| CHS | Like psychological? |
| Herrera | Yeah. Fuck em. They don't have nothing. They went and tried to fuckin get me my mom on a sale, they couldn't do that. |
| CHS | How did they try that? |
| Herrera | Because two *vatos* went over there trying to score. |
| CHS | Well, (stutters) she didn't sell em nothing so how can they try and get her? |
| Herrera | And then another thing that kind of, I haven't brought it up to my *rucca* no? She hadn't mentioned nothing, that means that |

21

| | |
|---|---|
| | she will. She told me that UI went to go see her, that, she hadn't brought it up or *nada*. I-I was gonna wanting to ask her this morning but I didn't I just said you know what? I'll just wait, wait it out. And see her in the visit then ask her. I was looking, I wanna see her expression on her face and her eyes know I mean? See if she's lying to me. Because, supposebly (phonetic) they-two *vatos* went to my mom's pad, asking for a *vato* named, Stee. Alright. Supposebly when they left, they wrote down my mom's license plates. Maybe she could just be paranoid or whatever. Ok. The coincidence is, is the *vato* named Stee is the detective that went to see her. But she wasn't at, *es que* he went to her work. |
| CHS | I know you told me they went, the *juras* wouldn't go over there. |
| Herrera | But this *rucca* doesn't know nothing. She don't know fuck and maybe they went and prolly scared her and told her you know what? |
| CHS | Yeah they'll tell her but, (stutters) she still, she still talks to you and she-so they didn't scare that bad. |
| Herrera | But-but she asking me some stupid ass question and I'll snap. |
| CHS | I remember they went and told the peg leg, a long time ago they went and told the peg leg he's gonna kill you. There's nothing we can do but, we already have information, that he's gonna kill you so, (stutters) we don't have nothing to keep em he's gonna get out and kill you unless you can tell us something about him. And-and they were trying to get- |
| Herrera | (overlap) UI. |
| CHS | her, they were trying to get her to set me up with a gun huh? You just tell us when, |

GOVERNMENT EXHIBIT 217 **U.S. v. DELEON, ET Al.   32212**

| | |
|---|---|
| | huh? |
| Herrera | I worry more about my wife no? This *rucca* doesn't know fuck. Even if they were to approach or whatever. She tried to ask me some stupid ass questions- |
| CHS | No I'm saying they'll ch-jus try to scare her to just take away your *skeena* you know? |
| Herrera | Yeah. |
| CHS | Not that she knows anything just to take away- |
| Herrera | (overlap) But- |
| CHS | your *skeena*. |
| Herrera | Not only that, I don't know uh-chh. |
| CHS | That's what they're- |
| Herrera | (overlap)UI bro. We'll find out. But ch you know it's like, they act like they're doing something, for-already immune to this type of living you know I mean? |
| CHS | I'm not. |
| Herrera | Whatever. |
| CHS | [chuckles] |
| Herrera | Regardless if they-they do come or whatever, that they put me in this cell, like nine years, I'll be-I'll be leaving. If I do go home if I don't I don't but nine or ten more years, I could do it in the cell it's nothing. It's *chafa*. |
| CHS | Shit. Ten years- |
| Herrera | (overlap) UI |
| CHS | is, |
| Herrera | I do. |
| CHS | Ten years is a long time. |
| Herrera | But yeah you know what I mean? |
| CHS | Ten years is a long time to pick up some more time. [chuckles] |
| Herrera | Yeah I know. I don't really give a fuck be honest you know I mean? But, that's what I see in it. |
| CHS | How long have you been down now? |
| Herrera | Sixteen years. And all of its in the hole. |

23

| CHS | [laughs] |
|---|---|
| Herrera | [laughs] Fuckin *puto*. |
| CHS | [laughs] |
| Herrera | It's not funny ay. At first I UI- |
| CHS | (overlap) Oh! You never even get, you never get to the main, to the south or nothing when it was population? |
| Herrera | Yeah. |
| CHS | Yeah? |
| Herrera | Yeah for a while. |
| CHS | Where were you at at the main? |
| | [someone yelling] |
| Herrera | When you were in f-member I was in cell block four? The hole when, when you were in cell block three with fuckin Scooby. |
| CHS | You were in cell block four? |
| Herrera | Yeah when it was the *oyo*. |
| CHS | Oh when it was the hole? |
| Herrera | Yeah. |
| CHS | What side of it was the hole? |
| Herrera | There was UI on the north and south side. You were there. You-you were rapping with Patas member? You fuckin, you would send the *linea* once in a while? |
| CHS | What happened to *patas*? |
| Herrera | I don't know. Fuckers a fuckin, |
| CHS | They shot, they killed him huh? |
| Herrera | Yeah. |
| CHS | That little fucken restaurant. I member that on the news except I don't remember his name but yeah. |
| Herrera | Yeah it's fuckin like I said ay. All of this UI this fucker time I've been in the hole bro. |
| CHS | A la verga (stutters)- |
| Herrera | Since I was there, |
| CHS | At least I got, I did a lot of that- |
| Herrera | Right after I got there in Cruces when you, and I guess J.R. and I don't know who else |

GOVERNMENT EXHIBIT 217   **U.S. v. DELEON, ET Al.   32214**

| | |
|---|---|
| | fuckin, got in a bang, banged with the fuckin negros in the gym. When you guys came on that *cadena*, I went on that other *cadena*. That's all they need, for you guys. |
| CHS | There's a big ol trip in the gym huh? |
| Herrera | Yeah. |
| CHS | The *mayates*? Yeah. |
| Herrera | That's when I got over there and, I was with-with Baby Henry, and fuckin Joe, Gordon, had my, |
| CHS | Where's Joe Gordon? |
| Herrera | UI. |
| CHS | How, how, he die? |
| Herrera | I don't know. And, and his brother. Jimmy too. |
| CHS | Oh yeah I remember Jimmy was one of em was over here. |
| Herrera | Joe and Jimmy are dead. |
| CHS | Where's uh, where's Little Henry? Oh he's dead. |
| Herrera | Henry-Henry's dead too though. |
| CHS | Yeah Henry they killed him that dude the….he's trying to bulldog people member? |
| Herrera | Yeah. |
| CHS | He's trying to bulldog and they sssss capped his ass. |
| Herrera | Yeah but like I said ay, fuckin, that's what I think happened with Shadow too they went and tackled his ass up ay. |
| CHS | He would've told (stutters) you guys didn't have no work for him to leave a message to you guys? |
| Herrera | Huh? |
| CHS | You didn't have nowhere to, for him to leave a message to you guys? |
| Herrera | Who? |
| CHS | Uhh, um, Little Shadow? |
| Herrera | Huh? |
| CHS | Little Shadow. |
| Herrera | No. Hold up. Not uh! |

25

| [pause] | [background noise] |
|---------|--------------------|
| UM3 | Hey UI go! UI go. |
| Jesse | Again?! |
| UM3 | Cell lock down. |
| Jesse | How is that UI lock down- |
| CHS | We were in lock down today! |
| Jesse | UI yeah right. |
| UM3 | UI. |
| Jesse | UI. Nobody said UI fuck you. [pause] UI ay. |
| UM3 | UI what I told you. Lockdown. |
| Jesse | I don't fuckin- |
| CHS | (overlap) Only on the evening? |
| Jesse | UI |
| UM3 | Huh? |
| Jesse | UI |
| UM3 | UI |
| Jesse | We didn't UI well where's the sergeant at? |
| UM3 | We don't have a sergeant. |
| Jesse | UI here it don't matter. |
| UM3 | UI lockdown or what? |
| Jesse | What? |
| CHS | UI make you clean all night. |
| Herrera | Yeah!! Yeah! |
| CHS | We could make that fucker clean. |
| Jesse | Huh? UI |
| CHS | [laughs] He got all happy UI[laughs] |
| Jesse | UI |
| CHS | He got all happy UI you don't want to do that huh? |
| Herrera | Fuckin ay. Fuckin UI for their money ay. |
| CHS | [laughs] |
| Herrera | [laughs] |
| CHS | Member UI the water bowl? |
| Herrera | UI. |
| CHS | [laughs]UI not down. [laughs] *A la ve.* Fuck man that dude always says we're on lockdown *ese.* |
| Herrera | Hey |
| CHS | He always says we're on lockdown UI- |

GOVERNMENT EXHIBIT 217   **U.S. v. DELEON, ET Al.**   **32216**

| Herrera | (overlap)UI |
|---------|-------------|
| CHS | We're not lockdown during the day UI gave everybody the phone. |
| Herrera | Yeah but like see with Shadow got there, you know, like I said, |
| CHS | When Shadow got where? |
| Herrera | UI the *monte* and everything but, the *vato,* short timed it bro. He's going to courts and shit and right now it's like, UI- |
| CHS | (overlap) Oh yeah if he's about to get out they'll tell him, |
| Herrera | Yeah so- |
| CHS | (overlap) they'll tell him well you ain't getting out no more unless you tell us this or tell - well what did Shadow know- Shadow……..Little Shadow wasn't there when all that shit. |
| Herrera | *Vatos* were trying to go home and whatever, you know what I mean? I like rapped to him about certain things but there's just certain *vatos* that I trust no? Like *vatos* like, like G, Alex, Juanito. |
| CHS | Who's G oh G yeah? |
| Herrera | Huh? |
| CHS | I was saying who's Gene but G yeah. |
| Herrera | No he's doing *vida* on that fuckin, like Juanito I trust. That fucker hasn't broke yet. And you, what gets me sad is, |
| CHS | Huh? |
| Herrera | And there's no old schoolers bro. |
| CHS | What? |
| Herrera | So all the old schoolers are gone. |
| CHS | Where are they gone to? |
| Herrera | They're already, huh? |
| CHS | Where are they gone to? |
| Herrera | The program. Like you know *vatos* like, that we know. |
| CHS | Gone to the- |
| Herrera | Either they're dead, |
| CHS | Hey the tap out program what's that about? |

GOVERNMENT EXHIBIT 217   U.S. v. DELEON, ET Al.   32217

| | They have to give information or something? |
|---|---|
| Herrera | (overlap) Yeah! Straight up. You just don't go to that program bro. The reason, |
| CHS | Who said that? |
| Herrera | (overlap) Not only that, after that, they told Bernie, you go to the fuckin north and then they like, they um, |
| CHS | Did they try to send Fernie to that program? |
| Herrera | No. Member I told you that we were rapping over there? And we started thinking well let's all-all fuckin renounce. Let's just all go to that *programa* and do a *desmadre* ay. Make them look fucked up so they could shut down the program, and, shit like that no? |
| CHS | Yeah. |
| Herrera | It didn't work out like that. Fernie came back and said, "*Chale*." |
| CHS | Well did Fernie even know then? |
| Herrera | Ok. They fuckin were, he was just asking what that program was about like, like if wanted to no? |
| CHS | Yeah. |
| Herrera | Thinking about it or something. State prolly got all happy. |
| CHS | And what did they-what did they say he came back and said what did he say? |
| Herrera | That they have to give info. They have to tell, like a mission that a person wrote on. They have to, um, |
| CHS | Tell em, tell em I know who killed *Mosco*. [laughs] |
| Herrera | It's crazy *rollo* bro. |
| CHS | [sighs] |
| Herrera | That's why I say, those fuckers, you know Juanito, I have respect for that fucker bro. Cause he's been locked down, since ninety eight UI like that in the federal system system for years bro. And now fuck around he tapped out Baby Rob with another one, but it |

28

| | |
|---|---|
| | couldn't happen. They just broke him bro. |
| Herrera | They didn't have UI- |
| CHS | (overlap) Do you think, do you think Robert's getting information or he just tapped out? |
| Herrera | Chh, I don't know. I don't know. |
| CHS | Was he feeling the heat or b- did he think people were gonna hit him or what? |
| Herrera | Yeah. He was feeling it bro. That's why I don't think he was wanting to come out he- every time it was time to go, not only that but I- you know I could've had my UI with him, like even Juanito. Me and him were talking, they (stutters) they shut down the program they were letting out everybody. He was the only one dying. Even Shadow's fuckin ass left. Everybody. Rabbit, fuckin Aturo, |
| CHS | Did they send Robert over there? |
| Herrera | Huh? |
| CHS | They send him over there *que no*, to Cruces? |
| Herrera | Fuck no. He-he came to, see not only that, |
| CHS | Well where was Robert when he, *es que* shitted out a *filero*? |
| Herrera | He was at the north. |
| CHS | Oh at the north? |
| Herrera | Yeah. |
| CHS | Locked up, uh with level six? |
| Herrera | Level six. Everybody had left though. He was the only one behind. Everybody left, and he was the only one here at the north. Him and Rudy. Even Rudy went over there. But Rudy they fuckin locked him down. |
| CHS | Why'd they lock out Rudy? |
| Herrera | Umm, supposebly, he sent me his *papelero* bro. And-and, and I seen it, and someone dropped a kite on him ay. |
| CHS | He's blaming me? [chuckles] |
| Herrera | Not uh. Let's see but, he had *pedo* with Jake no? |
| CHS | Rudy did? |

29

| | |
|---|---|
| Herrera | Yeah. |
| CHS | Jake wasn't there. |
| Herrera | But I'm just saying he say, I know he's a creep or whatever, but he went. He fuckin went over there. |
| CHS | Who, Rudy? |
| Herrera | Yeah he-he went bro. He showed me his papers UI and, [someone shouting]and the thing where they locked him down no? All his *papelero* he's telling me, "hey Lazy" he said "you know what? I'm not a, I'm not a fuckin punk bro. I came over here, I fuckin, I'm ready to-to die for mine *tambien*. But they fuckin dropped a kite on me UI so you could witness it yourself." You know what I mean? |
| CHS | Yeah. |
| Herrera | And I seen how they locked him down down. I see the UI that he filed, see, other *vatos* didn't even make an attempt to do that. But I'm saying is, is everybody left the north. Everybody. Baby Rob is the only one here. They let out, everybody. |
| CHS | Well where was he- |
| Herrera | (overlap) They UI- |
| CHS | over here, over here at the north he was over there, over here at the north he was trying to say he was next to all the *llaves* at the north? |
| Herrera | Yeah. |
| | [background voices] |
| Herrera | And- everyone was laughing at him. He was you know, just, |
| CHS | So he just went, where I th-where did they see on the yard with Juanito you said they seen him in the yard and he threw a *loco* that's here at the north? |
| Herrera | He was-he was in the-he was in he went to Cruces after everyone else. He fuckin shit out the *fierro* then they had him over there supposebly(phonetic) in Grants on computer, |

30

| | |
|---|---|
| | and that's usually where they send them. They have him on computer, that's where they have Crazo on computer. I don't know if he's over there or what the fuck but, you know. |
| CHS | When he went to Cruces, was he in the same pod with you guys? |
| Herrera | No. He was on the other side. |
| CHS | Oh in another unit? |
| Herrera | No they were all fuckin UI. Juanito seen him in the yard, and we already knew. We heard what was up. And Juanito, didn't believe it. Juanito didn't believe it bro. So, he-he believed it, what Baby Rob was hiding from him. |
| CHS | I wonder what- |
| Herrera | (overlap) But Baby Rob knew he was in the yard that day. |
| CHS | I wonder what Baby Rob's thinking? |
| Herrera | I don't know. It's *gacho* ay but, like I said not, not everybody has it in em. [someone yelling] They-they you know they're UI us. Like you said Kendrick too. They UI- |
| CHS | (overlap) Well he's on my, he's on my indictment. Robert's on my indictment, charged with all kinds of shit. |
| Herrera | They could be cleared or whatever. That don't mean nothing you know what I mean? Them fuckers rat. They want freedom. UI wanted, what I think he wanted to go to Grants- |
| CHS | (overlap) But Baby Robert ain't getting no freedom. That fucker has two life sentences. |
| Herrera | UI. I-I UI too ay but, what could I say? That's what kinda(phonetic) stunned everybody. Everybody was stunned ay. Even Fernie everybody couldn't believe it. Damn man! You know how Fernie is no? |
| CHS | What did Fernie say? |
| Herrera | Sh, good Lord! |
| CHS | Good Lord! [laughs] |

GOVERNMENT EXHIBIT 217   **U.S. v. DELEON, ET Al.   32221**

| Herrera | UI |
|---------|----|
| CHS | [continues laughing]That's what he says too. |
| Herrera | But damn bro that's, that's awful. It's fuckin embarrassing, like fuck. It's *gacho* you know what I mean? And then like not only that, it's just stupid like us like, you know UI Juanito everybody else. We're fuckin outnumbered, you know what I mean? We're in a war with everybody. Fuckin, this whole fuckin *ranfla chafa*, fuckin buried in the south, we'll fuckin UI chafa you know what I mean? You don't see me over there like that UI fuck no. I can't look in the mirror like that with this face ay. |
| CHS | There ain't no mirror in here. [laughs] |
| Herrera | (overlap)UI. I can't UI- |
| CHS | (overlap) Yeah. |
| Herrera | Fuck that. I'd rather die bro. |
| CHS | Hey! |
| Jesse | I got that stinger. |
| CHS | You got that thing? |
| Jesse | I got UI- |
| CHS | (overlap) Hey. There's a stinger. You wanna use it now? |
| Herrera | Yeah. Can you grab it? |
| CHS | Yeah yeah. |
| Jesse | Let me know when you're ready. |
| CHS | You gonna use it first? |
| Jesse | Huh? |
| CHS | You gonna use it first? |
| Jesse | Let me know when you're ready *ese*. |
| CHS | Ok *ese*. |
| Jesse | UI, you weren't gonna yell at me right? |
| CHS | That's a grumpy little youngster over there. |
| Jesse | [laughs] |
| CHS | Nuh? When he gets mad, no one's even gonna wanna talk to him. He says I'm grumpy. |
| Herrera | What happened? |
| CHS | I'm not grumpy no Lazy? |

GOVERNMENT EXHIBIT 217   U.S. v. DELEON, ET Al.   32222

| | |
|---|---|
| Herrera | Huh? |
| CHS | I'm not grumpy no? |
| Herrera | What? |
| CHS | Am I grumpy? |
| Herrera | A donkey? |
| CHS | Not a donkey I said am I grumpy? |
| Herrera | [laughs] |
| Jesse | You're a donkey. |
| CHS | Yeah am I a donkey heehaw heehaw. |
| Jesse | You're a donkey UI- |
| CHS | (overlap) He said I'm grumpy. |
| Jesse | *A la verga.* |
| CHS | I'm not fuckin grumpy. He-you should hear him. |
| Herrera | (overlap) UI. |
| Jesse | (overlap)Huh? UI yeah. |
| CHS | Huh? |
| Jesse | UI |
| CHS | Look let's go get this stinger. Alright? |
| Jesse | Huh? |
| CHS | Oh we're gonna get it now. |
| Jesse | Want it now? |
| CHS | Yuuuuuuup! |
| Jesse | UI |
| CHS | Yeah might as well make a coffee I've been asleep all day. |
| Jesse | UI |
| CHS | I've been watching them movies *a la verga* UI I gotta stop watching em. |
| Jesse | UI! |
| CHS | I couldn't even do ten push ups this morning. Uhh. *Pobrecito* Robert. |
| Jesse | UI |
| CHS | Helicopter! |
| Jesse | Ahhh! UI helicopter UI. |
| CHS | Helicopter buddy! |
| Jesse | UI helicopter. |
| CHS | That fuckers already so easy for you to do! |
| Jesse | UI |

GOVERNMENT EXHIBIT 217  U.S. v. DELEON, ET Al.   32223

| | |
|---|---|
| CHS | Cool. Ughhhh. [pause][noise][pause] Oh shit! |
| Jesse | Got it? |
| CHS | Hold on I gotta tie my line on there. |
| Jesse | UI |
| CHS | Yeah I got it. |
| Jesse | UI |
| | [someone whistling] |
| CHS | It's, it's stuck. |
| Jesse | What? |
| CHS | Ahh. *A la verga* you're lucky that fucker didn't come off. |
| Jesse | What happened? |
| CHS | Ok. Gracias buddy. |
| Jesse | UI |
| CHS | Ayyye! |
| Jesse | Ayyyy! UI |
| CHS | We're gonna have to bring the youngster clean. |
| Jesse | UI |
| CHS | [laughs] |
| Jesse | UI |
| CHS | Ayyye. Yuuuup. I'm going to sleep. I'm going to sleep buddy. [pause] Alright. What time is it? [tv] |
| 55:41 Herrera | The fuckin pop and rock ay. |
| CHS | Huh? |
| Herrera | The pop and rock. |
| CHS | Huh? |
| Herrera | The pop and rock. |
| CHS | Where, what channel? |
| Herrera | On the radio. |
| CHS | No. Huuuuh? |
| Herrera | UI the old school. The fuckin pop and rock. |
| CHS | What are you talking about now? |
| Herrera | Is he here yet? |
| CHS | What? What's on? |
| Herrera | It's on the radio the pop and rock. |
| CHS | I don't know about that station. |

GOVERNMENT EXHIBIT 217  **U.S. v. DELEON, ET Al.**  32224

| | |
|---|---|
| Herrera | It's like the, eighties free style fuckin break dance music. |
| CHS | Ay. Well hold on let me get my order ready. |
| Herrera | UI |
| CHS | And then I'll send it to you I gotta get my order ready buddy. Uhh. I don't know. You're gonna take a cold shower tomorrow Jesse? [water] Fucker saying we're on lockdown we're not on fuckin lockdown. |
| Herrera | UI |
| CHS | He said we're on lockdown. Motherfucker you don't even want to call the, sergeant or something. Ha! Ahhh! Hello? |
| Herrera | Huh? |
| CHS | Huuuuuuh? I- [long pause] Aye yi yi! [pause] Yeah! Huh? K it's cooking now. What'd you say? |
| Herrera | UI. Huh? Fuckin UI. |
| CHS | Hey. |
| Herrera | Hey. Huh? |
| CHS | How, how did they know, that Crazo's, been ta-Crazo turned fucked up? |
| Herrera | That what? |
| CHS | How do, how do *vatos* know that Crazo turned fucked up? |
| Herrera | Cause I know. |
| CHS | How? |
| Herrera | Because, fuckin left too. |
| CHS | Oh he left? Yeah. |
| Herrera | Ask your lawyer. |
| CHS | Is he a-is he in on, he-he, what's his real name? |
| Herrera | Uh. |
| CHS | Oh he's not on my indictment. |
| Herrera | Fuckin um, no he's not on the indictment but he's dirty. |
| CHS | How much time- |
| Herrera | (overlap) UI fuckin set him up ay. |
| CHS | Huh? |

GOVERNMENT EXHIBIT 217   U.S. v. DELEON, ET Al.   32225

| | |
|---|---|
| Herrera | Yes he was involved. I guess Walt found out I only rap when he heard about that cause he left no? See the funny thing, the *vato* disappeared. |
| CHS | Yeah. How long ago? |
| Herrera | Fucker was at, |
| CHS | How long ago? |
| Herrera | Chh, about, let's see…... Since I was in Cruces so maybe like six eight months. But right after they got Pup and shit. Right after that, he stood in the north and they were UI and Blue-Spider never really told me that he was gonna break. Marijuano everybody. They seen it no? They seen it. Then he started prolyl (phonetic) talking to me cause whatevers (phonetic). And, sure enough. |
| CHS | Was he- |
| Herrera | Once Baby Rob did, he did. |
| CHS | Was he doing a life sentence? |
| Herrera | Uhh, I don't think so. |
| CHS | That was Arturo's buddy huh? |
| Herrera | Yeah. Then after that some other fucker went. Uh, Swamp sent word just matter of fact like not even days before I came over here Swamp said, that I guess he got *palabra* from the homies cause there's *vatos* over there from *Spana* UI, and I guess one of em get into dope, and they were saying that, that fuckin Goat said that the one who set him up was fuckin Crazo, and Sammy Griego. Whatever. Whatever. Like I said, see that motherfucker was in here so, he punked uh, Baby Rob must've had Crazo out fuckin sending *palabra* for him ay. To the *libre*. That's how fuckin Cray-that's how I guarantee the fuckin Feds came. They fuckin seen Crazo UI-Crazo was prolly sending the fucking *palabra*, to fuckin Sammy out there on the streets for fuckin Baby Rob. |

GOVERNMENT EXHIBIT 217  U.S. v. DELEON, ET Al.   32226

| | |
|---|---|
| CHS | How? |
| Herrera | (overlap)UI. That's how I'm thinking how, they fuckin scared fuckin Crazo. |
| CHS | Was-was Robert, was Robert and, was Robert and Shadow talking to Crazo on the phone? I mean uh, wherever? |
| Herrera | Big Shadow? |
| CHS | Mm-uh yeah. |
| Herrera | I don't know. I-I, that's what my guess is no? You just put two and two together think about it. The only people in the fuckin worked in that unit because they had everybody together. Everybody, was in one unit. They had us separated supposebly from everybody else in there. I was in Cruces when we were getting UI here. They had Marijuano, they had Spider, they had Blue. They had two, two pods no? |
| CHS | Was Shadow and Robert together in the same pod? |
| Herrera | Yeah. With-with fuckin Pup. |
| CHS | With Pup? |
| Herrera | Yeah. |
| CHS | And where was Crazo? |
| Herrera | Uh, but see then they did uh like they switched em around, but at the beginning they were altogether. |
| CHS | Where was Crazo? |
| Herrera | (overlap)They all-they all had access to each other? Ok. Pup ended up going to the Feds, uh, Spider went to Cruces. Uh, Marijuano went to Cruces. Uh, and the ones who stood behind and then Baby Rob, uh Crazo was still there. Uh Swamp was still there. Uh, and Baby Rob no? And Swamp left he went to Cruces so that's how we kinda got, you know more *palabra* over there with Swamp when he rolled up to Cruces. The war's going on in the *norte*. And then we found out that Baby Rob bounced. And that's when fuckin |

37

| | |
|---|---|
| | Crazo was still there. Then they went and got Shadow so Crazo, Red, J.R. and whoever else, Creeper was the only one there. |
| CHS | That- |
| Herrera | (overlap)That fuckin and Crazo UI. |
| CHS | No one said- |
| Herrera | (overlap) UI saying that, they were already talking whatever he was saying or whatever he was talking leave. That he was ready to go nuh? |
| CHS | No one has hooked him on the computer? |
| Herrera | And he's from Clovis so that's Marijuano's homie. They're from fuckin Clovis ay. And that's why I'm thinking. I put two and two together think about it. He was there with fuckin Baby Rob, and he was the one guarantee you he was fuckin over there sending fuckin word. To fuckin Sammy. See because Goat said that fuckin Sammy and fuckin Crazo are the ones that set him up. |
| [pause] | |
| CHS | How- |
| Herrera | (overlap)How in the fuck would Crazo set him up? He wasn't here. He wasn't on the streets. So that's another thing that I don't know-I- kinda but what-it don't make sense to me. If he's in here how in the fuck [background noise] |
| CHS | Shad- |
| Herrera | (overlap) UI to informants to juggle. |
| CHS | Sammy's on the streets. |
| Herrera | Huh? |
| CHS | Sammy was on the streets wasn't he? |
| Herrera | Yeah but I'm saying, how are they gonna have an informant to live here working with an informant out there and knowing each other? You- |
| CHS | (overlap) Let me close the back. |
| Herrera | That shit doesn't make sense. |
| CHS | I gotta keep an eye, I gotta keep- |

GOVERNMENT EXHIBIT 217   **U.S. v. DELEON, ET Al.    32228**

| Herrera | (overlap) UI. |
|---------|---------------|
| CHS | an eye on my water. |
| Herrera | I know-see-that-then not only that, Crazo disappeared and he was in contact with Marijuano, and then I guess when he had called his *rucca*, next thing you know she started acting different you know I mean? |
| CHS | Who, uh, Crazo's *rucca*? |
| Herrera | Yeah like started acting different. Next thing you know, he-they didn't keep in touch. He just d-disappeared. And that's who started finding out then not only that, it just, everyone just started snapping. Crazo somethings up but Crazo what's up with Crazo? |
| CHS | How long ago was that? |
| Herrera | (overlap)UI bounced no one knew- |
| CHS | (overlap) How long-how long ago was that? |
| Herrera | Let's-uh, when I was in Cruces like last year. We just barely got over here in February...... No January about the end of January. Bout the begin-end of Jan-well, middle of January is when we draw-February's when UI- |
| CHS | (overlap)Where's Big Shadow at? |
| Herrera | He's in the Feds. |
| CHS | Where? |
| Herrera | Somewhere. We don't know. I'm not gonna go over there-I don't even wanna mention no names or noth-f- the only thing, I'm able to fuckin just, throw a little bit of *rollo* communication here and there. [background noise] I'm not gonna be asking for all the UI. Even-even at the visits at the south we can't even throw *rollo* because those fuckin phones, are new models. Those fuckin phones have recording devices in em. And the fuckin cameras have recording devices. They have I don't UI understand UI bro. |
| CHS | Yeah they're waiting for- |

GOVERNMENT EXHIBIT 217  **U.S. v. DELEON, ET Al.  32229**

| Herrera | (overlap) Not only that those UI. |
|---|---|
| CHS | They're trying to get ready for another one of, (stutters) the things that were happening in Cruces. [laughs] |
| Herrera | You know what I mean? |
| CHS | Yeah. |
| Herrera | In Cruces I was able to throw *rollo* because there was no, there was those fucken phones UI. |
| CHS | No but like, like when people go to the visit they could try to find out luk-had their *rucca* look at where Shadow's at, Big Shadow. |
| Herrera | Fuckin, if I get a shots I'll help, you know I will. |
| CHS | Oy. |
| Herrera | Know what I mean? But I-I'm not really worried where that fuckin creeps at ay. |
| CHS | I was just wondering where…….. |
| Herrera | You know what I mean? |
| CHS | Yeah. |
| Herrera | That's guaranteed. That's how I think they fuckin UI fuckin UI. Cause he's over there fuckin dealing with Crayzo. He was UI. |
| CHS | He would-Shadow uh, Pup was dealing with Crayzo? |
| Herrera | Huh? |
| CHS | H-he was just like keeping in touch with him or what? |
| Herrera | No. They had like, Crayzo was the only one that had a *rucca* there. Well-and-and-and after that everybody left. Marijuano went to Cruces with us. And then they locked him back down and brought him back to the north. Then he went back over again with us. Then they put Marijuano over there in the unit with Loco and them. Like they didn't know what to do with him like put him there? Or put him over there with us no? |
| CHS | Was Pup and Crayzo in the same pod? |

40

GOVERNMENT EXHIBIT 217   **U.S. v. DELEON, ET Al.   32230**

| Herrera | Yeah. For a minute. This was like a long time ago though. |
|---------|-----------------------------------------------------------|
| CHS | Is that when Pup first came back? |
| Herrera | Yeah so maybe a (stutters) UI it was already after the fact. But I know, he was the one who was there with Baby Rob. And Baby Rob did that after. After everybody was gone. |
| CHS | Oh someone set them fuck-fuckers up where they got Robert and them for Martel you know what I mean? |
| Herrera | (overlap)UI. When it-when, you were gone, Juanito fuckin, like where Pup's out of state, UI going to Cruces and this fucker UI started going big over here in the north. |
| CHS | Who, Robert? |
| Herrera | Baby Rob. But he started getting like that but he had all kinds of gastos behind him. |
| CHS | Like who? |
| Herrera | Chh Crayzo. Then they were *es que* they were reaching out to, to Red to, in other words to go over there to discuss what he did, as long as they have a rider. That's where Baby Rob was fucking up bro. He started reaching out. We found out that he was reaching out to all the drop-offs. And then he was contacting UI too. Come on bro. |
| CHS | On the streets? |
| Herrera | Yeah. They act like if we don't know these things bro. Like if we weren't hearing nothing over there. That fucker was making himself look *chafa*. Some-for some reason he got scared of fucken, and he dropped out from UI ay. Baby (stutters) Rob fucking shown him something, where he fucked up and-and he knew. That now it's either that, or gi-give-give him like a roster. |
| CHS | Were people already talking about hitting him? |
| Herrera | Huh? |
| CHS | Were people already talking about hitting |

41

| | Baby Rob? |
| --- | --- |
| Herrera | No but just, just, |
| CHS | And he wasn't, he- I was wondering what he was feeling no? |
| Herrera | He didn't have support then-t-then we were finding out that he was reaching out to fuckin Sammy. That we found out he was doing that. |
| CHS | He's- |
| Herrera | Even the UI after what he was doing. He went up there fuckin got at Sammy and I know he went and had Crayzo fuckin keeping in touch with Sammy, and he needed to get that *wheela*. They-they've got a kite and everything. Two letters supporting UI two letters that were intercepted. And they went, and this is what happened right? Fuckin Sammy went, and the FBI approached him. Already had a case against him and told him look, "You need to sit up and speak your UI or you're done." |
| CHS | And they-you think- |
| Herrera | (overlap) UI |
| CHS | You think those other dudes were, that were, those are the ones that are trying- |
| Herrera | (overlap) UI that's what I think happened to Crayzo. They went and told him "You know what? We have fuckin phone conversations when you were fuckin putting a hit, |
| CHS | I'm- |
| Herrera | (overlap) we're gonna hit you with this fuckin case right here." |
| CHS | On Martel? |
| Herrera | On Markel. He fucked up. I-I know that's what happened because (stutters). No- |
| CHS | (overlap) Yeah that's, |
| Herrera | UI- |
| CHS | (overlap) that's what started it all for sure. That's, |
| Herrera | That's how they got Shadow because, the only |

42

GOVERNMENT EXHIBIT 217  **U.S. v. DELEON, ET AL.    32232**

| | |
|---|---|
| | ones were here were Baby Rob, Shadow, Crayzo, um, J.R., |
| CHS | Pup. |
| Herrera | No Pup wasn't there. |
| CHS | Oh. |
| Herrera | Everybody was already gone. Everyone-they-they got, they got hit with this, they-they put on that case after. |
| CHS | What kind of letters were intercepted? Talking all kinds of shit? |
| Herrera | I don't know. That's just what I heard. |
| CHS | They x-send them in the inmate mail? |
| Herrera | Yeah. [pause] That's where he fucked up though. That's how we UI to Shadow. Wh-it was just him and Shadow at the north. And-and fuckin Crayzo. |
| CHS | So don't fuck- |
| Herrera | (overlap) UI even know, |
| CHS | Them fuckers, |
| Herrera | UI- |
| CHS | (overlap) them- |
| Herrera | Crayzo's there *solo*, |
| CHS | Robert and Shadow hashed stf-fucker all by their selves? |
| Herrera | Huh? |
| CHS | Ro-uh-uh, uh Robert and Shadow hashed that up all by themselves? |
| Herrera | Yeah they're, |
| CHS | (overlap) [chuckles] |
| Herrera | They were in the north. |
| CHS | *A la verga.* |
| Herrera | That's just what I heard on all that rollo though. I know that's just UI- |
| CHS | (overlap) Yeah but if they're by themselves, then that-that's them you know what I mean? |
| Herrera | Yeah I know. But if they don't, that's just not the way it works though. Because of them, being tied to us, what you-what you have to do, is to say, "Those fuckers are fuckin psychos. They're fuckin on |

43

GOVERNMENT EXHIBIT 217  **U.S. v. DELEON, ET Al.   32233**

| | |
|---|---|
| | medication. So why in the fuck am I getting charged with these idiots? I didn't have nothing to do with that." It just sucks because this is what, goes on with this RICO shit. |
| CHS | Mm yup. |
| Herrera | At least somebody goes and does something, being tied to an organization and being called like idiots. They'll say, the only way that could've got done was by a UI. It's *chafa*. That's some fucked up shit bro. |
| CHS | Shit Robert I'm glad Robert and Shadow never called me. [laughs] |
| Herrera | Chh. I'm telling you bro I- |
| CHS | (overlap) No-no-no-s-eh- |
| Herrera | UI |
| CHS | (stutters) Robert did call me but he only asked for *feria*. He said that he needed money to buy a tv no? |
| Herrera | I gave him nothing. |
| CHS | That he needed two hundred and some dollars and I said shh- |
| Herrera | (overlap) UI |
| CHS | how I, I told him I could prolly send you twenty dollars I ain't got it like that. An- |
| Herrera | (overlap) That don't mean *nada* though. |
| CHS | and I sent him twenty dollars. Yeah that's the only time I heard. [chuckles] I guess he was pissed off cause I only sent him twenty dollars but, |
| Herrera | Well that was bad bro that, chhh. I-I-I already know. They were UI bro. That's what they this fuckin, knowing that idiot, he bounced. He doesn't have a way to communicate with the streets. Not unless he was calling it. Like Red, Baby Rob ain't that stupid. He was gonna how could he have did it? Crayzo's *rucca*'s from *Santa*. Know what I mean? |
| CHS | Fuck. |

44

| | |
|---|---|
| Herrera | I know my-I didn't know her but Shorty knew her too nuh? Her name's Grace. |
| CHS | Well let me check my water *a la verga*. [background noise] Aye yi yi. |
| Herrera | Huh? |
| CHS | That, fucker's boiling. Owww! Dammit man. Fuckin [laughs] I was gonna make my soup and my things and then I'll make another one for coffee. [background noise] How many soups do you got Lazy? [noise] Aye. [noise] Huh? Hold on. Fuckin burned my hand. [noise] (1:15:01) Wooo! Fuckin shits hot buddy. Uhhhh! [pause] Ooooeeee! [water] I'm gonna fill my tub with water and throw the stinger in there. [laughs][pause] Ok. Hey. |
| Herrera | Hey. |
| CHS | Aye! Now my soup is cooking now I'm making a coffee. And then I'll send it to you. That fucker was boiling I'm over here talking its boiling. |
| Herrera | Yeah. Ay. |
| CHS | Hey. |
| Herrera | Huh? Fuckin *UI* fool. Not even listening. |
| CHS | We're fucking done.[pause] Damn *ese*. |
| Herrera | Huh? |
| CHS | Fuckin Robert and Shadow d-brought all this fuckin bullshit. |
| Herrera | Yeah but see when we were hearing that, I had asked Shadow. |
| CHS | That's what (stutters), the FBI never came with all that other *viaje*. All of a sudden you start putting hits on that UI officials then yeah. That's what brought it all. Robert, Robert, and fuckin Shadow in their own little world, they're both not there. No one listens to them. Uh-and then they started going to, people that were, ar-already rapping to the FBI or something? From what you tell me I, them fuckers are fuckin weirdos. |

GOVERNMENT EXHIBIT 217   **U.S. v. DELEON, ET AL.**   32235

| Herrera | I trip, all of us tripped the day that we heard, Baby Rob did that. |
| CHS | Did what? |
| Herrera | Left like that ay. That's like *gacho* like everyone was stunned. |
| CHS | I'm talking about the plans he hatches up. They were always spectacular weird. No one would, like fuckin, shh. Something that no one (stutter) people would hear it and say "*A la verga* what have you been taking?" Know what I mean? |
| Herrera | I already know bro. [pause] *Serio* and that's why I'm saying that fuckers a fuckin, stupid fuck ay. Can't believe that. Then not only that, get in with the *vato* that's fuckin ain't worth a fuck ay. He knows that. |
| CHS | Who? |
| Herrera | Sammy. |
| CHS | I know nothing about Sammy. |
| Herrera | Sh when we were in the fucking, when we were in Cruces, he was over there China Man, Sammy, uh, what the fucks those other fuckers names ay? All kinds of fuckers *ese*. *Vatos* that, like even China Man ay. I-I, we tripped ay like what the fuck? You know I mean? |
| CHS | What were people saying about Sammy? |
| Herrera | He was in that ranfla UI over there. |
| CHS | Oh right right. |
| [pause] | |
| Herrera | Just that *vato*'s a fuckin weirdo ay. |
| CHS | He was always saying how good he was doing down there balling and *encantanto*. |
| Herrera | Even Spider was all bad. Spider said "I don't know bro. Who in the fuck are you?" You know the way he talks. I can't believe that fucker bro. What a fuckin disgrace nuh? That's what he was telling me ay. Chh. I was fuckin hurt ay like ch *que barbaro*. |
| CHS | Billy wasn't in that program huh Big Billy? |

46

GOVERNMENT EXHIBIT 217   **U.S. v. DELEON, ET Al.   32236**

| Herrera | Little, Little Shadow? |
| CHS | No. Bi-Billy Bob-Billy Buns. |
| Herrera | Fuck yeah he was in that program. |
| CHS | Oh he was? |
| Herrera | He was there with fuckin, with, they were all in the back. They showed em on the news. UI. That fucker was on the news getting in the van with Playboy. |
| CHS | Who and Playboy? |
| Herrera | Yeah. They-when they did uh, |
| CHS | Freddy? |
| Herrera | Some fuckin thing in the north some documentary and shit. They all went on camera. Playboy went on camera too. |
| CHS | Freddy? |
| Herrera | Yeah! |
| CHS | Wh-well did they talk or they just got em on camera? |
| Herrera | They talked! |
| CHS | Did Billy talk? |
| Herrera | Yeah he's over there saying all kinds of shit ay just I don't know. |
| CHS | Did Billy talk? On the-on the, |
| Herrera | They were getting in the van together when they were going to Clayton. They were leaving on transport they said he UI, something about gang members going to uh, that like the, that aint in that life anymore and shit nuh? |
| CHS | And then- |
| Herrera | I seen Billy getting, I seen him get in the van. |
| CHS | And UI [laughs] |
| Herrera | Then-then, then check this out. |
| CHS | And then Billy got out. |
| Herrera | They were over there talking shit saying that they're at they're-they're *La Nueva*, uh, cr-fuckin Playboy and fuckin UI fuckin uh, Billy were running it ay. |
| CHS | Running what? |

GOVERNMENT EXHIBIT 217  **U.S. v. DELEON, ET AL.   32237**

| | |
|---|---|
| Herrera | The *Nueva*. |
| CHS | What's that mean? |
| Herrera | The new, the new SNM. |
| CHS | *A la verga*. Billy got out I think he's on the streets. That's what Chris said no? |
| Herrera | They're over there starting the *Nueva*, |
| CHS | Was Billy on the streets? |
| Herrera | Ch he went home. |
| CHS | Yeah, ok. Cause Chris told me yeah he's out here. He just stays in a trailer and he has a dog and he never goes nowhere. Starting to wonder about whatever Chris used to tell me no? |
| Herrera | He got out from Clayton no? |
| CHS | I shh I had no idea. |
| Herrera | UI yeah he was in that *drop out unit serio* him and Playboy. Playboy UI over here at the south. They have him in uh, in one A. |
| CHS | Playboy? |
| Herrera | Yea they have a line right there. |
| CHS | Huh? |
| Herrera | They have a *linea* right there. |
| CHS | *Ser*? |
| Herrera | UI. [pause] Then he's there. Gumby's there. Uh, fuckin Playboy's there and- |
| CHS | (overlap) Gumby's a dropout too? |
| Herrera | Yeah. |
| CHS | [sighs] |
| Herrera | I'm telling you. Maybe I told you that over here, and the ones in Cruces, the one in the streets and everyone in the Feds is all we have left bro. It-it's bad bro. I don't even like thinking about that. It gets me mad. Know what I mean? |
| CHS | Shh. |
| Herrera | I'm disgusted ay. Baby Rabbit too wherever the fuck he's at. UI that *linea*. We don't ever see him but we just heard they were there nuh? |
| CHS | Baby Rob and Blue were best friends. |

48

| Herrera | Not no more. |
|---------|--------------|
| CHS | [laughs] Yeah. Where did Baby Rob and Blue get, uh, uh Chuco-Chulo or whatever. Where'd that happen at? |
| Herrera | The south. |
| CHS | Like in re-integration(phonetic)I mean uh pod, tier time? |
| Herrera | UI. |
| CHS | Oh they go to the yard together? |
| Herrera | Yeah well they did. |
| CHS | *Serio?* Did they bust a grape? |
| Herrera | Yeah. |
| CHS | Yeah [laughs]. Hey- |
| Herrera | (overlap) That's why I'm saying. |
| CHS | Hey Chulo, talked all kinds of stuff- |
| Herrera | (overlap) That's why I'm saying they all went to the fuckin, *linea,* even Spider. They all fuckin, they all did *desmadres* too. How come they let them out and they didn't let out Baby Rob? That's where that-that's where the fuckin what do you call was going on and they like, somethings up with this *vato.* Know what I mean? They let out the whole fuckin *pinta,* and he's the only one they didn't let out. Why not? |
| CHS | If I was here, if I was here they would've let me go over there too? |
| Herrera | Yeah. |
| CHS | Fuck yeah. |
| Herrera | (overlap) UI |
| CHS | That would've been the *aquellas* no? |
| Herrera | They let everybody out ay. |
| CHS | [laughs] |
| Herrera | Marcantel when he got in the office, |
| CHS | Hey-ay when I was up there everybody (stutter)half of em were prolly left. All paranoid. |
| Herrera | I'm telling you though. Ahh it's *gacho* bro. |
| CHS | And then on meth? *A la verga.* |
| Herrera | It's fucked up ay. |

49

| CHS | Let me check my water. Last time it was boiling *a la verga* I burned my hand. I could hear that fucker [makes bubbles]. |
| Herrera | You just gotta put salt in it. |
| CHS | Na this fucker don't-I don't have no salt. |
| Herrera | Huh? |
| CHS | Jesse has the salt shaker for me but I can't get it. Ahh. Nice cold cup of coffee. Who's playing now? Oh there's UI right there. Oh shit. [pause][tv][laughs] Oh yeah. [tv] |
| 1:25:09 Herrera | Huh? |
| [pause] | [tv] |
| CHS | Uhhhhh *a la verga*. |
| Herrera | Hey! |
| CHS | Huh? |
| Herrera | There's a fuckin tax too huh? |
| CHS | Huh? |
| Herrera | A New Mexico tax. |
| CHS | What's that mean? |
| Herrera | These fuckers are price gauging us like fuck ay. |
| CHS | Yeah? |
| Herrera | Yeah it says that New Mexico tax. How the fuck are- |
| CHS | (overlap) I know ay. |
| Herrera | UI- |
| CHS | (overlap) Ay uh, our-our fuckin swiss rolls they used to be a dollar twenty five member? |
| Herrera | Yeah. |
| CHS | Now for a box of em they're like, they charge forty cents a piece. |
| Herrera | Expensive ay. |
| CHS | I bought em one time but, when I get money I don't buy all that, extra shit like that that I'll eat in one day no? |
| Herrera | The only thing I buy is wafers. |
| CHS | Cause I don't have *skeena* like that no more so, |

GOVERNMENT EXHIBIT 217 **U.S. v. DELEON, ET Al. 32240**

| Herrera | A fuckin wafer. |
| CHS | What's a wafer? Uh, a nutty bar? |
| Herrera | Yeah. |
| CHS | Na I just buy soups, and beans and coffee, and sugar and cream if I have it. I was used to drinking coffee without sugar already no? As long as it had creamer I was drinking it back when I was first got here. I was already use to drinking black coffee it tasted pretty good. In Clayton? That *Sureno*, not in Clayton *a la verga*. [chuckles] And uh, |
| Herrera | [laughs] |
| CHS | And uh [laughs] *A la verga!* I gave myself, |
| Herrera | UI. |
| CHS | I gave myself up no? |
| Herrera | [laughs] |
| CHS | [laughs] |
| Herrera | UI |
| CHS | (overlap) Yeah *a la verga!* I gave myself up. No in Dona Ana when that *Sureno* gave me *skeena*, |
| Herrera | Yeah. |
| CHS | he gave me uh (stutter) some coffee and I hadn't drank coffee in forever. I didn't drink coffee on the streets I- I would always drink them energy drinks no in the morning? |
| Herrera | Energy drinks? That's what's fucking up your liver. |
| CHS | What? |
| Herrera | Those energy drinks. |
| CHS | Well I didn't know. Then all the *pisto* the fuckin moonshine I was drinking every fucking day. |
| Herrera | Bad. |
| CHS | I would go to work, and I would put a Gatorade, in my-I'd have Gatorades in my cooler, and it w-it wouldn't be Gatorade. It would be straweberry-rita's and, and-and-and |

GOVERNMENT EXHIBIT 217 **U.S. v. DELEON, ET Al.** **32241**

| | |
|---|---|
| | uh lime-a-rit-uh-mango-ritas. I would just fill up the Gatorade bottles. Put a little bit of moonshine so it would be stronger. And boom! |
| Herrera | [laughs] |
| CHS | [laughs] |
| Herrera | Don't even know how to make it? |
| CHS | No but people sell it there if they need work. People need work on the roof they need you to fix a leak, |
| Herrera | Uh huh. |
| CHS | cause they would see the work truck and they'd always ah-come and say they needed uh, their trailer leaked or whatever and they have moonshine to pay no? They-they didn't have no *feria* but they had some moonshine they would barter no? Yup. Them Tennessee fuckers they have connections with moonshine and, and *mota*. |
| Herrera | Yeah? |
| CHS | It's all woods man. They got some good *mota* over there. Let's see. My water's boiling. Oh yeah it's already on now. Last night I made a soup, when I passed you the fuckin stinger and just the top of the water I stuck my finger in it was hot. And then, when I poured it in the fuckin soup it wasn't even hot. |
| Herrera | No? |
| CHS | It was just hot because the top part I guess I- |
| Herrera | [laughs] |
| CHS | Yeah (stutters) but the, shh I said- |
| Herrera | (overlap) [laughs] |
| CHS | fuck![chuckles] Now I have wait for it to boil here. I got it now let's get it ready so I could send it to you. Ready? |
| Herrera | Ready. |
| CHS | Save your *linea* there! [laughs] Shooooow! [background noise] UI 1:29:36 What happened |

52

GOVERNMENT EXHIBIT 217   **U.S. v. DELEON, ET Al.    32242**

| | |
|---|---|
| | *loco*? Hey! Where's it at? Oh leave it right there. [pause] Fuck *ese*. Uh. [long pause] Pull it just a little bit. Ow! Man. Hold on buddy. Ha! I got that fucker. UI! [long pause] Uh huh. [long pause] K take it. Go! [pause] I'm gonna make a coffee. [long pause] Ow! |
| 1:31:55 Herrera | You put it in half a bag? |
| CHS | No. I just did it like that. A little bit of rust is good for my liver. |
| Herrera | Huh? [pause] UI lock down. |
| CHS | Did you put a case of water already? [pause] Man I'm already out of sugar buddy. |
| Herrera | That's all kinds of UI. |
| [pause] | [water running] |
| CHS | What? |
| Herrera | Have you watched that movie right there on twenty eight? |
| CHS | Maker? |
| Herrera | On twenty eight. |
| CHS | That's not a good movie. |
| Herrera | UI movie? |
| CHS | It's not a good one. They don't show no *cura*. |
| Herrera | Huh? |
| CHS | I don't wanna see fat boys unless they're going down a *rucca*. |
| [pause] | |
| Herrera | You don't like fucking to old school shit huh? |
| CHS | No. |
| Herrera | Do you hear it? |
| CHS | What the music? I can hear it. |
| Herrera | UI Sonic fix. |
| CHS | How come you're not jamming your tv? |
| Herrera | Huh? |
| CHS | How come you're not jamming it on your tv? |
| Herrera | I was this morning you aren't even listen to it. |

53

| | |
|---|---|
| CHS | Ooh I was asleep. I got up I put my sugar. Hey I have two trays *a la verga*! A breakfast and a lunch on my fuckin, table. [chuckles] |
| Herrera | Yeah? |
| CHS | Yeah! Ch. |
| Herrera | You still haven't ate? |
| CHS | No I ate it when I got up. |
| Herrera | Put fuckin all of it together. |
| CHS | Yeah. I ate the pancakes and then, ate a little bit of them beans. I saved it for my soup now. Oh. |
| Herrera | I had a fuckin Sosa report. |
| CHS | Did you put a, your hot water on? |
| Herrera | Yeah. I didn't leave the bags. I just did it like that fuckin *viaje* with a bag ay. Fuckin stay there all night. |
| CHS | What happened all night? |
| Herrera | They'll stay waiting all night to when you put the bag in it. |
| CHS | Man tomorrow – oh I don't put the bags in there I just put it like that they don't rust that much. (stutters) I used one before where there's all kinds of rust in it but that one is, pretty clean. There's rust on the thing but it don't leave all kinds of rust in your water I don't see none. If you're making a soup you don't even taste the rust. It'll be like spices. |
| Herrera | UI? |
| CHS | Yup. Yup. |
| Herrera | Well I learned that-that-that UI rust. |
| CHS | Huh? |
| Herrera | Not uh. |
| CHS | What? |
| Herrera | This one doesn't get rusted that bad. I've seen other fuckers *a la verga* bro. |
| CHS | Hey how come they brought P-Pup back from Chicago? |
| Herrera | Who? |
| CHS | Pup. How come they brought him back anyway? |

54

| Herrera | I don't know. |
|---------|---------------|
| [pause] | |
| CHS | Cause the first time he was gone a long time. That's when I met his buddy Casper from the Latin Kings. Came to the main said he knew, Pup and that Pup gave him *skeena* over there. That's right before the main closed down no? He was a Latin King *a la verga*. That's where he came back with all the fuckin marching rules no? |
| Herrera | [laughs] |
| CHS | *A la verga*. Giving people homework, and they have to learn nawal and, and shh. Told him I don't even know Spanish UI nawal. [pause] You say he would let-he would have people clean his room? |
| Herrera | Huh? |
| CHS | You said he would have people clean his room? |
| Herrera | No not his room. Fuckin wiping tables. They were over there wiping tables for him ay. |
| CHS | Oh wiping tables in the pod? |
| Herrera | Yeah. For, for him to sit down. It's fucked up UI ay. |
| CHS | Who was doing that? |
| Herrera | Ch whoever fuckin wanted a *cura*. |
| CHS | [laughs] |
| Herrera | [laughs] |
| CHS | Yeah *a la verga*. |
| Herrera | Huh? |
| CHS | [chuckles] chh fucking table. |
| Herrera | You don't like that fucker don't screw shit up. |
| CHS | Yeah I remember that. |
| Herrera | When that fucker- |
| CHS | (overlap) Houdini? |
| Herrera | Fuckin Sticks. |
| CHS | I like Houdini. |
| Herrera | Huh? |
| CHS | You don't know nothing about Sticks. |

GOVERNMENT EXHIBIT 217   **U.S. v. DELEON, ET Al.   32245**

| Herrera | What's your favorite song from Sticks? |
| CHS | Too much time on myyy. |
| Herrera | [laughs] |
| CHS | Too much time on my. |
| Herrera | What about back seat priest? |
| CHS | I don't know what that is. |
| Herrera | No? |
| CHS | Ohh I don't know. I like Houdini. You're still jamming to UI? |
| Herrera | [laughs] |
| CHS | *A la verga.* I haven't heard that since I was living on the projects. Over there on-on Nickel park. |
| Herrera | That's what's on now. It's called the pop and lock. |
| CHS | Pop- |
| Herrera | (overlap) UI like, UI, UI, Sosa UI. |
| CHS | *Pobrecito.* |
| Herrera | UI |
| CHS | *Pobrecito.* |
| Herrera | The UI three. |
| CHS | *A la verga.* |
| Herrera | Huh? |
| CHS | *A la verga.* |
| Herrera | I was a little fuckin, little fuckin UI, UI, all that music was being played at San Gabriel park. [pause] Huh- |
| CHS | (overlap) Ay that park what is it called? What park? |
| Herrera | San Gabriel. |
| CHS | Yeah it ain't San Gabriel park no more it's the Aquarium. |
| Herrera | Ee I know. |
| CHS | I guess you can't drive back there no. I never even been there or seen it or nothing man. |
| Herrera | I know. |
| CHS | (overlap) Albuquerque when I see it, it looks like all sucked up man when I see it |

GOVERNMENT EXHIBIT 217 **U.S. v. DELEON, ET Al.    32246**

| | |
|---|---|
| | on the news. I just, I g-I mean there's a lot drugs there you know but, just, man nothing but violence and, and cops shooting people and, and it's compared to te-compared to like the south it's all, it's forest it looks like no? All green? |
| Herrera | Yeah. |
| CHS | Badder (phonetic) than fuck. Where there's no neighbors you g-your-your house (stutters) your trailers in the woods. There's no neighbor you have to drive off to the road, leading to your house. No sidewalks. Albuquerque is badder than fuck or, |
| Herrera | You should've went to fuckin Nashville ay. |
| CHS | Nashville's a big city I would work at Nashville. We would always drive to Nashville. There's a lot of work in Nashville. |
| Herrera | Yeah? |
| CHS | To, fix, fix the roofs no? The leaks in the buildings. |
| Herrera | Yeah. |
| CHS | He's badder than fuck he looks like the Mardi Gras. Like downtown Nashville? It-they have a, it's a bar that you drink at but, everybody pedals at the barters. Pedals, and it drives down the street. |
| Herrera | Yeah? |
| CHS | (stutters) Just all kinds of shit all the places that you go to right next to another right next to another there's li-there's bands in the, in the bars and, it's like the Mardi Gras over there. Every day it's the country, capital of the world. But expe-it's expensive bro. Everything you wanna buy there, shh… yup. I went there, at the, the Hard Rock Café and they sold me some nachos for twenty dollars. |
| Herrera | *Serio*? |

GOVERNMENT EXHIBIT 217  U.S. v. DELEON, ET AL.   32247

| CHS | Nacho I ordered a nacho supreme twenty dollars. |
| Herrera | *A la verga*. |
| CHS | I said "*A la verga*." They weren't counting on me cause I s-we're not there no more, we're going to McDonalds. But he would have memorabilia of the Beatles, the uh Jimmy Hendrix, all kinds of shit no? It's-it's bad over there man. I don't like the city. We just worked over there. I just like the way the country is no? Get a trailer and pull it by a fuckin stream and kick it. But I (stutters) it's alright. It's alright out there. Nobody knows you. [pause] Mmm, Fuck. |
| Herrera | You know what this is right here? |
| CHS | Who? I can't hear it. |
| Herrera | Watch, hold on. The tv watch hold on. |
| CHS | Uh. I gotta drink some coffee. |
| Herrera | UI. [singing] |
| CHS | Are you singing? Ahhh. Mm. [pause] Did you give em your canteen list? |
| Herrera | Hold on. |
| CHS | Hey! |
| Herrera | UI |
| CHS | What did you order on the, five star? |
| Herrera | UI |
| CHS | Huh? Where'd you go? |
| Herrera | UI |
| CHS | You didn't order no banana nut bread? |
| Herrera | Huh? |
| CHS | You didn't order a loaf of banana nut bread? |
| Herrera | The what? |
| CHS | You didn't order no banana nut bread? |
| Herrera | Yeah! |
| CHS | What are the burritos that's like one order is a burrito? |
| Herrera | I dunno, it says a one pound burrito. |
| CHS | A one pound burrito? |
| Herrera | UI for UI ay. |

GOVERNMENT EXHIBIT 217   U.S. v. DELEON, ET Al.   32248

| | |
|---|---|
| CHS | Oh so that's two separate orders? |
| Herrera | Yeah that's fuckin, one pound burrito I guess. |
| CHS | Is that two separate orders? |
| Herrera | Huh? |
| CHS | Is that two separate orders? |
| Herrera | Yeah. |
| CHS | Damn that's like sixteen dollars. |
| Herrera | I know. |
| CHS | Sixteen and then the five dollar, sixteen seventeen eighteen nineteen twenty twenty one dollars! |
| Herrera | UI for UI for me. |
| CHS | Shh. That's why I don't buy it. When I got, when I got that hundred dollars from my *jito*, I didn't buy no fuckin eight dollar burrito. I said [laughs] I gave me a canteen list and bought me twenty soups. |
| Herrera | That's better. UI, you could get a better fuckin spread than for that money. |
| CHS | Yup. They-they make some pretty good spreads uh Jesse makes better ones than T Loc. Jesse puts pickles, sausage all kinds of shit huh? |
| Herrera | You think these fuckers are gonna pass it? |
| CHS | What? |
| Herrera | The tray? |
| CHS | Yeah when they bring it it's usually that dude Perez no? They'll bring it to your room say give one to, give one to cell eleven. He'll give it to me I'll tell him, we'll tell him we'll give you a yard or something. Everybody taxes now. You ask for a roll of toilet paper for a yard. You ask for a request for a yard. |
| Herrera | *Serio*? |
| CHS | Yeah! |
| Herrera | A request? |
| CHS | I told him I'll-I'll give you a mon-I'll give you all my yards for a blow job. |
| Herrera | [laughs] |

59

GOVERNMENT EXHIBIT 217  **U.S. v. DELEON, ET AL.   32249**

| | |
|---|---|
| CHS | Hey well now you're being funny. |
| Herrera | No I'm fucking serious. My neighbor will give you his yards too. [laughs] |
| Herrera | You ever heard this one nah? [music] Huh? |
| CHS | [sings] |
| Herrera | You heard that song? |
| CHS | Fuck yeah! Reminds me of my first wife. |
| Herrera | Yeah? |
| CHS | Francis. *Pobrecita*. Yeah. |
| Herrera | *A la*. [music](1:44:56) Huh? |
| CHS | Yeah? |
| Herrera | Bad one UI. |
| CHS | Yeah. Fuck yeah it is. |
| Herrera | Yeah that fucker. |
| CHS | [sips] Ahh nice hot coffee fuck yeah. |
| Herrera | Huh? Fuck played all kinds of shit this morning when you were asleep. |
| CHS | I stayed up late man I stood up, chhh. |
| Herrera | What the? [music] |
| CHS | Oh shit! |
| Herrera | Huh? |
| CHS | Ride or ride homie. |
| Herrera | Huh? |
| CHS | Jam it let me hear it. |
| Herrera | You like that one? |
| CHS | Jam it. |
| Herrera | Hold on. |
| CHS | Hold on here comes somebody. The fuckin *juras* are coming. |
| Herrera | *Ay te va* |
| CHS | *Ay te va?* |
| Herrera | UI |
| CHS | Huh? *Ay te va?* [knocking] What? Huh?[rustling] What? Who is it? |
| Herrera | Huh? |
| CHS | What were you saying? |
| Herrera | I said huh? |
| CHS | Who's that? |
| Herrera | UI [pause] UI |

60

| CHS | Huh? |
|---|---|
| Herrera | UI |
| CHS | Who? |
| Herrera | UI |
| CHS | UI over there? [pause][music] Supersonic. |
| Herrera | [laughs] |
| CHS | Ohh! [music] Supersonic![pause] |
| Herrera | UI Supersonic? |
| CHS | Supersonic! Time to eat my beans buddy. [long pause] Supersonic! Supersonic! [pause] *Bueno ya estubo.* Supersonic! [pause] *Bueno ya estubo. Te wacho manana.* |

GOVERNMENT EXHIBIT 217 U.S. v. DELEON, ET Al. 32251

DISC 32191-32251.Redacted.Transcript of bod rec btwn CHS & C. Herrera(2-27-16 thru 4-28-16).0730_035F

```
00001:01  CHS: It-it was so different. Different couples go into the room
      02  and bone it. You missed it. You're uh, you're on your pansa.
      03  HERRERA: It's that show tonight.
      04  CHS: I doubt it.
      05  HERRERA: Huh?
      06  CHS: He didn't even-he didn't say nothing about, last night. He
      07  said Monday. So, I don't know. Something good is coming out
      08  Monday. I haven't heard nobody all day today [laughs] they st-
      09  [chuckles] everybody's staying up watching them movies. Shit man.
      10  HERRERA: No. (UI) probably dude (UI) uh,
      11  CHS: We didn't (UI) [yawns]
      12  HERRERA: Huh?
      13  CHS: We need to get that stinger again.
      14  HERRERA: Gonna have to ay. Fuck. That fuckin waters, fuckin
      15  not working.
      16  CHS: That way we could make a soup.
      17  HERRERA: But ask him too for the phone in the morning.
      18  CHS: You do?
      19  HERRERA: Or the night.
      20  CHS: When do you want it?
      21  HERRERA: Whenever there's an opening.
      22  CHS: You like it in the morning?
      23  HERRERA: Yeah.
      24  CHS: You could get it first thing in the morning. You keep it
      25  till fuckin, till  whenever.
00002:01  HERRERA: Usually no one gets it in the  morning?
      02  CHS: Only like, only on Saturday. That dude, that one dude likes
      03  it on Saturday. Um. Sometimes my neighbor gets it in the morning.
      04  HERRERA: Yeah.
      05  CHS: Yup. [yawns]
      06  HERRERA: Then that fuckin razor is not worth a fuck bro.
      07  CHS: Fuck. I'm gonna start try-I'm gonna start shaving my head
      08  I guess. Ugh.
      09  HERRERA: Huh?
      10  CHS: I need to get the clippers.
      11  HERRERA: Oh they let you use the clipper?
      12  CHS: Yeah.
      13  HERRERA: I'm gonna have to, shave my head like that because this
      14  other way, forget it  ay.
      15  CHS: Your head's already shaved ain't  it?
      16  HERRERA: Huh?
      17  CHS: Your head's already shaved.
      18  HERRERA: Yeah but I'm saying uh, these fuckin razors won't shave
      19  my head and my face.
      20  CHS: What razors?
      21  HERRERA: The one that didn't work?
      22  CHS: The orange ones?
      23  HERRERA: Yeah.
      24  CHS: What did you use to shave your head with then?
      25  HERRERA: Over there. They sell us razors. They're- they're not-
00003:01  CHS: (overlap) No uh, but your head's always been shaved from when
      02  I was here last time.
      03  HERRERA: But they-they have those other razors.These ones fuckin suck.
      04  CHS: They've always had these orange  ones.
```

DISC 32191-32251.Redacted.Transcript of bod rec btwn CHS & C. Herrera(2-27-16 thru 4-28-16).0730_035F

```
        05  HERRERA: Not these kind.
        06  CHS: [laughs]
        07  HERRERA: They don't sell razors to, a-people over here huh?
        08  CHS: I haven't heard at all buy no razors here always getting the
        09  razors from the wall over there, and then keeping it. And then,
        10  been saying nothing. Member they'd be only be seen razor and be
        11  shaking down  everybody?
        12  HERRERA: Yeah.
        13  CHS: Yup. Yup. Fuck.
        14  HERRERA: Then a catalog.
        15  CHS: [yawns]
        16  HERRERA: Order from the catalog.
        17  CHS: Huh?
        18  HERRERA: Like the shit you could order.
        19  CHS: Uhhh. You prolly [phonetic] have to ask uh, Quiggley. See if he
        20  comes by tomorrow.
        21  HERRERA: You don't have visiting forms?
        22  CHS: He'll give you one too if he has it in his folder when he comes
        23  up he has em in his folder.
        24  HERRERA: But then that's when he takes em off que no?
        25  CHS: He could prolly fill it out. Oh I guess she send it to your
00004:01  visitor you don't need to fill it out.
        02  HERRERA: Huh?
        03  CHS: You don't need to fill it out. She fills, your visitor fills it out.
        04  HERRERA: What do you mean?
        05  CHS: You send it to her blank what do-what are you wanting an
        06  application or what?
        07  HERRERA: No like you know how you extend your visit?
        08  CHS: Oh yeah-yeah-yeah.
        09  HERRERA: The forms?
        10  CHS: Shit I don't know nothin about that I've- [chuckles] yeah.
        11  HERRERA: Somebody has a form in here. They don't have em on the wall
        12  or any of that?
        13  CHS: Probably on that wall.
        14  HERRERA: (UI).
        15  CHS: Ask c- when the c.o.comes in ask him if there's a visiting form
        16  on that wall.
        17  HERRERA: I was just gonna cross out that level five put north. Tell em
        18  that's all I had ay. Fuckin you never got me a form.
        19  CHS: Jesse! Jesse!
        20  HERRERA: You have to schedule it a week in advanced huh?
        21  JESSE: Hey!
        22  CHS: You have a visiting form?
        23  JESSE: Uhhh....
        24  HERRERA: Or a catalog? Of what we could order.
        25  JESSE: (UI)
00005:01  CHS: Do you have a catalog of what we could order?
        02  JESSE: (stutters) Ok now what are you looking  for?
        03  CHS: A visiting form and a catalog or Lazy's looking for one.
        04  JESSE: A visitation form?
        05  CHS: Yeah.
        06  JESSE: No I don't know I don't have no visitation form.
        07  CHS: When do you, when do they, when does Quiggley pick those up?
        08  JESSE: Whenever he comes by.
```

DISC 32191-32251.Redacted.Transcript of bod rec btwn CHS & C. Herrera(2-27-16 thru 4-28-16).0730_035F

```
        09   CHS: Whenever he comes by. I never-I've never s- hear him asking for
        10   visiting forms.
        11   JESSE: He asks for em all the time.
        12   CHS: Oh yeah. How about a, catalog? Do you have a catalog, to order?
        13   What are you trying to order Lazy?
        14   HERRERA: Like a shirt and shit.
        15   CHS: What are you trying to order?
        16   HERRERA: We could order cell twenties?
        17   CHS: Can we order C-L twenties over  here?
        18   JESSE: Yes!
        19   CHS: See. Yes over there where you-they let em order C-L twenties.
        20   JESSE: Hold on let me get-let me-let me get all the shit ready fool,
        21   and I'll give it to  him
        22   CHS: Hey do you have a stinger?
        23   JESSE: (UI)? No.
        24   CHS: Yeah. Who has it?
        25   JESSE: You know who has it!
00006:01   CHS: T,T Loc?
        02   JESSE: Yeah.
        03   CHS: See I didn't know. I thought it was downstairs.
        04   JESSE: T Loc gots it.
        05   CHS: Alright.
        06   JESSE: (UI)
        07   CHS: Okie dokie.
        08   JESSE: You-you're not a fuckin fish ay.
        09   CHS: I'm a shark?
        10   JESSE: You're a fuckin shark.
        11   CHS: Are-
        12   JESSE: You're a shark in a pod homie.
        13   CHS: [laughs] What are them uh, what kind of them sharks that don't
        14   have no teeth. [laughs] A nurse-
        15   HERRERA: (overlap)(UI) tell him I'm gonna shoot-
        16   CHS: (overlap) I'm a fuckin nurse shark.
        17   JESSE: You're fu-you're a-you're a fuckin hammerhead.
        18   CHS: [laughs] He said I'm a hammerhead  shark.
        19   JESSE: (UI) T-Loc (UI)
        20   CHS: That fuckers a fuckin, he's a fuckin sea lion.
        21   JESSE: [laughs]
        22   CHS: [laughs] No, one of them walruses.
        23   JESSE: Daaaam!
        24   CHS: He's one of them walruses.
        25   JESSE: (UI) sea lion (UI).
00007:01   CHS: Fuck. Is there anymore cura coming on tonight?
        02   JESSE: I don't know I guess we'll find out.
        03   CHS: How come you said Monday? What's on Monday?
        04   JESSE: (UI) wanted to cry didn't she?
        05   CHS: I wonder when that sex
        06   (UI) comes on  again?
        07   JESSE: Ooh I-didn't you stay up last night?
        08   CHS: I-yeah.
        09   JESSE: Find it?
        10   CHS: Yup.
        11   JESSE: It was on last night?
        12   CHS: Yup.
```

DISC 32191-32251.Redacted.Transcript of bod rec btwn CHS & C. Herrera(2-27-16 thru 4-28-16).0730_035F

```
         13  JESSE: Oh I crashed out last night too.
         14  CHS: Oh man! I was knocking nobody answered everybody went to sleep.
         15  I said, "ooh a la verga. "
         16  JESSE: Shh there was choke (UI).
         17  CHS: I know that's why I've been asleep all day.
         18  JESSE: [laughs]
         19  CHS: Fuck!
         20  JESSE: Hey.
         21  CHS: Hey.
         22  JESSE: What happened? I was there two days ago, and (UI) all
         23  that shit no?
         24  CHS: Alright. Alright. Alright weno. He said he'll get that
         25  catalog ready for you.
00008:01  HERRERA: And the visiting OL-
         02  JESSE: (overlap) (UI) fuckin shy ay.
         03  CHS: Huh?
         04  JESSE: (UI) shot.
         05  CHS: Who?
         06  JESSE: You!
         07  CHS: Sh-shy about what?
         08  JESSE: About (UI).
         09  CHS: Oh yeah I'll ask him. I thought it was downstairs I didn't
         10  feel like-
         11  JESSE: (UI)
         12  CHS: Right-right-right-right.
         13  JESSE: Yeah.
         14  CHS: He said he'll get it ready. So you could order those. Uh.
         15  HERRERA: I, they didn't let us fuckin have nothing bro. That's
         16  what I don't-
         17  CHS: (overlap) I wonder if they'll take it from you though if
         18  you have it? And-
         19  HERRERA: (overlap)Huh?
         20  CHS: if they take you back, think they'll take you back? Or (stutters)
         21  you think you're moving to I don't think you would.
         22  HERRERA: I don't know bro. I, I don't even know what the fucks going
         23  on. All they said is they told her no?
         24  CHS: Who?
         25  HERRERA: Well they didn't say no names. They just said, (UI).
00009:01  CHS: Who said that?
         02  HERRERA: Over there I- but they didn't say names. Y- you know
         03  I mean? pretty sure Baby It's G or kind of hard I'm Juanita or
         04  Fernie nuh?
         05  CHS:What do you mean here? when you were coming over
         06  HERRERA: No. This morning. My rucca told me.
         07  CHS: Oh she talks to them?
         08  HERRERA: Well she talks to, Baby G's rucca no? (UI).
         09  CHS:Oh yeah yeah. And Baby G's over there with you guys?
         10  HERRERA:He don't say nombres but I have like, you know I be able
         11  to code it like firme you know I mean?
         12  CHS:Baby G's over there with you guys?
         13  HERRERA:Yeah.
         14  CHS:Is that uh, Roybal's little brother?
         15  HERRERA:Oh that's,
         16  CHS:  Greg. That's Greg.
```

DISC 32191-32251.Redacted.Transcript of bod rec btwn CHS & C. Herrera(2-27-16 thru 4-28-16).0730_035F

```
        17   HERRERA: He's from Padilla.
        18   CHS:  Oh.
        19   HERRERA: Jonathan Gomez.
        20   CHS: Oh.
        21   HERRERA: That's that little fucker that went to, where was it? Santa-no,
        22   Hobbs or somewhere and stuck that dude.
        23   CHS: Stuck what dude?
        24   HERRERA: I don't know some vato.
        25   CHS:[chuckles] Yeah.
00010:01   HERRERA: He's down ay. He's doing a vida no?
        02   CHS: Yup.
        03   HERRERA: That's why, I had already said word to them though when
        04   they fuckin hit my mom so I told them to (UI) let my rucca know,
        05   get rid of everything. All the fuckin pictures, whatever letters
        06   he had over there or stitch or whatever the fuck get rid of all
        07   that shit out of the house. They were already on it before anything
        08   no? But I don't know if, s-she had told me what had happened on
        09   the tier this morning but he was telling me, he was over there
        10   burning his fuckin biscuit in the fuckin microwave,
        11   CHS: Who was rapping in the tier?
        12   HERRERA: This morning. W-when we came over here, before I came,
        13   CHS: Oh yeah.
        14   HERRERA: I was talking to him on the tier but, when we were throwing
        15   rollo, he started burning his fucking biscuit.
        16   CHS: On what?
        17   HERRERA: In the microwave. And it started smoking so,
        18   CHS: Oh you guys got a microwave over there?
        19   HERRERA: Yeah. So when he was telling me, that's what I-the way I
        20   understood is that, they fuckin read it.
        21   CHS: Oh those fuckers don't keep you wherever for very long.
        22   HERRERA: But then I didn't ask him again where (stutters) where he's
        23   at and shit. I just sent word no?
        24   UM: Hey!
        25   HERRERA: Just tell him to tell quovo and shit like that (UI)-
00011:01   CHS: (overlap) Ay!
        02   UM: Ya'll dim the light.
        03   CHS: I-g-you don't have your line huh?
        04   HERRERA: Huh?
        05   CHS: I have your line huh?
        06   HERRERA: Yeah.
        07   CHS: Ah shit I'm gonna have to get it; hold up I have to give him his
        08   line to him. He lost his line last night. Ay yi yi. Here we go again.
        09   [pause] A la verga where is the line in here? Oh. Oh okay que cabron.
        10   You have everything together Lazy?
        11   HERRERA: Huh?
        12   CHS: You have anything to get your line with?
        13   HERRERA: Yeah.
        14   CHS: You do?
        15   HERRERA: (UI).
        16   CHS: Here I'ma [phonetic] send it to you now.
        17   HERRERA: Alright.
        18   [pause] [background noise]
        19   HERRERA: Huh?
        20   CHS: Where's that go?
```

DISC 32191-32251.Redacted.Transcript of bod rec btwn CHS & C. Herrera(2-27-16 thru 4-28-16).0730_035F

```
        21  HERRERA: (UI)
        22  CHS: Did you get it?
        23  HERRERA: You're-yeah.
        24  CHS: Alright hold on. Give me a helicopter uh,
        25  HERRERA: Huh?
00012:01  CHS: Uh, Jesse
        02  JESSE: Huh?
        03  CHS: Helicopter. [pause] Helicopter!
        04  JESSE: (UI)
        05  CHS: And I'll tear-I'll-I'll tie the end of his line on there. Ay cabron.
        06  [pause] Ok pull his line in Jesse.
        07  JESSE: I just did.
        08  CHS: That's uh, that's Lazy's.
        09  JESSE: Oh alright. [pause J
        10  CHS: (UI) some.
        11  JESSE: (UI) [pause] [background noise][tv] 16:05
        12  JESSE: (UI)
        13  CHS: Huh?
        14  JESSE: (UI) [pause]
        15  CHS: You don't need that stinger now huh? Later on?
        16  HERRERA: Huh?
        17  CHS: Later on? Hello? [pause]
        18  UM2: (UI).
        19  JESSE: Go head.
        20  UM2: Yeah. [pause] (UI) that little fuckin that other little, paper
        21  that's in there. [pause] [background noise]
        22  CHS: What little paper? Paperrrr? [long pause]
        23  [background noise] What are you saying over there?
        24  HERRERA: (UI)
        25  CHS: Huh?
00013:01  HERRERA: Huh? [pause] Hey!
        02  CHS: Huh?
        03  HERRERA: What happened?
        04  CHS: Nothing. Did you get the stinger?
        05  HERRERA: Huh?
        06  CHS: Did you get the stinger?
        07  HERRERA: (UI) no.
        08  CHS: Oh alright we'll get it to you cause when do you need it?
        09  HERRERA: The stinger wasn't in there.
        10  CHS: I know. When do you need it?
        11  HERRERA: Whenever you get it.
        12  CHS: Why what are you gonna make? A soup?
        13  HERRERA: Yeah, and coffee.
        14  CHS: Alright. We had to a-
        15  HERRERA: (UI)
        16  CHS: We'll have to ask T Loc. I'll ask  him.
        17  HERRERA: (UI)
        18  CHS: Huh?
        19  HERRERA: Tell him he could have that uh, foto in there. I-I had another
        20  one too. They saw the pictures.
        21  CHS: Which foto?
        22  HERRERA: I sent him a list (UI) pictures no?
        23  CHS: Huh?
        24  HERRERA: They're like little pictures the one that they sell?
```

DISC 32191-32251.Redacted.Transcript of bod rec btwn CHS & C. Herrera(2-27-16 thru 4-28-16).0730_035F

```
       25  CHS: Yeah.
  00014:01  HERRERA: But these fuckers took-
       02  JESSE: (overlap) (UI)
       03  HERRERA: my fuckin paperwork and then there's uh, little pie-the other
       04  pie, the other one in there no?
       05  JESSE: Hey!
       06  CHS: Hold on he's calling me. Ay!
       07  JESSE: And ask him did he say about that other piece of paper?
       08  CHS: He said you could keep that piece of paper with the middle pictures on it.
       09  JESSE: Alright.
       10  CHS: Those are the pictures that they sell. [chuckles]
       11  JESSE: Alright.
       12  CHS: (stutters) I never heard of them selling choke pictures.
       13  HERRERA: They don't do it anymore though.
       14  JESSE: (UI)-
       15  HERRERA: (overlap) Ay they don't sell-
       16  JESSE: (overlap) Alright.
       17  HERRERA: pictures no more.
       18  CHS: He said gracias. Did he send your pictures back?
       19  HERRERA: Huh?
       20  CHS: Did he send your pictures back?
       21  HERRERA: Yeah. Yeah, I sent him his too. Yeah they don't let us have them
       22  no more though. They stopped all that shit. I-my fuckin hyna couldn't even
       23  send me in pictures in panties, like boy cut short?
       24  CHS: Yeah.
       25  HERRERA: And a shirt. Like a fuckin see through.
  00015:01  CHS: They send em back?
       02  HERRERA: Yeah. And then she had pasties under with a see through shirt. She's
       03  not revealing anything every little (UI) that god damn fuckin tv. I don't know
       04  why the hell we can't have the picture.
       05  CHS: Chhhhh.
       06  HERRERA: Ay, let's hope that those fuckin Christians don't cry ay. They
       07  see that shit going on they'll fuckin go and fuckin rat.
       08  CHS: No one even knows unless someone tells you because, it comes on
       09  late at night and, them fuckers go to sleep.
       10  HERRERA: Those fuckin, that's why they stopped the fuckin s-that, those
       11  other channels cause of that shit. The Christian, fuckers  ay.
       12  CHS: What other channels?
       13  HERRERA: The, they were showing us that Encore.
       14  CHS: Encore didn't show shit like that.
       15  HERRERA: A little bit but ch they-they cried over that just imagine, even
       16  in Cruces they, all the movies they bring are like Batman, Superman,
       17  Star Trek. Nothing but cartoons. They don't-they don't fuckin chafa movies ay.
       18  CHS: Hey does anyone know where that little paisa's at?
       19  HERRERA: Huh?
       20  CHS: Does anyone know where that little paisa's at? H
       21  ERRERA: What paisa?
       22  CHS: The paisa that, with the, with the viejo. The one that fucked up
       23  the viejo. [pause] Did you hear me?
       24  HERRERA: I don't know who that is.
       25  CHS: The paisa. You said he was paisa.
  00016:01  HERRERA: Ronnie?
       02  CHS: No the paisa that we were talking about last night. The paisa.
       03  Uhh, Conrad.
```

DISC 32191-32251.Redacted.Transcript of bod rec btwn CHS & C. Herrera(2-27-16 thru 4-28-16).0730_035F

```
       04  HERRERA: Oh.
       05  CHS: Que barbaro. [chuckles]
       06  HERRERA: Na he's in, I think in Chaparral. I have an address, a number
       07  that he left me there to contact but after that pedo a la verga no?
       08  That fucker was (UI) but trust me. I can't put a hundred percent on it but,
       09  CHS: Who-who did he talk to over there?
       10  HERRERA: H-he didn't know nothing.
       11  CHS: I know but who would he talk to over like, ahh camarados with?
       12  HERRERA: Just us. We had him right there with us. That fucker ese down
       13  bro serio ay. He's a down little fucker ay.
       14  CHS: He was in a different pod than you guys que no?
       15  HERRERA: Well he's at the G.
       16  CHS: Huh?
       17  HERRERA: He lived with G. He don't rap to nobody neither ay. He's like
       18  real quiet no?  He looks like a fuckin weirdo ay. When I first met him,
       19  I said, but Spanky told me "fuck no" Spanky told me. That fucker looked
       20  like a weirdo but that fuckers down ay. Spanky told me no? Cause he had
       21  lived at the (UI) when I guess somewhere else. Then he became my neighbor ay.
       22  CHS: He was, (stutters) became your neighbor?
       23  HERRERA: Yeah. Because he went to the hole right?
       24  CHS: Yeah.
       25  HERRERA: After that pedo, and after thirty days they put him back over
00017:01  there with us. That's when I got to know him (stutters) like kind of
       02  know him no, met him? We started living together for a minute, and
       03  that's when they rounded his ass up and took him. They took him and
       04  Spider. [pause] They came and just said, "vamo, let's go."
       05  CHS: No one tried looking-
       06  HERRERA: No-no-no fuck no! T-he came to the north. He didn't, Spider
       07  got arrested over there no? Fuck no. Conrad came to the north nuh?
       08  He was waiting on, transport to the north and he went to the north,
       09  CHS: Well he's on um-he's on my indictment.
       10  HERRERA: And then he got transferred to the Feds. Telling you man that
       11  little fuckers down but, he's from Deming no? He-he knows Angel.
       12  CHS: [chuckles]
       13  HERRERA: Well he-he's close to (UI) no? Serio ay that little fucker,
       14  he's like a down little fucker ay.
       15  CHS: Does he know me?
       16  HERRERA: Huh?
       17  CHS: Does he know me?
       18  HERRERA: Who?
       19  CHS: Uh did he say anything about ever being with me in the pinta?
       20  HERRERA: No. He's-he's like a little youngster he just barely fell ay.
       21  But he-he's paisa no? That fuckers (UI) Mexicano ay. Them fuckers are
       22  down bro. Shh look at all the only ones that stood behind now all the
       23  paisas a la verga.
       24  CHS: Who was with him on that tier?
       25  HERRERA: Julian.
00018:01  CHS: I know but, nobody else did-nobody else was that was friends with him?
       02  HERRERA: Yeah well he, they rapped to him but, he like,
       03  CHS: Would he rap to Julian?
       04  HERRERA: No. Well he-
       05  CHS: (overlap) [chuckles]
       06  HERRERA: (UI) just, you know quovo.
       07  CHS: Oh yeah.
```

DISC 32191-32251.Redacted.Transcript of bod rec btwn CHS & C. Herrera(2-27-16 thru 4-28-16).0730_035F

```
        08  HERRERA: And then [chuckles]
        09  CHS: [chuckles]
        10  HERRERA: [laughs]
        11  CHS: Quovo hi-ya!
        12  HERRERA: Ay he's funny he's (UI)-
        13  CHS: (overlap) Hi-ya!
        14  HERRERA: (UI) what that fuck hit him ay. That's what he get that fuckin
        15  punk [chuckles] pobrecito [laughs] fuckin idiot. He thought he was
        16  all good ay. Even Boo Boo. They thought he was all firme ay.
        17  CHS: Fuckin, yeah I'm done you I thought that (stutters) it still
        18  says, c-h-i-t-m-o-n, Chitmon. It says aka, c-h-i-t-m-o-n Chitmon.
        19  I thought it was saying Shiman no? I thought it was Shiman and
        20  then, Shiman and Playboy?
        21  HERRERA: Yeah I went over there and like I (UI) no? But, I don't know.
        22  CHS: Na I-I wouldn't, I wouldn't call, try not just,
        23  HERRERA: I (UI)-
        24  CHS: (overlap) wondering.
        25  HERRERA: I-I mean, fuck that.
00019:01  CHS: So.
        02  HERRERA: Know what I mean?
        03  CHS: How old is he?
        04  HERRERA: About thirty. Twenty nine.
        05  CHS: A la verga.
        06  HERRERA: (UI) youngin.
        07  CHS: How much time was he doing?
        08  HERRERA: It was about, three years. But he don't have nobody.
        09  CHS: He don't have no -he only has three years?
        10  HERRERA: Fuckin, m-Mormon.
        11  CHS: He's Mormon?
        12  HERRERA: Yeah.
        13  CHS: What's that?
        14  HERRERA: I don't know. But they're Mormon.
        15  CHS: That's some, kind of Christian? Or something?
        16  HERRERA: I guess his familia.
        17  CHS: They're Mormon paisa's?[chuckles]
        18  HERRERA: Yeah. But his-he's adopted I think. He's paisa he-serio that
        19  little fuckers down but, but, that fucker and not only that, he don't
        20  know nothing. He don't know not- politics like fuck. You know what I
        21  mean? He doesn't know shit.
        22  CHS: Well how did he know Julian wasn't worth a fuck?
        23  HERRERA: Huh?
        24  CHS: How did he know that viejo wasn't worth a fuck?
        25  HERRERA: Well he just knew that, didn't need to know nothing just
00020:01  needs to know handle that.
        02  CHS: [laughs]
        03  HERRERA: Know what I mean? They're truchas all that. (UI) we weren't
        04  that stupid. That's why the only ones I rap to are just certain
        05  brothers that I trust (stutters) trusted. I didn't need to rap to
        06  a bunch of fuckin weirdos over there at PNM. Yeah they're, you know,
        07  brothers or whatever but I didn't rap to em on that level. There was
        08  just a few that was that, willing to rollo. Not only that, no one
        09  needed to know nothing.
        10  CHS: Yeah.
        11  HERRERA: Let em get comfortable. Then, then everyone's getting high
```

DISC 32191-32251.Redacted.Transcript of bod rec btwn CHS & C. Herrera(2-27-16 thru 4-28-16).0730_035F

```
        12  and partying and  they were throwing (UI) a la verga it was once like,
        13  know what I mean?
        14  CHS: They were (stutters) everybody was nonstop getting high.
        15  HERRERA: I think he was even comfortable  ay.
        16  CHS:Yeah he was prolly comfortable once everybody drove up. Critter
        17  and Rara and, Anteater and, Boo Boo.
        18  HERRERA: I'm not gonna lie he thought he was firme ay. He thought
        19  he was cherry. Siiike que no![laughs]
        20  CHS: [laughs] Sikel A la verga!
        21  HERRERA: Pobrecito [laughs]That fucker was in the hole crying too ay.
        22  CHS:He was in the hole?
        23  HERRERA:Yeah in the one B they put him in the hole and he was
        24  over there crying ay.
        25  CHS: Who was he crying to?
00021:01  HERRERA: Chh. He was rapping uh, to Alex.
        02  CHS: What was he saying?
        03  HERRERA: (Stutters) ay like, "I know what I had coming ese but
        04  (stutters) but did it end here?"
        05  CHS: That's what he said? I know, I know,  I-
        06  HERRERA: (overlap)Boo Boo got all mad at  Alex. He says "Fuck that
        07  vato. He's chafa and, Boo Boo told the guard. I don't need a fuckin
        08  chafa fucker. (UI) skeena and you're banging on fuckin door like a
        09  bitch. Fuck you."
        10  CHS: What did he tell em?
        11  HERRERA: Boo Boo told him like that ay.
        12  CHS: And what did he s-tell Boo Boo?
        13  HERRERA: Nothing. Just, s-to try it.
        14  CHS: I'm surprised he- they even let him out. I didn't even know he
        15  was there. I'm surprised they let, him out to be honest.
        16  HERRERA: I think Boo Boo was, just saying that after because, he was
        17  trying to, make himself right know what I mean? But in the end he
        18  wasn't; if they would've been the other way around that vato would've
        19  been right there with him. Regardless or whatever. That fucker, was
        20  giving him skeena bro.
        21  CHS: What did Alex tell him?
        22  HERRERA: Alex is just like chh there's nothing, no  one could done
        23  for him ay. That fucker everyone seen that shit. Sh that fucker
        24  was screaming when they hit him in the head. Owww!
        25  CHS: I wonder why he was screaming if that dude was just fighting
00022:01  with him?
        02  HERRERA: I think he got stabbed ay. Honestly. And he was healthy.
        03  He was working out. That fucker was big no? And that little guy's
        04  small. (stutters) guy, a la verga, a la verga Jackie Chan.
        05  CHS: Who was he working out with?
        06  HERRERA: Chhh, with them down there like, uh,
        07  CHS: Doing burpees and shit?
        08  HERRERA: No. Not burpees but like, dips and push ups and legs
        09  and shit.
        10  CHS: Was he getting big?
        11  HERRERA: Yeah he was pretty healthy. And he had weight on him.
        12  Fuckin eating like fuck.
        13  CHS: Is he all gray?
        14  HERRERA: Yeah and then he was lending us think so, everybody was
        15  there with him. You know what I mean? Showing him love like fuck
```

DISC 32191-32251.Redacted.Transcript of bod rec btwn CHS & C. Herrera(2-27-16 thru 4-28-16).0730_035F

```
        16  just to get what we have.
        17  CHS: What did he have, subs?
        18  HERRERA: (UI) Tiny was and there was a lot to get no love. Even he
        19  didn't know nada.
        20  CHS: Was he getting subs?
        21  HERRERA: Yeah. He thought he was [laughs]
        22  CHS: Hmm. Mmm.
        23  HERRERA: Pobrecito ay. And then he went to the hole. No one
        24  could help him. They're chh, fucking Alex told him to sss
        25  "there's nothing I could do for you bro."That chh,
00023:01  CHS: He was short timing it. (stutters)
        02  HERRERA: Yeah I know.
        03  CHS: He-
        04  HERRERA: (UI) right after that.
        05  CHS: Did he have parole or anything?
        06  HERRERA: I don't know. That's just the rollo that I had found out
        07  like a while back b-by Dreamer. (UI) I don't even know where the
        08  fuck he's at or what the fuck bro. (UI) too huh?
        09  CHS: Huh?
        10  HERRERA: I was looking at that catalog.
        11  CHS: 0-over here you can order them C-L twenties.
        12  HERRERA: (UI) here, earbuds. C L twenties. Calibrated electronics.
        13  (UI). You may need to get the razors too huh?
        14  CHS: Yeah.
        15  HERRERA: I don't have it like that ay. Fuckin, twenty seven dollars
        16  bro a la verga.
        17  CHS: For what kind of razors?
        18  HERRERA: The (stutter) Conairs.
        19  CHS: What's that electric razor?
        20  HERRERA: Yeah.
        21  CHS: I wouldn't order nothing till I find out where they're gonna
        22  take you. You order it and then they don't let you have it?
        23  HERRERA: Chh. I know I don't know what the f -I think too, you know
        24  they-they s-
        25  CHS: They didn't a-question you or nothing when they brought you over here?
00024:01  HERRERA: Fuck no. I wouldn't even rap to them fuckin cops ay. I don't
        02  know though. I don't  (UI)-
        03  CHS: (overlap) It's a good thing to listen to em like when they question
        04  you it's a good thing to listen to their questions that way you know,
        05  kinda what they're trying to look into no?
        06  HERRERA: That's what my mom told me too (UI)-
        07  CHS: (overlap) Instead of saying, (stutters) I went in there every
        08  time they'd call me to STG I wouldn't make a big ol deal I'd just go
        09  over there and listen to what they have to say and then I would come
        10  back and say, "Yeah they're asking me this and that" and you can tell
        11  kinda what they're looking into no?
        12  HERRERA: Thinking that too. Maybe they'll give him this week aver.
        13  I don't know.
        14  CHS: Well STG has to know you're here que no?
        15  HERRERA: No but that chh, another thing too they could just, they
        16  could just be fucking with me you know what I mean like, lock him
        17  down and.... I-I thought honestly, what happened lately is what I
        18  was thinking is, they went and did my mom's pad and (UI) have her under
        19  investigation, so I think they just went ahead and locked me down,
```

DISC 32191-32251.Redacted.Transcript of bod rec btwn CHS & C. Herrera(2-27-16 thru 4-28-16).0730_035F

```
          20  to fuck with me. You know what I mean? Just playing little games ay.
          21  CHS: Like psychological?
          22  HERRERA: Yeah. Fuck em. They don't have nothing. They went and tried
          23  to fuckin get me my mom on a sale, they couldn't do that.
          24  CHS: How did they try that?
          25  HERRERA: Because two vatos went over there trying to score.
00025:01  CHS: Well, (stutters) she didn't sell em nothing so how can they try
      02  and get her?
      03  HERRERA: And then another thing that kind of, I haven't brought it
      04  up to my rucca no? She hadn't mentioned nothing, that means that
      05  she will. She told me that (UI) went to go see her, that, she
      06  hadn't brought it up or nada. I-I was gonna wanting to ask her
      07  this morning but I didn't I just said you know what? I'll just
      08  wait, wait it out. And see her in the visit then ask her. I was
      09  looking, I wanna see her expression on her face and her eyes
      10  know I mean? See if she's lying to me. Because, supposebly
      11  (phonetic) they-two vatos went to my mom's pad, asking for a
      12  vato named, Stee. Alright. Supposebly when they left, they wrote
      13  down my mom's license plates. Maybe she could just be paranoid
      14  or whatever. Ok. The coincidence is, is the vato named Stee is
      15  the detective that went to see her. But she wasn't at, es que
      16  he went to her work.
      17  CHS: I know you told me they went, the juras wouldn't go over there.
      18  HERRERA: But this rucca doesn't know nothing. She don't know fuck
      19  and maybe they went and prolly scared her and told her you know what?
      20  CHS: Yeah they'll tell her but, (stutters) she still, she still talks
      21  to you and she-so they didn't scare that bad.
      22  HERRERA: But-but she asking me some stupid ass question and I'll snap.
      23  CHS: I remember they went and told the peg leg, a long time ago they
      24  went and told the peg leg he's gonna kill you. There's nothing we can
      25  do but, we already have information, that he's gonna kill you so,
00026:01  (stutters) we don't have nothing to keep em he's gonna get out and
      02  kill you unless you can tell us something about him. And-and they
      03  were trying to get-
      04  HERRERA: (overlap) (UI).
      05  CHS: her, they were trying to get her to set me up with a gun huh?
      06  You just tell us when, huh?
      07  HERRERA: I worry more about my wife no? This rucca doesn't know
      08  fuck. Even if they were to approach or whatever. She tried to
      09  ask me some stupid ass questions-
      10  CHS: No I'm saying they'll ch-jus try to scare her to just take
      11  away your skeena you know?
      12  HERRERA: Yeah.
      13  CHS: Not that she knows anything just to take away-
      14  HERRERA: (overlap) But-
      15  CHS: your skeena.
      16  HERRERA: Not only that, I don't know uh-chh.
      17  CHS: That's what they're-
      18  HERRERA: (overlap)(UI) bro. We'll find out. But ch you know it's like,
      19  they act like they're doing something, for- already immune
      20  to this type of living you know I mean?
      21  CHS: I'm not.
      22  HERRERA: Whatever.
      23  CHS: [chuckles]
```

DISC 32191-32251.Redacted.Transcript of bod rec btwn CHS & C. Herrera(2-27-16 thru 4-28-16).0730_035R

```
         24 HERRERA: Regardless if they-they do come or whatever, that they put
         25 me in this cell, like nine years, I'll be- I'll be leaving. If I do
00027:01 go home if I don't I don't but nine or ten more years, I could do
         02 it in the cell it's nothing. It's chafa.
         03 CHS: Shit. Ten years-
         04 HERRERA: (overlap) (UI)
         05 CHS: is,
         06 HERRERA: I do.
         07 CHS: Ten years is a long time.
         08 HERRERA: But yeah you know what I mean?
         09 CHS: Ten years is a long time to pick up some more time. [chuckles J
         10 HERRERA: Yeah I know. I don't really give a fuck be honest you
         11 know I mean? But, that's what I see in it.
         12 CHS: How long have you been down now?
         13 HERRERA: Sixteen years. And all of its in the hole.
         14 CHS: [laughs]
         15 HERRERA:[laughs] Fuckin puto.
         16 CHS: [laughs]
         17 HERRERA: It's not funny ay. At first I (UI)-
         18 CHS: (overlap) Oh! You never even get, you never get to the main, to
         19 the south or nothing when it was population?
         20 HERRERA: Yeah.
         21 CHS: Yeah?
         22 HERRERA: Yeah for a while.
         23 CHS: Where were you at at the main? [someone yelling]
         24 HERRERA: When you were in f-member I was in cell block four? The
         25 hole when, when you were in cell block three with fuckin Scooby.
00028:01 CHS: You were in cell block four?
         02 HERRERA: Yeah when it was the oyo.
         03 CHS: Oh when it was the hole?
         04 HERRERA: Yeah.
         05 CHS: What side of it was the hole?
         06 HERRERA: There was (UI) on the north and south side. You were there.
         07 You-you were rapping with Patas member? You fuckin, you would send
         08 the linea once in a while?
         09 CHS: What happened to patas?
         10 HERRERA: I don't know. Fuckers a fuckin,
         11 CHS: They shot, they killed him huh?
         12 HERRERA: Yeah.
         13 CHS: That little fucken restaurant. I member that on the news except
         14 I don't remember his name but yeah.
         15 HERRERA: Yeah it's fuckin like I said ay. All of this (UI) this fucker time
         16 I've been in the hole bro.
         17 CHS: A la verga (stutters)-
         18 HERRERA: Since I was there,
         19 CHS: At least I got, I did a lot of that-
         20 HERRERA: Right after I got there in Cruces when you, and I guess
         21 J.R. and I don't know who else fuckin, got in a bang, banged with
         22 the fuckin negros in the gym. When you guys came on that cadena, I
         23 went on that other cadena. That's all they need, for you guys.
         24 CHS: There's a big ol trip in the gym huh?
         25 HERRERA: Yeah.
00029:01 CHS: The mayates? Yeah.
         02 HERRERA: That's when I got over there and, I was with-with Baby Henry,
```

DISC 32191-32251.Redacted.Transcript of bod rec btwn CHS & C. Herrera(2-27-16 thru 4-28-16).0730_035F

```
       03   and fuckin Joe, Gordon, had my,
       04   CHS: Where's Joe Gordon?
       05   HERRERA: (UI).
       06   CHS: How, how, he die?
       07   HERRERA: I don't know. And, and his brother. Jimmy too.
       08   CHS: Oh yeah I remember Jimmy was one of em was over here.
       09   HERRERA: Joe and Jimmy are dead.
       10   CHS: Where's uh, where's Little Henry? Oh he's dead.
       11   HERRERA: Henry-Henry's dead too though.
       12   CHS: Yeah Henry they killed him that dude the.... he's trying to
       13   bulldog people member?
       14   HERRERA: Yeah.
       15   CHS: He's trying to bulldog and they sssss capped his ass.
       16   HERRERA: Yeah but like I said ay, fuckin, that's what I think
       17   happened with Shadow too they went and tackled his ass up ay.
       18   CHS: He would've told (stutters) you guys didn't have no work
       19   for him to leave a message to you guys?
       20   HERRERA: Huh?
       21   CHS: You didn't have nowhere to, for him to leave a message to you guys?
       22   HERRERA: Who?
       23   CHS: Uhh, um, Little Shadow?
       24   HERRERA: Huh?
       25   CHS: Little Shadow.
00030:01   HERRERA: No. Hold up. Not uh!
       02   [pause] [background noise]
       03   UM3: Hey (UI) go! (UI) go.
       04   JESSE: Again?!
       05   UM3 Cell lock down.
       06   JESSE: How is that (UI) lock down-
       07   CHS: We were in lock down today!
       08   JESSE: (UI) yeah right.
       09   UM3: (UI).
       10   JESSE: (UI). Nobody said (UI) fuck you. [pause] (UI) ay.
       11   UM3: (UI) what I told you. Lockdown.
       12   JESSE: I don't fuckin-
       13   CHS: (overlap) Only on the evening?
       14   JESSE: (UI)
       15   UM3: Huh?
       16   JESSE: (UI)
       17   UM3: (UI)
       18   JESSE: We didn't (UI) well where's the sergeant at?
       19   UM3: We don't have a sergeant.
       20   JESSE: (UI) here it don't matter.
       21   UM3: (UI) lockdown or what?
       22   JESSE: What?
       23   CHS: (UI) make you clean all night.
       24   HERRERA: Yeah!! Yeah!
       25   CHS: We could make that fucker clean.
00031:01   JESSE: Huh? (UI)
       02   CHS: [laughs] He got all happy (UI)[laughs]
       03   JESSE: (UI)
       04   CHS: He got all happy (UI) you don't want to do that huh?
       05   HERRERA: Fuckin ay. Fuckin (UI) for their money ay.
       06   CHS: [laughs]
```

DISC 32191-32251.Redacted.Transcript of bod rec btwn CHS & C. Herrera(2-27-16 thru 4-28-16).0730_035F

```
        07  HERRERA: [laughs]
        08  CHS: Member (UI) the water bowl?
        09  HERRERA: (UI).
        10  CHS: [laughs](UI) not down. [laughs] A la ve. Fuck man that dude always
        11  says we're on lockdown ese.
        12  HERRERA: Hey
        13  CHS: He always says we're on lockdown (UI)- or tell - well what did.
        14  Shadow know- They have to give information or something?
        15  HERRERA: (overlap) Yeah! Straight up. You just don't go to that program bro.
        16  The reason,
        17  CHS: Who said that?
        18  HERRERA: (overlap) Not only that, after that, they told Bernie, you go
        19  to the fuckin north and then they like, they um,
        20  CHS: Did they try to send Fernie to that program?
        21  HERRERA: No. Member I told you that we were rapping over there? And we
        22  started thinking well let's all-all fuckin renounce. Let's just all
        23  go to that programa and do a desmadre ay. Make them look fucked up
        24  so they could shut down the program, and, shit like that no?
        25  CHS: Yeah.
00032:01  HERRERA: It didn't work out like that. Fernie came back and said, "Chale."
        02  CHS: Well did Fernie even know then?
        03  HERRERA: Ok. They fuckin were, he was just asking what that program
        04  was about like, like if wanted to no?
        05  CHS: Yeah.
        06  HERRERA: Thinking about it or something. State prolly got all happy.
        07  CHS: And what did they-what did they say he came back and said what did he say?
        08  HERRERA: That they have to give info. They have to tell, like a mission
        09  that a person wrote on. They have to, um,
        10  CHS: Tell em, tell em I know who killed Mosco. [laughs]
        11  HERRERA: It's crazy rollo bro.
        12  CHS: [sighs]
        13  HERRERA: That's why I say, those fuckers, you know Juanita, I have respect
        14  for that fucker bro. Cause he's been locked down, since ninety eight (UI)
        15  like that in the federal system system for years bro. And now fuck
        16  around he tapped out Baby Rob with another one, but it couldn't happen.
        17  They just broke him  bro.
        18  HERRERA: They didn't have (UI)-
        19  CHS: (overlap) Do you think, do you think Robert's getting information
        20  or he just tapped out?
        21  HERRERA: Chh, I don't know. I don't know.
        22  CHS: Was he feeling the heat orb- did he think people were gonna
        23  hit him or what?
        24  HERRERA: Yeah. He was feeling it bro. That's why I don't think he
        25  was wanting to come out he- every time it was time to go, not
00033:01  only that but I- you know I could've had my (UI) with him, like
        02  even Juanita. Me and him were talking, they (stutters) they shut
        03  down the program they were letting out everybody. He was the
        04  only one dying. Even Shadow's fuckin ass left. Everybody.
        05  Rabbit, fuckin  Aturo,
        06  CHS: Did they send Robert over there?
        07  HERRERA: Huh?
        08  CHS: They send him over there que no, to Cruces?
        09  HERRERA: Fuck no. He-he came to, see not only that,
        10  CHS: Well where was Robert when he, es que
```

DISC 32191-32251.Redacted.Transcript of bod rec btwn CHS & C. Herrera(2-27-16 thru 4-28-16).0730_035F

```
        11  shitted out a filero?
        12  HERRERA: He was at the north.
        13  CHS: Oh at the north?
        14  HERRERA: Yeah.
        15  CHS: Locked up, uh with level six?
        16  CHS: Yeah.
        17  HERRERA: And I seen how they locked him down down. I see the (UI) that he
        18  filed, see, other vatos didn't even make an attempt to do that. But
        19  I'm saying is, is everybody left the north. Everybody. Baby Rob is the
        20  only one here. They let out, everybody.
        21  CHS: Well where was he-
        22  HERRERA: (overlap) They (UI)-
        23  CHS: over here, over here at the north he was over there, over here at
        24  the north he was trying to say he was next to all the llaves at the north?
        25  HERRERA: Yeah.
00034:01  [background voices]
        02  HERRERA: And- everyone was laughing at him. He was you know, just,
        03  CHS: So he just went, where I th-where did they see on the yard with
        04  Juanita you said they seen him in the yard and he threw a loco that's
        05  here at the north?
        06  HERRERA: He was-he was in the-he was in he went to Cruces after everyone
        07  else. He fuckin shit out the fierro then they had him over there
        08  supposebly(phonetic) in Grants on computer, and that's usually where they
        09  send them. They have him on computer, that's where they have Crazo on
        10  computer. I don't know if he's over there or what the fuck but, you know.
        11  CHS: When he went to Cruces, was he in the same pod with you guys?
        12  HERRERA: No. He was on the other side.
        13  CHS: Oh in another unit?
        14  HERRERA: No they were all fuckin (UI). Juanita seen him in the yard, and we
        15  already knew. We heard what was up. And Juanita, didn't believe it.
        16  Juanita didn't believe it bro. So, he-he believed it, what Baby Rob
        17  was hiding from him.
        18  CHS: I wonder what-
        19  HERRERA: (overlap) But Baby Rob knew he was in the yard that day.
        20  CHS: I wonder what Baby Rob's thinking?
        21  HERRERA: I don't know. It's gacho ay but, like I said not, not everybody
        22  has it in em. [someone yelling] They-they you know they're (UI) us.
        23  Like you said Kendrick too. They  (UI)-
        24  CHS: (overlap) Well he's on my, he's on my indictment. Robert's on my
        25  indictment, charged with all kinds of shit.
00035:01  HERRERA: They could be cleared or whatever. That don't mean nothing
        02  you know what I mean? Them fuckers rat. They want freedom.
        03  (UI) wanted, what I think he wanted to go to Grants-
        04  CHS: (overlap) But Baby Robert ain't getting no freedom. That
        05  fucker has two life  sentences.
        06  HERRERA: (UI). I-I (UI) too ay but, what could I say? That's what kinda(phonetic)
        07  stunned everybody. Everybody was stunned ay. Even Fernie everybody
        08  couldn't believe it. Damn man! You know how Fernie is no?
        09  CHS: What did Fernie say?
        10  HERRERA: Sh, good Lord!
        11  CHS: Good Lord! [laughs]
        12  HERRERA: (UI)
        13  CHS: [continues laughing]That's what he says too.
        14  HERRERA: But damn bro that's, that's awful. It's fuckin embarrassing,
```

Page 16

DISC 32191-32251.Redacted.Transcript of bod rec btwn CHS & C. Herrera(2-27-16 thru 4-28-16).0730_035F

```
         15  like fuck. It's gacho you know what I mean? And then like not only
         16  that, it's just stupid like us like, you know (UI) Juanita everybody
         17  else. We're fuckin outnumbered, you know what I mean? We're in a
         18  war with everybody. Fuckin, this whole fuckin ranflachafa,fuckin
         19  buried in the south, we'll fuckin (UI) chafa you know what I mean?
         20  You don't see me over there like that (UI) fuck no. I can't look
         21  in the mirror like that with this face ay.
         22  CHS: There ain't no mirror in here. [laughs]
         23  HERRERA: (overlap)(UI). I can't (UI)-
         24  CHS: (overlap) Yeah.
         25  HERRERA: Fuck that. I'd rather die bro.
00036:01  CHS: Hey!
         02  JESSE: I got that stinger.
         03  CHS: You got that thing?
         04  JESSE: I got (UI)-
         05  CHS: (overlap) Hey. There's a stinger. You wanna use it now?
         06  HERRERA: Yeah. Can you grab it?
         07  CHS: Yeah yeah.
         08  JESSE: Let me know when you're ready.
         09  CHS: You gonna use it first?
         10  JESSE: Huh?
         11  CHS: You gonna use it first?
         12  JESSE: Let me know when you're ready ese.
         13  CHS: Ok ese.
         14  JESSE: (UI), you weren't gonna yell at me  right?
         15  CHS: That's a grumpy little youngster over there.
         16  JESSE: [laughs]
         17  CHS: Nuh? When he gets mad, no one's even gonna wanna talk to him. He
         18  says I'm grumpy.
         19  HERRERA: What happened?
         20  CHS: I'm not grumpy no Lazy?
         21  HERRERA: Huh?
         22  CHS: I'm not grumpy no?
         23  HERRERA: What?
         24  CHS: Am I grumpy?
         25  HERRERA: A donkey?
00037:01  CHS: Not a donkey I said am I grumpy?
         02  HERRERA: [laughs]
         03  JESSE: You're a donkey.
         04  CHS: Yeah am I a donkey heehaw heehaw.
         05  JESSE: You're a donkey (UI)-
         06  CHS: (overlap) He said I'm grumpy.
         07  JESSE: A la verga.
         08  CHS: I'm not fuckin grumpy. He-you should hear him.
         09  HERRERA: (overlap) (UI).
         10  JESSE: (overlap)Huh? (UI) yeah.
         11  CHS: Huh?
         12  JESSE: (UI)
         13  CHS: Look let's go get this stinger.  Alright?
         14  JESSE: Huh?
         15  CHS: Oh we're gonna get it now.
         16  JESSE: Want it now?
         17  CHS: Yuuuuuuup!
         18  JESSE: (UI)
```

DISC 32191-32251.Redacted.Transcript of bod rec btwn CHS & C. Herrera(2-27-16 thru 4-28-16).0730_035F

```
        19  CHS: Yeah might as well make a coffee I've been asleep all day.
        20  JESSE: (UI)
        21  CHS: I've been watching them movies a la verga (UI) I gotta stop watching em.
        22  JESSE: (UI)!
        23  CHS: I couldn't even do ten push ups this morning. Uhh. Pobrecito Robert.
        24  JESSE: (UI)
        25  CHS: Helicopter!
00038:01  JESSE: Ahhh! (UI) helicopter (UI).
        02  CHS: Helicopter buddy!
        03  JESSE: (UI) helicopter.
        04  CHS: That fuckers already so easy for you to do!
        05  JESSE: (UI)
        06  CHS: Cool. Ughhhh. [pause][noise][pause] Oh shit!
        07  JESSE: Got it?
        08  CHS: Hold on I gotta tie my line on there.
        09  JESSE: (UI)
        10  CHS: Yeah I got it.
        11  JESSE: (UI) [someone whistling]
        12  CHS: It's, it's stuck.
        13  JESSE: What?
        14  CHS: Ahh. A la verga you're lucky that fucker didn't come off.
        15  JESSE: What happened?
        16  CHS: Ok. Gracias buddy.
        17  JESSE: (UI)
        18  CHS: Ayyye!
        19  JESSE: Ayyyy! (UI)
        20  CHS: We're gonna have to bring the youngster clean.
        21  JESSE: (UI)
        22  CHS: [laughs]
        23  JESSE: (UI)
        24  CHS: Ayyye. Yuuuup. I'm going to sleep. I'm going to sleep buddy.
        25  [pause] Alright. What time is it? [tv] 55:41
00039:01  HERRERA: The fuckin pop and rock ay.
        02  CHS: Huh?
        03  HERRERA: The pop and rock.
        04  CHS: Huh?
        05  HERRERA: The pop and rock.
        06  CHS: Where, what channel?
        07  HERRERA: On the radio.
        08  CHS: No. Huuuuh?
        09  HERRERA: (UI) the old school. The fuckin pop and rock.
        10  CHS: What are you talking about now?
        11  HERRERA: Is he here yet?
        12  CHS: What? What's on?
        13  HERRERA: It's on the radio the pop and rock.
        14  CHS: I don't know about that station.
        15  HERRERA: It's like the, eighties free style fuckin break dance music.
        16  CHS: Ay. Well hold on let me get my order ready.
        17  HERRERA: (UI)
        18  CHS: And then I'll send it to you I gotta get my order ready buddy.
        19  Uhh. I don't know. You're gonna take a cold shower tomorrow
        20  JESSE:? [water] Fucker saying we're on lockdown we're not on fuckin
        21  lockdown.
        22  HERRERA: (UI)
```

DISC 32191-32251.Redacted.Transcript of bod rec btwn CHS & C. Herrera(2-27-16 thru 4-28-16).0730_035F

```
      23  CHS: He said we're on lockdown. Motherfucker you don't even want to call
      24  the, sergeant or something. Ha! Ahhh! Hello?
      25  HERRERA: Huh?
00040:01  CHS: Huuuuuuh? I- [long pause] Aye yi yi! [pause] Yeah! Huh? K  it's
      02  cooking now. What'd you say?
      03  HERRERA: (UI). Huh? Fuckin (UI).
      04  CHS: Hey.
      05  HERRERA: Hey. Huh?
      06  CHS: How, how did they know, that Crazo's, been ta-Crazo turned fucked up?
      07  HERRERA: That what?
      08  CHS: How do, how do vatos know that Crazo turned fucked up?
      09  HERRERA: Cause I know.
      10  CHS: How?
      11  HERRERA: Because, fuckin left too.
      12  CHS: Oh he left? Yeah.
      13  HERRERA: Ask your lawyer.
      14  CHS: Is he a-is he in on, he-he, what's his real name?
      15  HERRERA: Uh.
      16  CHS: Oh he's not on my indictment.
      17  HERRERA: Fuckin um, no he's not on the indictment but he's dirty.
      18  CHS: How much time-
      19  HERRERA: (overlap) (UI) fuckin set him up ay.
      20  CHS: Huh?
      21  HERRERA: Yes he was involved. I guess Walt found out I only rap when
      22  he heard about that cause he left no? See the funny thing, the vato
      23  disappeared.
      24  CHS: Yeah. How long ago?
      25  HERRERA: Fucker was at,
00041:01  CHS: How long ago?
      02  CHS: Was he-
      03  HERRERA: Once Baby Rob did, he did.
      04  CHS: Was he doing a life sentence?
      05  HERRERA: Uhh, I don't think so.
      06  CHS: That was Arturo's buddy huh?
      07  HERRERA: Yeah. Then after that some other fucker went. Uh, Swamp
      08  sent word just matter of fact like not even days before I came
      09  over here Swamp said, that I guess he got palabra from the
      10  homies cause there's vatos over there from Spana  (UI), and I
      11  guess one of em get into dope, and they were saying that, that
      12  fuckin Goat said that the one who set him up was fuckin Crazo,
      13  and Sammy Griego. Whatever. Whatever. Like I said, see that
      14  motherfucker was in here so,he punked uh, Baby Rob must've had
      15  Crazo out fuckin sending palabra for him ay. To the libre. That's
      16  how fuckin Cray-that's how I guarantee the fuckin Feds came.
      17  They fuckin seen Crazo (UI)-Crazo was prolly sending the fucking
      18  palabra,to fuckin Sammy out there on the streets for fuckin Baby Rob.
      19  CHS: How?
      20  HERRERA: (overlap)(UI). That's how I'm thinking how, they fuckin
      21  scared fuckin Crazo.
      22  CHS: Was-was Robert, was Robert and, was Robert and Shadow talking
      23  to Crazo on the phone? I mean uh, wherever?
      24  HERRERA: Big Shadow?
      25  CHS: Mm-uh yeah.
00042:01  HERRERA: I don't know. I-I, that's what my guess is no? You just put
```

DISC 32191-32251.Redacted.Transcript of bod rec btwn CHS & C. Herrera(2-27-16 thru 4-28-16).0730_035F

```
      02  two and two together think about it. The only people in the fuckin
      03  worked in that unit because they had everybody together.
      04  Everybody, was in one unit. They had us separated supposebly
      05  from everybody else in there. I was in Cruces when we were
      06  getting (UI) here. They had Marijuana, they had Spider, they had
      07  Blue. They had two, two pods no?
      08  CHS: Was Shadow and Robert together in the same pod?
      09  HERRERA: And he's from Clovis so that's Marijuana's homie. They're
      10  from fuckin Clovis ay. And that's why I'm thinking. I put two
      11  and two together think about it. He was there with fuckin Baby
      12  Rob, and he was the one guarantee you he was fuckin over there
      13  sending fuckin word. To fuckin Sammy. See because Goat said that
      14  fuckin Sammy and fuckin Crazo are the ones that set him  up. [pause]
      15  CHS: How-
      16  HERRERA: (overlap) How in the fuck would Crazo set him up?
      17  He wasn't here. He wasn't on the streets. So that's another
      18  thing that I don't know-I- kinda but what-it don't make sense to
      19  me. If he's in here how in the fuck [background noise]
      20  CHS: Shad-
      21  HERRERA: (overlap) (UI) to informants to juggle.
      22  CHS: Sammy's on the streets.
      23  HERRERA: Huh?
      24  CHS: Sammy was on the streets wasn't he?
      25  HERRERA: Yeah but I'm saying, how are they gonna have an informant
00043:01  to live here working with an informant out there and knowing
      02  each other? You-
      03  CHS: (overlap) Let me close the back.
      04  HERRERA: That shit doesn't make sense.
      05  CHS: I gotta keep an eye, I gotta keep
      06  HERRERA: (overlap) (UI).
      07  CHS: an eye on my water.
      08  HERRERA: I know-see-that-then not only that, Crazo disappeared and he
      09  was in contact with Marijuana, and then I guess when he had called
      10  his rucca, next thing you know she started acting different you
      11  know I mean?
      12  CHS: Who, uh, Crazo's rucca?
      13  HERRERA: Yeah like started acting different. Next thing you know,
      14  he-they didn't keep in touch. He just ct-disappeared. And that's
      15  who started finding out then not only that, it just, everyone just
      16  started snapping. Crazo somethings up but Crazo what's up with Crazo?
      17  CHS: How long ago was that?
      18  HERRERA: (overlap)(UI) bounced no one knew-
      19  CHS: (overlap) How long-how long ago was that?
      20  HERRERA: Let's-uh, when I was in Cruces like last year. We just
      21  barely got over here in February...... No January about the end of
      22  January. Bout the begin-end of Jan-well, middle of January is
      23  when we draw-February's when (UI)-
      24  CHS: (overlap)Where's Big Shadow at?
      25  HERRERA: He's in the Feds.
00044:01  CHS: Where?
      02  HERRERA: Somewhere. We don't know. I'm not gonna go over there-I
      03  don't even wanna mention no names or noth-f- the only thing, I'm
      04  able to fuckin just, throw a little bit of rollo communication
      05  here and there. [background noise] I'm not gonna be asking for
```

DISC 32191-32251.Redacted.Transcript of bod rec btwn CHS & C. Herrera(2-27-16 thru 4-28-16).0730_035F

```
        06  all the (UI). Even-even at the visits at the south we can't even
        07  throw rollo because those fuckin phones, are new models. Those
        08  fuckin phones have recording devices in em. And the fuckin cameras
        09  have recording devices. They have I don't (UI) understand (UI) bro.
        10  CHS: Yeah they're waiting for-
        11  HERRERA: (overlap) Not only that those (UI).
        12  CHS: They're trying to get ready for another one of, (stutters)
        13  the things that were happening in Cruces. [laughs]
        14  HERRERA: You know what I mean?
        15  CHS: Yeah.
        16  HERRERA: In Cruces I was able to throw rollo because there was
        17  no, there was those fucken phones (UI).
        18  CHS: No but like, like when people go to the visit they could try
        19  to find out luk-had their rucca look at where Shadow's at, Big Shadow.
        20  HERRERA: Fuckin, if I get a shots I'll help, you know I will.
        21  CHS: Oy.
        22  HERRERA: Know what I mean? But I-I'm not really worried where that
        23  fuckin creeps at ay.
        24  CHS: I was just wondering where........
        25  HERRERA: You know what I mean?
00045:01  CHS: Yeah.
        02  HERRERA: That's guaranteed. That's how I think they fuckin (UI) fuckin
        03  (UI). Cause he's over there fuckin dealing with Crayzo. He was (UI).
        04  CHS: Who, Robert?
        05  HERRERA: Baby Rob. But he started getting like that but he had
        06  all kinds of gastos behind him.
        07  CHS: Like who?
        08  HERRERA: Chh Crayzo. Then they were es que they were reaching
        09  out to, to Red to, in other words to go over there to discuss
        10  what he did, as long as they have a rider. That's where Baby Rob
        11  was fucking up bro. He started reaching out. We found out that
        12  he was reaching out to all the drop-offs. And then he was
        13  contacting (UI) too. Come on bro.
        14  CHS: On the streets?
        15  HERRERA: Yeah. They act like if we don't know these things
        16  bro. Like if we weren't hearing nothing over there. That
        17  fucker was making himself look chafa. Some-for some reason he
        18  got scared of fucken, and he dropped out from (UI) ay.
        19  Baby (stutters) Rob fucking shown him something, where he fucked
        20  up and- he knew. That now it's either that, or gi-give-give
        21  him like a roster.
        22  CHS: Were people already talking about hitting him?
        23  HERRERA: Huh?
        24  CHS: Were people already talking about hitting Baby Rob?
        25  HERRERA: No but just, just,
00046:01  CHS: And he wasn't, he- I was wondering what he was feeling no?
        02  HERRERA: He didn't have support then-t-then we were finding out
        03  that he was reaching out to fuckin Sammy. That we found out he was
        04  doing that.
        05  CHS: He's-
        06  HERRERA: Even the (UI) after what he was doing. He went up there
        07  fuckin got at Sammy and I know he went and had Crayzo fuckin
        08  keeping in touch with Sammy, and he needed to get that
        09  wheela.They-they've got a kite and everything. Two letters
```

DISC 32191-32251.Redacted.Transcript of bod rec btwn CHS & C. Herrera(2-27-16 thru 4-28-16).0730_035F

```
        10  supporting (UI) two letters that were intercepted. And they went,
        11  and this is what happened right? Fuckin Sammy went, and the FBI
        12  approached him. Already had a case against him and told him look,
        13  "You need to sit up and speak your (UI) or you're done."
        14  CHS: And they-you think-
        15  HERRERA: (overlap) (UI)
        16  CHS: You think those other dudes were, that were, those are the
        17  ones that are trying-
        18  HERRERA: (overlap) (UI) that's what I think happened to Crayzo.
        19  They went and told him "You know what? We have fuckin phone
        20  conversations when you were fuckin putting a hit,
        21  CHS: I'm-
        22  HERRERA: (overlap) we're gonna hit you with this fuckin case
        23  right here."
        24  CHS: On Martel?
        25  HERRERA: On Markel. He fucked up. I-I know that's what happened
00047:01  because (stutters).  No-
        02  CHS: (overlap) Yeah that's,
        03  HERRERA: (UI)-
        04  CHS: (overlap) that's what started it all for sure. That's,
        05  HERRERA: That's how they got Shadow because, the only ones were
        06  here were Baby Rob, Shadow, Crayzo, um, J.R.'
        07  CHS: Oh.
        08  HERRERA: Everybody was already gone. Everyone-they- they got,
        09  they got hit with this, they-they put on that case after.
        10  CHS: What kind of letters were intercepted? Talking all kinds of shit?
        11  HERRERA: I don't know. That's just what I  heard.
        12  CHS: They x-send them in the inmate  mail?
        13  HERRERA: Yeah. [pause] That's where him he fucked up though. That's how
        14  we (UI) to Shadow. Wh-it was just him and Shadow at the north.
        15  And- and fuckin Crayzo.
        16  CHS: So don't fuck-
        17  HERRERA: (overlap) (UI) even know,
        18  CHS: Them fuckers,
        19  HERRERA: (UI)-
        20  CHS: (overlap) them-
        21  HERRERA: Crayzo's there solo,
        22  CHS: Robert and Shadow hashed stf-fucker all by their selves?
        23  HERRERA: Huh?
        24  CHS: Ro-uh-uh, uh Robert and Shadow hashed that up all by themselves?
        25  HERRERA: Yeah they're,
00048:01  CHS: (overlap) [chuckles]
        02  HERRERA: They were in the north.
        03  CHS: A la verga.
        04  HERRERA: That's just what I heard on all that rollo though. I know
        05  that's just (UI)-
        06  CHS: (overlap) Yeah but if they're by themselves,
        07  then that-that's them you know what I  mean?
        08  HERRERA: Yeah I know. But if they don't hit, that's just not the way
        09  it works though. Because of them, being tied to us, what
        10  you-what you have to do, is to say, "Those fuckers are fuckin
        11  psychos. They're fuckin on medication. So why in the fuck am I
        12  getting charged with these idiots? I didn't have nothing to do
        13  with that."It just sucks because this is what, goes on with
```

DISC 32191-32251.Redacted.Transcript of bod rec btwn CHS & C. Herrera(2-27-16 thru 4-28-16).0730_035F

```
        14  this RICO shit.
        15  CHS: Mm yup.
        16  HERRERA: At least somebody goes and does something, being tied
        17  to an organization and being called like idiots. They'll say,
        18  the only way that could've got done was by a (UI). It's chafa.
        19  That's some fucked up shit bro.
        20  CHS: Shit Robert I'm glad Robert and Shadow never called me. [laughs]
        21  HERRERA: Chh. I'm telling you bro I-
        22  CHS: (overlap) No-no-no-s-eh-
        23  HERRERA: (UI)
        24  CHS: (stutters) Robert did call me but he only asked for feria. He
        25  said that he needed money to buy a tv no?
00049:01  HERRERA: I gave him nothing.
        02  CHS: That he needed two hundred and some dollars and I said shh-
        03  HERRERA: (overlap) (UI)
        04  CHS: how I, I told him I could prolly send you twenty dollars I ain't
        05  got it like that.  An-
        06  HERRERA: (overlap)That don't mean nada though.
        07  CHS: and I sent him twenty dollars. Yeah that's the only time I heard.
        08  [chuckles] I guess he was pissed off cause I only sent him
        09  twenty dollars but,
        10  HERRERA: Well that was bad bro that, chhh. I-I-I already know.
        11  They were (UI) bro. That's what they this fuckin, knowing that idiot,
        12  he bounced. He doesn't have a way to communicate with the streets.
        13  Not unless he was calling it. Like Red, Baby Rob ain't that stupid.
        14  He was gonna how could he have did it? Crayzo's rucca's from Santa.
        15  Know what I mean?
        16  CHS: Fuck.
        17  HERRERA: I know my-I didn't know her but Shorty knew her too
        18  nuh? Her name's Grace.
        19  CHS: Well let me check my water a la verga. [background noise]
        20  Aye yi yi.
        21  HERRERA: Huh?
        22  CHS: That, fucker's boiling. Owww! Dammit man. Fuckin [laughs] I was
        23  gonna make my soup and my things and then I'll make another one for
        24  coffee. [background noise] How many soups do you got Lazy? [noise] Aye.
        25  [noise] Huh? Hold on. Fuckin burned my hand. [noise] (1:15:01)
00050:01  Wooo! Fuckin shits hot buddy. Uhhhh! [pause] Ooooeeee! [water]
        02  I'm gonna fill my tub with water and throw the stinger in there.
        03  [laughs][pause] Ok. Hey.
        04  HERRERA: Hey.
        05  CHS: Aye! Now my soup is cooking now I'm making a coffee. And then
        06  I'll send it to you. That fucker was boiling I'm over here talking
        07  its boiling.
        08  HERRERA: Yeah. Ay.
        09  CHS: Hey.
        10  HERRERA: Huh? Fuckin (UI) fool. Not even listening.
        11  CHS: We're fucking done.[pause] Damn ese.
        12  HERRERA: Huh?
        13  CHS: Fuckin Robert and Shadow ct-brought all this fuckin bullshit.
        14  HERRERA: Yeah but see when we were hearing that, I had asked Shadow.
        15  CHS: That's what (stutters), the FBI never came with all that other
        16  viaje. All of a sudden you start putting hits on that (UI) officials
        17  then yeah. That's what brought it all. Robert, Robert, and fuckin
```

DISC 32191-32251.Redacted.Transcript of bod rec btwn CHS & C. Herrera(2-27-16 thru 4-28-16).0730_035F

```
        18  Shadow in their own little world, they're both not there. No one
        19  listens to them. Uh-and then they  started going to, people that
        20  were, ar- already rapping to the FBI or something? From what you
        21  tell me I, them fuckers are fuckin weirdos.
        22  HERRERA: I trip, all of us tripped the day that we heard, Baby
        23  Rob did that.
        24  CHS: Did what?
        25  HERRERA: Left like that ay. That's like gacho like everyone was
00051:01  stunned.
        02  CHS: I'm talking about the plans he  hatches up. They were always
        03  spectacular weird. No one would, like fuckin, shh. Something
        04  that no one (stutter) people would hear it and say "A la verga
        05  what have you been taking?" Know what I mean?
        06  HERRERA: I already know bro. [pause] Serio and that's why I'm
        07  saying that fuckers a fuckin, stupid fuck ay. Can't believe
        08  that. Then not only that, get in with the vato that's fuckin
        09  ain't worth a fuck ay. He knows that.
        10  CHS: Who?
        11  HERRERA: Sammy.
        12  CHS: I know nothing about Sammy.
        13  HERRERA: Sh when we were in the fucking, when we were in Cruces,
        14  he was over there China Man, Sammy, uh, what the fucks those
        15  other fuckers names ay? All kinds of fuckers ese. Vatos that,
        16  like even China Man ay. I-I, we tripped ay like what the fuck?
        17  You know I mean?
        18  CHS: What were people saying about Sammy?
        19  HERRERA: He was in that ranfla (UI) over there.
        20  CHS: Oh right right.
        21  [pause]
        22  HERRERA: Just that va to's a fuckin weirdo ay.
        23  CHS: He was always saying how good he was doing down there
        24  balling and encantanto.
        25  HERRERA: Even Spider was all bad. Spider said "I don't know bro.
00052:01  Who in the fuck are you?"  You know the way he talks. I can't
        02  believe that fucker bro. What a fuckin disgrace nuh? That's what
        03  he was telling me ay.  Chh. I was fuckin hurt ay like ch que
        04  barbaro.
        05  CHS: Billy wasn't in.that program huh Big Billy?
        06  HERRERA: Little, Little Shadow?
        07  CHS: No. Bi-Billy Bob-Billy Buns.
        08  HERRERA: Fuck yeah he was in that program.
        09  CHS: Oh he was?
        10  HERRERA: He was there with fuckin, with, they were all in the
        11  back. They showed em on the news. (UI). That fucker was on the
        12  news getting in the van with Playboy.
        13  CHS: Who and Playboy?
        14  HERRERA: Yeah. They-when they did uh,
        15  CHS: Freddy?
        16  HERRERA: Some fuckin thing in the north some documentary and
        17  shit. They all went on camera. Playboy went on camera too.
        18  CHS: Freddy?
        19  HERRERA: Yeah!
        20  CHS: Wh-well did they talk or they just got  em on camera?
        21  HERRERA: They talked!
```

DISC 32191-32251.Redacted.Transcript of bod rec btwn CHS & C. Herrera(2-27-16 thru 4-28-16).0730_035F

```
        22   CHS: Did Billy talk?
        23   HERRERA: Yeah he's over there saying all kinds of shit ay just I
        24   don't know.
        25   CHS: Did Billy talk? On the-on the,
00053:01   HERRERA: They were getting in the van together when they were
        02   going to Clayton. They were leaving on transport they said he
        03   (UI), something about gang members going to uh, that like the,
        04   that aint in that life anymore and shit nuh?
        05   CHS: And then-
        06   HERRERA: I seen Billy getting, I seen him get in the van.
        07   CHS: And (UI) [laughs]
        08   HERRERA: Then-then, then check this out.
        09   CHS: And then Billy got out.
        10   HERRERA: They were over there talking shit saying that they're at
        11   they're-they're La Nueva, uh, cr-fuckin Playboy and fuckin (UI)
        12   fuckin uh, Billy were running it ay.
        13   CHS: Running what?
        14   HERRERA: The Nueva.
        15   CHS: What's that mean?
        16   HERRERA: The new, the new SNM.
        17   CHS: A la verga. Billy got out I think he's on the streets.
        18   That's what Chris said no?
        19   HERRERA: They're over there starting the Nueva,
        20   CHS: Was Billy on the streets?
        21   HERRERA: Ch he went home.
        22   CHS: Yeah, ok. Cause Chris told me yeah he's out here. He just
        23   stays in a trailer and he has a dog and he never goes nowhere.
        24   Starting to wonder about whatever Chris used to tell me no?
        25   HERRERA: He got out from Clayton no?
00054:01   CHS: I shh I had no idea.
        02   HERRERA: (UI) yeah he was in that drop out unit serio him and
        03   Playboy. Playboy (UI) over here at the south. They have him in uh,
        04   in one A.
        05   CHS: Playboy?
        06   HERRERA: Yea they have a line right there.
        07   CHS: Huh?
        08   HERRERA: They have a linea right there.
        09   CHS: Ser?
        10   HERRERA: (UI). [pause] Then he's there. Gumby's there. Uh, fuckin
        11   Playboy's there and-
        12   CHS: (overlap) Gumby's a dropout too?
        13   HERRERA: Yeah.
        14   CHS: [sighs]
        15   HERRERA: I'm telling you. Maybe I told you that over here, and
        16   the ones in Cruces, the one in the streets and everyone in the
        17   Feds is all we have left bro. It-it's bad bro. I don't even like
        18   thinking about that. It gets me mad. Know what I mean?
        19   CHS: Shh.
        20   HERRERA: I'm disgusted ay. Baby Rabbit too wherever the fuck
        21   he's at (UI) that linea. We don't ever see him but we just heard
        22   they were there nuh?
        23   CHS: Baby Rob and Blue were best friends.
        24   HERRERA: Not no more.
        25   CHS:[laughs] Yeah. Where did Baby Rob and Blue get, uh, uh
```

DISC 32191-32251.Redacted.Transcript of bod rec btwn CHS & C. Herrera(2-27-16 thru 4-28-16).0730_035F

```
00055:01  Chuco-Chulo or whatever. Where'd that happen at?
      02  HERRERA: The south.
      03  CHS: Like in re- integration(phonetic)I mean uh pod, tier time?
      04  HERRERA: (UI).
      05  CHS: Oh they go to the yard together?
      06  HERRERA: Yeah well they did.
      07  CHS: Serio? Did they bust a grape?
      08  HERRERA: Yeah.
      09  CHS: Yeah [laughs]. Hey-
      10  HERRERA:(overlap) That's why I'm saying.
      11  CHS: Hey Chula, talked all kinds of stuff-
      12  HERRERA:(overlap) That's why I'm saying they all went to the
      13  fuckin, linea, even Spider. They all fuckin, they all did
      14  desmadres too. How come they let them out and they didn't let
      15  out Baby Rob? That's where that-that's where the fuckin what do
      16  you call was going on and they like, somethings up with this
      17  vato. Know what I mean? They let out the whole fuckin pinta, and he's
      18  the only one they didn't let out. Why not?
      19  CHS: If I was here, if I was here they would've let me go over
      20  there too?
      21  HERRERA: Yeah.
      22  CHS :Fuck yeah.
      23  HERRERA: (overlap) (UI)
      24  CHS: That would've been the aquellas no?
      25  HERRERA: They let everybody out ay.
00056:01  CHS: [laughs]
      02  HERRERA: Marcantel when he got in the office,
      03  CHS: Hey-ay when I was up there everybody (stutter)half of em
      04  were prolly left. All paranoid.
      05  HERRERA: I'm telling you though. Ahh it's gacho bro.
      06  CHS: And then on meth? A la verga.
      07  HERRERA: It's fucked up ay.
      08  CHS: Let me check my water. Last time it was boiling a la verga
      09  I burned my hand. I could hear that fucker [makes bubbles].
      10  HERRERA: You just gotta put salt in it.
      11  CHS: Na this fucker don't-I .don't have no salt.
      12  HERRERA: Huh?
      13  CHS: Jesse has the salt shaker for me but I can't get it. Ahh.
      14  Nice cold cup of coffee. Who's playing now? Oh there's (UI)
      15  right there. Oh shit. [pause][tv][laughs] Oh yeah.  [tv] 1:25:09
      16  HERRERA: Huh? [pause J [tv]
      17  CHS: Uhhhhh a la verga.
      18  HERRERA: Hey
      19  CHS: Huh?
      20  HERRERA: There's a fuckin tax too huh?
      21  CHS: Huh?
      22  HERRERA: A New Mexico tax.
      23  CHS: What's that mean?
      24  HERRERA: These fuckers are price gauging us like fuck ay.
      25  CHS: Yeah?
00057:01  HERRERA: Yeah it says that New Mexico tax. How the fuck are-
      02  CHS: (overlap) I know ay.
      03  HERRERA: (UI)-
      04  CHS: (overlap) Ay uh, our-our fuckin swiss rolls they used to be
```

Page 26

DISC 32191-32251.Redacted.Transcript of bod rec btwn CHS & C. Herrera(2-27-16 thru 4-28-16).0730_035F

```
        05  a dollar twenty five member?
        06  HERRERA: Yeah.
        07  CHS: Now for a box of em they're like, they charge forty cents a piece.
        08  HERRERA: Expensive ay.
        09  CHS: I bought em one time but, when I get money I don't buy all that,
        10  extra shit like that that I'll eat in one day no?
        11  HERRERA: The only thing I buy is wafers.
        12  CHS: Cause I don't have skeena like that no more so,
        13  HERRERA: A fuckin wafer.
        14  CHS: What's a wafer? Uh, a nutty bar?
        15  HERRERA: Yeah.
        16  CHS: Na I just buy soups, and beans and coffee, and sugar and cream
        17  if I have it. I was used to drinking coffee without sugar already no?
        18  As long as it had creamer I was drinking it back when I was first
        19  got here. I was already use to drinking black coffee it tasted
        20  pretty good. In Clayton? That Sureno, not in Clayton a la verga.
        21  [chuckles] And uh,
        22  HERRERA: [laughs]
        23  CHS: And uh [laughs] A la verga! I gave myself,
        24  HERRERA: (UI).
        25  CHS: I gave myself up no?
00058:01  HERRERA: [laughs]
        02  CHS: [laughs]
        03  HERRERA: (UI)
        04  CHS: (overlap) Yeah a la verga! I gave myself up. No in Dona Ana
        05  when that Sureno gave me skeena,
        06  HERRERA: Yeah.
        07  CHS: he gave me uh (stutter) some coffee and I hadn't drank coffee
        08  in forever. I didn't drink coffee on the streets I- I would always
        09  drink them energy drinks no in the morning?
        10  HERRERA: Energy drinks? That's what's fucking up your liver.
        11  CHS: What?
        12  HERRERA: Those energy drinks.
        13  CHS: Well I didn't know. Then all the pisto the fuckin moonshine I
        14  was drinking every fucking day.
        15  HERRERA: Bad.
        16  CHS: I would go to work, and I would put a Gatorade, in my-I'd have
        17  Gatorades in my cooler, and it w-it wouldn't be Gatorade. It would be
        18  straweberry-rita's and, and-and-and uh lime-a-rit-uh-mango-ritas.
        19  I would just fill up the Gatorade bottles. Put a little bit of
        20  moonshine so it would be stronger. And boom!
        21  HERRERA: [laughs]
        22  CHS: [laughs]
        23  HERRERA: Don't even know how to make it?
        24  CHS: No but people sell it there if they need work. People need
        25  work on the roof they need you to fix a leak,
00059:01  HERRERA: Uh huh.
        02  CHS: cause they would see the work truck and they'd always ah-come
        03  and say they needed uh, their trailer leaked or whatever and they
        04  have moonshine to pay no? They-they didn't have no feria but they
        05  had some moonshine they would barter no? Yup. Them Tennessee fuckers
        06  they have connections with moonshine and, and mota.
        07  HERRERA: Yeah?
        08  CHS: It's all woods man. They got some good mota over there. Let's
```

DISC 32191-32251.Redacted.Transcript of bod rec btwn CHS & C. Herrera(2-27-16 thru 4-28-16).0730_035F

```
         09  see. My water's. boiling. Oh yeah it's already on now. Last night
         10  I made a soup, when I passed you the fuckin stinger and just the
         11  top of the water I stuck my finger in it was hot. And then, when
         12  I poured it in the fuckin soup it wasn't even hot.
         13  HERRERA: No?
         14  CHS: It was just hot because the top part I guess I-
         15  HERRERA: [laughs]
         16  CHS: Yeah (stutters) but the, shh I said-
         17  HERRERA: (overlap) [laughs]
         18  CHS: fuck![chuckles] Now I have wait for it to boil here. I got it
         19  now let's get it ready so I could send it to you. Ready?
         20  HERRERA: Ready.
         21  CHS: Save your linea there! [laughs] Shooooow! [background noise]
         22  (UI) 1:29:36 What happened loco? Hey! Where's it at? Oh leave it
         23  right there. [pause] Fuck ese. Uh. [long pause] Pull it just a little
         24  bit. Ow! Man. Hold on buddy. Ha! I got that fucker. (UI)! [long pause]
         25  Uh huh. [long pause] K take it. Go! [pause J  I'm gonna make a
00060:01  coffee. [long pause] Ow! 1:31:55
         02  HERRERA: You put it in half a bag?
         03  CHS: No. I just did it like that. A little bit of rust is good for my liver.
         04  HERRERA: Huh? [pause] (UI) lock down.
         05  CHS: Did you put a case of water already? [pause] Man I'm already out
         06  of sugar buddy.
         07  HERRERA: That's all kinds of (UI). [pause] [water running]
         08  CHS: What?
         09  HERRERA: Have you watched that movie right there on twenty eight?
         10  CHS: Maker?
         11  HERRERA: On twenty eight.
         12  CHS: That's not a good movie.
         13  HERRERA: (UI) movie?
         14  CHS: It's not a good one. They don't show no cura.
         15  HERRERA: Huh?
         16  CHS: I don't wanna see fat boys unless they're going down a rucca. [pause]
         17  HERRERA: You don't like fucking to old school shit huh?
         18  CHS: No.
         19  HERRERA: Do you hear it?
         20  CHS: What the music? I can hear it.
         21  HERRERA: (UI) Sonic fix.
         22  CHS: How come you're not jamming your tv?
         23  HERRERA: Huh?
         24  CHS: How come you're not jamming it on your tv?
         25  HERRERA: I was this morning you aren't even listen to it.
00061:01  CHS: Ooh I was asleep. I got up I put my sugar. Hey I have two
         02  trays a la verga! A breakfast and a lunch on my fuckin, table. [chuckles]
         03  HERRERA: Yeah?
         04  CHS: Yeah! Ch.
         05  HERRERA: You still haven't ate?
         06  CHS: No I ate it when I got up.
         07  HERRERA: Put fuckin all of it together.
         08  CHS: Yeah. I ate the pancakes and then, ate a little bit of them beans.
         09  I saved it for my soup now. Oh.
         10  HERRERA: I had a fuckin Sosa report.
         11  CHS: Did you put a, your hot water on?
         12  HERRERA: Yeah. I didn't leave the bags. I just did it like that
```

DISC 32191-32251.Redacted.Transcript of bod rec btwn CHS & C. Herrera(2-27-16 thru 4-28-16).0730_035F

```
13  fuckin viaje with a bag ay. Fuckin stay there all night.
14  CHS: What happened all night?
15  HERRERA: They'll stay waiting all night to when you put the bag in it.
16  CHS: Man tomorrow - oh I don't put the bags in there I just put it like
17  that they don't rust that much. (stutters) I used one before
18  where there's all kinds of rust in it but that one is, pretty
19  clean. There's rust on the thing but it don't leave all kinds of
20  rust in your water I don't see none. If you're making a soup you
21  don't even taste the rust. It'll be like spices.
22  HERRERA: (UI)?
23  CHS: Yup. Yup.
24  HERRERA: Well I learned that-that-that (UI) rust.
25  CHS: Huh?
00062:01  HERRERA: Not uh.
02  CHS: What?
03  HERRERA: This one doesn't get rusted that bad. I've seen
04  other fuckers a la verga bro.
05  HERRERA: When that fucker-
06  CHS: (overlap) Houdini?
07  HERRERA: Fuckin Sticks.
08  CHS: I like Houdini.
09  HERRERA: Huh?
10  CHS: You don't know nothing about Sticks.
11  HERRERA: What's your favorite song from Sticks?
12  CHS: Too much time on myyy.
13  HERRERA: [laughs]
14  CHS: Too much time on my.
15  HERRERA: What about back seat priest?
16  CHS: I don't know what that is.
17  HERRERA: No?
18  CHS: Ohh I don't know. I like Houdini. You're still jamming to (UI)?
19  HERRERA: [laughs]
20  CHS: A la verga. I haven't heard that since I was living on the
21  projects. Over there on-on Nickel park.
22  HERRERA: That's what's on now. It's called the pop and lock.
23  CHS: Pop-
24  HERRERA: (overlap) (UI) like, (UI), (UI), Sosa  (UI).
25  CHS: Pobrecito.
00063:01  HERRERA: (UI)
02  CHS: Pobrecito.
03  HERRERA: The (UI) three.
04  CHS: A la verga.
05  HERRERA: Huh?
06  CHS: A la verga.
07  HERRERA: I was a little fuckin, little fuckin (UI), (UI), all
08  that music was being played at San Gabriel park. [pause] Huh-
09  CHS: (overlap) Ay that park what is it called? What park?
10  HERRERA: San Gabriel.
11  CHS: Yeah it ain't San Gabriel park no more it's the Aquarium.
12  HERRERA: Ee I know.
13  CHS: I guess you can't drive back there no. I never even been
14  there or seen it or nothing man.
15  HERRERA: I know.
16  CHS: (overlap) Albuquerque when I see it, it looks like all sucked
```

DISC 32191-32251.Redacted.Transcript of bod rec btwn CHS & C. Herrera(2-27-16 thru 4-28-16).0730_035F

```
        17   up man when I see it on the news. I just, I g-I mean there's a lot
        18   drugs there you know but, just, man nothing but violence and,
        19   and cops shooting people and, and it's compared to te- compared
        20   to like the south it's all, it's forest it looks like no?
        21   All green?
        22   HERRERA: Yeah.
        23   CHS: Badder (phonetic) than fuck. Where there's no neighbors you
        24   g-your-your house (stutters) your trailers in the woods.
        25   There's no neighbor you have to drive off to the road, leading
00064:01   to your house. No sidewalks. Albuquerque is badder than fuck or,
        02   HERRERA: You should've went to fuckin Nashville ay.
        03   CHS: Nashville's a big city I would work at Nashville. We would
        04   always drive to Nashville. There's a lot of work in Nashville.
        05   HERRERA: Yeah?
        06   CHS: To, fix, fix the roofs no? The leaks in the buildings.
        07   HERRERA: Yeah.
        08   CHS: He's badder than fuck he looks like the Mardi Gras.
        09   Like downtown Nashville? It-they have a, it's a bar that you
        10   drink at but, everybody pedals at the barters. Pedals, and
        11   it drives down the street.
        12   HERRERA: Yeah?
        13   CHS: (stutters) Just all kinds of shit all the places that you
        14   go to right next to another right next to another there's
        15   li-there's bands in the, in the bars and, it's like the Mardi
        16   Gras over there. Every day it's the country, capital of the
        17   world. But expe-it's expensive bro. Everything you wanna buy
        18   there, shh... yup. I went there, at the, the Hard Rock Cafe and
        19   they sold me some nachos for twenty dollars.
        20   HERRERA: Serio?
        21   CHS: Nacho I ordered a nacho supreme twenty dollars.
        22   HERRERA: A la verga.
        23   CHS: I said "A la verga." They weren't counting on me
        24   cause I s-we're not there no more, we're going to McDonalds. But
        25   he would have memorabilia of the Beatles, the uh Jimmy Hendrix,
00065:01   all kinds of shit no? It's-it's bad over there man. I don't like
        02   the city. We just worked over there. I just like the way the
        03   country is no? Get a trailer and pull it by a fuckin stream and
        04   kick it. But I (stutters) it's alright. It's alright out there.
        05   Nobody knows you. [pause] Mmm,  Fuck.
        06   HERRERA: You know what this is right here?
        07   CHS: Who? I can't hear it.
        08   HERRERA: Watch, hold on. The tv watch hold on.
        09   CHS: Uh. I gotta drink some coffee.
        10   HERRERA: (UI). [singing]
        11   CHS: Are you singing? Ahhh. Mm. [pause] Did you give em your
        12   canteen list?
        13   HERRERA: Hold on.
        14   CHS: Hey!
        15   HERRERA: (UI)
        16   CHS: What did you order on the, five star?
        17   HERRERA: (UI)
        18   CHS: Huh? Where'd you go?
        19   HERRERA: (UI)
        20   CHS: You didn't order no banana nut bread?
```

DISC 32191-32251.Redacted.Transcript of bod rec btwn CHS & C. Herrera(2-27-16 thru 4-28-16).0730_035F

```
          21  HERRERA: Huh?
          22  CHS: You didn't order a loaf of banana nut bread?
          23  HERRERA: The what?
          24  CHS: You didn't order no banana nut bread?
          25  HERRERA: Yeah!
00066:01  CHS: What are the burritos that's like one order is a burrito?
          02  HERRERA: I dunno, it says a one pound burrito.
          03  CHS: A one pound burrito?
          04  HERRERA: (UI) for (UI) ay.
          05  CHS: Oh so that's two separate orders?
          06  HERRERA: Yeah that's fuckin, one pound burrito I guess.
          07  CHS: Is that two separate orders?
          08  HERRERA: Huh?
          09  CHS: Is that two separate orders?
          10  HERRERA: Yeah.
          11  CHS: Damn that's like sixteen dollars.
          12  HERRERA: I know.
          13  CHS: Sixteen and then the five dollar, sixteen seventeen eighteen
          14  nineteen twenty twenty one dollars!
          15  HERRERA: (UI) for (UI) for me.
          16  CHS: Shh. That's why I don't buy it. When I got, when I got
          17  that hundred dollars from my jito, I didn't buy no fuckin eight
          18  dollar burrito. I said [laughs] I gave me a canteen list and
          19  bought me twenty soups.
          20  HERRERA: That's better. (UI), you could get a better fuckin spread
          21  than for that money.
          22  CHS: Yup. They-they make some pretty good spreads uh Jesse makes better
          23  ones than T Loc. Jesse puts pickles, sausage all kinds of shit huh?
          24  HERRERA: You think these fuckers are gonna pass it?
          25  CHS: What?
00067:01  HERRERA: The tray?
          02  CHS: Yeah when they bring it it's usually that dude Perez no?
          03  They'll bring it to your room say give one to, give one to cell
          04  eleven. He'll give it to me I'll tell him, we'll tell him we'll
          05  give you a yard or something. Everybody taxes now. You ask for a
          06  roll of toilet paper for a yard. You ask for a request for a yard.
          07  HERRERA: Serio?
          08  CHS: Yeah!
          09  HERRERA: A request?
          10  CHS: I told him I'll-I'll give you a mon-I'll give you all my
          11  yards for a blow job.
          12  HERRERA: [laughs]
          13  CHS: Hey well now you're being funny.
          14  HERRERA: No I'm fucking serious. My neighbor will give you his
          15  yards too. [laughs]
          16  HERRERA: You ever heard this one nah? [music]  Huh?
          17  CHS: [sings]
          18  HERRERA: You heard that song?
          19  CHS: Fuck yeah! Reminds me of my first wife.
          20  HERRERA: Yeah?
          21  CHS: Francis. Pobrecita. Yeah.
          22  HERRERA: A la. [music](1:44:56) Huh?
          23  CHS: Yeah?
          24  HERRERA: Bad one (UI).
```

DISC 32191-32251.Redacted.Transcript of bod rec btwn CHS & C. Herrera(2-27-16 thru 4-28-16).0730_035F

```
        25  CHS: Yeah. Fuck yeah it is.
00068:01  HERRERA: Yeah that fucker.
        02  CHS: [sips] Ahh nice hot coffee fuck yeah.
        03  HERRERA: Huh? Fuck played all kinds of shit this morning when you
        04  were asleep.
        05  CHS: I stayed up late man I stood up, chhh.
        06  HERRERA: What the? [music]
        07  CHS: Oh shit!
        08  HERRERA: Huh?
        09  CHS: Ride or ride homie.
        10  HERRERA: Huh?
        11  CHS: Jam it let me hear it.
        12  HERRERA: You like that one?
        13  CHS: Jam it.
        14  HERRERA: Hold on.
        15  CHS: Hold on here comes somebody. The fuckin Juras are coming.
        16  HERRERA: Ay te va
        17  CHS: Ay te va?
        18  HERRERA: (UI)
        19  CHS: Huh? Ay te va? [knocking] What? Huh?[rustling] What? Who is it?
        20  HERRERA: (UI)
        21  CHS: What were you saying?
        22  HERRERA: I said huh?
        23  CHS: Who's that?
        24  HERRERA: (UI) [pause] (UI)
        25  CHS: Huh?
00069:01  HERRERA: (UI)
        02  CHS: Who?
        03  HERRERA: (UI)
        04  CHS: (UI) over there? [pause][music]  Supersonic.
        05  HERRERA: [laughs]
        06  CHS: Ohh! [music] Supersonic! [pause]
        07  HERRERA: (UI) Supersonic?
        08  CHS: Supersonic! Time to eat my beans buddy. [long pause] Supersonic!
        09  Supersonic! [pause] Bueno ya estubo. Supersonic! [pause]
        10  Bueno ya estubo. Te wacho manana.
        11  .
        12  .
        13  .
        14  .
```