```
                            Transcript
                 Federal Bureau of Investigation
                    Albuquerque Field Division




Case number              281D-AQ-6239655

Date of recording        10/xx/2015



Participants             CHS = CHS
                         Anthony Ray Baca = Pup
                         Mario Rodriguez = Blue




Transcribed by           AER

Date transcribed         11/12/2015


Notations                Unintelligible = UI
```

**The following transcript has been compared to the audio
recording from which it was made, and to the best of my
ability, the transcript is a true, complete, and
accurate record of the recording.___SA T. Neale_____**

| | |
|---|---|
| PUP | going on in Cruces and Pup this and Pup that and all that. Well there's a little snitch in that little circle *carnal*, and we need to find out who in the fuck it is. "Well I'm not the snitch *carnal* (stutters) I feel disrespected by you talking to me like that." I said, "Really?" [someone coughs]This is what it is, *si me entiende?* |
| CHS | Yup. |
| BLUE | UI that when he was down there? |
| PUP | When I was in Cruces. |
| BLUE | Ok, ok look, member when you asked me--when I first met you? |
| PUP | Yeah. |
| BLUE | And you asked me, "Who was down?" |
| PUP | Yeah I member. |
| BLUE | UI what are you saying? UI explain to me something about the phone, no? |
| PUP | Yeah. |
| BLUE | Uhh, the date was two weeks before I got there but I remember that motherfucker was talking to his brother on the street. |
| PUP | Yeah. |
| BLUE | No? |
| CHS | An-and then he was talking to Daffy too. An-and then George's paperwork, they have that conversation, i-in the fuckin the-the (stutters), matter of fact, Shadow brought it back and that paperwork where-where Cyclone was talking to Daffy on the phone no? |
| PUP | Cause according to him, he's the one that did the interview over there, |
| BLUE | Where at? |
| PUP | At the south. |
| BLUE | When was that? |
| PUP | On uh, April, it was April…………. |
| CHS | It had to be two thousand twelve or eleven. |
| BLUE | Yeah two thousand eleven [something slams.] Member, member I got there in (stutter) uh April twenty-fourth? |

| | |
|---|---|
| PUP | Yeah. |
| BLUE | I got there April twenty-fourth ay. |
| PUP | Yeah. |
| BLUE | And, the person that was my neighbor was BB. |
| CHS | And that's-that, |
| PUP | (overlap) Actually, actually it was April twenty-fifth. |
| CHS | That was right before the *Churro* thing right? |
| PUP | And the other informant said something on May sixth. |
| BLUE | May sixth? |
| PUP | But that was the one from Cruces. That was that dude Kenny, from Cruces. |
| BLUE | What dude? |
| PUP | The one that fuckin Jake was protecting. The one that I wanted fucked up. |
| CHS | UI |
| PUP | And I fucking, and they-and they fucking, they put their arm around him and didn't wanna let nobody touch him. |
| CHS | He was a *carnal*? |
| BLUE | No. But he wanted to be a *carnal,* but I-I made it rough for him. I told him "the only ones that can make you a *carnal,* is the *vatos* from Cruces, the *vatos* from down south, that's it. Don't-don't come to me with that shit." (Stutters) He come to me like three times with that. |
| CHS | Trying to… |
| BLUE | Make him a *carnal.* |
| CHS | Trying to get you to recruit him? |
| PUP | Yes. And I didn't want to. He moved over there with Jake and all them. |
| BLUE | Know who was down there too? |
| PUP | (overlap) And he fell in the hole, he fell in the hole with Lazy, with eight hundred dollars. And they weren't payin. And fucking, and Gumby stood up for that *vato.* "I'll make sure he pays" and woo woo woo and this and that." I said "No, Lazy wants that fucker |

| | |
|---|---|
| | gone, fool." And they wouldn't do it. And then that's when I got with *Conejo* on the *weela* that Gumby sent me and he let *Conejo read it,* so that way I'd have somebody verify that Gumby was all of a sudden, at first nobody said he was doin, then switched up and didn't wanna do it. And then when Jake got there, Jake didn't wanna let nobody do it. |
| BLUE | Hey um, Shadow was down there with him too ay! |
| PUP | Yeah? |
| BLUE | Well, Shadow and Whiskers, no? |
| PUP | Yeah. |
| BLUE | But Shadow was in D pod *carnal.* |
| PUP | UI, when-when all that shit was going on with fuckin, member, member uh, Crazo and all that shit was going on in your pod over there? |
| CHS | Yeah. |
| PUP | Well fucking when-when uh, |
| CHS | When Benjamin accused me of being the fucking...... |
| PUP | When he was over there, him and BB were over there, trying to get at fuckin uh, at-at Shadow over here. |
| CHS | Yeah. |
| BLUE | Trying to turn Shadow against me and all of that? |
| CHS | Yup. |
| PUP | And fuckin, and that, and then they were going over there to fuckin Whisker, and fuckin, and-and Shad-little Shadow, next door in yellow pod. And that's when fucking Boxer came and told me "Give me a *fierro carnal,* these fuckers are up to no good." And then all of a sudden that *pedo* happened, when Whiskers got his throat slashed. So that's when they all thought that it was me that told him to, that told Swamp to do that no? And then uh, |
| BLUE | Crazo was just telling me that ay! |

| | |
|---|---|
| CHS | Yeah I was, I told Blue that they tried to switch you up over that one. |
| PUP | Wh-wh-what I did, is I wrote a *weela* right away, I wrote a *weela* *carnal*, to let everybody know "Hey, that has nothing to do with me." That fucking, it's a personal thing, leave it as that, but they didn't wanna leave it alone *carnal*. Fuckin Cyclone and-and B.B. and them. |
| CHS | They were just tryin ta(phonetic), they were just trying ta(phonetic) get, *carnals* against, against the brothers, that's what they were doing. |
| PUP | So they got paranoid and thought that I was gonna move on them so they sent me a *weela*, "What's up *carnal*, (stutter) we're all paranoid over here, (stutter) getting everybody against, UI gonna move on us." And it was uh, it was-it was, na! Fuck em! They were the ones doing that shit. |
| CHS | Hey Pup! Tell-tell him what happened when Cyclone and B—when Cyclone and B.B. went to your door, tried to call you out. |
| PUP | And then-and B.B. tried to call me out, as a fuckin, as a-as a witness for his disciplinary. So I fucking strapped up with magazine. I told fucking Seally and-and-and, |
| CHS | (overlap)[starts laughing] |
| PUP | J.R., strap me down fool. They fucking strapped me down, I got the *fierro*, and I said "I'm gonna hit this fool as soon as I walk inside that office," no? And that fucker didn't call me out *carnal*. |
| CHS | That fucker bowed down that's why! |
| PUP | I know. |
| CHS | He, what did he tell you, "(stutter) Hey *carnal* it's not even like that!" |
| PUP | That's what he told me, "It's not even like *carnal*. You're tripping." I said, na I was pissed *carnal*. These fuckers are on some |

| | bullshit. |
|---|---|
| [pause] | |
| BLUE | Hey!……….Hey! |
| PUP | Yeah? |
| BLUE | UI looking at my thing right now my arrival date UI, right? |
| PUP | Yeah. |
| BLUE | Hold on.[pause] My arrival date it-it, the south was 5-10, May 10. |
| PUP | Ok and this-this-that CO, that fuckin CI, what happened on April twenty-fifth. |
| BLUE | Right, right. Um, |
| PUP | So give me my paperwork, I'll show it to you right. |
| BLUE | UI. |
| PUP | I didn't show it to you? |
| BLUE | No, UI. Um……….UI six twenty-four. |
| PUP | Ahh, ok. |
| BLUE | UI. |
| PUP | Ok, so Washa, when Matt came on(stutters) when Dan Dan and all them got to Cruces, |
| BLUE | You told me about it, but you never showed it to me. |
| PUP | Ok, well I-I fuckin, I showed it to Dan Dan, and then, and I told him *carnal*, I told him, "I'm aware, that you guys are over there discussing things *carnal*." And he did admit to that *carnal*. He goes, "We-we were *carnal*. We thought that you were over there doing some crazy shit and trying to get brothers against us, and-and doing all this and that." And-and I told him "*Chale*." And he goes, he goes, "I know now", he told me, "*Perro*, that's what we thought. But as far as this *pedo* goes, ahh! It's nothing like that *carnal*! We weren't trying to get somebody to go over there and-and move on you. And so that way we could fucking step up to leadership roles" and all that shit right. |
| BLUE | The only person, that ever brought that type |

| | |
|---|---|
| | of shit up was UI that motherfucker. |
| PUP | It was huh? |
| BLUE | It was the only one. And he told me, I said well, UI you know homie, hey uh-um, UI. |
| PUP | Yeah. |
| BLUE | But yeah, he-he was the only one, and I heard him a few times talking to his brother on the phone, but I know UI. |
| PUP | Yeah so now, now that all this *pedo* happened with him, (stutter)and he's doing all this scandalous shit, right? I'm thinking, "Ok. He sent that UI, he sent that Suboxone to Dreamer, already fucking missing certain brothers, right?" And got fuckin Psycho hit for nothing *carnal*. |
| BLUE | Hey *carnal*, |
| PUP | Because Washa, *Gato*, came up to me and told me "Watch out *carnal*." When-when-when-when-when, Cyclone gave me this envelope, to pass Suboxone, he told me to give it directly to fucking Scooby, when him and Scooby were beefing at the door. And they weren't getting along *carnal*, he wanted Scooby hit. So he fucking wanted me to give it directly to him, to give to Dreamer. He was trying to set up Scooby *carnal*. So what happened was Psycho grabbed that envelope from the bottom of the door and passed it over there to us, right? And we gave it to Dreamer and Dreamer started counting the Suboxone and the names on the list, and it didn't match up. And right away, Cyclone started blaming Scooby. |
| BLUE | Hey. |
| PUP | And-but we went ahead and fuckin did that *pedo*, where fuckin Ace and them got fuckin Psycho, right? |
| BLUE | Right. |
| PUP | And I think that was a wrong move *carnal*. |
| BLUE | UI, the other day I was talking to UI Dreamer no? |

| PUP | Yeah. |
|------|-------|
| BLUE | UI. |
| PUP | Ok. |
| BLUE | And um, and he brought up some crazy shit carnal. Now you haven't got around Psyhco yet, no? |
| PUP | Yeah. |
| BLUE | Watch, we'll-we'll hit him up when we see him out there UI all that fuckin yahoo over that fuckin cell phone UI shit. |
| PUP | Uh huh. |
| BLUE | They're not gonna like it ay. |
| PUP | Na. |
| BLUE | They're gonna talk shit man. |
| PUP | Who? |
| BLUE | UI Psycho. |
| CHS | Fucking Psycho's bitch ass is. |
| PUP | Tryin to say what? |
| BLUE | Tryin to say, well look this (stutter) hold on, hold on *carnal*, it didn't come from him directly. No? |
| PUP | Uh huh. |
| BLUE | But, this is where the first time he got around him, UI crazy shit nuh? And, Dreamer says "Oh yeah, uh UI." I said "the one where um the *carnal* called from the cell phone?" |
| PUP | Who called from the cell phone? |
| BLUE | They're tryin to say you did. |
| PUP | What cell phone? |
| BLUE | Member the one Ace got busted with? |
| CHS | No, the….. |
| BLUE | UI? |
| PUP | Oh! Way back then? |
| BLUE | Yeah. |
| PUP | Oh no, that was the negro. Fuckin uh, Mosby, Mosby. |
| BLUE | Hey. Well I told the homie, I said, "UI na, that's not true ay." He goes "Yeah, Psycho has UI. I said, "Well, you know UI hit him up |

| | |
|---|---|
| | nuh." |
| PUP | Yeah. |
| BLUE | UI haven't got the yard with him yet *carnal*. |
| CHS | Ay! |
| PUP | Oh ok. |
| CHS | And Little Man said that that shit *chafa*. |
| BLUE | Oh did you ask him? |
| CHS | Yeah I asked him and he said it's no good. Said it's bullshit. |
| PUP | That what's bullshit? |
| CHS | That he hit up Psycho cause I told him to him Psycho no? |
| PUP | Oh Psycho knows, Psycho knows it was Mosby that…….. |
| CHS | Yeah *carnal*, but Washa…… |
| PUP | (overlap) UI and-and fuckin when the *jura* was already leaving home and he used it, |
| CHS | But…… |
| PUP | the same day. |
| CHS | He's mad at you….. |
| PUP | (overlap)UI fuckin UI |
| CHS | He's mad-he's mad at you….. |
| PUP | UI get that shit together no? |
| CHS | Yeah. |
| PUP | UI found out the other day, that-that Donny and Psycho were beefing no? |
| BLUE | Yeah. |
| PUP | So I don't know what's-what, I haven't gotten in the yard with him yet *carnal*. |
| BLUE | Yeah. |
| CHS | But then, but that's-but that's what I'm saying is that he's mad at you, because he thinks he got fucked up, beca-well because you told em(phonetic) to fuck him up and that's why he's mad no? |
| PUP | Uhh, I went with it *carnal,* because it was a-it was a mutual decision between three of us no? |
| BLUE | No, but he was telling UI today that-that he |

|  | UI no? |
|---|---|
| PUP | Yeah, yeah he UI. UI Psycho UI. |
| BLUE | UI talking about it today. |
| PUP | Yeah we're-we're alright *pero*, la cosa es,  I think they fuckin, I think he deserves a pass, and |
| BLUE | Well I told UI the same thing. UI told me well, "I wanna talk to him *carnal*," I said, "Well if you feel you did something wrong". He says "Yeah, that's my *carnal*". I said "Well then talk to him." |
| PUP | UI I believe they set him up *carnal*. |
| CHS | They did. |
| PUP | At the time-at the time, they just weren't thinking straight no? |
| CHS | A-and if you remember like I told Blue, remember, I cut off fuckin Cyclone because he was trying to be a snake w-with the business and he got mad at Psycho cause he tried to make a deal with Psycho and the back door, and he got caught up and he got mad at Psycho for telling Ace, remember? |
| PUP | Yeah. |
| CHS | And then he had a fuckin vendetta against him cause of that. |
| PUP | Na, he was, he would get mad at anybody that didn't look out for him. |
| BLUE | Hey *carnal*, |
| CHS | (overlap)[snickers] He's a…… |
| BLUE | I don't think Dan Dan was at the South at that time. |
| PUP | No I think he was over here. |
| BLUE | No, no, no *carnal*. (stutters) Yeah he was here, you know what…… |
| PUP | He was here at the north. |
| BLUE | Look. Um, let's see I came up-- remember when I was living with you? |
| PUP | Yeah. |
| BLUE | UI? |
| PUP | Uh huh. |

| | |
|---|---|
| BLUE | I said, "What are you doing?" He said, "I'm going to the UI, I don't know." …….. He was right here ay. |
| PUP | Yeah, he was-he was here when all that *pedo* happened over there, but-but prior to that he was at the south. |
| BLUE | (overlap)But now-now UI……… |
| PUP | A-and-and there was that little circle, where they were talking no? |
| BLUE | Yeah. |
| PUP | When they were talking about, you know the *onda* and woo woo woo, and let-let's, here at the south let's do things this way. In Cruces they're doing it this way, woo woo woo, wah wah wah, and then all that talk about, about that leadership role, that we need to get rid of Pup in order to fucking step up to leadership roles no? |
| BLUE | *A la verga!* |
| PUP | And that type of shit. That's what's all in that paperwork no? |
| BLUE | En serio? |
| PUP | Yeah. That they were just waiting for somebody to come from-from here, from Santa to go down there, to fucking, to handle shit, no? |
| BLUE | En serio. That type of shit. |
| PUP | The little things were adding up, the little things I was throwing at-at Dan Dan and-and Cyclone and all them. I would throw things out there to see how they would react to certain, certain things, that I would say. And, some of that shit was adding up. To some of that shit that was on that, on all that information, but there was more than that CI, there were other CI's the ones from Cruces no? |
| BLUE | Yeah but I-I UI…….. |
| PUP | (overlap) See like the one, like the one where, where, where I was moving from green |

| | |
|---|---|
| | pod to yellow pod one time, and, and fuckin, so me, and fuckin Steven, from Silver and fuckin and-and *Conejo*, we're in the fucking cell, we're all wrestling in the cell. They helped me pack up my shit, and then we started wrestling. (stutters)They're giving me a going home, like a, going to another pod, fuckin, just fuckin playing around right? So we're all wrestling, boom boom boom boom, I get *Conejo* in a fuckin head lock, |
| BLUE | UI. |
| PUP | And then fucking, then they helped me move my stuff. As soon as I walked into yellow pod, fucking Sparky, Baby G, and all them fuckers jumped on me, took off my shoes and all that shit right. |
| BLUE | [laughs] |
| CHS | [laughs] |
| PUP | Fucking, then they helped me put my stuff in my house. So I'm all tired, when-when-when-when fucking Cyclone's brother calls me to the blue pod door. He calls me to the *puerta*, and I'm breathing hard *carnal*, and he goes, "What's up *carnal*, why you breathin like that?" "Ahh I just banged with fucking Steven and fuckin *Conjeo*. I come over here and I banged with all the *carnals* over here." Well check this out. All that came out on the paperwork. |
| BLUE | Ohhhhhhhh. |
| PUP | They fucking, all that came out *carnal*. They fuckin, somebody took it as serious. |
| BLUE | (overlap) UI |
| PUP | And the only one that came back with, and was asking questions about that was Jake. |
| BLUE | UI, who? |
| PUP | Jake. Jake's the one…….. |
| BLUE | (overlap) UI |
| PUP | that fucking called *Conejo* to the door and "Hey, did you and Pup get into it? What's |

| | |
|---|---|
| | going on *ese*? What-is there something going on?" And woo woo woo. And then Jake called Smurf, to the door, and I was right there and I heard them my name, so I fucking, Smurf tells me, "Come here *carnal*, come here!" So I went and I listened in. And Jake is telling Smurf, "Hey *carnal*, why did Pup move over there *carnal*? What's going on *carnal*? Did they uh, UI younger brothers against me? Against us over here? Woo woo, cause we haven't been following *regla*?" And wah wah wah? And Smurf was telling him, "No, *chale*, he ain't tripping." And then all of a sudden he says, "Well *washa carnal*. And he-I know him and Tito are doing something *carnal*. Make sure I get in the car *carnal*." They wanted to get high no? |
| BLUE | Yeah. |
| PUP | And all that, this and that shit. And, "Hey *carnal*, I don't know *carnal*, I think Pup's taking us in the wrong direction *carnal*." Woo woo woo and wah wah wah. He starts going off on all that no? Just like that. A lot of the stuff he was saying,[bang] came out on that paperwork *carnal*. |
| | [Oooooo!] |
| PUP | And check this out, the d—and Kenny, see what happened, maybe he didn't tell the *jura* UI, but he told the brother. |
| BLUE | Right. |
| PUP | And that *vato* Kenny was living amongst them. And, Kenny heard that shit, but this is what happened. Jake goes out there, with the S-with the S.T.I.U. to talk to all the little kids. He comes back, they lock down Kenny, for count, and take em(phonetic) outta there. Then that whole pod stays locked down. And then all of a sudden, they come and they lock the rest of us in the morning, try to come out for breakfast, we're locked down. Monday |

| | |
|---|---|
| | comes around, they do inmate interviews, they send me outta there over here. |
| BLUE | Just like that? |
| PUP | Just like that. |
| BLUE | Hey. So, so when I was at the south with UI, he was talking to Butter. Butter UI. |
| PUP | Yeah……...Yeah. |
| BLUE | UI. |
| PUP | They were sending messages over here about everything I was doing over there. And some of them…… |
| BLUE | (overlap) UI talk to my *carnal*, UI. |
| PUP | *Washa*. The ones that weren't happy with Jake and Gumby, because I assigned fucking Stoner as a *llavero* in that pod. That's what it was. And they tried to fucking, they tried to fuckin kick em(phonetic) off *carnal*, by come and telling me that he was fucking up. And I said, "Wait a minute. So you're saying all the brothers in there don't want him as a *llavero*? Alright, I'll take a re-vote on that shit." So I fucking me and *Conejo* got together, and we fucking did a, we sent-we sent UI every *carnal* in that pod, take a vote, on these three names, of who guys want as the *llavero*. And I put Gumby, Jake, and Stoner again. And then it all came back and we tallied it, and it came up Stoner, [someone laughs] as the *llavero*. And when I came back and let them know that, they were pissed. They didn't like it. |
| BLUE | Dam, really? |
| PUP? | They didn't like that shit. |
| CHS | Hey *carnal*, tell cause I was tryin to tell Blue, I was tryin to tell Blue the-just the other day about fuckin when you put Tito and them on a mission for Jake, and how the fucker didn't do what you told him to do no? |
| PUP | Yeah, it-it was never against Stoner, it just, Stoner was backing Jake at that time |

| | |
|---|---|
| | cause he lived with him no? |
| BLUE | Oh, you know what *carnal*? |
| PUP | So that's why, that's why when Stoner got there……. |
| BLUE | (overlap) Hey *carnal*…… |
| PUP | I made sure he was gonna be on the same page, with me or-or he had to bounce, that's it. |
| BLUE | Hey dog, hey, UI |
| PUP | (overlap) So he-so I didn't talk to him, I didn't talk to him when he got there *carnal*. No rollo whatsoever for three days. And he started getting paranoid, so he hollered at-at Plazz, and hollered at fuckin Seally, and another car-*carnal*, tellin em[phonetic] "Hey, tell Pup I wanna talk to him" and woo woo woo and this and that. So fucking, and I didn't say *chale*! As soon as that door opened, even by mistake, I'm a hit him no? And so they fucking, and then all of a sudden they came to me later, "Hey *carnal*, you always told us *carnal*, to try to fuckin resolve things first before we go in through all this *pedo*. And we're asking you to do that" woo woo woo. That's what they did. So I fuckin hollered at them *carnal*. And I told them everything then I showed them all the paperwork. And I ran it down for him this is what it is. And he saw it for himself, everything that was going on over there, that's what came out on that CI shit. |
| BLUE | Ooooooo. |
| PUP | UI lock me down. |
| BLUE | UI fuckin UI on the payroll. |
| PUP | Who? |
| BLUE | Huh? |
| PUP | Who's that? |
| BLUE | That motherfucker UI. |
| PUP | Ahhh, it was more than one no? Hey, hey for sure it was Kenny, for sure it was him on the May sixth. |

| | |
|---|---|
| BLUE | I know who that is. |
| PUP | On the other-on the other one, on the other one, (stutters) where they said me and *Conejo* and UI and all of us were banging, and this and that, that-that's a different one, uh, that was somebody from green pod. And (stutters) now that when I left, I seen fucking that BB was the one that was trying to fucking, when I left, he was trying-he came at Baby G real ugly, and everybody real ugly  no? |
| BLUE | Who? |
| PUP | Uh, BB. |
| BLUE | Oh. UI. |
| PUP | He came at everybody real ugly like, now that Pup's gone, things are gonna be different now woo woo woo and all that no? |
| BLUE | That fucker. |
| CHS | Yeah those fuckers tried to stop everything too. |
| PUP | (overlap)UI all that shit about, we don't have no fuckin *regla*, there ain't no *reglas* now that he's gone, woo woo woo and all this and that. But when I was there, everybody wanted a *regla*. |
| BLUE | Well yeah, UI. |
| PUP | Everybody wanted those. Cause they were-they were UI you know. They were-they were trying to fucking, so everybody stayed on the same page is what it was. See if you had that cooperation to fucking move forward. |
| BLUE | Hey did you hear um, where Big Rabbs? |
| PUP | No. |
| BLUE | Yeah, I think federal indict uh, he's in the feds, right? |
| PUP | Is that right? |
| BLUE | Yeah, UI. |
| CHS | Steven--well he didn't'-he got caught with the *cuete* on the streets so they hit em[phonetic] with the fifteen years in the |

| | |
|---|---|
| | Feds and, and Steven, Cyclone, he went to the Feds, they're trying to get him for uh, career criminal or some shit. |
| PUP | I don't know where they're at, they might of went through, they might of went through like Oklahoma, and they got sent to another USP or an FCI prison. |
| BLUE | Well Cyclone, Steven is in uh, Estancia right now. |
| CHS | Yeah he's waiting for trial. |
| PUP | (overlap) They're still in the intake shit, and before they go to where they're going, they won't go to ADS. |
| BLUE | No because, UI……….. |
| PUP | (overlap)There seventeen, |
| BLUE | UI still going to court. |
| PUP | Ok. There's seventeen U.S. Prison-(stutter) United States penitentiaries, in the Federal system no? And there's a grip of fuckin FCI's cause they're mediums. And then there's only one ADS no? |
| BLUE | UI brought it up, UI. |
| PUP | Well they ain't sending nobody from New Mexico, to fuckin uh, Florence. |
| CHS | That's prolly[phonetic] why they had to bring you back, but it's all good, shit. |
| BLUE | Hey where is that fucker UI? |
| CHS | He's on the streets, remember I told you he was kicking it with Chris that's what I was telling uh, that's what I telling the *carnal* that, that fucker ain't worth a fuck dog. |
| BLUE | UI BB or UI. |
| PUP | (overlap) Ahh, UI. He's no snitch or nothing like that. And I can say UI, know what I'm sayin? |
| CHS | Yeah well your- |
| PUP | (overlap) Las cosa es, and he was bucking, against something, that we were trying to do and what fuckin pissed me off is the fact that, I've been gone for eleven years, I come |

| | |
|---|---|
| | back, and everybody expects me to clean shit up within a year, of all the fuckin UI, a-and-and then I start proposing a plan. Now, when I'm proposing this plan and where we-we should be in the next fuckin twenty years and we follow this plan, all of a sudden he wants to buck against that like come on, like "What the fuck" I told him. You've been here for years! When all this shits been goin on. And you haven't proposed a plan to nobody. But yet you guys wanna buck up against this shit. |
| CHS | And be *jefes*. And be *jefes*. |
| BLUE | UI. |
| PUP | (overlap) UI, like I tol[phonetic] him! All you guys wanna do is fuckin dictate shit. You wanna go and have your little circles and dictate shit. What this whole proposed plan is, is for all of us as a whole, not just for fuckin little groups. I'm not with this fucking checkerboard pattern of different *clickas* within our *clicka*. That's just not right. |
| BLUE | Hey. That's what we were all beefing over UI. |
| PUP | Yeah. |
| BLUE | UI, fuck that. |
| PUP | UI checkerboard pattern UI, he rides with me and this and that. We're all one *carnal*. We all gotta be on the same page. |
| CHS | Yup………..That's why we were-that's why me and- |
| PUP | (overlap)UI *carnals* that have already support-proposed a plan and what we should be and what (stutters) and from now to, twenty years from now. At least put something there to see if we can work at it. *Si me tiende*? |
| BLUE | (overlap) UI |
| PUP | And nobody's doing that and everybody just bucking, we're never gonna get nowhere. |
| BLUE | I don't-hey UI I'm down to be a part of something, but I don't know how to rebuild *carnal*. |

| | |
|---|---|
| PUP | Yeah. |
| BLUE | UI, I don't know, you know the first step to take on that no? |
| PUP | Well the first thing to take is-is the fuckin, put our pride aside. |
| BLUE | That's UI, yeah. |
| PUP | That's what it is. |
| CHS | Hey bud, as long as we have uh...... |
| BLUE | (overlap) UI |
| PUP | (overlap)And they-and they dig down-dig down,(stutters) imagine, everybody's problem as a-as a plant, to start from the root and go all the way up, and you're gonna find out, that for most part, everybody's beefing over petty shit. |
| BLUE | UI. |
| [pause] | |
| CHS | But, |
| PUP | And like we said over there in Cruces, nine times out of ten, when a brother gets over there, even though they were beefing over here and they end up over there, nine times out of ten, nothing will happen. And it's better that way. |
| BLUE | Yeah. |
| PUP | Leave it alone, *si me entiende*? |
| BLUE | UI. |
| PUP | Exactly. You liked it over there with fucking, ice cream and, |
| BLUE | [laughs] |
| PUP | fuckin, staying high every day. |
| CHS | Fuck. Fuckin, fuckin Pup would-every fucking week, when he would go to the, to the gym, the store he would buy me a fucking some ice cream and a fucking hamburger and some other shit and everybody would be mean muggin him, "Hey how come?" |
| PUP | I know. |
| BLUE | I loved it over there ay! |
| PUP | It's nice huh! |

| | |
|---|---|
| CHS | And then I would get him when I would go, and they would be mean mugging me. |
| BLUE | UI ice cream? |
| PUP | They didn't take--the first time I went to Cruces in two thousand eight, and it was eight man tiered and all that, fuckin all the warden did, was, little Franco with his one arm *ese*, he just came in there, into the pod and we sat down at the table and he told me straight up, right there in front of brothers and everything, he told me straight up, "*Washa* Pup. I don't give a fuck what you guys do over here. Fuckin, as long as you don't fuckin kill each other, UI stab, cause I don't care about the fist fights" and he-they seen us on camera where you know this and that. And well the fist fighting on the roof and all that and violations *pero*, he didn't care about all that, he just said, "Keep-keep everything cool, and I'll give you guys more shit" and sure enough *carnal*, we were going to the gym four times a week, and all that was is just a trust issue, that's all it was. |
| BLUE | (overlap) You know what they told D? |
| PUP | That's all it was right? |
| BLUE | You know what they told D? Uh, D asked them, "Well why you UI?" UI told them UI a hundred fucking times, and you guys UI. |
| PUP | Yeah but at the same time, if these motherfuckers UI would stop fucking setting us up, because *washa carnal*. This is what's really going on *carnal*. I sat - I've had time to sit there and reflect on everything. And we-there was a court order, to start letting us advance, to the level three *carnal*. That's what was gonna happen right. |
| BLUE | Right. |
| PUP | Well then fucking *jura*, all these fucking administration got paranoid that they were gonna let us out. And they thought that we |

|  | were gonna out there and fuck up the LC and fuck up all them other fools. And they thought we were gonna go out there and recruit. They thought we were gonna go out there and do all this *pedo* right? Na. They feared for the most part about themselves, because of they feelin guilty, for keeping *carnals* locked down over here for all these years. And now they're thinking we're gonna retaliate against them. So they needed to find a reason, for us to fuck up. So they fuckin get me, and they lock me down on some bogus ass shit saying they received confidential information. They locked me down in two thousand thirteen, in June. And then all of a sudden, this fuckin *pedo* happened, *si me entiende*? They were happy as fuck that this *pedo* happened. That's some real good reason to keep us locked down even longer and not give us nothing, so this way, they can fuckin not have to worry about themselves. That's what it comes down to *carnal*. |
|---|---|
| BLUE | Yeah that's exactly what it is. |
| PUP | They consider us the biggest fucking threat in this *systema*. They had motherfuckers from Washington, Obama, Obama didn't go down there but his crew went down there just t-recently, and they did a tour over there. They stopped one of the fuckin *juras*, Rodrigue, over there in the Feds, they stopped that fuckin negro in front of my door, and said, "Now this guy here, he's a New Mexico Syndicate, you've heard of him right?" And that negro, an old man shakes his head, "Oh yeah, I've heard of these guys." |
| BLUE | (overlap) UI. |
| PUP | And this is the woo woo woo woo, he's the leader, wah wah wah, he's going to ADH, and wah wah wah. They did all that *carnal*. |
| BLUE | Dam! |

| | |
|---|---|
| PUP | Yeah! |
| CHS | Said your ass was going underground? |
| PUP | (overlap) UI me, the other *vatos* on the range too no? |
| BLUE | Yeah. |
| PUP | He did that-cause they were doing that with that tour. But the thing of it is, the fuckers from Washington D.C. know who the fuck we are. |
| BLUE | All day. |
| PUP | Yup. |
| CHS | That-that's, |
| BLUE | (overlap) UI |
| CHS | That's not good, but it's good. |
| PUP | We're recognized, *si me entiende*? |
| CHS | [laughs] That's-that's not good, but it's good! |
| PUP | (overlap) UI recognized, that's a dam thing, that's for sure. We're recognized. |
| BLUE | UI it's just like what they said ay, they said um, UI, with, with other *vatos* from other UI fuckin UI. |
| PUP | Well that's what, see that's, these fuckin heads we haven't even snapped, they're taking *vatos* that are making deals on the street, and testifying against the crime part or whatever and then fucking putting them over with us. That's setting us up *gaucho*. |
| BLUE | Yeah. |
| PUP | *Si me entiende*? They're not supposed to put nobody's life in danger like that. |
| BLUE | *Simon*. |
| PUP | It's their fault for doing shit. They're the ones to blame. Then they wanna turn around and blame it on us, and then tell the news media that we're the devils children *carnal*. |
| BLUE | Yeah. |
| PUP | Freaking bastard. |
| BLUE | Freaking bastards ay, UI good on this one. |
| PUP | They know what they're doing. |

| | |
|---|---|
| BLUE | Well yeah. They-they know they're-they're UI so they could blast UI. |
| PUP | It-it was all over Crayzo, Crayzo! |
| CHS | Ay! |
| PUP | Came out with them fucking thing to sign up for the wheelchair program. |
| CHS | [laughing] |
| PUP | They came out with (stutter) let you guys out to the fucking UI yard here in Cruces. [laughs] |
| CHS | Me and Pup are like, "Yeah yeah yeah." |
| PUP | UI coming out with all this shit and here we were, getting our shit together. Let's stop the beefing, now let's set up this new *tabla*, so that way, when the brothers go out there, there's no fuckin, nobody can be confused as to who is calling what and then what needs to be done out there woo woo woo, wah wah wah right? So, |
| CHS | W-we had it set up. |
| PUP | *Juras* were already paranoid. They were fucking like man, "We gotta let these *vatos* out!" The whole, I was sending word to the *Burquenos*, we're coming out. Either, you vatos are gonna fuckin, roll with what the fuck we're (stutter) this cease fire, if not we're coming for your ass. |
| BLUE | Hey there was a white boy. |
| PUP | I sent it with fuckin J-Jeffrey Padilla. |
| BLUE | Hey dog, there was a white boy that from Baltimore no? |
| PUP | Yeah. |
| BLUE | That slapped up a fuckin *Burqueno* ay, and uh we were talking about us coming out, UI escort with us, he goes "Hey I'm not trying to talk shit, but that motherfucker was scared man!" |
| PUP | They-they were…. |
| BLUE | (overlap) UI |
| PUP | When they heard that we were coming out over |

|  | there in Cruces, they-they were fucking tripping no? And then *Conde*, *Conde* came right away to me with a *weela*, saying, "Hey, we have the same *enemigos*, we can [laughs] get together" and woo woo woo, and let's-let's call a cease fire and all that too no? |
| --- | --- |
| BLUE | Hey. |
| PUP | UI. |
| BLUE | They pulled that *vato*, that white boy, UI we're gonna have a meeting about UI white boy. |
| PUP | Yeah. |
| CHS | (overlap)Baltimore. |
| BLUE | UI. |
| CHS | Baltimore. |
| BLUE | So he came out thinking well UI you're leaving. |
| PUP | Hell yeah. |
| BLUE | He slashed the fucker across the neck and stabbed that motherfucker. |
| PUP | Good. |
| BLUE | He was wearing a ski mask. |
| PUP | [laughs] |
| BLUE | UI little fucking bandit. |
| PUP | [laughs] |
| BLUE | UI about me. |
| PUP | Yeah. They didn't know who they were fucking with. |
| BLUE | UI. |
| PUP | Yeah? |
| BLUE | UI. |
| PUP | I'm surprised you knew, fucking that dude Morris from Baltimore. |
| BLUE | He was right here. |
| PUP | Yeah. |
| BLUE | In 3-B with us. |
| PUP | I-I didn't remember him. |
| BLUE | Yeah UI he looked like fuckin Beetlejuice. |
| PUP | But he remembered your name, he remembered |

| | |
|---|---|
| | everybody. |
| BLUE | He lived with us *carnal* because, they moved Archie in there and-and he was doing something UI every night at a certain time he was trying to UI fool. |
| PUP | Yeah. |
| BLUE | And um, you know never mind it's not my business no? |
| PUP | Yeah. |
| BLUE | Well, me and Archie were talking today and-and he's doing UI every day at that time UI no? |
| PUP | Yeah. |
| BLUE | And um, Archie starts UI fuck what the fuck UI knocking on my fucking door and my window |
| PUP | (overlap)[laughs] |
| BLUE | UI dog. UI every day UI leave him alone. |
| PUP | Yeah. |
| BLUE | He thought he was doing UI purpose to Archie no? |
| PUP | Yeah. |
| BLUE | Archie starts flipping out on me. UI. |
| PUP | He didn't, he didn't mention nothing about that *pero*, fucker (stutters)he's over there man, he goes off on his little suicide trip no? |
| CHS | [laughs] |
| PUP | I had just bought him a UI, I-I had just bought him and Tito a bottle of fucking, a bottle of aspirin to go halfers on - they swallowed that fucker. |
| CHS | (overlaps) [laughs] |
| PUP | They're trying to do everything they can to not go to the ADA UI……… |

Exh293 - DISC 5987-6011.Trans of convo CHS & A. Baca.0730.003PL.R.txt
00001:01 PUP: going on in Cruces and Pup this and Pup that and all that.
02 Well there's a little snitch in that little circle carnal, and
03 we need to find out who in the fuck it is. "Well I'm not the
04 snitch carnal (stutters) I feel disrespected by you talking to
05 me like that." I said, "Really?" [someone coughs]This is what it
06 is, si me entiende?
07 CHS: Yup.
08 BLUE: (UI) that when he was down there?
09 PUP: When I was in Cruces.
10 BLUE: Ok, ok look, member when you asked me--when I first met you?
11 PUP: Yeah.
12 BLUE: And you asked me, "Who was down?"
13 PUP: Yeah I member.
14 BLUE: (UI) what are you saying? (UI) explain to me something about
15 the phone, no?
16 PUP: Yeah.
17 BLUE: Uhh, the date was two weeks before I got there but I
18 remember that mother fucker was talking to his brother on the
19 street.
20 PUP: Yeah.
21 BLUE: No?
22 CHS: An-and then he was talking to Daffy too. An- and then
23 George's paperwork, they have that conversation, i-in the
24 fuckin the-the (stutters), matter of fact, Shadow brought it
25 back and that paperwork where-where Cyclone was talking to
00002:01 Daffy on the phone no?
02 PUP: Cause according to him, he's the one that did the interview
03 over there,
04 BLUE: Where at?
05 PUP: At the south.
06 BLUE: When was that?
07 PUP: On uh, April, it was April...............
08 CHS: It had to be two thousand twelve or eleven.
09 BLUE: Yeah two thousand eleven [something slams.] Member, member
10 I got there in (stutter) uh April twenty-fourth?
11 PUP: Yeah.
12 BLUE: I got there April twenty-fourth ay.
13 PUP: Yeah.
14 BLUE: And, the person that was my neighbor was BB.
15 CHS: And that's-that,
16 PUP: (overlap) Actually, actually it was April twenty-fifth.
17 CHS: That was right before the Churro thing right?
18 PUP: And the other informant said something on May sixth.
19 BLUE: May sixth?
20 PUP: But that was the one from Cruces. That was that dude Kenny,
21 from Cruces.
22 BLUE: What dude?
23 PUP: The one that fuckin Jake was protecting. The one that I
24 wanted fucked up.
25 CHS: (UI)
00003:01 PUP: And I fucking, and they-and they fucking, they put their arm
02 around him and didn't wanna let nobody touch him.
03 CHS: He was a carnal?
04 BLUE: No. But he wanted to be a carnal, but I-I made it rough

Exh293 - DISC 5987-6011.Trans of convo CHS & A. Baca.0730.003PL.R.txt
05 for him. I told him "the only ones that can make you a carnal,
06 is the vatos from Cruces, the vatos from down south, that's it.
07 Don't-don't come to me with that shit." (Stutters) He come to me
08 like three times with that.
09 CHS: Trying to...
10 BLUE: Make him a carnal.
11 CHS: Trying to get you to recruit him?
12 PUP: Yes. And I didn't want to. He moved over there with Jake and
13 all them.
14 BLUE: Know who was down there too?
15 BLUE: But Shadow was in D pod carnal.
16 PUP: (UI), when-when all that shit was going on with fuckin,
17 member, member uh, Crazo and all that shit was going on in your
18 pod over there?
19 CHS: Yeah.
20 PUP: Well fucking when-when uh,
21 CHS: When Benjamin accused me of being the fucking......
22 PUP: When he was over there, him and BB were over there,
23 trying to get at fuckin uh, at-at Shadow over here.
24 CHS: Yeah.
25 BLUE: Trying to turn Shadow against me and all of that?
00004:01 CHS: Yup.
02 PUP: And fuckin, and that, and then they were going over there
03 to fuckin Whisker, and fuckin, and- and Shad-little Shadow,
04 next door in yellow pod. And that's when fucking Boxer came and
05 told me "Give me a fierro carnal, these fuckers are up to no good."
06 And then all of a sudden that pedo happened, when Whiskers got his
07 throat slashed. So that's when they all thought that it was me that
08 told him to, that told Swamp to do that no? And then uh,
09 BLUE: Crazo was just telling me that ay!
10 CHS: Yeah I was, I told Blue that they tried to switch you up
11 over that one.
12 PUP: Wh-wh-what I did, is I wrote a weela right away, I wrote a
13 weela carnal, to let everybody know "Hey, that has nothing to
14 do with me." That fucking, it's a personal thing, leave it as
15 that, but they didn't wanna leave it alone carnal.
16 Fuckin Cyclone and-and B.B. and them.
17 CHS: They were just tryin ta(phonetic), they were just trying
18 ta(phonetic) get, carnals against, against the brothers,
19 that's what they were doing.
20 PUP: So they got paranoid and thought that I was gonna move on
21 them so they sent me a weela, "What's up carnal, (stutter) we're
22 all paranoid over here, (stutter) getting everybody against, (UI)
23 gonna move on us." And it was uh, it was-it was, na! Fuck em!
24 They were the ones doing that shit.
25 CHS: Hey Pup! Tell-tell him what happened when Cyclone and
00005:01 B-when Cyclone and B.B. went to your door, tried to call you out.
02 PUP: And then-and B.B. tried to call me out, as a fuckin,
03 as a-as a witness for his disciplinary. So I fucking strapped
04 up with magazine. I told fucking Seally and-and-and,
05 CHS: (overlap)[starts laughing]
06 PUP: J.R., strap me down fool. They fucking strapped me down, I got
07 the fierro, and I said "I'm gonna hit this fool as soon as I
08 walk inside that office," no? And that fucker didn't call me out

Page 2

Exh293 - DISC 5987-6011.Trans of convo CHS & A. Baca.0730.003PL.R.txt
09  carnal.
10  CHS: That fucker bowed down that's why!
11  PUP: I know.
12  CHS: He, what did he tell you, "(stutter) Hey carnal it's not
13  even like that!"
14  PUP: That's what he told me, "It's not even like carnal. You're
15  tripping." I said, na I was pissed carnal. These fuckers are on
16  some bullshit. [pause]
17  BLUE: Hey!..........Hey!
18  PUP: Yeah?
19  BLUE: (UI) looking at my thing right now my arrival date (UI), right?
20  PUP: Yeah.
21  BLUE: Hold on.[pause] My arrival date it-it, the south was 5-10,
22  May 10.
23  PUP: Ok and this-this-that CO, that fuckin CI, what happened
24  on April twenty-fifth.
25  BLUE: Right, right. Um,
00006:01  PUP: So give me my paperwork, I'll show it to you right.
02  BLUE: (UI).
03  PUP: I didn't show it to you?
04  BLUE: No, (UI). Um..........(UI) six twenty-four.
05  PUP: Ahh, ok.
06  BLUE: (UI).
07  BLUE: The only person, that ever brought that type of shit
08  up was (UI) that motherfucker.
09  PUP: It was huh?
10  BLUE: It was the only one. And he told me, I said well, (UI) you
11  know homie, hey uh-um, (UI).
12  PUP: Yeah.
13  BLUE: But yeah, he-he was the only one, and I heard him a few
14  times talking to his brother on the phone, but I know (UI).
15  PUP: Yeah so now, now that all this pedo happened with him,
16  (stutter)and he's doing all this scandalous shit, right? I'm
17  thinking, "Ok. He sent that (UI), he sent that Suboxone to
18  Dreamer, already fucking missing certain brothers, right?"
19  And got fuckin Psycho hit for nothing carnal.
20  BLUE: Hey carnal,
21  PUP: Because Washa, Gato, came up to me and told me "Watch out
22  carnal." When-when-when-when- when, Cyclone gave me this envelope,
23  to pass Suboxone, he told me to give it directly to fucking Scooby,
24  when him and Scooby were beefing at the door. And they weren't
25  getting along carnal, he wanted Scooby hit. So he fucking wanted
00007:01  me to give it directly to him, to give to Dreamer. He was trying
02  to set up Scooby carnal. So what happened was Psycho grabbed that
03  envelope from the bottom of the door and passed it over there
04  to us, right? And we gave it to Dreamer and Dreamer started counting
05  the Suboxone and the names on the list, and it didn't match up.
06  And right away, Cyclone started blaming Scooby.
07  BLUE: Hey.
08  PUP: And-but we went ahead and fuckin did that pedo, where fuckin Ace
09  and them got fuckin Psycho, right?
10  BLUE: Right.
11  PUP: And I think that was a wrong move carnal.
12  BLUE: (UI), the other day I was talking to (UI) Dreamer no?

Exh293 - DISC 5987-6011.Trans of convo CHS & A. Baca.0730.003PL.R.txt

```
13  PUP: Yeah.
14  BLUE: (UI).
15  PUP: Ok.
16  BLUE: And um, and he brought up some crazy shit carnal. Now you
17  haven't got around Psyhco yet, no?
18  PUP: Yeah.
19  BLUE: Watch, we'll-we'll hit him up when we see him out there (UI)
20  all that fuckin yahoo over that fuckin cell phone (UI) shit.
21  PUP: Uh huh.
22  BLUE: They're not gonna like it ay.
23  PUP: Na.
24  BLUE: They're gonna talk shit man.
25  PUP: Who?
00008:01  BLUE: (UI) Psycho.
02  CHS: Fucking Psycho's bitch ass is.
03  PUP: Tryin to say what?
04  BLUE: Tryin to say, well look this (stutter) hold on, hold on
05  carnal, it didn't come from him directly. No?
06  PUP: Uh huh.
07  BLUE: But, this is where the first time he got around him,
08  (UI) crazy shit nuh? And, Dreamer says "Oh yeah, uh (UI)." I
09  said "the one where um the carnal called from the cell phone?"
10  PUP: Who called from the cell phone?
11  BLUE: They're tryin to say you did.
12  PUP: What cell phone?
13  BLUE: Member the one Ace got busted with?
14  CHS: No, the.....
15  BLUE: (UI)?
16  PUP: Oh! Way back then?
17  BLUE: Yeah.
18  PUP: Oh no, that was the negro. Fuckin uh, Mosby, Mosby.
19  BLUE: Hey. Well I told the homie, I said, "(UI) na, that's not
20  true ay." He goes "Yeah, Psycho has (UI). I said, "Well, you
21  know (UI) hit him up nuh."
22  PUP: Yeah.
23  BLUE: (UI) haven't got the yard with him yet carnal.
24  CHS: Ay!
25  PUP: Oh ok.
00009:01  CHS: And Little Man said that that shit chafa.
02  BLUE: Oh did you ask him?
03  CHS: Yeah I asked him and he said it's no good. Said it's bullshit.
04  PUP: That what's bullshit?
05  CHS: That he hit up Psycho cause I told him to him Psycho no?
06  PUP: Oh Psycho knows, Psycho knows it was Mosby that.......
07  CHS: Yeah carnal, but Washa......
08  PUP: (overlap) (UI) and-and fuckin when the jura was already
09  leaving home and he used it,
10  CHS: But......
11  PUP: the same day.
12  CHS: He's mad at you.....
13  PUP: (overlap)(UI) fuckin (UI)
14  CHS: He's mad-he's mad at you.....
15  PUP: (UI) get that shit together no?
16  CHS: Yeah.
```

Exh293 - DISC 5987-6011.Trans of convo CHS & A. Baca.0730.003PL.R.txt
17  PUP: (UI) found out the other day, that-that Donny and Psycho were
18  beefing no?
19  BLUE: Yeah.
20  PUP: So I don't know what's-what, I haven't gotten in the yard
21  with him yet carnal.
22  BLUE: Yeah.
23  CHS: But then, but that's-but that's what I'm saying is that he's
24  mad at you, because he thinks he got fucked up, beca-well because
25  you told em(phonetic) to fuck him up and that's why he's mad no?
00010:01 PUP: Uhh, I went with it carnal, because it was a- it was a
01  mutual decision between three of us no?
02
03  BLUE: No, but he was telling (UI) today that-that he (UI) no?
04  PUP: Yeah, yeah he (UI). (UI) Psycho (UI).
05  BLUE: (UI) talking about it today.
06  PUP: Yeah we're-we're alright pero, la cosa es,I think they fuckin,
07  I think he deserves a pass, and
08  BLUE: Well I told (UI) the same thing. (UI) told me well, "I
09  wanna talk to him carnal," I said, "Well if you feel you did
10  something wrong". He says "Yeah, that's my carnal". I said "Well
11  then talk to him."
12  PUP: (UI) I believe they set him up carnal.
13  CHS: They did.
14  PUP: At the time-at the time, they just weren't thinking straight no?
15  CHS: A-and if you remember like I told Blue, remember, I cut off
16  fuckin Cyclone because he was trying to be a snake w-with the
17  business and he got mad at Psycho cause he tried to make a deal
18  with Psycho and the back door, and he got caught up and he got
19  mad at Psycho for telling Ace, remember?
20  PUP: Yeah.
21  CHS: And then he had a fuckin vendetta against him cause of that.
22  PUP: Na, he was, he would get mad at anybody that didn't look
23  out for him.
24  BLUE: Hey carnal,
25  CHS: (overlap)[snickers] He's a......
00011:01 BLUE: Yeah but I-I (UI)........
02  PUP: (overlap) See like the one, like the one where, where, where
03  I was moving from green pod to yellow pod one time, and, and
04  fuckin, so me, and fuckin Steven, from Silver and fuckin and-and
05  Conejo, we're in the fucking cell, we're all wrestling in the cell.
06  They helped me pack up my shit, and then we started wrestling.
07  (stutters)They're giving me a going home, like a, going to
08  another pod, fuckin, just fuckin playing around right? So we're
09  all wrestling, boom boom boom boom, I get Conejo in a fuckin
10  head lock,
11  BLUE: (UI).
12  PUP: And then fucking, then they helped me move my stuff. As soon
13  as I walked into yellow pod, fucking Sparky, Baby G, and all
14  them fuckers jumped on me, took off my shoes and all that shit right.
15  BLUE: [laughs]
16  CHS: [laughs]
17  PUP: Fucking, then they helped me put my stuff in my house. So I'm
18  all tired, when-when-when- when fucking Cyclone's brother calls
19  me to the blue pod door. He calls me to the puerta, and I'm
20  breathing hard carnal, and he goes, "What's up carnal, why you

Exh293 - DISC 5987-6011.Trans of convo CHS & A. Baca.0730.003PL.R.txt
```
21  breathin like that?" "Ahh I just banged with fucking Steven and
22  fuckin Conjeo. I come over here and I banged with all the
23  carnals over here." Well check this out. All that came out on
24  the paperwork.
25  BLUE: Ohhhhhhhh.
00012:01  PUP: They fucking, all that came out carnal. They fuckin, somebody
02  took it as serious.
03  BLUE: (overlap) (UI)
04  PUP: And the only one that came back with, and was asking questions
05  about that was Jake.
06  BLUE: (UI), who?
07  PUP: Jake. Jake's the one........
08  BLUE: (overlap) (UI)
09  PUP: that fucking called Conejo to the door and "Hey, did you and
10  Pup get into it? What's going on ese? What-is there something
11  going on?" And woo woo woo. And then Jake called Smurf, to the
12  door, and I was right there and I heard them my name, so I fucking,
13  Smurf tells me, "Come here carnal, come here!" So I went and I
14  listened in. And Jake is telling Smurf, "Hey carnal, why did
15  Pup move over there carnal? What's going on carnal? Did they uh,
16  (UI) younger brothers against me?
17  Against us over here? Woo woo, cause we haven't been following
18  regla?" And wah wah wah? And Smurf was telling him, "No, chale,
19  he ain't tripping." And then all of a sudden he says, "Well
20  washa carnal. And he-I know him and Tito are doing something
21  carnal. Make sure I get in the car carnal." They wanted to get
22  high no?
23  BLUE: Yeah.
24  PUP: And all that, this and that shit. And, "Hey carnal, I don't
25  know carnal, I think Pup's taking us in the wrong direction carnal."
00013:01  Woo woo woo and wah wah wah. He starts going off on all that no?
02  Just like that. A lot of the stuff he was saying,[bang] came
03  out on that paperwork carnal. [Oooooo!]
04  PUP: And check this out, the d-and Kenny, see what happened,
05  maybe he didn't tell the jura (UI), but he told the brother.
06  BLUE: Right.
07  PUP: And that vato Kenny was living amongst them. And, Kenny heard
08  that shit, but this is what happened. Jake goes out there, with
09  the S- with the S.T.I.U. to talk to all the little kids. He comes
10  back, they lock down Kenny, for count, and take em(phonetic)
11  outta there. Then that whole pod stays locked down. And then all
12  of a sudden, they come and they lock the rest of us in the morning,
13  try to come out for breakfast, we're locked down. Monday
14  comes around, they do inmate interviews, they send me outta
15  there over here.
16  BLUE: Just like that?
17  PUP: Just like that.
18  BLUE: Hey. So, so when I was at the south with (UI), he was talking
19  to Butter. Butter (UI).
20  PUP: Yeah.........Yeah.
21  BLUE: (UI).
22  PUP: They were sending messages over here about everything
23  I was doing over there. And some of them......
24  BLUE: (overlap) (UI) talk to my carnal, (UI).
```

Exh293 - DISC 5987-6011.Trans of convo CHS & A. Baca.0730.003PL.R.txt
```
      25   PUP: Washa. The ones that weren't happy with Jake and Gumby, because
00014:01   I assigned fucking Stoner as a llavero in that pod. That's what it
      02   was. And they tried to fucking, they tried to fuckin kick em(phonetic)
      03   off carnal, by come and telling me that he was fucking up. And I said,
      04   "Wait a minute. So you're saying all the brothers in there don't want
      05   him as a llavero? Alright, I'll take a re-vote on that shit." So
      06   I fucking me and Conejo got together, and we fucking did a, we
      07   sent-we sent (UI) every carnal in that pod, take a vote, on
      08   these three names, of who guys want as the llavero. And I put
      09   Gumby, Jake, and Stoner again. And then it all came back and we
      10   tallied it, and it came up Stoner, [someone laughs] as the
      11   llavero. And when I came back and let them know that, they were
      12   pissed. They didn't like it.
      13   BLUE: Dam, really?
      14   PUP: They didn't like that shit.
      15   CHS: Hey carnal, tell cause I was tryin to tell Blue, I was tryin
      16   to tell Blue the-just the other day about fuckin when you put
      17   Tito and them on a mission for Jake, and how the fucker didn't
      18   do what you told him to do no?
      19   PUP: Yeah, it-it was never against Stoner, it just, Stoner was
      20   backing Jake at that time cause he lived with him no?
      21   BLUE: Oh, you know what carnal?
      22   PUP: So that's why, that's why when Stoner got there.......
      23   BLUE: (overlap) Hey carnal......
      24   PUP: I made sure he was gonna be on the same page, with me or-or
      25   he had to bounce, that's it.
00015:01   BLUE: Hey dog, hey, (UI)
      02   PUP: (overlap) So he-so I didn't talk to him, I didn't talk to
      03   him when he got there carnal. No rollo whatsoever for three days.
      04    And he started getting paranoid, so he hollered at- at Plazz,
      05   and hollered at fuckin Seally, and another car-carnal, tellin
      06   em[phonetic] "Hey, tell Pup I wanna talk to him" and woo woo woo
      07   and this and that. So fucking, and I didn't say chale! As soon
      08   as that door opened, even by mistake, I'm a hit him no? And so
      09   they fucking, and then all of a sudden they came to me later,
      10   "Hey carnal, you always told us carnal, to try to fuckin resolve
      11   things first before we go in through all this pedo. And we're
      12   asking you to do that" woo woo woo.
      13   That's what they did. So I fuckin hollered at them carnal. And I
      14   told them everything then I showed them all the paperwork. And I
      15   ran it down for him this is what it is. And he saw it for
      16   himself, everything that was going on over there, that's what
      17   came out on that CI shit.
      18   BLUE: Ooooooo.
      19   PUP: (UI) lock me down.
      20   BLUE: (UI) fuckin (UI) on the payroll.
      21   PUP: Who?
      22   BLUE: Huh?
      23   PUP: Who's that?
      24   BLUE: That motherfucker (UI).
      25   PUP: Ahhh, it was more than one no? Hey, hey for sure it was
00016:01   Kenny, for sure it was him on the May sixth.
      02   BLUE: I know who that is.
      03   PUP: On the other-on the other one, on the other one, (stutters)
```

Exh293 - DISC 5987-6011.Trans of convo CHS & A. Baca.0730.003PL.R.txt

04   where they said me and Conejo and (UI) and all of us were banging,
05   and this and that, that-that's a different one, uh, that was
06   somebody from green pod. And (stutters) now that when I left,
07   I seen fucking that BB was the one that was trying to fucking,
08   when I left, he was trying-he came at Baby G real ugly, and
09   everybody real ugly no?
10   BLUE: Who?
11   PUP: Uh, BB.
12   BLUE: Oh. (UI).
13   PUP: He came at everybody real ugly like, now that Pup's gone,
14   things are gonna be different now woo woo woo and all that no?
15   BLUE: That fucker.
16   CHS: Yeah those fuckers tried to stop everything too.
17   PUP: (overlap)(UI) all that shit about, we don't have no fuckin
18   regla, there ain't no reglas now that he's gone, woo woo woo and
19   all this and that. But when I was there, everybody wanted a regla.
20   BLUE: Well yeah, (UI).
21   PUP: Everybody wanted those. Cause they were-they were
22   (UI) you know. They were-they were trying to fucking, so
23   everybody stayed on the same page is what it was. See if you had
24   that cooperation to fucking move forward.
25   BLUE: Hey did you hear um, where Big Rabbs?
00017:01   PUP: No.
02   BLUE: Yeah, I think federal indict uh, he's in the feds, right?
03   PUP: Is that right?
04   BLUE: Yeah, (UI).
05   CHS: Steven--well he didn't'-he got caught with the cuete on the
06   streets so they hit em[phonetic] with the fifteen years in the
07   Feds and, and Steven, Cyclone, he went to the Feds, they're
08   trying to get him for uh, career criminal or some shit.
09   PUP: I don't know where they're at, they might of went through, they
10   might of went through like Oklahoma, and they got sent to
11   another USP or an FCI prison.
12   BLUE: Well Cyclone, Steven is in uh, Estancia right now.
13   CHS: Yeah he's waiting for trial.
14   PUP: (overlap) They're still in the intake shit, and before they go
15   to where they're going, they won't go to ADS.
16   BLUE: No because, (UI)...........
17   PUP: (overlap)There seventeen,
18   BLUE: (UI) still going to court.
19   PUP: Ok. There's seventeen U.S. Prison-(stutter) United States
20   penitentiaries, in the Federal system no? And there's a grip of fuckin
21   FCI's cause they're mediums. And then there's only one ADS no?
22   BLUE: (UI) brought it up, (UI).
23   PUP: Well they ain't sending nobody from New Mexico, to fuckin uh, Florence.
24   CHS: That's prolly[phonetic] why they had to bring you back, but
25   it's all good, shit.
00018:01   BLUE: Hey where is that fucker (UI)?
02   CHS: He's on the streets, remember I told you he was kicking
03   it with Chris that's what I was telling uh, that's what I telling
04   the carnal that, that fucker ain't worth a fuck dog.
05   BLUE: (UI) BB or (UI).
06   PUP: (overlap) Ahh, (UI). He's no snitch or nothing like that. And
07   I can say (UI), know what I'm sayin?

Exh293 - DISC 5987-6011.Trans of convo CHS & A. Baca.0730.003PL.R.txt
08  CHS: Yeah well your-
09  PUP: (overlap) Las cosa es, and he was bucking, against something,
10  that we were trying to do and what fuckin pissed me off is the fact
11  that, I've been gone for eleven years, I come back, and everybody
12  expects me to clean shit up within a year, of all the fuckin (UI),
13  a- and-and then I start proposing a plan. Now, when I'm proposing
14  this plan and where we-we should be in the next fuckin twenty years
15  and we follow this plan, all of a sudden he wants to buck against
16  that like come on, like "What the fuck" I told him. You've been
17  here for years! When all this shits been goin on. And you haven't
18  proposed a plan to nobody. But yet you guys wanna buck up against
19  this shit.
20  CHS: And be jefes. And be jefes.
21  BLUE: (UI).
22  PUP: (overlap) (UI), like I tol[phonetic] him! All you guys wanna
23  do is fuckin dictate shit. You wanna go and have your little circles
24  and dictate shit. What this whole proposed plan is, is for all of us
25  as a whole, not just for fuckin little groups. I'm not with this
00019:01  fucking checkerboard pattern of different clickas within our
02  clicka. That's just not right.
03  BLUE: Hey. That's what we were all beefing over (UI).
04  PUP: Yeah.
05  BLUE: (UI), fuck that.
06  PUP: (UI) checkerboard pattern (UI), he rides with me and this and
07  that. We're all one carnal. We all gotta be on the same page.
08  CHS: Yup...........That's why we were-that's why me and-
09  PUP: (overlap)(UI) carnals that have already support-proposed a plan
10  and what we should be and what (stutters) and from now to,
11  twenty years from now. At least put something there to see if we
12  can work at it. Si me tiende?
13  BLUE: (overlap) (UI)
14  PUP: And nobody's doing that and everybody just bucking, we're never
15  gonna get nowhere.
16  BLUE: I don't-hey (UI) I'm down to be a part of something, but I
17  don't know how to rebuild carnal.
18  PUP: Yeah.
19  BLUE: (UI), I don't know, you know the first step to take on that no?
20  PUP: Well the first thing to take is-is the fuckin, put our pride aside.
21  BLUE: That's (UI), yeah.
22  PUP: That's what it is.
23  CHS: Hey bud, as long as we have uh......
24  BLUE: (overlap) (UI)
25  PUP: (overlap)And they-and they dig down-dig down,(stutters) imagine,
00020:01  everybody's problem as a-as a plant, to start from the root and go
02  all the way up, and you're gonna find out, that for most part,
03  everybody's beefing over petty shit.
04  BLUE: (UI). [pause]
05  CHS: But,
06  PUP: And like we said over there in Cruces, nine times out of ten,
07  when a brother gets over there, even though they were beefing over
08  here and they end up over there, nine times out of ten, nothing
09  will happen. And it's better that way.
10  BLUE: Yeah.
11  PUP: Leave it alone, si me entiende?

Exh293 - DISC 5987-6011.Trans of convo CHS & A. Baca.0730.003PL.R.txt

```
12  BLUE: (UI).
13  PUP: Exactly. You liked it over there with fucking, ice cream and,
14  BLUE: [laughs]
15  PUP: fuckin, staying high every day.
16  CHS: Fuck. Fuckin, fuckin Pup would-every fucking week, when he would go to
17  the, to the gym, the store he would buy me a fucking some ice
18  cream and a fucking hamburger and some other shit and everybody
19  would be mean muggin him, "Hey how come?"
20  PUP: I know.
21  BLUE: I loved it over there ay!
22  PUP: It's nice huh!
23  CHS: And then I would get him when I would go, and they would be
24  mean mugging me.
25  BLUE: (UI) ice cream?
00021:01  PUP: They didn't take--the first time I went to Cruces in two thousand
02  eight, and it was eight man tiered and all that, fuckin all the
03  warden did, was, little Franco with his one arm ese, he just
04  came in there, into the pod and we sat down at the table and he
05  told me straight up, right there in front of brothers and everything,
06   he told me straight up, "Washa Pup. I don't give a fuck what you
07  guys do over here. Fuckin, as long as you don't fuckin kill each
08  other, (UI) stab, cause I don't care about the fist fights"
09  and he-they seen us on camera where you know this and that. And
10  well the fist fighting on the roof and all that and violations
11  pero, he didn't care about all that, he just said, "Keep-keep
12  everything cool, and I'll give you guys more shit" and sure
13  enough carnal, we were going to the gym four times a week,
14  and all that was is just a trust issue, that's all it was.
15  BLUE: (overlap) You know what they told D?
16  PUP: That's all it was right?
17  BLUE: You know what they told D? Uh, D asked them, "Well
18  why you (UI)?" (UI) told them (UI) a hundred fucking times, and
19  you guys (UI).
20  PUP: Yeah but at the same time, if these motherfuckers (UI) would
21  stop fucking setting us up, because washa carnal. This is
22  what's really going on carnal. I sat - I've had time to sit
23  there and reflect on everything. And we-there was a court order,
24  to start letting us advance, to the level three carnal. That's
25  what was gonna happen right.
00022:01  BLUE: Right.
02  PUP: Well then fucking jura, all these fucking administration got
03  paranoid that they were gonna let us out. And they thought that we
04  were gonna out there and fuck up the LC and fuck up all them
05  other fools. And they thought we were gonna go out there and
06  recruit. They thought we were gonna go out there and do all this
07  pedo right? Na. They feared for the most part about themselves,
08  because of they feelin guilty, for keeping carnals locked down
09  over here for all these years. And now they're thinking we're
10  gonna retaliate against them. So they needed to find a reason,
11  for us to fuck up. So they fuckin get me, and they lock me down
12  on some bogus ass shit saying they received confidential
13  information. They locked me down in two thousand thirteen, in
14  June. And then all of a sudden, this fuckin pedo happened, si me
15  entiende? They were happy as fuck that this pedo happened.
```

Exh293 - DISC 5987-6011.Trans of convo CHS & A. Baca.0730.003PL.R.txt

16  That's some real good reason to keep us locked down even longer
17  and not give us nothing, so this way, they can fuckin not have
18  to worry about themselves. That's what it comes down to carnal.
19  BLUE: Yeah that's exactly what it is.
20  PUP: They consider us the biggest fucking threat in this systema.
21  They had motherfuckers from Washington, Obama, Obama didn't go
22  down there but his crew went down there just t-recently, and they
23  did a tour over there. They stopped one of the fuckin juras,
24  Rodrigue, over there in the Feds, they stopped that fuckin negro
25  in front of my door, and said, "Now this guy here, he's a New
00023:01  Mexico Syndicate, you've heard of him right?" And that negro,
02  an old man shakes his head, "Oh yeah, I've heard of these guys."
03  BLUE: (overlap) (UI).
04  PUP: And this is the woo woo woo woo, he's the leader,
05  wah wah wah, he's going to ADH, and wah wah wah. They did
06  all that carnal.
07  BLUE: Dam!
08  PUP: Yeah!
09  CHS: Said your ass was going underground?
10  PUP: (overlap) (UI) me, the other vatos on the range too no?
11  BLUE: Yeah.
12  PUP: He did that-cause they were doing that with that tour. But
13  the thing of it is, the fuckers from Washington D.C. know who
14  the fuck we are.
15  BLUE: All day.
16  PUP: Yup.
17  CHS: That-that's,
18  BLUE: (overlap) (UI)
19  CHS: That's not good, but it's good.
20  PUP: We're recognized, si me entiende?
21  CHS: [laughs] That's-that's not good, but it's good!
22  PUP: (overlap) (UI) recognized, that's a dam thing, that's for sure.
23  We're recognized.
24  BLUE: (UI) it's just like what they said ay, they said um, (UI),
25  with, with other vatos from other (UI) fuckin (UI).
00024:01  PUP: Well that's what, see that's, these fuckin heads we haven't
02  even snapped, they're taking vatos that are making deals on the
03  street, and testifying against the crime part or whatever and
04  then fucking putting them over with us. That's setting us up gaucho.
05  BLUE: Yeah.
06  PUP: Si me entiende? They're not supposed to put nobody's life
07  in danger like that.
08  BLUE: Simon.
09  PUP: It's their fault for doing shit. They're the ones to blame.
10  Then they wanna turn around and blame it on us, and then tell the news
11  media that we're the devils children carnal.
12  BLUE: Yeah.
13  PUP: Freaking bastard.
14  BLUE: Freaking bastards ay, (UI) good on this one.
15  PUP: They know what they're doing.
16  BLUE: Well yeah. They-they know they're-they're (UI) so they
17  could blast (UI).
18  PUP: It-it was all over Crayzo, Crayzo!
19  CHS: Ay!

Exh293 - DISC 5987-6011.Trans of convo CHS & A. Baca.0730.003PL.R.txt

20  PUP: Came out with them fucking thing to sign up for the wheelchair program.
21  CHS: [laughing]
22  PUP: They came out with (stutter) let you guys out to the fucking (UI)
23  yard here in Cruces. [laughs]
24  CHS: Me and Pup are like, "Yeah yeah yeah."
25  PUP: (UI) coming out with all this shit and here we were,
00025:01  getting our shit together. Let's stop the beefing, now let's set
02  up this new tabla, so that way, when the brothers go out there,
03  there's no fuckin, nobody can be confused as to who is calling
04  what and then what needs to be done out there woo woo woo, wah
05  wah wah right? So,
06  CHS: W-we had it set up.
07  PUP: Juras were already paranoid. They were fucking like man, "We
08  gotta let these vatos out!" The whole, I was sending word to the
09  Burquenos, we're coming out. Either, you vatos are gonna fuckin,
10  roll with what the fuck we're (stutter) this cease fire, if not
11  we're coming for your ass.
12  BLUE: Hey there was a white boy.
13  PUP: I sent it with fuckin J-Jeffrey Padilla.
14  BLUE: Hey dog, there was a white boy that from Baltimore no?
15  PUP: Yeah.
16  BLUE: That slapped up a fuckin Burqueno ay, and uh we were talking
17  about us coming out, (UI) escort with us, he goes "Hey I'm not trying
18  to talk shit, but that motherfucker was scared man!"
19  PUP: They-they were....
20  BLUE: (overlap) (UI)
21  PUP: When they heard that we were coming out over there in Cruces,
22  they-they were fucking tripping no? And then Conde, Conde came
23  right away to me with a weela, saying, "Hey, we have the same enemigos,
24  we can [laughs] get together" and woo woo woo, and let's-let's
25  call a cease fire and all that too no?
00026:01  BLUE: Hey.
02  PUP: (UI).
03  BLUE: They pulled that vato, that white boy, (UI) we're gonna
04  have a meeting about (UI) white boy.
05  PUP: Yeah.
06  CHS: (overlap)Baltimore.
07  BLUE: (UI).
08  CHS: Baltimore.
09  BLUE: So he came out thinking well (UI) you're leaving.
10  PUP: Hell yeah.
11  BLUE: He slashed the fucker across the neck and stabbed that
12  motherfucker.
13  PUP: Good.
14  BLUE: He was wearing a ski mask.
15  PUP: [laughs]
16  BLUE: (UI) little fucking bandit.
17  PUP: [laughs]
18  BLUE: (UI) about me.
19  PUP: Yeah. They didn't know who they were fucking with.
20  BLUE: (UI).
21  PUP: Yeah?
22  BLUE: (UI).
23  PUP: I'm surprised you knew, fucking that dude Morris from Baltimore.

Exh293 - DISC 5987-6011.Trans of convo CHS & A. Baca.0730.003PL.R.txt

```
          24  BLUE: He was right here.
          25  PUP: Yeah.
00027:01      BLUE: In 3-B with us.
          02  PUP: I-I didn't remember him.
          03  BLUE: Yeah (UI) he looked like fuckin Beetlejuice.
          04  PUP: But he remembered your name, he remembered everybody.
          05  BLUE: He lived with us carnal because, they moved Archie in there
          06  and-and he was doing something (UI) every night at a certain time
          07  he was trying to (UI) fool.
          08  PUP: Yeah.
          09  BLUE: And um, you know never mind it's not my business no?
          10  PUP: Yeah.
          11  BLUE: Well, me and Archie were talking today and- and he's doing
          12  (UI) every day at that time (UI) no?
          13  PUP: Yeah.
          14  BLUE: And um, Archie starts (UI) fuck what the fuck (UI) knocking
          15  on my fucking door and my window
          16  PUP: (overlap)[laughs]
          17  BLUE: (UI) dog. (UI) every day (UI) leave him alone.
          18  PUP: Yeah.
          19  BLUE: He thought he was doing (UI) purpose to Archie no?
          20  PUP: Yeah.
          21  BLUE: Archie starts flipping out on me. (UI).
          22  PUP: He didn't, he didn't mention nothing about that pero, fucker
          23  (stutters)he's over there man, he goes off on his little suicide
          24  trip no?
          25  CHS: [laughs]
00028:01      PUP: I had just bought him a (UI), I-I had just bought him and Tito
          02  a bottle of fucking, a bottle of aspirin to go halfers on -
          03  they swallowed that fucker.
          04  CHS: (overlaps) [laughs]
          05  PUP: They're trying to do everything they can to not go to the ADA (UI).........
          06  .
          07  .
          08  .
          09  .
          10  .
          11  .
          12  .
          13  .
```