```
             Federal Bureau of Investigation
                  Albuquerque Field Division
```

| | |
|---|---|
| Case number | 281D-AQ-6239655 |
| Date of recording | 10/XX/2015 |
| Participants | CHS = CHS |
| | Anthony Ray Baca = PUP |
| Transcribed by | AER |
| Date transcribed | 11/13/2015 |
| Notations | Unintelligible = UI |

**The following transcript has been compared to the audio recording from which it was made, and to the best of my ability, the transcript is a true, complete, and accurate record of the recording.     SA T. Neale**

| PUP  | UI. |
|------|-----|
| CHS  | (overlap)He….. |
| BLUE | UI time in the Feds he's established a good relationship with all the *vatos* from the *Eme* to *Califas*. |
| CHS  | Oh, serio? |
| PUP  | Yeah. All the *Surenos*. They talk real good about him. Him and Wacky. |
| CHS  | Yeah well Chris was telling me about, you know how everything was pretty much ran down there and all that. |
| PUP  | Yeah. |
| CHS  | Um, between us and the *Eme* but, |
| PUP  | We're all good. |
| CHS  | That's why I said, while you were down there I figured you could get some fucking connections and we can fuckin start putting it together. |
| PUP  | (overlap) UI related to the ADX. I was just there in the USP shoe program at the ADX range. |
| CHS  | (overlap) Well that vato |
| PUP  | UI recommended *pero*, they ended up not sending me but they don't have no (stutters) they don't have evidence *carnal*. |
| CHS  | No. |
| PUP  | No evidence to say that I was involved with that *pedo*. |
| CHS  | They don't. The only thing they don't have fuck an-and the ones that were involved they don't have fuck either on them except the ones that were-are telling on 'em, no? |
| PUP  | Yeah see they're-they're saying they got CI information but, obviously, they-they don't have-they don't have them making sworn statements because, they would-they would've said that. |
| CHS  | Exactly. They don't – hey *carnal*, you know that, that's why I was telling Blue look, I |

|     | |
| --- | --- |
|     | said, "*Washa*. The-these motherfuckers, they took the letter that Pup sent to them, and they, took a little piece here and a little piece there. I told them one or two words can change a whole statement. |
| PUP | Yeah. |
| CHS | You know what I mean? From what Pup said, and then they-they get on your shit and they take out one or two words and (stutters) and it says "Oh yeah, if I don't get outta fuckin' level six, uh someone's gonna die." You know what I mean? |
| PUP | Yeah. |
| CHS | And I told Pup, I told uh-I told Blue, I said, "(stutters) you already know, they're just trying to fuckin' make the big homie look bad dog." And he said, "Yeah I already know too, it's all good", but uh he just wanted to let me know, you know what I'm sayin'? |
| PUP | Yeah. |
| CHS | And cause I had told-cause the reason why I brought it up is cause when you wrote me that letter and you told me uh, |
| PUP | What they're doing is they're trying to wipe their ass with me. |
| CHS | Exactly. That's what I'm saying. When you wrote me that letter and you told me, um, to take care of it and you told me take care of that and make sure that that shits taken all out of context and everything, |
| PUP | Yeah. |
| CHS | And you told me to tell Robert to shut his mouth you know what I'm sayin? |
| PUP | Yeah. |
| CHS | And I did that no? I told fuckin' Blue, and I told him "Hey that shits just taken outta context *carnal*. You can't use what STIU says on a fuckin', on a, on a summary dog. They say whatever they wanna say." And then when |

| | |
|---|---|
| | you go to trial watch they'll say, "Oh yeah well we made-we made a mistake. We forgot to put this word or that word." |
| PUP | Yeah. |
| CHS | But, na them *carnals* didn't believe that shit dog. Everybody right here *carnal* shhhh, man, ay me, Shadow, Spider, Blue, all the *carnals* right here dog, fuckin' hoping you were comin' back dog, so we can fuckin' get it crackin' na I mean? |
| PUP | Hell yeah. |
| CHS | Straight up ay, it's I mean, that's what BB and all them vatos, the ones that had all the paperwork on Javier before you left, this last time when you came back over here when we came over here they all had the paperwork, nothing happened. When they got the paperwork over there they fuckin' took care of business and those *vatos* were trying to stop it. |
| PUP | Oh they were trying to stop it? |
| CHS | Fuck yeah! BB and Cyclone and all them, they didn't want-chh. That's why they kept it quiet when-when the paperwork got there, they fuckin' handled business, they didn't even tell green pod. But, Lazy, Lazy's been fucking up a lot *carnal*. They put paperwork (stutters) Blue took paperwork down there gave it to Lazy, Lazy get it to, to Juanito on-on uh, on Con-Conrad or somebody no? For, cause they had UI fuckin' rapists or something. Um, anyways they put the paperwork like that, um, Juanito flushed it, right? He flushed it, they didn't do nothing, they didn't want no one else to see it so he flushes the paperwork, and he tells em[phonetic], "Well Lazy told me to fuckin' flush the paperwork." Um, Blue hit up Lazy, and he goes, "*Eee carnal*, I know I fucked up. I shouldn't of told him to flush it", and, and all this and that dog. But yeah he's been |

|       | |
|-------|---------------------------------------------------------------|
|       | fucking up ay. They wanna get him, they wanna get Alex, and, they wanna get BB too no? But BB's down there acting like a fucking *jefe* dog. You already know how he is. |
| PUP   | Oh BB's already, that's gonna be taken care of. |
| CHS   | Yeah BB's *chafa* dog. He….. |
| PUP   | UI taken care of ay. They already, they already shot word to me to say they were gonna go ahead and do it. |
| CHS   | Yeah that's what I'm saying but uh, and Blue was like, Blue's uh, he said, "I'm behind Baby G." And I said, "You know what *carnal*? I'm behind Pup dog. Uh Pup's our state, that's my big homie, I ain't listenin' to these motherfuckers dog, cause these motherfuckers ain't done shit." And I said, "And matter of fact, I know for a fact that fucking Pup, told fucking Baby G to handle business before, and he didn't fucking do it so that should tell you where he's at, know what I mean?" |
| PUP   | Yeah. |
| CHS   | E-If you (stutters) if you tell me to do something *carnal* Ima[phonetic] handle it. It ain't-nothing gonna get in the way of it, know what I'm sayin? Ain't no BB, ain't no Stoner, ain't nobody gonna get in the way, (stutters) like with that shit with Tito and them know what I mean? |
| PUP   | Yeah. |
| CHS   | Fuckers turned in shanks whatever the fuck they did, I don't know what the fuck, but I said, "Baby G, I don't know if Baby G got fucked, and uh, if that's the case, shit you know what Pup says it's down like that, then I-I'm down with it. Whatever Pup says, I don't care he's outta state but," |
| PUP   | They know, they know what time it is over there now. (stutter) They're just waiting to |

|     | |
| --- | --- |
|     | come off of lockdown. And I told em[phonetic]to fuckin' make sure Reuben gets outta there right? I said make sure fucking Reuben gets dealt with. I told em[phonetic], don't, you don't have to kill him, |
| CHS | (overlap) Just beat his ass. |
| PUP | UI fuckin' get smashed dog. |
| CHS | Just beat his ass. |
| PUP | Yeah, beat his ass, for doing that fucked up shit. UI trying to run shit over there. |
| CHS | No. Fuck no. |
| PUP | UI BB *tambien* right? UI |
| CHS | (overlap)BB's a coward. |
| PUP | Taken care of, then handle BB. |
| CHS | He's a-he's a coward ay. He's a fuckin' chump *carnal*. |
| PUP | BB's been doing some fucked up things. He was having his brother, steal, he was having brothers on all that satanic bullshit, and then, when all that shit he pulled when I was there no? They were doing all that. And then now that I was-now that I was-th-that I left over here, I heard, that he tried to stop that too. |
| CHS | Yeah. That's why I'm sayin' that's what he did. He did! He tried to stop it. *Carnal*, you and I both know that he-he had the paperwork the whole time cause-cause uh fuckin' uh, uh Jesse Sosa sent it to, uh Crunk. Crunk-Crunk gave it to fuckin', um, dumbass fucking BB and BB didn't show it to nobody. |
| PUP | So, what about Sniper? |
| CHS | Eh, Sniper's in Arizona. D-d-you didn't see him? |
| PUP | No. |
| CHS | Well *es que* he got caught up in Arizona but he's over there but, from-from what UI told me when I went to the county, is that, Sniper was working with the fucking Feds no? |
| PUP | UI there's something funny about Sniper |

|  | right? |
|---|---|
| CHS | He was working with the Feds on the streets. But, I mean, we don't know like I said *carnal* this group right here, we pretty much been together like Shadow, me Shadow, we-we already been telling everybody like, "Ay, we're behind Pup *carnal* it don't matter if he's outta state or not dog, that's the homie right there. We gonna do whatever he wants us to do and that's all there is to it so, |
| PUP | Yeah. |
| CHS | Ain't nobody gon'[phonetic] tell us nothing." Me and Shadow been on that shit. Baby Rob was on that shit too *carnal*. He's all, cause when he wrote you that letter he was like, "Chh, I gave Pup my word right there on the *weela*, Ima fuckin' take care of whatever he needs taken care of no?" |
| PUP | Baby Rob's always been -- he was my second in command at the main a long time ago right? |
| CHS | Yeah, well he told me he said, "The only one", he said, he told me, "Listen, Crazo. The only one, that I'll ever listen to that can never tell me what the fuck to do from here on out is Pup and that's it." And he goes, "Ima write the *carnal* right now, and Ima let him know that I-that whatever he wants me to do down here, that we're gonna enforce whatever he wants." And he wrote you that *weela*. |
| PUP | That's because Baby Rob, Baby Rob seen how I do it now. UI, when there's *vatos* that are threats to us, he seen how I operated out there *carnal*. I made sure all of us were safe. I made sure we had fierros. I made sure, that no brothers were fighting over the brujas, that we fuckin' had it all established, UI down there at the main no? |
| CHS | Yup. |
| PUP | And I made him my second in command. And, |

|       |                                                                                                                                                                                                                                                                                                                                                                  |
|-------|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|       | then that *pedo* happened with the-with the white boy no? They locked me down and sent me to Nevada.                                                                                                                                                                                                                                                             |
| CHS   | And then, yeah and then fuckin' sucked down there -- that's what I'm sayin' you've been outta state but this time, I'm not, hey *carnal*, I mean, (stutter) they built all these *chafas*, programs but, there's a positive to a negative. If you look at the negatives you'll find the positive and to me the positive was, they-they're helping us weave out, the weak ones that (stutters) we don't need anyways. |
| PUP   | Yes, yes. UI                                                                                                                                                                                                                                                                                                                                                     |
| CHS   | (overlap)So,                                                                                                                                                                                                                                                                                                                                                     |
| PUP   | As a matter of fact that's what's really going on right?                                                                                                                                                                                                                                                                                                         |
| CHS   | We're capitalizing.                                                                                                                                                                                                                                                                                                                                              |
| PUP   | W-we got (stutters) the brothers have not even been not even a whole two years yet, and already denouncing and doing all this crazy shit right.                                                                                                                                                                                                                  |
| CHS   | Fuck, exactly. So,                                                                                                                                                                                                                                                                                                                                               |
| PUP   | So this is a program, and this is what it is. We could buck up against the whole program, and say, "Fuck you and you're fucking program, we're gonna force you to let us out." And that, that, that'll take some time right? That could take up to five years. Through the courts and all that.                                                                  |
| CHS   | But see that's the thing, is-is from what we understand and what they've, been telling us as far as the program, is, they're supposed to let us back to the level three's.                                                                                                                                                                                        |
| PUP   | Ok now, now but the way that their-their process is, making us do all these UI or-or essays and all this and that, as long as it doesn't jeopardize, amongst ourselves, jeopardize the brothers uh uh, integrity and all that know what I'm sayin'?                                                                                                              |

| | |
|---|---|
| CHS | (stutter) Right. |
| PUP | As long as it doesn't do all that, then we should be good *carnal*. We can do the program *si me entiende*? |
| CHS | Hey an-and that's what I say, we-we can do the program, and um, get the fuck out and hit the level threes and be, and if worse comes to worse *carnal*, let's say if-if these-if the Feds really did come hit us ay, it's time for us just to get, organized and be together and not be fighting. Cause if we go to a situation like that dog, wh-those fuckers will wipe us out. |
| PUP | Exactly. |
| CHS | The [chuckles] that ain't no game over there. |
| PUP | But see now, now-now the same thing that goes on here, has already happened with older ranflas. This-w-this is new to us, but it-it's been going on with over the, the *vatos* from Texas and the *vatos* from *Califas* right? |
| CHS | The Syndicate, the Texas Syndicate? |
| PUP | Texas Syndicate, Texas *Eme*, (stutter) the Aztecas - all them have been going through this right? They've been through this, especially the TS. Now, UI now *Califas*, they been going through this for years too. They locked em[phonetic] all down years ago. I told em[phonetic] they were never getting out of fucking the bay, unless they denounced the UI. And a lot of em[phonetic] did. They started this thing called sensitive UI in two thousand six. Fucking fourteen hundred, UI *vatos* already denounced and UI more and so, they're having their little issues, *si me entiende*? |
| CHS | Yup. |
| PUP | Where-where you know, UI told me about these vatos, just hang strong, just fucking do the program here at the bay, and we'll go on to a fucking level four, and everything will be |

| | |
|---|---|
| | *firme*. But a lot of these *vatos*, the *Surenos* and all them, (stutters) the Norte - they started fucking just denouncing right away cause they didn't like the living conditions and they wanted to be in a yard where they had more privileges. So they went to UI yard. They just fucked themselves up for life. That's all they did. |
| CHS | It's the sa-yeah yeah that's what I'm saying it's the same thing here these *vatos* couldn't call their *hynas*, and they couldn't get their little visits, so they go to this fuckin program, |
| PUP | Yeah and they said that later on the news, that the sensitive needs or all these things they went through, these-these *vatos* that dropped out and denounced and all that cause they couldn't handle the fucking, the-the hardship, in the bay, they-they turn on the news that they're-they're treated just like fucking uh, child molesters and pr-protective custody inmates now. |
| CHS | That's what they are. |
| PUP | Yeah. |
| CHS | Hey! An-and the thing is, *washa*, these *vatos* Cyclone and Rabbit and Whiskers and all these *vatos carnal*, they're in the program, but *washa*, they're over there making their own gangs now. They already started making gangs over there. So, how are you gonna go to a fucking program and use -- they got a gang now it's called fucking uh, *Nuevo* something, they took out the Mexico, no it's New something. Whatever, but, *chafa*. Cyclone's the *jefe* over there. |
| PUP | *Serio?* |
| CHS | Chh. One of – Ace went to the pod for a minute, and Cyclone told him, "Hey bro, everybody in this pod is fuckin solid." [starts laughing] |

| | |
|---|---|
| PUP | Hey! When he started that *pedo*, him Rabbit (stutters)UI in other words, they're no longer part of any of it. |
| CHS | No! |
| PUP | So then, they started their own thing, are-are they, are they mingling the *vatos* from the level three? |
| CHS | They're, they're mingling – yeah! When they get to – this how that program works, look, they go, they denounce, they go to the program, from the program they stay here at the north for two or three months and they do their little program in whatever so they're trusted, and then, a-a-actually prolly[phonetic] til they give enough information to where they trust em[phonetic], and, then they take em[phonetic] from here, to Clayton and then Clayton, that's when it's like a level three but they're still amongst each other, and then, they reintegrate them back into the regular *lineas*. |
| PUP | Ohh. |
| CHS | Playboy, Playboy, um Wino, uh, who else? They're already back ay. They're already in the ones locked down. I don't know, |
| PUP | (overlap) Locked down? |
| CHS | Yeah I don't know-I don't kn-I mean I don't know what they did or if they didn't like the program. |
| PUP | So they're starting their own little, |
| CHS | UI |
| PUP | Starting their own little *pedo*, in that program, and-and-and the STIU has already heard of it? |
| CHS | Yup! |
| PUP | And they still let them (stutter) stay out there? |
| CHS | They-they-they lock down the ones that they lock do – member Rodriguez? The little, the *mojao*? |

| PUP | Yeah. |
|-----|-------|
| CHS | He hit a *jura* over there in-in uh, Clayton. He hit a *jura* so he's back over here. He was in W pod when we left no? |
| PUP | Did the brothers talk to him? |
| CHS | [snickers] Fuck no. Nobody ay. (stutters) There's a pod over there *carnal* it's just a bunch of – you got Marijuano, Travieso, uh |
| PUP | UI. |
| CHS | *Loco*, Rodriguez, Plazz, um. There's just a pod that you know like a-like a-a bunch of *vatos* with question marks on them you know what I mean? |
| PUP | Yeah. |
| CHS | And that's how that pod is, it's weird ay. So, we don't know if they're gonna do with those *vatos* they brought us over here, and this is more or less the predator program so, I'm thinking all of us right here on the tier, we're gonna come out together, and uh, Spider and them will come up. Ernest, Spider, Ace, and Blue will come up, um u-upstairs whenever they hit the-the proper level no? |
| PUP | Yeah. |
| CHS | And, shit, this is what is it *carnal*. Shit I'm just happy to see your ass, shit. |
| PUP | And Rudy Munoz and, |
| CHS | Rudy-Rudy Munoz he doesn't know what they do. The other big Rudy, um, they say he's going back to fucking, Cruces but, we don't know-we don't know what-what-what they're – well he's, um, (stutters) we think, cause that's where they got the weapons from no? |
| PUP | Yeah. |
| CHS | His-his fuckin walker and shit, so, we think that someone, either dropped kites and that's why he's here in the first place or they're trying to send him to the SNM program. It's (stutter) the SNM or some shit (stutters) it's uh SMU. |

| PUP | Yeah. |
|-----|-------|
| CHS | Its SMU program and it's like the predator program but a little bit different no? |
| PUP | Alright, who-who's their neighbor? |
| CHS | Shadow. |
| PUP | Oh really? |
| CHS | Yeah, really. |
| PUP | Ok. |
| CHS | It's you, me, Shadow, Rudy Munoz, Red, um, the other Rudy, and then upstairs it's, Blue, Ernest, Ace, Spider, and a couple other neutral *vatos* no? |
| PUP | Oh ok. |
| CHS | That's it, that's (stutters) our pod no? But like I said *carnal*, they just moved us over here, and, (stutters) Tomas Clark said that you-that you were on your way over here but we didn't believe him no? We were just like yeah, yeah cause we've been hearing you guys are gonna come back forever. But, we figured they brought you they'll bring Dan Dan no? |
| PUP | Na, they're not gonna bring Dan Dan. They're not gonna bring Archie. They're state inmates. Over there (stutters) and UI and Arizona. They're state. They're not Fed. |
| CHS | Well you are too. |

```
         Exh295 - DISC 6012-6024.Trans of convo CHS & A. Baca.0730.004PL.R.txt
00001:01 Transcript
      02 PUP: (UI).
      03 CHS: (overlap)He.....
      04 BLUE: (UI) time in the Feds he's established a good relationship
      05 with all the vatos from the Eme to Califas.
      06 CHS: Oh, serio?
      07 PUP: Yeah. All the Surenos. They talk real good about him. Him
      08 and Wacky.
      09 CHS: Yeah well Chris was telling me about, you know how everything
      10 was pretty much ran down there and all that.
      11 PUP: Yeah.
      12 CHS: Um, between us and the Eme but,
      13 PUP: We're all good.
      14 CHS: That's why I said, while you were down there I figured you
      15 could get some fucking connections and we can fuckin start
      16 putting it together.
      17 PUP: (overlap) (UI) related to the ADX. I was just there in the
      18 USP shoe program at the ADX range.
      19 CHS: (overlap) Well that vato
      20 PUP: (UI) recommended pero, they ended up not sending me but
      21 they don't have no (stutters) they don't have evidence carnal.
      22 CHS: No.
      23 PUP: No evidence to say that I was involved with that pedo.
      24 CHS: They don't. The only thing they don't have fuck an-and the
      25 ones that were involved they don't have fuck either on them
00002:01 except the ones that were-are telling on 'em, no?
      02 PUP: Yeah see they're-they're saying they got CI information but,
      03 obviously, they-they don't have-they don't have them making
      04 sworn statements because, they would-they would've said that.
      05 CHS: Exactly. They don't - hey carnal, you know that, that's why
      06 I was telling Blue look, I said, "Washa. The-these motherfuckers,
      07 they took the letter that Pup sent to them, and they, took a
      08 little piece here and a little piece there. I told them one or
      09 two words can change a whole statement.
      10 PUP: Yeah.
      11 CHS: You know what I mean? From what Pup said, and then they-they
      12 get on your shit and they take out one or two words and (stutters)
      13 and it says "Oh yeah, if I don't get outta fuckin' level six,
      14 uh someone's gonna die." You know what I mean?
      15 PUP: Yeah.
      16 CHS: And I told Pup, I told uh-I told Blue, I said, "(stutters)
      17 you already know, they're just trying to fuckin' make the big
      18 homie look bad dog." And he said, "Yeah I already know too,
      19 it's all good", but uh he just wanted to let me know, you know
      20 what I'm sayin'?
      21 PUP: Yeah.
      22 CHS: And cause I had told-cause the reason why I brought it up is
      23 cause when you wrote me that letter and you told me uh,
      24 PUP: What they're doing is they're trying to wipe their ass with me.
      25 CHS: Exactly. That's what I'm saying. When you wrote me that letter
00003:01 and you told me, um, to take care of it and you told me take care of
      02 that and make sure that that shits taken all out of context and
      03 everything,
      04 PUP: Yeah.
                                       Page 1
```

```
        Exh295 - DISC 6012-6024.Trans of convo CHS & A. Baca.0730.004PL.R.txt
    05  CHS: And you told me to tell Robert to shut his mouth you know what
    06  I'm sayin?
    07  PUP: Yeah.
    08  CHS: And I did that no? I told fuckin' Blue, and I told him "Hey
    09  that shits just taken outta context carnal. You can't use what
    10  STIU says on a fuckin', on a, on a summary dog. They say whatever
    11  they wanna say." And then when you go to trial watch they'll say,
    12  "Oh yeah well we made-we made a mistake. We forgot to put this
    13  word or that word."
    14  PUP: Yeah.
    15  CHS: But, na them carnals didn't believe that shit dog. Everybody
    16  right here carnal shhhh, man, ay me, Shadow, Spider, Blue, all
    17  the carnals right here dog, fuckin' hoping you were comin' back
    18  dog, so we can fuckin' get it crackin' na I mean?
    19  PUP: Hell yeah.
    20  CHS: Straight up ay, it's I mean, that's what BB and all them
    21  vatos, the ones that had all the paperwork on Javier before you
    22  left, this last time when you came back over here when we came
    23  over here they all had the paperwork, nothing happened. When they
    24  got the paperwork over there they fuckin' took care of business
    25  and those vatos were trying to stop it.
00004:01  PUP: Oh BB's already, that's gonna be taken care of.
    02  CHS: Yeah BB's chafa dog. He.....
    03  PUP: (UI) taken care of ay. They already, they already shot word
    04  to me to say they were gonna go ahead and do it.
    05  CHS: Yeah that's what I'm saying but uh, and Blue was like,
    06  Blue's uh, he said, "I'm behind Baby G." And I said, "You know
    07  what carnal? I'm behind Pup dog. Uh Pup's our state, that's my
    08  big homie, I ain't listenin' to these motherfuckers dog, cause
    09  these motherfuckers ain't done shit." And I said, "And matter of
    10  fact, I know for a fact that fucking Pup, told fucking Baby G to
    11  handle business before, and he didn't fucking do it so that
    12  should tell you where he's at, know what I mean?"
    13  PUP: Yeah.
    14  CHS: E-If you (stutters) if you tell me to do something carnal
    15  Ima[phonetic] handle it. It ain't-nothing gonna get in the way
    16  of it, know what I'm sayin? Ain't no BB, ain't no Stoner, ain't
    17  nobody gonna get in the way, (stutters) like with that shit with
    18  Tito and them know what I mean?
    19  PUP: Yeah.
    20  CHS: Fuckers turned in shanks whatever the fuck they did, I don't
    21  know what the fuck, but I said, "Baby G, I don't know if Baby G
    22  got fucked, and uh, if that's the case, shit you know what Pup
    23  says it's down like that, then I-I'm down with it. Whatever Pup
    24  says, I don't care he's outta state but,"
    25  PUP: They know, they know what time it is over there now. (stutter)
00005:01  They're just waiting to come off of lockdown. And I told em[phonetic]
    02  to fuckin' make sure Reuben gets outta there right? I said make
    03  sure fucking Reuben gets dealt with. I told em[phonetic], don't,
    04  you don't have to kill him,
    05  CHS: (overlap) Just beat his ass.
    06  PUP: (UI) fuckin' get smashed dog.
    07  CHS: Just beat his ass.
    08  PUP: Yeah, beat his ass, for doing that fucked up shit. (UI)
```

```
        Exh295 - DISC 6012-6024.Trans of convo CHS & A. Baca.0730.004PL.R.txt
      09   trying to run shit over there.
      10   CHS: No. Fuck no.
      11   PUP: (UI) BB tambien right? (UI)
      12   CHS: (overlap)BB's a coward.
      13   PUP: Taken care of, then handle BB.
      14   CHS: He's a-he's a coward ay. He's a fuckin' chump carnal.
      15   PUP: BB's been doing some fucked up things. He was having his
      16   brother, steal, he was having brothers on all that satanic
      17   bullshit, and then, when all that shit he pulled when I
      18   was there no? They were doing all that. And then now that I
      19   was-now that I was-th-that I left over here, I heard, that he
      20   tried to stop that too.
      21   CHS: Yeah. That's why I'm sayin' that's what he did. He did!
      22   He tried to stop it. Carnal, you and I both know that he-he
      23   had the paperwork the whole time cause-cause uh fuckin' uh,
      24   uh Jesse Sosa sent it to, uh Crunk. Crunk-Crunk gave
      25   it to fuckin', um, dumbass fucking BB and BB didn't show it to
00006:01   nobody.
      02   PUP: So, what about Sniper?
      03   CHS: Eh, Sniper's in Arizona. D-d-you didn't see him?
      04   PUP: No.
      05   CHS: Well es que he got caught up in Arizona but he's over
      06   there but, from-from what (UI) told me when I went to the
      07   county, is that, Sniper was working with the fucking Feds no?
      08   PUP: (UI) there's something funny about Sniper right?
      09   CHS: He was working with the Feds on the streets. But, I
      10   mean, we don't know like I said carnal this group right here, we
      11   pretty much been together like Shadow, me Shadow, we-we already
      12   been telling everybody like, "Ay, we're behind Pup carnal it
      13   don't matter if he's outta state or not dog, that's the homie
      14   right there. We gonna do whatever he wants us to do and that's
      15   all there is to it so,
      16   PUP: Yeah.
      17   CHS: Ain't nobody gon'[phonetic] tell us nothing." Me and Shadow
      18   been on that shit. Baby Rob was on that shit too carnal. He's all,
      19   cause when he wrote you that letter he was like, "Chh, I gave
      20   Pup my word right there on the weela, Ima fuckin' take care of
      21   whatever he needs taken care of no?"
      22   PUP: Baby Rob's always been -- he was my second in command at
      23   the main a long time ago right?
      24   CHS: Yeah, well he told me he said, "The only one", he said, he told
      25   me, "Listen, Crazo. The only one, that I'll ever listen to that
00007:01   can never tell me what the fuck to do from here on out is Pup
      02   and that's it." And he goes, "Ima write the carnal right now,
      03   and Ima let him know that I-that whatever he wants me to do down
      04   here, that we're gonna enforce whatever he wants." And he wrote
      05   you that weela.
      06   PUP: That's because Baby Rob, Baby Rob seen how I do it now. (UI),
      07   when there's vatos that are threats to us, he seen how I operated
      08   out there carnal. I made sure all of us were safe. I made sure
      09   we had fierros. I made sure, that no brothers were fighting
      10   over the brujas, that we fuckin' had it all established, (UI)
      11   down there at the main no?
      12   CHS: Yup.
                                        Page 3
```

```
         Exh295 - DISC 6012-6024.Trans of convo CHS & A. Baca.0730.004PL.R.txt
      13  PUP: And I made him my second in command. And, then that pedo
      14  happened with the-with the white boy no? They locked me down and
      15  sent me to Nevada.
      16  CHS: And then, yeah and then fuckin' sucked down there -- that's
      17  what I'm sayin' you've been outta state but this time, I'm not,
      18  hey carnal, I mean, (stutter) they built all these chafas, programs
      19  but, there's a positive to a negative. If you look at the negatives
      20  you'll find the positive and to me the positive was, they-they're
      21  helping us weave out, the weak ones that (stutters) we don't need anyways.
      22  PUP: Yes, yes. (UI)
      23  CHS: (overlap)So,
      24  PUP: As a matter of fact that's what's really going on right?
      25  CHS: We're capitalizing.
00008:01  PUP: W-we got (stutters) the brothers have not even been not
      02  even a whole two years yet, and already denouncing and doing all
      03  this crazy shit right.
      04  CHS: Fuck, exactly. So,
      05  PUP: So this is a program, and this is what it is. We could buck
      06  up against the whole program, and say, "Fuck you and you're fucking
      07  program, we're gonna force you to let us out." And that, that,
      08  that'll take some time right? That could take up to five years.
      09  Through the courts and all that.
      10  CHS: But see that's the thing, is-is from what we understand and
      11  what they've, been telling us as far as the program, is, they're
      12  supposed to let us back to the level three's.
      13  PUP: Ok now, now but the way that their-their process is, making
      14  us do all these (UI) or- or essays and all this and that, as long
      15  as it doesn't jeopardize, amongst ourselves, jeopardize the brothers
      16  uh uh, integrity and all that know what I'm sayin'?
      17  CHS: (stutter) Right.
      18  PUP: As long as it doesn't do all that, then we should be good
      19  carnal. We can do the program si me entiende?
      20  CHS: Hey an-and that's what I say, we-we can do the program, and um,
      21  get the fuck out and hit the level threes and be, and if worse
      22  comes to worse carnal, let's say if-if these-if the Feds really
      23  did come hit us ay, it's time for us just to get, organized and
      24  be together and not be fighting. Cause if we go to a situation
      25  like that dog, wh-those fuckers will wipe us out.
00009:01  PUP: Exactly.
      02  CHS: The [chuckles] that ain't no game over there.
      03  PUP: But see now, now-now the same thing that goes on here, has
      04  already happened with older ranflas. This-w-this is new to us,
      05  but it- it's been going on with over the, the vatos from Texas
      06  and the vatos from Califas right?
      07  CHS: The Syndicate, the Texas Syndicate?
      08  PUP: Texas Syndicate, Texas Eme, (stutter) the Aztecas - all
      09  them have been going through this right? They've been through
      10  this, especially the TS. Now, (UI) now Califas, they been going
      11  through this for years too. They locked em[phonetic] all down
      12  years ago. I told em[phonetic] they were never getting out of
      13  fucking the bay, unless they denounced the (UI). And a lot
      14  of em[phonetic] did. They started this thing called sensitive
      15  (UI) in two thousand six. Fucking fourteen hundred, (UI) vatos
      16  already denounced and (UI) more and so, they're having their
                                      Page 4
```

```
          Exh295 - DISC 6012-6024.Trans of convo CHS & A. Baca.0730.004PL.R.txt
       17 little issues, si me entiende?
       18 CHS: Yup.
       19 PUP: Where-where you know, (UI) told me about these vatos, just
       20 hang strong, just fucking do the program here at the bay, and
       21 we'll go on to a fucking level four, and everything will be
       22 firme. But a lot of these vatos, the Surenos and all them,
       23 (stutters) the Norte - they started fucking just denouncing
       24 right away cause they didn't like the living conditions and they
       25 wanted to be in a yard where they had more privileges. So they
00010:01 went to (UI) yard. They just fucked themselves up for life.
       02 That's all they did.
       03 CHS: It's the sa-yeah yeah that's what I'm saying it's the same
       04 thing here these vatos couldn't call their hynas, and they
       05 couldn't get their little visits, so they go to this fuckin
       06 program,
       07 PUP: Yeah and they said that later on the news, that the
       08 sensitive needs or all these things they went through,
       09 these-these vatos that dropped out and denounced and
       10 all that cause they couldn't handle the fucking, the-the
       11 hardship, in the bay, they-they turn on the news that
       12 they're-they're treated just like fucking uh, child molesters
       13 and pr-protective custody inmates now.
       14 CHS: That's what they are.
       15 PUP: Yeah.
       16 CHS: Hey! An-and the thing is, washa, these vatos Cyclone and
       17 Rabbit and Whiskers and all these vatos carnal, they're in the
       18 program, but washa, they're over there making their own gangs now.
       19 They already started making gangs over there. So, how are you
       20 gonna go to a fucking program and use -- they got a gang now
       21 it's called fucking uh, Nuevo something, they took out the Mexico,
       22 no it's New something. Whatever, but, chafa. Cyclone's the jefe
       23 over there.
       24 PUP: Serio?
       25 CHS: Chh. One of - Ace went to the pod for a minute, and Cyclone
00011:01 told him, "Hey bro, everybody in this pod is fuckin solid."
       02 [starts laughing]
       03 PUP: Hey! When he started that pedo, him Rabbit (stutters)(UI)
       04 in other words, they're no longer part of any of it.
       05 CHS: No!
       06 PUP: So then, they started their own thing, are- are they, are
       07 they mingling the vatos from the level three?
       08 CHS: They're, they're mingling - yeah! When they get to - this
       09 how that program works, look, they go, they denounce, they go
       10 to the program, from the program they stay here at the north
       11 for two or three months and they do their little program in
       12 whatever so they're trusted, and then, a-a-actually prolly[phonetic]
       13 til they give enough information to where they trust em[phonetic],
       14 and, then they take em[phonetic] from here, to Clayton and then
       15 Clayton, that's when it's like a level three but they're still
       16 amongst each other, and then, they reintegrate them back into
       17 the regular lineas.
       18 PUP: Ohh.
       19 CHS: Playboy, Playboy, um Wino, uh, who else? They're already back ay.
       20 They're already in the ones locked down. I don't know,
                                    Page 5
```

```
      Exh295 - DISC 6012-6024.Trans of convo CHS & A. Baca.0730.004PL.R.txt
      21  PUP: (overlap) Locked down?
      22  CHS: Yeah I don't know-I don't kn-I mean I don't know what they did
      23  or if they didn't like the program.
      24  PUP: So they're starting their own little,
      25  CHS: (UI)
00012:01  PUP: Starting their own little pedo, in that program, and-and-and
      02  the STIU has already heard of it?
      03  CHS: Yup!
      04  PUP: And they still let them (stutter) stay out there?
      05  CHS: They-they-they lock down the ones that they lock do - member
      06  Rodriguez? The little, the mojao?
      07  PUP: Yeah.
      08  CHS: He hit a jura over there in-in uh, Clayton. He hit a jura
      09  so he's back over here. He was in W pod when we left no?
      10  PUP: Did the brothers talk to him?
      11  CHS: [snickers] Fuck no. Nobody ay. (stutters) There's a pod
      12  over there carnal it's just a bunch of - you got Marijuano,
      13  Travieso, uh
      14  PUP: (UI).
      15  CHS: Loco, Rodriguez, Plazz, um. There's just a pod that you know
      16  like a-like a-a bunch of vatos with question marks on them you
      17  know what I mean?
      18  PUP: Yeah.
      19  CHS: And that's how that pod is, it's weird ay. So, we don't know
      20  if they're gonna do with those vatos they brought us over here,
      21  and this is more or less the predator program so, I'm thinking
      22  all of us right here on the tier, we're gonna come out together,
      23  and uh, Spider and them will come up. Ernest, Spider, Ace, and
      24  Blue will come up, um u-upstairs whenever they hit the-the proper
      25  level no?
00013:01  PUP: Yeah.
      02  CHS: And, shit, this is what is it carnal. Shit I'm just happy
      03  to see your ass, shit.
      04  .
      05  .
      06  .
      07  .
```