```
         Federal Bureau of Investigation
            Albuquerque Field Division
```

| | |
|---|---|
| Case number | 281D-AQ-6239655 |
| Date of recording | 10/24/2015 |
| Participants | CHS = CHS |
| | Anthony Ray Baca = PUP |
| Transcribed by | AER |
| Date transcribed | 11/16/2015 |
| Notations | Unintelligible = UI |

**The following transcript has been compared to the audio recording from which it was made, and to the best of my ability, the transcript is a true, complete, and accurate record of the recording.     SA T. Neale**

| PUP | And shit because he got mad, and I didn't look out for him. He was acting real funny. And, and it was either that or fucking -- I don't know, (stutter)that was the only thing that was really – either that or just the fucking loud noise that Cyclone and BB and them had been making. And, and the shit came out, later. Even though it got squashed, it came out later and I think it had might have been fucking uh, what's his name, Benji? |
|---|---|
| CHS | What? Oh Joker? |
| PUP | Uh……. yeah. |
| CHS | Yeah Joker. |
| PUP | Is that his name? |
| CHS | Yeah. That's fucking Scarface's brother? |
| PUP | Yes. |
| CHS | Yeah. |
| PUP | Yeah. Because, it said on the paperwork that they did an inmate interview, and, there was nobody – they didn't do an interview that morning. Nobody ever got pulled out of the pods that morning for an interview, with STIU. They never showed up. My windows right there. I know when them fuckers come through no? They didn't come through, to do an interview UI with nobody. And they said they did, so that had to of been over there. But then it's kinda[phonetic] weird because, Cas-Castro's name started coming out a lot. Member fucking uh, |
| CHS | The old man? |
| PUP | Yeah. |
| CHS | Yeah. |
| PUP | And I fucking started asking the brother, "what happened to Castro? How come-how come he's not UI over there now? Why is he over there with Whiskers and what the fucks goin' on with Benji and all them?" That type of shit. And then, he kept telling me he wanted to talk to me about something. But he didn't want, he wouldn't say. (stutter) I don't know what the fuck. And I sent |

| | |
|---|---|
| | him out there in the rec yard when we were in the hole, |
| CHS | (overlap) But all these time |
| PUP | UI |
| CHS | All these time, the times that you, Baby G's written you and shit he never told you, why fuckin' him and Lazy fuckin', didn't do fuck. |
| PUP | What's that? |
| CHS | He never, (stutter)when Baby G all these times that he's been writing you. Cause I told Blue about it ya know. Bout Lazy fucking not doing fuck. |
| [pause] | |
| PUP | Na, they fucking uh, I (stutters) wouldn't even tell em[phonetic] to do nothing. I wouldn't tell em[phonetic] to do anything. *Si me entiende*? Still had to, I (stutter) other suspicion. I had certain, certain things under suspicion. But, it was no concrete nothing. *Si me entiende*? |
| CHS | Oh yeah. |
| PUP | UI talking shit. But, (stutters) thing came up with-with Padilla, Lazy told me, "There's something on him carnal. Over there at the yard." Woo woo woo. And I said, "UI." And I said, "Where's it at?" and all that woo we're tryin' to get it. All that type of shit. That was it. We didn't make a big *pedo* about it, because, Plaz and Javier were close *carnal*. You might not think that, but they were. |
| CHS | Were they? |
| PUP | Yes………….Yes. [pause] The only one that fucking really liked fucking, that didn't like fuckin' like Javier, was fuckin' Plaz. Javier would go over there to his door and call him a fucking bitch. "You're a fuckin' punk *ese*. You're a little tight ass. You got five hundred dollars in your fucking books and you can't even throw a fucking bag of beans into the fucking spread *ese*." |
| CHS | *Serio*? |

| | |
|---|---|
| PUP | UI *puta*. |
| CHS | [laughs] |
| PUP | Yeah! I fucking told Plaz *ese*, "That fucker keeps talking like that *carnal* you're gonna have to move on his ass no?" Javier UI Plaz UI just throw him a UI *carnal*. He-he-he's retarded………….. That type of shit no? |
| [pause] | |
| CHS | Yeah I looked at that, that UI and I said, "Oh yeah I bet you Pup's over there happier than fuck." |
| PUP | Yeah……….. Yeah but, still fucking……… UI, I even told *Conejo*, "I'm gonna push this shit ay." [pause] Fucking *Conejo* was just like tripping out man. |
| CHS | You told him you were gonna push it and he was just acting like, |
| PUP | Yeah before-before all that I told him, "Push that shit no?" |
| CHS | And he was, like, like all sad? |
| PUP | Huh? |
| CHS | He was all like sad and shit? |
| PUP | Na, not sad, just like, like just like, "Ok. Like whatever no", like……. I don't know. UI him and Cyclone were buddies *carnal*. He was writing to Cyclone the whole time I was right there. And I was letting him know things that were going on he was over there writing. And then one time he got a letter from Cyclone, (stutters) Cyclone's telling me that I-I need to file this and that to the courts to fucking review the cameras, and telephone interviews and all this and that no? UI all that shit. |
| CHS | Yeah he already knew he snitched on you. He was trying to cover it up. |
| PUP | He fucking he knew. He knew what I was in the hole for, as soon as I got there. |

```
         Exh311 - DISC 6053-6056.Trans of convo CHS & A. Baca.0730.012PL.R.txt
00001:01 PUP: And shit because he got mad, and I didn't look out for him.
      02 He was acting real funny. And, and it was either that or fucking
      03 -- I dont know, (stutter)that was the only thing that was really
      04 either that or just the fucking loud noise that Cyclone and BB
      05 and them had been making. And, and the shit came out, later.
      06 Even though it got squashed, it came out later and I think it
      07 had might have been fucking uh, what's his name, Benji?
      08 CHS: What? Oh Joker?
      09 PUP: Uh. yeah.
      10 CHS: Yeah Joker.
      11 PUP: Is that his name?
      12 CHS: Yeah. That's fucking Scarfaces brother?
      13 PUP: Yes.
      14 CHS: Yeah.
      15 PUP: Yeah. Because, it said on the paperwork that they did an
      16 inmate interview, and, there was nobody they didn't do an
      17 interview that morning. Nobody ever got pulled out of the pods
      18 that morning for an interview, with STIU. They never showed up.
      19 My windows right there. I know when them fuckers come through
      20 no? They didn't come through, to do an interview (UI) with nobody.
      21 And they said they did, so that had to of been over there. But
      22 then it's kinda[phonetic] weird because, Cas-Castro's name started
      23 coming out a lot. Member fucking uh,
      24 CHS: The old man?
      25 PUP: Yeah.
00002:01 CHS: Yeah.
      02 PUP: And I fucking started asking the brother, what happened to
      03 Castro? How come-how come hes not (UI) over there now? Why is he
      04 over there with Whiskers and what the fucks goin' on with Benji
      05 and all them? That type of shit. And then, he kept telling me he
      06 wanted to talk to me about something. But he didn't want, he
      07 wouldn't say. (stutter) I don't know what the fuck. And I sent him
      08 out there in the rec yard when we were in the hole,
      09 PUP: Yes. Yes. [pause] The only one that fucking really liked
      10 fucking, that didn't like fuckin' like Javier, was fuckin' Plaz.
      11 Javier would go over there to his door and call him a fucking
      12 bitch. "You're a fuckin punk ese. You're a little tight ass. You
      13 got five hundred dollars in your fucking books and you can't even
      14 throw a fucking bag of beans into the fucking spread ese."
      15 CHS: Serio?
      16 PUP: (UI) puta.
      17 CHS: [laughs]
      18 PUP: Yeah! I fucking told Plaz ese, "That fucker keeps talking like
      19 that carnal you're gonna have to move on his ass no?' Javier (UI)
      20 Plaz (UI) just throw him a (UI) carnal. He-he-hes retarded.. That
      21 type of shit no?
      22 [pause]
      23 CHS: Yeah I looked at that, that (UI) and I said, "Oh yeah I bet you
      24 Pups over there happier than fuck."
      25 PUP: Yeah.. Yeah but, still fucking (UI), I even told Conejo, "I'm gonna
00003:01 push this shit ay." [pause] Fucking Conejo was just like tripping
      02 out man.
      03 CHS: You told him you were gonna push it and he was just acting like,
      04 PUP: Yeah before-before all that I told him, "Push that shit no?"
                                     Page 1
```

```
    Exh311 - DISC 6053-6056.Trans of convo CHS & A. Baca.0730.012PL.R.txt
05  CHS: And he was, like, like all sad?
06  PUP: Huh?
07  CHS: He was all like sad and shit?
08  PUP: Na, not sad, just like, like just like, "Ok. Like whatever no,"
09  like. I don't know. (UI) him and Cyclone were buddies carnal. He
10  was writing to Cyclone the whole time I was right there. And I
11  was letting him know things that were going on he was over there
12  writing. And then one time he got a letter from Cyclone,
13  (stutters) Cyclone's telling me that I-I need to file this and
14  that to the courts to fucking review the cameras, and telephone
15  interviews and all this and that no? (UI) all that shit.
16  CHS: Yeah he already knew he snitched on you. He was trying to cover
17  it up.
18  PUP: He fucking he knew. He knew what I was in the hole for, as soon
19  as I got there.
20  .
21  .
22  .
```