Federal Bureau of Investigation
Albuquerque Field Division

Case number                    281D-AQ-6239655

Date of recording              10/xx/2015

Participants                   CHS = CHS
                               Anthony Ray Baca = PUP

Transcribed by                 AER

Date transcribed               11/17/2015

Notations                      Unintelligible = UI

**The following transcript has been compared to the audio recording from which it was made, and to the best of my ability, the transcript is a true, complete, and accurate record of the recording.**_____

GOVERNMENT EXHIBIT 317

U.S. v. DELEON, ET AL.    6062

| CHS | UI. |
| --- | --- |
| PUP | (overlap) UI be right there next to Babaloo all the time no? Getting high at the main. |
| CHS | Which Dan Dan? The old man Dan Dan? |
| PUP | Yeah. |
| CHS | Or, or, the one that was with you in Arizona? |
| PUP | The old man. |
| CHS | He ratted on um[phonetic]? |
| PUP | Ronnie Baca ratted on them. [pause] Something that happened, they did-they were doing investigations, and then fucking uh, and uh…… an incident happened where they (stutters) the discovery was gonna come out through the investigation, Ronnie wanted Dan Dan and UI and Gotti and all them gone. So he could go back to being number one man next to Babaloo and have the clavo, right? That's the way Ronnie was. And fuckin', cause he was always in the pod though. Whenever Dan Dan, UI, and Marty were out, they would push em[phonetic] aside. And he wouldn't get as much. And he didn't like that *carnal*. And so he tried getting rid of them. And saying that they were involved behind that fucking *pedo* that had happened. And it all came out. The Agent Sparks, from the State Police, it came all out on his fuckin' paperwork and shit. And his reports and everything. And Ronnie had a chance to clean it up, cause Ronnie said, "That's a lie." Woo woo and he was over here I told him, "*Carnal*, look, if that's a lie you're getting out. They're not gonna let you go back to the main. You're getting out to the streets. If I was you, I'd go down to the State Police office, and fucking try to straighten that shit out that you never did that." Woo woo woo, and all that. He said, "I am. I'm gonna do all that *carnal* no?" And that fucker got out and he didn't do – he went out there and got high and came back. |

|  | That shit didn't disappear. It came right back on him again. |
|---|---|
| CHS | That's when Angel told fuckin'............ |
| PUP | Came back on him again. |
| CHS | Freddy and Leonard to take his ass out? |
| PUP | They got his ass. |
| CHS | (stutters) That was the one, cause Shadow was telling me about that too. That, that he had told F-uh Angel had told Football Fred, to fucking take his ass out. Eh-at the south whenever uh Football Fred had got outta here and he didn't do it. |
| PUP | Yeah. |
| [pause] |  |
| CHS | Yeah. I don't know him though, I just know the other one. The one they fucked up that you said they fucked up. I met him in two thousand five, but he was he, he was all cool Jimmy Gordon and all them were right there whenever we were at RDC and he was talking to him and shit. |
| PUP | Yeah he's *firme*. He's not a hater *carnal*. He's *Burque*. He's all that. He's happy, homes. That neighborhood right there like I said, they're our allies. (stutters) we went into war with |

```
        Exh317 - DISC 6062-6064.Trans of convo CHS & A. Baca.0730.015PL.R.txt
00001:01  CHS: That's when Angel told fuckin'....
      02  PUP: Came back on him again.
      03  CHS: Freddy and Leonard to take his ass out?
      04  PUP: They got his ass.
      05  CHS: (stutters) That was the one, cause Shadow was telling me
      06  about that too. That, that he had told F-uh Angel had told
      07  Football Fred, to fucking take his ass out. Eh-at the south
      08  whenever uh Football Fred had got outta here and he didn't do it.
      09  PUP: Yeah.
      10  [pause]
      11  CHS: Yeah. I don't know him though, I just know the other one.
      12  The one they fucked up that you said they fucked up. I met him
      13  in two thousand five, but he was he, he was all cool Jimmy
      14  Gordon and all them were right there whenever we were at RDC and
      15  he was talking to him and shit.
      16  PUP: Yeah he's firme. He's not a hater carnal. He's Burque. He's all
      17  that. He's happy, homes. That neighborhood right there like I
      18  said, they're our allies. (stutters) we went into war with
      19  >
      20  >
      21  >
      22  >
      23  >
      24  >
      25  >
00002:01  >
```