```
         Federal Bureau of Investigation
            Albuquerque Field Division
```

| | |
|---|---|
| Case number | 281D-AQ-6239655 |
| Date of recording | 10/xx/2015 |
| Participants | CHS = CHS |
| | Anthony Ray Baca = PUP |
| Transcribed by | AER |
| Date transcribed | 11/17/2015 |
| Notations | Unintelligible = UI |

**The following transcript has been compared to the audio recording from which it was made, and to the best of my ability, the transcript is a true, complete, and accurate record of the recording.   <u>SA T. Neale</u>**

| | |
|---|---|
| PUP | UI |
| CHS | (stutters) So, |
| PUP | UI |
| CHS | When you met Julian an-an-and Wild Bill and them, (stutters) Julian's the one that brought you…… |
| PUP | (overlap) UI after I fought, after I fought with the *jura*, |
| CHS | Right. |
| PUP | I picked up that assault. They gave me, they gave me eighteen months for that shit. A battery on a peace officer. So anyways, they fuckin, they throw me in the hole. And I'm in the hole. They take my mattress, I fuckin, right after breakfast they take my fuckin mattress, early like six something in the morning. And they don't give it back to me like eleven at night and shit no? I don't have nothing in that fuckin cell. And I'm fuckin, I'm fucking tearing up the cells and shit. Fucking, being disrespectful to the *juras* and all that. The whole time I'm doing the hole time. And fuckin, and instead of letting me go back to two cells, where all the youngsters were, where all of us were, them fuckers, ended up sending me to the fucking uh, to the-to the uh parole, at three north looking for *vatos* who have been to the, the main facility. UI. So that's where-that's where, UI first time I met Felipe, but that's where we-we did time. Me, Felipe, Ricky UI, uh, Tommy Barboa……..fucking, Ernie UI, fucking, bunch of older cats no? |
| CHS | When you came (stutters) Julian was the one that brought you in? |
| PUP | That brought me in? |
| CHS | Yeah. Julian? |
| PUP | No. I got brought in at the main. And I came to the main. I – for piping, for, I piped the fuck outta some *vato*, broke his whole |

| | |
|---|---|
| | face……….He was a fucked up *vato* from Colorado. He-he was on the weight team, here in New Mexico. And they sent the-the newspaper from New Mexico prison, a weight lifting team ended up in Colorado and them *vatos* seen him. And the-and um, and Dan, the old man Dan Dan happened to be doing time over there, at that time in Canyon City. So he fucking, he-he-he sent word, with this *vato* named Wolf. Wolf (stutter) had been out a long time. That was Ostrich's right hand man. From Santa. Wolf is from Santa right here. And fucking, his name was, his name was Henry Marquez. He's dead now… |

```
           Exh319 - DISC 6065-6067.Trans of convo CHS & A. Baca.0730.016.PL.R.txt
00001:01   PUP: (UI)
      02   CHS: (stutters) So,
      03   PUP: (UI)
      04   CHS: When you met Julian an-an-and Wild Bill and them, (stutters)
      05   Julian's the one that brought you......
      06   PUP: (overlap) (UI) after I fought, after I fought with the jura,
      07   CHS: Right.
      08   PUP: I picked up that assault. They gave me, they gave me eighteen
      09   months for that shit. A battery on a peace officer. So anyways, they
      10   fuckin, they throw me in the hole. And I'm in the hole. They take my
      11   mattress, I fuckin, right after breakfast they take my fuckin mattress,
      12   early like six something in the morning. And they don't give it back
      13   to me like eleven at night and shit no? I don't have nothing in that
      14   fuckin cell. And I'm fuckin, I'm fucking tearing up the cells and shit.
      15   Fucking, being disrespectful to the juras and all that. The whole
      16   time I'm doing the hole time. And fuckin, and instead of letting me
      17   go back to two cells, where all the youngsters were, where all of us
      18   were, them fuckers, ended up sending me to the fucking uh, to the-to
      19   the uh parole, at three north looking for vatos who have been to the,
      20   the main facility. (UI). So that's where- that's where, (UI) first
      21   time I met Felipe, but that's where we-we did time. Me, Felipe, Ricky
      22   (UI), uh, Tommy Barboa........fucking, Ernie (UI), fucking, bunch of
      23   older cats no?
      24   .
      25   .
00002:01   .
      02   .
```

Page 1