```
                          Transcript
              Federal Bureau of Investigation
                 Albuquerque Field Division
```

Case number                    281D-AQ-6239655

Date of recording              11/13/2015

Participant                    Confidential Human Source = CHS
                               Anthony Ray Baca (Pup) = PUP
                               Mario Montoya (Poo-Poo) = POO-POO
                               Mandel Parker (Chuco) = CHUCO

Transcribed by                 JAK

Date transcribed               12/30/2015

Notations                      Unintelligible = (UI)

**The following transcript has been compared to the audio recording from which it was made, and to the best of my ability, the transcript is a true, complete, and accurate record of the recording.**
**____SA T. Neale_____**

1

**U.S. v.  DELEON, ET AL.   6094**

```
CHS:       I don't know if you can hear Pup.

POO-POO:   Alright.

PUP:       Poo poo

POO-POO:   What's up brother?

PUP:       Can you hear me good?

POO-POO:   Yeah I can hear you good enough.

PUP:       Alright…what's, what's cracking over there?

POO-POO:   Cracked (UI) helping Chuco (phonetic) fix his ride A.

PUP:       What's wrong with his ride?

POO-POO:   Hey Chuc's car's got four flat tires, a busted windshield,
           it needs a battery.  It's all (UI).  (voices overlap)

PUP:       Where are you fixing it up?  (voices overlap)

POO-POO:   But yeah, just chillin' with the brother.

PUP:       Yeah, that's good, tell him I said (UI).

POO-POO:   Hey Chuc… Alright, I'm rappin' to Pup, but Pup says
           (Spanish).  Say (Spanish), he can hear you say (Spanish).

CHUCO:     (UI)

POO-POO:   Just say (Spanish)!

CHUCO:     Hey (Spanish) Pup!  (UI, Spanish).

PUP:       (Spanish)

CHUCO:     Amore my brother.

PUP:       Alright, amore brother.

POO-POO:   His chick's about to kick his ass brother.
```

2

CHUCO:      Come here.

POO-POO:    (laughs)

PUP:        What's up?

POO-POO:    Yeah, his chick thinks he's talking to chicks.

PUP:        To who?

POO-POO:    His chick thinks I have him over here talking to chicks
            on the phone.

PUP:        Ah (laughs).

POO-POO:    Yeah.  I…

PUP:        Orale. Hey…(voices overlap)

POO-POO     Hey now.

PUP:        Yeah, I was, I was tryin' to get that, that thing, you know?

POO-POO:    Yeah.

PUP:        Told you I would know something today and ah they're havin'
            a little bit of problem with that.  They wanna come up with
            a couple of bills.  So…I, in another two days, I'm gonna
            try to come up with that and get back with him, and then
            ah see if you can get that, know?

POO-POO:    Alright brother um…I got a, I got, I, I came across some,
            some good, watch, hold on, let me close this door.  Close
            that door Chuco.  Por favor.  Yeah, hey brother, can you
            hear me?

PUP:        Yeah.

POO-POO:    Yeah, I came ah, alright, there's a…there's a fund raiser
            for fallen heroes, eh?

PUP:        For what?

POO-POO:    A fund raiser for fallen heroes next week. (UI)

PUP:        Yeah.

3

POO-POO:    And ah…yeah a lot of people, a lot of people are gonna be
            there, ah, especially people that we know I need to rap
            to (Spanish)

PUP:        Yeah.

POO-POO:    So next week, I'm gonna go ah…

PUP:        Okay ah…next week?

POO-POO:    Next week.

PUP:        On ah like a, like on a weekend or what?

POO-POO:    Ah it's on Friday, but…but…(voices overlap)

PUP:        Okay, cause I'm gonna need a little bit of time.

POO-POO:    …yeah, I'm not gonna…(voices overlap)

PUP:        I'll try to (UI, voices overlap)

POO-POO:    Yeah, I want (UI, voices overlap) Washa (phonetic) I don't
            wanna rap to nobody there because that's, that's gonna be
            too much…too much, you know what I mean?

PUP:        Yeah.

POO-POO:    All kinds of them fuckers will be there.  (Spanish)

PUP:        But you don't even, you don't even wanna show your face.

POO-POO:    Yeah, no ah… I wanna go and, and see…if I can follow one
            of them fuckers, eh?

PUP:        Okay.

POO-POO:    Ah I'm, I'm gonna go buy one of them fuckin', you know them
            GP-well I don't know, you haven't been out here, they sell
            'em at, at Auto Zone.  They're ah…(voices overlap)

PUP:        Okay, you think ah…(voices overlap)

POO-POO:    …they (UI) this…(voices overlap) Huh?

4

```
PUP:       Are you gonna go check it out though?

POO-POO:   Washa (phonetic)…at Auto Zone they sell these GPS things
           for your cars for like your kids cars.  You put 'em on your
           kids car, that way when your kid splits with the car you
           can find 'em, you know what I mean?

PUP:       Yeah.

POO-POO:   Ah they're like a hundred bucks then you, you just, they
           just stick to their car.  I'm gonna get one of those and
           throw it on the ride and from there, you know what I mean?

PUP:       Yeah.

POO-POO:   But ah next week it's gonna s-I'm gonna start, I'm gonna
           need that like, probably like next week in the middle of
           the week some time and…you told me it was up to, to me if
           I needed anybody else carnal and I'm gonna need…one or two
           other people.  Probably, I'm gonna try to keep it one, but
           I'm gonna need at least one other person you know?

PUP:       Okay, now you know that…life is full of risks carnal and
           the important thing…is which risks you're willing to take.
           You see what I'm saying?

POO-POO:   Yeah nope, I'm, I'm, I'm…I'm gonna, if I'm gonna do it Pup,
           I'm gonna do it right.  You're gonna have to, to do
           it…(voices overlap)

PUP:       Yeah, well that's, well that's…

POO-POO:   …my (UI, voices overlap)

PUP:       … what I'm talkin' about ah… you don't wanna take no risk
           carnal.

POO-POO:   Yeah because…yeah carnal…

PUP:       You gotta…(voices overlap)

POO-POO:   …I'll, I'm gonna, I'm gonna…I'm gonna lay back in the cut,
           I'm gonna find out where they go.  I'm gonna fuckin' set
           it up where…it's, where they're by themselves, and I don't
           get seen or nothing.  I need at least one other person to
           help me with the leg work.  We need to follow 'em, we need
```

GOVERNMENT EXHIBIT 335

**U.S. v.  DELEON, ET AL.   6098**

to do it right brother.  I'm not, I'm not about half-ass shit.  You already know I'm not gonna get caught, you know what I mean?  (voices overlap)

PUP:        (voices overlap) Okay well that sounds good.  That sounds good.  That's firme right there.

POO-POO:   So ah…the only thing…(voices overlap)

PUP:        Yeah but if you…(voices overlap)

POO-POO:   …I haven't ran it down to him or nothing yet.  With the brother Chuco (phonetic)…(voices overlap)

PUP:        (UI)

POO-POO:   Huh?

PUP:        I'm gonna, I'm gonna try to get that other thing alright.

POO-POO:   Alright, I need two of 'em if you can brother.  Two of 'em.

PUP:        Two of 'em?

POO-POO:   Yeah I already got, I already got some vests brother.  I'll send you some pictures of 'em if you wanna check 'em out. I got a vest and everything, you know.

PUP:        Alright, I'm gonna see what I can come up with.

POO-POO:   Alright, what did the other brother say?  They don't wanna…

PUP:        What's up?

POO-POO:   They (UI).

ERN:        He's talkin' about Chris. He's talkin' about Chris.

PUP:        Oh I haven't…I, I'm, I'm gonna, I'm gonna check with him and see what's up with that.  But he doesn't know nothing right?  I don't want him to know nothing.

POO-POO:   Yeah, he don't know shit d-you don't, that's why I'm countin' on you to hit him up and…

6

PUP:        Yeah and this other dude that I'm, that I'm getting' at, that other one fool, he's not even a carnal out here yet. He doesn't know nothing either.

POO-POO:    Yeah.  That's better.

PUP:        And I wanna keep it that way right.

POO-POO:    Yeah, so that's what I was gonna tell you, you're (UI) use Chris, just have him get 'em, don't say what they're for or nothing, just tell him you need 'em for something.

PUP:        Yeah that's the (UI) and they don't even need to know.

POO-POO:    Yeah, just tell him you need 'em for something and, and…tell him I'll pick 'em up.

PUP:        And I talked to (UI)… I talked to Chris the other day and I told him that if you ever ask him for anything for him to look out for you.

POO-POO:    Yeah.  Well he already, he already does brother, you know what I mean?

PUP:        Oh okay.  But I'm gonna…I'm saying that like if you go and ask him whatever, but I'm gonna go ahead and try to get some *feria* from him, so that way I can give it to that other dude so he can get that, know?

POO-POO:    Yeah.

PUP:        I'll see, I'll ask him to try to get two…see what happens from there, but ah…right now he, he, he says that ah…that there's one there, but they want a little bit of *feria*. He says he's willing to pitch in some *feria* too.  So that's even better right?

POO-POO:    Yeah.

PUP:        So let's do it as that.

POO-POO:    Yeah, cause me, I'm (UI) *feria* (UI)…you know to be honest, a while back I was doing real good.  Right now…I haven't been doing nothing, you know what I mean?

PUP:        Yeah.

7

POO-POO:    So I'm barely getting by on the feria tip.   I got more time
            than money.   But…

PUP:        Well I know, we'll see what we can come up with right there
            and ah…and then they'll probably need more feria later on.

POO-POO:    Yeah, I was gonna see if you can get a little stash of feria
            like, like not much, just a little stash just in case, the
            emergency fund.   Do you know what I mean?

PUP:        Yeah.

POO-POO:    For afterwards, you know what I mean?

PUP:        Yeah we'll try to, I'll try to do that.

POO-POO:    Just in case brother, you know what I mean?

PUP:        Yeah I know.   I know, I'll try to do that.

POO-POO:    But I'm pretty good at my (UI), you just ah put it in my
            hands and green light…you know what I mean?

PUP:        Yeah.

POO-POO:    I might need your word carnal like ah…like brothers out
            here like the ones that I get, they might need to hear ah
            yeah, listen to what this vato says, or something like
            that, you know what I mean?

PUP:        Wait, say it again.

POO-POO:    I might need your word like ah a few of the carnals
            (UI)…whichever ones I, I decide to go with…I might need
            you to tell 'em, yeah you, you ah…that that's legit, listen
            to what this vato says or something like that, you know
            what I mean?

PUP:        Yeah, but I, if you already know which one…

POO-POO:    Yeah.   Yeah I know it's not…(voices overlap)

PUP:        …I don't think I need to say anything, but I will.   Well
            the thing is that I don't want…(voices overlap)

8

POO-POO:   …it's not gonna be…

PUP:       …I don't want too many mother fuckers to know.

POO-POO:   I don't want hardly anybody to know, just the ones that
           are, you know what I mean?  But I'll, I, I'll be real
           careful about it and I won't even do that if I don't have
           to.  But if I do…need you to cosign it, you know what I
           mean?

PUP:       Yeah.

POO-POO:   Alright brother.

PUP:       Yes, that'll be good.

POO-POO:   Alright, then that's where we're at.  Work on your end
           brother and I got mine, you know?

PUP:       Okay.  (voices overlap)

POO-POO:   I'm gonna be going over there to that this, this
           Friday…next Friday, you know.

PUP:       That sounds good.  That sounds good.

POO-POO:   Alright brother, how are you doing?  Hey did Crazo
           fuckin'…(voices overlap)

PUP:       I got (UI) pizza.  We, we ah ordered some pizza know?

POO-POO:   Yeah.

PUP:       And that first Friday's Pizza, they order it every Friday.
           They (UI) to order Pizza…(voices overlap)

POO-POO:   Yeah.

PUP:       …or a hamburger and all that shit.

POO-POO:   Yeah.

PUP:       Yeah, and then we got us a couple of Pizzas today, you know,
           me…ah Crazo, Shadow and he got one too, and (UI) ah Spider
           them upstairs.

9

POO-POO:   So who, who's all on the pod with you?

PUP:       Ah…me, Crazo, Shadow…Rudy Perez, Rudy Munoz.  Then
           upstairs there's fuckin' ah Blue…ah…Ern Dog…ah Ace and
           Spider.

POO-POO:   When's Ern Dog getting out?

PUP:       Huh?

POO-POO:   When's Ern Dog getting out?

PUP:       When's he getting out Crazo?

CHS:       Ah 2017.

PUP:       In ah, in a couple of years.

POO-POO:   I thought that fucker should already been out A.  What
           about you and Shadow?

PUP:       Ah (UI, voices overlap)

POO-POO:   What about you and Shadow, where's he at?

PUP:       I don't know man.  Ah talk to Ern Dog, I mean talk to
           ah…cause this brother not here, cause it, cause he was
           living in this cell where I was in and… they kept takin'
           him out of here, I'm, I don't know what, what's up.

POO-POO:   Yeah?

PUP:       Yeah Crazo and them, would know a little bit more about
           it, you know?

CHS:       Right.

POO-POO:   Yeah.  (UI) huh? (voices overlap)

PUP:       I don't know what's going on, I guess he's going to court
           and all that shit.

POO-POO:   Oh.

PUP:       Back and forth, back and forth to court you know.

10

POO-POO:   Yeah.

PUP:       And that's what's going on with him.  But I haven't seen
           him.  I haven't seen him since I got here.

POO-POO:   Hey brother…

PUP:       And then there…there in three B side, they got who else
           Crazo, they got Swamp and ah…

CHS:       Marijuano.

PUP:       Huh?

CHS:       Marijuano.

PUP:       Swamp, Marijuana…

CHS:       Loco

PUP:       Loco…

CHS:       Ah…

PUP:       JR…

CHS:       JR…

POO-POO:   How's JR doing?

PUP:       He's (UI) ah going through that *pedo, no*.

POO-POO:   Tripping?

PUP:       Ah a little bit yeah.  He's trippin' out on that fuckin'
           A and E channel…(voices overlap)

POO-POO:   I (UI, voices overlap)

PUP:       …talkin' about he, he did what he did…(voices overlap)

POO-POO:   I see (Spanish).

PUP:       …had to do and…(UI, voices overlap)

POO-POO:   I see your (Spanish) all the time, hey pobresita, I try

11

```
                to give her skeena (phonetic) like fuck, she's a, she's
                a gangster like fuck.  You know Poncha?

PUP:            Yeah.

POO-POO:        Yeah, I try to give her Skeena (phonetic), she's in trama,
                pobrestia A.

PUP:            Well she's (UI) huh?

POO-POO:        Yeah s-I've known her since I was ten years old fool.

PUP:            Hey isn't she still with that vato Mike (UI)?

POO-POO:        Ah I don't think she's with him anymore, but she's s-yeah,
                once in a while she's with him.

PUP:            Yeah?

POO-POO:        Yeah.

PUP:            Last time I talked to her, she was with him right.

POO-POO:        Yeah.  Yeah that's a…(voices overlap)

PUP:            (UI)

POO-POO:        That's a…(voices overlap)

PUP:            Huh?

POO-POO:        …that's, that's my, my ghetto mom A right there A (laughs)

CHS:            (UI)

PUP:            Oh is that right?

POO-POO:        When I was a little mocoso out there smoking crack, ten,
                eleven years old, A, she used to pick me up and take me
                with her A.

PUP:            (laughs)

POO-POO:        Get over here mijo, she'd tell me, make me eat and shit,
                you know?
```

12

PUP:        Yeah.

POO-POO:    Feed me like fuck.  How's your (Spanish)?

PUP:        Yeah, but he he's over there tripping out like that.  He,
            he…he told the news, he told the camera that he's gonna
            join Isis.

POO-POO:    Yeah (laughs).

PUP:        (laughs)

POO-POO:    Yep.

PUP:        That fucker's really…

POO-POO:    Might as well.  (voices overlap)

PUP:        …tripping right?

POO-POO:    Might as well.

PUP:        Yeah, he's been goin' all out like that, I said fuck it,
            you know? that (UI) you know?

POO-POO:    Might as well go out like the Taliban brother where it's
            like that, you know what I mean?

PUP:        Yeah, that's where he's at right now I guess.

POO-POO:    Does he have a good attitude or a, (Spanish)?

PUP:        Ah…so-so.

POO-POO:    Yeah, he better get a good one cause he's on-he's in for
            a ride homie, you know what I mean?

PUP:        Yeah this is…this is two things that need to be
            straightened out between all of that shit, you know?

POO-POO:    Yeah.

PUP:        Or with, with him and the others, you know?

POO-POO:    Hopefully it gets straightened out A because them are the
            vatos that, you know what I mean?

13

PUP:        Yeah, but Trigger, Trigger's acting all fucked up.

POO-POO:    Why, what's he…ah…yeah.

PUP:        (UI) good.

POO-POO:    Yeah brother, I hate to see that kind of, I hate to see
            it go down like that, what happened to when fuckin'
            everybody, that would bring 'em closer, now it fuckin'
            drives 'em apart, you know what I mean?

PUP:        Hey.

POO-POO:    Hey.

PUP:        All them, all them mother fuckers are all over there on
            that fuckin' drop out program.

POO-POO:    I'm tell-I'm telling you fool.

PUP:        A grip of them.

POO-POO:    I'm telling you, I've been seeing it (laughs) remember…I
            should be a fortune teller, every time I see you down there,
            I tell you and then I see you about six, seven months later
            and you tell me, look at all them guys in the drop out
            program.  (laughs)

PUP:        Yeah they all…that's crazy right.

POO-POO:    I'm telling you brother.

PUP:        They got Little Conejo over there, they got
            fuckin'…Cyclone…  all them fuckers that were all once
            fuckin' causin' all kinds of *pedo* drama like fuck.

POO-POO:    All the biggest mob  shot callers, all the wa…(voices
            overlap)

PUP:        And…all these… (UI, voices overlap) … brothers and all
            that, they're all over there.

POO-POO:    All the ones causing all the…confusion and chaos and all
            that shit skipped out.

14

PUP:        Those are the ones that are over there.

POO-POO:    Yep.

PUP:        Yeah.

POO-POO:    And never done nothing for anybody but cause a bunch of
            shit, and when… (voices overlap)

PUP:        That's it.

POO-POO:    …the going got…the first time they got a (Spanish) they
            skipped out.

PUP:        Quicker than fuck.  Sparky's over there too.

POO-POO:    Yeah.  No, but then they wanna fuckin'…then they want a
            fuckin' cura and they wanna fuckin' ruca and they want
            everything you know.

PUP:        Yeah.

POO-POO:    (Spanish)

PUP:        A bunch of crazy shit know?

POO-POO:    And then you get back to the pinta, you signed up for the
            football team, and you get back to the pinta and they're
            playing tennis.

PUP:        (laughs)

POO-POO:    And they want you to play by the tennis rules, and you're
            like, I don't even know how to play that game, you know
            what I mean?

PUP:        I already know.  Hey what's up with Boxer out there?

POO-POO:    I don't s-I haven't seen him, hey I got in a little fuckin'
            *pedo* with him, argument that still he was on some fuckin'
            bullshit that he was pulling out, you know what I mean?
            I haven't seen him A. (voices overlap)

PUP:        Yeah.  How about (UI)?

POO-POO:    Over there at the north he fuckin' did that shit carnal,

15

I swear to God he was like a ruca and it was, it was weird
cause you were in the middle and I didn't wanna keep on…
…looked like (Spanish) and shit, but that fucker was doing
some weird shit carnal.

PUP:      I'm talkin' about, what's he up to out there?

POO-POO:  Oh he's out here, ah Chris told me that he sees him A, and
he's all fuckin', Suboxoned-out here and…drunk and acting
stupid too.

PUP:      Who's he kicking it with?

POO-POO:  Ah, I don't know, the only place I ever hear about him is
from Chris, you know.

PUP:      Oh okay.

POO-POO:  And Chris…(voices overlap)

PUP:      What about…

POO-POO:  Huh?

PUP:      …what about ah Stoner and Jake?

POO-POO:  Stoner, I haven't seen him for a while, when I did see him
he was strung out.  Jake's in school, you know.

PUP:      Yeah.

POO-POO:  Jake's doing good.  He's in school…chilling.

PUP:      And (UI)?

POO-POO:  Fuckin' Stoner tried to tell Jake ah…let's tell Mario he
has to kick in.  (laughs)

PUP:      Yeah, but don't believe, don't believe everything Jake
tells you because Jake just tried to get in the car.

POO-POO:  No, Jake's already in the car, I used to hook him up like
fuck, but I've known Jake a long time, you know.

PUP:      Yeah but he's been trying to get in just to so he can get
something from you or from Chris.

16

POO-POO:   Yeah I give him, I used to give him every day for free
           anyway.

PUP:       Okay, now how about…

POO-POO:   Yeah, no he…(voices overlap) …he didn't have no reason to
           lie like that, you know what I mean?

PUP:       Okay, if ah that's the case…and um, and Stoner comes around
           you with some bullshit like that, fuckin' just, we're gonna
           blast his ass.

POO-POO:   Oh I already know, I already, I told Jake…I told Jake well
           next time he says that, tell him ah…call me and I'll go
           over there and tell him, I'll, I'll tell him here it is,
           come and get it, you know what I mean?

PUP:       Yeah.

POO-POO:   Come and get it.

PUP:       And the same thing…(voices overlap)

POO-POO:   (UI) like Stoner brother, people can't pull that shit out
           here, they, you know what I mean?

PUP:       And the same thing with Boxer.  If he starts coming at you
           on the ugly side like that, wanting to fuckin' box or
           whatever the fuck, just go ahead and fuckin' smash him or
           whatever.

POO-POO:   Hey brother, you already know I, you know what I mean?
           Remember a long time ago…

PUP:       I know,  (UI, voices overlap)

POO-POO:   …reme-remember a long time ago…(voices overlap)

PUP:       What about Shine-Shine?  (voices overlap)

POO-POO:   …remember a long time ago I told you what I was gonna do
           to Arturo, and you told me well you ain't gonna tell
           anybody, just do it?

PUP:       Hey where's Shine-Shine?

17

POO-POO:   He, I haven't seen him in, since his mom died brother.

PUP:       Yeah?

POO-POO:   Yeah, I know he took it rough, I don't know.

PUP:       Yeah.  See if you can get a hold of him and see where he's at.

POO-POO:   Alright.  I know that he's…(voices overlap)

PUP:       See if he (UI) trying to get together, and start fucking…at least ah establishing some type of relationship over again.

POO-POO:   I'm telling you Shine-Shine hey he's a…not, not in a bad way carnal, I, I think he's had it with all the fuckin', he said, she said, (UI)…this and that, it's a good carnal like fuck…but he don't want nothing to do with any, anything brother.

PUP:       Well them brothers don't wanna do with nothing with anything, and then they wanna contribute with no *feria*…(voices overlap)

POO-POO:   But it's not…(voices overlap)

PUP:       …to help brothers out or nothing, (Spanish) with them fuckers afterwards, you know what I'm saying?

POO-POO:   Yeah, but check it out carnal…some of 'em…some of 'em have been through the ringer with this (UI) with Arturo and…and all these different *tablas* carnal, all these vatos that have…let him down and put different rules on 'em, and they've seen 'em do all this shady shit, that's why they have that fuckin' mentality carnal.  They're not…

PUP:       Well they didn't have to be like that.  Tell him it's not even like that no more.

POO-POO:   Yeah, we've gotta show him, you know what I mean?

PUP:       Tell him that, tell him it's not even like that.  It's not all about that, and it's not about fucking just sending us *clavo*, and all that, we're not even asking for shit like

18

```
                  that.   What we're asking is that true brothers get out
                  there and start establishing a better relationship with
                  each other, and start doing things that true brothers need
                  to do out there, helping each other and give each other
                  'squina and doing what's right for the ranfla.

POO-POO:          Eso (phonetic), Eso, that's what they need to hear.
                  That's…(voices overlap)

PUP:              (UI) can deal with all the problems that, that, that he
                  had with other mother fuckin' leaders out there…fuckin'
                  put them fuckers on blast.  Don't be blasting each other.

POO-POO:          Yep, that's what they need to hear brother, that's what
                  they need to see, they need to…

PUP:              Which ever that don't wanna get with the program… then
                  those are the ones that need to be blasted.

POO-POO:          Yeah, I know but Shawn would never go to the program.
                  He'll never do that.  But he, he don't, he ain't…he ain't
                  gonna sit there and listen to the propaganda and…

PUP:              No, no, no, we're not even about that.  It, it's not about
                  Arturo, it's not about none of that shit.

POO-POO:          I know brother, but, I know, I know what you're about.  But
                  a lot of people are already ha-had it with that, you know
                  what I mean?  A lot of people have been through the ringer
                  with that shit carnal.  I got back…Pup, and vatos were
                  calling me a rat and that (UI), even… that's just my pedo.
                  Shine-Shine and all them there, had their own (UI), and
                  they've seen it happen a million times to good brothers
                  and then it turns out that the vato that's spreading the
                  rumors goes to the program or something, you know what I
                  mean?

PUP:              Well that's what it is, they just wanna spread rumors, they
                  just wanna try to cross brothers out over some stupid ass
                  shit because they told…(voices overlap)

POO-POO:          And they're tired.

PUP:              …they can't deal with how to change (UI).  (voices
                  overlap)
```

GOVERNMENT EXHIBIT 335

U.S. v.  DELEON, ET AL.   6112

POO-POO:   They're tired of (UI) that bond that, that…they're losing all amore, their, their, their corta's (phonetic) still on the right place…(voices overlap)

PUP:       (UI)…that's the way they do it right?

POO-POO:   Their corta's still on the right place, they're just loos…(voices overlap)

PUP:       (UI) a little baby and cry about all that shit.  Cry about little things they have or the (UI) brother and all that wanna get other brothers to back 'em up and do all that fuckin' petty ass bull, that juvenile shit that goes on between them, you know?  (voices overlap)

POO-POO:   But that's what… (voices overlap)

PUP:       That's what, that's what it is.

POO-POO:   That's what …that's why they think (UI) but…(voices overlap)

PUP:       Fuck all that bullshit A.  (voices overlap) If brothers wanna be acting all like fucking sissys like that…blast them fuckers.  Smash them mother fuckers, you know/  If they don't wanna be…(voices overlap)

POO-POO:   I agree one hundred…(voices overlap)

PUP:       …with (UI)…smash the mother fucker.

POO-POO:   One hundred percent brother, I hear you.  I hear you. (voices overlap)

PUP:       And that shit about them just fucking talking about they're only gonna fuck with that one brother out there on the street, that's because that brother's out there holding. That's the only reason they're there, just so they can get high and shit.  Fuck that shit.  (voices overlap)

POO-POO:   Yep.

PUP:       Cut them fuckers off, you know?

POO-POO:   Take it.  Go get it.  (UI).  get it.  Why are you gonna let a (UI) have power just cause you got *clavo*, go get it.

PUP:        If they're not willing to make feria and to fuckin' look
            out for each other like that, and, and, and, and for, for
            all of you guys that are out there in 'Burque right now,
            you guys should all be on the same page.  All be fuckin'
            talking to each other, fuckin' meeting once in a while,
            and taking care of each other out there.  Like you're
            helping the carnal, Chuco right now with his
            ride…that's…(voices overlap)

POO-POO:    Yep.

PUP:        …a good thing carnal.  Brothers we should all be doing shit
            like that, you know what I'm saying?

POO-POO:    Yeah well…(voices overlap)

PUP:        And in the meantime, when you have a fucking hater that
            needs to be dealt with, and fucking, and, and, and you
            brothers discuss who in the fuck is hating out there, who
            needs to be handled, handle that shit.  Maybe if you don't
            have to do it, but get it done.  There's a lot of little
            homies that look up to you brothers out there.

POO-POO:    Yep.  Yeah, I know how to…(voices overlap)

PUP:        And there (UI) to be (UI, voices overlap)

POO-POO:    …I know how to do mine carnal like, I do a lot separate
            from the *onda*, because it's been, the game's been dirty
            brother, it's been dirty.  I know how to do mine.  I bring
            something to the table carnal.  I've never been one that,
            that comes to the *onda* asking for something.  I always
            have.  I always bring something carnal.  That-once in a
            while I've been down and out, but for the most part I bring.

PUP:        And you got, you can get yourself a little crew out there
            with this little homie.  Them little tiny homies out there
            fourteen, fifteen, sixteen years old, seventeen,
            whatever…and they look up to you.  They might know you from
            your ruca, or from primos, or whatever, them little fuckers
            look up to you, you can fuckin', if they're out there doing
            burglaries and doing all kinds of shit, fuckin' tell,
            "Look, I know…(voices overlap)

POO-POO:    Yeah…

GOVERNMENT EXHIBIT 335

PUP:        …where you can get rid of this shit."  And do them right,
            don't do 'em wrong.  *Si me entiendes*?

POO-POO:    That's what I do.  I just do it with them straight up.
            (voices overlap)

PUP:        And get yourself a little crew together like that, build
            that fuckin' relationship with them, that way they'll
            always be *respeto*, and, and the future to come, and at the
            same time…hey…when the *jale* needs to be done, them little
            homies are right there to fuckin' do it.  And they won't
            even, they won't even that, they won't even fuckin' ask
            why.  Just fuckin', they do it, and look out for (UI) or
            whatever so they can party with their little, other little
            homies in the neighborhood right?

POO-POO:    Hey, that's the way I do it brother, I'm, I'm already…I'm
            already on that page.  That's why I said, I do a lot of
            things separate from the brothers cause…cause it's dirty
            around here carnal.  I, I…I get other people that, that,
            I get rucas that are down, ah homies that are down, you
            know what I mean?

PUP:        Yeah.

POO-POO:    And, and I do it like that brother, and I deal with them
            straight up.  I do 'em right.  I, I fuckin'…cause there's
            money to be made brother if you could, you could do 'em
            right and still make a fuckin' killing off of them, you
            know what I mean?  (voices overlap)

PUP:        (UI, voices overlap) …give 'em (UI)…(voices overlap)

POO-POO:    And they'll be happier then fuck with what you sold 'em
            or what you gave 'em.  You know what I mean?  But yeah.

PUP:        But (UI, voices overlap) Try to holler at all the brothers,
            and, and, and let them know. I mean we're, we're getting
            our shit right in here.

POO-POO:    Who do you have faith out here brother?

PUP:        (UI, voices overlap)

POO-POO:    Who…(voices overlap)

22

PUP:        We're getting our shit right in here.  Brothers need to
            get their shit right out there.

POO-POO:    Who do you have faith in out here brother?  Who…who's out
            here that you have faith in that's worth reaching out to?

PUP:        Shawn-Shawn (phonetic)

POO-POO:        Okay.

PUP:        Okay, now there's another brother, I forget his ah…okay….
            What's up with Weasel and them.

POO-POO:    Weasel and them are good brother ah…they're around, I, I
            haven't seen 'em, but Weasel, that's my dog like fuck.
            He's good.

PUP:        That's good.  Holler…talk to Weasel.  Talk to Weasel, get
            him, get him there.  Start communicating again.  Start
            fuckin' living a, a strong relationship.

POO-POO:    I got a strong relationship with Weasel.  I could not see
            him in ten years and that's still my brother, me and him…are
            on the same page like fuck, we, we, you know what I mean?

PUP:        Alright then, start reaching out to him.  That's the
            problem, the brothers ain't reaching out to each other out
            there.  You need to, right?

POO-POO:    Well give me, give me ah, a, a, a list carnal of, of vatos
            that you have…a smigit of hope in that are worth reaching
            out to, and I'll start goin' in and I'll seeing what they're
            up to, and I'll start reaching out a hand to them and see
            how they act, you know what I mean?

PUP:        Yeah and you talk to Shawn-Shawn, and see where he's at.
            Try to get him off whatever viajes he's on.  Tell him this
            ain't no Arturo shit.  This ain't no Styx (UI), and this
            ain't all that fuckin' crazy ass bullshit, you know?

POO-POO:    (UI) hater shit allowed here.

PUP:        You know what, we're, we're starting over carnal, we're
            getting rid of all that fuckin' bullshit, and the ones that
            are dropping out - that's even better for us.  We get to
            see who's who and all that, you know?

23

POO-POO:    Remember when I came to the pinta carnal…you couldn't…even a carnal couldn't call somebody a rat unless they had paperwork.  (voices overlap)

PUP:        They didn't even talk like that.  That's the, that, but it's gotten to the point where that's where it's at now, where…(voices overlap)

POO-POO:    And then, washa (phonetic) carnal, much less…(voices overlap)

PUP:        …(UI) a lot of people (UI), a lot of people (UI)…another ah, ah…(voices overlap) you just don't see people in general…(voices overlap)

POO-POO:    Was…washa carnal…brother…(voices overlap)

PUP:        …all that type of shit and, and brothers would talk on the side, and whisper and then poke fucking cockroaches in other brothers ear…(voices overlap)

POO-POO:    Washa (phonetic) brother…

PUP:        …not (UI), or just assuming that that's what it is, or, or fucking going off of shit that somebody says, and twisting it up, at-all that, all that still, is, is still there.  But…  (voices overlap)

POO-POO:    Washa (phonetic) brother…

PUP:        …we're starting to identify that shit, you know?

POO-POO:    Washa (phonetic) brother…

PUP:        We're starting to (UI) what's creating the problem.

POO-POO:    Washa (phonetic) carnal.

PUP:        That's what creates the fuckin' problem.  And that's because a brother hasn't been schooled right and he, and he fucking wants to keep on fuckin' doin' that shit, well eventually he's gonna get touched.  That's all there is to it.  If he wants to keep doing that, and we see that it's been a pattern for that brother, who ever's doing it for a while now, and we see that he's obviously (UI) to

24

be the one that's having problems with other brother... we'll deal with that fucker in here, you know?

POO-POO:   Washa (phonetic) carnal.  We don't need a bunch of new rules, we just need the old ones.  Alright check it out...much less a carnal, if you call the carnal a rat, then you better have that paperwork or it's your fuckin' ass. Why don't we just start doing that again carnal?  We know who's...

PUP:       Well that's (UI) rule.  (voices overlap)

POO-POO:   Check it out...there's vatos in the, in the (Spanish) that have been around ten, fifteen years have been in the mix, and somebody calls 'em a rat, and they're on, they're, they're exiled carnal.  And they've been around, and nobody has...

PUP:       (UI, voices overlap)

POO-POO:   ...nobody has a scrap of paperwork on 'em, nobody can point and say this is what he told on.  Nobody can say nothing like that carnal.  So them vatos...they need to be showin' up carnal, cause who wants to be in the m-circle of c-who wants to sit in the circle of killers that you don't trust, you know what I mean?

PUP:       Yeah, yeah, but we're on that now.  Ah as a matter of fact I was on that when I was in Cruces, was with fuckin' Cyclone was trying to put a rat jacket on fucking Enrique Roybal and then we fuckin', and then, and then ah they're, some of the brothers were like well fuck it, let Cyclone hit him if...like Cyclone's the one's calling him a rat and this and that.  Fuck, I was like what the fuck?  What are you talking about, let Cyclone hit him?  If Cyclone hasn't even pulled out my paperwork on him, so why in the fuck should we let Cyclone hit him?  If anything...it'll be Enrique hitting fucking Cyclone.  You know what I'm saying?

POO-POO:   Yeah or give 'em, or give 'em both (UI, voices overlap)

PUP:       (UI)

POO-POO:   You wanna open your mouth before you have the paperwork...you wanna open your mouth before you have the paperwork, here's

25

```
                Enrique, and Enrique ah, Cyclone said you were a rat.
                Here's the ferio here's the ferio, fuck you guys, go to
                the room.  You know what I mean?

PUP:            Yeah, that's, that's, that's all gonna be looked at.
                That's all, it's, it's, it's gonna be okay carnal and at
                the same time…(voices overlap)

POO-POO:        And they still, and they still after that it doesn't just
                die right there.  Alright, and, and let's say…

PUP:            (UI) and we're having to deal with right now…is this mother
                fuckin' STIU.  He fuckin' twists this shit up and, and,
                and brothers are believing that shit.  That's the problem
                right now.

POO-POO:        Yeah, what are they…what are…(voices overlap)

PUP:            (UI)…that are fucking (UI) side of a jura, and the jura
                say, you know?

POO-POO:        What are these Chri… oh the juras are going there
                saying…(voices overlap)

PUP:            They don't understand, they don't understand that the
                juras are fucking creating wedges between us and fucking
                causing all kinds of (UI).  They don't even understand
                that but that'll get dealt with too.

POO-POO:        Divide and conquer us but…that's the first fuckin'…yeah.
                Yeah brother, that's the one thing…

PUP:            Well that (UI, voices overlap) said that?  They believe
                everything that the jura writes or reports.  They go off
                on all that shit, no?

POO-POO:        That's one thing carnal ah…(voices overlap)

PUP:            Fuck all that (UI) crazy ass shit.  That's that Springer
                shit, that's that, that's that juvenile shit, what they
                haven't learned yet, no?

POO-POO:        Yeah, how hard could, how hard could…(UI, voices overlap)

PUP:            (UI, voices overlap)…the mob, fuckin' talking all kinds
                of shit.  But…
```

26

POO-POO:   How I feel, (UI) ride and die for somebody carnal that
           doesn't even fuckin'…that all it takes, all it takes is
           a rumor, and a la verga.

PUP:       That's what it is.  And that's…(voices overlap)

POO-POO:   How (UI)…

PUP:       …what we're gonna try to stop.  We're gonna
           identify…(voices overlap)

POO-POO:   Yeah.

PUP:       …who are the ones doing it.

POO-POO:   How (UI) show up to the pinta…

PUP:       And (UI) fucking history…of gossiping like that…

POO-POO:   Hey carnal…(voices overlap)

PUP:       …trying to cross brothers out and doing all that.  We'll
           see who they are.  (voices overlap)

POO-POO:   …hey how about this brother.

PUP:       I'm here now.  (voices overlap) I'll fuckin' (UI) that
           shit.

POO-POO:   Think of it…(voices overlap)

PUP:       (UI, voices overlap)

POO-POO:   Think of this carnal, how am I gonna…(voices overlap)

PUP:       …this and that.  I'll pack a (UI) just like them other
           mother fucker right?

POO-POO:   Think of this carnal, how am I gonna be able to (UI) and
           I never even heard of?  Gonna fuckin' be ah telling me,
           (UI) telling me this and that and all, you know what I mean?

PUP:       Yeah.

POO-POO:   You gotta think about stuff like that carnal cause that's

27

what's picking this one apart but…(voices overlap)

PUP:        Well believe me, I'm on it.  I think of all that.

POO-POO:    I told you brother when we were at the North, I got your
            back.

PUP:        I think of all that… (UI, voices overlap)…

POO-POO:    I (UI), I got your back your back for shit like this
            brother.  (voices overlap)

PUP:        …do that in here.  And ah out there, you guys just stay
            focused on want it to be done out there, no?

POO-POO:    I know your heart's in the right place carnal and, and ah…
            there's a mess going on and I, I, if you, you, you're
            willing to put up with the headache and get it back, then
            I'm willing to help you, you know what I mean?

PUP:        Well I'm trying to, I'm trying to fuckin', I'm still, I'm
            still fuckin' observing.  You already know how I observe,
            and I'll be quiet until the time comes.  I'm observing,
            I'm seeing where everyone's at.  And seeing how they're
            acting and woo-woow-woo, which are the bitter ones, and
            why they're acting bitter, if it's a personal, or
            what-ever, ever, and all kinds of shit, but I'm on it
            carnal, don't even trip.

POO-POO:    Yep.  Cause nobody's perfect they a…(voices overlap)

PUP:        And just cause I don't say nothing…believe me, I'm on it.

POO-POO:    These vatos turn, it turned into like a popularity contest
            while you were gone carnal, it doesn't matter.

PUP:        Well that's what it is, a popularity contest.  Everybody
            wants to be popular and then they wanna take other brothers
            and turn 'em against other brothers and doing all kinds
            of shit by running their mouth, no?

POO-POO:    Yeah survivor (Spanish), they watch TV and they got this
            (UI) from Survivor.

PUP:        I know, that's what we're on right now we're just trying
            to fuckin' take all that stupid shit away and take the

28

```
                       fuckin'…

POO-POO:    (UI)

PUP:        … (UI) and all that bullshit and, and, and, and make
            brothers realize that these fuckin' juras, these STIU and
            Central Office are on a mission to try to fuckin' create
            a bunch of pedo, no?

POO-POO:    Yeah, cause I'll go the extra mile for a brother…I'll go
            for an extra, the extra mile for a brother that's worth
            it carnal.  I'll overlook a lot.  A lot can be forgiven
            except for certain things, you know, so you…

PUP:        Yeah, (UI) have to be the one…(voices overlap)

POO-POO:    …you, if you can brother…

PUP:        (UI, voices overlap)

POO-POO:    …if you can that would help me out a lot out here, if you
            could get a list of brothers that you have…ah, ah, a little
            bit of hope or faith or whatever, for me to go check 'em
            out.  And I'll just go reach out to 'em brother.  Just go
            and see what they're about, see what they're up to, see
            where their mind's at, and see if I can't pull 'em in, you
            know what I mean?

PUP:        Okay, talk to them, talk to 'em about, you know, you
            brothers doing, getting together out there, and this and
            that.  Now as far as this pedo, that, that, that, that ah…
            (voices overlap)

POO-POO:    Yeah, no, this is…this is something else, yeah.

PUP:        …(UI) what I'm talking to you about now?

POO-POO:    Yeah, that's something else.

PUP:        That's something else, keep that, keep that down thought
            alright?

POO-POO:    Come on brother.

PUP:        Alright, alright, alright.
```

29

POO-POO:     (laughs) Brother…brother…

PUP:         Is this (UI)?

POO-POO:     Pup.

PUP:         I want you to find out where every body's at out there.

POO-POO:     That's what I'm telling you.   That's what I'm telling you.
             (voices overlap)

PUP:         And don't hesitate to call.  (voices overlap) Don't
             hesitate to call them up and get their numbers and see where
             they're at and all that.  Just, so that wy you can let me
             know…where every body's at out there, and then I'll fuckin'
             let you know which ones to holler at and shit.

POO-POO:     Alright brother.

PUP:         Right now we don't even know who all is out there.

POO-POO:     That's what I'm saying, I don't know who's out here either
             brother.  You know what I mean?  I, I, the way I do my
             (Spanish) carnal I hit the war zone, I meet all kinds of
             youngsters from everywhere, and I do my thing.  I treat
             'em good like I said and, and I put little, little crews
             together, temporary crews.  Hey, I'll meet, I'll, I'll go
             to a crack house, a meth house somewhere…and where they're
             doing things, and I'll go in there and, and I'll have a
             sack, and I'll start selling 'em dope, and I'll give 'em
             good prices, and I'll help 'em out…

PUP:         Hold up, hold up (UI)…

CHS:         Nah, we're good.

PUP:         …(UI)…

CHS:         (UI)(pause)

PUP:         Hey…

POO-POO:     Hey.

PUP:         (UI) here?

30

PUP:        Naw we're good.

CHS:        (UI)

PUP:        No.  No we're good.

CHS:        Hey, just holler at him.

PUP:        Go ahead.

CHS:        Holler at him.

PUP:        There ain't nobody in here.  (laughs)

CHS:        I know, but holler at him.

PUP:        Huh?

CHS:        Holler, holler at him.  Just holler at him, I'm already
            done.

POO-POO:    Alright, hey, well I'll let you go Pup.

CHS:        Hey carnal.

POO-POO:    Hey.

CHS:        Can you hear me?

POO-POO:    (UI).

CHS:        Yeah, he can hear you.

POO-POO:    Yeah, no go ahead and kick it Pup if you're tired or
            whatever dog.

PUP:        Hey carnal, no I'm just saying, I thought somebody was
            coming in.

CHS:        No.  (voices overlap)

PUP:        I was just saying carnal that, you guys do what you guys
            have to do out there, try to get everybody to see where
            they're at and then let me know what they're talkin' about,
            alright?

31

POO-POO:   Yeah, I'll let you know brother, just ah, yeah.

PUP:       Let me know.  I'm gonna try to get back with you in a couple
           of days.  I'm gonna try to (UI) that other thing…(voices
           overlap)

POO-POO:   And this thing right…(voices overlap)

PUP:       …and then ah…then I'll, I'll get back with you.

CHS:       Tell me my (UI, voices overlap)

POO-POO:   Hey…Hey the same thing with this thing too carnal, in
           there, I know there's a lot of carnal's you got too and
           stuff like that, it's just us carnal, you know what I mean?

PUP:       Yeah. (UI)…

POO-POO:   That's it, I…(voices overlap)

PUP:       (UI)

POO-POO:   I don't want my name all over in there, you know what I
           mean?

PUP:       (UI, voices overlap) we've been speaking on the down low
           right now you know?

POO-POO:   I don't want my name going to STIU and the *juras* start
           fucking with me, you know what I mean?

PUP:       No, I don't think so because…like I said it's, that shit
           right here, that's on the down low.

POO-POO:   Yeah.

CRAZY:     Well good.

PUP:       Don't even, don't even think that it's not even out there

CHS:       Well good.

POO-POO:   …hey, did Crazo show you, did Crazo show you the pictures
           of that little home girl?

PUP:       No, I don't, I don't…no, I don't see that (UI) no.

GOVERNMENT EXHIBIT 335

POO-POO:    Oh man.

CHS:        Would it, would it…(voices overlap)

POO-POO:    That's just…that's just one of 'em.

PUP:        I (UI) see all that.  (voices overlap)

POO-POO:    That's just one of 'em fool.

PUP:        I, I, I can't…I, I can't see no?

POO-POO:    Yeah. (laughs)

PUP:        I can't see.

POO-POO:    Yeah.

PUP:        Hey.

POO-POO:    Yeah A, but that's what I do carnal, I go around and I find
            little, little home girls like that, little whatever homie
            and I put 'em to, you know what I mean?

PUP:        But I'm, I'm already, you already know homie there's girls
            right.

POO-POO:    (laughs) Yeah, I fuck yeah I'm trying to help you out
            brother.

PUP:        (laughs)

POO-POO:    I'm trying to help you out A.

PUP:        You gotta get it, you gotta get a little freeky deeky boy.

POO-POO:    Yep.  Hey…

PUP:        Huh?

POO-POO:    Yeah homie…

PUP:        (UI) you're around there humpin' (UI) behind Denny's
            restaurant huh?

33

```
POO-POO:    Huh?

PUP:        You're over there pounding 'em behind the Denny's
            restaurant huh?

POO-POO:    Oh hell no, hey I, I get some bad ones carnal.  There's
            some, hey, you should see out here carnal, there's some,
            some rucas and...that love gangsters and these vatos out
            here, they ain't doing it right so...you just put...

PUP:        Where, where... (UI).

POO-POO:    ...you spit a little (UI) game to 'em carnal and their down
            for whatever fool.

PUP:        Where's, where's that (UI)?

POO-POO:    Oh sh-sh-me and her are kinda not even there brother.

PUP:        You're not there with her no more?

POO-POO:    Nah, not really carnal.  All that shit last time kinda,
            you know, (UI).  You know what I mean?
```

**(END OF TRANSCRIPT)**

```
        Exh335 - DISC 6094-6127.Trans of CHS & ABaca 11-15-12-15.1168.001PL.R.txt
00001:01  CHS: I don't know if you can hear Pup.
      02  POO-POO: Alright.
      03  PUP: Poo poo
      04  POO-POO: What's up brother?
      05  PUP: Can you hear me good?
      06  POO-POO: Yeah I can hear you good enough.
      07  PUP: Alright What's, What's cracking over there?
      08  POO-POO: Cracked (UI) helping Chuco (phonetic) fix his ride A.
      09  PUP: What's wrong with his ride?
      10  POO-POO: Hey Chucs cars got four flat tires, a busted
      11  windshield, it needs a battery.  Its all (UI).  (voices overlap)
      12  PUP: Where are you fixing it up?  (voices overlap)
      13  POO-POO: But yeah, just chillin with the brother.
      14  PUP: Yeah, that's good, tell him I said (UI).
      15  POO-POO: Hey Chuc  Alright, I'm rappin to Pup, but Pup says
      16  (Spanish).  Say (Spanish), he can hear you say (Spanish).
      17  CHUCO: (UI)
      18  POO-POO: Just say (Spanish)!
      19  CHUCO: Hey (Spanish) Pup!  (UI, Spanish).
      20  PUP:  (Spanish)
      21  CHUCO: Amore my brother.
      22  PUP: Alright, amore brother.
      23  POO-POO: His chicks about to kick his ass brother.
      24  CHUCO: Come here.
      25  POO-POO: (laughs)
00002:01  PUP: What's up?
      02  POO-POO: Yeah, his chick thinks hes talking to chicks.
      03  PUP: To who?
      04  POO-POO: His chick thinks I have him over here talking to chicks
      05  on the phone.
      06  PUP: Ah (laughs).
      07  POO-POO: Yeah.  I
      08  PUP: Orale. Hey (voices overlap)
      09  POO-POO Hey now.
      10  PUP: Yeah, I was, I was tryin to get that, that thing, you know?
      11  POO-POO: Yeah.
      12  PUP: Told you I would know something today and ah they're havin a
      13  little bit of problem with that.  They wanna come up with a
      14  couple of bills.  So I, in another two days, I'm gonna try to come
      15  Up with that and get back with him, and then ah see if you can
      16  get that, know?
      17  POO-POO: Alright brother um I got a, I got, I, I came across
      18  some, some good, watch, hold on, let me close this door.  Close
      19  that door Chuco. Por favor. Yeah, hey brother, can you hear me?
      20  PUP: Yeah.
      21  POO-POO: Yeah, I came ah, alright, theres a theres a fund raiser
      22  for fallen heroes, eh?
      23  PUP: For what?
      24  POO-POO: A fund raiser for fallen heroes next week. (UI)
      25  PUP: Yeah.
00003:01  POO-POO: And ah yeah a lot of people, a lot of people are gonna
      02  be there, ah, especially people that we know I need to rap to
      03  (Spanish)
      04  PUP: Yeah.
```

Exh335 - DISC 6094-6127.Trans of CHS & ABaca 11-15-12-15.1168.001PL.R.txt
```
05  POO-POO: So next week, I'm gonna go ah
06  PUP: Okay ah next week?
07  POO-POO: Next week.
08  PUP: On ah like a, like on a weekend or what?
09  POO-POO: Ah its on Friday, but but (voices overlap)
10  PUP: Okay, cause I'm gonna need a little bit of time.
11  POO-POO: yeah, I'm not gonna (voices overlap)
12  PUP: Ill try to (UI, voices overlap)
13  POO-POO: Yeah, I want (UI, voices overlap) Washa (phonetic) I
14  don't wanna rap to nobody there because that's, that's gonna be
15  too much too much, you know what I mean?
16  PUP: Yeah.
17  POO-POO: All kinds of them fuckers will be there.  (Spanish)
18  PUP: But you don't even, you don't even wanna show your face.
19  POO-POO: Yeah, no ah I wanna go and, and see if I can follow one
20  of them fuckers, eh?
21  PUP: Okay.
22  POO-POO: Ah I'm, I'm gonna go buy one of them fuckin, you know
23  them GP-well I don't know, you havent been out here, they sell em
24  at, at Auto Zone.  they're ah(voices overlap)
25  PUP: Okay, you think ah(voices overlap)
00004:01  POO-POO: they (UI) this(voices overlap) Huh?
02  PUP: Are you gonna go check it out though?
03  POO-POO: Washa (phonetic)at Auto Zone they sell these GPS things
04  for your cars for like your kids cars.  You put em on your kids
05  car, that way when your kid splits with the car you can find em,
06  you know what I mean?
07  PUP: Yeah.
08  POO-POO: Ah they're like a hundred bucks then you, you just, they
09  just stick to their car.  I'm gonna get one of those and throw it
10  on the ride and from there, you know what I mean?
11  PUP: Yeah.
12  POO-POO: But ah next week its gonna s-I'm gonna start, I'm gonna
13  need that like, probably like next week in the middle of the
14  week some time and you told me it was up to, to me if I needed
15  anybody else carnal and I'm gonna need one or two other people.
16  Probably, I'm gonna try to keep it one, but I'm gonna need at
17  least one other person you know?
18  PUP: Okay, now you know that life is full of risks carnal and the
19  important thing is which risks youre willing to take.  You see
20  what I'm saying?
21  POO-POO: Yeah nope, I'm, I'm, Im Im gonna, if I'm gonna do it Pup,
22  I'm gonna do it right.  Youre gonna have to, to do it (voices
23  overlap)
24  PUP: Yeah, well that's, well that's
25  POO-POO: my (UI, voices overlap)
00005:01  PUP:  what I'm talkin about ah you don't wanna take no risk
02  carnal.
03  POO-POO: Yeah because yeah carnal
04  PUP: You gotta (voices overlap)
05  POO-POO: Ill, I'm gonna, I'm gonna I'm gonna lay back in the cut,
06  I'm gonna find out where they go.  I'm gonna fuckin set it up
07  where its, where they're by themselves, and I don't get seen or
08  nothing.  I need at least one other person to help me with the
```

Exh335 - DISC 6094-6127.Trans of CHS & ABaca 11-15-12-15.1168.001PL.R.txt
```
09  leg work.  We need to follow em, we need to do it right brother.
10   I'm not, I'm not about half-ass shit.  You already know I'm not
11  gonna get caught, you know what I mean?  (voices overlap)
12  PUP: (voices overlap) Okay well that sounds good.  That sounds
13  good.  that's firme right there.
14  POO-POO: So ah the only thing (voices overlap)
15  PUP: Yeah but if you (voices overlap)
16  POO-POO: I havent ran it down to him or nothing yet.  With the
17  brother Chuco (phonetic)(voices overlap)
18  PUP: (UI)
19  POO-POO: Huh?
20  PUP: I'm gonna, I'm gonna try to get that other thing alright.
21  POO-POO: Alright, I need two of em if you can brother.  Two of
22  em.
23  PUP: Two of em?
24  POO-POO: Yeah I already got, I already got some vests brother.
25  Ill send you some pictures of em if you wanna check em out.  I
00006:01  Got a vest and everything, you know.
02  PUP: Alright, I'm gonna see what I can come up with.
03  POO-POO: Alright, what did the other brother say?  They don't
04  wanna
05  PUP: What's up?
06  POO-POO: They (UI).
07  ERN: Hes talkin about Chris. Hes talkin about Chris.
08  PUP: Oh I havent, I'm, I'm gonna, I'm gonna check with him and see
09  What's up with that.  But he doesnt know nothing right?  I don't
10  want him to know nothing.
11  POO-POO: Yeah, he don't know shit d-you don't, that's why I'm
12  countin on you to hit him up and
13  PUP: Yeah and this other dude that I'm, that I'm getting at, that
14  other one fool, hes not even a carnal out here yet.  He doesnt
15  know nothing either.
16  POO-POO: Yeah.  that's better.
17  PUP: And I wanna keep it that way right.
18  POO-POO: Yeah, so that's what I was gonna tell you, youre (UI)
19  use Chris, just have him get em, don't say what they're for or
20  nothing, just tell him you need em for something.
21  PUP: Yeah that's the (UI) and they don't even need to know.
22  POO-POO: Yeah, just tell him you need em for something and,
23  and tell him Ill pick em up.
24  PUP: And I talked to (UI) I talked to Chris the other day and I
25  told him that if you ever ask him for anything for him to look
00007:01  out for you.
02  POO-POO: Yeah.  Well he already, he already does brother, you
03  know what I mean?
04  PUP: Oh okay.  But I'm gonna I'm saying that like if you go and ask
05  him whatever, but I'm gonna go ahead and try to get some feria
06  from him, so that way I can give it to that other dude so he can
07  get that, know?
08  POO-POO: Yeah.
09  PUP: Ill see, Ill ask him to try to get two see what happens from
10  there, but ah right now he, he, he says that ah that theres one
11  there, but they want a little bit of feria.  He says hes willing
12  to pitch in some feria too.  So that's even better right?
```
Page 3

Exh335 - DISC 6094-6127.Trans of CHS & ABaca 11-15-12-15.1168.001PL.R.txt

13  POO-POO: Yeah.
14  PUP: So lets do it as that.
15  POO-POO: Yeah, cause me, I'm (UI) feria (UI) you know to be
16  honest, a while back I was doing real good.  Right now I havent
17  been doing nothing, you know what I mean?
18  PUP: Yeah.
19  POO-POO: So I'm barely getting by on the feria tip.  I got more
20  time than money.  But
21  PUP: Well I know, well see what we can come up with right there
22  and ah and then theyll probably need more feria later on.
23  POO-POO: Yeah, I was gonna see if you can get a little stash of
24  feria like, like not much, just a little stash just in case, the
25  emergency fund.  Do you know what I mean?
00008:01  PUP: Yeah.
02  POO-POO: For afterwards, you know what I mean?
03  PUP: Yeah well try to, Ill try to do that.
04  POO-POO: Just in case brother, you know what I mean?
05  PUP: Yeah I know.  I know, Ill try to do that.
06  POO-POO: But I'm pretty good at my (UI), you just ah put it in my
07  hands and green light you know what I mean?
08  PUP: Yeah.
09  POO-POO: I might need your word carnal like ah like brothers out
10  here like the ones that I get, they might need to hear ah yeah,
11  listen to what this vato says, or something like that, you know
12  what I mean?
13  PUP: Wait, say it again.
14  POO-POO: I might need your word like ah a few of the carnals
15  (UI) whichever ones I, I decide to go with I might need you to
16  tell em, yeah you, you ah that that's legit, listen to what this
17  vato says or something like that, you know what I mean?
18  PUP: Yeah, but I, if you already know which one
19  POO-POO: Yeah.  Yeah I know its not (voices overlap)
20  PUP: I don't think I need to say anything, but I will.  Well the
21  thing is that I don't want(voices overlap)
22  POO-POO: its not gonna be
23  PUP: I don't want too many mother fuckers to know.
24  POO-POO: I don't want hardly anybody to know, just the ones that
25  are, you know what I mean?  But Ill, I, Ill be real careful
00009:01  about it and I wont even do that if I don't have to?  But if I
02  do need you to cosign it, you know what I mean?
03  PUP: Yeah.
04  POO-POO: Alright brother.
05  PUP: Yes, thatll be good.
06  POO-POO: Alright, then that's where were at.  Work on your end
07  brother and I got mine, you know?
08  PUP: Okay.  (voices overlap)
09  POO-POO: I'm gonna be going over there to that this, this
10  Friday next Friday, you know.
11  PUP: That sounds good.  That sounds good.
12  POO-POO: Alright brother, how are you doing?  Hey did Crazo
13  fuckin(voices overlap)
14  PUP: I got (UI) pizza.  We, we ah ordered some pizza know?
15  POO-POO: Yeah.
16  PUP: And that first Fridays Pizza, they order it every Friday.

Exh335 - DISC 6094-6127.Trans of CHS & ABaca 11-15-12-15.1168.001PL.R.txt

```
17  They (UI) to order Pizza (voices overlap)
18  POO-POO: Yeah.
19  PUP: or a hamburger and all that shit.
20  POO-POO: Yeah.
21  PUP: Yeah, and then we got us a couple of Pizzas today, you
22  know, me ah Crazo, Shadow and he got one too, and (UI) ah Spider
23  them upstairs.
24  POO-POO: Whens Ern Dog getting out?
25  PUP: Huh?
```
```
00010:01  POO-POO: Whens Ern Dog getting out?
02  PUP: Whens he getting out Crazo?
03  CHS: Ah 2017.
04  PUP: In ah, in a couple of years.
05  POO-POO: I thought that fucker should already been out A.  What
06  about you and Shadow?
07  PUP: Ah (UI, voices overlap)
08  POO-POO: What about you and Shadow, wheres he at?
09  PUP: I don't know man.  Ah talk to Ern Dog, I mean talk to
10  Ah cause this brother not here, cause it, cause he was living in
11  this cell where I was in and they kept takin him out of here,
12  I'm, I don't know what, What's up.
13  POO-POO: Yeah?
14  PUP: Yeah Crazo and them, would know a little bit more about it,
15  you know?
16  CHS: Right.
17  POO-POO: Yeah.  (UI) huh? (voices overlap)
18  PUP: I don't know What's going on, I guess hes going to court and
19  all that shit.
20  POO-POO: Oh.
21  PUP: Back and forth, back and forth to court you know.
22  POO-POO: Yeah.
23  PUP: And that's What's going on with him.  But I havent seen him.
24  I havent seen him since I got here.
25  POO-POO: Hey brother
```
```
00011:01  PUP: And then there there in three B side, they got who else
02  Crazo, they got Swamp and ah
03  CHS: Marijuano.
04  PUP: Huh?
05  CHS: Marijuano.
06  PUP: Swamp, Marijuana
07  CHS: Loco
08  PUP: Loco
09  CHS: Ah
10  PUP: JR
11  CHS: JR
12  POO-POO: Hows JR doing?
13  PUP: Hes (UI) ah going through that pedo, no.
14  POO-POO: Tripping?
15  PUP: Ah a little bit yeah.  Hes trippin out on that fuckin A and
16  E channel (voices overlap)
17  POO-POO: I (UI, voices overlap)
18  PUP: talkin about he, he did what he did (voices overlap)
19  POO-POO: I see (Spanish).
20  PUP: had to do and (UI, voices overlap)
```

Exh335 - DISC 6094-6127.Trans of CHS & ABaca 11-15-12-15.1168.001PL.R.txt

```
       21  POO-POO: I see your (Spanish) all the time, hey pobresita, I try
       22  to give her skeena (phonetic) like fuck, shes a, shes a gangster
       23  like fuck.  You know Poncha?
       24  PUP: Yeah.
       25  POO-POO: Yeah, I try to give her Skeena (phonetic), shes in
00012:01  trama, pobrestia A.
       02  PUP: Well shes (UI) huh?
       03  POO-POO: Yeah s-Ive known her since I was ten years old fool.
       04  PUP: Hey isnt she still with that vato Mike (UI)?
       05  POO-POO: Ah I don't think shes with him anymore, but shes s-yeah,
       06  once in a while shes with him.
       07  PUP: Yeah?
       08  POO-POO: Yeah.
       09  PUP: Last time I talked to her, she was with him right.
       10  POO-POO: Yeah.  Yeah that's a (voices overlap)
       11  PUP: (UI)
       12  POO-POO: that's a (voices overlap)
       13  PUP: Huh?
       14  POO-POO: that's, that's my, my ghetto mom A right there A (laughs)
       15  CHS: (UI)
       16  PUP: Oh is that right?
       17  POO-POO: When I was a little mocoso out there smoking crack,
       18  ten, eleven years old, A, she used to pick me up and take me
       19  with her A.
       20  PUP: (laughs)
       21  POO-POO: Get over here mijo, shed tell me, make me eat and shit,
       22  you know?
       23  PUP: Yeah.
       24  POO-POO: Feed me like fuck.  Hows your (Spanish)?
       25  PUP: Yeah, but he hes over there tripping out like that.  He,
00013:01  he he told the news, he told the camera that hes gonna join Isis.
       02  POO-POO: Yeah (laughs).
       03  PUP: (laughs)
       04  POO-POO: Yep.
       05  PUP: That fuckers really
       06  POO-POO: Might as well.  (voices overlap)
       07  PUP: tripping right?
       08  POO-POO: Might as well.
       09  PUP: Yeah, hes been goin all out like that, I said fuck it, you
       10  know? that (UI) you know?
       11  POO-POO: Might as well go out like the Taliban brother where its
       12  like that, you know what I mean?
       13  PUP: Yeah, that's where hes at right now I guess.
       14  POO-POO: Does he have a good attitude or a, (Spanish)?
       15  PUP: Ah so-so.
       16  POO-POO: Yeah, he better get a good one cause hes on-hes in for
       17  a ride homie, you know what I mean?
       18  PUP: Yeah this is this is two things that need to be straightened
       19  out between all of that shit, you know?
       20  POO-POO: Yeah.
       21  PUP: Or with, with him and the others, you know?
       22  POO-POO: Hopefully it gets straightened out A because them are
       23  the vatos that, you know what I mean?
       24  PUP: Yeah, but Trigger, Triggers acting all fucked up.
```

Exh335 - DISC 6094-6127.Trans of CHS & ABaca 11-15-12-15.1168.001PL.R.txt
```
        25  POO-POO: Why, What's he ah yeah.
00014:01  PUP: (UI) good.
        02  POO-POO: Yeah brother, I hate to see that kind of, I hate to see
        03  it go down like that, what happened to when fuckin everybody,
        04  that would bring em closer, now it fuckin drives em apart, you
        05  know what I mean?
        06  PUP: Hey.
        07  POO-POO: Hey.
        08  PUP: All them, all them mother fuckers are all over there on
        09  that fuckin drop out program.
        10  POO-POO: I'm tell-I'm telling you fool.
        11  PUP: A grip of them.
        12  POO-POO: I'm telling you, Ive been seeing it (laughs) remember I
        13  should be a fortune teller, every time I see you down there, I
        14  tell you and then I see you about six, seven months later and
        15  you tell me, look at all them guys in the drop out program.
        16  (laughs)
        17  PUP: Yeah they all thats crazy right.
        18  POO-POO: I'm telling you brother.
        19  PUP: They got Little Conejos over there, they got fuckin Cyclone
        20  all them fuckers that were all once fuckin causin all kinds of
        21  pedo drama like fuck.
        22  POO-POO: All the biggest mob shot callers, all the wa(voices
        23  overlap)
        24  PUP: And all these (UI, voices overlap) brothers and all that,
        25  they're all over there.
00015:01  POO-POO: All the ones causing all the confusion and chaos and all
        02  that shit skipped out.
        03  PUP: Those are the ones that are over there.
        04  POO-POO: Yep.
        05  PUP: Yeah.
        06  POO-POO: And never done nothing for anybody but cause a bunch of
        07  shit, and when (voices overlap)
        08  PUP: that's it.
        09  POO-POO: the going got the first time they got a (Spanish) they
        10  skipped out.
        11  PUP: Quicker than fuck.  Sparkys over there too.
        12  POO-POO: Yeah.  No, but then they wanna fuckin then they want a
        13  fuckin cura and they wanna fuckin ruca and they want everything
        14  you know.
        15  PUP: Yeah.
        16  POO-POO: (Spanish)
        17  PUP: A bunch of crazy shit know?
        18  POO-POO: And then you get back to the pinta, you signed up for
        19  the football team, and you get back to the pinta and they're
        20  playing tennis.
        21  PUP: (laughs)
        22  POO-POO: And they want you to play by the tennis rules, and
        23  youre like, I don't even know how to play that game, you know
        24  what I mean?
        25  PUP: I already know.  Hey What's up with Boxer out there?
00016:01  POO-POO: I don't s-I havent seen him, hey I got in a little
        02  fuckin pedo with him, argument that still he was on some fuckin
        03  bullshit that he was pulling out, you know what I mean?  I
```
Page 7

Exh335 - DISC 6094-6127.Trans of CHS & ABaca 11-15-12-15.1168.001PL.R.txt

```
04  havent seen him A. (voices overlap)
05  PUP: Yeah.  How about (UI)?
06  POO-POO: Over there at the north he fuckin did that shit carnal,
07  I swear to God he was like a ruca and it was, it was weird cause
08  you were in the middle and I didnt wanna keep on looked like
09  (Spanish) and shit, but that fucker was doing some weird shit
10  carnal.
11  PUP: I'm talkin about, What's he up to out there?
12  POO-POO: Oh hes out here, ah Chris told me that he sees him A,
13  and hes all fuckin, Suboxoned-out here and drunk and acting
14  stupid too.
15  PUP: Whos he kicking it with?
16  POO-POO: Ah, I don't know, the only place I ever hear about him
17  is from Chris, you know.
18  PUP: Oh okay.
19  POO-POO: And Chris (voices overlap)
20  PUP: What about
21  POO-POO: Huh?
22  PUP: what about ah Stoner and Jake?
23  POO-POO: Stoner, I havent seen him for a while, when I did see
24  him he was strung out.  Jake's in school, you know.
25  PUP: Yeah.
00017:01  POO-POO: Jakes doing good.  Hes in school chilling.
02  PUP: And (UI)?
03  POO-POO: Fuckin Stoner tried to tell Jake ah lets tell Mario he
04  has to kick in.  (laughs)
05  PUP: Yeah, but don't believe, don't believe everything Jake tells
06  you because Jake just tried to get in the car.
07  POO-POO: No, Jakes already in the car, I used to hook him up
08  like fuck, but Ive known Jake a long time, you know.
09  PUP: Yeah but hes been tryin to get in just to so he can get
10  something from you or from Chris.
11  POO-POO: Yeah I give him, I used to give him every day for free
12  anyway.
13  PUP: Okay, now how about
14  POO-POO: Yeah, no he (voices overlap) he didnt have no reason to
15  lie like that, you know what I mean?
16  PUP: Okay, if ah that's the case and um, and Stoner comes around
17  you with some bullshit like that, fuckin just, were gonna blast
18  his ass.
19  POO-POO: Oh I already know, I already, I told Jake I told Jake
20  well next time he says that, tell him ah call me and Ill go over
21  there and tell him, Ill, Ill tell him here it is, come and get
22  it, you know what I mean?
23  PUP: Yeah.
24  POO-POO: Come and get it.
25  PUP: And the same thing (voices overlap)
00018:01  POO-POO: (UI) like Stoner brother, people cant pull that shit
02  out here, they, you know what I mean?
03  PUP: And the same thing with Boxer.  If he starts coming at you
04  on the ugly side like that, wanting to fuckin box or whatever
05  the fuck, just go ahead and fuckin smash him or whatever.
06  POO-POO: Hey brother, you already know I, you know what I mean?
07  Remember a long time ago
```

Exh335 - DISC 6094-6127.Trans of CHS & ABaca 11-15-12-15.1168.001PL.R.txt

```
08  PUP: I know, (UI, voices overlap)
09  POO-POO: reme-remember a long time ago(voices overlap)
10  PUP: What about Shine-Shine?  (voices overlap)
11  POO-POO: remember a long time ago I told you what I was gonna do
12  to Arturo, and you told me well you aint gonna tell anybody,
13  just do it?
14  PUP: Hey wheres Shine-Shine?
15  POO-POO: He, I havent seen him in, since his mom died brother.
16  PUP: Yeah?
17  POO-POO: Yeah, I know he took it rough, I don't know.
18  PUP: Yeah.  See if you can get a hold of him and see where hes
19  at.
20  POO-POO: Alright.  I know that hes(voices overlap)
21  PUP: See if he (UI) tryin to get together, and start fucking at
22  least ah establishing some type of relationship over again.
23  POO-POO: I'm telling you Shine-Shine hey hes a not, not in a bad
24  way carnal, I, I think hes had it with all the fuckin, he said,
25  she said, (UI)this and that, its a good carnal like fuck but he
00019:01  don't want nothing to do with any, anything brother.
02  PUP: Well them brothers don't wanna do with nothing with
03  anything, and then they wanna contribute with no feria(voices
04  overlap)
05  POO-POO: But its not(voices overlap)
06  PUP: to help brothers out or nothing, (Spanish) with them
07  fuckers afterwards, you know what I'm saying?
08  POO-POO: Yeah, but check it out carnal some of em some of em have
09  been through the ringer with this (UI) with Arturo and and all
10  these different tablas carnal, all these vatos that have let him
11  down and put different rules on em, and theyve seen em do all
12  this shady shit, that's why they have that fuckin mentality
13  carnal.  they're not
14  PUP: Well they didnt have to be like that.  Tell him its not
15  even like that no more.
16  POO-POO: Yeah, weve gotta show him, you know what I mean?
17  PUP: Tell him that, tell him its not even like that.  Its not
18  all about that, and its not about fucking just sending us clavo,
19  and all that, were not even asking for shit like that.  What
20  were asking is that true brothers get out there and start
21  establishing a better relationship with each other, and start
22  doing things that true brothers need to do out there, helping
23  each other and give each other squina and doing What's right for
24  the ranfla.
25  POO-POO: Eso (phonetic), Eso, that's what they need to hear.
00020:01  that's(voices overlap)
02  PUP: (UI) can deal with all the problems that, that, that he had
03  with other mother fuckin leaders out there fuckin put them
04  fuckers on blast.  Dont be blasting each other.
05  POO-POO: Yep, that's what they need to hear brother, that's what
06  they need to see, they need to
07  PUP: Which ever that don't wanna get with the program then those
08  are the ones that need to be blasted.
09  POO-POO: Yeah, I know but Shawn would never go to the program.
10  Hell never do that.  But he, he don't, he aint he aint gonna sit
11  there and listen to the propaganda and
```

Exh335 - DISC 6094-6127.Trans of CHS & ABaca 11-15-12-15.1168.001PL.R.txt

```
12  PUP: No, no, no, were not even about that.  It, its not about
13  Arturo, its not about none of that shit.
14  POO-POO: I know brother, but, I know, I know what youre about.
15  But a lot of people are already ha-had it with that, you know
16  what I mean?  A lot of people have been through the ringer with
17  that shit carnal.  I got back Pup, and vatos were calling me a
18  rat and that (UI), even that's just my pedo.  Shine-Shine and all
19  them there, had their own (UI), and theyve seen it happen a
20  million times to good brothers and then it turns out that the
21  vato that's spreading the rumors goes to the program or
22  something, you know what I mean?
23  PUP: Well that's what it is, they just wanna spread rumors, they
24  just wanna try to cross brothers out over some stupid ass shit
25  because they told (voices overlap)
00021:01  POO-POO: And they're tired.
02  PUP: they cant deal with how to change (UI).  (voices overlap)
03  POO-POO: they're tired of (UI) that bond that, that theyre losing
04  all amore, their, their, their cortas (phonetic) still on the
05  right place(voices overlap)
06  PUP: (UI) thats the way they do it right?
07  POO-POO: Their cortas still on the right place, they're just
08  loos (voices overlap)
09  PUP: (UI) a little baby and cry about all that shit.  Cry about
10  little things they have or the (UI) brother and all that wanna
11  get other brothers to back em up and do all that fuckin petty
12  ass bull, that juvenile shit that goes on between them, you
13  know?  (voices overlap)
14  POO-POO: But that's what (voices overlap)
15  PUP: that's what, that's what it is.
16  POO-POO: that's what that's why they think (UI) but(voices
17  overlap)
18  PUP: Fuck all that bullshit A.  (voices overlap) If brothers
19  wanna be acting all like fucking sissys like that blast them
20  fuckers.  Smash them mother fuckers, you know/  If they don't
21  wanna be(voices overlap)
22  POO-POO: I agree one hundred(voices overlap)
23  PUP: with (UI)smash the mother fucker.
24  POO-POO: One hundred percent brother, I hear you.  I hear you.
25  (voices overlap)
00022:01  PUP: And that shit about them just fucking talking about they're
02  only gonna fuck with that one brother out there on the street,
03  that's because that brothers out there holding.  that's the only
04  reason they're there, just so they can get high and shit.  Fuck
05  that shit.  (voices overlap)
06  POO-POO: Yep.
07  PUP: Cut them fuckers off, you know?
08  POO-POO: Take it.  Go get it.  (UI).  get it.  Why are you gonna
09  let a (UI) have power just cause you got clavo, go get it.
10  PUP: If they're not willing to make feria and to fuckin look out
11  for each other like that, and, and, and, and for, for all of you
12  guys that are out there in Burque right now, you guys should all
13  be on the same page.  All be fuckin talking to each other,
14  fuckin meeting once in a while, and taking care of each other
15  out there.  Like youre helping the carnal, Chuco right now with
```

Page 10

Exh335 - DISC 6094-6127.Trans of CHS & ABaca 11-15-12-15.1168.001PL.R.txt

```
16  his ride thats(voices overlap)
17  POO-POO: Yep.
18  PUP: a good thing carnal.  Brothers we should all be doing shit
19  like that, you know what I'm saying?
20  POO-POO: Yeah well(voices overlap)
21  PUP: And in the meantime, when you have a fucking hater that
22  needs to be dealt with, and fucking, and, and, and you brothers
23  discuss who in the fuck is hating out there, who needs to be
24  handled, handle that shit.  Maybe if you don't have to do it, but
25  get it done.  Theres a lot of little homies that look up to you
00023:01  brothers out there.
02  POO-POO: Yep.  Yeah, I know how to(voices overlap)
03  PUP: And there (UI) to be (UI, voices overlap)
04  POO-POO: I know how to do mine carnal like, I do a lot separate
05  from the onda, because its been, the games been dirty brother,
06  its been dirty.  I know how to do mine.  I bring something to
07  the table carnal.  Ive never been one that, that comes to the
08  onda asking for something.  I always have.  I always bring
09  something carnal.  That-once in a while Ive been down and out,
10  but for the most part I bring.
11  PUP: And you got, you can get yourself a little crew out there
12  with this little homie.  Them little tiny homies out there
13  fourteen, fifteen, sixteen years old, seventeen, whatever and
14  they look up to you.  They might know you from your ruca, or
15  from primos, or whatever, them little fuckers look up to you,
16  you can fuckin, if they're out there doing burglaries and doing
17  all kinds of shit, fuckin tell, Look, I know(voices overlap)
18  POO-POO: Yeah
19  PUP: where you can get rid of this shit.  And do them right,
20  don't do em wrong.  Si me entiendes?
21  POO-POO: that's what I do.  I just do it with them straight up.
22  (voices overlap)
23  PUP: And get yourself a little crew together like that, build
24  that fuckin relationship with them, that way theyll always be
25  respeto, and, and the future to come, and at the same
00024:01  time hey when the jale needs to be done, them little homies are
02  right there to fuckin do it.  And they wont even, they wont even
03  that, they wont even fuckin ask why.  Just fuckin, they do it,
04  and look out for (UI) or whatever so they can party with their
05  little, other little homies in the neighborhood right?
06  POO-POO: Hey, that's the way I do it brother, I'm, I'm already Im
07  already on that page.  that's why I said, I do a lot of things
08  separate from the brothers cause cause its dirty around here
09  carnal.  I, II get other people that, that, I get rucas that are
10  down, ah homies that are down, you know what I mean?
11  PUP: Yeah.
12  POO-POO: And, and I do it like that brother, and I deal with
13  them straight up.  I do em right.  I, I fuckin cause theres money
14  to be made brother if you could, you could do em right and still
15  make a fuckin killing off of them, you know what I mean?
16  (voices overlap)
17  PUP: (UI, voices overlap) give em (UI)(voices overlap)
18  POO-POO: And theyll be happier then fuck with what you sold em
19  or what you gave em.  You know what I mean?  But yeah.
```

Exh335 - DISC 6094-6127.Trans of CHS & ABaca 11-15-12-15.1168.001PL.R.txt

```
     20  PUP: But (UI, voices overlap) Try to holler at all the brothers,
     21  and, and, and let them know. I mean were, were getting our shit
     22  right in here.
     23  POO-POO: Who do you have faith out here brother?
     24  PUP: (UI, voices overlap)
     25  POO-POO: Who(voices overlap)
00025:01  PUP: Were getting our shit right in here.  Brothers need to get
     02  their shit right out there.
     03  POO-POO: Who do you have faith in out here brother?  Who whos out
     04  here that you have faith in that's worth reaching out to?
     05  PUP:   Shawn-Shawn (phonetic)
     06  POO-POO:  Okay.
     07  PUP: Okay, now theres another brother, I forget his ah okay.
     08  What's up with Weasel and them.
     09  POO-POO: Weasel and them are good brother ah they're around, I, I
     10  havent seen em, but Weasel, that's my dog like fuck.  Hes good.
     11  PUP: that's good.  Holler talk to Weasel.  Talk to Weasel, get
     12  him, get him there.  Start communicating again.  Start fuckin
     13  living a, a strong relationship.
     14  POO-POO: I got a strong relationship with Weasel.  I could not
     15  see him in ten years and that's still my brother, me and him are
     16  on the same page like fuck, we, we, you know what I mean?
     17  PUP: Alright then, start reaching out to him.  that's the
     18  problem, the brothers aint reaching out to each other out there.
     19   You need to, right?
     20  POO-POO: Well give me, give me ah, a, a, a list carnal of, of
     21  vatos that you have a smigit of hope in that are worth reaching
     22  out to, and Ill start goin in and Ill seeing what they're up to,
     23  and Ill start reaching out a hand to them and see how they act,
     24  you know what I mean?
     25  PUP: Yeah and you talk to Shawn-Shawn, and see where hes at.
00026:01  Try to get him off whatever viajes hes on.  Tell him this aint
     02  no Arturo shit.  This aint no Styx (UI), and this aint all that
     03  fuckin crazy ass bullshit, you know?
     04  POO-POO: (UI) hater shit allowed here.
     05  PUP: You know what, were, were starting over carnal, were
     06  getting rid of all that fuckin bullshit, and the ones that are
     07  dropping out - that's even better for us.  We get to see whos who
     08  and all that, you know?
     09  POO-POO: Remember when I came to the pinta carnal you couldnt even
     10  a carnal couldnt call somebody a rat unless they had paperwork.
     11  (voices overlap)
     12  PUP: They didnt even talk like that.  that's the, that, but its
     13  gotten to the point where that's where its at now, where(voices
     14  overlap)
     15  POO-POO: And then, washa (phonetic) carnal, much less(voices
     16  overlap)
     17  PUP: (UI) a lot of people (UI), a lot of people (UI)another ah,
     18  ah(voices overlap) you just don't see people in general(voices
     19  overlap)
     20  POO-POO: Waswasha carnal brother(voices overlap)
     21  PUP: all that type of shit and, and brothers would talk on the
     22  side, and whisper and then poke fucking cockroaches in other
     23  brothers ear(voices overlap)
```

Exh335 - DISC 6094-6127.Trans of CHS & ABaca 11-15-12-15.1168.001PL.R.txt
```
        24  POO-POO: Washa (phonetic) brother
        25  PUP: not (UI), or just assuming that that's what it is, or, or
00027:01    fucking going off of shit that somebody says, and twisting it
        02  up, at-all that, all that still, is, is still there.  But
        03  (voices overlap)
        04  POO-POO: Washa (phonetic) brother
        05  PUP: were starting to identify that shit, you know?
        06  POO-POO: Washa (phonetic) brother
        07  PUP: Were starting to (UI) What's creating the problem.
        08  POO-POO: Washa (phonetic) carnal.
        09  PUP: that's what creates the fuckin problem.  And that's because a
        10  brother hasnt been schooled right and he, and he fucking wants
        11  to keep on fuckin doin that shit, well eventually hes gonna get
        12  touched.  that's all there is to it.  If he wants to keep doing
        13  that, and we see that its been a pattern for that brother, who
        14  evers doing it for a while now, and we see that hes obviously
        15  (UI) to be the one that's having problems with other brother well
        16  deal with that fucker in here, you know?
        17  POO-POO: Washa (phonetic) carnal.  We don't need a bunch of new
        18  rules, we just need the old ones.  Alright check it out much less
        19  a carnal, if you call the carnal a rat, then you better have
        20  that paperwork or its your fuckin ass.  Why don't we just start
        21  doing that again carnal?  We know whos
        22  PUP: Well that's (UI) rule.  (voices overlap)
        23  POO-POO: Check it out theres vatos in the, in the (Spanish) that
        24  have been around ten, fifteen years have been in the mix, and
        25  somebody calls em a rat, and they're on, they're, they're exiled
00028:01    carnal.  And theyve been around, and nobody has
        02  PUP: (UI, voices overlap)
        03  POO-POO: nobody has a scrap of paperwork on em, nobody can point
        04  and say this is what he told on.  Nobody can say nothing like
        05  that carnal.  So them vatos they need to be showin up carnal,
        06  cause who wants to be in the m-circle of c-who wants to sit in
        07  the circle of killers that you don't trust, you know what I mean?
        08  PUP: Yeah, yeah, but were on that now.  Ah as a matter of fact I
        09  was on that when I was in Cruces, was with fuckin Cyclone was
        10  tryin to put a rat jacket on fucking Enrique Roybal and then we
        11  fuckin, and then, and then ah they're, some of the brothers were
        12  like well fuck it, let Cyclone hit him if like Cyclones the ones
        13  calling him a rat and this and that.  Fuck, I was like what the
        14  fuck?  What are you talking about, let Cyclone hit him?  If
        15  Cyclone hasnt even pulled out my paperwork on him, so why in the
        16  fuck should we let Cyclone hit him?  If anything itll be Enrique
        17  hitting fucking Cyclone.  You know what I'm saying?
        18  POO-POO: Yeah or give em, or give em both (UI, voices overlap)
        19  PUP: (UI)
        20  POO-POO: You wanna open your mouth before you have the
        21  paperwork you wanna open your mouth before you have the
        22  paperwork, heres Enrique, and Enrique ah, Cyclone said you were
        23  a rat.  Heres the ferio heres the ferio, fuck you guys, go to
        24  the room.  You know what I mean?
        25  PUP: Yeah, that's, that's, that's all gonna be looked at.  that's
00029:01    all, its, its, its gonna be okay carnal and at the same
        02  time (voices overlap)
```

Exh335 - DISC 6094-6127.Trans of CHS & ABaca 11-15-12-15.1168.001PL.R.txt

```
03  POO-POO: And they still, and they still after that it doesnt
04  just die right there.  Alright, and, and lets say
05  PUP: (UI) and were having to deal with right now is this mother
06  fuckin STIU.  He fuckin twists this shit up and, and, and
07  brothers are believing that shit.  that's the problem right now.
08  POO-POO: Yeah, what are they what are (voices overlap)
09  PUP: (UI)that are fucking (UI) side of a jura, and the jura say,
10  you know?
11  POO-POO: What are these Chri oh the juras are going there
12  saying(voices overlap)
13  PUP: They don't understand, they don't understand that the juras
14  are fucking creating wedges between us and fucking causing all
15  kinds of (UI).  They don't even understand that but thatll get
16  dealt with too.
17  POO-POO: Divide and conquer us but thats the first fuckin yeah.
18  Yeah brother, that's the one thing
19  PUP: Well that (UI, voices overlap) said that?  They believe
20  everything that the jura writes or reports.  They go off on all
21  that shit, no?
22  POO-POO: that's one thing carnal ah (voices overlap)
23  PUP: Fuck all that (UI) crazy ass shit.  that's that Springer
24  shit, that's that, that's that juvenile shit, what they havent
25  learned yet, no?
00030:01  POO-POO: Yeah, how hard could, how hard could (UI, voices
02  overlap)
03  PUP: (UI, voices overlap)the mob, fuckin talking all kinds of
04  shit.  But
05  POO-POO: How I feel, (UI) ride and die for somebody carnal that
06  doesnt even fuckin that all it takes, all it takes is a rumor,
07  and a la verga.
08  PUP: that's what it is.  And thats (voices overlap)
09  POO-POO: How (UI)
10  PUP: what were gonna try to stop.  Were gonna identify(voices
11  overlap)
12  POO-POO: Yeah.
13  PUP: who are the ones doing it.
14  POO-POO: How (UI) show up to the pinta
15  PUP: And (UI) fucking history of gossiping like that
16  POO-POO: Hey carnal (voices overlap)
17  PUP: tryin to cross brothers out and doing all that.  Well see
18  who they are.  (voices overlap)
19  POO-POO: hey how about this brother.
20  PUP: I'm here now.  (voices overlap) Ill fuckin (UI) that shit.
21  POO-POO: Think of it (voices overlap)
22  PUP: (UI, voices overlap)
23  POO-POO: Think of this carnal, how am I gonna (voices overlap)
24  PUP: this and that.  Ill pack a (UI) just like them other mother
25  fucker right?
00031:01  POO-POO: Think of this carnal, how am I gonna be able to (UI)
02  and I never even heard of?  Gonna fuckin be ah telling me, (UI)
03  telling me this and that and all, you know what I mean?
04  PUP: Yeah.
05  POO-POO: You gotta think about stuff like that carnal cause
06  that's What's picking this one apart but(voices overlap)
```

Page 14

Exh335 - DISC 6094-6127.Trans of CHS & ABaca 11-15-12-15.1168.001PL.R.txt

```
07  PUP: Well believe me, I'm on it.  I think of all that.
08  POO-POO: I told you brother when we were at the North, I got
09  your back.
10  PUP: I think of all that (UI, voices overlap)
11  POO-POO: I (UI), I got your back your back for shit like this
12  brother.  (voices overlap)
13  PUP: do that in here.  And ah out there, you guys just stay
14  focused on want it to be done out there, no?
15  POO-POO: I know your hearts in the right place carnal and, and
16  ah theres a mess going on and I, I, if you, you, youre willing
17  to put up with the headache and get it back, then I'm willing to
18  help you, you know what I mean?
19  PUP: Well I'm tryin to, I'm tryin to fuckin, I'm still, I'm still
20  fuckin observing.  You already know how I observe, and Ill be
21  quiet until the time comes.  I'm observing, I'm seeing where
22  everyones at.  And seeing how they're acting and woo-woow-woo,
23  which are the bitter ones, and why they're acting bitter, if its
24  a personal, or what-ever, ever, and all kinds of shit, but I'm on
25  it carnal, don't even trip.
00032:01  POO-POO: Yep.  Cause nobodys perfect they a(voices overlap)
02  PUP:  And just cause I don't say nothing believe me, I'm on it.
03  POO-POO: These vatos turn, it turned into like a popularity
04  contest while you were gone carnal, it doesnt matter.
05  PUP: Well that's what it is, a popularity contest.  Everybody
06  wants to be popular and then they wanna take other brothers and
07  turn em against other brothers and doing all kinds of shit by
08  running their mouth, no?
09  POO-POO: Yeah survivor (Spanish), they watch TV and they got
10  this (UI) from Survivor.
11  PUP: I know, that's what were on right now were just tryin to
12  fuckin take all that stupid shit away and take the fuckin
13  POO-POO: (UI)
14  PUP: (UI) and all that bullshit and, and, and, and make
15  brothers realize that these fuckin juras, these STIU and Central
16  Office are on a mission to try to fuckin create a bunch of pedo, no?
17  POO-POO: Yeah, cause Ill go the extra mile for a brother Ill go
18  for an extra, the extra mile for a brother that's worth it
19  carnal.  Ill overlook a lot.  A lot can be forgiven except for
20  certain things, you know, so you
21  PUP: Yeah, (UI) have to be the one (voices overlap)
22  POO-POO: you, if you can brother
23  PUP: (UI, voices overlap)
24  POO-POO: if you can that would help me out a lot out here, if
25  you could get a list of brothers that you have ah, ah, a little
00033:01  bit of hope or faith or whatever, for me to go check em out.
02  And Ill just go reach out to em brother.  Just go and see what
03  they're about, see what they're up to, see where their minds at,
04  and see if I cant pull em in, you know what I mean?
05  PUP: Okay, talk to them, talk to em about, you know, you
06  brothers doing, getting together out there, and this and that.
07  Now as far as this pedo, that, that, that, that ah (voices
08  overlap)
09  POO-POO: Yeah, no, this is this is something else, yeah.
10  PUP: (UI) what I'm talking to you about now?
```

Exh335 - DISC 6094-6127.Trans of CHS & ABaca 11-15-12-15.1168.001PL.R.txt

```
    11  POO-POO: Yeah, that's something else.
    12  PUP: that's something else, keep that, keep that down thought
    13  alright?
    14  POO-POO: Come on brother.
    15  PUP: Alright, alright, alright.
    16  POO-POO: (laughs) Brother brother
    17  PUP: Is this (UI)?
    18  POO-POO: Pup.
    19  PUP: I want you to find out where every bodys at out there.
    20  POO-POO: that's what I'm telling you.  that's what I'm telling you.
    21  (voices overlap)
    22  PUP: And don't hesitate to call.  (voices overlap) Dont hesitate
    23  to call them up and get their numbers and see where they're at
    24  and all that.  Just, so that way you can let me know where every
    25  bodys at out there, and then Ill fuckin let you know which ones
00034:01  to holler at and shit.
    02  POO-POO: Alright brother.
    03  PUP: Right now we don't even know who all is out there.
    04  POO-POO: that's what I'm saying, I don't know whos out here either
    05  brother.  You know what I mean?  I, I, the way I do my (Spanish)
    06  carnal I hit the war zone, I meet all kinds of youngsters from
    07  everywhere, and I do my thing.  I treat em good like I said and,
    08  and I put little, little crews together, temporary crews.  Hey,
    09  Ill meet, Ill, Ill go to a crack house, a meth house
    10  somewhere and where they're doing things, and Ill go in there and,
    11  and Ill have a sack, and Ill start selling em dope, and Ill give
    12  em good prices, and Ill help em out
    13  PUP: Hold up, hold up (UI)
    14  CHS: Nah, were good.
    15  PUP: (UI)
    16  CHS: (UI)(pause)
    17  PUP: Hey
    18  POO-POO: Hey.
    19  PUP: (UI) here?
    20  PUP: Naw were good.
    21  CHS: (UI)
    22  PUP: No.  No were good.
    23  CHS: Hey, just holler at him.
    24  PUP: Go ahead.
    25  CHS: Holler at him.
00035:01  PUP: There aint nobody in here.  (laughs)
    02  CHS: I know, but holler at him.
    03  PUP: Huh?
    04  CHS: Holler, holler at him.  Just holler at him, I'm already
    05  done.
    06  POO-POO: Alright, hey, well Ill let you go Pup.
    07  CHS: Hey carnal.
    08  POO-POO: Hey.
    09  CHS: Can you hear me?
    10  POO-POO: (UI).
    11  CHS: Yeah, he can hear you.
    12  POO-POO: Yeah, no go ahead and kick it Pup if youre tired or
    13  whatever dog.
    14  PUP: Hey carnal, no I'm just saying, I thought somebody was
```

Exh335 - DISC 6094-6127.Trans of CHS & ABaca 11-15-12-15.1168.001PL.R.txt

```
15  coming in.
16  CHS: No.  (voices overlap)
17  PUP: I was just saying carnal that, you guys do what you guys
18  have to do out there, try to get everybody to see where they're
19  at and then let me know what they're talkin about, alright?
20  POO-POO: Yeah, Ill let you know brother, just ah, yeah.
21  PUP: Let me know. I'm gonna try to get back with you in a couple
22  of days. I'm gonna try to (UI) that other thing(voices overlap)
23  POO-POO: And this thing right(voices overlap)
24  PUP: and then ah then Ill, Ill get back with you.
25  CHS: Tell me my (UI, voices overlap)
00036:01  POO-POO: Hey Hey the same thing with this thing too carnal, in
02  there, I know theres a lot of carnals you got too and stuff like
03  that, its just us carnal, you know what I mean?
04  PUP: Yeah. (UI)
05  POO-POO: that's it, I(voices overlap)
06  PUP: (UI)
07  POO-POO: I don't want my name all over in there, you know what I
08  mean?
09  PUP: (UI, voices overlap) weve been speaking on the down low
10  right now you know?
11  POO-POO: I don't want my name going to STIU and the juras start
12  fucking with me, you know what I mean?
13  PUP: No, I don't think so because like I said its, that shit right
14  here, that's on the down low.
15  POO-POO: Yeah.
16  CRAZY: Well good.
17  PUP: Dont even, don't even think that its not even out there
18  CHS: Well good.
19  POO-POO: hey, did Crazo show you, did Crazo show you the
20  pictures of that little home girl?
21  PUP: No, I don't, I don't no, I don't see that (UI) no.
22  POO-POO: Oh man.
23  CHS: Would it, would it (voices overlap)
24  POO-POO: that's just thats just one of em.
25  PUP: I (UI) see all that.  (voices overlap)
00037:01  POO-POO: that's just one of em fool.
02  PUP: I, I, I cant I, I cant see no?
03  POO-POO: Yeah. (laughs)
04  PUP: I cant see.
05  POO-POO: Yeah.
06  PUP: Hey.
07  POO-POO: Yeah A, but that's what I do carnal, I go around and I
08  find little, little home girls like that, little whatever homie
09  and I put em to, you know what I mean?
10  PUP: But I'm, I'm already, you already know homie theres girls
11  right.
12  POO-POO: (laughs) Yeah, I fuck yeah I'm tryin to help you out
13  brother.
14  PUP: (laughs)
15  POO-POO: I'm tryin to help you out A.
16  PUP: You gotta get it, you gotta get a little freeky deeky boy.
17  POO-POO: Yep.  Hey
18  PUP: Huh?
```

Exh335 - DISC 6094-6127.Trans of CHS & ABaca 11-15-12-15.1168.001PL.R.txt

```
        19  POO-POO: Yeah homie
        20  PUP: (UI) youre around there humpin (UI) behind Dennys
        21  restaurant huh?
        22  POO-POO: Huh?
        23  PUP: Youre over there pounding em behind the Dennys restaurant huh?
        24  POO-POO: Oh hell no, hey I, I get some bad ones carnal.  Theres
        25  some, hey, you should see out here carnal, theres some, some
00038:01  rucas and that love gangsters and these vatos out here, they aint
        02  doing it right so you just put
        03  PUP: Where, where (UI).
        04  POO-POO: you spit a little (UI) game to em carnal and their down
        05  for whatever fool.
        06  PUP: Wheres, wheres that (UI)?
        07  POO-POO: Oh sh-sh-me and her are kinda not even there brother.
        08  PUP: Youre not there with her no more?
        09  POO-POO: Nah, not really carnal.  All that shit last time kinda,
        10  .
        11  .
        12  .
        13  .
        10  you know, (UI).  You know what I mean?
        11  (END OF TRANSCRIPT)
        12  .
        13  .
        14  .
        15  .
```