```
               Federal Bureau of Investigation
                  Albuquerque Field Division
```

Case number                    281D-AQ-6239655

Date of recording              11/1x/2015

Participant                    Mario Rodriguez "Blue" – Rodriguez

                               Anthony Ray Baca "Blue" - Baca



Transcribed by                 JAK

Date transcribed               01/04/2016


Notations                      Unintelligible = (UI)


**The following transcript has been compared to the audio recording from which it was made, and to the best of my ability, the transcript is a true, complete, and accurate record of the recording.**
  __SA T. Neale_____

1

PUP:     …you said 2011.

BLUE:    I think that, I think that Javier's gonna be (UI), as long as (UI) already (UI) and…they're gonna say that… they found out, and then…that's why it happened, know?

PUP:     But Javier wasn't even at the south.

BLUE:    (UI) this is 2011 dog.

PUP:     Yeah, I know.

BLUE:    Um…

PUP:     In 2011, he wasn't at the south.  (voices in background)

BLUE:    CH number 15 from 3/24/11.

PUP:     Yeah.

BLUE:    Ah, CI number 93, 97, 98, and 99.

PUP:     Yeah, those are all the CIs in Cruces.  He wasn't even in Cruces.

BLUE:    Yeah he was cause they, they even put a picture of me and him together.

PUP:     No, that picture was taken in 19…I mean (Spanish)…that picture was taken in two thousand ah thirteen.  (voices in background)

BLUE:    I don't know dog.

PUP:     In that picture, in that picture there's Red in there…

BLUE:    Yeah, yeah, I got it.

PUP:     …there's Dan Dan…there's all of us.  That's 2013. (voices overlap)

BLUE:    (UI) You have that picture…of everybody, everybody, their names and nicknames on 'em…and then they, in the next picture they have Javier in the middle.

2

PUP:      Oh I don't know, well who's in the picture?

BLUE:     All these guys.  It's, it's the same people.  It's just you and Javier changed places.

PUP:      Oh yeah because the one-cause one of 'em was his pictures.

BLUE:     Yep.

PUP:      Yeah.  One is, one was his picture…and one was for mine, right?  Now…now those pictures, those were taken in 2013, when I went back to Cruces.

BLUE:     Oh well for some reason they just put it in my cage.

PUP:      That's, that's kinda good that they're doing that.

BLUE:     (UI).

PUP:      Why not?

BLUE:     Orale, (UI) because they're gonna try to say that…

PUP:      No, the evidence, the evidence will show that the 2011, he wasn't even there.

BLUE:     What (UI)?

PUP:      I don't know.  Remember, I came back in 2011?

BLUE:     Yeah, I remember.

PUP:      And I asked you who was all at the south?

BLUE:     Right.

PUP:      That got interviewed and shit…

BLUE:     Yeah, I was only there for…

PUP:      Yeah, Javier wasn't there.

BLUE:     Why would they fuckin' put that in there then?

PUP:      I don't know.

BLUE:      It has the whole petition in there.

PUP:       The appeal.

BLUE:      No, the petition for Anthony Baca ah it was related to the CI information STIU (UI) interviews and (UI) placement.

PUP:       Oh okay.

BLUE:      Ah um…and then it has where everyone signed it.

PUP:       What date is that?

BLUE:      Um…it doesn't have a date on it.  Ah March (UI) of 2011.

PUP:       The date's on there?  There should always be a date on there.

BLUE:      There's no date on it, but it's just two pages (UI)…

PUP:       Then they took the date off.

BLUE:      (UI)…because look, in, in the pictures…

PUP:       Yeah.

BLUE:      …there's…it's 1-AB pod and then it has a date over there, July 27, 13.

PUP:       Yeah, that's 2013.

BLUE:      But yeah, yeah, but nothing else is underlined, no?

PUP:       Yeah, that's May, May of 2013.  They locked me up in June…of 2013.  He was there, he was never there in 2011.

BLUE:      I don't know what the fuck the DA's doing you know?

PUP:       So that petition, oh they don't, they don't have nothing, that's what I'm saying.  That's good for you because that goes to show they're trying to get anything they can to try to build something, and it's gonna be thrown in their face because it doesn't, it doesn't even exist, you know what I'm saying?  He wasn't, he wasn't there in 2011.

BLUE:       Who's the FBI Special Agent L R?

PUP:        That's Lance Roundy.

BLUE:       Well that's the same one.

PUP:        That's the mother fucker that says that he received confidential information from the streets where he called central office.  Now, they confiscated that paper from me, my placement form…

BLUE:       Yeah.

PUP:        Yeah, they confiscated it.  Because I was writing down little notes in there like who…

BLUE:       Yeah, you showed me that.

PUP:        …at the south could have been saying this or who was this and that and I put all that in there right?  And ah…they, they can, they can try to use that, but it doesn't relate to him, to Javier, it doesn't relate to you, it doesn't relate to nothing.  That was in 2011.

BLUE:       I think they're trying to build this up as a organized (UI) by (UI)…um…

PUP:        Yeah but why haven't, we haven't been hit with no organized shit.

BLUE:       No, but they're, they're trying to make things seem like you know the org, like ah, like a…like a main hit right?

PUP:        Yeah.

BLUE:       And, and this petition, they're gonna say look, these guys taking over to the (UI) power, know?

PUP:        Yeah.

BLUE:       And, and that, that, they're gonna try to say that I take things from you…I don't know what they're gonna say dog, but it's fuckin'…rubbing me the wrong way though.  Huh?

PUP:        It could be used in a good way…as evidence, as evidence for you, it could be used in a good way.  That's what I'm

|   |   |
|---|---|
|   | saying.  Because…there's nothing in relation to that vato.  (voices in background) |
| BLUE: | These are the same Montoya. |
| PUP: | That's ah Wicked. |
| BLUE: | Oh, that's who that mother fucker (UI)… |
| PUP: | What does it say about him? |
| BLUE: | (UI)…(voices in background)…(UI) you have a copy of this right? |
| PUP: | The petition?  No. |
| BLUE: | You don't? |
| PUP: | Nah huh. |
| BLUE: | The three (UI) signed? |
| PUP: | Yeah.  Yeah but he's not…his name doesn't even come up on there.  His name just comes up in the, in the… |
| BLUE: | Who wrote this, you? |
| PUP: | I don't know if it was me or Baby G and them. |
| BLUE: | Cause I know your handwriting, and, and it's (UI), but I don't know. |
| PUP: | I don't remember. |
| BLUE: | Or (UI) do it. |
| PUP: | I don't remember. |
| BLUE: | (UI) cause it talked about Jose Montoya ah…cause I don't want him to kill him, (UI) talk to. |
| PUP: | Oh no, that was the CI informant saying that. |
| BLUE: | Well yeah, but they (stutters) that has it in the petition, no? |

6

PUP:       In the petition?

BLUE:      (UI) watch ah…I guess, I guess what I, I, because what I get from him is if…whether you or G wrote this, whoever wrote it is, is going off the CIs (UI) in (UI) predator, no?  You know what I'm saying?

PUP:       Yeah.

BLUE:      Because it says um…that Jose Montoya is going to be killed while inmate, and it says your name, (UI) and it asks 'em to reduce it an assault.  He has caused problems between Baca and other SNM members.

PUP:       Yeah that's, that was, that was one of you-that's ah…that's CI informant shit that came out…

BLUE:      Yeah.

PUP:       …on the placement form…that's what they were using.

BLUE:      Okay all this, all this is based on all the CI like you guys tried (UI) him right?

PUP:       Yeah, the petition itself that was, that was written was only, was only to say that ah…that we here in Las Cruces, the brothers that's all signed it…

BLUE:      Right.

PUP:       …yeah, that we ah have no clue whatsoever and all that about, about any fuckin', about any ah, ah…ah claims that, that, that…that I would be in danger, or that, or that I was ah, ah…have enemies with anybody else, or they don't claim me as enemies and all that.

BLUE:      (UI, voices overlap)

PUP:       Just that shit, you know?

BLUE:      We'll replace, we'll replace ah the word JTB…

PUP:       JTB's a placement.

BLUE:      Oh okay.

7

PUP:       That's a classification that's, that's ah justification placement no?

**(END OF TRANSCRIPT)**

```
       Exh 339 - DISC 6130-6137.Trans of CHS & ABaca 11-15-12-15.1168.003.PL.R.txt
00001:01  PUP: ... you said 2011.
      02  BLUE:  I think that, I think that Javier's gonna be (UI), as long
      03  as (UI) already (UI) and... they're gonna say that...  they found
      04  out, and then... that's why it happened, know?
      05  PUP: But Javier wasn't even at the south.
      06  BLUE: (UI) this is 2011 dog.
      07  PUP: Yeah, I know.
      08  BLUE: Um...
      09  PUP: In 2011, he wasn't at the south. (voices in background)
      10  BLUE: CH number 15 from 3/24/11.
      11  PUP: Yeah.
      12  BLUE: Ah, CI number 93, 97, 98, and 99.
      13  PUP: Yeah, those are all the CIs in Cruces. He wasn't even in Cruces.
      14  BLUE: Yeah he was cause they, they even put a picture of me and
      15  him together.
      16  PUP: No, that picture was taken in 19... I mean (Spanish)... that
      17  picture was taken in two thousand ah thirteen. (voices in background)
      18  BLUE: I don't know dog.
      19  PUP: In that picture, in that picture there's Red in there...
      20  BLUE: Yeah, yeah, I got it.
      21  BLUE: (UI) You have that picture... of everybody, everybody, their
      22  names and nicknames on 'em... and then they, in the next picture
      23  they have Javier in the middle.
      24  PUP: Oh I don't know, well who's in the picture?
      25  BLUE: All these guys. It's, it's the same people. It's just you and
00002:01  Javier changed places.
      02  PUP: Oh yeah because the one-cause one of 'em was his pictures.
      03  BLUE: Yep.
      04  PUP:  Yeah.  One is, one was his picture... and one was for mine,
      05  right? Now... now those pictures, those were taken in 2013, when
      06  I went back to Cruces.
      07  BLUE: Oh well for some reason they just put it in my cage.
      08  PUP: That's, that's kinda good that they're doing that.
      09  BLUE: (UI).
      10  PUP: Why not?
      11  BLUE: Orale, (UI) because they're gonna try to say that...
      12  PUP: No, the evidence, the evidence will show that the 2011, he
      13  wasn't even there.
      14  BLUE: What (UI)?
      15  PUP: I don't know. Remember, I came back in 2011?
      16  BLUE: Yeah, I remember.
      17  PUP: And I asked you who was all at the south?
      18  BLUE: Right.
      19  PUP: That got interviewed and shit...
      20  BLUE: Yeah, I was only there for...
      21  PUP: Yeah, Javier wasn't there.
      22  BLUE: Why would they fuckin' put that in there then?
      23  PUP: I don't know.
      24  BLUE: It has the whole petition in there.
      25  PUP: The appeal.
00003:01  BLUE: No, the petition for Anthony Baca ah it was related to the
      02  CI information STIU (UI) interviews and (UI) placement.
      03  PUP: Oh okay.
      04  BLUE: Ah um... and then it has where everyone signed it.
                                    Page 1
```

```
      Exh 339 - DISC 6130-6137.Trans of CHS & ABaca 11-15-12-15.1168.003.PL.R.txt
      05  PUP: What date is that?
      06  BLUE: Um... it doesn't have a date on it. Ah March (UI) of 2011.
      07  PUP: The date's on there?There should always be a date on there.
      08  BLUE: There's no date on it, but it's just two pages (UI)...
      09  PUP: Then they took the date off.
      10  BLUE: (UI)... because look, in, in the pictures...
      11  PUP: Yeah.
      12  BLUE: ... there's... it's 1-AB pod and then it has a date over
      13  there, July 27, 13.
      14  PUP: Yeah, that's 2013.
      15  BLUE: But yeah, yeah, but nothing else is underlined, no?
      16  PUP: Yeah, that's May, May of 2013. They locked me up in
      17  June... of 2013.  He was there, he was never there in 2011.
      18  BLUE: I don't know what the fuck the DA's doing you know?
      19  PUP: So that petition, oh they don't, they don't have nothing,
      20  that's what I'm saying.  That's good for you because that
      21  goes to show they're trying to get anything they can to try to
      22  build something, and it's gonna be thrown in their face because
      23  it doesn't, it doesn't even exist, you know what I'm saying?  He
      24  wasn't, he wasn't there in 2011.
      25  BLUE: Who's the FBI Special Agent L R?
00004:01  PUP: That's Lance Roundy.
      02  BLUE: Well that's the same one.
      03  PUP: That's the mother fucker that says that he received
      04  confidential information from the streets where he called
      05  central office. Now, they confiscated that paper from me, my
      06  placement form...
      07  BLUE: Yeah.
      08  PUP: Yeah, they confiscated it. Because I was writing down little
      09  notes in there like who...
      10  BLUE: Yeah, you showed me that.
      11  PUP:  ... at the south could have been saying this or who was this
      12  and that and I put all that in there right? And ah... they, they
      13  can, they can try to use that, but it doesn't relate to him, to
      14  Javier, it doesn't relate to you, it doesn't relate to nothing.
      15  That was in 2011.
      16  BLUE: I think they're trying to build this up as a organized (UI)
      17  by (UI)... um...
      18  PUP: Yeah but why haven't, we haven't been hit with no organized shit.
      19  BLUE: No, but they're, they're trying to make things seem like
      20  you know the org, like ah, like a... like a main hit right?
      21  PUP: Yeah.
      22  BLUE: And, and this petition, they're gonna say look, these guys
      23  taking over to the (UI) power, know?
      24  PUP: Yeah.
      25  BLUE:  And, and that, that, they're gonna try to say that I take
00005:01  things from you... I don't know what they're gonna say dog, but
      02  it's fuckin'... rubbing me the wrong way though.  Huh?
      03  PUP: It could be used in a good way... as evidence, as evidence
      04  for you, it could be used in a good way. That's what I'm
      05  saying. Because... there's nothing in relation to that
      06  vato. (voices in background)
      07  BLUE: These are the same Montoya.
      08  PUP: That's ah Wicked.
                                   Page 2
```

```
   Exh 339 - DISC 6130-6137.Trans of CHS & ABaca 11-15-12-15.1168.003.PL.R.txt
        09  BLUE: Oh, that's who that mother fucker (UI)...
        10  PUP: What does it say about him?
        11  BLUE: (UI)... (voices in background)... (UI) you have a copy of
        12  this right?
        13  PUP: The petition? No.
        14  BLUE: You don't?
        15  PUP: Nah huh.
        16  BLUE: The three (UI) signed?
        17  PUP: Yeah. Yeah but he's not... his name doesn't even come up on
        18  there.  His name just comes up in the, in the...
        19  BLUE: Who wrote this, you?
        20  PUP: I don't know if it was me or Baby G and them.
        21  BLUE: Cause I know your handwriting, and, and it's (UI), but I
        22  don't know.
        23  PUP: I don't remember.
        24  BLUE: Or (UI) do it.
        25  PUP: I don't remember.
00006:01  BLUE: (UI) cause it talked about Jose Montoya ah... cause I don't
        02  want him to kill him, (UI) talk to.
        03  PUP: Oh no, that was the CI informant saying that.
        04  BLUE: Well yeah, but they (stutters) that has it in the petition, no?
        05  PUP: In the petition?
        06  BLUE:  (UI) watch ah... I guess, I guess what I, I, because what I
        07  get from him is if... whether you or G wrote this, whoever wrote
        08  it is, is going off the CIs (UI) in (UI) predator, no?  You know
        09  what I'm saying?
        10  PUP: Yeah.
        11  BLUE:  Because it says um... that Jose Montoya is going to be
        12  killed while inmate, and it says your name, (UI) and it asks 'em
        13  to reduce it an assault.  He has caused problems between Baca and
        14  other SNM members.
        15  PUP: Yeah that's, that was, that was one of you-that's
        16  ah... that's CI informant shit that came out...
        17  BLUE: Yeah.
        18  PUP: ... on the placement form... that's what they were using.
        19  BLUE: Okay all this, all this is based on all the CI like you
        20  guys tried (UI) him right?
        21  PUP:  Yeah, the petition itself that was, that was written was
        22  only, was only to say that ah... that we here in Las Cruces, the
        23  brothers that's all signed it...
        24  BLUE: Right.
        25  PUP: ... yeah, that we ah have no clue whatsoever and all that
00007:01  about, about any fuckin', about any ah, ah... ah claims that,
        02  that, that... that I would be in danger, or that, or that I was
        03  ah, ah... have enemies with anybody else, or they don't claim me
        04  as enemies and all that.
        05  BLUE: (UI, voices overlap)
        06  PUP: Just that shit, you know?
        07  BLUE: We'll replace, we'll replace ah the word JTB...
        08  PUP: JTB's a placement.
        09  BLUE: Oh okay.
        10  PUP: That's a classification that's, that's ah justification
        11  placement no?
        12  (END OF TRANSCRIPT)
```

Exh 339 - DISC 6130-6137.Trans of CHS & ABaca 11-15-12-15.1168.003.PL.R.txt
13  .
14  .
15  .
16  .