```
                        Transcript
            Federal Bureau of Investigation
               Albuquerque Field Division



Case number                  281D-AQ-6239655

Date of recording            12/3/2015

Participant                  Confidential Human Source = CHS
                             Anthony Baca (Pup) = PUP




Transcribed by               JAK

Date transcribed             01/06/2016


Notations                    Unintelligible = (UI)
```

**The following transcript has been compared to the audio recording from which it was made, and to the best of my ability, the transcript is a true, complete, and accurate record of the recording.**
_____SA T. Neale_____

1

PUP:     Yeah, they got this thing (UI), was (UI) over here.  (UI) that I wouldn't visit (UI) in Carlsbad (UI), I don't know about all that.

CHS:     Ah - Ru-Dog doesn't know what he's talking about.  I mean it, it does make more sense when, I mean…

PUP:     For a minute there, I thought he was gonna say move to (UI).

CHS:     (laughs)

PUP:     (laughs, UI)

CHS:     He don't know, carnal. Shadow was asking me this morning about it, and like I told him, it makes more sense that, I mean the feds picked up those, those murder charges in Cruces…

PUP:     Yeah.

CHS:     …they're not gonna just charge four or five people, but that's not even a federal act right there.

PUP:     Yeah.

CHS:     They're gonna, that would be more of a gang…thing then anything.  And that's a RICO, you know what I mean?

PUP:     Yeah.

CHS:     But…I don't know, we'll see, shit.

PUP:     No, this thing, this thing with the feds…they haven't even took it up yet.

CHS:     Yeah, because they don't pick it up till they, they d-they don't do it till they pick up everything.  They're not gonna just…pick that up out of everything.

PUP:     They're not gonna jump into something real quick.  They're gonna collect everything the state has first…they're gonna go over that.  And then they're gonna add some of their shit in there.  And then…they'll go from there.

CHS:     Shit, but that was, I mean if that happens and…it will be a gro-it, like a, it'll be a group thing, you know what

2

                I mean?

PUP:        Yeah.  Well…more, all kinds of shit's gonna come out.
            More shit's gonna come out…from that fuckin' STIU.  Even
            the juras on the streets, all them fuckers are gonna be
            bringing in their evidence and shit, you know?

CHS:        Yep.

PUP:        All kinds of shit so…things might get scandalous for a
            little bit…

CHS:        Yeah we, carnal, we have more, more murders and unsolved
            murders than any other gang in New Mexico.

PUP:        Yeah.

CHS:        And…

PUP:        It'll…(voices overlap)

CHS:        …when, when them, when, when them du-when they hit the
            Aryan Brotherhood and, and them three dudes killed that
            one vato in Los Lunas, you were g-you were out of state…they
            charged twenty of 'em with the RICO act.

PUP:        Okay, check this out.  Remember the, and this is still on
            the History Channel…New Mexico "Gangland" back in the
            days, you know like first of 2008.

CHS:        Yeah.

PUP:        And they came over here and shit, and they tried to
            interview me, that's where they (UI) that's how, I thought
            it was STIU at the time.  If you didn't (UI), you're up
            to the fuckin' red cage, and I was out in the rec yard.
            Hey man, they, they need to talk to you.  I don't wanna
            talk to them people.  I already told 'em I don't wanna talk
            to them people.  The first day I got here from out of state.
            That fuckin' MSNBC was hanging around, they wanted to
            fuckin' talk to me.  I said I wanna talk to these people.
            They said well they're just gonna ask you if ah, if, you
            know, if you b-, you been locked up a lot of your life and
            this and that…they wanna ask you what it is like to be in
            prison (UI), I said no, I don't gotta do interviews.  And
            I didn't do it.  And then fuckin' Salazar came two days

                                    3

later, hey, they both wanna talk to you woo-woo-woo.
Nope, I don't wanna talk to them.  I ain't nobody.  I
didn't talk to them.  Around…about a year, not even a year
later…fuckin', everybody, everybody, my mom, everybody's
telling me…they fuckin', they're showin' you on TV.  What
do you mean they're showing me on TV?  They said yeah, your
picture, a picture of you when you were real young…and a
o-and then now that you're, that you came back from out
of state, they're showing the fuckin' mug shots.  And they
have the STIU talking about you.  First they showed the
reenactment of Styx and all them in the county jail, Shadow
and all them.  They did a whole reenactment of that shit.
And then, and then they're talking about being a old and
a new…the All-Stars, this and that.  They're trying to say
I was the old, and they have (UI), or a dude named Demon…ah
Snoop…and all them.  They're coming, someone (UI) they
(UI), but they're talking about me and Styx.  That I put
back in the system…if you get a (UI) that sticks together,
they'll tear some shit up.  Woo-woo-woo all kinds of shit
like that.  And then they fuckin'…and then they ah, the
STIU does a, a characteristic thing on me, and they (UI)
they showed my picture.  And that fucker's talk-talking
like this is  Mr. Baca, he's, he's, he's second in command,
he's coming up.  Now that he's back, he's gonna take over,
and, his characteristics are, are drugs.  He uses drugs
as power, and all kinds of shit like that, you know?

CHS:      Why'd they say second?  You first.

PUP:      Huh?

CHS:      I said why would they say second, if you first?  Who was
          saying that, the juras?

PUP:      Yeah, the STIU.

CHS:      Why do they think Styx's above you?

PUP:      Because they don't know carnal.

CHS:      They're retarded huh?

PUP:      Yeah.  They don't, they don't know.  They just, they just,
          they're just going off of fucking bullshit, you know?  So
          fuckin' Charito was on there, talking about yeah…I'm done
          with this.  I got out, he said I'm, I'm gonna move out of

4

Albuqueque cause they're gonna kill me if they catch me in Albuquerque, and woo-woo-woo.  And Demon and Slave and all of them over there say yeah, Pup's back, things are gonna change.  All kinds of shit.  Watch, I'll (UI) if anybody, if I respect anybody…it's not Styx, it's Pup.  Pugs is the one I respect.  He's been around a long, and (UI) all that shit too, you know?

CHS:        Well…if they feds come and hit us…it…(voices overlap)

PUP:        (UI) for that carnal.  Cause all that didn't come out, but they hit us with the RICO and that's, they're gonna fuckin' try to say that I'm, I'm number one now you know?  Then I have fuckin' ah…this ruca call my mom.  I didn't have her, but she called my mom and (UI), and she fuckin' told my mom.  She said well my carnal (UI)…with his wife back in the day, and they broke up and shit.  Now…she became a fuckin' CO in the county jail in Burque (phonetic).  And we haven't heard from her in fuckin' years.  Over ten years…and she called to the house to fuckin' tell my mom that they're using my picture in their training.  And they got me as number one.  And they're showing a, a, they're showing a structure of me and the brothers.  And they're using it in their training, you know?

CHS:        Oh yeah, they'll get all that shit.  They're gonna, they ain't (UI) that.  I mean it'd probably be better for us don't you think?  In a way.

PUP:        You mean through the federal instead of state?

CHS:        Yeah, I'm saying it'd be…(voices overlap)

PUP:        (UI) talking to Dan-Dan about.

CHS:        What does he, what did he say?

PUP:        He thinks that, he thinks it'd probably be better too.  But then I was telling him, if (UI) went down what the fuck…I mean I told him, you gotta find out what, what if they can actually…if they can fuckin'…do that as far as drop the fuckin' state case, dismiss it under la-non-prossee (phonetic), that means you can't never bring it back up.  And then, and then all of the sudden, the federals can take over.  Now see if there's a rule on that, you know what I mean?

5

CHS:      Well but also and as far as, as far as our power, we'll be fuckin' deep.

PUP:      Oh yeah, that's, oh yeah that's gonna be, that's gonna be up there.

CHS:      Rudy was saying there's a, there's a, a federal pinta where there's like thirty carnals right now.

PUP:      Well this is the other (UI) what they did to them, you know?

CHS:      Hey…(voices overlap)

PUP:      (UI) was telling me there's about fourteen.

CHS:      And then…w-w…if fu…(voices overlap)

PUP:      (UI) …is forty…there's forty vatos from New Mexico in Florence, but at the FCI.  That's another, that's a, that's a prison that's right next door.  But it's a FCI, that's a medium.  And I asked, I asked them vatos that were there…that, (UI) they would come to the hole, I asked them and they fuckin' said no, they just, they didn't really say anything, they're just regular dudes from New Mexico.

CHS:      Well…if tha-if that happens, we'll be deep in that mother fucker.

PUP:      Most of the brothers are in Victorville, and then like Smiley and them, when they got killed, they got killed in Hazelton, that's West Virginia.  Beaumont is in Texas um…Terre Haute is in Indiana.  Lordsburg is in ah Pennsylvania…now that fucker's got (UI)… Is that Rudy?! But he was (UI).

CHS:      Chris knows all about that fuckin' shit.

PUP:      Who?

CHS:      Chris.

PUP:      Yeah he does.  He was there.  (voices overlap)

CHS:      That fucker kept me out there for like ten hours talkin' about that shit.

6

PUP:        Yeah, he was there, he knows what's out there and all that.
            Anytime you get in the feds, you know, it, it yeah very
            few of us, so we know what's going on more or less.

CHS:        You think, I mean he, look, loo-an, an, and that, let's
            see, let's see if fuckin' Mario…h-hits the fuckin'
            secretary.

PUP:        Yeah.

CHS:        Do you think…it'll give us fuckin', like notoriety with
            the fuckin' Eme like they respect us a lot more?

PUP:        They already respect us.

CHS:        I know but this is stu-I'm saying like that's some major
            shit right there.

PUP:        Yeah, it (UI) fuckin' with us. (voices overlap)

CHS:        They didn't even do nothing like that.

PUP:        Yeah.  Oh they, they don't know, they, they, with us going,
            with us going over there like that…with that type of
            fuckin' charge, oh yeah they fuckin', not only them,
            everybody else…respects the fuck out of that shit.  Keep
            it right, carnal, the feds is full of a bunch of weirdoes
            too.

CHS:        Right.

PUP:        There's a fuckin', I mean full of fuckin' juveniles carnal,
            I mean, they kick the fuckin' doors all day, they fuckin'
            bang on the fuckin' showers inside the cells, drumming,
            rapping…fuckin' cussing each other out in front of the
            juras.  I mean it's fuckin' crazy.  But those are those
            little chola fuckers.  But they're everywhere now,
            everywhere carnal.  They've flooded the whole fuckin'
            federal system.  And it's mostly (UI) you know?  And (UI)
            ain't that bad.  It's mostly them Anglos that's been doing
            all that.  Disrespectful like fuck.  But that's, that's
            in the hole.  Out in the yard it's a little bit different.

CHS:        That's what I'm saying, once that shit…(voices overlap)

7

PUP:      (UI) alone in the yard.  They be fuckin'…you fuck up,
          they're gonna fuck you up, your owns gonna fuck you up man.

CHS:      That shit, hey…they, they all (UI) carnal, the Eme hasn't
          ever fuckin' do nothing like that.

PUP:      I think they have.

CHS:      Not the Secretary of Corrections.

PUP:      Probably not the Secretary, but they did wardens and
          everything.

CHS:      Wardens ain't shit though, the Secretary of Corrections,
          carnal, that's like the governor dog.

PUP:      That's, that's like over there in ah…Illinois too…they hit
          the, they hit the, they hit the e-like the STIU over here…

CHS:      Yeah.

PUP:      …they hit them over there, they hit wardens.

CHS:      They, yeah, they hit C…CO…(voices overlap)

PUP:      That's, that's…(voices overlap)

CHS:      …COs and cops and all them, they don't (UI) compared to
          the secretary.  (voices overlapping)

PUP:      (UI) was, you know?  That's inside the facility, but the
          Eme has two hits on secretary of corrections, fuckin' all
          kinds of different people on the streets…

CHS:      But they never got it done though.

PUP:      Ah yeah they have.  On that movie, American Me…yeah they,
          their people ended up dead.  But it was mostly people from
          that neighborhood where they filmed it.  That
          participated in the filming and all that.

CHS:      Yeah, I heard about that, they were trying to kill the movie
          director and shit.

PUP:      Yeah.  They put a hit out on fuckin' Olmos, the actor…

8

CHS:        Yep.

PUP:        …they did all that, you know?

CHS:        Yeah w-Mario said it was him too, that he wanted to, that
            he was gonna get, that's the one.

PUP:        If that, if that's even him.   (UI) didn't say who it was
            yet.

CHS:        No.

PUP:        Shit, he's still spotting it out dude.  I'm pa-it could
            be, it could be one at number one's house, but he might
            not even live there.  It might be somebody else that lives
            there.  They might be renting it or something.

CHS:        No, he said it was the main one.

PUP:        Yeah?

CHS:        Yeah, he said it was the main one.  Yep.

PUP:        Well at least they (UI).

CHS:        And then see, that'll fuckin'…sh-that shit'll be all over…

PUP:        (UI) fuckin' bring us, that'll bring us all kinds of (UI).
            Fuck, (UI) get notoriety like fuck.

CHS:        That's what y-that's, that's…(voices overlap)

PUP:        You know I…(UI, voices overlap)

CHS:        …where, that's what we want though.

PUP:        And then all them vatos in the feds will be like fuck yeah,
            you fucker.

CHS:        I mean cause you want, you, you want…(voices overlap)

PUP:        (UI)

CHS:        …I mean carnal you wanna get away with it, but at the same
            time…there's, you got the, you got the negative and the
            positive of the situation.  Cause if you get away with it

GOVERNMENT EXHIBIT 349

it's good, cause then no one knows nothing.

PUP:        Yeah.

CHS:        But then again…you don't get the power.

PUP:        Yeah.

CHS:        But…and then…if you do…get, if it, if it happens and we
            get hemmed up…then all the, notoriety goes to here, to the
            S, no?

PUP:        Yeah It does.

CHS:        And that's…

PUP:        (UI) it ge-it gets, it gets a lot of notoriety behind it
            and fuckin' publicity and all that's gonna fuckin' jack
            us up.

CHS:        That's what you want.

PUP:        The feds, the feds won't know about it until he gets it,
            and then they wanna see why we're there and all that, and
            they set hearings.  The juras will tell it, like the juras
            over there when I was there now…um they didn't tell
            anybody, hey them guys are, these guys, like that vato
            right there, and he's, he's a fuckin', he's the main dude
            of fuckin' Syndicato.  Them dudes are crazy in New Mexico.
            The talk like that carnal.  The feds, the feds know about
            us, especially right there in Colorado.  A lot of them,
            some of them fuckin' COs that are working Colorado…in the
            feds…yeah a lot of 'em have family here in New Mexico…a
            lot of 'em.  The one's, the main unit manager, (UI) he
            works over here with the brothers over there in Las Cruces,
            they're (UI) control Unit.  We were ones, he told me he's
            the one that saved Rudy Sena when Rudy Sena cut himself.
            I put the watch in there, a couple of 'em wearing shirts
            with a Zia (phonetic) on it and all that.

CHS:        Oh yeah, that fucker's on it.

PUP:        Oh yeah, everybody (UI) the way that fuckin', ha-every time
            they come in, just give me that fuckin' shirt…and we
            started laughing, you know and he goes hey ain't no (UI)
            that's why you're over here.  (UI)

10

CHS:      What are you gonna do if you see that fucker come on the
          news in the morning?

PUP:      Oh man, I'm gonna have, I'm gonna haul right (UI) real quick
          and tell these fuckers to get that shit and destroy that
          (UI)

CHS:      (laughs) get the (UI)…

PUP:      (UI) first I'm gonna tell him to call Chris and tell him,
          tell Chris to fuckin' to destroy his shit, because they're
          gonna fuckin' be looking at all the brothers on the
          streets.  And if destroying his shit then fuckin' get a
          new phone.  Destroy his own phone…and make sure Mario does
          the same…and then it'll be alright.

CHS:      Yeah.

PUP:      And if, and if they fuckin' do surveillance, and this is,
          this is gonna happen carnal, if that fucker ends up fuckin'
          dead, they're gonna fuckin', all the surveillance around
          that whole community, and the fuckin' roads and the stop
          lights, everywhere.  They're gonna look to see what cars
          are around that facility at the time that happened, and
          then they're gonna zero in on them…little by little, until
          they find who they're looking for.  If they find a carnal's
          car…or if something there like that…then they're gonna
          focus in on the carnal.  And they're come for our ass.  You
          didn't think about that one did you?

CHS:      No.

PUP:      (laughs)  I fuckin' thought about everything carnal.
          That's why I told him, you gotta fuckin' be careful with
          that shit.  They got cameras everywhere.  That mother
          fucker, they don't have to be caught right there in the
          fuckin' camera doing it.  They got, you, they catch a car
          just down the block, they're gonna say what the fuck is
          that car doing around here?  Who, who's ride, th-who, who
          owns that car?  A la verga, right to the carnal, or (UI),
          or what the fuck is a carnal doing around this area?  Then
          they're gonna go fuckin' question him.  They're gonna add
          him as suspect.

CHS:      You already threw away all your fucking addresses and phone

11

                          numbers and everything that link, to link?

PUP:        No, I just scratched 'em out.  I scratched out ah…I
            scratched out Poo-Poo…I got yours on there, but that ain't
            nothing huh?

CHS:        Nah, I'm your neighbor fool.

PUP:        And I got Linda Pina, (UI), Sherry Beaumont, whatever…

CHS:        (laughs)  you got all my ex girlfriends.  (laughing)

PUP:        …(UI)

CHS:        Nah, you're good.

PUP:        Alright.

CHS:        You got all my fuckin' hoes down there.  (laughs)

PUP:        Yeah.  And then I got next to it, next to their names I
            have Crazo's written down.

CHS:        You, you probably looked at that list and said damn, this
            mother fucker's a pimp huh?

PUP:        Oh yeah (laughs)

CHS:        (laughs)

PUP:        You have a lot of (UI) bitches right there.

CHS:        (laughs)

PUP:        (UI) and everyone has Crazo written next to it, so I don't
            forget whose it is.

CHS:        No, It's all good carnal.  They ain't, the only, the only
            ones that, that you need to get rid of is fuckin' Mario's…

PUP:        Yeah.

CHS:        Chris's…

PUP:        But I got Deta's on there.

                                        12

CHS:     Yeah, Deta's…that's your cousin.

PUP:     Yeah.

CHS:     It's not like she's involved in anything anyways, you know what I mean?

PUP:     Yeah.

CHS:     Um…that's it A, just, just the carnals really, the ones that, that…

PUP:     That's it right there.

CHS:     I mean basically Mario, cause he's the one that's gonna go, that's gonna do it no?

PUP:     Yeah, I had, I had Mario's written down' well I had, but I put Poo-Poo.  But I said no, fuck that, I t-I took that whole thing off carnal.  I don't got the number at all on there. Just scratched that black shit all in there you know?  Real good too.

CHS:     Cause last night when he text me carnal, he said, that's what else he was, "Yo sabes" with me, and he said "Yo sabes" is um…that, he said that I ah… I'm gonna do that t-tonight or for sure tomorrow, you know?

PUP:     Yeah, when he says "Ya sabes" that means you already know.

CHS:     Yeah.

PUP:     That's it, you know already.  So maybe he's, he's fuckin' figured out what he's gonna do now, so let's do it.

CHS:     Yeah, he's fuckin'… that's why he wasn't answering his phone carnal, that fucker's on a mission.

PUP:     Yeah.

CHS:     I didn't, I-sh-I sh-your ass was up by four in the morning. I stayed up too late last night, I w-I was gonna get up and check the news too, you know?

PUP:     Man, I got up at (UI) I fuckin' woke up at fuckin' four thirty.  I'm like what the fuck?  And then I fuckin' turn

13

on the news and I fuckin' was watching and (UI) nothing,
you know?  But I like fuckin'…started moving around
about…I don't know, fifteen till five.  No…about five
thirty, I started moving around.  I had to get up and take
my pill.  I have to take my pill at least an hour before
I eat breakfast.  I have to take it on a empty stomach.
My thyroid.

CHS:     What did Dan say?  Did you tell him about all the feds and
         all that?

PUP:     Yeah.  I always run it down for him and shit over there.

CHS:     What'd he say?

PUP:     (UI, voices overlap) …he's more concerned carnal he's
         fuckin' tripping right now carnal on fuckin' Blue.

CHS:     Why?

PUP:     Because of Blue, Blue's the one that did ah started that
         shit.

CHS:     Yeah well…probably is carnal, I mean…everybody said he
         left Creepers flojas, he was supposed to get the shank and,
         I mean he went, he went in… and he told, he told Creeper
         all the fuckin' business, what he was gonna do.  He made
         Creeper do it, and then he told Creeper, when you're dead,
         I'll get the shank from you.  He left him flojas though.
         That's why Blue's mad.

PUP:     Yeah.

CHS:     You know what I mean?

PUP:     But why did fuckin', why did he go take it to Blue for?

CHS:     He didn't, he didn't take it to Blue.  The one, the shank
         that Blue got was really the one that Plas (phonetic) gave
         him.

PUP:     Oh.

CHS:     The shank that Creeper had, he threw it in the trashcan…
         because he went, and he looked for Dan-Dan.  Dan-Dan
         wasn't there, he didn't give it, so he didn't give him the

14

shank, he just threw it in the trashcan.  He, well the reason why he went upstairs where Blue was is cause he was gonna wash the blood off his hands.

PUP:       Oh.

CHS:       For what reason, I don't know, the fucker did it on camera *a la verga* (laughs)  But…

PUP:       Well Creeper, Creeper's the one that went, went down and when he went down there and fuckin' started, even the real fuckin', that vato, and the vato was right there at the door.

CHS:       Yeah they, yeah, that's what I'm saying, they both, they both went after him, but Creeper got him out there more, no?

PUP:       Yeah.  Outside the cell.

CHS:       So…

PUP:       That wasn't, that wasn't supposed to happen like that.

CHS:       No see, but…

PUP:       So…

CHS:       …Red and Blue was supposed to go in there and strangle him, which what they did.  Then he passed out.  Then Creeper and Plas (phonetic) were gonna go in there and start stabbing him.  Well they started stabbing him…the vato woke up…and, and he fuckin' bolted out of the room.

PUP:       Man.

CHS:       When he bolted out of the room, Blue told him go get him. So they ran after him and got him.

PUP:       Yeah. (Spanish) (pause)…

??:        Hey what's up?

CHS:       What are you doing?

??:        Nadda.  (UI) (voices heard in background)  (pause)…

GOVERNMENT EXHIBIT 349

U.S. v.  DELEON, ET AL.   6172

CHS:      Hey…

PUP:      Huh?

CHS:      Well you-standing at the damn door again?

PUP:      (UI)

CHS:      Huh?

PUP:      See what the, what are they doing?

CHS:      He's doing showers.

PUP:      Yeah.

CHS:      So anyways, yeah that's why he's mad though.  But…I mean like I told you earlier, Baby Rob was the one of 'em… was pushing it no?  But…I mean now you're-I mean you're here carnal so…I mean you're the only one that could fucking give green lights and shit.  And no one else can say fuck.

PUP:      Yeah.

CHS:      It's whatever you wanna do, you know what I'm saying?

PUP:      Alright, I'll holler at Blue.

CHS:      Yeah, we're just gonna have to fuckin' go talk to him and see what the situation is or…like that.

PUP:      Yeah.  (UI).  I have it on paper to go see him in the yard, no?

CHS:      Like I say carnal, he…Blue already knew.  You know what I mean?  He went…they both made, both those fuckers do it, he took the risk of getting caught, so I don't know why he's, I told him that before, I don't know why you're fuckin' sniffling all over it.  I mean…you guys didn't even cover the fuckin' cameras, of course you were gonna get caught.  You-you're talkin' a-you're talkin' about four people going in one room, and one fucker ending up dead.  Just that in a, just that alone is enough to charge a mother fucker.

16

PUP:        Yeah, but see the thing of it is, they don't know who done
            it.

CHS:        It don't…(voices overlap)

PUP:        (UI) people go inside a cell, you don't know who (UI) done
            it.  You have to prove which one done it.

CHS:        Yeah, but you already know the majority of the time when
            they get four people and they charge four people with first
            degree murder, one of 'ems gonna bait.

PUP:        Yeah.

CHS:        That's…that's almost guaranteed that, you know what I'm
            saying?  That's like eighty percent.

PUP:        Yeah.

CHS:        One of 'ems gonna tell.

PUP:        Yeah.

CHS:        And I mean, you already know ah Plazz (phonetic) and
            Creeper, they didn't even wanna fuckin' do it, these vatos
            made 'em do it, so right there that, just making somebody
            do something carnal and threatening their life.  Then you
            already know if they get caught they're telling.  And now
            they fuckin'…obviously federal witnesses and shit now.
            You know what I mean?

PUP:        Yeah…(voices overlap)

CHS:        What did, what did Blue say when you told him you were gonna
            fucking get on Creeper?... Creeper family?

PUP:        Oh he said fuck yeah.  Well we didn't t-we didn't get to
            talk today about all that.  Cause I was already talking
            to Archie and he was, I mean I was talking to ah Dan-Dan,
            and he was talking to Archie.

CHS:        You didn't tell him that you fuckin' qui-you didn't get
            the chance to tell him that you fuckin' got at him
            yesterday?

PUP:        Oh ah yeah, he already knew that it, remember that time

17

when they fuckin' was shakin' us down?

CHS:       Yeah, but that was before fuckin', that was be-you told
           him, I told him that too that you had fuckin' did that.
           But um…that was before the fed-federal shit came out.

PUP:       Oh yeah, yeah, he's down with all that.

CHS:       Cause I heard you telling him yesterday well that (UI),
           I'm gonna get at…(voices overlap)

PUP:       (UI)

CHS:       …yesterday when you were talking to him I heard you say,
           I'm gonna get all that shit like fuckin' extra hard now.
           (laughs)

PUP:       Yeah.  Well, well it's, it's a federal thing now, no?

CHS:       Yeah, it's a federal thing now.  Shit, that shit got
           serious real quick.  (laughs)

PUP:       Hell yeah.  It's more serio.

CHS:       Fuck yeah it is.  I didn't know (UI) shit dog.  But…

PUP:       See he's thinking, he's thinking it's better for him.
           Cause there's a big difference.  The feds, the feds
           haven't hit us yet.  They ain't done nothing for us.

CHS:       Yeah, we'll just assum…(voices overlap)

PUP:       (UI) happened yet.  But if it-they're talking about the
           feds stepping in, but the feds haven't done nothing yet,
           so…well who knows, anything…anything can happen.  Or-or
           (UI) sniffer, they say anything can happen…we haven't been
           charged yet, and everybody's fuckin' all rattled up
           but…the thing of it is, that vato, he done ratted, you
           understand that?

CHS:       Yep.

PUP:       Now, if they're gonna go ahead and do us with the feds…then
           his, his family's fuckin', they need to fuckin' move today.
           That's it.

GOVERNMENT EXHIBIT 349

CHS:        Hell yeah.

PUP:        And his family, his family gets hit.  And that shit will
            hit the news carnal.  And they're gonna say the only motive
            behind that has been because that fucker testified.  That
            shit hits the news too.  That gives us more power.
            Because of the fact that…everybody's gonna know, 'a la
            verga, they're gonna hit my family, I'm never gonna tell
            'em.'

CHS:        And…(voices overlap)

PUP:        (UI) you know?

CHS:        …and not only that but they're like that fucker's a-that
            fucker was a federal witness, and they fuckin' killed his
            family.

PUP:        Yeah.

CHS:        All, all this shit dog.  And carnal you gotta think, like
            I told you yesterday, more than likely, you're lo-you're
            looking at at least fuckin' fifty, sixty brothers at one
            time.  They're not gonna just do…

PUP:        Yeah I know.

CHS:        …we're too big.

PUP:        I don't think that much.

CHS:        I do.

PUP:        It's because they knew they would have the structure like
            they did on other mother fuckers right?  They don't have
            the structure on us like that and so…they have to just start
            pulling brothers and then (UI) more than that and all their
            (UI) and um…it ain't gonna be that big.  I say, at the most
            is gonna be eight of 'em.

CHS:        Nah, hell no.

PUP:        That's just (UI, voices overlap) …

CHS:        Fuck no carnal, loo-you gotta, look…all these fucker
            murders, guaranteed even some of these unsolved murders

GOVERNMENT EXHIBIT 349

U.S. v.  DELEON, ET AL.   6176

that we know about…

PUP:     I don't think they're gonna go that far.

CHS:     Shit they're, them mother fuckers… (voices overlap)

PUP:     I'm looking at it like, okay that could, that's possible.

CHS:     Hey, people don't(UI).

PUP:     Yeah, that's possible.

CHS:     That's not even worth their time.

PUP:     But I, I, but they don't, they don't have nobody to come
         forward for all that.

CHS:     Shit, but that's, that's the thing carnal, they go to
         the…(voices overlap)

PUP:     Right now that we know of anyway.

CHS:     But that, that-like I said that's what they do.  They'll
         go to these vatos that they, that they might have, we don't
         know, there's fuckers that could…(voices overlap)

PUP:     They have to go to them before we get indicted.

CHS:     They, they might have.

PUP:     They might have already?

CHS:     Yes.

PUP:     Woo-hoo (laughs).

CHS:     Carnal, they're not, do-we're too, we're not, we're not
         as big as the Eme, but we have power dog.

PUP:     Yeah.

CHS:     You know, we probably have more bodies than the Eme…I mean
         not…(voices overlap)

PUP:     Not at all.

GOVERNMENT EXHIBIT 349

**U.S. v.  DELEON, ET AL.   6177**

CHS:        …not, no, no, they have a lot of bodies and shit, but we
            have a lot of fuckin' bodies dog.

PUP:        Fuckin'…(voices overlap)

CHS:        For being as small as we are, as far as gang hits and shit…we
            got a lot of bodies compared to most gangs.

PUP:        The, the vato that was with Dan-Dan right now…

CHS:        Who?

PUP:        …that vato from Arizona.

CHS:        Yeah.

PUP:        From the Eme.  They got them on eight murders carnal.
            Saying that they've all (UI) the crew.  They got him out
            of state over there.   In the state, but they, they fuckin',
            they, they got 'em all under a fuckin', under a…some type
            of fuckin' gang shit, you know?  (UI) pinta.  I ask Dan,
            how many murders did they have all together in that fuckin'
            indictment and shit and all, and he said there's eight of
            them.

CHS:        Well what'd they hit him with, the pri-federal?

PUP:        I don't know where they were.

CHS:        Yeah see them, hey carnal, they're not gonna come and just
            um…hit eight, eight brothers carnal.  There's, there's
            too much fuckin' dirt on us dog.  They're not, they're not
            gonna waste their time doing that type of shit.

PUP:        Well they…they got more, they indicted a bunch of them (UI,
            voices overlap)

CHS:        There has to, there has to be at least thirty of us…and
            if not thirty there's only gonna be maybe fifteen in, in
            prison, and maybe fifteen on the streets or ten on the
            streets.

PUP:        Yeah.

CHS:        Cause you gotta think carnal, you've got…you got Fred Dog,
            unsolved murder.  Cyclone's in the program.  You got

21

|       | Troupe on the streets, you got Javier in the program, Wino…you know what I'm saying? |
|-------|---|
| PUP:  | Yeah. |
| CHS:  | That's unsolved murder, that's three people right there. |
| PUP:  | That, that JJ on the streets.  But JJ, JJ never get, got indicted.  That was, that was for the vato Ronnie Baca (phonetic) |
| CHS:  | Oh, he never got indicted for that? |
| PUP:  | RB? |
| CHS:  | Yeah, I… |
| PUP:  | No. |
| CHS:  | I thought him and Playboy got attacked for that. |
| PUP:  | No.  Playboy, Playboy didn't get, Playboy did time because ah Animal. |
| CHS:  | Well I thought they got, I thought they, I thought fuckin' they got, well Panther, okay, Panther and Playboy did, I know they Animal but… |
| PUP:  | Yeah…(voices overlap) |
| CHS:  | …I thought later on, fuckin' Playboy got charged with that one too. |
| PUP:  | No. |
| CHS:  | Oh. |
| PUP:  | No. |
| CHS:  | I thought that's why all the carnals were mad at him, they said that he was working with the feds. |
| PUP:  | No, (UI) ain't nobody got, nobody got charged for that one with RB.  They didn't get them on that. |
| CHS:  | Oh. |

22

PUP:        Ah oh well, nobody sounds guilty anyway, you know what I'm
            saying?

CHS:        Yeah well…Playboy's in the program too so…

PUP:        I don't think Playboy will say nothing.

CHS:        I mean he didn't forever, he ain't got nothing to lose.
            I mean the best thing that can happen to him is a better
            housing in the feds.

PUP:        (UI) fucker, he don't never say nothing man.  He knows,
            he don't go take the stand or nothing.  That fucker…

CHS:        Yeah, he's put in a lot of work for Styx, I know that.  I've
            been knowing that fucker forever carnal.  That fucker's,
            he's down A, I don't why he got put in the way he is.  I
            mean I know Arturo put a green light on him and all that
            shit, but…

PUP:        The boys are getting tired of his fuckin' scandalous
            (phonetic) ass shit carnal.  Brothers are getting
            discouraged, frustrated, fuckin' like just like fuckin',
            this shit is fuckin' wacked.  We'll always have a brother
            that's always there on some petty ass shit fuckin' trying
            to get brothers against each other, all the time.  It never
            fails carnal.  There's always somebody there.  And now,
            we just identify which ones is, (UI) all the time.  Which
            one is it now a days?  That's all we do on that shit.  It
            (UI) what it is, and go with that.  We can't have that shit
            all the time carnal.

CHS:        Yeah, but then people like Arturo and them…

PUP:        They're gonna fuckin' fuckin' each other up because of
            fuckin' shit like that.  All this scandalous ass shit.
            (UI) they fuckin' try to put a mother fucker on the dish
            and still has to be ass out of control.  That shit's been
            goin' on for a while now.

CHS:        Yeah.  These fuckin' people let that power go to their
            head.

PUP:        Yeah they fuckin'…sometime not even, it's not even the
            power thing, it's just, it's just fuckin' they're just

GOVERNMENT EXHIBIT 349

U.S. v.  DELEON, ET AL.   6180

scandalous like that.  They just, they just love the
misery carnal.  They just fuckin' love two brothers
fighting each other.  They love to fuckin', they're right
there to fuckin' start shit and, just putting shit in
people's ear and talking shit behind brothers' backs.
They're doin' all that shit like that.  Just scandalous
ass shit man.  It's been going on for years and years.  We
all have that (UI)…things like that and…respond (UI) and,
and create fuckin' problems like that.  That's what
happens carnal.  We're all guilty of little things, you
know what I'm saying?  And we've gotta work on that.
We're over killing our fellow brother and (UI) just be
fuckin' high fiving each other.  The brothers that have
been fuckin' serious in this for all these years, and they,
it's not even, it's not getting better.  It's still
continuing.  That's cause there's, nobody faces
consequences.

CHS:    Well, well now they do cause you're here so, especially
        if we go to the feds, you can enforce that type of shit.

PUP:    Yeah, but that's what I'm saying, it's not gonna go down…in
        the feds, they fuckin', even the Eme steps in carnal.  The
        Eme will step in and tell the brothers right away.  Your
        brother's acting out of line.  You know, they handle their
        own.  When it comes to a brother, they fuckin' let a
        brother know before they'll even touch a brother.  It was
        just like when them fuckin', when Whacky, Whacky and
        another brother, they hit, they hit some type of Nuevo…it
        was just regular 505…and he was there kicking it, (UI) hall
        everybody, but that fucker was over there fuckin' coppin'
        behind a brother's back from one of the vatos from the Eme.
        Yeah, fuckin' vatos, they, we're gonna fuckin' end up
        fuckin'…ye-we're gonna end up takin' all them fools out
        eventually and woo-woo-woo.  That fuckin' Eme vato wanted
        to kill the carnal, yeah he'll fuckin' pull (UI) some
        bullshit huh.  Fuckin' carnal stabbed the fuck out of him.
        Whacky and another one.  And (UI) was telling me he was,
        he was, (UI) was there.  He was laughing when he was
        telling me about it.  The way it's gonna go down, he said
        it was real funny, you know?  The brothers were chasing
        that fool in the yard and started stabbing him.  My initial
        thought was well that's good.  These fuckin' vatos from
        the Eme, they like to fuckin' get involved in all our shit
        and try to fuckin' manipulate and all this and that, and
        turn up against each other, that way they have all the power

24

```
              all the time, no?

CHS:          Yeah.

PUP:          That was my initial thought.  But no, these fuckers don't
              do that carnal, they fuckin', they're up straight with us
              in the feds.  And they have, you know they go their own
              problems too and shit, but they deal with it.  Sometimes
              it gets out of control.  They got, I got, they g-they got
              all kinds of fuckin' (Spanish), they got all kinds of shit
              right now.  They have all the politicking against each
              other…
```

**(END OF TRANSCRIPT)**

GOVERNMENT EXHIBIT 349

**U.S. v.  DELEON, ET AL.   6182**

Exh349 - DISC 6158-6182.Trans of CHS & ABaca 11-15-12-15.1168.008PL.R.R.txt

```
00001:01  PUP: Yeah, they got this thing (UI), was (UI) over here.  (UI)
      02  that I wouldn't visit (UI) in Carlsbad (UI), I don't know about
      03  all that.
      04  CHS:  He don't know, carnal.  Shadow was asking me this morning
      05  about it, and like I told him, it makes more sense that, I mean
      06  the feds picked up those, those murder charges in Cruces...
      07  PUP: Yeah.
      08  CHS:  ... they're not gonna just charge four or five people, but
      09  that's not even a federal act right there.
      10  PUP: Yeah.
      11  CHS: They're gonna, that would be more of a gang...thing then
      12  anything. And that's a RICO, you know what I mean?
      13  PUP: Yeah.
      14  CHS: But...I don't know, we'll see, shit.
      15  PUP:  No, this thing, this thing with the feds...they haven't
      16  even took it up yet.
      17  CHS: Yeah, because they don't pick it up till they, they d-they
      18  don't do it till they pick up everything. They're not gonna
      19  just...pick that up out of everything.
      20  PUP:  They're not gonna jump into something real quick.  They're
      21  gonna collect everything the state has first...they're gonna go
      22  over that.  And then they're gonna add some of their shit in
      23  there.   And then...they'll go from there.
      24  CHS:  Shit, but that was, I mean if that happens and...it will
      25  be a gro-it, like a, it'll be a group thing, you know what
00002:01  I mean?
      02  PUP: Yeah. Well...more, all kinds of shit's gonna come out.
      03  More shit's gonna come out...from that fuckin' STIU.  Even the
      04  juras on the streets, all them fuckers are gonna be bringing in
      05  their evidence and shit, you know?
      06  CHS: Yep.
      07  PUP: All kinds of shit so...things might get scandalous for a
      08  little bit...
      09  CHS: Yeah we, carnal, we have more, more murders and unsolved
      10  murders than any other gang in New Mexico.
      11  PUP: Yeah.
      12  CHS: And...
      13  PUP: It'll...(voices overlap)
      14  CHS: ...when, when them, when, when them du-when they hit the
      15  Aryan Brotherhood and, and them three dudes killed that one vato
      16  in Los Lunas, you were g-you were out of state...they charged
      17  twenty of 'em with the RICO act.
      18  PUP: Okay, check this out. Remember the, and this is still on the
      19  History Channel...New Mexico "Gangland" back in the days, you
      20  know like first of 2008.
      21  CHS: Yeah.
      22  PUP: And they came over here and shit, and they tried to
      23  interview me, that's where they (UI) that's how, I thought it
      24  was STIU at the time. If you didn't (UI), you're up to the
      25  fuckin' red cage, and I was out in the rec yard.  Hey man, they,
00003:01  they need to talk to you. I don't wanna talk to them people. I
      02  already told 'em I don't wanna talk to them people. The first day
      03  I got here from out of state.  That fuckin' MSNBC was hanging
      04  around, they wanted to fuckin' talk to me. I said I wanna talk to
```

Exh349 - DISC 6158-6182.Trans of CHS & ABaca 11-15-12-15.1168.008PL.R.R.txt

```
05  these people.  They said well they're just gonna ask you if ah,
06  if, you know, if you b-, you been locked up a lot of your life
07  and this and that...they wanna ask you what it is like to be in
08  prison (UI), I said no, I don't gotta do interviews. And I didn't
09  do it. And then fuckin' Salazar came two days later, hey, they
10  both wanna talk to you woo-woo-woo. Nope, I don't wanna talk to
11  them. I ain't nobody. I didn't talk to them. Around...about a year,
12  not even a year later...fuckin', everybody, everybody, my mom,
13  everybody's telling me...they fuckin', they're showin' you on TV.
14  What do you mean they're showing me on TV? They said yeah, your
15  picture, a picture of you when you were real young...and a o-and
16  then now that you're, that you came back from out of state, they're
17  showing the fuckin' mug shots. And they have the STIU talking
18  about you.  First they showed the reenactment of Styx and all them
19  in the county jail, Shadow and all them. They did a whole reenactment
20  of that shit.  And then, and then they're talking about being a old
21  and a new...the All-Stars, this and that. They're trying to say I was
22  the old, and they have (UI), or a dude named Demon...ah Snoop...
23  and all them. They're coming, someone (UI) they (UI), but
24  they're talking about me and Styx. That I put back in the
25  system...if you get a (UI) that sticks together, they'll tear
00004:01  some shit up. Woo-woo-woo all kinds of shit like that. And then
02  they fuckin'...and then they ah, the STIU does a, a
03  characteristic thing on me, and they (UI) they showed my
04  picture. And that fucker's talk-talking like this is Mr. Baca,
05  he's, he's, he's second in command, he's coming up. Now that he's
06  back, he's gonna take over, and, his characteristics are, are
07  drugs. He uses drugs as power, and all kinds of shit like that,
08  you know?
09  CHS: Why'd they say second?  You first.
10  PUP: Huh?
11  CHS:  I said why would they say second, if you first? Who was
12  saying that, the juras?
13  PUP: Yeah, the STIU.
14  CHS: Why do they think Styx's above you?
15  PUP: Because they don't know carnal.
16  CHS: They're retarded huh?
17  PUP:  Yeah. They don't, they don't know. They just, they just,
18  they're just going off of fucking bullshit, you know?  So fuckin'
19  Charito was on there, talking about yeah...I'm done with this.  I
20  got out, he said I'm, I'm gonna move out of Albuqueque cause they're
21  gonna kill me if they catch me in Albuquerque, and woo-woo-woo.
22  And Demon and Slave and all of them over there say yeah, Pup's back,
23  things are gonna change. All kinds of shit. Watch, I'll (UI) if anybody,
24  if I respect anybody...it's not Styx, it's Pup.  Pugs is the one I
25  respect.  He's been around a long, and (UI) all that shit too, you
00005:01  know?
02  CHS: Well...if they feds come and hit us...it...(voices overlap)
03  PUP: (UI) for that carnal. Cause all that didn't come out, but
04  they hit us with the RICO and that's, they're gonna fuckin' try
05  to say that I'm, I'm number one now you know? Then I have fuckin'
06  ah...this ruca call my mom. I didn't have her, but she called my
07  mom and (UI), and she fuckin' told my mom. She said well my
08  carnal (UI)...with his wife back in the day, and they broke up
```

Exh349 - DISC 6158-6182.Trans of CHS & ABaca 11-15-12-15.1168.008PL.R.R.txt

```
09  and shit. Now...she became a fuckin' CO in the county jail in
10  Burque (phonetic). And we haven't heard from her in fuckin'
11  years. Over ten years...and she called to the house to fuckin'
12  tell my mom that they're using my picture in their training. And
13  they got me as number one. And they're showing a, a, they're
14  showing a structure of me and the brothers. And they're using it
15  in their training, you know?
16  CHS:   Oh yeah, they'll get all that shit.  They're gonna, they
17  ain't (UI) that.  I mean it'd probably be better for us don't you
18  think?   In a way.
19  PUP: You mean through the federal instead of state?
20  CHS: Yeah, I'm saying it'd be...(voices overlap)
21  PUP: But then I was telling him, if (UI) went down what the fuck...
22  I mean I told him, you gotta find out what, what if they can
23  actually...if they can fuckin'...do that as far as drop the
24  fuckin' state case, dismiss it under la-non-prossee (phonetic),
25  that means you can't never bring it back up.  And then, and then
00006:01  all of the sudden, the federals can take over. Now see if there's
02  a rule on that, you know what I mean?
03  CHS: Well but also and as far as, as far as our power, we'll be
04  fuckin' deep.
05  PUP: Oh yeah, that's, oh yeah that's gonna be, that's gonna be up
06  there.
07  PUP: Well this is the other (UI) what they did to them, you know?
08  CHS: Hey...(voices overlap)
09  PUP: (UI) was telling me there's about fourteen.
10  CHS: And then...w-w...if fu...(voices overlap)
11  PUP: (UI) ...is forty...there's forty vatos from New Mexico in
12  Florence, but at the FCI. That's another, that's a, that's a
13  prison that's right next door. But it's a FCI, that's a
14  medium. And I asked, I asked them vatos that were there...that,
15  (UI) they would come to the hole, I asked them and they fuckin'
16  said no, they just, they didn't really say anything, they're
17  just regular dudes from New Mexico.
18  CHS: Well...if tha-if that happens, we'll be deep in that mother
19  fucker.
20  PUP: Most of the brothers are in Victorville, and then like
21  Smiley and them, when they got killed, they got killed in
22  Hazelton, that's West Virginia. Beaumont is in Texas um...Terre
23  Haute is in Indiana. Lordsburg is in ah Pennsylvania...now that
24  fucker's got (UI)... But he was (UI).
25  CHS: Chris knows all about that fuckin' shit.
00007:01  PUP: Who?
02  CHS: Chris.
03  PUP: Yeah he does.  He was there. (voices overlap)
04  CHS: That fucker kept me out there for like ten hours talkin'
05  about that shit.
06  PUP:  Yeah, he was there, he knows what's out there and all that.
07  Anytime you get in the feds, you know, it, it yeah very few of
08  us, so we know what's going on more or less.
09  CHS: You think, I mean he, look, loo-an, an, and that, let's see,
10  let's see if fuckin' Mario...h-hits the fuckin' secretary.
11  PUP: Yeah.
12  CHS: Do you think...it'll give us fuckin', like notoriety with
```

Exh349 - DISC 6158-6182.Trans of CHS & ABaca 11-15-12-15.1168.008PL.R.R.txt

13  the fuckin' Eme like they respect us a lot more?
14  PUP: They already respect us.
15  CHS: I know but this is stu-I'm saying like that's some major
16  shit right there.
17  PUP: Yeah, it (UI) fuckin' with us.  (voices overlap)
18  CHS: They didn't even do nothing like that.
19  PUP: Yeah. Oh they, they don't know, they, they, with us going,
20  with us going over there like that...with that type of fuckin'
21  charge, oh yeah they fuckin', not only them, everybody
22  else...respects the fuck out of that shit. Keep it right, carnal,
23  the feds is full of a bunch of weirdoes too.
24  CHS: Right.
25  PUP: There's a fuckin', I mean full of fuckin' juveniles carnal,
00008:01  I mean, they kick the fuckin' doors all day, they fuckin' bang
02  on the fuckin' showers inside the cells, drumming,
03  rapping...fuckin' cussing each other out in front of the juras. I
04  mean it's fuckin' crazy. But those are those little chola
05  fuckers. But they're everywhere now, everywhere carnal. They've
06  flooded the whole fuckin' federal system. And it's mostly (UI)
07  you know? And (UI) ain't that bad. It's mostly them Anglos that's
08  been doing all that. Disrespectful like fuck. But that's, that's
09  in the hole. Out in the yard it's a little bit different.
10  CHS: That's what I'm saying, once that shit...(voices overlap)
11  PUP: (UI) alone in the yard. They be fuckin'...you fuck up,
12  they're gonna fuck you up, your owns gonna fuck you up man.
13  CHS: That shit, hey...they, they all (UI) carnal, the Eme hasn't
14  ever fuckin' do nothing like that.
15  PUP: I think they have.
16  CHS: Not the Secretary of Corrections.
17  PUP: Probably not the Secretary, but they did wardens and
18  everything.
19  CHS: Wardens ain't shit though, the Secretary of Corrections,
20  carnal, that's like the governor dog.
21  PUP: That's, that's like over there in ah...Illinois too...they
22  hit the, they hit the, they hit the e-like the STIU over here...
23  CHS: Yeah.
24  PUP: ...they hit them over there, they hit wardens.
25  CHS: They, yeah, they hit C...CO...(voices overlap)
00009:01  PUP: That's, that's...(voices overlap)
02  CHS: ...COs and cops and all them, they don't (UI) compared to
03  the secretary. (voices overlapping)
04  PUP:  (UI) was, you know?  That's inside the facility, but the
05  Eme has two hits on secretary of corrections, fuckin' all kinds
06  of different people on the streets...
07  CHS: But they never got it done though.
08  PUP: Ah yeah they have. On that movie, American Me...yeah they,
09  their people ended up dead. But it was mostly people from that
10  neighborhood where they filmed it. That participated in the
11  filming and all that.
12  CHS: Yeah, I heard about that, they were trying to kill the movie
13  director and shit.
14  PUP: Yeah. They put a hit out on fuckin' Olmos, the actor...
15  CHS: Yep.
16  PUP: ...they did all that, you know?

Exh349 - DISC 6158-6182.Trans of CHS & ABaca 11-15-12-15.1168.008PL.R.R.txt

```
17  CHS: Yeah w-Mario said it was him too, that he wanted to, that
18  he was gonna get, that's the one.
19  PUP: If that, if that's even him.  (UI) didn't say who it was yet.
20  CHS: No.
21  PUP: Shit, he's still spotting it out dude.  I'm pa-it could
22  be, it could be one at number one's house, but he might not even
23  live there.  It might be somebody else that lives there.   They
24  might be renting it or something.
25  CHS: No, he said it was the main one.
```
00010:01  PUP: Yeah?
```
02  CHS: Yeah, he said it was the main one. Yep.
03  PUP: Well at least they (UI).
04  CHS: And then see, that'll fuckin'...sh-that shit'll be all
05  over...
06  PUP: (UI) fuckin' bring us, that'll bring us all kinds of (UI).
07  Fuck, (UI) get notoriety like fuck.
08  CHS: That's what y-that's, that's...(voices overlap)
09  PUP: You know I...((UI), voices overlap)
10  CHS: ...where, that's what we want though.
11  PUP:  And then all them vatos in the feds will be like fuck
12  yeah, you fucker.
13  CHS: I mean cause you want, you, you want...(voices overlap)
14  PUP: (UI)
15  CHS:  ...I mean carnal you wanna get away with it, but at the
16  same time...there's, you got the, you got the negative and the
17  positive of the situation.  Cause if you get away with it
18  it's good, cause then no one knows nothing.
19  PUP: Yeah.
20  CHS: But then again...you don't get the power.
21  PUP: Yeah.
22  CHS: But...and then...if you do...get, if it, if it happens and we
23  get hemmed up... then all the, notoriety goes to here, to the S, no?
24  PUP: Yeah It does.
25  CHS: And that's...
```
00011:01  PUP: (UI) it ge-it gets, it gets a lot of notoriety behind it
```
02  and fuckin' publicity and all that's gonna fuckin' jack us up.
03  CHS: That's what you want.
04  PUP: The feds, the feds won't know about it until he gets it, and
05  then they wanna see why we're there and all that, and they set
06  hearings. The juras will tell it, like the juras over there when
07  I was there now...um they didn't tell anybody, hey them guys
08  are, these guys, like that vato right there, and he's, he's a
09  fuckin', he's the main dude of fuckin' Syndicato. Them dudes are
10  crazy in New Mexico.  The talk like that carnal. The feds, the
11  feds know about us, especially right there in Colorado. A lot of
12  them, some of them fuckin' COs that are working Colorado...in
13  the feds...yeah a lot of 'em have family here in New Mexico...a
14  lot of 'em. The one's, the main unit manager, (UI) he works over
15  here with the brothers over there in Las Cruces, they're (UI)
16  control Unit. We were ones, he told me he's the one that saved
17  Rudy Sena when Rudy Sena cut himself.  I put the watch in there,
18  a couple of 'em wearing shirts with a Zia (phonetic) on it and
19  all that.
20  CHS: Oh yeah, that fucker's on it.
```

Exh349 - DISC 6158-6182.Trans of CHS & ABaca 11-15-12-15.1168.008PL.R.R.txt

```
21  PUP: Oh yeah, everybody (UI) the way that fuckin', ha-every time
22  they come in, just give me that fuckin' shirt...and we started
23  laughing, you know and he goes hey ain't no (UI) that's why
24  you're over here. (UI)
25  CHS: What are you gonna do if you see that fucker come on the
00012:01  news in the morning?
02  PUP:  Oh man, I'm gonna have, I'm gonna haul right (UI) real
03  quick and tell these fuckers to get that shit and destroy that (UI)
04  CHS: (laughs) get the (UI)...
05  PUP: (UI) first I'm gonna tell him to call Chris and tell him,
06  tell Chris to fuckin' to destroy his shit, because they're gonna
07  fuckin' be looking at all the brothers on the streets. And if
08  destroying his shit then fuckin' get a new phone. Destroy his own
09  phone...and make sure Mario does the same...and then it'll be
10  alright.
11  CHS: Yeah.
12  PUP: And if, and if they fuckin' do surveillance, and this is,
13  this is gonna happen carnal, if that fucker ends up fuckin'
14  dead, they're gonna fuckin', all the surveillance around that
15  whole community, and the fuckin' roads and the stop lights,
16  everywhere. They're gonna look to see what cars are around that
17  facility at the time that happened, and then they're gonna zero
18  in on them...little by little, until they find who they're
19  looking for. If they find a carnal's car...or if something there
20  like that...then they're gonna focus in on the carnal. And
21  they're come for our ass. You didn't think about that one did you?
22  CHS: No.
23  PUP: (laughs)I fuckin' thought about everything carnal.
24  That's why I told him, you gotta fuckin' be careful with that
25  shit. They got cameras everywhere. That mother fucker, they don't
00013:01  have to be caught right there in the fuckin' camera doing
02  it. They got, you, they catch a car just down the block, they're
03  gonna say what the fuck is that car doing around here?  Who, who's
04  ride, th-who, who owns that car?  A la verga, right to the carnal,
05  or (UI), or what the fuck is a carnal doing around this
06  area?  Then they're gonna go fuckin' question him. They're gonna
07  add him as suspect.
08  CHS: You already threw away all your fucking addresses and phone
09  numbers and everything that link, to link?
10  PUP: No, I just scratched 'em out. I scratched out ah...I
11  scratched out Poo-Poo...I got yours on there, but that ain't
12  nothing huh?
13  CHS: Nah, I'm your neighbor fool.
14  PUP: And I got Linda Pina, (UI), Sherry Beaumont, whatever...
15  CHS: (laughs) you got all my ex girlfriends. (laughing)
16  PUP: ...(UI)
17  CHS: Nah, you're good.
18  PUP: Alright.
19  CHS: You got all my fuckin' hoes down there. (laughs)
20  PUP: Yeah. And then I got next to it, next to their names I have
21  Crazo's written down.
22  CHS: You, you probably looked at that list and said damn, this
23  mother fucker's a pimp huh?
24  PUP: Oh yeah (laughs)
```

Exh349 - DISC 6158-6182.Trans of CHS & ABaca 11-15-12-15.1168.008PL.R.R.txt

25  CHS: (laughs)
00014:01  PUP: You have a lot of (UI) bitches right there.
02  CHS: (laughs)
03  PUP: (UI) and everyone has Crazo written next to it, so I don't
04  forget whose it is.
05  CHS: No, It's all good carnal. They ain't, the only, the only ones
06  that, that you need to get rid of is fuckin' Mario's...
07  PUP: Yeah.
08  CHS: Chris's...
09  PUP: But I got Deta's on there.
10  CHS: Yeah, Deta's...that's your cousin.
11  PUP: Yeah.
12  CHS: It's not like she's involved in anything anyways, you know
13  what I mean?
14  PUP: Yeah.
15  CHS: Um...that's it A, just, just the carnals really, the ones
16  that, that...
17  PUP: That's it right there.
18  CHS: I mean basically Mario, cause he's the one that's gonna go,
19  that's gonna do it no?
20  PUP: Yeah, I had, I had Mario's written down' well I had, but I
21  put Poo-Poo. But I said no, fuck that, I t-I took that whole
22  thing off carnal. I don't got the number at all on there.  Just
23  scratched that black shit all in there you know?  Real good too.
24  CHS:   Cause last night when he text me carnal, he said, that's
25  what else he was, "Yo sabes" with me, and he said "Yo sabes" is
00015:01  um...that, he said that I ah... I'm gonna do that t-tonight or
02  for sure tomorrow, you know?
03  PUP: Yeah, when he says "Ya sabes" that means you already know.
04  CHS: Yeah.
05  PUP: That's it, you know already. So maybe he's, he's fuckin'
06  figured out what he's gonna do now, so let's do it.
07  CHS: Yeah, he's fuckin'... that's why he wasn't answering his
08  phone carnal, that fucker's on a mission.
09  PUP: Yeah.
10  CHS: I didn't, I-sh-I sh-your ass was up by four in the
11  morning.  I stayed up too late last night, I w-I was gonna get up
12  and check the news too, you know?
13  PUP: Man, I got up at (UI) I fuckin' woke up at fuckin' four
14  thirty. I'm like what the fuck? And then I fuckin' turn
15  on the news and I fuckin' was watching and (UI) nothing, you
16  know?  But I like fuckin'...started moving around about...I don't
17  know, fifteen till five. No...about five thirty, I started moving
18  around. I had to get up and take my pill. I have to take my pill
19  at least an hour before I eat breakfast. I have to take it on a
20  empty stomach.  My thyroid.
21  PUP: Because of Blue, Blue's the one that did ah started that shit.
22  CHS: Yeah well...probably is carnal, I mean...everybody said he
23  left Creepers flojas, he was supposed to get the shank and, I
24  mean he went, he went in... and he told, he told Creeper all the
25  fuckin' business, what he was gonna do. He made Creeper do it,
00016:01  and then he told Creeper, when you're dead, I'll get the shank
02  from you. He left him flojas though.  That's why Blue's mad.
03  PUP: Yeah.

Exh349 - DISC 6158-6182.Trans of CHS & ABaca 11-15-12-15.1168.008PL.R.R.txt

```
04  CHS: You know what I mean?
05  PUP: But why did fuckin', why did he go take it to Blue for?
06  CHS:  He didn't, he didn't take it to Blue.  The one, the shank
07  that Blue got was really the one that Plas (phonetic) gave him.
08  PUP: Oh.
09  CHS: The shank that Creeper had, he threw it in the trashcan...
10  CHS: For what reason, I don't know, the fucker did it on camera
11  a la verga(laughs) But...
12  PUP:  Well Creeper, Creeper's the one that went, went down and
13  when he went down there and fuckin' started, even the real
14  fuckin', that vato, and the vato was right there at the door.
15  CHS:   Yeah they, yeah, that's what I'm saying, they both, they
16  both went after him, but Creeper got him out there more, no?
17  PUP: Yeah. Outside the cell.
18  CHS: So...
19  PUP: That wasn't, that wasn't supposed to happen like that.
20  CHS: No see, but...
21  PUP: So...
22  CHS: ...Red and Blue was supposed to go in there and strangle
23  him, which what they did. Then he passed out. Then Creeper and
24  Plas (phonetic) were gonna go in there and start stabbing
25  him. Well they started stabbing him...the vato woke up...and, and
00017:01  he fuckin' bolted out of the room.
02  PUP: Man.
03  CHS: When he bolted out of the room, Blue told him go get him.
04  So they ran after him and got him.
05  PUP: Yeah. (Spanish)(pause)...
06  ??:  Hey what's up?
07  CHS: What are you doing?
08  ??:  Nadda. (UI) (voices heard in background)(pause)...
09  CHS: Hey...
10  PUP: Huh?
11  CHS: Well you-standing at the damn door again?
12  PUP: (UI)
13  CHS: Huh?
14  PUP: See what the, what are they doing?
15  CHS: He's doing showers.
16  PUP: Yeah.
17  CHS: So anyways, yeah that's why he's mad though. But...I mean like I
18  told you earlier, Baby Rob was the one of 'em...was pushing it no? But...
19  I mean now you're-I mean you're here carnal so...I mean you're the only one
20  that could fucking give green lights and shit.  And no one else can say fuck.
21  PUP: Yeah.
22  CHS: It's whatever you wanna do, you know what I'm saying?
23  PUP: Alright, I'll holler at Blue.
24  CHS: Yeah, we're just gonna have to fuckin' go talk to him and
25  see what the situation is or...like that.
00018:01  PUP: Yeah. (UI). I have it on paper to go see him in the yard, no?
02  CHS: Like I say carnal, he...Blue already knew. You know what I
03  mean?  He went...they both made, both those fuckers do it, he took
04  the risk of getting caught, so I don't know why he's, I told him
05  that before, I don't know why you're fuckin' sniffling all over
06  it. I mean...you guys didn't even cover the fuckin' cameras, of
07  course you were gonna get caught. You-you're talkin' a-you're
```

Page 8

Exh349 - DISC 6158-6182.Trans of CHS & ABaca 11-15-12-15.1168.008PL.R.R.txt

08  talkin' about four people going in one room, and one fucker
09  ending up dead. Just that in a, just that alone is enough to
10  charge a mother fucker.
11  PUP: Yeah, but see the thing of it is, they don't know who done it.
12  CHS: It don't...(voices overlap)
13  PUP: (UI) people go inside a cell, you don't know who (UI) done
14  it. You have to prove which one done it.
15  CHS: Yeah, but you already know the majority of the time when
16  they get four people and they charge four people with first
17  degree murder, one of 'ems gonna bait.
18  PUP: Yeah.
19  CHS: That's...that's almost guaranteed that, you know what I'm
20  saying? That's like eighty percent.
21  PUP: Yeah.
22  CHS: One of 'ems gonna tell.
23  PUP: Yeah.
24  CHS: And I mean, you already know ah Plazz (phonetic) and
25  Creeper, they didn't even wanna fuckin' do it, these vatos made
00019:01  'em do it, so right there that, just making somebody do
02  something carnal and threatening their life. Then you already
03  know if they get caught they're telling. And now they
04  fuckin'...obviously federal witnesses and shit now.  You know
05  what I mean?
06  PUP: Yeah...(voices overlap)
07  CHS: What did, what did Blue say when you told him you were gonna
08  fucking get on Creeper? ... Creeper family?
09  PUP:   Oh he said fuck yeah.
10  CHS: You didn't tell him that you fuckin' qui-you didn't get the
11  chance to tell him that you fuckin' got at him yesterday?
12  PUP: Oh ah yeah, he already knew that it, remember that time
13  when they fuckin' was shakin' us down?
14  CHS:   Yeah, but that was before fuckin', that was be-you told
15  him, I told him that too that you had fuckin' did that.  But
16  um...that was before the fed-federal shit came out.
17  PUP: Oh yeah, yeah, he's down with all that.
18  CHS: Cause I heard you telling him yesterday well that (UI), I'm
19  gonna get at...(voices overlap)
20  PUP: (UI)
21  CHS:   ...yesterday when you were talking to him I heard you
22  say, I'm gonna get all that shit like fuckin' extra hard now.
23  (laughs)
24  PUP: Yeah. Well, well it's, it's a federal thing now, no?
25  CHS: Yeah, it's a federal thing now. Shit, that shit got serious
00020:01  real quick. (laughs)
02  PUP: Hell yeah. It's more serio.
03  CHS: Fuck yeah it is. I don't know (UI) shit dog. But...
04  PUP: See he's thinking, he's thinking it's better for him.
05  Cause there's a big difference. The feds, the feds haven't hit us
06  yet. They ain't done nothing for us.
07  CHS: Yeah, we'll just assum...(voices overlap)
08  PUP: (UI) happened yet. But if it-they're talking about the feds
09  stepping in, but the feds haven't done nothing yet, so...well
10  who knows, anything...anything can happen. Or-or (UI) sniffer,
11  they say anything can happen...we haven't been charged yet, and

Exh349 - DISC 6158-6182.Trans of CHS & ABaca 11-15-12-15.1168.008PL.R.R.txt

```
12  everybody's fuckin' all rattled up but...the thing of it is,
13  that vato, he done ratted, you understand that?
14  CHS: Yep.
15  PUP: Now, if they're gonna go ahead and do us with the
16  feds...then his, his family's fuckin', they need to fuckin' move
17  today.  That's it.
18  CHS: Hell yeah.
19  PUP:   And his family, his family gets hit.  And that shit will
20  hit the news carnal.  And they're gonna say the only motive
21  behind that has been because that fucker testified.  That shit
22  hits the news too.  That gives us more power. Because of the fact
23  that...everybody's gonna know, 'a la verga, they're gonna hit my
24  family, I'm never gonna tell 'em. '
25  CHS: And...(voices overlap)
```

```
00021:01  PUP: (UI) you know?
02  CHS:  ...and not only that but they're like that fucker's a-that
03  fucker was a federal witness, and they fuckin' killed his
04  family.
05  PUP: Yeah.
06  CHS:   All, all this shit dog.  And carnal you gotta think,
07  like I told you yesterday, more than likely, you're lo-you're
08  looking at at least fuckin' fifty, sixty brothers at one time.
09  They're not gonna just do...
10  PUP: Yeah I know.
11  CHS: ...we're too big.
12  PUP: I don't think that much.
13  CHS: I do.
14  PUP:  It's because they knew they would have the structure like
15  they did on other mother fuckers right?  They don't have the
16  structure on us like that and so...they have to just start
17  pulling brothers and then (UI) more than that and all their (UI)
18  and um...it ain't gonna be that big.  I say, at the most is gonna
19  be eight of 'em.
20  CHS: Nah, hell no.
21  PUP: That's just ((UI), voices overlap) ...
22  CHS: Fuck no carnal, loo-you gotta, look...all these fucker
23  murders, guaranteed even some of these unsolved murders
24  that we know about...
25  PUP: I don't think they're gonna go that far.
```

```
00022:01  CHS: Shit they're, them mother fuckers... (voices overlap)
02  PUP: I'm looking at it like, okay that could, that's possible.
03  CHS: Hey, people don't(UI).
04  PUP: Yeah, that's possible.
05  CHS: That's not even worth their time.
06  PUP: But I, I, but they don't, they don't have nobody to come
07  forward for all that.
08  CHS: Shit, but that's, that's the thing carnal, they go to
09  the...(voices overlap)
10  PUP: Right now that we know of anyway.
11  CHS: But that, that-like I said that's what they do.  They'll
12  go to these vatos that they, that they might have, we don't
13  know, there's fuckers that could...(voices overlap)
14  PUP: They have to go to them before we get indicted.
15  CHS: They, they might have.
```

Exh349 - DISC 6158-6182.Trans of CHS & ABaca 11-15-12-15.1168.008PL.R.R.txt

16  PUP: They might have already?
17  CHS: Yes.
18  PUP: Woo-hoo (laughs).
19  CHS: Carnal, they're not, do-we're too, we're not, we're not as
20  big as the Eme, but we have power dog.
21  PUP: Yeah.
22  CHS: You know, we probably have more bodies than the Eme...I mean
23  not...(voices overlap)
24  PUP: Not at all.
25  CHS: ...not, no, no, they have a lot of bodies and shit, but we
00023:01  have a lot of fuckin' bodies dog.
02  PUP: Fuckin'...(voices overlap)
03  CHS: For being as small as we are, as far as gang hits and
04  shit...we got a lot of bodies compared to most gangs.
05  CHS: Well what'd they hit him with, the pri-federal?
06  PUP: I don't know where they were.
07  CHS: Yeah see them, hey carnal, they're not gonna come and just
08  um...hit eight, eight brothers carnal. There's, there's too much
09  fuckin' dirt on us dog. They're not, they're not gonna waste
10  their time doing that type of shit.
11  PUP: Well they...they got more, they indicted a bunch of them
12  ((UI), voices overlap)
13  CHS: There has to, there has to be at least thirty of us...and if
14  not thirty there's only gonna be maybe fifteen in, in prison,
15  and maybe fifteen on the streets or ten on the streets.
16  PUP: Yeah.
17  CHS: Cause you gotta think carnal, you've got...you got Fred Dog,
18  unsolved murder. Cyclone's in the program. You got
19  Troupe on the streets, you got Javier in the program, Wino...you
20  know what I'm saying?
21  PUP: Yeah.
22  CHS: That's unsolved murder, that's three people right there.
23  PUP: That, that JJ on the streets. But JJ, JJ never get, got
24  indicted. That was, that was for the vato Ronnie Baca (phonetic)
25  CHS: Oh, he never got indicted for that?
00024:01  PUP: RB?
02  CHS: Yeah, I...
03  PUP: No.
04  CHS: I thought him and Playboy got attacked for that.
05  PUP: No. Playboy, Playboy didn't get, Playboy did time because ah
06  Animal.
07  CHS:  Well I thought they got, I thought they, I thought fuckin'
08  they got, well Panther, okay, Panther and Playboy did, I know
09  they Animal but...
10  PUP: Yeah...(voices overlap)
11  CHS: ...I thought later on, fuckin' Playboy got charged with that
12  one too.
13  PUP: No.
14  CHS: Oh.
15  PUP: No.
16  CHS: I thought that's why all the carnals were mad at him, they
17  said that he was working with the feds.
18  PUP: No, (UI) ain't nobody got, nobody got charged for that one
19  with RB. They didn't get them on that.

Exh349 - DISC 6158-6182.Trans of CHS & ABaca 11-15-12-15.1168.008PL.R.R.txt

```
        20  CHS: Oh.
        21  PUP: Ah oh well, nobody sounds guilty anyway, you know what I'm
        22  saying?
        23  CHS: Yeah well...Playboy's in the program too so...
        24  PUP: I don't think Playboy will say nothing.
        25  CHS:  I mean he didn't forever, he ain't got nothing to lose.
00025:01  I mean the best thing that can happen to him is a better housing
        02  in the feds.
        03  PUP: (UI) fucker, he don't never say nothing man. He knows, he
        04  don't go take the stand or nothing. That fucker...
        05  CHS:   Yeah, he's put in a lot of work for Styx, I know that.
        06  I've been knowing that fucker forever carnal.  That fucker's,
        07  he's down A, I don't why he got put in the way he is.  I mean I
        08  know Arturo put a green light on him and all that shit, but...
        09  PUP: The boys are getting tired of his fuckin' scandalous
        10  (phonetic) ass shit carnal. Brothers are getting discouraged,
        11  frustrated, fuckin' like just like fuckin', this shit is fuckin'
        12  wacked. We'll always have a brother that's always there on some
        13  petty ass shit fuckin' trying to get brothers against each
        14  other, all the time. It never fails carnal. There's always
        15  somebody there. And now, we just identify which ones is, (UI) all
        16  the time. Which one is it now a days? That's all we do on that
        17  shit. It (UI) what it is, and go with that. We can't have that
        18  shit all the time carnal.
        19  CHS: Yeah, but then people like Arturo and them...
        20  PUP: They're gonna fuckin' fuckin' each other up because of
        21  fuckin' shit like that. All this scandalous ass shit.  (UI) they
        22  fuckin' try to put a mother fucker on the dish and still has to
        23  be ass out of control. That shit's been goin' on for a while now.
        24  CHS: Yeah. These fuckin' people let that power go to their head.
        25  PUP: Yeah they fuckin'...sometime not even, it's not even the
00026:01  power thing, it's just, it's just fuckin' they're just
        02  scandalous like that. They just, they just love the misery
        03  carnal. They just fuckin' love two brothers fighting each
        04  other. They love to fuckin', they're right there to fuckin' start
        05  shit and, just putting shit in people's ear and talking shit
        06  behind brothers' backs.  They're doin' all that shit like that.
        07  Just scandalous ass shit man. It's been going on for years and
        08  years. We all have that (UI)...things like that and...respond (UI)
        09  and, and create fuckin' problems like that. That's what happens
        10  carnal. We're all guilty of little things, you know what I'm saying?
        11  And we've gotta work on that.  We're over killing our fellow brother
        12  and (UI) just be fuckin' high fiving each other. The brothers that
        13  have been fuckin' serious in this for all these years, and they,
        14  it's not even, it's not getting better. It's still continuing.
        15  That's cause there's, nobody faces consequences.
        16  CHS: Well, well now they do cause you're here so, especially if
        17  we go to the feds, you can enforce that type of shit.
        18  PUP: Yeah, but that's what I'm saying, it's not gonna go
        19  down...in the feds, they fuckin', even the Eme steps in
        20  carnal. The Eme will step in and tell the brothers right
        21  away. Your brother's acting out of line. You know, they handle
        22  their own. When it comes to a brother, they fuckin' let a brother
        23  know before they'll even touch a brother. It was just like when
```

Exh349 - DISC 6158-6182.Trans of CHS & ABaca 11-15-12-15.1168.008PL.R.R.txt

```
         24  them fuckin', when Whacky, Whacky and another brother, they hit,
         25  they hit some type of Nuevo...it was just regular 505...and he
00027:01  was there kicking it, (UI) hall everybody, but that fucker was
         02  over there fuckin' coppin' behind a brother's back from one of
         03  the vatos from the Eme.  Yeah, fuckin' vatos, they, we're gonna
         04  fuckin' end up fuckin'...ye-we're gonna end up takin' all them
         05  fools out eventually and woo-woo-woo. That fuckin' Eme vato
         06  wanted to kill the carnal, yeah he'll fuckin' pull (UI) some
         07  bullshit huh. Fuckin' carnal stabbed the fuck out of him.  Whacky
         08  and another one. And (UI) was telling me he was, he was, (UI) was
         09  there. He was laughing when he was telling me about it. The way
         10  it's gonna go down, he said it was real funny, you know? The
         11  brothers were chasing that fool in the yard and started stabbing
         12  him. My initial thought was well that's good. These fuckin' vatos
         13  from the Eme, they like to fuckin' get involved in all our shit
         14  and try to fuckin' manipulate and all this and that, and turn up
         15  against each other, that way they have all the power
         16  all the time, no?
         17  CHS: Yeah.
         18  PUP: That was my initial thought. But no, these fuckers don't do
         19  that carnal, they fuckin', they're up straight with us in the
         20  feds. And they have, you know they go their own problems too and
         21  shit, but they deal with it. Sometimes it gets out of
         22  control. They got, I got, they g-they got all kinds of fuckin'
         23  (Spanish), they got all kinds of shit right now. They have all
         24  the politicking against each other...
         25  (END OF TRANSCRIPT)
00028:01  .
         02  .
         03  .
```