```
               Federal Bureau of Investigation
                  Albuquerque Field Division


Case number                   281D-AQ-6239655

Date of recording             12/3/2015


Participant                   Confidential Human Source = CHS
                              Anthony Baca (Pup) = PUP




Transcribed by                JAK

Date transcribed              01/07/2016


Notations                     Unintelligible = (UI)
```

**The following transcript has been compared to the audio recording from which it was made, and to the best of my ability, the transcript is a true, complete, and accurate record of the recording.**
_____SA T. Neale_____

1

```
PUP:    …(UI) everywhere.  Every fuckin' ranfla every state you
        go to it's like that.

CHS:    Yeah, they (UI), but (UI), ain't nobody perfect.

PUP:    Yeah.  So, you know, so it's just we gotta, we gotta work
        on our problem…and get this shit right.  Because if not,
        we're just destroying each other.  Our teams have to be
        fuckin' fit, you know what I'm saying?

CHS:    Yeah but…(voices overlap)

PUP:    (UI) misunderstandings like the fuckin' (UI) arrested,
        fuckin' (UI), from (UI) and fuckin' be better.  That's the
        only thing you can do.  But not try to kill each other off.
        Especially when we're all down ass brothers, you know what
        I mean?

CHS:    But that's the difference.  That's like you said, it'll
        be better, this'll be better if we go to the feds because
        you'll be able to operate a lot better over there than you
        will here.

PUP:    Eh.

CHS:    I mean especially if you and Styx are together.  You know
        what I mean?

PUP:    Oh yeah, we fuckin'…we're out there like that it's all
        good.  We have brothers that are in the feds already
        establish shit over there so…they'll come in with
        something real firme anyways, you know what I mean?

CHS:    Yeah.

PUP:    It's just that some brothers, some brothers fuckin'…you
        know…some brothers might not like it.  Because…(UI) Dan
        Dan fuckin'…they don't like us like that, you know.  We
        don't ride under no body.  You see what I'm getting' at?

CHS:    Yeah.

PUP:    That type of shit.  But he hasn't been to a place, where
```

2

|  |  |
|---|---|
|  | it's been like, you know, other ranflas. |
| CHS: | Right. |

PUP: Big ranflas like they're accepted here in the southwest. And they don't do no (UI) like that. Or (UI) so…

CHS: Yeah but…

PUP: …she doesn't know the way, he doesn't the way it operates. I mean he's thinking that, you know, these vatos, when he's here he said, "Oh we ride with the Eme" or we ride…he could just ride under them and that's it. They tell us what to do. And it's not like that carnal. It's not like that. That don't tell us what to do.

CHS: Yeah, but, but like…(voices overlap)

PUP: Mutual respect, *si me entiendes*.

CHS: But like you said thought too if…(voices overlap)

PUP: If you get the ranflas with mutual respect and, and, and on the same agenda with the same enemies. Because I had a problem with that when I was out there in Nevada. And that's one of the first things I told the Sureno. But they take to us, wanting us to fuckin'…to ride with them and face the fuckin' MRU. See (UI) they used to kick it with the MRUs while we were in (UI) with them. Me and the carnal Chacon. Because when they're ready to roll with them, that's when they came to us, cause they say here in the city, hey you got some (UI) over here holding it it down and representing like that. And fuckin' we'll extend a hand and all that, and you go, no, no, no, no, (UI) came to us when they were fuckin' (UI) in the MRU and the Surenos. They wanted us to have, but we turned them down. I, I think we shot 'em back a wila to fucking Louie. The one, that dude from Oakland, one of the Nortenos, I saw them well we got twelve, hey but, ah love and respect…I appreciate the offer and everything, but hey…we don't, we don't have no problem…with the Surenos, no? And ah MRUs are our enemies, and we'll just leave it at that but we don't, we ride by ourselves. And when the Surenos came forward, they wouldn't go roll with them. And the Surenos came to us, but a carnal had already established a freaking' good, good relationship with them, no? But he

|  |  |
|---|---|
|  | was an (UI) free, and so we fuckin', me and the carnal decided, alright, we'll fuckin', we'll ride with these fools, but when I start the wilas to fuckin', the, the, the Surenos, I to-I told them too.  So I had to say you're a politician, you're a politic, ours are ours, Do you understand this? |
| CHS: | Yeah. |
| PUP: | And you guys have some enemies that are not our enemies.  That type of shit.  Well we- we don't have no problem with those Nortenos.  Well they (UI) done the (UI) over there, you know.  And so they understood that.  They understood all that.  (voices in background)  Our only fuckin' enemies are the MRU. |
| CHS: | Let me take a piss real quick, hold on. |
| PUP: | I gotta take a piss too. |

**(END OF TRANSCRIPT)**

```
         Exh351 - DISC 6183-6186.Trans of CHS & ABaca 11-15-12-15.1168.009PL.R.txt
00001:01 PUP:  ...(UI) everywhere. Every fuckin' ranfla every state you go
      02 to it's like that.
      03 CHS:  Yeah, they (UI), but (UI), ain't nobody perfect.
      04 PUP:  Yeah. So, you know, so it's just we gotta, we gotta work
      05 on our problem...and get this shit right. Because if not, we're
      06 just destroying each other. Our teams have to be fuckin' fit,
      07 you know what I'm saying?
      08 CHS:  Yeah but...(voices overlap)
      09 PUP:  (UI) misunderstandings like the fuckin' (UI) arrested,
      10 fuckin' (UI), from (UI) and fuckin' be better.That's the only
      11 thing you can do.But not try to kill each other off. Especially
      12 when we're all down ass brothers, you know what I mean?
      13 CHS:  But that's the difference. That's like you said, it'll
      14 be better, this'll be better if we go to the feds because you'll
      15 be able to operate a lot better over there than you will here.
      16 PUP:  Eh.
      17 CHS:  I mean especially if you and Styx are together.You know what
      18 I mean?
      19 PUP:  Oh yeah, we fuckin'...we're out there like that it's all
      20 good.We have brothers that are in the feds already establish
      21 shit over there so...they'll come in with something real firme
      22 anyways, you know what I mean?
      23 CHS:  Yeah.
      24 PUP:  Big ranflas like they're accepted here in the southwest.
      25 And they don't do no (UI) like that.Or (UI) so...
00002:01 CHS:  Yeah but...
      02 PUP:  ...she doesn't know the way, he doesn't the way it
      03 operates. I mean he's thinking that, you know, these vatos, when
      04 he's here he said, "Oh we ride with the Eme" or we ride...he
      05 could just ride under them and that's it. They tell us what to
      06 do. And it's not like that carnal. It's not like that. That
      07 don't tell us what to do.
      08 CHS:  Yeah, but, but like...(voices overlap)
      09 PUP:  Mutual respect, si me entiendes.
      10 CHS:  But like you said thought too if...(voices overlap)
      11 PUP:  If you get the ranflas with mutual respect and, and, and on
      12 the same agenda with the same enemies.Because I had a problem
      13 with that when I was out there in Nevada.And that's one of the
      14 first things I told the Sureno.But they take to us, wanting us
      15 to fuckin'...to ride with them and face the fuckin' MRU.See (UI)
      16 they used to kick it with the MRUs while we were in (UI) with
      17 them.Me and the carnal Chacon.Because when they're ready to roll
      18 with them, that's when they came to us, cause they say here in
      19 the city, hey you got some (UI) over here holding it it down and
      20 representing like that.And fuckin' we'll extend a hand and all
      21 that, and you go, no, no, no, no, (UI) came to us when they were
      22 fuckin' (UI) in the MRU and the Surenos.They wanted us to have,
      23 but we turned them down. I, I think we shot 'em back a wila to
      24 fucking Louie.The one, that dude from Oakland, one of the
      25 Nortenos, I saw them well we got twelve, hey but, ah love and
00003:01 respect...I appreciate the offer and everything, but hey...we
      02 don't, we don't have no problem...with the Surenos, no?And ah
      03 MRUs are our enemies, and we'll just leave it at that but we
      04 don't, we ride by ourselves.And when the Surenos came forward,
                                    Page 1
```

```
   Exh351 - DISC 6183-6186.Trans of CHS & ABaca 11-15-12-15.1168.009PL.R.txt
05  they wouldn't go roll with them.And the Surenos came to us, but
06  a carnal had already established a freaking' good, good
07  relationship with them, no? But he was an (UI) free, and so we
08  fuckin', me and the carnal decided, alright, we'll fuckin',
09  we'll ride with these fools, but when I start the wilas to fuckin',
10  the, the, the Surenos, I to-I told them too.So I had to say
11  you're a politician, you're a politic, ours are ours, Do you
12  understand this?
13  CHS:  Yeah.
14  PUP:  And you guys have some enemies that are not our enemies.
15  That type of shit.Well we- we don't have no problem with those
16  Nortenos.Well they (UI) done the (UI) over there, you know.And
17  so they understood that.They understood all that.(voices in
18  background)Our only fuckin' enemies are the MRU.
19  CHS:  Let me take a piss real quick, hold on.
20  PUP:  I gotta take a piss too.
21  (END OF TRANSCRIPT)
22  .
23  .
24  .
25  .
```