Transcript
Federal Bureau of Investigation
Albuquerque Field Division


Case number                    281D-AQ-6239655

Date of recording              12/3/2015


Participant                    Confidential Human Source = CHS
                               Anthony Baca (Pup) = PUP




Transcribed by                 JAK

Date transcribed               01/08/2016


Notations                      Unintelligible = (UI)




**The following transcript has been compared to the audio recording from which it was made, and to the best of my ability, the transcript is a true, complete, and accurate record of the recording.**
_____SA T. Neale_____


1

GOVERNMENT EXHIBIT 353

PUP:      …what is a, and, and, and a lot of those don't understand all of that cause they've never been out of state, so they don't know.

CHS:      Yeah.  Anyway, but, but then again…like you said carnal, I mean…if it, if, if, if, if m-if Mario (UI)get caught or whatever…but if we do, the Emes gonna look at us different anyways.

PUP:      Hell yeah they are.

CHS:      Like you said, you know what I'm saying?

PUP:      They'll look at us like man these fuckers are on top of their, (UI) shit.

CHS:      They're not gonna, like right now they look at us like yeah they're down and all that, but they look at us like scrubs.

PUP:      Ah…ah…

CHS:      I mean they respect us and shit, you know what I mean, cause they may be (UI) but…something like that, like you said, they're gonna fuckin' look at us like sh-these fuckers are about their business.

PUP:      Yeah.

CHS:      So Dan-Dan's just gonna have to get used to that shit.

PUP:      Hell yeah but when he gets out there he'll experience it himself, he'll see it for what it is, and then he'll understand, because even though we are out of state now in, in Arizona, this wasn't even a fuckin' place to do time. There ain't no, there ain't no fuckin' nothing happening over there.  But he got to meet a Sureno named Shrager (phonetic).  He just thought he was a youngster carnal. He could have shaped him the way we wanted to, *si me entiendes?*

CHS:      Yeah.

PUP:      Yeah, but he's seeing how they real *firme* - so, and he will, if Dan-Dan gets in to Califas, if he gets in to another (UI), he's gonna see for himself.  There's more vatos that are *firme* like that, *si me entiendes?*  And these vatos

2

ain't out to use us as their fuckin' simple fuckin' tools, or their, or their plan to expand or nothing like that. It's a mutual respect that we have with them in the feds, no?  It's respect, carnal.  Them fuckers looked out for me.  The fuckin (UI) was treating me like fuck and I'm not (UI)… that's (UI) idea he's from Venice.  Well he's actually from L.A., but the (UI).  And…he ran down everything for me he put me on my toes.  Even the ABers (UI) put me on it.  Even that AB fuckin' ah Possum, he told me straight up, he goes, you know what that Tucan (phonetic) is a friend of mine, this and that, but I'm gonna let you know right now he killed your brother.  Always hang with him.  And then I fuckin', that's when I hit Aballa (phonetic) Balla told me the same thing.  He told me fuckin'…fuckin' Smiley is a good vato he told me, you know?

CHS:     Yeah, but then again carnal, you gotta look at it like this too.  There's never been a brother, I mean there is like Marty Barros and all of them, but at the same time…them vatos ain't like, them vatos are under you, you're gonna be the most, probably the most respected, powerful one that's ever been in the feds it's…(voices overlap)

PUP:     (UI, voices overlap) …Marty's above us.

CHS:     No.

PUP:     Yeah he is.

CHS:     Yeah, but Marty's all fuckin' washed up.

PUP:     Yeah, I know but it's, I'm saying he's the, I'm the older carnal.  I respect him.

CHS:     Well yeah, cause I know that…

PUP:     Back in the day…back in the days Marty was over the (UI). He's older.  And then he did it a lot longer.  Fucker, he's *truchas* too.  (UI) that dope, that dope interferes with a lot of shit.  I know you can't, you can't cause if he was resentful…he got that shit done.  He's fuckin'…Droopy, he didn't stop Droopy and fuckin' Chico from drilling that fuckin' LC.

CHS:     Fuckin' Sick Vic?

3

PUP:      Yeah.

CHS:      Yeah, well he's the one that put out the hit.   I was there.

PUP:      Yeah, he could've stopped him.   He didn't.   He fuckin',
          the (UI) see Drooper and Chico (UI) (banging in
          background)…they were telling me that Marty is sleeping
          over there.   That fuckin'…that fuckin' Michael Guzman is
          still there…and he's over there fuckin' giving Marty
          *drogas* and all this and that and…nothing happened to
          Mi-Michael Guzman.   And…you know that's (UI), you know
          that, they plan to keep it like that…and then…when, when,
          and then when (UI) started to come out…Marty right away
          came to me.   I thought you were my friend, "what the fuck's
          up," no?   That type of shit.   I told him well there's
          complaints against you carnal that you was sleeping over
          there and shit, you know?   And then he told me, I said I'm
          the one that got that fuckin' *feria* taken care of over there
          – this and that.   Although I didn't think of Michael
          Guzman…about him, that fucker's, those guys are over there
          gettin' high together and all that.   Them brothers are
          tripping behind that shit, you know?

CHS:      They c-they c, yeah cause they, and they killed Sick Vic
          and then the one that did, which one's the one that ratted,
          Mosco was the one that ratted on them?

PUP:      Yeah.

CHS:      Oh okay.   Yeah.   I remember Shadow was telling me that's
          why they had killed him.

PUP:      Yeah.   Well they tried to give Mosco (phonetic) a hot shot
          over here.   And then that fuckin' dri-I told him, let me
          do this (UI), and I seen the writing, and I said okay, that,
          that's, I, I'll shoot Mosco (phonetic) a wila.   So I shot
          Mosco (phonetic) an innocent wila, he's all you can't send
          me back and it was he-and matched it up, and it was his
          writing.   So the brother, the brothers over there got some
          acid from one of the Roswell boys.   I don't know if it was
          powder or what, but you, when you put it into liquid the
          color is kinda brown.   And so they sent him that in that
          Eme, that's…but it, but they, they didn't, they didn't have
          to leave a shoe on (UI), cause (UI) with the Eme like that.
          That fucker…they gave it to him and right away he went to
          go test it, and the fucker went to taste it, and it fuckin'

4

burned his tongue.  So that's when he came out to the rec yard he told me, hey carnal, fuckin' (UI) trying to kill me and this and that.  And I said no, you're just tripping.  Well yeah, (UI) not tripping, they sent me fuckin' acid.  That shit burnt my tongue.

CHS:       (laughs)

PUP:       That type of shit, you know?

CHS:       (laughs)

PUP:       And that's why, that's why I told him, I said well ah, just don't testify.  Don't testify in that fuckin' trial.  "I give you my word, I'm not gonna testify.  I'm not gonna fuckin'"…I said you already did what you did.  And you wrote that fuckin' letter to that woman trying to save Marty…and yourself.  And he said where the clothes were, he told the clothes were inside the vent.  They went straight to the vent (UI).

CHS:       Did he, did he testify?

PUP:       He won't testify in trial now.

CHS:       But then they still killed him.

PUP:       But they, but they used his statement, they used his fuckin' letter to the warden.  So he told them where the, where the bloody clothes were, where they stashed it, that shit (UI).  And then they were trying to plea for Marty.  Marty didn't have nothing to do with this…I didn't have nothing to do with this.  (UI) but they were all pleading their case and shit cause they weren't (UI).  But they weren't even guilty of it, they weren't even being…nothing was happening with them, they were still there.  But the, the damaging part was the way he told them the clothes were.  Inside the vent.  He told them where they would find the bloody clothes, and they went over there and got that clothes.  You know, of course there was the other shit they got them brothers for and all that but…that, that, that right there needed to be dealt with.

CHS:       That vato's out right now?  Both of those vatos?

PUP:       They got away with it.

5

CHS:     Does Sic Vic?

PUP:     Yeah.

CHS:     Oh, they didn't get charged?

PUP:     No.

CHS:     They didn't!?

PUP:     Yeah.

CHS:     Oh shit, I thought they got fuckin' charged.

PUP:     No they didn't.

CHS:     So they're, they went to the streets then.

PUP:     Yeah, that's…Chu-Chuco, Chuco's been on the streets since. He hasn't came back carnal he even, he even got access into the prison to visit. Cause he turned Christian.

CHS:     Oh serio?

PUP:     Yeah. Droopy went out there and started fucking up. He got picked up all kinds of time in the feds. He's doing like twenty something years in the feds. That'd be like forty something actually.

CHS:     Damn, I didn't even know that. I thought that, I, I thought all along that they got Taps for that shit.

PUP:     No, they didn't.

CHS:     They did that shit a bright boy.

PUP:     I know.

CHS:     How in the fuck?

PUP:     Fuckin'…and one of 'em had the cut on his hand.

CHS:     Yeah, I remember.

PUP:     He had blood on his hand and shit.

6

GOVERNMENT EXHIBIT 353

**U.S. v. DELEON, ET AL. 6192**

CHS:     They did it right there by the Chapel.

PUP:     Yeah, they got away with it.  And Mosco didn't testify,
         but it's…but he's a, there was something (UI) roll with
         damages carnal.  That fuckin' shit, he told them where
         the, he goes you go, if you go find the clothes in the bin,
         and he told 'em exactly where inside that fuckin' cell
         where everybody pisses in.

CHS:     Well where were-oh I remember wa-was it you or Shadow that
         was telling me that?  That's why they were mad at, at, at
         Marty too because of that, no?  Cause they t-something
         about…they said something to let Marty stay on the *linea*
         or something.

PUP:     Yeah cause he did.  Mosco was writing back (UI) to the
         warden, so that way he can, that way they don't focus on
         him and Marty you know?  So they wouldn't lock them down.
         They were all fuckin' strung out.  They wouldn't wanna
         come to the hole and then come back to the north.  So they
         wrote that and, and Mosco told the warden, where he would
         find them, the, the, the bloody clothes.  That's when they
         went and found the blood.  They would've never found that
         clothes.  They stashed everything.  And when they found
         it, and fuckin'…Mosco, shit, that's the bo-that's (UI)
         they, that's (UI) they were tripping on right there.  They
         wasn't tripping on nothing else.

CHS:     Well they were just tripping cause he ratted.

PUP:     They were tripping on that.  But they didn't send those
         two, yeah, they started to trip on Marty, but they didn't
         have justification to really trip on him, you know what
         I'm saying?  Other than he was just letting shit slide,
         and when everybody, but Michael Guzman.  Other than that,
         it was nothing else.  But I know Marty, I know the way he
         is.  He's *truchas*.  That fucker was over there recruiting
         and everything too.  He was over there fuckin' doing what
         he had to do, you know what I'm saying?  And trying to stay
         on that *linea* so the fuckin' (UI) and the whole
         fuckin'…LC's gonna take over that fucker.  But he knew
         what he was do-he knew who he would allow.  The Eme use
         a lot a bunch of weirdos.  Cause he had to walk on eggshells
         all the time.  (Mumbles)

7

CHS:        Yeah, then fuckin', I don't, I don't know Chuco really.

PUP:        Huh?

CHS:        I don't know neither one of them brother.  But I know Marty
            though.

PUP:        Yeah.

CHS:        But I didn't know that he-I mean I know he's been around
            a long time though.  I always thought you were a brother,
            you know.

PUP:        Yeah.

CHS:        But, I mean, he, I know when he was over here, he was in
            the (UI) and he was saying that he PCd and shit, that he
            said he didn't want nothing to do with the *onda* no more.

PUP:        Yeah.

CHS:        And then I asked Chris, I said well what is he doing in
            the feds right now?  And he said oh he's not really doing
            nada.  Then I says-he's not trying to call shots or be jefe
            or nothing, he's all fuck no.  He said he's still does his
            little thing and shit, but he, he…(voices overlap)

PUP:        Who's that?

CHS:        …Marty.

PUP:        Yeah, (UI), carnal, that's still there.  I mean that old
            man's healthy carnal.  He's old as hell, but he's healthy
            as fuck, and smart…real smart.  It's just the dope, that
            dope fucked him up.  Well that, when a lot of shit flies,
            he had that dope huh?

CHS:        Shit, well let's see, we might be over there with his ass.

PUP:        That isn't bad.  (mumbles) they're there carnal.  Marty's
            respected, carnal.

CHS:        And what about ah-r-and Razor, Razor's above him?

PUP:        No.

8

CHS:     Razor's like right there with you?

PUP:     Razor's right there with me.  Me and Razor (UI) about the
         same age fuckin'…but Razor did time before me.  Razor's
         probably (UI) and all that, but, but Razor's not…well you
         see, everybody thinks Razor's…Razor's a fuckin', he's a
         dummy.  He's like fuckin' Garduno.  Razor is a fuckin'
         nut.

CHS:     But he's just down.

PUP:     He's down?

CHS:     Yeah.  He'll kill, but he's just, he just doesn't got the
         mindset to run nothin'.

PUP:     Yeah he, he won't kill nobody.  He hasn't killed nobody…in
         the pinta.

CHS:     I thought he killed somebody in Illinois.

PUP:     Illinois?

CHS:     Yeah, ain't that where he's at?

PUP:     No, he ain't kill nobody over there.

CHS:     Oh I thought he killed a *miate* or something.

PUP:     Oh hell no.

CHS:     Oh, that's what fuckin' Cyclone told me.

PUP:     Cyclone don't know what the fuck he's talkin' about.  He
         was just trying to call, but I don't (UI) no time over
         there.

CHS:     So well he ain't even nobody then.

PUP:     Well he's *firme* - he's, he's (UI)…(voices overlap)

CHS:     Well I mean he's a good brother, but he's not a fuckin'
         like… you.

PUP:     No, Razor's ah, he got, we're all the same, carnal.  It
         was, they're fuckin', they're just there fuckin'…well he,

9

he's more of a fuckin' knucklehead.

CHS:     Yeah-we're not all the same carnal.

PUP:     He takes psyche meds…

CHS:     (laughs) (voices overlap)

PUP:     Where do (UI, CHS laughs)…(UI) carnal.

CHS:     What about you?

PUP:     I don't take psyche meds.

CHS:     (laughs)

PUP:     (laughs)  Yet…

CHS:     You need some.

PUP:     I need some, but I don't take some.

CHS:     Shit.

PUP:     Yeah.  Nah but, Razor's not, nah he's not like that carnal.

CHS:     What…

PUP:     He's just, he's, he's fun to be around.  That fucker, he's
         a clown carnal.  That fucker likes to clown…that
         fucker…he's not all serio and all fuckin', none of that.
         That fucker's a clown.  He's not like, he's not like
         fuckin' Tomas and then Henry.  He's different than them.
         But Razor's he's a down - he killed a jura on the streets.
         And that fucker's no (UI), like he's the type of vato that…
         like, he likes to clown carnal.  That's how you
         watch…he'll tell you, I bet you I could get that fuckin'
         vato right there to clean my cell right now.  I said nah,
         fucker, what (UI) that fucker, hey come here…and that vato
         go hey…what's up?  Get over there and clean my fuckin' cell
         right now.  And he'll just, he'd just do it just to see
         if he goes, you know.  And he'll look at you and like laugh.
         And he does-he does shit like that carnal.  And fuckin'
         we keep that, him and my dad get a long real good.  Fucker,
         but he's, he's fuckin'…he, he's like that carnal.  He used
         to have a fucker cleaning his house, some Indian dude.  And

10

fuckin', and he would fuckin' and that Indian (stutters) and if the Indian said, no, I'm not gonna clean it…he would fuckin' hit him like that, pow, with his good arm.  Cause one of his arms is dead.  He has a dead arm where a jura shot him before, you know…back in the day.  So fuckin' he just (UI) that dead arm too.  And that fuckin' and, and then, and then he'll start laughing.  And then, (UI) just feel like, manipulative like that, but in a funny way, you know?  So he'll pick on the weak.  If you're a little weak, that fucker will pick on you and he'll fuckin' have you c-s-s ah snug a, ah, smuggling sandwiches back in the kitchen or, or (UI) he's always (UI) too, me and him.  Me and him would breakin' into the ID room at the main, in the (UI) down there by the, by the fuckin' gas chamber.  Break into the fucker all the time, on the weekend.  Stealing all kinds of shit out of there.  Shoes, socks…street clothes…property from the PC and all that.  (UI).  He's a clown.  And he and, and he, and he'd deal with the jura.  Tomas is another one that deals with the juras.  The fuckin'…he'll try to bribe them fuckers right away.  Ramon's like that.  He'll see a fuckin' jura, and if he sees any weakness in that jura, he'll fuckin' call him on it.

CHS:    What'd that fucker say when you told him you hit…

PUP:    But he doesn't do it in a, in a *serio* way, he does it like in a funny way, you know what I mean?  Like kinda joking, but it's, but it's, the jura would fucking break and then fuckin' he'll take advantage of it.  And he'll tell the jura,  "hey give me this and that" and all that shit, you know?  He's funny carnal.

CHS:    What'd that fucker say when you told him you hit fuckin'…someone that's (UI) for Marcantel or whatever, what'd he say?

PUP:    Who's that?

CHS:    Tomas, when you told him hey…

PUP:    Oh, it was just in general talk is what it was.

CHS:    Oh.

PUP:    It was just in general…and fuckin', we always fucked with

11

juras and (UI) to be moved, oh fuck them fuckers, all that (UI).  And he was (UI) he said fuck yeah.  While they're doing it, it'd be a (UI), when I get out there, you watch, that fucker will do something out here.  He was like that (UI) no?  But me and Archie was just look at each other like "Ramon, whatever."  (pause)  It's general pop huh?

CHS:    What, he didn't get all fuckin' tripped out?

PUP:    No.  No.  Tomas don't trip out like that.

CHS:    He's a weirdo though huh?

PUP:    Ah…in his own way, yes.  He's like more, more like to himself on his own trip you know, not like…cause he, he (UI) all tight, he's right there with the *ranfla* and all of them, them things then you could tell he's, that…(UI) he thinks of himself carnal, that's it.  Everything about himself.  That's it.

CHS:    No I don't fuckin' know him, I didn't even talk to him when he came back you know?

PUP:    Oh.

CHS:    And then they moved us over here right away, so I didn't really chit-chat with him or nothing, but…I just heard he had fucked up charges, that's what Spider and all them were saying, you know?

PUP:    Yeah, fuck yeah.  He's a weirdo like that.  You can't trust him.  He ain't like Ramon, Ramon you could trust yeah.  Tomas, he's a, he's already is out.  Yeah, I already told him he was out.  He, he locked it up over there in Nevada for now, that's it.

CHS:    He PC'd in Nevada?

PUP:    Yeah.

CHS:    Oh, yeah, yeah, you told me that.

PUP:    Hell yeah, (UI) with them vatos over there.  Felipe tried to fuckin'…tell the carnal hey fucker came out the hole and (UI), but the carnals is like we gotta deal with him. (UI) and Felipe had it like that, and they did.  He had

12

a good a, he had a good relationship with them vatos from MRU.  They, you know, they, they, they ran them guys over there and fuckin' T-Tomas didn't trust those fools out there.  That's when Felipe was running down, but then when I got there…and I looked on my (UI) there he was…running around with all them PCs.  But now he tries to cover it up.  He tries to say that he was in the…in the …you know where they fuckin' put like, like Paisas and all that?

CHS:        Yeah.

PUP:        Like fuckin' it's just Paisas there, but it's not that carnal.  They try to tell me that now.  I fuckin' hit 'em up over there in Nevada what's up with all that?  Yeah, no, I did it when I say I will do it, that, that's ah…they tried to play it off like that.  That's the fuckin' where the like federals are and all that.  I said there ain't no federal part.  But he wants to play it off like that carnal.  And I don't understand, they give him (UI) fifty. And you know, you know he's doing that.  (UI)  He knows what he's doing.  But he's not gonna just stay (UI). That's all there is.  That's why I say you gotta be careful with that fucker.

**(END OF TRANSCRIPT)**

13

```
      Exh353 - DISC 6187-6199.Trans of CHS & ABaca 11-15-12-15.1168.010PL.R.txt
00001:01  PUP: ...what is a, and, and, and a lot of those don't understand
      02  all of that cause they've never been out of state, so they don't
      03  know.
      04  CHS:  Yeah. Anyway, but, but then again...like you said
      05  carnal, I mean...if it, if, if, if, if m-if Mario (UI) get
      06  caught or whatever...but if we do, the Emes gonna look at us
      07  different anyways.
      08  PUP:  Hell yeah they are.
      09  CHS:  Like you said, you know what I'm saying?
      10  PUP:   They'll look at us like man these fuckers are on top of
      11  their, (UI) shit.
      12  CHS: They're not gonna, like right now they look at us like yeah
      13  they're down and all that, but they look at us like scrubs.
      14  PUP:  Ah...ah...
      15  CHS:  I mean they respect us and shit, you know what I mean,
      16  cause they may be (UI) but...something like that, like you said,
      17  they're gonna fuckin' look at us like sh-these fuckers are about
      18  their business.
      19  PUP:  Yeah.
      20  CHS:  Yeah, but then again carnal, you gotta look at it like this
      21  too.There's never been a brother, I mean there is like Marty
      22  Barros and all of them, but at the same time...them vatos ain't
      23  like, them vatos are under you, you're gonna be the most,
      24  probably the most respected, powerful one that's ever been in
      25  the feds it's...(voices overlap)
00002:01  PUP:  (UI, voices overlap) ...Marty's above us.
      02  CHS:  No.
      03  PUP:  Yeah he is.
      04  CHS:  Yeah, but Marty's all fuckin' washed up.
      05  PUP:  Yeah, I know but it's, I'm saying he's the, I'm the older
      06  carnal.I respect him.
      07  CHS:  Well yeah, cause I know that...
      08  PUP:  Back in the day...back in the days Marty was over the (UI).
      09  He's older.And then he did it a lot longer.Fucker, he's truchas
      10  too.(UI) that dope, that dope interferes with a lot of shit.I
      11  know you can't, you can't cause if he was resentful...he got
      12  that shit done.He's fuckin'...Droopy, he didn't stop Droopy and
      13  fuckin' Chico from drilling that fuckin' LC.
      14  CHS:  Fuckin' Sick Vic?
      15  PUP:  Yeah.
      16  CHS:  Yeah, well he's the one that put out the hit.I was there.
      17  PUP:  Yeah, he could've stopped him.He didn't.He fuckin',
      18  the (UI) see Drooper and Chico (UI) (banging in
      19  background)...they were telling me that Marty is sleeping over
      20  there.That fuckin'...that fuckin' Michael Guzman is still
      21  there...and he's over there fuckin' giving Marty drogas and all
      22  this and that and...nothing happened to
      23  Mi-Michael Guzman.And...you know that's (UI), you know that,
      24  they plan to keep it like that...and then...when, when, and then
      25  when (UI) started to come out...Marty right away came to me.I
00003:01  thought you were my friend, "what the fuck's up," no? That type
      02  of shit.I told him well there's complaints against you carnal
      03  that you was sleeping over there and shit, you know?And then he
      04  told me, I said I'm the one that got that fuckin' feria taken
```
                                    Page 1

Exh353 - DISC 6187-6199.Trans of CHS & ABaca 11-15-12-15.1168.010PL.R.txt
```
05  care of over there - this and that.Although I didn't think of
06  Michael Guzman...about him, that fucker's, those guys are over
07  there gettin' high together and all that.Them brothers are
08  tripping behind that shit, you know?
09  CHS:    They c-they c, yeah cause they, and they killed Sick Vic
10  and then the one that did, which one's the one that ratted,
11  Mosco was the one that ratted on them?
12  PUP:  Yeah.
13  CHS:  Oh okay. Yeah.  I remember Shadow was telling me that's
14  why they had killed him.
15  PUP:    Yeah. Well they tried to give Mosco (phonetic) a hot shot
16  over here. And then that fuckin' dri-I told him, let me do this
17  (UI), and I seen the writing, and I said okay, that, that's, I,
18  I'll shoot Mosco (phonetic) a wila. So I shot Mosco (phonetic)
19  an innocent wila, he's all you can't send me back and it was
20  he-and matched it up, and it was his writing. So the brother,
21  the brothers over there got some acid from one of the Roswell
22  boys. I don't know if it was powder or what, but you, when you
23  put it into liquid the color is kinda brown. And so they sent
24  him that in that Eme, that's...but it, but they, they didn't,
25  they didn't have to leave a shoe on (UI), cause (UI) with the
00004:01  Eme like that. That fucker...they gave it to him and right away
02  he went to go test it, and the fucker went to taste it, and it
03  fuckin' burned his tongue. So that's when he came out to the rec
04  yard he told me, hey carnal, fuckin' (UI) trying to kill me and
05  this and that. And I said no, you're just tripping. Well yeah,
06  (UI) not tripping, they sent me fuckin' acid. That shit burnt
07  my tongue.
08  CHS:  (laughs)
09  PUP:  That type of shit, you know?
10  CHS:  (laughs)
11  PUP:  And that's why, that's why I told him, I said well ah, just
12  don't testify.Don't testify in that fuckin' trial."I give you my
13  word, I'm not gonna testify.I'm not gonna fuckin'"...I said you
14  already did what you did.And you wrote that fuckin' letter to
15  that woman trying to save Marty...and yourself.And he said where
16  the clothes were, he told the clothes were inside the vent.They
17  went straight to the vent (UI).
18  CHS:  Did he, did he testify?
19  PUP:  He won't testify in trial now.
20  CHS:  But then they still killed him.
21  PUP:  But they, but they used his statement, they used his fuckin'
22  letter to the warden.So he told them where the, where the bloody
23  clothes were, where they stashed it, that shit (UI).And then
24  they were trying to plea for Marty. Marty didn't have nothing to
25  do with this...I didn't have nothing to do with this.(UI) but
26  they were all pleading their case and shit cause they weren't
00005:01  (UI).But they weren't even guilty of it, they weren't even
02  being...nothing was happening with them, they were still
03  there.But the, the damaging part was the way he told them the
04  clothes were. Inside the vent.He told them where they would find
05  the bloody clothes, and they went over there and got that
06  clothes.You know, of course there was the other shit they got
07  them brothers for and all that but...that, that, that right
```

```
     Exh353 - DISC 6187-6199.Trans of CHS & ABaca 11-15-12-15.1168.010PL.R.txt
     08  there needed to be dealt with.
     09  CHS:  That vato's out right now? Both of those vatos?
     10  PUP:  They got away with it.
     11  CHS:  Does Sic Vic?
     12  PUP:  Yeah.
     13  CHS:  Oh, they didn't get charged?
     14  PUP:  No.
     15  CHS:  They didn't!?
     16  PUP:  Yeah.
     17  CHS:  Oh shit, I thought they got fuckin' charged.
     18  PUP:  No they didn't.
     19  CHS:  So they're, they went to the streets then.
     20  PUP:  Yeah, that's...Chu-Chuco, Chuco's been on the streets
     21  since. He hasn't came back carnal he even, he even got access
     22  into the prison to visit.  Cause he turned Christian.
     23  CHS:  Oh serio?
     24  PUP:  Yeah. Droopy went out there and started fucking up. He
     25  got picked up all kinds of time in the feds. He's doing like
00006:01  twenty something years in the feds. That'd be like forty
     02  something actually.
     03  CHS:  Damn, I didn't even know that.I thought that, I, I thought
     04  all along that they got Taps for that shit.
     05  PUP:  No, they didn't.
     06  CHS:  They did that shit a bright boy.
     07  PUP:  I know.
     08  CHS:  How in the fuck?
     09  PUP:  Fuckin'...and one of 'em had the cut on his hand.
     10  CHS:  Yeah, I remember.
     11  PUP:  He had blood on his hand and shit.
     12  CHS:  They did it right there by the Chapel.
     13  PUP:  Yeah, they got away with it. And Mosco didn't testify, but
     14  it's...but he's a, there was something (UI) roll with damages
     15  carnal. That fuckin' shit, he told them where the, he goes you
     16  go, if you go find the clothes in the bin, and he told 'em
     17  exactly where inside that fuckin' cell where everybody pisses in.
     18  CHS:  Well where were-oh I remember wa-was it you or Shadow that
     19  was telling me that? That's why they were mad at, at, at Marty
     20  too because of that, no? Cause they t-something about...they said
     21  something to let Marty stay on the linea or something.
     22  PUP:  Yeah cause he did. Mosco was writing back (UI) to the warden,
     23  so that way he can, that way they don't focus on him and Marty
00007:01  you know? So they wouldn't lock them down. They were all fuckin'
     02  strung out. They wouldn't wanna come to the hole and then come
     03  back to the north. So they wrote that and, and Mosco told the
     04  warden, where he would find them, the, the, the bloody
     05  clothes. That's when they went and found the blood. They would've
     06  never found that clothes.They stashed everything. And when they
     07  found it, and fuckin'...Mosco, shit, that's the bo-that's (UI)
     08  they, that's (UI) they were tripping on right there. They wasn't
     09  tripping on nothing else.
     10  CHS:  Well they were just tripping cause he ratted.
     11  PUP:  They were tripping on that. But they didn't send those two,
     12  yeah, they started to trip on Marty, but they didn't have
     13  justification to really trip on him, you know what I'm
```

Page 3

Exh353 - DISC 6187-6199.Trans of CHS & ABaca 11-15-12-15.1168.010PL.R.txt
```
14  saying? Other than he was just letting shit slide, and when
15  everybody, but Michael Guzman. Other than that, it was nothing
16  else. But I know Marty, I know the way he is. He's truchas.That
17  fucker was over there recruiting and everything too. He was over
18  there fuckin' doing what he had to do, you know what I'm
19  saying? And trying to stay on that linea so the fuckin' (UI) and
20  the whole fuckin'...LC's gonna take over that fucker. But he knew
21  what he was do-he knew who he would allow.The Eme use a lot a
22  bunch of weirdos.Cause he had to walk on eggshells all the
23  time.(Mumbles)
24  CHS:  Yeah, then fuckin', I don't, I don't know Chuco really.
25  PUP:  Huh?
00008:01  CHS: I don't know neither one of them brother. But I know Marty
02  though.
03  PUP:  Yeah.
04  CHS:  But I didn't know that he-I mean I know he's been
05  around a long time though. I always thought you were a brother,
06  you know.
07  PUP:  Yeah.
08  CHS:  But, I mean, he, I know when he was over here, he was in
09  the (UI) and he was saying that he PCd and shit, that he said he
10  didn't want nothing to do with the onda no more.
11  PUP:  Yeah.
12  CHS:   And then I asked Chris, I said well what is he doing in
13  the feds right now? And he said oh he's not really doing nada.
14  Then I says-he's not trying to call shots or be jefe or nothing,
15  he's all fuck no. He said he's still does his little thing and
16  shit, but he, he...(voices overlap)
17  PUP:  Who's that?
18  CHS:  ...Marty.
19  PUP:  Yeah, (UI), carnal, that's still there. I mean that old
20  man's healthy carnal. He's old as hell, but he's healthy as
21  fuck, and smart...real smart. It's just the dope, that dope
22  fucked him up. Well that, when a lot of shit flies, he had that
23  dope huh?
24  CHS:  Shit, well let's see, we might be over there with his ass.
25  PUP: That isn't bad. (mumbles) they're there carnal. Marty's
00009:01  respected, carnal.
02  CHS:  And what about ah-r-and Razor, Razor's above him?
03  PUP:  No.
04  CHS:  Razor's like right there with you?
05  PUP:  Razor's right there with me.Me and Razor (UI) about the same
06  age fuckin'...but Razor did time before me. Razor's probably (UI)
07  and all that, but, but Razor's not...well you see, everybody
08  thinks Razor's...Razor's a fuckin', he's a dummy. He's like
09  fuckin' Garduno. Razor is a fuckin' nut.
10  CHS:  But he's just down.
11  PUP:  He's down?
12  CHS:  Yeah. He'll kill, but he's just, he just doesn't got the
13  mindset to run nothin'.
14  PUP:  Yeah he, he won't kill nobody. He hasn't killed nobody...in
15  the pinta.
16  CHS:  I thought he killed somebody in Illinois.
17  PUP:  Illinois?
```

```
     Exh353 - DISC 6187-6199.Trans of CHS & ABaca 11-15-12-15.1168.010PL.R.txt
        18  CHS:  Yeah, ain't that where he's at?
        19  PUP:  No, he ain't kill nobody over there.
        20  CHS:  Oh I thought he killed a miate or something.
        21  PUP:  Oh hell no.
        22  CHS:  Oh, that's what fuckin' Cyclone told me.
        23  PUP:  Cyclone don't know what the fuck he's talkin' about. He was
        24  just trying to call, but I don't (UI) no time over there.
        25  CHS:  So well he ain't even nobody then.
00010:01  PUP:  Well he's firme - he's, he's (UI)...(voices overlap)
        02  CHS:  Well I mean he's a good brother, but he's not a fuckin'
        03  like... you.
        04  PUP:  No, Razor's ah, he got, we're all the same, carnal. It was,
        05  they're fuckin', they're just there fuckin'...well he,
        06  he's more of a fuckin' knucklehead.
        07  CHS:  Yeah-we're not all the same carnal.
        08  PUP:   He takes psyche meds...
        09  CHS:  (laughs) (voices overlap)
        10  PUP:  Where do (UI, CHS laughs)...(UI) carnal.
        11  CHS:  What about you?
        12  PUP:  I don't take psyche meds.
        13  CHS:  (laughs)
        14  PUP:  (laughs)Yet...
        15  CHS:  You need some.
        16  PUP:  I need some, but I don't take some.
        17  CHS:  Shit.
        18  PUP:  Yeah. Nah but, Razor's not, nah he's not like that carnal.
        19  CHS:  What...
        20  PUP:  He's just, he's, he's fun to be around. That fucker, he's a
        21  clown carnal. That fucker likes to clown...that fucker...he's not
        22  all serio and all fuckin', none of that. That fucker's a
        23  clown. He's not like, he's not like fuckin' Tomas and then
        24  Henry. He's different than them.  But Razor's he's a down - he
        25  killed a jura on the streets. And that fucker's no (UI), like
00011:01  he's the type of vato that... like, he likes to clown
        02  carnal. That's how you watch...he'll tell you, I bet you I could
        03  get that fuckin' vato right there to clean my cell right now. I
        04  said nah, fucker, what (UI) that fucker, hey come here...and
        05  that vato go hey...what's up?Get over there and clean my fuckin'
        06  cell right now. And he'll just, he'd just do it just to see if he
        07  goes, you know. And he'll look at you and like laugh. And he
        08  does-he does shit like that carnal. And fuckin' we keep that, him
        09  and my dad get a long real good. Fucker, but he's, he's
        10  fuckin'...he, he's like that carnal. He used to have a fucker
        11  cleaning his house, some Indian dude. And fuckin', and he would
        12  fuckin' and that Indian (stutters) and if the Indian said, no,
        13  I'm not gonna clean it...he would fuckin' hit him like that,
        14  pow, with his good arm. Cause one of his arms is dead.
        15  He has a dead arm where a jura shot him before, you know...
        16  back in the day. So fuckin' he just (UI) that dead arm
        17  too. And that fuckin' and, and then, and then he'll start
        18  laughing. And then, (UI) just feel like, manipulative like that,
        19  but in a funny way, you know?So he'll pick on the weak. If you're
        20  a little weak, that fucker will pick on you and he'll fuckin'
        21  have you c-s-s ah snug a, ah, smuggling sandwiches back in the
```

Exh353 - DISC 6187-6199.Trans of CHS & ABaca 11-15-12-15.1168.010PL.R.txt
```
        22  kitchen or, or (UI) he's always (UI) too, me and him. Me and him
        23  would breakin' into the ID room at the main, in the (UI) down
        24  there by the, by the fuckin' gas chamber. Break into the fucker
        25  all the time, on the weekend. Stealing all kinds of shit out
00012:01  of there. Shoes, socks...street clothes...property from the PC
        02  and all that. (UI).He's a clown. And he and, and he, and he'd
        03  deal with the jura. Tomas is another one that deals with the
        04  juras. The fuckin'...he'll try to bribe them fuckers right away.
        05  Ramon's like that. He'll see a fuckin' jura, and if he sees any
        06  weakness in that jura, he'll fuckin' call him on it.
        07  CHS:  What'd that fucker say when you told him you hit...
        08  PUP: But he doesn't do it in a, in a serio way, he does it like
        09  in a funny way, you know what I mean? Like kinda joking, but
        10  it's, but it's, the jura would fucking break and then fuckin'
        11  he'll take advantage of it. And he'll tell the jura, "hey give
        12  me this and that" and all that shit, you know?  He's funny
        13  carnal.
        14  CHS:  What'd that fucker say when you told him you hit
        15  fuckin'...someone that's (UI) for Marcantel or whatever, what'd
        16  he say?
        17  PUP:  Who's that?
        18  CHS:  Tomas, when you told him hey...
        19  PUP:  Oh, it was just in general talk is what it was.
        20  CHS:  Oh.
        21  PUP:  It was just in general...and fuckin', we always fucked with
        22  juras and (UI) to be moved, oh fuck them fuckers, all that (UI).
        23  And he was (UI) he said fuck yeah. While they're doing it, it'd
        24  be a (UI), when I get out there, you watch, that fucker will do
        25  something out here. He was like that (UI) no? But me and Archie
00013:01  was just look at each other like "Ramon, whatever."  (pause)
        02  It's general pop huh?
        03  CHS:  What, he didn't get all fuckin' tripped out?
        04  PUP:  No. No. Tomas don't trip out like that.
        05  CHS:  He's a weirdo though huh?
        06  PUP:  Ah...in his own way, yes. He's like more, more like to
        07  himself on his own trip you know, not like...cause he, he (UI)
        08  all tight, he's right there with the ranfla and all of them,
        09  them things then you could tell he's, that...(UI) he thinks of
        10  himself carnal, that's it.Everything about himself. That's it.
        11  CHS:  No I don't fuckin' know him, I didn't even talk to him when
        12  he came back you know?
        13  PUP:  Oh.
        14  CHS:   And then they moved us over here right away, so I didn't
        15  really chit-chat with him or nothing, but...I just heard he had
        16  fucked up charges, that's what Spider and all them were saying,
        17  you know?
        18  PUP:  Yeah, fuck yeah. He's a weirdo like that.You can't trust
        19  him. He ain't like Ramon, Ramon you could trust yeah. Tomas, he's
        20  a, he's already is out. Yeah, I already told him he was out. He,
        21  he locked it up over there in Nevada for now, that's it.
        22  CHS:  He PC'd in Nevada?
        23  PUP:  Yeah.
        24  CHS:  Oh, yeah, yeah, you told me that.
        25  PUP:  Hell yeah, (UI) with them vatos over there. Felipe tried
```

```
       Exh353 - DISC 6187-6199.Trans of CHS & ABaca 11-15-12-15.1168.010PL.R.txt
00014:01  to fuckin'...tell the carnal hey fucker came out the hole and
      02  (UI), but the carnals is like we gotta deal with him. (UI) and
      03  Felipe had it like that, and they did.  He had a good a, he had
      04  a good relationship with them vatos from MRU. They, you know, they,
      05  they, they ran them guys over there and fuckin' T-Tomas didn't
      06  trust those fools out there.That's when Felipe was running down,
      07  but then when I got there...and I looked on my (UI) there he
      08  was...running around with all them PCs.But now he tries to cover
      09  it up. He tries to say that he was in the...in the ...you know
      10  where they fuckin' put like, like Paisas and all that?
      11  CHS:  Yeah.
      12  PUP:  Like fuckin' it's just Paisas there, but it's not that
      13  carnal. They try to tell me that now.I fuckin' hit 'em up over
      14  there in Nevada what's up with all that? Yeah, no, I did it when
      15  I say I will do it, that, that's ah...they tried to play it off
      16  like that. That's the fuckin' where the like federals are and all
      17  that. I said there ain't no federal part. But he wants to play it
      18  off like that carnal. And I don't understand, they give him (UI)
      19  fifty. And you know, you know he's doing that. (UI)He knows what
      20  he's doing.But he's not gonna just stay (UI). That's all there is.
      21  That's why I say you gotta be careful with that fucker.
      22  (END OF TRANSCRIPT)
      23  .
      24  .
      25  .
```