Federal Bureau of Investigation
Albuquerque Field Division

Case number                    281D-AQ-6239655

Date of recording              11/xx/2015

Participants                   CHS
                               Anthony Ray Baca = PUP

Transcribed by                 AER

Date transcribed               12/14/2015

Notations                      Unintelligible = UI

**The following transcript has been compared to the audio recording from which it was made, and to the best of my ability, the transcript is a true, complete, and accurate record of the recording.**
_____SA T. Neale_____

GOVERNMENT EXHIBIT 363

U.S. v.  DELEON, ET AL.   6206

| | |
|---|---|
| PUP | You have to be on it, you have to be…. that-that-that's the way I do it. I do it, so much easier than UI paper. There-there's no fuckin mix up, nothing. I ain't gonna leave you there like what the fuck happened here? He fuckin fucked up. |
| CHS | What did they-what did that fucker say whenever (stutters) |
| | (overlap) I checked him already twice though on that shit. |
| CHS | What did (stutters) |
| | Because, this is how it is. I'll do a quote, I'll do the whole quote, and when the quote is over, (stutters)when what I want to say to him is over, on that part of the letter, I'll write UI "that's enough uh, you're lucky I don't, you're lucky, you're lucky Ima[phonetic] let you out of this four-figure leg lock." That way he knows there's no more quotes he can rest right there know what I'm sayin? |
| CHS | Yeah. |
| PUP | Yeah, there's no more after that. |
| CHS | All you gotta do is (stutters) do the same thing where you talk to me in code in the letter. |
| PUP | Huh? |
| CHS | Say the same thing that way I'll know too. |
| PUP | Yeah. |
| CHS | But we'll be on it. We'll be on that Davinci shit. |
| PUP | "Four-figure leg lock." It-it no (stutters) longer exits so, right there. That's it. |
| CHS | When you-when you wrote that fucker……. |
| PUP | (overlap)UI "if you're lucky Ima[phonetic] put you in a four-figure leg lock" or, UI mention that "four-figure leg lock" that means it's over no? That's how it is. You can't mention it at first. |
| CHS | When you wrote that fucker and told him, |

| | |
|---|---|
| | (stutters) and told him to fuckin hit Santestevan what did that fucker say he never wrote you back? |
| PUP | No, (stutters) UI I was over there in the feds. |
| CHS | (stutters) You don't even know if he got it? |
| PUP | I don't even know if he got it…………I'm pretty sure he did. Maybe, I don't know. |
| CHS | Yeah he-he would get all your letters *carnal* cause he would tell…. |
| PUP | (overlap) UI, I don't know if he got it. |
| CHS | Cause I didn't get one. I didn't get the one you sent me from the……. |
| PUP | (overlap) That's the same time I sent UI to Weno. I sent one to J-Little J.R. too. I don't know if he got it UI. |
| CHS | Oh but you don't talk to him in code though right? |
| PUP | Oh, UI he don't know nothing 'bout all that. |
| CHS | Yeah he- yeah that motherfucker UI. |
| PUP | Yeah he'll get jumped. |
| CHS | [laughs] |
| PUP | Fucker. Yeah I-I didn't-I didn't mention nothing to him. |
| CHS | Yeah cause Blue always tol[phonetic], I mean uh, Baby G always told Blue when he went down there that he always got-that he was getting *weelas* and shit from me though. |
| PUP | Yeah. |
| CHS | But he didn't tell me about that part no? |
| PUP | No. No,no, no UI Baby G UI Lazy and uh………Lazy and uh, UI *Conejo* too. |
| CHS | Where he knew that you were gonna put out a hit? |
| PUP | *Conejo*? |
| CHS | Yeah. |
| PUP | No. |
| CHS | Oh. Wh-what do you mean (stutters) Oh! About the code? |
| PUP | Yes. |

| | |
|---|---|
| CHS | Oh! That's UI |
| PUP | *Conejo* knows about the code. |
| CHS | But he (stutters) but you have to have that |
| PUP | (overlap) UI number I don't give out that number. |
| CHS | Yeah you have to have the number though. |
| PUP | Yes. I don't give out the number. |
| CHS | So if you don't-if you don't have that number they can't break the code talk. |
| PUP | No, no they can't do it. They can't break it…. They-they don't have the key, they can't break it. They need the key to break it. |
| CHS | Yeah. |
| PUP | UI fuckin letters won't make no sense…………. They need the key. |
| CHS | Yeah I don't think, |
| PUP | *Conejo* doesn't know the key. But he knows-he knows the UI I was using code. That's all he knows.[pause] But he prolly[phonetic] UI. |
| CHS | He prolly[phonetic] forgot about all that shit anyway. |
| PUP | (overlap) It's not important to him anyways. He likes to UI. |
| CHS | Yeah he's a fuckin dumbass UI………UI felt good, we got ours now UI. |
| PUP | UI |
| CHS | But I already got it down. UI it-it's not really too complicated, you just gotta be a good writer and shit. |
| PUP | You gotta know UI you gotta know how to play your words. |
| CHS | Yeah (stutters) |
| PUP | You gotta know how to form words. If you have an H right there that's gonna be in the middle of your word, but you need to UI or let's just say you have an H right there, you got, you got two spaces to fill right there, and some of it is documented, you gotta fuckin figure out UI. How can I form a word, where that h is gonna be right, UI that's how it is……. But you |

|     | |
| --- | --- |
|     | know it might be a-it might be- you might have a line in front of the "H" and two lines behind it UI. UI think of all kinds of words. UI shit, fuckin that, this. UI . |
| CHS | (overlap) Well, you know I write raps and shit, so you know I'm good wit[phonetic] words player. |
| PUP | Yeah. Yeah there you go. |
| CHS | Well me and you have good conversations when we write and shit so, (stutters) you know I mean? |
| PUP | Yeah. UI a little different, you gotta work it. (stutters) and it makes sense, but you know, it's not your regular UI wanna say, know what I'm sayin? |
| CHS | Right. |
| PUP | UI sometimes. And that word that you hardly ever use, in order to make it fit. In order to make everything fit UI. |

```
Exh363 - DISC 6206-6210.Trans of convos btwn CHS & A. Baca 10-15 & 11-15.1188.003PL.R.txt
00001:01  PUP: You have to be on it, you have to be.... that- that-that's
      02  the way I do it. I do it, so much easier than (UI) paper.
      03  There-there's no fuckin mix up, nothing. I ain't gonna leave you
      04  there like what the fuck happened here? He fuckin fucked up.
      05  CHS: What did they-what did that fucker say whenever (stutters)
      06  (overlap) I checked him already twice though on that shit.
      07  CHS: What did (stutters) Because, this is how it is. I'll do a
      08  quote, I'll do the whole quote, and when the quote is over,
      09  (stutters)when what I want to say to him is over, on that part
      10  of the letter, I'll write (UI) "that's enough uh, you're lucky
      11  I don't, you're lucky, you're lucky Ima[phonetic] let you out
      12  of this four-figure leg lock." That way he knows there's no more
      13  quotes he can rest right there know what I'm sayin?
      14  CHS: Yeah.
      15  PUP: Yeah, there's no more after that.
      16  CHS: All you gotta do is (stutters) do the same thing where you
      17  talk to me in code in the letter.
      18  PUP: Huh?
      19  CHS: Say the same thing that way I'll know too.
      20  PUP: Yeah.
      21  CHS: But we'll be on it. We'll be on that Davinci shit.
      22  PUP: "Four-figure leg lock." It-it no (stutters) longer exits
      23  so, right there. That's it.
      24  CHS: When you-when you wrote that fucker.......
      25  PUP: (overlap)(UI) "if you're lucky Ima[phonetic] put you in a
00002:01  four-figure leg lock" or, (UI) mention that "four-figure leg
      02  lock" that means it's over no? That's how it is. You can't
      03  mention it at first.
      04  CHS: When you wrote that fucker and told him, (stutters) and
      05  told him to fuckin hit Santestevan what did that fucker say he
      06  never wrote you back?
      07  PUP: No, (stutters) (UI) I was over there in the feds.
      08  CHS: (stutters) You don't even know if he got it?
      09  PUP: I don't even know if he got it............I'm pretty sure
      10  he did. Maybe, I don't know.
      11  CHS: Yeah he-he would get all your letters carnal cause he
      12  would tell....
      13  PUP: (overlap) (UI), I don't know if he got it.
      14  CHS: Cause I didn't get one. I didn't get the one you sent me
      15  from the.......
      16  PUP: (overlap) That's the same time I sent (UI) to Weno. I sent
      17  one to J-Little J.R. too. I don't know if he got it (UI).
      18  CHS: Oh but you don't talk to him in code though right?
      19  PUP: Oh, (UI) he don't know nothing 'bout all that.
      20  CHS: Yeah he- yeah that motherfucker (UI).
      21  PUP: Yeah he'll get jumped.
      22  CHS: [laughs]
      23  PUP: Fucker. Yeah I-I didn't-I didn't mention nothing to him.
      24  CHS: Yeah cause Blue always tol[phonetic], I mean uh, Baby G always
      25  told Blue when he went down there that he always got-that he was
00003:01  getting weelas and shit from me though.
      02  PUP: Yeah.
      03  CHS: But he didn't tell me about that part no?
      04  CHS: Where he knew that you were gonna put out a hit?
```

```
Exh363 - DISC 6206-6210.Trans of convos btwn CHS & A. Baca 10-15 & 11-15.1188.003PL.R.txt
         05  PUP: Conejo?
         06  CHS: Yeah.
         07  PUP: No.
         08  CHS: Oh. Wh-what do you mean (stutters) Oh! About the code?
         09  PUP: Yes.
         10  CHS: Oh! That's (UI)
         11  PUP: Conejo knows about the code.
         12  CHS: But he (stutters) but you have to havethat
         13  PUP: (overlap) (UI) number I don't give out that number.
         14  CHS: Yeah you have to have the number though.
         15  PUP: Yes. I don't give out the number.
         16  CHS: So if you don't-if you don't have that number they can't
         17  break the code talk.
         18  PUP: No, no they can't do it. They can't break it.... They-they
         19  don't have the key, they can't break it. They need the key to
         20  break it.
         21  CHS: Yeah.
         22  PUP: (UI) fuckin letters won't make no sense............ They
         23  need the key.
         24  CHS: Yeah I don't think,
         25  PUP: Conejo doesn't know the key. But he knows-he knows the (UI) I was
00004:01  using code. That's all he knows.[pause] But he prolly[phonetic] (UI).
         02  CHS: He prolly[phonetic] forgot about all that shit anyway.
         03  PUP: (overlap) It's not important to him anyways. He likes to (UI).
         04  CHS: Yeah he's a fuckin dumbass (UI).........(UI) felt good, we
         05  got ours now (UI).
         06  PUP: (UI)
         07  CHS: But I already got it down. (UI) it-it's not really too
         08  complicated, you just gotta be a good writer and shit.
         09  PUP: You gotta know (UI) you gotta know how to play your words.
         10  CHS: Yeah (stutters)
         11  PUP: You gotta know how to form words. If you have an H right there
         12  that's gonna be in the middle of your word, but you need to (UI)
         13  or let's just say you have an H right there, you got, you got two
         14  spaces to fill right there, and some of it is documented, you
         15  gotta fuckin figure out (UI). How can I form a word, where that
         16  h is gonna be right, (UI) that's how it is....... But you
         17  know it might be a-it might be- you might have a line in front
         18  of the "H" and two lines behind it (UI). (UI) think of all kinds
         19  of words. (UI) shit, fuckin that, this. (UI) .
         20  CHS: (overlap) Well, you know I write raps and shit, so you know
         21  I'm good wit[phonetic] words player.
         22  PUP: Yeah. Yeah there you go.
         23  CHS: Well me and you have good conversations when we write and shit
         24  so, (stutters) you know I mean?
         25  PUP: Yeah. (UI) a little different, you gotta work it. (stutters)
00005:01  and it makes sense, but you know, it's not your regular (UI) wanna
         02  say, know what I'm sayin?
         03  CHS: Right.
         04  PUP: (UI) sometimes. And that word that you hardly ever use, in order
         05  to make it fit. In order to make everything fit (UI).
         06  .
         07  .
         08  .
                                      Page 2
```

Exh363 - DISC 6206-6210.Trans of convos btwn CHS & A. Baca 10-15 & 11-15.1188.003PL.R.txt
    09  .