```
            Federal Bureau of Investigation
              Albuquerque Field Division
```

| | |
|---|---|
| Case number | 281D-AQ-6239655 |
| Date of recording | 11/xx/2015 |
| Participants | CHS<br>Anthony Ray Baca = PUP |
| Transcribed by | AER |
| Date transcribed | 12/14/15 |
| Notations | Unintelligible = UI |

**The following transcript has been compared to the audio recording from which it was made, and to the best of my ability, the transcript is a true, complete, and accurate record of the recording.**
_____SA T. Neale_____

```
 Exh365 - DISC 6211-6213.Trans of convos btwn CHS & A. Baca 10-15 & 11-15.1188.004PL.R.txt
 00001:01  PUP: He started going off like that no? And I tried (UI) let him
       02  know, that you're gonna get moved on if he doesn't take care of
       03  that jale. You know what I'm sayin?
       04  CHS: (stutters) Which one was that?
       05  PUP: Javier Manzanares.
       06  CHS: No no but (stutters) the one you're talking about, when he
       07  was-when he got into it when he went to the south?
       08  PUP: Yeah.
       09  CHS: Oh. Yeah but that's different though, que no?
       10  PUP: I know. All you have to do, all you have to do is fuckin
       11  go through the streets and handle that vato when he got out.
       12  No, but he (stutters)he was over there believing everything
       13  that fucker Clown was saying. That's the reason why, he wanted
       14  that fucker handled because of the scandalous way he is. He
       15  knows he's a (UI), he knows he fuckin fucked up, and he doesn't
       16  wanna pay for the consequences for it and we were gonna give
       17  him a chance, and then all of a sudden (stutters) he's over
       18  there turning brothers against us. We don't, we don't need that
       19  si mi entiende?
       20  CHS: Yeah.
       21  CHS: And then he got out?
       22  PUP: No (UI), he was still right there, at 3B and when all this
       23  was going on...... and (UI) fucked
       24  >
       25  >
 00002:01  >
```

| | |
|---|---|
| PUP | He started going off like that no? And I tried UI let him know, that you're gonna get moved on if he doesn't take care of that *jale*. You know what I'm sayin? |
| CHS | (stutters) Which one was that? |
| PUP | Javier Manzanares. |
| CHS | No no but (stutters) the one you're talking about, when he was-when he got into it when he went to the south? |
| PUP | Yeah. |
| CHS | Oh. Yeah but that's different though, *que no*? |
| PUP | I know. All you have to do, all you have to do is fuckin go through the streets and handle that *vato* when he got out. No, but he (stutters)he was over there believing everything that fucker Clown was saying. That's the reason why, he wanted that fucker handled because of the scandalous way he is. He knows he's a UI, he knows he fuckin fucked up, and he doesn't wanna pay for the consequences for it and we were gonna give him a chance, and then all of a sudden (stutters) he's over there turning brothers against us. We don't, we don't need that *si mi entiende*? |
| CHS | Yeah. |
| PUP | We don't need, we already have fuckin UI over here and then this motherfucker UI other-other brothers to go against us and shit. (stutters) And I told him, stay away from that *vato*. Blue told him. Blue, *Marijuano*, Alex, all of us UI. Lazy, all of us told him. Stay away from that *vato*. Why you over there fucking with that *vato*? He just UI fuckin UI hit that *hooda*. UI he admitted that he fucked up over there in Cruces. We were gonna give him a pass. |
| CHS | And then he got out? |
| PUP | No UI, he was still right there, at 3B and when all this was going on…… and UI fucked |

|  | up, fuck him.. we put the green-light on him and fucking Javier was still fucking with him over there. I told him, "Hey, why you fucking with him?" UI well that *vato* will rat on me. That's why I talk to him every day. UI whispering in the vent. UI talking all kinds of shit. UI fat ass fuckin UI. Put fucking talk in Javier's ear, no? But uh, (stutters) he didn't wanna stop talking to him. UI  He goes, "No, he'll rat on me. I said, "What is- what's so important that you're doing in your cell that that *vato* is gonna rat on you? That you need to be talking to him?" And he didn't have no-he didn't have nothing to say for that. UI "He didn't fuckin do nothing *carnal*." UI he just wanted to talk to a fuckin UI. That's what it was. He didn't wanna UI *carnal*, that's what it was. |