```
                        Transcript
              Federal Bureau of Investigation
                 Albuquerque Field Division
```

Case number            281D-AQ-6239655

Date of recording      11/xx/2015



Participants           CHS
                       Anthony Ray Baca = PUP
                       Chris Garcia = GARCIA



Transcribed by         AER

Date transcribed       12/17/15


Notations              Unintelligible = UI




**The following transcript has been compared to the audio recording from which it was made, and to the best of my ability, the transcript is a true, complete, and accurate record of the recording.**
_____**SA T. Neale**_____

| CHS | Well they sent him over here. That's why they sent him back because uh, Kansas City region or whatever didn't…… |
| PUP | (overlap) They were asking for more information. |
| CHS | They were asking for more information. They couldn't come up with it over here in Nuevo so they(stutter)that's why they shot it back. |
| GARCIA | UI |
| PUP | (overlap)Because fucking Washington DC, UI fucking would've have to of fucking answered, would've had to review all my files. |
| CHS | He said, |
| PUP | (overlap)UI |
| CHS | Hold on, |
| PUP | UI criteria for ADX placement, fucking shit would've came down on them fuckers. So these fuckers sent me back, no? |
| CHS | Yeah, they told (stutters) that he didn't meet criteria for the ADX uh program, so, they-they didn't come up with the….. |
| PUP | (overlap) UI placed in ADX. |
| CHS | Cause these guys, these people are trying to recommend for him to be put in the ADX but they didn't have enough, paperwork or evidence to keep him there. |
| PUP | Yeah the region and Washington DC wanted more information. |
| CHS | The region and Washington DC wanted more information. |
| PUP | These people, these people weren't providing it. |
| CHS | The people weren't providing it. They were just lying. |
| PUP | So they fucking said either they were gonna have to fucking send it to a USP or |
| CHS | (overlap) either they were gonna have to UI USP, |
| PUP | UI and fucking send me, send me back UI….. |
| CHS | (overlap) or send you back over here UI. Hey |

| | |
|---|---|
| | he said uh, he said you weren't over there with, UI? |
| PUP | No. |
| GARCIA | Yeah, that *vato*, |
| PUP | (overlap)The only vato from New Mexico was |
| CHS | (overlap) No! UI no! |
| PUP | UI |
| CHS | Not-not the one from New Mexico, (stutters) the *Eme, vato*. |
| PUP | No, *Huero*, a *Huero* Shy. |
| CHS | *Huero* Sh- *Huero* Sh-  yeah. Can you hear him? |
| GARCIA | Y-yeah that's him. |
| CHS | Yeah that's him |
| PUP | *Guero* shy was in the step down. He just got outta ADX. |
| GARCIA | *Orale*. |
| PUP | And they're probably gonna send him to Victorville because, they won't let none of us, or the *Eme* or *Surenos* out on that USP UI because it's all Texas right there. |
| GARCIA | *Orale*. So Pup was there in the ADX? That's some fuckin shit ask him how was it? |
| PUP | Tell him, |
| CHS | He said how was it? |
| GARCIA | UI |
| PUP | Tell them they got all the UI, the UI, the UI and the *Aztecas* on that USP yard in Florence. |
| GARCIA | [grunts] *Orale*. |
| CHS | Can you hear em[phonetic]? |
| GARCIA | Yeah, yeah I can |
| CHS | Oh yeah, (stutters)yeah, he can hear you. |
| PUP | Oh he can hear me? |
| CHS | Yeah. |
| PUP | Yeah they had all them fuckin UI on the fucking UI, *Aztecas*, some *Nortenos*, and a bunch of DC blacks and Crips and all that UI. They wouldn't UI right there they had me recommended ADX. And so, being that I didn't meet criteria they didn't have enough information these people recommending us a |

| | |
|---|---|
| | region in Kansas City that overlooks fucking, uh, Florence. They told them that they weren't gonna accept me because they got more information. That shit was gonna go all the way to Washington DC. They didn't want the UI. They had UI that's what happened no? |
| GARCIA | *Orale.* |
| PUP | It's all good. |
| GARCIA | So they just UI…. |
| PUP | (overlap) UI over there UI from LA, he was real *firme*. I didn't get to meet Little Shy because he was in the step down. |
| GARCIA | Yeah. |
| PUP | They had a step down UI program there in a in-in Florence right? But they-they… |
| GARCIA | (overlap) Yeah. |
| PUP | They shut the UI down that shut everybody out there to other USP's and uh, UI Thompson, that's over there in Illinois. It's a five thousand bed facility. They're moving everybody over there. All the *vatos* in ADX, that are on GP, they're send-they're sending them over there too. Even though they're locked down, they call it GP but they're sending them *vatos* to-to uh Thompson *tambien*. On a hundred and ninety-six *vatos* UI all the other USPs, that are waiting for ADX placement, they're not gonna go to ADX, they're gonna end up going to UI, over there in Thompson *tambien*. |
| GARCIA | *Orale.* |
| PUP | (overlap) It's a federal *pinta* UI |
| GARCIA | (overlap) UI. |
| PUP | (overlap) and they're thinking of getting the-the g*ente*, not the *gente*, but the fuckin uh, the Islam *vatos* in-in Guantanamo Bay, and putting them over there at the ADX. |
| GARCIA | Yeah I seen that on TV UI I heard, |
| PUP | (overlap) UI from Washington DC UI over there in Florence. UI gonna be and all that shit |

| | |
|---|---|
| | no? |
| CHS | Man, fuck that shit! Waz[phonetic] up [laughs] UI history on a motherfuckin, [laughs] |
| PUP | Well I think UI . |
| CHS | UI in case you go back. [laughs] |
| PUP | Uh, I'm not going back. UI. |
| GARCIA | That-that's a trip UI, |
| PUP | (overlap) They might send my ass back. I don't know. |
| GARCIA | (overlap) *A la verga*. |
| CHS | Yeah. |
| GARCIA | And uh, and who was the one pushing for that over there UI, |
| PUP | (overlap) UI |
| GARCIA | UI |
| PUP | (overlap) UI? |
| CHS | He's….. |
| GARCIA | UI Markentile or whatever the fuck |
| CHS | He said who was the one that was pushing it for you to go over there? |
| PUP | Santestevan, and Aaron Gonzales. |
| CHS | Santestevan and Aaron Gonzales. |
| GARCIA | *Orale*. An-and they haven't gone to talk to him now or nothing have they? |
| CHS | They haven't come…. |
| GARCIA | (overlap) UI |
| CHS | Na, na they ain't done nothing. |
| GARCIA | *Orale*. |
| PUP | Right now I'm just waiting, that right now UI right now there ain't nothing happening I'm like a UI |
| CHS | (overlap)Right now you just waiting to see what they're gonna do, put him on a program or what. They have to do all the paperwork and all that bullshit. |
| PUP | Yeah they're gonna fuckin leave me here to do the program send me to the cell, or back to Cruces. I don't know. |

| CHS | He said, (stutters) he said what's up with uh UI? |
| PUP | What's up with UI? |
| GARCIA | Oh yeah, she telling UI seen uh Jerry Junior and them on the news cause I knew UI Johnny Tapia. |
| CHS | Oh. Na, he said, yeah UI the new gym for Johnny Tapia or Jerry junior and all them? |
| PUP | What about em[phonetic]? |
| CHS | UI. |
| GARCIA | Yeah they just showed it on the news on channel seven. |
| CHS | They just showed it on the news. |
| PUP | What happened? |
| CHS | No, they just got a new gym. |
| PUP | Oh he did? |
| GARCIA | (overlap)Yeah, Wells Park. Tell him they opened up that gym and named it after Johnny and all that shit now. |
| CHS | They opened up a, a fucking gym in Wells Park and named it after Johnny. |
| PUP | Oh that's good, about time. |
| GARCIA | Yeah. Tell him yeah, that tell him I got that number too. I fuckin told her to give it to me UI. |
| PUP | (overlap) UI to Jerry Junior out there? |
| GARCIA | UI got all caliente cause uh, I told him hey you want your number to call you and she got all hot UI fuck yeah give it to him. |
| CHS | Oh you got Beck-oh you got Becky's number? |
| GARCIA | Yeah. |
| CHS | What (stutters) you wanna write it down Pup? |
| PUP | UI hold on. |
| GARCIA | Yeah. UI. |
| CHS | He wanted Mario's number too. |
| GARCIA | Mari-yeah well Mario came over here watch watch hold on real quick watch hold on, hold on. |
| [pause] | |
| PUP | Hey. Yeah what's her number? |

| CHS | Hold on, he gettin it right now. |
| PUP | Where-where's he at? |
| CHS | Lookin UI |
| PUP | (overlap) UI does Becky wanna talk to me? |
| CHS | Yeah, said she got all *caliente*. |
| PUP | She got all *caliente*? |
| CHS | Yup. |
| PUP | I fucking had that bitch spraying her pussy in that living room. Ahh she can't even come and see me UI. |
| CHS | [laughs] |
| PUP | UI. |
| CHS | He gon[phonetic] get Mario's number too. |
| PUP | Aight. |
| GARCIA | Hey. |
| CHS | Yeah? |
| GARCIA | Hold on, let me get it real quick. Watch hold on. |
| [pause] | |
| PUP | Becky got all *caliente*? |
| CHS | He said he got surgery on his balls. |
| PUP | Who did? |
| CHS | Chris. |
| PUP | Why what's wrong with em[phonetic]? |
| CHS | I don't know, what was wrong with em[phonetic]? |
| GARCIA | UI. |
| CHS | What was wrong with your nut sack? |
| GARCIA | Oh no, I had UI fuckin when I got shot, I fuckin |
| PUP | (overlap) That fucker probably got a |
| GARCIA | UI |
| CHS | Oh. |
| PUP | (overlap)got a dick implantment or something. |
| CHS | He got, when he got shot, he got something,(stutters) what is it called? |
| PUP | UI. |
| GARCIA | Hy-hydro seal. |
| CHS | Hydro seal. |

| | |
|---|---|
| PUP | *A la verga*. How come he just didn't go for a whole dick implantment? |
| CHS | Said, how come you didn't get a penis implantment (stutters) and plant [laughs] an extension? *Jotito*! [laughs] |
| GARCIA | Listen, listen, UI I'm good, I'm good I just, |
| CHS | He said-he said he's blessed. |
| PUP | UI. |
| CHS | He said he's blessed, he's doing good ay. |
| PUP | UI. |
| CHS | He said he's (stutters) ay. |
| GARCIA | UI right now, they had to put ninety-six stitches. |
| CHS | He said they put ninety-six stitches in his balls. |
| PUP | Dam! That's a-that's a fuckin, they fuckin, dam! |
| CHS | Yeah. |
| PUP | Surprised they didn't castrate his ass. |
| GARCIA | They fuckin butchered me! UI and I couldn't drink no fluids for ten hours. |
| CHS | They butchered him. |
| GARCIA | UI |
| PUP | (overlap) That shit's crazy. Fuckin, but he's doing alright? |
| GARCIA | UI next morning dehydrated. They couldn't find fuckin uh, the doctors were all scared they couldn't get a vein. Know what I mean? |
| CHS | Yeah. He said you're doing alright though? |
| GARCIA | Yeah. I'm doing alright. |
| CHS | Yeah he… |
| PUP | Tell him I said, tell him I said (stutters) when his fuckin balls after they fucked him up in surgery, his balls got all swollen and UI got all happy all *caliente*. |
| CHS | Said your balls got all swollen. You got UI happy. |
| PUP | [laughs] |
| GARCIA | Yeah she was fuckin, yeah. UI shit swelled up and she still fucked me UI. |

| | |
|---|---|
| CHS | [laughs] He said that she saw them all swollen and (stutters) UI smashing the fuck outta them. |
| PUP | [laughs] |
| CHS | Chhh! Dam. |
| PUP | Dang! |
| GARCIA | Yeah. UI. |
| PUP | (overlap)UI talk to UI? |
| CHS | Oh fuck yeah. |
| GARCIA | UI to uh UI. |
| CHS | Nobody, they moved (stutters) it was empty. |
| GARCIA | It was empty? |
| CHS | Yeah. There was like three-there was like three cells in here empty. |
| GARCIA | Oh alright. UI fuckin UI |
| CHS | Yeah. |
| GARCIA | Who else in there - Shadow, you, |
| CHS | Me, |
| GARCIA | UI |
| CHS | Yeah. Yeah, me, Shadow, Blue, Ern Dog, Ace, Spider, and (stutters) |
| GARCIA | UI. |
| CHS | Rudy Munoz, and some other uh Rudy Perez. That's, |
| GARCIA | *Orale*. |
| CHS | That's it. Yup. |
| GARCIA | Yeah, fuckin uh, Boxer boy came over here and I was, me and him got kinda like in a little argument no? |
| CHS | Yeah. |
| GARCIA | I told him about the, |
| PUP | (overlap) Ask him if he met Mighty in the Feds? |
| CHS | Oh, about Red? |
| GARCIA | About, yeah yeah. He was all trying to UI |
| CHS | He was telling you somethin about Boxer no? |
| GARCIA | Yeah, that that-that was all bullshit no? |
| CHS | Yeah. |
| GARCIA | He told him uh, I told him I don't know. I |

| | |
|---|---|
| | told him UI |
| PUP | (overlap) Hey. |
| CHS | (overlap) Hey. |
| PUP | (overlap)Tell him that if he hears anything about the *carnal* Red, throw that shit on *loco*. Brothers don't know what they're talking about. He's good right now. |
| GARCIA | None of that shit. I don't know. |
| CHS | Yeah he said, hey Pup said (stutters) the shit wit Red just throw it the *loco*. |
| GARCIA | Yeah. |
| CHS | Yeah. |
| PUP | Yeah the brothers out there don't know what they're talking about. |
| CHS | (stutters) Yeah he said just throw it the *loco*. |
| GARCIA | It-it's all fucked up or what?  Is everything all, |
| CHS | No, he I mean he yeah he gave his little statement but he didn't fuckin like, you know give-give out names or nothing like that know what I'm sayin? So, (stutters) That's what the homie thinks is best for us, know what I mean? |
| GARCIA | Ok ok. |
| CHS | Yeah but, |
| GARCIA | Alright. |
| CHS | Yeah he's good. |
| GARCIA | UI |
| CHS | (overlap) UI like that. |
| PUP | Yeah just leave it at that, don't feed into nothing out there no? |
| GARCIA | Yeah. UI |
| PUP | (overlap) UI |
| GARCIA | And now that I know that, it's all good I'll just tell na, |
| PUP | (overlap) UI let all this whole case fuckin, |
| CHS | (overlap) Yeah, yeah, it's all good. |
| PUP | UI |
| CHS | Yeah we talked about it, he talked about it |

| | |
|---|---|
| | with the brothers over here and shit and uh, (stutters) he read it no? He read and he just said na, it's, it's not even that bad you know I'm sayin?.........So, |
| GARCIA | (stutters) I guess-I guess that fuckers kinda like worried |
| PUP | (overlap) UI don't feed into nothing until after this whole case is over. |
| CHS | (overlap) Na, don't worry, tell him not to worry but, he's talkin about uh, Boxer. |
| PUP | I don't know what's going on with Boxer. |
| CHS | (stutters) That's who he was talking to. |
| PUP | Where's Boxer? |
| GARCIA | Yeah. |
| CHS | Boxer's right there on the streets. |
| PUP | UI talking to him right now? |
| CHS | No, he's not talking to him now, he's talking to him the other day. |
| PUP | Oh. |
| GARCIA | Yeah. |
| PUP | I don't know what's up with Boxer. Boxer don't know what the fucks going on. |
| CHS | Yeah. |
| GARCIA | Yeah UI |
| PUP | (overlap)He needs to but out of all this shit. Let the brothers do what they're gonna do (stutters) UI and then we'll take care of everything else. |
| GARCIA | UI get a hold of you no? UI call him UI Pup UI, |
| CHS | Well Pup wants to talk to him about some, some-some important shit no, that's why we're trying to get his number so we can call him right now and talk to him. |
| PUP | Who's that? |
| CHS | Mario. |
| GARCIA | (overlap) UI number and fuckin. Watch I got it. He's been calling me, uh he-he texted UI uh, what the fuck is his name? He called me, "One-Hung-Low" or some shit |

| CHS | [laughs](overlap) "One-Hung-Lo" that's your new nickname. |
| --- | --- |
| PUP | UI. Hey, ask him what's up with that *ruca*? UI that one that used to be with Meme. |
| CHS | (stutters) Oh what's, that, the *ruca* that used to be with Meme? What's her name? UI or whatever the one that killed what's his name? |
| GARCIA | Oh. |
| PUP | (overlap) Meme. |
| GARCIA | Sandra. |
| CHS | Sandra. |
| PUP | Sandra? |
| CHS | Yeah. |
| PUP | What's up with her? |
| CHS | He said was sup wit her? |
| GARCIA | I don't know. She's out here fuckin, I don't know if UI or what but, she's like uh, still talks to UI and shit, but she don't, UI they don't know where she's at UI trying to be like uh on the down low. I guess she's with him or, or whatever. But that *vato* UI he don't come around or nothing. That fucker I guess uh he was all hard over there. Now that fuckers scared, fuckin to death out here. |
| CHS | Can you hear em[phonetic]? |
| PUP | No not really. |
| CHS | Hold up. |
| GARCIA | Yeah, (stutters) what are you guys talking to under the-under the bunk or what? |
| CHS | Yeah. |
| GARCIA | Yeah. Yeah, then this fuckin phone too, I had to get this new phone. The other one I don't know what the fuck. I don't know it-it just started acting up. And then I called, I call what's his name to talk to Snitch and he talks all fuckin, gets all drunk and, talks all stupid, and I don't know if he fuckin uh, UI means all the shit that he says and I told him UI getting a new number and he don't even have my new number. You know what I mean? |

| | |
|---|---|
| | I've been calling that old phone and that's it. Fuck it. [chuckles] But, yeah here's Mario's number, *washa*, it's a 219 |
| CHS | Go head. |
| GARCIA | Uh, 219,7757. |
| CHS | And Becky's? |
| GARCIA | And uh Becky's is… |
| PUP | I can't hear him. |
| GARCIA | Oh, |
| CHS | I can hear him. |
| GARCIA | K watch. Yeah watch, let me see what Becky's is…..Fuck um…….[pause] I put it in the phone I mean I tried to put in the code, I don't even remember my code. |
| PUP | Where's Deta? |
| CHS | He said where's Deta at? |
| GARCIA | Uhh, she just split to go fuckin uh, take something to her brother. Tel him that uh, tell him that Bozo's doing good. |
| CHS | He said Bozo's doing good. |
| PUP | Bozo's doing good? |
| GARCIA | Yeah, that fucker gained around fuckin' fifty pounds. That fuckers a little hamhock. |
| CHS | Said, that-that fucker gained about fifty pounds, he's a little hamhock. |
| PUP | Oh is that right? |
| GARCIA | Yeah UI. |
| PUP | (overlap) Hey ask him, ask him if my prima Annette, is staying at my Auntie Dulce's? |
| CHS | He said is he prima Annette staying at his Auntie Dulce's? |
| GARCIA | Uhh, I think so. I don't know, uhh, tell him Snow's on the run though. I-I know Snow, |
| CHS | Snow's on the run. |
| PUP | Huh? |
| CHS | Snow's on the run. |
| PUP | Ooooh! What kinda[phonetic] charges? |
| GARCIA | (overlap) Yeah, |
| CHS | What kinda[phonetic] charges? |

| GARCIA | Uhh, he was all fuckin UI and he fuckin wrecked it and he hit a car all fucked up and he hit em[phonetic] from the back and then took off. And the cops, cops chased him and he got away from the cop. And then they, they fuckin' still found him, arrested him, he bonded out. And then he did it again. |
|--------|--------|
| CHS | He can't |
| GARCIA | And uhh, he hasn't turned himself in so they're looking for him. |
| CHS | Can you hear him? |
| GARCIA | So I don't, yeah so I don't know I don't know what that is. |
| PUP | Na I could barely him. |
| GARCIA | So, |
| PUP | I couldn't hear that good. I know he said something about he got in a wreck? And he did it again? |
| CHS | Watch, hold on let me put you on, let me uhh, did you get Becky's number yet? |
| PUP | Huh? |
| GARCIA | Yeah watch. You know what, let me, watch. Hang on, UI watch hold on. Hold on real real fast. I'll get it real quick. Watch, hang on. |
| PUP | I can't hear him. |
| CHS | Hold on. |
| PUP | Fuckin uh, yeah just talk to him. Can't hear that good. My heads all stuffed up. |
| [long pause] | |
| CHS | Hey. |
| GARCIA | Hey. |
| CHS | Oh. |
| GARCIA | Watch, watch, hang on real real quick. Let me see if I could get this shit. Oh here it is. |
| PUP | Huh? |
| GARCIA | Yeah so, Mario you guys been trying to get a hold of him for a few days? |
| CHS | Na. We just tried right now. (stutter) Not uh. That's why I was hitting you up. |

| GARCIA | Yeah. He was doing good and then now he fucked up. I don't know he don't look like he's doing too good. So, he needs a little bit of help you know what I mean I'll prolly [phonetic] help him out. Uhh….We'll see what happens know what I mean? |
| --- | --- |
| CHS | Yeah. |
| GARCIA | He don't look like he's doing good at all…..Watch……..[dialing] |

Exh371 - DISC 6232-6246.Trans of convos btwn CHS, A. Baca & C. Garcia 10-15 & 11-15.1188.007PL.R.txt

```
00001:01  CHS: Well they sent him over here. That's why they sent him back
      02  because uh, Kansas City region or whatever didn't......
      03  PUP: (overlap) They were asking for more information.
      04  CHS: They were asking for more information. They couldn't come up
      05  with it over here in Nuevo so they(stutter)that's why they shot it
      06  back.
      07  GARCIA: (UI)
      08  PUP: (overlap)Because fucking Washington DC, (UI) fucking would've
      09  have to of fucking answered, would've had to review all my files.
      10  CHS: He said,
      11  PUP: (overlap)(UI)
      12  CHS: Hold on,
      13  PUP: (UI) criteria for ADX placement, fucking shit would've
      14  came down on them fuckers. So these fuckers sent me back, no?
      15  CHS: Yeah, they told (stutters) that he didn't meet criteria for
      16  the ADX uh program, so, they-they didn't come up with the.....
      17  PUP: (overlap) (UI) placed in ADX.
      18  CHS: Cause these guys, these people are trying to recommend for
      19  him to be put in the ADX but they didn't have enough, paperwork or
      20  evidence to keep him there.
      21  PUP: Yeah the region and Washington DC wanted more information.
      22  CHS: The region and Washington DC wanted more information.
      23  PUP: These people, these people weren't providing it.
      24  CHS: The people weren't providing it. They were just lying.
      25  PUP: So they fucking said either they were gonna have to fucking
00002:01  send it to a USP or
      02  CHS: (overlap) either they were gonna have to (UI) USP,
      03  PUP: (UI) and fucking send me, send me back (UI).....
      04  CHS: (overlap) or send you back over here (UI). Hey he said uh,
      05  he said you weren't over there with, (UI)?
      06  PUP: No.
      07  GARCIA: Yeah, that vato,
      08  PUP: (overlap)The only vato from New Mexico was
      09  CHS: (overlap) No! (UI) no!
      10  PUP: (UI)
      11  CHS: Not-not the one from New Mexico, (stutters) the Eme, vato.
      12  PUP: No, Huero, a Huero Shy.
      13  CHS: Huero Sh- Huero Sh-yeah. Can you hear him?
      14  GARCIA: Y-yeah that's him.
      15  CHS: Yeah that's him
      16  PUP: Guero shy was in the step down. He just got outta ADX.
      17  GARCIA: Orale.
      18  PUP: And they're probably gonna send him to Victorville because,
      19  they won't let none of us, or the Eme or Surenos out on that USP
      20  (UI) because it's all Texas right there.
      21  GARCIA: Orale. So Pup was there in the ADX? That's some fuckin shit
      22  ask him how was it?
      23  PUP: Tell him,
      24  CHS: He said how was it?
      25  GARCIA: (UI)
00003:01  PUP: Tell them they got all the (UI), the (UI), the (UI) and the
      02  Aztecas on that USP yard in Florence.
      03  GARCIA: [grunts] Orale.
      04  CHS: Can you hear em[phonetic]?
```

Exh371 - DISC 6232-6246.Trans of convos btwn CHS, A. Baca & C. Garcia 10-15 & 11-15.1188.007PL.R.txt

```
       05  GARCIA: Yeah, yeah I can
       06  CHS: Oh yeah, (stutters)yeah, he can hear you.
       07  PUP: Oh he can hear me?
       08  CHS: Yeah.
       09  PUP: Yeah they had all them fuckin (UI) on the fucking (UI), Aztecas,
       10  some Nortenos, and a bunch of DC blacks and Crips and all that (UI).
       11  They wouldn't (UI) right there they had me recommended ADX. And so,
       12  being that I didn't meet criteria they didn't have enough information
       13  these people recommending us a region in Kansas City that overlooks
       14  fucking, uh, Florence. They told them that they weren't gonna accept
       15  me because they got more information. That shit was gonna go all the
       16  way to Washington DC. They didn't want the (UI). They had (UI) that's
       17  what happened no?
       18  GARCIA: Orale.
       19  PUP: It's all good.
       20  GARCIA: So they just (UI)....
       21  PUP: (overlap) (UI) over there (UI) from LA, he was real firme. I
       22  didn't get to meet Little Shy because he was in the step down.
       23  GARCIA: Yeah.
       24  PUP: They had a step down (UI) program there in a in-in Florence
       25  right? But they-they...
00004:01  GARCIA: (overlap) Yeah.
       02  PUP: They shut the (UI) down that shut everybody out there to
       03  other USP's and uh, (UI) Thompson, that's over there in Illinois.
       04  It's a five thousand bed facility. They're moving everybody over
       05  there. All the vatos in ADX, that are on GP, they're send-they're
       06  sending them over there too. Even though they're locked down, they
       07  call it GP but they're sending them vatos to-to uh Thompson tambien.
       08  On a hundred and ninety-six vatos (UI) all the other USPs, that are
       09  waiting for ADX placement, they're not gonna go to ADX, they're gonna
       10  end up going to (UI), over there in Thompson tambien.
       11  GARCIA: Orale.
       12  PUP: (overlap) It's a federal pinta (UI)
       13  GARCIA: (overlap) (UI).
       14  PUP: (overlap) and they're thinking of getting the-the gente, not the
       15  gente, but the fuckin uh, the Islam vatos in-in Guantanamo Bay,
       16  and putting them over there at the ADX.
       17  GARCIA: Yeah I seen that on TV (UI) I heard,
       18  PUP: (overlap) (UI) from Washington DC (UI) over there in Florence.
       19  (UI) gonna be and all that shit no?
       20  CHS: Man, fuck that shit! Waz[phonetic] up [laughs] (UI) history on a
       21  motherfuckin, [laughs]
       22  PUP: Well I think (UI) .
       23  CHS: (UI) in case you go back. [laughs]
       24  PUP: Uh, I'm not going back. (UI).
       25  GARCIA: That-that's a trip (UI),
00005:01  PUP: (overlap) They might send my ass back. I don't know.
       02  GARCIA: (overlap) A la verga.
       03  CHS: Yeah.
       04  GARCIA: And uh, and who was the one pushing for that over there (UI),
       05  PUP: (overlap) (UI)
       06  GARCIA: (UI)
       07  PUP: (overlap) (UI)?
       08  CHS: He's.....
```

Exh371 - DISC 6232-6246.Trans of convos btwn CHS, A. Baca & C. Garcia 10-15 & 11-15.1188.007PL.R.txt

```
         09  GARCIA: (UI) Markentile or whatever the fuck
         10  CHS: He said who was the one that was pushing it for you to go
         11  over there?
         12  PUP: Santestevan, and Aaron Gonzales.
         13  CHS: Santestevan and Aaron Gonzales.
         14  GARCIA: Orale. An-and they haven't gone to talk to him now or
         15  nothing have they?
         16  CHS: They haven't come....
         17  GARCIA: (overlap) (UI)
         18  CHS: Na, na they ain't done nothing.
         19  GARCIA: Orale.
         20  PUP: Right now I'm just waiting, that right now (UI) right now there
         21  ain't nothing happening I'm like a (UI)
         22  CHS: (overlap)Right now you just waiting to see what they're gonna do,
         23  put him on a program or what. They have to do all the paperwork and
         24  all that bullshit.
         25  PUP: Yeah they're gonna fuckin leave me here to do the program send me
00006:01  to the cell, or back to Cruces. I don't know.
         02  CHS: He said, (stutters) he said what's up with uh (UI)?
         03  PUP: What's up with (UI)?
         04  GARCIA: Oh yeah, she telling (UI) seen uh Jerry Junior and them on
         05  the news cause I knew (UI) Johnny Tapia.
         06  CHS: Oh. Na, he said, yeah (UI) the new gym for Johnny Tapia or Jerry
         07  junior and all them?
         08  PUP: What about em[phonetic]?
         09  CHS: (UI).
         10  GARCIA: Yeah they just showed it on the news on channel seven.
         11  CHS: They just showed it on the news.
         12  PUP: What happened?
         13  CHS: No, they just got a new gym.
         14  PUP: Oh he did?
         15  GARCIA: (overlap)Yeah, Wells Park. Tell him they opened up that gym and
         16  named it after Johnny and all that shit now.
         17  CHS: They opened up a, a fucking gym in Wells Park and named it after
         18  Johnny.
         19  PUP: Oh that's good, about time.
         20  GARCIA: Yeah. Tell him yeah, that tell him I got that number too.
         21  I fuckin told her to give it to me (UI).
         22  PUP: (overlap) (UI) to Jerry Junior out there?
         23  GARCIA: (UI) got all caliente cause uh, I told him hey you want your
         24  number to call you and she got all hot (UI) fuck yeah give it to him.
         25  CHS: Oh you got Beck-oh you got Becky's number?
00007:01  GARCIA: Yeah.
         02  CHS: What (stutters) you wanna write it down Pup?
         03  PUP: (UI) hold on.
         04  GARCIA: Yeah. (UI).
         05  CHS: He wanted Mario's number too.
         06  GARCIA: Mari-yeah well Mario came over here watch watch hold on real
         07  quick watch hold on, hold on. [pause]
         08  PUP: Hey. Yeah what's her number?
         09  CHS: Hold on, he gettin it right now.
         10  PUP: Where-where's he at?
         11  CHS: Lookin (UI)
         12  PUP: (overlap) (UI) does Becky wanna talk to me?
```

Exh371 - DISC 6232-6246.Trans of convos btwn CHS, A. Baca & C. Garcia 10-15 & 11-15.1188.007PL.R.txt

```
          13   CHS: Yeah, said she got all caliente.
          14   PUP: She got all caliente?
          15   CHS: Yup.
          16   PUP: I fucking had that bitch spraying her pussy in that living room. Ahh
          17   she can't even come and see me (UI).
          18   CHS: [laughs]
          19   PUP: (UI).
          20   CHS: He gon[phonetic] get Mario's number too.
          21   PUP: Aight.
          22   GARCIA: Hey.
          23   CHS: Yeah?
          24   GARCIA: Hold on, let me get it real quick. Watch hold on. [pause]
          25   PUP: Becky got all caliente?
00008:01   CHS: He said he got surgery on his balls.
          02   PUP: Who did?
          03   CHS: Chris.
          04   PUP: Why what's wrong with em[phonetic]?
          05   CHS: I don't know, what was wrong with em[phonetic]?
          06   GARCIA: (UI).
          07   CHS: What was wrong with your nut sack?
          08   GARCIA: Oh no, I had (UI) fuckin when I got shot, I fuckin
          09   PUP: (overlap) That fucker probably got a
          10   GARCIA: (UI)
          11   CHS: Oh.
          12   PUP: (overlap)got a dick implantment or something.
          13   CHS: He got, when he got shot, he got something,(stutters) what is it called?
          14   PUP: (UI).
          15   GARCIA: Hy-hydro seal.
          16   CHS: Hydro seal.
          17   PUP: A la verga. How come he just didn't go for a whole dick implantment?
          18   CHS: Said, how come you didn't get a penis implantment (stutters) and
          19   plant [laughs] an extension? Jotito! [laughs]
          20   GARCIA: Listen, listen, (UI) I'm good, I'm good I just,
          21   CHS: He said-he said he's blessed.
          22   PUP: (UI).
          23   CHS: He said he's blessed, he's doing good ay.
          24   PUP: (UI).
          25   CHS: He said he's (stutters) ay.
00009:01   GARCIA: (UI) right now, they had to put ninety-six stitches.
          02   CHS: He said they put ninety-six stitches in his balls.
          03   PUP: Dam! That's a-that's a fuckin, they fuckin, dam!
          04   CHS: Yeah.
          05   PUP: Surprised they didn't castrate his ass.
          06   GARCIA: They fuckin butchered me! (UI) and I couldn't drink no fluids
          07   for ten hours.
          08   CHS: They butchered him.
          09   GARCIA: (UI)
          10   PUP: (overlap) That shit's crazy. Fuckin, but he's doing alright?
          11   GARCIA: (UI) next morning dehydrated. They couldn't find fuckin
          12   uh, the doctors were all scared they couldn't get a vein. Know
          13   what I mean?
          14   CHS: Yeah. He said you're doing alright though?
          15   GARCIA: Yeah. I'm doing alright.
          16   CHS: Yeah he...
```

Exh371 - DISC 6232-6246.Trans of convos btwn CHS, A. Baca & C. Garcia 10-15 & 11-15.1188.007PL.R.txt

```
          17  PUP: Tell him I said, tell him I said (stutters) when his fuckin balls
          18  after they fucked him up in surgery, his balls got all swollen and
          19  (UI) got all happy all caliente.
          20  CHS: Said your balls got all swollen. You got (UI) happy.
          21  PUP: [laughs]
          22  GARCIA: Yeah she was fuckin, yeah. (UI) shit swelled up and she
          23  still fucked me (UI).
          24  CHS: [laughs] He said that she saw them all swollen and (stutters) (UI)
          25  smashing the fuck outta them.
00010:01  PUP: [laughs]
          02  CHS: Chhh! Dam.
          03  PUP: Dang!
          04  GARCIA: Yeah. (UI).
          05  PUP: (overlap)(UI) talk to (UI)?
          06  CHS: Oh fuck yeah.
          07  GARCIA: (UI) to uh (UI).
          08  CHS: Nobody, they moved (stutters) it was empty.
          09  GARCIA: It was empty?
          10  CHS: Yeah. There was like three-there was like three cells in here empty.
          11  GARCIA: Oh alright. (UI) fuckin (UI)
          12  CHS: Yeah.
          13  GARCIA: Who else in there - Shadow, you,
          14  CHS: Me,
          15  GARCIA: (UI)
          16  CHS: Yeah. Yeah, me, Shadow, Blue, Ern Dog, Ace, Spider, and (stutters)
          17  GARCIA: (UI).
          18  CHS: That's it. Yup.
          19  GARCIA: Yeah, fuckin uh, Boxer boy came over here and I was, me and him
          20  got kinda like in a little argument no?
          21  CHS: Yeah.
          22  GARCIA: I told him about the,
          23  PUP: (overlap) Ask him if he met Mighty in the Feds?
          24  CHS: Oh, about Red?
          25  GARCIA: About, yeah yeah. He was all trying to (UI)
00011:01  CHS: He was telling you somethin about Boxer no?
          02  GARCIA: Yeah, that that-that was all bullshit no?
          03  CHS: Yeah.
          04  GARCIA: He told him uh, I told him I don't know. I told him (UI)
          05  PUP: (overlap) Hey.
          06  CHS: (overlap) Hey.
          07  PUP: (overlap)Tell him that if he hears anything about the carnal
          08  Red, throw that shit on loco. Brothers don't know what they're
          09  talking about. He's good right now.
          10  GARCIA: None of that shit. I don't know.
          11  CHS: Yeah he said, hey Pup said (stutters) the shit wit Red just throw
          12  it the loco.
          13  GARCIA: Yeah.
          14  CHS: Yeah.
          15  PUP: Yeah the brothers out there don't know what they're talking about.
          16  CHS: (stutters) Yeah he said just throw it the loco.
          17  GARCIA: It-it's all fucked up or what?Is everything all,
          18  CHS: No, he I mean he yeah he gave his little statement but he
          19  didn't fuckin like, you know give-give out names or nothing like
          20  that know what I'm sayin? So, (stutters) That's what the homie
```

Exh371 - DISC 6232-6246.Trans of convos btwn CHS, A. Baca & C. Garcia 10-15 & 11-15.1188.007PL.R.txt

```
          21  thinks is best for us, know what I mean?
          22  GARCIA: Ok ok.
          23  CHS: Yeah but,
          24  GARCIA: Alright.
          25  CHS: Yeah he's good.
00012:01      GARCIA: (UI)
          02  CHS: (overlap) (UI) like that.
          03  PUP: Yeah just leave it at that, don't feed into nothing out there no?
          04  GARCIA: Yeah. (UI)
          05  PUP: (overlap) (UI)
          06  GARCIA: And now that I know that, it's all good I'll just tell na,
          07  PUP: (overlap) (UI) let all this whole case fuckin,
          08  CHS: (overlap) Yeah,
          09  yeah, it's all good.
          10  PUP: (UI)
          11  CHS: Yeah we talked about it, he talked about it with the brothers over
          12  here and shit and uh, (stutters) he read it no? He read and he just
          13  said na, it's, it's not even that bad you know I'm sayin?.........So,
          14  GARCIA: (stutters) I guess-I guess that fuckers kinda like worried
          15  PUP: (overlap) (UI) don't feed into nothing until after this whole
          16  case is over.
          17  CHS: (overlap) Na, don't worry, tell him not to worry but, he's
          18  talkin about uh, Boxer.
          19  PUP: I don't know what's going on with Boxer.
          20  CHS: (stutters) That's who he was talking to.
          21  PUP: Where's Boxer?
          22  GARCIA: Yeah. CHS: Boxer's right there on the streets.
          23  PUP: (UI) talking to him right now?
          24  CHS: No, he's not talking to him now, he's talking to him the other day.
          25  PUP: Oh.
00013:01      GARCIA: Yeah.
          02  PUP: I don't know what's up with Boxer. Boxer don't know what the fucks
          03  going on.
          04  CHS: Yeah.
          05  GARCIA: Yeah (UI)
          06  PUP: (overlap)He needs to but out of all this shit. Let the brothers do
          07  what they're gonna do (stutters) (UI) and then we'll take care of
          08  everything else.
          09  GARCIA: (UI) get a hold of you no? (UI) call him (UI) Pup (UI),
          10  CHS: Well Pup wants to talk to him about some, some-some important shit
          11  no, that's why we're trying to get his number so we can call him right now
          12  and talk to him.
          13  PUP: Who's that?
          14  CHS: Mario.
          15  GARCIA: (overlap) (UI) number and fuckin. Watch I got it. He's been
          16  calling me, uh he-he texted (UI) uh, what the fuck is his name? He
          17  called me, "One-Hung-Low" or some shit
          18  CHS: [laughs](overlap) "One-Hung-Lo" that's your new nickname.
          19  PUP: (UI). Hey, ask him what's up with that ruca? (UI) that one that used
          20  to be with Meme.
          21  CHS: (stutters) Oh what's, that, the ruca that used to be with Meme?
          22  What's her name? (UI) or whatever the one that killed what's his name?
          23  GARCIA: Oh.
          24  PUP: (overlap) Meme.
```

Exh371 - DISC 6232-6246.Trans of convos btwn CHS, A. Baca & C. Garcia 10-15 & 11-15.1188.007PL.R.txt

```
        25  GARCIA: Sandra.
00014:01    CHS: Sandra.
        02  PUP: Sandra?
        03  CHS: Yeah.
        04  PUP: What's up with her?
        05  CHS: He said was sup wit her?
        06  GARCIA: I don't know. She's out here fuckin, I don't know if (UI) or
        07  what but, she's like uh, still talks to (UI) and shit, but she don't,
        08  (UI) they don't know where she's at (UI) trying to be like uh on
        09  the down low. I guess she's with him or, or whatever. But that vato
        10  (UI) he don't come around or nothing. That fucker I guess uh he was
        11  all hard over there. Now that fuckers scared, fuckin to death out here.
        12  CHS: Can you hear em[phonetic]?
        13  PUP: No not really.
        14  CHS: Hold up.
        15  GARCIA: Yeah, (stutters) what are you guys talking to under the-under
        16  the bunk or what?
        17  CHS: Yeah.
        18  GARCIA: Yeah. Yeah, then this fuckin phone too, I had to get this new
        19  phone. The other one I don't know what the fuck. I don't know it-it just
        20  started acting up. And then I called, I call what's his name to talk to
        21  Snitch and he talks all fuckin, gets all drunk and, talks all stupid,
        22  and I don't know if he fuckin uh, (UI) means all the shit that he says
        23  and I told him (UI) getting a new number and he don't even have my
        24  new number. You know what I mean? I've been calling that old phone
        25  and that's it. Fuck it. [chuckles] But, yeah here's Mario's number,
00015:01    washa, it's a 219
        02  CHS: Go head.
        03  GARCIA: Uh, 219,7757.
        04  CHS: And Becky's?
        05  GARCIA: And uh Becky's is...
        06  PUP: I can't hear him.
        07  GARCIA: Oh,
        08  CHS: I can hear him.
        09  GARCIA: K watch. Yeah watch, let me see what Becky's is.....Fuck
        10  um.......[pause] I put it in the phone I mean I tried to put in
        11  the code, I don't even remember my code.
        12  PUP: Where's Deta?
        13  CHS: He said where's Deta at?
        14  GARCIA: Uhh, she just split to go fuckin uh, take something to her
        15  brother. Tel him that uh, tell him that Bozo's doing good.
        16  CHS: He said Bozo's doing good.
        17  PUP: Bozo's doing good?
        18  GARCIA: Yeah, that fucker gained around fuckin' fifty pounds. That
        19  fuckers a little hamhock.
        20  CHS: Said, that-that fucker gained about fifty pounds, he's a
        21  little hamhock.
        22  PUP: Oh is that right?
        23  GARCIA: Yeah (UI).
        24  PUP: (overlap) Hey ask him, ask him if my prima Annette, is staying at
        25  my Auntie Dulce's?
00016:01    CHS: He said is he prima Annette staying at his Auntie Dulce's?
        02  GARCIA: Uhh, I think so. I don't know, uhh, tell him Snow's on the
        03  run though. I-I know Snow,
```

Exh371 - DISC 6232-6246.Trans of convos btwn CHS, A. Baca & C. Garcia 10-15 & 11-15.1188.007PL.R.txt

```
        04  CHS: Snow's on the run.
        05  PUP: Huh?
        06  CHS: Snow's on the run.
        07  PUP: Ooooh! What kinda[phonetic] charges?
        08  GARCIA: (overlap) Yeah,
        09  CHS: What kinda[phonetic] charges?
        10  GARCIA: Uhh, he was all fuckin (UI) and he fuckin wrecked it and
        11  he hit a car all fucked up and he hit em[phonetic] from the back
        12  and then took off. And the cops, cops chased him and he got away
        13  from the cop. And then they, they fuckin' still found him,
        14  arrested him, he bonded out. And then he did it again.
        15  CHS: He can't
        16  GARCIA: And uhh, he hasn't turned himself in so they're looking for him.
        17  CHS: Can you hear him?
        18  GARCIA: So I don't, yeah so I don't know I don't know what that is.
        19  PUP: Na I could barely him.
        20  GARCIA: So,
        21  PUP: I couldn't hear that good. I know he said something about he got
        22  in a wreck? And he did it again?
        23  CHS: Watch, hold on let me put you on, let me uhh, did you get
        24  Becky's number yet?
        25  PUP: Huh?
00017:01  GARCIA: Yeah watch. You know what, let me, watch. Hang on, (UI) watch
        02  hold on. Hold on real real fast. I'll get it real quick. Watch, hang on.
        03  PUP: I can't hear him.
        04  CHS: Hold on.
        05  PUP: Fuckin uh, yeah just talk to him. Can't hear that good. My heads
        06  all stuffed up. [long pause]
        07  CHS: Hey.
        08  GARCIA: Hey.
        09  CHS: Oh.
        10  GARCIA: Watch, watch, hang on real real quick. Let me see if I could
        11  get this shit. Oh here it is.
        12  PUP: Huh?
        13  GARCIA: Yeah so, Mario you guys been trying to get a hold of him for a
        14  few days?
        15  CHS: Na. We just tried right now. (stutter) Not uh. That's
        16  why I was hitting you up.
        17  GARCIA: Yeah. He was doing good and then now he fucked up. I don't know
        18  he don't look like he's doing too good. So, he needs a little bit of
        19  help you know what I mean I'll prolly [phonetic]
        20  help him out. Uhh....We'll see what happens know what I mean?
        21  CHS: Yeah.
        22  GARCIA: He don't look like he's doing good at all.....Watch........[dialing]
        23  .
        24  .
        25  .
```