Transcript
Federal Bureau of Investigation
Albuquerque Field Division

Case number            281D-AQ-6239655

Date of recording      11/XX/2015


Participants           CHS
                       Anthony Ray Baca = PUP
                       Mario Montoya   = MONTOYA



Transcribed by         AER

Date transcribed       12/23/15


Notations              Unintelligible = UI



**The following transcript has been compared to the audio
recording from which it was made, and to the best of my
ability, the transcript is a true, complete, and
accurate record of the recording.**
_____**SA T. Neale**_____

| | |
|---|---|
| CHS | Here goes Pup, hold on. |
| PUP | Can he hear me? |
| CHS | Yeah he can hear you. |
| PUP | UI! |
| MONTOYA | What's up with it? |
| PUP | Hey. Hey UI *carnal* I just wanted to say, UI *carnal*, tell your brother I said *mucho gracias* for being there when my *el UI* passed away no? |
| MONTOYA | Yeah. UI |
| PUP | (overlap)UI *carnal*. |
| MONTOYA | Watch, I heard part UI |
| PUP | (overlap) And I heard *tambien* what you wanted to do, when he had mentioned something about tryin to UI *feria* for the car wash and all that too. |
| MONTOYA | Yeah. |
| PUP | But then I heard you got *torcido* no? |
| MONTOYA | UI |
| PUP | UI *carnal*. Hey but uh, |
| CHS | Can you hear em[phonetic]? |
| MONTOYA | I heard the part UI car wash. |
| PUP | Can he hear me? |
| CHS | (stutters) He said-he said that um, that *gracia* for, he heard what you wanna do with the car wash and, and all that and, *gracia* for uh, |
| PUP | Tell his brother. |
| CHS | Tell your brother *gracia* for all the 'squina (stutter) to go to the funeral and all that. |
| PUP | (overlap) UI for my UI and all them. He was there. |
| CHS | He s-he said-he said yeah. |
| PUP | Hey. Tell him UI. |
| MONTOYA | (overlap)UI right now, does he need *feria* or anything like that? What the fuck? |
| CHS | He said-he said are you doin-are you doing alright -- yeah he's doing alright. He's good. |
| PUP | Yeah? |

| MONTOYA | When did he get back? |
| CHS | He got back um, last week. |
| MONTOYA | Alright. Sounds good. Is he UI where was he at, Arizona? |
| CHS | Na, they took him to Florence, (stutters) he was over there in Florence at the fuckin uh ADA bullshit. |
| PUP | ADX. |
| MONTOYA | UI. |
| CHS | Yeah they had him hemmed up. [laughs] |
| MONTOYA | Right right. |
| CHS | You can't (stutters) |
| MONTOYA | UI |
| CHS | You can't hear him talking? |
| MONTOYA | Yeah well I'm driving. Let me pull over right now. UI pull over. |
| CHS | Oh ok. Yeah he said let him pull over he was driving *carnal*. |
| PUP | UI |
| MONTOYA | UI |
| PUP | (overlap) Fucker doesn't even know how to drive. |
| CHS | Oh. Oh no we were talking to Chris earlier. Me and-me and Pup were talking to Chris. |
| MONTOYA | Oh right, right. What-what's he up to? |
| CHS | Shit, UI (stutters) Pup wanted to get a hold of you no? |
| MONTOYA | Yeah. I'm parking now what's up? |
| CHS | (stutter) P-Pup? Can you hear- I can, hey hey, Mario when you're talking I (stutters) tell him that as long as you can hear him, then I can tell him what you're saying cause I can hear you no? |
| MONTOYA | Alright. Let me uh, watch let me pull over, and UI that way I can hear what he's saying alright. UI |
| CHS | Alright. |
| MONTOYA | UI if the phone hangs up I'll call right back UI. |
| CHS | Alright. |

| | |
|---|---|
| MONTOYA | UI like, |
| CHS | Shit, we don't need no money on the phone, we on a cell phone holm. |
| MONTOYA | Oh, oh shit, no shit? |
| CHS | Yeah what chu[phonetic] think I'm calling you collect or what? |
| PUP | [laughs] |
| MONTOYA | Well yeah I was trippin fool I thought UI |
| CHS | Na man, we, na this, UI right here. |
| MONTOYA | UI big *jente*, big *jente*. |
| CHS | We doing big thangs[phonetic], you already know. You could text me whatever, call, whatever shit. |
| MONTOYA | Right right. UI call you back? |
| CHS | Yeah you could call me back, text me back, whatever. |
| MONTOYA | [laughs] Fuck yeah. UI |
| CHS | [laughs] Shit, hell yeah. |
| PUP | (overlap) UI |
| MONTOYA | (overlap) I got this one UI bitch. She's twenty years old UI, |
| CHS | He said he gots[phonetic] a…. |
| MONTOYA | (overlap)UI |
| CHS | He said he's got some bad little 20 year old hot bitch. |
| PUP | Who does? |
| CHS | Mario. |
| PUP | Where? |
| CHS | He said where? |
| PUP | UI, how much did he pay for her? |
| MONTOYA | UI down for all that, she's a freak. |
| CHS | She [laughs] UI. |
| PUP | Hey! |
| CHS | He's a *loco*. |
| PUP | Hey, ask him, |
| MONTOYA | (overlap)UI |
| PUP | Ask him how much he pays for her? |
| MONTOYA | [laughs] |
| CHS | Ask him what? |

| PUP | Ask him how much he's paying for her? |
|---|---|
| CHS | He said how much you payin[phonetic] bro cause you know UI. |
| MONTOYA | [laughing] UI. |
| CHS | He said he [laughs] He said he's a UI |
| PUP | [laughs] |
| MONTOYA | [laughs] |
| CHS | Shit, he got that old school pimp hand. |
| PUP | [laughs] |
| MONTOYA | But yeah I've been doing good, |
| PUP | (overlap) UI |
| MONTOYA | UI fuckin UI out here fool. |
| CHS | He said he's been, he's been doing good but he's been slowin down a little bit cause of the UI and shit no? |
| PUP | Yeah. |
| CHS | He said hell yeah. |
| MONTOYA | But yeah, UI fucking, *firme* out here dog UI. |
| CHS | Yeah. Hell yeah. |
| PUP | Hey. |
| MONTOYA | Doing it up nuh? |
| CHS | Yup. |
| PUP | Hey. |
| CHS | Ay. |
| PUP | Put the phone so he can hear me UI….. |
| CHS | (overlap)Hey, t-uh Ima[phonetic] put the phone right here where you can hear him and then you-you tell me if you could hear him cause I could hear you when you talk no? |
| MONTOYA | Alright. |
| CHS | Alright. Go head *carnal*. |
| PUP | UI, hey uh, |
| MONTOYA | What's up brother? |
| PUP | There's a fuckin UI going on, that I need you to take care of. Crazo's gonna talk to you about all that. So, the *pedo's* real *serio*, so listen to what he has to say alright? Watch out, *carnal*. |
| MONTOYA | UI I got you brother. You already know. |

| | |
|---|---|
| CHS | Alright, look. Well, look *carnal*, well I'm-he's-while he's telling me I'm just gonna repeat what he's telling me, that way, that way you could hear it uh clear no? Alright go head *carnal*. |
| PUP | Just tell him, just tell him that fucking um, I don't wanna-I don't wanna say it loud *carnal*. |
| CHS | I can hear you. |
| PUP | Just tell him that fuckin, fuckin Adam Vigil and fuckin Santestevan are making it real fucked up. |
| CHS | He said that, |
| PUP | UI |
| MONTOYA | Watch hold on one second, one second, ok one second. Hold on. |
| CHS | No it's all good. |
| PUP | Huh? |
| CHS | He's parking *carnal*. It's all good. Um, when (stutters) you tell me brother just say it and then Ima[phonetic] tell him and then after you hear me tell him then, continue alright? |
| MONTOYA | Alright. UI. |
| CHS | Alright. He wanted me to tell you that, Adam Vigil and uh, Santestevan, are making UI. Go head. Pup. |
| PUP | They're making a UI between all the brothers, |
| CHS | Between all the brothers. |
| PUP | Creating, they're creating a lot of *pedo* that |
| CHS | (overlap)(stutter) |
| PUP | UI making the brothers fight with each other. |
| CHS | They're creating a lot of problems that are making the brothers fight with each other. |
| PUP | And we need, we need somebody on the *calle*, |
| CHS | We need somebody on the streets. |
| PUP | To fuckin touch either one of them, it don't matter UI |
| CHS | (overlap) To-to touch either one of them. It doesn't matter which one. |

| | |
|---|---|
| PUP | And if he needs any 'squina or *feria*, |
| CHS | And if you need any, if you need any artillery, if you need any money, |
| PUP | (overlap) To finance the *pedo* to get it done. |
| CHS | If you need anything financed to get that shit done, that he'll get—he gots[phonetic] you. |
| PUP | That we're gonna-we're gonna work on it til it gets done. |
| MONTOYA | (overlap)And what about uh, What about information? |
| PUP | That we need him to find, |
| CHS | He said what about information? |
| PUP | UI |
| CHS | (overlap) He said-he said, if you can't get it he can get-he'll get it for you but, it-it be easier if you could get it. |
| MONTOYA | Yeah. Let me uh, let me get on it and see what I could do. But if I UI, |
| PUP | Tell him, |
| CHS | He said, |
| PUP | UI |
| CHS | He said, hold on hold on. Let me tell him what you said. |
| PUP | (overlap)  UI get away with it right? |
| CHS | He said um, give him a few days so he could see what he could come up with and then if he can't come up with it, he'll get back at us and let us know then we can help him. |
| PUP | Ok that's where we're at right now. |
| MONTOYA | UI tell him, tell him UI |
| CHS | (stutters) Yeah that's the thing *carnal*, (stutters) he wants to, he wants to leave it to your discretion. If you wanna do it by yourself or whatever, he doesn't want, |
| PUP | However, I don't care. |
| CHS | Yeah he doesn't care. He doesn't want you to get caught up- like you know what I mean? He wants you to feel comfortable doing it. |
| MONTOYA | Yeah. |

| CHS | If you have to do it by yourself, that's what he wants. (stutters) If you feel there's any brothers that you can trust out there, then he's, he said go find em[phonetic]. |
|---|---|
| MONTOYA | Yeah no, I'll probably do it by myself too, but if I need artillery, dog... |
| CHS | He said he, he said he could do it, |
| PUP | (overlap) UI the better. |
| CHS | He said the less people that know about it the better. |
| PUP | UI do it. |
| MONTOYA | (overlap) UI |
| CHS | He said, he said keep it between of course us three right here. That he doesn't want you to tell Chris no? |
| MONTOYA | Yeah but where am I supposed to go, where am I gonna get the artillery? |
| CHS | That's the thing, if do you need it? |
| MONTOYA | I might need it. |
| CHS | Alright he said he probably needs some artillery. If you need the artillery he's gonna get you the artillery. |
| PUP | (overlap) UI we'll get it for UI |
| CHS | He said y- |
| MONTOYA | I got a couple, I got a couple UI try to get my hands back on em[phonetic] cause I haven't had nothing at my pad no? Cause like my dad, UI my dad about, about a month ago no? UI at the pad let me see if I could get something. |
| CHS | He said, |
| MONTOYA | UI |
| CHS | He say (stutters) he said uh, he said he has-he has a couple pieces but he got r-rid of everything at the pad cause the P.O. UI pad. But let him see what he could do and then if he can't, if he doesn't get-if he doesn't have any then he'll get back at you and let you know if he needs em[phonetic]. |
| PUP | K *washa*. |
| CHS | *Orale*. |

| | |
|---|---|
| MONTOYA | UI |
| PUP | (overlap)Tell him UI, tell him he doesn't need to make a lot of noise with a fuckin piece, so if he can, to get a lawnmower muffler, UI little tiny lawnmower muffler, try to attach it to UI to make it fit. |
| CHS | Hold on hold he's telling me oh wait wait start over. He s- you said get a what? |
| PUP | To make a, to make a silencer. |
| CHS | He wants you to make a silencer, |
| PUP | And pack it with steel wool. |
| CHS | (stutter) Make a si-make a-make a silencer out of what? |
| PUP | Out of a, out of a lawnmower muffler. |
| CHS | He said make a silencer out of a lawnmower muffler, and pack it. |
| MONTOYA | Yeah. |
| PUP | Pack it with steel wool. |
| MONTOYA | (overlap) Tell him yeah UI I know how to make one out of an aerosol can tell him. |
| CHS | He-he said he knows how to make one out of a aerosol can. |
| PUP | Ok well whatever. Tell him to do it like that, |
| CHS | He- |
| PUP | UI. |
| CHS | He said try to do it like that that way no calentura. |
| MONTOYA | UI. |
| CHS | [laughs] He said there's gonna be calentura. |
| PUP | UI |
| CHS | [laughs]It's all g- he said, hey. He said |
| PUP | (overlap)UI right there on the spot, you don't wanna get caught up right there. |
| CHS | Yeah he said right there on the spot you don't wanna get caught up. He said the, if you can uh, UI said if he can't get the, the information UI needs you to help get him the information that's UI. He'll handle it. |
| PUP | Ok we'll work on that. |

| MONTOYA | Tell him there's not too many people I ride like that for tell him. |
|---------|--------------------------------------------------------------------|
| CHS | He know-*carnal,* he knows that's why, that's why he's not asking UI he-he doesn't want nobody else to know he just wants you, and that's it. That's why he's calling you no? |
| MONTOYA | Yeah tell him there's not a lot of people out, out UI. |
| CHS | He said, |
| MONTOYA | UI. |
| CHS | He said there's not a lot of people out there that would take this call for you *carnal* Pup. |
| PUP | Huh? |
| CHS | He said there's not a lot of people out there on the streets that would take this call from you. |
| PUP | I know. |
| CHS | He- |
| MONTOYA | No no no no! I said there's not a lot of people that I know I would take this call from UI. |
| PUP | (overlap) It's all good, UI anyway. |
| CHS | Oh oh he said, he said, there's not a lot of people that he would take this call from. |
| PUP | Oh yes, yes I know. |
| MONTOYA | (overlap) UI |
| CHS | (overlap) Yeah, no. He-he knows *carnal.* (stutters) You're the first person, when he came up with this, (stutters) you're the only one, you're the only one that says you know what, Mario's the only one I'll fuck wit[phonetic]. |
| MONTOYA | Alright. Tell him watch, tell him UI information UI know anything like anything at all like where I should UI or what the fuck? |
| CHS | Yeah. He said – well, you know where to start looking-yeah he wants (stutters) he knows that they live on the compound. He-he knows that-he knows at least that, um, Santestevan lives on the compound. He doesn't know about |

| | |
|---|---|
| | Adam though. |
| MONTOYA | Ok, uh, UI on the compound UI? |
| CHS | Yes. |
| PUP | But do some research behind that. |
| CHS | But he said do some research though because, he wanted you to research like banquets. You know how they do all kinds of banquets like that, and then you can prolly[phonetic] fuckin find out where they, |
| PUP | They raise funds for charity, |
| CHS | They raise fun-they raise funds for charities. |
| PUP | Like with the governor UI |
| CHS | (overlap)When the |
| PUP | UI go to meetings. |
| CHS | When the governor has UI they go to like meetings and shit like that. |
| MONTOYA | Yeah. |
| PUP | UI fucking find that shit out. |
| MONTOYA | UI seen that shit? |
| CHS | He said you could find it. All you gotta do is just Google that shit and you'll find it. |
| PUP | Yeah just Google that shit and UI will come up. |
| CHS | Google UI [laughs] He's gotta get you wit[phonetic] his Google eyes. [laughs] |
| MONTOYA | Yeah he uh, alright just tell him, tell him give me a couple of days, tell him, tell him if he can, uh, yeah |
| PUP | (overlap) Tell him, UI be on that level no? |
| MONTOYA | UI I-I could prolly[phonetic] get it but I wanna make sure UI. |
| CHS | He-he can get em[phonetic] for you though *carnal*. If you can't get em[phonetic] he said he can get em[phonetic]. |
| PUP | Just tell him to stay outta fuckin trouble. |
| MONTOYA | UI |
| CHS | He said, he said  if-if yeah if you can't get the artillery he can get it for you. And if you need *feria* he get you some *feria* too. |

| | |
|---|---|
| MONTOYA | UI |
| CHS | He s- |
| MONTOYA | UI |
| CHS | He said-he said-he said got, he said gots[phonetic] money, he just prolly[phonetic] might need some material but give him a couple days and he's gonna check to make sure no? |
| PUP | Alright. |
| MONTOYA | Tell him I'm not gonna ask him for money, he's in the *pinta* tell him, tell him-tell him, tell him UI with the money. |
| CHS | Yeah well (stutters) yeah yeah yeah he knows that. |
| MONTOYA | Yeah tell him I didn't ask him for money nuh what I mean, he's in the *pinta* fool. |
| CHS | Yeah no. Yeah he says he not gonna ask you for money cause you're in the *pinta* no? |
| PUP | Yeah. |
| MONTOYA | Tell Chris to kick it, nigga! |
| CHS | Yeah he said tell Chris to kick in (stutters) we already know now Chris is kickin[phonetic] it *carnal*. That's why I'm saying, if you need artillery don't worry bout[phonetic] that he can get you all dat[phonetic]. |
| MONTOYA | Yeah. |
| CHS | Nobody will know what-what you're doing UI you already know we gon[phonetic] keep that right here. |
| PUP | They're not gonna tell Chris UI |
| CHS | (stutters) Hey *carnal*, ain't nobody gonna know *nada*, but us three right here and that's it. |
| PUP | UI Chris and uh, |
| CHS | Chr, Chr |
| PUP | UI tell him the *feria* UI |
| MONTOYA | (overlap) UI honestly, I don't know what the fuck is going on. There's heat out here, fool, there's heat. |
| CHS | Oh *serio*? |

| MONTOYA | Yeah, but on your toes, that's it. Na I mean? |
|---------|-----------------------------------------------|
| CHS | He said-he said (stutters) they're tripping out there you just gotta be out there to see it but he said you got to stay on your toes. But yeah he already knows you're on it that's why he just wanted to get at you and that's it no? |
| MONTOYA | UI |
| PUP | (overlap)Ok now, how are other brothers acting out there? |
| CHS | He said how are other brothers acting out there? |
| PUP | UI how are the brothers acting out there? UI |
| MONTOYA | (overlap) UI same thing UI in there they're all kicking ass UI down for this, they're down for that but, you see em[phonetic] out here all fucking, |
| CHS | He- |
| MONTOYA | UI fucking mini skirts on and UI |
| CHS | He s- |
| MONTOYA | Like fuck. |
| CHS | He said-he said that when they're in here, (stutters) he hardly sees any of em[phonetic] and, when they're in here they're all hard core but then when they get out there, they're in the their fuckin g strings and panties and fuckin skirts on and they don't wanna do *nada*. |
| MONTOYA | They swear up and down they don't get high but then they wanna ask for it |
| PUP | (overlap) UI gonna start, |
| CHS | He said they swear-he said they swear up and down they don't get high but then they're asking for a cura. |
| PUP | Well we're gonna fuckin start identifying them fuckers |
| CHS | He said, were gonna start identifying you fuckers. |
| PUP | (overlap) That way when they come in here, |
| CHS | That way when they come in here, we're gonna |

| | |
|---|---|
| | knock em[phonetic] off. |
| MONTOYA | Yeah. |
| PUP | That way them fuckers (stutters) either they're gonna fuckin go to the program and lock it up |
| CHS | (overlap) Hey hey but that's (stutters) a lot of these fuckers are going to that program so, |
| PUP | (overlap)UI. |
| CHS | It's thinning us out but it's making us stronger no? |
| MONTOYA | Yeah I'm telling you ay, UI fuckers UI. Right now before I got out, I didn't have UI |
| PUP | (overlap) Oh tell him! Tell him, that *Conejo* fuckin locked it up too. |
| MONTOYA | UI that fucker walked out the door, fuckin UI. Haha. |
| CHS | Hey. |
| MONTOYA | UI. |
| PUP | Tell him Little *Conejo* locked it up. |
| CHS | (stutters) Little Rabbit locked it up. Cyclone locked it up. (stutters) The only ones that are around here wit[phonetic] me is, me, Pup, Shadow, Big Shadow, um, Spider, Blue, Ern Dogg, Ace, Rudy Munoz, and another Rudy no? |
| MONTOYA | Yeah. |
| CHS | That's our pod. We're in a – they got a new program. It's called the predatorial prod-pod. |
| MONTOYA | UI. |
| CHS | UI fuckin the UI predator UI. (stutters) It's just like the level six (stutters) there's four steps. We come out on step four UI good shit no? But they just brought Pup back last week. So right now he's interim, they're waiting to see what they're gonna do no? |
| PUP | Tell him be *trucha* with little *Conejo* and Cyclone because they |
| CHS | (overlap) He said, |

| | |
|---|---|
| PUP | UI *carnal*. |
| CHS | Be *trucha* with little *Conejo* and Cyclone. |
| PUP | They locked it up. |
| CHS | Cause they locked it up. |
| MONTOYA | Yeah well, |
| CHS | Well you don't talk to them anyways. |
| PUP | (overlap) Little *Conejo* UI |
| MONTOYA | UI I talk to Chris, and I talk to fuckin uh, |
| PUP | (overlap) Little *Conejo* UI. |
| MONTOYA | UI like that |
| CHS | He said he just talks to Chris and a couple people like that. That's it. |
| PUP | Ok. |
| CHS | He said UI- |
| MONTOYA | UI, other than that everybody I got love for is doing the *vida* ay. |
| CHS | Yeah. He said, he said everybody he has love for is in here doing the *vida*. |
| PUP | Alright. |
| CHS | He said fuck yeah. |
| MONTOYA | Yeah. But um, he don't need money on your books right now or nothing? |
| CHS | No. He's good *carnal*. He's-he's happy to be back and, he wants to fuckin get this taken care of. Leave a statement with them. You know what I mean? |
| MONTOYA | Yeah. UI watch you have a three way? |
| CHS | Three way? |
| MONTOYA | Yeah. |
| CHS | Shit, yeah. |
| MONTOYA | Call his chick watch we'll tell her to talk back. |
| CHS | [laughs] UI lover. |
| MONTOYA | Watch, UI I'll tell her to call you watch. |
| CHS | Just tell her -- you got my number. It's two-one-eight-eighteen-sixty-one. |
| MONTOYA | Watch UI I gotta-I gotta go cause UI I can't talk nuh? |
| CHS | Well shit, get on that shit. |

| | |
|---|---|
| PUP | (overlap)UI |
| MONTOYA | UI tonight, |
| CHS | (stutter) |
| MONTOYA | UI tomorrow let you know what's up. |
| CHS | (overlap) (stutter) |
| MONTOYA | UI tonight UI. |
| CHS | Alright. Hey *carnal*, (stutters) but if anything just send me a text and just say uh, just say call me and I'll (stutters) call you that way you know what I mean? My phone's not all ringing and shit *a la verga*. |
| MONTOYA | Alright UI. |
| CHS | (stutters) *Amor* like fuck and uh Pup said *amor* like fuck, and you already know. |
| MONTOYA | Tell him I appreciate the confidence brother. |
| PUP | (overlap) UI get back, |
| CHS | He said he appreciates the confidence *carnal*. |
| PUP | UI try to get back in a couple of days. |
| CHS | He said he'll try-we'll try to get back in a couple of days. But like I said *carnal*, just text whatever. You already know, I'll text you and see if you're busy whatever we'll chop it up you already know. |
| MONTOYA | Alright bro I didn't know that was your number. Let me put it on my phone. I would've answered it earlier I just don't answer UI I now know what I mean? |
| CHS | Yeah, well I told Chris to fuckin tell you we were gonna call him. |
| MONTOYA | Yeah well, that's why, that's why I answered it now. As a matter of fact UI talk and then this number called I answered after I texted him told him I was up so I figured that was prolly[phonetic] him nuh. |
| CHS | Oh yeah yeah no he was (stutter) yeah I told him to call him and let him know when we're gonna call cause you already know everybody's all fuckin all tripping when people call and they don't have a number you know what I mean? |

| MONTOYA | Yeah UI number hit this shit up. |
| PUP | (overlap) Tell him I said, |
| MONTOYA | UI number UI |
| PUP | UI fucking all them twenty year old youngsters he better get on Viagra. |
| CHS | He said if you fuckin around with them twenty year old youngsters you better get you some Viagra partner. |
| MONTOYA | [laughs] UI. |
| CHS | [laughs] |
| MONTOYA | Methadone is my Viagra tell em[phonetic]. |
| CHS | He said UI Viagra [laughs] |
| PUP | Fuck yeah. |
| CHS | He said fuck yeah. |
| MONTOYA | UI that little girls fucking his nuts. |
| CHS | He said he got that girl in love. |
| PUP | Yeah [chuckles] |
| CHS | We already know you be pimpin. |
| PUP | Hell yeah *ese*. |
| MONTOYA | UI call in a little bit. |
| CHS | Alright brother, *amor*. |
| MONTOYA | *Amor*. |
| CHS | Alright. Late. |
| MONTOYA | Ok. |
| CHS | Ay. |
| PUP | Ay. |
| CHS | That fuckers down huh? |
| PUP | Hell yes *carnal*. UI. Everything that I've always asked him he always does it no? |
| CHS | That fucker gots bodies too though. That's what Blue was telling me. |
| PUP | Huh? |
| CHS | That fucker Blue was telling me that he has bodies. |
| PUP | I didn't hear you. |
| CHS | I said Blue was telling me that Mario has bodies like, like, like he never, like he smooth with it no? |
| PUP | Yeah. Yeah, he-he's always there *carnal*. |

| | |
|---|---|
| CHS | UI, |
| PUP | UI he starts doing some stupid shit but, UI right there and fuckin he will handle him *carnal*. As long as he has his curas and everything there he does shit. |
| CHS | Fuck yeah. |
| PUP | UI. |
| CHS | He said he gonna send…. |
| PUP | (overlap) UI no? |
| CHS | Said he gonna have that girl. |
| PUP | UI do all the research and all that. UI make it easier for him to start thinking about all that and start tripping, and starts googling and all that. I don't know how all that works *pero*, if there's a trace UI. |
| CHS | Yeah. |
| PUP | Yeah so, UI fuckin Google somebody, UI all of a sudden they disappear they're gonna see the last one that Google them right? |
| CHS | Right. |
| PUP | That's it. [pause] We'll see how it pans out. |
| CHS | Fuck it. He told em[phonetic] *carnal* so, I mean, |
| PUP | Yeah yeah UI. |
| CHS | So that's-that's all we needed to get you across to him. |
| PUP | Yeah. |
| CHS | Now it's up to him. Well like you said though if he needs 'squina artillery and shit, and you could just… |
| PUP | (overlap) UI whatever, just get on it no? |
| CHS | Yeah. I'll make sure that's why I'm sayin now that you told him and they know, |
| PUP | (overlap)UI |
| CHS | And they, and they're not just sayin… |
| PUP | (overlap) UI |
| CHS | And they're not just like, like me just using your name. You know what I'm sayin? |
| PUP | Yeah. |
| CHS | They know you want it done and, (stutters) |

|     |     |
| --- | --- |
|     | like he said *carnal*, you're the only one that he would do it for. |
| PUP | Yeah. |
| CHS | Know what I mean? |
| PUP | Yeah. That'll work. |
| CHS | Hell yeah. |
| PUP | UI out there no? |
| CHS | Yeah well he said, uh he-he said he'll (stutters) he said he'll call later on or, maybe not later on now but we'll call him tomorrow again. |
| PUP | Another thing uh, UI Chris said he was having problems with other *carnals* all paranoid and shit right? |
| CHS | Right. |
| PUP | Find out who that is. UI. |
| CHS | Alright we'll, |
| PUP | UI *carnal*, which-which *carnal* they're trippin on him like that know what I'm sayin? |
| CHS | Yeah. We could call Chris back right now. Or call back. |
| PUP | Na. |

Exh375 - DISC 6251-6269.Trans of convos btwn CHS, A. Baca & M. Montoya 10-15 & 11-15.1188.009PL.R.txt
```
00001:01  CHS: Here goes Pup, hold on.
      02  PUP: Can he hear me?
      03  CHS: Yeah he can hear you.
      04  PUP: (UI)!
      05  MONTOYA: What's up with it?
      06  PUP: Hey. Hey (UI) carnal I just wanted to say, (UI) carnal,
      07  tell your brother I said mucho gracias for being there when
      08  my el (UI) passed away no?
      09  MONTOYA: Yeah. (UI)
      10  PUP: (overlap)(UI) carnal.
      11  MONTOYA: Watch, I heard part (UI)
      12  PUP: (overlap) And I heard tambien what you wanted to do, when
      13  he had mentioned something about tryin to (UI) feria for the car
      14  wash and all that too.
      15  MONTOYA: Yeah.
      16  PUP: But then I heard you got torcido no?
      17  MONTOYA: (UI)
      18  PUP: (UI) carnal. Hey but uh,
      19  CHS: Can you hear em[phonetic]?
      20  MONTOYA: I heard the part (UI) car wash.
      21  PUP: Can he hear me?
      22  CHS: (stutters) He said-he said that um, that gracia for, he heard
      23  what you wanna do with the car wash and, and all that and, gracia
      24  for uh,
      25  PUP: Tell his brother.
00002:01  CHS: Tell your brother gracia for all the 'squina (stutter) to go
      02  to the funeral and all that.
      03  PUP: (overlap) (UI) for my (UI) and all them. He was there.
      04  CHS: He s-he said-he said yeah.
      05  PUP: Hey. Tell him (UI).
      06  MONTOYA: (overlap)(UI) right now, does he need feria or anything like
      07  that? What the fuck?
      08  CHS: He said-he said are you doin-are you doing alright -- yeah he's
      09  doing alright. He's good.
      10  PUP: Yeah?
      11  MONTOYA: When did he get back?
      12  CHS: He got back um, last week.
      13  MONTOYA: Alright. Sounds good. Is he (UI) where was he at, Arizona?
      14  CHS: Na, they took him to Florence, (stutters) he was over there in
      15  Florence at the fuckin uh ADA bullshit.
      16  PUP: ADX.
      17  MONTOYA: (UI).
      18  CHS: Yeah they had him hemmed up. [laughs]
      19  MONTOYA: Right right.
      20  CHS: You can't (stutters)
      21  MONTOYA: (UI)
      22  CHS: You can't hear him talking?
      23  MONTOYA: Yeah well I'm driving. Let me pull over right now. (UI)
      24  pull over.
      25  CHS: Oh ok. Yeah he said let him pull over he was driving carnal.
00003:01  PUP: (UI)
      02  MONTOYA: (UI)
      03  PUP: (overlap) Fucker doesn't even know how to drive.
      04  CHS: Oh. Oh no we were talking to Chris earlier. Me and-me and Pup
```

Exh375 - DISC 6251-6269.Trans of convos btwn CHS, A. Baca & M. Montoya 10-15 & 11-15.1188.009PL.R.txt

```
         05  were talking to Chris.
         06  MONTOYA: Oh right, right. What-what's he up to?
         07  CHS: Shit, (UI) (stutters) Pup wanted to get a hold of you no?
         08  MONTOYA: Yeah. I'm parking now what's up?
         09  CHS: (stutter)
         10  P-Pup? Can you hear- I can, hey hey, Mario when you're talking I
         11  (stutters) tell him that as long as you can hear him, then I can
         12  tell him what you're saying cause I can hear you no?
         13  MONTOYA: Alright. Let me uh, watch let me pull over, and (UI) that
         14  way I can hear what he's saying alright. (UI)
         15  CHS: Alright.
         16  MONTOYA: (UI) if the phone hangs up I'll call right back (UI).
         17  CHS: Alright.
         18  MONTOYA: (UI) like,
         19  CHS: Shit, we don't need no money on the phone, we on a cell
         20  phone holm.
         21  MONTOYA: Oh, oh shit, no shit?
         22  CHS: Yeah what chu[phonetic] think I'm calling you collect or what?
         23  PUP: [laughs]
         24  MONTOYA: Well yeah I was trippin fool I thought (UI) CHS: Na man,
         25  we, na this, (UI) right here.
00004:01  MONTOYA: (UI) big jente, big jente.
         02  CHS: We doing big thangs[phonetic], you already know. You could text
         03  me whatever, call, whatever shit.
         04  MONTOYA: Right right. (UI) call you back?
         05  CHS: Yeah you could call me back, text me back, whatever.
         06  MONTOYA: [laughs] Fuck yeah. (UI)
         07  CHS: [laughs] Shit, hell yeah.
         08  PUP: (overlap) (UI)
         09  MONTOYA: (overlap) I got this one (UI) bitch. She's twenty years old (UI),
         10  CHS: He said he gots[phonetic] a....
         11  MONTOYA: (overlap)(UI)
         12  CHS: He said he's got some bad little 20 year old hot bitch.
         13  PUP: Who does?
         14  CHS: Mario.
         15  PUP: Where?
         16  CHS: He said where?
         17  PUP: (UI), how much did he pay for her?
         18  MONTOYA: (UI) down for all that, she's a freak.
         19  CHS: She [laughs] (UI).
         20  PUP: Hey!
         21  CHS: He's a loco.
         22  PUP: Hey, ask him,
         23  MONTOYA: (overlap)(UI)
         24  PUP: Ask him how much he pays for her?
         25  MONTOYA: [laughs]
00005:01  CHS: Ask him what?
         02  PUP: Ask him how much he's paying for her?
         03  CHS: He said how much you payin[phonetic] bro cause you know (UI).
         04  MONTOYA: [laughing] (UI).
         05  CHS: He said he [laughs] He said he's a (UI)
         06  PUP: [laughs]
         07  MONTOYA: [laughs]
         08  CHS: Shit, he got that old school pimp hand.
```

Exh375 - DISC 6251-6269.Trans of convos btwn CHS, A. Baca & M. Montoya 10-15 & 11-15.1188.009PL.R.txt

```
        09  PUP: [laughs]
        10  MONTOYA: But yeah I've been doing good,
        11  PUP: (overlap) (UI)
        12  MONTOYA: (UI) fuckin (UI) out here fool.
        13  CHS: He said he's been, he's been doing good but he's been slowin
        14  down a little bit cause of the (UI) and shit no?
        15  PUP: Yeah.
        16  CHS: He said hell yeah.
        17  MONTOYA: But yeah, (UI) fucking, firme out here dog (UI).
        18  CHS: Yeah. Hell yeah.
        19  PUP: Hey.
        20  MONTOYA: Doing it up nuh?
        21  CHS: Yup.
        22  PUP: Hey.
        23  CHS: Ay.
        24  PUP: Put the phone so he can hear me (UI).....
        25  CHS: (overlap)Hey, t-uh Ima[phonetic] put the phone right here where
00006:01  you can hear him and then you-you tell me if you could hear him cause
        02  I could hear you when you talk no?
        03  MONTOYA: Alright.
        04  CHS: Alright. Go head carnal.
        05  PUP: (UI), hey uh,
        06  MONTOYA: What's up brother?
        07  PUP: There's a fuckin (UI) going on, that I need you to take care of.
        08  Crazo's gonna talk to you about all that. So, the pedo's real serio,
        09  so listen to what he has to say alright? Watch out, carnal.
        10  MONTOYA: (UI) I got you brother. You already know.
        11  CHS: Alright, look. Well, look carnal, well I'm- he's-while he's
        12  telling me I'm just gonna repeat what he's telling me, that way, that
        13  way you could hear it uh clear no? Alright go head carnal.
        14  PUP: Just tell him, just tell him that fucking um, I don't wanna-I
        15  don't wanna say it loud carnal.
        16  CHS: I can hear you.
        17  PUP: Just tell him that fuckin, fuckin Adam Vigil and fuckin
        18  Santestevan are making it real fucked up.
        19  CHS: He said that,
        20  PUP: (UI)
        21  MONTOYA: Watch hold on one second, one second, ok one second. Hold on.
        22  CHS: No it's all good.
        23  PUP: Huh?
        24  CHS: He's parking carnal. It's all good. Um, when (stutters) you tell
        25  me brother just say it and then Ima[phonetic] tell him and then after
00007:01  you hear me tell him then, continue alright?
        02  MONTOYA: Alright. (UI).
        03  CHS: Alright. He wanted me to tell you that, Adam Vigil and uh,
        04  Santestevan, are making it. Go head. Pup.
        05  PUP: They're making a (UI) between all the brothers,
        06  CHS: Between all the brothers.
        07  PUP: Creating, they're creating a lot of pedo that
        08  CHS: (overlap)(stutter)
        09  PUP: (UI) making the brothers fight with each other.
        10  CHS: They're creating a lot of problems that are making the brothers
        11  fight with each other.
        12  PUP: And we need, we need somebody on the calle,
```

Exh375 - DISC 6251-6269.Trans of convos btwn CHS, A. Baca & M. Montoya 10-15 & 11-15.1188.009PL.R.txt
```
        13  CHS: We need somebody on the streets.
        14  PUP: To fuckin touch either one of them, it don't matter (UI)
        15  CHS: (overlap) To-to touch either one of them. It doesn't matter which one.
        16  PUP: And if he needs any 'squina or feria,
        17  CHS: And if you need any, if you need any artillery, if you need any money,
        18  PUP: (overlap) To finance the pedo to get it done.
        19  CHS: If you need anything financed to get that shit done, that he'll get-he
        20  gots[phonetic] you.
        21  PUP: That we're gonna-we're gonna work on it til it gets done.
        22  MONTOYA: (overlap)And what about uh, What about information?
        23  PUP: That we need him to find,
        24  CHS: He said what about information?
        25  PUP: (UI) CHS: (overlap) He said-he said, if you can't get it he can get-
00008:01  he'll get it for you but, it-it be easier if you could get it.
        02  MONTOYA: Yeah. Let me uh, let me get on it and see what I could do.
        03  But if I (UI),
        04  PUP: Tell him,
        05  CHS: He said,
        06  PUP: (UI)
        07  CHS: He said, hold on hold on. Let me tell him what you said.
        08  PUP: (overlap)(UI) get away with it right? CHS: He said um, give him a
        09  few days so he could see what he could come up with and then if he can't
        10  come up with it, he'll get back at us and let us know then we can help him.
        11  PUP: Ok that's where we're at right now.
        12  MONTOYA: (UI) tell him, tell him,
        13  CHS: (stutters) Yeah that's the thing carnal, (stutters) he wants to, he
        14  wants to leave it to your discretion. If you wanna do it by yourself or
        15  whatever, he doesn't want,
        16  PUP: However, I don't care.
        17  CHS: Yeah he doesn't care. He doesn't want you to get caught up- like you
        18  know what I mean? He wants you to feel comfortable doing it.
        19  MONTOYA: Yeah.
        20  CHS: If you have to do it by yourself, that's what he wants. (stutters) If
        21  you feel there's any brothers that you can trust out there, then he's,
        22  he said go find em[phonetic].
        23  MONTOYA: Yeah no, I'll probably do it by myself too, but if I need
        24  artillery, dog...
        25  CHS: He said he, he said he could do it,
00009:01  PUP: (overlap) (UI) the better.
        02  CHS: He said the less people that know about it the better.
        03  PUP: (UI) do it.
        04  MONTOYA: (overlap) (UI)
        05  CHS: He said, he said keep it between of course us three right here. That
        06  he doesn't want you to tell Chris no?
        07  MONTOYA: Yeah but where am I supposed to go, where am I gonna get the
        08  artillery?
        09  CHS: That's the thing, if do you need it?
        10  MONTOYA: I might need it.
        11  CHS: Alright he said he probably needs some artillery. If you need the
        12  artillery he's gonna get you the artillery.
        13  PUP: (overlap) (UI) we'll get it for (UI)
        14  CHS: He said y-
        15  MONTOYA: I got a couple, I got a couple (UI) try to get my hands back on
        16  em[phonetic] cause I haven't had nothing at my pad no? Cause like my dad,
```

Exh375 - DISC 6251-6269.Trans of convos btwn CHS, A. Baca & M. Montoya 10-15 & 11-15.1188.009PL.R.txt

```
         17  (UI) my dad about, about a month ago no? (UI) at the pad let me see if
         18  I could get something.
         19  CHS: He said,
         20  MONTOYA: (UI)
         21  CHS: He say (stutters) he said uh, he said he has- he has a couple pieces
         22  but he got r-rid of everything at the pad cause the P.O. (UI) pad. But let
         23  him see what he could do and then if he can't, if he doesn't get-if he
         24  doesn't have any then he'll get back at you and let you know if he needs
         25  em[phonetic].
00010:01  PUP: K washa.
         02  CHS: Orale.
         03  MONTOYA: (UI)
         04  PUP: (overlap)Tell him (UI), tell him he doesn't need to make a lot of
         05  noise with a fuckin piece, so if he can, to get a lawnmower muffler, (UI)
         06  little tiny lawnmower muffler, try to attach it to (UI) to make it fit.
         07  CHS: Hold on hold he's telling me oh wait wait start over. He s- you
         08  said get a what?
         09  PUP: To make a, to make a silencer.
         10  CHS: He wants you to make a silencer,
         11  PUP: And pack it with steel wool.
         12  CHS: (stutter) Make a si-make a-make a silencer out of what?
         13  PUP: Out of a, out of a lawnmower muffler.
         14  CHS: He said make a silencer out of a lawnmower muffler, and pack it.
         15  MONTOYA: Yeah.
         16  PUP: Pack it with steel wool.
         17  MONTOYA: (overlap) Tell him yeah (UI) I know how to make one out of an
         18  aerosol can tell him.
         19  CHS: He-he said he knows how to make one out of a aerosol can.
         20  PUP: Ok well whatever. Tell him to do it like that,
         21  CHS: He-
         22  PUP: (UI).
         23  CHS: He said try to do it like that that way no calentura.
         24  MONTOYA: (UI).
         25  CHS: [laughs] He said there's gonna be calentura.
00011:01  PUP: (UI)
         02  CHS: [laughs]It's all g- he said, hey. He said
         03  PUP: (overlap)(UI) right there on the spot, you don't wanna get caught up
         04  right there.
         05  CHS: Yeah he said right there on the spot you don't wanna get caught up.
         06  He said the, if you can uh, (UI) said if he can't get the, the information
         07  (UI) needs you to help get him the information that's (UI). He'll handle it.
         08  PUP: Ok we'll work on that.
         09  MONTOYA: Tell him there's not too many people I ride like that for tell him.
         10  CHS: He know-carnal, he knows that's why, that's why he's not asking (UI)
         11  he-he doesn't want nobody else to know he just wants you, and that's it.
         12  That's why he's calling you no?
         13  MONTOYA: Yeah tell him there's not a lot of people out, out (UI).
         14  CHS: He said,
         15  MONTOYA: (UI).
         16  CHS: He said there's not a lot of people out there that would take this call
         17  for you carnal Pup.
         18  PUP: Huh?
         19  CHS: He said there's not a lot of people out there on the streets that would
         20  take this call from you.
```

Exh375 - DISC 6251-6269.Trans of convos btwn CHS, A. Baca & M. Montoya 10-15 & 11-15.1188.009PL.R.txt

```
        21  PUP: I know.
        22  CHS: He-
        23  MONTOYA: No no no no! I said there's not a lot of people that I know I would
        24  take this call from (UI).
        25  PUP: (overlap) It's all good, (UI) anyway.
00012:01  CHS: Oh oh he said, he said, there's not a lot of people that he would take
        02  this call from.
        03  PUP: Oh yes, yes I know.
        04  MONTOYA: (overlap) (UI)
        05  CHS: (overlap) Yeah, no. He-he knows carnal. (stutters) You're the first person,
        06  when he came up with this, (stutters) you're the only one, you're the only one
        07  that says you know what, Mario's the only one I'll fuck wit[phonetic].
        08  MONTOYA: Alright. Tell him watch, tell him (UI) information (UI) know
        09  anything like anything at all like where I should (UI) or what the fuck?
        10  CHS: Yeah. He said - well, you know where to start looking-yeah he wants
        11  (stutters) he knows that they live on the compound. He-he knows that-he knows
        12  at least that, um, Santestevan lives on the compound. He doesn't know about
        13  Adam though.
        14  MONTOYA: Ok, uh, (UI) on the compound (UI)?
        15  CHS: Yes. PUP: But do some research behind that.
        16  CHS: But he said do some research though because, he wanted you to research
        17  like banquets. You know how they do all kinds of banquets like that, and then
        18  you can prolly[phonetic] fuckin find out where they,
        19  PUP: They raise funds for charity,
        20  CHS: They raise fun-they raise funds for charities.
        21  PUP: Like with the governor (UI)
        22  CHS: (overlap)When the
        23  PUP: (UI) go to meetings.
        24  CHS: When the governor has (UI) they go to like meetings and shit like that.
        25  MONTOYA: Yeah.
00013:01  PUP: (UI) fucking find that shit out.
        02  MONTOYA: (UI) seen that shit?
        03  CHS: He said you could find it. All you gotta do is just Google that shit and
        04  you'll find it.
        05  PUP: Yeah just Google that shit and (UI) will come up.
        06  CHS: Google (UI) [laughs] He's gotta get you wit[phonetic] his Google eyes.
[laughs]
        07  MONTOYA: Yeah he uh, alright just tell him, tell him give me a couple of days,
        08  tell him, tell him if he can, uh, yeah
        09  PUP: (overlap) Tell him, (UI) be on that level no?
        10  MONTOYA: (UI) I-I could prolly[phonetic] get it but I wanna make sure (UI).
        11  CHS: He-he can get em[phonetic] for you though carnal. If you can't get
        12  em[phonetic] he said he can get em[phonetic].
        13  PUP: Just tell him to stay outta fuckin trouble.
        14  MONTOYA: (UI)
        15  CHS: He said, he saidif-if yeah if you can't get the artillery he can get it
        16  for you. And if you need feria he get you some feria too.
        17  MONTOYA: (UI)
        18  CHS: He s-
        19  MONTOYA: (UI)
        20  CHS: He said-he said-he said got, he said gots[phonetic] money, he just
        21  prolly[phonetic] might need some material but give him a couple days and he's
        22  gonna check to make sure no?
        23  PUP: Alright.
```

Exh375 - DISC 6251-6269.Trans of convos btwn CHS, A. Baca & M. Montoya 10-15 & 11-15.1188.009PL.R.txt

```
        24  MONTOYA: Tell him I'm not gonna ask him for money, he's in the pinta tell him,
        25  tell him-tell him, tell him (UI) with the money.
00014:01  CHS: Yeah well (stutters) yeah yeah yeah he knows that.
        02  MONTOYA: Yeah tell him I didn't ask him for money nuh what I mean, he's in
        03  the pinta fool.
        04  CHS: Yeah no. Yeah he says he not gonna ask you for money cause you're in
        05  the pinta no?
        06  PUP: Yeah.
        07  MONTOYA: Tell Chris to kick it, nigga!
        08  CHS: Yeah he said tell Chris to kick in (stutters) we already know now Chris
        09  is kickin[phonetic] it carnal. That's why I'm saying, if you need artillery
        10  don't worry bout[phonetic] that he can get you all dat[phonetic].
        11  MONTOYA: Yeah.
        12  CHS: Nobody will know what-what you're doing (UI) you already know we
gon[phonetic]
        13  keep that right here.
        14  PUP: They're not gonna tell Chris (UI)
        15  CHS: (stutters) Hey carnal, ain't nobody gonna know nada, but us three right
        16  here and that's it.
        17  PUP: (UI) Chris and uh,
        18  CHS: Chr, Chr
        19  PUP: (UI) tell him the feria (UI)
        20  MONTOYA: (overlap) (UI) honestly, I don't know what the fuck is going on.
        21  There's heat out here, fool, there's heat.
        22  CHS: Oh serio?
        23  MONTOYA: Yeah, but on your toes, that's it. Na I mean?
        24  CHS: He said-he said (stutters) they're tripping out there you just gotta
        25  be out there to see it but he said you got to stay on your toes. But yeah
00015:01  he already knows you're on it that's why he just wanted to get at you and
        02  that's it no?
        03  MONTOYA: (UI)
        04  PUP: (overlap)Ok now, how are other brothers acting out there?
        05  CHS: He said how are other brothers acting out there?
        06  PUP: (UI) how are the brothers acting out there? (UI)
        07  MONTOYA: (overlap) (UI) same thing (UI) in there they're all kicking ass
        08  (UI) down for this, they're down for that but, you see em[phonetic] out here
        09  all fucking,
        10  CHS: He-
        11  MONTOYA: (UI) fucking mini skirts on and (UI)
        12  CHS: He s-
        13  MONTOYA: Like fuck.
        14  CHS: He said-he said that when they're in here, (stutters) he hardly sees
        15  any of em[phonetic] and, when they're in here they're all hard core but
        16  then when they get out there, they're in the their fuckin g strings and
        17  panties and fuckin skirts on and they don't wanna do nada.
        18  MONTOYA: They swear up and down they don't get high but then they wanna
        19  ask for it
        20  PUP: (overlap) (UI) gonna start,
        21  CHS: He said they swear-he said they swear up and down they don't get high
        22  but then they're asking for a cura.
        23  PUP: Well we're gonna fuckin start identifying them fuckers
        24  CHS: He said, were gonna start identifying you fuckers.
        25  PUP: (overlap) That way when they come in here,
00016:01  CHS: That way when they come in here, we're gonna knock em[phonetic] off.
```

Exh375 - DISC 6251-6269.Trans of convos btwn CHS, A. Baca & M. Montoya 10-15 & 11-15.1188.009PL.R.txt
```
        02  MONTOYA: Yeah.
        03  PUP: That way them fuckers (stutters) either they're gonna fuckin go to
        04  the program and lock it up
        05  CHS: (overlap) Hey hey but that's (stutters) a lot of these fuckers are
        06  going to that program so,
        07  PUP: (overlap)(UI).
        08  CHS: It's thinning us out but it's making us stronger no?
        09  MONTOYA: Yeah I'm telling you ay, (UI) fuckers (UI). Right now before I
        10  got out, I didn't have (UI)
        11  PUP: (overlap) Oh tell him! Tell him, that Conejo fuckin locked it up too.
        12  MONTOYA: (UI) that fucker walked out the door, fuckin (UI). Haha.
        13  CHS: Hey.
        14  MONTOYA: (UI).
        15  PUP: Tell him Little Conejo locked it up.
        16  CHS: (stutters) Little Rabbit locked it up. Cyclone locked it up. (stutters)
        17  MONTOYA: Yeah.
        18  CHS: That's our pod. We're in a - they got a new program. It's called the
        19  predatorial prod- pod.
        20  MONTOYA: (UI).
        21  CHS: (UI) fuckin the (UI) predator (UI). (stutters) It's just like the level
        22  six (stutters) there's four steps. We come out on step four (UI) good shit no?
        23  But they just brought Pup back last week. So right now he's interim, they're
        24  waiting to see what they're gonna do no?
        25  PUP: Tell him be trucha with little Conejo and Cyclone because they
00017:01  CHS: (overlap) He said,
        02  PUP: (UI) carnal.
        03  CHS: Be trucha with little Conejo and Cyclone.
        04  PUP: They locked it up.
        05  CHS: Cause they locked it up.
        06  MONTOYA: Yeah well,
        07  CHS: Well you don't talk to them anyways.
        08  PUP: (overlap) Little Conejo (UI)
        09  MONTOYA: (UI) I talk to Chris, and I talk to fuckin uh,
        10  PUP: (overlap) Little Conejo (UI).
        11  MONTOYA: (UI) like that CHS: He said he just talks to Chris and a couple
        12  people like that. That's it.
        13  PUP: Ok.
        14  CHS: He said (UI)-
        15  MONTOYA: (UI), other than that everybody I got love for is doing the vida ay.
        16  CHS: Yeah. He said, he said everybody he has love for is in here doing
        17  the vida.
        18  PUP: Alright.
        19  CHS: He said fuck yeah.
        20  MONTOYA: Yeah. But um, he don't need money on your books right now or nothing?
        21  CHS: No. He's good carnal. He's-he's happy to be back and, he wants to fuckin
        22  get this taken care of. Leave a statement with them. You know what I mean?
        23  MONTOYA: Yeah. (UI) watch you have a three way?
        24  CHS: Three way?
        25  MONTOYA: Yeah.
00018:01  CHS: Shit, yeah.
        02  MONTOYA: Call his chick watch we'll tell her to talk back.
        03  CHS: [laughs] (UI) lover.
        04  MONTOYA: Watch, (UI) I'll tell her to call you watch.
        05  CHS: Just tell her -- you got my number. It's two- one-eight-eighteen-sixty-one.
```

Exh375 - DISC 6251-6269.Trans of convos btwn CHS, A. Baca & M. Montoya 10-15 & 11-15.1188.009PL.R.txt

```
          06  MONTOYA: Watch (UI) I gotta-I gotta go cause (UI) I can't talk nuh?
          07  CHS: Well shit, get on that shit.
          08  PUP: (overlap)(UI)
          09  MONTOYA: (UI) tonight,
          10  CHS: (stutter)
          11  MONTOYA: (UI) tomorrow let you know what's up.
          12  CHS: (overlap) (stutter)
          13  MONTOYA: (UI) tonight (UI).
          14  CHS: Alright. Hey carnal, (stutters) but if anything just send me a text and
          15  just say uh, just say call me and I'll (stutters) call you that way you know
          16  what I mean? My phone's not all ringing and shit a la verga.
          17  MONTOYA: Alright (UI).
          18  CHS: (stutters) Amor like fuck and uh Pup said amor like fuck, and you already
know.
          19  MONTOYA: Tell him I appreciate the confidence brother.
          20  PUP: (overlap) (UI) get back,
          21  CHS: He said he appreciates the confidence carnal.
          22  PUP: (UI) try to get back in a couple of days.
          23  CHS: He said he'll try-we'll try to get back in a couple of days. But like I
          24  said carnal, just text whatever. You already know, I'll text you and see if
          25  you're busy whatever we'll chop it up you already know.
00019:01  MONTOYA: Alright bro I didn't know that was your number. Let me put it on
          02  my phone. I would've answered it earlier I just don't answer (UI) I now know
          03  what I mean?
          04  CHS: Yeah, well I told Chris to fuckin tell you we were gonna call him.
          05  MONTOYA: Yeah well, that's why, that's why I answered it now. As a matter of fact
          06  (UI) talk and then this number called I answered after I texted him told him I
          07  was up so I figured that was prolly[phonetic] him nuh.
          08  CHS: Oh yeah yeah no he was (stutter) yeah I told him to call him and let him
          09  know when we're gonna call cause you already know everybody's all fuckin all
          10  tripping when people call and they don't have a number you know what I mean?
          11  MONTOYA: Yeah (UI) number hit this shit up.
          12  PUP: (overlap) Tell him I said,
          13  MONTOYA: (UI) number (UI)
          14  PUP: (UI) fucking all them twenty year old youngsters he better get on Viagra.
          15  CHS: He said if you fuckin around with them twenty year old youngsters you
          16  better get you some Viagra partner.
          17  MONTOYA: [laughs] (UI).
          18  CHS: [laughs]
          19  MONTOYA: Methadone is my Viagra tell em[phonetic].
          20  CHS: He said (UI) Viagra [laughs]
          21  PUP: Fuck yeah.
          22  CHS: He said fuck yeah.
          23  MONTOYA: (UI) that little girls fucking his nuts.
          24  CHS: He said he got that girl in love.
          25  PUP: Yeah [chuckles]
00020:01  CHS: We already know you be pimpin.
          02  PUP: Hell yeah ese.
          03  MONTOYA: (UI) call in a little bit.
          04  CHS: Alright brother, amor.
          05  MONTOYA: Amor.
          06  CHS: Alright. Late.
          07  MONTOYA: Ok.
          08  CHS: Ay.
```

Exh375 - DISC 6251-6269.Trans of convos btwn CHS, A. Baca & M. Montoya 10-15 & 11-15.1188.009PL.R.txt

```
        09  PUP: Ay.
        10  CHS: That fuckers down huh?
        11  PUP: Hell yes carnal. (UI). Everything that I've always asked him he always
        12  does it no?
        13  CHS: That fucker gots bodies too though. That's what Blue was telling me.
        14  PUP: Huh?
        15  CHS: That fucker Blue was telling me that he has bodies.
        16  PUP: I didn't hear you.
        17  CHS: I said Blue was telling me that Mario has bodies like, like, like he
        18  never, like he smooth with it no?
        19  PUP: Yeah. Yeah, he-he's always there carnal.
        20  CHS: (UI),
        21  PUP: (UI) he starts doing some stupid shit but, (UI) right there and fuckin
        22  he will handle him carnal. As long as he has his curas and everything there
        23  he does shit.
        24  CHS: Fuck yeah.
        25  PUP: (UI).
 00021:01  CHS: He said he gonna send....
        02  PUP: (overlap) (UI) no?
        03  CHS: Said he gonna have that girl.
        04  PUP: (UI) do all the research and all that. (UI) make it easier for him to start
        05  thinking about all that and start tripping, and starts googling and all that.
        06  I don't know how all that works pero, if there's a trace (UI).
        07  CHS: Yeah.
        08  PUP: Yeah so, (UI) fuckin Google somebody, (UI) all of a sudden they disappear
        09  they're gonna see the last one that Google them right?
        10  CHS: Right.
        11  PUP: That's it. [pause] We'll see how it pans out.
        12  CHS: Fuck it. He told em[phonetic] carnal so, I mean,
        13  PUP: Yeah yeah (UI).
        14  CHS: So that's-that's all we needed to get you across to him.
        15  PUP: Yeah.
        16  CHS: Now it's up to him. Well like you said though if he needs 'squina artillery
        17  and shit, and you could just...
        18  PUP: (overlap) (UI) whatever, just get on it no?
        19  CHS: Yeah. I'll make sure that's why I'm sayin now that you told him and they
know,
        20  PUP: (overlap)(UI)
        21  CHS: And they, and they're not just sayin...
        22  PUP: (overlap) (UI)
        23  CHS: And they're not just like, like me just using your name. You know what I'm
        24  sayin?
        25  PUP: Yeah.
 00022:01  CHS: They know you want it done and, (stutters) like he said carnal, you're
        02  the only one that he would do it for.
        03  PUP: Yeah.
        04  CHS: Know what I mean?
        05  PUP: Yeah. That'll work.
        06  CHS: Hell yeah.
        07  PUP: (UI) out there no?
        08  CHS: Yeah well he said, uh he-he said he'll (stutters) he said he'll call later
        09  on or, maybe not later on now but we'll call him tomorrow again.
        10  PUP: Another thing uh, (UI) Chris said he was having problems with other carnals
        11  all paranoid and shit right?
```

Exh375 - DISC 6251-6269.Trans of convos btwn CHS, A. Baca & M. Montoya 10-15 & 11-15.1188.009PL.R.txt

```
12  CHS: Right.
13  PUP: Find out who that is. (UI).
14  CHS: Alright we'll,
15  PUP: (UI) carnal, which-which carnal they're trippin on him like that know what
16  I'm sayin?
17  CHS: Yeah. We could call Chris back right now. Or call back.
18  PUP: Na.
19  .
20  .
21  .
22  .
```