```
            Federal Bureau of Investigation
               Albuquerque Field Division



Case number              281D-AQ-6239655

Date of recording        11/xx/2015


Participants             CHS
                         Anthony Ray Baca = PUP
                         Yvonne Griego = YVONNE


Transcribed by           AER

Date transcribed         12/23/15


Notations                Unintelligible = UI
```

**The following transcript has been compared to the audio recording from which it was made, and to the best of my ability, the transcript is a true, complete, and accurate record of the recording.**
_____**SA T. Neale**_____

| | |
|---|---|
| PUP | No, because they can't be talking to that girl. |
| CHS | Well she goes and sees him. |
| PUP | Huh? |
| CHS | She goes to visit him. |
| PUP | When? |
| CHS | Huh? |
| PUP | Are they on their way over there now? |
| CHS | You guys ain't on your way to go visit Baby G right now right? |
| YVONNE | No. No no no no. |
| CHS | But when is she gonna go see him? He wants to know. |
| YVONNE | Oh, um, the twenty-first. |
| CHS | The twenty-first. |
| PUP | The twenty-first? |
| CHS | Twenty-first. |
| PUP | Ok. Tell them, tell to tell Baby G for him not to do that with BB but to have somebody else do it. |
| CHS | He said, he d-tell-to tell Baby G, not, |
| YVONNE | Tell Baby G. |
| CHS | Not to do that to BB but to have somebody else do it. |
| YVONNE | To tell UI. |
| PUP | Somebody that's trustworthy. |
| CHS | Someone…. |
| YVONNE | UI |
| CHS | Somebody that's trustworthy. |
| PUP | That's not gonna go around talking about it. |
| YVONNE | (overlap) UI. |
| CHS | That's not… |
| YVONNE | (overlap) UI |
| PUP | What was that? |
| YVONNE | Ok tell him that Ace. |
| CHS | Tell him that who? |
| YVONNE | (overlap) There's a guy named Ace UI |
| CHS | Yeah. |
| YVONNE | UI never mind. Um, |

| CHS | What about him? |
|---|---|
| YVONNE | UI. |
| CHS | What? He is in here with us so we need to know. |
| YVONNE | UI. |
| CHS | Said if Ace was in here with us? |
| PUP | Yeah. |
| YVONNE | UI then we would. He was trying to renounce. |
| CHS | That he was, trying to renounce.[pause] That he was trying to renounce so be careful? |
| YVONNE | Yeah. |
| CHS | Yeah that he was trying to renounce so be careful. |
| PUP | Yeah well he's not doing it. So give that work to Baby G and say he's alright cause he hasn't done that yet. |
| CHS | To get word back to Baby G that he hasn't done it yet cause he's in here with us. |
| PUP | Well he hasn't done that. |
| YVONNE | (overlap) Oh ok. Well just to be careful. |
| CHS | But she-yeah she said just to be careful. |
| PUP | Ok. |
| CHS | But he said to make sure that she te- |
| YVONNE | (overlap) UI um, UI that um, she was gonna open her mouth about everything. |
| CHS | Wait, say that again. |
| YVONNE | The girl that he was with, her name was, they call her Dimples. |
| CHS | What girl? The girl that, the girl that who was with? |
| YVONNE | He was with. |
| CHS | The girl that…..that Ace was with? |
| YVONNE | Yeah. |
| CHS | Oh. |
| YVONNE | Her name was Dimples. |
| CHS | Oh. Ok the girl that Ace was with her name is Dimples, ok? |
| YVONNE | And that she's, she will run, she runs her mouth. |

| CHS | She runs her mouth. |
|---|---|
| YVONNE | UI she's, yeah. |
| CHS | That she runs her mouth about everything. |
| YVONNE | (overlap) Silent in there. |
| CHS | That her brother, is what? |
| YVONNE | Her brother's in there with you guys his name's Silent. |
| CHS | His-her brother's where we're at and his names Silent. |
| YVONNE | Yeah, he-she sees somebody else UI right now |
| PUP | Because UI Silencer? |
| CHS | UI she's seeing somebody else other than Ace. |
| PUP | Yeah but Ace ain't fucking with her. |
| CHS | Yeah but Ace ain't fucking with us. |
| PUP | He's fucking with some other UI. |
| CHS | Oh, oh he's fucking… |
| YVONNE | (overlap) UI, I don't know that's just what Green Eyes was telling me. Anyway um, tell him that my, tell him my son is already over there, in Los Lunas. |
| CHS | Her son's already-already in Los Lunas. |
| PUP | He's in Los Lunas? Ok. To tell him, just to keep his head up and stay strong and not to mention my name to the STIU or anything like that UI….. |
| CHS | (overlap) He said…. |
| PUP | Because they'll lock him down. |
| YVONNE | (overlap) UI |
| CHS | He, |
| YVONNE | UI STIU um, already questioned my UI. |
| CHS | She said STIU already questioned him. He said, he said to tell him not to mention his name to S – yeah but he said…. |
| YVONNE | No. |
| CHS | (stutter) |
| YVONNE | UI my son's last name. The STIU's questioning because of my name. |
| CHS | Oh, sh-they questioned him because of her name. |

| PUP    | Oh is that right?                                                                       |
| CHS    | (stutter) But he didn't say nothing right?                                              |
| YVONNE | No.                                                                                      |
| CHS    | Yeah but he didn't say nothin.                                                           |
| PUP    | Why her name?                                                                            |
| CHS    | Why-why your name he said.                                                               |
| YVONNE | I have no idea.                                                                          |
| CHS    | She d-she says she has no idea.                                                          |
| PUP    | Wow. Stay low profile.                                                                   |
| CHS    | He said same old profile.                                                                |
| YVONNE | That what?                                                                               |
| CHS    | He said same old profile.                                                                |
| PUP    | Stay low profile.                                                                        |
| YVONNE | Yeah.                                                                                    |
| PUP    | Don't be talking on the phone with him about UI,                                         |
| CHS    | Oh oh he said stay-stay low profile, don't be talking on, on the phone with him about nothin. |
| YVONNE | Oh yeah we already [someone shouts]                                                      |
| CHS    | Ok. She said (stutters) she doesn't.                                                     |
| YVONNE | He knows that already.                                                                   |
| CHS    | And, he-and he knows that already.                                                       |
| YVONNE | He knows.                                                                                |
| CHS    | H-her son knows that.                                                                    |
| PUP    | Oh ok that's good.                                                                       |
| CHS    | Her son know-knows that already.                                                         |
| PUP    | Good good good.                                                                          |
| CHS    | He said good.                                                                            |
| PUP    | They haven't told him where he's gonna be going?                                         |
| CHS    | They haven't told him where he's gonna be going?                                         |
| YVONNE | Um no. He just got there today.                                                          |
| CHS    | No. Sh-uh he just got there today.                                                       |
| PUP    | He just got there today?                                                                 |
| CHS    | Yeah.                                                                                    |
| PUP    | Yeah. Just tell him, to tell him, tell her son that I'm over here at the North.          |

| CHS | Tell your son that he's over here at the North. |
|---|---|
| PUP | In 3A. |
| CHS | In 3A. |
| YVONNE | Yeah he knows. |
| PUP | Q pod. |
| CHS | Yeah he knows. |
| PUP | Oh ok. |
| CHS | Mmk. He said alright. |
| YVONNE | And then um, [pause] UI |
| PUP | When are they gonna go visit BB? I mean uh chh when are they gonna go visit Baby G? |
| CHS | He said -- oh on the twenty-first. |
| PUP | On the twenty-first? |
| CHS | Yeah. |
| PUP | Alright. She gonna go with her? |
| CHS | Are you gonna go with her when s-they go visit Baby G? |
| YVONNE | Um, no. Tell him that *es que* Louise, is going. |
| CHS | Lu, *es que* Louise is going with her. |
| PUP | Who? |
| CHS | Louise? |
| PUP | Who's that? |
| YVONNE | Chacon's wife. |
| CHS | Chacon's wife. |
| PUP | Oh oh, Chacon's wife. Yeah, Louise. Ok what-what, ay! |
| CHS | Ay |
| PUP | (stutters) Can they start building up on strips for us? |
| CHS | He-he wanted to know if he could start building up on strips for him? |
| YVONNE | UI my old man? |
| CHS | Yeah. |
| YVONNE | Oh tell him, I-I'll get UI |
| PUP | (overlap) And how bout[phonetic] that other shit? |
| YVONNE | UI from him. |

| | |
|---|---|
| PUP | How bout[phonetic] that 2K shit? That liquid? |
| CHS | He said what about that, |
| YVONNE | UI |
| CHS | He said what bout that 2K shit that liquid kind? |
| YVONNE | What liquid? |
| CHS | Like the, you know like the, the *mota*, the liquid *mota*? |
| YVONNE | Oh he wants that? |
| CHS | He-he wants the liquid sh – yeah he just yeah he wants uh, he's looking for any way he (stutters) make-make money. |
| PUP | That way I could UI to pay for it UI. |
| YVONNE | Um, |
| CHS | Like in other words he want-he wants you to buy like get the liquid shit and then spray it onto a card or, paper and shit like that no? |
| YVONNE | Oh my god! |
| CHS | She said oh my gosh! [laughs] |
| PUP | [laughs]UI not for me. To make money. |
| CHS | He said it's not for him, it's just to make money. |
| YVONNE | Yeah ok. |
| PUP | The same with the strip. |
| YVONNE | Ok. |
| CHS | And the same with the strips. |
| PUP | It's all money baby. |
| CHS | He wants money. |
| YVONNE | Ok. |
| CHS | She said ok. |
| YVONNE | Tell him I'll ask brother-in-law. |
| PUP | (overlap) Start looking into that no? |
| CHS | She said she'll ask brother in law. |
| PUP | Yes, yes ok. |
| CHS | Yeah he said yeah. |
| YVONNE | Ok. And then tell him um, *es que* Dreamer is over there where my son's at. |
| CHS | What, |

| YVONNE | And then he's running his mouth and, he's a shot caller. |
|---|---|
| CHS | What Dreamer? |
| YVONNE | Um, um, Andrew, Griego. |
| CHS | Andrew? |
| PUP | Lazy's brother. |
| YVONNE | Yeah. |
| CHS | She, she said that Dreamer's over there where her son's at, and he's running his mouth acting like he's a shot caller. |
| PUP | UI tell, tell her son, |
| YVONNE | (overlap) UI |
| PUP | UI that fuckers crazy he – that dudes a fuckin psyche patient. |
| CHS | He said, he said tell (stutters) that *vato*'s a PC psyche patient. |
| YVONNE | Yeah, I know that. |
| CHS | Yeah she said she knows that. |
| PUP | Ok yeah cause he, all that dude do is come over here… |
| YVONNE | (overlap) Tell him that, tell him that, |
| PUP | UI yard. |
| CHS | Yeah he said he just runs his mouth he never goes to any type of yard. |
| PUP | He's a-he's a-he's a fuckin psycho. |
| YVONNE | (overlap) Yeah tell him that um, my daughter's man just got out and he was telling me all that. |
| PUP | (overlap) UI. |
| CHS | She said that her daughter's man just got out and he was telling her all that. |
| PUP | Her daughter? |
| CHS | That her daughter's, her daughter's *vato* got out and he was telling her all that. |
| PUP | Yeah. To tell, tell her daughter's *vato*, Sniper, that, |
| CHS | To tell your va-your daughter's *vato* Sniper, |
| PUP | That I'm over here with Little Man. |
| CHS | That he's over her wit[phonetic] Little Man. |

| PUP | UI all the *Surenos* over here. |
|---|---|
| CHS | Short-that he's over here wit[phonetic] Little Man, Shorty, and all the *Surenos*. |
| PUP | And that UI, |
| CHS | That, |
| PUP | UI |
| YVONNE | (overlap)Tell him UI. |
| PUP | cease fire UI to fuckin, to-to be together. |
| CHS | He wants-he wants to know if *Feria*'s with you? |
| PUP | Who? |
| CHS | *Feria*. |
| PUP | I don't know-I don't know who that it. |
| CHS | He said he doesn't know who that is but that he wants to send word to that *vato*, that, that we're-we're all together now the-the UI and the *Surenos* are working together. |
| YVONNE | Oh ok. |
| CHS | She's |
| YVONNE | I-I will let him know. |
| CHS | She said she'll let him know. |
| PUP | Alright.[pause] That was just the beginning. We're just starting it out right now. |
| CHS | He said it's just the beginning, (stutters) just testing the waters right now trying to build an alliance with them. |
| YVONNE | Oh ok. |
| PUP | (overlap) That they-that they-that they already said yeah. |
| YVONNE | UI. Tell him to tell him all that UI. |
| CHS | Yeah but he wants you-he wants you to tell him that that way, |
| YVONNE | Ok. |
| CHS | That way that *vato* knows that when he sees, uh, you know the-the-the *vatos* from the *onda* that (stutters) try to you know I mean? |
| PUP | UI act stupid. |
| YVONNE | Oh ok. |
| CHS | Won't try to act stupid or nothing. He'll be |

|        |                                                                                                                                                                          |
|--------|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|        | more friendly with everybody (stutters)                                                                                                                                  |
| PUP    | Paranoid or nothing.                                                                                                                                                     |
| CHS    | Or not to be paranoid and shit like that. You know I mean?                                                                                                               |
| YVONNE | Well yeah because he's already all, like,                                                                                                                                |
| CHS    | Yeah she said cause, yeah he's already all like that.                                                                                                                    |
| PUP    | Oh alright.                                                                                                                                                              |
| YVONNE | UI I already told Dreamer.                                                                                                                                               |
| CHS    | That her-her daughter's man,                                                                                                                                             |
| YVONNE | And that he started talking shit.                                                                                                                                        |
| CHS    | That her daughter's man already told Dreamer and he started crying like a bitch. Yeah but that's good though. He's a PC. Psycho, he's a psycho. He's a weirdo.           |
| PUP    | Yeah he's UI.                                                                                                                                                            |
| YVONNE | Oh I know. Ok. Tell him I say I love him.                                                                                                                                |
| CHS    | She's                                                                                                                                                                    |
| YVONNE | UI.                                                                                                                                                                      |
| CHS    | She said she loves you.                                                                                                                                                  |
| PUP    | Love her too. UI.                                                                                                                                                        |
| CHS    | Yeah he said he'll talk to you like this, like (stutters) we'll hit you up or whatever and uh,                                                                           |
| YVONNE | Ok.                                                                                                                                                                      |
| CHS    | If-if-if he needs to send you a message during the day or something like that I'll just shoot you a quick text message and then you can text me back with a response and all that good shit. You know what I mean? |
| YVONNE | Oh ok.                                                                                                                                                                   |
| CHS    | Yeah, yeah we're good like that.                                                                                                                                         |
| YVONNE | Ok.                                                                                                                                                                      |
| PUP    | UI keep it quiet.                                                                                                                                                        |
| YVONNE | UI                                                                                                                                                                       |
| CHS    | But, but he said k-keep it on the DL sh-don't you know I mean? Between us d-                                                                                             |
| YVONNE | No I won't UI.                                                                                                                                                           |
| CHS    | She said she won't say nothing.                                                                                                                                          |

| | |
|---|---|
| PUP | Yeah don't say *nada nada*. |
| CHS | Said don't say *nada nada*. To *nada*. |
| YVONNE | UI |
| CHS | [laughs](stutters) |
| YVONNE | UI know. |
| CHS | She knows. |
| PUP | Alright. |
| CHS | He said alright. Well he loves you and he's gonna put in a special visit tomorrow see if it gets approved. |
| PUP | I'll try. |
| CHS | He said he's gonna try (stutters) he said he's gonna try everything he can to get a visit with you and, with you and his mom. |
| YVONNE | UI his mom is worried about him. |
| CHS | Yeah (stutters) |
| YVONNE | UI. |
| CHS | He's trying but you already know (stutters) they make it hard on him. |
| YVONNE | UI. I already know. They're gonna do that. |
| CHS | Yeah you already know, you know what I mean. It's cause of who he is so they just make it harder but he-he-he's alright. He's gonna go through every avenue to get a visit so. It might take a couple weeks but he'll get it. |
| YVONNE | UI that's ok because UI. |
| CHS | Yeah. |
| PUP | Tell her, |
| CHS | She said it's ok. It's already been two years and she's patient. |
| PUP | Yeah that's good. Just stay strong like that. UI. |
| CHS | (overlap) He said it's good. He said that's good stay strong like that. |
| YVONNE | I will. |
| CHS | She s- |
| YVONNE | UI anything. |
| CHS | She said for you anything. |
| PUP | Alright then. |

| | |
|---|---|
| CHS | Alright he said. |
| PUP | Later, have a good night. |
| CHS | He said he'll talk to you later. Have a good night and he loves you. |
| YVONNE | Tell him good night and I love him too. |
| CHS | She said good night and she loves you too. |
| PUP | Alright. |
| CHS | Alright then Yvonne, we'll talk to you later. |
| YVONNE | Ok. |
| CHS | Alright. |
| YVONNE | Thank you. |
| CHS | Alright. Bu-bye. |
| PUP | Ay. |
| CHS | What chu wanna call now? Porno line? |
| PUP | No. |
| CHS | Wanna call one eight hundred porn? |
| PUP | Who? |
| CHS | Wanna call one eight hundred porn? |
| PUP | No. |
| CHS | [laughs] |

```
Exh377 - DISC 6270-6281.Trans of convos btwn CHS, A. Baca & Y. Griego 10-15 & 11-15.1188.010.PL.R.txt
   00001:01  PUP: No, because they can't be talking to that girl.
         02  CHS: Well she goes and sees him.
         03  PUP: Huh?
         04  CHS: She goes to visit him.
         05  PUP: When?
         06  CHS: Huh?
         07  PUP: Are they on their way over there now?
         08  CHS: You guys ain't on your way to go visit Baby G right now right?
         09  YVONNE: No. No no no no.
         10  CHS: But when is she gonna go see him? He wants to know.
         11  YVONNE: Oh, um, the twenty-first.
         12  CHS: The twenty-first.
         13  PUP: The twenty-first?
         14  CHS: Twenty-first.
         15  PUP: Ok. Tell them, tell to tell Baby G for him not to do that with BB
         16  but to have somebody else do it.
         17  CHS: He said, he d-tell-to tell Baby G, not,
         18  YVONNE: Tell Baby G.
         19  CHS: Not to do that to BB but to have somebody else do it.
         20  YVONNE: To tell UI.
         21  PUP: Somebody that's trustworthy.
         22  CHS: Someone....
         23  YVONNE: UI
         24  CHS: Somebody that's trustworthy.
         25  PUP: That's not gonna go around talking about it.
   00002:01  YVONNE: (overlap) UI.
         02  CHS: That's not...
         03  YVONNE: (overlap) UI
         04  PUP: What was that?
         05  YVONNE: Ok tell him that Ace.
         06  CHS: Tell him that who?
         07  YVONNE: (overlap) There's a guy named Ace UI
         08  CHS: Yeah.
         09  YVONNE: UI never mind. Um,
         10  CHS: What about him?
         11  YVONNE: UI.
         12  CHS: What? He is in here with us so we need to know.
         13  YVONNE: UI.
         14  CHS: Said if Ace was in here with us?
         15  PUP: Yeah.
         16  YVONNE: UI then we would. He was trying to renounce.
         17  CHS: That he was, trying to renounce.[pause] That he was trying to
         18  renounce so be careful?
         19  YVONNE: Yeah.
         20  CHS: Yeah that he was trying to renounce so be careful.
         21  PUP: Yeah well he's not doing it. So give that work to Baby G and say
         22  he's alright cause he hasn't done that yet.
         23  CHS: To get word back to Baby G that he hasn't done it yet cause he's
         24  in here with us.
         25  PUP: Well he hasn't done that.
   00003:01  YVONNE: (overlap) Oh ok. Well just to be careful.
         02  CHS: But she-yeah she said just to be careful.
         03  PUP: Ok.
         04  CHS: But he said to make sure that she te-
```

```
Exh377 - DISC 6270-6281.Trans of convos btwn CHS, A. Baca & Y. Griego 10-15 & 11-15.1188.010.PL.R.txt
          05   YVONNE: (overlap) UI um, UI that um, she was gonna open her mouth
          06   about everything.
          07   CHS: Wait, say that again.
          08   YVONNE: The girl that he was with, her name was, they call her Dimples.
          09   CHS: What girl? The girl that, the girl that who was with?
          10   YVONNE: He was with.
          11   CHS: The girl that.....that Ace was with?
          12   YVONNE: Yeah.
          13   CHS: Oh.
          14   YVONNE: Her name was Dimples.
          15   CHS: Oh. Ok the girl that Ace was with her name is Dimples, ok?
          16   YVONNE: And that she's, she will run, she runs her mouth.
          17   CHS: She runs her mouth.
          18   YVONNE: UI she's, yeah.
          19   CHS: That she runs her mouth about everything.
          20   YVONNE: (overlap)Silent in there.
          21   CHS: That her brother, is what?
          22   YVONNE: Her brother's in there with you guys his name's Silent.
          23   CHS: His-her brother's where we're at and his names Silent.
          24   YVONNE: Yeah, he-she sees somebody else UI right now
          25   PUP: Because UI Silencer?
    00004:01   CHS: UI she's seeing somebody else other than Ace.
          02   PUP: Yeah but Ace ain't fucking with her.
          03   CHS: Yeah but Ace ain't fucking with us.
          04   PUP: He's fucking with some other UI.
          05   CHS: Oh, oh he's fucking...
          06   YVONNE: (overlap) UI, I don't know that's just what Green Eyes was
          07   telling me. Anyway um, tell him that my, tell him my son is already
          08   over there, in Los Lunas.
          09   CHS: Her son's already-already in Los Lunas.
          10   PUP: He's in Los Lunas? Ok. To tell him, just to keep his head up
          11   and stay strong and not to mention my name to the STIU or anything
          12   like that UI.....
          13   CHS: (overlap) He said....
          14   PUP: Because they'll lock him down.
          15   YVONNE: (overlap) UI
          16   CHS: He,
          17   YVONNE: UI STIU um, already questioned my UI.
          18   CHS: She said STIU already questioned him. He said, he said to tell
          19   him not to mention his name to S - yeah but he said.... Y
          20   VONNE: No. CHS: (stutter)
          21   YVONNE: UI my son's last name. The STIU's questioning because of my name.
          22   CHS: Oh, sh-they questioned him because of her name.
          23   PUP: Oh is that right?
          24   PUP: (stutter) But he didn't say nothing right?
          25   YVONNE: No.
    00005:01   CHS: Yeah but he didn't say nothin.
          02   PUP: Why her name?
          03   CHS: Why-why your name he said.
          04   YVONNE: I have no idea.
          05   CHS: She d-she says she has no idea.
          06   PUP: Wow. Stay low profile.
          07   CHS: He said same old profile.
          08   YVONNE: That what?
```

```
Exh377 - DISC 6270-6281.Trans of convos btwn CHS, A. Baca & Y. Griego 10-15 & 11-15.1188.010.PL.R.txt
          09  CHS: He said same old profile.
          10  PUP: Stay low profile.
          11  YVONNE: Yeah.
          12  PUP: Don't be talking on the phone with him about UI,
          13  CHS: Oh oh he said stay-stay low profile, don't be talking on, on
          14  the phone with him about nothin.
          15  YVONNE: Oh yeah we already [someone shouts]
          16  CHS: Ok. She said (stutters) she doesn't.
          17  YVONNE: He knows that already.
          18  CHS: And, he-and he knows that already.
          19  YVONNE: He knows.
          20  CHS: H-her son knows that.
          21  PUP: Oh ok that's good.
          22  CHS: Her son know-knows that already.
          23  PUP: Good good good.
          24  CHS: He said good.
          25  PUP: They haven't told him where he's gonna be going?
 00006:01  CHS: They haven't told him where he's gonna be going?
       02  YVONNE: Um no. He just got there today.
       03  CHS: No. Sh-uh he just got there today.
       04  PUP: He just got there today?
       05  CHS: Yeah.
       06  PUP: Yeah. Just tell him, to tell him, tell her son that I'm over here
       07  at the North.
       08  CHS: Tell your son that he's over here at the North.
       09  PUP: In 3A.
       10  CHS: In 3A.
       11  YVONNE: Yeah he knows.
       12  PUP: Q pod.
       13  CHS: Yeah he knows.
       14  PUP: Oh ok.
       15  CHS: Mmk. He said alright.
       16  YVONNE: And then um, [pause] UI
       17  PUP: When are they gonna go visit BB? I mean uh chh when are they gonna
       18  go visit Baby G?
       19  CHS: He said -- oh on the twenty-first.
       20  PUP: On the twenty-first?
       21  CHS: Yeah.
       22  PUP: Alright. She gonna go with her?
       23  CHS: Are you gonna go with her when s-they go visit Baby G?
       24  YVONNE: Um, no. Tell him that es que Louise, is going.
       25  CHS: Lu, es que Louise is going with her.
 00007:01  PUP: Who?
       02  CHS: Louise?
       03  PUP: Who's that?
       04  YVONNE: Chacon's wife.
       05  CHS: Chacon's wife.
       06  PUP: Oh oh, Chacon's wife. Yeah, Louise. Ok what- what, ay!
       07  CHS: Ay
       08  PUP: (stutters) Can they start building up on strips for us?
       09  CHS: He-he wanted to know if he could start building up on strips for him?
       10  YVONNE: UI my old man?
       11  CHS: Yeah.
       12  YVONNE: Oh tell him, I-I'll get UI
```

Page 3

```
Exh377 - DISC 6270-6281.Trans of convos btwn CHS, A. Baca & Y. Griego 10-15 & 11-15.1188.010.PL.R.txt
         13  PUP: (overlap) And how bout[phonetic] that other shit?
         14  YVONNE: UI from him.
         15  PUP: How bout[phonetic] that 2K shit? That liquid?
         16  CHS: He said what about that,
         17  YVONNE: UI
         18  CHS: He said what bout that 2K shit that liquid kind?
         19  YVONNE: What liquid?
         20  CHS: Like the, you know like the, the mota, the liquid mota?
         21  YVONNE: Oh he wants that?
         22  CHS: He-he wants the liquid sh - yeah he just yeah he wants uh, he's looking
         23  for any way he (stutters) make-make money.
         24  PUP: That way I could UI to pay for it UI.
         25  YVONNE: Um,
00008:01  CHS: Like in other words he want-he wants you to buy like get the liquid shit
         02  and then spray it onto a card or, paper and shit like that no?
         03  YVONNE: Oh my god!
         04  CHS: She said oh my gosh! [laughs]
         05  PUP: [laughs]UI not for me. To make money.
         06  CHS: He said it's not for him, it's just to make money.
         07  YVONNE: Yeah ok.
         08  PUP: The same with the strip.
         09  YVONNE: Ok.
         10  CHS: And the same with the strips.
         11  PUP: It's all money baby.
         12  CHS: He wants money.
         13  YVONNE: Ok.
         14  CHS: She said ok.
         15  YVONNE: Tell him I'll ask brother-in-law.
         16  PUP: (overlap) Start looking into that no?
         17  CHS: She said she'll ask brother in law.
         18  PUP: Yes, yes ok.
         19  CHS: Yeah he said yeah.
         20  YVONNE: Ok. And then tell him um, es que Dreamer is over there where
         21  my son's at.
         22  CHS: What,
         23  YVONNE: And then he's running his mouth and, he's a shot caller.
         24  CHS: What Dreamer?
         25  YVONNE: Um, um, Andrew, Griego.
00009:01  CHS: She, she said that Dreamer's over there where her son's at, and he's
         02  running his mouth acting like he's a shot caller.
         03  PUP: UI tell, tell her son,
         04  YVONNE: (overlap) UI
         05  PUP: UI that fuckers crazy he - that dudes a fuckin psyche patient.
         06  CHS: He said, he said tell (stutters) that vato's a PC psyche patient.
         07  YVONNE: Yeah, I know that.
         08  CHS: Yeah she said she knows that.
         09  PUP: Ok yeah cause he, all that dude do is come over here...
         10  YVONNE: (overlap) Tell him that, tell him that,
         11  PUP: UI yard.
         12  CHS: Yeah he said he just runs his mouth he never goes to any type of yard.
         13  PUP: He's a-he's a-he's a fuckin psycho.
         14  YVONNE: (overlap) Yeah tell him that um, my daughter's man just got out
         15  and he was telling me all that.
         16  PUP: (overlap) UI.
                                      Page 4
```

```
Exh377 - DISC 6270-6281.Trans of convos btwn CHS, A. Baca & Y. Griego 10-15 & 11-15.1188.010.PL.R.txt
            17  CHS: She said that her daughter's man just got out and he was telling her
            18  all that.
            19  PUP: Her daughter?
            20  CHS: That her daughter's, her daughter's vato got out and he was telling her
            21  all that.
            22  PUP: Yeah. To tell, tell her daughter's vato, Sniper, that,
            23  CHS: To tell your va-your daughter's vato Sniper,
            24  PUP: That I'm over here with Little Man.
            25  CHS: That he's over her wit[phonetic] Little Man.
    00010:01  PUP: UI all the Surenos over here.
            02  CHS: Short-that he's over here wit[phonetic] Little Man, Shorty, and all
            03  the Surenos.
            04  PUP: And that UI,
            05  CHS: That,
            06  PUP: UI
            07  YVONNE: (overlap)Tell him UI.
            08  PUP: cease fire UI to fuckin, to-to be together.
            09  CHS: He wants-he wants to know if Feria's with you?
            10  PUP: Who?
            11  CHS: Feria.
            12  PUP: I don't know-I don't know who that it.
            13  CHS: He said he doesn't know who that is but that he wants to send word to
            14  that vato, that, that we're-we're all together now the-the UI and the Surenos
            15  are working together.
            16  YVONNE: Oh ok.
            17  CHS: She's
            18  YVONNE: I-I will let him know.
            19  CHS: She said she'll let him know.
            20  PUP: Alright.[pause] That was just the beginning. We're just starting it out
            21  right now.
            22  CHS: He said it's just the beginning, (stutters) just testing the waters
            23  right now trying
            24  to build an alliance with them.
            25  YVONNE: Oh ok.
    00011:01  PUP: (overlap) That they-that they-that they already said yeah.
            02  YVONNE: UI. Tell him to tell him all that UI.
            03  CHS: Yeah but he wants you-he wants you to tell him that that way,
            04  YVONNE: Ok.
            05  CHS: That way that vato knows that when he sees, uh, you know the-the-the
            06  vatos from the onda that (stutters) try to you know I mean?
            07  PUP: UI act stupid.
            08  YVONNE: Oh ok.
            09  CHS: Won't try to act stupid or nothing. He'll be more friendly with
            10  everybody (stutters)
            11  PUP: Paranoid or nothing.
            12  CHS: Or not to be paranoid and shit like that. You know I mean?
            13  YVONNE: Well yeah because he's already all, like,
            14  CHS: Yeah she said cause, yeah he's already all like that.
            15  PUP: Oh alright.
            16  YVONNE: UI I already told Dreamer.
            17  CHS: That her-her daughter's man,
            18  YVONNE: And that he started talking shit.
            19  CHS: That her daughter's man already told Dreamer and he started crying
            20  like a bitch. Yeah but that's good though. He's a PC. Psycho, he's a psycho.
```

```
Exh377 - DISC 6270-6281.Trans of convos btwn CHS, A. Baca & Y. Griego 10-15 & 11-15.1188.010.PL.R.txt
            21  He's a weirdo.
            22  PUP: Yeah he's UI.
            23  YVONNE: Oh I know. Ok. Tell him I say I love him.
            24  CHS: She's
            25  YVONNE: UI.
     00012:01  CHS: She said she loves you.
            02  PUP: Love her too. UI.
            03  CHS: Yeah he said he'll talk to you like this, like (stutters) we'll hit you
            04  up or whatever and uh,
            05  YVONNE: Ok.
            06  CHS: If-if-if he needs to send you a message during the day or something like
            07  that I'll just shoot you a quick text message and then you can text me back
            08  with a response and all that good shit. You know what I mean?
            09  YVONNE: Oh ok.
            10  CHS: Yeah, yeah we're good like that.
            11  YVONNE: Ok.
            12  PUP: UI keep it quiet.
            13  YVONNE: UI
            14  CHS: But, but he said k-keep it on the DL sh-don't you know I mean? Between us d-
            15  YVONNE: No I won't UI.
            16  CHS: She said she won't say nothing.
            17  PUP: Yeah don't say nada nada.
            18  CHS: Said don't say nada nada. To nada.
            19  YVONNE: UI
            20  CHS: [laughs](stutters)
            21  YVONNE: UI know.
            22  CHS: She knows.
            23  PUP: Alright.
            24  CHS: He said alright. Well he loves you and he's gonna put in a special
            25  visit tomorrow see if it gets approved.
     00013:01  PUP: I'll try.
            02  CHS: He said he's gonna try (stutters) he said he's gonna try everything
            03  he can to get a visit with you and, with you and his mom.
            04  YVONNE: UI his mom is worried about him.
            05  CHS: Yeah (stutters)
            06  YVONNE: UI.
            07  CHS: He's trying but you already know (stutters) they make it hard on him.
            08  YVONNE: UI. I already know. They're gonna do that.
            09  CHS: Yeah you already know, you know what I mean. It's cause of who he is
            10  so they just make it harder but he-he-he's alright. He's gonna go through
            11  every avenue to get a visit so. It might take a couple weeks but he'll get it.
            12  YVONNE: UI that's ok because UI.
            13  CHS: Yeah.
            14  PUP: Tell her,
            15  CHS: She said it's ok. It's already been two years and she's patient.
            16  PUP: Yeah that's good. Just stay strong like that. UI.
            17  CHS: (overlap) He said it's good. He said that's good stay strong like that.
            18  YVONNE: I will.
            19  CHS: She s-
            20  YVONNE: UI anything.
            21  CHS: She said for you anything.
            22  PUP: Alright then.
            23  CHS: Alright he said.
            24  PUP: Later, have a good night.
                                              Page 6
```

```
Exh377 - DISC 6270-6281.Trans of convos btwn CHS, A. Baca & Y. Griego 10-15 & 11-15.1188.010.PL.R.txt
         25   CHS: He said he'll talk to you later. Have a good night and he loves you.
   00014:01   YVONNE: Tell him good night and I love him too.
         02   CHS: She said good night and she loves you too.
         03   PUP: Alright.
         04   CHS: Alright then Yvonne, we'll talk to you later.
         05   YVONNE: Ok.
         06   CHS: Alright.
         07   YVONNE: Thank you.
         08   CHS: Alright. Bu-bye.
         09   PUP: Ay.
         10   CHS: What chu wanna call now? Porno line?
         11   PUP: No.
         12   CHS: Wanna call one eight hundred porn?
         13   PUP: Who?
         14   CHS: Wanna call one eight hundred porn?
         15   PUP: No.
         16   CHS: [laughs]
         17   .
         18   .
         19   .
         20   .
```