Transcript
Federal Bureau of Investigation
Albuquerque Field Division


Case Number                 245U-AQ-6239655

Date of recording           (Unknown)


Participants                Confidential Human Source = CHS
                            An Unidentified Voice = UNKNOWN
                            Anthony Ray Baca = Pup
                            Christopher Garcia = Chris


Transcribed by              Keri Johnson

Date transcribed            05/02/2016


Notations                   Unintelligible = (UI)




**The following transcript has been compared to the audio recording from which it was made, and to the best of my ability, the transcript is a true, complete, and accurate record of the recording.**


STIU Keri Johnson


| Chris | (UI) |
|-------|------|
| CHS   | What's up? |
| Chris | Na, ey. |

| | |
|---|---|
| CHS | What you doing? |
| Chris | Nah, what are you doing bro? |
| CHS | Shit here trying to get a hold of you. |
| Chris | Nah, just over here watching the basketball game. |
| Pup | Who is that? |
| Chris | Crazo (phonetic). |
| Pup | Is that Chris? |
| CHS | Yea. |
| Pup | I was just getting ready to call Deda. |
| CHS | He said he…did you hear him? |
| Chris | What's that? No. |
| CHS | He said-he said he was getting ready to call Deda. |
| Chris | Yea |
| CHS | Cause you didn't answer |
| Chris | Oh she didn't-Oh she didn't answer? |
| CHS | No, you didn't answer! We were trying to call you. |
| Chris | Ok no, naw I'm just into this fucking game so I, I couldn't even hear the phone. |
| Pup | Oh Deda (UI)? She's not staying with you? |
| CHS | He can hear you. |
| Pup | (UI) where's Deda? |
| Chris | What happened? Where-where is she at? |
| CHS | Yea. |
| Chris | She's with uh Antoinette. She went somewhere |
| Pup | Deda's not-Deda's not staying with you? |

CHS        Deda's not staying with you?

Chris      Uh, yea, no she is but she-she got on the, whatcha-
           ma-call-it, the housing to…to play the part to help
           her kids. Cause she's…

Pup        Yea

Chris      With me and then she gots a place that way her kids
           will have a house. You nah I mean?

Pup        Oh ok

Chris      So that way…

CHS        (UI) When I-when I talk to you do you hear me better
           right here? Or right here?

Chris      Yea that-probably that, right there cause then it
           echoes if like I, I don't know (UI).

CHS        Cause it's the-the…Cause I got you on speakerphone
           so that way he can hear, you know?

Chris      Yea.

CHS        But you can hear me better right here when I'm
           talking to you?

Chris      Yea kinda yea like that cause if it echoes it's a
           little…

CHS        No, no, cause I know where to point the-point it at
           when he's talking to you know?

Pup        (UI) How'd everything go with the doctors and all
           that?

Chris      Yea it went alright, they just…they gave me some
           fucking shots and uh, knocked me out.

Pup        (UI)

Chris      (UI) Yea…what happened?

Pup        Did they do surgery or what?

Chris      Yea, they-they did the surgery's already been done.
           It just has to like another 2 weeks and I'll, I'll
           be fully healed.

Pup        Fully what?

CHS        Fully healed.

Pup        Oh, fully healed?

Chris      Yea…and then you g-you guys, what's up over there?

| | |
|---|---|
| Pup | Not shit trying to get a hold of Mario? |
| Chris | Yea |
| CHS | Have you talked to him? |
| Chris | He came by like uh, like 4 or 5 days ago. |
| Pup | Yeah. |
| Chris | When was it…on Saturday, I think. The night you guys talked to him, he came the next day. |
| Pup | Yea |
| CHS | God damn! (laughs) |
| Chris | Yea…but uh, but I haven't seen him after that. That was it. |
| Pup | Hey do you have-do you have Weasle's (phonetic), Muggys (phonetic), or Sleepy's (phonetic) number? |
| Chris | Uh…I don't. But I could-I could get it get it. |
| Pup | Try to get it. |
| Chris | Alright. |
| Pup | (UI) |
| Chris | Yea they told me that Muggsys (phonetic) uh…he's out here. But uh, he's like all into god and stuff like that. |
| Pup | Oh is that right? |
| Chris | Yea. |
| Pup | Hey did he (UI) where did you…what were you doing (UI). |
| Chris | Uh…no. To uh, Arizona, Colorado, and Tennessee. |
| Pup | Oh, Tennessee. |
| Chris | Yea. |
| Pup | Oh (UI). |
| Chris | Uh… |
| Pup | FBI? |

Chris        Uh, what was it? No it's uh-uh US USP. All-

Pup         (UI)

Chris        Yea, all of us was there. Me uh, Chino (phonetic) gay ass Angelos (phonetic) from Santa (UI). Uh…who else…(UI)

Pup         Did you ever did you ever meet Smiley?

Chris        Smiley…Frankie G's (phonetic) brother?

Pup         Umm I didn't think but the younger big dude, kinda young.

Chris        Umm…no. I ran into shot-shotgun (phonetic). Remember him?

Pup         What shotgun (phonetic)?

Chris        From uh, Carlsbad.

Pup         From where?

CHS         Carlsbad.

Pup         Oh, from Carlsbad?

Chris        He's the-he's the one that was at the main and uh, he went out there to break rocks after you vatos (guys) had said for nobody to go out there and do nothing. And he was the first one to go break rocks just to get out of the cell.

Pup         Oh I don't know. I wasn't even there.

Chris        Yea and then now…uh, he's related to Mata (phonetic).

Pup         (UI)

Chris        And now, that fucker thinks she's a big ol' shot-caller in the Feds.

Pup         Oh is that right?

Chris        Yea him and that vato (guy) Mike Avila.

Pup         Yea, I know who Mike Avila is.

Chris        Yea and that fucker…Mike Avila got caught with uh 6 or 7 guns.

Pup         Yea.

Chris    And then he-then he tried setting up uh, well he did set up a-a George (UI)

Pup      Yea

Chris    And a few other, I don't I don't know everybody but…

Pup      (UI)

Chris    (UI)

Pup      (UI) brother or older brother, one of the two, is going to the-he's going to my dad's house that one time.

Chris    Yea. Oh, of the…Mike Avila's brothers?

Pup      Yea.

Chris    Oh yea, that fucker thought he was all hard core in the Feds.

Pup      Mmhm

Chris    And…and then they uh…they would see Jerry Jr. and then they would be like all (UI) him, you know what I mean?

Pup      Yea because…the-one of them vatos (guy) from Teja (phonetic)the (UI) the Texas emme?

Chris    Yea.

Pup      Yea, they killed Smiley (phonetic).

Chris    Yea uh, uh what-what happened?

Pup      They killed, killed the carnal (brother) Smiley (phonetic).

Chris    Oh, he killed Smiley (phonetic)?

Pup      Yea. A vato (guy) (UI) from Texas eme by the name of Toucan (phonetic).

Chris    Toucan (phonetic) and uh…

Pup      (UI)

Chris    Oh ok, yea that's where OG was at.

Pup      That's when-that's when they uh…(UI) hey, who was the one that moved on Canby (phonetic).

Chris    On…on who?

| | |
|---|---|
| Pup | Canby (phonetic). |
| Chris | (UI) uh, it was uh the vatos (guy) from the eme |
| Pup | Oh ok. |
| Chris | They told him to uh, they warned him like around 5 or 6 times. They told him hey bro, this is our house, uh, we respect you vatos (guys) but uh, you're not gonna be selling uh, what you think you're gonna sell…and fuck up how we eat over here. And then uh, he didn't listen, he kept doing it and they got him. |
| Pup | Yea. |
| Chris | (UI) I'm surprised that vato (guy) lived. |
| CHS | (laughs) |
| Pup | Yea, I know, I heard they got him pretty good, no? |
| Chris | Oh yea, they got that fucker. They stabbed him like… |
| Pup | (UI) |
| Chris | …like from the top of the…what-what's that? |
| Pup | (UI)[Spanish] |
| Chris | Yea. Yea I-I seen him…like around maybe a month ago. |
| Pup | Gordo (phonetic)? |
| Chris | Yea, but he's like uh…he just sells all kinds of jewelry and shit. |
| Pup | Yea…do you know…do you know the carnal (brother) Julian? |
| Chris | Uh…which one, Romero? |
| Pup | No. Julian Reese. |
| Chris | Julian (UI) uh…uh… Reese |
| Pup | He did-he did time in La Pina and then there in Florence (UI) Colorado (UI) he's about a big as Jake and he's always out with that, with that home girl Cynthia (UI). |
| Chris | Oh ok, ok. Yea yea. Yea, I know who you're talking about. |

Pup        He's been out there a long time cause (UI).

Chris      Yea, the-there's a few of them…there's another one
           uh, you remember-you remember Shoke (phonetic) no?

Pup        Yea

Chris      Richard Candelaria and his brother Edward.

Pup        His brother Edward, yea.

Chris      Yea, ok well well Richard, they call him Richie now,
           they don't call him Shoke (phonetic). Uh he-he don't
           like that name no more.

Pup        (Laughs) he's too old now!

Chris      Yea, so but…so now everyone know his by Richie but
           uh…he-he's the one that uh…that had it over there in
           the Feds for us, you know what I mean?

Pup        Yea, yea.

Chris      But uh…he-he had it pretty sold up and everything
           was all good and then they left it with full bald
           head Fred Flako (phonetic) and he fucked everything
           up.

Pup        Yea.

Chris      And uh…

Pup        Did you ever, did you ever meet a carnal (brother)
           named George?

Chris      Gage? Yea, the little-the little short one?

Pup        Yea.

Chris      Yea. Yea, he's alright he just…he just he fucked up
           and then he had to uh, to redeem himself. You know
           what I mean?

Pup        How about, how about the other from…from-from Los
           Lunas? The Gallegos brother.

Chris      Oh Frankie (UI) that's the one that they got running
           shit now.

Pup        I heard I heard one of 'em got fucked up in the Fed.

Chris      Uh…which one? Him or Ben?

Pup        I don't know which one. But I was there with the
           vato (guy) from (UI) a Sureno by the name of Bullet
           (phonetic) (UI).

Chris     Yea.

Pup       And Bullet (phonetic) was learning down everything
          (UI) he was telling me that one of the Gallegos
          brothers from the Los Lunas got dealt with.

Chris     By-by who? By the s-by the…

Pup       The brothers fucking handled him.

Chris     Oh yea?

Pup       Yea. Told the brother that he was fucking up and so
          the brothers fucked him up.

Chris     Orale (really) cause you know, he…ok watch uh…that-
          that one dude uh… Wedo Cayez (phonetic). His name is
          Juan Cayez.

Pup       (UI)

Chris     Uh…no that-that vato (guy) Juan Cayez from uh,
          from…he's Frankie's homie. And uh…

Pup       (UI)

Chris     He got locked up with all those 7 homicides, no?

Pup       Oh yea, yea, yea.

Chris     And-and then they put the word out that he was
          snitching.

Pup       Oh…

Chris     But a-anyways uh, he-he told all the Carnales
          (brother) that uh, hey if you run into him, hit him.
          So uh, finally I guess they made up and uh…they made
          peace then they fucking got sentenced…he-he was
          telling and then at the end he didn't tell. You know
          what I mean? So…

Pup       Ok.

Chris     A lot of Carnales (brothers) didn't know that they
          had made up. So when Smurf (phonetic) seen him, uh,
          I think they were in the USPN…and uh, fucking
          Beaumont and fucking…

Pup       In Beaumont?

Chris     Yea, at the-in the USP Beaumont fucking Smurf
          (phonetic) called him to the fucking…uh, to the
          yard, shook his hand and just started sticking him
          in the neck.

Pup     Oh ok.

Chris   And then so uh, they split 'em up and…Frankie played
        the part, ended up with Smurf somewhere and then
        they were cellies…

Pup     Yea.

Chris   And then you-you know how you go out to rec…they-
        they cuff both of you…and uh, uh, they took him
        outside first, uh…no, they brought back Frankie
        uncuffed Frankie…and then when Smurf (phonetic) went
        to go get uncuffed…Frankie pulled him in and just
        started working him.

Pup     Oh.

Chris   And-and maybe…maybe they moved on him 'cause of
        that.

Pup     I don't-I don't know, I don't remember right. I
        know-I know there's to brothers that moved on him.

Chris   Yea.

Pup     Wacky would know more about it.

Chris   Yea and then-and then Wacky (phonetic) too they were
        trying to-trying to get at Wacky (phonetic) too.

Pup     Oh is that right?

Chris   Yea. Cause he fucked up and uh…tried to stick
        another little Carnal (brother) named uh…Roland.

Pup     Roland?

Chris   Yea, Roland uh… Gurule.

Pup     Roland Gurule that don't-that don't even sound
        familiar.

Chris   Yea he's a-he's a good little…good little brother
        and uh…he's at OG now.

Pup     He's at OG?

Chris   Yea.

Pup     Where's OG at?

Chris   OGs it at uh…uh…what the fuck uh…umm, uh um Mckerk-
        USP…Mckerk-mckerkland. Macerkland or some shit.

Pup     Where is that at?

Chris    In uh, Virginia.

Pup      Oh Virginia?

Chris    Yea. Yea that fucker is already gonna be 60 and that
         fucker looks like he's around 21.

Pup      Yea he does. He's still healthy.

Chris    Yea. And then I don't-I don't know…he's supposed to
         be getting out in like…4 or 5 years but…I don't know
         if he-if he's gonna make it out.

CHS      Hey Carnal (brother) hold on real quick. Let this
         jara (cop) walk through.

Chris    Alright.

CHS      Alright hold on don't say nothing.

         (long pause)

CHS      Hey

Chris    Hey

CHS      Alright

Chris    What were they doing? Just walking through?

CHS      Yea, count.

Chris    Orale (really).

CHS      Umm, oh yea Pup (phonetic) wanted you to tell him
         about Greedy (phonetic), no?

Chris    Oh yea.

CHS      Yea. Here he goes right here.

Pup      What happened?

CHS      Here he goes.

Pup      Huh?

CHS      Talk to him.

Chris    Yea, hey.

Pup      (UI) you tell him, (UI) tomorrow (UI).

CHS     Hey Carnal (brother) he said, um, we-we'll call you
        tomorrow, um…and try to get that number, Weasels
        (phonetic) number and them. Did you hear me?

Chris   Alright. Yea, yea.

CHS     'Cause I just uh, I used the state phone as a decoy
        and I-I have a state phone in here that way people
        think it's that phone no that we're using, you know
        what I'm saying?

Chris   Oh ok, I see what you're saying. You just got that
        fucker and…

CHS     Yea, yea I got it cause-cause it has speaker phone
        and all that on it so…we just use that and that's
        the only time we try to make phone calls is when I
        have that in here, know?

Chris   Yea, well yea that's fuckin' smart nah-mean?

CHS     Hell yea 'cause we don't want my neighbor to know,
        you know what I'm saying? Just me and Pup
        (phonetic), that's it.

Chris   Yea, fuck yea.

CHS     Wha-what time you want us to hit you up tomorrow?

Chris   Just uh, call uh…like uh, I don't know like any time
        uh, like in the evening times. Best time. What's
        the-what's the best time over there for you?

CHS     (UI) anywhere's between um, 5 and 9?

Chris   Yea. Perfect. Yea and then I think, I think uh, who
        he's trying to get a hold of their kicking him with
        uh…with uh, Jake. Know what I mean?

CHS     Oh with Jake?

Chris   Uh…yea the, like uh, Muggsy (phonetic) or-or Rick
        and them. Cause that's where he was hanging out at.
        And then they told me nah that's stoner and Jake had
        been rolling around.

CHS     With stoner (phonetic) and Jake? Mari-Mario said
        that fucking stone (phonetic) was going-I mean, uh,
        Jake was going to his school.

Chris   Yea yea, he's going to school but he's all…that
        fuckers all, whatcha-ma-called, strung out like
        fuck.

CHS     Oh serio (really)?

Chris   Yea he-he's going to school, just to keep getting
        those uh, loans and shit. And then uh…after that

|         | runs out he's over there having a fucking hustle to get uh…you know what I mean, to stay well. And then I don't know why… |
|---------|---|
| CHS     | Yea. |
| Chris   | They don't just go get on the methadone or something but they, they don't. |
| CHS     | They just fuck that shit off. |
| Chris   | Yea and then they start fucking…when they go on a little…uh, weekend of meth and shit. You know what I mean? |
| CHS     | Yea. |
| Chris   | And then with that shit, you know what I mean; you don't even know what's going on. |
| CHS     | Yea, we tried to call you earlier and shit but you didn't answer. But yea, he wants you to tell him about Greedy (phonetic) and all that shit, know? |
| Chris   | Yea. And he's…he's over there somewhere too but he was…he was all happy (UI) and someone else, I don't know. But he was, I guess, ready to…the way he put it, to come down and unload and fucking try to rob me. And I said orale (really) and then he was saying all that, and uh they said, yea. So I-I told him alright, fuck it. You want-you want to come knock on my door and come in like that…or get my tio (family) with a quete (gun) and tell him to open the door. I would have fucking blasted him. But I gotta make sure…you know what I mean uh, that everything's right. But uh… (UI) was the one that told me he's seen it…and he heard it. And then uh… (UI) and then (UI) there was there was a few Carnales (brothers) that were there. But uh…when I get-when I can talk to Pup (phonetic) a little bit better and he can hear better it'll-it'll be better, know mean? |
| CHS     | Oh yea, he can hear you. |
| Chris   | Yea. But yea, he threw it out there like he didn't give a fuck and…and uh…know mean? And that ain't-that ain't right. But uh…yea I don't know and-and then did uh, did what's his name tell you too, uh…Mario, that uh…that Stoner (phonetic) even said hey I heard Mario is holding, let's go over there and fucking make him fucking uh, break bread (UI) and give us something. (laughs) And uh, he started laughing and said I guess (UI) came inside the fucking (UI) me. But uh…I don't know I guess he got |

all kind of healthy and-and uh, he's gonna run into
the wrong motherfucker…trying to pull that bulldog
shit.

CHS    That's crazy.

Chris    Yea…

CHS    He can hear you.

Chris    Yea hey…

CHS    He can hear you.

Chris    Oh no no, but-I was talking about uh, Stoner
(phonetic).

CHS    Oh, Stoner (phonetic) was trying to bulldog?

Chris    Yea (UI) bulldog Mario. Yea he-he to-he told Jake
hey lets cruise by Mario's and makes him break
himself. And…and…and he said oh no, he ain't gonna
give you fuck. And I guess, I guess Stoner
(phonetic) said shit I'll take it. And uh…Mario (UI)
said he gonna take shit…comes over here like that
I'm uh…I'll leave him full, fucking full of holes.

CHS    (laughs)

Chris    But, uh…I don't know you. You know how people get,
bro. Even, even Carnales will try to fucking…go rob
uh, you nah mean, they (UI) and they'll rob 'em…or
try to.

CHS    How did, how did fucking uh…how did Mario find out
that Stoner (phonetic) said that?

Chris    Uh…I guess uh…uh, Jake told him.  Yea, he told him
hey…cause he-he had fucked up and then told him that
Mario had shit. And then uh, he told him hey, just
in case he comes by, just uh…watch out with this
motherfucker. Yea but right now…right now Mario's
not, he's not doing too good. But uh…I don't know
how-how you vatos (guy) doing?

CHS    shit we're doing good.

Chris    Yea?

Pup    (UI)

Chris    Yea?

Pup    (UI) try to do what you can for them.

Chris    Oh for uh, for Mario?

Pup    Yea.

Chris    Oh yea, yea.

Pup    You gotta do what you can for him. (UI) we're working on some…trying to get him something…here in the next couple of days. If it doesn't work out and he asks you for something, try to help him out.

Chris    Alright. Yea, I-I told them si-since…

Pup    (UI) nothing to do with (UI).

Chris    Ok, ok. Yea uh, yea whatever he needs uh…I tell him uh, just choose (UI) but he likes uh, meeting those uh…fucking uh (UI) and then he goes and robs them.

CHS    (laughs)

Pup    Well that's not good.

CHS    (laughs)

Chris    Yea.

CHS    (laughs)

Chris    He's already got around…4 or 5.

Pup    Huh…

Chris    And then look what happened to uh…Bnji (phonetic) to uh, Joker (phonetic)…those fucking (UI) that he robbed, they crushed his fucking legs.

Pup    Yea I know, I-I knew about that. I already knew (UI). But you know that he um, he (UI).

Chris    Yea, Mario told me about that.

Pup    Yea.

Chris    Mario said he fucking mopped the floors with him too. He said he beat the fuck out of him.

CHS    (laughs)

Pup    Where at?

Chris      Oh I guess he-he got out in uh Central…and uh…or
           maybe (UI) in Cruces or somewhere, they had him as a
           porter and then the…Joker (phonetic) was too-too
           much of a handy man. He could-couldn't do too much
           so uh, Mario told him I'll do the work, and you can
           keep the check. And just to get out of the cell. And
           then uh, he started uh, talking shit to him. And so
           Mario came out and beat the fuck out of him.

Pup        Yea.

Chris      Yea.

Pup        (UI)

Chris      And uh, I-I didn't know that he (UI) fucked up.

Pup        He's a fucking weirdo.

Chris      Yea. Everybody that's in that program I…I heard a
           bunch of names.

Pup        What's going on with Boxer (phonetic) out there?

Chris      Which one, uh… (UI)?

Pup        No, the other one.

Chris      Uh…

Pup        Roy

Chris      Oh, Boxer Roy (phonetic)? Yea, he's uh…he's just
           like uh…just smokes that bud and Suboxone and goes
           cleaning yards and works at some tint shop. And then
           he gets drunk, and then he'll come by and-and just
           talk shit about different things that happen at the
           north and start talking about different shit. And
           then him and Mario bumped heads…

Pup        Yea I was there when that happened. It was over
           nothing.

Chris      Yea and uh, I-I was just hoping that, that they're
           not…that they don't…that Mario don't pull up one
           night when he's here all drunk. Cause then they're
           gonna fucking end up having to go in the back alley
           back here and…handle it, you know what I mean?

Pup        I already know.

Chris      And Mario told me though, he said, hey Chris I'm…I'm
           not gonna box him, you know what I mean? Umm, he

|       |                                                                                                                                                                                                                          |
|-------|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|       | said I'm just gonna (UI). And then I tell him no and then just fucking wait, you know what I mean? 'Cause in the alley a la verga (damn) leave uh, leave uh boxer there…and boxer thinks that uh, Mario's gonna wanna fight |
| Pup   | (UI)                                                                                                                                                                                                                      |
| Chris | …and just go uh, blow for blow. And he doesn't know that…that Mario's playing for keeps.                                                                                                                                   |
| Pup   | I already know Mario's trying (UI) Mario (UI) even fight (UI).                                                                                                                                                             |
| Chris | Yea I know, that fucker…he's like fucking uh…                                                                                                                                                                             |
| Pup   | Mario-Mario will fucking blast his ass.                                                                                                                                                                                   |
| Chris CHS8:55 | Yea (UI) yea that's, that's one thing that boxer don't know about him. He thinks that uh, he thinks that Mario's soft. And I told him, you know, you don't know him. And uh…Mario-Mario told him, I don't-I don't have to do uh, 2,000 burpees a day to be fucking hardcore. |
| Pup   | That's the way Mario is.                                                                                                                                                                                                  |
| Chris | Yea. He told I'll eat honey buns all day, watch TV…(UI) and it comes down to it I'll stick the fuck out of you (laughs).                                                                                                   |
| CHS   | (laughs)                                                                                                                                                                                                                  |
| Pup   | (UI)                                                                                                                                                                                                                      |
| CHS   | (laughs)                                                                                                                                                                                                                  |
| Chris | Yea…                                                                                                                                                                                                                      |
| Pup   | (UI)                                                                                                                                                                                                                      |
| Chris | Yea and then when, when Boxer's (phonetic) drunk…that fucking, his tongue gets loose and he starts talking all kinds of stupid shit.                                                                                       |
| Pup   | I already know.                                                                                                                                                                                                           |
| Chris | Yea, and then he goes off uh, about everybody. I even tell him, shut up I-I don't wanna…I don't wanna hear nothing. Cause I know if that person was here you wouldn't be saying nothing.                                    |
| Pup   | What's-what's uh, (UI)?                                                                                                                                                                                                    |

| | |
|---|---|
| Chris | Uh, he-he's out here…I-I had him doing uh…a few things for me. And then uh, he met somebody…I-I think it was football head. He seen that uh…that I had him making a little money, and then he (UI) him some…tootsie roll. And uh…it was a little cheaper, so he started fucking with him, and then he uh…fucked up with me. But now he's wanting to uh… start doing things again. But nah, he-he's all fucked up. |
| Pup | He's all fucked up, huh? |
| Chris | Yea, he's (UI) that…that one that killed that cop? I think –I don't know if he's still in that unit. Uh…but uh…I-I think he still lives there. |
| Pup | Anthony? |
| Chris | Uh… |
| Pup | The TCK-er? |
| Chris | Yea, yea. |
| Pup | Yea that's-that's Anthony. |
| Chris | Yea…that-that's…that's the one that they-they tried killing him while they…they alm…they did kill him. And, they saved his fucking life. Uh…but…but anyways, he was o-over there on uh, on RGs (phonetic) nuts. That-that was like his kid. And uh…uh, I don't know, I don't know what-what-what fucking Robert told him. But, he was…I heard something that…that he was-he (UI) he did that…trying to get in with us. Some shit like that. |
| Pup | (UI) he trying to say that's why he did that? |
| Chris | Yea. |
| Pup | Oh. |
| Chris | And uh…no, that-and, that-and that dude he's…I don't know-I don't know how he, how he killed the cop…because when he was out here that…that dude was like one of those dude that's scared of his own shadow. |
| CHS | (laughs) |
| Chris | And, and I-I I think he just didn't want to get back locked up, you know what I mean? Cause they already- |

|       | they already had it in for him. They already checked him out one time. But uh…now he's there and that fuckers done. |
|-------|------------------|
| Pup   | 'Cause he didn't have… |
| Chris | And… |
| Pup   | He doesn't have any little homies that are at the (UI)? |
| Chris | Uh…right there by you guys? |
| Pup   | Yea. |
| Chris | Uh…yea. |
| Pup   | (UI) Gotta find out…of any other work…in the laundry over here. |
| Chris | Ok. |
| Pup   | Cause they let them come over here to work. |
| Chris | Just to-just to laundry and-and…no-no chow…no chow hall, nothing? |
| Pup   | Nothing. They let them come over here to do all the (UI) over here. And they work the laundry. |
| Chris | Yea. |
| Pup   | Yea. Like, I don't know… |
| Chris | Oh. |
| Pup   | …who's over there anymore? (UI) |
| Chris | Yea… |
| Pup   | Mari (UI) was there. |
| Chris | Yea and… |
| Pup   | (UI) |
| Chris | …he's not there no… |
| Pup   | (UI) |
| Chris | Oh he's in Cruces now? |
| Pup   | Yea. |

Chris      Yea, I think uh…a little homie uh…from Southside's there. And I don't know if he's uh, working in the…on that road crew…or if they even letting him work on that road crew now or what.

Pup        (UI) the worked in the laundry…over here.

Chris      Alright. And then it's all good like that?

Pup        I don't…I'm not sure who they are at (UI) the laundry over here (UI) are or anything, you know, but I know there's…you know, some there that-that come from the North to do our laundry.

Chris      Yea. Yea I was checking it out when they-when they were doing that uh…that program…that uh, they were filming there. I was looking and checking out everybody.

Pup        No they just fucking…they got me, uh they got me the other day when I was coming back from the yard. I was in the street cage and I came back into the (UI) and when I fucking came into my pad they were filming me when I was walking in (UI).

CHS        (laughs)

           (dogs barking in background)

Chris      Oh they-they were filming you?

Pup        Yea, when I was in the street cage coming out, I walked right in front of them fuckers. And I-I told one of the brothers, excuse me carnal (brother), uh, (UI) or some shit and then I ca-came into the pod, and they were filming me when I was walking up to my cell. (UI) They won't talk to you, they just…filming, you know, walking.

Chris      Yea. (UI).

Pup        (UI). Remember, the camera makes a motherfucker look like…ten times heavier than what he really is, right?

Chris      Right.

Pup        So don't be counting my stomach.

Chris      (Laughs).

Pup        (UI).

Chris     Yea the fucking…they have uh, JR on there…

Pup       Uh huh.

Chris     And uh…he-he was over there talking about…yea, I'm
          gonna get out there and fucking…join Isis.

Pup       (laughs)

Chris     Yea, that fuckin… (laughs) and then fucking yelling
          ay yay yay yay like a fucking Indian. But yea he…

Pup       (UI) a lot of crazy shit goes off behind all that
          huh?

Chris     Yea it-well he looked, he talked to the…he talked to
          the camera…like uh…like in other words, he ain't
          never going home.

Pup       (UI) yea.

Chris     Yea…but he-he said like fuck it there's-there's
          things you gotta do…and then they-they asked him,
          uh, well what do you get out of all that? And he-he
          looks at the camera and says uh, respect. And uh,
          and then that was it. But e-everybody was-that was
          out here was tripping out. They're saying fuckin,
          fuckin little JR (phonetic) talking about uh doing
          the rest of his life and joining Isis and la verga
          (damn).

Pup       Damn.

Chris     Wedo (phonetic) and them tripping on him.

Pup       Who?

Chris     Remember uh…Denny wedo (phonetic)?

Pup       Oh yea, yea, yea. You talk to him?

Chris     Uh…yea. He kinda changed too uh…member, he was with
          uh…uh Mike Vimas (UI) sister Kim.

Pup       Yea, I used to fucking (UI) when he was younger.

Chris     Oh you used to fuck her there too?

Pup       Yea, well before…before she hooked up with Danny
          wedo (phonetic)…

Chris     Yea.

Pup       I just went out with her one time, though.

| | |
|---|---|
| Chris | Yea. |
| Pup | We fucked around like that (UI) the one that, the one that used to fuck-I used to fuck with her Prima (family) named Trisha. |
| Chris | (UI). |
| Pup | Trisha used to kick it with Kimberly's Sister. Rose…what's her name? Rosemary? |
| Chris | Rosemary, yea. |
| Pup | Crazy (UI). She used to fuck wit that carnal (brother) Bruno (phonetic). |
| Chris | Oh yea? Yea I see-I seen Bruno (phonetic) at-at uh…your dad's services. |
| Pup | Yea. |
| Chris | Yea, he looked-he looked good. |
| Pup | He's been losing a lot of weight. |
| Chris | Yea. I-I hooked him up and…I told him uh… |
| Pup | Hey you didn't…You didn't talk to uh, you didn't talk to (UI)? |
| Chris | Uh…yea. |
| Pup | How about the old man Ralphie? |
| Chris | Uhh…yea, him too but…but them fuckers are selling sugar-sugar mix. |
| Pup | Oh right. |
| Chris | Yea but they're-they're still…they're still around. |
| Pup | Yea, yea. How about Carmanito (phonetic)? |
| Chris | Uh…he's there too but…he-he gots like his own…personal shit. And then that fucker selling…tootsie roll. |
| Pup | Hey is uh…is Manuel doing anything up there? |
| Chris | No, that fuckers a bus driver. |
| Pup | Oh is he? |
| Chris | Yea, that fucker…he uh, uh, locked up his T-bird and started driving a bus. |

Pup       (UI) orale

Chris      Yea. But uh…the Claudette she had it hooked up for you with uh…when she had you on that Face book.

Pup       Yea but they fucking uh… I think the corrections found out about it and kicked me out.

Chris      Yea, I would trip out. There's all kinds of little fucking fine little Cholas that were fucking answering.

Pup       Yea but I told her…I told her to fucking…write me down all the info so I could write to them and shit and she never fucking…she never did that.

Chris      Yea. And then if she were to do it again you'll get in trouble or what?

Pup       Huh?

Chris      If she were to make up another one for you-you-you'd get in trouble?

Pup       You already know (UI) fucking that shit.

Chris      Ooo orale (really) ooo ok, ok with her. That's why, that's why your sister was all hurt, no?

Pup       Yea.

Chris      Oh alright.

Pup       (UI) mixing it up.

Chris      Yea…

Pup       She put it up, she put me on that face book and all kinds of fucking…they were thinking it was gonna bring (UI) and all that but I straightened all that out. I said, you mother fuckers (UI) it ain't nothing like that, no?

Chris      Yea.

Pup       (UI) that it was (UI). I tried to tell her, it had nothing to-it was nothing like that.

Chris      Yea.

Pup       Yea but my home girl (UI) was going on there. (UI). Fucking uh…Angela.

Chris      Yea.

Pup       (UI)

| | |
|---|---|
| Chris | Orale (really). |
| Pup | Yea, she's an old friend of mine. She-she was on there. Some other bitches, no? |
| Chris | Yea. What-what's up with Lisa? |
| Pup | Who? |
| Chris | Lisa. |
| Pup | Oh I don't know. I haven't heard. She hasn't called to the house and over…and over like, three years. |
| Chris | Yea, well that uh…she's uh…I guess (UI) with Jerry. But uh, Jerry, I guess, had told Becky the other day that uh…that he was just thinking uh…letting his wife go and getting back with Lisa. |
| Pup | That Jerry was? |
| Chris | Yea. I guess that uh… |
| CHS | (laughs) |
| Chris | …I don't know what the fuck he's tripping on. |
| Pup | Jerry's still…Jerry's with his wife, right? |
| Chris | Uh…yea. Yea he has a fine little wife. |
| Pup | Yea I know, I've seen her in their visit over here. |
| Chris | Yea, and then I-I don't know why he'd want to trade her uh…in for Lisa. |
| Pup | Nah, he's already been through all that. |
| Chris | Yea. He said that she put voodoo on him or…all kinds of shit. |
| Pup | Huh? |
| Chris | That she put voodoo…that he couldn't get a (UI) cause she put a spell on him. |
| Pup | Yea, yea. |
| Chris | So…yea so he brought fucking people from Mexico and they burned crosses around his balls and stomach and shit like that. |
| Pup | (UI) What happened…when he went to (UI) they fucking got into with the (UI). |
| Chris | Yea. |

| | |
|---|---|
| Pup | And they sent him over here. So, when he got over here, I seen him in the (UI)…and he shot me a wheela (letter). (UI) back before. (UI) Prima (family) Della(?) (UI). And then (UI) he told me (UI) ratted on him, no? |
| Chris | Yea. Fuckin… |
| Pup | And after…after he-after he got locked up, she had grip of fedia (money). |
| Chris | Oh a (UI)? |
| Pup | Yea. |
| Chris | Yea well… |
| Pup | I think she was… |
| Chris | I |
| Pup | I think she was fuckin profiting a lot of the fedia (money). |
| Chris | Yea and I, I-I trip out on that…that they caught him with uh, half a million…6 birds…I think like three pounds of black. And uh…I don't know what the fuck else, some…some of that glass. And he only-he only ended up with 6 years. |
| Pup | He ended up with uh, 47 months. 74 months, or 47…something like that. |
| Chris | Yea, so how the fuck… |
| Pup | He told me… |
| Chris | …do you… |
| Pup | He told me to check out (UI). |
| Chris | Yea I don't-I don't know about that. |
| Pup | Yea, that's what he was telling me, no? |
| Chris | Yea, that's a trip. What-what do you think Pup? |
| Pup | I don't think…I don't think he'll get back with Lisa. |
| Chris | Yea…and I-I figured…if all that happened, I-I figure that…that she'd be fucking done by now or something. |
| Pup | Nah, she probably…because, she was blaming…she was blaming James for raping her. |

Chris       (UI)…

Pup         Yea…said that they-they were partying…and James got
            all drunk and fucking raped her. That was a while
            back. And uh…that was a while-while back when her
            and Jerry were still together. That type of shit…and
            fucking uh…and uh…I think she was fucking with some
            other dude named Jesus.

Chris       Oh yea, yea. He's locked up for a couple murders
            too.

Pup         Who? Jesus?

Chris       Yea, he's-he's gonna be headed your way.

Pup         No, the Jesus I'm talking…

            (phone beeps)

Pup         …he's out there on the streets

Chris       Oh, he's on the streets?

Pup         Yea.

Chris       What's his-what's his last name?

Pup         I don't know. I don't know, but I think he…I think
            him and-him and his brother cause they stay up there
            towards like the north…like fucking by the D-home
            somewhere.

Chris       Oh alright, alright.

Pup         Up there someplace, huh?

Chris       Yea, cause I-I know they've been partying with a lot
            of them Brew-towners.

Pup         Yea, up there. That's where…I think she's been
            fucking around with somebody up there. Then I heard
            she threw out one time…she threw out something about
            Jesus.

Chris       Yea…

Pup         (UI). Where she was talking about getting pregnant
            again and she said that she threw the name Jesus out
            there, nah?

Chris       Yea, well I know every time she uh…raps about you,
            she talks about going by and dropping off C notes at
            your moms pad and shit. Was she doing all that?

Pup     (UI) and then, she hasn't been there in three years. Having (UI).

Chris   Yea…fuckin…

Pup     There was a minute there where she was doing all that, no?

Chris   Yea.

Pup     (UI) done that, always.

Chris   Yea, I-I remember even when I was tripping with her.

Pup     Yea, she would

Chris   I…

Pup     …always drop by and drop (UI) off and do all that shit, no?

Chris   Yea.

Pup     It's always been that way. Even-even when I had rucas (females) when I was with Chaquita (phonetic)…when I was with-even when I was with her Prima, Debbie, too.

Chris   Yea well I-I-I…I remember she'd be at my pad rapping to me and she'd be over there fucking sending you a fucking card with uh…that little Betty Boop or something fuckin…uh, with a money order or something.

Pup     Yea, she's always…ever since I been locked up she always (UI) like that, no?

Chris   Yea.

Pup     She's not obligated to do that. When I did that (UI)…always been that way. And uh…yea, I remember I took care of her when was-when she was just a youngster, no?

Chris   Yea.

Pup     (UI).

Chris   I think you were the one that fucking schooled her and showed her…showed her what time it was, you know what I mean?

Pup     (UI) when I was-when I was moving to her…I was moving a lot of shit for (UI)…at that time.

Chris   Yea. Were you-were you (UI) too?

Pup        Tapping Doris? (UI)

Chris      Uh yea

Pup        (UI) that mother fucker.

Chris      Huh?

Pup        Hell no, I'll (UI) I'll get lost in that one.

Chris      (laughs)

Pup        (laughs)

Chris      So…so just fucking uh… Oso (phonetic) was fucking her.

Pup        Uh, fucking…yea, Oso (phonetic) and uh…oh she's been with (UI) she was with (UI) Babaloo (phonetic) she did (UI)…all of them.

Chris      (UI). RJ (phonetic) had told me he was with her but I-I didn't believe him.

Pup        Shit, RJ (phonetic) fucking too her for (UI) that was all customized…

Chris      Yea.

Pup        (UI) and took that fucker…and sold it in Califas and kicked her out and threw her in the street over there.

Chris      (laughs)

Pup        …they came back, they took her fucking 60…60…63…64 (UI).

Chris      Yea.

Pup        So she fucked up (UI).

Chris       Yea well he told me some shit like hat but he would say some, some wild ones sometimes.

Pup        (UI) when we were youngsters, no?

Chris      Yea.

Pup        But she was still already…at the time, she was already like 15, 16 and she was already moving shit…with her mom.

Chris      Yea cause uh…

Pup        Her mom (UI).

Chris    Yea well when she got out this…this last round from the feds, she wanted to fuck around with me and I told her, psh oh fuck no, I laughed at her.

Pup    Yea… (UI)

Chris    But uh…

Pup    (UI) no?

Chris    Yea, she started doing this with me…

Pup    (UI)

Chris    …and uh, me-me and her got into an argument and she was like acting like she was a vato, you know what I mean?

Pup    Yea, (UI) she thinks she's a vato (guy)…(UI)

Chris    Yea and I…

Pup    She tortured their (UI) the Carnal (brother). Tied him up fucking, had him whipped.

Chris    Oh yea I…

Pup    (UI)

Chris    I'm…

Pup    (UI)

Chris    I'm…

Pup    (UI) took it to the house. And him and my dad stripped it down and (UI).

Chris    Yea…(laughs)

Pup    (UI) do stupid shit like that, man. He's stupid (UI) and he didn't even have to.

Chris    Yea. (laughs)

Pup    I would go down there…I would go down there to their pad and she would give me sheva (heroin) (?) just to fucker her next door neighbor, her friend, (UI) Geraldine.

Chris    Geraldine? I can't snap which one that is. Yea…

Pup    (UI).

| | |
|---|---|
| Chris | Yea, what about Johnny Green Eyes (phonetic)? You haven't heard from him? |
| Pup | (UI), I don't even know (UI). |
| Chris | Yea he's just walking around, around…80 pounds and a mustache. |
| Pup | And a what? |
| Chris | He's just like uh…80 pounds with a mustache hanging off his face. |
| Pup | Oh is that right? |
| Chris | Yea, fuckers tore back. |
| Pup | I heard he got (UI) for cancer. |
| Chris | Yea. Cancer and I guess that hepatitis. |
| Pup | Oh, oh yea. |
| Chris | And he was supposed to have been starting that uh…ar-armony or whatever the fuck it's called. And-and then uh, they-they checked him and found out that he had, uh, cancer. |
| Pup | Oh wow. |
| Chris | Yea, it's a trip. Eh, but that vato (guy) Smiley (phonetic)…how-how old is here that got killed? |
| Pup | He's like, uh, in his 20s? Late 20s. |
| Chris | Late 20s. |
| Pup | Yea mid… |
| Chris | And… |
| Pup | …20s to early 30s. |
| Chris | And that isn't uh… |
| Pup | (UI) good sized youngster, no? |
| Chris | And that isn't… |
| Pup | (UI). Was him and another Carnal (brother)…they had, they hit the other Carnal (brother) (UI). And then one of them other vatos (guys)…there was two of them other vatos (guys) but the main one, the dude Smiley (phonetic), that killed Smiley (phonetic), his name |

**U.S. v. DELEON, ET Al.   20030**

|       |                                                                                                                                                                                                                                                             |
|-------|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|       | is Tucan (phonetic). Like (UI) big nose.                                                                                                                                                                                                                     |
| Chris | Yea, yea.                                                                                                                                                                                                                                                   |
| Pup   | Yea, he-he's a Eme the Texas eme.                                                                                                                                                                                                                           |
| Chris | Yea and I met…                                                                                                                                                                                                                                              |
| Pup   | (UI).                                                                                                                                                                                                                                                       |
| Chris | And I met a few of them vatos (guys), the Texas emme and they're…they were like weak motherfuckers.                                                                                                                                                         |
| Pup   | Yea.                                                                                                                                                                                                                                                        |
| Chris | And uh…I don't know uh, eh on the…when they told you that the Gallegos brother, one of 'em got it. That wasn't him?                                                                                                                                          |
| Pup   | No.                                                                                                                                                                                                                                                         |
| Chris | Because I know they have-they have another brother, Smiley (phonetic), that fell on that uh…that conspiracy shit they went down for.                                                                                                                         |
| Pup   | Nah, this one is another one. He's a youngster.                                                                                                                                                                                                             |
| Chris | Orale (really) there's a…                                                                                                                                                                                                                                   |
| Pup   | (UI)                                                                                                                                                                                                                                                        |
| Chris | There's another Gai…                                                                                                                                                                                                                                        |
| Pup   | (UI) the other Carnal (brother) got stabbed up too.                                                                                                                                                                                                         |
| Chris | (UI)                                                                                                                                                                                                                                                        |
| Pup   | (UI) cause I even told that vato (guy)(UI) what the fuck (UI) what was my brother doing there with one of them vatos (guys) or two of them vatos (guys) there on that same yard. That don't-that don't make no sense, know what I'm saying? They should have been ready? |
| Chris | Yea, they know that we don't…that we don't mix with them fools.                                                                                                                                                                                             |
| Pup   | I already know.                                                                                                                                                                                                                                             |
| Chris | Yea.                                                                                                                                                                                                                                                        |
| Pup   | I don't understand what the fuck he was doing there.                                                                                                                                                                                                       |
| Chris | Yea, that's a trip. And then uh, and then you know what, I…now that you're talking about uh…about the                                                                                                                                                        |

|       | Gallegos brothers, I got some old texts on my phone and some bitch was texting me saying hey uh, call me back ASAP. It's about (UI) and uh, this was like around uh, maybe a month ago. |
|-------|---|
| Pup   | Yea. |
| Chris | So…how lo-how long has it been? Or maybe-maybe two months. |
| Pup   | That's already been about a couple of years. |
| Chris | Oh it's been a couple years? |
| Pup   | (UI). That vato (guy) Tucan (phonetic) to the hole (UI) and he could get transferred to-to Florence…(UI) get put in the shoe right there and then, and-and be on fucking (UI) that takes-that takes another fucking 8 months to a year just to process to ADX right now. |
| Chris | (UI). Oh so he…oh they sent him to the ADX for killing the carnal (brother). |
| Pup   | Yea they sent him to ADX for killing the carnal (brother). |
| Chris | Orale (really) That-that's what happened to uh, uh Mariano (phonetic). Uh, Lazy's (phonetic) uh…supposedly they say his dad or some shit. Uh, but I know he short dogs dad, the one that died. |
| Pup   | Yea. |
| Chris | But-but anyways uh… |
| Pup   | (UI) |
| Chris | …he killed two vatos (guys) from Texas…they sent him out there to a yard, and they tried punking him…and they pulled out a (UI). He didn't have nothing, he had just got there. He took one from the fool and ended up killing both of them. |
| Pup   | (UI). Oh orale (really) |
| Chris | And uh, that they gave him…I think he done it on 7-8 years in ADX. And it left him all kind of all fucked up. |
| Pup   | (UI) |
| Chris | He got out… |
| Pup   | (UI) ADX cause they're losing their minds (UI). |

Chris     Yea that fucking uh, he said…

Pup       (UI) all sensitive like fuck.

Chris     Yea, that's a trip.

Pup       Want to start arguing right away…he fucking, he
          barely looked at them and they (UI). Fucking, it
          tripped me out dog.

Chris     Yea. I know that they, I seen-I seen on TV that
          they're moving uh…like where that vato (guy) Chapo
          Guzman escaped from. That whole fucking uh…that
          whole like, whatever that whole tier of those
          uh…fucking uh…shot callers from Mexico, those cartel
          (gang) vatos (guys), they moved 'em all over there.

Pup       (UI) one of em was my neighbor but he wasn't, he
          wasn't part of Chapo. He was in Sinaloa.

Chris     Oh-oh I see.

Pup       (UI) Cortez Antonio Acosta.

Chris     Orale (really), I-I seen that.

Pup       (UI) cartel (gang).

Chris     Which one?

Pup       Juarez.

Chris     Oh, ok. Cause I seen that…

Pup       (UI) when Chapo split they went over there, they
          shoot down (UI).

Chris     Yea.

Pup       He was my neighbor the whole time. I was teaching
          him English and shit. He's only like 37 years old.
          (UI) that fucking (UI), you know?

Chris     Yea.

Pup       (UI) they gotta (UI) somebody would call in that
          there would be a dead body inside a car, right?

Chris     Yea.

Pup       (UI) investigate the murder in the car, the fucking
          car would explode with a bomb na killing the jaras
          (cops) they got him for that shit too.

Chris     (UI)

Pup        That little fucker was (UI).

Chris      Yea, I-I seen that that they moved a bunch of 'em.
           And-and then to get hooked up with those fools
           fucking…have it made.

Pup        Yea but these little fuckers…he was on the (UI)that
           fucker (UI) there was a couple of (UI) that were
           (UI) the (UI), no?

Chris      Yea.

Pup        Them (UI) would come on the tier (UI) try to holler
           at him like…like fucking, like trying to get (UI) so
           they could fucking, try to fucking get something
           from him or whatever (UI). (UI) this fucker, he
           don't-he don't…he's not stupid like that.

Chris      Yea he's-he's fucking (UI).

Pup        They think-they think most of them Mexicanos are
           stupid. These fuckers aren't like that, bro.

Chris      Yea, cause you figure they're not-they're not gonna
           get to where they're-they're at, by-by being fucking
           dumb fucks.

Pup        (UI) for a long time (UI) like-like that.

Chris      Yea. Yea, that's a trip. And then and how-how was
           he…

Pup        (UI) another one, the Sinaloa and all them, (UI)
           there was (UI) the ADX. But everybody's being sent
           to uh, to Thompson over in Illinois.

Chris      Yea.

Pup        (UI) Illinois. That Chicago, actually across from
           Chicago, the West side, Chicago was the east side.
           But on the west of Illinois, the (UI), (UI) it used
           to be a state prison but they shut it down, and now
           the Feds got it. And they're gonna put everybody
           over there and run a (UI) called Smooth program.

Chris      Orale (really) Yea the, they-they told me that uh,
           that they got up a carnal (brother) uh, I don't know
           if you've heard of him, they used to call him
           Monshkee Shaman (phonetic). And-and now Shoke
           (phonetic) and them changed him name to…to they call
           him (UI) now.

Pup        Is that right?

Chris      And anyways…when he was here in the state, Sherelo
           (phonetic)and fucking Forest (phonetic)and…and a few
           other carnals (brothers) used to get him and

|  | uh…Joker, Adolf, they were there fucking pulling his pants down…smacking him on his ass…but then when he went to the feds, that fucker uh…started putting in work. |
| Pup | Yea. |
| Chris | And then for even for sticks (phonetic), him and uh…he was the one that was a playboy when they let uh, Julian have it…and-and got him like 20-30 times in his legs, you know what I mean? |
| Pup | Yea. |
| Chris | So I guess for all that, he uh, he thinks he got shit right but a lot of people still remember when they were smacking his little ass. |
| CHS | (laughs) |
| Pup | Shit, we used to do that over here… |
| Chris | (laughs) |
| Pup | …to some of these fuckers that think their running shit on these level three yards  right here. |
| Chris | Yea. |
| Pup | (UI) all that shit. (UI) fucking, and then that Sureno Rocky (phonetic)…I used to slap him on his ass, now he's trying to run all Sureno like he's hardcore (UI). |
| Chris | Oh Rocky Tahad. |
| Pup | Yea. |
| Chris | Oh yea, I know that fucker be on your nut sack, no? |
| Pup | Yea, that little (UI) time ago. |
| Chris | Yea I know, if they'd open those doors those vatos (guys) would be…if you were to tell em drop your fucking shorts right now and turn around… |
| Pup | Yea. |
| Chris | …they'd fucking tell you ok, where do you want to go. |
| Pup | (laughs) |
| Chris | Know what I mean? And then they act all hardcore…and they're big ol' bitches. |

Pup        Yea, (UI) ain't (UI) ain't thinking of no (UI) or
           nothing like that.

Chris      Yea.

Pup        (UI) go down, you know?

Chris      Yea. Yea fucking uh…I was hoping they'd open it up
           but…I think they knew that uh, once on, like
           on…well, any-any of our side, they (UI) once they
           opened up anything that something was gonna jump
           off.

Pup        Yea, they-they're still tripping on that shit huh?

Chris      Yea. And those…

Pup        (UI) from that.

Chris      …yea and those fucking Burquenos are probably
           fucking…they probably were fucking…all happy,
           praying, thanking god that that happened. Cause I
           think a lot of them would have fucking checked in.

Pup        Yea, right now it's a lot of those Burquenos.

Chris      Yea, what about that vato (guy) Mike?

Pup        The one from Padilla's?

Chris      Yea.

Pup        (UI) I think (UI) confused about it. And… (UI) that-
           that (UI) boxing and shit, no?

Chris      Yea.

Pup        Now, if that's the case I was thinking of telling
           Primo (family) to fucking cut that fucker up but
           he's a hater like that. But at the same time I'm
           thinking, if he's close the familia like that…then,
           that's one that we could fucking…we can tell either
           (UI) all the fucking (UI) straight. They better not
           ever touch a carnal (brother), (UI) the county or in
           the pinta (prison). If so, we'll fucking…we'll get
           (UI) familia, no?

Chris      Yea.

Pup        (UI) to get to him. (UI) out there, cause this shit
           done out there.

Chris      Yea, cause he-he-he's almost done…

Pup      (UI) need to get on that page.

Chris      Yea.

Pup      (UI) they keep (UI) these vatos (guys)…and that's why they act the way they do. But, if you were to touch the families out there, they wouldn't be acting like that no more.

Chris      Yea, and-and that's what I tell a lot of the…the bros that are out here. But they wanna be fucking…fucking up selling fucking…

Pup      (UI)

Chris      …brown panos at bobs burgers

CHS      (laughs)

Pup      (UI) chase it out. Dig it out. If that's the way it is, and you be telling them that, (UI) making-making an example, putting some fear back into that fucker, and they don't want to…then just cut 'em off. Don't give 'em nothing. And they…

Chris      Yea.

Pup      …(UI) asking you for shit, or for-for something to do something for them or whatever. Chop Chop.

Chris      Yea.

Pup      (UI)

Chris      Yea cause…

Pup      That's the way it's gotta be.

Chris      Yea, cause I was-I was-I was telling 'em, um, like member you were saying, they get out and they fucking talk about uh…that they were balling and doing this and that. And they-they couldn't even send 10 bucks, 20 bucks and then they get back to the pinta (prison) and then they're…eh uh…carnals (brothers) you can't send me uh…t-shirt, few soups, bar of soap, shampoo…know what I mean? They never, they never send nothing back. But yet they go and probably (UI) since you've been there you've probably seen fucking…people driving up around 20-30 times back and forth, you know what I mean?

Pup      Yea, I been saying…all that shits gotta change.

Chris        Yea.

Pup          That shits gotta change, (UI).

Chris        That's why when I see somebody that does something
             good, they'll hit a good lick. I'll tell 'em hey
             well, I'm rapping to a few carnals (brother) that
             call, kick something down and I'll send it to 'em.
             And they'll say nah well that's what I'm gonna do. I
             rap to so-and-so, and they never get it done.

Pup          Nothing ever happens. (UI) right now, I'm not even
             tripping on that because I'm not using nothing I
             stopped using a few years ago, I don't fuck around.
             It's all about feria (money)

Chris        Yea.

Pup          …(UI)…

Chris        Yea.

Pup          (UI) more important things we need to be taking care
             of out there.

Chris        Fuck yea, yea.

Pup          And that's what I'm saying. With all these fucking
             haters that we can't touch, uh we can (UI).

Chris        Right.

Pup          That's what everybody's (UI) needs to be.

Chris        That way-that way they don't disrespect and…

Pup          (UI)

Chris        They…

Pup          (UI)  he can't (UI).

Chris        Yea, that's fucked up.

Pup          (UI)

Chris        Right.

Pup          And (UI), are fucking putting it in, putting in that
             (UI) out there. (UI) get away with it. And they come
             in here, they'll have (UI), they'll have teachers,
             they'll have all everything. (UI) recognize (UI)
             that fucker that (UI), (UI)…

Chris        Yea.

Pup          …(UI) you start crying, and that's-that's how you
             get locked up on fucking (UI) kites (letter) and all
             kinds of shit. (UI) fucking crying because they're
             treating them like they're supposed to be treated.
             Like fucking (UI).

Chris        Yep, and-and then…and then a lot of these vatos
             (guys) they…they get in, and then they think on
             their release date that that's it. They said,
             alright well I-I rolled with (UI) for that long and
             now…fuck 'em. And then they go back and right away
             first thing, let me shoot a fucking wheela (letter)
             to…to pup (phonetic) or to…whoever, you know what I
             mean? And-and…

Pup          (UI)

Chris        …that's wrong, you know what I mean?

Pup          (UI), no?

Chris        Yea.

Pup          (UI) fucking getting and coming back not being (UI).
             I'm tired of that shit.

Chris        Yea.

Pup          (UI) come back in here with only doing a couple of
             years and they're thinking they're gonna start
             running something (UI). Permission, leadership
             (UI)…fuck all that.

Chris        Yea.

Pup          (UI) look away, they start crying out loud enough,
             so that the fucking (UI) rat (UI) rat on everything.
             That's how some of us get locked up.

Chris        Yea, that ain't right.

Pup          (UI).

Chris        Yea, fuckin uh…

Pup          (UI). They-they start hiding (UI), fucking letting
             them know this is what needs to be done…how to make
             some changes for the better (UI) loco, you fucking
             (UI) loco. Don't give them shit. (UI).

Chris        Yea and-there-there's a few that are-that are doing
             alright already and…

Pup     (UI) they help you (UI) you know?

Chris   Yea.

Pup     (UI) just wanna fucking…just wanna get out of (UI)
        to get a high, that its.

Chris   Yea, like tell em, you know what I mean, fuckin…

Pup     (UI)

Chris   That there's a-there's a lot more uh to do than just
        get high.

Pup     Yea,

Chris   And then uh…

Pup     (UI). And out there you can fucking get away with
        all kinds of shit. (UI) you can fucking come up and
        get away with all kinds of shit.

Chris   Yep. As long as you do everything smooth and not
        all…

Pup     (UI)

Chris   …all stupid.

Pup     (UI) it's all good.

Chris   Yep. Like that fucking fool that's in there with you
        guys…the cop got behind him and he fuckin…uh, he
        (UI) he'd still probably be out there but, the cop
        got behind him and he fucking grabbed the back of
        his bitches head, and told her, you better fucking
        drive fucking right first thing she does is swerve,
        you know what I mean?

Pup     Yea.

Chris   And then they…

CHS     (laughs)

Chris   …pull him over, and fuckin uh…he got all hurt cause
        she pulled over. Fucker shoots her in the fucking
        leg and throws her outside of the truck.

CHS     (laughs)

Chris   (laughs)

CHS     (laughs)

Chris    Yea, and then the fucking jara (cop) walked up and that fucker just let him have it.

Pup    Yea but like that vato (guy) mike…you-you talked to him or what?

Chris    Which one?

Pup    That vato (guy) Mike.

Chris    Mike uh…I used to be pretty tight with that fool.

Pup    Huh?

Chris    Yea, I used to be pretty tight, you know what I mean? We were cool and then when uh…when I heard he started hating and shit…I haven't-I haven't rapped to him since…since I heard all that.

Pup    Yea well, if you can (UI)…can talk to him (UI) try to get him on the…try to get him on the right (UI) like, you know, (UI) what you need to do, (UI) and uh, let him know that uh, al-all his home boys (UI) his home boys. That, (UI)?

Chris    Yea.

Pup    They all need to understand that. If he-he can do that…that's a good thing. He can get (UI), no?

Chris    Yea and-and-and and I can, you know the-you know the vato that has problems with uh Marianito (phonetic)?

Pup    Yea.

Chris    Uh, I (UI) like uh, like with him to he gots uh, like a lot of them Burquenos they…they rap to him and shit.

Pup    Yea no I could-I could get to him.

Chris    Yea.

Pup    Cause I talk to him, no?

Chris    Yea, cause that fucker (UI) you and…

Pup    (UI)

Chris    Yea have (UI)…

Pup    (UI) his mom works with my mom.

Chris    Orale (really) Yea well he's all happy that-that…

Pup        (UI). So…

Chris      Yea…

Pup        Yea, it's easy for me to talk to him (UI) I'll get him on the right track.

Chris      Right, right, yea.

Pup        (UI)

Chris      Yea well…

Pup        He don't want (UI).

Chris      Yea, well I guess he's all happy…

Pup        (UI)

Chris      He's all-he's all happy that he…

Pup        (UI) called over there wanting (UI) but he thought that uh, that-that fucking (UI) gonna send somebody over there to fuck him up.

Chris      Oh, to Isaac?

Pup        Huh?

Chris      That's what Isaac thought?

Pup        That's what Maranito (phonetic) thought.

Chris      Oh Maranito (phonetic).

Pup        Yea, he was thinking that somebody (UI) was gonna send somebody over to fuck him up, (UI) no?

Chris      Yea.

Pup        And all that. He was kinda (UI) Maranito (phonetic)(UI) that aint (UI).

Chris      Oh yea…

Pup        (UI)

Chris      Yea…

Pup        (UI)

Chris      Yea that…

Pup     (UI)

Chris   Yea that…

Pup     (UI), no?

Chris   That fucker uh…I think…

Pup     (UI)

Chris   …that fucker idolizes you.

Pup     (UI).

Chris   Yea. Eh, and uh…what about, what about Jerry Jr. You haven't answered him on the, on the phone?

Pup     No, I haven't talked to him.

Chris   Yea, that's…

Pup     (UI) that's about it, no?

Chris   Yea, he used to call me and-and we'd rap for a few hours and shit.

Pup     How long ago was that?

Chris   Shit, this was uh…this was when he thought he was gonna get like 30 years.

Pup     (UI)

Chris   And then uh…this was before he uh…got that plea bargain for that 5 years or whatever.

Pup     Yea, yea, yea, yea.

Chris   He was like calling and uh, reading me scriptures and shit. And then uh…after he knew that he was gonna only get a few years, that fucker dropped the bible and started talking about getting out and balling again and doing this, that…

CHS     (laughs)

Chris   Yea, everything changed.

Pup     Yea, I haven't talked to him. I don't know, I don't even know where he's at. (UI) went to a halfway house.

Chris   Yea I know-I know when I-when I see him, I bring up your name or whatever, those fuckers well hey how's he doing, does he need anything, or…what's up. You

|       | know what I mean? |
|-------|------------------|
| Pup   | Yea. I've known him since he was a kid. |
| Chris | Oh yea, those fuckers uh, they-they bow down to you. |
| Pup   | Them fuckers, shit…I've-I've known them all a long ass time. |
| Chris | Yea. And they know-they know that you know…everything about them and… |
| Pup   | I've known them since they were little. |
| Chris | …and… |
| Pup   | (UI). |
| Chris | Yea, and they know that-they know that you know…who they are and what they are. |
| Pup   | Yea. (UI) they know that. They know that. |
| Chris | Yea. And they know you can pull their covers. |
| Pup   | Yea, they know that anytime I can just go up to them and take their fucking keys and take their car…(UI) |
| Chris | (laughs) |
| Pup   | …drive around and let them (UI) they already (UI). |
| Chris | Oh yea, (UI) they like to use your name. |
| Pup   | See what it is… |
| Chris | What… |
| Pup   | What is it…? |
| Chris | Yea it's… |
| Pup   | They (UI)… |
| Chris | Yea… |
| Pup   | When they were just little (UI) and shit…(UI) it was my fucking…they always looked up to my Uncle Sam. |
| Chris | Right. |
| Pup   | (UI) and fucking all them over here, no? |
| Chris | Yea. |

Pup       (UI) right there.

Chris     Yea (laughs).

Pup       (UI), no?

Chris     Yea, that's fucked up the he-that he's dead too.

Pup       (UI)

Chris     Your Uncle Sam was cool.

Pup       (UI) another one (UI) same time, that their familia always getting right there with mine.

Chris     Yea.

Pup       They looked up to…they looked up to fucking (UI) my uncle Robert, my Uncle (UI)…but they fucking talked about (UI), my Uncle Clarence actually helped Padilla's to represent Padilla's.

Chris     Oh I know, I-I was trying to (UI) I said that fucker was walking around like uh…the fucking hulk in there.

Pup       That fucker's bigger than Thor. That fucking mustache itself is bigger than me.

Chris     (laughs) Yea…She…

Pup       (UI)

Chris     …she cruises around…

Pup       (UI) and all them fuckers…

Chris     Yea, hey, Claudette has a picture of you and your Uncle Clarence…what does she call him, her uncle Clyde.

Pup       No, he never took a picture.

Chris     Yea, no, no, no, it's just a picture of you and then, like folded, and then the picture of your Tio (family), no?

Pup       Oh, oh, ok yea.

Chris     Yea.

Pup       Yea…

Chris     Yea…

Pup      …I had a picture of my-my parents…I had one, (UI) with-with right before the riot (UI) he has a beanie on. He barely covers (UI) and shit, a big ol' fucking (UI). Fucking arms bigger than my leg, no?

Chris      (laughs) Yea…

Pup      (UI) He's a big ol' fucker, eh?

Chris      Hey…Yea…

Pup      They're the ones-they're the one that fucking represented Padilla when everybody looked up to him. And you got all these vatos (guys) now…like that vato (guy) Mike Padilla, who the fuck is he? He (UI) grew up in the neighborhood.

Chris      Yea, he, no he didn't. That fuckers a nobody.

Pup      That's what I'm saying. That (UI) right there… (UI) get him on the right track. Keep him in check.

Chris      Yea. Hey, and uh…what about-what about-what about Snow? Did you guys rap to him the other day?

Pup      Who?

Chris      To uh…uh, your Primo (family) Mike Snow?

Pup      Oh, yea, yea, yea.

Chris      What'd he say?

Pup      Nada just chopping it up.

Chris      Yea is he-is he facing some time or no?

Pup      Oh, man, I didn't even ask him.

Chris      Yea I-I

Pup      (UI) that shit (UI) a car…and he left (UI). (UI).

Chris      Yea I…I think he said something about like 4…5 years, some shit.

Pup      Yea, it was a long time ago. He did another car, (UI), ran into (UI) then he fucking takes off, or some shit.

Chris      Ooh. Yea, cause that fucker gets all fucked up…

Pup      Yea…

Chris        …and uh…

Pup          …the mother fuckers been having seizures too.

Chris        Oh yea? They…I remember on Christmas day, over there
             in Cruces, we're-we're all happy…they had just
             started the visits, everything's going good, we're
             going to chow and fuckin' Snow fuckin' falls down
             and starts fuckin' shaking. They thought somebody
             had hit him. They lock it down. Start chasing people
             from the visit…and then uh, finally they snapped and
             nothing happened. And then everyone has to uh, get
             out get on the phone…call their people tell them
             hey, turn around and get back over here.

Pup          (UI) what's up with Michelle?

Chris        Huh? (laughs)

Pup          What's up with my prima (family) Michelle?

Chris        Oh shit, she-she's still…know what I mean? She-she's
             doing good. She's uh…I don't know, fuckin…I can't
             believe that Jerry doesn't trip with her, you know
             what I mean?

Pup          I don't think she'll get back with him.

Chris        Yea, cause she's still fuckin'…psh, doing bad. You
             know what I mean? She's fuckin' still flossing.

Pup          I heard she was losing a lot of weight.

Chris        Uhh not-not really. She's just…she's not-she's not
             as thick as she was, but she's still bad. But uh…

Pup          (UI) how come you didn't look up uh…the carnal
             (brother) (UI) uh, (UI)?

Chris        Oh oh, yea. You know what, that's…that's what she be
             I…uh, she'd be better off with him because she's
             fucking with um…some weird little fuckers. And uh…he
             had shot me a few pictures and shit, and I showed
             'em to her. But uh…I don't know. They're planning on
             going to see you.

Pup          (UI) I don't even have 'em on the list. I gotta make
             a whole new list.

Chris        Yea, cause Claudette she already asked. She said
             hey, well, could I go see pup (phonetic) this
             weekend? And-and I said I don't know, I don't know
             how that-that works.

Pup          No, I gotta put her on my list.

Chris Yea well, you…

Pup I gotta send applications again.

Chris Yea well if you get 'em on their list, they'll fucking probably all be there…every weekend.

Pup I think fucking uh…Rene…Rene came down here (UI) that fucking that tour, that tour of the main facility.

Chris Yea, she went on it, she said it was pretty bad. And then she gots all kinds of pictures of you too all over.

Pup Yea, I got pictures on there.

Chris Yea, all those vatos (guys) go by and party and-and they got you in the fucking picture frames and shit. And then you know her boy Isaiah.

Pup Who?

Chris Isaiah.

Pup Oh the boy, yea.

Chris Yea, he's a little fool. That's one that I figured would probably end up in the penitentiary, but…

Pup (UI)

Chris Yea, he's uh…I don't-I don't know he's-he's snapping a little bit now but, that fuckers a little fool.

Pup Isaiah. Who's he kick it with?

Chris Uh that's Rene's son. But he's (UI)…

Pup Yea but he used to be riding with like (UI), or what?

Chris Uh…no, (UI) right there Los Padillas, he kicked it with your uncle Sam…Bozo (phonetic)…uh, Snow and all the other dudes that would go kick it, no?

Pup Yea.

Chris They'd be all (UI) and he'd be there fucking with all of them. Like 7-8 years old and just tripping on 'em. But now he's uh…13-14 and…

Pup Have you gotta…have you got a good bond with (UI) boy, right?

Chris Which one? Oh, with uh, Angel?

| | |
|---|---|
| Pup | Angel. |
| Chris | Yea, that's a good one. |
| Pup | (UI) got a good bond and everything. Fucking, get 'em, and fucking start making money. |
| Chris | Oh yea, he…that-that one's uh…he's-he's not like…he's different, know what I mean? He's gotta a lot of-lot of heart…and he's not like uh, like a scary motherfucker, you know what I mean? |
| Pup | Yea. (UI) how hold is he now? 15? 16? |
| Chris | Yea, he just turned, uh, 18. |
| Pup | Oh he's 18 now? |
| Chris | Yea. |
| Pup | Oh. |
| Chris | Yea he's uh…he's doing alright. And then…and uh…her other one, her older one, Isaac, he's uh…got a pretty good job at uh, at Verizon. |
| Pup | Verizon? |
| Chris | Yea, he was-he was going to school to be a pharmacist…and then uh, just got burnt out. But uh… Claudette I don't know if she told you or not, but she was supposed to do her, uh, internship in the county jail. So, she was gonna do…like, whoever comes from the whole or from, like uh…like uh three nor, two nor, whatever…they come in and she takes their fucking vitals…shit like that. |
| Pup | Oh yea, yea. |
| Chris | Yea, so I told her that's fuckin…psh, that's cool as fuck, you know what I mean? And she even told me, what do you think about working like in the penitentiary or whatever. |
| Pup | Yea, well maybe she can come over here… |
| Chris | Oh that would be… |
| Pup | …application (UI) over here, right? |
| Chris | Oh yea, that'd be fucking cherry. |
| Pup | She's gots the credentials. |

Chris      Yea.

Pup      So all she has to do is put in for the fucking over here…they'll hire through a fucking, uh, company called Corizon(?).

Chris      Yea.

Pup      That's the name, it's a private company over here, right? She could come over here, that be all (UI).

Chris      Well fuckin I…I told her I said she-we-we…we could do…you could do that and we could do something on the side and…be doing real good. And, and you guys…doing fuckin, psh, real real good.

Pup      Gotta keep that shit on the low.

Chris      Yea.

Pup      She can't be telling them that she's my prima (family).

Chris      Right. That's what I was saying too, like, you know what I mean, about the…the visits and shit, cause she wants to be there every other weekend and…

Pup      Well if that's the case, then she can't come over here.

Chris      Yea. Yea exactly. But I know they're getting ready…cause I know she was raping to your mom…and uh…

Pup      Yea well whenever uh…I send out applications and all that (UI), she needs to figure all that shit out (UI) and my mom, together.

Chris      Alright.

Pup      And fucking, we'll try to get (UI) to visit the carnal (brother) over here (UI).

Chris      Oh yea. Pull out Crazo (phonetic). That fucker (UI)…

Pup      (UI) you have-you have (UI) number?

Chris      Uh…I don't. She-she changed it. She said someone was stalking her. But…

Pup      (UI) get it.

Chris      Yea but…

Pup      (UI) get-get (UI) number, (UI) work on uh…getting (UI) or Sleepy's (phonetic) number.

Chris      Orale

Pup     (UI)

Chris     Alright, I'll do that and then…

Pup     (UI) I'm gonna kick on back….

Chris     (UI)

Pup     (UI) have a good night.

Chris     Alright alright amor Pup.

Pup     Amor

Chris     Hey (UI) are you doing female and money and shit?

Pup     Yea, I'm doing all that right now.

Chris     Alright, if you need anything or whatever just uh…let me know.

Pup     Alright, thanks.

Chris     Orale (really).

Pup     Orale (really) amor (love).

Chris     Amor (love).

CHS     Hey.

Chris     Crazo (phonetic) hey. And then you too, you're gonna be uh, you'll be uh, next up having to spit some fucking rap at fucking uh…at Rene's ass.

CHS     Hell yea, I'm just waiting on you.

Chris     Yea, that way you can yank her and then she'll be over there…hey what's up, and fucking whatever, you know what I mean?

CHS     Yea, see if you can come at the same time when uh, Claudette.

Chris     Yup. And then they kick it with a gang of fucking…Rene gots like uh, uh fucking gang of hoes that she hangs around with. There's a bunch of them, you know what I mean? So…I don't know, you know what I mean. Cause they'll probably want-she'll probably want to take another one of her friends to see another carnal (brother)…that way, you know what I mean? Get everybody out. But I know a lot of the other carnals (brother) are fucking…they're uh,

|       |                                                                                                                                                                                                                                         |
|-------|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|       | shell shocked, you know what I mean? They wouldn't know what the fuck to do.                                                                                                                                                              |
| CHS   | Yea, well just tell her even if uh, even if she just wants to come visit, just to kick it when Claudette comes to see Pup (phonetic). Just tell her hey, she can just come kick it and we'll just throw (UI), you know what I mean?        |
| Chris | Yea.                                                                                                                                                                                                                                     |
| CHS   | And then I'll-you know, once I got it in there (UI).                                                                                                                                                                                     |
| Chris | Yea, fuck yea.                                                                                                                                                                                                                           |
| CHS   | But, send her those pictures and let her know, tell her I'm interested and shit and…just tell her, pup (phonetic) wants to hook us up, (UI).                                                                                              |
| Chris | Yea, that'll work.                                                                                                                                                                                                                       |
| CHS   | But yea, send her those pictures and tell her that. And then if you can get number, it's all good.                                                                                                                                       |
| Chris | Yea, that'll work. Well, what are you guys doing? Are you getting tired? Pup (phonetic) was already tired, huh?                                                                                                                           |
| CHS   | Yea, he probably just go…                                                                                                                                                                                                                |
| Chris | (UI)                                                                                                                                                                                                                                     |
| CHS   | …go lay it down.                                                                                                                                                                                                                         |
| Chris | Yea, you guys gotta be under that bunk rapping the vent, no?                                                                                                                                                                              |
| CHS   | Hell yea.                                                                                                                                                                                                                                |
| Chris | So I guess after a while it gets a little fucking cramped up. Go kick back now. What time do they cut the lights off, at 10:30?                                                                                                           |
| CHS   | Yup.                                                                                                                                                                                                                                     |
| Chris | Yea…                                                                                                                                                                                                                                     |
| CHS   | Yea, it's almost that time.                                                                                                                                                                                                              |
| Chris | Orale (really) alright well uh…                                                                                                                                                                                                          |
| CHS   | (UI)                                                                                                                                                                                                                                     |
| Chris | Alright carnal (brother)…                                                                                                                                                                                                                |

CHS    (UI) that's good you guys got to talk to us. Yea, it's all good, we'll hit you up tomorrow.

Chris    Alright, yea man, (UI) too that there's no haters now that you and him are right there and see whatever…who knows what they're, ya know what I mean, thinking. And then go and fuckin…know what I mean, say oh yea, they got this and that right there and…you know what I mean? You know, you know how the people do it.

CHS    (UI)

Chris    They start hating.

CHS    We got that shit down though, they can't fuck with us.

Chris    Yea.

CHS    They couldn't even hear you all talking, I don't even think. Cause I had the TV on and shit, we're good.

Chris    Oh yea, that's (UI), just be fuckin' on your toes.

CHS    Alright (UI) I'll holler at you tomorrow then.

Chris    Alright amor (love) fool.

CHS    Alright brother, amor (love) (UI).

Chris    Alright…alright.

CHS    Later.

Chris    Later.

```
 Exh 427 - DISC 20001-20053.Transcript of convo btwn Ironman, Pup & C. Garcia.02321.PL.R.txt
00001:01  CHRIS: (UI)
      02  CHS: What's up?
      03  CHRIS: Na, ey.
      04  CHS: What you doing?
      05  CHRIS: Nah, what are you doing bro?
      06  CHS: Shit here trying to get a hold of you.
      07  CHRIS: Nah, just over here watching the basketball game.
      08  PUP: Who is that?
      09  CHRIS: Crazo (phonetic).
      10  PUP: Is that Chris?
      11  CHS: Yea.
      12  PUP: I was just getting ready to call Deda.
      13  CHS: He said he...did you hear him?
      14  CHRIS: What's that? No.
      15  CHS: He said-he said he was getting ready to call Deda.
      16  CHRIS: Yea
      17  CHS: Cause you didn't answer
      18  CHRIS: Oh she didn't-Oh she didn't answer?
      19  CHS: No, you didn't answer! We were trying to call you.
      20  CHRIS: Ok no, naw I'm just into this fucking game so I, I
      21  couldn't even hear the phone.
      22  PUP: Oh Deda (UI)? She's not staying with you?
      23  CHS: He can hear you.
      24  PUP: (UI) where's Deda?
      25  CHRIS: What happened? Where-where is she at?
00002:01  CHS: Yea.
      02  CHRIS: She's with uh Antoinette. She went somewhere
      03  PUP: Deda's not-Deda's not staying with you?
      04  CHS: Deda's not staying with you?
      05  CHRIS: Uh, yea, no she is but she-she got on the,
      06  whatcha- ma-call-it, the housing to...to play the part to help
      07  her kids. Cause she's...
      08  PUP: Yea
      09  CHRIS: With me and then she gots a place that way her kids
      10  will have a house. You nah I mean?
      11  PUP: Oh ok
      12  CHRIS: So that way...
      13  CHS: (UI) When I-when I talk to you do you hear me better
      14  right here? Or right here?
      15  CHRIS: Yea that-probably that, right there cause then it echoes
      16  if like I, I don't know (UI).
      17  CHS: Cause it's the-the...Cause I got you on speakerphone so
      18  that way he can hear, you know?
      19  CHRIS: Yea.
      20  CHS: But you can hear me better right here when I'm talking
      21  to you?
      22  CHRIS: Yea kinda yea like that cause if it echoes it's a little...
      23  CHS: No, no, cause I know where to point the-point it at when
```

Exh 427 - DISC 20001-20053.Transcript of convo btwn Ironman, Pup & C. Garcia.02321.PL.R.txt
```
      24  he's talking to you know?
      25  PUP: (UI) How'd everything go with the doctors and all that?
00003:01  CHRIS: Yea it went alright, they just...they gave me some
      02  fucking shots and uh, knocked me out.
      03  PUP: (UI)
      04  CHRIS: (UI) Yea...what happened?
      05  PUP: Did they do surgery or what?
      06  CHRIS: Yea, they-they did the surgery's already been done. It
      07  just has to like another 2 weeks and I'll, I'll be fully healed.
      08  PUP: Fully what?
      09  CHS: Fully healed.
      10  PUP: Oh, fully healed?
      11  CHRIS: Yea...and then you g-you guys, what's up over there?
      12  PUP: Not shit trying to get a hold of Mario?
      13  CHRIS: Yea
      14  CHS: Have you talked to him?
      15  CHRIS: He came by like uh, like 4 or 5 days ago.
      16  PUP: Yeah.
      17  CHRIS: When was it...on Saturday, I think. The night you guys
      18  talked to him, he came the next day.
      19  PUP: Yea
      20  CHS: God damn! (laughs)
      21  CHRIS: Yea...but uh, but I haven't seen him after that. That was it.
      22  PUP: Hey do you have-do you have Weasle's (phonetic), Muggys (phonetic),
      23  or Sleepy's (phonetic) number?
      24  CHRIS: Uh...I don't. But I could-I could get it get it.
      25  PUP: Try to get it.
00004:01  CHRIS: Alright.
      02  PUP: (UI)
      03  CHRIS: Yea they told me that Muggsys (phonetic) uh...he's out here.
      04  But uh, he's like all into god and stuff like that.
      05  PUP: Oh is that right?
      06  CHRIS: Yea.
      07  PUP: Hey did he (UI) where did you...what were you doing (UI).
      08  CHRIS: Uh...no. To uh, Arizona, Colorado, and Tennessee.
      09  PUP: Oh, Tennessee.
      10  CHRIS: Yea.
      11  PUP: Oh (UI).
      12  CHRIS: Uh...
      13  PUP: FBI?
      14  CHRIS: Uh, what was it? No it's uh-uh US USP. All-
      15  PUP: (UI)
      16  CHRIS: Yea, all of us was there. Me uh, Chino (phonetic) gay ass
      17  Angelos (phonetic) from Santa (UI). Uh...who else...(UI)
      18  PUP: Did you ever did you ever meet Smiley?
      19  CHRIS: Smiley...Frankie G's (phonetic) brother?
      20  PUP: Umm I didn't think but the younger big dude, kinda young.
      21  CHRIS: Umm...no. I ran into shot-shotgun (phonetic). Remember him?
```

Exh 427 - DISC 20001-20053.Transcript of convo btwn Ironman, Pup & C. Garcia.02321.PL.R.txt
```
        22  PUP: What shotgun (phonetic)?
        23  CHRIS: From uh, Carlsbad.
        24  PUP: From where?
        25  CHS: Carlsbad.
00005:01  PUP: Oh, from Carlsbad?
        02  CHRIS: He's the-he's the one that was at the main and uh, he went
        03  out there to break rocks after you vatos (guys) had said for nobody
        04  to go out there and do nothing. And he was the first one to go break
        05  rocks just to get out of the cell.
        06  PUP: Oh I don't know. I wasn't even there.
        07  CHRIS: Yea and then now...uh, he's related to Mata (phonetic).
        08  PUP: (UI)
        09  CHRIS: And now, that fucker thinks she's a big ol' shot- caller in
        10  the Feds.
        11  PUP: Oh is that right?
        12  CHRIS: Yea him and that vato (guy) Mike Avila.
        13  PUP: Yea, I know who Mike Avila is.
        14  CHRIS: Yea and that fucker...Mike Avila got caught with uh
        15  6 or 7 guns.
        16  PUP: Yea.
        17  CHRIS: And then he-then he tried setting up uh, well he did set
        18  up a-a George (UI)
        19  PUP: Yea
        20  CHRIS: And a few other, I don't I don't know everybody but...
        21  PUP: (UI)
        22  CHRIS: (UI)
        23  PUP: (UI) brother or older brother, one of the two, is going
        24  to the-he's going to my dad's house that one time.
        25  CHRIS: Yea. Oh, of the...Mike Avila's brothers?
00006:01  PUP: Yea.
        02  CHRIS: Oh yea, that fucker thought he was all hard core in the Feds.
        03  PUP: Mmhm
        04  CHRIS: And...and then they uh...they would see Jerry Jr. and
        05  then they would be like all (UI) him, you know what I mean?
        06  PUP: Yea because...the-one of them vatos (guy) from Teja
        07  (phonetic)the (UI) the Texas emme?
        08  CHRIS: Yea.
        09  PUP: Yea, they killed Smiley (phonetic).
        10  CHRIS: Yea uh, uh what-what happened?
        11  PUP: They killed, killed the carnal (brother) Smiley (phonetic).
        12  CHRIS: Oh, he killed Smiley (phonetic)?
        13  PUP: Yea. A vato (guy) (UI) from Texas eme by the name of
        14  Toucan (phonetic).
        15  CHRIS: Toucan (phonetic) and uh...
        16  PUP: (UI)
        17  CHRIS: Oh ok, yea that's where OG was at.
        18  PUP: That's when-that's when they uh...(UI) hey, who was the one t
        19  hat moved on Canby (phonetic).
```
Page 3

Exh 427 - DISC 20001-20053.Transcript of convo btwn Ironman, Pup & C. Garcia.02321.PL.R.txt

```
        20  CHRIS: On...on who?
        21  PUP: Canby (phonetic).
        22  CHRIS: (UI) uh, it was uh the vatos (guy) from the eme
        23  PUP: Oh ok.
        24  CHRIS: They told him to uh, they warned him like around 5 or 6 times.
        25  They told him hey bro, this is our house, uh, we respect you
00007:01  vatos (guys) but uh, you're not gonna be selling uh, what you
        02  think you're gonna sell...and fuck up how we eat over here.
        03  And then uh, he didn't listen, he kept doing it and they got him.
        04  PUP: Yea.
        05  CHRIS: (UI) I'm surprised that vato (guy) lived.
        06  CHS: (laughs)
        07  PUP: Yea, I know, I heard they got him pretty good, no?
        08  CHRIS: Oh yea, they got that fucker. They stabbed him like...
        09  PUP: (UI)
        10  CHRIS: ...like from the top of the...what-what's that?
        11  PUP: (UI)[Spanish]
        12  CHRIS: Yea. Yea I-I seen him...like around maybe a month ago.
        13  PUP: Gordo (phonetic)?
        14  CHRIS: Yea, but he's like uh...he just sells all kinds of
        15  jewelry and shit.
        16  PUP: Yea...do you know...do you know the carnal (brother) Julian?
        17  CHRIS: Uh...which one, Romero?
        18  PUP: No. Julian Reese.
        19  CHRIS: Julian (UI) uh...uh... Reese
        20  PUP: He did-he did time in La Pina and then there in Florence (UI)
        21  Colorado (UI) he's about a big as Jake and he's always out with
        22  that, with that home girl Cynthia (UI)
        23  CHRIS: Oh ok, ok. Yea yea. Yea, I know who you're talking about.
        24  PUP: He's been out there a long time cause (UI).
        25  CHRIS: Yea, the-there's a few of them...there's another one uh, you
00008:01  remember-you remember Shoke (phonetic) no?
        02  PUP: Yea
        03  CHRIS: Richard Candelaria and his brother Edward.
        04  PUP: His brother Edward, yea.
        05  CHRIS: Yea, ok well well Richard, they call him Richie now, they
        06  don't call him Shoke (phonetic). Uh he-he don't like that name
        07  no more.
        08  PUP: (Laughs) he's too old now!
        09  CHRIS: Yea, so but...so now everyone know his by Richie but
        10  uh...he-he's the one that uh...that had it over there in the
        11  Feds for us, you know what I mean?
        12  PUP: Yea, yea.
        13  CHRIS: But uh...he-he had it pretty sold up and everything was
        14  all good and then they left it with full bald head Fred
        15  Flako (phonetic) and he fucked everything up.
        16  PUP: Yea.
        17  CHRIS: And uh...
```

Exh 427 - DISC 20001-20053.Transcript of convo btwn Ironman, Pup & C. Garcia.02321.PL.R.txt

18    PUP: Did you ever, did you ever meet a carnal (brother) named George?
19    CHRIS: Gage? Yea, the little-the little short one?
20    PUP: Yea.
21    CHRIS: Yea. Yea, he's alright he just...he just he fucked up and then
22    he had to uh, to redeem himself. You know what I mean?
23    PUP: How about, how about the other from...from-from Los Lunas? The
24    Gallegos brother.
25    CHRIS: Oh Frankie (UI) that's the one that they got running shit now.
00009:01 PUP: I heard I heard one of 'em got fucked up in the Fed.
02    CHRIS: Uh...which one? Him or Ben?
03    PUP: I don't know which one. But I was there with the vato (guy) from
04    (UI) a Sureno by the name of Bullet (phonetic) (UI).
05    CHRIS: Yea.
06    PUP: And Bullet (phonetic) was learning down everything (UI) he was
07    telling me that one of the Gallegos brothers from the Los Lunas got
08    dealt with.
09    CHRIS: By-by who? By the s-by the...
10    PUP: The brothers fucking handled him.
11    CHRIS: Oh yea?
12    PUP: Yea. Told the brother that he was fucking up and so
13    the brothers fucked him up.
14    CHRIS: Orale (really) cause you know, he...ok watch uh...that-
15    that one dude uh... Wedo Cayez (phonetic). His name is Juan Cayez.
16    PUP: (UI)
17    CHRIS: Uh...no that-that vato (guy) Juan Cayez from uh, from...he's
18    Frankie's homie. And uh...
19    PUP: (UI)
20    CHRIS: He got locked up with all those 7 homicides, no?
21    PUP: Oh yea, yea, yea.
22    CHRIS: And-and then they put the word out that he was snitching.
23    PUP: Oh...
24    CHRIS: But a-anyways uh, he-he told all the Carnales (brother)
25    that uh, hey if you run into him, hit him. So uh, finally I
00010:01 guess they made up and uh...they made peace then they fucking
02    got sentenced...he-he was telling and then at the end he didn't
03    tell. You know what I mean? So...
04    PUP: Ok.
05    CHRIS: A lot of Carnales (brothers) didn't know that they had
06    made up. So when Smurf (phonetic) seen him, uh, I think they
07    were in the USPN...and uh, fucking Beaumont and fucking...
08    PUP: In Beaumont?
09    CHRIS: Yea, at the-in the USP Beaumont fucking Smurf (phonetic)
10    called him to the fucking...uh, to the yard, shook his hand and
11    just started sticking him in the neck.
12    PUP: Oh ok.
13    CHRIS: And then so uh, they split 'em up and...Frankie played the
14    part, ended up with Smurf somewhere and then they were cellies...
15    PUP: Yea.

Exh 427 - DISC 20001-20053.Transcript of convo btwn Ironman, Pup & C. Garcia.02321.PL.R.txt
```
16  CHRIS: And then you-you know how you go out to rec...they- they
17  cuff both of you...and uh, uh, they took him outside first, uh...
18  no, they brought back Frankie uncuffed Frankie...and then when
19  Smurf (phonetic) went to go get uncuffed...Frankie pulled him in
20  and just started working him.
21  PUP: Oh.
22  CHRIS: And-and maybe...maybe they moved on him 'cause of that.
23  PUP: I don't-I don't know, I don't remember right. I know-I know
24  there's to brothers that moved on him.
25  CHRIS: Yea.
00011:01  PUP: Wacky would know more about it.
02  CHRIS: Yea and then-and then Wacky (phonetic) too they were trying
03  to-trying to get at Wacky (phonetic) too.
04  PUP: Oh is that right?
05  CHRIS: Yea. Cause he fucked up and uh...tried to stick another
06  little Carnal (brother) named uh...Roland.
07  PUP: Roland?
08  CHRIS: Yea, Roland uh... Gurule.
09  PUP: Roland Gurule that don't-that don't even sound familiar.
10  CHRIS: Yea he's a-he's a good little...good little brother and uh...
11  he's at OG now.
12  PUP: He's at OG?
13  CHRIS: Yea.
14  PUP: Where's OG at?
15  CHRIS: OGs it at uh...uh...what the fuck uh...umm, uh um Mckerk-
16  USP...Mckerk-mckerkland. Macerkland or some shit.
17  PUP: Where is that at?
18  CHRIS: In uh, Virginia.
19  PUP: Oh Virginia?
20  CHRIS: Yea. Yea that fucker is already gonna be 60 and that fucker
21  looks like he's around 21.
22  PUP: Yea he does. He's still healthy.
23  CHRIS: Yea. And then I don't-I don't know...he's supposed to be
24  getting out in like...4 or 5 years but...I don't know if he-if he's
25  gonna make it out.
00012:01  CHS: Hey Carnal (brother) hold on real quick. Let this jara (cop)
02  walk through.
03  CHRIS: Alright.
04  CHS: Alright hold on don't say nothing. (long pause)
05  CHS: Hey
06  CHRIS: Hey
07  CHS: Alright
08  CHRIS: What were they doing? Just walking through?
09  CHS: Yea, count.
10  CHRIS: Orale (really).
11  CHS: Umm, oh yea
12  PUP: (phonetic) wanted you to tell him about Greedy (phonetic), no?
13  CHRIS: Oh yea.
```

Exh 427 - DISC 20001-20053.Transcript of convo btwn Ironman, Pup & C. Garcia.02321.PL.R.txt

```
      14   CHS: Yea. Here he goes right here.
      15   PUP: What happened?
      16   CHS: Here he goes.
      17   PUP: Huh?
      18   CHS: Talk to him.
      19   CHRIS: Yea, hey.
      20   PUP: (UI) you tell him, (UI) tomorrow (UI).
      21   CHS: Hey Carnal (brother) he said, um, we-we'll call you
      22   tomorrow, um...and try to get that number, Weasels (phonetic)
      23   number and them. Did you hear me?
      24   CHRIS: Alright. Yea, yea.
      25   CHS: 'Cause I just uh, I used the state phone as a decoy and
00013:01   I-I have a state phone in here that way people think it's that
      02   phone no that we're using, you know what I'm saying?
      03   CHRIS: Oh ok, I see what you're saying. You just got that fucker and...
      04   CHS: Yea, yea I got it cause-cause it has speaker phone and all
      05   that on it so...we just use that and that's the only time we
      06   try to make phone calls is when I have that in here, know?
      07   CHRIS: Yea, well yea that's fuckin' smart nah-mean?
      08   CHS: Hell yea 'cause we don't want my neighbor to know, you
      09   know what I'm saying? Just me and
      10   PUP: (phonetic), that's it.
      11   CHRIS: Yea, fuck yea.
      12   CHS: Wha-what time you want us to hit you up tomorrow?
      13   CHRIS: Just uh, call uh...like uh, I don't know like any time uh,
      14   like in the evening times. Best time. What's the-what's the best
      15   time over there for you?
      16   CHS: (UI) anywhere's between um, 5 and 9?
      17   CHRIS: Yea. Perfect. Yea and then I think, I think uh, who he's
      18   trying to get a hold of their kicking him with uh...with uh, Jake.
      19   Know what I mean?
      20   CHS: Oh with Jake?
      21   CHRIS: Uh...yea the, like uh, Muggsy (phonetic) or-or Rick and them.
      22   Cause that's where he was hanging out at. And then they told me nah
      23   that's stoner and Jake had been rolling around.
      24   CHS: With stoner (phonetic) and Jake? Mari-Mario said that fucking
      25   stone (phonetic) was going-I mean, uh, Jake was going to his school.
00014:01   CHRIS: Yea yea, he's going to school but he's all...that fuckers all,
      02   whatcha-ma-called, strung out like fuck.
      03   CHS: Oh serio (really)?
      04   CHRIS: Yea he-he's going to school, just to keep getting those uh,
      05   loans and shit. And then uh...after that runs out he's over there
      06   having a fucking hustle to get uh...you know what I mean, to stay
      07   well. And then I don't know why...
      08   CHS: Yea.
      09   CHRIS: They don't just go get on the methadone or something but they,
      10   they don't.
      11   CHS: They just fuck that shit off.
```

Exh 427 - DISC 20001-20053.Transcript of convo btwn Ironman, Pup & C. Garcia.02321.PL.R.txt

```
      12  CHRIS: Yea and then they start fucking...when they go on a
      13  little...uh, weekend of meth and shit. You know what I mean?
      14  CHS: Yea.
      15  CHRIS: And then with that shit, you know what I mean; you don't even
      16  know what's going on.
      17  CHS: Yea, we tried to call you earlier and shit but you didn't answer.
      18  But yea, he wants you to tell him about Greedy (phonetic) and all
      19  that shit, know?
      20  CHRIS: Yea. And he's...he's over there somewhere too but he
      21  was...he was all happy (UI) and someone else, I don't know. But
      22  he was, I guess, ready to...the way he put it, to come down and
      23  unload and fucking try to rob me. And I said orale (really) and
      24  then he was saying all that, and uh they said, yea. So I-I told
      25  him alright, fuck it. You want-you want to come knock on my door
00015:01  and come in like that...or get my tio (family) with a quete
      02  (gun) and tell him to open the door. I would have fucking
      03  blasted him. But I gotta make sure...you know what I mean uh,
      04  that everything's right. But uh... (UI) was the one that told me
      05  he's seen it...and he heard it. And then uh... (UI) and then
      06  (UI) there was there was a few Carnales (brothers) that were
      07  there. But uh...when I get-when I can talk to
      08  PUP: (phonetic) a little bit better and he can hear better
      09  it'll-it'll be better, know mean?
      10  CHS: Oh yea, he can hear you.
      11  CHRIS: Yea. But yea, he threw it out there like he didn't give
      12  a fuck and...and uh...know mean? And that ain't- that ain't right.
      13  But uh...yea I don't know and-and then did uh, did what's his
      14  name tell you too, uh...Mario, that uh...that Stoner (phonetic)
      15  even said hey I heard Mario is holding, let's go over there and
      16  fucking make him fucking uh, break bread (UI) and give us something.
      17  (laughs) And uh, he started laughing and said I guess (UI) came
      18  inside the fucking (UI) me. But uh...I don't know I guess he got
      19  all kind of healthy and-and uh, he's gonna run into the wrong
      20  motherfucker...trying to pull that bulldog shit.
      21  CHS: That's crazy.
      22  CHRIS: Yea...
      23  CHS: He can hear you.
      24  CHRIS: Yea hey...
      25  CHS: He can hear you.
00016:01  CHRIS: Oh no no, but-I was talking about uh, Stoner (phonetic).
      02  CHS: Oh, Stoner (phonetic) was trying to bulldog?
      03  CHRIS: Yea (UI) bulldog Mario. Yea he-he to-he told
      04  Jake hey lets cruise by Mario's and makes him break himself.
      05  And...and...and he said oh no, he ain't gonna give you fuck. And
      06  I guess, I guess Stoner (phonetic) said shit I'll take it. And
      07  uh...Mario (UI) said he gonna take shit...comes over here like
      08  that I'm uh...I'll leave him full, fucking full of holes.
      09  CHS: (laughs)
```

Exh 427 - DISC 20001-20053.Transcript of convo btwn Ironman, Pup & C. Garcia.02321.PL.R.txt
```
        10  CHRIS: But, uh...I don't know you. You know how people get, bro.
        11  Even, even Carnales will try to fucking...go rob uh, you nah mean,
        12  they (UI) and they'll rob 'em...or try to.
        13  CHS: How did, how did fucking uh...how did Mario find out that Stoner
        14  (phonetic) said that?
        15  CHRIS: Uh...I guess uh...uh, Jake told him.Yea, he told him hey...
        16  cause he-he had fucked up and then told him that Mario had shit.
        17  And then uh, he told him hey, just in case he comes by, just uh...
        18  watch out with this motherfucker. Yea but right now...right now
        19  Mario's not, he's not doing too good. But uh...I don't know how-how
        20  you vatos (guy) doing?
        21  CHS: shit we're doing good.
        22  CHRIS: Yea?
        23  PUP: (UI)
        24  CHRIS: Yea?
        25  PUP: (UI) try to do what you can for them.
00017:01  CHRIS: Oh for uh, for Mario?
        02  PUP: Yea.
        03  CHRIS: Oh yea, yea.
        04  PUP: You gotta do what you can for him. (UI) we're working on some...
        05  trying to get him something...here in the next couple of days.
        06  If it doesn't work out and he asks you for something, try to help
        07  him out.
        08  CHRIS: Alright. Yea, I-I told them si-since...
        09  PUP: (UI) nothing to do with (UI).
        10  CHRIS: Ok, ok. Yea uh, yea whatever he needs uh...I tell him uh,
        11  just choose (UI) but he likes uh, meeting those uh...fucking uh (UI)
        12  and then he goes and robs them.
        13  CHS: (laughs)
        14  PUP: Well that's not good.
        15  CHS: (laughs)
        16  CHRIS: Yea.
        17  CHS: (laughs)
        18  CHRIS: He's already got around...4 or 5.
        19  PUP: Huh...
        20  CHRIS: And then look what happened to uh...Bnji (phonetic) to uh,
        21  Joker (phonetic)...those fucking (UI) that he robbed, they crushed
        22  his fucking legs.
        23  PUP: Yea I know, I-I knew about that. I already knew (UI). But you
        24  know that he um, he (UI).
        25  CHRIS: Yea, Mario told me about that.
00018:01  PUP: Yea.
        02  CHRIS: Mario said he fucking mopped the floors with him too. He said
        03  he beat the fuck out of him.
        04  CHS: (laughs)
        05  PUP: Where at?
        06  CHRIS: Oh I guess he-he got out in uh Central...and uh...or
        07  maybe (UI) in Cruces or somewhere, they had him as a porter and
```

Exh 427 - DISC 20001-20053.Transcript of convo btwn Ironman, Pup & C. Garcia.02321.PL.R.txt

08   then the...Joker (phonetic) was too-too much of a handy man. He
09   could-couldn't do too much so uh, Mario told him I'll do the
10   work, and you can keep the check. And just to get out of the
11   cell. And then uh, he started uh, talking shit to him. And so
12   Mario came out and beat the fuck out of him.
13   PUP: Yea.
14   CHRIS: Yea.
15   PUP: (UI)
16   CHRIS: And uh, I-I didn't know that he (UI) fucked up.
17   PUP: He's a fucking weirdo.
18   CHRIS: Yea. Everybody that's in that program I...I heard a bunch of
19   names.
20   PUP: What's going on with Boxer (phonetic) out there?
21   CHRIS: Which one, uh... (UI)?
22   PUP: No, the other one.
23   CHRIS: Uh...
24   PUP: Roy
25   CHRIS: Oh, Boxer Roy (phonetic)? Yea, he's uh...he's just like
00019:01   uh...just smokes that bud and Suboxone and goes cleaning yards
02   and works at some tint shop. And then he gets drunk, and then
03   he'll come by and-and just talk shit about different things that
04   happen at the north and start talking about different shit. And
05   then him and Mario bumped heads...
06   PUP: Yea I was there when that happened. It was over nothing.
07   CHRIS: Yea and uh, I-I was just hoping that, that they're not...
08   that they don't...that Mario don't pull up one night when he's
09   here all drunk. Cause then they're gonna fucking end up having to
10   go in the back alley back here and...handle it, you know what I mean?
11   PUP: I already know.
12   CHRIS: And Mario told me though, he said, hey Chris I'm...I'm not
13   gonna box him, you know what I mean? Umm, he said I'm just gonna
14   (UI). And then I tell him no and then just fucking wait, you know
15   what I mean? 'Cause in the alley a la verga (damn) leave uh, leave
16   uh boxer there...and boxer thinks that uh, Mario's gonna wanna fight
17   PUP: (UI)
18   CHRIS: ...and just go uh, blow for blow. And he doesn't know that...
19   that Mario's playing for keeps.
20   PUP: I already know Mario's trying (UI) Mario (UI) even fight (UI).
21   CHRIS: Yea I know, that fucker...he's like fucking uh...
22   PUP: Mario-Mario will fucking blast his ass.
23   CHRIS: Yea (UI) yea that's, that's one thing that
24   boxer don't know about him. He thinks that uh, he thinks that
25   Mario's soft. And I told him, you know, you don't know him. And
00020:01   uh...Mario-Mario told him, I don't-I don't have to do uh, 2,000
02   burpees a day to be fucking hardcore.
03   PUP: That's the way Mario is.
04   CHRIS: Yea. He told I'll eat honey buns all day, watch TV...(UI)
05   and it comes down to it I'll stick the fuck out of you (laughs).

Exh 427 - DISC 20001-20053.Transcript of convo btwn Ironman, Pup & C. Garcia.02321.PL.R.txt
```
      06  CHS: (laughs)
      07  PUP: (UI)
      08  CHS: (laughs)
      09  CHRIS: Yea...
      10  PUP: (UI)
      11  CHRIS: Yea and then when, when Boxer's (phonetic) drunk...that fucking,
      12  his tongue gets loose and he starts talking all kinds of stupid shit.
      13  PUP: I already know.
      14  CHRIS: Yea, and then he goes off uh, about everybody. I even tell him,
      15  shut up I-I don't wanna...I don't wanna hear nothing. Cause I
      16  know if that person was here you wouldn't be saying nothing.
      17  PUP: What's-what's uh, (UI)?
      18  CHRIS: Uh, he-he's out here...I-I had him doing uh...a few
      19  things for me. And then uh, he met somebody...I-I think it was
      20  football head. He seen that uh...that I had him making a little
      21  money, and then he (UI) him some...tootsie roll. And uh...it was
      22  a little cheaper, so he started fucking with him, and then he
      23  uh...fucked up with me. But now he's wanting to uh... start
      24  doing things again. But nah, he-he's all fucked up.
      25  PUP: He's all fucked up, huh?
00021:01  CHRIS: Yea, he's (UI) that...that one that killed that cop? I think -
      02  I don't know if he's still in that unit. Uh...but uh...I-I think he
      03  still lives there.
      04  PUP: Anthony?
      05  CHRIS: Uh...
      06  PUP: The TCK-er?
      07  CHRIS: Yea, yea.
      08  PUP: Yea that's-that's Anthony.
      09  CHRIS: Yea...that-that's...that's the one that they-they tried killing
      10  him while they...they alm...they did kill him. And, they saved his
      11  fucking life. Uh...but...but anyways, he was o-over there on uh, on
      12  RGs (phonetic) nuts. That-that was like his kid. And uh...uh, I don't
      13  know, I don't know what-what-what fucking Robert told him. But, he was...
      14  I heard something that...that he was-he (UI) he did that...trying
      15  to get in with us. Some shit like that.
      16  PUP: (UI) he trying to say that's why he did that?
      17  CHRIS: Yea.
      18  PUP: Oh.
      19  CHRIS: And uh...no, that-and, that-and that dude he's...I don't know-I
      20  don't know how he, how he killed the cop...because when he was
      21  out here that...that dude was like one of those dude that's
      22  scared of his own shadow.
      23  CHS: (laughs)
      24  CHRIS: And, and I-I I think he just didn't want to get back locked up,
      25  you know what I mean? Cause they already- they already had it in for him.
00022:01  They already checked him out one time. But uh...now he's there and that
      02  fuckers done.
      03  PUP: 'Cause he didn't have...
```

Exh 427 - DISC 20001-20053.Transcript of convo btwn Ironman, Pup & C. Garcia.02321.PL.R.txt
```
       04  CHRIS: And...
       05  PUP: He doesn't have any little homies that are at the (UI)?
       06  CHRIS: Uh...right there by you guys?
       07  PUP: Yea.
       08  CHRIS: Uh...yea.
       09  PUP: (UI) Gotta find out...of any other work...in the laundry over here.
       10  CHRIS: Ok.
       11  PUP: Cause they let them come over here to work.
       12  CHRIS: Just to-just to laundry and-and...no-no chow...no chow hall, nothing?
       13  PUP: Nothing. They let them come over here to do all the (UI) over
       14  here. And they work the laundry.
       15  CHRIS: Yea.
       16  PUP: Yea. Like, I don't know...
       17  CHRIS: Oh.
       18  PUP: ...who's over there anymore? (UI)
       19  CHRIS: Yea...
       20  PUP: Mari (UI) was there.
       21  CHRIS: Yea and...
       22  PUP: (UI)
       23  CHRIS: ...he's not there no...
       24  PUP: (UI)
       25  CHRIS: Oh he's in Cruces now?
00023:01  PUP: Yea.
       02  CHRIS: Yea, I think uh...a little homie uh...from Southside's
       03  there. And I don't know if he's uh, working in the...on that
       04  road crew...or if they even letting him work on that road crew
       05  now or what.
       06  PUP: (UI) the worked in the laundry...over here.
       07  CHRIS: Alright. And then it's all good like that?
       08  PUP: I don't...I'm not sure who they are at (UI) the laundry over
       09  here (UI) are or anything, you know, but I know there's...you know,
       10  some there that-that come from the North to do our laundry.
       11  CHRIS: Yea. Yea I was checking it out when they-when they were
       12  doing that uh...that program...that uh, they were filming there.
       13  I was looking and checking out everybody.
       14  PUP: No they just fucking...they got me, uh they got me the other
       15  day when I was coming back from the yard. I was in the street cage
       16  and I came back into the (UI) and when I fucking came into my pad
       17  they were filming me when I was walking in (UI).
       18  CHS: (laughs) (dogs barking in background)
       19  CHRIS: Oh they-they were filming you?
       20  PUP: Yea, when I was in the street cage coming out, I walked right
       21  in front of them fuckers. And I-I told one of the brothers, excuse
       22  me carnal (brother), uh, (UI) or some shit and then I ca-came into
       23  the pod, and they were filming me when I was walking up to my cell. (UI)
       24  They won't talk to you, they just...filming, you know, walking.
       25  CHRIS: Yea. (UI).
00024:01  PUP: (UI). Remember, the camera makes a motherfucker look like...
```

Exh 427 - DISC 20001-20053.Transcript of convo btwn Ironman, Pup & C. Garcia.02321.PL.R.txt
```
      02  ten times heavier than what he really is, right?
      03  CHRIS: Right.
      04  PUP: So don't be counting my stomach.
      05  CHRIS: (Laughs).
      06  PUP: (UI).
      07  CHRIS: Yea the fucking...they have uh, JR on there...
      08  PUP: Uh huh.
      09  CHRIS: And uh...he-he was over there talking about...yea, I'm gonna
      10  get out there and fucking...join Isis.
      11  PUP: (laughs)
      12  CHRIS: Yea, that fuckin... (laughs) and then fucking yelling ay
      13  yay yay yay like a fucking Indian. But yea he...
      14  PUP: (UI) a lot of crazy shit goes off behind all that huh?
      15  CHRIS: Yea it-well he looked, he talked to the...he talked to
      16  the camera...like uh...like in other words, he ain't never going home.
      17  PUP: (UI) yea.
      18  CHRIS: Yea...but he-he said like fuck it there's-there's
      19  things you gotta do...and then they-they asked him, uh, well
      20  what do you get out of all that? And he-he looks at the camera
      21  and says uh, respect. And uh, and then that was it. But
      22  e-everybody was-that was out here was tripping out. They're
      23  saying fuckin, fuckin little JR (phonetic) talking about uh
      24  doing the rest of his life and joining Isis and la verga (damn).
      25  PUP: Damn.
00025:01  CHRIS: Wedo (phonetic) and them tripping on him.
      02  PUP: Who?
      03  CHRIS: Remember uh...Denny wedo (phonetic)?
      04  PUP: Oh yea, yea, yea. You talk to him?
      05  CHRIS: Uh...yea. He kinda changed too uh...member, he was with uh...
      06  uh Mike Vimas (UI) sister Kim.
      07  PUP: Yea, I used to fucking (UI) when he was younger.
      08  CHRIS: Oh you used to fuck her there too?
      09  PUP: Yea, well before...before she hooked up with Danny wedo (phonetic)...
      10  CHRIS: Yea.
      11  PUP: I just went out with her one time, though.
      12  CHRIS: Yea.
      13  PUP: We fucked around like that (UI) the one that, the one that used
      14  to fuck-I used to fuck with her Prima (family) named Trisha.
      15  CHRIS: (UI).
      16  PUP: Trisha used to kick it with Kimberly's Sister. Rose...what's
      17  her name? Rosemary?
      18  CHRIS: Rosemary, yea.
      19  PUP: Crazy (UI). She used to fuck wit that carnal (brother) Bruno (phonetic).
      20  CHRIS: Oh yea? Yea I see-I seen Bruno (phonetic) at-at uh...
      21  your dad's services.
      22  PUP: Yea.
      23  CHRIS: Yea, he looked-he looked good.
      24  PUP: He's been losing a lot of weight.
```

Exh 427 - DISC 20001-20053.Transcript of convo btwn Ironman, Pup & C. Garcia.02321.PL.R.txt
```
        25  CHRIS: Yea. I-I hooked him up and...I told him uh...
00026:01  PUP: Hey you didn't...You didn't talk to uh, you didn't talk to (UI)?
        02  CHRIS: Uh...yea.
        03  PUP: How about the old man Ralphie?
        04  CHRIS: Uhh...yea, him too but...but them fuckers are selling
        05  sugar-sugar mix.
        06  PUP: Oh right.
        07  CHRIS: Yea but they're-they're still...they're still around.
        08  PUP: Yea, yea. How about Carmanito (phonetic)?
        09  CHRIS: Uh...he's there too but...he-he gots like his own...personal
        10  shit. And then that fucker selling...tootsie roll.
        11  PUP: Hey is uh...is Manuel doing anything up there?
        12  CHRIS: No, that fuckers a bus driver.
        13  PUP: Oh is he?
        14  CHRIS: Yea, that fucker...he uh, uh, locked up his T-bird
        15  and started driving a bus.
        16  PUP: (UI) orale
        17  CHRIS: Yea. But uh...the Claudette she had it hooked up for you
        18  with uh...when she had you on that Face book.
        19  PUP: Yea but they fucking uh... I think the corrections found
        20  out about it and kicked me out.
        21  CHRIS: Yea, I would trip out. There's all kinds of little fucking
        22  fine little Cholas that were fucking answering.
        23  PUP: Yea but I told her...I told her to fucking...write me down
        24  all the info so I could write to them and shit and she never fucking...
        25  she never did that.
00027:01  CHRIS: Yea. And then if she were to do it again you'll get in
        02  trouble or what?
        03  PUP: Huh?
        04  CHRIS: If she were to make up another one for you-you-you'd get
        05  in trouble?
        06  PUP: You already know (UI) fucking that shit.
        07  CHRIS: Ooo orale (really) ooo ok, ok with her. That's why, that's
        08  why your sister was all hurt, no?
        09  PUP: Yea.
        10  CHRIS: Oh alright.
        11  PUP: (UI) mixing it up.
        12  CHRIS: Yea...
        13  PUP: She put it up, she put me on that face book and all kinds of
        14  fucking...they were thinking it was gonna bring (UI) and all
        15  that but I straightened all that out. I said, you mother fuckers
        16  (UI) it ain't nothing like that, no?
        17  CHRIS: Yea.
        18  PUP: (UI) that it was (UI). I tried to tell her, it had nothing
        19  to-it was nothing like that.
        20  CHRIS: Yea.
        21  PUP: Yea but my home girl (UI) was going on there. (UI). Fucking uh...
        22  Angela.
```

Exh 427 - DISC 20001-20053.Transcript of convo btwn Ironman, Pup & C. Garcia.02321.PL.R.txt
```
         23  CHRIS: Yea.
         24  PUP: (UI)
         25  CHRIS: Orale (really).
00028:01  PUP: Yea, she's an old friend of mine. She-she was on there. Some
      02  other bitches, no?
      03  CHRIS: Yea. What-what's up with Lisa?
      04  PUP: Who?
      05  CHRIS: Lisa.
      06  PUP: Oh I don't know. I haven't heard. She hasn't called to the
      07  house and over...and over like, three years.
      08  CHRIS: Yea, well that uh...she's uh...I guess (UI) with Jerry.
      09  But uh, Jerry, I guess, had told Becky the other day that uh...that
      10  he was just thinking uh...letting his wife go and getting back
      11  with Lisa.
      12  PUP: That Jerry was?
      13  CHRIS: Yea. I guess that uh...
      14  CHS: (laughs)
      15  CHRIS: ...I don't know what the fuck he's tripping on.
      16  PUP: Jerry's still...Jerry's with his wife, right?
      17  CHRIS: Uh...yea. Yea he has a fine little wife.
      18  PUP: Yea I know, I've seen her in their visit over here.
      19  CHRIS: Yea, and then I-I don't know why he'd want to trade her uh...
      20  in for Lisa.
      21  PUP: Nah, he's already been through all that.
      22  CHRIS: Yea. He said that she put voodoo on him or...all kinds of shit.
      23  PUP: Huh?
      24  CHRIS: That she put voodoo...that he couldn't get a (UI) cause she
      25  put a spell on him.
00029:01  PUP: Yea, yea.
      02  CHRIS: So...yea so he brought fucking people from Mexico and they
      03  burned crosses around his balls and stomach and shit like that.
      04  PUP: (UI) What happened...when he went to (UI) they fucking got into
      05  with the (UI).
      06  CHRIS: Yea.
      07  PUP: And they sent him over here. So, when he got over here, I
      08  seen him in the (UI)...and he shot me a wheela (letter). (UI)
      09  back before. (UI) Prima (family) Della(?) (UI). And then (UI) he
      10  told me (UI) ratted on him, no?
      11  CHRIS: Yea. Fuckin...
      12  PUP: And after...after he-after he got locked up, she had grip
      13  of fedia (money).
      14  CHRIS: Oh a (UI)?
      15  PUP: Yea.
      16  CHRIS: Yea well...
      17  PUP: I think she was...
      18  CHRIS: I
      19  PUP: I think she was fuckin profiting a lot of the fedia (money).
      20  CHRIS: Yea and I, I-I trip out on that...that they caught him with uh,
```

Exh 427 - DISC 20001-20053.Transcript of convo btwn Ironman, Pup & C. Garcia.02321.PL.R.txt
```
       21  half a million...6 birds...I think like three pounds of black.
       22  And uh...I don't know what the fuck else, some...some of that glass.
       23  And he only-he only ended up with 6 years.
       24  PUP: He ended up with uh, 47 months. 74 months, or 47...something like that.
       25  CHRIS: Yea, so how the fuck...
00030:01  PUP: He told me...
       02  CHRIS: ...do you...
       03  PUP: He told me to check out (UI).
       04  CHRIS: Yea I don't-I don't know about that.
       05  PUP: Yea, that's what he was telling me, no?
       06  CHRIS: Yea, that's a trip. What-what do you think Pup?
       07  PUP: I don't think...I don't think he'll get back with Lisa.
       08  CHRIS: Yea...and I-I figured...if all that happened, I-I figure that...
       09  that she'd be fucking done by now or something.
       10  PUP: Nah, she probably...because, she was blaming...she was blaming
       11  James for raping her.
       12  CHRIS: (UI)...
       13  PUP: Yea...said that they-they were partying...and James got all
       14  drunk and fucking raped her. That was a while back. And uh...that
       15   was a while-while back when her and Jerry were still together.
       16  That type of shit...and fucking uh...and uh...I think she was
       17  fucking with some other dude named Jesus.
       18  CHRIS: Oh yea, yea. He's locked up for a couple murders too.
       19  PUP: Who? Jesus?
       20  CHRIS: Yea, he's-he's gonna be headed your way.
       21  PUP: No, the Jesus I'm talking... (phone beeps)
       22  PUP: ...he's out there on the streets
       23  CHRIS: Oh, he's on the streets?
       24  PUP: Yea.
       25  CHRIS: What's his-what's his last name?
00031:01  PUP: I don't know. I don't know, but I think he...I think
       02  him and-him and his brother cause they stay up there towards
       03  like the north...like fucking by the D-home somewhere.
       04  CHRIS: Oh alright, alright.
       05  PUP: Up there someplace, huh?
       06  CHRIS: Yea, cause I-I know they've been partying with a lot of them
       07  Brew-towners.
       08  PUP: Yea, up there. That's where...I think she's been fucking around
       09  with somebody up there. Then I heard she threw out one time...she
       10  threw out something about Jesus.
       11  CHRIS: Yea...
       12  PUP: (UI). Where she was talking about getting pregnant
       13  again and she said that she threw the name Jesus out there, nah?
       14  CHRIS: Yea, well I know every time she uh...raps about you, she
       15  talks about going by and dropping off C notes at your moms pad
       16  and shit. Was she doing all that?
       17  PUP: (UI) and then, she hasn't been there in three years. Having
       18  (UI).
```

Exh 427 - DISC 20001-20053.Transcript of convo btwn Ironman, Pup & C. Garcia.02321.PL.R.txt
```
      19  CHRIS: Yea...fuckin...
      20  PUP: There was a minute there where she was doing all that, no?
      21  CHRIS: Yea.
      22  PUP: (UI) done that, always.
      23  CHRIS: Yea, I-I remember even when I was tripping with her.
      24  PUP: Yea, she would
      25  CHRIS: I...
00032:01  PUP: ...always drop by and drop (UI) off and do all that shit, no?
      02  CHRIS: Yea.
      03  PUP: It's always been that way. Even-even when I had rucas (females)
      04  when I was with Chaquita (phonetic)...when I was with-even when I was
      05  with her Prima, Debbie, too.
      06  CHRIS: Yea well I-I-I...I remember she'd be at my pad rapping to me
      07  and she'd be over there fucking sending you a fucking card with uh...
      08  that little Betty Boop or something fuckin...uh, with a money order
      09  or something.
      10  PUP: Yea, she's always...ever since I been locked up she always (UI)
      11  like that, no?
      12  CHRIS: Yea.
      13  PUP: She's not obligated to do that. When I did that (UI)...always
      14  been that way. And uh...yea, I remember I took care of her when was-
      15  when she was just a youngster, no?
      16  CHRIS: Yea.
      17  PUP: (UI).
      18  CHRIS: I think you were the one that fucking schooled her and showed
      19  her...showed her what time it was, you know what I mean?
      20  PUP: (UI) when I was-when I was moving to her...I was moving a lot
      21  of shit for (UI)...at that time.
      22  CHRIS: Yea. Were you-were you (UI) too?
      23  PUP: Tapping Doris? (UI)
      24  CHRIS: Uh yea
      25  PUP: (UI) that mother fucker.
00033:01  CHRIS: Huh?
      02  PUP: Hell no, I'll (UI) I'll get lost in that one.
      03  CHRIS: (laughs)
      04  PUP: (laughs)
      05  CHRIS: So...so just fucking uh... Oso (phonetic) was fucking her.
      06  PUP: Uh, fucking...yea, Oso (phonetic) and uh...oh she's been with (UI)
      07  she was with (UI) Babaloo (phonetic) she did (UI)...all of them.
      08  CHRIS: (UI). RJ (phonetic) had told me he was with her but I-I
      09  didn't believe him.
      10  PUP: Shit, RJ (phonetic) fucking too her for (UI) that was all
      11  customized...
      12  CHRIS: Yea.
      13  PUP: (UI) and took that fucker...and sold it in Califas and kicked
      14  her out and threw her in the street over there.
      15  CHRIS: (laughs)
      16  PUP: ...they came back, they took her fucking 60...60...63...64 (UI).
```

```
Exh 427 - DISC 20001-20053.Transcript of convo btwn Ironman, Pup & C. Garcia.02321.PL.R.txt
     17   CHRIS: Yea.
     18   PUP: So she fucked up (UI).
     19   CHRIS: Yea well he told me some shit like hat but he would say some,
     20   some wild ones sometimes.
     21   PUP: (UI) when we were youngsters, no?
     22   CHRIS: Yea.
     23   PUP: But she was still already...at the time, she was already like 15,
     24   16 and she was already moving shit...with her mom.
     25   CHRIS: Yea cause uh...
00034:01   PUP: Her mom (UI).
     02   CHRIS: Yea well when she got out this...this last round from the
     03   feds, she wanted to fuck around with me and I told her, psh oh
     04   fuck no, I laughed at her.
     05   PUP: Yea... (UI)
     06   CHRIS: But uh...
     07   PUP: (UI) no?
     08   CHRIS: Yea, she started doing this with me...
     09   PUP: (UI)
     10   CHRIS: ...and uh, me-me and her got into an argument and
     11   she was like acting like she was a vato, you know what I mean?
     12   PUP: Yea, (UI) she thinks she's a vato (guy)...(UI)
     13   CHRIS: Yea and I...
     14   PUP: She tortured their (UI) the Carnal (brother). Tied him up fucking,
     15   had him whipped.
     16   CHRIS: Oh yea I...
     17   PUP: (UI)
     18   CHRIS: I'm...
     19   PUP: (UI)
     20   CHRIS: I'm...
     21   PUP: (UI) took it to the house. And him and my dad stripped it down and (UI).
     22   CHRIS: Yea...(laughs)
     23   PUP: (UI) do stupid shit like that, man. He's stupid (UI) and he didn't
     24   even have to.
     25   CHRIS: Yea. (laughs)
00035:01   PUP: I would go down there...I would go down there to their pad
     02   and she would give me sheva (heroin) (?) just to fucker her next
     03   door neighbor, her friend, (UI) Geraldine.
     04   CHRIS: Geraldine? I can't snap which one that is. Yea...
     05   PUP: (UI).
     06   CHRIS: Yea, what about Johnny Green Eyes (phonetic)? You haven't
     07   heard from him?
     08   PUP: (UI), I don't even know (UI).
     09   CHRIS: Yea he's just walking around, around...80 pounds and a mustache.
     10   PUP: And a what?
     11   CHRIS: He's just like uh...80 pounds with a mustache hanging off
     12   his face.
     13   PUP: Oh is that right?
     14   CHRIS: Yea, fuckers tore back.
```

Exh 427 - DISC 20001-20053.Transcript of convo btwn Ironman, Pup & C. Garcia.02321.PL.R.txt
```
    15  PUP: I heard he got (UI) for cancer.
    16  CHRIS: Yea. Cancer and I guess that hepatitis.
    17  PUP: Oh, oh yea.
    18  CHRIS: And he was supposed to have been starting that
    19  uh...ar-armony or whatever the fuck it's called. And- and then
    20  uh, they-they checked him and found out that he had, uh, cancer.
    21  PUP: Oh wow.
    22  CHRIS: Yea, it's a trip. Eh, but that vato (guy) Smiley (phonetic)...
    23  how-how old is here that got killed?
    24  PUP: He's like, uh, in his 20s? Late 20s.
    25  CHRIS: Late 20s.
00036:01  PUP: Yea mid...
    02  CHRIS: And...
    03  PUP: ...20s to early 30s.
    04  CHRIS: And that isn't uh...
    05  PUP: (UI) good sized youngster, no?
    06  CHRIS: And that isn't...
    07  PUP: (UI). Was him and another Carnal (brother)...they had, they hit
    08  the other Carnal (brother) (UI). And then one of them other vatos (guys)...
    09  there was two of them other vatos (guys) but the main one, the dude
    10  Smiley (phonetic), that killed Smiley (phonetic), his name
    11  is Tucan (phonetic). Like (UI) big nose.
    12  CHRIS: Yea, yea.
    13  PUP: Yea, he-he's a Eme the Texas eme.
    14  CHRIS: Yea and I met...
    15  PUP: (UI).
    16  CHRIS: And I met a few of them vatos (guys), the Texas emme and they're...
    17  they were like weak motherfuckers.
    18  PUP: Yea.
    19  CHRIS: And uh...I don't know uh, eh on the...when they told you
    20  that the Gallegos brother, one of 'em got it. That wasn't him?
    21  PUP: No.
    22  CHRIS: Because I know they have-they have another brother, Smiley (phonetic),
    23  that fell on that uh...that conspiracy shit they went down for.
    24  PUP: Nah, this one is another one. He's a youngster.
    25  CHRIS: Orale (really) there's a...
00037:01  PUP: (UI)
    02  CHRIS: There's another Gai...
    03  PUP: (UI) the other Carnal (brother) got stabbed up too.
    04  CHRIS: (UI)
    05  PUP: (UI) cause I even told that vato (guy)(UI) what the fuck (UI) what
    06  was my brother doing there with one of them vatos (guys) or two of them
    07  vatos (guys) there on that same yard. That don't-that don't make
    08  no sense, know what I'm saying? They should have been ready?
    09  CHRIS: Yea, they know that we don't...that we don't mix with
    10  them fools.
    11  PUP: I already know.
    12  CHRIS: Yea.
```

Exh 427 - DISC 20001-20053.Transcript of convo btwn Ironman, Pup & C. Garcia.02321.PL.R.txt

```
        13  PUP: I don't understand what the fuck he was doing there.
        14  CHRIS: Yea, that's a trip. And then uh, and then you know what, I...now
        15  that you're talking about uh...about the Gallegos brothers, I got some
        16  old texts on my phone and some bitch was texting me saying hey uh,
        17  call me back ASAP. It's about (UI) and uh, this was like around
        18  uh, maybe a month ago.
        19  PUP: Yea.
        20  CHRIS: So...how lo-how long has it been? Or maybe-maybe two months.
        21  PUP: That's already been about a couple of years.
        22  CHRIS: Oh it's been a couple years?
        23  PUP: (UI). That vato (guy) Tucan (phonetic) to the hole (UI) and he
        24  could get transferred to-to Florence...(UI) get put in the shoe right
        25  there and then, and-and be on fucking (UI) that takes-that takes
00038:01  another fucking 8 months to a year just to process to ADX right now.
        02  CHRIS: (UI). Oh so he...oh they sent him to the ADX for
        03  killing the carnal (brother).
        04  PUP: Yea they sent him to ADX for killing the carnal (brother).
        05  CHRIS: But-but anyways uh...
        06  PUP: (UI)
        07  CHRIS: ...he killed two vatos (guys) from Texas...they sent him out
        08  there to a yard, and they tried punking him...and they pulled out a (UI).
        09  He didn't have nothing, he had just got there. He took one from the fool
        10  and ended up killing both of them.
        11  PUP: (UI). Oh orale (really)
        12  CHRIS: And uh, that they gave him...I think he done it on 7-8 years in
        13  ADX. And it left him all kind of all fucked up.
        14  PUP: (UI)
        15  CHRIS: He got out...
        16  PUP: (UI) ADX cause they're losing their minds (UI).
        17  CHRIS: Yea that fucking uh, he said...
        18  PUP: (UI) all sensitive like fuck.
        19  CHRIS: Yea, that's a trip.
        20  PUP: Want to start arguing right away...he fucking, he barely looked at
        21  them and they (UI). Fucking, it tripped me out dog.
        22  CHRIS: Yea. I know that they, I seen-I seen on TV that they're
        23  moving uh...like where that vato (guy) Chapo Guzman escaped from.
        24  That whole fucking uh...that whole like, whatever that whole tier of
        25  those uh...fucking uh...shot callers from Mexico, those cartel (gang)
00039:01  vatos (guys), they moved 'em all over there.
        02  PUP: (UI) one of em was my neighbor but he wasn't, he wasn't part
        03  of Chapo. He was in Sinaloa.
        04  CHRIS: Oh-oh I see.
        05  PUP: (UI) Cortez Antonio Acosta.
        06  CHRIS: Orale (really), I-I seen that.
        07  PUP: (UI) cartel (gang).
        08  CHRIS: Which one?
        09  PUP: Juarez.
        10  CHRIS: Oh, ok. Cause I seen that...
```

Exh 427 - DISC 20001-20053.Transcript of convo btwn Ironman, Pup & C. Garcia.02321.PL.R.txt
```
11  PUP: (UI) when Chapo split they went over there, they shoot down (UI).
12  CHRIS: Yea.
13  PUP: He was my neighbor the whole time. I was teaching him English and
14  shit. He's only like 37 years old. (UI) that fucking (UI), you know?
15  CHRIS: Yea.
16  PUP: (UI) they gotta (UI) somebody would call in that there would be
17  a dead body inside a car, right?
18  CHRIS: Yea.
19  PUP: (UI) investigate the murder in the car, the fucking car would
20  explode with a bomb na killing the jaras (cops) they got him for that
21  shit too.
22  CHRIS: (UI)
23  PUP: That little fucker was (UI).
24  CHRIS: Yea, I-I seen that that they moved a bunch of 'em. And-and then
25  to get hooked up with those fools fucking...have it made.
00040:01  PUP: Yea but these little fuckers...he was on the (UI)that fucker (UI)
02  there was a couple of (UI) that were (UI) the (UI), no?
03  CHRIS: Yea.
04  PUP: Them (UI) would come on the tier (UI) try to holler at him like...
05  like fucking, like trying to get (UI) so they could fucking, try to
06  fucking get something from him or whatever (UI). (UI) this
07  fucker, he don't-he don't...he's not stupid like that.
08  CHRIS: Yea he's-he's fucking (UI).
09  PUP: They think-they think most of them Mexicanos are stupid. These
10  fuckers aren't like that, bro.
11  CHRIS: Yea, cause you figure they're not-they're not gonna get
12  to where they're-they're at, by-by being fucking dumb fucks.
13  PUP: (UI) for a long time (UI) like-like that.
14  CHRIS: Yea. Yea, that's a trip. And then and how-how was he...
15  PUP: (UI) another one, the Sinaloa and all them, (UI) there was
16  (UI) the ADX. But everybody's being sent to uh, to Thompson
17  over in Illinois.
18  CHRIS: Yea.
19  PUP: (UI) Illinois. That Chicago, actually across from Chicago,
20  the West side, Chicago was the east side. But on the west of Illinois,
21  the (UI), (UI) it used to be a state prison but they shut it down,
22  and now the Feds got it. And they're gonna put everybody over there
23  and run a (UI) called Smooth program.
24  CHRIS: Orale (really) Yea the, they-they told me
25  that uh, that they got up a carnal (brother) uh, I don't know if
00041:01  you've heard of him, they used to call him Monshkee Shaman
02  (phonetic). And-and now Shoke (phonetic) and them changed him
03  name to...to they call him (UI) now.
04  PUP: Is that right?
05  CHRIS: And anyways...when he was here in the state, Sherelo
06  (phonetic) and fucking Forest (phonetic)and...and a few other
07  carnals (brothers) used to get him and uh...Joker, Adolf,
08  they were there fucking pulling his pants down...smacking him on
```

```
Exh 427 - DISC 20001-20053.Transcript of convo btwn Ironman, Pup & C. Garcia.02321.PL.R.txt
      09   his ass...but then when he went to the feds, that fucker uh...
      10   started putting in work.
      11   PUP: Yea.
      12   CHRIS: And then for even for sticks (phonetic), him and uh...he was the
      13   one that was a playboy when they let uh, Julian have it...and-and got
      14   him like 20-30 times in his legs, you know what I mean?
      15   PUP: Yea.
      16   CHRIS: So I guess for all that, he uh, he thinks he got shit right
      17   but a lot of people still remember when they were smacking his
      18   little ass.
      19   CHS: (laughs)
      20   PUP: Shit, we used to do that over here...
      21   CHRIS: (laughs)
      22   PUP: ...to some of these fuckers that think their running shit on
      23   these level three yardsright here.
      24   CHRIS: Yea.
      25   PUP: (UI) all that shit. (UI) fucking, and then that Sureno Rocky (phonetic)
00042:01   ...I used to slap him on his ass, now he's trying to run all Sureno
      02   like he's hardcore (UI).
      03   CHRIS: Oh Rocky Tahad.
      04   PUP: Yea.
      05   CHRIS: Oh yea, I know that fucker be on your nut sack, no?
      06   PUP: Yea, that little (UI) time ago.
      07   CHRIS: Yea I know, if they'd open those doors those vatos (guys)
      08   would be...if you were to tell em drop your fucking shorts right now
      09   and turn around...
      10   PUP: Yea.
      11   CHRIS: ...they'd fucking tell you ok, where do you want to go.
      12   PUP: (laughs)
      13   CHRIS: Know what I mean? And then they act all hardcore...and they're
      14   big ol' bitches.
      15   PUP: Yea, (UI) ain't (UI) ain't thinking of no (UI) or nothing
      16   like that.
      17   CHRIS: Yea.
      18   PUP: (UI) go down, you know?
      19   CHRIS: Yea. Yea fucking uh...I was hoping they'd open it up but...
      20   I think they knew that uh, once on, like on...well, any-any of our
      21   side, they (UI) once they opened up anything that something was gonna
      22   jump off.
      23   PUP: Yea, they-they're still tripping on that shit huh?
      24   CHRIS: Yea. And those...
      25   PUP: (UI) from that.
00043:01   CHRIS: ...yea and those fucking Burquenos are probably fucking...they
      02   probably were fucking...all happy, praying, thanking god that that
      03   happened. Cause I think a lot of them would have fucking checked in.
      04   PUP: Yea, right now it's a lot of those Burquenos.
      05   CHRIS: Yea, what about that vato (guy) Mike?
      06   PUP: The one from Padilla's?
```

```
Exh 427 - DISC 20001-20053.Transcript of convo btwn Ironman, Pup & C. Garcia.02321.PL.R.txt
        07  CHRIS: Yea.
        08  PUP: (UI) I think (UI) confused about it. And... (UI) that- that (UI)
        09  boxing and shit, no?
        10  CHRIS: Yea.
        11  PUP: Now, if that's the case I was thinking of telling Primo
        12  (family) to fucking cut that fucker up but he's a hater like
        13  that. But at the same time I'm thinking, if he's close the
        14  familia like that...then, that's one that we could fucking...we
        15  can tell either (UI) all the fucking (UI) straight. They better
        16  not ever touch a carnal (brother), (UI) the county or in the
        17  pinta (prison). If so, we'll fucking...we'll get (UI) familia, no?
        18  CHRIS: Yea.
        19  PUP: (UI) to get to him. (UI) out there, cause this shit done out there.
        20  CHRIS: Yea, cause he-he-he's almost done...
        21  PUP: (UI) need to get on that page.
        22  CHRIS: Yea.
        23  PUP: (UI) they keep (UI) these vatos (guys)...and that's why they act
        24  the way they do. But, if you were to touch the families out there, they
        25  wouldn't be acting like that no more.
00044:01  CHRIS: Yea, and-and that's what I tell a lot of the...the bros
        02  that are out here. But they wanna be fucking...fucking up selling
        03  fucking...
        04  PUP: (UI)
        05  CHRIS: ...brown panos at bobs burgers
        06  CHS: (laughs)
        07  PUP: (UI) chase it out. Dig it out. If that's the way it is, and you be
        08  telling them that, (UI) making-making an example, putting some
        09  fear back into that fucker, and they don't want to...then just
        10  cut 'em off. Don't give 'em nothing. And they...
        11  CHRIS: Yea.
        12  PUP: ...(UI) asking you for shit, or for-for something to do
        13  something for them or whatever. Chop Chop.
        14  CHRIS: Yea.
        15  PUP: (UI)
        16  CHRIS: Yea cause...
        17  PUP: That's the way it's gotta be.
        18  CHRIS: Yea, cause I was-I was-I was telling 'em, um, like member you
        19  were saying, they get out and they fucking talk about uh...that
        20  they were balling and doing this and that. And they-they
        21  couldn't even send 10 bucks, 20 bucks and then they get back to
        22  the pinta (prison) and then they're...eh uh...carnals (brothers)
        23  you can't send me uh...t-shirt, few soups, bar of soap,
        24  shampoo...know what I mean? They never, they never send nothing
        25  back. But yet they go and probably (UI) since you've been there
00045:01  you've probably seen fucking...people driving up around 20-30
        02  times back and forth, you know what I mean?
        03  PUP: Yea, I been saying...all that shits gotta change.
        04  CHRIS: Yea.
```

Exh 427 - DISC 20001-20053.Transcript of convo btwn Ironman, Pup & C. Garcia.02321.PL.R.txt
```
05  PUP: That shits gotta change, (UI).
06  CHRIS: That's why when I see somebody that does something good,
07  they'll hit a good lick. I'll tell 'em hey well, I'm rapping to a
08  few carnals (brother) that call, kick something down and I'll send
09  it to 'em. And they'll say nah well that's what I'm gonna do. I
10  rap to so-and-so, and they never get it done.
11  PUP: Nothing ever happens. (UI) right now, I'm not even tripping
12  on that because I'm not using nothing I stopped using a few years
13  ago, I don't fuck around. It's all about feria (money)
14  CHRIS: Yea.
15  PUP: ...(UI)...
16  CHRIS: Yea.
17  PUP: (UI) more important things we need to be taking care of out there.
18  CHRIS: Fuck yea, yea.
19  PUP: And that's what I'm saying. With all these fucking haters that we
20  can't touch, uh we can (UI).
21  CHRIS: Right.
22  PUP: That's what everybody's (UI) needs to be.
23  CHRIS: That way-that way they don't disrespect and...
24  PUP: (UI)
25  CHRIS: They...
00046:01  PUP: (UI)he can't (UI).
02  CHRIS: Yea, that's fucked up.
03  PUP: (UI)
04  CHRIS: Right.
05  PUP: And (UI), are fucking putting it in, putting in that
06  (UI) out there. (UI) get away with it. And they come in here,
07  they'll have (UI), they'll have teachers, they'll have all
08  everything. (UI) recognize (UI) that fucker that (UI), (UI)...
09  CHRIS: Yea.
10  PUP: ...(UI) you start crying, and that's-that's how
11  you get locked up on fucking (UI) kites (letter) and all kinds
12  of shit. (UI) fucking crying because they're treating them like
13  they're supposed to be treated. Like fucking (UI).
14  CHRIS: Yep, and-and then...and then a lot of these vatos (guys)
15  they...they get in, and then they think on their release date that
16  that's it. They said, alright well I-I rolled with (UI) for that
17  long and now...fuck 'em. And then they go back and right away
18  first thing, let me shoot a fucking wheela (letter) to...to
19  PUP: (phonetic) or to...whoever, you know what I mean? And-and...
20  PUP: (UI)
21  CHRIS: ...that's wrong, you know what I mean?
22  PUP: (UI), no?
23  CHRIS: Yea.
24  PUP: (UI) fucking getting and coming back not being (UI). I'm tired of
25  that shit.
00047:01  CHRIS: Yea.
02  PUP: (UI) come back in here with only doing a couple of years and they're
```
Page 24

Exh 427 - DISC 20001-20053.Transcript of convo btwn Ironman, Pup & C. Garcia.02321.PL.R.txt

03   thinking they're gonna start running something (UI). Permission,
04   leadership (UI)...fuck all that.
05   CHRIS: Yea.
06   PUP: (UI) look away, they start crying out loud enough, so that the
07   fucking (UI) rat (UI) rat on everything. That's how some of us get locked up.
08   CHRIS: Yea, that ain't right.
09   PUP: (UI).
10   CHRIS: Yea, fuckin uh...
11   PUP: (UI). They-they start hiding (UI), fucking letting them know this is
12   what needs to be done...how to make some changes for the better
13   (UI) loco, you fucking (UI) loco. Don't give them shit. (UI).
14   CHRIS: Yea and-there-there's a few that are-that are doing
15   alright already and...
16   PUP: (UI) they help you (UI) you know?
17   CHRIS: Yea.
18   PUP: (UI) just wanna fucking...just wanna get out of (UI) to get a high,
19   that its.
20   CHRIS: Yea, like tell em, you know what I mean, fuckin...
21   PUP: (UI)
22   CHRIS: That there's a-there's a lot more uh to do than just get high.
23   PUP: Yea,
24   CHRIS: And then uh...
25   PUP: (UI). And out there you can fucking get away with all kinds of
00048:01   shit. (UI) you can fucking come up and get away with all kinds of shit.
02   CHRIS: Yep. As long as you do everything smooth and not all...
03   PUP: (UI)
04   CHRIS: ...all stupid.
05   PUP: (UI) it's all good.
06   CHRIS: Yep. Like that fucking fool that's in there with you
07   guys...the cop got behind him and he fuckin...uh, he (UI) he'd
08   still probably be out there but, the cop got behind him and he
09   fucking grabbed the back of his bitches head, and told her, you
10   better fucking drive fucking right first thing she does is
11   swerve, you know what I mean?
12   PUP: Yea.
13   CHRIS: And then they...
14   CHS: (laughs)
15   CHRIS: ...pull him over, and fuckin uh...he got all hurt cause she
16   pulled over. Fucker shoots her in the fucking leg and throws her
17   outside of the truck.
18   CHS: (laughs)
19   CHRIS: (laughs)
20   CHS: (laughs)
21   CHRIS: Yea, and then the fucking jara (cop) walked up and that
22   fucker just let him have it.
23   PUP: Yea but like that vato (guy) mike...you-you talked to him or what?
24   CHRIS: Which one?
25   PUP: That vato (guy) Mike.

Page 25

```
Exh 427 - DISC 20001-20053.Transcript of convo btwn Ironman, Pup & C. Garcia.02321.PL.R.txt
00049:01  CHRIS: Mike uh...I used to be pretty tight with that fool.
      02  PUP: Huh?
      03  CHRIS: Yea, I used to be pretty tight, you know what I mean? We were
      04  cool and then when uh...when I heard he started hating and shit...
      05  I haven't-I haven't rapped to him since...since I heard all that.
      06  PUP: Yea well, if you can (UI)...can talk to him (UI) try to get
      07  him on the...try to get him on the right (UI) like, you know, (UI)
      08  what you need to do, (UI) and uh, let him know that uh, al-all his
      09  home boys (UI) his home boys. That, (UI)?
      10  CHRIS: Yea.
      11  PUP: They all need to understand that. If he-he can do that...that's
      12  a good thing. He can get (UI), no?
      13  CHRIS: Yea and-and-and and I can, you know the-you know the vato that
      14  has problems with uh Marianito (phonetic)?
      15  PUP: Yea.
      16  CHRIS: Uh, I (UI) like uh, like with him to he gots uh, like a lot of
      17  them Burquenos they...they rap to him and shit.
      18  PUP: Yea no I could-I could get to him.
      19  CHRIS: Yea.
      20  PUP: Cause I talk to him, no?
      21  CHRIS: Yea, cause that fucker (UI) you and...
      22  PUP: (UI)
      23  CHRIS: Yea have (UI)...
      24  PUP: (UI) his mom works with my mom.
      25  CHRIS: Orale (really) Yea well he's all happy that-that...
00050:01  PUP: (UI). So...
      02  CHRIS: Yea...
      03  PUP: Yea, it's easy for me to talk to him (UI) I'll get him on the
      04  right track.
      05  CHRIS: Right, right, yea.
      06  PUP: (UI)
      07  CHRIS: Yea well...
      08  PUP: He don't want (UI).
      09  CHRIS: Yea, well I guess he's all happy...
      10  PUP: (UI)
      11  CHRIS: He's all-he's all happy that he...
      12  PUP: (UI) called over there wanting (UI) but he thought that uh,
      13  that-that fucking (UI) gonna send somebody over there to fuck him up.
      14  CHRIS: Oh, to Isaac?
      15  PUP: Huh?
      16  CHRIS: That's what Isaac thought?
      17  PUP: That's what Maranito (phonetic) thought.
      18  CHRIS: Oh Maranito (phonetic).
      19  PUP: Yea, he was thinking that somebody (UI) was gonna send somebody
      20  over to fuck him up, (UI) no?
      21  CHRIS: Yea.
      22  PUP: And all that. He was kinda (UI) Maranito (phonetic)(UI)
      23  that aint (UI).
```

Exh 427 - DISC 20001-20053.Transcript of convo btwn Ironman, Pup & C. Garcia.02321.PL.R.txt
```
        24  CHRIS: Oh yea...
        25  PUP: (UI)
00051:01  CHRIS: Yea...
        02  PUP: (UI)
        03  CHRIS: Yea that...
        04  PUP: (UI)
        05  CHRIS: Yea that...
        06  PUP: (UI), no?
        07  CHRIS: That fucker uh...I think...
        08  PUP: (UI)
        09  CHRIS: ...that fucker idolizes you.
        10  PUP: (UI).
        11  CHRIS: Yea. Eh, and uh...what about, what about Jerry Jr. You haven't
        12  answered him on the, on the phone?
        13  PUP: No, I haven't talked to him.
        14  CHRIS: Yea, that's...
        15  PUP: (UI) that's about it, no?
        16  CHRIS: Yea, he used to call me and-and we'd rap for a few hours and shit.
        17  PUP: How long ago was that?
        18  CHRIS: Shit, this was uh...this was when he thought he was gonna get
        19  like 30 years.
        20  PUP: (UI)
        21  CHRIS: And then uh...this was before he uh...got that plea bargain for
        22  that 5 years or whatever.
        23  PUP: Yea, yea, yea, yea.
        24  CHRIS: He was like calling and uh, reading me scriptures and shit.
        25  And then uh...after he knew that he was gonna only get a few years,
00052:01  that fucker dropped the bible and started talking about getting out
        02  and balling again and doing this, that...
        03  CHS: (laughs)
        04  CHRIS: Yea, everything changed.
        05  PUP: Yea, I haven't talked to him. I don't know, I don't even know
        06  where he's at. (UI) went to a halfway house.
        07  CHRIS: Yea I know-I know when I-when I see him, I bring up your name or
        08  whatever, those fuckers well hey how's he doing, does he need anything,
        09  or...what's up. You know what I mean?
        10  PUP: Yea. I've known him since he was a kid.
        11  CHRIS: Oh yea, those fuckers uh, they-they bow down to you.
        12  PUP: Them fuckers, shit...I've-I've known them all a long ass time.
        13  CHRIS: Yea. And they know-they know that you know...everything
        14  about them and...
        15  PUP: I've known them since they were little.
        16  CHRIS: ...and...
        17  PUP: (UI).
        18  CHRIS: Yea, and they know that-they know that you know...who they are
        19  and what they are.
        20  PUP: Yea. (UI) they know that. They know that.
        21  CHRIS: Yea. And they know you can pull their covers.
```

Exh 427 - DISC 20001-20053.Transcript of convo btwn Ironman, Pup & C. Garcia.02321.PL.R.txt

```
        22   PUP: Yea, they know that anytime I can just go up to them and take
        23   their fucking keys and take their car...(UI)
        24   CHRIS: (laughs)
        25   PUP: ...drive around and let them (UI) they already (UI).
00053:01   CHRIS: Oh yea, (UI) they like to use your name.
        02   PUP: See what it is...
        03   CHRIS: What...
        04   PUP: What is it...?
        05   CHRIS: Yea it's...
        06   PUP: They (UI)...
        07   CHRIS: Yea...
        08   PUP: When they were just little (UI) and shit...(UI) it was my
        09   fucking...they always looked up to my Uncle Sam.
        10   CHRIS: Right.
        11   PUP: (UI) and fucking all them over here, no?
        12   CHRIS: Yea.
        13   PUP: (UI) right there.
        14   CHRIS: Yea (laughs).
        15   PUP: (UI), no?
        16   CHRIS: Yea, that's fucked up the he-that he's dead too.
        17   PUP: (UI)
        18   CHRIS: Your Uncle Sam was cool.
        19   PUP: (UI) another one (UI) same time, that their familia always
        20   getting right there with mine.
        21   CHRIS: Yea.
        22   PUP: They looked up to...they looked up to fucking (UI) my uncle
        23   Robert, my Uncle (UI)...but they fucking talked about (UI), my Uncle
        24   Clarence actually helped Padilla's to represent Padilla's.
        25   CHRIS: Oh I know, I-I was trying to (UI) I said that fucker was
00054:01   walking around like uh...the fucking hulk in there.
        02   PUP: That fucker's bigger than Thor. That fucking mustache itself is
        03   bigger than me.
        04   CHRIS: (laughs) Yea...She...
        05   PUP: (UI)
        06   CHRIS: ...she cruises around...
        07   PUP: (UI) and all them fuckers...
        08   CHRIS: Yea, hey, Claudette has a picture of you and your Uncle
        09   Clarence...what does she call him, her uncle Clyde.
        10   PUP: No, he never took a picture.
        11   CHRIS: Yea, no, no, no, it's just a picture of you and then,
        12   like folded, and then the picture of your Tio (family), no?
        13   PUP: Oh, oh, ok yea.
        14   CHRIS: Yea.
        15   PUP: Yea...
        16   CHRIS: Yea...
        17   PUP: ...I had a picture of my-my parents...I had one, (UI)
        18   with-with right before the riot (UI) he has a beanie on. He
        19   barely covers (UI) and shit, a big ol' fucking (UI). Fucking
```

Exh 427 - DISC 20001-20053.Transcript of convo btwn Ironman, Pup & C. Garcia.02321.PL.R.txt
```
        20  arms bigger than my leg, no?
        21  CHRIS: (laughs) Yea...
        22  PUP: (UI) He's a big ol' fucker, eh?
        23  CHRIS: Hey...Yea...
        24  PUP: They're the ones-they're the one that fucking represented Padilla
        25  when everybody looked up to him. And you got all these vatos (guys)
00055:01  now...like that vato (guy) Mike Padilla, who the fuck is he? He
        02  (UI) grew up in the neighborhood.
        03  CHRIS: Yea, he, no he didn't. That fuckers a nobody.
        04  PUP: That's what I'm saying. That (UI) right there... (UI) get
        05  him on the right track. Keep him in check.
        06  CHRIS: Yea. Hey, and uh...what about-what about-what about Snow?
        07  Did you guys rap to him the other day?
        08  PUP: Who?
        09  CHRIS: To uh...uh, your Primo (family) Mike Snow?
        10  PUP: Oh, yea, yea, yea.
        11  CHRIS: What'd he say?
        12  PUP: Nada just chopping it up.
        13  CHRIS: Yea is he-is he facing some time or no?
        14  PUP: Oh, man, I didn't even ask him.
        15  CHRIS: Yea I-I
        16  PUP: (UI) that shit (UI) a car...and he left (UI). (UI).
        17  CHRIS: Yea I...I think he said something about like 4...5 years,
        18  some shit.
        19  PUP: Yea, it was a long time ago. He did another car, (UI), ran into
        20  (UI) then he fucking takes off, or some shit.
        21  CHRIS: Ooh. Yea, cause that fucker gets all fucked up...
        22  PUP: Yea...
        23  CHRIS: ...and uh...
        24  PUP: ...the mother fuckers been having seizures too.
        25  CHRIS: Oh yea? They...I remember on Christmans day, over there in Cruces,
00056:01  we're-we're all happy...they had just started the visits, everything's
        02  going good, we're going to chow and fuckin' Snow fuckin' falls down
        03  and starts fuckin' shaking. They thought somebody had hit him.
        04  They lock it down. Start chasing people from the visit...and then uh,
        05   finally they snapped and nothing happened. And then everyone has
        06  to uh, get out get on the phone...call their people tell them hey,
        07  turn around and get back over here.
        08  PUP: (UI) what's up with Michelle?
        09  CHRIS: Huh? (laughs)
        10  PUP: What's up with my prima (family) Michelle?
        11  CHRIS: Oh shit, she-she's still...know what I mean? She-she's doing
        12  good. She's uh...I don't know, fuckin...I can't believe that Jerry
        13  doesn't trip with her you know what I mean?
        14  PUP: I don't think she'll get back with him.
        15  CHRIS: Yea, cause she's still fuckin'...psh, doing bad. You know
        16  what I mean? She's fuckin' still flossing.
        17  PUP: I heard she was losing a lot of weight.
```
Page 29

Exh 427 - DISC 20001-20053.Transcript of convo btwn Ironman, Pup & C. Garcia.02321.PL.R.txt
    18   CHRIS: Uhh not-not really. She's just...she's not-she's not as
    19   thick as she was, but she's still bad. But uh...
    20   PUP: (UI) how come you didn't look up uh...the carnal (brother) (UI)
    21   uh, (UI)?
    22   CHRIS: Oh oh, yea. You know what, that's...that's what she be I...
    23   uh, she'd be better off with him because she's fucking with um...
    24   some weird little fuckers. And uh...he had shot me a few pictures
    25   and shit, and I showed 'em to her. But uh...I don't know. They're
00057:01   planning on going to see you.
    02   PUP: (UI) I don't even have 'em on the list. I gotta make a whole new list.
    03   CHRIS: Yea, cause Claudette she already asked. She said hey, well,
    04   could I go see Pup (phonetic) this weekend? And-and I said I don't
    05   know, I don't know how that-that works.
    06   PUP: No, I gotta put her on my list.
    07   CHRIS: Yea well, you...
    08   PUP: I gotta send applications again.
    09   CHRIS: Yea well if you get 'em on their list, they'll fucking
    10   probably all be there...every weekend.
    11   PUP: I think fucking uh...Rene...Rene came down here (UI) that fucking
    12   that tour, that tour of the main facility.
    13   CHRIS: Yea, she went on it, she said it was pretty bad. And then she
    14   gots all kinds of pictures of you too all over.
    15   PUP: Yea, I got pictures on there.
    16   CHRIS: Yea, all those vatos (guys) go by and party and-and they got you
    17   in the fucking picture frames and shit. And then you know her
    18   boy Isaiah.
    19   PUP: Who?
    20   CHRIS: Isaiah.
    21   PUP: Oh the boy, yea.
    22   CHRIS: Yea, he's a little fool. That's one that I figured would
    23   probably end up in the penitentiary, but...
    24   PUP: (UI)
    25   CHRIS: Yea, he's uh...I don't-I don't know he's-he's snapping a little
00058:01   bit now but, that fuckers a little fool.
    02   PUP: Isaiah. Who's he kick it with?
    03   CHRIS: Uh that's Rene's son. But he's (UI)...
    04   PUP: Yea but he used to be riding with like (UI), or what?
    05   CHRIS: Uh...no, (UI) right there Los Padillas, he kicked it with your
    06   uncle Sam...Bozo (phonetic)...uh, Snow and all the other dudes
    07   that would go kick it, no?
    08   PUP: Yea.
    09   CHRIS: They'd be all (UI) and he'd be there fucking with all of them.
    10   Like 7-8 years old and just tripping on 'em. But now he's uh...
    11   13-14 and...
    12   PUP: Have you gotta...have you got a good bond with (UI) boy, right?
    13   CHRIS: Which one? Oh, with uh, Angel?
    14   PUP: Angel.
    15   CHRIS: Yea, that's a good one.

Exh 427 - DISC 20001-20053.Transcript of convo btwn Ironman, Pup & C. Garcia.02321.PL.R.txt
```
    16  PUP: (UI) got a good bond and everything. Fucking, get 'em, and fucking
    17  start making money.
    18  CHRIS: Oh yea, he...that-that one's uh...he's-he's not
    19  like...he's different, know what I mean? He's gotta a lot of-lot
    20  of heart...and he's not like uh, like a scary motherfucker, you
    21  know what I mean?
    22  PUP: Yea. (UI) how hold is he now? 15? 16?
    23  CHRIS: Yea, he just turned, uh, 18.
    24  PUP: Oh he's 18 now?
    25  CHRIS: Yea.
00059:01  PUP: Oh.
    02  CHRIS: Yea he's uh...he's doing alright. And then...and uh...her
    03  other one, her older one, Isaac, he's uh...got a pretty good job
    04  at uh, at Verizon.
    05  PUP: Verizon?
    06  CHRIS: Yea, he was-he was going to school to be a pharmacist...and
    07  then uh, just got burnt out. But uh... Claudette I don't know if she
    08  told you or not, but she was supposed to do her, uh, internship in
    09  the county jail. So, she was gonna do...like, whoever comes from
    10  the whole or from, like uh...like uh three nor, two nor, whatever...
    11  they come in and she takes their fucking vitals...shit like that.
    12  PUP: Oh yea, yea.
    13  CHRIS: Yea, so I told her that's fuckin...psh, that's cool as
    14  fuck, you know what I mean? And she even told me, what do you
    15  think about working like in the penitentiary or whatever.
    16  PUP: Yea, well maybe she can come over here...
    17  CHRIS: Oh that would be...
    18  PUP: ...application (UI) over here, right?
    19  CHRIS: Oh yea, that'd be fucking cherry.
    20  PUP: She's gots the credentials.
    21  CHRIS: Yea.
    22  PUP: So all she has to do is put in for the fucking over here...
    23  they'll hire through a fucking, uh, company called Corizon(?).
    24  CHRIS: Yea.
    25  PUP: That's the name, it's a private company over here, right?
00060:01  She could come over here, that be all (UI).
    02  CHRIS: Well fuckin I...I told her I said she-we-we...we
    03  could do...you could do that and we could do something on the
    04  side and...be doing real good. And, and you guys...doing fuckin,
    05  psh, real real good.
    06  PUP: Gotta keep that shit on the low.
    07  CHRIS: Yea.
    08  PUP: She can't be telling them that she's my prima (family).
    09  CHRIS: Right. That's what I was saying too, like, you
    10  know what I mean, about the...the visits and shit, cause she
    11  wants to be there every other weekend and...
    12  PUP: Well if that's the case, then she can't come over here.
    13  CHRIS: Yea. Yea exactly. But I know they're getting ready...
```

Exh 427 - DISC 20001-20053.Transcript of convo btwn Ironman, Pup & C. Garcia.02321.PL.R.txt
```
      14  cause I know she was raping to your mom...and uh...
      15  PUP: Yea well whenever uh...I send out applications and all that (UI),
      16  she needs to figure all that shit out (UI) and my mom, together.
      17  CHRIS: Alright.
      18  PUP: And fucking, we'll try to get (UI) to visit the carnal (brother)
      19  over here (UI).
      20  CHRIS: Oh yea. Pull out Crazo (phonetic). That fucker (UI)...
      21  PUP: (UI) you have-you have (UI) number?
      22  CHRIS: Uh...I don't. She-she changed it. She said someone was stalking
      23  her. But...
      24  PUP: (UI) get it.
      25  CHRIS: Yea but...
00061:01  PUP: (UI) get-get (UI) number, (UI) work on uh...getting (UI) or Sleepy's
      02  (phonetic) number.
      03  CHRIS: Orale
      04  PUP: (UI)
      05  CHRIS: Alright, I'll do that and then...
      06  PUP: (UI) I'm gonna kick on back....
      07  CHRIS: (UI)
      08  PUP: (UI) have a good night.
      09  CHRIS: Alright alright amor
      10  PUP: Amor
      11  CHRIS: Hey (UI) are you doing female and money and shit?
      12  PUP: Yea, I'm doing all that right now.
      13  CHRIS: Alright, if you need anything or whatever just uh...let me know.
      14  PUP: Alright, thanks.
      15  CHRIS: Orale (really).
      16  PUP: Orale (really) amor (love).
      17  CHRIS: Amor (love).
      18  CHS: Hey.
      19  CHRIS: Crazo (phonetic) hey. And then you too, you're
      20  gonna be uh, you'll be uh, next up having to spit some fucking
      21  rap at fucking uh...at Rene's ass.
      22  CHS: Hell yea, I'm just waiting on you.
      23  CHRIS: Yea, that way you can yank her and then she'll be over there...
      24  hey what's up, and fucking whatever, you know what I mean?
      25  CHS: Yea, see if you can come at the same time when uh, Claudette.
00062:01  CHRIS: Yup. And then they kick it with a gang of fucking...Rene
      02  gots like uh, uh fucking gang of hoes that she hangs around with.
      03  There's a bunch of them, you know what I mean? So...I don't know,
      04  you know what I mean. Cause they'll probably want-she'll probably
      05  want to take another one of her friends to see another carnal (brother)...
      06  that way, you know what I mean? Get everybody out. But I know a lot of the
      07  other carnals (brother) are fucking...they're uh,
      08  shell shocked, you know what I mean? They wouldn't know what the
      09  fuck to do.
      10  CHS: Yea, well just tell her even if uh, even if she just wants to come
      11  visit, just to kick it when Claudette comes to see
```

Exh 427 - DISC 20001-20053.Transcript of convo btwn Ironman, Pup & C. Garcia.02321.PL.R.txt

```
      12  PUP: (phonetic). Just tell her hey, she can just come kick it and we'll
      13  just throw (UI), you know what I mean?
      14  CHRIS: Yea.
      15  CHS: And then I'll-you know, once I got it in there (UI).
      16  CHRIS: Yea, fuck yea.
      17  CHS: But, send her those pictures and let her know, tell her I'm
      18  interested and shit and...just tell her,
      19  PUP: (phonetic) wants to hook us up, (UI).
      20  CHRIS: Yea, that'll work.
      21  CHS: But yea, send her those pictures and tell her that.
      22  And then if you can get number, it's all good.
      23  CHRIS: Yea, that'll work. Well, what are you guys doing? Are you getting
      24  tired?
      25  PUP: (phonetic) was already tired, huh?
00063:01  CHS: Yea, he probably just go...
      02  CHRIS: (UI)
      03  CHS: ...go lay it down.
      04  CHRIS: Yea, you guys gotta be under that bunk rapping the vent, no?
      05  CHS: Hell yea.
      06  CHRIS: So I guess after a while it gets a little fucking cramped up.
      07  Go kick back now. What time do they cut the lights off, at 10:30?
      08  CHS: Yup.
      09  CHRIS: Yea...
      10  CHS: Yea, it's almost that time.
      11  CHRIS: Orale (really) alright well uh...
      12  CHS: (UI)
      13  CHRIS: Alright carnal (brother)...
      14  CHS: (UI) that's good you guys got to talk to us. Yea, it's all
      15  good, we'll hit you up tomorrow.
      16  CHRIS: Alright, yea man,(UI) too that there's no haters now that you
      17  and him are right there and see whatever...who knows what they're,
      18  ya know what I mean, thinking. And then go and fuckin...know what
      19  I mean, say oh yea, they got this and that right there and...
      20  you know what I mean? You know, you know how the people do it.
      21  CHS: (UI)
      22  CHRIS: They start hating.
      23  CHS: We got that shit down though, they can't fuck with us.
      24  CHRIS: Yea.
      25  CHS: They couldn't even hear you all talking, I don't even think.
00064:01  Cause I had the TV on and shit, we're good.
      02  CHRIS: Oh yea, that's (UI), just be fuckin' on your toes.
      03  CHS: Alright (UI) I'll holler at you tomorrow then.
      04  CHRIS: Alright amor (love) fool.
      05  CHS: Alright brother, amor (love) (UI).
      06  CHRIS: Alright...alright.
      07  CHS: Later.
      08  CHRIS: Later.
      09  .
```

Exh 427 - DISC 20001-20053.Transcript of convo btwn Ironman, Pup & C. Garcia.02321.PL.R.txt
```
    10  .
    11  .
    12  .
    13  .
    14  .
    15  .
    16  .
```