IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CRIMINAL NO. 15-4268 JB |
| ) | |
| vs. ) | |
| ) | |
| ANGEL DELEON, et al., ) | |
| ) | |
| Defendants. ) | |

**MOTION FOR WRIT OF HABEAS CORPUS AD TESTIFICUNDUM
FOR TEMPORARY CUSTODY OF WITNESS**

The United States of America respectfully moves that the Court order the Clerk of this Court to issue a Writ of Habeas Corpus ad Testificundum directing the Sheriff or Warden of the Southern New Mexico Correctional Facility, Las Cruces, New Mexico, to surrender ERIC DURAN to the United States Marshals Service for the District of New Mexico or his authorized representative and that the United States Marshal or his authorized representative be directed to bring ERIC DURAN to the United States Courthouse for the District of New Mexico for the purpose of testifying in the above-captioned case.

ERIC DURAN will be returned to the Southern New Mexico Correctional Facility at the conclusion of the hearing or proceeding for which his appearance is required.

Respectfully submitted,

JAMES D. TIERNEY
Acting United States Attorney

*Electronically Filed 2/19/2018*
MARIA Y. ARMIJO
Assistant United States Attorney
200 N. Church Street
Las Cruces, NM 88001
(575) 522-2304 - Tel.