IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,    )
                             )
            Plaintiff,       )       CRIMINAL NO. 15-4268 JB
                             )
      vs.                    )
                             )
ANGEL DELEON, et al.,        )
                             )
            Defendants.      )

COPY

## WRIT OF HABEAS CORPUS AD TESTIFICUNDUM
## FOR TEMPORARY CUSTODY OF WITNESS

THE PRESIDENT OF THE UNITED STATES OF AMERICA:

TO:    Sheriff or Warden of Southern New Mexico Correctional Facility, Las Cruces, New Mexico, and to the United States Marshal or his authorized representative

GREETINGS:

You are hereby commanded to deliver BILLY CORDOVA, SSN ending 0110, a prisoner in your custody at the Southern New Mexico Correctional Facility to the United States Marshal for the District of New Mexico, or his representative.

The United States Marshals Service is commanded to produce BILLY CORDOVA for the purpose of testifying before the Honorable James O. Browning, United States District Judge, United States District Courthouse, 100 N. Church Street, 320 Tortugas Courtroom, Third Floor, on February 20, February 21, February 22 and February 23, 2018, at 8:00 AM.

BILLY CORDOVA is to be returned to the Southern New Mexico Correctional Facility at the conclusion of the hearing or proceeding for which his appearance is required.

WITNESS the Honorable _JAMES O. BROWNING_, District Judge of the United States District Court for the District of New Mexico, at Las Cruces, New Mexico, this _21ST_ day of February 2018.

_____
JAMES O. BROWNING
UNITED STATES DISTRICT JUDGE

_____
Matthew J. Dykman, Clerk