FILED
UNITED STATES DISTRICT COURT
LAS CRUCES, NEW MEXICO

FEB 21 2018

MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>) |
| Plaintiff, | ) CRIMINAL NO. 15-4268 JB<br>) |
| vs. | )<br>) |
| ANGEL DELEON, et al., | )<br>) |
| Defendants. | ) |

## ORDER FOR WRIT OF HABEAS CORPUS AD TESTIFICUNDUM
### FOR TEMPORARY CUSTODY OF WITNESS

Upon the motion of the United States Attorney for a Writ of Habeas Corpus ad Testificundum directed to the Sheriff or Warden of the Southern New Mexico Correctional Facility, Las Cruces, New Mexico, it is

ORDERED that the Clerk of this Court is hereby authorized to issue a Writ of Habeas Corpus ad Testificundum directing the Sheriff or Warden of Southern New Mexico Correctional Facility to surrender ERIC DURAN, SSN ending 9779, to the United States Marshal for the District of New Mexico or his representative in order that ERIC DURAN may be taken to the United States Courthouse for the District of New Mexico for the purpose of testifying in the above-captioned case before the Honorable James O. Browning, United States District Judge on February 16, 2018, February 20, February 21 and February 22, 2018, at 8:00 AM.

ERIC DURAN is to be returned to the Southern New Mexico Correctional Facility at the conclusion of the hearing or proceeding for which his appearance is required.

_____
JAMES O. BROWNING
UNITED STATES DISTRICT JUDGE