IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) CRIMINAL NO. 15-4268 JB |
| vs. | ) |
| ANGEL DELEON, et al., | ) |
| Defendants. | ) |

COPY

WRIT OF HABEAS CORPUS AD TESTIFICUNDUM
FOR TEMPORARY CUSTODY OF WITNESS

THE PRESIDENT OF THE UNITED STATES OF AMERICA:

TO: Sheriff or Warden of Southern New Mexico Correctional Facility, Las Cruces, New Mexico, and to the United States Marshal or his authorized representative

GREETINGS:

You are hereby commanded to deliver ERIC DURAN, SSN ending 9779, a prisoner in your custody at the Southern New Mexico Correctional Facility to the United States Marshal for the District of New Mexico, or his representative.

The United States Marshals Service is commanded to produce ERIC DURAN for the purpose of testifying before the Honorable James O. Browning, United States District Judge, United States District Courthouse, 100 N. Church Street, 320 Tortugas Courtroom, Third Floor, on February 16, 2018, February 20, February 21 and February 22, 2018, at 8:00 AM.

ERIC DURAN is to be returned to the Southern New Mexico Correctional Facility at the conclusion of the hearing or proceeding for which his appearance is required.

WITNESS the Honorable __JAMES O BROWNING__, District Judge of the United States District Court for the District of New Mexico, at Las Cruces, New Mexico, this __21ST__ day of February 2018.

_____
JAMES O. BROWNING
UNITED STATES DISTRIC JUDGE

_____
Matthew J. Dykman, Clerk