CLERK'S MINUTES

**BEFORE DISTRICT JUDGE JAMES O. BROWNING (IN LAS CRUCES)**

| | | | |
|---|---|---|---|
| **CASE NO.:** | No. CR 15-4268 JB | **DATES:** | February 19-23, 2018 |
| **CASE CAPTION:** | | *USA v. DeLeon, et al.* | |
| **CRD:** | J. Standridge | **COURT REPORTER:** | J. Bean |

**MONDAY, FEBRUARY 19, 2018 - HOLIDAY**

| | | |
|---|---|---|
| **COURT IN SESSION:** | **COURT IN RECESS:** | **TOTAL = 0:00** |

**TUESDAY, FEBRUARY 20, 2018**

| **COURT IN SESSION:** | 8:20 a.m.<br>10:02 a.m.<br>11:47 a.m.<br>2:18 p.m.<br>3:58 p.m. | **COURT IN RECESS:** | 9:50 a.m. = 1:30<br>11:32 a.m. = 1:30<br>1:17 p.m. = 1:30<br>3:47 p.m. = 1:29<br>5:33 p.m. = 1:35<br>**TOTAL = 7:34** |
|---|---|---|---|

**WEDNESDAY, FEBRUARY 21, 2018**

| **COURT IN SESSION:** | 8:17 A.M.<br>10:57 A.M.<br>11:13 A.M.<br>11:53 A.M.<br>1:10 P.M.<br>2:28 P.M.<br>3:45 P.M. | **COURT IN RECESS:** | 10:46 A.M. = 2:29<br>11:09 A.M. = 0:12<br>11:33 A.M. = 0:20<br>12:08 P.M. = 0:15<br>2:17 P.M. = 1:07<br>3:36 P.M. = 1:08<br>5:17 P.M. = 1:32<br>**TOTAL = 5:03** |
|---|---|---|---|

**THURSDAY, FEBRUARY 22, 2018**

| **COURT IN SESSION:** | 8:21 A.M.<br>9:59 A.M.<br>11:47 A.M.<br>2:22 P.M.<br>4:01 P.M. | **COURT IN RECESS:** | 9:47 A.M. = 1:26<br>11:32 A.M. = 1:33<br>1:17 P.M. = 1:30<br>3:47 P.M. = 1:25<br>5:36 P.M. = 1:35<br>**TOTAL = 7:29** |
|---|---|---|---|

**FRIDAY, FEBRUARY 23, 2018**

| **COURT IN SESSION:** | 8:28 A.M.<br>10:15 A.M.<br>11:59 A.M.<br>2:26 P.M.<br>4:18 P.M. | **COURT IN RECESS:** | 10:03 A.M. = 1:35<br>11:48 A.M. = 1:33<br>1:32 P.M. = 1:33<br>4:02 P.M. = 1:36<br>5:33 P.M. = 1:15<br>**TOTAL = 7:32** |
|---|---|---|---|

**TYPE OF PROCEEDING:** Jury Selection/Jury Trial (see below)

**COURT'S RULING/DISPOSITION:**

1.

**ORDER CONSISTENT WITH COURT'S RULING TO BE PREPARED BY:**

| **ATTORNEYS PRESENT FOR PLAINTIFF(S):** | **ATTORNEYS PRESENT FOR DEFENDANT(S):** |
|---|---|
| Maria Armijo/Randy Castellano/ Matthew Beck, AUSAs | Richard Jewkes/Amy Jacks (for Deft. Daniel Sanchez) |
| | Marc Lowry/Theresa Duncan (for Deft. Anthony Ray Baca) |
| | William Maynard/Carrie Bhalla (for Deft. Carlos Herrera) |
| | Ryan Villa/Justine Fox-Young (for Deft. Rudy Perez) |
| **COURT IN SESSION:** | **8:30 a.m.** |
| **COURT:** | Calls case.  Counsel enter appearances. FBI Special Case Agent Brian Acee present.  Eda Gordon, Investigator, present with Defendant Perez. Cynthia Gilbert, paralegal, present for all defense teams. |

### <u>MONDAY, FEBRUARY 19, 2018</u>

**HOLIDAY**

### <u>TUESDAY, FEBRUARY 20, 2018</u>

**8:20 a.m. Court in session.**

**8:27 a.m. Ms. Armijo:** Calls Dr. Leslie Hamilton to testify.

**Clerk:** Swears in Dr. Leslie Hamilton.

**Ms. Armijo:** Direct examination of Dr. Hamilton.

**8:36 a.m. Ms. Armijo:** Moves to admit Govt Exhibits 143 – 161 and 166, 167.

**Defense:** No objections.

**Court: Admits Govt Exhibits 143 – 161 and 166, 167.**

**8:49 a.m. Ms Armijo:** Passes the witness.

**Defense:** No questions.

**Court: Dr. Hamilton may step down from the witness stand. Witness is excused from the proceedings.**

**8:49 Mr. Casetellano:** Calls Mario Montoya to testify.

**Court:** Calls and conducts bench conference.

**8:57 a.m. Clerk:** Swears in Mario Montoya.

**Mr. Castellano:** Direct examination of Mr. Montoya.

**9:48 a.m. Jury exits courtroom.**

**9:50 a.m. Court in recess.**

**10:02 a.m. Court in session.**

**Court:** Addresses 5th Amendment privileges re: Mr. Montoya and Mr. Duran.

**Ms. Duncan:** Responds to Court's 5th Amendment privileges.

**10:06 a.m. Jury enters courtroom.**

**Court:** Reminds Mr. Montoya that he is still under oath.

**Mr. Castellano:** Continues direct examination of Mr. Montoya.

**10:11 a.m. Mr. Castellano:** Moves to admit Govt Exhibit 356.

**Ms. Jacks:** Stands by position already presented to the Court.

**Ms. Fox-Young:** Objection previously stated.

**Court: Admits Govt Exhibit 356.**

**10:13 a.m.** Mr. Montoya identifies Deft Baca.

**10:45 a.m. Ms. Jacks:** Requests limiting instruction.

**Court: Limiting Instruction – Recording may only be used against Deft Baca, and may not be used against remaining 3 defendants.**

**10:46 a.m. Mr. Castellano:** Moves to admit Govt Exhibit 380.

**Defense:** Objections previously stated.

**Court: Admits Govt Exhibit 380.**

**11:25 a.m. Mr. Lowry:** Objection, witness continually mentions Secretary of Corrections. Secretary of Corrections not mentioned on tape.

**Court: Over-ruled.**

**11:30 a.m. Mr. Castellano:** Moves to admit Govt Exhibit 334.

**Defense:** Objections previously stated.

**Court: Admits Govt Exhibit 334.**

**Ms. Jacks:** Requests limiting instruction.

**Court: Limiting Instruction – Recording may only be used against Deft Baca, and may not be used against remaining 3 defendants.**

**Mr. Castellano:** Requests the Court read jury instruction re: audio and transcripts.

**Court: Reads jury instruction re: audio and transcripts.**

**11:32 a.m. Court in recess.**

**11:47 a.m. Court in session.**

**Mr. Castellano:** Confirms Govt Exhibit 334, has been admitted.

**Mr. Lowry:** No objection. Wants to make a record that defense teams have not had the opportunity to review audios.

**Court:** Makes a copy of the 10 transcript clips for Mr. Lowry.

**11:49 a.m. Jury enters courtroom.**

**Court:** Reminds Mr. Montoya is still under oath.

**Mr. Castellano:** Continue direct examination of Mr. Montoya.

**12:04 p.m. Mr. Lowry:** Objection, speculation.

**Court:** Over-ruled.

**Mr. Lowry:** Objection, hearsay.

**Court:** Over-ruled.

**Mr. Lowry:** Objection, hearsay and speculation.

**Court:** Lead witness through testimony.

**12:11 p.m. Mr. Lowry:** Objection, non-responsive.

**Court:** Over-ruled.

**12:28 p.m. Mr. Castellano:** Moves to admit Govt Exhibit 394.

**Defense:** Objections previously stated.

**Court: Admits Govt Exhibit 394.**

**Ms. Jacks:** Requests limiting instruction.

**Court: Limiting Instruction – Recording may only be used against Deft Baca, and may not be used against remaining 3 defendants.**

**12:39 p.m. Mr. Castellano:** Moves to admit Govt Exhibit 396.

**Defense:** Objections previously stated.

**Court: Admits Govt Exhibit 396.**

**1:07 p.m. Mr. Castellano:** Moves to admit Govt Exhibits 759, 684 & 685.

**Defense:** Objections previously stated.

**Court: Admits Govt Exhibits 759, 684 & 685.**

**1:15 p.m. Court: Limiting instruction - Armenta conversation may only be used against Deft Baca, and may not be used against remaining 3 defendants.**

**1:17 p.m. Court in recess.**

**2:18 p.m. Court in session.**

**Court:** Inquires Govt and Mr. Lowry re: 304 and 305.

**2:20 p.m. Jury enters courtroom.**

**Court:** Reminds Mr. Montoya he is still under oath.

**Mr. Castellano:** Continues direct examination of Mr. Montoya.

**2:24 p.m.** Mr. Montoya identifies Deft Sanchez.

**2:27 p.m. Mr. Castellano:** Passes the witness.

**Mr. Lowry:** Cross examination of Mr. Montoya, on behalf of Deft Baca.

**2:47 p.m. Mr. Castellano:** Objection, relevance.

**Court:** Over-ruled.

**2:47 p.m. Mr. Castellano:** Objection, relevance and 5th Amendment Rights.

**Court:** Over-ruled. Witness has counsel present to invoke 5th Amendment Rights.

**Mr. Candelaria:** Invokes Mr. Montoya's 5th Amendment Right.

**Court:** Mr. Candelaria seated beside Mr. Montoya re: 5th Amendment Right.

**Mr. Lowry:** Continue cross examination of Mr. Montoya.

**2:54 p.m. Mr. Montoya:** On advice of his counsel, witness invokes his 5th Amendment Right.

**3:11 p.m. Court:** Calls and conducts bench conference.

**3:14 p.m. Mr. Lowry:** Continues cross examination of Mr. Montoya.

**3:45 p.m. Mr. Lowry:** Moves to admit Defendant Exhibit AJ1.

**Govt & Defense:** No objections.

**Court: Admits Defendant Exhibit AJ1.**

**3:47 p.m. Court in recess.**

**3:58 p.m. Court in session.**

**Mr. Lowry:** Addresses trial brief and Govt Exhibit 304.

**4:02 p.m. Jury enters courtroom.**

**4:09 p.m. Mr. Lowry:** Passes the witness.

**Defense:** No other defendant has cross examination of Mr. Montoya.

**Mr. Castellano:** Re-direct examination of Mr. Montoya.

**4:16 p.m. Mr. Castellano:** Passes the witness.

**Mr. Lowry:** Re-cross examination of Mr. Montoya.

**4:18 p.m. Court: Mr. Montoya may step down from the witness stand. Witness is excused from the proceedings.**

**4:19 p.m. Ms. Armijo:** Calls Eric Duran to testify.

**Court:** Calls and conducts bench conference.

**4:24 p.m. Clerk:** Swears in Eric Duran.

**Ms. Armijo:** Direct examination of Mr. Duran.

**4:43 p.m.** Mr. Duran identifies Deft Sanchez.

**4:46 p.m.** Mr. Duran identifies Deft Herrera.

**4:47 p.m. Mr. Villa:** Stipulates to the identity of Deft Perez, by Mr. Duran.

**4:49 p.m. Ms. Jacks:** Requests limiting instruction.

**Court: Limiting instruction – Statement by Mr. Duran may only be used in consideration of guilt as to Deft Perez, and not as to the other 3 defendants.**

**4:50 p.m.** Mr. Duran identifies Deft Baca.

**5:19 p.m. Ms. Armijo:** Moves to admit Govt Exhibit 368.

**Court:** Calls and conducts bench conference.

**5:20 p.m. Court: Admits Govt Exhibit 368.**

**Ms. Armijo:** Continues direct examination of Mr. Duran.

**5:33 p.m. Court in recess.**

## WEDNESDAY, FEBRUARY 21, 2018

**8:17 a.m. Court in session.**

**Court:** Addresses Govt Exhibit 304 & 305. Over-ruling objection. Allow Govt to enter evidence.

**8:20 a.m. Court: Admits Clerk's Exhibit P.**

**8:24 a.m. Mr. Villa:** Requests to keep informed of the status of the Govt's case.

**Mr. Beck:** Informs Court the anticipated end date for the Govt's case to be Thursday or Friday, of next week.

**8:28 a.m. Jury enters courtroom.**

**Court:** Reminds Mr. Duran that he is still under oath.

**Ms. Armijo:** Continue direct examination of Mr. Duran.

**8:39 a.m. Ms. Armijo:** Moves to admit Govt Exhibit 322.

**Defense:** Request a bench conference.

**Court:** Calls and conducts bench conference.

**8:42 a.m. Court: Admits Govt Exhibt 322.**

**8:44 a.m. Ms. Armijo:** Moves to admit Govt Exhibit 294.

**Ms. Duncan:** Objection. Discussed yesterday.

**8:46 a.m. Jury exits courtroom.**

**Court:** Discusses audio tapes and transcripts with parties, outside the presence of the jury.

**9:23 a.m. Jury enters courtroom.**

**Court:** Reminds Mr. Duran that he is still under oath.

**Ms. Armijo:** Continues direct examination of Mr. Duran.

**9:26 a.m. Ms. Armijo:** Moves to admit Govt Exhibit 292.

**Defense:** No additional objections.

**Court: Admits Govt Exhibit 292.**

**Ms. Jacks:** Requests limiting instructions.

**Court: Limiting Instruction – Conversations being played may only be used in consideration of guilt as to Deft Baca, and may not be used as to the remaining 3 defendants.**

**9:37 a.m. Ms. Armijo:** Moves to admit Govt Exhibit 376.

**Court:** Calls and conducts bench conference.

**9:38 a.m. Court: Admits Govt Exhibit 376.**

**Ms. Jacks:** Requests limiting instruction.

**Court: Limiting Instruction – Conversations being played may only be used in consideration of guilt as to Deft Baca, and may not be used as to the remaining 3 defendants.**

**9:43 a.m. Ms. Armijo:** Moves to admit Govt Exhibit 362.

**Court:** Calls and conducts bench conference.

**9:45 a.m. Court: Admits Govt Exhibit 362.**

**Ms. Jacks:** Requests limiting instruction.

**Court: Limiting Instruction – Conversations being played may only be used in consideration of guilt as to Deft Baca, and may not be used as to the remaining 3 defendants.**

**9:50 a.m. Ms. Duncan:** Request limiting instruction.

**Court: Limiting Instruction – Statements made by Mr. Duran are admitted for the context of the conversation, but not for the truth of the conversation.**

**9:52 a.m. Ms. Armijo:** Moves to admit Govt Exhibit 304.

**Court: Admits Govt Exhibit 304.**

**9:59 a.m. Ms. Duncan:** Objection, foundation.

**Court:** Lay some foundation.

**10:00 a.m. Ms. Duncan:** Objection, non-responsive.

**Court:** Over-ruled.

**Ms. Duncan:** Objection, Witness opinion.

**Court:** Over-ruled.

**Ms. Duncan:** Objection, hearsay.

**Court:** Over-ruled.

**10:08 a.m. Ms. Armijo:** Moves to admit Govt Exhibit 388.

**Defense:** No objection.

**Court: Admits Govt Exhibit 388.**

**Ms. Jacks:** Requests limiting instruction.

**Court: Limiting Instruction – Conversations being played may only be used in consideration of guilt as to Deft Baca, and may not be used as to the remaining 3 defendants.**

**10:11 a.m. Ms. Armijo:** Moves to admit Govt Exhibit 310.

**Defense:** No objection.

**Court: Admits Govt Exhibit 310.**

**Ms. Jacks:** Requests limiting instruction.

**Court: Limiting Instruction – Conversations being played may only be used in consideration of guilt as to Deft Baca, and may not be used as to the remaining 3 defendants.**

**10:14 a.m. Ms. Armijo:** Moves to admit Govt Exhibit 320.

**Defense:** No objection.

**Court: Admits Govt Exhibit 320.**

**Ms. Jacks:** Requests limiting instruction.

**Court: Limiting Instruction – Conversations being played may only be used in consideration of guilt as to Deft Baca, and may not be used as to the remaining 3 defendants.**

**10:17 a.m. Ms. Armijo:** Moves to admit Govt Exhibit 390.

**Court:** Calls and conducts bench conference.

**10:20 a.m. Court: Admits Govt Exhibit 390.**

**Court: Limiting Instruction – Conversations being played may only be used in consideration of guilt as to Deft Baca, and may not be used as to the remaining 3 defendants.**

**10:25 a.m. Ms. Armijo:** Moves to admit Govt Exhibit 296.

**Defense:** No objection.

**Court: Admits Govt Exhibit 296.**

**Ms. Jacks:** Requests limiting instruction.

**Court: Limiting Instruction – Conversations being played may only be used in consideration of guilt as to Deft Baca, and may not be used as to the remaining 3 defendants.**

**10:31 a.m. Ms. Armijo:** Moves to admit Govt Exhibit 308.

**Defense:** No objection.

**Court: Admits Govt Exhibit 308.**

**Ms. Jacks:** Requests limiting instruction.

**Court: Limiting Instruction – Conversations being played may only be used in consideration of guilt as to Deft Baca, and may not be used as to the remaining 3 defendants.**

**10:39 a.m. Ms. Duncan:** Request limiting instruction.

**Court: Limiting Instruction – Statements made by Mr. Duran are admitted for the context of the conversation, but not for the truth of the conversation.**

**10:41 a.m. Ms. Armijo:** Moves to admit Govt Exhibit 384.

**Court:** Calls and conducts bench conference.

**10:44 a.m. Court: Admits Govt Exhibit 384.**

**10:46 a.m. Court in recess.**

**10:57 a.m. Court in session.**

**Ms. Duncan:** Addresses objections to the court re: Govt Exhibit 330.

**11:02 a.m. Jury enters courtroom.**

**Court:** Reminds Mr. Duran that he is still under oath.

**Court: Limiting Instruction – Conversations being played may only be used in consideration of guilt as to Deft Baca, and may not be used as to the remaining 3 defendants, re: Govt Exhibit 384.**

**11:07 a.m. Ms. Armijo:** Moves to admit Govt Exhibit 422.

**11:07 a.m. Jury exits courtroom.**

**11:09 a.m. Court in recess.**

**11:13 a.m. Court in session.**

**Ms. Duncan:** Requests only evidence presented in open court be provided to the jury.

**Ms. Jacks:** Agrees with request by Ms. Duncan.

**11:24 a.m. Jury enters courtroom.**

**Court:** Reminds Mr. Duran that he is still under oath.

**Court: Admits Govt Exhibit 422.**

**11:26 a.m. Court: Limiting Instruction – Conversations being played may only be used in consideration of guilt as to Deft Baca, and may not be used as to the remaining 3 defendants.**

**11:31 a.m. Ms. Armijo:** Moves to admit Govt Exhibit 420.

**11:33 a.m. Jury exits courtroom.**

**11:33 a.m. Court in recess.**

**11:53 a.m. Court in session.**

**Court: Addresses redactions in Govt Exhibit 420.**

**12:01 p.m. Jury enters courtroom.**

**Court:** Reminds Mr. Duran that he is still under oath.

**Court: Admits Govt Exhibit 420.**

**12:03 p.m. Court: Limiting Instruction – Conversations being played may only be used in consideration of guilt as to Deft Baca, and may not be used as to the remaining 3 defendants.**

**12:07 p.m. Ms. Armijo:** Moves to admit Govt Exhibit 416.

**12:08 p.m. Court in recess.**

**1:10 p.m. Court in session.**

**Court:** Addresses redaction of transcripts.

**1:17 p.m. Jury enters courtroom.**

**Court: Reminds Mr. Duran that he is still under oath.**

**Court: Admits Govt Exhibit 416.**

**Ms. Jacks:** Requests limiting instruction.

**1:21 p.m. Court: Limiting Instruction – Conversations being played may only be used in consideration of guilt as to Deft Baca, and may not be used as to the remaining 3 defendants.**

**1:23 p.m. Ms. Armijo:** Moves to admit Govt Exhibit 328.

**Defense:** No objection.

**Court: Admits Govt Exhibit 328.**

**Ms. Jacks:** Requests limiting instruction.

**Court: Limiting Instruction – Conversations being played may only be used in consideration of guilt as to Deft Baca, and may not be used as to the remaining 3 defendants.**

**1:28 p.m. Ms. Armijo:** Moves to admit Govt Exhibit 330.

**Defense:** No objection.

**Court: Admits Govt Exhibit 330.**

**Ms. Jacks:** Requests limiting instruction.

**Court: Limiting Instruction – Conversations being played may only be used in consideration of guilt as to Deft Baca, and may not be used as to the remaining 3 defendants.**

**1:31 p.m. Ms. Armijo:** Moves to admit Govt Exhibit 344.

**Defense:** No objection.

**Court: Admits Govt Exhibit 344.**

**Ms. Jacks:** Requests limiting instruction.

**Court: Limiting Instruction – Conversations being played may only be used in consideration of guilt as to Deft Baca, and may not be used as to the remaining 3 defendants.**

**1:33 p.m. Ms. Armijo:** Moves to admit Govt Exhibit 418.

**Court:** Calls and conducts bench conference.

**1:37 p.m. Court: Admits Govt Exhibit 418.**

**Court: Limiting Instruction – Conversations being played may only be used in consideration of guilt as to Deft Baca, and may not be used as to the remaining 3 defendants.**

**1:43 Ms. Duncan:** Objection, answered and Ms. Armijo is testifying.

**Court:** Over-ruled.

**1:44 p.m. Ms. Armijo:** Moves to admit Govt Exhibit 348.

**Court:** Calls and conducts bench conference.

**1:48 p.m. Court: Admits Govt Exhibit 348.**

**Court: Limiting Instruction – Conversations being played may only be used in consideration of guilt as to Deft Baca, and may not be used as to the remaining 3 defendants.**

**2:09 p.m. Ms. Jacks:** Objection, hearsay.

**Court:** Lay foundation.

**2:11 p.m. Ms. Jacks:** Objections, hearsay and compound.

**Court:** Over-ruled.

**2:13 p.m. Ms. Jacks:** Objections, non-responsive.

**Court:** Over-ruled.

**2:15 p.m. Ms. Jacks:** Objections, hearsay.

**Court:** Over-ruled.

**2:15 p.m. Ms. Armijo:** Passes the witness.

**Ms. Duncan:** Requests a recess prior to cross examination.

**Court:** Introduces Ken Del Valle, counsel for Mr. Duran, to the jury.

**2:17 p.m. Court in recess.**

**2:28 p.m. Court in session.**

**Ms. Duncan:** Informs the Court that she will be moving to admit Govt Exhibit 324.

**2:31 p.m. Jury enters courtroom.**

**Court:** Reminds Mr. Duran that he is still under oath.

**Ms. Duncan:** Cross examination of Mr. Duran, on behalf of Deft Baca.

**2:41 p.m. Mr. Del Valle:** Objects. Advises Mr. Duran to invoke his 5th Amendment Right.

**Court:** Inquires if Mr. Duran is taking his counsel's advice.

**Mr. Duran:** Agrees with his counsel. Invokes 5th Amendment Right.

**Mr. Del Valle:** Objects. Advises Mr. Duran to invoke his 5th Amendment Right.

**Court:** Inquires if Mr. Duran is taking his counsel's advice.

**Mr. Duran:** Agrees with his counsel. Invokes 5th Amendment Right.

**2:43 p.m. Mr. Del Valle:** Objects. Advises Mr. Duran to invoke his 5th Amendment Right.

**Court:** Inquires if Mr. Duran is taking his counsel's advice.

**Mr. Duran:** Agrees with his counsel. Invokes 5th Amendment Right.

**2:48 p.m. Ms. Duncan:** Moves to admit Defendant Exhibits AE1 – AE5.

**Govt & Defense:** No objections.

**Court: Admits Defendant Exhibits AE1 – AE5.**

**2:53 p.m. Ms. Duncan:** Moves to admit Govt Exhibit 324. Only admitting the portion played.

**Ms. Armijo:** Object. Request entire Govt Exhibit 324 be admitted.

**Ms. Duncan:** Defense will move to admit the exhibit as defense exhibit.

**2:54 p.m. Ms. Duncan:** Moves to admit Defendant Exhibits FR.

**Govt & Defense:** No objections.

**Court: Admits Defendant Exhibits FR.**

**2:56 p.m. Ms. Duncan:** Marks Defendant Exhibit ED1.

**3:03 p.m. Ms. Duncan:** Marks Defendant Exhibit ED6.

**3:08 p.m. Ms. Duncan:** Marks Defendant Exhibit ED3.

**3:09 p.m. Ms. Duncan:** Marks Defendant Exhibit ED4.

**3:13 p.m. Ms. Armijo:** Requests to approach.

**Court:** Calls and conducts bench conference.

**3:14 p.m. Ms. Duncan:** Continues cross examination of Mr. Duran.

**3:17 p.m. Ms. Duncan:** Marks Defendant Exhibit Z40.

**3:18 p.m. Ms. Duncan:** Marks Defendant Exhibit Z33.

**3:20 p.m. Ms. Armijo:** Objection, 609.

**Court:** Will not allow theft of gun. Will allow forgery.

**3:21 p.m. Mr. Del Valle:** Objects. Advises Mr. Duran to invoke his 5th Amendment Right.

**Court:** Inquires if Mr. Duran is taking his counsel's advice.

**Mr. Duran:** Agrees with his counsel. Invokes 5th Amendment Right.

**3:27 p.m. Ms. Duncan:** Marks Defendant Exhibit FS.

**3:33 p.m. Jury exits courtroom.**

**3:24 p.m. Ms. Armijo:** Requests telephone calls used for impeachment be made outside the presence of the jury.

**3:36 p.m. Court in recess.**

**3:45 p.m. Court in session.**

**Ms. Armijo:** Addresses the portion of the transcript that will be used to impeach.

**Court:** Reminds Mr. Duran that he is still under oath.

**3:49 p.m. Jury enters courtroom.**

**Court:** Reminds Mr. Duran that he is still under oath.

**Ms. Duncan:** Continues cross examination of Mr. Duran.

**3:57 p.m. Ms. Duncan:** Moves to admit Defendant Exhibits V4 & V9.

**Ms. Armijo:** Objects to the admission of V4, not complete.

**Court: Admits Defendant Exhibits V4 & V9. Defendant Exhibit V4 will be substituted with complete document.**

**4:06 p.m. Ms Duncan:** Marks Defendant Exhibit Z36.

**Ms. Armijo:** Requests the audio recording be played outside the presence of the jury.

**4:07 p.m. Jury exits courtroom.**

**Ms. Duncan:** Unable to play Defendant Exhibit Z36.

**4:12 p.m. Jury enters courtroom.**

**4:14 p.m. Ms. Duncan:** Passes the witness.

**Ms. Bhalla:** Cross examination of Mr. Duran, on behalf of Deft Herrera.

**4:16 p.m. Ms. Armijo:** Objection, foundation.

**Court:** Over-ruled.

**4:17 p.m. Ms. Armijo:** Objection, foundation.

**Court: Limiting Instruction – Statements made by Mr. Duran are admitted for the context of the conversation, but not for the truth of the conversation.**

**4:18 p.m. Ms. Bhalla:** Passes the witness.

**Mr. Villa:** Cross examination of Mr. Duran, on behalf of Deft Perez.

**4:20 p.m. Ms. Armijo:** Objection, argumentative.

**Court:** Instructs counsel to not argue the evidence.

**4:25 p.m. Ms. Armijo:** Objection.

**Court:** Sustained.

**4:25 p.m. Court:** Calls and conducts bench conference.

**4:28 p.m. Mr. Villa:** Continue cross examination of Mr. Duran.

**4:33 p.m. Mr. Villa:** Passes the witness.

**Ms. Jacks:** Cross examination of Mr. Duran, on behalf of Deft Sanchez.

**4:43 p.m. Ms. Jacks:** Offers stipulation - Incident between Daniel Sanchez and Daniel Munzo occurred on 11/14/2005.

**Govt & Defense:** No objection.

**Court: Accepts stipulation - Incident between Daniel Sanchez and Daniel Munzo occurred on 11/14/2005.**

**4:47 p.m. Ms. Jacks:** Passes the witness.

**Ms. Armijo:** Re-direct examination of Mr. Duran.

**4:53 p.m. Ms. Duncan:** Objection, hearsay.

**Court:** Establish testimony is coming from Mr. Baca.

**Ms. Jacks:** Requests limiting instruction.

**Court: Limiting Instruction – Statement may only be used in consideration of guilt as to Deft Baca, and may not be used as to the remaining 3 defendants.**

**4:55 p.m. Mr. Villa:** Objection.

**Ms. Armijo:** Re-phrasing question.

**Mr. Villa:** Objection, outside the scope of cross examination.

**Court:** Over-ruled.

**4:56 p.m. Ms. Jacks:** Requests limiting instruction.

**Court: Limiting Instruction – Statement may only be used in consideration of guilt as to Deft Baca, and may not be used as to the remaining 3 defendants.**

**4:58 p.m. Ms. Armijo: No further questions.**

**Ms. Duncan: Requests to approach.**

**Court:** Calls and conducts bench conference.

**5:11 p.m. Ms. Duncan:** Re-cross examination of Mr. Duran.

**5:12 p.m. Ms. Duncan:** No further questions.

**Mr. Villa:** Re-cross examination of Mr. Duran.

**5:16 p.m. Mr. Villa:** No further questions.

**5:17 p.m. Court in recess.**

<u>**THURSDAY, FEBRUARY 22, 2018**</u>

**8:21 a.m. Court in session.**

**Mr. Jewkes:** Informs the court of a death in his family. Requests permission to attend the services on Friday, 02/23/2018.

**Ms. Duncan:** Informs the court of 2 items she failed to inquire of Mr. Duran.

**Court:** Informs parties that Juror #4 is feeling ill and will be going to a Prompt Care Facility.

**Mr. Villa:** Requests a time frame as to when the Govt plans on resting their case.

**Ms. Armijo:** Anticipates conclusion of Govt case late today, or tomorrow (02/23/2018). Requests names of witnesses from defense counsel.

**8:29 a.m. Jury enters courtroom.**

**8:32 a.m. Court:** Reminds Mr. Duran that he is still under oath.

**Ms. Bhalla:** Re-cross examination of Mr. Duran.

**8:33 a.m. Ms. Duncan:** Re-cross examination of Mr. Duran.

**8:36 a.m. Ms. Armijo:** Re-direct examination of Mr. Duran.

**8:38 a.m. Court:** Mr. Duran may step down from the witness stand. Witness is subject to recall. Witness is admonished from discussing his testimony or the case with anyone.

**8:39 a.m. Mr. Castellano:** Calls Billy Cordova to testify.

**8:41 a.m. Clerk:** Swears in Billy Cordova.

**Mr. Castellano:** Direct examination of Mr. Cordova.

**8:44 a.m. Mr. Castellano:** Moves to admit Govt Exhibit 242.

**Defense:** No objection.

**Court: Admits Govt Exhibit 242.**

**9:13 a.m.** Mr. Cordova identifies Deft Sanchez.

**9:19 a.m. Ms. Jacks:** Objection. Narrative.

**Mr. Castellano:** Will break testimony up with question and answers.

**9:21 a.m. Ms. Jacks:** Objection. Calls for conclusion based on hearsay.

**Court:** Lay some foundation.

**9:23 a.m. Ms. Bhalla:** Stipulates to the identification of Deft Herrera.

Mr. Cordova identifies Deft Herrera.

**Mr. Villa:** Objection, hearsay.

**Court:** Lay some foundation.

**9:41 a.m. Ms. Jacks:** Objection. Narrative.

**Court:** Break up testimony with more questions and answers.

**9:47 a.m. Court in recess.**

**9:59 a.m. Court in session.**

**Court:** Informs parties to have witnesses ready to testify. USMS has limited manpower available. Difficult for USMS to transport witnesses for attorneys to speak with re: trial prep.

**Ms. Bhalla:** Objection to Govt Exhibit 195.

**Court:** Instructs Ms. Bhalla to provide the Court with a copy of the transcript she is objecting to.

**10:03 a.m. Jury enters courtroom.**

**Court:** Reminds Mr. Cordova that he is still under oath.

**Mr. Castellano:** Continues direct examination of Mr. Cordova.

**Mr. Castellano:** Moves to admit Govt Exhibits 768, 769, 770.

**Defense:** No objections.

**Court: Admits Govt Exhibits 768, 769, 770.**

**10:09 a.m. Mr. Castellano:** Moves to admit Govt Exhibit 176.

**Defense:** No objections.

**Court: Admits Govt Exhibit 176.**

**Ms. Jacks:** Requests limiting instruction.

**Court: Limiting Instruction – Statement may only be used in consideration of guilt as to Deft Perez, and may not be used as to the remaining 3 defendants.**

**10:29 a.m. Ms. Jacks:** Objection. Narrative.

**Court:** Ask more question and answers.

**10:35 a.m. Mr. Castellano:** Moves to admit Govt Exhibit 178.

**Defense:** No objections.

**Court: Admits Govt Exhibit 178.**

**Ms. Jacks:** Requests limiting instruction.

**Court: Limiting Instruction – Statement may only be used in consideration of guilt as to Deft Perez, and may not be used as to the remaining 3 defendants.**

**10:43 a.m. Mr. Villa:** Objection. Speculation.

**Court:** Lay foundation.

**10:43 a.m. Mr. Villa:** Objection. Speculation.

**Court:** Ask witness what he knows.

**11:05 a.m. Ms. Duncan:** Objection. Calls for hearsay.

**Court:** Have witness give his understanding without stating what other people said.

**11:08 a.m. Ms. Duncan:** Objection. Narrative.

**Court:** Break up testimony in question and answer.

**11:16 a.m. Mr. Castellano:** Moves to admit Govt Exhibit 180.

**Defense:** No objections.

**Court: Admits Govt Exhibit 180.**

**Ms. Jacks:** Requests limiting instruction.

**Court: Limiting Instruction – Statement may only be used in consideration of guilt as to Deft Perez, and may not be used as to the remaining 3 defendants.**

**11:26 a.m. Ms. Duncan:** Objection. Hearsay.

**Court:** Sustained.

**11:32 Court in recess.**

**11:47 Court in session.**

**Court:** Reminds Mr. Cordova that he is still under oath.

**Mr. Castellano:** Continue direct examination of Mr. Cordova.

**11:51 a.m. Mr. Castellano:** Moves to admit Govt Exhibit 182.

**Defense:** No objections.

**Court: Admits Govt Exhibit 182.**

**Ms. Jacks:** Requests limiting instruction.

**Court: Limiting Instruction – Statement may only be used in consideration of guilt as to Deft Perez, and may not be used as to the remaining 3 defendants.**

 **11:59 a.m. Mr. Castellano:** Moves to admit Govt Exhibit 184.

**Defense:** No objections.

**Court: Admits Govt Exhibit 184.**

**Ms. Jacks:** Requests limiting instruction.

**Court: Limiting Instruction – Statement may only be used in consideration of guilt as to Deft Perez, and may not be used as to the remaining 3 defendants.**

**12:14 p.m. Mr. Villa:** Objection. Speculation.

**Court:** Lay some foundation. Limit it to the understanding of the witness.

**12:15 p.m. Mr. Villa:** Objection. Speculation.

**Court:** Over-ruled.

**12:22 p.m. Ms. Duncan:** Objection. Non-responsive.

**Court:** Over-ruled.

**12:51 p.m. Ms. Jacks:** Objection. Narrative.

**Court:** Break up testimony in question and answer.

**12:55 p.m. Mr. Castellano:** Moves to admit Govt Exhibit 186.

**Defense:** No objections.

**Court: Admits Govt Exhibit 186.**

**Ms. Jacks:** Requests limiting instruction.

**Court: Limiting Instruction – Statement may only be used in consideration of guilt as to Deft Perez, and may not be used as to the remaining 3 defendants.**

**1:00 p.m. Mr. Castellano:** Moves to admit Govt Exhibit 188.

**Defense:** No objections.

**Court: Admits Govt Exhibit 188.**

**Ms. Jacks:** Requests limiting instruction.

**Court: Limiting Instruction – Statement may only be used in consideration of guilt as to Deft Perez, and may not be used as to the remaining 3 defendants.**

**1:02 p.m. Ms. Duncan:** Requests to approach.

**Court:** Calls and conducts bench conference.

**1:03 p.m. Mr. Castellano:** Continues direct examination of Mr. Cordova.

**1:12 p.m. Ms. Jacks:** Objection. Narrative.

**Court:** Break up testimony in question and answer.

**1:17 p.m. Court in recess.**

**2:22 p.m. Court in session.**

**Court:** Juror #4, will wait until after court to go to the doctor.

**2:23 p.m. Jury enters courtroom.**

**Court:** Reminds Mr. Cordova that he is still under oath.

**Mr. Castellano:** Continues direct examination of Mr. Cordova.

**2:41 p.m. Mr. Castellano:** Moves to admit Govt Exhibit 198.

**Defense:** No objections.

**Court: Admits Govt Exhibit 198.**

**Ms. Jacks:** Requests limiting instruction.

**Court: Limiting Instruction – Statement may only be used in consideration of guilt as to Deft Herrera, and may not be used as to the remaining 3 defendants.**

**2:43 p.m. Mr. Castellano:** Moves to admit Govt Exhibit 196.

**Defense:** No objections.

**Court: Admits Govt Exhibit 196.**

**Ms. Jacks:** Requests limiting instruction.

**Court: Limiting Instruction – Statement may only be used in consideration of guilt as to Deft Herrera, and may not be used as to the remaining 3 defendants.**

**2:45 p.m. Ms. Bhalla:** Objection. Editorial.

**Court:** Over-rule general objection. Break up testimony in question and answer.

**2:54 p.m. Ms. Bhalla:** Objection. Requests to approach.

**Court:** Calls and conducts bench conference.

**2:55 p.m. Mr. Castellano:** Continues direct examination of Mr. Cordova.

**3:17 p.m. Mr. Castellano:** Moves to admit Govt Exhibit 204.

**Defense:** No objections.

**Court: Admits Govt Exhibit 204.**

**Ms. Jacks:** Requests limiting instruction.

**Court: Limiting Instruction – Statement may only be used in consideration of guilt as to Deft Herrera, and may not be used as to the remaining 3 defendants.**

**3:22 p.m. Ms. Bhalla:** Objection. Narrative.

**Court:** Over-ruled.

**3:28 p.m. Ms. Bhalla:** Objection.

**Court:** Over-ruled.

**3:29 p.m. Mr. Castellano:** Moves to admit Govt Exhibit 202.

**Defense:** No objections.

**Court: Admits Govt Exhibit 202.**

**Ms. Jacks:** Requests limiting instruction.

**Court: Limiting Instruction – Statement may only be used in consideration of guilt as to Deft Herrera, and may not be used as to the remaining 3 defendants.**

**3:34 p.m. Mr. Castellano:** Moves to admit Govt Exhibit 192.

**Ms. Bhalla:** Requests to approach.

**Court:** Calls and conducts bench conference.

**3:44 p.m. Court: Admits Govt Exhibit 192.**

**Ms. Jacks:** Objection has been noted. Requests limiting instruction.

**Court: Limiting Instruction – Statement may only be used in consideration of guilt as to Deft Herrera, and may not be used as to the remaining 3 defendants.**

**3:47 p.m. Court in recess.**

**4:01 p.m. Court in session.**

**Mr. Beck:** Addresses the conduct of Deft Perez.

**Court:** Inquires of Ms. Duncan re: Eric Duran Portland case and 5th Amendment Rights.

**Mr. Beck:** Responds to Court's inquiry.

**4:05 p.m. Jury enters courtroom.**

**Court:** Reminds Mr. Cordova that he is still under oath.

**Mr. Castellano:** Continue direct examination of Mr. Cordova.

**4:16 p.m. Ms. Bhalla:** Objection. Speculation.

**Court:** Over-ruled.

**4:25 p.m. Ms. Bhalla:** Objection. Witness answered the question.

**Court:** Over-ruled.

**5:04 p.m. Mr. Castellano:** Moves to admit Govt Exhibit 194.

**Ms. Bhalla:** Same objection.

**Ms. Jacks:** Objection already noted. Requests limiting instruction.

**Court: Admits Govt Exhibit 194.**

**Court: Limiting Instruction – Statement may only be used in consideration of guilt as to Deft Herrera, and may not be used as to the remaining 3 defendants.**

**5:32 p.m. Jury exits courtroom.**

**Court:** Addresses Ms. Duncan's request re: Duran and 5th Amendment Rights. Permit defense to call a single witness.

**5:35 p.m. Mr. Jewkes:** Addresses issue of Eric Duran on money laundering.

**Ms. Armijo:** Responds to Mr. Jewkes comments.

**5:36 p.m. Court in recess.**

<u>**FRIDAY, FEBRUARY 23, 2018**</u>

**8:28 a.m. Court in session.**

**Court:** Addresses the issue of jury instructions.  Not inclined to allow 3 witnesses re: Eric Duran. Will allow 1 witness.

**Mr. Jewkes:** Requests the Court announce location of Mr. Jewkes this afternoon.

**Ms. Armijo:** Has another court matter that she needs to take care of this morning.

**Mr. Jewkes:** Request disclosure on money laundering re: Eric Duran.

**Ms. Armijo:** Responds to Mr. Jewkes inquiry.

**Ms. Jacks:** Addresses to money laundering re: Eric Duran.

**Court:** Inquires if SA Acee can testify and clean up money laundering re: Eric Duran.

**Ms. Armijo:** Unsure if SA Acee would be able to testify to this matter.

**8:37 a.m. Mr. Beck:** Defense witness list re: Rule 16. Request witnesses be excluded from testifying.

**Mr. Villa:** Responds to Govt's comments.

**Court:** Not inclined to exclude. Instructs defense to contact witnesses, obtain discovery and turn over to Govt.

**Mr. Beck:** Defense subpoenaed number of witnesses, request list of witnesses to testify.

**Court:** Instructs defense to provide a list of witnesses to the Govt by the COB each day. Requests from defense if a witness is not going to be called, inform the witness to not attend as soon as possible.

**Mr. Villa:** Responds to Govt re: order witnesses are being called.

**Court:** Requests all parties work together re: calling of witnesses.

**Mr. Beck:** Responds to Mr. Villa's comments re: unknown what witnesses will state until on the stand. Wife of Timothy Martinez is a witness for the defense. She has requested an attorney prior to testimony.

**Court:** Inquires if defense counsel concurs.

**Mr. Villa:** Requested to speak with Ms. Martinez. She requested a lawyer prior to speaking with defense. Agrees that an attorney should be appointed.

**Court:** Speaking with Ms. Wild.

**9:00 a.m. Jury enters courtroom.**

**Court:** Reminds Mr. Cordova that he is still under oath.

**Mr. Castellano:** Continues direct examination of Mr. Cordova.

**9:05 a.m. Ms. Bhalla:** Objection. Non-responsive.

**Court:** Over-ruled.

**9:06 a.m. Mr. Duncan & Ms. Jacks:** Requests limiting instruction.

**Court: Limiting Instruction – Statement may only be used in consideration of guilt as to Deft Herrera, and may not be used as to the remaining 3 defendants.**

**9:07 a.m. Ms. Bhalla:** Objection. Witnesses interpretation of statements.

**Court:** Over-ruled.

**9:26 a.m. Ms. Duncan & Ms. Jacks:** Objection. Hearsay.

**Court:** Sustained. Strikes statement from the record.

**Ms. Jacks:** Objection. Relevance.

**Court:** Over-ruled.

**9:27 a.m. Ms. Jacks:** Objection. Relevance.

**Mr. Castellano:**

**9:28 a.m. Court:** Calls and conducts bench conference.

**9:32 a.m. Mr. Castellano:** Continues direct examination of Mr. Cordova.

**Ms. Jacks:** Objection. Non-responsive.

**Court:** Over-ruled.

**9:33 a.m. Mr. Castellano:** Passes the witness.

**Mr. Villa:** Cross examination of Mr. Cordova, on behalf of Deft Perez.

**9:50 a.m. Mr. Castellano:** Objection. Hearsay.

**Court:** Instructs jury they may only consider the statement for the fat there were rumors.

**Mr. Villa:** Continues cross examination of Mr. Cordova.

**10:03 a.m. Court in recess.**

**10:15 a.m. Court in session.**

**Mr. Villa:** Requests to approach.

**Court:** Calls and conducts bench conference.

**10:18 a.m. Jury enters courtroom.**

**Court:** Reminds Mr. Cordova that he is still under oath.

**Mr. Villa:** Continues cross examination of Mr. Cordova.

**10:20 a.m. Mr. Castellano:** Objection. Lack of foundation.

**Court:** Lay some foundation.

**Mr. Castellano:** Objection. Relevance.

**Court:** Over-ruled.

**10:28 a.m. Mr. Villa:** Moves to admit Defendant Exhibit Q.

**Govt & Defense:** No objections.

**Court: Admits Defendant Exhibit Q.**

**10:44 a.m. Mr. Castellano:** Objection. Calls for speculation.

**Court:** Lay some foundation.

**11:42 a.m. Mr. Villa:** Moves to admit Defendant Exhibit AD2.

**Govt:** No other objection than previously stated.

**Defense:** No objections.

**Court: Admits Defendant Exhibit AD2.**

**11:48 a.m. Court in recess.**

**11:59 a.m. Court in session.**

**12:04 p.m. Jury enters courtroom.**

**Court:** Reminds Mr. Cordova that he is still under oath.

**Mr. Villa:** Continues cross examination of Mr. Cordova.

**12:13 p.m. Mr. Villa:** Passes the witness.

**Court:** Announces Mr. Jewkes attending funeral services this afternoon.

**Ms. Bhalla:** Cross examination of Mr. Cordova, on behalf of Deft Herrera.

**12:16 p.m. Jury exits courtroom.**

**12:18 p.m. Jury enters courtroom.**

**Ms. Bhalla:** Continues cross examination of Mr. Cordova.

**12:43 p.m. Ms. Bhalla:** Passes the witness.

**Ms. Jacks:** Cross examination of Mr. Cordova, on behalf of Deft Sanchez.

**12:55 p.m. Ms. Jacks:** Requests the court instruct the witness to answer questions being asked.

**Court:** Instructs witness to answer questions being asked.

**12:59 p.m. Mr. Castellano:** Objection. Not subject of hearing.

**Court:** Over-ruled.

**1:05 p.m. Mr. Castellano:** Objection. Witness is trying to answer the question.

**Court**: Over-ruled.

**1:11 p.m. Mr. Castellano:** Objection. Asked and answered.

**Court:** Over-ruled.

**1:15 p.m. Ms. Jacks:** Passes the witness.

**Mr. Castellano:** Re-direct examination of Mr. Cordova.

**1:19 p.m. Mr. Villa:** Objection. Speculation.

**Court:** Witness may give his understanding.

**1:20 p.m. Ms. Jacks:** Requests limiting instructions.

**Court: Limiting Instruction – Statement may only be used in consideration of guilt as to Deft Perez, and may not be used as to the remaining 3 defendants.**

**1:22 p.m. Ms. Jacks:** Objection. Question not asked.

**Court:** Ask and answer questions.

**Mr. Villa:** Objection. Commenting on the evidence.

**Court:** Instructs counsel to not comment on evidence.

**1:26 p.m. Mr. Villa:** Objection.

**Ms. Jacks:** Request limiting instruction.

**Mr. Castellano:** Will re-phrase the question.

**Court: Limiting Instruction – Statement may only be used in consideration of guilt as to Deft Perez, and may not be used as to the remaining 3 defendants.**

**1:30 p.m. Ms. Duncan:** Objection. Characterization.

**Court:** Over-ruled.

**1:32 p.m. Court in recess.**

**2:26 p.m. Court in session.**

**Ms. Armijo:** Govt plans on calling two witnesses following Mr. Cordova. Request defense to disclose any Jenks or reports used by expert witnesses be disclosed.

**Defense:** Agree with Govt's request.

**2:34 p.m. Jury enters courtroom.**

**Court:** Reminds Mr. Cordova that he is still under oath.

**Mr. Castellano:** Re-direct examination of Mr. Cordova.

**2:49 p.m. Ms. Jacks:** Objection. Beyond the scope of cross examination.

**Court:** Over-ruled.

**2:52 p.m. Ms. Jacks:** Requests limiting instructions.

**Court: Limiting Instruction – Statement may only be used in consideration of guilt as to Deft Perez, and may not be used as to the remaining 3 defendants.**

**2:53 p.m. Ms. Duncan:** Objection. Beyond the scope of cross examination.

**Court:** Over-ruled.

**2:57 p.m. Ms. Duncan:** Request to approach.

**Court:** Calls and conducts bench conference.

**2:58 p.m. Mr. Castellano:** Continues re-direct examination of Mr. Cordova.

**3:03 p.m. Mr. Castellano:** Pass the witness.

**Mr. Villa:** Re-cross examination of Mr. Cordova.

**3:10 p.m. Mr. Villa:** Passes the witness.

**Defense:** No further questions.

**Mr. Castellano:** No further questions.

**Court: Mr. Cordova may step down from the witness stand. Witness is excused from the proceedings.**

**3:11 p.m. Mr. Beck:** Calls Dwayne Santestevan to testify.

**Clerk:** Swears in Dwayne Santestevan.

**Mr. Beck:** Direct examination of Mr. Santestevan.

**3:17 p.m. Mr. Lowry:** Requests to approach.

**Court:** Calls and conducts bench conference.

**3:20 p.m. Mr. Beck:** Continues direct of Mr. Santestevan.

**3:23 p.m. Mr. Lowry:** Objection.

**Court:** Lead witness through the questions.

**3:30 p.m. Mr. Lowry:** Objection. Relevance.

**Court:** Over-ruled.

**3:32 p.m. Mr. Lowry:** Objection.

**Court:** Witness may explain what it means to him.

**3:33 p.m. Mr. Santestevan identifies Deft. Baca.**

**3:34 p.m. Mr. Beck:** Passes the witness.

**Mr. Lowry:** Cross examination of Mr. Santestevan, on behalf of Deft Baca.

**3:36 p.m. Mr. Lowry:** Passes the witness.

**Defense:** No questions.

**Mr. Beck:** No further questions.

**Court: Mr. Santestevan may step down from the witness stand. Witness is excused from the proceedings.**

**Mr. Castellano:** Recalls Special Agent Acee to testify.

**Court:** Reminds SA Acee that he is still under oath.

**Mr. Castellano:** Direct examination of SA Acee.

 **3:41 p.m. Mr. Lowry:** Objection. Hearsay.

**Court:** Over-ruled. Yes / No answer.

**3:44 p.m. Mr. Maynard:** Objection. Opinion/speculation.

**Court:** Sustained.

**3:46 p.m. Mr. Lowry:** Objection. Hearsay.

**Court:** Sustained.

**3:47 p.m. Mr. Lowry:** Objection. Hearsay.

**Court:** Sustained.

**4:01 p.m. Mr. Castellano:** Moves to admit Govt Exhibit 777.

**Mr. Lowry: Objection.**

**Court: Admits Govt Exhibit 777, as conditional. Defense has the weekend to review document and make further objections.**

**4:02 p.m. Court in recess.**

**4:14 p.m. Court in session.**

**Court:** Reads question from Juror #14 re: transcripts for jury deliberation.

**Mr. Lowry:** Objects to transcripts going back with the jury.

**Ms. Jacks:** Recommends nothing be done until case is concluded and a cautionary jury instruction can be given.

**Court: Juror #14's note will identified as Clerk's Exhibit T. Admits Clerk's Exhibit R, and Clerk's Exhibit S.**

**4:18 p.m. Jury enters courtroom.**

**Court:** Reminds SA Acee that he is still under oath.

**Mr. Castellano:** Continues direct examination of SA Acee.

**4:27 p.m. Ms. Jacks:** Objection. Hearsay and relevance.

**Court:** Lay a foundation.

**4:31 p.m. Mr. Castellano:** Moves to admit Defendant Exhibit FC.

**Ms. Jacks:** Objects.

**Court: Denies admission of Defendant Exhibit FC.**

**4:34 p.m. Mr. Castellano:** Passes the witness.

**Mr. Lowry:** Requests to approach.

**Court:** Calls and conducts bench conference.

**4:38 p.m. Defense:** Reserves cross examination of SA Acee.

**Court: SA Acee may step down from the witness stand. Witness is subject to recall.**

**Mr. Castellano:** Govt rests.

**4:39 p.m. Court: Admonishes jury to not discuss this case with anyone, listen to news reports or read about the case.**

**4:41 p.m. Jury exits courtroom.**

**Mr. Lowry:** Addresses Rule 29 and moves for dismissal of Count 8.

**4:44 p.m. Mr. Castellano:** Responds to Mr. Lowry argument.

**5:02 p.m. Jury enters courtroom.**

**Ms. Jacks:** Calls Christian Filipiak to testify.

**Clerk:** Swears in Christian Filipiak.

**Ms. Jacks:** Direct examination of Mr. Filipiak

**5:19 p.m. Ms. Jacks:** Passes the witness.

**Defense:** No direct examination.

**Ms. Armijo:** Cross examination of Mr. Filipiak.

**5:22 p.m. Ms. Jacks:** Opinion that witness is probably not qualified to make.

**Court:** If the witness knows he may state.

**5:29 p.m. Ms. Jacks:** Witness can be given a copy of the report.

**Court:** Govt may cross examination and defense may re-direct the witness.

**5:31 p.m. Ms. Armijo:** Passes the witness.

**Ms. Jacks:** Re-direct of Mr. Filipiack.

**Ms. Jacks: No further questions.**

**Court: Mr. Filipiak may step down from the witness stand. Mr. Filipiak is excused from the proceedings.**

**5:33 p.m. Court in recess.**