

**Re: Emails regarding location of missing tablet**
Mickendrow, Christopher (USMS)   to: K'Aun Wild                                    02/08/2018 10:22 AM
Cc: "Castro, Joe (USMS)", "Armijo, Maria (USANM)"   , Ryan Villa

Good morning all,

I apologize for not sending this sooner.  I was able to locate the tablet of Robert Martinez.  The tablet was located on 01/29/2018.  It had (and remains) in USMS custody up north.

Mr. Villa, I am still awaiting a list of the names of the inmates you would like the tablets for.  As soon as I receive this list, I intend to begin collecting the tablets to deliver to you.

Be advised I received a call from Aoki Law firm and they intend on putting out another update.  Therefore they will be requesting all tablets.  If I am not provided a list of names by then, some desired tablets may be sent up to Aoki.

Thanks
Mick

On Jan 26, 2018, at 5:07 PM, Mickendrow, Christopher (USMS) <CMickendrow@usms.doj.gov<mailto:CMickendrow@usms.doj.gov>> wrote:

K'Aun,

Attached are all of my e-mails which show my efforts to locate the missing tablet belonging to Robert Martinez.  I have cc'ed Ryan Villa and Maria Armijo as representative of each side.  I did vet the request through USMS OGC.  They requested that I go through the pdf's and redact all phone numbers or e-mail addresses of the people who sent and received the e-mails; which was done. OGC also asked that these not be made part of the record or if they are to be sealed as they are internal documents for the USMS.

My understanding during the motion hearing and what I relied to USMS OGC was that these emails are being used to show that the USMS is making all efforts to locate the missing tablet.  Based on this I would note in some cases, due to the redaction, it may be difficult to determine which facility or representative I sent the email to.  I would state that the emails have been sent between the USMS, Sandoval County Detention Center, NMDOC PNM, Russ Aoki's Law Firm and the defendants own attorney.

Please let me know if I can be of any further assistance in this matter.  If I do locate the tablet I will notify the court immediately.  As I stated in court, the USMS will serve as a receptacle for all of the tablets regarding the defendants who have plead guilty.  Once they are all collected I will ensure they are then turned over to defense (Ryan I imagine you will be my POC for this).

In an effort to help me out in this endeavor, please provide me a list of specific names of the individuals in which I need to collect the tablets from. This way I will know specifically which tablets defense is looking for.

Thank you,
Mick
<01.26.2018 1334 Reveived_Redacted.pdf>
<01.25.2018 1024 Sent.pdf>
<01.25.2018 1040 Received_Redacted.pdf>



```
<01.24.2018 1050am Received_Redacted.pdf>
<01.25.2018 1043 Sent 2_Redacted.pdf>
<01.25.2018 1101 Received_Redacted.pdf>
<01.24.2018 1357 Received_Redacted.pdf>
<01.24.2018 1411 Sent_Redacted.pdf>
<01.25.2018 1010 Sent_Redacted.pdf>
<01.25.2018 1012 Received_Redacted.pdf>
<01.25.2018 1138 Sent_Redacted.pdf>
<01.25.2018 1201 Sent.pdf>
<01.25.2018 0939 Received_Redacted.pdf>
<01.24.2018 1354 Sent_Redacted.pdf>
<01.25.2018 1043 Sent_Redacted.pdf>
<01.26.2018 1337 Sent_Redacted.pdf>
<01.26.2018 1201 Sent_Redacted.pdf>
<01.25.2018 1309 Received_Redacted.pdf>
<01.25.2018 1135 Received_Redacted.pdf>
<01.25.2018 1634 Received_Redacted.pdf>
<01.26.2018 1323 Sent_Redacted.pdf>
```