IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                            No. 2:15-cr-04268-JB

ANGEL DELEON, et al.,

    Defendants.

**DEFENDANT ANTHONY RAY BACA'S NOTICE OF JOINDER TO DEFENDANT CARLOS HERRERA'S MOTION TO DISMISS, OR IN THE ALTERNATIVE, FOR MISTRAIL [SIC] BASED ON REPEATED BRADY AND GIGLO VIOLATIONS [DOC. 1842]**

Defendant Anthony Ray Baca respectfully joins Defendant Carlos Herrera's Motion to Dismiss, or in the Alternative, for Mistrial Based on Repeated Brady and Giglio Violations [Doc. 1842].

                                                  Respectfully submitted,

                                                  /s/ Theresa M. Duncan_____
                                                  Theresa M. Duncan
                                                  Duncan Earnest LLC
                                                  515 Granite NW
                                                  Albuquerque, NM 87102
                                                  505-842-5196
                                                  teri@duncanearnest.com

                                                  AND

                                                  ROTHSTEIN DONATELLI, LLP

                                                  /s/ Marc M. Lowry
                                                  MARC M. LOWRY
                                                  500 Fourth Street NW, Suite 400
                                                  Albuquerque, NM  87102
                                                  (505) 243-1443
                                                  mlowry@rothsteinlaw.com

2

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on the 1st day of March 2018, I filed the foregoing pleading electronically through the CM/ECF system, which caused counsel for Plaintiff and Defendants to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

                                                         /s/ Theresa M. Duncan
                                                         Theresa M. Duncan