Case 2:15-cr-04268-JB   Document 1850-1   Filed 03/02/18   Page 1 of 1

FD-302 (Rev. 5-8-10)

-1 of 1-

**OFFICIAL RECORD**
Document participants have digitally signed.
All signatures have been verified by a
certified FBI information system.

# FEDERAL BUREAU OF INVESTIGATION

Date of entry    01/29/2018

    On January 22, 2018, Lupe URQUIZO, aka "Marijuano," and his attorney Roseanne Camunez met with Assistant United States Attorney (AUSA) Matthew Beck and FBI personnel at the Federal Courthouse in Las Cruces, New Mexico to discuss URQUIZO's expected testimony. URQUIZO provided the following information:

    URQUIZO spoke with Carlos HERRERA after the Javier MOLINA homicide. HERRERA went to URQUIZO's cell door and told him that MOLINA had been hit and stated, "that fucker looks dead." URQUIZO also spoke with Rudy PEREZ after the MOLINA homicide. URQUIZO and PEREZ were transported to the Penitentiary of New Mexico (PNM) after the homicide occurred. PEREZ told URQUIZO he believed he would be charged in the homicide because he gave a piece of his walker for the shanks.

    URQUIZO and Johnathon GOMEZ, aka "Baby G," told Conrad VILLEGAS to hit Julian ROMERO because Gerald ARCHULETA, aka "Styx," had previously called a hit on ROMERO. The hit on ROMERO was approximately ten years old. ROMERO had messed up and was considered "no good." Pete URANGA and David LNU, aka "Wacky," were supposed to assist VILLEGAS with the hit. URQUIZO, Mario RODRIGUEZ, Carlos HERRERA, and David CALBERT were on the "tabla" at the time. Robert MARTINEZ, aka "Baby Rob," was considered the leader.

    Anthony Ray BACA, aka "Pup," sent word to GOMEZ to take care of the hit. GOMEZ informed URQUIZO about the order from BACA and GOMEZ and URQUIZO agreed to carry it out because they both wanted to move up in the Syndicato de Nuevo Mexico (SNM) ranks. They picked VILLEGAS because he was housed close to ROMERO and would have the opportunity to carry out the hit.

Investigation on  01/22/2018  at  Las Cruces, New Mexico, United States (In Person)

File #  245U-AQ-6239655                                           Date drafted  01/28/2018

by  Nancy Stemo

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

U.S. v. DELEON, ET Al.    51485