Case 2:15-cr-04268-JB   Document 1850-2   Filed 03/02/18   Page 1 of 7

FD-302 (Rev. 5-8-10)

- 1 of 7 -

OFFICIAL RECORD
Document participants have digitally signed.
All signatures have been verified by a certified FBI information system.

# FEDERAL BUREAU OF INVESTIGATION

Date of entry  03/16/2017

On March 6, 2017, Lupe URQUIZO, aka: "Marijuano," was interviewed at the U.S. District Courthouse in Las Cruces, New Mexico. URQUIZO's attorney Rosanne Camunez was present for the interview.

The interview was conducted by FBI Special Agent (SA) Bryan Acee, SA Nancy Stemo and Task Force Officer Chris Cupit. Assistant U.S. Attorney's Maria Armijo and Randy Castellano were present during the interview.

After being provided with a Kastigar letter, URQUIZO provided the following information.

URQUIZO was brought into the SNM Gang in 1998 by Richard GARCIA, aka: Presidente," Eddie ORTEGA, aka: "Butch," Joe GORDON and Jimmie GORDON. Prior to joining the SNM, URQUIZO was a member of the Eastside Locos (ESL) street gang in Clovis, New Mexico.

URQUIZO began serving prison time as a young man, on a relatively minor assault charge. URQUIZO subsequently joined the SNM Gang and began "putting in work" which resulted in additional charges and additional prison time over the years.

**The Hit on Javier Molina:**

With regard to the murder of Javier MOLINA, URQUIZO said the orders had come down at least three times before MOLINA was hit. The first time URQUIZO heard about the hit on MOLINA was in 2012 or 2013. URQUIZO was in W pod at the North facility and Anthony Ray BACA, aka: "Pup," was next door in X pod. BACA knew URQUIZO was pending a transfer to the Southern New Mexico Correctional Facility (SNMCF) in Las Cruces and said he wanted MOLINA hit because he was a rat; however URQUIZO suspected BACA had a personal issue with MOLINA. BACA told URQUIZO to let the shot callers at the SNMCF know that he (BACA) wanted MOLINA hit. URQUIZO identified the shot callers (at the time) as being Benjamin CLARK, aka: "Cyclone," Javier RUBIO, aka: "BB," Carlos HERRERA, aka: "Lazy," Javier MALDONARES, Roy MARTINEZ, aka: "Shadow," and Fernando HERNANDEZ, aka: "Fernie." BACA told URQUIZO to make sure the guys running southern took care of MOLINA.

Investigation on  03/06/2017  at  FBI, New Mexico, United States (In Person)

File #  245U-AQ-6239655                                         Date drafted  03/06/2017

by  Bryan Acee

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

U.S. v. DELEON, ET Al.    43638

FD-302a (Rev. 05-08-10)

245U-AQ-6239655

Continuation of FD-302 of (U) Lupe Urquizo Interview , On 03/06/2017 , Page 2 of 7

URQUIZO related, "Pup said, if the guys down there don't handle it, then just stab him (MOLINA)."

The paperwork had gone down at least two times before and the shot callers at southern discarded the order. The first time the paperwork went down, it went to Frank TELLES. The second time it went down, it went to Benjamin CLARK. No action was taken.

On the most recent effort to send the paperwork to southern (the third attempt), David CALBURT, aka: "Spider," brought the paperwork from the north facility to the south. CALBURT met with URQUIZO and Mauricio VARELA in E pod, within the south facility. CALBURT told them that BACA wanted MOLINA hit and to take the paperwork down to the guys at the SNMCF. URQUIZO told CALBURT that he "already knew" because BACA had told him earlier. VARELA and URQUIZO were to be transferred to the SNMCF within a couple weeks.

URQUIZO told the interviewing agents that the paperwork on MOLINA was weak and didn't amount to much. The weak paperwork increased URQUIZO's suspicion that the hit on MOLINA was driven by more of a personal issue that BACA had with MOLINA. URQUIZO described the paperwork as consisting of two sheets of paper from a police report that detailed the fact that Jesse SOSA and MOLINA committed a purse snatching at, or near, the mall in Las Cruces. MOLINA told the police that he was not involved and provided SOSA's name and another individual's name as being connected to a vehicle. The report was not complete and URQUIZO only saw one or two sentences that pertained to MOLINA's statement. URQUIZO thought the paperwork was weak.

URQUIZO filed the paperwork away in his property. He had a folder of legal paperwork and placed the 2 sheets of paper within his legal folder. URQUIZO, VARELA and Ronald ENRIQUEZ (also an SNM member) were transported from the south to the SNMCF together. At that point in time, URQUIZO had been in possession of the paperwork for 2 weeks.

URQUIZO was placed in yellow pod, which was being run by Carlos HERRERA and Alex MUNOZ. HERRERA was the ranking member within the pod. HERRERA and MUNOZ asked about the paperwork. URQUIZO said that it was in his property and he would receive his property the following day. Everyone seemed excited about the arrival of the paperwork. URQUIZO had a brief conversation with Mario RODRIGUEZ, aka: "Blue," and Timothy MARTINEZ, aka: "Red." RODRIGUEZ and MARTINEZ lived in Blue pod, but were out doing some cleaning. RODRIGUEZ asked URQUIZO, via a note, if he had brought the paperwork on MOLINA and Jerry MONTOYA, aka: "JR." RODRIGUEZ held the note up to the door.

**U.S. v. DELEON, ET Al.    43639**

URQUIZO wrote back and informed RODRIGUEZ that he only had paperwork for MOLINA; however it was still in his property.

URQUIZO received his property the following day and described the atmosphere: "Everyone was excited and helping me get my paperwork unpacked."

URQUIZO removed MOLINA's paperwork from his property and gave it to Carlos HERRERA, who had been waiting outside URQUIZO's cell. SNM members Dale CHAVEZ, aka: "Dreamer," Juan MENDEZ, "Juanito," and Alez MUNOZ were with HERRERA. All of the guys looked over the paperwork and several of them remarked "Damn, that's it?" URQUIZO had the same reaction, as the paperwork and statement made by MOLINA were "pretty weak."

URQUIZO said, "Dale (CHAVEZ), Spider (David CALBURT), Blue (Mario RODRIGUEZ) and Lazy (Carlos HERRERA) were all up and comers within the S (SNM), so they all wanted to do it."

A few minutes later Mario RODRIGUEZ knocked in the pod door and asked for the paperwork. URQUIZO was in cell #10 and clearly observed Carlos HERRERA pass the paperwork under the door to RODRIGUEZ. URQUIZO described the doors at the SNMCF as having a gap at the bottom that made it easy to pass items and contraband.

URQUIZO said, "I wasn't even done unpacking my property and they were all already at the door. Everybody hated MOLINA."

URQUIZO had been aware that the SNM wanted to hit MOLINA for some time, as he had lived below HERRERA and they would discuss the matter often. URQUIZO said there had been a crack in the floor between his cell and HERRERA's which enabled them to speak to one another.

RODRIGUEZ told URQUIZO that Daniel SANCHEZ had told RODRIGUEZ to get tattoo work done by MOLINA so that RODRIGUEZ could stay close to MOLINA. URQUIZO said that several of RODRIGUEZ's tattoos had been done by MOLINA.

URQUIZO said Daniel SANCHEZ had been in charge of blue pod and Carlos HERRERA had been in charge of yellow pod.

After receiving the paperwork, RODRIGUEZ showed it to Daniel SANCHEZ. RODRIGUEZ then wrote URQUIZO a letter and sent it to him under the door. RODRIGUEZ said that he and SANCHEZ were gonna have the pod move on MOLINA. RODRIGUEZ explained the plan and apologized to URQUIZO about moving so quickly. The reason RODRIGUEZ apologized was due to the fact that the SNM

245U-AQ-6239655

Continuation of FD-302 of (U) Lupe Urquizo Interview ,On 03/06/2017 ,Page 4 of 7

were also planning to hit Samuel GONZALEZ, aka: "Gumby," and Jerry MONTOYA. RODRIGUEZ knew URQUIZO wanted Samuel GONZALEZ hit and the plan had been for all three guys to get hit (MOLINA, GONZALEZ and MONTOYA). RODRIGUEZ wanted to make sure URQUIZO was not upset that they were gonna move on MOLINA right away. URQUIZO wrote back and said he understood. The paperwork for MONTOYA had not come down and the hit on GONZALEZ would take more time to plan.

URQUIZO told Mauricio VARELA to shower and get into his house because MOLINA was gonna get hit. VARELA complied, but was upset that he didn't know all the details. VARELA complained, "Nobody tells me anything around here." URQUIZO described VARELA as "wanting to be a leader and thinking he's a leader, but nobody really includes him on anything. So he was mad."

URQUIZO took a shower and then went into his cell.

URQUIZO heard the commotion in the next pod, when the assault on MOLINA started. Shortly thereafter URQUIZO heard and observed correctional officers and staff running into the adjacent pod and radio chatter about an assault and medical emergency. URQUIZO heard Daniel SANCHEZ yell "Fuck ya."

SA Acee asked, "How do you know it was Dan Dan?"

URQUIZO replied, "He was right by the door. It was him. I know his voice. He has that distinct voice."

A few days later, URQUIZO was sent to the north facility at PNM. He was housed next to David CALBURT and Daniel ARCHULETA, aka: "Smurf." Many of the SNM members at the north went out to rec together. URQUIZO was placed in a cage next to Mario RODRIGUEZ. RODRIGUEZ was upset about how the MOLINA hit went down. RODRIGUEZ said that Red (Timothy MARTINEZ) had screwed up and MOLINA had "woke up, ran out so the Jerrys (MONTOYA and ARMENTA) had to run out and stab him." RODRIGUEZ also said, "Dan screwed up. He was supposed to cover cameras." RODRIGUEZ also mentioned that "Ron Ron talked after the hit" and "Dan was supposed to get Creeper's shank." Ron Ron is Dan Dan's older brother, Ronald SANCHEZ. Ronald was seated next to Daniel SANCHEZ during the MOLINA hit.

URQUIZO said that the SNM called a greenlight on Daniel SANCHEZ after the MOLINA hit because he failed to cover the camera and did not retrieve ARMENTA's shank after the hit. The operation had been briefed and Daniel SANCHEZ failed to perform his duties. According to URQUIZO, "a lot of brothers felt Dan wiped his ass with those guys." Daniel SANCHEZ was transferred out of state on an interstate compact. Leadership within the

SNM discussed hitting Ronald SANCHEZ, since they couldn't get to Dan Dan.

URQUIZO was close with Daniel SANCHEZ and Ronald SANCHEZ. URQUIZO spread the word that Ronald was not to be hit, as he had done nothing wrong. URQUIZO pointed out that Ronald was not even a carnal (SNM member) and should not be punished for the actions or failures of his brother. Agent's Note: In an attempt to verify the greenlights on Daniel and Ronald SANCHEZ, SA Acee subsequently inquired of Confidential Human Source ████ ████ "Joven." ████████ is a former leader within the SNM and told SA Acee that the information was true and he had advocated for the greenlight on Ronald SANCHEZ because Daniel was out of state and they could not hit him. ████████ said that Daniel SANCHEZ's actions during the MOLINA hit were inexcusable and selfish.

When questioned about the origin of the shanks used in the MOLINA hit, URQUIZO said Rudy PEREZ had supplied at least one shank and the other one may have come from the wheel-chair program. Mauricio VARELA, "Archie," also had a shank at the time because he did not get along with Edward TROUP. VARELA had obtained his shank from Carlos HERRERA. URQUIZO wasn't sure exactly which of the three shanks were used in the hit on MOLINA, but recalled there were at least three in the vicinity at the time.

URQUIZO said that in the weeks and months following the MOLINA hit, many of the SNM members were talking about how messed up it was that Daniel SANCHEZ had not covered the cameras. URQUIZO didn't think Daniel SANCHEZ liked Jerry ARMENTA very much because he had always made fun of one of ARMENTA's children, who was handicapped. SANCHEZ had also questioned what ARMENTA had done for the gang and gave ARMENTA a hard time when ARMENTA got a Zia tattoo on his head. ARMENTA wanted to put an S inside the Zia, but SANCHEZ said ARMENTA would have to earn it.

Jesse SOSA had been arrested with Javier MOLINA in the purse-snatching incident. MOLINA and SOSA told on each other; however SOSA concealed the parts of the paperwork that showed he ratted to the cops. SOSA only maintained the sections that showed MOLINA talked to the cops. SOSA produced the paperwork any time the SNM asked for it because he hated MOLINA.

URQUIZO was contacted by Daniel SANCHEZ's attorney, Amy JACKS, who he described as being from California. JACKS and a defense investigator named Chris met with URQUIZO at PNM. URQUIZO said JACKS asked him about the MOLINA paperwork and inquired as to willingness to testify on SANCHEZ's behalf. URQUIZO said, "Amy asked me if I would testify I didn't bring paperwork. Even if I did, would I say I didn't?" URQUIZO told JACKS that "testifying wasn't really his thing" but she could check back with him

when the trial date got closer. URQUIZO said, She told me to call her if you guys (FBI) came to talk to me."

URQUIZO said Daniel SANCHEZ's attorney had given Ronald SANCHEZ a copy of the RICO indictment and everyone in the pod had been reading it. URQUIZO and the other guys flushed it down the toilet when they saw FBI agents and STIU officers doing a shake-down of the other SNM pod at the southern facility (L pod). URQUIZO said the guys with the paperwork were afraid to get caught with the paperwork. The toilets kept getting clogged because they were flushing too many sheets of paper.

**The Hit on Julian Romero:**

URQUIZO and Jonathan GOMEZ, aka: "Baby G," tasked Conrad VILLEGAS with assaulting Julian ROMERO, after the lockdown was lifted in 2015, at the SNMCF. Anthony Ray BACA sent work down to the SNMCF that ROMERO should be beat up, but not stabbed or killed. Pete URANGA, VILLEGAS, and David CHAVEZ, aka: "Wacky," were supposed to kill ROMERO, despite BACA's directive. URQUIZO said, "The guys wanted to get rid of the old anyway, so they were gonna just kill Julian."

URQUIZO said, "Conrad had shown interest in joining (the SNM). People said he was a child molester or something and kinda looked like it. So he got the mission. He had fucked up charges (crimes against a child or sex charges)." GOMEZ told VILLEGAS when to do the mission and VILLEGAS was agreeable.

After VILLEGAS assaulted ROMERO, URQUIZO spoke with Gerald ARCHULETA, aka: "Styx," and let him know they had hit ROMERO. URQUIZO said ARCHULETA was ungrateful and mad that they had not killed ROMERO. URQUIZO explained, "So we went through all that, after all those years, and Styx is like, 'That's all? You didn't kill him?' So then I was like, fuck this guy. He's out there enjoying the outside and we just got locked down for doing this for him."

**Threat to Ronald Sanchez:**

URQUIZO told the interviewing agents that he was afraid Ronald SANCHEZ might be hit, since URQUIZO was no longer in the pod. URQUIZO explained that the guys had already wanted to hit Ronald because they couldn't get to Daniel. Furthermore, the guys in the pod suspected Ronald was up to something because he kept leaving the pod and was absent too long. SA Acee asked URQUIZO why Ronald was outside the pod so much and URQUIZO said Ronald would leave with the unit manager to take photographs to send to his (Ronald's) family.

FD-302a (Rev. 05-08-10)

245U-AQ-6239655

Continuation of FD-302 of (U) Lupe Urquizo Interview , On 03/06/2017 , Page 7 of 7

URQUIZO also said that Ronald had "dry snitched" during the interviews that took place after MOLINA was hit. URQUIZO seemed to think the proof of the "dry snitching" was contained within Timothy MARTINEZ's paperwork.

Agent's Note: The interviewing agents were unaware of Ronald SANCHEZ having ever cooperated with investigators.