Conrad Villegas had messed up charges so that's why he was chosen.

Pup sent word w/ Johnathan Gomez Baby G that Pup said beat Julian up, but don't stab him.

Pete Uranga, David Chavez "Wackey", and Conrad Villegas were supposed to kill Julian. Even tho Pup said don't kill.

Guys wanted to get rid of old.

Baby G told Conrad to do mission. Conrad said ok.

Conrad had shown interest to join SNM. But was not yet SNM.
People talking he was child molester and kinda looked like it. So he got the mission. Fucked up charges.

Little Bro got word to Styx. Styx wanted Δ to call. Called Styx and Styx was mad that was all that happened.