atty

1st time

2nd time pprwork? Frankie Teller "little cruces" Camunez
gave to → d Ben Clark, & ▵ BB, threw it away
3 Jene Sosa → David Calbut (Jesse Sedillo) - Ben clark threw
"Croc" it away too

knew & talked to Frankie & Lupe
Lupe, 2 weeks later goes to Southern
hidden in discovery.

lil mj, Blue &
JR tell him
not to forget
the paperwork
575-742-5595ces.

(next day he arrives)
@ southern

paperwork on JR
supposed to come down
for whett?

Dale Chavez
Alex Muniz
pprwrk to Juan Mendez → Carlos Herrera

E pod, saw it,
passed to blue &
dan dan (didn't like TM)
immediately

Blue asks & gets it

—TM did partly to get rid of old-timers (i.e. Dan Dan)

—Jesse did the crime w/ Molina & provided it
everytime.

word to (beat up julian)
don't stab.
pup → baby g → lupe

Julian supposed to be
stabbed regardless

b/c original
hit was a kill
order.

Pete Uranga & Wacky &
→ Conrad supposed to hit JR

*did chris turn over '01 papers he found; spec. Joe Gallegos statement?
*Daffy DNA sw aff.
*Ruben Hernandez wife atty re threats?
what's undercover SNM?