IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

Criminal Case No. 15-CR-4268-JB

UNITED STATES OF AMERICA,
        Plaintiff,

v.

ANGEL DE LEON, *et. al.*,

**3.      EDWARD TROUP**,

Defendant.

---

**NOTICE OF JOINDER OF DEFENDANT EDWARD TROUP IN
CHRISTOPHER GARCIA'S NOTICE OF INTENT TO OFFER EXPERT WITNESS
TESTIMONY AND THE AMENDED NOTICE (DOCS. 1257 AND 1563)**

---

        Defendant, Edward Troup, by and through undersigned counsel, hereby gives

notice of his joinder in Defendant Christopher Garcia's Notice of Intent to Offer Expert

Witness Testimony (Doc. 1257, filed on 09/15/17), and Defendant Christopher Garcia's

Amended Notice of Intent to Offer Expert Witness Testimony (Doc. 1563, filed on

12/11/17).

        More specifically, Defendant Troup Notices his Intent to Offer the Expert Witness

Testimony of Janine S. Arvizu, CQA, Tim L. Bryan, CPA/CFF/CITP, CISA, EnCE, and

Dr. Dan E. Krane, Ph.D., and hereby incorporates their expected testimony and curricula

vitae, as described and attached in the previously filed Documents 1257 and 1563.

        Dated:  March 2, 2018

Respectfully submitted,

> *s/ Cori Harbour-Valdez*
> Cori Harbour-Valdez
> The Harbour Law Firm, P.C.
> P.O. Box 13268
> El Paso, Texas 79913
> (915) 544-7600
> (915) 975-8036 fax
> charbour@harbourlaw.net
> &
> *s/ Patrick J. Burke*
> Patrick J. Burke
> Patrick J. Burke, P.C.
> 303 16th Street, Suite 200
> Denver, Colorado 80202
> (303) 825-3050
> (303) 825-2992 fax
> Patrick-j-burke@msn.com
> *Attorneys for Edward Troup*

## CERTIFICATE OF SERVICE

I hereby certify that on March 2, 2018, I electronically filed the foregoing with the Clerk of the Court via the CM/ECF system which will send notification of such filing to all counsel of record.

> *s/ Jennifer J. Feldman*
> Jennifer J. Feldman
> Patrick J. Burke, P.C.
> 303 16th Street, Suite 200
> Denver, Colorado 80202
> (303) 825-3050
> (303) 825-2992 fax

2