IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                 No. 2:15-cr-04268-JB

ANGEL DELEON, et al.,

    Defendants.

**DEFENDANT ANTHONY RAY BACA'S NOTICE OF JOINDER TO DEFENDANT RUDY PEREZ'S MOTION TO DISMISS [DOC. 1844]**

Defendant Anthony Ray Baca respectfully joins Defendant Rudy Perez's Motion to Dismiss [Doc. 1844].

                                                Respectfully submitted,

                                                /s/ Theresa M. Duncan_____
                                                Theresa M. Duncan
                                                Duncan Earnest LLC
                                                515 Granite NW
                                                Albuquerque, NM 87102
                                                505-842-5196
                                                teri@duncanearnest.com

                                                AND

                                                ROTHSTEIN DONATELLI, LLP

                                                /s/ Marc M. Lowry
                                                MARC M. LOWRY
                                                500 Fourth Street NW, Suite 400
                                                Albuquerque, NM  87102
                                                (505) 243-1443
                                                mlowry@rothsteinlaw.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 2d day of March 2018, I filed the foregoing pleading electronically through the CM/ECF system, which caused counsel for Plaintiff and Defendants to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

/s/ Theresa M. Duncan
Theresa M. Duncan