Fw: Re: COURT'S TENTH PROPOSED JURY INSTRUCTIONS
JoAnn Standridge
to:
Brendan Hammond, K'Aun Wild
03/04/2018 10:28 AM
Cc:
James O Browning
Hide Details
From: JoAnn Standridge/NMD/10/USCOURTS
To: Brendan Hammond/NMD/10/USCOURTS@USCOURTS, K'Aun Wild/NMD/10/USCOURTS@USCOURTS
Cc: James O Browning/NMD/10/USCOURTS@USCOURTS
1 Attachment


ATT0001.gif

JoAnn O. Standridge
Courtroom Deputy
United States District Court
District of New Mexico
Office: (575) 528-1408
Fax:(575) 528-1425
JoAnn_Standridge@nmcourt.fed.us

-----Forwarded by JoAnn Standridge/NMD/10/USCOURTS on 03/04/2018 10:27AM -----
To: "JoAnn_Standridge@nmcourt.fed.us" <JoAnn_Standridge@nmcourt.fed.us>, "Lowry, Marc" <mlowry@rothsteinlaw.com>, "Bhalla, Carey"
<carey@bhallalaw.com>, William Maynard <wrm@wrmaynardlaw.com>, "Jacks, Amy" <amyejacks@sbcglobal.net>, "Jewkes, Richard"
<richardjewkes@sbcglobal.net>, "'Justine Fox-Young'" <justine@foxyounglaw.com>, Ryan Villa <ryan@rjvlawfirm.com>, "Armijo, Maria (USANM)"
<Maria.Armijo@usdoj.gov>, "Beck, Matthew (USANM)" <Matthew.Beck2@usdoj.gov>, "Castellano, Randy (USANM)" <Randy.Castellano@usdoj.gov>
From: Theresa Duncan <teri@duncanearnest.com>
Date: 03/03/2018 11:54PM
Subject: Re: COURT'S TENTH PROPOSED JURY INSTRUCTIONS

*(See attached file: ATT00001.gif)*

Good evening, Ms. Standridge,

In going through the Court's instructions, I noted a couple typos.  It may be too late to fix them, but I wanted to bring them to the Court's and parties' attention.
They are:

Instruction 11: In the last line, "Duran's" should be "Duran"
Instruction 24: In the second element, "it's" should be "its"
In the fourth element, "Mr. Marcantel" should be "Gregg Marcantel"
In the fifth element, there is an "or" missing after "attempting to commit,"
Instruction 26: In the last paragraph on page 46, "members, prospects, or associates" should "member, prospect, or associate"

Best,

*Teri*

Theresa M. Duncan, Esq.
Duncan Earnest LLC
515 Granite NW
Albuquerque, NM 87102
505-842-5196
505-750-9780 (facsimile)
teri@duncanearnest.com

This message and any attached documents are intended only for the use of the addressee and may contain information that is PRIVILEGED and CONFIDENTIAL.  If you are not the intended recipient, you m
information.  If you have received this communication in error, please erase all copies of the message and its attachments and notify us immediately.

From: "JoAnn_Standridge@nmcourt.fed.us" <JoAnn_Standridge@nmcourt.fed.us>
Date: Friday, March 2, 2018 at 6:42 PM
To: Teri Duncan <teri@duncanearnest.com>, "Lowry, Marc" <mlowry@rothsteinlaw.com>, "Bhalla, Carey" <carey@bhallalaw.com>, William Maynard <wrm@wrmaynardlaw.com>,
"Jacks, Amy" <amyejacks@sbcglobal.net>, Richard Jewkes <richardjewkes@sbcglobal.net>, 'Justine Fox-Young' <justine@foxyounglaw.com>, Ryan Villa <ryan@rjvlawfirm.com>, "Armijo,
Maria (USANM)" <Maria.Armijo@usdoj.gov>, "Beck, Matthew (USANM)" <Matthew.Beck2@usdoj.gov>, "Castellano, Randy (USANM)" <Randy.Castellano@usdoj.gov>
Subject: COURT'S TENTH PROPOSED JURY INSTRUCTIONS

Good evening,

A few of you requested that the Court's Tenth Proposed Jury Instructions be e-mailed. Attached are the requested jury instructions.

On a separate matter, please text me at 575-650-9897, over the weekend if any party submits any filings over the weekend.  This will help me in preparing for Court on Monday.

Thank you for all your assistance. Feel free to contact me, if there are any questions or if additional assistance is needed.
Have a wonderful weekend.

JoAnn

JoAnn O. Standridge
Courtroom Deputy
United States District Court
District of New Mexico



Office: (575) 528-1408
Fax:(575) 528-1425
JoAnn_Standridge@nmcourt.fed.us

----- Forwarded by JoAnn Standridge/NMD/10/USCOURTS on 03/02/2018 06:33 PM -----

From:     lc_mailroom_copier@nmcourt.fed.us
To:       JoAnn_Standridge@nmcourt.fed.us
Date:     03/02/2018 06:29 PM
Subject:

```
--------------------
TASKalfa 6501i
[00:c0:ee:3e:2b:30]
--------------------
```

--------------------
Click below to report this message as spam
for JoAnn_Standridge@nmcourt.fed.us
Report This As Spam

--------------------
Click below to report this message as spam
for JoAnn_Standridge@nmcourt.fed.us
Report This As Spam

=