**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

**Criminal Case No. 15-cr-4268-JB**

**UNITED STATES OF AMERICA,**

  **Plaintiff,**

**vs.**

**BILLY GARICA,** *et al.,*

  **Defendants.**

---

**NOTICE OF ENTRY OF APPEARANCE FOR NON-PARTY LEROY LUCERO**

---

TO THE CLERK OF THE COURT:

  Please enter my appearance on behalf of Non-Party Leroy Lucero, pursuant to D.N.M.LR-Cr. 44.1(a).

         Respectfully submitted,

         FALLICKLAW, LTD.

         By:  /s/ Gregg Vance Fallick

         Attorney for Non-Party Leroy Lucero

DATED:  March 7, 2018.

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 7, 2018, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system, which will send notification of such filing to counsel of record.

/s/ Gregg Vance Fallick