FILED
UNITED STATES DISTRICT COURT
LAS CRUCES, NEW MEXICO

MAR - 9 2018

MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CRIMINAL NO. 15-4268 JB |
| ) | |
| vs. ) | |
| ) | |
| ANTHONY RAY BACA, ) | |
| ) | |
| Defendant. ) | |

## WAIVER OF IAD ANTISHUTTLING RIGHTS

I, **Anthony Ray Baca,** a defendant in this case, having discussed with my attorney the possible effect of the Interstate Agreement on Detainers on my case, do hereby state and agree that:

1. I have previously been sentenced to serve a term of imprisonment by a state court in the State of New Mexico. I have not completed serving that sentence.

2. I now face federal charges of **18 U.S.C. § 1959(a): Violent Crimes in Aid of Racketeering** in the United States District Court for the District of New Mexico, and for that reason, I have been taken into federal custody and brought to Las Cruces.

3. I have been advised that the Interstate Agreement on Detainers (18 U.S.C. appendix 2) may apply to my case and that, if it does, I have the right to remain in federal custody, and not be returned to state custody, until the trial (or guilty plea) on the described above is completed and the federal sentence has been imposed.

4. Knowing this, I desire to and do hereby waive my right to remain in federal custody, and I request to be returned to state custody, prior to the completing of my trial and/or sentencing on the federal charges.



3/9/18

_____
**ANTHONY RAY BACA**
*Defendant*

_____
**MARC LOWRY**
*Attorney for Defendant*

_____
**THERESA DUNCAN**
*Attorney for Defendant*

Date: March 9, 2018