FILED
UNITED STATES DISTRICT COURT
LAS CRUCES, NEW MEXICO

MAR 1 2 2018

MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

No. CR 15-4268 JB

DANIEL SANCHEZ, ANTHONY RAY
BACA, CARLOS HERRERA, and
RUDY PEREZ,

    Defendants.

## VERDICT

### DANIEL SANCHEZ

**COUNT 6**

WE, the Jury, find the defendant, **DANIEL SANCHEZ**, __GUILTY__
(guilty or not guilty)
of violent crimes in aid of racketeering in conspiring to murder Javier Molina, as charged in Count 6 of the Indictment.

**COUNT 7**

WE, the Jury, find the defendant, **DANIEL SANCHEZ**, __GUILTY__
(guilty or not guilty)
of violent crimes in aid of racketeering in the murder of Javier Molina, as charged in Count 7 of the Indictment.

### ANTHONY RAY BACA

**COUNT 6**

WE, the Jury, find the defendant, **ANTHONY RAY BACA**, __GUILTY__
(guilty or not guilty)
of violent crimes in aid of racketeering in conspiring to murder Javier Molina, as charged in Count 6 of the Indictment.

- 52 -

**COUNT 7**

WE, the Jury, find the defendant, **ANTHONY RAY BACA**, __GUILTY__
(guilty or not guilty)
of violent crimes in aid of racketeering in the murder of Javier Molina, as charged in Count 7 of the Indictment.

**COUNT 9**

WE, the Jury, find the defendant, **ANTHONY RAY BACA**, __GUILTY__
(guilty or not guilty)
of violent crimes in aid of racketeering in conspiring to murder Dwayne Santistevan, as charged in Count 9 of the Indictment.

**COUNT 10**

WE, the Jury, find the defendant, **ANTHONY RAY BACA**, __GUILTY__
(guilty or not guilty)
of violent crimes in aid of racketeering in conspiring to murder Gregg Marcantel, as charged in Count 10 of the Indictment.

**<u>CARLOS HERRERA</u>**

**COUNT 6**

WE, the Jury, find the defendant, **CARLOS HERRERA**, __GUILTY__
(guilty or not guilty)
of violent crimes in aid of racketeering in conspiring to murder Javier Molina, as charged in Count 6 of the Indictment.

**COUNT 7**

WE, the Jury, find the defendant, **CARLOS HERRERA**, __GUILTY__
(guilty or not guilty)
of violent crimes in aid of racketeering in the murder of Javier Molina, as charged in Count 7 of the Indictment.

**RUDY PEREZ**

**COUNT 6**

WE, the Jury, find the defendant, **RUDY PEREZ**, _NOT GUILTY_
(guilty or not guilty)
of violent crimes in aid of racketeering in conspiring to murder Javier Molina, as charged in Count 6 of the Indictment.

**COUNT 7**

WE, the Jury, find the defendant, **RUDY PEREZ**, _NOT GUILTY_
(guilty or not guilty)
of violent crimes in aid of racketeering in the murder of Javier Molina, as charged in Count 7 of the Indictment.

Dated this 12th day of March, 2018.

_____
FOREPERSON