IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

Criminal Case No. 15-cr-4268-JB

UNITED STATES OF AMERICA,

Plaintiff,

v.

ANGEL DELEON, et al,

Defendants.

## ORDER

The COURT, being fully advised, hereby orders as follows:

That the Central Office of the New Mexico Department of Corrections shall produce to counsel Robert Cooper at 1011 Lomas Blvd NW, Albuquerque, NM 87102 on or before March 21, 2018, **all phone calls** of Leonard Lujan (#36895), Robert Lovato (#49921), Frederico Munoz (#46224), Gerald Archuleta (#35359), Robert Martinez (#31925), Benjamin Clark (#48387), who were inmates at NMDC facilities between 1/1/2015 to the present.

So ordered this 15th day of March, 2018.

_____
Honorable James O. Browning
U.S. District Court Judge