IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CRIMINAL NO.   15-4268 JB |
| | ) | |
| vs. | ) | |
| | ) | |
| **ANGEL DELEON, et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

**UNITED STATES' NOTICE REGARDING *JAMES* STATEMENTS FROM TRIAL 1**

The United States of America hereby gives notice that the United States may use the co-conspirator statements referenced in the attachment during Trial #2 in this case.

    Respectfully submitted,

    JAMES D. TIERNEY
    Attorney for the United States,
    Acting Under Authority Conferred
    by 28 U.S.C. §515

    *Electronically filed on 3/15/18*
    MARIA Y. ARMIJO
    RANDY M. CASTELLANO
    MATTHEW M. BECK
    Assistant United States Attorneys
    200 N. Church St.
    Las Cruces, NM  88001
    (575) 522-2304

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification to defense counsel of record on this date.

    /s/
MARIA Y. ARMIJO
Assistant United States Attorney