IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

      Plaintiff,

v.                                          No. CR 15-04268-JB

ANGEL DELEON, et al.

      Defendant.

**ORDER GRANTING EXTENSION**

THIS MATTER comes before the Court on Defendants Daniel Sanchez's, Anthony Ray Baca's, and Carlos Herrera's Unopposed Motion for Extension of Time to File Renewed Motions for Directed Verdict and Motions for New Trial. [Doc. 1943.] The Court, being advised that the motion is unopposed, and being otherwise fully advised in the premises, finds that the motion is well taken and should be granted.

IT IS THEREFORE ORDERED that the Motion is GRANTED and defendants Daniel Sanchez, Anthony Ray Baca, and Carlos Herrera shall file their renewed motions for directed verdict pursuant to Fed. R. Crim. P. 29, and their motions for new trial pursuant to Fed. R. Crim. P. 33, no later than June 15, 2018.

_____
United States District Judge