**FILED**

IN THE UNITED STATES DISTRICT COURT
UNITED STATES DISTRICT COURT
LAS CRUCES, NEW MEXICO

FOR THE DISTRICT OF NEW MEXICO

MAR 1 6 2018 

**MATTHEW J. DYKMAN**
**CLERK**

UNITED STATES OF AMERICA,

    Plaintiff,

v.                          No.  CR 15-4268 JB

ANGEL DELEON, et al.,

    Defendant.

## RECEIPT OF EXHIBITS

| Plf No. | Deft No. | Description of Exhibits* |
|---|---|---|
| 1 | | Rodriguez, Mario 61059 – Address/Phone Book |
| | A | Letter Headed – March, 2015 |
| | B | Messages Headed – Approx 17:20:05 Re: Montoya & Armenta |
| | C | Letter dated 10/22/15 Re: Tim Martinez |
| | D | Letter dated 10/23/15 Re: Tim Martinez |
| | E | Letter dated 10/23/15 Re: Tim Martinez |
| | F | Letter to County Clerk dated 11/19/14 Re: Mario Rodriguez |
| | G | Letter to County Clerk dated 12/20/14 Re: Mario Rodriguez |
| | H | Photocopy of Address/Phone Book Re: Mario Rodriguez |
| | I | 2 Page Handwritten Document with Highlights |
| | J | Letter Re: Blue |
| | K | Commissary Order Form Re: Mauricio Varela |

*Includes a notation as to the location of any exhibit not held with the case file or not available because of size.

| Plf No. | Deft No. | Description of Exhibits* |
|---------|----------|-------------------------|
|  | L | E-mail dated 02/25/18 Re: Rodriguez Document |
|  | M | Thumbdrive |
|  | N | 1 Page Handwritten Document Re: Nickname Big J |
|  | O | 1 Page Handwritten Document Re: Bunky |
|  | P | 1 Page Handwritten Document Re: Soda pop can |
|  | Q | 1 Page Handwritten Document Re: Wage war upon myself |
|  | R | FBI – CHS Reporting Document Re: Joseph Sainato |
|  | S | FBI FD-302 Report dated 01/29/18 |
|  | T | CR 15-4268 Doc #1841-1 Filed 03/01/18 |
|  | U | Disc Re: Agents Notes. |

RECEIVED BY:

MARIA ARMIJO
RANDY CASTELLANO
MATT BECK
COUNSEL FOR PLAINTIFF

RECEIVED BY:

CYNTHIA S. GILBERT
LITIGATION SPECIALIST FOR
COUNSEL FOR DEFENDANT

DATE RECEIVED: 3-16-18

DATE RECEIVED: 3/16/18

LAW CLERK OR COURTROOM DEPUTY CLERK

***By signing this document, counsel indicate his/her agreement that, should there be an appeal, s/he shall be responsible for producing the above-mentioned exhibits, if required, for an appellate record.

*Includes a notation as to the location of any exhibit not held with the case file or not available because of size.