IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CASE No. 15-4268 JB |
| ) | |
| vs. ) | |
| ) | |
| **ANGEL DELEON, et al.,** ) | |
| ) | |
| Defendants. ) | |

**UNOPPOSED MOTION TO REDACT PORTIONS OF THE CLERK'S MINUTES**

    The United States moves this Court to redact the Clerk's Minutes for proceeding, filed on February 5, 2018 and March 12, 2018 (Docs. 1780 and 1932) because the entries include the names of the jurors seated in the first trial in this case. *See, e.g.,* Doc. 1780 at 7. As grounds, the United States asserts that the jurors have a right to privacy and, if their names are disclosed on the internet, it could subject them to unwanted inquiries. The United States therefore moves this Court to redact Clerk's Minutes to the extent that they include a juror's name or jurors' names.

    The United States, under D.N.M.LR-Cr. 47.1, sought the position of defense counsel in this case and they do not oppose this motion.[1]

                                                                         Respectfully submitted,

                                                                         FRED FEDERICI
                                                                         United States Attorney, Acting Under
                                                                         Authority Conferred by 28 U.S.C. § 515

                                                                         *Electronically filed on 3/19/18*
                                                                         MATTHEW M. BECK
                                                                         Assistant United States Attorney
                                                                         200 N. Church St.
                                                                         Las Cruces, NM   88001
                                                                         (575) 522-2304

---

[2] The United States sent an email asking trial 1 counsel to respond with opposition by close of business March 19, 2018, or the United States would file this motion as unopposed. Counsel do not oppose this motion.

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification to defense counsel of record on this date.

/s/
MATTHEW M. BECK
Assistant United States Attorney