# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                            No. CR 15-4268 JB

ANGEL DELEON, et al,

    Defendants.

## ORDER

The COURT being fully advised hereby orders as follows:

The New Mexico Department of Public Safety shall produce to Maria Armijo of the United States Attorney's Office the following materials by March 24, 2018:

All laboratory records associated with the screening, analysis and interpretation of all biological evidence in laboratory case numbers 01-505 & 01-506 (agency case number 01-23-5-0019 & 01-23-5-0020). This will include all paperwork/notes/reports/electronic data files and other files pertaining to

    Bench notes

    Evidence examination records

    Serological testing records

    DNA extraction and quantization records

    Sample dilution/concentration records

    PCR set-up records

    Profile allele calling and interpretation records

    Technical reviews

The original electronic data files for all DNA analyses of known /questioned samples, extraction controls, reagent blanks and allelic ladders generated in the case.

Copies of the laboratory's Standard Operating Procedures for evidence handling/examination, serology and DNA analyses that were used at the time of testing in 2001. This will include but not be limited to all SOPs pertaining to the DNA profiling tests used, the protocols used for data interpretation, the protocol for the statistical analysis of potential matches all memos, guidelines, protocols, and instructions regarding mixture analysis and interpretation, as well as appropriate use of reporting language and instructions concerning statistical approaches to assessing the weight of any potential matches

Copies of the laboratory's Validation Studies for the technologies/methods used to analyze evidentiary and reference items in the case in 2001. This would include validation studies for all thresholds and statistical tools used for analysis of the DNA profiles.

Corrective Action Reports and Contamination Incident Reports

Accreditation Documentation

So ordered this 20th day of March, 2018.

_____
United States District Judge