# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

                                               No. CR15-4268 JB

ANGEL DELEON, et al.,

       Defendants.

## ORDER TO REDACT PORTIONS OF THE CLERK'S MINUTES

**THIS MATTER** having come before the Court on the motion of the United States of America to redact portions of the Clerk's Minutes filed on February 5, 2018 and March 12, 2018 [Docs. 1780 and 1932], and the Court, being advised that Defendants in this case do not oppose the motion, and being otherwise fully advised in the premises, finds that the motion is well-taken and should be granted:

IT IS THEREFORE ORDERED that the names of the jurors seated in the first trial in this case will be redacted from the Clerk's minutes.

_____
United States District Judge