# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

CLERK'S MINUTES

### BEFORE DISTRICT JUDGE JAMES O. BROWNING (IN LAS CRUCES)

| | | | |
|---|---|---|---|
| **CASE NO.:** | No. CR 15-4268 JB | **DATES:** | March 12-16, 2018 |
| **CASE CAPTION:** | *USA v. DeLeon, et al.* | | |
| **CRD:** | C. Bevel | **COURT REPORTER:** | J. Bean |

**COURT IN SESSION:**

| | | |
|---|---|---|
| **3/12/18** | | |
| 9:00am-10:30am | 1.5 hr | |
| 1:19pm-5:33pm | 4 hr 15 min | |
| **3/13/18** | | |
| 8:36am-11:36am | 3 hr | |
| 12:45pm-5:31pm | 4 hr 46 min | |
| **3/14/18** | | |
| 8:29am-11:47am | 3 hr 22 min | |
| 1:00pm-5:32pm | 4 hr 32 min | |
| **3/15/18** | | |
| 8:34am-12:01pm | 3 hr 33 min | |
| 1:02pm-5:49pm | 4 hr 51 min | |
| **3/16/18** | | |
| 8:30am-1:31pm | 5 hr 1 min | |
| 2:37pm-5:30pm | 3 hr | |
| | 38 hr 48 min | |

**TYPE OF PROCEEDING:** Motions Hearing (see below)/Pretrial Conference

**COURT'S RULING/DISPOSITION:**

**PRETRIAL CONFERENCE**

1. United States' Notice of Proposed James Statements for Trial 2 [1903] –
2. Motion to Prevent the Admission of Statements of Non-Testifying CoDefendants Implicating Defendant Billy Garcia and for an Order for the Government to Specify Such Statements Prior to Trial [1307] –
3. Non-Party Leroy Lucero's Motion to Quash Subpoena and Request for Expedited Consideration [1900] –
4. Opposed Second Motion by Andrew Gallegos to Sever Counts Four and Five [1298] –
5. Motion to Sever Counts Based on Practical Grounds [1743] -
6. Defendant Shauna Gutierrez' Opposed Motion for a James Hearing [1320] –
7. Defendant Joe Gallegos' Motion for a Bill of Particulars [1143] –
8. Defendant Joe Gallegos' Motion for a Bill of Particulars as to Counts 13-16 [1319] –
9. Defendant Gallegos Motion to Renew Motion to Dismiss Counts 4 and 5 (PreIndictment Delay) and Motion for a Bill of Particulars as to Counts 13 Through 16 [1808] –

10. Motion for Immediate Production of All Remaining Materials in the Government's Possession Regarding Trial Two Witnesses [1693] -
11. Motion for Production of Brady, Giglio or Jencks Materials Contained In Presentence Report or Cooperating Witnesses, or, in the Alternative, *In Camera* Review [1694] -
12. Motion for Immediate Discovery [1744] –
13. Motion for Discovery of the Arrest and Conviction Reports of Witnesses' Criminal History [1859] -
14. Motion for Immediate Production of Notes of Interviews of Witnesses by Investigating Officers, Substantially Verbatim or Exculpatory Notes of Interviews of Witnesses by the Prosecutors, for Production of Recorded Interviews and for Disclosure of Evidence That Any Notes Have Been Destroyed [1861]  -
15. ALREADY HEARD 5/9/17 – [1061] -
16. Motion to Exclude Testimony From Government's Gang Experts as Outlined in the United States' Supplemental Notice of Gang Expert Witnesses' Testimony (Doc. No. 1656) [1671] -
17. Motion for the Imposition of a January 31, 2018 Deadline for the Government to Produce a Summary of Statements It Intends to Offer Against Trial Two Defendants [1670] -
18. Motion to Suppress and Statements [1142] –
19. Motion in Limine Regarding Alleged Bad Acts [1308] -
20. Motion in Limine Regarding Alleged Bad Acts [1504] -
21. Motion in Limine Regarding Alleged Bad Acts [1528] -
22. Motion in Limine Regarding Alleged Bad Acts [1531] -
23. Motion in Limine Regarding Alleged Bad Acts [1532] -
24. Defendant Joe Gallegos' Motion in Limine to Prohibit Government From Introducing Evidence of Alleged "Bad Acts" [1602] -
25. Motion to Dismiss [1283] -
26. Defendant Edward Troup's Motion to Dismiss (PreIndictment Delay) [1284] -
27. Gallegos Defendant's Motion to Dismiss (PreIndictment Delay) [1318] -
28. Defendant Edward Troup and Billy Garcia's Motion for Production of Alleged Co-Conspirators Statements and for Pre-Trial Hearing on Their Admissibility [1292] –
29. Motion for James Hearing and Determination of Co-Conspirator Statements Admissibility at a Pre-Trial Hearing [1317] -
30. United States' Motion in Limine to Exclude Extrinsic Evidence in Violation of Federal Rule of Evidence 403 [1754] -
31. United States' Motion in Limine to Preclude Cross-Examination of Special Agent Acee on Unrelated Conduct [1871]
32. Emergency MOTION to Quash Writ and Request to file Motion sealed and for Telephonic hearing by Fred Quintana [1919]
33. Opposed Motion for Order to Obtain Physical and Mental Health Records [1908]
34. Motion to Quash Non-Party Leroy Lucero's Motion to Quash Subpoena and Request for Expedited Consideration by Leroy Lucero [1900]

ORDER CONSISTENT WITH COURT'S RULING TO BE PREPARED BY:     Court

ATTORNEYS PRESENT FOR PLAINTIFF(S):          ATTORNEYS PRESENT FOR DEFENDANT(S):

Maria Armijo/Randy Castellano/
Matthew Beck, AUSAs

Brock Benjamin (for Deft. Joe Lawrence Gallegos)

Cori Harbour-Valdez/Patrick Burke (for Deft.
Edward Troup)

Robert Cooper/James Castle (for Deft. Billy Garcia)

Jeff Lahann/Joseph Shattuck (for Deft. Allen
Patterson)

John Granberg/Edward Solis (for Deft. Christopher
Chavez)

Billy Blackburn (for Deft. Arturo Arnulfo Garcia)

Richard Jewkes/Amy Jacks (for Deft. Daniel
Sanchez)

Marc Lowry/Theresa Duncan (for Deft. Anthony
Ray Baca)

William Maynard/Carrie Bhalla (for Deft. Carlos
Herrera)

Ryan Villa/Justine Fox-Young (for Deft. Rudy
Perez)

Donovan Roberts/Lisa Torraco (for Deft. Andrew
Gallegos)

Angela Arellanes (for Deft. Shauna Gutierrez)

Jerry Walz (for Deft. Brandy Rodriguez)


Gregg Fallick (for witness Leroy Lucero)

**COURT:**          Calls case.  Counsel enter appearances. *FBI Special Case Agent Brian Acee
present.  Cynthia Gilbert, paralegal, present for defense teams.*


**COURT IN SESSION:**

9:00am          Court addresses counsel regarding upcoming trial scheduled to begin April 9. Currently

scheduled for 6-8 weeks.  Court will proceed to Pretrial conference related to Trial 2.

Court addresses counsel regarding Trial 2.

9:00am          Unites States requests closing arguments after instructions to jury.

9:00am          Court addresses elements and giving preliminary instruction, listing counts.

Unites States requests preliminary elements instruction.

9:13am          Mr. Cooper requests holding off until he has an opportunity to review/discuss elements

|        |   |
|--------|---|
|        | instruction. Court provides copy of elements instruction to counsel. |
| 9:14am | Mr. Castle addresses court regarding follow up questions after voir dire. |
| 9:15am | Court addresses counsel regarding alternate jurors, court suggests 18 jurors (6 alternates). |
| 9:16am | Ms. Armijo request all jurors including alternates remain under charge, defendants agree. |
| 9:17am | Court addresses counsel regarding day to day schedule for trial. Court inclined to start at 8:30. Trial could be here in Las Cruces or in Albuquerque. |
| 9:20am | Court addresses counsel regarding opening statements; Ms. Armijo requests 1 hour. |
| 9:21am | Mr. Burke requests 45 minutes, opening at the beginning. |
|        | Mr. Shattuck request 45 minutes opening at the beginning. |
|        | Mr. Granberg 30-45 minutes at beginning. |
|        | Mr. Blackburn 45 minutes at beginning |
|        | Mr. Roberts 30-40 minutes at beginning |
|        | Ms. Arellanes 30-45 minutes at beginning. |
|        | Ms. Armijo requests exhibits used in opening statements presented by power point. |
|        | Mr. Castle objects. |
| 9:27am | Court indicates exhibits should be shared, power points related to opening statements do not have to be shared. |
| 9:28am | Court addresses counsel regarding time for voir dire. Ms. Harbour-Valdez requests 1 hour, Mr. Cooper requests 1 hour, Mr. Shattuck, Mr. Lahann, 1 hour, Mr. Granberg requests 1 hour Court indicates preference is to keep it to 55 minutes. Mr. Blackburn requests 55 minutes. Mr. Roberts 42 minutes. Ms. Arellanes requests 40 minutes. Ms. Armijo requests use of numbers rather identification by juror name. |
| 9:37am | Mr. Cooper request court use names rather numbers. |
| 9:37am | First round of questionnaires were sent out to counsel on Friday. Ms. Armijo indicates the government did not receive them. Court will check on status. |
| 9:42am | Mr. Roberts addresses court regarding being able to see through the privacy covers on tables. Court indicates many checks will be made before start of next trial. Court indicates United States gets numbered exhibits, defendants get letters. |
| 9:45am | Mr. Castle addresses court regarding additional preemptory challenges and seating arrangements. Mr. Castle request separate tables so that counsel can consult with their respective clients. |
| 9:51am | Court will take concerns into consideration. Current numbers and logistics will require 2 |

|         | tables whether in Las Cruces or Albuquerque. |
|---------|-----------------------------------------------|
| 9:52am  | Mr. Burke addresses court regarding severance, and need for separate tables for defendants; addresses Document 1626 regarding firm date for objections. |
| 9:54am  | Ms. Harbour-Valdez request government provide may call and will call witness lists by March 26. |
| 9:54am  | Ms. Armijo indicates reciprocal witness list by March 23. |
| 9:55am  | Court will have government's list for will call list by March 23. Defendant's to do the same, but may need to be revised after receipt of government's list. |
| 9:57am  | Mr. Blackburn agrees need for separate tables. |
| 10:00am | Mr. Castle agrees, to need for separate tables. |
| 10:03am | Mr. Benjamin addresses Court regarding location of trial and time of courtroom open to |
| 10:04am | Mr. Cooper addresses court regarding subpoena of witness' Jim Moore, Cheryl Lackey requests to appear telephonically and Reeve Swainston. |
| 10:04am | No objection by defendants or United States. |
| 10:05am | Court will allow telephonic testimony. |
| 10:08am | Court moves to Motion hearings; Document 1903 – United States' Notice of Proposed James Statements for Trial 2. |
| 10:08am | Mr. Castellano responds. Governments' exhibits 11-18 plea agreements of defendants having pled guilty. |
|         | 11-Leonard Lujan |
|         | 12-Benjamin Clark |
|         | 13-Ruben Hernandez |
|         | 14-Javier Alonzo |
|         | 15-Eugne Martinez |
|         | 16-Paul Rivera |
|         | 17-brandi Rodriguez |
|         | 18-Santos Gonzales |
|         | Mr. Castellano moves to admit for purpose of James hearing only. |
| 10:13am | Mr. Castle objects to admission. |
| 10:14am | Mr. Castellano indicates 16 defendants will testify, agreements were signed under oath. |
| 10:16am | Mr. Benjamin, Mr. Burke, Ms. Arellanes, Mr. Solis join in objection. |
| 10:17am | Court admits exhibits 11-18 for purposes of this hearing. |
| 10:19am | Mr. Benjamin addresses court regarding document 1918 filed last night. |
| 10:22am | Mr. Castellano requests Monday, March 26th regarding use of any testimony from first |

|          |                                                                                      |
|----------|--------------------------------------------------------------------------------------|
|          | trial of any additional statements to be used in Trial 2.                            |
| 10:24am  | Mr. Benjamin continues to object.                                                    |
| 10:26am  | Mr. Burke objects.                                                                   |
| 10:28am  | Court imposes Wednesday end of business day to submit by letter or pleading identifying additional statements. |
| 10:31    | Court in recess.                                                                     |
| *10:54am*  | *TRIAL 1 Counsel released after verdicts returned.*                                |
| 1:19pm   | Court in session.                                                                    |
| 1:19pm   | Mr. Burke addresses court regarding exhibits 1-18 plea agreements. Request addendum be attached. |
| 1:19pm   | Court will have addendum attached to plea agreements exhibits 1-18.                  |
| 1:20pm   | Ms. Torraco addresses court regarding statements offered in trial 1, objects.        |
| 1:25pm   | Court will focus on James statements.                                                |
| 1:26pm   | Mr. Castle responds.                                                                 |
| 1:28pm   | Mr. Beck addresses court regarding identification of statements.                     |
| 1:30pm   | Mr. Castle responds requests as many pretrial rulings as possible from the Court to avoid any unnecessary delays during Trial 2. |
| 1:33pm   | Court addresses Mr. Castellano regarding establishing conspiracies and who is alleged to have participated. |
| 1:33pm   | Mr. Castellano responds, provides Indictment information reference to each conspiracy. |
| 2:06pm   | Court indicates there are six conspiracies,                                          |
| 2:09pm   | Witness Nancy Stemo sworn.                                                            |
| 2:10pm   | Mr. Benjamin begins direct examination witness Ms. Stemo.                            |
| 2:26pm   | Mr. Castle addresses Court regarding potential James hearing statements.             |
| 2:30pm   | Mr. Beck addresses Court with proposed schedule of James hearing provided via email on 3/9 @1:13pm |
| 2:40pm   | Mr. Castle responds.                                                                 |
| 2:48pm   | Court in recess.                                                                     |
| 3:08pm   | Court in session.                                                                    |
| 3:08pm   | Court addresses Mr. Beck regarding assurance that they do not intend to elicit any other statements other than what is in discovery. |
| 3:09pm   | Mr. Beck responds and agrees.                                                        |
| 3:13pm   | Mr. Castle responds.                                                                 |
| 3:13pm   | Mr. Burke addresses court regarding new or recalled information being disclosed or   |

|          | defendant being present during pretrial interviews. |
|----------|-----------------------------------------------------|
| 3:14pm   | Mr. Beck responds, objects to defendants' presence at pretrial interviews.  Court will not order defendants to be present during pretrial interviews. |
| 3:18pm   | Court addresses counsel regarding motions to dismiss. |
| 3:28pm   | Mr. Beck responds regarding AUSAs anticipated testimony. (AUSAs James Braun and Reeve Swainston) |
| 3:35pm   | Mr. Castle responds on the court's thoughts on motions to dismiss. |
| 3:51pm   | Mr. Benjamin address Court. |
| 3:53pm   | Mr. Beck responds. |
| 3:58pm   | Mr. Burke responds. |
| 4:00pm   | Court will not preclude defendants from calling AUSAs.  They will not be called until end of evidence on Motions to Dismiss. |
| 4:01pm   | Court will take up Doc. 1298, court not inclined to sever defendants. |
| 4:03pm   | Ms. Torraco presents arguments on Doc. 1298. Motion to Sever Andrew Gallegos. |
| 4:11pm   | Court responds to Ms. Torraco. |
| 4:12pm   | Ms. Torraco continues with arguments. |
| 4:30pm   | Ms. Torraco requests decision be held in abeyance until James hearings are complete. |
| 4:30pm   | Ms. Armijo responds. |
| 4:39pm   | Mr. Beck responds to Court. |
| 4:47pm   | Court in recess. |
| 5:05pm   | Court in session. |
| 5:05pm   | Ms. Armijo addresses court requesting court deny severance. |
| 5:08pm   | Mr. Castle addresses Court regarding Bruton statements. |
| 5:23pm   | Ms. Torraco requests court review Gallo case before rendering a decision. |
| 5:29pm   | Court will orally deny the motion to Sever at this time. Mr. Garcia's Motion Doc. 1743 will be addressed tomorrow. |
| 5:31pm   | Mr. Castle indicates he rests on motion submitted (Doc. 1743); request focus on James hearings, motions to dismiss and individual statements. |
| 5:32pm   | Mr. Benjamin indicates James hearing and Bill of Particulars. |
| 5:32pm   | Court will resume at 8:30am. |
| 5:33pm   | Court in recess. |

## DAY 2: 3/13/18

| 8:36am   | Court in session. |
|----------|-------------------|
| 8:36am   | Mr. Grandburg addresses Court regarding Motion for Severance. |

| | |
|---|---|
| 8:39am | Mr. Burke joins and agrees with defense comments on motions to sever. |
| 8:40am | Court denies motion to sever without prejudice. |
| 8:41am | Mr. Castellano conducts direct examination of witness Agent Stemo, previously sworn. |
| 8:42am | Court addresses Mr. Benjamin regarding responses filed. |
| 8:42am | Mr. Shattuck joins in other responses regarding James hearing. |
| 8:43am | Court clarifies responses filed by defendants. |
| 8:48am | Mr. Castellano continues with direct examination of witness Agent Stemo. |
| 9:52am | Mr. Benjamin conducts cross examination of witness Agent Stemo. |
| 10:03am | Court in recess. |
| 10:20am | Court in session. |
| 10:20am | Mr. Benjamin |
| 11:36am | Court in recess. |
| 12:45pm | Court in session. |
| 12:45pm | Mr. Burke conducts cross examination of witness Agent Stemo. |
| 1:20pm | Mr. Castle conducts cross examination of witness Agent Stemo. |
| 2:15pm | Court in recess. |
| 2:31pm | Court in session. |
| 2:31pm | Mr. Granburg conducts cross examination of witness Agent Stemo. |
| 2:45pm | Mr. Blackburn conducts cross examination of witness Agent Stemo. |
| 3:13pm | Mr. Cooper addresses Court, invokes the rule regarding witnesses. |
| 3:14pm | Court: witnesses may not discuss testimony with each other. Witnesses are required to remain outside courtroom. |
| 3:14pm | Ms. Torraco conducts cross examination witness of Agent Stemo. |
| 3:55pm | Ms. Arellanes conducts cross examination of witness Agent Stemo. |
| 4:01pm | Court in recess. |
| 4:19pm | Court in session. |
| 4:19pm | Ms. Arellanes continues with cross examination of witness Agent Stemo. |
| 4:43pm | Mr. Castellano conducts re-direct with witness Agent Stemo. |
| 4:48pm | Mr. Benjamin conduts re-cross examination of witness Agent Stemo. |
| 4:54pm | Mr. Burke conducts re-cross examination of witness Agent Stemo. |
| 4:55pm | Court excuses witness Agent Stemo. |
| 4:55pm | Mr. Castle addresses court, defendants have no witnesses for James hearings. |
| 4:55pm | Court addresses counsel regarding chart for rulings on James hearings. |
| 4:58pm | Mr. Castellano addresses court regarding 2017 Alcorta case he wishes to add that the |

court review.

| | |
|---|---|
| 4:59pm | Court will provide a chart with ruling as the week proceeds. Court will next take up next Motions for Bill of Particulars Doc. 1320. |
| 5:00pm | Ms. Arellanes addresses Court regarding Doc. 1320 Motion for Bill of Particulars. |
| 5:05pm | Mr. Castellano responds. |
| 5:08pm | Court denies Motion for Bill of Particulars Doc. 1320. |
| 5:09pm | Court addresses Mr. Benjamin regarding Motion for Bill of Particulars Doc. 1143, 1319, 1808. |
| 5:10pm | Mr. Benjamin addresses court with argument on Motions for Bill of Particulars. |
| 5:29pm | Ms. Torraco addresses court. |
| 5:31pm | Court will address this matter in the morning. |
| 5:31pm | Court in recess. |

## DAY 3:  3/14/18

| | |
|---|---|
| 8:29am | Court in session. |
| 8:29am | Court addresses counsel regarding Bill of Particulars yesterday. |
| 8:33am | Ms. Torraco has nothing further regarding Bill of Particular. |
| 8:34am | Mr. Burke addresses Court regarding severance. |
| 8:37am | Mr. Blackburn addresses court regarding severance, joins Mr. Burke's argument. |
| 8:40am | Ms. Armijo responds. |
| 9:04am | Mr. Benjamin addresses Ms. Armijo and the court regarding Bill of Particulars. |
| 9:05am | Ms. Armijo continues with arguments on Bill of Particulars. |
| 9:27am | Mr. Benjamin moves to admit Exhibit A, for Defendant Joe Gallegos. |
| 9:27am | Court admits exhibit A. |
| 9:30am | Mr. Castle addresses Court. |
| 9:32am | Ms. Arellanes joins in motion to sever counts 4 and 5. |
| 9:32am | Court will likely deny the Motion for Bill of Particulars. |
| 9:32am | Mr. Benjamin argues motion to court. |
| 9:35am | Mr. Castle argues motion regarding bifurcation. |
| 9:41am | Mr. Solis addresses Court and joins in Mr. Castles request for bifurcation. |
| 9:44am | Mr. Lahann addresses Court argues and joins in request for bifurcation/severance. |
| 9:46am | Court addresses counsel regarding Bill of Particulars, Doc. 1143 motion is denied. Court is not ruling on severance, admissibility of evidence at this time. |
| 9:49am | Mr. Benjamin addresses court with Motion for Bill of Particulars on counts 13-16, Doc. 1319. |

| | |
|---|---|
| 9:56am | Ms. Armijo responds. |
| 10:01am | Court in recess. |
| 10:19am | Court in session. |
| 10:19am | Ms. Armijo addresses court |
| 10:21am | Mr. Cooper addresses Court regarding Gregg Fallick's motion to quash telephonically today at 1pm. |
| 10:21am | Ms. Armijo addresses Court regarding all pending Motions to Quash. |
| 10:23am | Mr. Cooper addresses court regarding Mr. Sapien's availability and addressing Motions to Quash. |
| 10:26am | Court will hearing Doc.1900 at 1:00pm |
| 10:28am | Mr. Castle addresses Court regarding Defendant Billy Garcia Motion Doc. 1693. |
| 10:36am | Court addresses counsel. |
| 10:42am | Mr. Beck responds. |
| 10:51am | Mr. Castle responds. |
| 10:58am | Court clarifies with counsel on redactions for PSRs related to witnesses for Trial 2. |
| 11:01am | Ms. Armijo will reach out to US Probation regarding outstanding PSRs. |
| 11:07am | Mr. Burke addresses court regarding PSRs to be disclosed. Requests drafts of PSRs as they exist. Requests a court order providing whatever drafts are available. |
| 11:10am | Court requests a letter and draft order from defendants regarding providing draft PSRs. |
| 11:11am | Mr. Castle addresses court regarding Agent Acee's notes being disclosed. |
| 11:11am | Mr. Beck responds. |
| 11:23am | Court has Ms. Bean explain status of transcripts of Trial 1, final approvals and status. |
| 11:28am | Mr. Burke addresses court regarding Doc. 1061 requests paralegal to paralegal communication requesting transcript of Clark 302, Leroy Lucero interview/transcript. DNA documents requested of Ms. Armijo. |
| 11:33am | Mr. Beck responds, information has been requested and will be provided as soon as possible. Counsel to work together to obtain information. |
| 11:34am | Ms. Armijo indicates information has been requested regarding DNA. |
| | Court indicates Mr. Burke can renew Motion to compel if information is not received. |
| 11:35am | Mr. Castle addresses court with arguments on Doc. 1744. Clarifies which requests remain outstanding. |
| 11:39am | Mr. Beck responds. |
| 11:47am | Court in recess. |
| 1:00pm | Court in session. |

| | |
|---|---|
| 1:00pm | Mr. Fallick's addresses court telephonically regarding Motion to Quash Subpoena Doc. 1900. |
| 1:02pm | Court addresses Mr. Fallick. |
| 1:13pm | Mr. Fallick responds, argues Motion to Quash. |
| 1:19pm | Mr. Castle responds, references James statements in chart attributable to Mr. Lucero. |
| 1:29pm | Mr. Burke responds, references James statements in chart attributable to Mr. Lucero. |
| 1:30pm | Mr. Benjamin responds, references James statements in chart Doc. 1903 Table, attributable to Mr. Lucero. |
| 1:32pm | Mr. Solis responds. |
| 1:33pm | Mr. Beck indicates Mr. Lucero will be called at trial, request quashing all subpoenas for this week's hearings. |
| 1:38pm | Mr. Castle responds. |
| 1:46pm | Mr. Beck responds. |
| 1:50pm | Mr. Burke responds. |
| 2:00pm | Mr. Fallick responds. |
| 2:06pm | Court will permit defendant to call Mr. Lucero for limited purpose. Motion Denied. Mr. Fallick to coordinate with Mr. Lucero's probation officer on coordination of travel for Trial. |
| 2:09pm | Mr. Fallick requests advance funds, requests Friday afternoon 1pm. |
| 2:10pm | Mr. Beck indicates two US Attorneys are scheduled to testify Friday afternoon. |
| 2:12pm | Mr. Fallick requests counsel to provide documents relevant to Mr. Lucero. |
| 2:13pm | Court directs defendants put a package of documents, 302s together Mr. Fallick. |
| 2:15pm | Mr. Castle requests transcript of release hearing as requested in Doc. 1907. |
| 2:16pm | Court will grant motion Doc. 1907. |
| 2:17pm | Mr. Beck has no position on releasing transcript. |
| 2:17pm | Court will have transcript of 3/26/16 hearing ready for Mr. Falllick to pick up in Albuquerque courthouse. |
| 2:23pm | Court concludes hearing with Mr. Fallick. |
| 2:23pm | Mr. Castle continues with Doc. 1744 – Discovery requests. |
| 2:30pm | Mr. Beck responds. |
| 2:30pm | Court could provide order to require facilities to turn over calls. |
| 2:32pm | Court in recess. |
| 2:49pm | Court in session. |
| 2:49pm | Court addresses Mr. Sapien, witness Fred Quintana (present) reference Emergency |

MOTION to Quash *Writ and Request to file Motion sealed and for Telephonic hearing* by Fred Quintana Sealed Motion to Quash Doc. 1919.

| | |
|---|---|
| 2:51pm | Mr. Sapien addresses court, requests quashing subpoena. |
| 3:08pm | Mr. Cooper responds, requests resetting matter so that Mr. Sapien can meet with Fred Quintana and be present for hearing. |
| 3:12pm | Court authorizes, without objection of all counsel, Doc. 1909 to be provided to Mr. Sapien (only what is related to his client Fred Quintana). Copy of discovery related to statement also to be provided to Mr. Sapien. |
| 3:14pm | Ms. Armijo responds, request subpoena be quashed. |
| 3:15pm | Court indicates motion properly filed, properly served. Court will allow limited and targeted evidence regarding statements made. Motion denied. Mr. Sapien to stay in touch with Mr. Cooper regarding hearing date. Witness Fred Quintana to be returned to facility previously housed so that he can meet with Mr. Sapien. |
| 3:20pm | Mr. Sapien responds. |
| 321pm | Court concludes hearing with Mr. Sapien. |
| 3:21pm | Court returns to Doc. 1744, nothing further from counsel. |
| 3:22pm | Court addresses counsel regarding Doc. 1859. |
| 3:23pm | Mr. Benjamin responds, agreement reached with United States. |
| 3:23pm | Court denies Doc. 1859. |
| 3:25pm | Mr. Castle addresses court regarding other witnesses – Luis Lopez client and C.J. Mchiney – client. |
| | Court directs counsel to contact counsel to check availability for hearing. |
| 3:26pm | Court addresses Doc. 1861, nothing further from counsel. |
| 3:27pm | Court addresses counsel regarding Doc. 1061 |
| 3:28pm | Mr. Burke, court has already addressed this motion 1061. |
| 3:28pm | Court addresses counsel with next motion Doc. 1671 B. Garcia motion to Exclude Testimony. |
| 3:29pm | Mr. Beck responds, gang expert still listed, however may not call at trial. |
| 3:30pm | Court addresses counsel. |
| 3:31pm | Mr. Castle responds. |
| 3:33pm | Court references previous rulings applicable to all trials. |
| 3:34pm | Mr. Burke responds. |
| 3:35pm | Court addresses counsel with Motion Doc. 1670. |
| 3:35pm | Mr. Castle indicates matter is moot. |

| | |
|---|---|
| 3:35pm | Court addresses Mr. Benjamin with Motion to Suppress Doc. 1142. |
| 3:40pm | Mr. Benjamin request matter be moved back so that accurate transcripts can be reviewed by US Attorney. |
| 3:41pm | Court agrees, moves to Motion in Limine Alleged Bad Acts by Billy Garcia Doc. 1308. |
| 3:46pm | Court addresses counsel regarding Bad Acts. Counsel to meet and confer. |
| 3:50pm | Mr. Solis addresses court regarding procedures for addressing the court with Bad Acts. |
| 3:55pm | Mr. Burke addresses court regarding Doc. 1504 Troup's Oppose Motion in Limine Regarding Alleged Bad Acts. |
| 4:17pm | Court in recess. |
| 4:38pm | Court in session. |
| 4:38pm | Mr. Burke addressee court regarding Troup's remaining bad acts that counsel cannot reach an agreement on. |
| 4:40pm | Counsel with to work the United States on reaching an agreement on Motion in Limine to Exclude Other Bad Acts Docs. 1528, 1531, 1602. |
| 4:42pm | Mr. Lahann addresses court regarding Patterson's Motion in Limine to Exclude Other Bad Acts Doc.1532. |
| 4:46pm | Mr. Beck responds. |
| 4:53pm | Court indicates on the record which Bad Acts are coming in. |
| 4:55pm | Mr. Solis addresses court regarding Motion regarding Mental Health Records. |
| 4:57pm | Matter to be taken up tomorrow re: Doc. 1908 |
| 4:58pm | Mr. Castle addresses court, request proceeding on Motions to Suppress. |
| 4:59pm | Ms. Armijo responds, witness excused, Ms. Armijo needs to review transcript, will be ready tomorrow. |
| 5:00pm | Court will take up Motions to suppress tomorrow. |
| 5:01pm | Mr. Benjamin addresses court with Doc. 1318 Gallegos Motion to Dismiss for Preindictment Delay. |
| 5:13pm | Court addresses Mr. Benjamin. |
| 5:14pm | Ms. Torraco indicates defendant Gallegos joins in this motion. |
| 5:14pm | Mr. Beck responds. |
| 5:24pm | Mr. Beck moves to admit exhibits 1, 2, 3 and 4 related to Doc. 1318. |
| 5:24pm | Mr. Benjamin or other no other defense counsel have any objection to admission. |
| 5:25pm | Court admits exhibits 1-4 related to Doc. 1318. |
| 5:25pm | Mr. Beck continues with arguments related to Motion to Dismiss. |
| 5:27pm | Mr. Benjamin responds. |

| | |
|---|---|
| 5:32pm | Court denies motion at this time, may renew request at a later date. |
| 5:32pm | Court in recess. |

**DAY 4: 3/15/18**

| | |
|---|---|
| 8:34am | Court in session. |
| 8:34am | Mr. Benjamin moves to admit Exhibits A-1, A-2 – November 2012 interview of J. Gallegos. |
| 8:35am | Court admits Exhibits A-1, A-2 admitted without objections from counsel. |
| 8:38am | Court addresses counsel. |
| 8:41am | Ms. Armijo calls witness Richard Williamson, witness sworn. |
| 8:42am | Ms. Armijo conducts direct examination of witness Williamson. |
| | Ms. Armijo moves Government's exhibits 1 and 2 for purposes of this hearing only. |
| 8:49am | Court admits exhibits 1 and 2 without objection from counsel. |
| 8:49am | Ms. Armijo continues with direct examination of witness Williamson. |
| 8:53am | Mr. Benjamin conducts cross examination of witness Williamson. |
| 9:00am | Ms. Armijo conducts re-direct examination of witness Williamson. |
| 9:01am | Court excuses witness Williamson. |
| 9:01am | Mr. Benjamin addresses court with arguments in support of motion |
| 9:04am | Ms. Armijo responds, request court deny motion to suppress. |
| 9:07am | Court addresses counsel, inclined to deny motion for reasons as stated on the record. |
| 9:14am | Mr. Cooper addresses court regarding motion Doc. 1292. |
| 9:15am | Mr. Beck responds. |
| 9:20am | Mr. Cooper calls witness Leonard Lujan, witness sworn. |
| 9:21am | Mr. Beck addresses Court regarding request for mental health records. |
| 9:26am | Mr. Cooper addresses Court regarding request for an order to NM Department of Corrections for mental health records for Leonard Lujan, Eugene Martinez and Lawrence Torres. |
| 9:28am | Mr. Beck responds. |
| 9:31am | Mr. Cooper requests 5 days for NM Dept of Corrections to produce records. |
| 9:31am | Court addresses counsel regarding proposed protective order. |
| 9:34am | Mr. Beck requests 10 days. |
| 9:35am | Mr. Cooper request 5 days for NM Dept of Corrections to provide records to the United States and 5 days to produce to defendant. |
| 9:35am | Mr. Solis addresses court regarding Doc. 1908, request for records, requests 5 days for records. |

| | |
|---|---|
| 9:36am | Mr. Clark addresses court regarding protective order request that document not be placed on defendant tablets. |
| 9:37am | Court directs that no mental health records be placed on tablets. |
| 9:40am | Court signs Order regarding mental health records Doc. 1908. |
| 9:40am | Mr. Cooper conducts direct examination of witness Leonard Lujan. |
| 10:01am | Court in recess. |
| 10:19am | Court in session. |
| 10:19am | Mr. Cooper continues with direct examination of witness Leonard Lujan. |
| 11:15am | Mr. Burke conducts direct examination of witness Leonard Lujan. |
| 11:18am | Mr. Solis conducts direct examination of witness Leonard Lujan. |
| 11:27am | Mr. Beck conducts cross examination of witness Leonard Lujan. |
| 11:55am | Mr. Cooper conducts re-direct examination of witness Leonard Lujan. |
| 11:58am | Mr. Cooper moves defendant Billy Garcia's exhibit S. |
| 11:58am | Defendant's exhibit S is admitted without objection by United States. |
| 12:01pm | Court in recess. |
| 1:02pm | Court in session. |
| 1:07pm | Mr. Solis conducts re-direct examination of witness Leonard Lujan. |
| 1:10pm | Court excuses witness Leonard Lujan. |
| 1:11pm | Mr. Castle moves to admit defense exhibits A-R by agreement, relative to Motion to dismiss. (A-Report from Peterson, B. Andrew Armijo, C-transcript of interview, D-email between NMSP and Rhodes, E-Report by C. Lackey, F-Report by R. Duncan, G-Report FBI 302 TFO Rosa, H-report from STG J. Moore, I-Report from L. Tafoya, J-Report L. Jaramillo, K-report T. Archuleta, L- Repot L Tafoya, M- from Norman Rhodes, N-Edgar Rosa, P-Report by Lance Roundy, Q-FBI 302 by Sonya Chavez, R-FBI 302 by Lane Roundy, T-Stipulation of testimony from AUSA Braun). |
| 1:20pm | Court admits exhibits. |
| 1:20pm | Mr. Cooper indicates witness Benjamin Clark testimony is relevant to Doc. 1909. |
| 1:22pm | Mr. Beck objects to testimony. |
| 1:22pm | Witness Benjamin Clark present with his attorney Stephen Hosford, witness sworn. |
| 1:22pm | Mr. Cooper conducts direct examination of witness Clark. |
| 1:33pm | Mr. Beck conducts cross examination of witness Clark. |
| 1:35pm | Court addresses Mr. Beck. |
| 1:35pm | Mr. Beck responds. |
| 1:37pm | Court excuses witness Mr. Clark. |

| 1:38pm | Mr. Castle calls witness Agent Trent Pedersen, witness sworn. |
|--------|---------------------------------------------------------------|
| 1:38pm | Mr. Castle conducts direct examination of witness Pedersen. |
| 2:28pm | Mr. Beck conducts cross examination of witness Pedersen. |
| 2:32pm | Court in recess. |
| 2:46pm | Court in session. |
| 2:46pm | Mr. Beck continues with cross examination of witness Pedersen. |
| 3:11pm | Mr. Castle conducts re-direct examination of witness Pedersen. |
| 3:22pm | Mr. Beck conducts re-cross examination of witness Pedersen. |
| 3:23pm | Mr. Castle conducts re-direct examination of witness Pedersen. |
| 3:25pm | Court excuses witness Pedersen. |
| 3:46pm | Bench conducts conference with all counsel. |
| 3:47pm | Mr. Castle calls witness Dwayne Santistevan, witness sworn. |
| 3:47pm | Mr. Castle conducts direct examination of witness Santistevan. |
| 3:55pm | Mr. Beck conducts cross examination of witness Santistevan. |
| 3:57pm | Mr. Castle conducts re-direct examination of witness Santistevan. |
| 3:58pm | Mr. Grandberg conducts direct examination of witness Santistevan. |
| 3:59pm | Court excuses witness Santistevan. |
| 3:59pm | Mr. Beck calls witness James Pedraza, witness sworn. |
| 3:59pm | Mr. Beck conducts direct examination of witness Pedraza. |
| 4:07pm | Mr. Benjamin conducts direct examination of witness Pedraza. |
| 4:08pm | Mr. Castle conducts re-direct examination of witness Pedraza. |
| 4:12pm | Court excuses witness Pedraza. |
| 4:13pm | Court indicates counsel will be appointed for James Garcia, packet to be put to together |
| 4:15pm | Court in recess. |
| 4:28pm | Court in session. |
| 4:28pm | Court addresses counsel, attorney Cody Rogers to be present for James Garcia. |
| 4:28AM | Mr. Castle calls witness Lawrence Tafoya, witness sworn. |
| 4:28pm | Mr. Castle conducts direct examination of witness Tafoya. |
| 4:36pm | Mr. Solis has no questions of witness Tafoya. |
| 4:38pm | Mr. Beck conducts cross examination of witness Tafoya. |
| 4:42pm | Mr. Beck moves to admit exhibit 1 for Billy Garcia's Motion to Dismiss [Doc. 1283]. |
| 4:42pm | Court admits government exhibit 1 for Billy Garcia's Motion to Dismiss [Doc. 1283], no objection by defendants. |
| 4:42pm | Mr. Beck continues with cross examination of witness Tafoya. |

| | |
|---|---|
| 4:45pm | Mr. Castle conducts re-direct examination of witness Tafoya. |
| 4:54pm | Mr. Solis conducts direct examination of witness Tafoya. |
| 5:04pm | Court excuses witness Tafoya. |
| 5:04pm | Mr. Castle indicates Ms. Rogers needs a few minutes with James Garcia. |
| 5:06pm | Mr. Benjamin addresses court on Doc. 1319 – Bill of Particulars, has two requests after meeting and conferring with government. |
| 5:09pm | Ms. Armijo responds. |
| 5:10pm | Court addresses Ms. Armijo and Mr. Benjamin. Court will not require any amendment of the pleadings. Court denies motion Doc. 1319 |
| 5:18pm | Mr. Burke addresses court regarding bifurcation/severance. |
| 5:18pm | Mr. Castle addresses court with to proposed orders reference phone calls from facilities. |
| 5:19pm | Mr. Beck responds. |
| 5:20pm | Court will enter |
| 5:23pm | Ms. Harbour addresses court regarding statements from first trial. |
| 5:25pm | Court addresses Ms. Rogers. |
| 5:25pm | Mr. Castle calls witness James Garcia, witness present with Ms. Rogers, witness sworn. |
| 5:27pm | Mr. Castle conducts direct examination of witness Garcia. |
| 5:30pm | Mr. Beck conducts cross examination of witness Garcia. |
| 5:49pm | Court in recess. |

**DAY 5 3/16/18**

| | |
|---|---|
| 8:30am | Court in session. |
| 8:31am | Court addresses witness James Garcia, reminds witness he is under oath. |
| 8:31am | Mr. Beck moves to admit government exhibit 2. |
| 8:33am | Court admits government's exhibit 2, no objections by defendants. |
| 8:33am | Mr. Beck continues with cross examination of witness James Garcia. |
| 8:36am | Mr. Beck to supplement exhibit 2, with 2A a recording. |
| 8:36am | Mr. Burke objects. |
| 8:37am | Mr. Castle joins Mr. Burke's objections. |
| 8:38am | Mr. Beck responds. |
| 8:38am | Court admits 2A for purposes of this hearing only. |
| 8:38am | Mr. Beck continues with cross examination of witness Garcia. |
| 8:44am | Mr. Beck moves to admit government exhibit 3, plea agreement of Javier Alonzo. |
| 8:44am | Mr. Burke objects. |
| 8:44am | Court admits government exhibit 3. |

| | |
|---|---|
| 8:49am | Mr. Beck moves to government admit exhibit 4 – FBI 302. |
| | Mr. Burke has same objection. |
| 8:49am | Court admits government exhibit 4. |
| 8:49am | Mr. Beck continues with cross examination of witness Garcia. |
| 8:49am | Mr. Beck moves to admit government's exhibits 5 and 6.  Exhibit 5 will be Edward Troup's offender physical location Exhibit 6 is James Garcia's offender physical location. |
| 9:13am | Bench conference with all counsel. |
| 9:13am | Court admits government's exhibits 5 and 6 with no objections by defendants. |
| 9:13am | Mr. Beck continues with cross examination of witness Garcia. |
| 9:17am | Mr. Beck moves to admit government's exhibit 7 – FBI 302. |
| 9:17am | Mr. Burke objects. |
| 9:18am | Court addresses Mr. Beck, exhibits are being offered in lieu of further testimony. |
| 9:18am | Mr. Beck moves to admit government's exhibit 8 – FBI 302. |
| 9:19am | Court admits government exhibits 7 and 8 for purposes of this hearing. |
| | Mr. Beck moves to admit government's exhibit 2c (unredacted copy of transcript), sealed. |
| 9:21am | Court admits government's 2c under seal. |
| 9:22am | Mr. Beck moves to admit government's exhibit 9 under seal PSR James Garcia, unredacted. |
| 9:22am | Court admits government's 9 under seal without objection. |
| 9:22am | Mr. Castle addresses court regarding PSRs available to defense. |
| 9:23am | Mr. Beck will try to get PSRs to defendants. |
| 9:23am | Mr, Castle to prepare chart for court's review on statements. |
| | Mr. Beck clarifies exhibits 2, 2a, b and c for the court |
| 9:27am | Court excuses Fred Garcia. |
| 9:30am | Mr. Castle will proceed to call witnesses Jim Moore and Cheryl Lackey telephonically. |
| 9:32am | Mr. Grandberg addresses court wishes to take up Mr. Chavez's bad acts motion. Doc. 1531. |
| 9:35am | Mr. Grandberg addresses court. |
| 9:44am | Ms. Armijo responds. |
| 9:45am | Court addresses counsel regarding Bad Acts statements, evidence will be allowed as indicated on the record. |
| 9:56am | Court in recess. |
| 10:11am | Court in session. |

| | |
|---|---|
| 10:17am | Mr. Cooper proceeds with direct examination of witness Jim Moore telephonically, witness sworn. |
| 10:38am | Mr. Beck conducts cross examination of witness Jim Moore. |
| 10:48am | Mr. Cooper conducts re-direct of witness Moore. |
| 10:50am | Mr. Grandberg conducts direct examination of witness Moore. |
| 10:51am | Court excuses witness Moore. |
| 10:51am | Mr. Castle calls witness Cheryl Moore (Lackey) telephonically, witness sworn. |
| 10:53am | Mr. Beck addresses court regarding identification of statements for this witness. |
| 10:53am | Mr. Castle conducts direct examination of witness C. Moore. |
| 10:59am | Reference 1909 statements. |
| 11:02am | Mr. Castle addresses court regarding Doc. 1308 – Billy Garcia Bad Acts |
| 11:04am | Mr. Castle calls witness Frederico Munoz, represented by Luis Lopez, witness sworn. |
| 11:08am | Mr. Burke conducts direct examination of witness Munoz. |
| 11:10am | Ms. Armijo conducts cross examination of witness Munoz. |
| 11:13am | Mr. Castle conducts re-direct examination of witness Munoz. |
| 11:17am | Court excuses witness Munoz and his attorney. |
| 11:18am | Mr. Cooper calls witness Robert Martinez- related to Doc. 1909 – regarding statements. |
| 11:21am | Ms. Armijo objects, have not received any documents related to this witnesses testimony. |
| 11:22am | Mr. Cooper withdraws request to call witness Robert Martinez. |
| 11:22am | Court excuses attorney Charles McElhinney from courtroom (witness Robert Martinez not present). |
| 11:23am | Mr. Beck addresses court regarding Doc. 1909 related to exhibit 5 and 6. |
| 11:24am | Mr. Castle addresses court regarding redacting transcript of Leroy Lucero. |
| 11:27am | Mr. Burke addresses court, next witnesses NM State Police officers - Felipe Gonzalez and Norman Rhoades. |
| 11:31am | Mr. Burke calls witness Norman Rhoades, witness sworn. |
| 11:31am | Mr. Burke conducts direct examination of witness Rhoades. |
| 11:47am | Court in recess. |
| 12:05pm | Court in session. |
| 12:06pm | Mr. Castle continues with direct examination of witness Rhoades. |
| 12:08pm | Mr. Solis conducts direct examination of witness Rhoades. |
| 12:10pm | Mr. Beck conducts cross examination of witness Rhoades. |
| 12:24pm | Court excuses witness Rhoades. |

| | |
|---|---|
| 12:24pm | Mr. Burke calls witness Felipe Gonzalez, witness sworn. |
| 12:26pm | Mr. Burke conducts direct examination of witness Gonzalez. |
| 12:31pm | Mr. Burke moves to admit defendant's exhibit U. |
| 12:32pm | Court admits exhibit U into evidence without objection by defendants. |
| 12:32pm | Mr. Burke continues with direct examination of witness Gonzalez. |
| 12:32pm | Mr. Solis conducts direct examination of witness Gonzalez. |
| 12:37pm | Mr. Beck conducts re-cross examination of witness Gonzalez. |
| 12:43pm | Court excuses witness Gonzalez. |
| 12:43pm | Mr. Castle calls witness Leroy Lucero present with his attorney Greg Fallick. |
| 12:45pm | Mr. Fallick addresses court regarding redactions on transcript. |
| 12:46pm | Mr. Castle responds, has no objections. |
| 12:46pm | Mr. Beck addresses court regarding what this witness is being offered for. |
| 12:46pm | Court excuses witness Leroy Lucero from courtroom. |
| 12:47pm | Mr. Castle addresses court regarding proposed proffer. |
| 12:49pm | Mr. Castle calls witness Leroy Lucero, witness sworn. |
| 12:51pm | Mr. Fallick addresses Court regarding Leroy Lucero testimony. |
| 12:51pm | Mr. Castle responds. Request a 104 hearing after he is given immunity. |
| 12:52pm | Mr. Benjamin concurs and joins in request. |
| 12:52pm | Mr. Castle conducts direct examination of witness Leroy Lucero. |
| 12:53pm | Mr. Beck requests Mr. Fallick continue as counsel Leroy Lucero. |
| 12:53pm | Court requests Mr. Fallick continue as counsel for Leroy Lucero. |
| 12:53pm | Court excuses Leroy Lucero and his attorney. |
| 12:55pm | Mr. Castle calls witness Agent Acee, witness sworn. |
| 12:55pm | Mr. Castle conducts direct examination of witness Agent Acee. |
| 1:31pm | Court in recess. |
| 2:37pm | Court in session. |
| 2:37pm | Mr. Castle continues with direct examination of witness Agent Acee. |
| 4:02pm | Court addresses counsel. Offers portions of opinion, not finalized, can be attached to clerk's minutes as exhibits. Court indicates JERS will be utilized in this trial. |
| 4:05pm | Court in recess. |
| 4:22pm | Court in session. |
| 4:23pm | Court addresses counsel regarding un-finalized James Chart which will be court's exhibit 1 to clerk's minutes. |
| 4:25pm | Ms. Harbour-Valdez addresses court regarding counsels' request for judge's focus. |

|          | Future hearing dates and location/seating chart for trial.  Defense counsel request court focus on Motion to Bifurcate, filed today and the motion that was filed earlier this week regarding the configuration of courtroom. |
|----------|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
| 4:26pm   | Court addresses counsel regarding chart, James statements, motions to dismiss, trial location, future hearing dates. |
| 4:40pm   | Ms. Harbour-Valdez addresses Court regarding new dolly of information coming from Agent Acee. |
| 4:40pm   | Ms. Torraco addresses court regarding new dolly of information from Agent Acee and severance request. |
| 4:44pm   | Mr. Castle addresses court regarding bifurcation and severance. |
| 4:44pm   | |
| 4:45pm   | Court will be entering opinion shortly on jurisdictional issues. |
| 4:46pm   | Ms. Armijo addresses court and counsel regarding new dolly of information, clarifies that it is not new, it is evidence related to Burns murder. |
| 4:57pm   | Mr. Beck addresses court. |
| 5:01pm   | Mr. Castle continues with direct examination of witness Agent Acee. Moves to admit exhibits W, X, Y, and Z by stipulation. |
| 5:02pm   | Court admits exhibits W, X, Y, and Z. |
| 5:03pm   | Mr. Burke conducts direct examination of witness Agent Acee. |
| 5:08pm   | Mr. Beck conducts cross examination of witness Agent Acee. Moves to admit Mr. Lujan's transcripts to 8/8/07 and 9/12/07 as gov'ts exhibits 19 and 20. |
| 5:19pm   | Mr. Burke addresses court with regard to exhibit V, counsel agree it is admitted. |
| 5:16pm   | Court will convene ex parte related to CJA matters with defense counsel and defendants. |
| 5:30pm   | Court in recess. |