IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                                                                            No. CR 15-4268 JB

JOE GALLEGOS,
EDWARD TROUP,
BILLY GARCIA,
ALLEN PATTERSON,
CHRISTOPHER CHAVEZ,
ARTURO ARNULFO GARCIA,
ANDREW GALLEGOS, and
SHAUNA GUTIERREZ,

        Defendants.

**ORDER GRANTING JOINT MOTION TO EXTEND THE DEADLINE TO FILE THE PARTIES' AGREED AND DISPUTED CHALLENGES FOR CAUSE OR HARDSHIP**

THIS MATTER is before the Court on the Joint Motion to Extend the Deadline to File the Parties' Agreed and Disputed Challenges for Cause or Hardship. [Doc. 1956] On March 21, 2018, Defendant Edward Troup filed the Joint Motion on behalf of Joe Gallegos, Billy Garcia, Allen Patterson, Christopher Chavez, Arturo Arnulfo Garcia, Andrew Gallegos and Shauna Gutierrez ("Group 2 Trial Defendants"). The government joined the motion. The parties moved the Court to Extend the Deadline to File the their Agreed and Disputed Challenges for Cause or Hardship to March 30, 2018, and the date for the Court to issue its ruling on same to April 4, 2018.

The Court has reviewed the Joint Motion and is advised that no party opposes the request. The Court being fully advised finds that the motion is well-taken and should be granted:

1

IT IS THEREFORE ORDERED that the Joint Motion to Extend the Deadline to File the Parties' Agreed and Disputed Challenges for Cause or Hardship [Doc. 1956] is GRANTED. Accordingly, the deadline to file Parties' Agreed and Disputed Challenges for Cause or Hardship is extended to March 30, 2018.

IT IS SO ORDERED.

                                          _____
                                        United States District Judge

Submitted by:

*/s/ Cori A. Harbour-Valdez*
Cori A. Harbour-Valdez
Counsel for Edward Troup (3)