1

1        IN THE UNITED STATES DISTRICT COURT

2          FOR THE DISTRICT OF NEW MEXICO

3    UNITED STATES OF AMERICA,

4                  Plaintiff,

5        vs.            NO:  CR-15-4268 JB

6    ANGEL DELEON, et al.,

7                  Defendants.

8

9        Transcript of excerpt of testimony of

10                  MARIO MONTOYA

11                February 20, 2018

12

13

14

15

16

17

18

19

20

21

22

23

24

25

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2

```
1                        I N D E X

2    EXAMINATION OF MARIO MONTOYA

3    By Mr. Castellano                              3

4    By Mr. Lowry                                 161

5    By Mr. Castellano                            230

6    By Mr. Lowry                                 236

7    REPORTER'S CERTIFICATE                       240

8                    EXHIBITS ADMITTED

9    Defendants' AJ-1 Admitted                    220

10   Government 334 Admitted                       99

11   Government 356 Admitted                       56

12   Government 380 Admitted                       79

13   Government 394 Admitted                      125

14   Government 396 Admitted                      132

15   Government 684, 685, and 759 Admitted        147

16

17

18

19

20

21

22

23

24

25
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              MR. CASTELLANO:  Thank you, Your Honor.
 2   With that, the United States calls Mario Montoya.
 3              THE COURT:  All right.  Mr. Montoya, if
 4   you'll come up and stand next to the witness box
 5   right here in front of you, and before you're
 6   seated, if you'll raise your right hand to the best
 7   of your ability there, Ms. Standridge will swear you
 8   in.
 9                      MARIO MONTOYA,
10       after having been first duly sworn under oath,
11       was questioned, and testified as follows:
12              THE CLERK:  Please be seated.  State and
13   spell your name for the record.
14              THE WITNESS:  Mario Montoya.  M-A-R-I-O.
15   M-O-N-T-O-Y-A.
16              THE COURT:  Mr. Montoya.  Mr. Castellano.
17              MR. CASTELLANO:  Thank you, Your Honor.
18                   DIRECT EXAMINATION
19   BY MR. CASTELLANO:
20       Q.   Good morning, Mr. Montoya.  Can you tell
21   the members of the jury whether you've ever been a
22   member of the SNM Gang?
23       A.   Yes, sir.  Yes, I have been.
24       Q.   When did you become a member of the gang?
25       A.   Early '90s.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.    Prior to that time, had you been a member
 2   of any other gang?
 3        A.    I was a West Side Loco, Albuquerque.
 4        Q.    That was an Albuquerque gang?
 5        A.    Yes.
 6        Q.    And where were they largely located in the
 7   City of Albuquerque?
 8        A.    On the West Side.
 9        Q.    When did you join that gang, the West Side
10   Locos?
11        A.    I grew up on the West Side, in the South
12   Valley, so I never really joined.  I was just -- I
13   grew up there.
14        Q.    Did you kind of run with those guys, then?
15        A.    Yeah.
16        Q.    When you joined the SNM Gang, were you in
17   prison or outside of prison?
18        A.    I was in prison.
19        Q.    What was it that got you into prison?
20        A.    I had a good friend, James Yoakum, that
21   was in the boys' school with me also.  He was also
22   from the same gang, but from a different city, so we
23   were real close.  We ended up in prison together,
24   both young; we really didn't know anything.  And he
25   had got locked up for fighting.  He went to the
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492
                                                                  1-800-669-9492



1    North facility, the lockup unit.

2         Q.    When you say the North facility, is that

3    the North facility in Santa Fe?

4         A.    Yeah.

5         Q.    And what happened to him?

6         A.    He was there for disciplinary, for

7    fighting, or -- I don't know if they had SEG'd him

8    or what.  But he was there.  The guy that told on

9    him, I beat him up, too, a friend of mine.  James

10   was a friend of mine.  And I thought that was the

11   thing to do.  I ended up at the North also.  And I

12   was there with him, Leroy Torrez, a couple other

13   guys that I knew that were already SNM.  James

14   wasn't when he left the Main, but I guess when he

15   went to the North, it turned out that his dad was

16   one of the leaders of the SNM.  I didn't really know

17   too much about it, to tell you the truth.

18        Q.    And then what was your relationship with

19   them in terms of how you got brought into the gang?

20        A.    James and Leroy Torrez, Jr., asked me if I

21   wanted to be in that gang.  And at first I said no.

22   But then the next day I thought about it.  I said,

23   "Yeah, yeah," you know what I mean.  I thought I was

24   going to be somebody.  I said, "Yeah."

25             So I started calling them carnal, they

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                            201 Third NW, Suite 1630
Santa Fe, NM 87501                                      Albuquerque, NM 87102
(505) 989-4949                                                  (505) 843-9494
FAX (505) 843-9492                                          FAX (505) 843-9492



1-800-669-9492
e-mail: info@litsupport.com

1   started calling me carnal.  And I got out, went to

2   the South, came to SNM from then.

3       Q.   Now, when you say "the South," is that the

4   South facility in Santa Fe?

5       A.   Yes, sir.

6       Q.   And why were you in prison at that time in

7   the first place?

8       A.   Mostly kind of drugs, a residential

9   burglary.  I believe auto burglary, burglary tools.

10      Q.   So what happens when you get to the South

11  facility?

12      A.   I'm there for a while and people start

13  questioning who brought me in, and I tell them.  And

14  they're, like, "No, them guys can't bring you in.

15  You need five votes."

16           So at this point, I don't know what's

17  going to happen.  Really, I'm freaking out a little

18  bit.  I had gotten close to a few people:  Bobby

19  Ortega, Julian Romero, Billy Garcia; I think Ruben

20  Hinojos, and...

21      Q.   What was their response at the South to

22  this?

23      A.   Some of them didn't like that.  But I was

24  close to Julian, and Julian told me, "From now on,

25  when people ask you who brought you in, say it was

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   me, Bobby, and Billy."

2          And I don't really remember the other

3   people.  It was a long time ago.  I remember Julian

4   the most, and Bobby Ortega.  Those were the ones I

5   was really close to.

6      Q.   If you recall, who were the leaders of the

7   SNM at that point in time?

8      A.   Angel Munoz, Pup; Ramon Clark, Henry

9   Clark.  Felipe Cordova, but he was out of state.  I

10  never met him.

11     Q.   Felipe Cordova?

12     A.   Yeah.  I believe he was out of state or

13  out of prison.  I hadn't heard his name until way

14  later, but...

15     Q.   About what time frame is this when you

16  come in?

17     A.   Early '90s.  Probably '94, '93.

18     Q.   When you first come into the SNM, what are

19  you doing for the gang?

20     A.   Mostly little rackets that Julian would

21  come up with:  Go make sure people were kicking

22  in -- if anybody is getting dope in the visits or

23  whatever, we would -- Julian and them would demand a

24  third.  Sometimes they would do it in a sneaky way;

25  they would send us to go take their dope and they

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                             FAX (505) 843-9492
                                                                 1-800-669-9492
                                                            e-mail: info@litsupport.com



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1   would come crying to Julian about it.  Julian would

2   act like he reprimanded us and told us not to do

3   that anymore, and he'd tell them, "Just make sure I

4   get it, and they'll stay away from you.  I'll keep

5   the youngsters off."

6        Q.   In other words, "If you give me one-third,

7   I'll call off the dogs"?

8        A.   Yes.

9        Q.   Who were you taking the drugs from?  SNM

10   members, non-SNM members, or both?

11        A.   Non-SNM members.  SNM members, at that

12   time you couldn't do that to an SNM member.  That

13   would be disrespectful, and it could come down on

14   you, whether you were an SNM member or not.

15        Q.   And would this be the equivalent of taxing

16   other people in the prison for drugs?

17        A.   That's what we would call it.  That's the

18   word for it, taxing.  That would be the joke, that

19   we were like a small government.

20        Q.   Who would collect the drugs with you?

21        A.   It would be different people, mostly, but

22   whoever I was close to, really.  If I wanted to get

23   high, which I did, and I was a drug addict, I would

24   make sure I paid attention to who was getting the

25   dope and I would make sure I would be aggressive.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   Whoever I hung out with is usually who they would

2   pair me with; like you and Ruben, since you and

3   Ruben kick it together, you guys go post up by the

4   visit.  And when they come out, take them into the

5   library, and Julian and them would be in there

6   waiting.  And me and Ruben would just make sure they

7   got in there, and make sure we looked mean and mad,

8   and Julian would play the nice guy.

9        Q.   Why would you hang out by the visits in

10  order to figure out who was getting drugs?

11       A.    To make sure we caught them when they came

12  out of the visit before they got to the unit.  And

13  Julian would take them to the bathroom, make them

14  pull it out right then and there.

15       Q.   And so when you're watching the visits,

16  are you then watching to see what visitors are

17  bringing in drugs for the inmates?

18       A.   We pretty much already knew who was going

19  to get dope.  It's a small environment, so it's

20  obvious.  Somebody might get past once or twice.

21  But once it's figured out they're getting dope, then

22  we know who it is, and we're just waiting for them

23  to come out.

24       Q.   And as a younger member of the SNM, what

25  was your relationship with the corrections officers?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1      A.   Not -- not good.  At that point I get
 2 along with some of them, but at that point, inmates
 3 ran the prisons totally.  The corrections officers
 4 just made sure that we didn't leave, or we didn't
 5 kill one of them, or hit one of them, or stab one of
 6 them, or fight with one of them.  They didn't really
 7 care what happened to the population or what we were
 8 doing.
 9      Q.   When you joined the gang, were you given
10 any kind of rules that you should follow?
11      A.   Yeah.
12      Q.   What were they?
13      A.   No snitching; don't talk to the cops, like
14 be buddy with them; no child molesters allowed;
15 don't mess with each other's wives or girlfriends;
16 show each other respect; never take anybody's side
17 against a brother; follow orders.  If you're asked
18 to do something, you do it.  And that's all there is
19 to it.
20      Q.   What was the consequence for not following
21 an order?
22      A.   Then you would probably be hit.  At that
23 point, Angel was in charge, and he didn't believe in
24 violations or putting your hands on another brother.
25 He'd call that animosity amongst each other and
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   would drive wedges.  So that was either life or

2   death.  That was the only thing.  Or you'd be told

3   not to do that.

4       Q.   When you say "a violation," what are you

5   referring to?

6       A.   Later on, some of the other guys and these

7   boards, all this other stuff that got started -- if

8   you did something that this board didn't like, or if

9   you were the one that got to -- made look bad in a

10  situation -- because sometimes it wasn't even the

11  person's fault -- they would send four or five other

12  brothers to go beat him down.  And they weren't

13  allowed to fight back or nothing.  So a lot of us

14  didn't agree with that.  I didn't agree with that.

15      Q.   So that could be discipline short of

16  death?

17      A.   Yeah, or they would put you on a mission.

18  They would tell you, "All right, so now, you did

19  this.  Whatever you did wrong, whatever it was,

20  you -- now, in order for you to make up for that,

21  you're going to have to do this, and you're going to

22  have to go on this mission, or whatever."

23           It would be a means of control.  Because a

24  lot of guys at that point that were in, they weren't

25  gangsters; they were just trying to get high or

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                      Albuquerque, NM 87102
(505) 989-4949                                                   (505) 843-9494
FAX (505) 843-9492                                          FAX (505) 843-9492
                                                                 1-800-669-9492

 

BEAN
& ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE                               e-mail: info@litsupport.com

1    trying to look -- I mean, look the part, so they

2    were terrified of doing stuff like that.  They

3    didn't want to do nothing.  So they would just try

4    to follow the rules or try to make sure they made

5    whoever was in charge at that point happy.

6        Q.   When you say "a mission," if you would

7    task somebody to go do something, do they often use

8    the term "mission"?

9        A.   That was the term, yes.

10       Q.   What about a requirement for making your

11   bones?

12       A.   When I got in, I was told that it had to

13   be a murder; that you had to kill somebody to get

14   in.  But I know a lot of people didn't.  And I know

15   sometimes just beating somebody up was considered

16   enough, depending on who you were or who is

17   sponsoring you, or who wanted you in.  Sometimes

18   some people didn't do nothing.

19       Q.   What did you have to do to earn your

20   bones?

21       A.   I was one of the guys that brought in a

22   lot of dope, so I got away with it pretty lightly.

23   I got in a few fights.  I was taxing people for

24   Julian, and stuff like that.  And at that point I

25   was bringing in dope, so nobody wanted me to get

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                 201 Third NW, Suite 1630
Santa Fe, NM 87501                                         Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                            FAX (505) 843-9492
                                                                 1-800-669-9492

PROFESSIONAL COURT                                     e-mail: info@litsupport.com
REPORTING SERVICE

1    locked up.  I didn't really have to do too much.  I

2    was expected to.  If a brother is in a fight right

3    there by me, I had to jump in for him and stuff.

4    But mostly, it was just fighting and taking things

5    from people for the gang and stuff like that.

6         Q.   In terms of your mission with the

7    corrections officers, were you supposed to admit

8    your SNM membership to them?

9         A.   No, no.  The rule was:  You never admit it

10   to a cop, and you never deny it to a pinto, an

11   inmate.  You never admit it to another convict -- I

12   mean, never deny to it another convict.

13        Q.   You used the term "pinto."  What does that

14   mean?

15        A.   Convict.

16        Q.   And where did the gang -- what importance

17   would the gang have to people in terms of the gang

18   versus family?

19        A.   Excuse me?

20        Q.   What importance did the gang have when it

21   came to the gang versus someone's own family?

22        A.   I didn't catch the second word.

23        Q.   Importance.

24        A.   Oh, importance.  The gang came before your

25   family.  It came before everything.  And a lot of

SANTA FE OFFICE                                                      MAIN OFFICE
119 East Marcy, Suite 110                                      201 Third NW, Suite 1630
Santa Fe, NM 87501                                              Albuquerque, NM 87102
(505) 989-4949                                                          (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1   us, when we went to prison, we didn't have nothing,

 2   you know what I mean?  We were drug addicts when we

 3   got there, and a lot of us didn't have nothing to

 4   look forward to on the streets.  We were gang

 5   members on the streets.  And when we got there, we

 6   continued to be gang members.  And so it didn't --

 7        Q.   You talked about bringing in drugs to the

 8   facility.  Did you -- in 1996, were you sentenced

 9   for bringing contraband into a place of

10   imprisonment?

11        A.   Yes, I was.

12        Q.   What happened there, and why did you do

13   that?

14        A.   I was bringing in a lot of drugs, like I

15   said.  I was pretty good at coming up with ways or

16   talking people into getting dope.  I like to get

17   high, so I'd bring it in mostly for my own use, but

18   also for the gang.  I couldn't get dope and not help

19   people out in the gang, because it's not -- it's a

20   dog-eat-dog world in there.  If you're not part of

21   the pack, then you're going to get eaten.

22        Q.   So was it part of your responsibility as a

23   gang member, then, to help bring drugs into the

24   prison?

25        A.   If I had a way to bring dope in, or I
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  could develop a way to bring dope in, yeah, it was

2  pretty much my responsibility to do that.  And also,

3  I wanted to get high.

4      Q.   When you first got to prison, about how

5  long did you stay there?

6      A.   I went for an evaluation in '91, then I

7  believe in '93 -- I'm not really sure -- I believe

8  in '93 I went back on two three-year sentences,

9  turned it into a little bit longer.

10     Q.   At some point did you get out of prison in

11 approximately 2001?

12     A.   Yes.

13     Q.   And what did your brother do for you when

14 you got out of prison?

15     A.   What did my brothers do for me when I got

16 out?

17     Q.   Yeah.  Did he try to give you a job?

18     A.   Oh, my real brother, my blood brother.

19 Yes, my brother -- when I got out, one of the best

20 things anybody ever did for me, actually, he

21 opened -- he had a small -- I didn't know he did it.

22 He asked me if I wanted a job, and he had a small

23 battery shop and tire shop.  And I worked there for

24 about two or three weeks.  Then Monday, I showed up

25 to work, and he told me I had to go back to my job,

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                 Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 843-9492                                                 FAX (505) 843-9492
                                                                   1-800-669-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE                        e-mail: info@litsupport.com

1  "This is your job."  But at that point I was still

2  using drugs.  I was still into the gang and I pretty

3  much screwed it up.

4      Q.   All right.  So you said you screwed it up.

5  Someone had tried to help you out, and what was the

6  result of how long you stayed there and how well you

7  did at that business?

8      A.   I started just hiring people that I knew,

9  stuff like that, to do little odd jobs, and not

10 working, really.  And I got another job at a glass

11 company, so it was more structured.  I mean, it had

12 benefits; I didn't have to manage by my own money,

13 because I really didn't know how.  So I went to work

14 for Southwest Glass at that point.  And business

15 didn't -- it went good at first, but I just wasn't

16 prepared for that.

17     Q.   So about how long did you stay out of

18 prison following your release?

19     A.   Maybe eight months.

20     Q.   And what happened then?

21     A.   My first violation was for a dirty urine,

22 I think, and I went back to prison.  At that time,

23 it was a zero tolerance policy, especially towards

24 gang members.  Dirty urine, or whatever, first time,

25 you're gone.  I think I went back for dirty urine.

SANTA FE OFFICE                                                        MAIN OFFICE
119 East Marcy, Suite 110                                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                                Albuquerque, NM 87102
(505) 989-4949                                                              (505) 843-9494
FAX (505) 843-9492                                                    FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

 1      Q.   For dirty urine, that means you tested
 2 positive on a urinalysis test?
 3      A.   Yes.
 4      Q.   Did you also pick up a new charge for
 5 possession of heroin?
 6      A.   I don't think it was that time.  I think
 7 it was after I got out.
 8      Q.   Did you eventually pick up a charge for
 9 possession of heroin?
10      A.   Yes, I did.
11      Q.   At some point, did you start dealing drugs
12 even on the streets?
13      A.   Yeah, but not till way later.  And all
14 that time, I was just a user.  You know, I was
15 struggling to stay clean.  I didn't want to go back
16 to prison.  I was married to my ex-wife, Kathy.  And
17 she would get really insecure.  I didn't figure this
18 out till way later.  I thought it was the best thing
19 in the world.  She would bring me dope when I was
20 locked up.  She didn't care if I stayed home high
21 all the time.  She was really insecure.  She wanted
22 me to be in prison, for me to need her.  She would
23 buy me dope and then call my P.O. and say I was
24 dirty.
25      Q.   So at least in prison, she knew where you



```
 1  were; right?
 2       A.   Yeah.  Yeah.  So the next time I got out,
 3  I started staying away from her.  And I met someone
 4  else.  I met my current wife.  And I was in the
 5  process of leaving her; she started calling the cops
 6  and saying that I beat her up.  My new girlfriend
 7  would bond me out, and they would tell me, "Stay
 8  away from that girl."  They didn't believe me.
 9            Eventually she admitted to it, but yeah,
10  she got me and my new wife arrested.  Supposedly, we
11  had kidnapped her and beat her up.  And that's when
12  I picked up the possession charge.  I was still
13  getting high.  And she would buy me dope, lure me
14  back.
15            So she bought me some dope, rented a hotel
16  room, and I got high and left the syringe and stuff
17  on their counter.  She went to the bathroom to take
18  a shower.  The alarm in my truck went off.  So I got
19  arrested.  There was some plastic with residue
20  there.  I got charged with that.  That was a
21  possession case.
22            But it wasn't the first time I was out.
23  It was way later.
24       Q.   Taking you to the 2011-2012 timeframe, did
25  you begin dealing drugs then?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492





PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   Yeah.  At that point I lost a lot of the
 2   desire for drugs; not completely, but I was really,
 3   really trying to turn my life around.  My mentality
 4   was still such that maybe I could survive by selling
 5   dope and not using dope, and it wasn't really
 6   committing a crime like I would have done before,
 7   like residential burglaries, you know what I mean,
 8   really stupid things.
 9        Q.   So was that your mindset at the time, If
10   I'm dealing drugs, I'm not really hurting anybody,
11   so this is something else I can do to make money?
12        A.   Yeah, and I was just trying to just stay
13   home and take care of my family.  My daughter was
14   born, and that was pretty much the most important
15   thing in my life.  I realized that drug-dealing, you
16   know what I mean, ain't the way to go, and I
17   understand that.  But at the time, I didn't really
18   think like that.  I seen these other guys that were
19   out there all their life selling dope and never
20   going to prison.  And to me, that was going straight
21   at that time.
22        Q.   With your drug habit before that time,
23   could you really even be a successful drug dealer,
24   because you were using dope all the time?
25        A.   Now, I always joke around, and it's the
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    truth; we chase the customers away.  Get out of

2    here, I mean.

3        Q.    And before that time, what types of

4    controlled substances had you used or have you used?

5        A.    I started doing cocaine and heroin when I

6    was about 12 or 13 years old, shooting it up.  And

7    from then on I went to crack.  I didn't really like

8    heroin until I got to prison.  I started using

9    heroin mostly in prison because there was no other

10   drugs coming in but heroin.  I acquired a taste for

11   the heroin in prison and that became my drug of

12   choice after that.

13       Q.    What about methamphetamine?

14       A.    I've done it.  It's not my drug.

15       Q.    How about Suboxone?

16       A.    I used Suboxone to get off heroin the

17   first time.  It actually helped me out a lot.  If

18   you use it correctly, it doesn't get you high.  It

19   blocks the opiate and gives you a chance to be

20   straight and not using, and you can't use.  And I

21   tried.  I did Suboxone.  I would use the Suboxone

22   under my tongue -- it's an opiate blocker -- then go

23   buy heroin later that day.  And heroin doesn't

24   affect you.  It has a opiate blocker in it.  So I

25   would waste two or three hundred dollars trying to

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                             (505) 843-9494
FAX (505) 843-9492                                    FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1  get high.  And eventually -- it's actually what

2  helped me start selling dope, because I knew I could

3  have it and not use it.

4       Q.   What about LSD?  Did you try LSD, also

5  known as acid, before?

6       A.   Yes.

7       Q.   What about mushrooms?

8       A.   Yes.

9       Q.   And for the members of the jury who don't

10  know, what's the difference between cocaine and

11  crack cocaine?

12       A.   Cocaine is powder.  People snort it or

13  shoot it.  Crack is cooked with baking soda.  I've

14  heard you can cook it with ammonia.  I'm not sure.

15  People also shoot it up.  They can break it back

16  down with lemon juice, which is pure form, I think,

17  maybe.  Mostly smoked.

18       Q.   And at some point, now that you're dealing

19  drugs, do you start getting drugs from someone named

20  Chris Garcia?

21       A.   I always got drugs from Chris Garcia since

22  2001, since I got out.  But I never sold drugs from

23  him.  I would ride around with him, help him

24  deliver, stuff like that, for my dope, for what I

25  was getting high off of.  I would be a runner,

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                201 Third NW, Suite 1630
Santa Fe, NM 87501                                        Albuquerque, NM 87102
(505) 989-4949                                                    (505) 843-9494
FAX (505) 843-9492                                          FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1    pistolero, that kind of thing.

2        Q.   What's a pistolero?

3        A.   A guy that sits there with the gun, makes

4    sure he doesn't get robbed or -- the guy with the

5    gun.

6        Q.   About how many times do you think you

7    bought from Chris Garcia over the years?

8        A.   Hundreds, thousands of times, probably.

9    And he mostly gave it to me.

10       Q.   What types of drugs would you buy from

11   him?

12       A.   Before 2012, around that time, all he sold

13   was crack.  He used heroin, sold crack.  So that's

14   what I would get from him, crack or powder cocaine.

15       Q.   Was Chris Garcia an SNM Gang member?

16       A.   Yes.

17       Q.   And when you get out of prison, around

18   that timeframe, what's your relationship with the

19   SNM Gang?

20       A.   It was pretty good all the way until I

21   left Kathy.  I don't know how it happened, but

22   somehow she ended up with somebody that used to be

23   one of my best friends, Arturo Garcia.  And there's

24   a rule against being with other members' wives and

25   girlfriends.  I sent him messages I don't know how

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                           Albuquerque, NM 87102
(505) 989-4949                                                          (505) 843-9494
FAX (505) 843-9492                                             FAX (505) 843-9492



1-800-669-9492
e-mail: info@litsupport.com

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

 1   many times that, "I'm not tripping; go ahead.  You

 2   kind of did me a favor," and...

 3         Q.   When you say "Kathy," is Kathy the one who

 4   used to set you up with drugs, then get you

 5   arrested?

 6         A.   Yeah, so she went from me to another

 7   pinto, another inmate.

 8         Q.   What was his name?

 9         A.   Arturo Garcia.

10         Q.   Was he an SNM Gang member?

11         A.   Yeah.

12         Q.   Even though there is a rule, now, as far

13   as you knew, was she messing around with him when

14   she was with you, or did she get with him after your

15   relationship ended?

16         A.    I really don't think she was -- she's not

17   the type to be messing around on her man.  She

18   doesn't -- she just is really insecure.  Her whole

19   world is to keep him focused on her.

20         Q.   At this point, did you really care if she

21   was with Arturo Garcia?

22         A.    At this point, I thought it was a good

23   thing, actually.  I thought, that's my brother; he's

24   getting something out of it.  She's not calling the

25   cops on me; she's not trying to fight with me.

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                           Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                             FAX (505) 843-9492
                                                                  1-800-669-9492
                                                          e-mail: info@litsupport.com




BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1  She's taking him dope and helping out the brothers,

2  is what I thought.  You know, I had been through a

3  lot with her and I loved her.  At one point I loved

4  her to death.  But after I figured out what had been

5  going on -- and she even tried to make me fight with

6  my real brother, Richard, the one who started the

7  shop.  She would try to keep him away.  She told me,

8  "He called me a bitch."

9          I said, "Richard didn't call you a bitch."

10         And she said, "Well, who are you going to

11 believe?  Me or him?  Who took you your dope?"

12         I said, "Come on, Kathy."  It just got

13 real bad.

14    Q.   When did you find out that Arturo Garcia

15 was with her?  Were you back in prison, or were you

16 on the streets?

17    A.   I was in jail, actually getting ready to

18 go to court, go to trial on the domestic cases that

19 she had put me in jail for.  And she came to visit

20 me.  She brought me Arturo's dope, asked me why I

21 was doing this.

22         And I called my lawyer, and I said, "Hey,

23 this girl is coming to visit me."  And I didn't tell

24 him she was bringing me dope.

25         He said, "That's good.  Let her."  You

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1  know what I mean?  So I let her.

 2           And she started asking me, "How do I clean

 3  this up?"

 4           And I made sure I was on the phone when I

 5  did it, and I told her, "You were there.  You know

 6  what happened.  I can't tell you what to say.  Say

 7  the truth and that's it."

 8           And she said, "Well, they'll arrest me if

 9  I do."

10           I said, "Go to my lawyer's office and talk

11  to him."

12           So she went in there and she took him a

13  letter, and she spelled it all out why she did it.

14  She said she was jealous because I was with a

15  younger woman and I left her.

16      Q.   Over the years -- how many years do you

17  think you've spent in prison overall?

18      A.   Probably about 20, somewhere around there.

19      Q.   About 20 years?

20      A.   Give or take a few.

21      Q.   How old are you now?

22      A.   47.

23      Q.   When was the last time you were released

24  from prison?  Not from jail, but from prison?

25      A.   2012, I believe.
```



SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                               Albuquerque, NM 87102
(505) 989-4949                                                              (505) 843-9494
FAX (505) 843-9492                                                   FAX (505) 843-9492
                                                                           1-800-669-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE                                       e-mail: info@litsupport.com

```
 1        Q.    So what are you doing when you get out of
 2   prison at that point?
 3        A.    I'm trying to get a ride for my wife and
 4   my daughter.  Everybody I ran into told me, "Arturo
 5   is trying to put a hit on you."
 6              When I talked to Arturo, Arturo would say,
 7   "No, it's all good, brother."
 8              And people would be right there, so he
 9   just told me right there, "No, I didn't say that."
10              And I started seeing all these other guys
11   that were known informants, rapists, all this stuff
12   that's supposed to be against the rules, they're all
13   on these boards and they're the ones that are
14   shot-callers.  And every time I come back, I got to
15   go to the lockup unit because somebody dropped a
16   kite on me because Arturo had a hit on me that he
17   won't admit to.
18              So I just got real tired of it.  I wanted
19   to live a different life.  I started feeling guilty
20   about the things I did.  Once I got off the dope, I
21   no longer had the motivation to be part of this
22   gang.  My life is my daughter.  So that's what I was
23   doing.  I was trying to do that.
24        Q.    So seeing that some of the rules had
25   changed over time and they weren't being enforced,
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1    did this change your mindset about the gang?
2         A.   Yes.  I was real disillusioned.  I was a
3    true believer.  I was dedicated to it.  When I was a
4    kid, I thought this was something -- I thought this
5    was what it was about.
6         Q.   So at that point do you try to create
7    distance between yourself and the gang?
8         A.   For the most part.  There were a few other
9    guys I talked to that were on the same page as me,
10   that were not necessarily -- this gang turned into
11   something like real evil.  Some of the guys in there
12   are not evil people; some of the guys in it have
13   done bad things, but they're not sitting in their
14   cell trying to think of ways to hurt people or try
15   to use everybody that comes in contact with them.
16   And that's what it turned into it.  That's all I got
17   from them.
18             So the people that I would associate with
19   were mostly people that were trying to move on, or
20   trying to do something better.  Some of them are
21   still struggling with drugs, myself included, but
22   we -- I didn't believe in that anymore.
23        Q.   Let me move forward in time to the fall of
24   2015.  Were you still selling drugs at that time?
25        A.   Yes.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1     Q.   I want to ask you if you and someone named

2  Salamon Ramirez went to Chris Garcia's house in the

3  fall of 2015.

4     A.   We went to his house a few times.

5     Q.   I'm going to focus your attention on the

6  date when you picked up a gun.  So tell us why you

7  went to Chris Garcia's house on that occasion.

8     A.   I went to pick up a gun, because another

9  one of my brothers had been coming by because I was

10  selling dope, and I'd been giving him dope all the

11  time.  And one day he started acting like I had to

12  give it to him, or I owed it to him.  And I didn't

13  mind helping him out, but I didn't like that

14  attitude.  So I told him, "Hey, don't come back

15  without money.  You hear me?"

16          I wanted him out of there.  I knew he

17  wasn't going to get no money.  So he called one

18  morning and he asked if he could come over.  I told

19  him no.  And he said, "Well, I have some money."

20          So I let him come over.  And I go out

21  there, and he starts telling me this and that

22  about -- he starts trying to talk me out of some

23  dope, that he had no money.  I told him, "You got to

24  get out of here, Dreamer.  Don't come here.  Don't

25  come here."

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1            So Lorenzo Torrez, Dreamer -- or Lorenzo
 2    Valdez, Dreamer.
 3       Q.    What's his name?
 4       A.    Lorenzo Valdez, Dreamer.
 5            So I look on the seat of the car.  He has
 6    a gun.  And he picks up the gun.  And I told him,
 7    "Ah, whatever."
 8            I turned my back and I started walking
 9    inside at this point.  I didn't have a weapon at the
10    house.  You know what I mean?  I was just selling
11    dope.
12       Q.    What were you selling?
13       A.    Heroin.  So he shot twice in the air.  So
14    I called Chris; I told him I needed a gun.
15       Q.    And you called Lorenzo Valdez a brother.
16    Was he SNM?
17       A.    Yes.
18       Q.    What about Salamon Ramirez?
19       A.    Salamon was also SNM.  But he's a drug
20    addict through and through.  He'll probably always
21    be a drug addict.  But he's not a bad person,
22    really.
23       Q.    So do you and Salamon go to Chris Garcia's
24    house to get a gun?
25       A.    Yeah.  Salamon was staying at my house at
```

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                   Albuquerque, NM 87102
(505) 989-4949                                             (505) 843-9494
FAX (505) 843-9492                                   FAX (505) 843-9492
                                                        1-800-669-9492
                                              e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1  that time, and I would try to help keep him off the
 2  streets by letting him stay there.  I would give him
 3  dope, and I would have him drive for me, and just do
 4  stuff like that.
 5       Q.   Why did you feel you needed to get a gun
 6  at that point?
 7       A.   I felt threatened by Lorenzo, by Dreamer.
 8  You know what I mean?  He's going to come back,
 9  shooting at my house.  You know what I mean?  My
10  family is there.  And at this point that's what I'm
11  doing.  I'm really getting away from selling dope,
12  trying to, trying to find a job, or trying to find
13  some other way out.  Previously, I said that I had
14  gone to the methadone after I was arrested, but I
15  believe I was already on the methadone, and still
16  using, but still trying to get off.
17       Q.   What is methadone used for?
18       A.   Drug addiction; treat drug addiction, a
19  substitute for heroin.
20       Q.   At that point, isn't it true you were a
21  convicted felon?
22       A.   Yeah.
23       Q.   So were you supposed to be even possessing
24  a firearm at all?
25       A.   No, I wasn't supposed to be possessing
```



SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                     Albuquerque, NM 87102
(505) 989-4949                                                  (505) 843-9494
FAX (505) 843-9492                                         FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1  firearms or heroin or any of the stuff I was doing.

2      Q.   Okay.  So what happens when you get to

3  Christopher Garcia's house?  Is he able to provide

4  you with anything?

5      A.   Yeah, he gave me the gun.  He gave me -- I

6  believe it was a revolver.  I was using a lot of

7  drugs.  My memory is kind of cloudy.  But I did pick

8  up a gun from him.  Salamon was with me in the car.

9      Q.   Did you pick up any drugs, as well?

10     A.   Yeah.

11     Q.   What you get from him?

12     A.   I think it was about a quarter ounce, 7

13  grams.

14     Q.   A quarter ounce of what?

15     A.   Heroin.

16     Q.   Was that heroin to use or to sell, or

17  both?

18     A.   It was both.

19     Q.   So what happens when you leave the house?

20     A.   We're driving back, and we get pulled

21  over.  I give the dope and the gun to Salamon.

22  Salamon asked me to take off.  You know what I mean?

23  That was what I was keeping him high for, you know

24  what I mean, so he can help me get away from stuff;

25  for him to get out and run and ditch it.

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492                                            FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1            There was only one cop.  He was going to
 2   stop one of us.  I guess Salamon ran into somebody's
 3   back yard.  A dog barked at him.  He thought it was
 4   a police dog.  And he laid on the floor, waiting for
 5   the police.
 6       Q.   He goes to someone's back yard and he
 7   thinks it's a police dog?
 8       A.   Yeah.
 9       Q.   And he just lays down?
10       A.   He lays down and waits for the police to
11   show up.
12       Q.   Did the police get him?
13       A.   Yeah.
14       Q.   Were you arrested on that occasion?
15       A.   No.  Surprisingly, I guess he must have
16   gotten rid of everything, or I don't know if he got
17   caught with it.  I don't know if that's when he
18   started working with law enforcement, or what.  But
19   he did go to jail.  They asked me who it was.  I
20   think I told them, "I don't know who that was.  I
21   was giving him a ride," or something.
22       Q.   Did you lie to the police about that?
23       A.   Yeah.
24       Q.   And at some point you mentioned working
25   with law enforcement.  Was it your belief that he
```

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                     201 Third NW, Suite 1630
Santa Fe, NM 87501                              Albuquerque, NM 87102
(505) 989-4949                                            (505) 843-9494
FAX (505) 843-9492                                  FAX (505) 843-9492
                                                          1-800-669-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE
                                             e-mail: info@litsupport.com

1  later began working for law enforcement?

2       A.   My belief.

3       Q.   Now, I want to take you to September 11 of

4  2015, and ask you if you sold drugs to anybody on

5  that date.

6       A.   I believe you're referring to Robert

7  Madrid?

8       Q.   Yes.

9       A.   Yeah, he came to my -- well, I seen him

10 someplace.  He asked me for the number.  I gave him

11 the number.  And he came and bought.  I think that

12 was a quarter ounce also, or a teener, 1/16.

13      Q.   Okay.  You said a teener.  What is a

14 teener?

15      A.   A 1/16 of an ounce.  I sold him some dope.

16 Later on that day or the next day, he called me back

17 and said that he sold a car and he wanted to start

18 selling dope, and he wanted an ounce and a gun -- or

19 I think it was an ounce.  So he came to the house,

20 and I knew he was no good.  I knew he was a rat.  He

21 was an informant.  So I cut the crap out of the

22 dope.

23      Q.   What does that mean?

24      A.   I put a bunch of sugar in it and just a

25 little bit of dope, and I gave him the wrong bag.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  So when he left -- I noticed after he left, so I

2  called him, "Hey, come back."  He didn't want to

3  come back.

4       Q.   You gave him the good stuff and not the

5  bad stuff?

6       A.   Yeah.

7       Q.   When you cut it, was that to harm him or

8  just to dilute the amount of heroin?

9       A.   Just to dilute the heroin, just to get his

10 money.  You know what I mean?  I didn't think too

11 highly of Robert.  I knew I shouldn't have sold to

12 him.  I even told him, "If you're working off

13 charges, go work them off somewhere else."

14          And he said, "Oh, not me."

15      Q.   So you suspected he was working with law

16 enforcement?

17      A.   I kind of knew.  But I was just --

18      Q.   All right.  So you gave him the good

19 drugs.  And what is your response to doing that?

20      A.   I tried to get him to come back, and he

21 wouldn't come back.  So I told him, "I know where

22 you live, Robert."

23          And he hung up.  Somebody called me back

24 and said, "Don't be threatening us."  Some girl.

25          "I'm not threatening nobody.  I just want

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    to talk to him.  Tell him to come back here or I'll

2    go over there."

3              At that point, Agent Acee and Mark Myers

4    and Nate Lerner and a bunch of sheriffs pulled up at

5    my house.

6              I think he called me back and said, "All

7    right.  I'll go back.  And meet me at your house."

8              And I went back to my house, and they

9    pulled in and arrested me.

10       Q.   All right.  So when someone calls you

11   about a threat, shortly after that law enforcement

12   arrives at your house?

13       A.   Yeah.

14       Q.   Who is that in your car with you?

15       A.   Me and my wife.

16       Q.   When law enforcement got there, including

17   Agent Acee, did anyone give you any commands?

18       A.   Yeah.  They told me to get out of the car,

19   lock the doors.  And I sat there and talked to my

20   wife for a while.  They broke out the back window.

21   I think I almost got shot that day for not exiting

22   the vehicle.  But I knew what happened.  Pretty much

23   instantly, I knew Robert set me up.  I knew.  That's

24   why he didn't want to come back.  I knew.

25       Q.   You kind of started figuring things out at

SANTA FE OFFICE                                                              MAIN OFFICE
119 East Marcy, Suite 110                                           201 Third NW, Suite 1630
Santa Fe, NM 87501                                                  Albuquerque, NM 87102
(505) 989-4949                                                              (505) 843-9494
FAX (505) 843-9492                                                   FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1  that point?

2       A.   Yeah, I kind of knew before that, but at

3  that point I knew for sure.

4       Q.   All right.  And as a result of not

5  complying with Agent Acee's commands, did you get

6  basically yanked out of that car?

7       A.   Yeah, I got drug out.  They broke out the

8  back window, like I said, and unlocked the doors and

9  drug me out.

10       Q.   So what decision did you make that day

11  after you got arrested?

12       A.   I would have never had the gun there if it

13  wasn't for Dreamer.  I had made the decision a long

14  time ago to distance myself from that gang.  At that

15  point, I made the decision that I'm going to spend

16  as little time away from my daughter as possible.

17  I'm going to -- I'd already pretty much really made

18  the decision to stop using drugs.  They didn't hold

19  me the same way they did before.  I felt I can leave

20  that behind also.  And I was planning on doing it.

21  This just hurried that process along.  I knew I was

22  going to do whatever it took not to be away from my

23  family again.

24       Q.   So when you say it hurried along that

25  process, do you decide to cooperate with the FBI?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    Yes.

 2        Q.    Were you taken to jail as a result of this

 3   arrest?

 4        A.    Yes.

 5        Q.    And what were you booked on?

 6        A.    Felon in possession of a firearm and

 7   trafficking heroin, I believe.

 8        Q.    Now, were you initially booked on those

 9   charges, or were you booked on a probation or parole

10   violation?

11        A.    I think it was a probation/parole

12   violation.  I don't think I was charged with the

13   felon in possession stuff till later, but that's

14   pretty much why they were there.

15        Q.    Okay.  And then when you're in jail, are

16   you then caught the next day with a syringe with

17   some liquid in it?

18        A.    Yeah.

19        Q.    Did you take that in with you, or did you

20   get it when you got to the facility?

21        A.    I got it when I got to the facility.

22        Q.    How did that happen?

23        A.    I don't remember who it was.  Somebody

24   seen that I was sick, and they were trying to help

25   me out, put a syringe under my door.
```



SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                       Albuquerque, NM 87102
(505) 989-4949                                                    (505) 843-9494
FAX (505) 843-9492                                          FAX (505) 843-9492
                                                              1-800-669-9492
                          PROFESSIONAL COURT           e-mail: info@litsupport.com
                          REPORTING SERVICE

1    Q.   When you said you're sick, are you sick
2    from an illness or is that from your drug use?
3    A.   This is why I think I was on the methadone
4    before that.  I was sick from the methadone and from
5    heroin.
6    Q.   So even when you come off methadone, do
7    you still feel the effects of even coming off that
8    medication?
9    A.   Yeah, it's worse than heroin.  Coming off
10   of methadone is worse than coming off heroin.
11   Q.   All right.  As a result of being in jail,
12   are you at some point released from jail to begin
13   cooperating with the FBI?
14   A.   Yeah.
15   Q.   And what do you agree to do for them?
16   A.   I agree to take some phone calls from
17   these guys in prison, my brothers.  I agree to make
18   a couple controlled buys, and I agree to debrief and
19   answer questions honestly, and admit to everything I
20   did going way back.
21   Q.   When you say "controlled buys," tell the
22   members of the jury about that process.  What's your
23   involvement in a controlled buy?
24   A.   Meet with the officers or agents, whoever
25   they are.  They give me the money, tell me what they

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                     201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 843-9492                                            FAX (505) 843-9492



1-800-669-9492
e-mail: info@litsupport.com

1  want me to try to buy, give me a recording device,

2  and send me off to go make the buy.  They follow me.

3  They search me prior, they search me after.

4      Q.   And do they search you to make sure you

5  don't have any drugs or other contraband with you?

6      A.   Yeah.

7      Q.   And did you engage in one of these

8  controlled buys on November 18, 2015, from Chris

9  Garcia?

10     A.   I made a couple, more than one.

11     Q.   And was law enforcement with you on those

12  occasions?

13     A.   Yeah, every time.  Every time they search

14  me before, search me after.

15     Q.   Now, when this process begins, are you

16  then provided an attorney as part of this process?

17     A.   Yeah.

18     Q.   And when you had that attorney then, did

19  you sit down for what's called a debrief or an

20  interview under what's called a Kastigar letter?

21     A.   Yes, I did.

22     Q.   Would you tell the members of the jury

23  that once you had the protection of a Kastigar

24  letter, what you told the Government about a

25  homicide that you were involved with?



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    Yes.

 2        Q.    Who did that homicide involve?

 3        A.    It involved myself, Anton Cordova, Chris

 4   Garcia, and the victim was Shane Dix.

 5        Q.    And did you eventually participate in this

 6   homicide of Shane Dix?

 7        A.    Eventually, yeah.

 8        Q.    And where was Chris Garcia when it

 9   actually happened?

10        A.    I believe he was in Las Vegas, Nevada,

11   watching a Super Bowl -- I don't think the Super

12   Bowl was there.  I think he was at a casino watching

13   the Super Bowl in Las Vegas.

14        Q.    Do you know why it was important that he

15   be in Las Vegas while you were in Albuquerque?

16        A.    So he wouldn't be blamed for it.

17        Q.    And what was Chris Garcia's relationship

18   with Shane Dix?

19        A.    From what I understand, the guy that was

20   his former pistolero, his former gunman, was a guy

21   named Dragon from San Jo, a gang in Albuquerque.

22   They were arguing; Dragon and Shane Dix were arguing

23   over a girl.  And Chris was telling Dragon, "Just

24   get him out of here.  Tell him to leave," or

25   whatever.
```

SANTA FE OFFICE                                                              MAIN OFFICE
119 East Marcy, Suite 110                                            201 Third NW, Suite 1630
Santa Fe, NM 87501                                                   Albuquerque, NM 87102
(505) 989-4949                                                              (505) 843-9494
FAX (505) 843-9492                                                     FAX (505) 843-9492
                                                                        1-800-669-9492
                                                              e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1           Chris had a lot of dope and money on him,
 2  and they were still arguing.  Chris went up to the
 3  car and told Shane, "Just get the fuck out of here."
 4  He was the passenger -- excuse my language.
 5           Shane argued back with him.  Chris reached
 6  in and backhanded him.  And Shane shot him through
 7  the door, is what I understand.  Dragon was supposed
 8  to get the dope and the money off Chris, and he
 9  didn't do that.  He left.  So Dragon was fired,
10  obviously.
11       Q.   For not protecting --
12       A.   For not protecting him, for not helping
13  him, for not doing anything he was supposed to do.
14       Q.   Did you eventually see a wound in Chris
15  Garcia's stomach from getting shot?
16       A.   At that point, I was still with my
17  ex-wife, Kathy.  She worked at the hospital.  So I
18  knew everything that was happening with him, that he
19  was intubated and he barely made it, he barely
20  lived.  Yeah.  And he was shot in the -- I want to
21  say left hip.  I think it was the left hip.
22       Q.   You just know he was shot?
23       A.   In the lower part of his body.  I know it
24  affected his leg circulation.  He had to wear a pair
25  of panty hose.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492





BEAN
& ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   And how far apart was the time when Shane

2  Dix shot Chris Garcia, and when you participated in

3  this homicide with Anthony Cordova?

4    A.   I think it was a couple of years.  At that

5  time, I was on drugs really bad, and all this stuff

6  runs together.  And I was in and out of prison on

7  parole violations; and the stuff with Kathy.  Chris

8  even bonded me out on the cases with Kathy at that

9  time. She would get me arrested for domestic

10  violence, and I would go to jail, and Chris would

11  bond me out.

12    Q.   Who was Chris Garcia, in terms of the SNM?

13  Was he a well-known drug dealer for the gang?

14    A.   He was a drug dealer, and he was known to

15  have a lot of money.  People were using him pretty

16  much.  At one point me and Jake Armijo were just

17  going to take his dope and rob him and kill him, or

18  whatever, you know.  We never did it, me and Jake.

19  Jake is not --

20    Q.   Let me ask you this:  That's Jake Armijo;

21  is that correct?

22    A.   Yes.

23    Q.   Also known as Big Jake?

24    A.   Big Jake.

25    Q.   Was Chris Garcia known for basically

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                          (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1   giving people a start-up kit when they got out of

2   prison?

3       A.   Yeah, baby baller startup kit.  He'd give

4   everybody --

5       Q.   Did you say "baby baller kit"?

6       A.   Baby baller startup kit.  And he'd give

7   everybody an ounce of dope, 500 bucks cash -- not

8   all the time, not that amount.  He'd give them

9   something, give everybody something.  And it pretty

10  much served two purposes.  He would say, "If they do

11  good, and they start selling, making money, that's

12  good.  They bring back some money.  If they don't,

13  then I don't ever have to deal with them again.  It

14  was cheap to get rid of them."

15      Q.   When you bought from Chris Garcia, did you

16  know that you could buy from him for law enforcement

17  because you had done so in the past?

18      A.   Yeah.  Yeah, there's no question that he

19  would sell dope to me.

20      Q.   When you got released from jail from the

21  more recent arrest, who was supervising you?

22      A.   Agent Bryan Acee.

23      Q.   And in addition to Agent Acee, were you

24  supposed to report to anybody else?

25      A.   I reported once to the probation office, I

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                         201 Third NW, Suite 1630
Santa Fe, NM 87501                                Albuquerque, NM 87102
(505) 989-4949                                          (505) 843-9494
FAX (505) 843-9492                                 FAX (505) 843-9492
                                                      1-800-669-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE
                                          e-mail: info@litsupport.com

1   think, but mostly it was Agent Acee was in charge.

2        Q.   What was the purpose of reporting to the

3   probation office?

4        A.   I think it was part of the process after I

5   got -- after I took the plea bargain.  I think it

6   was part of the process that I was supposed to go

7   and meet him.

8        Q.   Did you have to submit to urinalysis

9   following your release?

10       A.   I did for my work.  Every time I changed

11  jobs, every time random urines at work.  I don't

12  think I did -- I think I did one before I left.  I

13  was in an accident in my work truck; also had to

14  give a drug sample then.

15       Q.   Let me ask you this.  I'm going to get to

16  these recordings in a little bit.  So when you're

17  released, is it true that you still have a drug

18  problem?

19       A.   When I'm released, yeah.

20       Q.   And what do you do in response to that

21  problem?

22       A.   At that point it was a wakeup call.  I

23  knew that everything hinged on that.  I knew that I

24  could not turn back.  That was part of the reason

25  why I agreed to cooperate, is to burn this bridge;

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   because I tried to get away from this a lot of times
 2   and it was too easy to go back.  Everybody I knew in
 3   Albuquerque -- I grew up there.  Everybody was a
 4   gang member.  So I had to stay off dope.  And I
 5   think I was on the methadone before, but I think
 6   after the arrest, I may have used once or twice, but
 7   I was never caught, and I never -- it wasn't a
 8   continued thing, and I was able to stop totally for
 9   a long time.
10        Q.   And following that, did you begin using
11   methadone?
12        A.   Yeah.  That was a big thing that helped
13   me.
14        Q.   Did you do that on your own, or did
15   somebody require it?
16        A.   It wasn't required.  It was on my own.  I
17   am pretty proud of the fact that I detoxed that
18   stuff on my own also on the streets.
19        Q.   And once you were released, how long was
20   it before you were arrested again?
21        A.   Two years, probably.  Well, I got arrested
22   for a traffic ticket, failure to pay the fine or
23   something.  Yeah, it was two years.  It was right
24   before.
25        Q.   And then, more recently, can you tell the
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  members of the jury whether you were arrested in
2  relation to a stolen vehicle?
3       A.   Yeah, I was arrested for auto theft also.
4  That was the last arrest.
5       Q.   I won't ask you about the circumstances of
6  that, because it's a pending charge.  But you did
7  get an arrest; is that correct?
8       A.   Yes, I did.
9       Q.   And so you were out about two years?
10       A.   Yeah.
11       Q.   What were you doing there during that
12  time?  Were you working?
13       A.   I was living my life, man.  I was working,
14  doing stuff that I never thought I was capable.
15       Q.   And I want to talk to you about any
16  benefits you received as a result of your
17  cooperation real quick.
18       A.   The number 1 benefit was burning this
19  bridge.  I also received vocational training.
20       Q.   Who paid for the vocational training?
21       A.   The Government.
22       Q.   All right.  And are you aware that the
23  Government paid approximately almost $3,000 to send
24  you to a trade school?
25       A.   Yes.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   And did the Government also help you with

2  vehicle and maintenance repairs?

3    A.   Yes.

4    Q.   At some point, did the Government help you

5  to help fix up an RV so you could leave town after

6  this investigation concluded?

7    A.   Yes.

8    Q.   And are you aware that you received

9  payments of almost $5,200?

10    A.   Yeah.

11    Q.   For a total of almost $10,500 worth of

12  benefits from the Government?

13    A.   Sounds right.

14    Q.   Now, when you got a trade and you were

15  working on your own, were you still receiving

16  payments from the Government, from the FBI?

17    A.   Not payments.  Probably about six months

18  after I was out.  And the state I was living in, I

19  had no family.  I had never done that before.  My

20  vehicle broke down.  I didn't really have a savings.

21  I didn't really know how to do that kind of stuff.

22  And I asked Bryan Acee for help, and he helped me.

23  He --

24    Q.   How did he help you?

25    A.   He paid for the parts at Auto Zone, I

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1   believe it was, in Albuquerque, and I picked them up
 2   in the state that I lived in, and I did the repairs
 3   myself.
 4             THE COURT:  Mr. Castellano, would this be
 5   a good time for us to take our morning break?
 6             MR. CASTELLANO:  Yes, sir.
 7             THE COURT:  All right.
 8             Mr. Mendenhall, if you'll help with the
 9   door there.  We'll be in recess for about 15
10   minutes.
11             (The jury left the courtroom.)
12             THE COURT:  I handwrote a little ruling on
13   334, pages 17 through 21.  I'm going to keep those
14   out on relevancy grounds.
15             And then on 395, pages 19 through 21, it
16   seems to me that -- I just can't see a hearsay
17   exception here.  I don't see also how they're
18   relevant except for their -- except for their truth.
19   So Christopher Garcia isn't on trial, and so there
20   is no -- 801(d)(2)(A) doesn't apply.  Molina is
21   already dead by the time of these comments.  And C.
22   Garcia wasn't a Molina conspirator.  So Rule
23   801(d)(2)(E) doesn't apply, at least as to the
24   Molina conspiracy.  And the statements weren't in
25   furtherance of the conspiracies that Mr. Garcia
```

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                    FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1  belonged to; not Marcantel and Santistevan.

2           So I can't discern an applicable Rule 803

3  or Rule 804 exception either.  So I'm going to

4  require those portions to be taken out, too.  So

5  that takes care of those two, and I'm basically

6  sustaining the objection.  So you'll have this oral

7  one on 395, and Ms. Standridge just gave you a

8  little bit of written one I did on 334.

9           All right.  We'll be in recess for about

10 15 minutes.

11           (The Court stood in recess.)

12           THE COURT:  All right.  We'll go on the

13 record.  I mostly got through the Government's brief

14 regarding invocation of the Fifth Amendment

15 privilege as to Mr. Montoya and Mr. Duran.

16           Let me tell you what I'm thinking on that.

17 I agree with the Government.  I think that these

18 issues would be collateral that Mr. Montoya and

19 Mr. Duran would take the Fifth on, so I do think

20 that they will be permitted to testify as they are.

21 So I think they're collateral.  I'm not inclined to

22 tell the defendants what you can't question and not

23 do.

24           Here's what I would propose to do:  I

25 think you're entitled to nibble around the edges.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  Mr. Candelaria, if you decide on cross-examination
2  you want to come up here and be closer to Mr.
3  Montoya, you're welcome to do it, to help him walk
4  through those questions.  So I'll leave that to you.
5  But you're invited to come up.  We'll give you a
6  chair up here, if you decide you want to do that.
7         I don't see any really huge downside if he
8  has to invoke in front of the jury.  What I'd ask
9  the defendants -- I'm letting you nibble around the
10 edges to do what you've got to do there.  Just don't
11 try to turn it into a circus.  I mean, if he has to
12 take the Fifth a few times, two or three times or
13 something, to get through your cross, I can live
14 with that.  Fifty times, I may have to figure out
15 something alternative.  So try to help me get
16 through and get Mr. Montoya through there.
17         On Duran's -- the child abuse issue, do
18 you have any issue?  Are you letting that go?  What
19 do you have on that?  I think it's really a question
20 of whether you've got a good faith basis to ask any
21 questions on it.  And of course, I don't have
22 anything that shows that there is any evidence of
23 it.
24         MS. DUNCAN:  I do, Your Honor, have a good
25 faith basis to ask him about it.  First, while he

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    was in custody, he had repeated phone calls with his

2    wife, encouraging his wife to hit his daughter, to

3    discipline her for various issues.  And he said

4    either "Beat her ass," a bunch of different ways,

5    and we have those phone calls.

6             In terms of the Oregon case, it's not true

7    that the detective found there was no probable

8    cause.  He found there was no probable cause to

9    believe that the abuse had happened at a rest area

10   that was within the Washington police jurisdiction.

11   So he referred it to Portland.  But he very much

12   thought that Eric Duran had slapped his daughter.

13   He talked to teachers who witnessed what they saw

14   was a bruise on Ivy's face --

15            THE COURT:  Well, I think you've laid

16   enough good faith basis.  So I'd not be inclined to

17   grant any sort of limiting order that doesn't allow

18   the defendants to go into this issue.

19            MS. DUNCAN:  Thank you.

20            THE COURT:  All rise.

21            (The jury entered the courtroom.)

22            THE COURT:  All right.  Mr. Montoya, I'll

23   remind you that you're still under oath.

24            THE WITNESS:  Yes, sir.

25            THE COURT:  Mr. Castellano, if you wish to

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

PROFESSIONAL COURT
REPORTING SERVICE

```
 1  continue your direct examination of Mr. Montoya, you

 2  may do so at this time.

 3          MR. CASTELLANO:  Yes, sir.  Thank you.

 4          THE COURT:  Mr. Castellano.

 5  BY MR. CASTELLANO:

 6      Q.  Okay, Mr. Montoya, going back to your

 7  conditions of release, so after you finished

 8  cooperating in this case, did you then leave the

 9  state of New Mexico?

10      A.  Yes, I did.

11      Q.  And did you stay out of custody for about

12  two years following that?

13      A.  Yes, I did.

14      Q.  And were you arrested for violating your

15  conditions of release for picking up a new charge,

16  as well as for not keeping in touch with Agent Acee?

17      A.  Yes.

18      Q.  And is that the reason you're in jail

19  right now?

20      A.  Yeah.

21      Q.  Now, do you recall that Shane Dix shot

22  Chris Garcia in about 2004 and then Shane Dix was

23  killed in 2005?

24      A.  It could have been that timeframe, yeah.

25      Q.  And after that homicide, was anybody
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  arrested?  Let me ask you this.

2      A.   I believe somebody was questioned and held

3  for a few days.

4      Q.   Until you came forward with the

5  information about the homicide, had anybody been

6  charged with it?

7      A.   No.

8      Q.   And as a result of your cooperation, were

9  Chris Garcia and Anthony Cordova charged with that

10 murder?

11     A.   I believe so.  I believe Chris pled

12 guilty.  I don't know for sure.

13     Q.   And is Anthony Cordova still pending

14 trial?

15     A.   I believe so.

16     Q.   I want to take you back now to the part

17 where you told us that you were working with law

18 enforcement.  And earlier you testified that you

19 made controlled buys and that you were recorded.  Do

20 you recall that?

21     A.   Yes.

22     Q.   How were you being recorded?

23     A.   Last time you had stopped me from saying

24 it?  Do you want me to describe the recording

25 device?



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

54

1      Q.   No, what I'm asking is:  Were you carrying

2   a recording device?

3      A.   Yes, I was.

4      Q.   And in preparation for trial, have you had

5   an opportunity to listen to the recordings and to

6   review the transcripts of those recordings?

7      A.   Yeah, both.

8      Q.   And can you tell the members of the jury

9   whether the recordings that we're going to play here

10   in court are recordings you've listened to

11   beforehand and whether they accurately capture the

12   conversation as you remember them when they

13   happened?

14      A.   All of the recordings accurately captured

15   the conversations.  The transcripts are pretty

16   accurate.  Sometimes it's inaudible, but on the

17   recording you can usually hear it.

18      Q.   So are there times, since you were there,

19   where there might be an inaudible in the transcript,

20   but you can hear what was said?

21      A.   Yeah.

22      Q.   And from time to time, did you notice some

23   mistakes in the transcripts and the recording

24   accurately reflects what was said?

25      A.   Yeah, yeah.  Sometimes it would be like a

SANTA FE OFFICE                                           MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                   Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                    FAX (505) 843-9492
                                                        1-800-669-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE                          e-mail: info@litsupport.com

1    Spanish word, and it will say "inaudible," but you

2    can tell what the word is if --

3        Q.   And in this case, did you start making the

4    recordings in the October/November timeframe of

5    2015?

6        A.   Yes.

7        Q.   Now, can you tell the members of the jury

8    whether in some of those recordings someone named

9    Eric Duran is captured?

10       A.   Yeah.

11       Q.   And someone named Anthony Baca?

12       A.   Yes.

13       Q.   At the time that you made those

14   recordings, when you first started speaking to Eric

15   Duran on the phone, what was your understanding of

16   where he was physically located?

17       A.   He was physically located at the North

18   facility in Santa Fe.  3-A, I believe S pod.

19       Q.   And when you say "3-A," is that a housing

20   unit there?

21       A.   Yes.

22       Q.   Was it your understanding that Mr. Baca

23   was housed in the cell next to him?

24       A.   Yeah.

25       Q.   And was it also your understanding that



SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                201 Third NW, Suite 1630
Santa Fe, NM 87501                                        Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                          FAX (505) 843-9492
                                                                1-800-669-9492
                                                        e-mail: info@litsupport.com

1  Eric Duran had a cellphone with him in the prison?

2      A.   Yeah.

3      Q.   Did that necessarily surprise you that an

4  inmate had a cellphone in prison?

5      A.   Not really.  You can pay an officer 1,000

6  bucks to bring you a package; whatever you can fit

7  in a package, he'll bring it to you, some officers.

8      Q.   And when you first started speaking with

9  Eric Duran, did you know whether or not he was

10  working or cooperating with the Government?

11      A.   I didn't know at first.

12          MR. CASTELLANO:  Your Honor, at this time

13  I move the admission of Government's Exhibit 356.

14          THE COURT:  Any objection from the

15  defendants?

16          MS. JACKS:  I think on behalf of Mr.

17  Sanchez, we made our position about this known.

18          MR. LOWRY:  No objection.

19          THE COURT:  All right.

20          MS. FOX-YOUNG:  Only as previously noted.

21          THE COURT:  All right.  Government's

22  Exhibit 356 will be admitted into evidence.

23          (Government Exhibit 356 admitted.)

24          MR. CASTELLANO:  With the Court's

25  permission, we'll begin playing the recording.  And

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   I'll have some questions for Mr. Montoya.  This is
 2   approximately a 13-minute call.
 3   BY MR. CASTELLANO:
 4        Q.   So before we begin that, what do you
 5   remember about getting a call from Eric Duran?
 6        A.   I remember he called me, told me Pup
 7   wanted to talk to me.  He was in the cell next to
 8   him.  Pup got on the phone, pretty friendly.  I
 9   remember him telling me that STIU was messing with
10   the brothers, and they wanted to reach out and touch
11   one of them.
12        Q.   What does that mean, to "reach out and
13   touch" someone?
14        A.   They want to try to kill them.
15        Q.   Let me ask you this:  Did you know Mr.
16   Baca?
17        A.   Yeah.
18        Q.   How did you know him?
19        A.   From doing time in prison.  He also knew
20   my family prior, prior to me going to prison.
21        Q.   About how long have you known him?
22        A.   I've known him probably all my life.  When
23   I was a little kid, he lived right down the street
24   from me.  When he was a teenager, I was a little
25   kid.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.    Do you also know him as Pup?

 2        A.    Yes.

 3        Q.    Do you know how he got his name?

 4        A.    He was Puppet.

 5        Q.    Did you know him also as Puppet at one

 6   time?

 7        A.    I think that was his name before he went

 8   to prison.  I couldn't be sure, but I think.

 9        Q.    Do you see him in the courtroom today?

10        A.    Yeah.

11        Q.    Where is he sitting and what's he wearing?

12        A.    Far left-hand corner, bald head, wearing a

13   suit.

14        Q.    Okay.  So let's go ahead.  And did you

15   know Eric Duran by any other name?

16        A.    Crazo.

17        Q.    With that, let's begin with the recording.

18   And if you want to, on your monitor, you'll see a

19   transcript there next to you at the same time as the

20   recording?

21            (Tape played.)

22        Q.    Stop right there.  Okay.  Santistevan are

23   making up --

24        A.    Desmadre.

25        Q.    What's a desmadre?
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                     201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                            FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    It means they're making things hard.  It's

 2   like making a mess of things.

 3        Q.    Did you know who Santistevan was at that

 4   time?

 5        A.    Used to be the head of STIU.

 6        Q.    Okay.  Let's continue.

 7              (Tape played.)

 8        Q.    Stop there.  When it says, "We need

 9   someone on the streets to reach out and touch one of

10   them, either one," did you know who he was talking

11   about?

12        A.    I think he meant somebody in a position of

13   power within STIU or the Department of Corrections.

14        Q.    And what was the importance of having

15   somebody on the streets?

16        A.    Somebody in prison can get to one of them

17   people.

18        Q.    Let's go ahead and continue there.

19              (Tape played.)

20        Q.    Let's stop it there.  I let it run for a

21   little bit so we could get a few things out.  You

22   asked about artillery and money.  What do you mean

23   when you use the term "artillery"?

24        A.    That was not me.  It was Crazo telling me

25   that if I needed artillery or money, he meant
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1   weapons or money to make this happen.

2        Q.   And when you talk about financing this

3   project --

4        A.   That was Crazo.  He's talking about money

5   to make it happen.

6        Q.   Let's continue.

7             (Tape played.)

8        Q.   Okay.  When there is discussion of needing

9   esquina, what are you talking about?

10        A.   That means help with either the

11   information or the artillery.  That's what we're

12   talking about.  And also, it means anybody out there

13   that I could count on, because it's scattered by

14   this point.  So many people are just in it for the

15   dope or trying to distance themselves, it's hard to

16   find anybody on the streets to even hear this.

17        Q.   Now, when Crazo was speaking, can you hear

18   him better than Pup?

19        A.   Yeah.

20        Q.   Do you know why that is?

21        A.   Because Pup is in the cell next to him,

22   talking through the heater vent.

23        Q.   When you're on the phone, are you able to

24   identify Pup's voice?  Do you recognize it?

25        A.   Yes.

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                 Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                     FAX (505) 843-9492
                                                        1-800-669-9492
                                              e-mail: info@litsupport.com


BEAN &ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

 1      Q.    Let's continue, please.

 2            (Tape played.)

 3      Q.    So the less people who know about what the

 4  better?

 5      A.    About a murder that we're planning.

 6      Q.    Why would that be important, to have fewer

 7  people involved?

 8      A.    Less chance of somebody telling.

 9      Q.    And then what's your response about not

10  trusting people?

11      A.    The whole reason why I started distancing

12  myself from these guys, because I would come back

13  from prison and see all the informants hanging out

14  with them, being treated like royalty; and all the

15  guys that were doing things for them being treated

16  like crap.  All of us are in the hole because

17  somebody dropped a kite on us.  And all the people

18  that dropped kites on us are in there with them.

19      Q.    What does that mean, drop a kite on them?

20      A.    Give information to STIU or something.

21  Nobody trusts anybody at that point.

22      Q.    Let's continue here.

23            (Tape played.)

24      Q.    So earlier he says, "Don't even tell

25  Chris"?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    Yes.

 2        Q.    Do you know who Chris was?

 3        A.    Chris Garcia.

 4        Q.    So at this point, is Chris Garcia included

 5   in the plan --

 6        A.    At this point --

 7        Q.    -- as far as you know?

 8        A.    I think I'm barely being included in the

 9   plan at this point.  I don't know what they have

10   talked to Chris about prior to this.

11        Q.    And then when you say, "If you need

12   artillery," you say, "I got a couple."

13        A.    I'm known to have weapons and stuff like

14   that sometimes.  And at this point, I'm trying to

15   make it sound believable.  And I don't know if

16   they're going to want me to -- I don't know how far

17   this plot is going to go.  So I don't know if the

18   agent is going to want me to say I have a weapon, or

19   let them provide a weapon, or what.  So I just said,

20   "I may have a couple.  I don't know if I can still

21   get access to them.  Give me a few days to find

22   out," basically to find out what the instructions

23   are, what should I do.

24        Q.    Now, you talk about the P.O.s coming to

25   your pad about a month ago?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1        A.    It was actually when I got raided for the
 2    controlled buy with Werro.   His name --
 3        Q.    When Agent Acee arrested you?
 4        A.    Yes, then.
 5        Q.    Okay.  So did that --
 6        A.    Robert Madrid.
 7        Q.    Did that make it seem plausible, then,
 8    that law enforcement had been to your house and you
 9    have a reason not to --
10        A.    Just in case anybody seen the cops at my
11    house.   In case somebody -- "Hey, you know, Mario's
12    house got raided.   He's not in jail.   You know what
13    I mean?   I seen a bunch of cops over there."
14             If I didn't mention something about it,
15    then I would be questioned.   But if I said the P.O.s
16    came and searched my house, it would be pretty
17    believable.
18        Q.    And P.O. is probation officers?
19        A.    Parole officers.
20        Q.    Would that be an explanation for why you
21    might not have firearms available?
22        A.    That would be an explanation why I didn't
23    have nothing at my house.
24        Q.    Let's play it.
25             (Tape played.)

SANTA FE OFFICE                                           MAIN OFFICE
119 East Marcy, Suite 110                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                Albuquerque, NM 87102
(505) 989-4949                                          (505) 843-9494
FAX (505) 843-9492                                  FAX (505) 843-9492
                                                     1-800-669-9492
                                            e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    Q.   So when you say something, it sounds like
2    Eric Duran is repeating what you're saying.  Is he
3    repeating it back to you or to someone else?

4    A.   He's repeating it to Pup.  Because Pup is
5    in the other cell at the heater vent.  There is a
6    bunk and there is a heater under the bunk.  And if
7    you get under the bunk, you can talk back and forth
8    without yelling through the whole pod to your
9    neighbors.  So Crazo is under the bunk, I'm talking
10   to him, and he's relaying the message to Pup.
11   Sometimes I can hear Pup, sometimes I can't.  So
12   Crazo would repeat it to me.

13   Q.   Continue.

14        (Tape played.)

15   Q.   A few things.  What would be the purpose
16   of making a silencer?

17   A.   To silence the weapon, to make it quiet,
18   nobody hear nothing, get away with it.

19   Q.   And earlier you talked about the need for
20   getting addresses.  What would that be about?

21   A.   Locate these people that he's wanting me
22   to go touch.

23   Q.   All right.  And then your response is:
24   You know how to make one out of an aerosol can?

25   A.   I seen it on the Discovery Channel.

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                      Albuquerque, NM 87102
(505) 989-4949                                                    (505) 843-9494
FAX (505) 843-9492                                          FAX (505) 843-9492
                                                              1-800-669-9492
                                                    e-mail: info@litsupport.com



```
 1        Q.    So you thought you knew how to make one
 2   out of an aerosol can?
 3        A.    Yeah.
 4        Q.    Let's continue.
 5              (Tape played.)
 6        Q.    What was that term where you guys were
 7   laughing?
 8        A.    He's saying to make the silencer so there
 9   is no calentura, heat.  And I'm telling them there
10   is going to be calentura.  You can't be thinking
11   that you're going to do something like that and
12   there's not going to be no heat.
13        Q.    Once you hit a high-level corrections
14   officer or someone high in the administration, there
15   is definitely going to be heat?
16        A.    Definitely.
17        Q.    Let's continue, please.
18              (Tape played.)
19        Q.    What's the belief about people living on
20   the compound?
21        A.    Most of the STIU guys -- a lot of COs live
22   on compound, the trailer park right on the grounds
23   of the prison when you first come in.
24        Q.    So as you enter the prison property, there
25   are actually homes, or --
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
1       A.    Trailers.

2       Q.    -- trailers where they live?

3       A.    Yes.

4       Q.    And is that what you're talking about

5  there, that he knows they live on the compound?

6       A.    Yes.

7       Q.    Okay.  Let's continue, please.

8             (Tape played.)

9       Q.    So there is a belief that Santistevan

10 lives on the compound, and there is another name

11 mentioned now.  It's Adam --

12      A.    Adam Vigil.

13      Q.    Who is Adam Vigil?

14      A.    He used to be a lieutenant and unit

15 manager.  We called him Barney Rubble because he

16 looks like Barney Rubble.

17      Q.    Who would call him Barney?

18      A.    Everybody.  Probably the officers would

19 call him Barney Rubble also.

20      Q.    Don't get the officers in trouble.

21      A.    Not to his face.

22      Q.    So at least the SNM members would?

23      A.    Yeah.

24      Q.    Okay.  Let's continue, please.

25            (Tape played.)
```



SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                           201 Third NW, Suite 1630
Santa Fe, NM 87501                                    Albuquerque, NM 87102
(505) 989-4949                                                (505) 843-9494
FAX (505) 843-9492                                       FAX (505) 843-9492
                                                            1-800-669-9492
BEAN & ASSOCIATES, Inc.                        e-mail: info@litsupport.com
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        Q.    What cop thing were you talking about?

 2        A.    I think it was an officer that got killed

 3   in Albuquerque, or it could have been the Deputy

 4   James McGrane thing.

 5        Q.    So are we talking about charities and

 6   banquets and things of that nature?  Who might you

 7   find at those types of events?

 8        A.    Law enforcement and COs and corrections

 9   officers.

10        Q.    All right.  Let's continue.

11              (Tape played.)

12        Q.    Okay.  So when you talk about needing a

13   couple of days, why do you tell them you might need

14   a couple days to get this stuff?

15        A.    Because I'm trying to find out, should I

16   act like I have the gun?  I mean, I don't really

17   know how to respond.  Should I let him try to get me

18   a gun?  I don't really know.  I'm just trying to

19   follow instructions at that point.

20        Q.    And at this point, are you sitting next to

21   law enforcement, are you talking on a phone away

22   from law enforcement?

23        A.    No, I have a cellphone that was provided

24   to me by the FBI, and I'm just going about my life

25   and answering these calls.
```

SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                  Albuquerque, NM 87102
(505) 989-4949                                                              (505) 843-9494
FAX (505) 843-9492                                                  FAX (505) 843-9492
                                                                              1-800-669-9492
                                                                 e-mail: info@litsupport.com



1    Q.    And did you know that the cellphone they

2  gave you was wiretapped?

3    A.    Yeah.

4    Q.    Did you agree to have that phone tapped so

5  that these recordings could be made?

6    A.    Yeah.

7    Q.    When you said you might need a couple of

8  days to get this done, what is the response about

9  someone in the prison being able to help you out

10  with that?

11    A.    I don't understand.  Like a couple of

12  days -- I need a couple of days to see if I could

13  get the weapons myself, and --

14    Q.    And Duran --

15    A.    -- we're also talking about information,

16  talking about addresses, places to go to look for

17  them, stuff like that.  They're telling me, "Just

18  Google it."  I guess somebody in there thinks that

19  if you type in somebody's name, that the internet is

20  going to tell you where they live.

21    Q.    I'm going to show you here, next to line

22  3, it says, "Crazo:  He said, yeah, if you can't get

23  the artillery, he can get it for you.  And if you

24  need feria, he can get you some feria, too."  So --

25    A.    Pup is saying, if you need a weapon, Pup

SANTA FE OFFICE                                         MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                   Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                    FAX (505) 843-9492



1-800-669-9492

PROFESSIONAL COURT
REPORTING SERVICE

e-mail: info@litsupport.com

 1  can get it for you.  And if you need money, he'll

 2  get it for you also.

 3      Q.    How can Pup get you a weapon if he's in

 4  prison?

 5      A.    Ask another member, namely Chris, is who

 6  came up in that.

 7      Q.    And when he uses the term "feria" as in,

 8  "if you need feria," what is he referring to?

 9      A.    If you need any money.

10      Q.    Okay let's continue.

11            (Tape played.)

12      Q.    Sounds like he said, "Oh, serio," where it

13  says "Spanish" on the transcript.  What do you

14  understand that to mean?

15      A.    "Serio" means, "Oh, serious."

16      Q.    Okay.  Let's continue.

17            (Tape played.)

18      Q.    Asking for a --

19      A.    Shot of heroin.

20      Q.    What's the word in Spanish?

21      A.    Cura.

22      Q.    And a cura is a shot of heroin?

23      A.    Yeah.

24      Q.    What's going on here?  It sounds like Mr.

25  Baca wants to ask how brothers are doing on the

SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                  Albuquerque, NM 87102
(505) 989-4949                                                             (505) 843-9494
FAX (505) 843-9492                                                  FAX (505) 843-9492
                                                                        1-800-669-9492

PROFESSIONAL COURT
REPORTING SERVICE                              e-mail: info@litsupport.com

1  streets?

2      A.   He's trying to -- every time there is a

3  new board or new leader or shot-caller, somebody

4  else has the keys, they try to bring everybody back

5  into the fold that's trying to leave.  Pretty much,

6  "No, carnal, it's not going to be like that no more.

7  I'm different.  I'm not doing stupid things for

8  nothing.  I'm going to follow the rules."

9      Q.   What's the response about people talking

10 big in prison, and then they hit the streets and

11 what happens?

12     A.   When everybody is in prison, they all want

13 to get high.  And they all want to basically

14 survive.  Also, some of them -- so we're talking a

15 good game.  And as soon as they get out, they start

16 putting distance, which I was myself doing.

17     Q.   And you talked about new leaders and new

18 leadership.  What has happened over the years with

19 the SNM and leadership?

20     A.   It was stupid, in the first place.  But

21 it's gotten, like -- at least there was a semblance

22 of somebody following the rules back in the day.

23 They looked like they were following the rules.  You

24 couldn't just say somebody was a snitch and then get

25 them hit.  You had to have paperwork.  You had to --

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   if you said somebody was a snitch and you didn't

2   have the paperwork, then you would be hit.

3       Q.   We'll talk about that in a little bit, in

4   one of the other recordings.  But had you ever heard

5   the term "tabla"?

6       A.   Yeah.

7       Q.   What's a tabla?

8       A.   The board.  That's what it means.  It's a

9   board of directors, pretty much.  When I got in,

10  when I first got in, the word was -- there was no

11  leader.  "You all know what to do.  We can function

12  on our own."  Angel Munoz used to say, "I don't need

13  no kids, and I don't need no dads.  I need

14  brothers."

15           After Angel, it was Styx.  Styx had the

16  keys.  So then he's the leader.  So everybody

17  considered Angel a leader, but he wouldn't accept

18  the title.  But he was the leader.

19           After that was Styx.  "I'm the jefe, I'm

20  the leader."  So he was the leader.  So after Styx,

21  people didn't like the way he was doing things,

22  there was a lot of complaints.  Then they started

23  with boards.  I was in and out at this point.  I

24  couldn't say who was on what board.  I could tell

25  you some of the guys that were.



SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                       (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.    What was Mr. Baca's role over the years?

 2        A.    Baca was out of state during most of this

 3   time.  And when he came back, then he was the

 4   leader, he was the shot-caller, the llavero.

 5        Q.    Let's continue.

 6              (Tape played.)

 7        Q.    What's the purpose of identifying these

 8   people and then knocking them off once they get to

 9   prison?

10        A.    Like I said, every leader that comes in

11   comes in with these big old ideas, how we're going

12   to get it straight and get it right.  Pretty much

13   talking about cutting off the deadweight, the guys

14   that ain't doing nothing for anybody.  They're not

15   SNM material.  And he's talking about eliminating

16   them.

17        Q.    And did you ever have a chance to discuss

18   the structure of the SNM with Mr. Baca?

19        A.    A little bit.  Not too much.  I was with

20   him for a little while, like maybe two weeks.  And

21   then I got out or got locked up again for kites, or

22   whatever.

23        Q.    What do you recall about those discussions

24   in the organization of the gang?

25        A.    They're starting to use new terms.  Like
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    instead of carnal, we were starting to use hermanos,

 2    for brother; talking about breaking up the state

 3    into different regions, Albuquerque being the main

 4    one.  And that's pretty much what I remember about

 5    it.  Cleaning up, cleaning the house.  Everybody

 6    always wanted to clean the house, and I would tell

 7    them, "The house is on fire.  Why are you pulling

 8    weeds?  Put out the fire first and then worry about

 9    the yard."

10         Q.   Those are your ideas at the time about

11    cleaning up the SNM?

12         A.   No, that was just my thoughts.  The other

13    stuff was Pup's ideas, or his and whoever told

14    him -- or wherever he got it from, he was telling me

15    about breaking up the state and stuff.

16         Q.   Let's continue.

17              (Tape played.)

18         Q.   Do you know what program they're

19    discussing here?

20         A.   The RPP Program, I believe it was called,

21    the dropout program for people that wanted to leave

22    this gang.

23         Q.   When you said, "I seen a grip," what is a

24    grip?

25         A.   A lot.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.    So at this point, was it your experience
 2   that people were dropping out and going to the
 3   program?
 4        A.    Yeah, and then I would see them later on
 5   in the Level 4 with them.  You know what I mean?
 6        Q.    What would that mean to you?  You'd see
 7   them leaving to the dropout program, and then you'd
 8   see them at Level 4.  What would that tell you?
 9        A.    That would tell me -- reinforce my idea
10   that this is a bunch of crap.  This is a popularity
11   contest.  This ain't nothing good coming from this.
12   The guys that are doing the most damage are
13   spreading the most deceit and causing the most
14   problems are the guys that are out there; and all of
15   us are trying to do the right thing, either for the
16   gang or for our family.  Whatever right thing you're
17   trying to do, we're the ones that are paying the
18   price.
19        Q.    Now, in a little bit, so I don't have to
20   stop the recording, it talks about Little Rabbit
21   locking it up, and Cyclone locking it up.  What does
22   that means?
23        A.    That means they PC'd.
24        Q.    What does it mean to PC?
25        A.    Request protective custody.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1       Q.   What types of problems did that create for
 2  gang members for the SNM?  Is that a good thing or a
 3  bad thing?
 4       A.   Like if I PC'd -- well, not really
 5  anymore, but before, if I PC'd, then I would be
 6  greenlighted.  There would be a hit on me.  Not like
 7  there wasn't one anyway, but at one time it was a
 8  serious thing and I would have tooken it serious.
 9  It was not the thing to do.
10       Q.   Let's continue with the recording.
11            (Tape played.)
12       Q.   The transcript says there is "cheer,
13  chime."  Do you know what was actually said there?
14       A.   "Tier time."
15       Q.   Okay.  So what was your understanding of
16  the Level VI program, having steps?  Could you move
17  from level to level if you had good behavior?
18       A.   The way I understood it, the way it's
19  always been, Level 6 you don't any get tier time.
20  Level 5, you get rec together.  Level 4, you
21  actually get tier time.  But it changes over the
22  years.  Sometimes different levels get different
23  privileges.
24       Q.   Over here it refers to "They just brought
25  Pup back last week."  Do you know where he had been?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1       A.   I believe he had been out of state
 2   somewhere.
 3       Q.   Was it your understanding, when Eric Duran
 4   tells you, that Pup had just returned back in the
 5   state?
 6       A.   Yeah.
 7       Q.   Let's continue.
 8            (Tape played.)
 9       Q.   Do any what?
10       A.   Vida, life.
11       Q.   So the people you knew were basically
12   still in prison?
13       A.   Yeah.
14       Q.   Okay let's continue.
15            (Tape played.)
16       Q.   What's this phrase with "amor" in it?
17       A.   That means love.  That used to be -- there
18   are certain words and certain things that used to
19   belong to the SNM.  That was one of the words --
20   people didn't say amor, carnal.  They didn't have
21   tattoos of Zias.  We wouldn't allow it in the
22   prison, because that was our identifying marks.  You
23   had to earn that stuff.  Now it's just -- everybody
24   says it.  I hear zios calling each other "carnal."
25       Q.   When you ask about having money on Pup's
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  books, why do you do that?

2      A.   Offering to help him out, because that's

3  what a brother was supposed to do back in the day.

4  Nobody would really do it now, but back in the day,

5  offer to send him pictures and have him talk to his

6  girl.  They're in prison.  You know, that's what

7  they want.  They want nasty magazines and nasty

8  pictures and girls and money on their books, and

9  dope.

10     Q.   At this point, are you playing the part of

11  a good brother?

12     A.   Being a good brother.

13     Q.   And at some point, did you actually send

14  pictures to Eric Duran on his phone?

15     A.   Yeah.

16     Q.   And the same question.  Why would you send

17  somebody in prison pictures of a female?

18     A.   Playing the part of a good brother.  I

19  didn't know Eric was on this Team America, is what

20  it's been called to me.  I didn't know he was on

21  board with any of this stuff.  So I'm just trying to

22  keep things the way they would normally be if the

23  FBI wasn't involved, you know.

24     Q.   Let's continue.

25          (Tape played.)

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                 Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 843-9492                                                 FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1      Q.   That's the end of that recording there.

2   Throughout this recording, there is reference to

3   somebody named Chris.  Is that always Chris Garcia?

4      A.   Yeah.

5           MS. JACKS:  Excuse me, Your Honor.  May we

6   have a limiting instruction?

7           THE COURT:  All right.  These are

8   conversations that were recorded of Mr. Baca, and so

9   you can only use these conversations in your

10  deliberation of the charges against Mr. Baca and not

11  as to the other three gentlemen.

12          Mr. Castellano.

13  BY MR. CASTELLANO:

14     Q.   So Mr. Montoya, after you get this phone

15  call, what are you doing with law enforcement in

16  terms of letting them know what's going on?

17     A.   Giving them everything.  Everything I know

18  about this stuff.  That was part of the agreement,

19  was that I tell the truth.

20     Q.   And so do you relay this information to

21  Agent Acee that you got this call?  What are you

22  doing with the information?

23     A.   I think he knows it.  I think it's being

24  recorded.  I really don't have to remember any of

25  it.  Just pretty much be myself on the phone, what

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                           Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                           FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

 1    they expect me to be, and that would be about it.

 2              I would get a call.  Sometimes I wouldn't

 3    answer the phone immediately.  I would get my wife

 4    and my daughter someplace, send them in the

 5    restaurant, or send them in the house, or whatever,

 6    and I would sit in the car by myself and I would

 7    take the call.

 8         Q.   Let me turn your attention to another

 9    recording.  I think this is Government's Exhibit

10    380.  And it's about 25 minutes.

11              MR. CASTELLANO:  Your Honor, at this time

12    I'd move the admission of Government's Exhibit 380.

13              THE COURT:  Other than what we discussed,

14    anything else anybody needs to say on this?

15              MS. JACKS:  Nothing additional.  Thank

16    you.

17              THE COURT:  All right.  With that,

18    Government's Exhibit 380 will be admitted into

19    evidence.

20              (Government Exhibit 380 admitted.)

21    BY MR. CASTELLANO:

22         Q.   Okay.  Mr. Montoya, let's begin with this

23    recording and I'll have some more questions for you.

24    And actually before -- sorry.  Before we start, the

25    first name out of the gate on the transcript is

SANTA FE OFFICE                                                      MAIN OFFICE
119 East Marcy, Suite 110                                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                               Albuquerque, NM 87102
(505) 989-4949                                                          (505) 843-9494
FAX (505) 843-9492                                                 FAX (505) 843-9492
                                                                      1-800-669-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE
e-mail: info@litsupport.com

1    Poo Poo.  Who is that?

2         A.    That's me.

3         Q.    So do people know you also as Poo Poo in

4    addition to Mario?

5         A.    Just the brothers.  That was it.

6         Q.    And before we start, there's going to be

7    reference to dropping home girl off.  What are you

8    referring to?

9         A.    I think I had a friend.  The brother sent

10   the pictures with me.

11        Q.    And then are those the pictures that you

12   sent to Eric Duran?

13        A.    Yeah.

14        Q.    All right.  Let's begin the recording,

15   then.

16              (Tape played.)

17        Q.    Okay.  When you said, "I talked to Styx,"

18   who is Styx?

19        A.    Styx is Gerald Archuleta.

20        Q.    And did you have a conversation with him,

21   or were you just telling them that?

22        A.    I talked to him one time.  It might have

23   been the time that I talked to him.  He didn't

24   really -- he was trying to not talk about it when I

25   did talk to him, so I didn't talk to him too much.

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492                                            FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1   It could have been this time.

2       Q.   You talked to him about what?

3       A.   About what was going on here, see if he

4   didn't really want to participate.  I don't even

5   think that this is talking about Styx.  I think I

6   said "Chris," and they thought I said Styx.  And it

7   went back and forth, "Did you talk to Chris, Styx,"

8   you know what I mean?

9       Q.   And at some point, then, do you recall

10  having a call with Gerald Archuleta and him not

11  being too interested in this?

12      A.   Yeah, I did.  This could be that.  But I

13  think this is when I was talking about Chris,

14  though.

15      Q.   I think we clear it up down below.  So

16  let's continue playing.

17          (Tape played.)

18      Q.   Okay.  There is reference -- when you

19  said, "Tell him about them things," what are you

20  talking about?

21      A.   The weapons.

22      Q.   And why not just say "weapons or guns" on

23  the phone?

24      A.   That's how we talk.  You know what I mean?

25  Them things, that guy, touch him.

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                         201 Third NW, Suite 1630
Santa Fe, NM 87501                                   Albuquerque, NM 87102
(505) 989-4949                                             (505) 843-9494
FAX (505) 843-9492                                    FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   And so do you remember using the word
 2   "murder" in these conversations?
 3        A.   It would probably be unlikely.  I might
 4   have, but I wouldn't say, "Let's go murder that
 5   guy."  I would say, "Let's go do that," or, "Let's
 6   go take care of this," or --
 7        Q.   Is it kind of a basic code where you just
 8   don't come out and say things directly?
 9        A.   Yeah, you don't say stuff like that
10   usually.  If you did, people would start looking at
11   you kind of crazy.
12        Q.   Down below, we'll see where you reference
13   talking to Chris.  What do you remember talking to
14   Chris about?
15        A.   I was supposed to not tell Chris.  But I
16   wanted to make sure he knew what he was getting
17   into.  I told him, "This is what they want me to
18   do."
19             He's like, "Whoa, whoa, whoa, whoa."  At
20   first, he's like, "No, that's stupid.  What do they
21   think?"  And then later on, he was on board with it
22   fully.  I don't know if they talked to him, gave him
23   a pep talk, or what.  At first, he was, "Oh, yeah,
24   no."
25        Q.   Just to be clear, when you first mentioned
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  it to Chris Garcia, he initially thinks it's a bad

2  idea?

3       A.   Yeah.  He thinks it's pretty stupid.

4  "You're going to bring a bunch of heat.  Who do

5  these guys think they are?  We're just going to give

6  up our lives because they had a rough ride in the

7  prison for a little while?  We've been doing that

8  this whole time on their word."

9       Q.   Then you said at some point it looks like

10 he's on board, but you don't know why or who talked

11 to him; is that fair to say?

12      A.   Yeah.  But he had a whole change of heart.

13 He was offering suggestions.

14      Q.   Let's continue, then.

15           (Tape played.)

16      Q.   So then when you mentioned that you -- up

17 above:  "I tell him -- tell him I didn't tell him

18 nothing like that.  I just told him that I might

19 need some things from him."

20      A.   Weapons.

21      Q.   So once again, you didn't use the term

22 "weapons"?

23      A.   Yeah, I didn't.

24      Q.   Let's continue.

25           (Tape played.)

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                    (505) 843-9494
FAX (505) 843-9492                                          FAX (505) 843-9492
                                                                 1-800-669-9492
                                                        e-mail: info@litsupport.com



1    Q.   Okay.  So are you clarifying now that

2  you're trying -- you're at least communicating to

3  Eric Duran and Mr. Baca that you're really not

4  telling Chris Garcia too much at that time?

5    A.   It's between me and them and the FBI, I

6  guess.

7    Q.   Was that actually true, or had you already

8  had a conversation with Chris?

9    A.   I'd already told Chris what was going on.

10    Q.   And earlier, there's -- Mr. Baca talks

11  about giving him call to try to get it as soon as

12  possible.  Do you remember what that was?

13    A.   Talking about the weapon.

14    Q.   About the weapon?

15    A.   Yeah.

16    Q.   Let's continue, please.

17         (Tape played.)

18    Q.   Okay.  What are the tools that you need?

19    A.   The weapons.

20    Q.   And what are you referring to when people

21  disappear?

22    A.   They usually leave a weapon with somebody.

23  Because you don't want it on you, so you get

24  somebody to hold onto it.  Sometimes they'll sell

25  it.  Sometimes they'll lose it.  They have a

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                       201 Third NW, Suite 1630
Santa Fe, NM 87501                                               Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1  tendency to disappear.  But sometimes, if you're in

2  this kind of lifestyle, you want to have access to a

3  few weapons, so you spread them out.

4       Q.   Then is there a discussion here about

5  getting something from Chris Garcia?

6       A.   Yeah.

7       Q.   Let's continue, please.

8            (Tape played.)

9       Q.   Okay.  What's the discussion here about

10  nobody doing anything, and it's just going to be a

11  theory?

12       A.   I'm telling them, you have to know that if

13  something happens to one of them guys, there's going

14  to be big consequences coming down.  Something bad

15  is going to happen to us or whoever they think is

16  responsible.

17            And he's telling me, no, not as long as

18  nobody knows nothing; that it's just going to be a

19  theory; that they're not going to be able to figure

20  it out, so it's just going to go away.

21       Q.   Let's continue, please.

22            (Tape played.)

23       Q.   Up above you said, "Let's make it worth

24  our while."  What do you mean when you say, "Let's

25  make it worth it," basically?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1        A.   I'm playing along at this point.  I'm

 2   saying, "If you're going to do it, go big or stay

 3   home.  Barney Rubble doesn't make these decisions."

 4        Q.   Who is Barney Rubble again?

 5        A.   Adam Vigil.

 6        Q.   So did you think -- were you putting it to

 7   him that someone at Adam Vigil's level isn't worth

 8   killing, so you might as well go big?

 9        A.   Yeah.

10        Q.   Okay.  Let's continue.

11             (Tape played.)

12        Q.   Okay.  What's the complaint here by Mr.

13   Baca?

14        A.   They are doing foul stuff, mostly because

15   they sent him out of state.  What it's saying is

16   that they're putting jackets, rat jackets, on all

17   the brothers, but nobody heard about a rat jacket on

18   me.

19        Q.   What happens when you put a rat jacket on

20   somebody?

21        A.   You're greenlighted.  There is a hit on

22   you.

23        Q.   Is Mr. Baca blaming the administration for

24   that?

25        A.   Yeah.  Actually, what I'm thinking is,



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   maybe they're trying to put a jacket on him.  Maybe

 2   that's why he's so concerned about it now.

 3        Q.   Let's continue.

 4             (Tape played.)

 5        Q.   Okay.  "Either one" refers to who?

 6        A.   At this point it's Santistevan and Adam

 7   Vigil.  It gets to the point I don't even care which

 8   one.  Just kill one of them.

 9             (Tape played.)

10        Q.   Who would be the top one?

11        A.   Top one would be, I believe, Gregg

12   Marcantel.

13        Q.   And is that supposed to be Barney Lobo or

14   Barney Rubble?

15        A.   Barney Rubble.

16        Q.   Okay.

17             (Tape played.)

18        Q.   One of them needs to get out of the way.

19   What does that mean, to get out of the way?

20        A.   We need to kill one of them.

21        Q.   And you say, "I think the higher-up one is

22   better."  Who are you referring to?

23        A.   Marcantel.

24        Q.   And does Mr. Baca seem to have any problem

25   with that?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    No.  He says, "That one, too.  Fuck it.

 2   All of them.  Whatever."

 3        Q.    Let's continue, please.

 4              (Tape played.)

 5        Q.    What's your understanding about this talk

 6   of a visit?  "It's not a good idea to visit right

 7   here."

 8        A.    I think it either means -- it's not a good

 9   idea to do it there or to go there looking for them.

10        Q.    And what's the talk about searching the

11   computer that was up above?

12        A.    He thinks that if you get on Google and

13   you type in the Secretary of Corrections, it's going

14   to give you the schedule and his address and what

15   he's got planned for the day.

16        Q.    Okay.  Let's continue.

17              (Tape played.)

18        Q.    So this is the part of the discussion

19   you're talking about finding people on the computer?

20        A.    Yes.

21        Q.    And do you know who Mr. Baca is referring

22   to when he says the Big Old Negrote?

23        A.    The big black man?  I don't know his name.

24   He's Deputy Secretary of Adult Prisons, or something

25   like that.
```

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                            201 Third NW, Suite 1630
Santa Fe, NM 87501                                   Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                     FAX (505) 843-9492
                                                          1-800-669-9492
                                               e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        Q.    And earlier -- and you may see it
 2   throughout -- but Mr. Baca uses the term pedo.
 3   What's a pedo?
 4        A.    Commotion, making a problem.
 5        Q.    What does it literally mean in Spanish?
 6        A.    It means a fart, I believe.
 7        Q.    But in that case it basically means a
 8   problem or a commotion?
 9        A.    Yeah.  If you say, "That guy is making a
10   pedo," he's making problems.  If you say, "There's
11   all kinds of pedo outside," that means all kinds of
12   commotion outside.
13        Q.    Let's continue then.
14              (Tape played).
15        Q.    What are you referring to when you say
16   they have a convention once a year?
17        A.    I'm just pretty much making up stuff.
18   Maybe I could find him here, you know what I mean,
19   maybe I could find him there.  I think he's
20   referring to the budget, where they're getting their
21   money, their job provisions.  I think that's what
22   we're talking about.  Look over there where they're
23   going to have their meetings about their budget and
24   stuff.
25        Q.    Let's continue.
```

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                         201 Third NW, Suite 1630
Santa Fe, NM 87501                                 Albuquerque, NM 87102
(505) 989-4949                                           (505) 843-9494
FAX (505) 843-9492                                   FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1              (Tape played.)
 2      Q.    Just so we understand the players on the
 3 recording here, when it says "Montoya," does that
 4 refer to you?
 5      A.    Yeah.
 6      Q.    And when you see "Pup," does that refer to
 7 Mr. Baca?
 8      A.    Yes.
 9      Q.    And "CHS."  Is that a confidential human
10 source, who was Eric Duran?
11      A.    I believe so.
12      Q.    Just so we know who the players are.
13      A.    Yes.
14      Q.    What are you trying to do here when you
15 say, "Watch, hold on"?
16      A.    I think somebody came up to my car or
17 something.  I didn't want to talk in front of them,
18 so I rolled down the window.  I think you can hear
19 it.
20      Q.    Let's continue.
21              (Tape played.)
22      Q.    Do you know who he's referring to when he
23 says, "He don't need to ask questions"?
24      A.    Talking about Chris, and go pick up the
25 gun.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1     Q.   So he just needs to know that and that's

2  all?  Just get the gun and don't ask questions?

3     A.   He needs to know that you need it.  That's

4  pretty much what he's saying.  You don't need to

5  know.  You don't want to know.

6     Q.   Let's continue.

7          (Tape played.)

8     Q.   Okay.  Eric Duran says, "He was waiting

9  anyways, because he was waiting to see if you told

10  him you had those or not"?

11     A.   Weapons.

12     Q.   Okay.  And so are they waiting to hear

13  back from you before they call Chris?

14     A.   Yeah.  That's what all these conversations

15  are about, pretty much, is getting the weapons.

16     Q.   Okay.  So in other words, if you have the

17  weapons, is there any need to call Chris?

18     A.   Not for them, no.

19     Q.   Let's continue, please.

20          (Tape played.)

21     Q.   Okay.  So what is your belief about Mr.

22  Baca's knowledge of the internet and how easy it is

23  to find things?

24          MR. LOWRY:  Your Honor, can I object to

25  his beliefs --

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              THE COURT:  Well, lay some foundation for
 2   this question.
 3              MR. CASTELLANO:  Sure.
 4   BY MR. CASTELLANO:
 5      Q.   You're having a conversation with Mr. Baca
 6   and he's telling you to do certain things; is that
 7   correct?
 8      A.   Yeah.
 9      Q.   And some of those things include the use
10   of the internet and Google?
11      A.   Yeah.
12      Q.   And did some of those requests seem
13   realistic to you, from what you know about the
14   internet?
15      A.   No, it's not realistic, because it's not
16   going to give me the Secretary of Corrections'
17   address or tell me his route to work or anything
18   like that.  My belief is that he thinks that if I
19   enter his name, it's going to tell me everything I
20   need to know to go track him and kill him.  I'm
21   telling him, "If you have Google on that phone that
22   you have right there, Google his name and tell me
23   what you find."
24      Q.   So based on this conversation, what is
25   your belief about Mr. Baca's knowledge of the
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    internet and what you can find?
 2         A.   I think he's living in the stone age, or I
 3    think he thinks everything is there, and it's not.
 4         Q.   Let's continue.
 5              (Tape played.)
 6         Q.   What's your question to Mr. Duran, when
 7    you say, "Hey, you can't send the phone to the
 8    brother, Crazo"?
 9         A.   Yeah, I'm telling him if he could get the
10    phone so he could look at this stuff for himself,
11    or --
12         Q.   Are you saying if Duran can get the phone
13    to Mr. Baca --
14         A.   Yeah.
15         Q.   -- so he can see this stuff?
16         A.   Yeah.
17         Q.   Let's continue then.
18              (Tape played.)
19         Q.   Two things.  There's a discussion about
20    calling Chris up above to get a piece and all that.
21    What does that mean?
22         A.   Still the same conversation, to get the
23    weapon.
24         Q.   And when you say you can't just -- you can
25    ask the computer how to find the Secretary of
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1  Defense, and it tells you, did you mean to say

 2  Secretary of Corrections, or did you really mean

 3  Secretary of Defense there?

 4       A.   I'm just exaggerating.  I think I

 5  mentioned in there, it isn't going to tell me where

 6  he lives anymore.  Doesn't tell me what cell he's in

 7  or what prison he's in, or tell me he's in prison.

 8  But it doesn't even tell me his address anymore.

 9       Q.   You can't just put information in and it

10  magically appears on your computer.

11            Let's continue.

12            (Tape played.)

13       Q.   Do you know who he's referring to when he

14  says "Jake"?

15       A.   Yeah, Big Jake.

16       Q.   Is that Jake Armijo?

17       A.   Yeah.

18       Q.   In a little bit there will be discussion

19  of someone named Stoner.

20       A.   Yeah.

21       Q.   Do you know who that person is?

22       A.   Yeah.

23       Q.   Who is that person?

24       A.   I don't know his real name.

25       Q.   But you know who that person is?  You
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   don't know his real name?

 2        A.   No.

 3        Q.   Is it common, when you talk on the phone,

 4   for people to ask what the brothers are doing on the

 5   streets?

 6        A.   I didn't really talk to a lot of people on

 7   the phone from prison.  I would talk to them when I

 8   lived there.  Like I said, at this point I distanced

 9   myself a lot.  I talked to some of the brothers, but

10   they were also my friends before this, and they

11   would be my friends probably after.  So those are

12   the people I talked to.

13             Other than that, I did my own thing.  I

14   distanced myself as much as I could.

15        Q.   In a little bit, there's also going to be

16   a discussion about someone named Chuco or Mandel.

17        A.   Yeah.

18        Q.   Who is that?

19        A.   That's another brother.

20        Q.   What's Mandel's name?

21        A.   Mandel Parker, Chuco.

22        Q.   At some point we might hear some

23   recordings, but did Mandel Parker somehow get

24   involved with this scheme?

25        A.   Yeah.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.   How did that happen?

2      A.   I asked him if he -- Pup told me, "If you

3   want to take somebody else, you pick them.  It's up

4   to you.  You're responsible."

5           I asked Mandel if he wanted to participate

6   and put him on the phone with Pup, I believe, or

7   tried to get him on the phone with him.  Mandel's

8   girlfriend thought he was talking to some chick on

9   the phone, talking to some girl, so she kept on

10  coming out there and getting mad at him, so he got

11  out.

12     Q.   What was your explanation to Mandel Parker

13  about what was going on?

14     A.   I told him, "They want us to hit the

15  Secretary of Corrections, and in exchange for

16  that" --

17          MR. LOWRY:  Your Honor, there has not been

18  one word about the Secretary of Corrections on this

19  tape, and he keeps bringing up the Secretary of

20  Corrections.

21          MR. CASTELLANO:  He's actually explaining

22  his conversation to Mandel Parker and how he got

23  involved, Your Honor.

24          THE COURT:  Well, I think that it's

25  closely related, so I'll overrule the objection.



SANTA FE OFFICE                                    MAIN OFFICE
119 East Marcy, Suite 110                    201 Third NW, Suite 1630
Santa Fe, NM 87501                            Albuquerque, NM 87102
(505) 989-4949                                        (505) 843-9494
FAX (505) 843-9492                              FAX (505) 843-9492
                                                      1-800-669-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE                       e-mail: info@litsupport.com

1   BY MR. CASTELLANO:

2       Q.   Okay.  So tell us about his conversation.

3   You tell him that you want --

4       A.   We're supposed to hit somebody in the

5   Department of Corrections.  And in exchange for

6   that, we would get this recognition, and he said,

7   "All right, cool."

8       Q.   Did you tell Mandel Parker who you were

9   doing this with?

10      A.   I had to tell him I was talking to Pup,

11  and not on the phone.

12      Q.   And did you mention Chris Garcia's name

13  when you mentioned this to Mandel Parker?

14      A.   Yeah, I told him we were going to get some

15  weapons from Chris, and Mandel had been trying to

16  get in with Chris for a long time because he wanted

17  part of the dope.  So he was down for that, too.  He

18  was game.

19      Q.   So from your conversation with Mandel

20  Parker, did he join this conspiracy with Chris

21  Garcia and Mr. Baca?

22      A.   Yeah.

23      Q.   Okay.  Let's continue.

24           (Tape played.)

25      Q.   You said, just real quickly, "when Jake is

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                  201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                            FAX (505) 843-9492
                                                                1-800-669-9492
                                                      e-mail: info@litsupport.com



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1    going to school"?
 2         A.    I had his number.  Yeah, he was going to
 3    school.  And I had his number.  I didn't want to
 4    give it to him.
 5         Q.    Did you know what he was going to school
 6    for?
 7         A.    No.
 8         Q.    And what kind of school was it?
 9         A.    I think it was community college.
10         Q.    Please continue.
11               (Tape played.)
12         Q.    "We're going to holler at Chris right now
13    and get you that"?
14         A.    Right, weapon.
15         Q.    Get you the weapon.
16               And earlier, you talked about brothers
17    being strung out or strung out bad.  What does that
18    mean?
19         A.    Addicted to heroin, just doing bad.
20         Q.    Let's continue.
21               (Tape played.)
22         Q.    Okay, Mr. Montoya, I have another exhibit,
23    Exhibit 334.  We're going to be playing just
24    portions of this recording.  So I'll have you just
25    listen carefully, and we'll have some more questions
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                    (505) 843-9494
FAX (505) 843-9492                                            FAX (505) 843-9492

 

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1   about it.  Is this also one of the recordings you

2   heard prior to your testimony?

3        A.   Yeah.

4             MR. CASTELLANO:  Your Honor, at this time,

5   I move the admission of Government's Exhibit 334.

6             THE COURT:  There not being any other

7   argument on this tape, the Court will admit

8   Government's Exhibit 334.

9             (Government Exhibit 334 admitted.)

10            MS. JACKS:  Your Honor, may we please have

11   a limiting instruction as to 380 and 334?

12            THE COURT:  Yeah.  These are all

13   conversations of Mr. Baca, so you'll need to only

14   consider the testimony and the evidence against Mr.

15   Baca in deliberating on the charges against him, and

16   you may not consider it as evidence against the

17   other three gentlemen.

18            MR. CASTELLANO:  Your Honor, at this

19   point -- I should have asked earlier -- can we also

20   have the instruction on recordings and transcripts

21   reread to the members of the jury?

22            THE COURT:  Yeah.  Let me see if I can

23   find that quickly.

24            MR. CASTELLANO:  I just want to make sure

25   they know they'll have the recordings but not the

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                     Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                     FAX (505) 843-9492

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1   transcripts for the deliberation.

2           THE COURT:  All right.  During this trial

3   you have heard sound recordings of certain

4   conversations.  These conversations were legally

5   recorded.  They are a proper form of evidence and

6   may be considered by you as you would any other

7   evidence.  You were also given transcripts of those

8   recorded conversations.  Keep in mind that the

9   transcripts are not evidence; they were given to you

10  only as a guide to help you follow what was being

11  said.  The recordings themselves are the evidence.

12  If you noticed any differences between what you

13  heard on the recordings and what you read in the

14  transcripts, you must rely on what you heard, not

15  what you read.  If you could not hear or understand

16  certain parts of the recordings, you must ignore the

17  transcript as far as those parts are concerned.

18           Why don't we take up playing it after the

19  break?  Let's break now.  And it's a little early

20  for lunch, so why don't we take a 15-minute break

21  and we'll come back, and then we'll take a little

22  bit later lunch today.  All rise.

23           (The jury left the courtroom.)

24           THE COURT:  All right.  We'll be in recess

25  for about 15 minutes.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              (The Court stood in recess.)
 2              THE COURT:  All right.  We'll go on the
 3    record.  Is there anything we need to discuss before
 4    we bring the jury in, Mr. Castellano?
 5              MR. CASTELLANO:  Your Honor, I move the
 6    admission of 334.  I just want to make sure it's
 7    been admitted before I played it.  That's all I
 8    have.
 9              THE COURT:  Yeah, I've got it down 356,
10    380, and 334 have been admitted into evidence.
11              MR. LOWRY:  Your Honor?
12              THE COURT:  Mr. Lowry.
13              MR. LOWRY:  I don't have any objection,
14    but I just want to make a record.  Since we've done
15    the back and forth, obviously the defense teams
16    haven't had time to preview the audios since they've
17    been edited.  I just want to make a record of that.
18    I'm in good faith working with the Government to
19    make sure these things are done correctly, but just
20    in case there is a technical faux pas, I just wanted
21    to reserve that right.
22              MR. CASTELLANO:  If we can have a couple
23    of minutes, I can show defense counsel this next
24    exhibit has ten clips.  I'm happy to show him the
25    transcript. It might take a couple of minutes.  It's
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   fine with me.
 2           THE COURT:  Well, does he have a copy of
 3   the transcript?
 4           MR. CASTELLANO:  He does, but not the ten
 5   clips that I'm going to be using from the
 6   transcript.
 7           THE COURT:  All right.  Why don't we make
 8   a copy for him, and he can be looking on while we're
 9   playing it.  Probably there's no problem, so we
10   won't stop for it.  But can you just hand it to
11   Mr. Hammond, Mr. Castellano?
12           MR. CASTELLANO:  Yes, Your Honor.
13           THE COURT:  We'll hand it back to you real
14   quick.  He'll make a real quick copy.
15           All right.  All rise.
16           (The jury entered the courtroom.)
17           THE COURT:  All right.  Mr. Montoya, I'll
18   remind you that you're still under oath.
19           THE WITNESS:  All right.
20           THE COURT:  Mr. Castellano, if you would
21   like to continue your direct examination of Mr.
22   Montoya, you may do so now.
23           MR. CASTELLANO:  Thank you, Your Honor.
24           With the Court's permission, I will begin
25   playing Exhibit 334.  This is a longer exhibit which
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  has been cut into 10 pieces for the jury to hear

2  portions of it.

3          THE COURT:  All right.  You may.

4          MR. CASTELLANO:  I'll begin with the first

5  clip.

6          (Tape played.)

7  BY MR. CASTELLANO:

8      Q.   Okay.  Just to start off here, you

9  mentioned the name Chuco here.  And are you at

10 Chuco's house?  Where is his car?

11     A.   His car is at his girlfriend's house.

12     Q.   You mentioned the name "Chuco" earlier.

13 Is that the person you referred to as Mandel Parker?

14     A.   Yes.

15     Q.   Is Mandel Parker with you at this time?

16     A.   I think I'm at his house.  I don't know if

17 he's in the car with me at this time, but he's in

18 and out, talking to his girlfriend and getting high,

19 running around.

20     Q.   And are you actually helping him fix his

21 vehicle at this point?

22     A.   Yeah, I'm looking at it, seeing what it

23 needs.

24     Q.   Let's continue, please.

25          (Tape played.)



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1      Q.   All right.  "I was trying to get that
 2  thing.  You know?"
 3      A.   The weapon.
 4      Q.   What's your understanding of what that is?
 5      A.   The weapon.
 6      Q.   Okay.  Let's continue.
 7           (Tape played.)
 8      Q.   Why are you mentioning a fund raiser for
 9  fallen heroes to Mr. Baca?
10      A.   I'm telling him there are a lot of people
11  that are going to be there, especially the people I
12  need to rap to.  That means the people I want to
13  reach out and touch, the COs, law enforcement types,
14  the people he wants.
15      Q.   I think it's pretty clear, but when you
16  say you're going to reach out and you need to rap to
17  them or you're going to reach out and touch them,
18  what are you supposed to be doing?
19      A.   I'm supposed to be murdering one of them.
20           MR. CASTELLANO:  May I have a moment, Your
21  Honor?  I'm going to give this to defense counsel.
22           THE COURT:  All right.
23  BY MR. CASTELLANO
24      Q.   I apologize, Mr. Montoya.  Let's continue.
25           (Tape played.)
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1     Q.   You don't want to rap to anybody there?

2     A.   Don't want to actually do anything there.

3     Q.   So you want to locate people at this

4  place, but not do anything at the location?

5     A.   Yeah.

6     Q.   Okay.  And then Mr. Baca responds, "You

7  don't even wanna show your face"?

8     A.   Yeah, I don't want to be seen there.  I

9  don't want nobody to be able to say they seen me

10 there.

11    Q.   Let's continue.

12         (Tape played.)

13    Q.   What does it mean when you say "Washa"?

14    A.   I think he says to somebody, "Look, this

15 is what I'm saying," yeah?  It means, "Pay

16 attention," kind of.

17    Q.   What's the purpose of buying a GPS device

18 at Auto Zone?

19    A.   At this time, I'm making up a scenario

20 that's plausible to him, that I'm going to go with

21 the fallen heroes and put the GPS on somebody's car

22 and follow them to their home or to wherever for the

23 purposes of carrying out the murder.

24    Q.   Let's continue the recording.

25         (Tape played.)

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                Albuquerque, NM 87102
(505) 989-4949                                          (505) 843-9494
FAX (505) 843-9492                                  FAX (505) 843-9492
                                                        1-800-669-9492
                                                 e-mail: info@litsupport.com



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1       Q.   What does it mean when someone says,

2   "That's ferme" right there?

3       A.   That means that's good.  "Ferme" means

4   good.

5       Q.   Let's continue.

6            (Tape played.)

7       Q.   A couple of things.  The first one is,

8   "You haven't run it down or nothing with your

9   brother, Chuco."  What are you explaining to Mr.

10  Baca?

11      A.   That I'm going to need help following or

12  tracking or committing this crime, so I'll take

13  Chuco, and he's telling me, "Life is full of risks.

14  Do you want to take a risk with you?"  He's telling

15  me -- referring to Chuco as the risk.

16      Q.   So he just wants to make sure you know

17  what you're doing before you get Chuco involved?

18      A.   Yeah, just somebody that could help.

19      Q.   Now you're indicating that you are going

20  to need two of them.  What are you referring to?

21      A.   Two weapons.

22      Q.   Let's continue.

23            (Tape played.)

24      Q.   When he says, "I'm going to get some feria

25  from him so I can give it to the other dude," do you

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                     201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492                                            FAX (505) 843-9492
                                                                  1-800-669-9492
                                                          e-mail: info@litsupport.com

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1  know what he's talking about there?

2      A.   I think he's talking about the second

3  weapon.  He had talked earlier about possibly

4  getting one from one of his cousins, or something

5  like that, and I think he was saying he's going to

6  get the money from Chris to get the other weapon

7  from the other dude.

8      Q.   Let's continue.

9           (Tape played.)

10     Q.   Why would you need an emergency fund for

11 afterwards?

12     A.   Just in case of being hunted by law

13 enforcement for this, at least.

14     Q.   Okay.  So in other words, if this scheme

15 goes through, you may have to go on the run?

16     A.   Yeah.

17     Q.   Let's continue, please.

18          (Tape played.)

19     Q.   Okay.  Put what in your hands?  And what

20 does the green light refer to?

21     A.   A mission.  Just leave it up to me and

22 tell me what you want done, and I'll get it done.

23     Q.   What does the green light refer to?

24     A.   Okay.  That's okay.

25     Q.   Let's continue.


SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1              (Tape played.)
 2      Q.    What are you asking of Mr. Baca here, when
 3  you want to make sure that brothers know it's legit?
 4      A.    I'm asking him to -- all right, so if I
 5  say, "Chuco, Pup wants us to go do this," Chuco can
 6  say, "I want to hear that from Pup."
 7              And I'm telling Pup, "You might have to
 8  tell him."
 9              He's, like, "I will, but I don't really
10  want to.  They should listen to you."
11              Well, I'm like, "Well, they might need
12  your word."
13      Q.    Let's continue.
14              (Tape played.)
15      Q.    And what are you referring to, a request
16  to cosign?
17      A.    Give his word.
18      Q.    I'm going to move to the second clip for
19  you.  Let's begin playing.
20              (Tape played.)
21      Q.    Since I jumped ahead in the recording
22  here, do you know who you're talking about when you
23  talk about --
24      A.    I think I'm talking about JR, Jerry
25  Montoya.  I think I'm asking if he has a good
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1  attitude about what's going on.  Is he doing all
 2  right?  Is he depressed?  Is he tripping?
 3       Q.   What did you know was going on with him at
 4  that time?
 5       A.   I believe that he was suspected in playing
 6  a role in the murder of Javier Molina.
 7       Q.   Okay.  Let's continue.
 8            (Tape played.)
 9       Q.   Do you know who Trigger is?
10       A.   I've heard of the name.  I don't really
11  know him personally.
12       Q.   What are you talking about, bringing
13  brothers closer together?
14       A.   I was asking about JR's attitude, Jerry
15  Montoya's attitude.  Because he was about to get out
16  of prison.  He had just done a lot of time.  I don't
17  know how much.  But they waited until he was about
18  to get out, and then asked him to kill somebody.
19  Not asked him; pretty much he had no choice.  It was
20  either him --
21            MR. LOWRY:  Objection, Your Honor,
22  speculation.
23            THE COURT:  Overruled.
24       A.   So anyway, that's what I was asking him
25  about.  And pretty much Pup saying all them other
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1  guys that were involved --

 2           MR. LOWRY:  Objection, hearsay, Your

 3  Honor.

 4           THE COURT:  He's about to say what Mr.

 5  Baca said; correct?

 6           MR. CASTELLANO:  It's a statement by a

 7  party opponent, Your Honor.

 8           THE COURT:  All right.

 9      A.   Okay.  So I lost track of what I was

10  saying, because I'm kind of burnt.  Basically --

11           THE COURT:  Why don't you maybe ask him a

12  question, so --

13  BY MR. CASTELLANO

14      Q.   You're having a little discussion about

15  the Molina murder, and the fact that --

16      A.   I didn't think it was right that JR was

17  asked to do that.  That's one of the reasons that I

18  got out of this gang, but -- so that's why I'm

19  asking about him and his attitude.  And later on in

20  this conversation he's saying that all the guys that

21  are involved in that are acting all fucked up.  I

22  take that to mean that these guys are either

23  telling, or they're dropping out of the gang.

24           MR. LOWRY:  Objection --

25           THE COURT:  Hold on.
```

SANTA FE OFFICE                                                MAIN OFFICE
119 East Marcy, Suite 110                            201 Third NW, Suite 1630
Santa Fe, NM 87501                                    Albuquerque, NM 87102
(505) 989-4949                                                (505) 843-9494
FAX (505) 843-9492                                       FAX (505) 843-9492
                                                              1-800-669-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE
                                                  e-mail: info@litsupport.com

 1          MR. LOWRY:   -- this is hearsay and

 2   speculation.  He's saying "I think that" --

 3          THE COURT:  Well, I think he can testify

 4   about some of it.

 5          Why don't you lead him through, because

 6   there are some statements that Mr. Lowry may want to

 7   object to and others that he doesn't.  So why don't

 8   you lead him through and get what you want?

 9          MR. CASTELLANO:  He was referring to a

10   statement by Mr. Baca, actually, and what he

11   understood that to mean when he was talking about

12   the other people.

13          THE COURT:  Go ahead and lead him through

14   and get what you want out of him, and then we'll

15   move on.

16   BY MR. CASTELLANO

17     Q.   All right.  So you mentioned a discussion

18   with Mr. Baca about other members from -- other

19   people from the Molina murder.  And what was his

20   reaction to you or his response about what's going

21   on with the other people?

22     A.   On line 22, Pup says, "Yeah, but Trigger

23   is acting all fucked up."

24          I take that to mean that Trigger is

25   telling -- or he's going to the dropout program.

SANTA FE OFFICE                                                                              MAIN OFFICE
119 East Marcy, Suite 110                                                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                                                      Albuquerque, NM 87102
(505) 989-4949                                                                                     (505) 843-9494
FAX (505) 843-9492                                                                          FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1    Pup goes on to say in line 23 through 25, all the

2    way down to 1 through 7, I asked him "Why is that?"

3              He says, "It's no good."

4              "Yeah, brother.  I hate to see that kind

5    of -- I hate to see it go down like that.  What

6    happened to when everybody -- when it would bring

7    them closer, now all it does is drive them apart.

8    You know what I mean?"

9              Pup responds, "Hey."

10             I say, "Hey."

11             Pup said, "All of them mother-fuckers are

12   all over there on that fucking dropout program."  So

13   the dropout program is the RPP Program.

14        Q.   So guys checked out?

15        A.   Checked-in is a prison term.

16        Q.   All right.  Let's turn to the next portion

17   of this larger audio clip.

18             (Tape played.)

19        Q.   Who is Mr. Baca asking you to reach out

20   to?

21        A.   We're talking about Shawn-Shawn, Shawn

22   Ural.

23        Q.   And at this point, is there discussion

24   about trying to kind of reunite SNM and get

25   everybody back in line?

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                   Albuquerque, NM 87102
(505) 989-4949                                             (505) 843-9494
FAX (505) 843-9492                                    FAX (505) 843-9492
                                                         1-800-669-9492
                                              e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        A.   Yeah.  I'm telling him that Shawn is doing
 2   his own thing, and he's trying to distance himself
 3   and I have no problem with it, I'm telling him,
 4   pretty much.  He doesn't want nothing to do with
 5   this.
 6        Q.   And you see the discussion about Mr. Baca
 7   wanting to establish some type of relationship over
 8   again?
 9        A.   Yeah, he's trying to use me to get to them
10   to bring them back in and group them back up and try
11   to reestablish some kind of morale.
12        Q.   Let's continue.
13             (Tape played.)
14        Q.   Who is Arturo?
15        A.   Arturo Garcia.
16        Q.   And what was the issue with him?
17        A.   He's using everybody so he can get high,
18   pretty much.
19        Q.   And you referred to different tablas.
20   What is that referring to?
21        A.   What I spoke about earlier.  It went from
22   no leader to we pretty much force people into that
23   position.  All of us said, "Yeah, you're our
24   leader," to Gerry Archuleta, Styx, claiming to be
25   the new leader.  Then after that, different boards,
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   different -- whoever had the dope, or whoever had

2   the charisma to pull a few people together and use

3   that as a ruling body.

4       Q.   And did you tell Mr. Baca up top that

5   Shawn Ural, because of all the politics and

6   everything, wanted to create distance between

7   himself and the SNM?

8       A.   Shawn used to drive around with a cat, a

9   real live cat in the truck and say, "If I'm going to

10  cruise around with a bunch of pussies, at least this

11  one is not going to tell on me."

12      Q.   That was it?

13      A.   That was it.

14      Q.   All right.  Continue.

15           (Tape played.)

16      Q.   Okay.  A few things here.  He talks about

17  not sending clavo.  What is that?

18      A.   Arturo and them -- that's all they cared

19  about.  They sent a message out there that if you

20  don't send some dope, when you come back here, do.

21  Talking about doing what's right with the car.

22  They're not asking for all that.  They're just

23  asking for us to give up our lives and go murder a

24  member of the Department of Corrections and give up

25  our life and our family.  They're not asking for

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  dope at this point.

2          MR. LOWRY:  Objection; it's not responsive

3  to the question.

4          THE COURT:  Overruled.

5  BY MR. CASTELLANO

6      Q.   When you referred to esquina here, is that

7  the same word as help that you mentioned earlier?

8      A.   Yeah, esquina means backup, help.

9      Q.   And then doing what's right for the

10 ranfla?

11     A.   Ranfla is a slang word for car in Spanish.

12 The car refers to the gang, the SNM; our car.

13     Q.   So your car refers to your gang?

14     A.   Yes.

15     Q.   Let me draw your attention to the next

16 portion, the next clip.  Let's begin playing.

17          (Tape played.)

18     Q.   So when he refers to you helping out the

19 carnal Chuco, remind us what you're doing with Chuco

20 right there.

21     A.   I'm helping him fix his car.  I haven't

22 agreed with all those statements.  It's just not

23 like that.  Nobody else does it.

24     Q.   Okay.  So it's a nice idea, but when it

25 comes to the way it really works, does it really



SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                     Albuquerque, NM 87102
(505) 989-4949                                               (505) 843-9494
FAX (505) 843-9492                                      FAX (505) 843-9492
                                                          1-800-669-9492
                                                   e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1   work out that way?

 2        A.    This is just a bunch of manipulation,

 3   trying to get me all patriotic about this gang; that

 4   way, I can go kill somebody for him.

 5        Q.    Let's continue.

 6              (Tape played.)

 7        Q.    Okay, you've got a hater in the group, and

 8   they need be handled.  How are you supposed to

 9   handle that person?

10        A.    Well, there is only one punishment for

11   brothers, is death.

12        Q.    So if people are causing problems in the

13   gang, then they have to be dealt with?

14        A.    Yeah.

15        Q.    Let's continue.

16              (Tape played.)

17        Q.    What does it mean when you say, "Si me

18   entiendes"?

19        A.    "Do you understand me?"

20        Q.    What's this talk about little homies and

21   these 14-, 15-, 16-year-olds?

22        A.    Wants me to start trying to recruit them

23   when they're young, bring them, make them look up to

24   me.  That way, when they do get to the prison,

25   they're already leaning towards the SNM.
```

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                            201 Third NW, Suite 1630
Santa Fe, NM 87501                                    Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                     FAX (505) 843-9492
                                                          1-800-669-9492
                                            e-mail: info@litsupport.com



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        Q.    Was that kind of your experience, too,
 2   when you were younger?
 3        A.    Yeah?
 4        Q.    Let's continue.
 5              (Tape played.)
 6        Q.    What is respeto?
 7        A.    Respect.
 8        Q.    And when jale needs to be done, what's
 9   jale?
10        A.    Work.
11        Q.    Let's continue.
12              (Tape played.)
13        Q.    "Look out for," is that word "pisto"?
14        A.    He's saying buy them liquor, pretty much
15   lead them down the wrong path, pretty much get them
16   strung out, teach them how to do stuff.  Keep them
17   looking up to you, keep them coming to you.
18        Q.    At this point, this also means recruiting
19   people into the gang?
20        A.    Pretty much telling, yeah.
21        Q.    Okay.  Let's move to the next clip.  Let's
22   begin.
23              (Tape played.)
24        Q.    Who is Weasel, if you know Weasel's name?
25        A.    Ben Sandoval.  He's a friend of mine since
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

 

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1  the boys' school.
 2       Q.   What was his name?
 3       A.   Ben Sandoval.
 4       Q.   Was he an SNM member also?
 5       A.   Yes.
 6       Q.   And once again, are you supposed to be
 7  reaching out to him and bringing everybody back
 8  together?
 9       A.   Yeah.  What I understand is, he wants me
10  to try to organize out there again, try to, like I
11  said, bring people back under the control.
12  Everybody has had it; everybody is done; everybody
13  is trying to get away from all this.
14       Q.   And down below we'll see a reference to
15  Shawn-Shawn.  Is that the same Shawn Ural you
16  referred to earlier?
17       A.   There is only one Shawn-Shawn.  There are
18  a few Dreamers and a few other nicknames, but
19  Shawn-Shawn is kind of unique.
20       Q.   When we hear the name Arturo, is that the
21  same Arturo you told us about earlier?
22       A.   Yeah.
23       Q.   Let's continue.
24            (Tape played.)
25       Q.   A few things here.  When he talks about
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

119

1    getting Shawn-Shawn off whatever viajes he's on,

2    what does that mean?

3         A.   He's talking about the mentality that all

4    of us have, just trying to get away.  And whatever

5    trip his mind is on, try to get him out of that, and

6    try to bring him back.

7         Q.   What's the need to find out who is who

8    when you're talking to brothers out there?

9         A.   He means this dropout program is actually

10   helping us, because it's thinning out the herd,

11   getting rid of the weak ones, and we don't have to

12   kill them.  They're getting them for us.

13        Q.   At this point, you mentioned starting

14   over.  Is this before the indictments came down in

15   December of 2015?

16        A.   Yes.

17        Q.   And the topic of reorganization?

18        A.   Yeah.

19        Q.   Let's move to the next clip.

20             (Tape played.)

21        Q.   Okay.  What does it mean to school

22   somebody right?

23        A.   Teach them the right rules and teach them

24   how to carry themselves like a brother.

25        Q.   "And if he doesn't do it, he's going to

SANTA FE OFFICE                                                      MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                           Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                             FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1    get touched."  What does that mean?

2         A.    That means he's going to get killed.

3         Q.    Let's continue.

4               (Tape played.)

5         Q.    Okay.  So are you saying here basically,

6    "We had rules before.  We just need to enforce the

7    ones that were in place"?

8         A.    Yes.

9         Q.    And earlier you were talking about the

10   paralegal paperwork and I said, "We'll get to it

11   later."  Is this what you were referring to about

12   making allegations against other SNM members without

13   paperwork?

14        A.    When I got into this gang and stuff like

15   that, it was honor among thieves, I guess is what

16   you would call it.  Not only amongst us; it was

17   among convicts in general.  If you called another

18   convict a rat, no matter who you are, you had, like,

19   a week, or in some cases less, to come up with that

20   paperwork and prove him to be a snitch.  If not,

21   then you would get hit.

22               And it wasn't like that no more.  And then

23   you can have paperwork on somebody, as long as he

24   has dope and he's good.  And a guy that has the dope

25   could call somebody else a rat and not have a shred

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                    FAX (505) 843-9492
                                                          1-800-669-9492

PROFESSIONAL COURT
REPORTING SERVICE                          e-mail: info@litsupport.com

 1    of paperwork and get him killed, you know?  So

 2    that's not my ideal environment.

 3         Q.    Let's continue.

 4               (Tape played.)

 5         Q.    Is that what you're referring to, the way

 6    it should be?

 7         A.    That's the way I would expect it to go

 8    when I got into this game.  I was a true believe in

 9    this stuff, and it turned into all this other stuff.

10    But yes, that's what I was talking about.

11         Q.    All right.  Let's turn to the next clip.

12               (Tape played.)

13         Q.    All right.  There are a number of things

14    here.  When it refers to the jura, who are the

15    juras?

16         A.    They are the law enforcement, police, or

17    COs.

18         Q.    I'm underlining here J-U-R-A in the

19    transcript.  Is that what the jura is, refers to the

20    corrections officers?

21         A.    Yeah.

22         Q.    And what's Mr. Baca's complaint about

23    STIU?

24         A.    That's his kind of MO.  He gets you all

25    patriotic about the gang, and then he turns it to

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    what he wants out of this.  "Yeah, yeah, that's the

2    way it should be.  But look, we want these killed."

3         Q.   Is he expressing his dislike for the STIU

4    here?

5         A.   Yeah.

6         Q.   And when he refers to "creating wedges

7    between us --"

8         A.   Causing problems, trying to break up the

9    gang, try to turn us on each other.

10        Q.   And you respond by referring to divide and

11   conquer?

12        A.   Yeah.

13        Q.   It's the same thing?  Let's go ahead and

14   turn to the next portion.  Let's begin.

15             (Tape played.)

16        Q.   What does it mean to cross brothers out?

17        A.   Give them a bad name or take them out.

18        Q.   And then what's the problem with the

19   rumors that's being discussed here?

20        A.   We're still talking about the same stuff,

21   people are dying off of rumors.  And people that

22   started the rumors are sitting right there doing

23   whatever they've got to do for dope and manipulating

24   people into doing other things for them, and that's

25   it.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.    Okay.  Let's begin the next clip.

2            (Tape played.)

3      Q.    So this is a continuation of the

4   discussion about taking care of the members who were

5   causing problems?

6      A.    Yeah.

7      Q.    Let's turn to the last clip from this

8   audio and let's begin.

9            (Tape played.)

10      Q.    Okay.  You don't want your name all over

11   in there.  What are you talking about?

12      A.    I never gave information the whole time I

13   was in prison to STIU, to anybody, acting as an

14   informant for anything.  But I was all slammed down

15   all the time for confidential information, or

16   because there is a hit on me, or something.  And

17   that's what I was talking about.  I was telling him,

18   I don't want my name -- you tell anybody my name,

19   because if you tell anybody my name, then there goes

20   my name to STIU, and then I'm a snitch and I'm an

21   informant and anything else.  So just keep my name

22   out of the conversation.  That's what I'm asking him

23   to do.

24      Q.    When he talks about you guys speaking on

25   the down-low right now --

SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                  Albuquerque, NM 87102
(505) 989-4949                                                              (505) 843-9494
FAX (505) 843-9492                                                  FAX (505) 843-9492

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    That's just between me and him.

 2        Q.    So you don't want any of this information

 3   getting out.

 4        A.    Yes.

 5        Q.    Let's continue.

 6              (Tape played.)

 7        Q.    Earlier you said you were going to send

 8   pictures to Eric Duran.  Did you actually send him

 9   some?

10        A.    Yes.

11        Q.    Were you verifying whether or not Mr. Baca

12   also sought pictures?

13        A.    I was trying to lighten up the

14   conversation, turn it into a joke.  I think I said,

15   "If you see something like that, it would probably

16   give you a stroke."

17        Q.    At this time I'm going to move to another

18   recording, Mr. Montoya.  This is Government's

19   Exhibit 394.  I'm only going to play a portion of

20   this recording.

21              MR. CASTELLANO:  At this time, Your Honor,

22   I move the admission of Government's Exhibit 394?

23              THE COURT:  394?

24              MR. CASTELLANO:  Yes.

25              THE COURT:  Any other discussion on that?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  Not hearing any, then Government's Exhibit 394 will

2  be admitted into evidence.

3           (Government Exhibit 394 admitted.)

4           MS. JACKS:  And, Your Honor, again, we ask

5  for a limiting instruction.

6           THE COURT:  And these are continuing to be

7  discussions with Mr. Baca, so you're only to

8  consider these in your deliberations, this testimony

9  and this evidence, in conjunction with your

10 deliberation of the charges against Mr. Baca, not

11 against the other three defendants.

12          MR. LOWRY:  Your Honor, may I have a quick

13 word with Mr. Castellano?

14          THE COURT:  You may.

15 BY MR. CASTELLANO:

16     Q.   We're going to play just one portion of

17 this audio.  Once again, is this an audio that was

18 captured from the wiretap on your phone?

19     A.   So far, it has been.

20     Q.   Okay.  So at this point I'm going to play

21 for you one portion of Government's Exhibit 394 and

22 let's begin.

23          (Tape played.)

24     Q.   Okay.  Now, in the transcript there is the

25 name Garcia as the person who has just spoken.  Who

SANTA FE OFFICE                                    MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                 Albuquerque, NM 87102
(505) 989-4949                                     (505) 843-9494
FAX (505) 843-9492                                 FAX (505) 843-9492
                                                   1-800-669-9492
                                                   e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1  is that person?

2       A.   That's Chris Garcia.

3       Q.   So at this point, how are you talking to

4  Mr. Garcia, if you remember?

5       A.   I'm talking to him face to face, I think.

6       Q.   Now, why are you discussing

7  Mr. Santistevan and Mr. Marcantel here with him?

8       A.   Chris is -- like I said earlier, at this

9  point, he's, like, "What are they thinking?  They're

10 being kind of stupid.  They're in the Violent

11 Predatory Program.  What's next?  The Violent

12 Violent Predatory Program?  It's going to keep on

13 going."

14           And then when Pup told him it was

15 Santistevan that he was suggesting, Chris told Pup

16 that Santistevan didn't have the authority to send

17 him to a federal prison or send him out of state.

18 It had to be someone higher up.  It had to be

19 Marcantel or one of them guys.

20      Q.   Let's continue.

21           (Tape played.)

22      Q.   Okay.  Now, earlier, in another

23 conversation with Mr. Baca, you talked about "If

24 we're going to do this, do it big."

25           Are you referring to that conversation now

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1  with Mr. Garcia?

 2       A.   Yes.

 3       Q.   And you got mentioned here once again

 4  Barney Rubble.  Who is that?

 5       A.   Adam Vigil.

 6       Q.   What's your suggestion about whether or

 7  not you guys should be focusing on Adam Vigil as

 8  somebody to be murdered?

 9       A.   He might be -- like in that one prison, he

10  might be one of the higher-ups, even a manager, part

11  of administration.  But in the Department of

12  Corrections, he's really not making the decisions

13  outside of that unit.  He's not deciding who goes to

14  what state.  He's not getting them shipped out.

15  He's not doing that.

16       Q.   Okay.  Let's continue.

17            (Tape played.)

18       Q.   Do you remember who LJ was?

19       A.   He was Leonard Jaramillo, I believe was

20  his name.  He was a regular CO.  When I got to

21  prison, he moved up to STIU, and then he was

22  eventually the warden.  And I think he got fired for

23  sexual harassment or something like that.

24       Q.   And who was the discussion of the other

25  person, either Carlos Valdez or Vigil?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   Adam Vigil was the lieutenant when we came
 2   to prison.  Carlos was the regular CO and moved up
 3   to that position -- I think he was the unit manager
 4   also.
 5        Q.   This recording does sound different, so
 6   you think you were speaking face-to-face with
 7   Mr. Garcia on this?
 8        A.   Yeah, I was face-to-face.
 9        Q.   And did you have a different type of
10   recording device to record this conversation?
11        A.   Yeah.
12        Q.   Was that provided by the FBI?
13        A.   Yes.
14        Q.   Okay.  Now, eventually, at some point, as
15   you referenced earlier, did Mr. Garcia agree to
16   become part of this conspiracy against Mr.
17   Marcantel?
18        A.   Yeah, he gave me a lot of advice about it.
19   He told me he actually seen him at the Red Ball Cafe
20   in Barelas, in Albuquerque.  He told me I should go
21   to the barber shop and pick up a few hair samples
22   and rub them on the gun and stuff like that.
23        Q.   Why would you get hair samples and put
24   them on the gun?
25        A.   DNA, to misdirect the investigation.
```

SANTA FE OFFICE                                                      MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                       (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492
                                                                  1-800-669-9492
                                                            e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1     Q.   And as a result of his agreement, then,

2  did he also provide you a gun for the purpose of

3  murdering Gregg Marcantel?

4     A.   Yeah, he gave me a .22 automatic pistol

5  without a clip.  A handful of bullets, I think.

6     Q.   On this occasion, do you remember this

7  being November 29 of 2015?

8     A.   Sounds about right.  But I couldn't swear

9  that that was the date.

10    Q.   And if you recall, do you remember if this

11 was close in time to when everybody was arrested in

12 this case?

13    A.   Yeah, it was all within a couple-month

14 period that all these conversations took place.  And

15 the arrests were made and I left.

16    Q.   And do you pick up the weapon from Chris

17 Garcia's house?  Where do you meet him to get the

18 pistol?

19    A.   I got it at Chris' house.

20    Q.   And in terms of the operation that day,

21 what did you do beforehand?  Did you meet with law

22 enforcement?  Did you go there on your own?  What

23 happened?

24    A.   I met with law enforcement at -- I think

25 it was a Victory Outreach Church or Legacy Church.

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                  201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492                                            FAX (505) 843-9492
                                                                        1-800-669-9492

 

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

e-mail: info@litsupport.com

1  It used to be called Victory Outreach in

2  Albuquerque.  And from there they searched me, gave

3  me the recording device, and send me on my way.  I

4  drove to Chris' house.  He talks about -- sat there

5  with him, got the weapon, kept telling me about this

6  nice shotgun he had.  He wouldn't give it to me.  He

7  gave me a .22.

8      Q.   And at this point in the investigation,

9  who was now on board to murder Gregg Marcantel?  Who

10 else have you talked to about following through with

11 this plan?

12     A.   Me and Chuco and Pup, Chris.  I guess

13 Crazo, but he was on the other side of the

14 investigation.  He was on you guys' side.  And as

15 far as I knew, that was it.  But I assume that he

16 had talked to other people about it.

17     Q.   And so from meeting with law enforcement,

18 do you then drive to Christopher Garcia's house?

19     A.   Yeah.  I stay there, talk to him for a

20 while.  He gives me the gun and keeps telling me

21 about -- he's kind of nervous, kind of paranoid,

22 telling me that the person who lives kitty-corner

23 from him is a sheriff, and the cars come down the

24 road all the time, and stuff like that.

25          But he finally gives me the weapon and I

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    leave.  And I see the officers pass by his house a

2    few times.  I got kind of nervous about it,

3    actually.  I even mentioned it to Chris, "Who is

4    that?  Who is in that car?" or whatever.  I get the

5    weapon, I leave.

6              And I don't think I met back at the

7    church.  I think they wanted me to pull over pretty

8    much immediately, as soon as I could find a safe

9    place, and I was trying to get further away from

10   Chris' house.  I eventually pulled over, and I think

11   it was an alley off of 98th Street, I think, maybe,

12   or Unser.  So I pulled into the alley and they

13   searched me.  They didn't let me touch anything.

14   Pulled the weapon out of my pocket, asked me where

15   it was, got it, got the recording device, got

16   everything off me, searched me, and let me go.

17        Q.   Okay.  And was this interaction with

18   Mr. Garcia recorded?

19        A.   Yes.

20             MR. CASTELLANO:  I'm going to go ahead and

21   at this time, Your Honor, I move the admission of

22   Government's Exhibit 396.

23             THE COURT:  All right.  Any other

24   discussion on that?  The Court will admit

25   Government's Exhibit 396.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              (Government Exhibit 396 admitted.)

 2              MR. CASTELLANO:  Your Honor, this

 3   recording is broken up into two separate recordings,

 4   two separate clippings.  Let's begin with the first.

 5              (Tape played.)

 6   BY MR. CASTELLANO

 7        Q.    What kind of dog is this, for starters?

 8        A.    A little, tiny Pomeranian.

 9        Q.    Sounds like an ankle-biter.

10        A.    Yeah, I used to make a joke.  I used to

11   tell him, "You look like Dr. Evil driving around

12   with a Pomeranian."  He used to drive around with a

13   dog, too.

14        Q.    Pretty early on in this discussion, he's

15   asking you about -- "it shoots .22 long rifle in

16   there."  What is he referring to, and what is he

17   doing at this time?

18        A.    I don't know if he's actually pulled it

19   out at this point, but at one point he does pull it

20   out.  He's talking about the weapon.  It's a .22

21   long rifle, like I said, without a clip.  He pulls

22   it out, pulls the slide back, and tells me where the

23   bullet goes, as if I didn't know.  Tells me, "You

24   put the bullet in there, you shoot, and don't worry;

25   it will kill somebody."
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              And at this time, I'm thinking, You're
 2   really going to send me against Gregg Marcantel with
 3   a .22 long rifle without a clip?
 4        Q.   Let's continue.
 5              (Tape played.)
 6        A.   He has it out at this point.  That's the
 7   slide.
 8        Q.   Okay.
 9              (Tape played.)
10        Q.   Okay.  So do you know what he's referring
11   to when he says, "You can get a clip for it as
12   well"?
13        A.   He's telling me to order one.
14              MR. CASTELLANO:  And may I approach, Your
15   Honor?
16              THE COURT:  You may.
17   BY MR. CASTELLANO
18        Q.   Mr. Montoya, I'm going to show you briefly
19   Government's Exhibit 278.  I'm going to put it here
20   on the screen.  Does that look familiar to you, if
21   you remember?
22        A.   Yeah.  Yeah.
23        Q.   What does it look like?
24        A.   Like a .22 pistol without a clip.
25        Q.   Now, I'm going to show the underside of
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    this weapon here.  Can you see where my finger is,

2    where it's hollow?

3        A.    Yes.

4        Q.    So for those who are less familiar with

5    firearms, what belongs in this hollow space?

6        A.    The clip.

7        Q.    And what goes inside of the clip or the

8    magazine?

9        A.    The ammunition.

10       Q.    So once you put a magazine and you insert

11   it into the bottom here, does that allow you to fire

12   more than just one round of ammunition?

13       A.    That's an automatic pistol.  That's why

14   it's called an automatic.  You put the clip in the

15   bottom, slide it back, it chambers the first round.

16   After that, it's on automatic.  It chambers the next

17   round automatically with the recoil of the last

18   round.

19       Q.    Is it designed, then, to fire a bullet

20   every time you pull the trigger after that?

21       A.    Until you run out.

22       Q.    Okay, and so then for this to work, you

23   would either have to kill Mr. Marcantel with one

24   shot or get a magazine to get additional rounds of

25   ammunition; is that correct?

SANTA FE OFFICE                                                            MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                  Albuquerque, NM 87102
(505) 989-4949                                                              (505) 843-9494
FAX (505) 843-9492                                                   FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   Or carry a pocketful of bullets and put
 2   them in one at a time.
 3        Q.   Okay.  Let's continue with the recording
 4   please.
 5             (Tape played.)
 6        Q.   Let me stop you there.  Okay, what is he
 7   asking you when he says, "Who's the one going?"
 8        A.   Chris is asking me, Who is going to go
 9   with you, or do this?  Are you just doing it or
10   who's going with you?"
11             This is where he's giving me all kinds of
12   advice that I should kill my so-called brother
13   afterward, based upon the suspicion that he might
14   tell.
15        Q.   And who is Chuco?
16        A.   Mandel Parker.
17        Q.   And what's the concern about Mandel
18   Parker?
19        A.   Like I said, just on the off-chance that
20   he might tell, just kill him.  Don't take that
21   chance.  That's my brother.
22        Q.   That was a directive from Chris Garcia to
23   you?
24        A.   Yeah.
25        Q.   Let's continue.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1              (Tape played.)
 2      Q.   Okay.  So now this conversation looks like
 3  it's focused on Marcantel.  Do you know who the
 4  Myers is who is referenced here?
 5      A.   I think he's the deputy secretary.
 6      Q.   And is Gregg Marcantel -- is he a big guy,
 7  as far as you know?
 8      A.   Yeah, he's a pretty big guy.
 9      Q.   Let's continue with the recording.
10              (Tape played.)
11      Q.   Did he actually live at River's Edge 3?
12      A.   I don't remember.
13      Q.   So you're just saying you knew where to
14  locate him?
15      A.   Yeah.
16      Q.   So you could shoot him?
17      A.   Yeah.  I was just coming up with scenarios
18  in my head like I actually did the legwork, I
19  actually found these people and I had actually
20  planned it out.  I'm just telling him stories.
21      Q.   So at some point when he's walking his
22  dog, that would be a good chance to shoot him, out
23  in the bosque?
24      A.   Right by the river.
25      Q.   We're going to get to it here in a bit.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1  "If Chuco doesn't do" -- "I'm going to put one" --

2  "if he starts" -- what would you be talking about

3  there?

4       A.   Okay.  When they send somebody on a

5  mission in prison, or whatever, give the person the

6  weapon and tell them, "You're doing it."  And they

7  wouldn't tell him beforehand.  They would tell him

8  right when it's going to happen.  And they would

9  also have somebody else there for a backup plan, in

10  case they get cold feet, hit them.  The purpose was

11  so they wouldn't know nothing to tell anything until

12  it was going down.

13            So I'm just basically playing along with

14  the standard operating procedure, which is:  If

15  Chuco starts backing out or acting shady, then I'll

16  shoot him.

17       Q.   Let's continue for a little bit longer

18  here.

19            (Tape played.)

20       Q.   Sounds like he says give him a doble

21  reactor?

22       A.   Give him a doble right after.  A doble is

23  a double dose, pretty much.

24       Q.   Who were you supposed to give a double

25  dose to?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1          A.    Chuco.

 2          Q.    Why?

 3          A.    So he couldn't tell.

 4          Q.    And what would that --

 5          A.    That would kill him.

 6          Q.    And what's this talking about, "or killing

 7     Santistevan," on line 11?

 8          A.    I see the line.  But sometimes Chris talks

 9     and he says things that don't really make sense.

10          Q.    And were you aware that Santistevan was

11     one of the other people who was targeted for murder?

12          A.    Yeah.  But at this point we were talking

13     about Marcantel the whole time.  And then he said

14     Santistevan, or killing Santistevan.  I don't know.

15          Q.    And your response is:  "Give him a double

16     and leave him with everything"?

17          A.    Yeah.

18          Q.    What are you talking about doing there?

19          A.    If Chuco gets cold feet, whatever, give

20     him a doble, do what I had to do.  Leave the gun and

21     everything on Chuco.  That way, it would bring it on

22     him.

23          Q.    Let's continue.

24                (Tape played.)

25          Q.    Up above you say, "He doesn't know who it

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                      201 Third NW, Suite 1630
Santa Fe, NM 87501                                             Albuquerque, NM 87102
(505) 989-4949                                                       (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492
                                                                 1-800-669-9492
                                                           e-mail: info@litsupport.com


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

 1  is or nothing"?

 2      A.    Chuco.

 3      Q.    Is that true?  Had you actually told Chuco

 4  what the plan was?

 5      A.    He knew what the plan was, but everybody

 6  kept stressing:  Don't tell anybody else.  But they

 7  were telling everybody else, so everybody knew what

 8  was going on.  I didn't tell Chuco anything.  He

 9  didn't know nothing.

10      Q.    That's what you said.  Is that what really

11  happened?

12      A.    No, I told Chuco.

13      Q.    And had Chuco agreed to go along with this

14  plan?

15      A.    Yeah.

16      Q.    Let's continue.

17            (Tape played.)

18      Q.    What's a gauge?

19      A.    A shotgun.

20      Q.    What is he referring to with this bright

21  light?

22      A.    He's saying that the guns that he has are

23  too nice to use for this.  Better that we sacrifice

24  you with a little .22 without a clip.  He's pretty

25  much not saying that, but that's what he's saying.

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                         201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                    FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1    Q.   That's what's going on through your head;

2    right?

3    A.   That's what's happening.  I have some

4    really nice guns, but -- I'll describe them to you,

5    but I'm not going to give them to you.

6    Q.   Let's continue.

7         (Tape played.)

8    Q.   Okay.  Do you know what Pup is supposed to

9    be waiting for when you say, "Yeah, tell Pup to

10   wait," and then "being down for a tenth" is what

11   Garcia says?

12   A.   He's down for the 10th.  It sounds like a

13   date, like a date or something.  But I don't really

14   remember.

15   Q.   Okay.  Let's continue.

16        (Tape played.)

17   Q.   Do you know what he's talking about here,

18   this box of habits, that's what it says, for 80

19   grand?

20   A.   First, we're talking about Andrew, a guy

21   that's a snitch.  Then I think he's talking about

22   Red.  I don't know his name, Red.  I think he's

23   talking about him getting out and he has money, is

24   what I'm thinking.  But like I said, Chris will talk

25   about one thing, jump to another thing, back and

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                        201 Third NW, Suite 1630
Santa Fe, NM 87501                               Albuquerque, NM 87102
(505) 989-4949                                        (505) 843-9494
FAX (505) 843-9492                               FAX (505) 843-9492

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1   forth.  I'm not really paying too much attention to

 2   all this stuff.  I'm, just, "Yeah, yeah, yeah,

 3   okay."

 4        Q.   Let's continue then.

 5             (Tape played.)

 6        Q.   All right.  There is discussion about

 7   someone being an MMA fighter?

 8        A.   That's Red.

 9        Q.   Do you know who Red is?

10        A.   He's a brother, one of the ones who was

11   involved in this case, I think.  And I think he was

12   supposed to be telling, or taking the rap, or

13   telling, then taking the rap, or something.

14        Q.   Okay.  Let's continue.

15             (Tape played.)

16        Q.   When he says "Let me" -- when you say,

17   "Let me go put this away, carnal," what are you

18   putting away?

19        A.   The weapon.

20        Q.   Okay.  Let's continue, please.

21             (Tape played.)

22        A.   That's Marcantel.

23        Q.   So this discussion of seeing somebody at

24   the Barelas Cafe --

25        A.   He's referring to Marcantel.
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                           Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1      Q.   And he says, "That's one that's willing to

2  send Pup out of state"?

3      A.   Yeah.

4      Q.   Do you know what the discussion is about

5  here?

6      A.   That's where the decision to send him out

7  of state had to have come from, the Secretary of

8  Corrections or somebody higher.  I think he even

9  said something about, "If it goes to the feds, the

10  decision has to come from Washington."  I don't know

11  if that's true or not.  That's what he said.

12      Q.   And I'm going to ask you, before I play it

13  here, there's a portion of the transcript that talks

14  about, "Those are the three names.  He didn't give a

15  fuck which one.  One of them three."  Do you know

16  what that's talking about?

17      A.   Yeah, he's saying he doesn't care which

18  one of them dudes, he doesn't care if it was this

19  guy.  He just wanted somebody killed, preferably

20  somebody higher up that made the decision to send

21  him out of state.

22      Q.   Once again, before we start, so I can let

23  it run, on lines 14 through 16 there is a discussion

24  of the State and then sending people to the feds?

25      A.   Yeah.  That's what I've been telling you,

SANTA FE OFFICE                                                   MAIN OFFICE
119 East Marcy, Suite 110                                 201 Third NW, Suite 1630
Santa Fe, NM 87501                                     Albuquerque, NM 87102
(505) 989-4949                                          (505) 843-9494
FAX (505) 843-9492                                      FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1   that they were hitting all the brothers now.  You
 2   know, it goes to the State.  They send to the
 3   feds -- you know what I mean?  He's saying that -- I
 4   think the point of that is he's saying that if you
 5   do that, you're going to end up in a bad place.
 6   That's where he's going with this, saying you're
 7   going to end up in a prison.  I think it's all in
 8   the same conversation where he talks about being
 9   locked up so long, he's going to forget his own
10   name.
11        Q.   Let's continue for a bit then.
12             (Tape played.)
13        Q.   Okay.  Is this the part you were talking
14   about earlier, about getting hair from the barber
15   shop?
16        A.   Yeah, he's saying look for locos, gangster
17   types, and try to get their hair.
18        Q.   Rub it on the crime scene?
19        A.   Rub it on the gun, and leave it at the
20   crime scene for the DNA for later.
21        Q.   Okay.  Let's continue.
22             (Tape played.)
23        Q.   What's this discussion about another
24   shotgun from his brother?
25        A.   He keeps talking about the shotgun.  I
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

144

```
 1  said, "Give me a shotgun, too."

 2          And he said he had to get it later.  And

 3  I'm trying to get out of there at that point, so

 4  I'm, like, "I'll come back.  I'll come back.  Let me

 5  go get rid of this, go put it away or something."

 6      Q.   Let's continue.

 7          (Tape played.)

 8      Q.   What's this discussion about not talking

 9  on the phone anymore?

10      A.   He's saying that they think it's secure

11  because they're talking on a cellphone and it ain't

12  the prison phone. Pup is saying all they got to do

13  is intercept the signal.  They can park a truck or

14  electric -- electronic device that can capture the

15  signal before it even reaches the tower and hear it

16  before you're even hearing it, basically.

17      Q.   So why the need to quit talking on the

18  phone there?

19      A.   Because it could be being recorded.

20      Q.   Let's continue.

21          (Tape played.)

22      Q.   What's the discussion about tearing him

23  apart and the mattresses off the wall and

24  everything?

25      A.   They're going to shake down the prison.
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                      Albuquerque, NM 87102
(505) 989-4949                                               (505) 843-9494
FAX (505) 843-9492                                       FAX (505) 843-9492
                                                           1-800-669-9492
                                                    e-mail: info@litsupport.com


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    They're going to look for every scrap of

2    information.  Look at the investigation they did for

3    Molina.  Imagine what they'll do for this guy.

4    They're going to tear everybody apart.  They're

5    going to shake down everybody.  They're going to hit

6    every connection, and they're going to turn over

7    every stone, looking for information.

8         Q.   The discussion, then, that if this goes

9    down that --

10        A.   Calentura.

11        Q.   They're going to bring the heat.

12             Okay.  Let's bring the next portion, then.

13             (Tape played.)

14        Q.   What is this discussion about regarding

15   Chuco?

16        A.   You don't take any chances with him, kill

17   him.  Fucked up, kill him.

18        Q.   What are you supposed to do with the

19   weapon?

20        A.   Leave it on him.

21        Q.   Okay.  Let's continue.

22             (Tape played.)

23        Q.   What is this talk about 5 ounces?

24        A.   Talking about somebody offered a rifle

25   with a silencer on it, and they wanted 5 ounces for



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    it and he was saying it wasn't really worth it.

2        Q.   Five ounces of what?

3        A.   Heroin or cocaine; 5 ounces of drugs,

4    probably heroin.

5        Q.   And you also mention up above about going

6    to check on that gauge.  Do you remember that part?

7        A.   He was telling me the gauge was at his

8    brother's house and he had to go get it, or

9    something.

10       Q.   Okay.  Let's continue.

11            (Tape played.)

12       Q.   Do you know what the discussion about

13   Hansel is about?

14       A.   I don't know anybody named Hansel.

15       Q.   Then at the very end, you say, "Hey, it's

16   a done deal.  Wait a couple minutes, give me a call,

17   tell me where to meet you."

18            Are you talking to Chris Garcia or someone

19   else at that point?

20       A.   I'm talking to the agents.

21       Q.   When you tell them it's a done deal, what

22   are you communicating to them?

23       A.   I have the weapon; I'm just trying to get

24   away from the house so nobody sees me pull over or

25   something.

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                         (505) 843-9494
FAX (505) 843-9492                                               FAX (505) 843-9492
                                                                     1-800-669-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE
                                                      e-mail: info@litsupport.com

147

```
 1      Q.    Now, I asked you about the drug sale on

 2  September 11 of 2015.  Did you plead guilty to that

 3  charge?

 4      A.    Yeah.

 5            MR. CASTELLANO:  Your Honor, at this time

 6  I move the admission of Government's Exhibits 759,

 7  684 and 685.  I'll show it to defense counsel.

 8            THE COURT:  All right.  Any objection from

 9  the defendants?

10            MR. LOWRY:  No, Your Honor.

11            THE COURT:  Not hearing any, Government's

12  Exhibits 759, 684, and 685 will be admitted into

13  evidence.

14            (Government Exhibits 684, 685, and 759

15  admitted.)

16  BY MR. CASTELLANO

17      Q.    Okay.  Mr. Montoya, I'm going to begin by

18  showing you Government's Exhibit 759.  What is that

19  document?

20      A.    I think it's a copy of the complaint or

21  the plea bargain.

22      Q.    Is that the charge you pled guilty to,

23  which was distribution of heroin?

24      A.    Yes.

25      Q.    You see the date circled here on December
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    18 of 2015?

 2         A.   Yes.

 3         Q.   So do you remember that after your

 4    cooperation in this case, that you pled guilty to

 5    the charge?

 6         A.   Yes.

 7         Q.   I'm now going to show you Government's

 8    Exhibit 684.  Do you know what that document is?

 9         A.   That's the plea agreement.

10         Q.   If you know, do you know why it was

11    sealed?  Do you see where it says "Sealed plea

12    agreement" up above?

13         A.   I think it was sealed to conceal my

14    involvement in this case until now -- well, until as

15    long as possible, I guess.

16         Q.   So in other words, was your -- was this to

17    protect you from letting people know that you had

18    pled guilty and cooperated?

19         A.   Yes.

20         Q.   Let me turn your attention to the next

21    page, page 2.  Did you understand that the

22    distribution of heroin charge carried a maximum

23    penalty of up to 20 years?

24         A.   Yes.

25         Q.   And turning to page 3, do you see the
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

**BEAN & ASSOCIATES, Inc.**
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
**1-800-669-9492**
e-mail: info@litsupport.com

```
 1   redacted portion here I'm circling?

 2        A.    Yes.

 3        Q.    Did you understand at the time of your

 4   plea that you admitted to facts explaining why you

 5   were guilty of the offense?

 6        A.    Yes.

 7        Q.    But rather than the jury just taking it

 8   from the paper, did you then testify to explain why

 9   you were guilty of distributing heroin?

10        A.    Yes.

11        Q.    Okay.  Let me turn your attention now to

12   Government's Exhibit 685.  Do you recognize that

13   document?

14        A.    Yeah.

15        Q.    What is it, as best as you understand it?

16        A.    It means I cooperate fully, tell the

17   truth, and not make anything bigger or smaller than

18   they were in this case or in any other case to the

19   best of my ability.

20        Q.    And turning to the second page of that

21   document, do you understand that the United States

22   Attorney's Office can make a motion on your behalf

23   to possibly lower your sentence?

24        A.    Yes.

25        Q.    And do you understand that ultimately the
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1   judge has the final discretion about what your
 2   sentence will be?
 3        A.   Yes.
 4        Q.   Now, underneath here there is a different
 5   name, Assistant U.S. Attorney Shana Long.  Was she
 6   the original prosecutor on your drug case?
 7        A.   Yeah, I believe so.
 8        Q.   I want to ask you about another
 9   conversation you had involving Jerry Armenta's
10   family.  Do you remember that?
11        A.   I remember it vaguely.  A lot of this
12   stuff I didn't remember until I reviewed the
13   conversations and the transcripts and stuff.
14        Q.   What did you remember about having a
15   conversation with somebody about Jerry Armenta's
16   family?
17        A.   The gist of the conversation was that he
18   was telling, or that he was suspected of telling, or
19   they suspected him or something.  They wanted me to
20   go to his house and let it be known that we knew
21   where they lived.
22        Q.   Who is "they"?
23        A.   His family.
24        Q.   And who wanted you to do this?
25        A.   Pup.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1        Q.    And basically, what did he ask you to do?

2        A.    Go let them know that he's -- pretty much

3    get him not to tell.  If he's planning on telling,

4    let his family know, and tell him that's probably

5    not a good idea, or they probably wouldn't be safe

6    if he did.

7        Q.    And in terms of being safe, without

8    telling us which facility you were in, had you been

9    housed near somebody named Edward Troup?

10       A.    Recently?

11       Q.    Yes.

12       A.    Yeah.

13       Q.    And can you tell the jury about the

14   comments Edward Troup said in your presence?

15       A.    He just said that -- he was talking to

16   somebody, I don't know who -- but he was yelling out

17   that all of us cooperators think that the FBI and

18   the US Government is our friend, but we're going to

19   find out in the end that, as soon as they're done

20   prosecuting these guys, they're going to line us up

21   and prosecute us next; that we're probably going to

22   end up with more time than them, and stuff like

23   that.

24       Q.    What did you take that to mean, when he

25   said that where you could hear it?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1        A.   I thought he was just trying to plant the
2   seed in my head, seed of doubt to come here today
3   and cooperate.  But I gave my word.  And also, this
4   is more than just all the other benefits that you
5   mentioned earlier.  It's about burning deep bridges
6   for me.  It's done.  I'm not that same person.  And
7   I'm making sure that I can never go back there.
8        Q.   And approximately how long ago was it that
9   Edward Troup said this to you?
10        A.   Oh, a couple weeks, maybe.  He didn't say
11   it to me.  He said it around the tier, for me and a
12   few other people's benefit, I believe.
13        Q.   Do you remember who else was housed with
14   you at that facility in terms of people who are
15   cooperating?
16        A.   Benjamin Clark, Jerry Montoya.  I think
17   Marijuano might have been there, I'm not sure.
18        Q.   Did he state that loud enough for you to
19   hear it?
20        A.   Loud enough for the whole tier, yeah.
21        Q.   Now, in terms of the benefits in this
22   case --
23             MS. JACKS:  Excuse me, Your Honor.  May I
24   interrupt just a minute?  With respect to the
25   alleged conversation that we just heard about this
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  witness and Mr. Baca, isn't that subject to the

2  limiting instruction?

3          MR. LOWRY:  It wasn't Mr. Baca.

4          THE COURT:  I guess I don't think it does.

5          MS. JACKS:  The one before, I'm sorry.  I

6  didn't interrupt Mr. Castellano quick enough.

7          MR. CASTELLANO:  Regarding Mr. Armenta,

8  Your Honor.

9          THE COURT:  Okay.  The Armenta one does.

10 So it's limited to Mr. Baca.  But this latest

11 statement by Mr. Troup is not.  So break that out.

12 If you're taking notes, make sure that you specify

13 that the Armenta conversation can only be used in

14 the discussions with Mr. Baca's charges, and not as

15 to the other three gentlemen.

16 BY MR. CASTELLANO

17     Q.   Can you tell the members of the jury

18 whether Mr. Troup is a defendant in the SNM overall

19 investigation?

20     A.   I think he is.  I haven't seen the

21 paperwork.  I haven't seen who exactly defendants

22 are.  I haven't seen none of the discovery.  I think

23 he is.

24     Q.   Do you know him to be an SNM member?

25     A.   Yeah.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              THE COURT:  Mr. Castellano, would this be
 2   a good time for us to take our lunch break?
 3              MR. CASTELLANO:  Yes, sir.
 4              THE COURT:  All right.  We'll be in recess
 5   for about an hour.  All rise.
 6              (The jury left the courtroom.)
 7              THE COURT:  All right.  We'll be in recess
 8   for about an hour.
 9              (The Court stood in recess.)
10              THE COURT:  Let's go on the record before
11   the jury comes in.  I wanted to ask a couple of
12   questions as I consider the Government's request for
13   this 304 and 305.  I guess my questions are to you,
14   Mr. Beck, and also Mr. Lowry.  Looking at the timing
15   of the murder, was Mr. Baca the leader of SNM at the
16   time of the murder?
17              MR. BECK:  No.  He was not a leader of the
18   SNM at the time of the murder.  He was just an SNM
19   soldier at the time of the murder.
20              THE COURT:  Okay.  And was he a leader
21   before he went to Colorado, or only when he got back
22   from Colorado?
23              MR. BECK:  I believe he would have been a
24   leader before he went to Colorado.
25              THE COURT:  And what year did he go to
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   Colorado?

2           MR. BECK:  I don't have that in front of

3   me.

4           THE COURT:  Mr. Lowry, do you have

5   anything, Ms. Duncan, on this?

6           MR. LOWRY:  Your Honor, okay, I just want

7   to make sure we're all comparing apples to apples

8   here.  Mr. Baca, after the Molina murder in 2014,

9   was transferred out of state to Arizona; and then

10  from Arizona, was transferred to Florence, Colorado,

11  and came back in October 2015.

12          But if I understand the timeframe

13  correctly, Mr. Beck is talking about the 1989 murder

14  conviction.  And Mr. Baca remained in New Mexico

15  till approximately 1998, when he was shipped out to

16  Nevada for a decade.

17          THE COURT:  Okay.  I just wanted to have

18  that timeframe in mind as I consider the request.

19          MR. LOWRY:  Sure.  And I think he was gone

20  from approximately late '97, '98.

21          THE DEFENDANT:  '98.

22          MR. LOWRY:  That's what I thought; it was

23  that decade he was gone.

24          THE DEFENDANT:  I was out of the state '93

25  to '95.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              MR. LOWRY:  To Illinois.
 2              THE COURT:  All right.  I just wanted this
 3   to think about.  All rise.
 4              (The jury entered the courtroom.)
 5              THE COURT:  All right.  Everyone be
 6   seated.
 7              All right, Mr. Montoya.  If you'll come up
 8   and resume your place in the witness box, and I'll
 9   remind you that you're still under oath.
10              THE WITNESS:  Yes, sir.
11              THE COURT:  Mr. Castellano, if you wish to
12   continue your direct examination, you may do so at
13   this time.
14              MR. CASTELLANO:  Thank you, Your Honor.
15              THE COURT:  Mr. Castellano.
16   BY MR. CASTELLANO
17      Q.   Mr. Montoya, going back to some of the
18   benefits you received, did you receive money to
19   repair an RV?
20      A.   Yes, I did.
21      Q.   And what was the purpose of repairing your
22   RV?
23      A.   The master brake cylinder went out.
24      Q.   Why did you need to repair that vehicle?
25      A.   I was going to use that vehicle to
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   relocate.
 2        Q.   And did you, in fact, relocate after your
 3   guilty plea on December 18?
 4        A.   I ended up leaving town on Christmas Eve.
 5        Q.   Of 2015?
 6        A.   Yes.
 7        Q.   Why did you leave town?
 8        A.   Because the arrests were imminent or had
 9   already taken place, and it wouldn't be long for
10   them to figure out that I was cooperating in the
11   case and I would be killed.
12        Q.   All right.  Did you therefore then move
13   out of state?
14        A.   Yes.
15        Q.   I want to ask you if you know the
16   defendant Daniel Sanchez.
17        A.   Yes.
18        Q.   Do you see him in the courtroom?
19        A.   Yes.
20        Q.   Where is he?
21        A.   Right there.
22        Q.   What's he wearing?
23        A.   Blue suit.
24        Q.   How do you know him?
25        A.   He used to be one of my best friends.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1        Q.   And what can you tell us about how he got
2   in the SNM?
3        A.   He was from Belen.  He used to hang around
4   with gangs, the guys from Albuquerque.  One of the
5   Burquenos was stabbed in his park and the rest of
6   them didn't really stand up for him.  He already
7   hung out with us a lot anyway.  One day, me and
8   Arturo and Chero were around the prison yard
9   talking, sitting in the gym.  And we didn't mean for
10  it to happen like that.  We just told him, yes or
11  no.
12            Yeah, si mon, what?
13            We told him, "You just sold your soul to
14  the SNM?"
15            He said, "I'm down."  So we brought him
16  in, we voted him.
17       Q.   So you're actually one of the people who
18  brought Daniel Sanchez into the SNM?
19       A.   Yeah.  It was me, Arturo, and Alfred
20  Garcia, Chero.
21       Q.   Do you remember about when that was?
22       A.   Somewhere between '95 and the time we went
23  to Virginia.
24       Q.   So what years would that be?
25       A.   Between '95 and, I want to say, '99, '98
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  or '99.

2      Q.   Why do you think it was after 1995?

3      A.   It was after the murder of Max Gutierrez

4  at the Main facility in '95.  It was after that, and

5  it was before we went to Virginia.

6      Q.   Who was Max Gutierrez?

7      A.   Max Gutierrez was a guy from San Jose Gang

8  in Albuquerque.  He used to get a lot of dope.

9  Leroy Torrez wanted to bring him in, but he was not

10 SNM-quality material.  He was not aggressive in any

11 way.  He would not -- Junior wanted to bring him in

12 just for the dope, and it would cause a problem

13 later, because when Junior wasn't there to take care

14 of him, what ended up happening happened.  You know,

15 he was killed because he later said that he no

16 longer wanted to be part of SNM.  And at that time,

17 you couldn't -- you can't walk away.  Like blood-in

18 blood-out type thing.

19     Q.   And so was Max Gutierrez an SNM member at

20 least for a short time?

21     A.   Yes.

22     Q.   And did the SNM kill him?

23     A.   Yes.

24     Q.   And then you gave us a timeframe for when

25 you think Daniel Sanchez came in.  Approximately

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    when did you go to Virginia?

2        A.   It was around the time that that officer

3    was killed in Santa Rosa by the LC prison gang.

4    They sent a bunch of them out to Virginia.  And we

5    got locked up just prior to that.  So it had to have

6    been before that officer was killed and after Max

7    was killed.

8        Q.   And did a group of you get sent to

9    Virginia?

10       A.   Yeah.

11       Q.   And was that -- is that sort of a prisoner

12   exchange program, or why were you sent out there?

13       A.   Like I said, the LCers killed an officer

14   in Santa Rosa.  And at first, they shipped a lot of

15   them out there.  And little by little, they brought

16   them all back, and replaced them with SNM Gang

17   members, mostly.

18       Q.   And when you were transferred out to

19   Virginia, was Daniel Sanchez one of the people who

20   was transferred out with you?

21       A.   Not on the same transport, but yeah.

22            MR. CASTELLANO:  I pass the witness, Your

23   Honor.

24            THE COURT:  All right.  Thank you, Mr.

25   Castellano.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
1              Who would like to go first?  Mr. Lowry?

2              MR. LOWRY:  Thank you, Your Honor.

3              THE COURT:  Mr. Lowry.

4              MR. LOWRY:  May it please the Court?

5              THE COURT:  Mr. Lowry.

6                    CROSS-EXAMINATION

7   BY MR. LOWRY:

8       Q.   Good afternoon, Mr. Montoya.

9       A.   Good afternoon, Mr. Lowry.

10      Q.   You made the comment on direct examination

11  that you needed to burn a deep bridge with the SNM.

12  That's right?

13      A.   I don't recall it being a deep bridge, but

14  I needed to burn a bridge with the SNM, yes.

15      Q.   And according to your testimony, it was

16  getting busted in September of 2015 that gave you

17  that epiphany?

18      A.   No.  Actually what gave me the epiphany is

19  watching people get murdered, both people that,

20  according to the gang and my mentality, at the time

21  deserved it and people that I didn't think deserved

22  it, probably didn't deserve it.  A combination of

23  that.  My daughter being born.  Me starting to get

24  over my addiction.  There was a number of things.

25      Q.   But my question is:  You could have walked
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1  away in August of 2015?

 2       A.   I could have never walked away without

 3  being killed or without cooperating or something,

 4  something drastic.

 5       Q.   You don't think you could have moved to a

 6  different state?

 7       A.   Maybe I could have at that time.

 8       Q.   Okay.  And you could have done that in

 9  August of 2015?

10       A.   Maybe I could have, okay.

11       Q.   You could have done that in July?

12       A.   Yeah.

13       Q.   Or even June?

14       A.   Maybe.

15       Q.   Well, you could have if you had wanted to;

16  correct?

17       A.   If I had been thinking that way, maybe.

18       Q.   But you weren't thinking that way until

19  you were arrested in September?

20       A.   I was thinking about getting away from

21  them.  I just didn't have the idea of leaving New

22  Mexico.  I never thought of that.  I don't have a

23  family anywhere else.  I didn't have the motivation

24  to leave my family, everything I know, behind just

25  to get rid of this one thing, which it was well

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   worth it.
 2        Q.   But you ended up doing that anyway?
 3        A.   Yes, did, and I consider it well worth it.
 4        Q.   Right.  And there was nothing to stop you
 5   from doing that earlier?
 6        A.   Nothing stopping me but myself.
 7        Q.   So let's talk about the benefits that you
 8   got that encouraged you to move, okay?  And you
 9   talked of them briefly just before the end of your
10   direct.  But if I understand the benefits correctly,
11   once you decided to cooperate after you were
12   arrested, the United States decided to send you to
13   professional driving school?
14        A.   Yes.
15        Q.   So you could get your commercial driver's
16   license?
17        A.   Yes.
18        Q.   And actually --
19        A.   It was my suggestion.  I asked for that
20   school.
21        Q.   And they helped you out with that?
22        A.   Yes.
23        Q.   To give you a career, or at least a
24   vocation that you could start?
25        A.   Give me an opportunity to sink or swim, to
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1    make it on my own or not.
2         Q.   And they actually gave you a nice stipend,
3    $5,000, for your work in October, November?
4         A.   It wasn't for my work.  It was to
5    relocate.  It was for rent and expenses until I
6    found a job and got on my feet.
7         Q.   So do you remember signing the receipt?
8         A.   Yeah, I was specifically told that it
9    was -- I couldn't take cash for being an informant,
10   that I'm working.  I already had a case pending that
11   they couldn't pay me to be an informant; that they
12   were going to help me relocate, to keep my family
13   safe, and myself.
14             MR. LOWRY:   May I approach, Your Honor?
15             THE COURT:   You may.
16        A.   Yes.
17   BY MR. LOWRY:
18        Q.   So did that refresh your recollection that
19   that money was for your work and to help you move
20   out of state?
21        A.   It says to help me move out of state.  It
22   says that I participated in a case.  That's what the
23   case was; that's what I did; and that the money was
24   paid for helping me move out of state.  That's the
25   way I understand it.  If you want to put it up for
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   the jury to see it and let them decide.

2       Q.   Sure.  But --

3       A.   I don't really understand that much about

4   it.

5       Q.   But it also says that you deserved the

6   money because you utilized a cellphone and

7   consensual wiretap for 60 days.

8       A.   I said that I did all that.  I didn't say

9   I deserved it for that.  I said I did all that.  And

10  I was given the money.  It doesn't matter.  You can

11  show it to them.  But I don't see the word

12  "deserving" there anywhere.

13      Q.   Sure.  Well, the United States typically

14  doesn't hand out money for free.

15      A.   No.  But they do help people relocate that

16  have helped.  It doesn't matter.  It couldn't say I

17  was paid.  It doesn't matter.  They gave me $5,000,

18  and I used it to move out of state.  They gave it to

19  me and I accepted it.

20      Q.   Sure.  And you used that money to buy the

21  RV?

22      A.   No.

23      Q.   Then did you use it for -- why did you

24  need vehicle repairs shortly thereafter?

25      A.   I needed vehicle repairs before.  There

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1  was two different vehicle repairs that are

2  referenced in there.  One of them was before I left,

3  to fix the master cylinder on the RV.  And the other

4  one was for vehicle repairs, after I had already

5  been living out of state for a while.  The money was

6  used -- is that what you were asking, what the money

7  was used for?

8      Q.   No, I just wondered if you bought the RV

9  with the $5,000, and then if you used it all, if it

10 needed still to get it repaired.

11     A.   No, he helped me with the repairs.

12     Q.   Now, I want to talk to you about your

13 arrest in September.  You were actually set up and

14 some informants did controlled buys from you.

15     A.   I believe it was one informant.

16     Q.   Did a controlled buy from you for heroin

17 on September 4?

18     A.   Yes.

19     Q.   And bought a small quality of heroin?

20     A.   I think it was September 11, they said.

21 I'm not sure.

22     Q.   Well, that would be the second day.

23     A.   I didn't really keep track of the dates

24 and stuff.  I'm not very good at that stuff.

25     Q.   And I noticed that on your direct

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  testimony that you have -- dates aren't necessarily

2  a good -- easy -- come easy to you?

3      A.   Yeah.

4      Q.   Is that right?

5      A.   I would say that's right.  Years of drug

6  use and stuff, yeah.

7      Q.   The years of drug use don't do very good

8  things to your memory?

9      A.   No.  They don't change them, though.

10     Q.   Well, you testified to the jury that the

11 last time you got out of prison was 2012, on direct,

12 but --

13     A.   Could not have been.  I've been in and out

14 of prison so many times that they all run together.

15     Q.   Right.  And so if your prison records

16 indicated that the last time you got out of the

17 prison was 2014, would you dispute that?

18     A.   I wouldn't.  I would say the prison

19 records are more accurate than my memory.

20     Q.   So with regard to getting busted in the

21 fall of 2015, initially you sold some heroin to an

22 undercover officer?

23     A.   Not an undercover officer.

24     Q.   A confidential informant?

25     A.   Yes.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.    And they came back to do another purchase

2  on the 11th?

3    A.    Yes.

4    Q.    And on the 11th, that's when you told the

5  jury that you didn't trust this guy; right?  You

6  thought he might have been an informant from the

7  get-go?

8    A.    I knew he was a snitch from way back in

9  the day.  I knew he was.  But I still sold to him.

10    Q.    So he wanted to buy drugs, I believe you

11  said cocaine?

12    A.    Heroin.

13    Q.    Heroin.  And you cut it significantly to

14  reduce the potency?

15    A.    Just because I didn't have -- I'm real

16  conflicted about this part of me, this program that

17  I lived my life that way for so many years.  So

18  understand that -- okay, so at this point, I'm

19  looking at him as a snitch.  I don't really care.

20  I'm burning him.  I'm keeping his money and I'm

21  selling him junk.  That's what I'm doing.

22    Q.    But if you knew he was a snitch, why would

23  you go through with the sale and get busted?

24    A.     I didn't think he was snitching.  I

25  actually asked him, "Are you working off charges or

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                    FAX (505) 843-9492
                                                            1-800-669-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

e-mail: info@litsupport.com

1  something?  And if you are, go somewhere else."

2        And I still sold to him.  It's a chance, a

3  stupid, stupid chance.

4    Q.   But you sold more than heroin to him,

5  didn't you?

6    A.   Yeah.

7    Q.   You actually sold him a .38 Taurus

8  revolver?

9    A.   Yeah.

10    Q.   And at the time you were a felon?

11    A.   Yes.

12    Q.   And you sold a firearm in the context of a

13  drug deal?

14    A.   Yes.

15    Q.   And you were arrested for both?

16    A.   Yes.

17    Q.   But the information -- and could we see

18  Government's Exhibit 759, please.  This is the

19  sealed plea agreement.  Pardon me, I wanted the

20  information.

21        Now, this is the information you pled

22  guilty to; correct?

23    A.   That's right.

24    Q.   And there is no mention of a firearm in

25  that?

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                           201 Third NW, Suite 1630
Santa Fe, NM 87501                                   Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                    FAX (505) 843-9492
                                                              1-800-669-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

e-mail: info@litsupport.com

```
 1        A.    I think that's why they call them plea
 2   bargains; right.
 3        Q.    That's my point.  It was quite a bargain,
 4   wasn't it?
 5        A.    I never seen anybody plead guilty to
 6   everything they were charged with.  I think a plea
 7   bargain means drop some charges and plead guilty to
 8   some charges.  That's why it's a bargain.
 9        Q.    And it was really a bargain for you in
10   this case because the gun charge would have been a
11   five-year mandatory minimum sentence under 18 USC
12   924(c).
13        A.    Well, I pleaded guilty to 20.
14              MR. CASTELLANO:  Objection, that's a
15   misstatement of the law, Your Honor.
16              THE COURT:  I'll let you work with it on
17   redirect.
18              MR. CASTELLANO:  Your Honor, the witness
19   doesn't know the answer to that question.
20              THE COURT:  Well, he may not.  But if he
21   does --
22   BY MR. LOWRY:
23        Q.    Did you understand that the firearm
24   carried mandatory minimum penalties?
25        A.    I did.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.   You did.

2      A.   But I can tell you five years -- I pleaded

3   guilty to a charge that carries 20, so --

4      Q.   Well, it carries 20 in theory; right?

5      A.   From what I understand, it's up to the

6   judge who can give me anywhere from one to 20.

7      Q.   Well, the judge could give you probation,

8   if the United States, in the addendum to your plea

9   agreement, filed a motion under the 5K agreement to

10  give you a substantial reduction; correct?

11     A.   I understand that's a possibility.

12     Q.   Right.  And did anybody explain to you the

13  United States sentencing guidelines?

14     A.   I think I understood them pretty well

15  before, but I think they're only suggestions now,

16  before they used to be mandatory and I think now

17  it's just a suggestion, a guideline.

18     Q.   So you understood, then -- it sounds like

19  you studied quite a bit when you entered this plea.

20  Then you would have understood that when you pled

21  guilty, you pled guilty to distributing not the full

22  amount of the heroin you sold to the confidential

23  source, either.  You pled guilty to selling only 7.6

24  grams.

25     A.   From what I understand, it's the amount of

SANTA FE OFFICE                                                MAIN OFFICE
119 East Marcy, Suite 110                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                       Albuquerque, NM 87102
(505) 989-4949                                                    (505) 843-9494
FAX (505) 843-9492                                           FAX (505) 843-9492



1-800-669-9492
PROFESSIONAL COURT                              e-mail: info@litsupport.com
REPORTING SERVICE

```
 1   actual drugs, unless there's a mixture of drugs.  I

 2   don't really understand it fully.  It's complicated.

 3        Q.   If you look at your plea agreement, at

 4   Government 684, it says you pled to distributing 7.6

 5   grams of heroin.

 6        A.   I think that's the total amount of heroin

 7   that was in the mixture.  I don't think I got

 8   charged for the sugar.

 9             MR. LOWRY:  May I approach, Your Honor?

10             THE COURT:  You may.

11        A.   That was two separate buys.  One of them

12   was 1.5 grams, the other one was 7 --

13   BY MR. LOWRY:

14        Q.   7.6 grams.

15        A.   Yeah.

16        Q.   And you'd sold roughly .4 grams on the 4th

17   of September -- or .7 grams, pardon me?

18        A.   You have the paperwork.  I don't remember.

19        Q.   Would you like to see it to refresh your

20   recollection?

21        A.   If it says that on the paperwork, I would

22   agree.

23        Q.   So part of your plea agreement, then, you

24   didn't even have to plead to all of the drugs that

25   you sold?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1     A.   I think that's the way a plea bargain

2  works.

3     Q.   Right.  And that's my point:  It was a

4  bargain.

5     A.   It was a bargain.  I'm not going to say

6  it's not.  It was a very good bargain.  Most people

7  get good bargains.

8     Q.   And that led you, under the terms of your

9  plea agreement, as you put it, you joined Team

10  America.

11     A.   I joined Team America.

12     Q.   And you agreed, under the addendum to the

13  plea bargain, to testify truthfully in your case

14  about all of your criminal conduct.

15     A.   Yeah.

16     Q.   Okay.

17     A.   To the best of my memory and ability.

18     Q.   So the bargain that you cut got you out of

19  the racketeering case with the SNM?

20     A.   I'll be out of everything in my past,

21  pretty much.

22     Q.   Right.

23     A.   This way -- this is my opportunity to come

24  clean to stuff that I wasn't even under

25  investigation for, may not have been suspected of,

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                    FAX (505) 843-9492
                                                              1-800-669-9492
                                          e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1   just to get it out -- I don't have to look over my

2   shoulder.

3       Q.   Right.  But your opportunity to come clean

4   unfortunately wasn't as successful as one would have

5   hoped.

6       A.   I was very successful coming clean.  If

7   you're talking about, was I able to be a perfect

8   citizen?  No.  It took me 20 years to become not

9   even a perfect gangster.  And it's going to take me

10  a while to be a little bit better husband and

11  father.

12      Q.   And you had a slip last October, when you

13  were arrested for stealing a motor vehicle?

14      A.   I was arrested for auto theft.

15      Q.   Right.  Because you were in a different

16  state and an F-350 caught your eye?

17      A.   No, I was pulled over in my own vehicle

18  and someone else said that I was actually in an

19  F-250 that belonged to me, and another vehicle was

20  stolen.  My vehicle was in the same place at the

21  same time that the other vehicle was being stolen.

22      Q.   Right.  And the security video for the

23  hotel showed you getting in the stolen vehicle.

24          MR. CASTELLANO:  Objection, relevance.

25          THE COURT:  Overruled.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      A.    No.

2  BY MR. LOWRY:

3      Q.    It didn't?

4      A.    No.   It shows my vehicle pull up next to

5  the vehicle that was stolen.   It shows the two

6  vehicles drive off.

7      Q.    And that was -- the police officer who

8  arrested you looked at that video after you were

9  pulled over; right?

10     A.    Yeah, I was pulled over five minutes after

11 in my own vehicle.

12     Q.    And you told the police officer, when he

13 pulled you over, that you couldn't have been near

14 that hotel because you were driving the back roads?

15     A.    Yeah.

16          MR. CASTELLANO:   I object to relevance at

17 this point, and this is getting close to his Fifth

18 Amendment privileges.

19          THE COURT:   Overruled.   He has counsel

20 here, if he needs to invoke it.

21          MR. CANDELARIA:   Your Honor, in that case,

22 I will invoke his Fifth Amendment rights.

23          THE COURT:   All right.   Why don't you come

24 up and sit next to him, so you can advise him fully

25 of his rights?



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1        A.   I will say that I've been in --

2             THE COURT:  Hold on, Mr. Montoya.  Let's

3    get Mr. Candelaria.

4             This is Dennis Candelaria, Mr. Montoya's

5    lawyer.  Get him a chair here.

6        A.   Without getting into the facts of the

7    case --

8             THE COURT:  Hold on, Mr. Montoya.  Let's

9    let Mr. Candelaria get positioned.

10            (A discussion was held off the record.)

11            THE COURT:  Why don't you restate your

12   question, Mr. Lowry, if you continue to want to ask

13   it.

14            And then Mr. Montoya, why don't you pause

15   and let Mr. Candelaria advise you, and then you

16   could tell me whether you want to follow his advice.

17            THE WITNESS:  Yes, sir.

18            THE COURT:  All right.  Mr. Lowry.

19   BY MR. LOWRY:

20       Q.   Mr. Montoya, I'm going to show you a copy

21   of what has been entered into evidence as

22   Government's Exhibit 685.  And this is part of the

23   addendum to your plea agreement.  Are you familiar

24   with this agreement?

25       A.   Yes.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   And then you're familiar with the language
 2   in paragraph 2 of this agreement?
 3        A.   Yes.
 4        Q.   And if I'm reading this correctly, it
 5   says, "The defendant hereby agrees to cooperate with
 6   the United States by giving truthful and complete
 7   information and/or testimony concerning the
 8   defendant's participation in and knowledge of
 9   criminal activities."
10        A.   Yes.
11        Q.   And that's not written in the past tense,
12   is it?
13             MR. CASTELLANO:  I'll object, Your Honor.
14   He can't use his Fifth Amendment right against him
15   under the terms of that agreement.
16             THE COURT:  Well, I'll let him answer this
17   yes or no.  And if Mr. Candelaria --
18        A.   I believe that it pertained to anything
19   prior to --
20             THE COURT:  Hold on a second, Mr. Montoya.
21   If Mr. Candelaria doesn't have any problems, I am
22   going to allow the answer, but --
23        A.   Restate the question.
24   BY MR. LOWRY:
25        Q.   Sure.  You agreed -- as part of your plea
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    agreement, the bargain that you got, right -- and

2    you agree with me you got a bargain?

3         A.   Yes.

4         Q.   And you agree with me that you could, up

5    to the judge's discretion and depending on whether

6    the folks at this table decide to file a motion

7    under 5K of the sentencing guidelines, the judge, in

8    theory, could give you probation?

9         A.   Yes.

10        Q.   But to get there, you had to sign this

11   agreement that said you will give truthful and

12   complete information and/or testimony concerning

13   your criminal activities.

14        A.   I believe it pertained to past criminal

15   activities, not into the future.  Because who knows

16   what you're going to do tomorrow?  Do you know what

17   you're going to do tomorrow?

18        Q.   Yes, I'll be here.

19        A.   You know that for sure?

20        Q.   But that was a bargain you struck with the

21   United States.  They didn't want you to turn bad the

22   day after you signed that, did they?

23        A.   I don't believe they wanted me to turn bad

24   ever again.  And I believe everybody here got the

25   same opportunity to take the same plea bargain.

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492
                                                                  1-800-669-9492

PROFESSIONAL COURT                       e-mail: info@litsupport.com
REPORTING SERVICE

```
 1        Q.   That's not my question.  My question is:
 2   They didn't expect you to sign this and then go out
 3   and commit other crimes?
 4        A.   I expected to be arrested for another
 5   crime.
 6        Q.   You did?
 7        A.   I was arrested, but I have not been
 8   convicted.
 9        Q.   And I'm not asking you if you've been
10   convicted.  All I asked you was:  Were you honest
11   with the police officer that pulled you over?
12        A.   Was I honest with the -- partially, yeah.
13   It wasn't complete, but yeah.  Yeah, I was honest
14   with him.  Actually, I was driving on dirt roads.
15        Q.   Do you remember telling the police officer
16   that you couldn't have stolen that car because you
17   didn't go anywhere near that hotel?
18        A.   Yeah, I told him I wasn't near that hotel.
19        Q.   In fact, you told him, "We weren't over
20   there.  We were driving down dirt roads."
21        A.   Yeah, but we were -- yeah, I told him
22   that.
23        Q.   But you actually pulled into the parking
24   lot and pulled up beside the car that was stolen.
25        A.   Yeah.
```

SANTA FE OFFICE                                    MAIN OFFICE
119 East Marcy, Suite 110                      201 Third NW, Suite 1630
Santa Fe, NM 87501                             Albuquerque, NM 87102
(505) 989-4949                                        (505) 843-9494
FAX (505) 843-9492                               FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   And you left your girlfriend to drive your
 2   car while you drove the other car away.
 3        A.   No.
 4        Q.   You're aware that there is a police report
 5   that --
 6        A.   I'm aware that the police report said that
 7   I was pulled over five minutes after this car was
 8   stolen, and I was driving my own vehicle, with my
 9   girlfriend inside it with me.
10        Q.   Right.  And your girlfriend took the
11   police to the vehicle you stole.
12        A.   Took them to a vehicle.  I don't really
13   know what happened, really, to tell you the truth.
14   I haven't seen that discovery.  I've been charged
15   with the crime, but I haven't seen the discovery.  I
16   haven't seen the information.
17             MR. LOWRY:  May I approach, Your Honor?
18             THE COURT:  You may.
19        A.   Okay.  This is a police report.  I don't
20   feel comfortable talking about it.  I'd like to take
21   the Fifth on the advice of my attorney.  But you
22   have the report.
23   BY MR. LOWRY:
24        Q.   Okay.  I didn't ask you a question.
25             MR. LOWRY:  May I approach?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1        A.   I just don't feel comfortable talking

 2   about any of it.  I can tell you that I was arrested

 3   five minutes after the incident in my own vehicle.

 4        Q.   And at the time of your arrest you had an

 5   outstanding warrant from the US Marshal Service --

 6        A.   Yes.

 7        Q.   -- for the District of New Mexico?

 8        A.   Yes.

 9        Q.   Because you had stopped communicating with

10   Special Agent Bryan Acee regarding your supervised

11   release?

12        A.   Yeah, I hadn't made contact with him in a

13   month or so, maybe longer.

14        Q.   Despite Mr. Acee's best efforts to get in

15   touch with you.

16        A.   At that time, I was in an accident at

17   work.  My license was suspended, I was unable to

18   work, my cellphone was disconnected.  This is my

19   first try at an honest lifestyle.  And I was in a

20   downward spiral.  I'm not even going to lie about

21   it.  This was my first time trying to even have a

22   job.  And I did good for two years, and I messed up,

23   and I didn't report.

24        Q.   But there was plenty of opportunities to

25   reach out.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    A.    There was.  It was my fault completely.

2  Had I stayed in contact, I would be walking in them

3  doors there, rather than being in this suit right

4  here.  So I did myself no favors.

5    Q.    But you're still looking to get the

6  benefit?

7    A.    I'm hoping.

8    Q.    You had mentioned on your direct

9  examination sort of your -- I guess how the SNM had

10  changed over the years.  Did I understand that

11  correctly?  And you'd said that there were a lot of

12  people -- and I don't want to put words in your

13  mouth, but I wrote it down -- there were a lot of

14  people in the hole because people dropped kites on

15  them or something to that effect.

16    A.    Yes.

17    Q.    What did you mean by that?

18    A.    I mean it turned into a popularity

19  contest.  Whoever could talk better, whoever could

20  come up with the best story, whoever could

21  manipulate better.  And if somebody felt threatened

22  by somebody else or somebody had dirt on somebody

23  else, all they had to do was write a letter to STIU

24  or give them information, however they passed

25  information, and they could get anybody they wanted

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                      201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1  locked up.

2          So half the guys who were following the

3  rules and being loyal to the gang were locked up for

4  half the guys that were out there getting high and

5  cruising around and eating ice cream.  We seen them

6  through the window.  It was flawed thinking to get

7  into the gang in the first place, and it was even

8  worse to sit there and watch it unfold while you're

9  locked up constantly.

10      Q.   And this is what you described as the

11  honor among thieves.  I mean, at least within the

12  original underpinnings of the gang, there was a bit

13  of morals of the gang?

14      A.   Morals of the gang, yes.

15      Q.   And you guys looked out for each other?

16      A.   We're supposed to.

17      Q.   But you sincerely did, to protect each

18  other.

19      A.   Yes, I did.

20      Q.   And you saw that disintegrate over the

21  years?

22      A.   I saw that turning into a popularity

23  contest.  I always compared it to Big Brother Pinta

24  Edition, Surviver Pinta Edition.  Whoever got the

25  dope, that's the immunity item.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   That's what you meant by -- it really

2    grated your nerves to see the drug dealers kiting

3    people out that were probably --

4    A.   Not necessarily drug dealers.   Just

5    anybody.   Just anybody.   If they wanted to get at

6    your girl, they'll kite you out.   You can only call

7    once a week.   And then they'll call your girl and

8    say, "Oh, yeah, he's no good, he's PC'd.   He's a

9    piece of crap."

10   Q.   What did you mean when you testified to

11   this jury that, in terms of sort of trying to clean

12   house or reorganize the SNM, you said --

13   A.   Every time somebody new would come in,

14   they would start with the board or they're the

15   shot-caller for whatever reason, because they had

16   the immunity.   And they would say, "All right.   Now

17   we're going to get rid of all these guys that are

18   snitching."   But it would be the other half of the

19   guys that were snitching.

20   Q.   So it's hard to tell who's who?

21   A.   Yeah.

22   Q.   But you said on direct, when the house is

23   on fire, you put out the fire and then you clean up

24   the yard.

25   A.   Yes.   Stop worrying about who you think is

SANTA FE OFFICE                                                           MAIN OFFICE
119 East Marcy, Suite 110                                      201 Third NW, Suite 1630
Santa Fe, NM 87501                                              Albuquerque, NM 87102
(505) 989-4949                                                          (505) 843-9494
FAX (505) 843-9492                                                 FAX (505) 843-9492
                                                                     1-800-669-9492
                                                         e-mail: info@litsupport.com


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1  dropping kites.  Look at the guys right there that

2  you know are doing this foul shit, the ones that are

3  really messing with other people's girlfriends, the

4  ones that have never lifted a finger to help anybody

5  else but themselves.  Start there.  Get rid of them,

6  or whatever.  But does it make sense to you, if your

7  house was on fire, would you worry about pulling the

8  weeds out of the garden, or would you worry about

9  putting the fire out?

10      Q.   But using the metaphor that you used, what

11  did you mean by -- how would you put the house fire

12  out?

13      A.   Bring the hose back to what they're

14  supposed to be.  Enforce the rules we have already

15  before you start making a bunch of new rules.  Stop

16  everybody from being at each other's throat.  Stop

17  all that.  Stop doing dumb stuff like putting hits

18  on Gregg Marcantel.  Help each other out.

19      Q.   We'll get to Gregg Marcantel, but --

20      A.   You don't like that name?

21      Q.   No, that's fine.  I'm very comfortable

22  with the name.

23      A.   I wouldn't like it.

24      Q.   Okay.  So you would just go back to the

25  old ways?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1      A.   I would go back to -- when I got into the

 2  gang, it was more of a brotherhood.  We did bad

 3  things, definitely, and did drugs.  That wasn't the

 4  primary function.  We were supposed to be brothers.

 5  We were supposed to help each other out.  When

 6  somebody came in, we were supposed to give him a

 7  care package.  When they came in, we were going to

 8  say, "Hey, brother, here are some sweats, here's a

 9  TV, here's a few bucks for your books.  Here's some

10  money to call your wife or your family or your mom,

11  whoever you talk to, whoever you care about.  Let

12  them know that you're okay.  And all this other

13  stuff is secondary.  By the way, we're going to get

14  high, because we're all drug addicts, whatever."

15          And it turned into, "We don't give a shit

16  who your wife is, who your mom is, if she's dying or

17  whatever.  You just try to get some dope in here for

18  the tabla to get high.  And when you get out there,

19  by the way, we want you to sacrifice your life and

20  send dope to us."  That's what I'm talking about.

21      Q.   And the other folks that wanted to step up

22  or take over, they could just kite people out and

23  move around?

24      A.   Not necessarily just them.  Some of them

25  had good intentions, as far as honor among thieves

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                 Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                    FAX (505) 843-9492
                                                          1-800-669-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE                        e-mail: info@litsupport.com

1    mentality.  Some of them really meant what they

2    said, as far as trying to make it better for people

3    and trying to stop that stuff.  But then they had

4    somebody right next to them with a sack of dope

5    whispering in their ear.  And if that didn't work,

6    then they'll kite them out.  And they'll say, "Oh,

7    look, he PC'd."  You know what I mean?

8         Q.   So if I understand, what you're saying is

9    that really the rules fell out -- the rules just

10   stopped being enforced.

11        A.   The rules changed with each person's --

12   every board, every new leader.  They changed

13   according to what was convenient for them at the

14   time.

15        Q.   Right.  And in terms of leadership, then

16   how did any one group decide on who was the leader?

17        A.   Whoever had the sack, whoever had the most

18   charisma.  It was supposed to be whoever had the

19   most respect, put in the most work.  But like Arturo

20   Garcia, when I came back, he's the leader.  I don't

21   even know what he ever did, ever, period, other than

22   have a dope sack.

23        Q.   But he developed a relationship with Kate,

24   your --

25        A.   Kathy, yeah.



SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                Albuquerque, NM 87102
(505) 989-4949                                            (505) 843-9494
FAX (505) 843-9492                                    FAX (505) 843-9492
                                                        1-800-669-9492
                                             e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        Q.    Kathy, pardon me.  And that violated a
 2   rule.
 3        A.    Yeah, but -- and people were mad at me
 4   because I wasn't making a big deal of it.  I would
 5   tell everybody, "Go to town.  You go, brother."
 6        Q.    But --
 7        A.    "You deserve each other."
 8        Q.    So they're more like guidelines, I guess,
 9   is my point.
10        A.    Well, at this point, yeah, they're more
11   guidelines.  But before, they were things you would
12   get killed over.  And people had died over them.
13   Julian Romero got stabbed, beat up, shot, over that
14   rule.
15        Q.    And that was because he developed a
16   romantic relationship with Gerald Archuleta's wife.
17        A.    Yes.
18        Q.    And that's a long-term relationship that
19   still exists to the day?
20        A.    I believe they're married.
21        Q.    And if I understood your reports
22   correctly, you think he was hit and stabbed and
23   shot --
24        A.    I know he was.
25        Q.    -- because Gerald Archuleta put the hit on
```



SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                           Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                             FAX (505) 843-9492
                                                              1-800-669-9492
                                                      e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1  him?

2      A.   I know he was.  Other than that, nobody

3  could say nothing bad about Julian as far as the

4  gang.

5      Q.   And that goes back to what you were

6  saying, having respect for one another.

7           On that point, we heard you testify that

8  you and Big Jake Armijo had considered robbing Chris

9  Garcia at some point?

10     A.   Yeah, it was before I really even got

11 close to him.  I think it was at Southern.  We were

12 at Southern together.  And we were talking about it,

13 because there was paperwork on him, and he had a lot

14 dope.  We were saying, "Well, ain't nobody doing

15 nothing about it, anyway.  Let's go get ours.

16 Everybody is there getting theirs.  Let's go get

17 ours."

18     Q.   So in your mind, that was okay because he

19 had paperwork on him?

20     A.   In my mind, that was okay at that time.

21     Q.   Did you think it was -- according to your

22 comments to the FBI, you thought that the whole

23 structure changed almost generationally, like the

24 new generation?

25     A.   This last generation has changed four or

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1    five times.  It wasn't just a generation.  But my

2    generation -- when I got to prison, the older ones

3    used to call us the Pepsi Generation.  The Pepsi

4    Generation.  A remark like -- and then during -- a

5    remark like, "You guys are stupid."  Know what I

6    mean?  The Pepsi Generation.

7          Q.   And it changed who could be a member, how

8    you were --

9          A.   Angel Munoz was the last person I knew

10   that was respected universally.  He used to say he

11   don't want to be the leader, but he was the leader.

12   He was pretty much.  I don't know if he wanted it or

13   not for real in his heart, but he used to say he

14   didn't want to be the leader.  He used to say, "I

15   don't want kids.  I don't want dads.  I want

16   brothers.  That's it."

17              After him, nobody commanded the same

18   respect or the same obedience or the same anything,

19   really.  Everybody tried.  But Angel -- I seen him

20   be like Leroy Torrez, and that was like his son.  He

21   treated that guy like his son.  But JR -- Leroy

22   Torrez had -- I don't even remember what he did, but

23   he did something.  And we asked him what's up.  And

24   he put his head down, and he said, "Hit him."

25              And these other guys, they wouldn't green

SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                  Albuquerque, NM 87102
(505) 989-4949                                                              (505) 843-9494
FAX (505) 843-9492                                                    FAX (505) 843-9492

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1   light their best friend.  They wouldn't green light

2   even their worst enemy, as long as that guy was

3   giving him dope.  So Angel had that respect, because

4   he didn't -- whatever you say about him, I never

5   seen it, he never used the dope as part of

6   consideration.  He did whatever was good for the

7   group, was what he would consider, in my eyes.

8        Q.   You think drug addiction completely

9   changed the SNM?

10       A.   I think the leadership quality changed the

11  SNM.  Bad leaders made bad decisions, and bad

12  decisions led to bad outcomes.

13       Q.   Let's talk about those transcripts a

14  little bit.  You talked about this first transcript

15  and I think it was audio 356.  But the very first

16  time you spoke to Mr. Baca over the phone, the name

17  Gregg Marcantel never came up, did it?

18       A.   You have the transcript and you have the

19  recording.  Like I said, you can play it.

20       Q.   Well, we played it today.

21       A.   Okay.  What did you hear?

22       Q.   Well, I'm asking you.  Did you ever hear

23  his name come up?

24       A.   I remember it came up, but I don't know if

25  it came up in that particular phone call or that

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                         201 Third NW, Suite 1630
Santa Fe, NM 87501                                               Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492                                                 FAX (505) 843-9492
                                                                  1-800-669-9492



1  conversation.

2      Q.   And in that conversation, you guys talked

3  about:  The only three people would know about that,

4  and that would be you, Eric Duran, and Anthony Baca.

5      A.   Yeah.  He's saying, "Don't tell nobody

6  else."

7      Q.   And he said it was going to be you three

8  only.  And at that time, you had already contracted

9  with the FBI to become a confidential human source

10  of information.

11     A.   Yeah.  I didn't mention that on that phone

12  call, though.

13     Q.   No.  It would have defeated the purpose of

14  having the phone call.

15     A.   Yes.

16     Q.   But you were a confidential human source?

17     A.   Yeah.

18     Q.   And you'd become a confidential human

19  source shortly after your arrest in September 2015?

20     A.   Yes.

21     Q.   You had an initial debrief with the FBI

22  and the United States attorney on October 6?

23     A.   I'm not sure of the date, but yeah, sounds

24  right.

25     Q.   And then you signed a confidential human

SANTA FE OFFICE                                                           MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                 Albuquerque, NM 87102
(505) 989-4949                                                           (505) 843-9494
FAX (505) 843-9492                                                  FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1  source contract on October 27?

2       A.   Sounds right.  If that's what the

3  paperwork says.

4       Q.   And so they gave you the phone and just

5  had you, again, go back out in the field, and you

6  were assisting the FBI in doing controlled

7  purchases.

8       A.   I made controlled buys and stuff and

9  pretty much that was my life.

10      Q.   And you're working off your charges?

11      A.   I wouldn't say I was working them off.  I

12  still got charged.  I still face a significant

13  amount of time, but I definitely got a deal, like

14  you said.

15      Q.   And you're putting in the work for Team

16  America?

17      A.   I'm on Team America.

18      Q.   And you're putting in the work?

19      A.   I'm putting in work.

20      Q.   So I want to make sure the jury

21  understands is that first recording we listened to

22  it was you, who was a Government informant, talking

23  to Mr. Baca; correct?

24      A.   You can go back to the transcript and you

25  can look at it.  It's either me or Crazo, because we

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   were the only two --

2       Q.   You and Crazo were both Government

3   informants?

4       A.   Yes.  But I don't think either one of us

5   knew it at the time.  I don't know if he did or not.

6   The way I understand it, whoever initiated the call

7   is a confidential human source.  So whoever

8   initiated that call, whether it was me or Crazo,

9   it's going to be the confidential human source, is

10  the way I understand it.

11          MR. LOWRY:  Can we approach, Your Honor?

12          THE COURT:  You may.

13          (The following proceedings were held at

14  the bench.)

15          MR. LOWRY:  Your Honor, this gets a little

16  overly complicated, the way these recordings were

17  made.  The communication was initiated by a phone

18  call.  Both confidential human sources also had

19  their ELSUR devices, and both used both to record

20  calls.  So the Government's exhibit I think is the

21  ELSUR device.  And we had a transcript of the exact

22  same recording made of the phone call.  This witness

23  just testified that whoever initiated the call was

24  the confidential human source.  And this shows who

25  initiated the call.  Whereas, the Government's

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    transcript did not, because it was an ELSUR

2    recording.  All I want to do is show him the very

3    first page that shows who initiated the call.

4            MR. CASTELLANO:  The problem is that

5    sometimes these were recorded at both ends.  For

6    example, if Eric Duran called Montoya, Eric Duran's

7    portion may have captured additional information

8    from discussions before the call.  So Mr. Montoya

9    would only know what he captured when he answered

10   the call.

11           So they may not have the right exhibit to

12   ask this witness that question.  Because unless he

13   initiated the call, he doesn't know what happened

14   before the call was initiated, if that makes sense.

15   This witness would have no basis of knowledge what

16   happened on the other end of the line until he

17   actually answered the phone.

18           THE COURT:  Well, I think I'll let you

19   explain this to the jury with that.  But it seems to

20   me that he's got a transcript here of the telephone

21   call, and --

22           MR. CASTELLANO:  I agree.

23           THE COURT:  -- chances are 50/50 it's

24   right.

25           MR. CASTELLANO:  The issue is that he may

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  not have been part of the conversation until he

2  answered his phone.  And so, like I said, Eric Duran

3  may have had a conversation before the call started

4  to which Mr. Montoya wasn't privy.  I don't know how

5  we explain that to the jury.  Mr. Montoya only knows

6  what happens when he answered his phone and began

7  the conversation.  So it's maybe a better question

8  for Eric Duran and not Mario Montoya.

9          MR. LOWRY:  Mario Montoya answered the

10  phone.

11          THE COURT:  I'll let you put it up there.

12  I think if the Government wants to explain, it's

13  that important -- looks like it's marginal to me --

14  if the Government wants to explain it, it's probably

15  50/50 you're right.

16          MR. LOWRY:  I wouldn't be here if I

17  thought I was wrong.

18          THE COURT:  If the Government wants to

19  pursue another explanation, they can do it.  All

20  right.

21          (The following proceedings were held in

22  open court.)

23          THE COURT:  Mr. Lowry.

24          MR. LOWRY:  May I approach?

25          THE COURT:  You may.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    A.   Like I say, it's just my assumption about

2  the confidential human source thing.  I don't know

3  that for a fact.  My assumption.

4  BY MR. LOWRY:

5    Q.   I'm going to show you the beginning of

6  that call.

7    A.   "Hello," I would say I was answering the

8  phone if I said "Hello."

9    Q.   If you were answering, who initiated the

10  call?

11    A.   I would probably say maybe Eric Duran.

12  Like I said, I don't know if that's how the papers

13  are.  Just by me reviewing them, that's what it

14  looks like to me.

15    Q.   If I understood your testimony just now,

16  you said whoever initiated the call would be a

17  confidential human source.

18    A.   I believe that's the way -- would be the

19  confidential human source in that paperwork.  I

20  believe that by reading it, and looking at it,

21  because sometimes it lists me as the confidential

22  human source, and sometimes it lists Eric Duran as

23  the confidential human source.  So my opinion is

24  that maybe the person that initiated the call is the

25  confidential human source.  Because we're both --

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                 Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 843-9492                                                 FAX (505) 843-9492
                                                                   1-800-669-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE                                    e-mail: info@litsupport.com

1    like I said, I don't know that he is, and I don't

2    know if he knows that I am.  But it would be my

3    assumption that that's why it's like that.  I

4    wondered about it myself.

5        Q.    So you worked with the FBI; right?

6        A.    Yes.

7        Q.    And after that first call, I believe you

8    said, "Hey, give me a couple of days."  You talked

9    about that on direct.  You didn't want to act right

10   away.

11       A.    Yeah, I wanted time to find out if he

12   wanted me to get a weapon, which I say I don't

13   really know.

14       Q.    And you wanted time to coordinate with the

15   FBI so you could plan your next steps; correct?

16       A.    Okay.  I was -- in my opinion, my thought

17   process, I'm thinking, I don't know what these

18   people want me to do.  Do they want me to say I have

19   a gun and I'm going to do it and that's the case

20   right there?  Or do they want me to play along and

21   say, "No, you get me a gun?"  You know what I mean?

22   And see where it goes.  So basically, they come and

23   just talk to me, see where it goes.  You don't have

24   a weapon.

25       Q.    Right.  They said for you to tell them you

SANTA FE OFFICE                                    MAIN OFFICE
119 East Marcy, Suite 110                    201 Third NW, Suite 1630
Santa Fe, NM 87501                            Albuquerque, NM 87102
(505) 989-4949                                      (505) 843-9494
FAX (505) 843-9492                              FAX (505) 843-9492
                                                      1-800-669-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

e-mail: info@litsupport.com

1  don't have a weapon.

2      A.   Yeah.

3      Q.   Because they didn't want you participating

4  in the conspiracy.

5      A.   I think they wanted me to let them talk.

6      Q.   Right.  And they wanted them to reach out

7  to other people.

8      A.   Yeah.

9      Q.   That's fair?

10     A.   I would say they wanted to see if they

11 were really going to do this, or if they're just

12 talking shit.  Excuse my language.  Sorry.

13          I really believe that they were curious at

14 that point whether it was an actual thing or just

15 throwing off steam or something.

16     Q.   But you would agree with me in that first

17 call we listened to, there is no mention of Gregg

18 Marcantel.

19     A.   If you play the tape and we listen to it,

20 whichever one is the first one, I could answer your

21 question.  But there's a lot of tapes.  In some of

22 them he's mentioned, and some of them he's not.  If

23 you want to play it and we'll listen to it, and I'll

24 tell you if I hear his name or not.

25          I understand it's your job to defend, and

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

200

1    it's my job to tell the truth.  I'm not trying to

2    confuse anybody.  I'm trying to stick to the facts

3    here.

4         Q.   Right.  But we listened to it.  Do you

5    remember what we listened to?

6         A.   We listened to a few, yes.  I remember it

7    was one of them we listened to.  But I don't know

8    which one was the first one or which one was the

9    last one, or which one his name was specifically

10   mentioned.  But thank God, it's on tape.

11        Q.   Right.  Now, the second recording we

12   listened to was Government's Exhibit 380.  And I

13   want to play a little clip for you, if we could.

14             (Tape played.)

15        Q.   Now, you were talking about inaccuracies

16   in the transcript, but what you just heard was Mr.

17   Baca saying Barney Rubble or the other one; right?

18        A.   I heard Crazo telling him -- what it

19   sounds like to me, Crazo is telling him, "You didn't

20   tell him everything.  You only told him two."

21             And Pup says, "Huh?"

22             And Crazo says, "You only told him two."

23   Not -- T-W-O is what he's saying.  "You only told

24   him two."  He doesn't know who the other one is, I'm

25   supposing.  And Pup said, "Yeah, I told him Barney

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                    (505) 843-9494
FAX (505) 843-9492                                           FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1   Rubble or the other one."

2        Q.   Right.

3        A.   "But he only told me two."

4        Q.   And throughout this transcript, the two

5   names that keep cropping up are Adam Vigil and

6   Dwayne Santistevan?

7        A.   I haven't heard.  Yeah, if that's what --

8   if those are the names on this particular recording,

9   yes.

10       Q.   And those would be the two names we're

11  talking about; if you agree with me, that those were

12  the two names?

13       A.   Those are the two names we're talking

14  about.

15       Q.   Right.  Now, later on in that, you sort of

16  try to steer Mr. Baca towards the top dog or what

17  you call the top one.

18       A.   I don't think I tried to steer him

19  anywhere.  I just talked to him like I normally

20  would and acted the way I normally would if I was

21  still down for this cause.

22       Q.   Right.  But on your direct examination,

23  you said that the top one was Gregg Marcantel.

24       A.   That's what I would consider the top dog,

25  yes.



SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                Albuquerque, NM 87102
(505) 989-4949                                           (505) 843-9494
FAX (505) 843-9492                                   FAX (505) 843-9492
                                                      1-800-669-9492
                                              e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1       Q.   But if they're talking about STIU

2  officers, the top dog is -- the top one is Dwayne

3  Santistevan; correct?

4       A.   If you're specifically talking about STIU,

5  the head of STIU would be Dwayne Santistevan.

6       Q.   Right.  And if you're talking about Barney

7  Rubble as the other one in the clip we saw, the

8  other one being --

9       A.   Administration.  So the top dog in

10 administration would be Gregg Marcantel.

11      Q.   Well, they weren't talking about

12 administration; they were talking about STIU.

13      A.   Adam Vigil is administration.  Adam Vigil

14 is the unit manager, a lieutenant.  He could have

15 been a deputy warden.

16      Q.   Right.  But they were talking about --

17 you're familiar with Dwayne Santistevan from your

18 days at the pen; right?

19      A.   Yeah, Dwayne Santistevan would be top dog

20 in STIU.

21      Q.   Right.

22      A.   Gregg Marcantel would be the top dog of

23 administration.

24      Q.   And in the same transcript when Mr. Baca

25 was saying, "Look them up on Google searches," you

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                          FAX (505) 843-9492
                                                           1-800-669-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE                                    e-mail: info@litsupport.com

1    weren't looking up the administration; you were

2    looking up STIU?

3         A.    I was looking up Director of Adult

4    Prisons, Secretary of Corrections.  That's what I

5    was looking up on the cellphone.

6              MR. LOWRY:  May I approach, Your Honor?

7              THE COURT:  You may.

8         A.    And I think he suggested STIU as well,

9    maybe.  The highlighted portion.

10   BY MR. LOWRY:

11        Q.    You can read the whole thing.

12        A.    It doesn't say that at all.  I'm telling

13   you.  I'll give you -- I'll give you -- I think part

14   of the STIU, or the STIU, or whatever, website.

15             MR. LOWRY:  I was just asking him to

16   review it, not read it.

17        A.    Don't read?  Okay, I read it.  Or STIU

18   would mean administration or STIU.  That's what it

19   would mean to me.

20        Q.    Right.  You were focused on STIU because

21   that's where Adam Vigil and Dwayne Santistevan

22   worked.

23        A.    Or STIU.  Secondary was STIU, is how I

24   would take it.  And that's a different context.

25        Q.    But Gregg Marcantel's name never comes up

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                 Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 843-9492                                                 FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE
1-800-669-9492
e-mail: info@litsupport.com

1  in this transcript.  Only Adam Villa and Dwayne

2  Santistevan.

3      A.    People don't say "gun," people don't say

4  "murder," people don't say a lot of things in that

5  transcript that are taking place.

6      Q.    Right.  But I mean, if you're on Team

7  America, you want this to be Gregg Marcantel,

8  because that's where you're trying to push it.

9      A.    That's where you're not getting it, man.

10  I don't care if these guys get convicted or they're

11  found innocent.  It's not really about that to me.

12  I don't care.  I'm redeeming myself.  I'm doing what

13  I need to do for me.  I'm struggling with my

14  addiction, with my skeletons in my closet, and I'm

15  doing what I need to do for me and my family.

16      Q.    Right.

17      A.    Whatever happens to these guys, I don't

18  have a horse in that race, man.  I agreed to

19  cooperate and answer the questions truthfully.

20      Q.    Work with me on the transcript, then.

21  Because the transcript doesn't say Gregg Marcantel

22  anywhere in it.

23      A.    It doesn't say.  I hadn't seen it.

24  Nothing you've shown me.  But I've heard it on the

25  tapes.  I don't know which one, but I've heard it on

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

 
BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   the tapes.  What you've shown me so far, I have not

2   seen the name Gregg Marcantel.  Have not.

3       Q.   Would you like to review the whole

4   transcript?

5       A.   Play the whole tape.

6       Q.   Well, it would be faster if you review the

7   transcript.

8       A.   I'm a pretty slow reader, but I'll read it

9   if you want me to.

10          MR. LOWRY:  May I approach?

11          THE COURT:  You may.

12      A.   Is this all one conversation?  Sir?  Is

13  this all one conversation?

14      Q.   Yes.

15      A.   How far of this do you want me to read?

16  The entire thing?

17      Q.   Well, I was asking you a simple question:

18  If you recall hearing Gregg Marcantel's name

19  anywhere in that conversation and --

20      A.   So I heard his name in some conversations;

21  in some conversations I didn't.  In this particular

22  conversation, I would have to go through the whole

23  thing to remember exactly what was said.  It was two

24  years ago.  And like I said, most of the time I was

25  just saying, "Yeah, yeah," playing a role. I don't

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                           Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                           FAX (505) 843-9492
                                                                 1-800-669-9492
                                                            e-mail: info@litsupport.com



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1   remember which conversation it did or didn't come up

2   in.  It came up in some, and some of them it didn't.

3   This one, I'm inclined to say that it didn't come up

4   in this conversation, but I wouldn't know for sure

5   without reading the whole thing.

6        Q.   And I don't want to rush you.  I just --

7   like you said, I want to know the truth.

8        A.   I'm telling you the truth.  I'm trying to

9   give you guys to the best of my ability the truth.

10       Q.   But the question is simple.  You said you

11  reviewed the audiotapes before you came to court to

12  testify.

13       A.   Yes, and we played most of them in here

14  today.  But there is a lot of audiotapes and there

15  are different conversations.

16       Q.   This is the second audiotape, and you have

17  the transcript right there, so just finish reviewing

18  it and let us know.

19       A.   Okay.  Well, yeah, I don't believe

20  Marcantel's name is in this conversation.  I think

21  when he says that one or the other one, he's either

22  referring to Santistevan or Marcantel.

23            MR. LOWRY:  May I approach, Your Honor?

24            THE COURT:  You may.

25       A.   As far as I can -- and I think Carlos

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                      Albuquerque, NM 87102
(505) 989-4949                                                  (505) 843-9494
FAX (505) 843-9492                                          FAX (505) 843-9492
                                                              1-800-669-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE                            e-mail: info@litsupport.com

1   Valdez' name is mentioned somewhere in there, too.

2   BY MR. LOWRY:

3       Q.   Thank you, Mr. Montoya.

4       A.   Yes, sir.

5       Q.   And that brings us to the third transcript

6   that we listened to today.  And by the way, nobody

7   gave a time reference for the first two recordings

8   we heard.  Do you, by any chance, know what time

9   that they were recorded?

10      A.   I think most of them were in the daytime.

11      Q.   But do you know what month?

12      A.   Oh, it was after I got arrested and before

13  Christmas Eve.

14      Q.   That's the best of your ability?

15      A.   Yeah.

16      Q.   So during the second call, then, at that

17  point you're telling Mr. Baca you can't get a gun?

18      A.   One of the calls, I was telling him I

19  can't get a gun.

20      Q.   Right.  And the whole purpose of that is

21  so -- to see where the conversation goes, to see how

22  he's going to go get a weapon?

23      A.   If he gets a gun, and if he proceeds with

24  the plan and really tries to get it done, or --

25      Q.   Right.  But you suggested that he go to

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                201 Third NW, Suite 1630
Santa Fe, NM 87501                                         Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                          FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1  Chris.

2       A.   I suggested he go to Chris for money.

3       Q.   And a gun.

4       A.   I don't think I suggested the gun.  He

5  said, "Tell Chris, kick in with some money."

6       Q.   Well, you had gone to Chris for guns

7  before, Chris Garcia?

8       A.   I had gone to Chris for guns and money and

9  dope before, on a hundred occasions.

10      Q.   Right.  And you had actually testified on

11  direct that I think you picked up a pistol from

12  Chris to actually do the Shane Dix murder.

13      A.   Chris actually gave me two pistols that I

14  was supposed to use in that crime.

15      Q.   But you got pulled over, and those pistols

16  got confiscated by the police.

17      A.   Yeah, I believe, yeah.  It was one pistol.

18      Q.   Right.  And if I understand correctly, you

19  were never charged with that because you worked with

20  Mr. Lerner.

21      A.   I never worked with him.  He asked me --

22  and I would have.  I would have.  At that point was

23  pretty much the beginning of the end for me, while

24  I'm trying to get away from this.  And he told me,

25  "I'll make sure you don't get charged for this

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    firearm.  You make some controlled buys for me.  I
2    want you to buy from Chris Garcia."

3              And I told him, "Yeah, okay."

4              He told me, "Okay.  You come by tomorrow
5    or you're busted."

6              I was, like, "Let's just do it now."

7              And he said, "No, come by tomorrow."  So
8    he let me go.

9              And at that time I was really conflicted
10   about what I was going to be in my life, if I wanted
11   to be a drug addict, or what.  I was in the process
12   of leaving my ex-wife.  But the guns were not in the
13   trunk of her car -- the gun.  And they never showed
14   up.  So, yeah, he never showed up.  So I never
15   worked with him.  I never gave him permission or
16   anybody before this case.

17        Q.   But you weren't charged with that?  Lerner
18   never followed through?

19        A.   No, I think -- I don't know, man.  I think
20   it was my opinion that -- I think he was breaking
21   the rules a little bit by not filing that case.  And
22   I think they don't do it like that no more.  That
23   was in 200- -- a long time ago.

24        Q.   2004, 2005?

25        A.   Somewhere around there.  But I was ready

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                 Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 843-9492                                                 FAX (505) 843-9492
                                                                   1-800-669-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE                   e-mail: info@litsupport.com

1  to go then, actually.

2      Q.   You were ready to do it then, work with

3  him?

4      A.   I would have, if it would have happened

5  that day, yep.

6           I've done a lot of things in my life, but

7  I wasn't going to kill nobody at that point.  I had

8  a gun in the trunk for that purpose.

9      Q.   But the larger point, I think, in

10 reviewing these transcripts is every time Mr.

11 Marcantel's name comes up, it comes up from

12 someone -- at least initially -- other than Mr.

13 Baca.  There is a transcript where you and Chris

14 Garcia are talking about "Why waste your time with

15 Santistevan?  Why don't you go for the top?"

16     A.   Yeah, the conversation with Chris -- and I

17 don't know who initiated the conversation -- but the

18 conversation taking place at this time between this

19 group of individuals and myself was:  "If you're

20 going to step in front of a bus, then step in front

21 of the fastest bus or the best bus or go all out, or

22 stay home.  Don't even do it.  Or do it all out.  If

23 you're going to do it, do it right.  If not, don't

24 do it at all.

25     Q.   That's in Government's Exhibit 394, where

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   it's just you talking to Chris.
 2        A.    Maybe.  Sounds right.
 3        Q.    Would you like to see the transcript?
 4        A.    I believe you.
 5        Q.    But again, you're working with Team
 6   America; you know what Team America's game plan is?
 7        A.    I actually don't know what their game plan
 8   is.  They don't tell me.  They just tell me they're
 9   going to call and they call.  Act like yourself, be
10   yourself, don't expose yourself.  Act like you would
11   normally act.  And that's what I would do.  I would
12   be trying to promote myself within the gang.
13        Q.    So you're saying it was your idea, then,
14   to come up with "Go for the top, go for the
15   secretary, why waste your time with the low guys"?
16        A.    I'm just -- I wouldn't say it was my idea.
17   That's what I would normally say.  That's what I
18   would say.  If I was still involved in the gang, and
19   I was having this conversation, that would be my
20   part of the conversation.  I would be, like, "What
21   do you mean?  Why are you going to shoot this guy?"
22        Q.    But you weren't involved in the gang.
23   You're part of Team America.
24        A.    But I'm playing like I'm part of the gang.
25        Q.    For Team America?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    For Team America; right.
 2        Q.    So you're suggesting, "Don't waste your
 3   time with the low-level guys.  Go for something
 4   bigger."
 5        A.    That's what I would do.
 6        Q.    And even then, he said it's up to you?
 7        A.    He said, "Kill anyone you want, as long as
 8   you kill one of these guys for me."  He said, "It
 9   doesn't really matter to me which one."  He doesn't
10   care which one.  He's trying to make himself out to
11   be John Gotti, or, whatever.  I don't know.
12        Q.    Did there come a time where, throughout
13   all the conversations, Mr. Baca said, "Don't tell
14   Chris Garcia about anything"?
15        A.    Yes.
16        Q.    Because he didn't want Chris Garcia to
17   know why anybody needed a gun?
18        A.    He was telling me that.  And I think it
19   was more for my benefit.  Because Chris knew
20   everything.  And we were talking about it.  I wanted
21   to make sure Chris --
22        Q.    Well, Chris didn't know anything from Mr.
23   Baca, did he?
24        A.    I don't know.  I don't know what
25   conversations they were having when I wasn't on the
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  phone because they were calling Chris separate from

2  me, I believe.  I don't know for sure.

3      Q.   But from the conversations you

4  participated in?

5      A.   From the conversations I participated in,

6  what I was being led to believe or being told was:

7  Chris doesn't know anything, and we don't want him

8  to know anything, because he might tell because

9  there's paperwork on him.

10     Q.   So the idea was to keep him in the dark.

11     A.   In the dark.  We just need some weapons

12  for whatever reason.  But then when I would go talk

13  to Chris, he knew everything.  He would say on the

14  conversation, "Yeah, I talked to Pup," and when he

15  said it was that one, I'm verga.

16     Q.   Did there come a time when the FBI told

17  you, "Hey, you've got to tell Chris what's going on;

18  he needs to know who the target of the hit was"?

19     A.   No, they never told me to tell anybody

20  anything or suggest anything to anybody.  They told

21  me to play along like I'm part of the gang, like I'm

22  willing to follow their instructions.

23     Q.   Because the very last call that we

24  listened to, the one that's on November 29, 2015,

25  you're the first person that mentions Gregg

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   Marcantel.

 2         A.    Okay.

 3         Q.    Well, it's not Chris Garcia.

 4         A.    Okay.

 5         Q.    So you --

 6         A.    Can I see the transcript before we talk

 7   about it?

 8         Q.    Absolutely.

 9               MR. LOWRY:  May I approach, Your Honor?

10               THE COURT:  You may.

11         A.    Okay.  Where are you talking about?  I'm

12   not trying to slow you down.

13   BY MR. LOWRY:

14         Q.    No, that's fine.  Take your time.

15         A.    I mentioned Marcantel by name.  At that

16   point it was already settled that's who was supposed

17   to be getting.  I'm saying, yeah, Marcantel is a big

18   boy.

19         Q.    But you just testified it wasn't settled.

20   You could have taken your pick.

21         A.    Well, I could have taken my pick, yeah.  I

22   could have taken my pick and I could have settled on

23   anyone I wanted.  I could have came back and said,

24   "I'm going to kill Archuleta."  I could have came

25   back and said any one of them.  It didn't matter to
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   him which one.  I could have said Archuleta.  That's

2   the name that we settled on.

3       Q.   Who is "we"?

4       A.   The people in this conversation.  Like I

5   just told you, I went in there acting like I would

6   normally act.  These are the suggestions, one of

7   these guys.  I don't care which one.  Pick one and

8   do it.  That's the one.  That's the one I picked.

9   This is, "Okay," so then I'm going to -- this is the

10  one I suggested.  You know what I mean?

11      Q.   That's the one you suggested after you

12  suggested --

13      A.   After we had the conversation, one of

14  these ones right here.

15      Q.   Right.

16      A.   One of these ones right here, you pick

17  which one.  I don't care which one.  That's the one

18  I picked.

19      Q.   Right.  And that's after you suggest going

20  for the Secretary of Corrections, instead of the

21  low-level guy.

22      A.   I didn't make the decision.  I'm the pawn.

23  I'm the guy that's going to go do it.

24      Q.   You did make the decision.

25      A.   If it was my decision, I'd choose somebody

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                  201 Third NW, Suite 1630
Santa Fe, NM 87501                                         Albuquerque, NM 87102
(505) 989-4949                                                    (505) 843-9494
FAX (505) 843-9492                                          FAX (505) 843-9492
                                                                  1-800-669-9492
                                                          e-mail: info@litsupport.com



216

 1   else to do it.

 2        Q.   You did.  You chose Mandel Lon Parker.

 3        A.   I chose Mandel Parker to come with me.

 4        Q.   Correct.

 5        A.   Yeah, but I didn't choose him to go do it.

 6   I didn't initiate this plan.  I was at home getting

 7   busted for selling heroin.  And all of a sudden, I

 8   get a phone call from the North facility --

 9        Q.   Hold on, Mr. Montoya.

10        A.   Wait up.  Do you want an answer?

11        Q.   Mr. Montoya, hold on for a second.

12        A.   I get a phone call from the North, and

13   get --

14        Q.   This started when you said, in the very

15   first call, there's going to be three people that

16   know about it.  You were going to handle it.  You

17   were going to handle the business yourself.  It was

18   you, Eric Duran, and Anthony Baca.

19        A.   Yes.

20        Q.   And you told Anthony Baca, "I'll handle it

21   myself"?

22        A.   Yeah, I told him that at first, yes.

23        Q.   And then after you talked with the FBI,

24   they said, "You've got to tell them you don't have a

25   gun.  You got to go somewhere else."

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                   Albuquerque, NM 87102
(505) 989-4949                                               (505) 843-9494
FAX (505) 843-9492                                    FAX (505) 843-9492
                                                            1-800-669-9492
                                               e-mail: info@litsupport.com


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        A.   They didn't tell me, "Don't tell them
 2   that."  They didn't tell me to tell him anything.
 3   They told me, "Go along with this.  Go along with
 4   whatever.  But you don't have a gun."
 5             Yeah, they told me I don't have a gun.
 6        Q.   They told you you don't have a gun?
 7        A.   I don't have a gun.
 8        Q.   But you have in the past?  In September
 9   you were busted with a gun.
10        A.   I'd had guns in the past.
11        Q.   A gun you didn't have to plead guilty to.
12        A.   I've had numerous guns.
13        Q.   You're not going to have to serve
14   mandatory prison time.
15        A.   A lot of guns that I didn't have to serve
16   mandatory prison time.  I thank God every day that I
17   don't.
18             How many guns do you think your clients
19   have, and they don't have to serve?
20        Q.   I get to ask the questions.  Not many.
21   He's been in prison.
22        A.   How many shanks?
23        Q.   So --
24        A.   How many murders?
25        Q.   So you got to say, "I need help"; correct?
```

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                         201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                           (505) 843-9494
FAX (505) 843-9492                                  FAX (505) 843-9492
                                                    1-800-669-9492
                                            e-mail: info@litsupport.com



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1       A.    Yeah, I got to say I need help.

2       Q.    You got to pick the help.

3       A.    I got to pick the help, yeah.

4       Q.    And you got to go pick the source of the

5  firearm.

6       A.    No, I didn't pick the source.

7       Q.    Well, you suggested the source.

8       A.    I think the source was -- that's the

9  person I was close to.  That's the person I used to

10  hang out with, Chris Garcia, as you pointed out last

11  time we were talking.  And when I suggested it, when

12  I mentioned it, about the money, I think the

13  response was, yeah, we're already on that.  We're

14  already on that.  I'm pretty sure it was something

15  to that effect.

16          So I didn't pick the source.  That was the

17  source.  That was pretty much the logical source.

18          MR. LOWRY:  May I have a moment, Your

19  Honor?

20          THE COURT:  You may.

21       A.    Mr. Lowry, I'd like to apologize now.

22  When you come on me like that, it's my natural

23  reaction to --

24       Q.    No --

25       A.    -- push back.  And I apologize.  It's not

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

219

```
1    about that.
2         Q.   I don't mean to come at you.
3         A.   It's your job.  I understand.
4         Q.   Now, I just want to go back.  When we
5    started talking about benefits, I want to sort of
6    end with benefits.  The Government didn't -- they
7    asked about some of your priors.  You've had a
8    fairly significant number of prior convictions;
9    correct?
10        A.   Yes, I have.
11             MR. LOWRY:  And may I approach, Your
12   Honor?
13             THE COURT:  You may.
14   BY MR. LOWRY:
15        Q.   I'm handing you what's been marked for
16   identification as AJ-1.
17             MR. LOWRY:  And Your Honor, I believe I
18   was informed by the United States that we could
19   stipulate to its admission.
20             THE COURT:  All right.  Any objection, Mr.
21   Castellano?
22             MR. CASTELLANO:  No, sir.  We have the
23   same exhibit on our side as well.  There is no
24   objection.
25             THE COURT:  Any other defendant have any
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE
e-mail: info@litsupport.com

220

```
 1  objection?

 2          Not hearing any, then Defendants' Exhibit

 3  AJ-1 will be admitted into evidence.

 4          (Defendants' Exhibit AJ-1 admitted.)

 5  BY MR. LOWRY:

 6      Q.   Do you recognize that?

 7      A.   If it's my rap sheet or my J&Ss, or all

 8  the crimes that I was convicted of, I would

 9  stipulate to that also.  I was not a good guy.  I'm

10  still a work in progress, is the term I like to use.

11      Q.   The reason I bring it up is just because

12  when you're trying to calculate your criminal

13  history or see what kind of prison sentence you get,

14  your criminal history bears a lot on that factor,

15  does it not?

16      A.   Yes, I understand it can go back to 10

17  years or 15 years.  I served a certain amount of

18  time.  I think most of that, if not all of it, is

19  beyond the 15-year mark.

20          THE COURT:  Mr. Lowry, do you want to take

21  this up after we take our afternoon break?

22          MR. LOWRY:  Absolutely, Your Honor.

23          THE COURT:  All right.  We'll be in recess

24  for about 15 minutes.  All rise.

25          (The jury left the courtroom.)
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1                THE COURT:  All right.  We'll be in recess
 2     for about 15 minutes.
 3                (The Court stood in recess.)
 4                THE COURT:  All right.  We'll go on the
 5     record.  Is there anything we need to discuss before
 6     we bring the jury in, Ms. Armijo, Mr. Castellano?
 7                MS. ARMIJO:  No, Your Honor.
 8                MR. CASTELLANO:  No, Your Honor.
 9                THE CLERK:  We're waiting on counsel for
10     defendant Herrera, and Mr. Villa just walked in.
11     There they come.
12                THE COURT:  All right.  Ms. Duncan, you
13     had something?
14                MR. LOWRY:  Thank you, Your Honor.
15                MS. ARMIJO:  Your Honor, I did think of
16     something.
17                THE COURT:  Okay.  Let me let Ms. Duncan,
18     then we'll come back to you.
19                MS. DUNCAN:  Your Honor, I just wanted to
20     be heard on the Government's trial brief,
21     introducing their Exhibits 304 and 305.  I want to
22     note in the transcript there is no doubt that Mr.
23     Baca is talking about the murder for which he's been
24     convicted and the question before the Court was
25     whether it was an enterprise act, which our position
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    is it absolutely isn't.

2              If you read on page 6040, when Mr. Baca is

3    talking about the events leading up to the murder,

4    he says, "And then Luis comes at me, and he starts

5    swinging the fierro at me.  But the juras already

6    see there, right there by the fucking metal

7    detector, and they fucking hey, hey, hey."

8              So what that transcript indicates is that

9    Luis Velasquez, who is the person who Mr. Baca

10   killed, attempted to stab Mr. Baca with a shank the

11   day before Mr. Baca stabs him.  So there are a bunch

12   of things in play here.  But there is just not

13   sufficient evidence from which the jury can infer

14   that this had something to do the SNM versus a

15   personal disrespect issue.

16             And the fact that the person who fought

17   Mr. Velasquez with Mr. Baca was not an SNM member

18   also rebuts his allegation that it was on behalf of

19   the enterprise.

20             So I think the Court's initial inclination

21   to keep this out was the right one.

22             THE COURT:  Well, it was based upon the

23   fact -- why I initially kept it out was because the

24   Government wasn't presenting any admissible evidence

25   that this was an SNM-related crime.  I think they

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  have presented some evidence.

2           I guess where I am is whether it's

3  sufficient for a reasonable jury to infer.  I guess

4  in one sense I've been sitting here thinking, boy,

5  if I let this one in, any murder by an SNM member is

6  SNM-related.  On the other hand, I'm sitting here

7  thinking, well, they've got Mr. Baca saying, Carnal;

8  they say he's not a carnal, the fellow that wanted

9  to go along with him, and didn't, turned him down.

10           That was the reason I was asking a little

11  bit about the timetable of when he became a leader.

12  I was thinking during the lunch hour that if he was

13  a leader, once you become a leader, it's kind of

14  like everything you do becomes probably SNM-related.

15  You can't divorce yourself from the organization

16  that you're running.  The president can't say he's

17  probably Trump Enterprises one day and president the

18  next.  He's president.  And so that doesn't seem to

19  fit.

20           So I'm thinking -- I do think the

21  Government has now pointed out some admissible

22  evidence.  I do think we're a little bit further

23  down the pike than we were when I was saying I

24  didn't see any admissible evidence from having Mr.

25  Archuleta up here.  But I've stared at that line.  I

SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                              Albuquerque, NM 87102
(505) 989-4949                                                          (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492
                                                                       1-800-669-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE                                    e-mail: info@litsupport.com

```
 1  could almost memorize it now.  I'm staring at it,
 2  too, so I'll continue to give it some thought.
 3            MS. DUNCAN:  Okay.
 4            THE COURT:  All right.  Ms. Armijo, can
 5  yours wait?
 6            MS. ARMIJO:  We need to deal with it
 7  before Eric Duran testifies.  And he'll be the next
 8  witness.
 9            THE COURT:  All right.  All rise.
10            (The jury entered the courtroom.)
11            THE COURT:  All right.  Mr. Montoya, I'll
12  remind you that you're still under oath.
13            THE WITNESS:  Yes.
14            THE COURT:  Mr. Lowry, if you wish to
15  continue your cross-examination of Mr. Montoya, you
16  may do so at this time.
17            MR. LOWRY:  I do.
18            THE COURT:  Mr. Lowry.
19  BY MR. LOWRY:
20      Q.   Mr. Montoya, you initially debriefed with
21  the United States on October 6, 2015; is that
22  correct?
23      A.   Sounds right.
24      Q.   Shortly after your arrest?
25      A.   Shortly after my arrest.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN
&ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1     Q.   At that debrief they specifically asked

2  you about the hit on Gregg Marcantel?

3     A.   I believe so.  I believe that's recorded

4  also.

5     Q.   And you told them you didn't have any

6  information whatsoever about it?

7     A.   Before these phone calls, yeah.  If it was

8  before these phone calls, I had no information on

9  it.

10    Q.   So before the phone calls, you knew about

11 the United States' interest in Gregg Marcantel?

12    A.   I think I was asked if I knew anything

13 about any hits on the DOC staff, any specific

14 threats.  I think I said no at that point.  There

15 are people always talk about stuff like that.  And

16 you asked me who or when or where.  Most of the time

17 I couldn't really say, because it usually goes in

18 one ear and out the other.

19    Q.   Now, moving on, I want to finish up here,

20 but you agree with me you have an extensive criminal

21 history?

22    A.   Yes.

23    Q.   And starting as early as 1993?

24    A.   Probably when I was 12 years old.

25    Q.   Right.  And you talked about this on

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                      201 Third NW, Suite 1630
Santa Fe, NM 87501                                              Albuquerque, NM 87102
(505) 989-4949                                                         (505) 843-9494
FAX (505) 843-9492                                               FAX (505) 843-9492
                                                                    1-800-669-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE                          e-mail: info@litsupport.com

1  direct, that you spent -- actually, Mr. Yoakum was a

2  friend from the Boys' Home?

3      A.    Yeah.

4      Q.    So you spent time in Springer.  So you

5  grew up in the system, so to speak?

6      A.    I spent all my life addicted to drugs, and

7  committing crimes to get drugs.

8      Q.    Right.  They're all property crimes.

9      A.    Most of them.

10     Q.    So why revert to property crime in

11  Colorado?  Was that to support a new drug habit?

12     A.    Sometimes drugs.  Colorado, I didn't

13  revert to property crime.  I am pretty innocent till

14  proven guilty.  And I'm going to plead the Fifth on

15  that.  I am charged with a crime.  But not every

16  time I was charged with a crime I was convicted.

17  Not everybody that is charged with a crime is

18  guilty.

19     Q.    But in November 1993, you pled guilty in

20  two separate cases; one to two counts of auto

21  burglary?

22     A.    Yes.

23     Q.    And you got a three-year stint at the

24  Department of Corrections?

25     A.    Yes.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

227

```
 1        Q.   And you pled no contest to attempted
 2   residential burglary?
 3        A.   Yes.
 4        Q.   And you got 13 months concurrent to the
 5   auto theft charge?
 6        A.   Yes.
 7        Q.   And then in 1995, you actually escaped?
 8        A.   Yes.
 9        Q.   And you got, what, nine years but six
10   suspended on the escape?
11        A.   Yes.
12        Q.   And in May of 1995, again you entered a
13   guilty plea of receiving stolen property?
14        A.   Yeah.
15        Q.   And you had a seven-year sentence, but all
16   of that was suspended except for the habitual
17   offender sentence of four years?
18        A.   Yes.  Suspended the underlying, and gave
19   me the habitual time.
20        Q.   And in October of 1996, you pled guilty to
21   bringing contraband into jail, which you talked
22   about on direct examination with Mr. Castellano?
23        A.   Yeah.
24        Q.   I'm just curious.  Why didn't you -- when
25   you got to the jail and you're suffering with
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   withdrawals, you didn't consider just going into the

2   detox program, methadone program there?

3          A.   I believe I was -- see, my memory is kind

4   of bad.  But I believe I might have been on

5   methadone already before I got to the jail.  But it

6   takes a while for them to start you on the program.

7   And I would have been perfectly happy getting

8   methadone.  I didn't ask for somebody to give that

9   to me.  I built up that reputation, and when I hit

10  the county jail, people come and bring me stuff.

11         Q.   Now, in November 2002, you again pled

12  guilty to possession of heroin, controlled

13  substance?

14         A.   Yeah.

15         Q.   And got a two-year-six-month sentence?

16         A.   I got the one-year bitch, and 18 months.

17         Q.   And finally, in May of 2011, I think --

18  2010, pardon me -- you pled guilty to again

19  possession of controlled substance, heroin?

20         A.   I think, yeah.

21         Q.   So you have -- that criminal history will

22  factor in mightily in your sentencing guideline

23  calculation?

24         A.   Some of it.

25         Q.   All of it; correct?

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                 Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 843-9492                                                 FAX (505) 843-9492



PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1      A.   No, not the stuff that's 15 years old or

2  older doesn't calculate in, according to my

3  understanding.  I don't know.  Maybe I'm wrong.  But

4  the way I understand the guidelines is 10 years,

5  unless you serve more than 13 months.  Then it's 15

6  years they can go back on the conviction and

7  calculate in, yes.  And if it does calculate in,

8  it's like four years.  I'm hoping it calculates in,

9  actually.

10     Q.   You have a powerful incentive to get the

11 benefit of that bargain to reduce your sentence down

12 to nothing, don't you?

13     A.   According to the plea bargain that I took,

14 the way I understand it, with all the points for all

15 the crimes that you listed, if they go by the

16 guidelines, I believe it's four years.  I'm hoping

17 all those crimes factor in, and they go by the

18 guidelines, and I get a probation or a prison

19 sentence.  Them crimes are not really part of my

20 plea bargain.  My plea bargain was to be done with

21 this, to, in fact, show that I'm not part of this

22 organization anymore.

23     Q.   And the plea bargain avoided your gun

24 charge altogether?

25     A.   It avoided, yeah, the gun, and it avoided

SANTA FE OFFICE                                    MAIN OFFICE
119 East Marcy, Suite 110                   201 Third NW, Suite 1630
Santa Fe, NM 87501                           Albuquerque, NM 87102
(505) 989-4949                                         (505) 843-9494
FAX (505) 843-9492                               FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1    the RICO.  It avoided a lot of things.  I got a

2    great benefit from it, no doubt.

3             MR. LOWRY:  No further questions, Your

4    Honor.

5             THE COURT:  Thank you, Mr. Lowry.

6             Any other defendant have cross-examination

7    of Mr. Montoya?

8             MS. JACKS:  No, Your Honor.

9             THE COURT:  Not hearing any, Mr.

10   Castellano, do you have redirect of Mr. Montoya?

11            MR. CASTELLANO:  Yes, Your Honor.

12                 REDIRECT EXAMINATION

13   BY MR. CASTELLANO:

14       Q.   Mr. Montoya, I want to start at kind of

15   the end there where you were asked about an escape

16   conviction.

17       A.   Yes, sir.

18       Q.   Can you tell the members of the jury about

19   that escape?

20       A.   It was a brand-new prison in Milan, New

21   Mexico.  I was transferred there.  I wanted to get

22   back to the Main facility where all the dope was.

23   And somebody told me, "If you threaten a warden that

24   you're going to escape, they'll take you back."

25            So I went and told the warden, I'm going

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 843-9492                                            FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1   to escape.  He told me, "Yeah, whatever.  Go.  You

2   don't tell us where to put you.  We tell you."

3           And that day we went to the yard.  And the

4   water had eroded a channel right under the fence.

5   It was like there was a hole in the fence.  So

6   pretty much like on a dare, me and a friend of mine,

7   AB Archuleta, said, "You go."  "No, you go."

8           So I went.  And once I was on the other

9   side, I took off running and made my way to

10  Albuquerque.

11      Q.   How long were you gone before you got

12  captured?

13      A.   Five days.

14      Q.   Now, when you were being asked about your

15  criminal history, you used a word "one-year bitch."

16  What does that term mean?

17      A.   That's commonly referred to as the

18  Habitual Offender Act, and everybody calls it "the

19  bitch" for short, because --

20      Q.   And so, in other words, do you have -- if

21  you have a conviction and you have a prior

22  conviction before that, can your sentence be

23  increased because of your prior convictions?

24      A.   Then you would be a habitual offender

25  because of your priors and your sentences.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1        Q.   You were asked about convictions going

2   back as far as 1993.  What's your understanding

3   about whether that will count against you for

4   criminal history points?

5        A.   I understand it will only go back 15

6   years.

7        Q.   What's the relationship between Chris

8   Garcia and Mr. Baca?

9        A.   They're brothers.  Pup knows he's a rat.

10  Chris thinks he has everybody convinced that he's

11  not.  There is paperwork on him.  Everybody uses him

12  for money and drugs.

13       Q.   Are they close in any way?

14       A.   I think most of these guys would be close

15  to anybody that sends them money and dope, or if

16  they think they can control.

17       Q.   Now, do you recall in the first recording

18  when Eric Duran and Mr. Baca first called you,

19  almost out of the gate, Santistevan's name is

20  mentioned?  Do you remember that?

21       A.   I don't remember the order of the phone

22  calls.  But, yeah, he was mentioned in the phone

23  calls.

24       Q.   And do you remember in that first

25  conversation -- if not, I can refresh your
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1  recollection with the transcript -- in the first

2  conversation, do you remember that Mr. Baca had only

3  been in town -- or back in the state for about one

4  week?

5       A.   Yeah, I remember that conversation.

6       Q.   And so within one week, is it fair to say

7  that Mr. Baca is asking you to kill somebody?

8       A.   Yeah, first week back.

9       Q.   And out of the gate, did you have any

10 doubt that he, certainly at the beginning, wanted to

11 kill either Mr. Santistevan or Adam Vigil?

12      A.   There is no doubt that he wanted to kill

13 somebody in administration or STIU.

14      Q.   And by the time you picked up the firearm,

15 on November 29 of 2015 from Chris Garcia, was it

16 clear that the focus had become Gregg Marcantel?

17      A.   Yeah, it appeared to be pretty clear to me

18 that that was -- he wanted the person hit that was

19 responsible for sending him out of state.

20      Q.   Between you and Mr. Baca, who is the

21 leader and who is the soldier?

22      A.   Oh, I think I would be the soldier, and I

23 think he would be the leader.

24      Q.   So if Mr. Baca did not want Mr. Marcantel

25 hit, couldn't he have just ordered you not to do it?

SANTA FE OFFICE                                                MAIN OFFICE
119 East Marcy, Suite 110                            201 Third NW, Suite 1630
Santa Fe, NM 87501                                    Albuquerque, NM 87102
(505) 989-4949                                                (505) 843-9494
FAX (505) 843-9492                                        FAX (505) 843-9492
                                                          1-800-669-9492
                                                  e-mail: info@litsupport.com



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    A.   Yeah, he ordered me not to.  He ordered

2    all of us to leave Red alone when he got out.  On

3    several occasions he told me, "Leave that guy

4    alone."  Okay.

5    Q.   And did the bargain you entered into with

6    the Government -- does it change what the recordings

7    say or do the recordings pretty much speak for

8    themselves?

9    A.   The recordings speak for themselves.  I

10   can't change them.  You can't change them.  Nobody

11   can change them.  They're on tape, and they say what

12   they say.

13   Q.   So do they change Mr. Baca's words?

14   A.   No.

15   Q.   What about Chris Garcia's?

16   A.   No.

17   Q.   What about Mandel Parker's?

18   A.   Don't change any words.  It's all spoken

19   words, and everybody is responsible for them.

20   Q.   Now, you mentioned that there would be

21   times you would speak with Chris Garcia.  And it

22   seems like there were things that he already knew

23   that you hadn't discussed with him.  Do you remember

24   that?

25   A.   Yeah, "Don't tell Chris nothing."

SANTA FE OFFICE                                                        MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                 Albuquerque, NM 87102
(505) 989-4949                                                          (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492
                                                                          1-800-669-9492
                                                                    e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1            But when I get there, Chris is telling me,

2   "What the hell is wrong with them?  They're stupid.

3   Which one do they want?  That's the one I thought.

4   You know, you're dumb.  What do they think?  You're

5   going to end up in prison so long, you're going to

6   end up in the hole so long, you're going to forget

7   your name."  Stuff like that.  So obviously somebody

8   is telling him.

9        Q.   Right.  So are there other conversations

10  that Chris Garcia may have had with Mr. Baca that

11  you didn't hear?

12       A.   I'm sure there was.

13       Q.   So regardless of whose idea it was, was it

14  clear by November 29 of 2015 that Mr. Baca wanted

15  Mr. Marcantel killed?

16       A.   Yeah.  He would have been happy with any

17  one of them.  But, yeah, Marcantel, I think, was the

18  one who was responsible for sending him out of

19  state.

20       Q.   And by that time, was it also clear that

21  Chris Garcia wanted Mr. Marcantel killed?

22       A.   I would say he provided the weapon and

23  gave me advice on how to get away with it, and plant

24  evidence and just direct the investigation.  I would

25  say he wanted it to happen.



SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                    FAX (505) 843-9492
                                                          1-800-669-9492
BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE                              e-mail: info@litsupport.com

1      Q.   And the same thing with Mandel Parker?

2      A.   Yeah.

3      Q.   And so are you the one who is running this

4  show, or are you just passing messages back and

5  forth between Mr. Baca, Mr. Garcia, and Mr. Parker?

6      A.   I'm following instructions.  I'm obviously

7  not running the show.  You can hear the tapes, and

8  you can tell who is in command of the conversations.

9           MR. CASTELLANO:  May I have a moment, Your

10  Honor?

11           THE COURT:  You may.

12           MR. CASTELLANO:  Pass the witness, Your

13  Honor.

14           THE COURT:  Thank you, Mr. Castellano.

15           Do you have anything further, Mr. Lowry?

16           MR. LOWRY:  Very briefly, Your Honor.

17           THE COURT:  Mr. Lowry.

18                 RECROSS-EXAMINATION

19  BY MR. LOWRY:

20      Q.   We can all agree the tapes speak for

21  themselves; right?

22      A.   I would say so.

23      Q.   And the whole time these tapes were made,

24  Mr. Baca was in Level 6 at the PNM North; correct?

25      A.   In the really bad predator predator

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                                201 Third NW, Suite 1630
Santa Fe, NM 87501                                       Albuquerque, NM 87102
(505) 989-4949                                                 (505) 843-9494
FAX (505) 843-9492                                         FAX (505) 843-9492
                                                             1-800-669-9492
                                                       e-mail: info@litsupport.com




BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1   program at that point.
 2        Q.   That was nonresponsive.
 3        A.   Level 6 at the facility.
 4             THE COURT:  Hold on.  I'll strike your
 5   response.  Listen to Mr. Lowry's question.  And if
 6   Mr. Castellano wants to bring out anything further.
 7             The jury will disregard his answer.
 8             THE COURT:  Mr. Lowry?
 9        A.   I apologize.
10   BY MR. LOWRY:
11        Q.   The whole time these calls were recorded,
12   Mr. Baca was at Level 6 at PNM North?
13        A.   I believe so.
14        Q.   The only way he could make a call out was
15   on the jail's phone system, which is recorded;
16   correct?
17        A.   Or -- yes, or --
18        Q.   Or Eric Duran's cellphone?
19        A.   Yes.
20        Q.   Which was wiretapped?
21        A.   Yes.
22        Q.   So every conversation Mr. Baca had would
23   be recorded?
24        A.   Not necessarily.  That's not the only
25   cellphone in that prison.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

238

1          Q.   Every phone conversation would have been

2    recorded; correct?

3          A.   Every phone conversation upon the prison

4    phones would be recorded.  Every phone conversation

5    on Eric Duran's phone would be recorded by -- Eric

6    Duran was not the only inmate that had a cellphone.

7          Q.   How do you know how many people in Level 6

8    had cellphones?

9          A.   I don't know how many --

10         Q.   You don't, do you?

11         A.   -- people had cellphones, but I know there

12   was more than one.

13         Q.   How do you know that?

14         A.   I've been there.

15         Q.   So you can testify with certainty that in

16   November of 2015, Mr. Baca had access to a

17   cellphone?

18         A.   I can tell you that if I was at the North

19   facility, probably about 98 percent chance that

20   somebody in that pod has a cellphone I can get my

21   hands on.  Of if not that pod, the next pod.  Or if

22   not that pod, the next pod.

23         Q.   The most secure facility in the State of

24   New Mexico?

25         A.   People -- yeah.  You give them too much

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                           Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                             FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1   credit.
 2        Q.   But my question to you is --
 3        A.   If there was a conversation on Crazo's
 4   cellphone, it was recorded.  If there was a
 5   conversation on the pod cellphone, it was recorded.
 6   But I'm telling you that there are cellphones in
 7   that prison right now.
 8        Q.   You said you were following instructions?
 9        A.   Yes.
10        Q.   You were following instructions from Team
11   America; right?
12        A.   From Team America.
13             MR. LOWRY:  No further questions, Your
14   Honor.
15             THE COURT:  Thank you, Mr. Lowry.
16             Anything further, Mr. Castellano?
17             MR. CASTELLANO:  No, Your Honor.
18             THE COURT:  All right.  Mr. Montoya, you
19   may step down.
20             Is there any reason Mr. Montoya cannot be
21   excused from the proceedings?
22             MR. CASTELLANO:  No, Your Honor.
23             THE COURT:  How about from the defendants?
24             Not hearing any, Mr. Montoya, you may be
25   excused from the proceedings.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1

2    UNITED STATES OF AMERICA

3    STATE OF NEW MEXICO

4

5                    C-E-R-T-I-F-I-C-A-T-E

6        I, Jennifer Bean, FAPR, RDR, CRR, RMR, CCR,

7    Official Court Reporter for the State of New Mexico,

8    do hereby certify that the foregoing pages

9    constitute a true transcript of proceedings had

10   before the said Court, held in the District of New

11   Mexico, in the matter therein stated.

12       In testimony whereof, I have hereunto set my

13   hand on this 26th day of March, 2018.

14

15   _____

16   Jennifer Bean, FAPR, RMR-RDR-CCR
     Certified Realtime Reporter
17   United States Court Reporter
     NM Certified Court Reporter #94
18   333 Lomas, Northwest
     Albuquerque, New Mexico 87102
19   Phone:          (505) 348-2283
     Fax: (505) 843-9492
20   License expires:  12/31/18

21

22

23

24

25

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com