1

1        IN THE UNITED STATES DISTRICT COURT

2          FOR THE DISTRICT OF NEW MEXICO

3   UNITED STATES OF AMERICA,

4                Plaintiff,

5       vs.            NO:  CR-15-4268 JB

6   ANGEL DELEON, et al.,

7                Defendants.

8

9        Transcript of excerpt of testimony of

10                ROY MARTINEZ

11               February 16, 2018

12

13

14

15

16

17

18

19

20

21

22

23

24

25

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1                        I N D E X

2   EXAMINATION OF ROY MARTINEZ

3   By Mr. Castellano                              3

4   By Ms. Bhalla                                 99

5   By Mr. Lowry                                 103

6   By Mr. Villa                                 182

7   By Ms. Jacks                                 203

8   By Mr. Castellano                            206

9   By Ms. Bhalla                                222

10  By Mr. Lowry                                 222

11  By Mr. Castellano                            226

12  By Mr. Lowry                                 232

13  REPORTER'S CERTIFICATE                       235

14                   EXHIBITS ADMITTED

15  Defendants' FQ Admitted                      192

16  Defendants' Y3 Admitted                      173

17  Government 273, 274, and 275 Admitted         87

18  Government 434 Admitted                        41

19  Government 688 and 689 Admitted                 4

20

21

22

23

24

25

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1          THE COURT:  All right.  Mr. Martinez, if

2  you'll come up and stand next to the witness box,

3  and I'll swear you in.

4          Okay.  If you'll raise your right hand to

5  the best of your ability before you're sworn.

6                    ROY MARTINEZ,

7      after having been first duly sworn under oath,

8      was questioned, and testified as follows:

9          THE COURT:  Be seated and state your name

10  for the record, and spell your last name.

11          THE WITNESS:  Roy Martinez.

12  M-A-R-T-I-N-E-Z.

13          THE COURT:  Mr. Martinez, Mr. Castellano.

14          MR. CASTELLANO:  Thank you, Your Honor.

15  May I have a moment to approach counsel?

16          THE COURT:  You may.

17                  DIRECT EXAMINATION

18  BY MR. CASTELLANO:

19      Q.  Good morning, Mr. Martinez.

20      A.  Good morning.

21      Q.  Were you one of the defendants initially

22  charged in this case?

23      A.  Yes, sir.

24      Q.  And as a result of the charges, can you

25  tell the members of the jury whether you pled guilty

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    to some charges?

 2         A.   I pled guilty to conspiracy to kill Gregg

 3    Marcantel and Dwayne Santistevan.

 4         Q.   As part of that plea, did you enter into a

 5    plea agreement with the United States?

 6         A.   Yes, sir.

 7         Q.   And with that plea agreement, was there

 8    also what's called an addendum to the plea

 9    agreement?

10         A.   Yes.

11              MR. CASTELLANO:  Your Honor, at this time

12    I move the admission of Government's Exhibits 688

13    and 689.

14              THE COURT:  Any objection?

15              MR. VILLA:  No, Your Honor.

16              THE COURT:  Not hearing any objections,

17    Government's Exhibits 688 and 689 will be admitted

18    into evidence.

19              (Government Exhibits 688 and 689

20    admitted.)

21              MR. CASTELLANO:  May I publish to the

22    jury, Your Honor?

23              THE COURT:  You may.

24    BY MR. CASTELLANO:

25         Q.   Mr. Martinez, I'm going to show you
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1   Government's Exhibits 688.  There is going to be a

 2   screen to your left, if you can see it, and there is

 3   also a screen here up against the wall.  Are you

 4   able to recognize that document, sir?

 5       A.   Yes.

 6       Q.   And what is it?

 7       A.   It's my plea agreement.

 8       Q.   Let me turn your attention to the second

 9   page of that agreement.  And did you understand that

10   for each of those counts, which were Counts 9 and 10

11   in your indictment, conspiracy to murder, each

12   carried a term of ten years for each of those

13   counts?

14       A.   Yes.

15       Q.   Do you understand that your total exposure

16   then could be up to 20 years?

17       A.   Yes.

18            THE COURT:  Mr. Martinez, are you able to

19   either move your chair or move the microphone a

20   little closer to you?  Why don't we lift that

21   microphone up a little bit?  Let's try that.

22       Q.   And you mentioned you pled to two

23   conspiracies, one to murder of Gregg Marcantel and

24   the other Dwayne Santistevan.  Can you tell the

25   members of the jury who you agreed with in those

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com




BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1   charges.
 2        A.   I agreed with Pup, and Baby Rob, and Eric
 3   Duran.
 4        Q.   And who is Pup?
 5        A.   Anthony Baca.
 6        Q.   Let me turn your attention to Government
 7   689.  Can you see that document, sir?
 8        A.   Yes.
 9        Q.   What is it?
10        A.   It's part of my plea.  My agreement to
11   testify.
12        Q.   And I see you're squinting a little bit
13   today.  Do you normally wear glasses?
14        A.   Yes.
15        Q.   Do you have your glasses today?
16        A.   No, they're broken.
17        Q.   If you have any difficulty seeing
18   anything, will you let us know and we'll bring you
19   the documents closer?
20        A.   Yes.  I can see them.
21        Q.   As part of this agreement, what did you
22   agree to do?
23        A.   I agreed to testify and tell the truth
24   about my role in everything about the SNM.
25        Q.   And as part of this agreement, do you
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   know -- or do you understand that your sentence

 2   could be reduced for truthful testimony?

 3        A.   Yes.

 4        Q.   And do you understand who ultimately makes

 5   that decision?

 6        A.   Yes.

 7        Q.   Who makes that decision?

 8        A.   The judge.

 9        Q.   Sir, I want to turn your attention now

10   to -- we'll start with Government's Exhibits 568 to

11   573, which have already been admitted, beginning

12   with Exhibit 568.  Who is that person?

13        A.   That's me.

14        Q.   Can you tell the members of the jury if

15   you were arrested on December 3, 2015?

16        A.   Yes.

17        Q.   Following that arrest, then, were you

18   basically processed and photographed?

19        A.   Yes.

20        Q.   Let me turn to 569.  I'm drawing your

21   attention to your abdomen here, starting with -- I'm

22   going to circle two things on the left side of your

23   abdomen.  What have I circled there?

24        A.   That's VSJ 16; that's for San Jose Street

25   Gang.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.    Were you ever a member of that gang?

2      A.    Yes.

3      Q.    When did you first become a member?

4      A.    When I was about 13, 14.

5      Q.    How did you get into that gang?

6      A.    I got ranked in.

7      Q.    And how -- can you tell the members of the

8 jury how that process works?

9      A.    I got -- you know, fought my way through

10 about five, six people, six other gang members.  And

11 once I took that beating, I was pretty much a gang

12 member after that.

13      Q.    Where is that gang located?

14      A.    In Albuquerque, New Mexico, on the south

15 side.

16      Q.    I'm going to now circle a tattoo on the

17 right side of your abdomen.  What have I circled

18 there?

19      A.    A Zia with the SNM inside of it.

20      Q.    What is that tattoo?

21      A.    That's Syndicato de Nuevo Mexico.  That's

22 my -- what we call a plaquiaso.

23      Q.    Which is what?

24      A.    It's a symbol, a plaque, to represent that

25 you're part of that gang.

SANTA FE OFFICE                                                                    MAIN OFFICE
119 East Marcy, Suite 110                                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                                           Albuquerque, NM 87102
(505) 989-4949                                                                        (505) 843-9494
FAX (505) 843-9492                                                              FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   So are you now or at some point were you
 2   an SNM Gang member?
 3        A.   Yes.
 4        Q.   When did you first join that gang?
 5        A.   In 1995.
 6        Q.   Let me turn your attention to Exhibit 570.
 7   And what does the 16 stand for in this photograph?
 8        A.   16 stands for East Side San Jose.  It's
 9   just a number we had for the East Side.
10        Q.   And is there another side to the San Jose
11   gang?
12        A.   Yes, it's South Side.
13        Q.   And even though you had an East Side and a
14   South Side, were they still considered one gang, or
15   were they separate gangs?
16        A.   Yeah, we're still considered one.
17        Q.   Exhibit 571.  While we're doing that, do
18   you have any other SNM tattoos?
19        A.   No, sir, just on my neck.
20        Q.   Let's turn to Exhibits 571 and 572.  Where
21   did you get these tattoos?
22        A.   Some in prison, some on the streets.  The
23   SNM I got in prison.
24        Q.   Who gave you that tattoo, if you remember?
25        A.   Some white boy that was doing time with us
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                       (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492
                                                                  1-800-669-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE
                                                        e-mail: info@litsupport.com

```
 1  at the time.  He was an artist.
 2       Q.    And I'm going to circle on your right
 3  shoulder here something else.  What have I circled?
 4       A.    My nickname is Shadow.
 5       Q.    So are you also known as Shadow?
 6       A.    Yes.
 7       Q.    And is there anyone else in the gang known
 8  as Little Shadow?
 9       A.    Yes.
10       Q.    Who is that person?
11       A.    Billy Cordova.
12       Q.    Turning next to 573, I want to go over
13  some of your criminal history with you.  Can you
14  tell us whether in 1993 you were convicted of
15  unlawful use of a motor vehicle?
16       A.    Yes.
17       Q.    And in that case were you sentenced to
18  prison time at all?
19       A.    No.
20       Q.    Also at that time, this is a reminder, in
21  1993, were you an SNM Gang member?
22       A.    No.
23       Q.    Turning to 1994, were you convicted of
24  aggravated assault including a firearm enhancement?
25       A.    Yes.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        Q.   And what happened as a result of that
 2   conviction?
 3        A.   I was sent to prison for three years.
 4        Q.   Where did you end up in prison?  Which
 5   facility?
 6        A.   The Main penitentiary.
 7        Q.   Is that the one they call Old Main?
 8        A.   The Old Main, yeah.
 9        Q.   About how old were you at that time?
10        A.   About 21, maybe.
11        Q.   What happened when you first arrived at
12   the prison facility?  Did you run into anybody you
13   knew?
14        A.   Yes.
15        Q.   Who did you run into?
16        A.   A couple of the homies from San Jose.  And
17   the rest I really didn't know.  They were just a
18   bunch of old-timers.  I didn't really know anybody.
19        Q.   Did you run into somebody named Mike
20   Dallas?
21        A.   Yes.
22        Q.   Who was Mike Dallas?
23        A.   He was an LC.
24        Q.   What's an LC?
25        A.   Los Carnales, another clique at the time.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    Q.   What was your relationship with Mike

2  Dallas?

3    A.   I really didn't have a relationship with

4  him.  I had a run-in with him over a girl, something

5  that happened on the streets prior to going to

6  prison.  His wife seen me in the visit and said I

7  was the one that got his brother, beat up his

8  brother.  And so he said that I got one of his

9  homies -- I guess because her brother was LCL, so he

10  thought I was -- I guess he had to do something

11  about it, or whatever.  So that's where it all

12  started.

13    Q.   You mentioned LCL.  What is that?

14    A.   Los Carnales Locos.

15    Q.   Was that the same gang as Los Carnales, or

16  were they --

17    A.   Well, they were claiming it on the

18  streets.  But at the time, I really didn't even know

19  either one of them.

20    Q.   So when you had a confrontation with Mike

21  Dallas, was that on the streets, or was it in

22  prison?

23    A.   It was in prison.

24    Q.   What happened as a result?  You said that

25  you thought he felt he had to do something about

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                    FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1  what happened on the streets.  What eventually

2  happened?

3      A.   Well, he called me out, and said he was

4  going to decide my fate; I guess decide what he was

5  going to do, him and his clique, you know, what they

6  were going to do.  And in the meantime, I was just

7  to wait.  And eventually, he called me out to the

8  yard.  We went out to the yard.  And it was going to

9  be one-on-one.  I had two shanks.  He had one.  And

10 the best man win, you know, whoever survives, or

11 whatever.

12     Q.   Where did you get the shanks?

13     A.   Little Chaparro was SNM.  He volunteered

14 to help me to go against Mike Dallas, him and Mosco.

15     Q.   And at this point are you an SNM Gang

16 member?

17     A.   No.

18     Q.   You mentioned the name Mosco.  Who is

19 that?

20     A.   Matthew Cavalier.

21     Q.   All right.  So what happens out in the

22 yard?

23     A.   We go to yard.  We were about to get it,

24 and he starts making a scene with his shank and

25 taking off his shirt, like he was, like, going crazy

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    like, you know.  And the COs seen him in the tower,

2    and they came and tackled him, locked him up.

3            And later on that night, because of what

4    happened, Chaparro got mad, and they stabbed two LCs

5    in the cell block 4 at the time.

6        Q.   Do you remember Chaparro's real name?

7        A.   I think so.  It's Manuel -- I can't

8    remember.

9        Q.   Okay.  And what was the relationship at

10   that time between SNM and the Los Carnales?

11       A.   They had a peace treaty, from my

12   understanding.  I really didn't know.  I was a young

13   kid, just coming into prison, so I didn't know the

14   politics or anything.  But from what I found out

15   later, they had a peace treaty going, you know, some

16   of them, between Marty Barros, RB, and a few of

17   them.  And then the LCs, they had a peace treaty.

18   And so I guess, when that stabbing happened, that

19   broke the peace treaty.  When Chaparro did that, it

20   broke the peace treaty.

21       Q.   Who is Marty Barros?

22       A.   He was a leader of SNM at the time.

23       Q.   And how long had you been in prison before

24   this confrontation happened?

25       A.   I really don't know.

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                      201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                       (505) 843-9494
FAX (505) 843-9492                                             FAX (505) 843-9492
                                                              1-800-669-9492
                                                          e-mail: info@litsupport.com



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    Q.   So what happened with you, then, as a

2 result of this peace treaty being broken?

3    A.   As a result, I guess some conversations

4 happened where they wanted -- in order to make

5 another peace treaty, that they wanted to take me

6 out, because they said I was a problem; I

7 disrespected one of their brothers, the LCs.  So

8 they wanted to take me out.

9         And so Marty agreed, and said, "We'll kill

10 him.  We'll take him out, and we'll go back to

11 having a peace treaty."

12    Q.   Who was supposed to take you out?

13    A.   Mosco.

14    Q.   Is that Matthew Cavalier?

15    A.   Yes.

16    Q.   And did Matthew Cavalier actually tell you

17 about this hit?

18    A.   Yes.  He called me out one day, and told

19 me that -- what their plans were, that they wanted

20 to hit me -- they wanted him to hit me.  And he was

21 asking me to throw ice on the CO, so I could PC and

22 get out of there, so I wouldn't have to get hit.

23 Because he didn't want to do it, because he liked

24 me, I guess, you know.

25    Q.   So, yeah, what happens when you throw ice



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1  on a corrections officer?

2      A.   They'll lock you up for assault.

3      Q.   And what does it mean to PC?

4      A.   Protective custody.  You know, your life

5  is in danger, or something.  So it was a PC move, is

6  what it's called, a PC move, where you throw ice on

7  a CO; it doesn't look like a PC.  It looks like you

8  assaulted a CO.  But in all reality, you checked it

9  in.

10     Q.   How did you feel about doing that?

11     A.   I didn't want to do that.

12     Q.   Why not?

13     A.   Well, because the way I was brought up at

14  the time, I just couldn't do it.  I told him:  "I'm

15  not going to go out like that.  You've got to do

16  what you got do," I told him.  So I stayed.

17     Q.   And how do people generally feel about

18  people who PC in prison?

19     A.   Once you do that, you can never go back to

20  the line.

21     Q.   All right.  So you said you didn't want to

22  PC.  So what happened, since you basically stuck

23  around?

24     A.   Well, I went to Charley Sedillo, an

25  old-timer, and asked him for help, saying that "The



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  cliques want to get me, and they just alerted me now

2  that they want to hit me, that I'm a mark, so I need

3  help."

4          So they gave me another strap, another

5  shank, and suited me up and had me ready, just in

6  case something went down again, you know.

7      Q.   Was that person a member of any gang or

8  was he just --

9      A.   No, he was a neutral.  He didn't belong to

10  no gang.

11      Q.   But he still agreed to help you?

12      A.   He agreed to help me because I guess he

13  liked me.  I was a youngster, you know.

14      Q.   Did you know anybody at that time named

15  Ramon Clark?

16      A.   No.  At the time I never knew who he was,

17  until he called me out one day.  I guess -- well,

18  after I told Matthew that, he went and talked to

19  Ramon Clark.  Later, I found this out.  At the time

20  I didn't know what was going on.  But Ramon called

21  me out -- Razer is his name -- he called me out.

22  And I thought they were going to hit me that day.

23  But he called me out and said that, because I

24  didn't -- you know, he didn't agree with what that

25  peace treaty -- and he liked my style, the way I

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1 didn't PC and go out that way, and wanted me as a

2 soldier, wanted me to hit Leroy Mascarenas, and

3 asked me if I wanted to be SNM.

4     Q.   And was he SNM?

5     A.   Yes.

6     Q.   Who was Leroy Mascarenas?

7     A.   He was a leader of the LCs.

8     Q.   Did you agree to do that?

9     A.   Yes.

10     Q.   Was this supposed to happen at any

11 particular point in time?

12     A.   Yes, it was going to happen after they hit

13 with some drugs.  They were going to get a clavo

14 that weekend, or something, and I was to wait until

15 after the clavo to hit, to make my move.

16     Q.   What's a clavo?

17     A.   Drugs.

18     Q.   Why was it important to wait for the drugs

19 to arrive before you hit Leroy Mascarenas?

20     A.   I guess because that was important to them

21 at the time; getting their drugs was more important.

22 So everyone was happy when they're locked down.

23 Because we go on lockdown after, you know, things

24 like that happen.

25     Q.   So in other words, if you're locked down,

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   is it more difficult to get drugs?
 2        A.   Yes.
 3        Q.   Okay.  So what happens as a result of this
 4   agreement you made to hit Mascarenas?
 5        A.   Well, I waited for him to give me the
 6   signal.  But during that time I'm living in cell
 7   block 3 with about maybe eight, nine LCs that lived
 8   in the cell block with me, and maybe two SNM
 9   members -- the one that voted me in; Bernie Atencio;
10   and Boxer, Tascio Amador, were the two that voted me
11   in.
12        Q.   What's Mr. Amador's first name?
13        A.   Tascio Amador.
14        Q.   So as part of this process, then, did you
15   need to be voted in by somebody?  And were those the
16   two people?
17        A.   Those were two -- there was actually four:
18   Ramon Clark, Bernie, and Tascio, and Matthew
19   Cavalier.
20        Q.   At this point, did you get along pretty
21   well with Matthew Cavalier?
22        A.   Yeah, he seemed all right.  He's one of
23   the first ones that would look out for me when I
24   first drove up, because I didn't really know too
25   much about the prison.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   And at this time, were the pods mixed?
 2   You mentioned there were LC members and SNM in the
 3   same pod.
 4        A.   Yes, it was mixed.  It was real relaxed
 5   then, the security and stuff.  It wasn't like it is
 6   now, where everyone is separated and stuff.  Back
 7   then, it was just open, wide open.
 8        Q.   Is this about the 1995 timeframe?
 9        A.   Yes.
10        Q.   What ends up happening in the pod, and are
11   you able to hit Mascarenas?
12        A.   Well, I'm waiting -- it was going to
13   happen that night, I know, because it was a Sunday
14   or something like that, Saturday or Sunday, I can't
15   remember, but I know it was going to be after the
16   visit, and once he passed by and gave the okay, I
17   was going to go hit him after count or something
18   like that.
19        Q.   Who gave the okay?
20        A.   Ramon.  I was just waiting on him.  He
21   told me not to listen to nobody, just him.  If
22   anyone says anything, not to listen to them.  When
23   he said it, that's when I do it.
24        Q.   Okay.  What happens after he gives you the
25   signal?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1       A.   Well, he didn't give me the signal yet.  I
 2  was waiting.  What happened is, I got word from him.
 3  He didn't actually come and do -- he got -- I got
 4  word -- I think it was Mosco or one of them that
 5  came by -- I can't remember exactly who came and
 6  say, "Hey, after count, take care of that."
 7           And so I waited till after count.  But
 8  unfortunately, I got hit before count.
 9       Q.   All right.  Tell us, what do you mean by
10  getting hit?
11       A.   Well, during that time, I was already
12  prepared.  I had a shank in my pocket.  And when I
13  was going out to get some ice for Charlie Sedillo, I
14  came back in and noticed that the two LCs that were
15  playing dominoes were no longer playing dominoes;
16  and that's when I got suspicious, knew something --
17  you could feel it.  You could feel when something is
18  about to happen.  And as I was walking down to -- I
19  lived all the way at the end of the cell block.
20           As I got to my cell, Sick Vic jumped out
21  and started stabbing me.  While I was trying to pull
22  out my shank to start stabbing him, Rick Bonnie hit
23  me with a pipe.  I think it knocked me out, or
24  something, because I woke up on the floor.
25       Q.   And do you know Sick Vic's real name?
```

SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                              Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492
                                                                    1-800-669-9492
                                                               e-mail: info@litsupport.com



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1      A.    Victor Herrera.

2      Q.    What eventually happened to him?

3      A.    He got killed.  He got murdered.

4      Q.    How long after this 1995 incident?

5      A.    '96, I think.

6      Q.    And was that an SNM hit on him, or did

7  someone else do that?

8      A.    Yes, it was SNM.

9      Q.    Taking you back to this incident now with

10 Sick Vic and Rick Bonnie, what do you do after

11 getting knocked down to the floor?

12     A.    Well, Tascio Amador, Boxer, helped me --

13 he threw a chest -- if it wouldn't have been for

14 him, they probably would have killed me.  Boxer

15 threw a metal chest on him, hit one of them on the

16 head.  They backed off and were surprised, because

17 he's SNM.  They didn't know I was SNM at the time

18 when they hit me.  So they were surprised when he

19 said, "You just hit my carnal."  And they started

20 running.  They got scared and they ran.  I got up,

21 got my shank to run after them with Tascio.  But I

22 was a little bit dazed and confused a little bit.

23          And then when we were about to hit Leroy

24 Mascarenas, he was at the top of the stairway.

25 That's when the COs sprayed us, and I just went down

SANTA FE OFFICE                                                           MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                  Albuquerque, NM 87102
(505) 989-4949                                                               (505) 843-9494
FAX (505) 843-9492                                                   FAX (505) 843-9492
                                                                             1-800-669-9492

BEAN & ASSOCIATES, Inc.                        e-mail: info@litsupport.com
PROFESSIONAL COURT
REPORTING SERVICE

1    after that, because my arm was swollen from the

2    pipe.  They cuffed us, took us out, took me to the

3    hospital.  And shortly after -- about two or three

4    weeks after that, Arturo hit Leroy Mascarenas.

5         Q.    Arturo who?

6         A.    Garcia.

7         Q.    When you say he "hit" him, what kind of

8    damage or injury did he cause to him?

9         A.    He stabbed him, tried to kill him.

10        Q.    And what type of wounds did you have once

11   you get to the hospital?

12        A.    Ice pick.  I think they nicked my kidney.

13   I had a stab wound in the head and the chest, and I

14   think they stabbed me nine times.  And the pipe is

15   what did more damage.  I got stitches on my

16   forehead, and my arm was pretty messed up from the

17   pipe.

18        Q.    So you've now been assaulted by two people

19   in prison.  Do you talk to the law enforcement

20   authorities about what happened to you?

21        A.    No.

22        Q.    Why not?

23        A.    Because I didn't want to snitch.  I didn't

24   want to rat.

25        Q.    So were they ever prosecuted for that

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   assault on you?

 2        A.    No.

 3        Q.    And since you didn't report it to

 4   authorities, how were you otherwise going to take

 5   care of this issue?

 6        A.    Try to kill him.

 7        Q.    Back in those days, were there cameras in

 8   the pods?

 9        A.    No.

10        Q.    Back then, did you admit that you were an

11   SNM Gang member to others, including corrections

12   officers?

13        A.    No.

14        Q.    Why would you not admit that?

15        A.    They told me to keep it quiet, not to brag

16   about it, not to put it out there.  We're not a

17   street gang, I was told.

18        Q.    And then what kind of rules were given to

19   you at that point in time regarding the gang?

20        A.    There wasn't really no set rules.  It's

21   just -- you would just -- like when I was around

22   old-timers and stuff, they would just school me on

23   pretty much how to conduct yourself, how to be --

24   you know, with -- how to stay quiet and not say

25   nothing, things like that.  Mostly about that.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1   Just, if you're going to do something, do it.  Don't

2   talk about it to no one.

3           I didn't get into politics or nothing at

4   that time.  I was a really young kid, and I didn't

5   really know too much.

6       Q.   So you told the jury that you got voted

7   in.  But at some point did you have to do what's

8   called earning your bones?

9       A.   Yes.

10      Q.   How did you do that, and when?

11      A.   I was supposed to do it when I was going

12  to hit Mascarenas.  But I got hit instead.  So

13  earning my bones, I needed to kill somebody, or at

14  least attempt it, try it.  And I didn't earn that

15  until 1998, when I came back to prison.  I stabbed

16  Brett Watson.

17      Q.   Okay.  What charges brought you back to

18  prison?

19      A.   Murder.

20      Q.   And how long had you been out before that

21  murder happened?

22      A.   Four months.

23      Q.   Okay.  We're going to come back to that

24  murder in a little bit.  Let me ask you about Brett

25  Watson.  Who was he?

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                  201 Third NW, Suite 1630
Santa Fe, NM 87501                                         Albuquerque, NM 87102
(505) 989-4949                                                    (505) 843-9494
FAX (505) 843-9492                                          FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    He was a Supreme White Power.

 2        Q.    And why was he selected?

 3        A.    He had it on his neck, SWP on his neck.

 4  And when I came -- when I went -- drove up to

 5  Cruces, to where we were -- in the unit where we

 6  were at, I was in the pod with him.  And just months

 7  before that, they had hit Chicken Little.  The same

 8  group had hit Chicken Little.

 9        Q.    Who was Chicken Little?

10        A.    One of the carnals, one of SNM.

11        Q.    Was he in your facility or another

12  facility?

13        A.    He was in another facility.  And they had

14  hit him, the same people.  So when I drove up, I

15  asked Chaps about it, and -- Chaparro was the oldest

16  one there at the time.  So I asked him about it.  I

17  asked him, I asked him if -- "What's going to happen

18  with this guy?  He's living with me, you know.

19  Aren't we supposed to do something?"

20             And once I brought that up, he said,

21  "Yeah, it needs to get done, if that's who it is."

22             So from there, we plotted.  Just me and

23  him, though.  And because I already knew him from

24  the Main, and how to keep quiet and stuff, we took

25  care of it really slick, and no one really knew
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   about it.
 2       Q.   And you mentioned a little bit ago that
 3   you drove up to the facility.  What does that mean?
 4       A.   Well, when we arrive, when we go to
 5   another facility.  That's just the way we call it,
 6   talk.
 7       Q.   What -- how did you deal with Brett
 8   Watson?
 9       A.   Well, I befriended him, became his friend,
10   started talking to him, and you know, making him at
11   ease, make him comfortable, so he don't think
12   anything is up.
13       Q.   And then what eventually happened to him?
14       A.   Well, at the last minute, kind of like a
15   day or so before, there was two other white boys
16   that were living with him, and I used them.  I went
17   and told them that they need to take care of their
18   own, or we're going to take care of you.  Because
19   the pod was full of SNM, so they were outnumbered.
20   They were not going to win, if they didn't listen,
21   so -- but at the same time nobody knew -- in the pod
22   with me, none of the SNM knew.  I was the only one
23   that knew at the time.
24            And so I pulled them in, told them that
25   "We need to take care of this.  I'm going to make
```

SANTA FE OFFICE                                                                    MAIN OFFICE
119 East Marcy, Suite 110                                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                                          Albuquerque, NM 87102
(505) 989-4949                                                                   (505) 843-9494
FAX (505) 843-9492                                                          FAX (505) 843-9492
                                                                                1-800-669-9492
                                                                    e-mail: info@litsupport.com



1  sure it happens.  I'm going to go in there with you,

2  and we're going to strangle him.  Because stabbing

3  him is too sloppy, and strangling him will get him,

4  you know, killed.  It's clean, and he will -- we

5  probably could get away with it."

6          So when -- the day we were going to go do

7  it, I told him to make a ligature.  I told Spider --

8  he was a white boy, so I just know him as Spider --

9  I told him, "Make a ligature, and be ready in the

10 morning, because we're going to hit him first thing

11 in the morning while everyone goes to chow."

12         And then, at the last minute, I told a few

13 carnals what was going to happen so they could stay

14 back, just in case something went wrong; like two of

15 them, two carnals to stay back.  The rest go to

16 chow.  When they go to chow, we're going to hit him.

17 And what happened -- everything happened according

18 to plan.  As we went in there, though, he was

19 asleep, and everything, but the guy had a stinger

20 cord, which  was --

21     Q.   What is that?

22     A.   It's like a plug, just like a regular

23 plug, electrical plug.  And I told him, "That's not

24 going to work, man.  That's going to break."  I told

25 him, "It's too late now, we've got to go now,

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  because it's got to be done today."

2         And before that, though, Chaparro had made

3  me a shank like he did in the Main.  He was good at

4  that.  So he's actually the one that taught me how

5  to make them.  Once he made that, gave me that, I

6  was ready.  And I didn't like to hold weapons too

7  long before I use them, because I didn't want to get

8  caught with it.

9      Q.   What did you do to Brett Watson?

10     A.   I went into the room and held him down at

11 first, so that Spider could choke him.  He wrapped

12 it around.  He started choking him.  But just like I

13 knew it would do, the thing snapped and broke, and

14 once it did, the guy let out a scream so loud that

15 we had to do it fast, because I think that's when

16 the CO heard, and was wondering what was going on.

17 And I started stabbing him in the back area.  Once

18 that happened, you know, once it broke, I started

19 stabbing him.  And then Spider started stabbing him

20 also with the icepick in his neck.  And he just laid

21 there.  I thought he was dead.  I walked out, went

22 and cleaned up, and threw the shank down the toilet

23 in Spider's room, so if anyone gets caught, it's the

24 white boys that got caught, not us.  And cleaned up,

25 and that was it.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              After that, they shook down, they
 2   investigated.  And I guess he went to the hospital,
 3   and, you know, surgery, whatever, and survived.  And
 4   because he didn't say nothing, they didn't know
 5   really who -- they were just going off confidential
 6   information after that.
 7        Q.   Let me ask you this:  Did you ever get
 8   prosecuted for that crime?
 9        A.   No.
10        Q.   Did Brett Watson ever serve as a witness
11   against you?
12        A.   No.
13        Q.   And as a result -- did he survive?
14        A.   Yes.
15        Q.   Even though he survived, did you still
16   earn your bones for that?
17        A.   Yes.
18        Q.   Is that when you got your tattoo?
19        A.   Yes, I actually got the tattoo two nights
20   before I stabbed him.
21        Q.   And you mentioned Spider.  Is that a
22   person named Calbert, or is it a different Spider?
23        A.   That's a different Spider.
24        Q.   So that was 1998?
25        A.   Yes.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

31

1    Q.   At some point in time, had you met someone
2  named Angel Munoz?
3    A.   Yes.  That was back in '96.
4    Q.   Two years before this?
5    A.   Yes.
6    Q.   And what you were doing in those two years
7  between meeting Angel Munoz and assaulting Brett
8  Watson?
9    A.   Being schooled, pretty much.  I learned a
10  lot through Angel and Gerald Archuleta.  They're
11  actually the ones that schooled me.
12    Q.   And so going back to Brett Watson, was
13  that hit on him in retaliation for the SWP's
14  assaulting SNM?
15    A.   Yes.
16    Q.   Did you do that because it was expected of
17  you as a member of the SNM?
18    A.   Yes.
19    Q.   All right.  Having met Angel Munoz, what
20  did you do for him or with him?  What was your
21  relationship with him?
22    A.   I looked up to him as he was a leader.  If
23  he said to do something, I would do it if he asked
24  me to.  Even if he didn't ask me, if he just told me
25  to do something, I would do it.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   Why were you so loyal to him?

2    A.   Because he was the jefe.  And he was

3  the -- he was the -- from what I heard, he was a

4  killer.  He was a person to look up to.

5    Q.   Back in those days, did you have larger

6  yards where you would have recreation with everyone,

7  or were they the cages that are smaller, like now?

8    A.   No.  Large yards.  It was open -- it was

9  wide open.  That's what we call wide open.

10   Q.   And what would you do with weapons in the

11 yard?

12   A.   Stash them, have them ready in certain

13 places we knew where they were, in case something

14 happened.

15   Q.   And what were you willing to do for Angel

16 Munoz back in those days?

17   A.   What was I willing to do?

18   Q.   Yes.

19   A.   Kill for him.

20   Q.   What eventually happens to the LCs?  Do

21 they stick around as a rival gang, or do they get

22 smaller?

23   A.   No, they started getting -- they were

24 pretty much dismantled.  The SNM had took over the

25 yards at the time because if there was an LC there,

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                       (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492
                                                                  1-800-669-9492
                                                          e-mail: info@litsupport.com



BEAN
&ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

1   one would get hit and maybe two or three would PC,

2   and they just got off the line.  They wouldn't go

3   onto the line.  And if they would go onto the line,

4   they would get hit right away.  So yeah, they were

5   pretty much dismantled.

6        Q.   I want to go back to a murder charge you

7   mentioned earlier.  So it sounds like you got

8   released from your aggravated assault sentence, you

9   were on the streets, and what were you doing once

10  you were released back to the streets?

11       A.   I was -- I had parole -- supervision,

12  supervised parole, so I had to do things carefully.

13  But Angel would send his wife to -- if I had dope, I

14  would give it to him -- give it to her for him.  If

15  not, I would go with her to go pick up some.  So I

16  was -- still had to be loyal to him even on the

17  streets.

18       Q.   And what was the purpose of picking up

19  either money or dope for him?

20       A.   So we can help him out in prison, while

21  he's in prison, so he could have it.

22       Q.   So were you responsible for sending drugs

23  or money into the prison to support --

24       A.   Yes.

25       Q.   Okay.  So during this time, you eventually

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                       (505) 843-9494
FAX (505) 843-9492                                             FAX (505) 843-9492

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1   strike up a relationship with a law enforcement
 2   officer?
 3        A.   Yes.
 4        Q.   How does that come about?
 5        A.   We just started having sex, me and -- she
 6   was a sergeant at the time.  And it went on from
 7   there.  We just -- she started introducing me to big
 8   people and started selling drugs, guns, whatever,
 9   whatever.
10        Q.   How did you first meet her?
11        A.   Through another girl that I was dating,
12   through her cousin.  It was -- I guess it was her
13   auntie or something like that.
14        Q.   And how did you very first meet her?
15        A.   It was at Cinco de Mayo, around that time.
16   And we just went out and partied.  And I was staying
17   at the house at the time, too, at her niece's house.
18   And she came, and we just started partying, and that
19   was it.  We hit it off from there.
20        Q.   Did you know she was a police officer at
21   the time?
22        A.   Yeah, when I first, first met her, yeah,
23   she was -- I didn't know she was a cop until the
24   very first time.  She drove up in a cop car, and it
25   kind of freaked me out, and I started stashing all
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1   my stuff.  I thought they were coming for me.

 2        Q.   What were you stashing?

 3        A.   Dope, gun -- I had a gun and some dope.

 4        Q.   Okay.  So you think she might be there to

 5   arrest you or search --

 6        A.   Yeah, search the house, whatever, because

 7   I was on parole at the time.

 8        Q.   And what happened?

 9        A.   She just came -- they introduced me to

10   her, and we started talking.  And by that nighttime

11   we were partying and having sex.

12        Q.   And about what year was this?

13        A.   '98.

14        Q.   How long does this go on with the

15   relationship with her and the drug-dealing and all

16   of that stuff?

17        A.   About a couple of months, I'd say.

18        Q.   What eventually happens to the two of you?

19        A.   Well, we just started getting in deep with

20   some, you know, money, drugs, doing some pretty bad

21   things.  For her being a cop, she was real paranoid,

22   you know, because of all that stuff.  Me, I didn't

23   really care.  I just got out of prison and I was

24   just doing my thing.  But it ended up -- we ended up

25   getting -- I guess she got herself into some things
```

SANTA FE OFFICE                                                      MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492                                               FAX (505) 843-9492
                                                                  1-800-669-9492
                                                          e-mail: info@litsupport.com



1    more.  I found out later.  At the time I didn't know

2    what she was into, how deep she was into it until

3    after I got my discovery and the murder happened.

4         Q.   All right.  Tell us about that murder,

5    then.  How do you find yourself in that position?

6         A.   She took me out that night to -- well, we

7    would go out drinking, you know, almost every night

8    after she got off of work.  But that night she --

9    when she took me -- because I was on the run by that

10   time.  I was on the run from the parole.  I had

11   already had broke the bracelet, and just went on the

12   run.  And so she knew it, but she would always flash

13   her badge.  If she got pulled over, she would flash

14   her badge, and they wouldn't even mess with her.  We

15   had gotten pulled over a few times at checkpoints,

16   and they never asked about me ever.

17            But that night she told me to leave my ID

18   behind.  And that's when I caught something -- that

19   something ain't right, because --

20        Q.   Why was that?

21        A.   Well, because usually, she won't even --

22   she's not worried, because she has her badge, you

23   know; she could just flash it and we're good.  But

24   that night, she told me to leave it behind.  And I

25   felt something -- you know, because I already had

SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                  Albuquerque, NM 87102
(505) 989-4949                                                              (505) 843-9494
FAX (505) 843-9492                                                    FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1  been stabbed before, so I knew -- I get that tense
 2  feeling that something is not right, something is
 3  not right about that night.  And --
 4           MR. LOWRY:  Your Honor, can we just object
 5  to the narrative form?
 6           THE COURT:  I'm sorry?
 7           MR. LOWRY:  Can we object to the
 8  narration, and get some questions and answers?
 9           THE COURT:  All right.  Why don't you
10  break it up a little?
11           MR. CASTELLANO:  Sure, Your Honor.
12  BY MR. CASTELLANO:
13      Q.   So you tell us that you get an uneasy
14  feeling.  Do you do what she asks?  Do you leave
15  your ID behind?
16      A.   Yes.
17      Q.   And what happens after that?  Where do you
18  guys go?
19      A.   To the Petroglyphs.  She drives us up
20  there.
21      Q.   Any particular reason why you're driving
22  out to the Petroglyphs?
23      A.   She said it was to go drink and party and
24  stuff.  But I didn't think that's what we were going
25  there for.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   What happens when you get out there?
 2        A.   There is another car about 100 yards away,
 3   parked there.  I assumed it was the rangers.  I told
 4   her that it might be the rangers; we need to get out
 5   of here, because I'm on the run.
 6        Q.   And at this point, what time of day or
 7   night is it?
 8        A.   It's around midnight.
 9        Q.   So it's dark outside?
10        A.   Yeah.  It was close to 12:00, 1:00 in the
11   morning.
12        Q.   All right.  So what happens?
13        A.   I get her gun.  When I'm hugging her, I
14   take her gun away.
15        Q.   Why?
16        A.   Because I was paranoid, and I got scared
17   that she was up to something.  And I just said, "I'm
18   going to go stash it."  I told her, "I'm going to
19   put it in the truck."  But I didn't put it in the
20   truck.  I kept it on me.
21        Q.   And then what happened?
22        A.   She kept asking for it back.  And I said,
23   "No."  And at one point she tried to come and get it
24   from me, and that's when I shot three times, and she
25   dropped.
```



SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                    FAX (505) 843-9492
                                                          1-800-669-9492
PROFESSIONAL COURT                        e-mail: info@litsupport.com
REPORTING SERVICE

```
 1        Q.   Why did you end up shooting at her?

 2        A.   Well, because she was going to come and

 3   try to get the gun away from me, and I wasn't going

 4   to let her.

 5        Q.   What were you worried about that night?

 6        A.   Getting killed or -- I mean, we were in so

 7   deep in some stuff, and drugs and stuff, that I

 8   didn't know what was going on.  I mean, I was pretty

 9   right.  After -- when I got arrested and got my

10   discovery, I found out that I was pretty much right,

11   that there was something going on.  But, yeah, I was

12   paranoid that there was a hit on me, or something

13   like that.  Because she dealing with the Mexicans,

14   and we were in deep with that.  So I was thinking

15   they were going to kill me.

16        Q.   And whatever happened with the other

17   vehicle?  How did that kind of play into --

18        A.   One of the witnesses that found the body

19   said that they seen a car by the body.  And that

20   when she tried to -- she was so scared that she

21   didn't want to go to the rangers, that she --

22   because the car was following her as she was

23   walking.  And so she got in her car, and that car

24   followed her.  And she finally got away from that

25   car, making moves, I guess, or something.  That's
```

SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                              Albuquerque, NM 87102
(505) 989-4949                                                          (505) 843-9494
FAX (505) 843-9492                                                  FAX (505) 843-9492
                                                                      1-800-669-9492
                                                              e-mail: info@litsupport.com

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    the way she described it in trial.  And --

2              MR. LOWRY:  Objection, foundation.

3         Q.   Well, did that happen at your trial?

4         A.   Yes.

5         Q.   Are you telling us about witness testimony

6    at that trial?

7         A.   Yes.

8              MR. LOWRY:  Objection, hearsay.

9              THE COURT:  Well, I guess I'll have to

10   sustain.

11   BY MR. CASTELLANO

12        Q.   So you took that case to trial?

13        A.   Yes.

14        Q.   Correct.  What happened as a result of

15   going to trial on that case?

16        A.   I got found guilty and got a life

17   sentence.

18             MR. CASTELLANO:  May I have a moment, Your

19   Honor?

20             THE COURT:  You may.

21             MR. CASTELLANO:  Your Honor, at this time

22   I move the admission of 434.

23             THE COURT:  Any objection from the

24   defendants?

25             MR. VILLA:  No, Your Honor.

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492                                            FAX (505) 843-9492
                                                                   1-800-669-9492
                                                        e-mail: info@litsupport.com



```
 1            THE COURT:  All right.  Government's
 2   Exhibit 434 will be admitted into evidence.
 3            (Government Exhibit 434 admitted.)
 4   BY MR. CASTELLANO
 5        Q.   Okay.  Mr. Martinez, I'm going to draw
 6   your attention to Bates stamp number 8988 of that
 7   exhibit.  Are you able to see that on your screen,
 8   sir?
 9        A.   Yes.
10        Q.   Okay.  So when were you convicted of that
11   crime?
12        A.   When?
13        Q.   Yes.
14        A.   In 2001.
15        Q.   And when did the actual shooting take
16   place?
17        A.   In 1998.
18        Q.   How long did it take, after you shot the
19   police officer, before you were arrested and charged
20   with that crime?
21        A.   About three years.
22        Q.   About three years?
23        A.   Yeah.
24        Q.   How was it eventually solved?
25            MR. LOWRY:  Objection, foundation.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              THE COURT:  Well, if he knows.
 2              Why don't you lay some foundation as to
 3  how he knows?
 4  BY MR. CASTELLANO
 5       Q.   Sure.  Do you know how you were caught
 6  eventually for that crime?
 7       A.   Yes.  They said that I was the last person
 8  to be seen with her.
 9       Q.   Okay.
10       A.   That's what they told me.
11       Q.   And just for clarification, when you shot
12  this police officer, was that an SNM hit?
13       A.   No.
14       Q.   Now, the conduct leading up to it, the
15  drug-dealing and the firearms -- was that SNM
16  activity?
17       A.   Yes.
18       Q.   Okay.  I want to turn your attention to
19  another page in that exhibit.  It's Bates stamped
20  8985.  When you killed the police officer -- what
21  was her name?
22       A.   Cheryl.
23       Q.   And you were convicted of first-degree
24  murder?
25       A.   Yes.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1        Q.   I'm showing you now a judgment, sentence,
2   and commitment filed June 24, 2002.  What is that
3   conviction for?
4        A.   It's for killing Matthew Cavalier.
5        Q.   And was that a conviction for
6   second-degree murder?
7        A.   Yes.
8        Q.   Now, earlier you told us about somebody
9   named Matthew Cavalier.  Is this the same Matthew
10  Cavalier?
11       A.   Yes.
12       Q.   Was he somebody you previously got along
13  with?
14       A.   Yes.
15       Q.   How is it you find yourself killing
16  somebody who actually previously protected you and
17  befriended you?  How did that happen?
18       A.   Because he had ratted on a murder that
19  happened in '96, with Victor Herrera.
20       Q.   And is Victor Herrera the same Sick Vic
21  you mentioned earlier?
22       A.   Yes, the one that stabbed me, yes.
23       Q.   So where are you at the time that this
24  murder happens?
25       A.   Which murder?
```




SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1     Q.    Matthew Cavalier.

2     A.    BCDC.

3     Q.    And why were you in BCDC?

4     A.    Awaiting trial for the first-degree -- the

5  other murder, the cop murder.

6     Q.    So you're in BCDC, the Bernalillo County

7  Detention Center?

8     A.    Yes.

9     Q.    So you find yourself in jail pending

10  charges for the previous murder.  And how is it that

11  you find yourself next to Matthew Cavalier?

12     A.    He just drove up one day, and came in, and

13  they just put him next to -- I just was in

14  disbelief, because they already knew he was a

15  marked -- he knew he was marked, because he ratted.

16  So I was surprised that he even just came into that

17  pod knowing that he was going to get killed.

18     Q.    In other words, knowing he was marked --

19  he didn't PC?

20     A.    He didn't PC.

21     Q.    And what discussion do you have with

22  others about the fact that he's now living with you?

23     A.    Well, I go rap to Styx.  Immediately we

24  had a meeting right away, because it was just four

25  of us in there.  It was me, Styx, Rabbit, and Paco.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.    Let me stop you there.   Is Styx also known
 2   as Gerald Archuleta?
 3        A.    Yes.
 4        Q.    And was he in the facility with you at
 5   that time?
 6        A.    Yes.
 7        Q.    And who was Rabbit?
 8        A.    Samuel Silva.
 9        Q.    Do you know Paco's name?
10        A.    Francisco Villalobos.
11        Q.    And are you living in the same pod or
12   living area at that time?
13        A.    Yes, we're all living together.   There was
14   other -- two other SNM members at the time in there,
15   too:   Fuzz -- I don't remember his name -- Kelly
16   Mercer were also living in there, but they weren't
17   part of that meeting.
18        Q.    Tell us what happens when you meet with
19   Styx and the others?
20        A.    Well, we just all agree, we pretty much
21   said:   "He has to go, we have to kill him."
22        Q.    Why did he have to go?
23        A.    Because there was paperwork on him.
24        Q.    And what problem did that create in terms
25   of being an SNM Gang member?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    Excuse me?

 2        Q.    What problems did that create for being an

 3   SNM Gang member?

 4        A.    Well, once you rat, you become -- that's

 5   it.  You're dead, pretty much.

 6        Q.    Is that part of the rules of the gang?

 7        A.    Yes.

 8        Q.    And are you required to enforce those

 9   rules?

10        A.    Yes.

11        Q.    So what happens?

12        A.    Once he drove up there, we were obligated.

13   There was -- or else we would all answer to it

14   later, if we didn't take care of him.  If they found

15   out later that he was living with us, and we had a

16   chance to hit him, and we didn't, later on we would

17   all have to answer to that in one way or another.

18        Q.    What happens to Matthew Cavalier?

19        A.    For count, I made a ligature -- and we all

20   agreed how it was going to happen.  We talked -- me,

21   Paco, and Silva had talked about how we were going

22   to kill him.  And so for count, it was going to be

23   after count, after chow, when -- you know, when

24   everything is calm, you know, when everything is

25   done; the COs are out of the pod, and everything
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1    like that.  And the signal was that Rabs was going
2    to hold him.  Paco would hold his feet.  And I would
3    strangle him.  And the reason why Rabs was --
4    because he was bigger, stronger, and there was no
5    way Mosco would get out of that.
6              So after chow, that's exactly what
7    happened.  And the signal was:  When I throw out --
8    we're going to smoke a cigarette together.  You guys
9    go in there first, I'll go in last, because that way
10   he don't get paranoid.  I went in last, I closed the
11   door.  As soon as I took a toke, I threw the
12   cigarette in the toilet.  That was my sign for --
13   when I do that, that's when Silva is to hold him.
14   And I take off the belt, and that was the ligature,
15   and I jumped on top of him and started strangling
16   him.
17        Q.   And does he know it's you who is
18   strangling him?
19        A.   Yes.  He told me, "Don't do it, Roy."
20        Q.   And is he looking at you when this
21   happens?  Or how are you strangling him?
22        A.   What's that?
23        Q.   Is he looking at you?  Are you behind him?
24   How are you positioned?
25        A.   When I took off the belt, and I turned
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

48

```
 1   around, and he was in a bear hug, yeah, he looked at
 2   me.  That's when he told me, "Don't do it."
 3        Q.   What did you do?
 4        A.   I just blocked that out of my mind.  You
 5   know, I just had no choice.
 6        Q.   Why did you have to block it out?
 7        A.   Because he was my friend, you know.  He
 8   was somebody that, you know, looked out for me in
 9   the past; had came and warned me that they were
10   going to hit me, and tried to get me to PC so I
11   don't get killed.
12        Q.   Okay.  So what happens to him?
13        A.   I get on top of him and start strangling
14   him, and put my knee on the back of his head, till
15   it's broke.
16        Q.   And did he die?
17        A.   Yes.
18        Q.   We looked at the judgment here a second
19   ago.  So you were convicted of that offense?
20        A.   Yes.
21        Q.   And how was it that you were charged and
22   convicted?  Was this discovered right away or was it
23   discovered later on?
24        A.   Yeah, it was -- well, the body wasn't
25   discovered until 24 hours later.  He laid in there.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   The COs didn't know.  They thought he was asleep.
 2            But then, under investigation, they pulled
 3   Kelly Mercer out, and he told right away what
 4   happened.
 5            And they had pictures of my hands, which
 6   were swollen with ligature marks on them.
 7       Q.   How did you find out that Kelly Mercer had
 8   told?
 9       A.   When they indicted all of us, they put us
10   all in the same pod together.  And they had bugged
11   our cells.  They were listening to us.  Kelly Mercer
12   was one of the first ones to go to the interview and
13   never came back.
14       Q.   Whatever happened to Kelly Mercer?
15       A.   I have no idea.  There was actually four
16   people that were in the unit or something that had
17   cooperated.
18       Q.   And who eventually was convicted of this
19   murder?
20       A.   I was.
21       Q.   Anyone else?
22       A.   Gerald Archuleta and Paco.  Samuel Silva
23   was the only one that didn't.
24       Q.   And I take it Samuel Silva wasn't
25   convicted because you guys didn't rat on him and say
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  he was involved?

2      A.   Well, what happened was, we were going to

3  go to trial -- we were scheduled to go to trial, and

4  like a day before, or something, I called my lawyer,

5  and I said, "I can't take him down with me.  They

6  want me.  And I'll take a plea right now, if they

7  drop his charges."

8           And that's how it went down.  The DA was

9  quick to do a conviction; didn't care about Mosco or

10  any of us, really.  He just wanted to get it over

11  with.

12          I signed a plea.  He said, "Hey, just

13  confess to the judge, and we'll drop the charges on

14  Silva, and that will be that."  And that's how it

15  went down.

16      Q.   So his charges were dismissed?

17      A.   His charges were dismissed, and I pled

18  guilty on the same day.  And family members were

19  pretty upset for that reason, you know, because we

20  did that.

21      Q.   Because he wasn't held responsible for the

22  murder?

23      A.   Exactly.  And that he was going to be let

24  out eventually to the streets again.  And they were

25  scared.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   I want to take you back to 1998, back in
 2   time now.  Were you involved with an arson at the
 3   prison?
 4        A.   Yes.
 5        Q.   How did that happen?
 6        A.    It actually happened in '97, I think.  I
 7   lit a fire in the vent, in the Main penitentiary.
 8        Q.   Why did you do that?
 9        A.   Because they didn't bring me my property.
10   They were messing around with me, the COs.  I was a
11   young kid.  I was really impatient.  Back then it
12   was just a jungle.  The cops were really -- you
13   know, there is no respect.
14        Q.   When you say "cops," are you referring to
15   the correction officers?
16        A.   Yes, the COs.
17        Q.   Did someone get hurt, or almost get hurt
18   as a result of this arson?
19        A.   Yes.  I didn't know, but somebody had --
20   one of the PPS officers was working on the toilet at
21   the far end of the corridor, or whatever you call
22   that, pie chase.  And when the fire started, I guess
23   it was so bad, so much, that it blew up a hole in
24   the vents and caught fire to the insulation, and he
25   got smoked out, and he passed out.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   Did he survive?

 2        A.   Yes.

 3        Q.   And what was the corrections officers'

 4   response to your arson?

 5        A.   They beat me up.  On the way to the

 6   shower, they came -- they got me out of the shower.

 7   The Major actually stopped it, but they were beating

 8   me.  They cut my eye open.

 9        Q.   And did you report that to the

10   authorities?

11        A.   No.

12        Q.   Were any of the corrections officers

13   prosecuted as a result?

14        A.   No.

15        Q.   Why not get the corrections officers in

16   trouble by --

17        A.   I just was just told not to say nothing

18   and we'll handle it ourselves.

19        Q.   I'm going to ask you about somebody named

20   Javier Molina.  Are you familiar with that name?

21        A.   Yes.

22        Q.   And sometime around 2013, 2014, did you

23   receive any paperwork related to Javier Molina?

24        A.   Yes.

25        Q.   What did you receive?
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                           Albuquerque, NM 87102
(505) 989-4949                                                       (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492
                                                                  1-800-669-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE                              e-mail: info@litsupport.com

```
 1        A.    It was like a bench warrant or something.
 2   It was like a warrant, like two pages, three pages,
 3   maybe.
 4        Q.    How did you receive those documents?
 5        A.    Legal mail.  It was actually stacked with
 6   some other paperwork, but it was miscellaneous.   I
 7   don't even know what.
 8        Q.    In which facility were you living during
 9   that time?
10        A.    The North, PNM North.
11        Q.    That's the North facility in Santa Fe?
12        A.    Yes.
13        Q.    And what did you think when you received
14   the paperwork?
15        A.    I just -- well, at first I didn't really
16   think anything of it until I recognized the name and
17   there was little highlights in it were underlined;
18   things were underlined.  And it was something to the
19   effect that he got out of the car, and he was with
20   them earlier, you know, and this and that.  I can't
21   really remember.  But it was something to that
22   effect.  It was real brief.  It wasn't a big old
23   long thing.
24        Q.    All right.  And what did you think about
25   reading that information?
```

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                           201 Third NW, Suite 1630
Santa Fe, NM 87501                                   Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                      FAX (505) 843-9492
                                                         1-800-669-9492
                                                e-mail: info@litsupport.com



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        A.   I actually didn't really think nothing at

 2   the time.  You know, I was really -- it wasn't much

 3   of anything.

 4        Q.   And what did you do with that paperwork?

 5        A.   I stashed it in my other paperwork, my own

 6   stuff.

 7        Q.   Why did you do that?

 8        A.   Just in case the COs come and shake down.

 9             One thing I learned from the history, is

10   when I -- after I killed Mosco, we had paperwork on

11   other rats, people that were telling, and I didn't

12   want to get caught with that paperwork, because

13   people that testified or were going to testify in

14   Moscow's case -- we had that paperwork.  And I

15   didn't want to have it in my room, because they were

16   going to try to kill those dudes.  So I didn't want

17   them to link me to any of those murders, if they

18   happened.

19        Q.   So in other words, if you have

20   cooperators' information in your cell, and that

21   cooperator dies --

22        A.   Yes.

23        Q.   -- you can get potentially tied to that?

24        A.   Yes.

25        Q.   And why stash it in your legal paperwork
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  as opposed to other places?

2      A.   Because the COs can't look through your

3  stuff.  They can skim through it, but they can't

4  read it.  They can't look at names or anything like

5  that.  But if they find somebody else's names, other

6  people's paperwork, you can get charged -- written

7  up, or whatever.

8      Q.   When you say "charged," is that an

9  administrative process?

10     A.   Yeah.  Administration.  They did write you

11  up for that.

12     Q.   Did you mention the paperwork to anybody?

13     A.   No, not right away.  Like I said, I didn't

14  think it was really nothing.

15     Q.   And so as a result, did you order

16  anything?  Did you do anything else with that

17  paperwork?

18     A.   No.

19     Q.   And had you met Javier Molina before?

20     A.   Yes.

21     Q.   Where had you met him?

22     A.   When I was in Southern, when I was in

23  Cruces with him, in the unit.

24     Q.   When was that?

25     A.   In 2012, 2013, those two years.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

 

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.    Did you have any problems with him?

 2        A.    No, none.

 3        Q.    And how did you find yourself at Southern,

 4   and then shortly after that back at the North?

 5        A.    Well, they locked up Pup, and then,

 6   shortly after they locked him up, they caught

 7   somebody sharpening a shank, in another pod, and as

 8   a result of that, they shook down, and they found

 9   shanks in my cell, Crazo's cell.  A few of us got

10   locked up for that.

11        Q.    Why did you have shanks?

12        A.    Just because they had told us we were

13   going to be going to the line; that there is a

14   possibility that we'd be going to the line.  And we

15   had enemies out there.  So we were getting prepared.

16   Just in case they told us we're going to the line,

17   we were packing.

18        Q.    At this point, is this -- are you only

19   housed with SNM?

20        A.    Yes.

21        Q.    And going to the line -- does that mean

22   you would be in general population with other

23   inmates?

24        A.    Yes, because we were in Level 4 at the

25   time.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   And you knew then that you would probably
 2   run into enemies?
 3        A.   Yes.
 4        Q.   You mentioned Pup.  Who is Pup?
 5        A.   Anthony Baca.
 6        Q.   I know you don't have your glasses today,
 7   but are you able to see him in the courtroom?
 8        A.   No.  I can't really -- I don't know which
 9   one he is.  I can't see.  I need glasses bad.
10        Q.   That's all right.  How did you know Pup,
11   or Anthony Baca?
12        A.   Just doing time.  I met him in 1995, when
13   I was a young kid.  But it was like real brief.  It
14   wasn't much of anything.
15        Q.   And who was he to you in 1995?
16        A.   Just another carnal.
17        Q.   At that point, did you know whether he
18   held any type of leadership responsibility or
19   anything like that?
20        A.   No, but I just knew he was old-time, he
21   was older.  Just respected older people, that had
22   been around longer.
23        Q.   What about your time with him at Southern?
24        A.   I got to know him there more when -- there
25   was some problems, I guess, that was happening
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   before I had got there with him, concerning him, and
 2   BB and Gumby and all these other guys.  I really
 3   didn't know too much about that stuff.  They were
 4   just -- something happened I guess.  But when I
 5   talked to him, I got along.
 6           MR. LOWRY:  Objection, Your Honor.  We
 7   need some questions and answers.
 8           THE COURT:  All right.  A little more Q
 9   and A.
10           MR. CASTELLANO:  Sure, Your Honor.
11   BY MR. CASTELLANO
12     Q.   Tell us about your conversation with
13   Anthony Baca.
14     A.   Just had a regular conversation about how
15   things should be run with the SNM.
16     Q.   Did he have ideas about the way it should
17   be run and the structure of the organization?
18     A.   Yes.
19     Q.   And who was Pup now when you were housed
20   with him at Southern?  What kind of responsibility
21   did he have, or role?
22     A.   Well, he was known as a leader that, you
23   know, earned his way.
24     Q.   And so what were some of the ideas he
25   shared with you?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    A.   Well, he wanted to -- he wanted more

2  discipline, more structure, more, like, people to,

3  you know, get in line, do things -- you know, have

4  respect for each other, things like that.

5          MS. JACKS:  Excuse me, Your Honor.  Are

6  these statements limited?

7          THE COURT:  I think they are.

8          These statements that are being testified

9  about that Mr. Baca made are limited just to him.

10 And you cannot use them in your consideration

11 against the charges against any of the other

12 defendants.

13          Mr. Castellano.

14 BY MR. CASTELLANO

15    Q.   How did you feel about his ideas?

16    A.   I liked them.  You know, I agreed we

17 should have more structure and more discipline,

18 things like that.

19    Q.   Why did that seem like a good idea about

20 this timeframe?

21    A.   Well, because it was -- there was a lot of

22 youngsters.  There was a lot of disrespect.  I mean,

23 for the most part, we were -- if something went

24 down, we would all stick together.  But yeah, there

25 needed to be more discipline and more structure at



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1  the time.  So that's what we were talking about

2  mostly.

3       Q.   And are you familiar with the term

4  "tabla"?

5       A.   Yes.

6       Q.   What's a tabla?

7       A.   It's a table, a panel of leaders, more

8  than one.

9       Q.   And when you were at the Southern New

10  Mexico Correctional Facility was there a tabla in

11  place?

12      A.   What happened is, we had a vote between

13  the pods in the unit.  So there were certain names

14  that were there.  My name was on there, BB's name,

15  Carlos.  Pup was the main one that was to be above

16  all.  So we voted.  There was a vote on it at the

17  time and the only pod that wasn't united in that was

18  blue pod.

19      Q.   What was the issue with blue pod?

20      A.   I guess they just -- people in there

21  didn't agree with Pup being at the top.

22      Q.   If you recall at this point, do you

23  remember who was in blue pod at that point?

24      A.   JR, Stoner, Dan Dan.  Those are the only

25  ones I really knew at the time.  Oh, Drama, Javier

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  Molina, and they were there, that I could remember.

2        Q.    You mentioned the name Carlos.   Carlos

3  who?   Which Carlos is this that you referred to?

4        A.    Lazy.

5        Q.    Do you know his last name?

6        A.    Herrera.

7        Q.    As a result of this vote, did he end up on

8  the tabla?

9        A.    Yes.

10       Q.    What responsibilities did you have then as

11 members of the tabla?

12       A.    To keep people in line and start, you

13 know, building, building up, discipline; you know,

14 working out, doing things like that.

15       Q.    And in terms of discipline, what were your

16 responsibilities if paperwork came in on somebody?

17       A.    Well, that was to be handled immediately.

18 If there was paperwork on somebody, they were to get

19 killed.

20       Q.    And as members of the tabla, what would

21 happen if you didn't follow through with the

22 responsibilities?

23       A.    Then we'd be dealt with.

24       Q.    Now, you told the jury earlier that you

25 had paperwork, some sort of paperwork on Javier

SANTA FE OFFICE                                                   MAIN OFFICE
119 East Marcy, Suite 110                                 201 Third NW, Suite 1630
Santa Fe, NM 87501                                         Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                          FAX (505) 843-9492
                                                              1-800-669-9492



 1  Molina once you eventually get back to the North

 2  from Southern?

 3       A.   Yeah, that was after.

 4       Q.   You told us about being in Southern,

 5  you're on the tabla; then you get sent back to the

 6  North.

 7       A.   Um-hum.

 8       Q.   And you receive the paperwork?

 9       A.   Um-hum.

10       Q.   What eventually happens to the paperwork

11  that you had?

12       A.   Well, when Javier got killed, I told Slim,

13  a Sureno at the time -- I don't know his name; he

14  was my neighbor.  I gave it to him and told him to

15  just hold it, because they're probably going to

16  shake us down.  I didn't know they were going to do

17  what they did.  They just went all-out.  But I told

18  him, "Hold it until after they're done shaking down,

19  and then I'll get it back from you."

20            But that never happened.  They moved me

21  and pretty much shut us down.

22       Q.   So what happened to your copy of the

23  paperwork?

24       A.   It went with that Sureno, whatever he did

25  with it.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.    And if you know, were the Surenos also
2  shaken down, or just the SNM?
3      A.    It was just SNM.  When that happened, they
4  went and targeted all SNM members and rounded us all
5  up, all state wide, and it was pretty massive.
6      Q.    At some point did you ever see or hear
7  about paperwork on Jerry Montoya?
8      A.    Yes.
9      Q.    And did you have a conversation about it?
10     A.    Yeah, he said it was fake and that it
11 wasn't real and stuff like that.
12     Q.    Where was this conversation, and when?
13     A.    When we were in Southern.  He would go
14 to -- my window was right there by the yard, so I
15 would be able to talk to them whenever they go to
16 the yard, the other units.
17     Q.    Do you remember what year that was?
18     A.    2012, 2013.  All I did was talk to him
19 about it.  He didn't show me nothing.  I just asked
20 him about it.  He said that it was just made up; it
21 wasn't real, and that Pup agreed that it was all
22 good and left it alone.
23     Q.    Did you have any discussions with Pup
24 about it?
25     A.    Not really, no.  Not about that.



SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                            201 Third NW, Suite 1630
Santa Fe, NM 87501                                    Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                    FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1    Q.   Was there ever any indication that BB had

2  the paperwork?

3    A.   Yes, Pup had came to -- well, after we got

4  locked down, I got locked down for a shank, and Pup

5  was already in lockup.  And I called him out for a

6  legal rep.  When they charged me, they gave me a

7  report.  So I called Pup out for a legal rep.  And

8  that's when me and him talked about --

9         MS. JACKS:  Objection, Your Honor.  This

10 appears to be calling for hearsay.

11        MR. CASTELLANO:  It's a statement by a

12 party opponent, Your Honor.

13        THE COURT:  Yeah, just calling Pup for a

14 legal rep, I'm not sure there is any truth to that.

15 Overruled.

16        MS. JACKS:  I think he was going to get

17 into what Mr. Baca allegedly said.

18        THE COURT:  He didn't get to it yet.  So

19 are you going to solicit this out-of-court

20 statement?

21        MR. CASTELLANO:  Yes, Your Honor.

22        THE COURT:  What's the exception for it?

23        MR. CASTELLANO:  It's a statement by a

24 party opponent, if it's Mr. Baca.

25        THE COURT:  All right.  Well, then the

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   comments can be used against Mr. Baca, but not the
 2   other three defendants.
 3           MR. CASTELLANO:  I understand, Your Honor.
 4   BY MR. CASTELLANO:
 5       Q.   So let me back up for a second.  I want
 6   you to explain this process to the jury.  You get
 7   caught with a shank?
 8       A.   Yes.
 9       Q.   And is there an administrative process for
10   that?
11       A.   Yes.  It's like a -- when you get a
12   report, you have a right to call for a legal rep,
13   somebody to represent you that's probably smarter.
14   And they call you out to have that legal meeting.
15   That's what it's called, a legal meeting, with that
16   person, and then so that we could go to prepare for
17   a hearing, just like court, kind of, and that's what
18   that is.
19       Q.   So is this like having a trial in the
20   prison?
21       A.   Yes.
22       Q.   And you can have another inmate represent
23   you or help you?
24       A.   Yes.
25       Q.   And at this point, did you select Mr.
```

SANTA FE OFFICE                                                        MAIN OFFICE
119 East Marcy, Suite 110                                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                                Albuquerque, NM 87102
(505) 989-4949                                                              (505) 843-9494
FAX (505) 843-9492                                                  FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1  Baca?

2      A.   Yes.

3      Q.   So tell us about this conversation you had

4  with them during the legal meeting.

5      A.   We talked a little bit about me getting

6  busted with the shank, and then the rest was why he

7  got locked up.  He showed me his paperwork, why he

8  got locked up, and that he was real pissed off at

9  the reasons why he was taken out of Level 4.

10          And so once we got in that conversation,

11  he started talking about how he -- who he had

12  thought that was responsible for him getting locked

13  up, and what he wanted done.

14     Q.   Now, when you say "locked up," did he get

15  removed from the pod?

16     A.   Yes, he was kited out, they call it.  It's

17  where there was like three different kites, from

18  what I remember, three different reasons why he got

19  locked up.

20     Q.   All right.  So what did he tell you about

21  getting kited out and his feelings about it?

22     A.   He thought it was -- he assumed it was

23  Dan Dan, Javier, and Drama, between them three, that

24  had -- they had something to do with him being

25  locked up.

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                 Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 843-9492                                                 FAX (505) 843-9492
                                                                   1-800-669-9492



1      Q.    Do you know Drama's name?

2      A.    No.

3      Q.    When you say "Javier," are you referring

4   to Javier Molina?

5      A.    Yes.   They all lived in blue pod with him.

6   And he assumed that it came from blue pod.   That's

7   why he got locked up.

8      Q.    And as a result of Mr. Baca getting kited

9   out, where did he eventually end up?

10     A.    In the hole with me.   Well, he was

11  actually there before I got there.   I got there like

12  a week later, in segregation, where we were at.

13     Q.    And were you in segregation because of the

14  shank?

15     A.    Yes.

16     Q.    After the Javier Molina murder happened,

17  did you get a chance to talk to other SNM members

18  about that murder?

19     A.    No.   You're talking about after the

20  murder?

21     Q.    Correct.

22     A.    After the murder, yeah, there was talk, I

23  mean, but we kind of were quiet because of the way

24  they had us shut down, we were pretty much like --

25  we couldn't really talk to nobody, like, about

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    things, because we didn't know what was going on at

2    the time for a while.

3         Q.   Now, after the murder took place, were you

4    housed at some point with Mario Rodriguez?

5         A.   He was actually in the next pod.  I mean,

6    eventually we were together.  But at the very

7    beginning of the stages, when the murder first

8    happened, they put him in the next pod, and I would

9    see him in the yard.

10        Q.   Now, when you're housed with him, which

11   facility is this?

12        A.   The North, PNM North.

13        Q.   After the murder, was Mario Rodriguez

14   moved from the Southern to the North facility?

15        A.   Yes.

16        Q.   And did he talk to you?  I don't need to

17   know what he told you at this point, but did he talk

18   to you about the murder and how it went down?

19        A.   No, he never really talked to me about the

20   murder.  He would just -- the only thing he had ever

21   said was --

22             MS. JACKS:  Objection, hearsay.

23             THE COURT:  We're still -- well, how do

24   you link this?

25             MR. CASTELLANO:  I agree that's hearsay,

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   Your Honor.  I'm not trying to elicit that.
 2            THE COURT:  All right.
 3   BY MR. CASTELLANO
 4       Q.   Did Mario Rodriguez express to you that he
 5   was upset with anybody following the Molina murder?
 6       A.   Yes.
 7       Q.   With whom was he upset?
 8            MS. JACKS:  Objection, hearsay.
 9            THE COURT:  Sustained.
10   BY MR. CASTELLANO
11       Q.   As a result of this conversation, did you
12   agree to put a hit on anybody?
13       A.   Yes.
14       Q.   And who was that?
15       A.   Robert --
16            MS. JACKS:  Objection, based on hearsay.
17            THE COURT:  Well, this is a decision he
18   made.  However he made it is not important.  He made
19   a decision.  Overruled.
20   BY MR. CASTELLANO
21       Q.   Who did you agree should be hit as a
22   result of the Molina murder?
23       A.   Ron Ron, Ronald.
24       Q.   Who is Ron Ron?
25       A.   That's Dan Dan's brother.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.    Is his name Ronald Sanchez?

 2        A.    Yes.

 3        Q.    Why was there an agreement to hit Ronald

 4   Sanchez?

 5        A.    Because Dan Dan was out of state, and

 6   couldn't -- couldn't get him.

 7        Q.    And did you agree that Ronald Sanchez

 8   should be hit in Daniel Sanchez' place for something

 9   that happened related to the Molina murder?

10        A.    Yes.

11        Q.    And who was part of that agreement?  I

12   don't need to know what they said.  I just want to

13   know who was part of that agreement.

14        A.    Baby Rob, myself; I think Spider.  I'm not

15   too sure who else.  I think there was a few of us

16   that were in the yard that day and came to an

17   agreement on that.

18        Q.    And is this Spider, David Calbert?

19        A.    Yes.

20        Q.    Now, before the Molina murder, did you

21   ever have a conversation with Anthony Baca about

22   Mr. Molina getting killed or the fact that he should

23   be killed?

24        A.    The only conversation we had was in 2013

25   in the yard, when he mentioned BB might have the
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   paperwork, and that he was holding out, and that --

 2   for me to ask him and try to get that out of him,

 3   and that needed to be done, that needed to be taken

 4   care of immediately, is the way he put it.

 5        Q.   Who was BB?

 6        A.   Javier Rubio.

 7        Q.   What did you understand Mr. Baca to mean

 8   when he said that needed to be taken care of

 9   immediately?

10             MR. LOWRY:  Objection, calls for

11   speculation.

12             THE COURT:  It's his understanding.

13   Overruled.

14        A.   Do I answer that?

15   BY MR. CASTELLANO:

16        Q.   Yes.

17        A.   He wanted him to be taken care of, killed.

18        Q.   And who is "he"?

19        A.   Javier Molina and BB at the time.  If BB

20   was holding out on the paperwork, then BB should be

21   hit, too.  Because we come to believe that BB had

22   the paperwork.

23             MR. LOWRY:  Objection.  There is not even

24   a pending question.

25             THE COURT:  Overruled.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1  BY MR. CASTELLANO:
 2      Q.   And who was BB at the facility?  What was
 3  his responsibility?
 4      A.   He was part of the tabla, the table.  He
 5  was a leader.
 6      Q.   So a leader who may have paperwork or is
 7  keeping it from others -- does that create a
 8  problem?
 9      A.   Yes.
10      Q.   Why?
11      A.   Well, because if he's holding out on that,
12  he's just as guilty as the guy that he's protecting.
13      Q.   Okay.  Now, you mentioned that following
14  the Molina murder, that you said there was a big
15  response by the Corrections Department?
16      A.   Yes.
17      Q.   What did the Corrections Department do to
18  all SNM Gang members?
19      A.   Stripped us, took all our stuff away; put
20  us in strip cells; left us there for, like, three
21  days like that, nothing but a mattress.
22      Q.   How did you feel about that?
23      A.   I was angry, pissed off, because I had
24  nothing to do with that murder, and the way they
25  were treating us.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        Q.   Did you feel that you were being held
 2   accountable for something you didn't do?
 3        A.   Yes.
 4        Q.   Did that seem fair to you?
 5        A.   No.
 6        Q.   And for getting locked down like that, did
 7   you expect that there should be some sort of process
 8   through the prison?
 9        A.   Yes.  We're used to -- the way the policy
10   states is that we're supposed to be -- we have a
11   process that we go through, that if they're going to
12   take our property, they've got to take us to a
13   hearing first.  And they didn't do that.
14             THE COURT:  Mr. Castellano, would this be
15   a good time for us to take our morning break?
16             MR. CASTELLANO:  Yes, Your Honor.
17             THE COURT:  All right.  We'll be in recess
18   for about 15 minutes.  All rise.
19             (The jury left the courtroom.)
20             THE COURT:  All right.  We'll be in recess
21   for about 15 minutes.
22             (The Court stood in recess.)
23             THE COURT:  All rise.
24             (The jury entered the courtroom.)
25             THE COURT:  I meant to mention this
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



```
 1  morning that Ms. Fox-Young's baby is still running a
 2  fever, so she's going to be with him this morning.
 3  She may come in this afternoon.  But that's where
 4  she is.
 5           All right.  Mr. Martinez, I'll remind you
 6  that you're still under oath.
 7           Mr. Castellano, if you wish to continue
 8  your direct examination of Mr. Martinez, you may do
 9  so at this time.
10           MR. CASTELLANO:  Yes, sir, thank you.
11           THE COURT:  Mr. Castellano.
12  BY MR. CASTELLANO:
13      Q.   Mr. Martinez, I want to take you back to
14  2013, and ask you if you also have a conviction for
15  possession of a deadly weapon or explosive by a
16  prisoner.
17      A.   Yes.
18      Q.   And how did that come about?
19      A.   It was during that shakedown that I spoke
20  of earlier, when me and Crazo and a few of us got
21  locked up for -- they found shanks in our cell.
22  They found a weapon in my cell.
23      Q.   And is this the same incident that you met
24  with Mr. Baca?
25      A.   Yes.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.   And so when you met with him, was that

2  part of the administrative process of the prison and

3  not part of a criminal case?

4      A.   Right -- it was both -- I mean, I got

5  charged on the streets, but they also do their

6  administration thing, so I got charged both with --

7  on the street charges and in prison.

8      Q.   So as a result of the prison proceedings,

9  what was the consequence to you there?

10     A.   I got found guilty, and they gave me some

11  disciplinary time.

12     Q.   And when things like that happen, does

13  that also result in the loss of good time?

14     A.   Yes.

15     Q.   And then, in addition to what happened in

16  prison, then were you prosecuted here in Las Cruces

17  in state court?

18     A.   Right.

19     Q.   Do you remember how much time you got for

20  that?

21     A.   I got eight and a half years suspended,

22  and got six months as part of a plea.  I took a

23  plea, something to that effect.

24     Q.   Why did you agree to cooperate in this

25  case?



SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                      Albuquerque, NM 87102
(505) 989-4949                                                (505) 843-9494
FAX (505) 843-9492                                       FAX (505) 843-9492
                                                          1-800-669-9492
                                                    e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1      A.    December 3, around there, the first week

2  of December.

3      Q.    And why did you agree to do so?

4      A.    Because I was already tired of being --

5  living that life, and just wanted to do the right

6  thing.

7      Q.    Now, when you agreed to cooperate, did the

8  FBI sign you up as a confidential human source or a

9  confidential informant?

10     A.    Yes.

11     Q.    As a result of getting signed up as a

12 confidential human source, did you receive money

13 from the FBI?

14     A.    Yes.

15     Q.    And do you remember if the total amounted

16 to $1,350?

17     A.    Right.

18     Q.    At some point did you lose the ability to

19 work as a confidential informant for any kind of

20 misconduct?

21     A.    Yes.

22     Q.    What was the misconduct?

23     A.    They found pills in my mattress.

24     Q.    What kind of pills were they?

25     A.    The medication I take.  I just had stored

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                     201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492                                               FAX (505) 843-9492
                                                                   1-800-669-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

e-mail: info@litsupport.com

```
 1    them up, and there was more than what I should have
 2    had.
 3         Q.    And did you also receive a tablet for
 4    reviewing discovery in this case?
 5         A.    Yes.
 6         Q.    What happened to that tablet?
 7         A.    I broke into it.
 8         Q.    And when you broke into it, did you figure
 9    out a way to reset the tablet?
10         A.    Yes.
11         Q.    What was the tablet able to do once you
12    reset it?
13         A.    Well, it erased all my discovery, for one.
14    And then it reset it back to the original,
15    whatever -- the Windows 10, I think it was, and
16    allowed it to -- all the features to work on the
17    tablet; and that's on the tablet.
18         Q.    And where were you when you first reset
19    the tablet?
20         A.    I was at PNM North.
21         Q.    And eventually at PNM North were you able
22    to access the internet or the Wi-Fi capabilities?
23         A.    No.  At the time I was the only one that
24    had my tablet like that.  I didn't know much about
25    Wi-Fi.  I didn't know what that was.  Kreaper is the
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1  one that kind of told me about it, because he's the

2  only one that knew about the thing, because we had

3  an SD card, and that's how it started, breaking into

4  the tablet.

5      Q.   Is Kreaper also known as Jerry Armenta?

6      A.   Yes.

7      Q.   And eventually did you leave that facility

8  and arrive at the Sandoval County Detention Center?

9      A.   Yes.

10     Q.   Once at the detention center, did you

11 learn that you could access the internet by using

12 the tablet?

13     A.   Yes.  By that time, almost everybody that

14 was living in that pod had -- I did their tablet,

15 too.  And Kreaper was the first one to get a Wi-Fi

16 connection.

17     Q.   Did you say that you helped the others

18 reset their tablets?

19     A.   Yes, I helped Playboy, Kreaper, Ben Clark,

20 like that, people like that.  Some didn't get theirs

21 right away.  I just did it to a few.

22     Q.   And then what did you do with your tablet

23 once you had access to the internet?

24     A.   Well, I would lend it.  Because the cell

25 that I lived in, I couldn't get it.  So I would give

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                 Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 843-9492                                                 FAX (505) 843-9492
                                                                   1-800-669-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE
                                                                   e-mail: info@litsupport.com

```
 1   it to Kreaper, and Kreaper would look up stuff for

 2   me, like porn and all that, and put it on there for

 3   me, and I would get it back; till they moved me into

 4   a cell where I could get it.

 5        Q.   Okay.  So what did you eventually do with

 6   your tablet?  You mentioned pornography?

 7        A.   Um-hum.

 8        Q.   What else?

 9        A.   Facebook, Gmail, video games.  That's it.

10        Q.   And once it was discovered that you had

11   tampered with the tablet, did you get the tablet

12   back?

13        A.   No.  They took it from me.  I haven't had

14   it since.

15        Q.   About when was that?

16        A.   It was last year.  I can't remember

17   exactly when.

18        Q.   Did you say it was the beginning, middle,

19   or end of last year?

20        A.   About the middle.

21        Q.   Can you tell the members of the jury

22   whether, after you pled guilty and agreed to

23   cooperate, you used any controlled substances?

24        A.   Yes, I used Suboxones.

25        Q.   Did you use anything else?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    No.
 2        Q.    And about -- where were you when you used
 3   Suboxone?
 4        A.    Sandoval, Lea County.  That's about it.
 5   Them two places.
 6        Q.    Do you use any other drugs?
 7        A.    No.
 8        Q.    Why not?
 9        A.    I stopped using in 2001, because I started
10   reading the Bible and things like that.  I stopped
11   doing everything.  And in 2008, I got real bad
12   hepatitis C, so I took the treatment.  And after
13   that, I just made sure never to -- I mean, I hadn't
14   been doing it since 2001, but at that time when I
15   got that treatment, I didn't get tattoos.  I won't
16   use needles or nothing.
17        Q.    All right.  In a prison facility, what's
18   the problem with getting tattoos or using needles?
19        A.    Getting hepatitis C.
20        Q.    So since that time, have you used any
21   other drugs, other than Suboxone?
22        A.    No, I haven't.
23        Q.    Now, in addition, as part of your
24   cooperation, did you agree to assist Agent Acee in
25   providing gang training to law enforcement officers?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   Yes.
 2        Q.   And you also agreed to participate in
 3   anti-gang programming for youth offenders?
 4        A.   Yes.
 5        Q.   Also as part of your cooperation, were you
 6   provided a contact visit with your daughter?
 7        A.   Yes.
 8        Q.   And at some point were you involved with,
 9   I guess I'll call it, a celebration?  It was a pizza
10   party with other cooperators?
11        A.   Yes.
12        Q.   And who was there?
13        A.   Bryan, Mark Myers, all the cooperators.  I
14   can't remember who else.  Oh, Nancy was there.
15        Q.   Is that Nancy Stemo?
16        A.   Yes.
17        Q.   When you say "Bryan," is that Agent Bryan
18   Acee?
19        A.   Yes.
20        Q.   Also as part of any benefits you received,
21   were you -- did you participate in philosophy
22   classes?
23        A.   Yes.
24        Q.   What was the purpose of them providing
25   philosophy classes for you?
```

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                           201 Third NW, Suite 1630
Santa Fe, NM 87501                                   Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                    FAX (505) 843-9492
                                                        1-800-669-9492
                                              e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1        A.    To learn how to speak and just to be

2   educated.

3        Q.    What about changing your way of thinking?

4        A.    Yeah, changing -- like to get our heads

5   to -- on the right path, to be -- to stop thinking

6   the way we used to think, you know; to train us how

7   to think different.

8        Q.    All right.  I want to take you back now to

9   before the break.  You were telling the jury that

10  you guys got locked down; you didn't think it was

11  fair.  What did you do as a result of being upset

12  about this?

13       A.    I filed a lawsuit.  I started doing a

14  paper trail, is what it's called.  I filed

15  grievances, things like that, to give the State an

16  opportunity to correct itself, because it had

17  violated its own policies.

18       Q.    All right.  What happened as a result of

19  starting that process?

20       A.    Derek Williams, the deputy warden at the

21  time, answered one of them, which he wasn't supposed

22  to answer the way he did, but he did.  And it helped

23  me in my lawsuit.  He had answered, saying that the

24  SNM is involved in a murder, something to the effect

25  that we're on restriction, which is illegal in the

SANTA FE OFFICE                                                                    MAIN OFFICE
119 East Marcy, Suite 110                                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                                 Albuquerque, NM 87102
(505) 989-4949                                                                     (505) 843-9494
FAX (505) 843-9492                                                                 FAX (505) 843-9492
                                                                                   1-800-669-9492
                                                                                   e-mail: info@litsupport.com



83

```
 1  state policies, that they weren't to restrict us

 2  over a murder.  They can do an investigation, but

 3  they couldn't restrict us.  And he worded it just

 4  like that, "restricted us," that we're on

 5  restriction.  So based on that, I started filing --

 6  educating myself on how to do a lawsuit.

 7       Q.   Now, when you said you learned to do a

 8  lawsuit, did you hire an attorney, or did you do

 9  this on your own?

10       A.   I did it on my own.

11       Q.   And what happened with your lawsuit?

12       A.   I ended up getting it.  I filed for a

13  dismissal based on my cooperation, that I was

14  cooperating, and the victim that I had was Gregg

15  Marcantel.  So he's the one that I was filing the

16  lawsuit against, so I decided not to drop it.

17       Q.   At some point as a result of being upset

18  about the lockdown, did you form a plan or agree

19  with others to kill Mr. Marcantel and

20  Mr. Santistevan?

21       A.   Yes.

22       Q.   Okay.  Who was Gregg Marcantel?

23       A.   He's the Secretary of Corrections.

24       Q.   And who is Dwayne Santistevan?

25       A.   He was head of the STIU at the time, that
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

**BEAN & ASSOCIATES, Inc.**
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
**1-800-669-9492**
e-mail: info@litsupport.com

```
 1   I understood.
 2        Q.   What was the problem that you had with
 3   him?
 4        A.   I really didn't have a problem with him.
 5   It's -- it started in 2013, when I had a
 6   conversation with Pup, and that's when that
 7   conversation started with me and Eric Duran.  We're
 8   out in the yard, and he was frustrated with Level 4.
 9   He said that he wanted to turn the Level 4 upside
10   down; that -- because they locked him up, and he was
11   frustrated with the administration, because I guess
12   something to the effect that he was trying to get
13   out.  He was writing letters and stuff to get out,
14   back to Level 4.
15        Q.   This is Mr. Duran, or is it Mr. Baca?
16        A.   Mr. Baca.
17        Q.   Okay.  Now, you said he started writing
18   letters?
19        A.   To -- I guess, to Santistevan, to let him
20   out.  And Santistevan told him, "No, you're not
21   getting out.  You're gone."
22             He was pretty pissed off at that.
23        Q.   So what discussions did you have back in
24   2013 about either Mr. Santistevan or Mr. Marcantel?
25        A.   We didn't have a conversation about
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   Marcantel.  He didn't mention Marcantel at all in

2   2013.  He just said it would be easy to get

3   Santistevan's son, which was an LT at the time.

4   Santistevan's son was an LT, lieutenant, at the

5   Central New Mexico Corrections Facility, and he said

6   that he wanted to try to get him hit to make a

7   point.

8        Q.   And is this Mr. Baca?

9        A.   Yes.

10       Q.   This is a conversation the two of you had?

11       A.   Three of us:  Me, him, and Crazo.

12       Q.   And is Crazo Eric Duran?

13       A.   Yes.

14       Q.   So tell us more about this conversation.

15       A.   That's about it.  He just said that, and

16  he was frustrated with the Level 4, he was done

17  with -- he wanted to flip it upside down; that they

18  were just a bunch of informants, you know,

19  worthless, and he was really pissed off.  He was

20  pissed off at the administration for not letting him

21  out, and how they're always locking him up, and it

22  was time; he wanted something done.

23       Q.   And did you agree that something should be

24  done?

25       A.   Yes.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1      Q.   What happened as a result of this

 2  agreement?

 3      A.   Me and Crazo pretty much agreed that we'll

 4  get it done if we can.

 5      Q.   And you mentioned Dwayne Santistevan's

 6  son.  At this point, was it anybody in

 7  administration, or how did you focus this agreement?

 8      A.   I just figured it was due to the gang

 9  unit; that Santistevan -- that he was a target

10  because he was responsible for our movement, for

11  SNM.  So that's who he was pissed off at.

12          MR. CASTELLANO:  May I approach the

13  witness, Your Honor?

14          THE COURT:  You may.

15  BY MR. CASTELLANO

16      Q.   Mr. Martinez, I'm going to show you what's

17  been marked for identification as 273, 274, and 275.

18  Go ahead and look at those, and tell us if you

19  recognize them.

20      A.   Yeah, I recognize them.

21      Q.   How do you recognize them?

22      A.   It's my writing.  It's what I said.  These

23  are -- we called them -- we had a nickname for

24  these.  We called them golden tickets.

25      Q.   All right.  Why did you call them that?

SANTA FE OFFICE                                    MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                 Albuquerque, NM 87102
(505) 989-4949                                     (505) 843-9494
FAX (505) 843-9492                                 FAX (505) 843-9492
                                                   1-800-669-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE
e-mail: info@litsupport.com

 1        A.    Because that was what was going to get
 2   things done on the streets.
 3        Q.    And if you remember, approximately when
 4   did you write those?
 5        A.    2015, around the beginning of 2015, I
 6   believe.  I'm not too sure.
 7        Q.    And other than redactions of things like
 8   address and phone numbers, does it appear to be a
 9   photocopy of the letters that you wrote?
10        A.    Yes.
11              MR. CASTELLANO:  Your Honor, I'd move the
12   admission of Government's Exhibits 273, 274, and
13   275.
14              THE COURT:  Any objection?
15              MR. LOWRY:  No objection, Your Honor.
16              THE COURT:  Not hearing any objection,
17   Government's Exhibits 273, 274, and 275 will be
18   admitted into evidence.
19              (Government Exhibits 273, 274, and 275
20   admitted.)
21   BY MR. CASTELLANO
22        Q.    Mr. Martinez, I know the writing is small
23   on one of those.  I'm going to leave those copies
24   with you, if you need those.  And I'm also going to
25   show you on the monitor Exhibit 273.

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                      Albuquerque, NM 87102
(505) 989-4949                                                  (505) 843-9494
FAX (505) 843-9492                                        FAX (505) 843-9492
                                                              1-800-669-9492
PROFESSIONAL COURT                         e-mail: info@litsupport.com
REPORTING SERVICE


BEAN & ASSOCIATES, Inc.

```
 1        A.    Okay.

 2        Q.    And we can actually make this writing

 3   larger if it helps you.  Does it help at all, or are

 4   you able to see it on the screen?

 5        A.    I can see that.

 6        Q.    So if you can, I'm going to have you read

 7   this to us, please.  And first of all, who did you

 8   address it to, if you remember?

 9        A.    This one was going to Lonely Boy, I think.

10        Q.    Who is Lonely Boy?

11        A.    Arthur Chavez.

12        Q.    Was he an SNM Gang member?

13        A.    Yes.

14        Q.    All right.  Go ahead.  And please begin

15   reading.

16        A.    "Q-vo, homie, Lonely.  The viejo told me

17   to get at you concerning the list you and him talked

18   about.  We have been through a small transition due

19   to the tactics of Gregg Marcantel.  He has degraded

20   the viejo and dishonored the familia."

21        Q.    Let me stop you there.  Who is the viejo

22   that you're referring to?

23        A.    Pup.

24        Q.    And who is Pup?

25        A.    Anthony Baca.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1     Q.   And who is the "familia" that's been

2  dishonored?

3     A.   SNM.

4     Q.   Please continue.

5     A.   "It is vital that you understand this.

6  And we have decided to make a statement of our own.

7  This is not a request.  It is an objective" -- or

8  directive, I can't -- I don't remember what I put.

9  Objective, I think -- "that must be handled

10  carefully and discreetly.  We have three carnals out

11  there who are on standby, and who are ready at our

12  word to take out the carnals who dishonor their

13  orders.  We have made some changes and there will be

14  no more second chances.  The viejo spoke with you

15  about the list, so now it's time to get it done."

16     Q.   Let me stop you there.  Does the viejo

17  still refer to Anthony Baca?

18     A.   Yes.

19     Q.   And what are you talking about when you

20  say that he spoke to him about a list?

21     A.   About -- what -- at the time we were

22  talking about the administration, the list of

23  Santistevan -- both Santistevans should be hit.

24     Q.   Okay.  And so initially, you told us that

25  it started with his son.  How is it that this letter

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                           Albuquerque, NM 87102
(505) 989-4949                                                       (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492
                                                                   1-800-669-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE                              e-mail: info@litsupport.com

1  now focuses on people like Santistevan and

2  Marcantel?

3      A.   Because Eric -- when me and Eric had a

4  conversation -- a few conversations, actually -- he

5  told me that Pup was in contact with him, and read

6  me a letter that Pup had wrote him.  Pup trusted

7  Crazo a lot.  And he had told me, he said, "Hey, he

8  wants to make a bigger statement.  Not just

9  Santistevan anymore.  He wants to go higher."

10          And he was pissed off, the way Marcantel

11  had talked to him, degrading him in front of

12  everybody.

13     Q.   Now, what are you referring to there when

14  you said he degraded him in front of everybody?

15     A.   Well, because Marcantel had made one of

16  them -- he had made, like, a gesture saying that you

17  guys -- your leaders, your so-called leaders, are

18  crybabies.  You know, they were crying when they

19  left there this morning, and stuff like that.  And

20  he got wind of it.  He heard about what happened.

21  And so Crazo had ran it down to me that he was

22  pissed off; he wanted something done; he wanted it

23  done.

24     Q.   Did Mr. Baca see that as disrespectful

25  towards him?

SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                               Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492
                                                                       1-800-669-9492
                                                           e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1       A.   Yes.

 2       Q.   You said, "When he was leaving."  Where

 3  was he leaving?

 4       A.   Out of state.

 5       Q.   So as a result of the Molina murder, did

 6  he and others get sent out of state?

 7       A.   Yes.

 8       Q.   Please continue.

 9       A.   Reading?

10       Q.   Yes.

11       A.   Where was I at?

12       Q.   We were talking about the list.  The viejo

13  spoke with you about a list.

14       A.   "So now it's time to get it done.  The

15  priority is the head of the NMCD, Marcantel.  He

16  must go.  The following are some carnals who you are

17  to get in contact with and organize the objective.

18  If they refuse, you have the green light to handle

19  them.  You have the green light to get this

20  objective done by any means possible.  You have

21  until midnight, August 31, to get this done.  If you

22  fail or reject this" --

23       Q.   At the top, "If you fail or reject

24  this" --

25       A.   -- "order, the carnals will visit you and
```



SANTA FE OFFICE                                        MAIN OFFICE
119 East Marcy, Suite 110                         201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                    FAX (505) 843-9492
                                                         1-800-669-9492
                                             e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1   you will not get a second chance.  However, if you

2   do, you will have the keys to those same carnals at

3   your disposal.  And there are only three, so that

4   the risk is minimal."

5        Q.   What are you talking about, the keys to

6   those carnals?

7        A.   Like they have authority over them.

8        Q.   Please continue reading.

9        A.   "But those three brothers are only on

10  standby for carnals who fail us or reject us.  They

11  remain secret, and are not to be used for the

12  objective.  If they see you talking to the cops,

13  they will visit you.  So, my brother, get this done

14  and make the statement with us.  Here is the carnals

15  for you to get in contact with, and get them on the

16  mission.  They don't have a choice.  They need to

17  earn their bones.  If they refuse, it is your duty

18  to handle it before we have" --

19        Q.   Where it says "before we have to step in"?

20        A.   Yeah.  I don't know where it's at.  Oh,

21  yeah:  "If they refuse, it is your duty to handle it

22  before we have to step in."

23             And then I gave Cuba, Gotti, Spider, Mono,

24  Mando, and Kilo their info, their numbers, and stuff

25  like that.  Their info.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1         Q.   Who were those individuals you just named?

2         A.   They were all carnals, SNM.

3         Q.   What does the bottom of the letter say?

4         A.    It says, "These six brothers are under

5    you.  The order is for them.  You are in charge.  Do

6    what you have to do.  But get it done.  The person

7    who gives you this, she will keep in touch.  From

8    here on, we will get ahold of you.  Do not write us

9    or try to get ahold of us, because they are on us

10   deep.  Keep your head up.  Catos 4 life, Amor."

11        Q.   Up above, it refers to the head of the

12   NMCD, Marcantel.  What is the NMCD?

13        A.   New Mexico Corrections Department.

14        Q.   Why did you write this letter?

15        A.   To get Marcantel hit.

16        Q.   And did you really want that to happen?

17        A.   Yes.

18        Q.   How upset were you with him and the

19   administration as a result of getting locked down

20   and things of that nature?

21        A.    I was pretty upset.

22        Q.   And you mentioned Marcantel by name.  So

23   this really isn't a coded letter.  How did you

24   expect this to get out of the prison and onto the

25   streets?
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                              Albuquerque, NM 87102
(505) 989-4949                                                             (505) 843-9494
FAX (505) 843-9492                                                  FAX (505) 843-9492
                                                                       1-800-669-9492
                                                           e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        A.    Well, Crazo had a way of -- we had done
 2   this before.  We had to send it legal mail, out to
 3   his girl, and then his girl would give it to other
 4   people and stuff.  So I trusted that way.  And
 5   that's where we sent it, how we sent it, or how I
 6   believed it was at the time.
 7        Q.    And so did -- based on a prior success
 8   getting things through, did you believe that this
 9   would also get through?
10        A.    Yes.
11        Q.    Let me turn your attention to 274.  This
12   is another letter that you wrote?
13        A.    Yes.
14        Q.    Go ahead and begin reading, please.
15        A.    "Q-vo, carnal.  It's time to make a
16   statement to Gregg Marcantel.  He needs to listen to
17   us.  The big homie got at you in Cruces and ran it
18   down to you already back in '13.  So you on point."
19        Q.    Let me stop you there.  When you say
20   "Q-vo," what does that mean?
21        A.    "Q-vo" just means, like, "hi."
22        Q.    And then you refer to a big homie getting
23   back to him in '13.  What does that mean?
24        A.    Because at the time Crazo had told me
25   something about him knowing what Pup -- what we
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    talked about with Pup in 2013, and that he had got

2    at Gotti already about some of that stuff.  So

3    that's what I was talking about.

4         Q.    Who is Gotti?

5         A.    He was a brother.  I don't know his real

6    name.

7         Q.    Please continue reading.

8         A.    "So now get it done, homie.  Here is

9    Cuba's, whatever, address, number.  Ask for Damian,

10   this and that, or go to" -- and then I gave some

11   other address.  "Tell him he needs to go with you on

12   this mission.  There are three brothers on standby

13   if any brother refuses this.  So it's your call.  If

14   Cuba refuses, set an example.  We are done playing

15   games and giving people breaks.  From now on,

16   whoever turns their backs on us out there will be

17   dealt with out there.  So in July, August, a carnal

18   will get at you with some info on the target.  But

19   if you get it first, handle it.  Amore, Catos for

20   life.  Big homie."

21        Q.    And is Amore a way that you talk to each

22   other sometimes?

23        A.    Yes.

24        Q.    And what do you mean when you say Catos?

25        A.    Syndicatos.  That's an old -- Angel is the

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   one that taught me how to say that among the big

2   homies.

3       Q.   And it says, "If Cuba refuses, set an

4   example."  What do you mean when you say that?

5       A.   Kill him.

6       Q.   Let's turn to Exhibit 275.  Do you

7   remember when you wrote these?  You referred to, I

8   think, the July-August timeframe in some of these

9   letters.  So was this before July or August of 2015?

10      A.   Yes.

11      Q.   Let me have you begin reading this letter,

12  please.

13      A.   "Carnalito, the big homies have come

14  together and we have decided that those of you who

15  are out there and still need to show your loyalty,

16  your time has come.  There is a mission for that

17  needs to be done.  The homie, Gotti, will get in

18  contact with you, and here is his number.  The

19  sooner you call, the better.  Both of you will be

20  given until August or September to accomplish the

21  following goal.  There are three brothers on standby

22  if you should feel as though you are not obligated

23  to fulfill your responsibility.  The name Gregg

24  Marcantel is a name you should know.  He sent a

25  message to us and made his statement.  Now we are

SANTA FE OFFICE                                                                                    MAIN OFFICE
119 East Marcy, Suite 110                                                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                                                 Albuquerque, NM 87102
(505) 989-4949                                                                                      (505) 843-9494
FAX (505) 843-9492                                                                                 FAX (505) 843-9492
                                                                                                   1-800-669-9492



1  ready to make ours.  He needs to go, and both of you

2  need to get it done clean.  Get everything ready and

3  our brother will get at you in July or August.  This

4  is not a request or a democracy.  It needs to get

5  done.  And if we have to find someone else, then the

6  brothers who found you to give you this message will

7  deal with you and your family, whoever you are with.

8  So honor your obligation to the family and get this

9  done.  Catos for life.  Amor."

10      Q.   Now, there is a portion here where it

11  says -- he's referring to Marcantel:  "He sent a

12  message to us and made his statement, and now you

13  guys want to make yours."  What is the statement

14  you're referring to that Marcantel sent you?

15      A.   After the murder of Javier Molina, they

16  locked us up, had us in those strip cells, and then

17  Marcantel came himself personally and told us about

18  Pup being a crybaby, pretty much saying -- he didn't

19  use them words exactly -- but he said something to

20  the effect that your so-called leaders are on their

21  way out and, guess what, they were crying.

22          And talking like that to us in the pod, in

23  front of everybody.  And at that time he pulled all

24  the SNM members out in handcuffs to talk to us about

25  that.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   And so even before the Molina hit, was Mr.

 2   Baca angry with the administration?

 3        A.   Yeah, he was already angry because of them

 4   locking him up.

 5        Q.   And then after the Molina murder, was

 6   Gregg Marcantel then added to this hit list, in

 7   addition to Santistevan?

 8        A.   Yes.

 9        Q.   What about somebody named Adam Vigil?

10        A.   He wasn't, no.  We didn't really talk

11   about him.

12        Q.   He wasn't part of your conversation?

13        A.   No, he wasn't part of my conversation with

14   him.  He was mostly pissed off at Santistevan when I

15   first talked to him.

16             MR. CASTELLANO:  May I have a moment, Your

17   Honor?

18             THE COURT:  You may.

19             MR. CASTELLANO:  I pass the witness.

20             THE COURT:  Thank you, Mr. Castellano.

21             Ms. Bhalla, are you going to take the lead

22   here?

23             MS. BHALLA:  Thank you, Your Honor.

24             THE COURT:  Ms. Bhalla.

25
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1                    CROSS-EXAMINATION
 2    BY MS. BHALLA:
 3         Q.   Good morning, Mr. Martinez.
 4         A.   Good morning.
 5         Q.   You testified on direct that you began
 6    cooperating with the Government I think in December
 7    of 2015; is that right?
 8         A.   Yes.
 9         Q.   And I believe at some point you had a
10    meeting with them -- and I think Agent Acee was
11    there, and I think Mr. Castellano was there -- and
12    that was on December 17.  Does that sound right?
13         A.   Yes.
14         Q.   Okay.  And were you truthful with them in
15    that meeting?
16         A.   Yes.
17         Q.   Okay.  So you wanted to tell them what you
18    knew in a truthful fashion?
19         A.   Yes.
20         Q.   Okay.  One of the things that you did in
21    that meeting, at least the way that I read the
22    report, is, you took the opportunity to tell them
23    about some current hits that were out on members of
24    the SNM.  Do you recall that conversation?
25         A.   Yeah.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1      Q.   And those were hits that were outstanding?

 2      A.   Yes.

 3      Q.   Okay.  And one of the people that you

 4   warned about being hit was Carlos Herrera.  Do you

 5   recall that?

 6      A.   Yes.

 7      Q.   Okay.  And part of the reason that there

 8   was a hit on Carlos Herrera was because he refused

 9   to follow orders to have Javier Molina killed; isn't

10   that correct?

11           MR. CASTELLANO:  Objection, calls for

12   hearsay.

13           THE COURT:  Well, are you trying to elicit

14   that out-of-court statement?

15           MS. BHALLA:  I think it goes to 803(3),

16   Your Honor.  And if I'm correct, the Government has

17   relied on that a lot to get in similar plans.

18           THE COURT:  Well, but whose state of mind

19   are you trying to get this --

20           MS. BHALLA:  This witness' state of mind,

21   Your Honor.

22           THE COURT:  Well, I don't see how that's

23   relevant here.  Sustained.

24   BY MS. BHALLA:

25      Q.   Did you have any personal knowledge about

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                 Albuquerque, NM 87102
(505) 989-4949                                            (505) 843-9494
FAX (505) 843-9492                                   FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1   that plan?

 2        A.   What plan, Miss?

 3        Q.   The plan to have Carlos Herrera hit.

 4        A.   No.

 5        Q.   Okay.  That was just something you heard

 6   about?

 7        A.   Um-hum.

 8        Q.   Okay.

 9        A.   Yes.

10        Q.   You also discussed a meeting that took

11   place talking about how things were going in the SNM

12   and that you testified that Carlos Herrera was

13   present for that meeting.  Do you recall?

14        A.   That he was present for the meeting?

15        Q.   Yeah, that you had a meeting in 2013 in

16   Southern, and that Carlos Herrera was there for that

17   meeting?

18        A.   Yes.

19        Q.   And you testified a little bit about that

20   meeting, but part of what you told the Government

21   was that the purpose of that meeting was that people

22   needed to stop killing each other in the SNM; isn't

23   that right?

24        A.   Right.

25        Q.   And that people needed to stop spreading
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   rumors about other members in the SNM; right?
 2        A.   Yes.
 3        Q.   And at some point you sent a letter to
 4   Agent Vigil; is that correct?
 5        A.   Yes.
 6        Q.   And in that letter you asked to get
 7   transferred back to Southern -- and this was after
 8   you were cooperating; right?
 9        A.   Yes.
10        Q.   And in that letter you asked to get
11   transferred back to Southern?
12        A.   Yes.
13        Q.   And you got asked to move -- to be moved
14   into the same pod as Carlos Herrera; do you recall
15   that?
16        A.   Yes.
17        Q.   And part of the reason that you wanted to
18   do that was because you said that Carlos got along
19   with people and didn't plot to kill other people;
20   isn't that true?
21        A.   Right.
22             MS. BHALLA:  May I have a moment, Your
23   Honor?
24             THE COURT:  You may.
25             MS. BHALLA:  I'll pass the witness, Your
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   Honor.   Thank you.
 2            THE COURT:   Thank you, Ms. Bhalla.
 3            Mr. Lowry, do you have cross-examination
 4   of Mr. Martinez?
 5                    CROSS-EXAMINATION
 6   BY MR. LOWRY:
 7        Q.   Good morning, Mr. Martinez.
 8        A.   Good morning.
 9        Q.   Mr. Martinez, you really didn't like the
10   restrictive conditions when you were locked down,
11   did you?
12        A.   No, sir.
13        Q.   And you testified this a little bit on
14   direct, but after, when you were locked down, you
15   did file a civil suit against the prison system?
16        A.   Yes.
17        Q.   And as part of that suit, you talked about
18   the disrespect you felt from the administration?
19        A.   Right.
20        Q.   And even mentioned as part of that suit
21   the disrespect that Secretary Marcantel -- you felt
22   he gave to you when he spoke to you and other SNM
23   members; correct?
24        A.   Yes.
25        Q.   And in your civil suit at paragraph 18,
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  you quoted Defendant Marcantel as stating, "Your

2  so-called leaders, when they found out they were

3  being shipped out, guess what, they started crying"?

4       A.   Yes.

5       Q.   And that was a meeting that happened just

6  after Mr. Molina had been killed at Southern;

7  correct?

8       A.   That's right.

9       Q.   And that meeting, Mr. Marcantel rounded up

10 everybody and came down to talk to them?

11      A.   Yes.

12      Q.   And that's when he made that statement?

13      A.   Yes.

14      Q.   But everybody knew he was lying when he

15 made that statement?

16      A.   Well, yeah.  At the time, yes, we were

17 thinking he was just trying to provoke us.

18      Q.   But it made you upset.

19      A.   Right.

20      Q.   And that's something that carried forward

21 with you?

22      A.   Yes.

23      Q.   Now, over the course of 2015, the lawsuit

24 was filed.  Do you remember when you filed it?  May

25 26, 2015?  Does that sound right?

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                            FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    Yes.
 2        Q.    And at that point in time, you'd already
 3   met Mr. Duran, and you were living in close
 4   proximity with him; correct?
 5        A.    He was my neighbor.
 6        Q.    Right.  He was your neighbor, and Robert
 7   Martinez lived on the other side of Mr. Duran?
 8        A.    Yes.
 9        Q.    And so you filed this suit, saying, "These
10   conditions are deplorable.  I need to do something
11   to change them"?
12        A.    Yes.
13        Q.    But the lawsuit -- you testified on direct
14   that the administration's response was somewhat
15   helpful, but it didn't change your conditions, did
16   it?
17        A.    Well, filing the lawsuit was mainly to
18   prove a point and get them to, yeah, change their
19   ways with the SNM, but I knew it wasn't going to
20   happen right away.  I didn't expect the change right
21   away.  I just -- I was going to follow through with
22   the lawsuit.
23        Q.    But my question is very simple.  Your
24   conditions didn't change in the summer of 2015, did
25   they?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    No.

 2        Q.    And in fact, when your conditions didn't

 3   change, you decided to take another course of action

 4   and you started a letter writing campaign to Adam

 5   Vigil?

 6        A.    No, that's not how it went down.

 7        Q.    Okay.  So you didn't write Adam Vigil on

 8   September 29, 2015, in the inter-prison mail?

 9        A.    Yeah, that was later.  But the question

10   you asked earlier is that I didn't just -- because

11   the lawsuit didn't work and they didn't change, I

12   didn't just start saying, "All right, well, let's

13   just start writing letters"; that didn't just pop

14   into my mind.

15        Q.    Did your conditions change in March of

16   2015?

17        A.    No.

18        Q.    You filed your lawsuit in May.  Did your

19   conditions change in June of 2015?

20        A.    No.

21        Q.    Did they change in July of 2015?

22        A.    No.

23        Q.    Did they change in August of 2015?

24        A.    No.

25        Q.    And did they change in September 2015?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    No.
 2        Q.    And at the end of September 2015, you
 3   wrote Adam Vigil a letter in the interoffice mail?
 4        A.    Yes.
 5        Q.    And do you remember telling Adam Vigil
 6   that you wanted out; you wanted -- you didn't want
 7   to talk to him; right?
 8        A.    Right.
 9        Q.    You didn't want anybody to know you were
10   talking with him?
11        A.    Right.
12        Q.    But you wanted to change your
13   conditions --
14        A.    Yeah.
15        Q.    -- of confinement?
16        A.    I wanted to get out of there, yes.
17        Q.    And you told Adam Vigil that you wanted to
18   go to Arizona?
19        A.    Yeah.
20        Q.    Because you didn't want to be in the
21   restrictive conditions that you were housed in in
22   the Department of Corrections?
23        A.    Right.
24        Q.    Okay.  So you said -- you basically
25   informed him you were ready to hang up your life and
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  change your ways, and you wanted to relax in

2  Arizona, get away from it all?

3       A.    Yes.

4       Q.    Now, in that letter, you made a comment to

5  Mr. Vigil.  And Adam Vigil worked with the Security

6  Threat Intelligence Unit; right?

7       A.    Um-hum.

8       Q.    And he worked under Dwayne Santistevan?

9       A.    Right.

10      Q.    And he was probably the deputy of that

11  department?

12      A.    Yes.

13      Q.    You wrote to Adam Villa in your September

14  29, 2015, letter, "Sometimes I think we all think

15  you guys set us up to kill each other, the way you

16  move us with no rats and victims"?

17      A.    Yeah.

18      Q.    Did you mean that?

19      A.    Yes.

20      Q.    So what did you mean by that?

21      A.    Just what I said.  You have us here, and

22  it seems like you want us to kill each other,

23  because -- mix us up.

24      Q.    So you were essentially placing blame on

25  the administration for the level of violence in the

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  prison?

2       A.   Yes.

3       Q.   Saying they knew what they were doing by

4  placing people who were going to be hurt in an

5  environment where they were certain to be hurt?

6       A.   Yes.

7       Q.   And they knowingly did that?

8       A.   Yes.

9       Q.   And they did really nothing to prevent

10 that from happening?

11      A.   That's what I was thinking at the time,

12 yes.

13      Q.   Now, one of the things that bothered you

14 about the restrictive conditions of confinement is

15 all of your electronics had been taken away;

16 correct?

17      A.   Right.

18      Q.   Your MP3 player; you couldn't listen to

19 videos?

20      A.   Everything.

21      Q.   You could have a TV if you could afford

22 one, but you didn't have that, either?

23      A.   Nothing.

24      Q.   And you wrote to Adam Vigil later, after

25 the 29th, and you said you were soliciting him to

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  help you out, but he didn't really help you out, did

2  he?

3      A.   No.

4      Q.   And you said you wanted to talk to him and

5  you had more -- and I quote from your letter, "I

6  still had more to talk about now.  I won't see my

7  electronics till December.  I haven't had my stuff

8  since February"; right?

9      A.   Um-hum.

10     Q.   So you're complaining to him that you

11 wanted your property back.

12     A.   Right.

13     Q.   And you'd be willing to help him out as

14 long as you could get your property back.

15     A.   Well, not like that, but I was asking him

16 if he could help me get it back.  That's basically,

17 you know --

18     Q.   And this is later in the fall, because you

19 said, "I was supposed to get it," meaning your

20 property, "back on October 12"?

21     A.   Um-hum.

22     Q.   Right?

23     A.   Yes.

24     Q.   But you hadn't gotten it back?

25     A.   Yeah.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        Q.   And in fact, your conditions got worse
 2   because they assigned you to what they called the
 3   predator program?
 4        A.   Yes.
 5        Q.   So your conditions of confinement didn't
 6   get better; they got worse?
 7        A.   They got worse, yes.
 8        Q.   I think the saying is, "No good deed goes
 9   unpunished"; right?
10        A.   Yes.
11        Q.   Now, you wrote yet another letter to
12   Mr. Vigil in the fall -- and this is before the
13   December 3, 2015, takedown -- and at this point you
14   really wanted to get out of your conditions of
15   confinement, didn't you?
16        A.   I was trying to get out, yes.
17        Q.   And you even basically write them and say,
18   "Hey, something is going on with Marcantel but I
19   want out of it"?
20        A.   Yes.
21        Q.   And you place the blame in your letter on
22   Robert Martinez?
23        A.   Yes.
24        Q.   And you wrote to Adam Vigil and you said,
25   "Rob went on a mission and wanted to hit major
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   people, and was out of control before he left.  So I

2   backed off.  No one but him and I and someone on the

3   streets knew about his plans"?

4        A.    That's right.

5        Q.    That's what you told Adam Vigil?

6        A.    Yes, because he had disappeared.  Robert

7   had disappeared, and I got paranoid.  I started

8   thinking he --

9        Q.    Robert dropped out?

10       A.    Yes.

11       Q.    He went to the RPP Program?

12       A.    Right.

13       Q.    The drop-out program?

14       A.    Yeah.

15       Q.    He said, "I'm hanging up my shingle, I'm

16   out of here"?

17       A.    Well, he didn't say nothing.  Actually, he

18   just left.  And I kind of knew...

19       Q.    And you could have done that?

20       A.    I could have, yeah.

21       Q.    But you didn't want to?

22       A.    No.

23       Q.    Okay.  And you could have knocked on the

24   door at any time and said -- well, you were in Level

25   6 -- but at any time you could have PC'd.

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                 201 Third NW, Suite 1630
Santa Fe, NM 87501                                         Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                           FAX (505) 843-9492
                                                                  1-800-669-9492
                                                          e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        A.    Yes.
 2        Q.    Like you were talking about, you could
 3   have thrown ice on an officer; correct?
 4        A.    That's right.
 5        Q.    And you could have gotten out at any
 6   point?
 7        A.    Yes.
 8        Q.    But you tried your letter-writing campaign
 9   to do that.
10        A.    That's right.
11        Q.    And at this point you're writing them,
12   putting them on notice:  I'm withdrawing from this
13   conspiracy, in your mind?
14        A.    Trying to, yeah.
15        Q.    In your final letter to Mr. Vigil, you'd
16   gotten written up for having too much medication in
17   your cell.
18        A.    That's right.
19        Q.    And you're still desperately trying to get
20   out of Level 6?
21        A.    The situation, yeah.
22        Q.    Right.  And you had informed him about
23   what was going on to your knowledge?
24        A.    Yes.
25        Q.    And you said, "Knowing what I told you,
```

SANTA FE OFFICE                                        MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                    FAX (505) 843-9492
                                                         1-800-669-9492
                                              e-mail: info@litsupport.com



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1   ain't nothing changed.  Trust me, the plans are

2   still in effect.  I'm staying out of it.  Hope they

3   fail."

4           Is that what you told him?

5       A.   That's right.

6       Q.   But you also said, "Now, can you please

7   talk to the district officer about maybe suspending

8   sanctions and giving me a chance?"

9       A.   Yes.

10      Q.   Because you were over it.

11      A.   Yeah, I was getting written up left and

12  right.

13      Q.   Now, when this indictment came down on

14  December 3, 2015, you were pulled in to speak with

15  the arresting agents; correct?

16      A.   That's right.

17      Q.   And you told them at that point, you said:

18  "I don't know what's going on"; correct?

19      A.   That's correct.

20      Q.   But soon thereafter, in mid-December, you

21  said, "Wait a second, this is my opportunity"?

22      A.   Yes.

23      Q.   And you met with the officers; right?

24      A.   Um-hum.

25      Q.   You met with the FBI, didn't you?

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                         201 Third NW, Suite 1630
Santa Fe, NM 87501                                Albuquerque, NM 87102
(505) 989-4949                                          (505) 843-9494
FAX (505) 843-9492                                 FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    Yes.
 2        Q.    And they were really curious about what we
 3   were just talking about, this Gregg Marcantel
 4   conspiracy; correct?
 5        A.    That's right.
 6        Q.    And you told them -- well, you told them
 7   you only understood there was a conspiracy against
 8   Dwayne Santistevan.
 9        A.    That's right.
10        Q.    You didn't mention Gregg Marcantel at all.
11        A.    Right.
12        Q.    And in fact, you told them that even with
13   Dwayne Santistevan, the only way that came up is
14   that you were approached by Eric Duran.
15        A.    Right.
16        Q.    And that Eric Duran approached you saying,
17   "Hey, we got to kill Dwayne Santistevan."
18        A.    Yeah.  Well, he was there in 2013, so I
19   knew he knew what Pup had talked about.
20        Q.    We're going to talk about that in a
21   minute.  But you told the FBI, the folks that work
22   for the United States prosecutors, that you didn't
23   approach Eric Duran about it; he came to you and
24   said, "We've got to hit Dwayne Santistevan."
25        A.    Yes.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1      Q.    Okay, and in fact, when you talked to the

 2  FBI on December 17, 2017, you didn't mention

 3  anything about this conversation with you, Mr. Baca,

 4  and Eric Duran, did you?

 5      A.    I think I did.

 6            MR. LOWRY:  Okay.  May I approach, Your

 7  Honor?

 8            THE COURT:  You may.

 9  BY MR. LOWRY:

10      Q.    Take a moment to review that and let us

11  know when you're finished reviewing it.

12      A.    All right.

13      Q.    Did that report say anything about a

14  meeting in 2013 between you, Mr. Anthony Ray Baca,

15  and Eric Duran?

16      A.    No.

17            MR. LOWRY:  May I approach, Your Honor?

18            THE COURT:  You may.

19  BY MR. LOWRY:

20      Q.    Now, when you met with the FBI, you knew

21  how important that meeting was, didn't you?

22      A.    Yes.

23      Q.    Because you knew that that was your chance

24  to get out of the restrictive conditions of

25  confinement you were facing?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1      A.    Well, no, I was already off of that

2  restriction at that time.  We were moved to --

3      Q.    The federal marshal hold?

4      A.    So I was out of it.

5      Q.    But they said, "Hey, if you want to work

6  with us, we can even make your life better"?

7      A.    No, they didn't say that.

8      Q.    They didn't?

9      A.    No.

10      Q.    But my point is:  You didn't mention that

11  meeting on December 17, 2015?

12      A.    Well, I'm pretty sure I did.

13      Q.    So you think they just didn't write it

14  down?

15      A.    I don't know, but I talked about it.

16      Q.    Okay.  There is no documentation of it,

17  and you just looked at it.

18      A.    That's right.

19      Q.    Do you think the FBI -- they're in the

20  business of solving crimes; right?

21      A.    That's right.

22      Q.    And they specifically asked you about the

23  Marcantel conspiracy?

24      A.    Yes.

25      Q.    And there is nothing in that report that

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1   mentions that meeting?

 2        A.   It appears not.

 3        Q.   And in fact, the FBI was so curious to

 4   understand what you understood, they met with you

 5   again in January; isn't that right?

 6        A.   That's right.

 7        Q.   And they met with you on approximately

 8   January 21, 2016?

 9        A.   Yes.

10        Q.   And yet again, you sat with them for a

11   period of time; right?

12        A.   Um-hum.

13        Q.   Hours?

14        A.   Yes.

15        Q.   And you sat with them in this district

16   court house right here that we're sitting in today?

17        A.   Um-hum.

18        Q.   And it was -- Special Agent Bryan Acee was

19   at that meeting?

20        A.   Yes.

21        Q.   And Special Agent Joseph Sainato?

22        A.   I'm not too sure who he is.

23        Q.   But there were at least three FBI agents?

24   Thomas Neale was there?

25        A.   Yeah, there was a bunch of people in
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    there.

2        Q.   And there was a task force officer from

3    the Department of Corrections, Anthony Medrano?

4        A.   Yes.

5        Q.   And Ms. Maria Armijo was there?

6        A.   Yes.

7        Q.   And Randy Castellano, who did your direct

8    examination, was there?

9        A.   Yes.

10       Q.   And even your attorney Marcia Milner was

11   there?

12       A.   Yes.

13       Q.   And you even had your defense investigator

14   there?

15       A.   Yes.

16       Q.   And yet again at this other meeting with

17   all of those people present, all right, they wanted

18   to know what you knew.

19       A.   Right.

20       Q.   You didn't say anything about this

21   meeting, this purported meeting, between you, Eric

22   Duran, and my client, Mr. Anthony Ray Baca?

23       A.   Right.

24       Q.   So you had another follow-up meeting with

25   the FBI in October?

SANTA FE OFFICE                                            MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                     FAX (505) 843-9492
                                                          1-800-669-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE
                                                e-mail: info@litsupport.com

```
 1        A.    Yes.
 2        Q.    By this time, your conditions of
 3   confinement got better, didn't they?
 4        A.    Yes.
 5        Q.    You'd been signed up as a confidential
 6   source in early spring, just after that January
 7   meeting?
 8        A.    Yes.
 9        Q.    You got extra phone call privileges;
10   right?
11        A.    Got the same that we always get.
12        Q.    Oh, you didn't get extra phone calls?
13        A.    No, they were the same as anyone that's on
14   Level 3.
15        Q.    But the United States Government was
16   giving you money so you could make more calls?
17        A.    Yes.
18        Q.    And they gave you money so you could buy
19   commissary?
20        A.    Yes.
21        Q.    And they gave you money so you could buy
22   stationery to write your attorneys and family
23   members?
24        A.    Yes.
25        Q.    So they made sure that your life improved?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    Yes.
 2        Q.    And in exchange for all the benefits they
 3   were giving you and improving your life, they came
 4   to visit you again in October -- pardon me, they
 5   came to visit you in September -- September 15 of
 6   2016?
 7        A.    Yes.
 8        Q.    And again, they wanted to talk to you
 9   about the SNM?
10        A.    Yes.
11        Q.    And they wanted to know everything you
12   knew about all the activities that they wanted to
13   charge people with, they had charged people with;
14   right?
15        A.    Um-hum.
16        Q.    Because you were charged --
17        A.    Yes.
18        Q.    -- and they charged you with the
19   conspiracy to kill Gregg Marcantel?
20        A.    Yes.
21        Q.    And the conspiracy to kill Dwayne
22   Santistevan?
23        A.    Yes.
24        Q.    And yet, again, on September 15 of 2016,
25   you didn't mention anything about this meeting that
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    you claim happened in the rec yard in 2013 between

2    you, Eric Duran, and my client, Anthony Ray Baca?

3         A.   Yes.

4         Q.   Now, as part of being a confidential human

5    source, you actually signed a contract with the FBI;

6    correct?

7         A.   Yes.

8         Q.   And part of that, you know, that's how you

9    got the monthly benefits you were receiving?

10        A.   Yes.

11        Q.   And you promised them you'd be honest with

12   them.

13        A.   Yes.

14        Q.   And you're aware that you can lie by

15   omitting information?

16        A.   I'm aware of what?

17        Q.   Are you aware that you can lie to somebody

18   by not telling them everything you really know?

19        A.   Yes.

20        Q.   And the FBI came back to see you in

21   December 2016, did they not?

22        A.   Yes.

23        Q.   And again, you didn't tell them anything

24   about this meeting on the rec yard in the Southern

25   Correctional Facility in 2013?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1        A.    I'm sure I said it.
2        Q.    You don't think the FBI is in the habit of
3   documenting important information?
4        A.    Yes.  But they're also -- I found some
5   mistakes there that I pointed out to them, too.
6        Q.    That brings up an important point.  Before
7   the FBI filed their reports, they gave you the
8   opportunity to review them, didn't they?
9        A.    Yes.
10        Q.    And you got a chance to go through each
11   report and correct it?
12        A.    Yeah.
13        Q.    And you never said, "Hey, you're missing
14   the information about this meeting that happened in
15   the Southern Correctional Facility in 2013, between
16   me, Eric Duran, and Anthony Ray Baca," did you?
17        A.    No.  But I pointed out to them that that
18   information was correct.
19        Q.    Right.  But you never told them in any of
20   these reports that they asked you to correct, "Hey,
21   you forgot about this meeting between me, Eric
22   Duran, and Anthony Ray Baca in 2013"?
23        A.    No.
24        Q.    It wasn't until you were on the stand
25   today that we heard for the first time about this
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    meeting between you, Eric Duran, and Anthony Ray

2    Baca in 2013?

3        A.    Yes.

4        Q.    Now, you testified on direct about the

5    benefits you received as a result of your

6    cooperation?

7        A.    Yes.

8        Q.    And despite -- the monthly stipend you got

9    to make phone calls; right?

10       A.    Yes.

11       Q.    You got a monthly stipend to buy

12   commissary for yourself, you had a monthly stipend

13   to write letters home, and you still misbehaved

14   while you were incarcerated?

15       A.    Yes.

16       Q.    And you used drugs?

17       A.    Yes.

18       Q.    And you were provided with the tablet with

19   all of the discovery in this case; correct?

20       A.    Yes.

21       Q.    And you had every opportunity to look at

22   all of the discovery that everybody had?

23       A.    Right.

24       Q.    And by that time you understood you'd been

25   recorded by Eric Duran?



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    Um-hum.

 2        Q.    And by that time, you knew, based on the

 3  tablet, that you'd been recorded by Eric Duran when

 4  you lived with him in March of 2015?

 5        A.    Yes.

 6        Q.    And you knew that he was recording you and

 7  Robert?

 8        A.    Yes.

 9        Q.    And you'd heard all of those 18 recordings

10  between the three of you?

11        A.    I didn't hear all of them.

12        Q.    You didn't?

13        A.    No, I didn't sit there listening to all of

14  that stuff, because I already knew what happened.

15        Q.    Right.  But you got to listen to all the

16  other evidence in the case; right?

17        A.    If I wanted to.  But a lot of times I

18  didn't really pay attention.  It was boring, to be

19  honest with you.

20        Q.    Well, and you were getting the benefits;

21  you'd already decided to cooperate?

22        A.    Right.

23        Q.    And in fact, you entered your plea

24  agreement in the fall of 2016?

25        A.    Yes.
```

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                    FAX (505) 843-9492
                                                          1-800-669-9492
                                                  e-mail: info@litsupport.com


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        Q.   So at that point, you lost interest in the
 2   information on the tablet?
 3        A.   Yes.
 4        Q.   Okay.  And you said, "Well, I can put this
 5   tablet to better uses; I'll just reset the tablet
 6   and use it for my Facebook messaging"?
 7        A.   Well, the way you word it like that is
 8   like I planned that.  It just wasn't planned that
 9   way.  It just happened that way, yes.
10        Q.   Oh, the tablet reset itself?
11        A.   No, I'm saying that I did the -- I reset
12   the table, but I didn't know nothing about Facebook
13   or Wi-Fi or nothing at the beginning.  It took a
14   while before that happened.
15        Q.   So you taught yourself how to use Facebook
16   with the tablet that the Government gave you to
17   review the evidence in the case?
18        A.   Yes.
19        Q.   And you used that Facebook page you
20   created?
21        A.   Right.
22        Q.   And you didn't create it by accident, did
23   you?
24        A.   No, I had help.  I mean, I've been in
25   prison 20 years.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.    And you were mentored and tutored; right?

2      A.    Yes.

3      Q.    So you could communicate with all of your

4  family members?

5      A.    With whoever was on Facebook, yes.

6      Q.    Anybody?

7      A.    Yes.

8      Q.    And that was a benefit you'd never had

9  before?

10     A.    Right; never had that in my life.

11     Q.    And you also used it to download video

12 games?

13     A.    Yes.

14     Q.    So you could pass the time more easily?

15     A.    Yes.

16     Q.    And you also used it, as you said -- for a

17 while you couldn't access the internet directly, so

18 you lent your tablet to Jerry Armenta?

19     A.    And to Jerry Montoya, both Jerrys, because

20 they both used it at one time.

21     Q.    So they knew the good porn sites; right?

22     A.    Yes.

23     Q.    So they could get you to the right porn

24 sites?

25     A.    That's right.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1        Q.   Did you ever direct them, "Hey, I'm
2   interested in this"?
3        A.   No, I pretty much just said:  "Do
4   whatever, help me out."  It's like a thing, because
5   I didn't know how to use the internet for a long
6   time.  It was hard for me to get that adjustment.
7   But Kreaper is the one that taught me how to do that
8   eventually.
9        Q.   So they taught you how to misuse your
10   tablet?
11        A.   Basically, yeah.
12        Q.   And they taught you how to find
13   pornography, which is not appropriate to have in the
14   Sandoval facility?
15        A.   That's right.
16        Q.   Now, you're also aware, because you were
17   using Suboxone, that they were using this to
18   communicate to other people to get drugs inside the
19   facility?
20        A.   Yes.
21        Q.   And you're aware that drugs are still
22   flowing in?
23        A.   Yes.  At some point, yes.
24        Q.   But you didn't tell anybody at this table
25   or the FBI agents, "Hey, you should get these guys

SANTA FE OFFICE                                                                                      MAIN OFFICE
119 East Marcy, Suite 110                                                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                                                      Albuquerque, NM 87102
(505) 989-4949                                                                                    (505) 843-9494
FAX (505) 843-9492                                                                        FAX (505) 843-9492
                                                                                            1-800-669-9492
                                                                            e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1  to cut this out"?

 2      A.   No, sir.

 3      Q.   And in fact, your most recent housing

 4  assignment -- we won't talk about where -- you were

 5  housed with Jerry Montoya, Richard Gallegos, and

 6  Eugene Martinez; correct?

 7      A.   Correct.

 8      Q.   And you were aware that Jerry Montoya and

 9  Richard Gallegos and others were not behaving well

10  at all inside the facility?

11      A.   Yes.

12      Q.   And in fact, Jerry Montoya struck up a

13  romantic affair with one of the correctional guards?

14      A.   Yes.

15      Q.   And that's another technique people do,

16  you know, to try to strike up relationships to get

17  people to courier in drugs for them?

18      A.   That's correct.

19      Q.   And you turned basically a blind eye to

20  that?

21      A.   I did.

22      Q.   And you knew that Mr. Montoya was getting

23  heroin?

24      A.   Heroin, no.  I didn't know about heroin,

25  but I know about other drugs.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   Okay.  What other drugs were you aware of

2  that he brought in?

3    A.   Suboxones, meth, pills; a bunch of pills.

4    Q.   And he shared his Suboxone with you there?

5    A.   Yes.

6    Q.   And you were aware, as part of this

7  relationship with the correctional officer there,

8  that he'd actually smuggled in a cellphone?

9    A.   Yes, that was actually before the drugs,

10  he got the cellphone.

11    Q.   And I mean, did he let you have cellphone

12  privileges?

13    A.   No.  He just let me take pictures.  I took

14  pictures, send them to family members.  At one point

15  I talked to my son.

16    Q.   But you knew throughout the course of

17  2016 -- or you should have known -- that all the

18  discovery in this case was confidential?

19    A.   Yes.

20    Q.   And you knew that Mr. Montoya was letting

21  other people, correctional officers, videotape the

22  videotapes in this case?

23    A.   That's correct.

24    Q.   And those correctional officers had a

25  sordid interest to watch the Molina homicide video,

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                      201 Third NW, Suite 1630
Santa Fe, NM 87501                                             Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492                                               FAX (505) 843-9492
                                                                   1-800-669-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

e-mail: info@litsupport.com

1   and Jerry Montoya let those correctional officers

2   record that, didn't they?

3        A.   Yes.

4        Q.   And you didn't say anything to the folks

5   at this table?

6        A.   I told my lawyer to notify Maria about

7   what was going on in that facility, yes.

8        Q.   You did that after.

9        A.   When it started happening, yes, I did

10  that.  I mostly asked what needed to be done, if we

11  knew we were going to get the CO that was -- because

12  a similar thing happened in Sandoval, where we were

13  going to get one of the COs that were not, you

14  know -- that were bringing in drugs.

15       Q.   Okay.  Let me back up and understand

16  this -- make sure I understand this correctly,

17  though.  You had Bryan Acee's cellphone number?

18       A.   I don't know if it was a cell number, but

19  I had his number, yes.

20       Q.   And the Government has paid you in a

21  contract that you signed with the FBI?

22       A.   Yes.

23       Q.   Paid you money so you could use the

24  telephone?

25       A.   Yes.  It's an open line.  You don't talk

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                 201 Third NW, Suite 1630
Santa Fe, NM 87501                                         Albuquerque, NM 87102
(505) 989-4949                                                    (505) 843-9494
FAX (505) 843-9492                                          FAX (505) 843-9492
                                                                1-800-669-9492
                                                    e-mail: info@litsupport.com



BEAN
&ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

1    about stuff like that on one of them open lines.

2         Q.   Oh, you're worried about reporting crime

3    on an open line?

4         A.   Yes.

5         Q.   Why?  Because a law enforcement officer

6    might found out about it?

7         A.   I'm worried about talking to an FBI agent

8    on a regular line like that, and it's a recorded

9    call.  When I talk to my lawyer, I tell my lawyer --

10   I relay the message to my lawyer, and she calls

11   Maria.

12        Q.   And if you talked to your lawyer about it,

13   you talked on an open line?

14        A.   No, I didn't.

15        Q.   How would your lawyer know what you were

16   talking about?

17        A.   It was secure, the line.  It was

18   privileged phone calls to my daughter.

19        Q.   But you could have called Agent Acee and

20   said, "I need to talk to you immediately.  Come

21   here"?

22        A.   I notified my lawyer and told her to do

23   it.

24        Q.   Nothing happened?

25        A.   No.

SANTA FE OFFICE                                                      MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                       (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492
                                                                 1-800-669-9492
                                                        e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1      Q.   And it wasn't until you were aware that

2 Jerry Montoya had been busted that you wrote a

3 letter saying, "Hey, you guys should really get on

4 top of this"?

5      A.   No, the letter was actually written a

6 couple weeks before.  It was in an envelope, sealed

7 envelope, going to my lawyer, and they shouldn't

8 have opened it.  They shook us down and found that

9 letter.  That's how it happened.  And they could

10 verify that.

11      Q.   Right.  So let's explore this a little bit

12 because I'm a little confused.  You said you wrote a

13 sealed letter?

14      A.   Yes.

15      Q.   Before Mr. Montoya was busted in this

16 after?

17      A.   Exactly, yes.  Before he got busted, I had

18 already wrote a journal, it was called a journal.  I

19 wrote it, and my lawyer knew about it, and it was

20 going to be sent to her.  But it wasn't -- I didn't

21 send it out right away, and when he got busted a

22 week later, or something, they came and shook

23 down -- when he left, they shook down, and that's

24 when they found that letter and the phone on the

25 same day.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.   Sure, yeah, because they were looking for

2  the phone?

3      A.   Yes.

4      Q.   Now, if what you're saying to this jury is

5  true, how did your letter in the sealed envelope

6  describe Jerry Montoya getting busted two weeks in

7  the future?

8      A.   Because that's -- I mean, well, yeah,

9  you're right.  I'm sorry.  I wrote it right after he

10 got busted, and put on there.  I started writing it

11 before, and then when he got busted, that's when I

12 ended it, pretty much, because I figured that Bryan

13 Acee and them didn't want to mess with it right now,

14 or couldn't; they were too busy.

15     Q.   Okay.  So let me make sure this jury

16 understands this correctly.  You didn't write a

17 sealed letter two weeks before Mr. Montoya was

18 busted.

19     A.   I wrote a letter -- started writing it,

20 ended it when he got busted, and I sealed it to send

21 it to my lawyer.  It was in a sealed envelope.  And

22 when they shook down, they opened that envelope,

23 which they weren't supposed to, and they found that

24 letter, and that's how it got out.

25     Q.   That letter that you had in your

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1  possession?

 2       A.    In my possession?

 3       Q.    That letter that went nowhere?

 4       A.    It went nowhere, yes.   It was supposed to

 5  go to my lawyer.

 6       Q.    Speaking of which, it's -- this letter,

 7  the letter that went nowhere, sounds a little bit

 8  like this Javier Molina paperwork that you've talked

 9  about today on direct examination.   Do you remember

10  that?

11       A.    Yes.

12       Q.    You said somebody sent you Molina

13  paperwork in the mail?

14       A.    Yes.

15       Q.    Would it surprise you to know that that's

16  the first time I ever heard about it?

17       A.    First time you ever heard about what?

18       Q.    You getting Molina paperwork in the mail.

19       A.    Yes, it would surprise me.

20       Q.    Okay.   But -- we can do this again.   When

21  you met with the FBI on December 17, 2015, you

22  didn't mention anything about getting Molina

23  paperwork in the legal mail, did you?

24       A.    Yes, I did.

25       Q.    You did?

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                   Albuquerque, NM 87102
(505) 989-4949                                               (505) 843-9494
FAX (505) 843-9492                                      FAX (505) 843-9492
                                                         1-800-669-9492
                                                    e-mail: info@litsupport.com



```
 1       A.    Yes.

 2             MR. LOWRY:  May I approach, Your Honor?

 3       Q.    Would you please point out to the jury

 4   where you talked to the FBI about getting Javier

 5   Molina's legal paperwork in your mail?

 6       A.    It doesn't say on here, but I know I said

 7   it.

 8             MR. LOWRY:  May I approach, Your Honor?

 9             THE COURT:  You may.

10   BY MR. LOWRY:

11       Q.    And again, the FBI gave you a chance to

12   review this, right, and make edits to it?

13       A.    Yes.

14       Q.    And you didn't say, "Hey, wait a second,

15   you forgot to put down what I told you about" --

16   that didn't happen.  You didn't provide them with

17   those edits, never got in that report.  The same

18   thing with your report on January 21, 2016.  Would

19   you like to see it?

20       A.    Would I like to see the report?

21       Q.    Sure.

22       A.    Yes.

23             MR. LOWRY:  May I approach, Your Honor?

24             THE COURT:  You may.

25       A.    Yeah.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1  BY MR. LOWRY:

 2       Q.   Is it there?

 3       A.   No.

 4       Q.   And again, you got this report to edit;

 5  correct?

 6       A.   Correct.

 7       Q.   And you didn't say, "Hey, wait, you forgot

 8  that little important part"?

 9       A.   No.

10       Q.   But it's important enough for you to

11  testify about it on direct examination, wasn't it?

12       A.   Yes.

13            MR. LOWRY:  May I approach again, Your

14  Honor?

15            THE COURT:  You may.

16  BY MR. LOWRY:

17       Q.   And when you met with the FBI on September

18  15, 2016, did you say anything about getting the

19  Molina paperwork in the mail?

20       A.   No.

21       Q.   And you had an opportunity to edit that

22  report, didn't you?

23       A.   Yeah.

24       Q.   And you didn't say, "Hey, there is really

25  critical information you guys need to know, but it's
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1   not in this report"?

 2        A.    No.

 3        Q.    Same thing for December 2, 2016, when you

 4   were visited by the FBI?

 5        A.    Yes.

 6        Q.    You didn't tell them anything about it, or

 7   they just forgot to edit their report for them and

 8   say, "You're still missing critical information you

 9   need to know to solve this case"?

10        A.    No.

11        Q.    And you'd seen every report that the FBI

12   filed?

13        A.    Um-hum.

14        Q.    And you didn't correct it one time?

15        A.    No.  I figured it was in there already,

16   because the only time I got to review it was just

17   recently, and I was looking at other stuff.

18        Q.    What other stuff were you looking at?

19        A.    Other stuff that I said.

20        Q.    Pardon me?

21        A.    Things that I said in there that -- what I

22   couldn't remember.

23        Q.    You were looking at other material within

24   those reports?

25        A.    Yes.

SANTA FE OFFICE                                           MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                    Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                    FAX (505) 843-9492

1-800-669-9492
e-mail: info@litsupport.com

1    Q.   Now, Mr. Castellano talked to you a little

2 bit about your criminal history, and I want to back

3 up and revisit some of that; is that okay?

4    A.   All right.

5    Q.   You talked about your relationship.  You

6 called her Cheryl, but her name is Cheryl Tiller,

7 right?

8    A.   Yes.

9    Q.   And you met Cheryl Tiller when you got

10 paroled?

11   A.   Right.

12   Q.   And you got paroled in 1998?

13   A.   Yes.

14   Q.   And at that time you were selling a lot of

15 drugs?

16   A.   Yes.

17   Q.   And you were selling a lot of crack

18 cocaine?

19   A.   Right.

20   Q.   And you met Ms. Tiller?

21   A.   Yes.

22   Q.   She was a sergeant with BCSO or APD?

23   A.   APD.

24   Q.   APD.  And she actually introduced you to

25 even more sources for drugs; correct?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    That's correct.

 2        Q.    And you took advantage of those sources?

 3        A.    Yes.

 4        Q.    To sell drugs?

 5        A.    Yes.

 6        Q.    And you talked about living the good life?

 7        A.    That's correct.

 8        Q.    And you got up and you would drink every

 9   day and you would use cocaine or use whatever you

10   had, and you still had a job that you kept, right,

11   to make probation and parole happy?

12        A.    Yes.

13        Q.    But I mean, you were living pretty fast

14   and loose?

15        A.    Right.

16        Q.    You were stealing cars?

17        A.    Yes.

18        Q.    And she turned a blind eye to all of that?

19        A.    Yes.

20        Q.    And the relationship went on for a bit of

21   time; correct?

22        A.    Yes.

23        Q.    And she was your lover?

24        A.    Yes.

25        Q.    And you shot her in the face?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      A.   Yes.

2      Q.   Three times?

3      A.   I shot three times.  I don't know how many

4   times I hit her.

5      Q.   Pretty close range?

6      A.   Yes.

7      Q.   Now, she wasn't armed?

8      A.   No.

9      Q.   You had a gun?

10      A.   Yes.  Hers.

11      Q.   You were concerned, according to your

12   direct examination testimony, that you felt like

13   something was going on and you were being set up?

14      A.   That's right.

15      Q.   So you -- let's get this right.  So you

16   were at your apartment; right?

17      A.   Yes.

18      Q.   She says, "Leave your ID here."  You

19   thought that was weird.

20      A.   Yes.

21      Q.   And you still -- you ignored that, and you

22   jump in the car with her, the truck?

23      A.   Right.

24      Q.   And you drove out to the Petroglyph

25   monuments?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    A.   Yes.

2    Q.   And you guys were going to go parking, as

3 far as you knew?

4    A.   Right.

5         MS. JACKS:   Sorry.  We're having trouble

6 hearing the answers.

7         THE COURT:   Would you either pull your

8 chair up, or see if you can pull the microphone up?

9 There you go.

10 BY MR. LOWRY:

11   Q.   And you were still using drugs at that

12 time?

13   A.   Yes.

14   Q.   And you were getting a little paranoid?

15   A.   Well, that night I wasn't using drugs, no.

16 I was drinking only.

17   Q.   You were drinking only?

18   A.   It was a voting night, so they didn't

19 start selling liquor till midnight, or past 7:00.  I

20 think it was past 7:00, or something like that.  I

21 can't remember.  But we didn't get to buy alcohol

22 till late at night.

23   Q.   Okay.  So you remember writing your little

24 history of the SNM?

25   A.   Um-hum.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   Do you remember writing, "I barely started

2  drinking and was hardly buzzed"?

3    A.   Yes.

4    Q.   So that's -- but when I was talking about

5  being paranoid, I wasn't talking about being

6  paranoid from the drug use.  You just thought the

7  whole situation was strange.

8    A.   Yeah, I started thinking that I was being

9  set up.

10    Q.   Now, you went to Petroglyph National

11  Monument, you parked the car, you give her a hug;

12  right?

13    A.   Um-hum.

14    Q.   You reach around her while you're hugging

15  her and you unholster her pistol.

16    A.   Right.

17    Q.   And you put it in your waistband or --

18    A.   Yeah, in the back, yes.

19    Q.   And you guys grabbed a couple of beers,

20  grabbed a couple of Coronas; right?

21    A.   Yes.

22    Q.   And got out of the car just to hang out?

23    A.   Right.

24    Q.   It's about midnight, just to relax?

25    A.   Exactly.



SANTA FE OFFICE                                      MAIN OFFICE
119 East Marcy, Suite 110                    201 Third NW, Suite 1630
Santa Fe, NM 87501                            Albuquerque, NM 87102
(505) 989-4949                                       (505) 843-9494
FAX (505) 843-9492                               FAX (505) 843-9492
                                                    1-800-669-9492
                                            e-mail: info@litsupport.com

```
 1      Q.   But your feelers are going through the

 2  roof?

 3      A.   Um-hum.  Yes.

 4      Q.   And you hear a car in the distance; right?

 5      A.   Well, I seen the headlights.  I didn't

 6  really hear it.  I just seen the headlights.  And

 7  then they turned off.

 8      Q.   And that made you even more nervous?

 9      A.   Right.

10      Q.   And at that point, you basically point the

11  gun at her?

12      A.   I didn't point it at her right away.  She

13  came, asked me for it a couple of times, I told her,

14  "No, I'm not going to give it to you."

15           And then she tried to get it from me and

16  that's when I pointed it at her.

17      Q.   It was her gun?

18      A.   It was her gun, yes.

19      Q.   And you fire a shot in the air just to

20  scare her?

21      A.   Yes.

22      Q.   But you don't think she was scared by

23  having a gun pointed at her?

24      A.   The only thing she was worried about is

25  cleaning it.
```

SANTA FE OFFICE                                    MAIN OFFICE
119 East Marcy, Suite 110                   201 Third NW, Suite 1630
Santa Fe, NM 87501                          Albuquerque, NM 87102
(505) 989-4949                                    (505) 843-9494
FAX (505) 843-9492                          FAX (505) 843-9492
                                                  1-800-669-9492
                                         e-mail: info@litsupport.com



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    Q.    You don't think she was worried about you

2 pointing a gun at her?

3    A.    Well, I couldn't say what she was worried

4 about.  But at that point -- but I know when I shot

5 in the air, the only thing she was saying is, "Now

6 I'm going to have to clean that."

7    Q.    Okay.  So she was worried that you had

8 soiled her firearm?

9    A.    Yes.

10    Q.    She didn't sound like she was worried that

11 something else was going to happen, other than you

12 guys having a couple of beers?

13    A.    She seemed at edge about something.  I

14 don't know if it was because of me holding the gun,

15 or what else, but it was making me paranoid.

16    Q.    That she was nervous because you had a gun

17 pointed at her, and that made you nervous?

18    A.    Like I said, I didn't have it pointed at

19 her until later on, when she was about to try to get

20 it from me.

21    Q.    Was she -- according to you, she said that

22 you'd better pull the trigger because she will make

23 sure that you were dealt with?

24    A.    Yes.

25    Q.    You didn't know exactly what she meant,



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1   did you?

2        A.    No.

3        Q.    I mean, she was a law enforcement officer.

4        A.    And she did tell me that she killed her

5   ex-boyfriend.  I thought she was just bullshitting.

6        Q.    Right.

7        A.    But she wasn't.

8        Q.    But you had her unarmed in a remote place?

9        A.    Right.

10       Q.    There is nothing -- I want to make sure I

11  understand this -- nothing to prevent you from

12  getting in that truck and driving away?

13       A.    That's correct.

14       Q.    But you shot her in the face?

15       A.    Yes.

16       Q.    And nobody figured out for three years?

17       A.    For three years, no.

18       Q.    Now, for that, I think you told the jury

19  you got life in prison plus, what, six years on

20  that?

21       A.    Six years, yeah.

22       Q.    All to run consecutive, so the six years

23  comes after you serve your life sentence?

24       A.    That's correct.

25       Q.    So the conditions of confinement in the

SANTA FE OFFICE                                        MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                          (505) 843-9494
FAX (505) 843-9492                                  FAX (505) 843-9492
                                                        1-800-669-9492
                                                  e-mail: info@litsupport.com



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    Department of Corrections -- that was going to go

2    for a long time, wasn't it?

3        A.   I'm not too sure how long it was going to

4    be, but it was bad when it was.

5        Q.   So you were on your sentence for life plus

6    six?

7        A.   That's right.

8        Q.   That's a long time, isn't it?

9        A.   Yes.

10           THE COURT:  Mr. Lowry, would this be a

11   good time for us to take our lunch break?

12           MR. LOWRY:  Sure, Your Honor.

13           THE COURT:  We'll be in recess for about

14   an hour.  All rise.

15           (The jury left the courtroom.)

16           THE COURT:  The Marshal Service have

17   opened an investigation and have spoken with Ramona

18   Becker, juror number 16.  I'll keep you posted if I

19   learn anything.

20           MS. JACKS:  Your Honor, I didn't bring

21   this up earlier, but perhaps she should be advised

22   not to speak about the situation with other jurors.

23           THE COURT:  Okay.  I'll have Ms.

24   Standridge speak to her about that.  Is that all

25   right?

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                            FAX (505) 843-9492
                                                                  1-800-669-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE
                                                      e-mail: info@litsupport.com

1          MS. JACKS:  That's fine.

2          MR. VILLA:  Your Honor, I imagine they'll

3    do this, but I assume they're going to preserve the

4    post or the message, whatever she received.

5          THE COURT:  Well, I don't know.  I'll find

6    out what they're doing and I'll keep you posted on

7    it.

8          MR. VILLA:  Maybe we can get a copy of it,

9    you know, attorneys eyes only.  Because I think that

10   might inform what request we make of the Court.

11         THE COURT:  Well, if y'all see Mickendrow,

12   you can speak to him about that.  I don't think he's

13   conducting the investigation.  But I'll talk to Ms.

14   Standridge.

15         All right.  See y'all in about an hour.

16         MR. LOWRY:  Your Honor, could you admonish

17   the witness quickly?

18         THE COURT:  Mr. Martinez, don't -- you're

19   on the stand, so don't speak to anybody about your

20   testimony.

21         THE WITNESS:  All right.

22         (The Court stood in recess.)

23         THE COURT:  Let's go on the record.

24   Deputy Mickendrow can give us a briefing, but I

25   don't think he knows any more than what we just gave



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  you before lunch.  He does have a picture of the

2  screen, but he can't release it to us until he works

3  it up through his command.  So we'll see what

4  response he gets, but -- and Ms. Standridge did talk

5  to Ms. Becker, and Becker understood that she

6  shouldn't talk to the jurors about it.  And she said

7  she didn't want anybody else to be alarmed about it.

8  So that should be okay.

9        All right.  Is there anything else we need

10  to discuss while we're waiting?  Mr. Villa?

11        MR. VILLA:  Your Honor, I asked Deputy

12  Mickendrow about it, and he said a couple of things

13  I just wanted to add -- I think he's here, if I'm

14  wrong -- is that the investigation is closed; they

15  didn't think it was anything suspect, that it was

16  inadvertent and not related.  And he had indicated

17  to me that, in order to get -- for us to get the

18  picture, we might have to go through FOIA or some

19  other channels.  So I guess I would ask the Court to

20  order it, because that may expedite things, and then

21  he can go through his appropriate channels

22  indicating that there is a court order.

23        THE COURT:  Well, I think you were going

24  to -- you were just going to check with your

25  superiors to see if you could release it.  Isn't

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  that what you were going to do, Deputy Mickendrow?

2          DEPUTY MICKENDROW:  Judge, so typically,

3  we don't release any internal reports.  And the

4  picture is a part of the internal report.  If the

5  Court requests the report, based on the fact that

6  it's part of the court proceedings, I could put it

7  up through our Office of General Counsel.  But

8  typically, the standard protocol is to request all

9  of that information through a FOIA request.

10         THE COURT:  Well, why don't you tell the

11 counsel that the Court would like to have it for a

12 picture of the court proceedings, since it involved

13 a juror and, you know, we want to make sure that

14 nobody is alarmed or fearful of it.  So see if that

15 works.  If it doesn't work, then --

16         MR. MICKENDROW:  Just to clarify, Judge,

17 that's just the picture; not any of the attached

18 reports; correct?

19         THE COURT:  What are the attached reports?

20 Just your reports?

21         MR. MICKENDROW:  Yes, Judge.  That would

22 be our internal investigation as far as what we did,

23 what procedures we took.

24         THE COURT:  I think what they're wanting

25 is a picture of the face page, so --

SANTA FE OFFICE                                                                    MAIN OFFICE
119 East Marcy, Suite 110                                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                                            Albuquerque, NM 87102
(505) 989-4949                                                                          (505) 843-9494
FAX (505) 843-9492                                                                FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1           MR. MICKENDROW:  A copy of that.  I will

2    put that up and see if we can't provide that to the

3    Court.

4           THE COURT:  See if we can get that.

5           All right.  All rise.  We're going to

6    bring in the jury, and then I'll bring in the

7    witness.

8           (The jury entered the courtroom.)

9           THE COURT:  Well, sorry, I had you waiting

10   back there a little bit longer than usual.  Because

11   I took breaks earlier, I messed up everybody's

12   lunches, so it took a while to get everybody back

13   together.  So it's all my fault for taking a little

14   bit earlier lunch break today.  So I appreciate your

15   patience.

16          We'll wait -- I brought y'all in before I

17   brought in Mr. Martinez, so we'll just wait here

18   until Mr. Martinez gets back.

19          All right.  Mr. Martinez, I'll remind you

20   that you're still under oath.

21          THE WITNESS:  All right.

22          THE COURT:  Mr. Lowry, if you wish to

23   continue your cross-examination of Mr. Martinez, you

24   may do so at this time.

25          MR. LOWRY:  Thank you, Your Honor, I do.

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                                 (505) 843-9494
FAX (505) 843-9492                                    FAX (505) 843-9492
                                                              1-800-669-9492
                                                    e-mail: info@litsupport.com



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1              THE COURT:  Mr. Lowry.
 2    BY MR. LOWRY:
 3         Q.   Good afternoon, Mr. Martinez.
 4         A.   Good afternoon.
 5         Q.   Mr. Martinez, when we left, we had just
 6    finished talking about your judgment and sentence in
 7    the Cheryl Tiller matter.  And I believe you agreed
 8    with me you got a life sentence plus six years?
 9         A.   Yes.
10         Q.   Now, when you were arrested for that
11    murder, you were in the BCDC lockup; correct?
12         A.   Yes.
13         Q.   And is that where you were in the pod when
14    they brought in Matthew Cavalier?
15         A.   No, it wasn't in lockup.  It was GP,
16    general population.  But first I was in lockup, and
17    then they let me out.
18              (Ms. Fox-Young entered the courtroom.)
19         Q.   Being arrested on that murder is what
20    precipitated you being at the BCDC?
21         A.   Yes.
22         Q.   And you were also housed at the BCDC with
23    other people that you knew?
24         A.   Yes.
25         Q.   And one of them would have been Gerald
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   Archuleta?

2       A.   Yes.

3       Q.   And Gerald Archuleta was known by the name

4   Styx?

5       A.   Yes.

6       Q.   And you would have been there with which

7   Silva?  Was it Rabs?

8       A.   Rabs.

9       Q.   And his name was Paul Silva?

10      A.   Samuel Silva.

11      Q.   Samuel Silva.  And was there anybody else

12  affiliated with the SNM that was there?

13      A.   Yes, Fuzz, Kelly Mercer, Francisco

14  Villalobos, and that's all I remember.

15      Q.   Was Kelly Mercer's brother, Johnny Mercer,

16  there?

17      A.   Yes.  Yeah, he was there.  But he wasn't

18  SNM at the time, I don't believe.

19      Q.   But you were all in the same pod?

20      A.   Yes.

21      Q.   And just so the jury is clear, a pod is a

22  living unit, sort of a dormitory-style situation?

23      A.   Yes.

24      Q.   And when Mr. Cavalier walked into the pod,

25  everybody knew that that was trouble?

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                            (505) 843-9494
FAX (505) 843-9492                                    FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    Yes.
 2        Q.    And this sort of goes back to the comment
 3   I believe you made in your letter to Adam Vigil,
 4   although you were talking about the Department of
 5   Corrections?
 6        A.    Correct.
 7        Q.    How prison administration officials do
 8   things that put people in jeopardy?
 9        A.    Yes.
10        Q.    And you guys knew this is not a good
11   situation?
12        A.    Right.
13        Q.    Now, you worked with Gerald Archuleta and
14   Silva to murder Mr. Cavalier?
15        A.    Yes.
16        Q.    And this was the gentleman I believe you
17   described in your earlier testimony as the guy that
18   essentially saved your life?
19        A.    That's correct.
20        Q.    Now, I don't want to hop around too much,
21   but you talked about the rules or rules of SNM.
22   Matthew Cavalier broke the rules to save your life?
23        A.    Yes.
24        Q.    But you didn't think anything of it; you
25   didn't care to break the rules to save his life?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   Well, to say I didn't think about it would
 2   be a lie.  I thought about it.  It just -- I didn't
 3   do it.
 4        Q.   Okay.  He could have thrown a cup of ice
 5   at the guard or something, but --
 6        A.    I could have told him the same thing that
 7   he told me, and I chose not to.
 8        Q.   And in fact, there was a concerted effort
 9   to do just the opposite, to make him feel like he
10   was safe and at home?
11        A.   That's correct.
12        Q.   And you guys said, "Hey, let's party," and
13   you shared some heroin?
14        A.   No, we actually just smoked a cigarette.
15        Q.   You didn't do heroin earlier in the
16   evening?
17        A.   No, sir.
18        Q.   Did Mr. Archuleta do heroin with him
19   earlier in the evening?
20        A.   No.  We were actually hungover from doing
21   lots of heroin before, a week before.  But at the
22   time we weren't high.
23        Q.   But there was a plan to make him feel at
24   ease around you guys?
25        A.   Yes.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.    And did Mr. Archuleta make Mr. Cavalier

2   feel like he had gotten a pass?

3      A.    Yes.

4      Q.    And that was to put him at ease?

5      A.    Yes.

6      Q.    That was actually to make him more

7   vulnerable so you guys could attack him?

8      A.    Right.

9      Q.    Which happened.

10      A.    Right.

11      Q.    And you guys made it look, after he was

12   killed, like he was asleep?

13      A.    Yes.

14      Q.    Like he was covered up in the blanket in

15   bed?

16      A.    Yes.

17      Q.    And that effort to conceal his passing was

18   so effective the prison guards never even found out

19   about it?

20      A.    That's right.

21      Q.    Until somebody on God's Pod called a news

22   station?

23      A.    Right.

24      Q.    And that news station called the jail

25   officials and said, "Hey, you guys got a dead body

SANTA FE OFFICE                                                                          MAIN OFFICE
119 East Marcy, Suite 110                                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                                Albuquerque, NM 87102
(505) 989-4949                                                                          (505) 843-9494
FAX (505) 843-9492                                                                FAX (505) 843-9492



PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1  inside your jail."

 2       A.   Yes.

 3       Q.   Now, you testified on direct that you took

 4  a plea agreement in order to save or spare Mr.

 5  Silva?

 6       A.   Yes.

 7       Q.   Can we pull up Government's Exhibit 434?

 8  Can we go to Bates 8985?

 9            Now, you said that you took a plea in this

10  case.  By the time you pled guilty for the Matthew

11  Cavalier homicide, you'd already pled guilty for the

12  Tiller homicide?

13       A.   I got found guilty, yes.

14       Q.   You were found guilty?

15       A.   Yes.

16       Q.   By a jury?

17       A.   Yes.

18       Q.   Did you testify in that case?

19       A.   No, sir.

20       Q.   But by the time you were in front of the

21  Court on a plea offer in the Cavalier, is it fair to

22  say that this was a really generous plea offer?

23       A.   Yes.

24       Q.   And so, in fact, if you look at page 2 of

25  your plea offer, highlight the "Further ordered."
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   For this murder, the judge ran your sentence
 2   concurrently with the life sentence you were serving
 3   in the Tiller murder?
 4        A.   Yes.
 5        Q.   So as a practical reality, you did not get
 6   one extra day in jail for the murder of Matthew
 7   Cavalier, did you?
 8        A.   No, sir.
 9        Q.   It was a freebie?
10        A.   Yes.
11        Q.   So there was no reason not to take that
12   plea agreement, was there?
13        A.   No.
14        Q.   Now, working with Gerald Archuleta killing
15   Matthew Cavalier caused a bit of problems for Gerald
16   Archuleta, didn't it?
17        A.   What kind of problems?
18        Q.   Well, they're twofold:  One is, Mr.
19   Archuleta encouraged you to take a plea, didn't he,
20   early on?
21        A.   Well, he wanted me to.  But I didn't.
22        Q.   And you didn't want to take a plea because
23   you hadn't even seen the discovery; correct?
24        A.   That's correct.
25        Q.   And you were, like, "Wait a second.  Until
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   I see the paperwork, I'm not doing anything"?
 2        A.   That's right.
 3        Q.   And they had at least one, if not more,
 4   meetings with all the defense attorneys to try to
 5   convince you to take a plea?
 6        A.   That's right.
 7        Q.   And you said, "Not going there"?
 8        A.   Yeah, right.
 9        Q.   And it wasn't until you finally got the
10   paperwork that you decided to plea?
11        A.   It wasn't until we were about to go to
12   trial that I took the plea.
13        Q.   Right.  But you ultimately received the
14   discovery, the paperwork, for that; right?
15        A.   Yes.
16        Q.   And that paperwork, when you read it, was
17   a little disappointing, wasn't it?
18        A.   Yes.
19        Q.   And you learned at that time that Gerald
20   Archuleta had snitched you out?
21        A.   Right.
22        Q.   Because he told the police, "Why are you
23   looking at me?  I'm not a cop killer."
24        A.   That's right.
25        Q.   And that's what's called a dry snitch;
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1   right?

 2        A.   Yes.

 3        Q.   And a dry snitch is where:  Wink, wink,

 4   nudge, nudge, your guy is over there?

 5        A.   Right.

 6        Q.   So he was talking about you?

 7        A.   Yes.

 8        Q.   And that didn't go over well, did it?

 9        A.   No.

10        Q.   And frankly that violated the rules of the

11   SNM?

12        A.   Yes.

13        Q.   And according to your direct testimony, if

14   somebody snitches you out, you have an obligation to

15   kill that person?

16        A.   That's right.

17        Q.   But you didn't kill Gerald Archuleta?

18        A.   Never got close to each other after that,

19   never.

20        Q.   Because you were in prison?

21        A.   I was in prison.  He got out.  Every time

22   he came back to prison, he was on lockdown, so he

23   would never be out after that.

24        Q.   And it causes -- but that violated the

25   spirit of the code, if you will?

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 843-9492                                            FAX (505) 843-9492
                                                                1-800-669-9492
                                                           e-mail: info@litsupport.com



BEAN
&ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

```
 1        A.   Yes.
 2        Q.   Now, it also created a second host of
 3   problems, because if I understood that case
 4   correctly, Gerald Archuleta and the folks in
 5   there -- you guys quickly figured out that Kelly
 6   Mercer had turned state's evidence against you guys?
 7        A.   Yes.
 8        Q.   You testified that he went to an interview
 9   and never came back?
10        A.   Right.
11        Q.   And that raised a great deal of suspicion
12   that was confirmed when you read the discovery?
13        A.   That's right.
14        Q.   So there was an effort put out to kill
15   Kelly Mercer for that?
16        A.   Yes.
17        Q.   And that's where Mr. Archuleta tried to
18   get in touch with Julian Romero to kill Kelly
19   Mercer?
20        A.   Yes.
21        Q.   But Mr. Romero was having too much fun
22   sleeping with Gerald Archuleta's wife to pull that
23   off?
24        A.   Yes.
25        Q.   And that created a whole second bit of
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



```
 1   problems for everyone?
 2        A.   Right.
 3        Q.   Now, how did that impact the SNM
 4   politically?
 5        A.   It brought a little bit of division with
 6   the followers of Gerald, who didn't know about his
 7   dry snitching against people that were on Julian's
 8   side, for instance, or Wild Bill.  There was a bunch
 9   of division.
10        Q.   Right.  So for lack of a better way of
11   saying it, it just kind of broke up?
12        A.   It didn't really break up.  There was this
13   certain group of people that didn't agree with Styx,
14   and some -- the ones that agreed with Styx didn't
15   agree with Julian, and like that.  But it wasn't
16   broken up.  We were still together.
17        Q.   Right.  I don't mean breaking up like the
18   whole thing disintegrated.  But there were subgroups
19   within the umbrella of the SNM?
20        A.   Yeah, there was basically disagreements.
21   But when it all came down to it, the guy that
22   disagreed with the other guy would still kill with
23   each other, if we have to.
24        Q.   Right, against the Los Carnales?
25        A.   Or whoever.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1        Q.    Against the Aryan Brotherhood?

2        A.    Yes.

3        Q.    Or against, what was it, the Supreme

4   White --

5        A.    Supreme White Power.

6        Q.    Right, so Supreme White Power.  So if

7   there is an external threat, you guys would handle

8   it?

9        A.    Right.

10       Q.    But within the political situation of the

11  group, there were lots of different camps?

12       A.    Yeah.  There was disagreements, yeah.

13       Q.    With people that just didn't really get

14  along with each other, necessarily?

15       A.    Right.

16       Q.    And in fact, sometimes it was so bad they

17  wanted to kill each other?

18       A.    That's right.

19       Q.    And sometimes they actually did kill each

20  other.

21       A.    Well, I wouldn't go there.  I don't think

22  nobody killed anyone for Styx.  And when it came

23  over Julian, but...

24       Q.    You were aware that Frederico Munoz tried

25  to shoot Julian Romero?



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1       A.   Yeah, but you were saying about murder,
 2  and I don't think anybody got murdered.
 3       Q.   Right.  But he made a good-faith effort to
 4  kill him; just missed?
 5       A.   Right, yes.
 6       Q.   In that sense.  You also testified on
 7  direct talking about political dissension and people
 8  not getting along, that when Mr. Baca came back to
 9  Southern, there were elections held?
10       A.   Right.
11       Q.   And the people in blue pod didn't want him
12  around, didn't want him to be a leader?
13       A.   That's right.
14       Q.   And they didn't support him or go for him?
15       A.   They didn't vote, period.  They didn't
16  want nothing to do with those voting.
17       Q.   So they were just persona non grata?
18       A.   Yes.
19       Q.   And that's exactly why Mr. Baca ended up
20  being kited out to Level 6?
21       A.   Yes.
22       Q.   While we're talking about SNM politics, if
23  I understood your direct testimony correctly, you
24  said that there was a conversation that you had with
25  Mr. Baca and others about basically reorganizing the
```

SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                       201 Third NW, Suite 1630
Santa Fe, NM 87501                                             Albuquerque, NM 87102
(505) 989-4949                                                         (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1    SNM?

2        A.   Yes.

3        Q.   And you actually -- there was an effort

4    made to sort of stop killing each other, stop

5    rumors?

6        A.   Yes.

7        Q.   And sort of bring back the brotherhood of

8    what it meant to be an organization?

9        A.   Right.

10       Q.   And that was something that was discussed?

11       A.   Yes.

12       Q.   And he wanted more solidarity amongst

13   people that were part of SNM?

14       A.   Yes.

15       Q.   And that is sort of what you described

16   when you described going to the Old Main for the

17   first time, is it not?

18       A.   Yeah.

19       Q.   When you were there, you were a young

20   kid -- pardon me -- but you were, what, 19?

21       A.   21.

22       Q.   And you didn't really know what was going

23   on?

24       A.   Right.

25       Q.   And as soon as you got there, this other

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                  201 Third NW, Suite 1630
Santa Fe, NM 87501                                           Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492                                             FAX (505) 843-9492
                                                                  1-800-669-9492
                                                          e-mail: info@litsupport.com


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1   gang, the Los Carnales, I believe you said it was

 2   Mike --

 3        A.   Dallas.

 4        Q.   -- Dallas, wanted to kill you on the spot?

 5        A.   Yeah.

 6        Q.   And the folks aligned with SNM realized,

 7   "Here is a young guy who is in harm's way"; right?

 8        A.   Yes.

 9        Q.   And actually reached out to protect you?

10        A.   Yes.

11        Q.   And they did that?

12        A.   Yes.

13        Q.   And you weren't a member?

14        A.   No.

15        Q.   They just saw somebody who could get

16   seriously hurt?

17        A.   Pretty much, yes.

18        Q.   And they saved your life?

19        A.   Yes.

20        Q.   Now, I just want to talk about the charges

21   in this case real briefly, starting with -- well, we

22   talked about the Julian Romero allegation.  You're

23   aware that Gerald Archuleta called that hit to have

24   Julian Romero killed?

25        A.   Yes.
```

SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                         201 Third NW, Suite 1630
Santa Fe, NM 87501                                                 Albuquerque, NM 87102
(505) 989-4949                                                              (505) 843-9494
FAX (505) 843-9492                                                    FAX (505) 843-9492
                                                                        1-800-669-9492
                                                              e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        Q.    And Gerald Archuleta sincerely wanted him
 2   dead?
 3        A.    Yes.
 4        Q.    And that's what you know about that?
 5        A.    Right.
 6        Q.    Okay.  Now, with regard to the Javier
 7   Molina case, you testified about getting this
 8   paperwork in the legal mail.
 9        A.    Yes.
10        Q.    And if I understood you correctly, you
11   felt like the paperwork was a bit like kryptonite;
12   you didn't really want it around you?
13        A.    Right.
14        Q.    Why didn't you simply flush it down the
15   toilet?  I mean, it's right there.
16        A.    Being in prison 20 years with stuff like
17   that, I don't think like that.  I mean, I should
18   have, yeah, but I didn't.
19        Q.    So it's just something that you think
20   never crossed your mind?
21        A.    No.
22        Q.    Now, let's talk about the charge you pled
23   guilty to, the Marcantel allegations.  I believe I
24   understood you on direct testimony that you had
25   never talked to Mr. Baca about Mr. Marcantel ever.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   Right.

 2        Q.   And if I understood you correctly, you

 3   learned about -- even the hit, you were approached

 4   by Eric Duran in early 2015 to kill Dwayne

 5   Santistevan.

 6        A.   Yes.

 7        Q.   And at the beginning, there wasn't even

 8   any mention of Mr. Marcantel.

 9        A.   No.

10        Q.   And it was Eric Duran that brought up the

11   whole idea of killing Mr. Marcantel to you.

12        A.   Yes.

13        Q.   And that wasn't something you thought of

14   before.

15        A.   No.

16        Q.   And did he use the murder of the Secretary

17   of Corrections in Colorado as an example of sort of

18   the mythology or the reputation that could enhance

19   the SNM if you guys pulled off that hit?

20        A.   Well, that was actually coming from Pup.

21   He said that he was in contact with Pup at the time.

22        Q.   But you never talked to Pup.

23        A.   No, I never talked to Pup.

24        Q.   And as far as you know, you only know what

25   Eric Duran told you; right?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        A.   Right.

 2        Q.   And you -- and Eric Duran told you that

 3   Mr. Baca wanted to kill Mr. Marcantel.

 4        A.   Yes.

 5        Q.   That's what you told this jury this

 6   morning.

 7        A.   Yes.

 8        Q.   And in fact -- can we bring up the Looney

 9   exhibit, Government's Exhibit 273?  Bear with me for

10   a second.

11             In this letter you talked with Mr.

12   Castellano about on direct, you talked about a list.

13   And Mr. Duran had told you about this hit list;

14   correct?

15        A.   Yes.

16        Q.   And Mr. Duran -- you testified to this

17   jury that the viejo spoke with you about this list;

18   right?

19        A.   Yes.

20        Q.   And this is something that Eric Duran

21   talked to you about?

22        A.   Right.

23        Q.   You never talked to Mr. Baca about this.

24        A.   Right.

25        Q.   And you testified on direct that Eric
```



SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                               (505) 843-9494
FAX (505) 843-9492                                      FAX (505) 843-9492
                                                            1-800-669-9492
                                                   e-mail: info@litsupport.com

1    Duran told you Anthony Baca wanted to add the

2    Secretary of Corrections to this list.

3         A.   Yes.

4         Q.   And so Eric Duran convinced you that

5    killing the Secretary of Corrections would be a

6    great idea.

7         A.   Yes.

8         Q.   Okay.  And he did that by using Pup's

9    name?

10        A.   Yes.  Well, I believed him because he was

11   out there where we -- we knew about his anger

12   towards the administration.  So I knew Pup trusted

13   Crazo, so I believed him.

14        Q.   You believed Crazo?

15        A.   Right.

16        Q.   But you had never talked to Anthony Baca

17   about Mr. Marcantel at all?

18        A.   No.

19        Q.   And you trusted Crazo?

20        A.   Yes.

21        Q.   Now, you told this jury earlier on that

22   you believed Mr. Baca wanted to kill the Secretary

23   of Corrections because Mr. Baca understood that the

24   Secretary called him a crybaby?

25        A.   Yes.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.   And that's something that had bothered

2 you; right?

3      A.   Yes, all of us.

4      Q.   Right.  Nobody believed it.

5      A.   Believed what?

6      Q.   Nobody believed that Mr. Baca was a

7 crybaby.

8      A.   Right.

9      Q.   And everybody was offended when he

10 disparaged Mr. Baca?

11      A.   Yes.

12      Q.   That it was disrespectful?

13      A.   Yes.

14      Q.   Uncalled for?

15      A.   Yes.

16      Q.   And beneath the dignity of the Secretary

17 of Corrections to even say something that stupid?

18      A.   Yes.

19      Q.   Do you recall, from looking at the

20 tablet -- you know many of those conversation were

21 recorded with Mr. Duran.

22      A.   Yes.

23      Q.   Do you recall the conversation you had

24 with Mr. Duran where you both discussed the fact

25 that Mr. Baca never understood that the Secretary of

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1  Corrections called him a crybaby?

 2       A.   I can't remember all those conversations.

 3       Q.   Because that conversation with director --

 4  well, the conversation with Secretary of Corrections

 5  Marcantel happened roughly within a week after the

 6  Molina murder; right?

 7       A.   Yeah.

 8       Q.   About March 12, 2014?

 9       A.   Yes.

10       Q.   And when Secretary Marcantel addressed you

11  in a room with all the SNM members, Eric Duran was

12  in that room?

13       A.   Yes.

14       Q.   And he told you guys, "Hey, Baca shipped

15  out crying"; right?

16       A.   Yes.

17       Q.   So Mr. Baca is gone.  You hadn't talked to

18  Mr. Baca?

19       A.   No.

20       Q.   And Eric Duran led you to believe that he

21  had?

22       A.   Yes.

23            MR. LOWRY:  So, Your Honor, can we -- we'd

24  like to move to play Defendants' Exhibit Y3.

25            MR. CASTELLANO:  I'm not sure that one has
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   been admitted.  I don't believe it has been.

 2            MR. LOWRY:  I'm going to move to admit it.

 3            THE COURT:  Is there going to be an

 4   objection to that?

 5            MR. CASTELLANO:  I don't know what it is,

 6   Your Honor.  Your Honor, I have no objection to its

 7   admission.

 8            THE COURT:  All right.  Anyone else have

 9   an objection?

10            Not hearing any objection, Defendants'

11   Exhibit Y3 will be admitted into evidence.

12            (Defendants' Exhibit Y3 admitted.)

13   BY MR. LOWRY:

14       Q.   Mr. Martinez, I want to set this up for

15   you briefly.  As you pointed out earlier, Mr. Duran

16   was housed in a cell between Robert Martinez and

17   yourself; correct?

18       A.   Yes.

19       Q.   And you were housed at Level 6 of the PNM

20   North; correct?

21       A.   Yes.

22       Q.   And do you remember what pod it was?

23       A.   X pod.

24       Q.   X pod?

25       A.   Yes.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.    So this is a clip that was taken about
 2   March 27 of 2015.
 3              MR. LOWRY:   And Your Honor, I'm just going
 4   to place this transcript on the Elmo just to assist
 5   the jury, if I may.
 6              THE COURT:   You may.
 7   BY MR. LOWRY:
 8        Q.    This is a transcript that was prepared by
 9   the United States.   I don't know if this is going to
10   work this way.   Can we patch it directly through?
11              (Tape played.)
12        Q.    Is that your voice talking about chess
13   games?
14        A.    Yes.
15        Q.    So that was you and Crazo talking about
16   Mr. Baca, not knowing at all that the Secretary of
17   Corrections had called him a crybaby?
18        A.    Yes.
19        Q.    So your testimony that Mr. Duran told you
20   that Anthony Baca wanted Marcantel added to the hit
21   list because he called him a crybaby -- you both
22   knew that that hadn't happened?
23        A.    Right.
24        Q.    So that couldn't be right, could it?
25        A.    Well, not at that time.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE
e-mail: info@litsupport.com

```
 1       Q.    You'd already -- this is before you wrote
 2  the letter?
 3       A.    That recording is before I wrote the
 4  letter?
 5       Q.    Yes, sir.
 6       A.    Yeah, so, eventually he did find out.
 7       Q.    Well --
 8       A.    According to what Crazo told me.
 9       Q.    On the same day?
10       A.    No.  But eventually he did.
11       Q.    Now, it was Mr. Duran's idea to draft the
12  letters?
13       A.    To draft them?
14       Q.    Well, yeah.  He said, "Hey" -- well, he
15  approached you; right?
16       A.    Yes.
17       Q.    And said, "Let's kill Dwayne Santistevan"?
18       A.    Yes.
19       Q.    And then he approached you and said, "Hey,
20  let's do something even bigger, badder, and better.
21  Let's kill the Secretary of Corrections"?
22       A.    Yes.
23       Q.    His idea both times?
24       A.    Yes.
25       Q.    He used other people's names to convince
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

176

 1  you it was a good idea?

 2       A.   Yes.

 3       Q.   He used other instances where other

 4  Secretaries of Correction had been killed to

 5  convince you it was a good idea?

 6       A.   Yeah.

 7       Q.   And he basically convinced you, "Hey,

 8  let's do this, it's a swell idea"; right?

 9       A.   Yes.

10       Q.   And he said, "Hey, my girlfriend can

11  smuggle the letters out"; right?

12       A.   Yes.

13       Q.   So you don't even need to write it in

14  code; just write it in big block letters; right?

15       A.   Yes.

16       Q.   And you and Robert Martinez actually got

17  in a bit of a disagreement about even that idea?

18       A.   Yes.

19       Q.   Because Robert said he'd gone to talk to

20  the STIU guys; right?

21       A.   Yes.

22       Q.   And he said, "It would be fine with me if

23  they carry you and the Secretary out in a pine box."

24       A.   Right.

25       Q.   Because Robert wanted to get out of the



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   severe conditions of confinement that you guys were

 2   living in?

 3        A.   He was trying to get out of state; that

 4   was his --

 5        Q.   Right, he wanted to be shipped out of

 6   state?

 7        A.   Yes.

 8        Q.   Where he'd be treated humanely?

 9        A.   Yes.

10        Q.   So Robert was saying, "I'll preach it to

11   the world.  I don't care.  My whole goal is just to

12   get moved out of state."

13        A.   Yes.

14        Q.   But Eric Duran said, "Well, let's write

15   these letters and try to be a little bit more

16   clandestine about it and not broadcast it

17   everywhere."

18        A.   Yes.

19        Q.   And he could help you keep it a secret,

20   because he could courier the letters out of the

21   prison without anybody knowing about it?

22        A.   Right.

23        Q.   And so he had you write this letter?

24        A.   Yes.

25        Q.   And he told you what to put in it?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1        A.     No, he didn't tell me what to put in it.

2        Q.     He told you about the letters?

3        A.     Yeah, he told me about Arthur Chavez, and

4   Arthur Chavez wrote me a letter himself.

5        Q.     Right.

6        A.     So --

7        Q.     But it was his idea for the secretary?

8        A.     Yes, yeah.

9        Q.     And you went along with it?

10       A.     Yeah.

11       Q.     And so he said to you quite frequently,

12  "Hey, let's send these letters out"?

13       A.     Yes.

14       Q.     "And you give them to me and I'll take

15  care of it"?

16       A.     Yes.

17       Q.     And he actually said, "Don't even talk to

18  other people about it"?

19       A.     Yes.

20       Q.     Would you agree with me that he came up

21  with this idea -- I mean, you even told him, "Jeez."

22  I mean, he told you it was his idea; right?

23       A.     Yes.

24       Q.     And you agreed with him that it was his

25  idea?

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   Crazo's?

 2        Q.   Yes.

 3        A.   No, he never told me that it was his idea.

 4        Q.   Well, he was trying to say it was other

 5   people's idea?

 6        A.   Yes.

 7        Q.   But you don't know that?

 8        A.   He told me it was coming from Pup.

 9        Q.   But you didn't know if that was true?

10        A.   I believed him because he was privy to

11   that information.

12        Q.   My question is:  You didn't know that was

13   true?

14        A.   No.

15        Q.   You just believed him?

16        A.   Yes.

17        Q.   That was his plan?

18        A.   Yes.

19        Q.   And you said, "Wow, since you brought up

20   this plan, I've been fantasizing about it."

21        A.   Yes.

22        Q.   And you'd never fantasized about that

23   until Mr. Duran brought it up to you, had you?

24        A.   I don't know about fantasizing, but I

25   hadn't thought about it until, you know -- the last
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                           Albuquerque, NM 87102
(505) 989-4949                                                    (505) 843-9494
FAX (505) 843-9492                                          FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1   time I thought about it was when I was talking with
 2   Pup in 2013.  I hadn't thought about it after that
 3   until 2015, when --
 4        Q.   And the conversation in 2013 is the
 5   conversation that never made it into any of the FBI
 6   reports?
 7        A.   It did.  It's somewhere.  It has to be,
 8   because I said it.
 9        Q.   Okay.  When you were talking with Eric
10   Duran, you thought you were talking in confidence;
11   correct?
12        A.   Right.
13        Q.   You didn't know you were being recorded?
14        A.   No.
15        Q.   And I mean, I asked you earlier today --
16   you said you didn't listen to all the recordings;
17   you got a little bored with it?
18        A.   Right.
19        Q.   But you know now that you were being
20   recorded?
21        A.   Yes.
22        Q.   Now, there came a time in 2015 when Mr.
23   Baca returned to New Mexico; correct?
24        A.   Yes.
25        Q.   And you didn't know it at the time, but
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1   you had been strategically placed next to Eric Duran

2   and Mr. Baca at Level 6?

3        A.   Yes.

4        Q.   And Mr. Duran was still recording the

5   three of you?

6        A.   Yeah.  I didn't know at the time.

7        Q.   You didn't know that at the time?

8        A.   No.

9        Q.   But you know it today?

10       A.   Yes.

11       Q.   Did you listen to those recordings?

12       A.   No.

13       Q.   Are you aware that there are absolutely no

14  recordings of you talking to Mr. Baca about the

15  Marcantel --

16       A.   Yeah, we never -- because he was on the

17  other side of Crazo, and I was on this side of

18  Crazo, and we didn't talk on the tier, hardly.

19       Q.   Didn't talk about it at all?

20       A.   At all.

21       Q.   And your curiosity didn't get the better

22  of you ever to talk to him about it?

23       A.   By that time, I was already suspicious of

24  Eric and people around me, because of certain things

25  that the FBI had done.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   Already.

 2        A.   Already.  So I had a suspicion because of

 3   the way the letter came back to me and things like

 4   that.  I was already trying to be quiet as much as I

 5   could at that time.

 6        Q.   But you were talking to Adam Vigil?

 7        A.   Yes, by that time, I was, because I had a

 8   feeling something was going to go down.

 9             MR. LOWRY:  May I have a moment, Your

10   Honor?

11             THE COURT:  You may.

12             MR. LOWRY:  I don't have any other

13   questions, Your Honor.

14             THE COURT:  Thank you, Mr. Lowry.

15             Mr. Villa.

16             MR. VILLA:  Yes, Your Honor.  Thank you,

17   Your Honor.

18             THE COURT:  Mr. Villa.

19                   CROSS-EXAMINATION

20   BY MR. VILLA:

21        Q.   Good afternoon, Mr. Martinez.

22        A.   Good afternoon.

23        Q.   Right before you cooperated with the

24   Government in this case, what was your status in the

25   SNM?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    I was a leader.

 2        Q.    What did they call you?  They didn't call

 3   you leader; right?  They called you something else?

 4        A.    Shadow.

 5        Q.    No, that was your nickname.  Were you a

 6   shot-caller?

 7        A.    There was no other names.  It was just --

 8   to the youngsters is big homie.

 9        Q.    A big homie?

10        A.    Yeah.

11        Q.    So if you ordered somebody to do

12   something, they're supposed to do it?

13        A.    Right.

14        Q.    And that's, I guess, a step above being a

15   soldier?

16        A.    Yes.

17        Q.    Now, Mario Rodriguez -- you testified a

18   little bit about him and a conversation you had with

19   him.  I don't want to get into what the conversation

20   was, but you had a conversation with Mario Rodriguez

21   after the Javier Molina hit; correct?

22        A.    Yes.

23        Q.    Was that in 2015?

24        A.    2014, I believe.

25        Q.    2014.  Can I see Government's Exhibit -- I
```

SANTA FE OFFICE                                    MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                 Albuquerque, NM 87102
(505) 989-4949                                     (505) 843-9494
FAX (505) 843-9492                                 FAX (505) 843-9492
                                                   1-800-669-9492
                                                   e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    believe it's 586, please.  Government's 586.  It's

2    already been admitted.  That's Mario Rodriguez?

3         A.    Yes.

4         Q.    Also goes by Blue?

5         A.    Yes.

6         Q.    That's the person you were having a

7    conversation with?

8         A.    Yes, in the yard.

9         Q.    In the yard at PNM North?

10        A.    Yes, PNM North.

11        Q.    So when you're at PNM North, you guys

12   aren't actually in the same yard; you're talking

13   between cages; right?

14        A.    Cages, yes.

15        Q.    And at PNM North, that's where you have

16   these conditions of confinement that you were trying

17   to get away from?  You're talking about it with Mr.

18   Lowry; right?

19        A.    Yes.

20        Q.    Can you tell the jury just briefly what

21   those conditions of confinement are like?

22        A.    They had us in restriction; like we

23   couldn't have visits, phone calls.  Just restricted

24   movement.  We couldn't go outside with no one else

25   but ourselves.  Real restrictive.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        Q.    That's what they called at least at that
 2   time Level 6; right?
 3        A.    Well, at that time, again, the Level 6,
 4   the Level 6 inmates had it better than us.
 5        Q.    When you say "us," you're talking about
 6   the SNM, members of the SNM?
 7        A.    Yes, they called it the SNM pods.  So they
 8   had us in one pod where we could only go outside by
 9   ourselves; take, I think it was, showers three times
10   a week.  It was -- we were restricted.
11        Q.    Let me ask you about that.  You get a
12   shower three times a week?
13        A.    Right.
14        Q.    How often did you get to go outside for
15   this yard time?
16        A.    At the very beginning, for the first 60
17   days we didn't get yard at all.
18        Q.    Just stuck in the cell for 60 days?
19        A.    Stuck in the cell.
20        Q.    After the 60 days, then how often did you
21   get to go?
22        A.    Then we started going out five days a
23   week, but it was just by ourselves.
24        Q.    And when you go outside, how long did you
25   get to be outside?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    For an hour.

 2        Q.    So one day an hour of rec?

 3        A.    An hour a day from Monday through Fridays.

 4        Q.    Five days a week.  Okay.  The rest of the

 5   time, you're in the cell?

 6        A.    Yes.

 7        Q.    Other than your shower?

 8        A.    That's right.

 9        Q.    How big is the cell?

10        A.    I don't know.  It's pretty small.

11        Q.    When you say "pretty small," can you give

12   the jury an idea -- I mean, you're about, what, 6

13   foot tall?

14        A.    Yeah, about 5'10".

15        Q.    So if you lie down on the ground, how many

16   of you can fit longways in that cell?

17        A.    One and a half of me.

18        Q.    Okay.  So give or take, maybe it's --

19        A.    About one of me this way, so --

20        Q.    One of you widthwise?

21        A.    Yeah.

22        Q.    So it's about 6 feet tall, give or take,

23   wide, and 10 feet long?

24        A.    Yes.

25        Q.    And you're just in there all day long?
```

SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                          (505) 843-9494
FAX (505) 843-9492                                                FAX (505) 843-9492
                                                                    1-800-669-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE
                                                    e-mail: info@litsupport.com

```
 1        A.   Yes.  And the restrictions lasted for
 2   about a year.  And then they let us out and we
 3   started going out to the yard more often with each
 4   other, with other pods.
 5        Q.   If I understood your testimony correctly,
 6   this happened to you after Javier Molina was
 7   murdered; right?
 8        A.   That's right.
 9        Q.   And you weren't at Southern New Mexico
10   Correctional Facility here in Las Cruces when that
11   happened?
12        A.   No.
13        Q.   So it just happened to -- everybody that
14   was SNM got put in these conditions?
15        A.   Right.
16        Q.   And you didn't like that.
17        A.   No.
18        Q.   While you were in these conditions for
19   that year period, how did it affect you?
20        A.   Like mentally?
21        Q.   Yes.
22        A.   It made me angry, anxious; didn't trust
23   the administration, things like that.
24        Q.   All right.  So it's this period of time
25   shortly after the Javier Molina murder in 2014 when
```

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                    Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                     FAX (505) 843-9492

 

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1  you have this conversation with Mario Rodriguez;

2  right?

3       A.   Yeah.  It's like later in the year.  He

4  didn't arrive there right away.  I think they

5  brought him later on and put him in the next pod,

6  next to me.  He wasn't in our pod.

7       Q.   Just happenstance, you were next to him in

8  the yard to talk --

9       A.   Yeah, we'd see each other, especially in

10 the winter.  Hardly anybody goes out, so when we

11 would come out together, it was because no one else

12 would go outside, so we'd be out there.

13      Q.   At that point in time, what was Mario

14 Rodriguez's status in the SNM?  Was he a shot-caller

15 or a big homie?

16      A.   He had a lot of respect, yeah.  Yes.

17      Q.   Had a lot of respect?

18      A.   Yes.

19      Q.   Would you say he was trying to move his

20 way up the ladder in the SNM?

21      A.   I think, yeah, possibly, yeah.

22      Q.   So after this conversation, you and Mario

23 agreed to put a hit on Ron Sanchez?

24      A.   Yes.

25      Q.   And you wanted to put a hit on Daniel

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1  Sanchez, but you couldn't, so you did it on Ron

 2  Sanchez.

 3       A.   Yes.

 4       Q.   And Mario Rodriguez didn't have any

 5  problem with that; he agreed.

 6       A.   Well, it was actually coming from him.

 7       Q.   It was his idea?

 8       A.   Yes.

 9       Q.   To put a hit on Daniel Sanchez?

10       A.   Yes.

11       Q.   Now, a little bit later in this case,

12  isn't it true that Mr. Rodriguez wrote you a letter?

13       A.   Yes.

14       Q.   And can I --

15            MR. VILLA:  Your Honor, I'd like to have

16  this marked as Defendants' Exhibit next, which is

17  FQ.  May I approach?

18            THE COURT:  You may.

19  BY MR. VILLA

20       Q.   Mr. Martinez, I've handed you a document

21  that I've marked for identification as Defendants'

22  Exhibit FQ.  Is this the letter Mr. Rodriguez wrote

23  to you?

24       A.   Yes.

25       Q.   Can you tell me when you received this
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   letter?
 2        A.   It was right after we got arrested in this
 3   indictment right here.
 4        Q.   So you got arrested in this case?
 5        A.   In this case, yes.
 6        Q.   And Mr. Rodriguez wrote you a letter.  How
 7   did you receive it?
 8        A.   Can I reread it?
 9        Q.   You can read it to yourself.  Don't read
10   it out loud.
11        A.   Yeah.
12        Q.   That's the letter?
13        A.   Yeah.
14        Q.   Actually, it's front and back, if you want
15   to look on the back side, and make sure that's also
16   part of the same letter.
17        A.   Yeah.  I remember this.
18        Q.   That's the same one we're talking about?
19        A.   He sent it to me when we were in Otero.
20        Q.   Otero.  Oh, just down the way here?
21        A.   Right.
22        Q.   And how did you know that it was from
23   Mr. Rodriguez?
24        A.   Well, because he was my neighbor, and he
25   told me to send his line -- send my line, and he
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1  sent it to me.
 2       Q.   Okay.  So a line is like a string that you
 3  send to the cell next to you?
 4       A.   Yeah, to fish to my neighbor.  And he sent
 5  me the letter.
 6       Q.   Let me just make sure that the jury
 7  understands and that I understand.  You put your
 8  line, and you send it over to the cell next to you?
 9       A.   Yes.
10       Q.   And Mario Rodriguez was next to you at
11  that time?
12       A.   Right.  We were in our own cells, and I
13  sent the line to his cell, and he sent me back the
14  letter on the line, pulling the string.
15       Q.   You just pull it underneath your door?
16       A.   Right.
17       Q.   And I believe that on approximately
18  January 21, 2016, you provided that letter to the
19  FBI; correct?
20       A.   Yes.
21            MR. VILLA:  Your Honor, I would move to
22  admit Defendants' FQ.
23            THE COURT:  Any objection, Mr. Castellano?
24            MR. CASTELLANO:  No objection, Your Honor.
25  Can I just get the Bates stamp from the letter?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              MR. VILLA:  Yes, it's 31610 and 31611.
 2              THE COURT:  Any objection from any other
 3     defendant?
 4              MS. DUNCAN:  No, Your Honor.
 5              THE COURT:  Not hearing any objection,
 6     Defendants' Exhibit FQ will be admitted into
 7     evidence.
 8              (Defendants' Exhibit FQ admitted.)
 9              MR. VILLA:  May I approach, Your Honor?
10              THE COURT:  You may.
11     BY MR. VILLA:
12         Q.   Mr. Martinez, I'm going to put it up on
13     the Elmo.  So I'm showing you, there is the exhibit
14     sticker, FQ, and the letter actually starts on the
15     back page; correct?  So what I'm showing you here is
16     Bates No. -- you see the numbers I'm pointing to at
17     the bottom, 31610?
18         A.   Yes.
19         Q.   That's the front -- first page of the
20     letter; correct?
21         A.   Yes.
22         Q.   And in the first sentence Mr. Rodriguez is
23     writing you to say:  "You're not going to take a
24     plea are you"; right?
25         A.   Yes.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492





MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    Q.   So he's trying to ask you about taking a
2    plea in this case?
3    A.   Right.
4    Q.   And a little further down -- let's see
5    here, he asks here, "You're not going to dive back
6    into the Bible, are you?"  Do you see that question?
7    A.   Yes.
8    Q.   Do you know why he asked you that?
9    A.   Yeah, because I was into the Bible at one
10   time, reading.
11   Q.   And in terms of, you know, the SNM, is
12   there a specific meaning into that when he's asking
13   you "You're not going to dive back into the Bible"?
14   A.   Because once I -- I did that for, like,
15   nine years, and just stayed out of the politics.
16   That's what he's talking about.
17   Q.   So if you're into the Bible or into
18   religion, you sort of have a pass, if you will, of
19   having to get into SNM politics?
20   A.   Well, it depends on the reasoning.  I
21   mean, if you're a rat, you don't get a pass.  But if
22   you haven't done nothing, you're all right.
23   Q.   I see.  And after asking you about if
24   you're going to get into the Bible, he says,
25   "Because we're going to need you, ese.  We want to

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   rebuild this fucking car and make it stronger than

 2   it has ever been."

 3            Did I read that right?

 4       A.   Yes.

 5       Q.   What did you understand him to mean there?

 6       A.   That they want it done, they want it

 7   finished, they wanted to keep going the route they

 8   were going.

 9       Q.   Which route?

10       A.   To keep building on the SNM to keep

11   structuring and restructuring and so on that we'd

12   been doing for the last 20 years, yes.

13       Q.   That's what you thought Mario Rodriguez

14   wanted?

15       A.   Yes.  Nonstop.

16       Q.   All right.  Let's see.  I'm going to flip

17   over now to the second page.  Do you see here at the

18   bottom, 31611.  That's the second page; correct?

19       A.   Yes.

20       Q.   I'm underlining right there the way that

21   the letter is signed.  Do you know what that says?

22       A.   Yeah, "Amor."

23       Q.   What does that mean?

24       A.   Respect.  It's -- amongst carnals -- it

25   means love in Spanish, but we use it in terms of
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   recognizing one another.

2       Q.   I see.   Let me direct your attention to

3   this line here.   It says, "I've never see it running

4   right, homie, and in order to see it, I'm willing to

5   put my pride aside" --

6           I messed this up here.   Let me try it

7   again.   "I'm willing to put my pride aside and

8   follow orders from someone who is for bringing us

9   together.   I just want to see that my life and work

10  is worth something bigger than me."   Do you see that

11  there?

12      A.   Yes.

13      Q.   What did you understand him to be talking

14  about?

15      A.   He was a soldier, and he was willing to do

16  whatever to make -- you know, to make everything

17  right.

18      Q.   And this part here, "I've never see it

19  running right, homie"?

20      A.   Well, he was a youngster when he got in,

21  and you know, the SNM wasn't perfect or one big old

22  mafia, but it was a killing machine and he knew that

23  that's what he got into.   So it might have not been

24  running the way he wanted it, the way all of us

25  thought, but we were all together when it counted.

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                 Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                     FAX (505) 843-9492
                                                          1-800-669-9492
                                                  e-mail: info@litsupport.com


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        Q.   So it's fair to say you understood this
 2   letter to mean, "Don't take a plea; let's keep this
 3   thing going; let's fix it; let's make it better"?
 4        A.   Yes.
 5        Q.   And that's what Mario Rodriguez was
 6   telling you he wanted to do at that time?
 7        A.   Yes.
 8             MR. VILLA:  May I have just a moment, Your
 9   Honor?
10             THE COURT:  You may.
11   BY MR. VILLA:
12        Q.   Mr. Martinez, before you testified in
13   court and during lunch, you're housed downstairs,
14   aren't you?
15        A.   Yes.
16        Q.   And who have you been housed with
17   downstairs today?
18        A.   By myself.
19        Q.   Are there other cooperating witnesses down
20   there that you've seen?
21        A.   Yeah, they're in the other cells, where I
22   can't talk to them.
23        Q.   Who have you seen?  Have you seen Eric
24   Duran?
25        A.   Yeah, he's down there somewhere.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.    Anybody else?

 2        A.    Mario, I think, is down there.

 3        Q.    But it's your testimony you can't talk to

 4   them?

 5        A.    I can't talk to them.

 6        Q.    And when I say "can't," meaning you're not

 7   allowed to or you're physically unable?

 8        A.    Both.

 9        Q.    Both?

10        A.    Both.  I'm not allowed to, and I'm

11   physically unable to talk to them.

12        Q.    But there have been times in this case

13   when you were allowed to talk to the other witnesses

14   that were working with the Government; true?

15        A.    True.

16        Q.    You all were housed together; right?

17        A.    Yes.

18        Q.    And I think you testified a little bit

19   about some of this.  You said you were incarcerated

20   in the Sandoval County Detention Center?

21        A.    Yes.

22        Q.    And at that time you were with some of the

23   other cooperating witnesses?

24        A.    That's correct.

25        Q.    Was that the time when you reset your
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    tablet?

2         A.    I did it before that.

3         Q.    When you were at Sandoval County or

4    somewhere else?

5         A.    I was at PNM North when I reset it.

6         Q.    All right.  And there was a point in time

7    when you were with Jerry Armenta.  I think you

8    testified he showed you how to use a tablet, or you

9    let him use your tablet?

10         A.    Yes, both.

11         Q.    Both things.  Where was that?

12         A.    In Sandoval.

13         Q.    In Sandoval County Detention Center.  And

14    you know Jerry Armenta is working with the

15    Government; right?

16         A.    Right.

17         Q.    Did Jerry Armenta ever use your tablet to

18    look for pornography for himself?

19         A.    I mean, I let him do it to get mine.  I

20    don't know what he looked at on himself, because he

21    had it overnight until the next morning.

22         Q.    All right.

23         A.    At the very beginning, because he was --

24    his cell was the only cell that got Wi-Fi at the

25    time.

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                    FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

    1      Q.   Do you know if, during that overnight
    2  period, he used your tablet to look at child
    3  pornography?
    4      A.   Not that I know of.  There is none on my
    5  tablet.
    6      Q.   Did he ever let you use his tablet?
    7      A.   No.
    8      Q.   While you were at Sandoval County
    9  Detention Center, I think you testified to this jury
   10  that you got Suboxone; right?
   11      A.   Yes.
   12      Q.   And as a matter of fact, you bought
   13  Suboxone from Timothy Martinez, didn't you?
   14      A.   Yes.
   15      Q.   Timothy Martinez, who is also working with
   16  the Government?
   17      A.   That's correct.
   18      Q.   And this is a time when you are both in
   19  Sandoval County, you guys have already made the
   20  decision to go work for the Government; correct?
   21      A.   That's right.
   22      Q.   And so after that, you're together in
   23  Sandoval County, and Timothy Martinez is still
   24  selling Suboxone?
   25      A.   Yes.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.    At least he sold it to you; right?

 2        A.    Yes.

 3        Q.    Now, he's testified to this jury that one

 4   of the reasons he wanted to --

 5              MR. CASTELLANO:  Objection, Your Honor.

 6   Referencing other witness' testimony violates the

 7   rule against exclusion of witnesses.

 8              THE COURT:  Well, let's not do that.

 9              MR. VILLA:  That's fine, Your Honor.

10   BY MR. VILLA:

11        Q.    Let me ask you this:  When he sold you the

12   Suboxone, Mr. Martinez, did he tell you that he was

13   walking with the Lord?

14              MR. CASTELLANO:  Objection, calls for

15   hearsay.

16              MR. VILLA:  Well, I think it would go

17   towards impeaching Mr. Martinez' direct testimony to

18   the jury.

19              THE COURT:  Sustained.

20   BY MR. VILLA:

21        Q.    How many times did Mr. Martinez sell you

22   Suboxone?

23        A.    I couldn't count.  I wouldn't know.

24        Q.    A lot of times, then?

25        A.    A few times, yeah.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

201

```
 1        Q.    I mean, it would be more than a few, if
 2   you're not able to count; wouldn't you agree?
 3        A.    Right.
 4        Q.    How did you purchase the Suboxone?
 5        A.    Either money that I had on my books or
 6   with art.  I draw art.  I did a lot of art.
 7        Q.    So you draw art and use that as currency?
 8        A.    Yes.
 9        Q.    Or money that you had on your books?
10        A.    Right.
11        Q.    And you were given money by the FBI for
12   your cooperation in this case, weren't you?
13        A.    Yes.
14        Q.    And that money was put on your books?
15        A.    Yes.
16        Q.    You also bought Suboxone from Jerry
17   Montoya, didn't you?
18        A.    Yes.
19        Q.    And Jerry Montoya is working with the
20   Government.  You know that?
21        A.    Yes.
22        Q.    You were housed with him at the Lea County
23   Detention Facility?
24        A.    Yes.
25        Q.    After you guys had both decided to
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    cooperate with the Government; right?

2         A.    Right.

3         Q.    And Mr. Montoya sold you some Suboxone.

4    How did you pay for that?

5         A.    Same way -- well, actually, with him, it

6    was a little bit different.  I didn't really buy

7    from him too much.  He would just give it to me.

8         Q.    So it's your testimony that you never

9    bought Suboxone from Mr. Montoya?

10        A.    No, I bought some, but not often.  Like,

11   just maybe $20 here, $20 there, I'd pitch in.  And

12   we, you know, get a good little issue, and then that

13   would be it.

14        Q.    I understand.  So with Mr. Martinez, you

15   were always purchasing it?

16        A.    Right.

17        Q.    With Mr. Montoya, sometimes you purchased

18   it and sometimes he just gave it to you?

19        A.    Right.

20        Q.    And when you purchased it from Mr.

21   Montoya, you also used money that was on your books?

22        A.    Yes.

23              MR. VILLA:  That's all I have.

24              THE COURT:  Thank you, Mr. Villa.

25              Ms. Jacks, do you have cross-examination?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              MS. JACKS:  Thank you, Your Honor.
 2                     CROSS-EXAMINATION
 3   BY MS. JACKS:
 4        Q.   I just have a few questions, Mr. Martinez.
 5   I want to talk to you about this paperwork on Javier
 6   Molina that you've told us today that you say you
 7   got.  And you're claiming this was mailed in to you
 8   while you were housed at PNM North?
 9        A.   Yes.
10        Q.   And I think you described the paperwork as
11   about two or three pages?
12        A.   That's correct.
13        Q.   Containing a little of this and that and
14   things you can't remember?
15        A.   Yes, it was a bench warrant, is what I
16   remember.
17        Q.   You think it was a bench warrant or it
18   was --
19        A.   I know it was a warrant.
20        Q.   So it was some sort of legal document?
21        A.   Yes.
22        Q.   Who do you claim mailed this in to you?
23        A.   I don't.
24        Q.   So it comes from a mystery person?
25        A.   Yes.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1     Q.   And in fact, today is the first time in

2  the entire investigation of this case that you've

3  claimed that you saw some sort of paperwork on

4  Mr. Molina, isn't it?

5     A.   No, I've already told the Government this.

6     Q.   You didn't -- well, you didn't tell the

7  Government that on December 3rd of 2015, did you?

8     A.   Yes, I did.

9     Q.   You didn't tell the Government that on

10 December 17th of 2015, did you?

11    A.   Yes, I did.

12    Q.   You didn't tell that to the Government on

13 January 21st of 2016, did you?

14    A.   Yes.

15    Q.   You told them?

16    A.   Yes.

17    Q.   You didn't tell the Government on

18 September 15th of 2016, did you?

19    A.   Yes, I did.

20    Q.   You didn't tell them on December 2nd of

21 2016, did you?

22    A.   Yes.

23    Q.   And you didn't tell them on January 22nd

24 of 2018, did you?

25    A.   Yes.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1      Q.   So it's your testimony you were

 2 interviewed by the Government on at least six

 3 separate occasions in preparation for this trial?

 4      A.   Yes.

 5      Q.   Is that right?

 6      A.   Yes.

 7      Q.   And it's your testimony here at this trial

 8 that on every one of those six occasions, you told

 9 them that some mystery person mailed in some

10 paperwork on Javier Molina while you were housed at

11 PNM North?

12      A.   Yes, I told them that, ma'am.

13      Q.   And specifically on December 12th of 2016,

14 you were asked about the Molina homicide and

15 paperwork on Mr. Molina, weren't you?

16      A.   Yes.

17      Q.   And you were asked and interviewed in the

18 presence of three other Government witnesses,

19 weren't you?

20      A.   Three other --

21      Q.   -- government witnesses.  Back on December

22 2nd of 2016, didn't Bryan Acee --

23      A.   Yes.

24      Q.   -- interview you in the presence of three

25 other Government witnesses?



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   Yes.

 2        Q.   And that would be Benjamin Clark?

 3        A.   Yes.

 4        Q.   Jerry Armenta?

 5        A.   Yes.

 6        Q.   Robert Martinez; right?

 7        A.   Yes.

 8        Q.   And you?

 9        A.   Yes.

10        Q.   And the FBI agent sat you all down and

11   talked to you all together about Molina; right?

12        A.   Right.

13        Q.   And during that interview, you didn't say

14   one thing about ever seeing any paperwork on

15   Mr. Molina?

16        A.   At that time, no.

17             MS. JACKS:  I have nothing further.

18             THE COURT:  Thank you, Ms. Jacks.

19             Mr. Castellano, do you have redirect of

20   Mr. Martinez?

21             MR. CASTELLANO:  Yes, Your Honor.

22             THE COURT:  Mr. Castellano.

23                  REDIRECT EXAMINATION

24   BY MR. CASTELLANO:

25        Q.   Mr. Martinez, do you remember meeting with
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1   me before trial?

 2        A.    Yes.

 3        Q.    And do you remember making a statement

 4   about having received the paperwork through legal

 5   mail?

 6        A.    Yes.

 7        Q.    And so when Mr. Lowry said that he was

 8   surprised, it was the first time that he'd heard

 9   that, you said you were surprised that this is the

10   first time he heard that.

11        A.    Yes.

12        Q.    So were you aware that your statement was

13   disclosed to the defense on January 28th of this

14   year?

15        A.    Yes.

16        Q.    And just to make sure --

17             MR. CASTELLANO:   May I approach the

18   witness, Your Honor?

19             THE COURT:   You may.

20   BY MR. CASTELLANO:

21        Q.    I'm showing you a letter dated January 28,

22   2018.  I'll have you review that to yourself.

23        A.    Yeah, that's --

24        Q.    So do you remember disclosing that before

25   this trial even began, Mr. Martinez?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   Yes.

 2        Q.   Now, also going back to December 2nd of

 3   2016, do you remember what your response was to the

 4   question:  "Who called the green light on Javier

 5   Molina and when was it called?"

 6        A.   Yes.

 7        Q.   And what was your response, as best as you

 8   remember?

 9             MR. LOWRY:  Objection, Your Honor.  That's

10   hearsay.

11             THE COURT:  What are you trying to prove

12   with --

13             MR. CASTELLANO:  Only that the statement

14   was made, Your Honor.  The defense has alleged that

15   he made no statement.  And this is only to clarify

16   that the statement was actually made.  It's not for

17   the truth.

18             MR. LOWRY:  Your Honor, may we approach?

19             THE COURT:  Well, you can approach.

20             (The following proceedings were held at

21   the bench.)

22             THE COURT:  Aren't you trying to establish

23   the truthfulness of this statement?  You're trying

24   to get it for the truth.  You're not trying to

25   impeach him.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1           MR. CASTELLANO:  He's testified to this
2   statement, so it's come in for the truth.  The
3   defense has alleged he never made the statement to
4   the FBI.  He actually made it in December of 2016.
5           MR. LOWRY:  No.
6           MR. CASTELLANO:  The allegation was,
7   you've never told the FBI this; isn't it true?  So
8   the question is for the purpose that he had, in
9   fact, given that information to the FBI over a year
10  ago.
11          MR. LOWRY:  Your Honor --
12          THE COURT:  Are you trying to fit it in a
13  prior consistent statement to avoid the hearsay?
14          MR. CASTELLANO:  No, it wouldn't count as
15  a prior consistent statement, because he was already
16  cooperating.  But it does rebut the claim that he
17  never made the statement when it was documented in
18  an FBI 302.  He's already testified to -- the
19  testimony has already come in.
20          MR. LOWRY:  Your Honor, may I be heard on
21  that real quick?
22          THE COURT:  You may.
23          MR. LOWRY:  Your Honor, my question very
24  carefully presented to him whether he told the FBI
25  that he had met with Eric Duran and Anthony Ray Baca
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   when the statement was made that -- Mr. Castellano

2   is referring to the statement that he told the FBI.

3           THE COURT:  Well, I think the best way to

4   deal with this is let him do his thing, and let you

5   come back and make your point.

6           MR. LOWRY:  But this is coming in for the

7   truth and it misses the point.  And I think it's

8   confusing, because the point is, was a third party

9   present.  All he is trying to do is rehabilitate him

10  to rehabilitate this report.

11          MR. CASTELLANO:  The confusion came from

12  the allegation that he never made the statement, or

13  it was never documented in the FBI report.  And this

14  is going to prove that it was made and documented.

15          MR. LOWRY:  That he made the statement

16  with Duran.

17          THE COURT:  What you're arguing about now

18  is just whether the statement was made, not whether

19  it's true or not.  And so I think whether the

20  statement is made or not, if you want a limiting

21  instruction on it -- because the Government doesn't

22  care whether it's coming in for the truth.  I can

23  give it, and then you can come back and make your

24  point.  But it's whether it was ever made or not.

25  So I think I'm going to allow the Government to do

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  their thing and give a limiting instruction, since

2  they don't want this in for the truth, and you can

3  do whatever you want to do on recross.

4          MR. LOWRY:  Here's the point:  I don't

5  disagree with Mr. Castellano that he elicited that

6  on direct, so I don't dispute that he made that

7  statement.  I just dispute that he made it in the

8  company of Eric Duran.

9          THE COURT:  Okay.  You can recross him on

10 that.

11         MS. DUNCAN:  Can I confer with Mr. Lowry

12 for one moment?

13         THE COURT:  What's the date of this

14 statement?

15         MR. CASTELLANO:  December 2, 2016.

16         MR. LOWRY:  Can we talk about the

17 paperwork?

18         MR. CASTELLANO:  Actually, the hit was

19 called --

20         MR. LOWRY:  I don't dispute that.

21         MR. CASTELLANO:  But he did dispute it in

22 his cross-examination of the witness.

23         MR. LOWRY:  I disputed it, that he --

24         THE COURT:  I'll give you a chance to

25 recross, if you want to go back into this ground.

SANTA FE OFFICE                                                      MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                           Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                            FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1   But I'm going to instruct the jury to the extent

2   that these statements are being offered only to

3   establish whether he made the prior inconsistent

4   statements or consistent statements, and it's not

5   for the truth of the matter.

6            MR. LOWRY:  Perfect.

7            (The following proceedings were held in

8   open court.)

9            THE COURT:  All right.  Ladies and

10  gentlemen, you're going to hear a statement, and the

11  only purpose of this is to let you decide whether

12  Mr. Martinez has made inconsistent statements.  The

13  statement itself is not being offered for the truth

14  of the matter, and you shouldn't consider it for the

15  truth of the matter.  You should only use it for

16  determining whether Mr. Martinez made consistent

17  statements.

18           Mr. Castellano.

19  BY MR. CASTELLANO:

20     Q.   Okay, Mr. Martinez, do you recall making a

21  statement to the FBI on December 2, 2016, in

22  response to the question:  "Who called the green

23  light on Javier Molina and when was it called?"

24     A.   Yes.

25     Q.   And do you know whether that's documented

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  in an FBI report?

2       A.   Yes.

3       Q.   So tell us what it is that you reported to

4  the FBI on December 2, 2016.

5       A.   I told them that me and Pup had a meeting

6  in 2013.  We talked about paperwork on Javier

7  Molina, and that BB had it, and to get it out of BB

8  and get that taken care of as fast as possible.

9       Q.   I just want to make sure you have this

10 right.  Are you sure that's what was documented in

11 the 302?  I can refresh your recollection.

12      A.   You're going to have to refresh me what's

13 documented.  I know what was said.

14           MR. CASTELLANO:  May I approach the

15 witness, Your Honor?

16           THE COURT:  You may.

17 BY MR. CASTELLANO:

18      Q.   I'm handing you a Bates stamp 20163.

19 First of all, is that an FBI report?

20      A.   Yes.

21      Q.   Is your statement documented in that

22 report?

23      A.   Yes.

24      Q.   After reviewing that document, does it

25 refresh your memory about what was documented?



SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                     201 Third NW, Suite 1630
Santa Fe, NM 87501                             Albuquerque, NM 87102
(505) 989-4949                                          (505) 843-9494
FAX (505) 843-9492                                  FAX (505) 843-9492
                                                       1-800-669-9492
                                              e-mail: info@litsupport.com

```
 1      A.    Yes.

 2      Q.    What was that?

 3      A.    It was that it was called a hit one year

 4   before, at least one year before the actual hit

 5   happened.

 6      Q.    And that was a discussion with who?

 7      A.    With Pup, and that's exactly what I said

 8   earlier in 2013, when we were in the yard.

 9      Q.    Do you recall making a statement on

10   December 17th of 2015 to the FBI about a discussion

11   you had with Mr. Baca regarding Dwayne Santistevan?

12      A.    Yes.

13      Q.    What do you recall about making that

14   statement?

15      A.    That he was frustrated with the

16   administration, and that he wanted them to pay, and

17   Santistevan's son would have been an easy target

18   because he was an LT at the Central Correctional

19   Facility, and -- but either one, either him or his

20   dad was a target at that time.

21      Q.    And are you aware of whether this

22   statement is documented in an FBI report?

23      A.    Yeah, it should be.

24      Q.    If you're not sure, I can refresh your

25   recollection.
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                       (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492
                                                                1-800-669-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE
                                                         e-mail: info@litsupport.com

```
1        A.    Yeah, I'm pretty sure it is.

2        Q.    Now, you mentioned earlier a discussion

3   about the need for a tabla because people needed to

4   stop killing each other and spreading rumors.  Do

5   you remember that?

6        A.    Yes.

7        Q.    Was that killing each other within the

8   gang?

9        A.    Yes.

10       Q.    So were the polities of the gang causing

11  problems internally?

12       A.    Yes.

13       Q.    And then who was on that tabla that you

14  mentioned?

15       A.    What's that?

16       Q.    Who was on that tabla that you mentioned

17  that was designed for the purpose of reducing this

18  kind of friction?

19       A.    At that time when -- you're talking about

20  right now?

21       Q.    Yes.

22       A.    Me, Pup, BB, and Carlos Herrera, and

23  Dan Dan at the time.

24       Q.    There is a question about you wanting to

25  get moved next to Carlos Herrera because he didn't
```

SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                  Albuquerque, NM 87102
(505) 989-4949                                                              (505) 843-9494
FAX (505) 843-9492                                                    FAX (505) 843-9492
                                                                          1-800-669-9492
                                                                   e-mail: info@litsupport.com



1  plot to kill people.  Do you remember that?

2       A.   Yeah.  That was after -- after everything

3  had went down.

4       Q.   Now, the fact that he was on the tabla

5  with you -- did that resolve him of responsibility

6  for taking care of snitches?

7       A.   Yes.

8       Q.   Let me ask, do you know what it means to

9  resolve the problem?

10      A.   No.

11      Q.   If he was on the tabla, did that mean he

12  could overlook the fact that someone was a snitch?

13      A.   Oh, no, no.  No one can.

14      Q.   You were asked about a recording between

15  yourself and Eric Duran.  Do you remember that?

16      A.   Yes.

17      Q.   At that time, did Eric Duran capture you

18  agreeing to kill Mr. Marcantel or Mr. Santistevan?

19      A.   Yes.

20      Q.   And did you plead guilty to that?

21      A.   Yes.

22      Q.   And is that what you've told the jury

23  today?

24      A.   Yes.

25      Q.   Now, regarding Cheryl Tiller, the police

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   officer that you shot, you indicated that you
 2   initially heard that she killed her ex-boyfriend but
 3   you didn't believe it?
 4         A.   Right.
 5         Q.   And then you said something how later on
 6   you did believe it?
 7         A.   Yes.  After the investigation and
 8   everything of all the paperwork came out, yes, then
 9   I found out it was true.
10         Q.   And so at that point in her life, was she
11   also in a lot of trouble?
12         A.   Excuse me?
13         Q.   At that point in her life, was she also in
14   a lot of trouble?
15         A.   I don't know -- legally, you're talking
16   about?  No, she wasn't in trouble.  She could have
17   got in serious trouble, yeah.
18         Q.   Right.  So at the point that you were
19   hanging out with her, had she been caught for any
20   illegal activity?
21         A.   Yeah, she would have been in serious
22   trouble.
23         Q.   Now, you were asked about Styx
24   dry-snitching on you.  Do you remember that?
25         A.   Yes.
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492
                                                                    1-800-669-9492
                                                          e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

```
 1        Q.    And there is an indication that you had
 2  not killed him, and you said you hadn't had a chance
 3  to kill him.  Do you remember that?
 4        A.    Yes.
 5        Q.    And if you had been in the same facility,
 6  would you have attempted to kill him for snitching
 7  on you?
 8        A.    Probably.
 9        Q.    How did Eric Duran or Crazo and Mr. Baca
10  get along?
11        A.    Real good.
12        Q.    Why do you say that?
13        A.    That was his buddy.  When we were in Level
14  4 together, Pup made it clear that he was one of the
15  ones he trusted, and Crazo lived in my pod with me.
16        Q.    So did you have any reason to doubt Eric
17  Duran when he told you that Pup was part of this hit
18  on --
19              MR. LOWRY:  Objection, Your Honor, calls
20  for speculation.
21              THE COURT:  No, I don't think so.
22  Overruled.
23  BY MR. CASTELLANO:
24        Q.    Did you believe Eric Duran?
25        A.    Yes.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.    And that's when he was telling you about

2  things that Pup had told him; is that correct?

3    A.    Yes.

4    Q.    You were asked about whether or not Mr.

5  Baca knew that Mr. Marcantel had called him a

6  crybaby.  Do you remember that part?

7    A.    Yeah.

8    Q.    Did you actually know whether or not word

9  got back to Mr. Baca about being called a crybaby?

10    A.    Not for sure.  I was just listening to

11  Crazo again.

12    Q.    Now, you were shown the letters that you

13  wrote to other SNM members regarding the

14  conspiracies to murder Mr. Marcantel and

15  Mr. Santistevan.  Do you remember those?

16    A.    Yes.

17    Q.    Now, did Eric Duran trick you into this

18  conspiracy to murder these two men?

19    A.    No.

20    Q.    Had you already agreed that they should be

21  murdered?

22    A.    I already agreed.

23    Q.    And in response, is it Mr. Duran who then

24  convinced you to actually put those ideas into

25  writing?

SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                              Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    Yes.

 2        Q.    You indicated that about that time Arthur

 3   Chavez had written you a letter?

 4        A.    Yes.

 5        Q.    What do you remember about that letter?

 6        A.    He -- the first letter he said that he had

 7   been in contact with Pup, and he was -- that he knew

 8   who Pup was, I think, I believe, if I'm not

 9   mistaken, and he's ready and down for whatever.  I

10   really didn't know the guy.  I just knew that he

11   was -- that he knew Pup from somewhere along the

12   line or something.  I didn't know him personally.

13        Q.    And when he was ready and down for

14   whatever, was that in response to either Mr.

15   Marcantel or Santistevan?

16        A.    Yeah.  I don't think he worded it exactly

17   like that, but I know he's -- I'm just summing it

18   up, his letters, that he was ready for me to give

19   him orders or tell him whatever needs to be done.

20   And yes, it was in reference to what we were talking

21   about Marcantel, the administration getting hit and

22   the -- mainly Marcantel.

23        Q.    Now, Defendants' Exhibit FQ, which is the

24   letter from Blue?

25        A.    Yes.
```



SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                       Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 843-9492                                          FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   Did you say that you gave that to the FBI?

 2        A.   Yes.

 3        Q.   So as part of your cooperation, then, did

 4   you actually turn this over to the Government?

 5        A.   Right.   I was already cooperating at the

 6   time.

 7        Q.   And so in other words, we know about this

 8   because of you?

 9        A.   Yes.

10        Q.   And at the time you received this letter,

11   were the federal charges pending?

12        A.   Yes.

13        Q.   And so even despite the SNM being charged

14   federally, I think you said earlier that the SNM was

15   still willing to keep building?

16        A.   Yes.

17        Q.   And you also told defense counsel the SNM

18   was a killing machine?

19        A.   Yes.

20        Q.   Is that true?

21        A.   Yes.

22             MR. CASTELLANO:   I pass the witness, Your

23   Honor.

24             THE COURT:   Thank you, Mr. Castellano.

25   Mr. Lowry?   Ms. Bhalla?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              MS. BHALLA:  Thank you, Your Honor.
 2                    RECROSS-EXAMINATION
 3   BY MS. BHALLA:
 4       Q.   Good afternoon, Mr. Martinez.
 5       A.   Good afternoon.
 6       Q.   Would a leader be in danger for not acting
 7   on orders to hit somebody if there was paperwork?
 8       A.   Yes.
 9       Q.   And that leader would then also be subject
10   to a hit?
11       A.   Yes.
12       Q.   And that's why there was hit on Carlos
13   Herrera?
14       A.   Yes.
15              MS. BHALLA:  Thank you.
16              THE COURT:  Thank you, Ms. Bhalla.
17              Mr. Lowry.
18                    RECROSS-EXAMINATION
19   BY MR. LOWRY:
20       Q.   Arthur Chavez wrote you in response to
21   what you thought was a letter going out to him?
22       A.   He wrote me first, and then, yeah,
23   something like that.  I can't really remember during
24   that time, but he did write me one letter
25   explaining -- giving his number and everything,
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1  like -- and then the second letter came in the mail,

 2  which was wide open, and that's what alerted me that

 3  something is not right here with this guy.

 4        Q.   But that was never turned over?

 5        A.   What do you mean?

 6        Q.   You didn't share that with Crazo?

 7        A.   Yeah.

 8        Q.   Eric Duran?

 9        A.   He's the one that introduced me to Arthur.

10        Q.   Right.  But Mr. Duran had a habit of

11  reading all of the letters onto the recordings;

12  right?

13        A.   I guess, yeah.  I don't...

14        Q.   That one just skipped the recordings?

15        A.   Well, on that letter, one of them letters

16  were sent directly to me.  That's what I'm trying to

17  say.  It got sent directly to me in the regular

18  prison mail.

19        Q.   Right.  Now, we talked throughout your

20  examination about how skilled you are at

21  manipulation; right?

22        A.   I don't know.

23        Q.   Well, with Matthew Cavalier you guys made

24  him think that he was your buddy; right?

25        A.   Right.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

224

```
 1        Q.    And that's how you got into his cell;
 2   right?
 3        A.    Yes.
 4        Q.    And when you assaulted -- was it Mike
 5   Dallas?
 6        A.    Brett Watson.
 7        Q.    Brett Watson.  Thank you -- you made him
 8   think he was your buddy?
 9        A.    Yes.
10        Q.    And you put a lot of time and energy to do
11   that; right?
12        A.    That's what I was taught.
13        Q.    And that's what you did?
14        A.    Yes.
15        Q.    And you did that even with Cheryl Tiller;
16   right?  You went to give her a hug, but you didn't
17   want to hug her; you wanted to get her pistol.
18        A.    Yes.
19        Q.    And every time you did that, you did that
20   to benefit yourself at the expense of someone else;
21   right?
22        A.    Did it to benefit the SNM.
23        Q.    Well, you testified that you killed Cheryl
24   Tiller on your own?
25        A.    I wasn't planning that one.  I didn't plan
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   that murder.
 2        Q.    But you murdered her?
 3        A.    Right.
 4        Q.    And when you hugged her, you had no
 5   intention to give her love and affection; you had
 6   every intention to get her gun; right?
 7        A.    To save my life.
 8        Q.    You didn't have to kill her to save your
 9   life.  You could have driven away.
10        A.    That's what it appeared at that time.
11        Q.    But nobody came to attack you after you
12   shot her?
13        A.    No, I left.
14        Q.    Well, yeah, you thought people, the
15   Mexican Mafia or something, was going to close in on
16   you?
17        A.    That's what I thought.
18        Q.    And that didn't happen, did it?
19        A.    No, because I was arrested by the next
20   day.
21        Q.    Arrested by the next day?
22        A.    Yes.
23        Q.    I thought you said it took three years to
24   figure it out.
25        A.    No, I got arrested right away.
```



SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                201 Third NW, Suite 1630
Santa Fe, NM 87501                                        Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                           FAX (505) 843-9492
                                                                  1-800-669-9492
                                                        e-mail: info@litsupport.com

1    Q.   But you know how to manipulate the

2    situation to get what you want, don't you?

3    A.   I know how to do what I'm told to do and

4    what I need to do, yes.

5    Q.   Did somebody tell you to give Cheryl

6    Tiller a hug?

7    A.   No.

8         MR. LOWRY:  No further questions.

9         THE COURT:  Thank you, Mr. Lowry.  Anyone

10   else?

11        Mr. Castellano, do you have redirect?

12            REDIRECT EXAMINATION

13   BY MR. CASTELLANO:

14   Q.   On the Cheryl Tiller killing, you said you

15   got arrested the next day?

16   A.   Yeah, around -- well, maybe within 48

17   hours.  I don't know.  I know it was real soon.

18   Q.   Was it for that crime, or was it for your

19   parole violation?

20   A.   It was a parole violation.  And by the

21   nighttime, I was charged with murder.

22   Q.   And then regarding the hit on Carlos

23   Herrera, it's already been your testimony that the

24   hit was outstanding for more than a year; is that

25   correct?

SANTA FE OFFICE                                                           MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                  Albuquerque, NM 87102
(505) 989-4949                                                                (505) 843-9494
FAX (505) 843-9492                                                      FAX (505) 843-9492
                                                                              1-800-669-9492

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE
e-mail: info@litsupport.com

```
 1        A.    Yes.

 2        Q.    And in that year, had Carlos Herrera

 3   killed -- or been involved with the murder on Javier

 4   Molina, as far as you know?

 5        A.    As far as I know -- what do you mean?

 6        Q.    In other words, the hit was out --

 7              MS. BHALLA:  Objection, Your Honor,

 8   speculation.  The witness wasn't there.

 9        A.    Yeah.

10              THE COURT:  Well, lay some foundation.

11   BY MR. CASTELLANO:

12        Q.    So you knew the hit was outstanding for

13   more than a year?

14        A.    Right.

15        Q.    And in that year, was Mr. Molina killed?

16        A.    Yes.

17        Q.    The year leading up to the murder?

18        A.    Yes.

19        Q.    Okay.  You know the order first went

20   out --

21        A.    Right.

22        Q.    -- that I told you about?

23        A.    Yes.

24        Q.    How long did it take for Mr. Molina to get

25   killed?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1       A.    Yeah, about a year.

2       Q.    And during that year time, was Mr. Herrera

3   a llavero or a key-holder?

4       A.    Yes.

5       Q.    So is it safe to say in the time that he

6   was a llavero, that first year, that Javier Molina

7   was not killed?

8       A.    Right.

9             MR. CASTELLANO:   Pass the witness, Your

10  Honor.

11            MS. BHALLA:   Your Honor, may I ask a few

12  very briefly, Your Honor?

13            THE COURT:   Yes.   Let's do it after the

14  break, though.

15            All right.   We'll be in recess for 15

16  minutes.

17            (The jury left the courtroom.)

18            THE COURT:   All right.   We'll be in recess

19  for about 15 minutes.

20            (The Court stood in recess.)

21            THE COURT:   Let's go on the record.

22  Anything we need to discuss before we bring the jury

23  in?

24            I am going to be able to supply you with a

25  copy of the color picture.   So Deputy Mickendrow has

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492                                               FAX (505) 843-9492
                                                               1-800-669-9492
                                                          e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1   let me look at it, and said I can make copies of it.

2   So we'll get one and we'll mark it as Exhibit N, as

3   in Nancy, to the Clerk's minutes.  So it will be

4   marked there, as well.

5           Anything else we need to discuss?

6           MS. DUNCAN:  Your Honor, I'm not sure if

7   we're going to get to him today, but I know the

8   Government has witness Mario Montoya on the witness

9   list for today.  We had submitted some redactions to

10  the Court for transcripts involving Mr. Montoya.

11  And there is at least one transcript that we missed;

12  we missed some redactions that we wanted to suggest

13  to the Court.  So I'm hoping we can address that

14  before that particular recording is played.

15          THE COURT:  All right.  Do you have those

16  here?

17          MS. DUNCAN:  I do.  It's Government's

18  Exhibit 395.  And --

19          THE COURT:  Is Mario going to be next?

20  No?

21          MS. ARMIJO:  No, Your Honor.  We have

22  three other witnesses before him.

23          THE COURT:  Okay.

24          MS. DUNCAN:  It may not even happen.

25          MS. ARMIJO:  So it depends on how

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  productive we are this afternoon.

2          THE COURT:  All right.  So give me what

3  the redactions are.

4          MS. DUNCAN:  So on page number 17 -- so I

5  think it starts on page 17306, and Mr. Montoya says,

6  "And what about Dan Dan and them, and where are they

7  at?"

8          And so we would ask the Court to redact

9  everything below that.  And it continues onto the

10 next page, 17307, which is redactions that we

11 actually proposed to the Court when we filed our

12 objections.

13         THE COURT:  Okay.

14         MS. DUNCAN:  Then on page 17 -- I can give

15 this to you to look at later.

16         (A discussion was held off the record.)

17         MR. CASTELLANO:  Your Honor, I think with

18 this recording, I was only going to play off of

19 pages 22, 23, and the top of 24.  We can still

20 discuss redactions in case the whole thing is moved

21 in, and we only play a portion.

22         (A discussion was held off the record.)

23         MS. DUNCAN:  It sounds like Mr. Castellano

24 is going to play a portion of the transcript that

25 we're not going to object to.  So we may be able to

SANTA FE OFFICE                                                        MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                 Albuquerque, NM 87102
(505) 989-4949                                                            (505) 843-9494
FAX (505) 843-9492                                                  FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1  figure this out.

2          THE COURT:  Okay.

3          MR. CASTELLANO:  So the only question is

4  if we introduce it in its entirety; if we do that,

5  we'll still need to make redactions before it goes

6  to the jury.

7          THE COURT:  Okay.  Well, if you're not

8  going to play it to the jury, you may not care.

9          MR. CASTELLANO:  That's correct.  So what

10  happens is, if we move the entire recording, and

11  only play a portion, the entire recording would

12  still go to the jury.  So there may still be the

13  need for redactions, is what I'm saying.

14          MS. DUNCAN:  Could you just move into

15  evidence the part of the recording you're planning

16  to play for them and then just exclude the rest of

17  it?

18          MR. CASTELLANO:  Possibly.  I need to see

19  what else is in there.

20          MS. DUNCAN:  Okay.

21          THE COURT:  All right.  Well, get those to

22  me sooner rather than later, whatever the dispute

23  is.  Because if this is going to come up on Monday,

24  or even later today, I'm going to need a little bit

25  of time to look at them.



SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                            FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1              MS. DUNCAN:  Okay.
 2              MR. CASTELLANO:  It will come up soon.
 3   Thank you, Your Honor.
 4              THE COURT:  All right.  All rise.
 5              (The jury entered the courtroom.)
 6              THE COURT:  All right.  Mr. Martinez, I'll
 7   remind you that you're still under oath.
 8              And Ms. Bhalla, you wanted to do some
 9   recross?
10              MS. BHALLA:  No, Your Honor.  Thank you.
11   I appreciate it.  I'm okay.
12              THE COURT:  You're okay?
13              MS. BHALLA:  Yes, Your Honor.  Thank you.
14              THE COURT:  Mr. Lowry.
15                    RECROSS-EXAMINATION
16   BY MR. LOWRY:
17      Q.   Mr. Martinez, you testified on redirect
18   that you'd pleaded guilty to this charge; correct?
19      A.   Yes.
20      Q.   I just want to make sure everybody is
21   clear.  You never agreed with Mr. Baca to do
22   anything, did you?
23      A.   I did agree with him.
24      Q.   You didn't agree with him to kill Mr.
25   Marcantel?
```




SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1        A.   Well, I agreed -- well, I couldn't do the

2   hit without Pup; that's for sure.

3        Q.   Did you ever talk to Mr. Baca about the

4   Marcantel --

5        A.   Physically, no.

6        Q.   Were you ever near Mr. Baca talking about

7   killing Mr. Marcantel?

8        A.   No.

9             MR. LOWRY:  No further questions, Your

10  Honor.

11            THE COURT:  Thank you, Mr. Lowry.

12            Mr. Castellano, do you have any further

13  questions of Mr. Martinez?

14            MR. CASTELLANO:  No, Your Honor.

15            THE COURT:  All right.  Mr. Martinez, you

16  may step down.

17            Is there any reason that Mr. Martinez

18  cannot be excused from the proceedings, Mr.

19  Castellano?

20            MR. CASTELLANO:  No, sir.

21            THE COURT:  How about the defendants?  Can

22  he be excused?

23            MS. BHALLA:  Yes, Your Honor.

24            MR. VILLA:  Yes, Your Honor.

25            THE COURT:  Not hearing any objection,

SANTA FE OFFICE                                                      MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                       (505) 843-9494
FAX (505) 843-9492                                           FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1   you're excused from the proceedings.  Thank you for

2   your testimony.

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492





MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    UNITED STATES OF AMERICA

2    STATE OF NEW MEXICO

3

4                    C-E-R-T-I-F-I-C-A-T-E

5        I, Jennifer Bean, FAPR, RDR, CRR, RMR, CCR,

6    Official Court Reporter for the State of New Mexico,

7    do hereby certify that the foregoing pages

8    constitute a true transcript of proceedings had

9    before the said Court, held in the District of New

10   Mexico, in the matter therein stated.

11       In testimony whereof, I have hereunto set my

12   hand on this 26th day of March, 2018.

13

14                    _____

15       Jennifer Bean, FAPR, RMR-RDR-CCR
         Certified Realtime Reporter
16       United States Court Reporter
         NM Certified Court Reporter #94
17       333 Lomas, Northwest
         Albuquerque, New Mexico 87102
18       Phone:        (505) 348-2283
         Fax: (505) 843-9492
19       License expires:  12/31/18

20

21

22

23

24

25

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com