1

1           IN THE UNITED STATES DISTRICT COURT

2             FOR THE DISTRICT OF NEW MEXICO

3   UNITED STATES OF AMERICA,

4                 Plaintiff,

5       vs.           NO:  CR-15-4268 JB

6   ANGEL DELEON, et al.,

7                 Defendants.

8

9        Transcript of excerpt of testimony of

10                JERRY RAY ARMENTA

11            Thursday, February 8, 2018;

12             Friday, February 9, 2018;

13             Monday, February 12, 2018

14

15

16

17

18

19

20

21

22

23

24

25

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2

1                    I N D E X

2    EXAMINATION OF JERRY RAY ARMENTA

3    By Mr. Castellano                              4

4    By Mr. Castellano                             33

5    By Ms. Jacks                                 158

6    By Ms. Jacks                                 228

7    EXAMINATION OF JERRY RAY ARMENTA

8    By Ms. Jacks                                 248

9    By Mr. Maynard                               332

10   By Ms. Fox-Young                             348

11   By Ms. Duncan                                382

12   By Mr. Castellano                            401

13   REPORTER'S CERTIFICATE                       415

14                   EXHIBITS ADMITTED

15   Defendants' EJ Admitted                      281

16   Defendants' FD and FE Admitted               332

17   Defendants' AB 2 Admitted                    314

18   Government 678 and 679 Admitted              128

19   Government 756 Admitted                      113

20   Government 757 Admitted                      121

21   Government 758 Admitted                      150

22

23

24

25

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                   Albuquerque, NM 87102
(505) 989-4949                                               (505) 843-9494
FAX (505) 843-9492                                      FAX (505) 843-9492
                                                          1-800-669-9492
                                                   e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1                    Thursday, February 8, 2018
 2               THE COURT:  All right.  Mr. Castellano,
 3   does the Government have its next witness or
 4   evidence?
 5               MR. CASTELLANO:  Yes, Your Honor.  May I
 6   have a moment?
 7               Your Honor, our next witness is Jerry
 8   Armenta.
 9               MS. ARMIJO:  Your Honor, may we have a
10   moment to see if his attorney is outside?
11               THE COURT:  You may.
12               Come on in.
13               All right, Mr. Armenta, if you'll come up
14   and stand next to the witness box, and before you're
15   seated, my courtroom deputy, Ms. Standridge, will
16   swear you in.  If you'll raise your right hand to
17   the best of your ability.
18                    JERRY RAY ARMENTA,
19        after having been first duly sworn under oath,
20        was questioned, and testified as follows:
21               THE CLERK:  Please be seated.  State and
22   spell your name for the record.
23               THE WITNESS:  My name is Jerry Ray
24   Armenta, J-E-R-R-Y, R-A-Y, A-R-M-E-N-T-A.
25               THE COURT:  Mr. Armenta.  Mr. Castellano.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1                    DIRECT EXAMINATION
2    BY MR. CASTELLANO:
3         Q.   Good afternoon, Mr. Armenta.
4         A.   How are you?
5         Q.   Are you now or have you ever been an SNM
6    Gang member?
7         A.   I was, yes.
8         Q.   And why do you say that you were, and not
9    that you are?
10        A.   Because I let it down.  I threw it away.
11   I took it out of my life.  I don't want nothing to
12   do with it anymore.
13        Q.   Before you were an SNM Gang member, were
14   you a member of any other gangs?
15        A.   A street gang.
16        Q.   What was the name of that gang?
17        A.   North Side.
18        Q.   I'm going to go ahead and show you a
19   photograph which has already been admitted as
20   Government's Exhibit 607, I believe.  Let me check.
21   Okay.  And is that a picture of any of your tattoos?
22        A.   Yes.
23        Q.   Let's turn to Exhibit 608.  Is that a
24   better picture of your tattoos?
25        A.   Yes, sir, that's me.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   On your abdomen there are three letters,
 2   NSL.  What does that stand for?
 3        A.   It stands for North Side Locos.
 4        Q.   Is that the street gang you referred to
 5   earlier?
 6        A.   Yes.
 7        Q.   Where was that street gang?
 8        A.   Out of Gallup, New Mexico.
 9        Q.   And what does the 114 percent mean on your
10   stomach?
11        A.   Well, the 100% is 100 percent.  But the 14
12   is a representation of North Side.  And it's the
13   14 -- it means the 14th letter of the alphabet,
14   which is N, Norteno.  114 percent.
15        Q.   Turning to Exhibit 614, I'll have you look
16   at that exhibit, sir.  What is that on the top of
17   your head?
18        A.   That is the Zia symbol with the state of
19   New Mexico in the background of it.
20        Q.   Why did you get that tattoo?
21        A.   Because I was an SNM Gang member.
22        Q.   And what significance did the state and
23   the Zia symbol have to you when you got that tattoo?
24        A.   It's our flag.  It's what we represent.
25   So we use it as a way to represent so that we don't
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    have to say nothing.  People will know where we're

2    from when they see it.

3         Q.    Have you seen a symbol like that before

4    with the letter S in the middle of it?

5         A.    Yes.

6         Q.    And did you ever want to or attempt to get

7    the letter S in the middle of that Zia symbol?

8         A.    Yes, I did.

9         Q.    Why did you not?

10        A.    Because they did not let me.

11        Q.    Who is "they"?

12        A.    Mario Rodriguez and Daniel Sanchez.

13        Q.    And why is that?

14        A.    Because they said I didn't earn my bones

15   the right way.

16        Q.    Now, in your opinion or through the

17   opinion of other SNM Gang members, did you believe

18   at some point you had earned your bones?

19        A.    Oh, yeah.

20        Q.    And can you tell us about that event?

21        A.    Well, when I first got into the SNM, or

22   was brought in, this was in 2005, Lea County

23   Correctional Facility in Hobbs, New Mexico.  A bunch

24   of us in the pod, we all got drunk off of some

25   homemade wine, prison-made wine.  And some enemies

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    of ours that I didn't know we had, got a little

2    courage, got a little, you know, bigger when they

3    drank the wine and stuff, so they jumped us.

4         Q.   Do you know, were they member of another

5    gang or what did you know about them?

6         A.   Yes, they were Surenos, New Mexico

7    Surenos.

8         Q.   Okay.  Tell the members of the jury about

9    getting jumped.

10        A.   There was seven or eight individuals.  We

11   all got jumped because we were SNM members.  At

12   first I didn't know the enemies that I inherited

13   when I got into the gang, so it was a surprise to

14   me.

15             But they jumped us.  They beat us up.  At

16   the same time, I defended myself.  I had a

17   prison-made knife, a shank, and I stabbed one of

18   them.  And the friend that I was with got beat up,

19   unconscious.  And I also got beat up as well, but

20   not as bad as he did, because I was doing a little

21   more defending.

22        Q.   Now, were you trying to defend your

23   friend, as well?

24        A.   I was.  After a while, they were smashing

25   his head, and I jumped in on top of him so they

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

8

1  could stop hitting him.

2      Q.   How did that altercation end?  Did they

3  just stop?  Did the corrections officers stop it?

4      A.   They just stopped.  And it was a few

5  seconds after that the corrections officers came.

6  And we got down -- I got down on the floor.  My

7  friend was already on the floor.  And them other

8  guys were already in their cells doing who knows

9  what; I don't know.

10      Q.   Now, where did the actual assault happen

11  in the facility?

12      A.   It was in Housing Unit 4, D pod, in the

13  day room.

14      Q.   Now, at that point in time were SNM

15  members and Surenos housed in the same pod?

16      A.   Only me and Michael Armendares, my friend

17  that was there, and Surenos were in that pod.  In

18  other pods in the unit, there was other SNM Gang

19  members there.

20      Q.   Now, what, if any, problems or tension

21  were created by you being in a pod with people you

22  learned were your rivals?

23      A.   Say that again?

24      Q.   Did that create any problems or tension in

25  the pod with being two different gangs in there?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    Yeah, but I didn't understand what was
 2   going on.  I didn't understand what I had inherited
 3   when I got into SNM.  So I thought everything was
 4   okay.  I thought everything was okay; there was a
 5   peace, there was a treaty, they were there before.
 6   Nothing ever happened before, so I thought it was
 7   okay, it was all good.
 8        Q.    How did you first come into the gang?
 9   What year was that?
10        A.    2005.  That's when I got in.  I mean, I
11   knew gang members from before.  I knew them, I knew
12   of them, but when I got in, it was in 2005.
13        Q.    Did someone recruit you, or how did you
14   actually --
15        A.    Someone recruited me.  Someone brought me
16   in.
17        Q.    Who was that?
18        A.    Michael Armendares.
19        Q.    That was the one you were helping defend?
20        A.    Yes.
21        Q.    How is it that you found yourself
22   incarcerated?  What happened?
23        A.    Drug trafficking.
24        Q.    Now, how many convictions do you have for
25   drug trafficking?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        A.    Currently, I have four.
 2        Q.    So were some of those convictions -- did
 3   you get those before you were an SNM Gang member?
 4        A.    Three of them were before SNM Gang
 5   membership.
 6        Q.    How old were you when you were first
 7   arrested for your first drug trafficking conviction?
 8        A.    19.
 9        Q.    And how long had you been dealing before
10   then?
11        A.    About two years.
12        Q.    Now, when you were dealing, then, were you
13   dealing on the streets?
14        A.    Yes.
15        Q.    And were you dealing for yourself, or for
16   your street gang, or who was it?
17        A.    It was just for myself, just getting by,
18   getting the things that I liked and wanted.
19        Q.    And what happened as a result of the drug
20   trafficking?
21        A.    I had three -- well, I got my first one
22   when I was 19.  I picked up two more while waiting
23   for that first one.  So I ended up taking a plea
24   bargain for all three of them, and they ran them
25   concurrent.  I pled guilty to trafficking on one
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    count on each case, and I got nine years, four years

2    suspended, five years probation.

3        Q.   So just so the jury understands, you had a

4    total sentence of nine years?

5        A.   Yes.

6        Q.   With four years suspended; is that

7    correct?

8        A.   Yes.

9        Q.   So when the sentence is suspended, are you

10   doing jail or prison time?  Or is that time held

11   over your head and you do probation instead?

12       A.   It's held over your head, and you do

13   probation instead.  If you violate or pick up any

14   other charges while you're on the five years

15   probation, then you can get the four years added on

16   to your sentence.

17       Q.   Just so it's clear, I think you said you

18   had an initial arrest for drug trafficking.  And

19   then were you out on the streets on conditions of

20   release pending that charge when you picked up

21   additional charges?

22       A.   Yes.

23       Q.   And ultimately you pled to three cases at

24   one time?

25       A.   Yes.  They ran them concurrent.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

12

1      Q.    Now, considering the fact that you were on

2  probation, how is it that you eventually found

3  yourself in prison?

4      A.    I kept getting out and kept violating.

5      Q.    And violating what?

6      A.    My probation.

7      Q.    And what are the kinds of ways you

8  violated your probation?

9      A.    I absconded.

10     Q.    What does that mean?

11     A.    That means not reporting, not calling in.

12  I never went to go see the probation officer,

13  period.

14     Q.    And that finally caught up with you?

15     A.    And it caught up with me.

16     Q.    So where did you end up, as a result of

17  finally getting sentenced to prison?

18     A.    When I first got sentenced, I was in RDC,

19  Los Lunas.  Then I went to the Level 2 prison there,

20  got into some trouble, got a write-up.  My points

21  went.  Then that's when I went to Hobbs in 2002.

22     Q.    Do you accumulate points for misconduct in

23  prison?

24     A.    Yes.

25     Q.    And as a result of accumulating points, do

SANTA FE OFFICE                                            MAIN OFFICE
119 East Marcy, Suite 110                      201 Third NW, Suite 1630
Santa Fe, NM 87501                              Albuquerque, NM 87102
(505) 989-4949                                          (505) 843-9494
FAX (505) 843-9492                                  FAX (505) 843-9492
                                                      1-800-669-9492



PROFESSIONAL COURT
REPORTING SERVICE                        e-mail: info@litsupport.com

```
 1   you then get moved to potentially a higher level
 2   prison facility?
 3        A.   I went from a Level 2, minimum restrict
 4   yard, to a medium yard, Level 3.
 5        Q.   What was the difference in either
 6   privileges or other things in the prison with those
 7   two levels?
 8        A.   The minimum restrict, you can leave the
 9   pod any time of the day and go to the yard, go to
10   the gym, go to the library, do whatever.  They have
11   a thing called quarters call and they announce it on
12   the intercom, and, "All right, it's time for you to
13   go back to your pod so we can count you guys."
14             When count is cleared, go back to do what
15   you're doing.
16             Level 3, you're in a pod all day, you have
17   certain times to go to the yard or the library.
18   Certain things you've got to get done through the
19   day.
20        Q.   Sometime in 1999, did you meet a person
21   named Robert Lovato?
22        A.   Yes.
23        Q.   How did you meet him or how did you know
24   him?
25        A.   From my cousins.  My auntie ran a trailer
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   park in Albuquerque.  And he had just gotten out, I
 2   believe, and his mom lived there at the trailer
 3   park.  So he went home to his mom's, and his -- my
 4   cousins and him knew each other, and that's how I
 5   met him.  Me and his sister ended up dating after a
 6   while.
 7        Q.   Now, is there a Robert Lovato, the father,
 8   and Robert Lovato, the son?
 9        A.   Yes.
10        Q.   Is this the father or the son?
11        A.   This is the father.
12        Q.   Did you ever have a talk with him about
13   joining gangs?
14        A.   We did.  And he actually told me to never
15   join the SNM.  He said, "Whatever you do, if you go
16   to prison, do not clique up.  I'm begging you, do
17   not clique up."
18        Q.   What does it mean, "to clique up"?
19        A.   That means to get affiliated, get brought
20   in, be known as a member.
21        Q.   I take it you didn't take his advice?
22        A.   I did not.
23        Q.   Tell us about the first time --
24             THE COURT:  Mr. Castellano, would this be
25   a good time for us to break for the evening?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              MR. CASTELLANO:  Sure, Your Honor.
 2              THE COURT:  All right.  I appreciate
 3  everybody's hard work.  Tomorrow is not a snow day.
 4  I appreciate everything you've been doing for us.
 5  We'll see you at 8:30 in the morning.
 6              All rise.
 7              (The jury left the courtroom.)
 8              THE COURT:  All right.  Y'all have a good
 9  evening.  See you in the morning.
10              MS. JACKS:  Your Honor, will the Court
11  admonish the witness?
12              THE COURT:  Mr. Armenta, don't talk to
13  anyone about your testimony now that you've taken
14  the stand, okay?  Don't talk to other witnesses.
15              THE WITNESS:  Yes, sir.
16              THE COURT:  Or anybody else.  Okay?
17              THE WITNESS:  Okay, thank you.
18              MR. MAYNARD:  Your Honor, there may be
19  some unfinished business.  Today is the deadline for
20  some of the redactions and proposed redactions of
21  recordings.  I've just filed a brief motion in
22  limine which I hope is explanatory.  But does the
23  Court want hard copies of anything?  Because the
24  permutations of how -- redactions in a long
25  document -- and I'm just talking about the
```

SANTA FE OFFICE                                                                    MAIN OFFICE
119 East Marcy, Suite 110                                                  201 Third NW, Suite 1630
Santa Fe, NM 87501                                                          Albuquerque, NM 87102
(505) 989-4949                                                                        (505) 843-9494
FAX (505) 843-9492                                                            FAX (505) 843-9492
                                                                                  1-800-669-9492
                                                                      e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1   transcript, not the audio -- there's an infinite
 2   number of different ways to do it.  And I'm just
 3   seeking guidance on how to present our thoughts to
 4   the Court.
 5              THE COURT:  If I were to pick up your
 6   brief and then sit there with the transcripts, would
 7   I be able to make sense as to what additional
 8   redactions you want?
 9              MR. MAYNARD:  I hope so.  I tried to make
10   it simple, although it can get -- well, I hope so.
11              THE COURT:  Let me do this.  Let me --
12   your brief has been filed?
13              MR. MAYNARD:  I made it as short as I
14   could.  There are a lot of issues, and I just went
15   through the issues that the Court knows exist in
16   situations like this.  And of course, a lot of it is
17   discretionary to the Court.  We want to keep it
18   narrow.  The Government might want it broader.  So I
19   think I communicated the gist of our position to the
20   Court in some specifics.
21              THE COURT:  But you've already filed it?
22              MR. MAYNARD:  I just filed it five, ten
23   minutes ago.
24              THE COURT:  And has Mr. Beck -- I now have
25   in those folders -- I have everything I need to
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   probably sit down and look at it?

2           MR. MAYNARD:  Right.  The folders for the

3   most part just addressed the Bruton problems.  And

4   I'm raising briefly all of the issues relating to

5   probative value versus unfair prejudice, confusion

6   to the jury, trash talk among prison inmates with

7   the F word in every other sentence; and the fact

8   that -- what does it prove?  Because I can't see the

9   connections to hardly even to enterprise, much less

10  the Molina homicide.

11          THE COURT:  When I look at what you're

12  wanting additional redactions, is it going to say

13  403, Bruton?

14          MR. MAYNARD:  Yes.

15          THE COURT:  403, Bruton?

16          MR. MAYNARD:  Yes.  I'm asking for entire

17  transcripts just to be excluded because I've read

18  through them and I can't see the connections.

19          MR. BECK:  I think we'll be playing them

20  in court.  It will connect up.

21          THE COURT:  Have you seen the brief?

22          MR. BECK:  I have.

23          THE COURT:  Do you think I'll be able to

24  sit down with what I have?

25          MR. BECK:  They asked for full transcripts

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  to be excluded, and in each of those transcripts

2  there is evidence of possession of needles, drug

3  trafficking, fishing in cells, photos, discussion of

4  the Julian Romero incident.

5           THE COURT:  But your brief has been filed?

6           MR. BECK:  It has.

7           THE COURT:  It already has?

8           MR. MAYNARD:  And mine has, if you can

9  call it a brief.

10           THE COURT:  Is this going to be on behalf

11  of all of the defendants, or am I looking at

12  different ones?

13           MR. MAYNARD:  I just filed it a moment

14  ago, and I haven't had time to consult.  But we have

15  talked together among the defendants.  Our

16  particular issues focus more on 403, 402, you know,

17  issues like that.

18           THE COURT:  Okay.  All right.  Let me do

19  this:  Let me take a look at it tonight, maybe in

20  the morning, and maybe I can give you a little

21  better feel in the morning.

22           MR. MAYNARD:  Very well.

23           THE COURT:  All right.  Y'all have a good

24  evening.

25           (Court stood in recess.)

SANTA FE OFFICE                                                MAIN OFFICE
119 East Marcy, Suite 110                                      201 Third NW, Suite 1630
Santa Fe, NM 87501                                             Albuquerque, NM 87102
(505) 989-4949                                                 (505) 843-9494
FAX (505) 843-9492                                             FAX (505) 843-9492
                                                               1-800-669-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE                                              e-mail: info@litsupport.com

```
 1                   Friday, February 9, 2018
 2              THE COURT:  All, right.  Good morning,
 3     everyone.  I appreciate everybody being here and
 4     ready to go on time.  I'll see if y'all have
 5     anything you need to talk to the Court about, but
 6     let me comment a little bit on what Mr. Maynard
 7     brought up at the very end of the day.
 8              I haven't been through everything, but I
 9     did get through a fair amount, and I'm inclined not
10     to sustain any 401, 402, 403 objections to it.  I
11     also wasn't persuaded by the Government hadn't
12     redacted enough arguments.
13              I think there is a narrative here.  I
14     think we got a good preview of what the narrative is
15     going to be from Mr. Lowry during January and
16     December, and how you're going to attack these
17     tapes.  And if I start chopping them down and then
18     y'all argue the way Mr. Lowry did about the tapes,
19     then it's not going to be fair to the Government.  I
20     think there is a narrative here.  We've got to put
21     them in context.
22              I thought the Government did a good job of
23     at least the materials I've seen taking care of the
24     Bruton issues.  I thought the formatting was fine,
25     so they showed us the redacted portions, and then
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

**BEAN & ASSOCIATES, Inc.**
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1   they also showed us how it's going to go to the
2   jury.  I thought those were fine.  It didn't
3   indicate what was redacted.
4           I may look a little closer at some of the
5   individual objections to see if there is anything
6   that troubles me.  But overall, I thought the
7   Government was pretty good with their word about
8   what they were going to do with this material, and
9   so I'm not inclined to sustain a lot of the
10  objections.  I really didn't see any that I was
11  sustaining from what I reviewed last night.
12          MS. BHALLA:  May I be heard briefly on
13  that issue?
14          THE COURT:  You may.
15          MS. BHALLA:  Thank you, Your Honor.  If
16  the Court -- given the Court's ruling, I think the
17  question I have for the Court is that depending on
18  the statements the Government intends to elicit, I
19  think that we should be able to also submit the
20  other statements that were made to impeach the
21  witnesses' statements on the stand about what our
22  client's said.  And I think that it's impeachment,
23  and I don't think it's being necessarily offered for
24  the truth of the matter asserted.  And in that
25  particular instance, I don't think that there should
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1  be a bright-line rule that we can't elicit our own

 2  clients' statements when the Government is bringing

 3  out statements of our clients and things.  So I

 4  think that we have a right to present a defense, and

 5  that right -- and it's a constitutional right -- and

 6  I think that that right includes letting us question

 7  about other statements that were made within the

 8  context of the recordings.

 9          THE COURT:  I looked at the ones that I

10  could tell were about completeness, and I didn't --

11  I wasn't persuaded of those that I could see from

12  the objections.  If you want to make another run at

13  some particular ones that you think the Government

14  is cutting out that go to completeness, I'll take a

15  look at it.  I don't agree that just because the

16  Government brings out a statement, you get to bring

17  out a statement of your client.  I just don't think

18  the rules of evidence work that way.

19          MS. BHALLA:  It depends on the statement,

20  Your Honor.

21          THE COURT:  I don't disagree.  If you want

22  to be specific and say, "Okay, this one we need for

23  completeness" -- but that's probably the only thing

24  I'm going to go with, because -- and the Tenth

25  Circuit has been more liberal on completeness.  You

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1 │ know, some jurisdictions, and I think the rule

 2 │ itself, just limits it to writing, but I think Judge

 3 │ O'Brien has an opinion that suggests it goes to oral

 4 │ statements, as well.

 5 │          So I will do what the Tenth tells me to

 6 │ do, but I'm probably not going to do it on

 7 │ constitutional grounds.

 8 │          MS. BHALLA:  Okay.  And I think maybe the

 9 │ Court might be misunderstanding me.  And I'm not

10 │ talking about necessarily with just, straight up,

11 │ the redactions.  I'm talking about when the

12 │ witnesses are on the stand.  So if, you know, Billy

13 │ Cordova gets on the stand and testifies, you know,

14 │ "Carlos Herrera confessed to the murder, and he

15 │ confessed to me on tape and I have it," and there

16 │ are also statements on the recording where Carlos

17 │ Herrera says "I have nothing to do with it" -- I

18 │ think if he says that, I get to impeach with that.

19 │          THE COURT:  I don't think you do.  I think

20 │ the law is crystal-clear.  I've written on it

21 │ repeatedly and you can look at Salzberg.  It just

22 │ doesn't come in.  He's got to take the stand.  When

23 │ he takes the stand, then he gets to do those sort of

24 │ things.

25 │          MS. BHALLA:  I want to put on the record,

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   Your Honor, that we are joining in Ms. Fox-Young's

2   and Mr. Villa's motions on the right to present a

3   defense, and we believe that our clients have the

4   right to impeach with that evidence, and that just

5   because it's our client's statement doesn't make it

6   inadmissible when you're using it for impeachment

7   and when you're using it for the rule of

8   completeness.

9           Thank you, Your Honor.

10          THE COURT:  But I do think in that

11  situation you would be trying to get it in for the

12  truth of the matter.  You want the jury to hear that

13  Mr. Herrera is denying participation in that.

14          MS. BHALLA:  I think it depends on how he

15  answers the questions, if that's fair.  I mean, I

16  think if we ask the witness, "Isn't it true that he

17  also told you he had nothing do with it," and he

18  says, "No," I think we get to go there.

19          THE COURT:  Yeah, but I don't think you

20  better be asking that sort of question if we know

21  the answer is going to be yes.  So you just can't

22  elicit your own client's out-of-court statement.

23  The question would be objectionable.  I wouldn't let

24  the witness answer it.  So you're not going to get

25  to impeach him with it.

SANTA FE OFFICE                                    MAIN OFFICE
119 East Marcy, Suite 110                         201 Third NW, Suite 1630
Santa Fe, NM 87501                                 Albuquerque, NM 87102
(505) 989-4949                                          (505) 843-9494
FAX (505) 843-9492                                 FAX (505) 843-9492
                                                        1-800-669-9492

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

e-mail: info@litsupport.com

```
 1              MS. BHALLA:  I understand the Court's
 2   ruling.  I'm just putting it on the record.
 3              THE COURT:  I understand.
 4              MS. BHALLA:  Thank you.
 5              THE COURT:  You bet.
 6              I might mention, as far as Mr. Villa's and
 7   Ms. Fox-Young's motion, I think we have done a good
 8   job -- I certainly feel like, as an observer here,
 9   the jury has been able to figure out Mr. Perez'
10   defense.  His defense is that, you know, he was
11   afraid.  And I guess what I understand his defense
12   to be is that the walker was sitting there and Mr.
13   Rodriguez took it; but he didn't, like, hand it to
14   him.  I guess that's the defense.  And I think he's
15   getting to put on his defense.  He just doesn't get
16   to have every piece of evidence come in under the
17   rules of evidence.
18              MS. BHALLA:  All right.  I guess for Mr.
19   Herrera, I don't feel that we're going to be able to
20   get in our defense when Mr. Cordova takes the stand
21   and when Mr. Archuleta takes the stand.  And
22   depending on what he testifies to, we're not allowed
23   to bring in contradictory evidence that that witness
24   is testifying to.
25              THE COURT:  Well, that's tough.  I
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   certainly understand your predicament.  And I'm all
 2   open to being educated on this, but I've been here
 3   before and it's just a tough situation if he doesn't
 4   take the stand.  I understand the situation.
 5           MS. BHALLA:  Okay, Your Honor.  Thank you.
 6           THE COURT:  Thank you, Ms. Bhalla.
 7           MR. VILLA:  Your Honor, I just wanted to
 8   briefly respond to one comment you made.
 9           THE COURT:  Okay.
10           MR. VILLA:  You said you want these
11   statements in for their truth.  You commented that
12   we would want these statements in for the truth, and
13   if it's for impeachment purpose, as we've argued
14   under 806, they're not in for the truth.  And the
15   Court can give a limiting instruction if the
16   Government wants one, and if there isn't any other
17   evidence of whatever is said in those statements,
18   we're certainly not permitted to argue in closing to
19   the jury that those statements are to be taken for
20   the truth but rather just for impeachment.  And I
21   think that's the limitation, if the Court admits
22   certain statements under 806, that we're stuck with.
23           THE COURT:  You're talking about the one
24   to Mulholland (sic)?
25           MR. VILLA:  Yes.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1            THE COURT:  It seems to me that the only
 2   way you get to impeach any witness there is to have
 3   him answer that question in the first place.
 4            MR. VILLA:  Mr. Mulheron.
 5            THE COURT:  Yeah.  Or any other officer
 6   that Mr. Perez made a statement to.  And so it seems
 7   to me that if you never get the question, you don't
 8   allow him to answer the question, you never get to
 9   the impeachment.  That's the reason that I think the
10   first thing, the first evidence comes in for the
11   truth of the matter, and that's the one that's
12   objectionable.  See what I'm saying?  You elicit the
13   statement:  Did Mr. Perez tell you that he was
14   afraid, that is for the truth of the matter.  And
15   then if he says no, then you impeach, I understand.
16   But you never get there because you can't get over
17   the first, is my problem.
18            MR. VILLA:  I think what we're saying is,
19   when Agent Palomares testified that Mr. Perez says,
20   "It came up missing while I was in the shower," Mr.
21   Perez has now become a declarant under 806, because
22   it includes 801 and we're entitled to impeach that
23   statement as I read those Seventh Circuit and First
24   Circuit cases and the discussion of the Senate
25   report, that the party opponent's statement is
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   always subject to attack and we can then impeach it

2   with any other statement that the party opponent has

3   made.

4           THE COURT:  I understand.  I understand.

5   And I read your brief and I reread your brief on

6   that issue.

7           I mention this to the Government:  Y'all

8   may not want to bring Mr. Palomares back up here and

9   make a record outside the presence of the jury as to

10  what he knows.  But even if you don't want to do

11  that, you might want to throw an affidavit in the

12  file, him saying, "I didn't know anything about it."

13          I think it was there.  I haven't gone back

14  and checked the record, but for it to be clear, you

15  might want to throw it in.  It's not going to be

16  subject to cross-examination.

17          MR. CASTELLANO:  The defense asked him if

18  he knew of any threats, and his answer was no.

19          THE COURT:  I thought he did, but just for

20  completeness.

21          Can I go ahead and bring the witness in?

22          MR. CASTELLANO:  Actually, I would say no,

23  because I have two questions or two issues for the

24  Court before the witness comes in.  The first is:

25  This is one of the witnesses with the videotape from

SANTA FE OFFICE                                    MAIN OFFICE
119 East Marcy, Suite 110                     201 Third NW, Suite 1630
Santa Fe, NM 87501                            Albuquerque, NM 87102
(505) 989-4949                                    (505) 843-9494
FAX (505) 843-9492                            FAX (505) 843-9492
                                              1-800-669-9492

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE
e-mail: info@litsupport.com

```
 1   the Department of Corrections.

 2           THE COURT:  Mr. Armenta?

 3           MR. CASTELLANO:  Yes.  He's one of those

 4   witnesses who violated the rules of contact.  So I'd

 5   ask the Court to listen to the testimony before

 6   that's played.  The Court knows our objection.

 7           THE COURT:  Okay.

 8           MR. CASTELLANO:  The other is that I'm

 9   going to ask the Court to -- well, ask that the

10   Court order the defense to only impeach by prior

11   conviction with this witness, not with the facts

12   behind each of these.  The trafficking offenses are

13   included, but the most important is:  He has a

14   conviction for contributing to the delinquency of a

15   minor.  That was initially a charge of criminal

16   sexual contact of a minor.  So it would be improper

17   impeachment for them to go behind the facts of that

18   conviction.  We haven't been objecting a lot because

19   they've been helping us by bringing in more

20   racketeering acts, so we've been letting those go.

21   But in this case, we're going to object to any

22   impeachment beyond the fact of the conviction.

23           THE COURT:  The fact of the conviction

24   they can get in, and this would be classic

25   impeachment for credibility with the felony rules so
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    they can bring in the fact that he was convicted,

2    that it is a felony, and just a brief what the

3    felony was; correct?

4            MR. CASTELLANO:  I agree that's all fair,

5    but not the facts behind.  So the conviction will be

6    contributing to the delinquency of a minor.

7            THE COURT:  Okay.  Probably I'll impose

8    those -- these that don't go to sort of

9    racketeering.  The other ones I think are fair game,

10   and y'all can get in the facts as we've been doing.

11   But probably on these, you'll just get to impeach

12   him in the normal way.  All right.

13           MS. ARMIJO:  At break, can we discuss with

14   the Marshal Service the issue with the tablets?

15           THE COURT:  Is it any problem for Mr.

16   Armenta to be here for the tablets?  Why don't you

17   go ahead and put on the record, Deputy, what you

18   wanted to put on and then ask questions.

19           I think the deputy had some -- he had

20   questions, so maybe he can go ahead and ask those

21   right now.

22           MR. MICKENDROW:  Your Honor, Deputy

23   Mickendrow for the Marshal Service.  We have located

24   Robert Martinez' tablet.  It was up in our

25   Albuquerque office the whole time.  Just due to the

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1 number of personnel changes that the Marshal Service

2 has had lately, it was set aside and forgotten

3 about.  There was nothing done with it.

4          I am unclear as to what tablets the Court

5 wants the Marshal Service to turn over.  If I could

6 get a specific listing on the record, I'd appreciate

7 that.  I definitely don't want to turn over any

8 tablet that isn't supposed to be turned over.

9          THE COURT:  I know I made some orders on

10 this, but I am not real precise in my mind what

11 needs to be turned over.

12          I'll start with you.

13          MS. ARMIJO:  Your Honor, Robert Martinez

14 is the one we discussed yesterday which the Court

15 had indicated that it was okay with the United

16 States first having Corrections look at it, because

17 I don't believe that that tablet has been

18 compromised.

19          THE COURT:  Okay.

20          MS. ARMIJO:  And he has been looking for

21 his tablet for the last several weeks.

22          THE COURT:  So turn that one over to the

23 FBI as soon as possible.  They're going to look at

24 it very quickly?  It is the FBI; right?

25          MS. ARMIJO:  Yes.  FBI will work with

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   Corrections to get that examined.
 2              MR. MICKENDROW:  I will have this
 3   overnighted here by Monday.
 4              THE COURT:  There is one that is going to
 5   go directly to the expert for Mr. Lowry who is going
 6   to examine it.  What's that one?
 7              MR. LOWRY:  That one is Timothy Martinez,
 8   I believe, Your Honor.
 9              THE COURT:  Will you give the deputy the
10   address?
11              MR. LOWRY:  I emailed.
12              MR. MICKENDROW:  So it's only the one
13   tablet that I'm turning over to defense; correct?
14              MR. LOWRY:  Correct.  We didn't -- the
15   review was just the tablets that were compromised.
16              MS. ARMIJO:  Well, that's different.  You
17   just requested Tim's.  There were others that were
18   compromised.  You're just asking for Tim.
19              MR. LOWRY:  I think all the others that
20   were compromised had been sent up for review.  I'm
21   looking to Mr. Acee.  He has them.  We sent them for
22   review.  This is the only remaining tablet that has
23   not been reviewed, is my understanding.
24              THE COURT:  That's mine, as well.  We're
25   just down to two.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              MR. MICKENDROW:  And just to clarify, Your
 2    Honor, the Marshal Service actually has three
 3    tablets right now.  We have Timothy Martinez, Robert
 4    Martinez, and we have Munoz, Frederico Munoz, I
 5    believe it is.
 6              MS. ARMIJO:  And I believe that Frederico
 7    Munoz' may have been compromised.  So that's why I'm
 8    saying there may be some miscommunication here.  The
 9    FBI does not have Munoz' and did not send it up.
10              THE COURT:  Do you care if it just goes --
11    if Munoz --
12              MS. ARMIJO:  No.
13              THE COURT:  So send Mr. Munoz' to Mr.
14    Lowry as well.  You'll send two there and turn the
15    other over to the FBI.
16              MR. MICKENDROW:  Understood.  Thank you.
17              THE COURT:  Thank you.  I appreciate it.
18              MR. VILLA:  Your Honor, I'd like you to
19    order the FBI, if Robert Martinez' tablet was
20    compromised, to immediately notify us so it can be
21    sent to the expert.
22              THE COURT:  Mr. Acee is agreeing with
23    that.  So I think that's been the plan.
24              All rise.
25              (The jury entered the courtroom.)
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1            THE COURT:  All right.  Everyone be
 2   seated.  Good Friday morning to everyone.  I
 3   appreciate everybody being back and ready to go.
 4   And again, I appreciate the parties and the
 5   attorneys doing the same.  Everybody has worked very
 6   hard to keep us on track.  I think we are on track.
 7   And I appreciate everybody working with us.
 8            I guess we've got a funded government, so
 9   we don't have to worry about that, although I don't
10   think we had much to worry about here in the
11   judiciary.  But it sounded like while we were
12   sleeping, they got it taken care of.
13            So thank you for all you've done.  You've
14   been a great bunch to work with.
15            All right.  Mr. Armenta, I remind you
16   you're still under oath.
17            Mr. Castellano, if you wish to continue
18   your direct examination of Mr. Armenta, you may do
19   so at this time.
20            MR. CASTELLANO:  Thank you, Your Honor.
21            THE COURT:  Mr. Castellano.
22                CONTINUED DIRECT EXAMINATION
23   BY MR. CASTELLANO:
24       Q.   Good morning, Mr. Armenta.
25       A.   Good morning.  How are you?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.    I'm doing well.  How are you?

2      A.    Great.

3      Q.    Yesterday I was going to start asking you

4  about your entry into the SNM Gang, but I want to

5  take a step back to when you were a member of the

6  North Side Locos.  Were you dealing drugs when you

7  were a member of that street gang?

8      A.    Yes.

9      Q.    What types of drugs were you selling?

10     A.    I first started selling marijuana and then

11 it upgraded to crack cocaine.

12     Q.    And any other drugs that you were selling?

13     A.    No.

14     Q.    Were you using drugs at that time?

15     A.    Yes.

16     Q.    What drugs were you using?

17     A.    Marijuana first, and then eventually crack

18 cocaine.

19     Q.    And since that time, have you ever really

20 stopped using drugs?

21     A.    Crack, since 2008, when my daughter was

22 born.  I've been using heroin and Suboxone off and

23 on since then.

24     Q.    I want to take you back now to this fight

25 you told us about yesterday with you and, I believe,

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  Mr. Armendares.  What happened as a result of that

2  fight in terms of your position with the SNM Gang?

3       A.   Well, I was accepted -- I was accepted --

4  when I got to Santa Fe, a lot of guys that were out

5  had already been in the SNM for a while and

6  higher-ups.  They accepted me for what I had did,

7  for defending myself, defending Michael Armendares,

8  and also getting beat up, representing the gang.

9       Q.   And was that 2005 in Hobbs?

10      A.   Yes.

11      Q.   Then you mentioned going to Santa Fe?

12      A.   Yes.

13      Q.   Is that where you went next after --

14      A.   Yes, after the write-up, after the whole

15  thing that -- all the validation and all that stuff

16  that they did.

17      Q.   Who recruited you into the gang?

18      A.   Michael Armendares.

19      Q.   Did anyone else raise their hand for you

20  to enter the gang?

21      A.   Yes.

22      Q.   Who was that?

23      A.   That would be Eric Duran.  I don't know

24  their full names, but I know them as Droopy, Biaso,

25  Nemo, and Dimas.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.    What was the last name?

 2        A.    Dimas.

 3        Q.    Dimas.

 4              Now, based on the fight you had where you

 5   stabbed -- you stabbed a Sureno as part of that

 6   fight; is that correct?

 7        A.    Yes.

 8        Q.    Did anyone tell you as a result of that

 9   fight that you had earned your bones?

10        A.    At that moment, no.

11        Q.    Eventually did somebody tell you that?

12        A.    Yes.

13        Q.    Who was that?

14        A.    That would be James Yoakum.

15        Q.    Anybody else?

16        A.    They never said it directly like that, but

17   he talked to other gang members and said, "This is

18   what he did; this is how he did it; I think he

19   should be admitted and accepted into the SNM Gang."

20              And three or four guys all accepted.

21        Q.    Who were those people?

22        A.    That was -- okay.  It was James Yoakum,

23   Sammy Silva, Gerald Archuleta, and Speedy.  His name

24   is Fred, but I don't know his last name.

25        Q.    When you got to Santa Fe, were the pods
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  mixed up there, or at that point were you being

2  housed with only SNM members?

3       A.   We were all mixed up at that time.

4       Q.   I'll ask you the same question when you

5  were in Hobbs.  Did that create any tension knowing

6  that you had potentially rival gang members living

7  in the same pod?

8       A.   At that time I didn't know about it.  Any

9  enemies I had inherited, I didn't know about it till

10 that day.

11      Q.   Were you pretty young in terms of the gang

12 and the culture of this gang?

13      A.   I didn't know anything about it.

14      Q.   When you joined the gang, were you told

15 any rules of the gang?

16      A.   You can't be a rat; you know, just regular

17 rules that being in prison, you can't be a rat,

18 can't have sex charges, can't be soft.  If someone

19 asks you to go to the room to fight, you go and

20 fight.  Just stuff like that.

21      Q.   What about when somebody above you orders

22 you to do something?

23      A.   That I learned later, that if I was

24 ordered to do something, I had to do it.  And if I

25 didn't do it, then I'd either get a violation or --

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1  depending on what they had me do, it would be my
2  life or I'd get beat up, violation.
3       Q.   So would a violation be something of a
4  more minor --
5       A.   Get beat up, like taking a beating from a
6  couple of other brothers in the room.
7       Q.   At some point in time did you get involved
8  with any fights to represent the SNM, or were you
9  ordered to fight anybody or beat anybody up?
10      A.   No.
11      Q.   So what year was it that you went to Santa
12  Fe, if you recall?
13      A.   It was the end of 2005, November.  Yeah,
14  November.
15      Q.   About how long did you stay in prison at
16  that point?
17      A.   Till September of 2006.
18      Q.   Where did you go from there?
19      A.   I went to Guadalupe County for a couple of
20  weeks.  I had a detainer hold there.
21      Q.   What were you being held over there for?
22      A.   For a fight that I had prior to my arrest
23  for my parole violation.
24      Q.   And how was that case resolved?
25      A.   I took a plea bargain for a fourth-degree
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   felony, for aggravated battery.  The result was one

 2   year of unsupervised probation and I had to pay

 3   fines, court costs, and stuff like that.

 4        Q.   If you were on unsupervised probation,

 5   does the Court there know that you violated only if

 6   you get in trouble again?

 7        A.   Yes.

 8        Q.   No one is watching you otherwise; correct?

 9        A.   No, I don't have to report to anybody.  I

10   don't have to call, nothing.

11        Q.   Did you complete that probation?

12        A.   Yes.

13        Q.   What happened after that?

14        A.   I continued living my life.  I met my

15   wife, had children, went to school for a little

16   while.  Had minor run-ins with the law every once in

17   a while that turned out to be just a mistake.

18        Q.   Let me ask you about a 2000 charge for

19   burglary.  Do you recall that charge?

20        A.   2000?

21        Q.   2007.

22        A.   Oh, 2007, yes, I do.

23        Q.   What happened with that charge?

24        A.   I was accused of stealing from my

25   stepfather all his Indian jewelry that he had in his
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1  van.  It turns out that my little brother stole it,

2  because my stepfather had stole from him some drugs

3  that he had, and I had gave him a ride to go sell

4  the stuff, because I had a car; so I gave him a ride

5  and so I was accused of that.

6      Q.   Was that one of the run-ins with the law

7  you mentioned a second ago?

8      A.   Yes.

9      Q.   What happened with that charge?

10     A.   That charge was dismissed.  That whole

11 case was dismissed.

12     Q.   Now, you said you met your wife and

13 started having kids.  Even during that time, were

14 you using drugs?

15     A.   Occasionally.

16     Q.   What were you using at that time?

17     A.   Mainly cocaine.

18     Q.   Did you also use heroin at that time?

19     A.   A couple of times.

20     Q.   In 2011 were you arrested again for a

21 drug-trafficking charge?

22     A.   Yes.

23     Q.   And when was that charge finally resolved?

24     A.   October of 2014.

25     Q.   So when that charge was pending -- it

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1  looks like it was pending for almost three years --
 2  what were you doing during that three-year
 3  timeframe?
 4       A.   I was incarcerated in MDC and NMDOC.
 5       Q.   All right.  Now, in 2013, did you
 6  eventually go back to prison at the Southern New
 7  Mexico Correctional Facility?
 8       A.   Yes.
 9       Q.   For what charge?
10       A.   For contributing to the delinquency of a
11  minor.
12       Q.   How long were you sentenced on that
13  charge?
14       A.   I had two charges of them on one case, and
15  each one was 18 months.
16       Q.   And were those run consecutively for a
17  total of three years?
18       A.   Yes.
19       Q.   Now, on those charges are you aware of
20  whether you get what's called day-for-day good time?
21       A.   Yeah, 50 percent.
22       Q.   So in other words, if you're sentenced to
23  three years and you get day-for-day, does that mean
24  you have to serve 18 months if you don't have any
25  violations or lose your good time?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    Right.  Any write-ups or stuff like that,
 2    misconduct.
 3        Q.    So is it misconduct in prison that
 4    sometimes takes away from your good time and forces
 5    you to do more time?
 6        A.    Yes.
 7        Q.    Okay.  As the result of the distributing
 8    charges, where did you first go to prison?
 9        A.    Los Lunas.
10        Q.    For what purpose?
11        A.    It was for those charges.
12        Q.    But I mean, why do you go to Los Lunas
13    first, and then --
14        A.    Oh, it's called RDC.  It's like a
15    classification prison.  You go there and you get
16    reviewed by classification by STIU, the psychs,
17    medical, and they determine what level you are, how
18    many points you got, if you're a threat, if you
19    should be locked up, go to Level 2, Level 3, and
20    then they ship you out from there.
21        Q.    When you say they ship you off, where did
22    they ship you?
23        A.    Well, I was there for about seven months,
24    seven, eight months, and they shipped me to Southern
25    here in Cruces.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

43

```
 1      Q.    Now, when you go to a facility like that,
 2  are they also asking about your gang background and
 3  enemies?
 4      A.    Oh, yeah.
 5      Q.    And do members of STIU conduct interviews
 6  like that?
 7      A.    Yes.
 8      Q.    On June 21 of 2013, do you remember
 9  meeting with somebody who asked you questions about
10  any gang affiliations you had?
11      A.    Yes, I do.
12      Q.    And if you recall -- if not, I can refresh
13  your recollection with a document -- but do you
14  recall what your answer was to "Once in a
15  group/gang; how do you get out"?  Do you remember
16  your answer to that question?
17      A.    I do not.
18            MR. CASTELLANO:  May I approach the
19  witness, Your Honor?
20            THE COURT:  You may.
21  BY MR. CASTELLANO:
22      Q.    Mr. Armenta, I'm going to have you review
23  this document to yourself and then I'll ask you if
24  it refreshes your recollection.
25      A.    Yes.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.   Having reviewed that document, does that

2  refresh your recollection?

3      A.   Yes, it does.

4      Q.   What do you remember about your answer to

5  the question:  Once in a group or gang, how do you

6  get out?  What was your response?

7      A.   You don't.

8      Q.   Why did you say that?

9      A.   Because from what I learned, what I knew

10 at the time, that once you're in, you don't get out.

11 There is no way of getting out.

12     Q.   And typically, once STIU asks you

13 questions like that, do you give up a lot of

14 information to them?

15     A.   At that point I wasn't, no.

16     Q.   Why not?

17     A.   I wasn't really wanting to give any

18 information out.

19     Q.   Why wouldn't you?

20     A.   Because I was still loyal to the SNM and I

21 was still loyal to who I was, with my pride and my

22 honor and all that.

23     Q.   And you said you were there how many

24 months?

25     A.   Let's see.  Seven.  About seven.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    Q.   And even during this time when you were
2  being classified, are you still getting time against
3  your sentence?
4    A.   Yes, I'm getting time, yes.  It's adding;
5  it's counting.
6    Q.   Where do you go after being classified in
7  Los Lunas?
8    A.   Depends on your classification level.  If
9  you're step 3, you go to a medium.  If you're step
10  4, you go to Cruces; 5 and 6, you go to Santa Fe.
11    Q.   Where did they tell you you were going?
12    A.   To a Level 4.
13    Q.   Where did you end up?
14    A.   In Cruces, Southern.
15    Q.   Do you remember approximately when you
16  arrived at the Southern facility?
17    A.   It was a couple of days right before
18  Christmas.  I would say the 20th; 19th or the 20th.
19    Q.   And do you remember that because it was
20  Christmastime?
21    A.   Yes.
22    Q.   What year was that?
23    A.   2013.
24    Q.   And at that point it doesn't seem like you
25  had too much time left.  Were you asked questions

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   about whether or not you wanted to go to any gang

2   drop-out programs or anything like that?

3          A.    They did ask me that.  They asked me,

4   like, within the first month or two that I was in

5   RDC in Los Lunas.

6          Q.    What was your response?

7          A.    I responded with a "no."  Because I said,

8   "I'm short-timing.  I'm probably not going to go

9   anywhere that it's going to matter, so I'll just --

10  no, I'll go ahead and refuse right now, and let it

11  be like that."

12         Q.    What do you mean by short-timing?

13         A.    Short-timing, I was less than a year to

14  get out.

15         Q.    Where were you housed once you arrived at

16  the Southern New Mexico Correctional Facility?

17         A.    In 1-A, B pod.

18         Q.    And the jury has heard that term before,

19  but is that the blue pod?

20         A.    Yes.

21         Q.    And who is housed in that pod?

22         A.    SNM Gang members.

23         Q.    Were you aware of any members or any

24  people housed in that pod who weren't SNM Gang

25  members?



SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                               Albuquerque, NM 87102
(505) 989-4949                                                          (505) 843-9494
FAX (505) 843-9492                                               FAX (505) 843-9492
                              BEAN                                   1-800-669-9492
                              &ASSOCIATES, Inc.        e-mail: info@litsupport.com
                              PROFESSIONAL COURT
                              REPORTING SERVICE

1    A.    No.

2    Q.    Do you know a person named Ronald Sanchez?

3    A.    Yes.

4    Q.    And who is he?

5    A.    He is Daniel Sanchez' brother.

6    Q.    Can you tell the members of the jury

7 whether he was an SNM Gang member?

8    A.    He is not an SNM Gang member.

9    Q.    Were you aware of any other people who

10 were not SNM Gang members?

11    A.    When I first got there, I thought

12 everybody was SNM.  But as I sat there for a while,

13 I found out Ron wasn't an SNM Gang member; and

14 another guy named something Hernandez, Polo, he's

15 not an SNM Gang member either.

16    Q.    If you know, do you know why they were

17 allowed to live with SNM Gang members?

18    A.    They were suspected by the State that they

19 were SNM Gang members, and they put them with us.

20 They've been with us so long that they just, you

21 know, kind of grew on them, I guess.  And I mean,

22 Ron, because of his brother -- obviously, they let

23 him live there.  Polo -- he, I guess, grew on

24 everybody, and they accepted him.

25    Q.    Given the fact that Ronald Sanchez was

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1   Daniel Sanchez's brother, did you expect him to have

2   any problems in the pod?

3        A.   No.

4        Q.   What was Daniel Sanchez's position in the

5   pod?

6        A.   At the time I didn't know.  After sitting

7   there after a while and asking questions and people

8   telling me that he was the spokesman for the pod.

9        Q.   What did it mean to be the spokesman?

10       A.   Like the llavero, the car; he holds the

11  keys to the car.  Any decisions, anything goes

12  through him.

13       Q.   Did any other gang members arrive with you

14  at Southern?

15       A.   Yes.

16       Q.   Who else arrived with you?

17       A.   Mario Rodriguez.

18       Q.   Do you know him by any other names?

19       A.   Blue.

20       Q.   At that point in time did you get along

21  okay with Mario Rodriguez?

22       A.   I ran into him a few times.  But yeah, we

23  got along.

24       Q.   When you first arrived at the pod, who did

25  you actually know?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   The only person that I knew and remembered
 2   and that knew me was Dan Sanchez.
 3        Q.   In addition to Blue?
 4        A.   Yes, in addition to Blue.
 5        Q.   Now, what happens when you first arrive in
 6   a pod?  Are you allowed to circulate with the other
 7   inmates?
 8        A.   Not right away.  You're given a few days
 9   inside your cell for orientation.  Got to see the
10   unit manager.  He asks you questions, if you have
11   any violations coming, if you messed up on the
12   streets, if you were supposed to do something that
13   you didn't do, are you okay to live with these guys
14   and, you know, just to make sure that you're safe
15   and you can come out.  Do you have any enemies?  I
16   said, "No, no, I'm okay.  I'm all good."
17             And they let me out.
18        Q.   Now, at that point in time, did you have a
19   chance to PC, or go into protective custody?
20        A.   Yes, you do.
21        Q.   Is that a good thing or a bad thing?
22        A.   Depending on who you are, it could be bad.
23        Q.   Why would it be bad?
24        A.   Because then you'll be known forever as a
25   PC, as a protective custody.  They call them PC
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

50

1    cases.  They're guys that go in protective custody,

2    they're scared, they can't make it, they can't hack

3    it, you know.  So they call them PC cases, and

4    that's what they want to do, lock themselves in the

5    room.

6         Q.   Once you arrive at the facility, do you

7    have any hygiene or commissary or canteen items when

8    you first get there?

9         A.   Yeah.  They let you have -- like, when you

10   first get there, they don't let you have all your

11   property.  But they let you have the basics, like

12   hygiene and stuff, deodorant, lotion, shower shoes.

13   That's it.

14        Q.   What about your legal paperwork?

15        A.   Legal paperwork is also accepted.

16        Q.   Did you bring any legal paperwork with

17   you?

18        A.   Yes.

19        Q.   And what do you remember about anybody

20   searching your legal paperwork?

21        A.   Nobody searched my paperwork.  Nobody

22   asked me anything.  I mean, they asked me why I came

23   back, but they didn't -- any alarms didn't come to

24   their heads about why I was there or anything like

25   that, so they didn't ask me for the paperwork.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   And when you're answering that question in

2    that way, are you talking about other inmates?

3    A.   Yes.

4    Q.   So are there times when inmates also ask

5    to see your paperwork?

6    A.   There's times that happens.

7    Q.   Why do they do that?

8    A.   Well, they do it if they don't know you,

9    you know.  And being that Dan Sanchez knew me and

10   knew that I had protected Michael Armendares, and I

11   stabbed that dude in Hobbs, that Sureno, that my

12   reputation for that preceded me, and I was okay by

13   that standard.

14   Q.   I also want to ask you about whether the

15   correction officers look at your legal paperwork.

16   A.   They're not allowed to.  Now, I don't know

17   if they do secretly but I doubt it.  Most of them

18   really don't care.

19   Q.   What do you remember about when you

20   arrived there?  Did someone inventory your property

21   when you left the facility and when you arrived at

22   Southern?

23   A.   I inventoried it with an officer myself

24   when they packed me up in Los Lunas.  And then when

25   I got to Southern, they said in front of me, they

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1  said, "You can have, this, this, this for now, but

 2  when you go through orientation, we'll give you the

 3  rest of  your stuff."

 4      Q.   In your case, do you remember if they

 5  physically inspected your legal paperwork?

 6      A.   They combed through it to make sure there

 7  wasn't any contraband, to see if there wasn't

 8  anything that was allowed.

 9      Q.   Anything more than thumbing through it?

10      A.   No.

11      Q.   Now, during between the December and March

12  timeframe, how are you generally spending your days?

13      A.   Well, right away, as soon as I got there

14  in Cruces, I sat in my cell for a few days. I went

15  to speak with the unit manager.  He let me out the

16  day before Christmas Eve, and I sat there and

17  commingled with everybody for two days.  Then I went

18  back to Los Lunas for a transport, because I had a

19  court date.

20      Q.   You mentioned earlier you had a 2011

21  arrest for drug trafficking.  Is that the charge

22  that was still pending even when you arrived at

23  Southern?

24      A.   Yes.

25      Q.   And is that what you got transferred back

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1   and forth for to court?

 2       A.   Yes.

 3       Q.   And was that an ongoing process in terms

 4   of going back to Southern and then going back to

 5   court to face your drug-trafficking charges?

 6       A.   Yes, it was.

 7       Q.   How else were you spending your time

 8   between December and March?

 9       A.   Back and forth in transport, sitting

10   there, going outside, workout, talking with some of

11   the guys, watching TV, using the phone.  We had

12   things to -- you know, Suboxones.  We were doing

13   shots, whatever.  Anything to pass the time.

14       Q.   All right.  So can you tell the members of

15   the jury whether you were also doing Suboxone during

16   that time?

17       A.   I was.

18       Q.   Any other drugs that you were doing during

19   that timeframe?

20       A.   No.  We were doing tattoos, getting

21   tattoos.

22       Q.   Now, when you're doing Suboxone in the

23   pod, are there syringes everywhere?  Or what do you

24   do for syringes?

25       A.   Not everywhere.  There's a few people that

SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                      201 Third NW, Suite 1630
Santa Fe, NM 87501                                              Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492                                                FAX (505) 843-9492
                                                                    1-800-669-9492
                                                          e-mail: info@litsupport.com



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1  I would say are lucky to have them.  They're pretty

2  much getting high with everybody else because, you

3  know, they have -- everyone needs that.  So if they

4  have it, they're in the car, they're able to get

5  high.

6      Q.   And are you supposed to have syringes in

7  the pod?

8      A.   No.

9      Q.   And since you said there aren't many of

10 them, does this mean that the inmates share the

11 syringes to inject?

12     A.   Yes.

13     Q.   At some point in time, do you recall

14 receiving information from Mr. Marcantel about

15 people getting out of their pods and things of that

16 nature, or getting out of their cells?

17     A.   Yeah.  I was -- one of the times that I

18 was at court, he came down and told everybody that

19 he was letting us all out; he was going to give us

20 jobs in the wheelchair program.  And eventually we

21 were going to work our way out to general

22 population.

23     Q.   So was that a plan he communicated to you

24 guys?

25     A.   Yes.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.    What did you know about the wheelchair
2 program?
3    A.    Not much.  That it was just a job for us,
4 and that we'd be fixing old wheelchairs, sending
5 them to countries that needed stuff that didn't have
6 it.
7    Q.    Did you get a job with the wheelchair
8 program?
9    A.    I did not.
10    Q.    Do you know why not?
11    A.    I just got there and then I was back and
12 forth on transport, so they probably felt that it
13 was better that I didn't go in there at the time.
14    Q.    Now, in that pod, was there someone living
15 with you by the name Javier Molina?
16    A.    Yes.
17    Q.    And how did you get along with him?
18    A.    We got along all right.  I mean, we didn't
19 kick back and chill.  He wasn't my best friend or
20 nothing, but we were okay.
21    Q.    Do you recall if he ever discussed about
22 somebody named Jesse Sosa?
23    A.    Yes, he did.  He asked me if I was in Los
24 Lunas with him.
25    Q.    Did that have any meaning, though, at that

SANTA FE OFFICE                                           MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                    FAX (505) 843-9492
                                                         1-800-669-9492
                                                  e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

 1  time?

 2       A.   No.

 3            MS. JACKS:  Excuse me.  I'm going to

 4  object.  This appears to be eliciting hearsay.

 5            THE COURT:  Well, let's not do that.

 6  Sustained.

 7            MS. JACKS:  Can we strike the answer,

 8  please?

 9            THE COURT:  I'll strike the answer.

10            MR. CASTELLANO:  Your Honor, a question is

11  not hearsay.  Questions and commands are not hearsay

12  and I think, therefore, a question is admissible

13  under the rules of evidence.

14            THE COURT:  Well, sometimes.  But this

15  particular one I'm going to sustain.  Sometimes a

16  question can be an assertion.

17  BY MR. CASTELLANO:

18       Q.   Let me ask you what you told Mr. Molina

19  about Jesse Sosa.  What did you tell him?

20       A.   I told him he was there with me, I was

21  there with him.

22       Q.   And did that conversation have any

23  significance to you at that time?

24       A.   No.

25       Q.   I want to take you now to March 6 of 2014.

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                           Albuquerque, NM 87102
(505) 989-4949                                                    (505) 843-9494
FAX (505) 843-9492                                          FAX (505) 843-9492
                                                             1-800-669-9492
                                                       e-mail: info@litsupport.com




BEAN & ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

```
 1   Do you remember anyone arriving at the facility, in
 2   particular, the building where you were staying?
 3        A.   Yes.
 4        Q.   Who arrived?
 5        A.   Lupe Urquizo, Mauricio Varela, and some
 6   other kid that I don't know, but they call him
 7   Cartoon.
 8        Q.   Cartoon?
 9        A.   Yeah, Cartoon.  I don't know his legal
10   name.
11        Q.   Mr. Armenta, let me have you move a little
12   closer to the microphone.  I want to make sure
13   everyone can hear you.
14             And do you recall if there was any talk in
15   the pod when those two people arrived?
16        A.   No, not right away.
17        Q.   You say, "Not right away."  What
18   eventually happened within your pod, knowing these
19   two had arrived?
20        A.   Well, I had seen them walking through the
21   sally port, and Blue happened to be walking by.  I
22   yelled at him, "Hey, look, there is Marijuano" --
23   who is Lupe Urquizo -- "and Archie" -- who is
24   Mauricio Varela.
25             And he ran to the doors, like, "Hey,
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   what's up?"
 2           And they went to A pod, which is yellow
 3   pod.  They went into the pod.  And Blue, Timothy
 4   Martinez, Red, ran to the door that connects blue
 5   pod to yellow pod, and went to go talk to Archie and
 6   Marijuano.
 7       Q.   Now, so the jury understands, are blue pod
 8   and yellow pod next door to each other?
 9       A.   Yes.
10       Q.   Are there doors that connect those two
11   pods?
12       A.   Yes.
13       Q.   Can you, as an inmate, pass through those
14   doors anytime you want?
15       A.   No, they're locked all the time.
16       Q.   How do you communicate through the yellow
17   pod door?
18       A.   Through the cracks, through the doorway.
19   It's very easy.
20       Q.   Do you recall anything that Mr. Rodriguez
21   asked at that time?
22       A.    I remember him saying, "You have it?  Let
23   me see it."
24           And then he said something about, "Oh,
25   they'll give you your property tomorrow.  As soon as
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1   you get it, let me get it."
 2        Q.    At that point, did you know what he was
 3   talking about?
 4        A.    No.
 5        Q.    What did you think he was talking about?
 6        A.    I had no idea.
 7        Q.    And how did Mr. Rodriguez seem when he was
 8   asking these questions?  How did he appear to you?
 9        A.    Regular, normal.
10        Q.    And how was it that you were able to see
11   Mr. Urquizo and Mr. Varela from your pod?
12        A.    Each door leading out of our pod has a
13   window in it and you could see on the outside.
14        Q.    Now, from your perspective, other than
15   their arrival, did it otherwise seem like a normal
16   day to you on the 6th?
17        A.    Yes.
18        Q.    Anything else you remember from the 6th
19   that stands out?
20        A.    No.
21        Q.    Turning your attention now to March 7,
22   what day is March 7?
23        A.    Friday.
24        Q.    And what happens on Fridays?
25        A.    We go to the big yard, or to the gym.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.    And how does that work?  You mentioned two
 2   options.  Do you have an option?
 3        A.    We rotate between the three pods that are
 4   in the one unit.  So one pod will go to the gym and
 5   the other two pods will hit the two big yards
 6   outside.  And then the next week it will be another
 7   pod going in the gym, and it will just rotate every
 8   three weeks.
 9        Q.    Do you remember how many people were in
10   your pod at the time?
11        A.    There was 11.
12        Q.    And did you know who was in the other
13   pods, starting with yellow pod?
14        A.    A few different people.
15        Q.    Who did you know who was in yellow pod?
16        A.    Personally, I don't know any of them, but
17   I know names of people.
18        Q.    Right.  In other words, when you
19   communicate with members, who do you learn is in the
20   other pod?
21        A.    Lazy, Carlos Herrera; Alex Munoz.  A bunch
22   of guys.  There was a couple of guys that left our
23   pod and went to that pod, too.
24        Q.    Who was that?
25        A.    Dale, Dale Chavez.  And I can't remember
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1  his name.  I have no idea.
 2       Q.   Will you tell the members of the jury
 3  whether Billy Cordova was in yellow pod?
 4       A.   Billy Cordova was in yellow pod.
 5       Q.   Now, you mentioned Lazy, or Carlos
 6  Herrera.  Did you know what his position was in
 7  yellow pod?
 8       A.   I learned that he also --
 9            MS. BHALLA:  Objection.  Hearsay, Your
10  Honor.
11            THE COURT:  Well, why don't you lay a
12  foundation first to see if he knows from his
13  personal knowledge rather than from somebody else?
14  BY MR. CASTELLANO:
15       Q.   Now, when you get to a pod like that, does
16  anyone lay out for you who the leaders are in the
17  pod and who you should be listening to?
18       A.   No, not right away.  It's not something
19  that -- I mean, I guess they would be proud to have
20  that position, but they're not too adamant about
21  letting anybody else know right away who --
22       Q.   You said "Not right away."  Eventually
23  through your interactions with other gang members,
24  do you learn who is leading each pod?
25       A.   Yeah.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.    How do you learn that?

 2        A.    By talking, a sewing circle.

 3        Q.    Is it part of the culture of the gang, to

 4   know who is leading and whose orders --

 5        A.    It should be common knowledge to know who

 6   that is.  That way, nobody just comes up to you and

 7   say, "Hey, you got to go do this."  "Well, who are

 8   you?  Why are you telling me to do this?"

 9        Q.    In other words, is there a chain of

10   command that needs to be followed?

11        A.    Yeah, there is.

12        Q.    And when you get to a pod, are you

13   learning about the structure of that pod and, like

14   you said, who you have to answer to and who you

15   don't?

16        A.    Yes.

17        Q.    And along those lines, then, did you learn

18   about Mr. Herrera's position?

19        A.    Yes.

20        MR. MAYNARD:  Your Honor, may I object?

21   The answer is still going to be hearsay.  I don't

22   think a foundation has --

23        THE COURT:  How do you avoid this being

24   hearsay, Mr. Castellano?

25        MR. CASTELLANO:  Well, it's part of the
```



SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                               201 Third NW, Suite 1630
Santa Fe, NM 87501                                        Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                          FAX (505) 843-9492
                                                                  1-800-669-9492
                                                           e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1   gang rules and part of the gang culture that they

2   have to know, as he stated, whose orders you have to

3   follow and whose orders you don't have to follow.

4   So it's important in terms of the gang rules.

5           THE COURT:  I think this is still closer

6   to just coming in for the truth, so I'll sustain.

7   BY MR. CASTELLANO:

8       Q.   Now, without saying names, were you aware

9   of who leaders were of yellow pod and also green

10  pod?

11      A.   Yes.

12      Q.   And once again, without telling us names,

13  how did you know eventually how those people were

14  leaders in those pods?

15      A.   Just through regular talk, conversation

16  throughout the days; being curious, asking

17  questions; it slipping from other people's mouths,

18  stuff like that.

19      Q.   I want to take you back to the time on

20  March 7 when you said you went to big yard.  What

21  time of the day is that?

22      A.   10:00 in the morning.

23      Q.   And throughout the day, is there typically

24  a schedule that's kept by the facilities in terms of

25  yard lockdown time, count, lunch, things of that

SANTA FE OFFICE                                                MAIN OFFICE
119 East Marcy, Suite 110                                      201 Third NW, Suite 1630
Santa Fe, NM 87501                                             Albuquerque, NM 87102
(505) 989-4949                                                 (505) 843-9494
FAX (505) 843-9492                                             FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1    nature?
 2         A.    Yes.
 3         Q.    Who do you recall in the morning who went
 4    out to yard?
 5         A.    We all did, except for the people that
 6    work in the wheelchair program.  They were at work.
 7         Q.    Let me ask you, then, if Mario Rodriguez
 8    went out to yard that morning.
 9         A.    Yes, he did.
10         Q.    What about Daniel Sanchez?
11         A.    Yes, he did.
12         Q.    Ronald Sanchez?
13         A.    Yes, he did.
14         Q.    Jerry Montoya?
15         A.    Yes.
16         Q.    Javier Molina?
17         A.    Yes.
18         Q.    And you said people who weren't there were
19    at work?
20         A.    Yeah.  The only one that didn't also go
21    was Rudy Perez.  He was in the room.  He hardly ever
22    went to rec.  He wasn't really too healthy to be
23    walking all the time.
24         Q.    So you mentioned Rudy Perez.  And was
25    Timothy Martinez at work?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1       A.    Yes.

 2       Q.    What other names do you know Timothy

 3  Martinez by?

 4       A.    Red.

 5       Q.    Now, you mentioned Rudy Perez didn't leave

 6  his room a lot of the time.  Do you know if people

 7  looked out for him in the pod?

 8       A.    In what sense?  I mean, he had his own

 9  money.  There was this guy that would help him.

10  Like I think he got paid to help him if he needed

11  the help.

12       Q.    Do you remember who helped him?

13       A.    Polo, the Hernandez guy.

14       Q.    Do you remember if anyone ever took Mr.

15  Perez anywhere to appointments at the facility?

16       A.    No, I never seen him leave the pod.

17       Q.    What were you guys doing in the yard that

18  morning?

19       A.    Taking pictures.

20       Q.    Is that a common thing to do in the

21  prison?

22       A.    Yeah.  Every once in a while, whenever

23  they feel like they want to take some pictures,

24  yeah, the gym officer will give us the camera and we

25  can take pictures.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   So in other words, do you have a camera or
2 does somebody provide the camera to you?
3    A.   They provided us with the camera.  Most of
4 the time it's the gym officer that takes the
5 pictures.  But he wasn't there that day.  So the
6 officer that was running the yard -- he just gave us
7 the camera and we were taking pictures.
8    Q.   What was the environment like to you that
9 morning?  Did it seem normal?  Did you notice
10 anything else about what was going on there?
11    A.   Not during the yard or before.
12    Q.   At some point in time can you tell whether
13 somebody's property arrived?
14    A.   While we were in the yard, I seen the
15 officer bringing the property for the guys that came
16 the day before.
17    Q.   How do you know it's a property officer?
18    A.   Because they go through, you know, posts
19 every six months.  Sometimes the property officer
20 stays a year, two years, but you know, when you come
21 in from transport or you're coming in from another
22 prison, the property officer is there in ID.  And
23 when I had came back a couple weeks before, he was
24 the property officer.
25    Q.   And what time do you think this was?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

67

1       A.   About 10:30, 10:45.  Right before 11:00.

2   Because 11:00 is when they call us back in for

3   count, lockdown.

4       Q.   All right.  Now, once the cart goes by can

5   you tell whether anyone else is paying attention to

6   that cart or interested in it?

7       A.   No.

8       Q.   What happens after yard?

9       A.   We go back in and lock down for count, get

10  fed lunch.

11      Q.   You said two things there.  What happens

12  when you get locked down?

13      A.   We go back into our unit, to the pod.  We

14  go to our individual cells.  They shut the doors and

15  we sit there for an hour while they do their count.

16  The COs come, make sure you're in there, write down

17  on the paper that you're there.  They leave, and a

18  few minutes later they come back with the trays; you

19  eat lunch.  After you eat lunch, they open the doors

20  and let you out.

21      Q.   At some point in time do you notice Mr.

22  Rodriguez doing anything in the pod?

23      A.   No.  Him and Dan are talking.  I'm

24  watching TV.  Everybody is doing their own thing at

25  that time.  At some point after chow, after



SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                Albuquerque, NM 87102
(505) 989-4949                                                    (505) 843-9494
FAX (505) 843-9492                                               FAX (505) 843-9492
                                                                 1-800-669-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE                                    e-mail: info@litsupport.com

 1   lunchtime, you know, they get called to the door.

 2   Mario gets called to the door, Blue, and he receives

 3   something from somebody next door.  I'm not sure who

 4   gave it to him.  But I seen him and Dan Sanchez

 5   huddle up around the lower tier by cell 11, by

 6   Blue's room, and they were sitting there reading

 7   something.

 8        Q.   Did you know what they were reading?

 9        A.   No.

10        Q.   Did you know it was passed?

11        A.   No.

12        Q.   When you say "the door next door," is that

13   the door to yellow pod?

14        A.   Yes, it is.

15        Q.   What else do you notice about Mr.

16   Rodriguez and Daniel Sanchez looking at that

17   paperwork?

18        A.   They're just right there at that point.

19   They're huddled up reading that paperwork.  Dan

20   Sanchez and Mario Rodriguez.  I know I'm still

21   watching TV.  I look to the left, and they're at the

22   door again.  I believe they passed the paperwork,

23   whatever it was, back, and they were talking with

24   someone, and Mario was looking at me, just staring

25   at me, while he was talking to whoever it was next

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1  door.
 2        Q.   Did that mean anything to you at that
 3  point?
 4        A.   At that time, no.  I mean I was a little
 5  curious as to why he was just staring at me, but I
 6  just took it as whatever; he was looking at
 7  something while he's listening to something, and
 8  that's normal.  You sit there and you listen to
 9  somebody and you're looking at the TV or the phone
10  or somebody else; it's just normal.  So I just took
11  it as that and I continued to watch television.
12        Q.   So did it appear as if he was passing
13  something back under the door?
14        A.   Yeah.
15        Q.   Did you hear him call out any names or did
16  you know who it was going to at that time?
17        A.   No.
18        Q.   Do you know about what time that is when
19  the paperwork goes back under the door?
20        A.   It was around, I'd say, anywhere from
21  12:30 to 1:30, within that hour.
22        Q.   I know I'm testing your memory here, but
23  why do you think it's during that timeframe?
24        A.   Because we had just came out.  I was
25  watching TV.  And right after that happened -- not
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1  right after, but sometime after, we all went into

2  our rooms.  I don't remember really if it was a

3  lockdown, or if we just went in our rooms to chill

4  for a little while, lay down and kick back, relax,

5  before we went outside to our other rec.  Because we

6  get yard two times a day, and that's a smaller yard,

7  so that's what we did.  And we were in our rooms,

8  and that was at 2:00.

9       Q.   What is the smaller yard called?

10      A.   The phone yard.

11      Q.   What types of things do you have in the

12 phone yard?

13      A.   Workout equipment, a bag, punching bag,

14 basketball, a ball for handball.

15      Q.   What time do you remember the phone yard

16 time being?  What time would you go out?

17      A.   3:00.  That day it was 3:00.  Some days

18 it's 2:00, depending on rotation, again.

19      Q.   And how long would you be at phone yard?

20      A.   One hour.

21      Q.   What happens to everybody when they're out

22 at phone yard?  Basically what are you doing at that

23 time?

24      A.   Outside walking, working out, playing

25 basketball, playing handball.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.    Who went outside?

 2        A.    Myself, Dan Sanchez, Jerry Montoya, and

 3   Javier Molina.

 4        Q.    Now, you didn't mention Mario Rodriguez'

 5   name.

 6        A.    No.

 7        Q.    Where was he?

 8        A.    He was in his cell.  He stayed in his

 9   cell.

10        Q.    Did you notice anything about his cell?

11        A.    He had a curtain up.

12        Q.    So with the curtain up, could you see

13   inside his window?

14        A.    No.

15        Q.    Did you know what he was doing in there?

16        A.    I called him.  I said, "Hey, yard.  Blue,

17   yard call.  Let's go.

18             He goes, "I'm not going.  I'm taking a

19   shit."

20             All right.  That seemed normal because the

21   curtain was up.  And if -- when the curtain is up,

22   basically you're number 2.

23        Q.    Do you notice any conversations with any

24   other people during that rec time?

25        A.    Yeah, we were at rec.  Me and Dan were
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   walking.  We had played handball for a while with
 2   Javier and Jerry Montoya, and me and Dan took a
 3   break.  And we were walking around talking.  And
 4   another inmate walked out because he had a meeting
 5   or he had to talk to the unit manager about
 6   something.  And that inmate came and talked to us,
 7   talked to Dan Sanchez.
 8        Q.   Who was that inmate?
 9        A.   Benjamin Clark.
10        Q.   Do you know what pod he was in?
11        A.   Green pod.
12        Q.   Do you know what the topic of discussion
13   was between those two?
14        A.   It was about Lupe Urquizo.
15        Q.   What was the issue there?
16        A.   Well, Benjamin Clark wanted him to get
17   hit.
18             MS. JACKS:  Objection, hearsay.
19             MR. CASTELLANO:  It's not for the truth of
20   the matter asserted, Your Honor.
21             THE COURT:  Lay some foundation as to how
22   he knows these discussions.
23   BY MR. CASTELLANO:
24        Q.   Did you hear the conversation?
25        A.   I was right there right next to Dan
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  Sanchez and Ben Clark.

2      Q.   So when you're at rec and you have a

3  different pod, how are the pods able to talk to each

4  other outside?

5      A.   There is a gate, like a fence that cordons

6  off the rec, and to the offices of the unit manager,

7  sergeant, stuff like that.

8      Q.   So where were you guys standing, you and

9  Daniel Sanchez, and where was Benjamin Clark

10 standing?

11     A.   Me and Dan were on the inside of the rec

12 yard, and Benjamin Clark was on the outside of the

13 rec yard.

14     Q.   Was he in the cage, too, or was he passing

15 through?

16     A.   No, he was passing through.  See, the rec

17 is inside of a gated area, so there is the gated

18 area, the phone yard.  And then there is another

19 gated area where the recreation actually takes

20 place.

21     Q.   So you're standing here, and you hear some

22 conversation between the defendant Sanchez and Ben

23 Clark?

24     A.   Yes.

25     Q.   What's the topic of the conversation?

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                           Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492                                             FAX (505) 843-9492



1-800-669-9492
e-mail: info@litsupport.com

```
 1              MS. JACKS:  Same objection, hearsay.
 2              THE COURT:  Why don't you approach and
 3   tell me what's about to be said here?
 4              (The following proceedings were held at
 5   the bench.)
 6              THE COURT:  Is this one of those
 7   statements that have been identified?
 8              MS. JACKS:  We haven't heard about this
 9   statement before this morning.
10              THE COURT:  What is the statement?
11              MR. CASTELLANO:  Ben Clark said to Daniel
12   Sanchez they were going to mess up Lupe Urquizo, and
13   Daniel Sanchez said, "That's not going to happen."
14   That's it.
15              THE COURT:  Okay.  And how does that --
16              MS. JACKS:  I'll withdraw the objection.
17              THE COURT:  Okay.
18              (The following proceedings were held in
19   open court.)
20              THE COURT:  All right, Mr. Castellano.
21              MR. CASTELLANO:  Thank you, Your Honor.
22   BY MR. CASTELLANO:
23      Q.   What did Mr. Clark say to Mr. Sanchez?
24      A.   That he wanted Lupe Urquizo hit.
25      Q.   What was Mr. Sanchez' response?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1      A.   Mr. Sanchez said, "No, that's not going to
 2  happen."
 3      Q.   Anything else you recall happening during
 4  the 3:00 to 4:00 recreation time?
 5      A.   No.  We finished having the conversation.
 6  Well, I mean I was there, but I didn't conversate; I
 7  didn't put my two cents in.  It was between them
 8  two, but I was right there.  They finished talking,
 9  and me and Dan continued to walk in the yard.  And
10  then 4:00 came, and it was time to go in for count.
11           Oh, wait, wait.  We remembered seeing the
12  guys from the wheelchair program coming back.
13      Q.   So what time is it?  Are they coming back
14  as you're coming in from count, or how does --
15      A.   No, they're coming back before we're
16  allowed back into our pod, before count.  So I would
17  say they get off around 3:30, 3:45, and they walk
18  back from wherever the job was back to the unit.
19      Q.   So you think that's approximately 3:30 to
20  3:45?
21      A.   Yeah, right before 4:00 for count.
22      Q.   And how were you able to see them coming
23  back from the wheelchair program?
24      A.   Because we can see our front doors to the
25  unit from the rec yard.  You can see them walk by.
```



SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                    Albuquerque, NM 87102
(505) 989-4949                                                  (505) 843-9494
FAX (505) 843-9492                                      FAX (505) 843-9492
                                                                1-800-669-9492
                                                    e-mail: info@litsupport.com

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1      Q.   And then are you able to even see them

2  pass by your location and back into the building?

3      A.   Yes.

4      Q.   Okay.  Now that you're coming back from

5  rec yard, do you once again return to your

6  individual cells?

7      A.   Yes.

8      Q.   And is that another time to do a count?

9      A.   Yes, it is.

10     Q.   In your mind, does it seem like a normal

11  day, like any other day?

12     A.   Yeah.

13     Q.   Are you aware of anything going on in the

14  pod?

15     A.   No, not at all.

16     Q.   How long approximately are you in your

17  cells after you come back in at 4:00?

18     A.   An hour.  For the most part of an hour.

19     Q.   And what typically happens during that

20  time when you're back in your cell?

21     A.   We're watching TV, we're getting some

22  laydown time, resting the body, whatever.  The COs

23  are coming through counting the heads again, and we

24  get fed our dinner.

25     Q.   When you got fed your dinner, are you

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                      201 Third NW, Suite 1630
Santa Fe, NM 87501                                              Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492
                                                                   1-800-669-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE                              e-mail: info@litsupport.com

```
 1  eating it inside your cell or outside your cell?
 2       A.   Inside our cell.  Most times it's inside
 3  our cell.  Sometimes dinner is a little late, so we
 4  get outside our cells and we eat on the tables.
 5       Q.   Did that happen on that day?
 6       A.   No.
 7       Q.   What happened when the doors open?
 8       A.   The doors open, people came out.  We
 9  already had eaten our dinner, so we had our trays
10  still in our cell.  People were bringing their trays
11  down from their cells to the front door to stack
12  them up so the COs can pick them up.  And at that
13  time Mr. Sanchez had walked down, called me over to
14  the table that we usually sit at, because I sit with
15  him and his brother for dinner, and he told me that
16  the paperwork had dropped on Javier and that we were
17  going to kill him.
18       Q.   Who was Javier?
19       A.   Javier Molina.
20       Q.   What does that mean to you when someone
21  says the paperwork dropped?
22       A.   That it hit to wherever we were at; that
23  it's there; it came; it arrived at our location.
24       Q.   Why would the paperwork be important?
25       A.   Because without paperwork, you couldn't
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1  act the way we did without it.
 2      Q.   Now, you used the term, "We're going to
 3  kill Molina."  What did that mean for you at that
 4  time?
 5      A.   To me, I just thought, you know, it could
 6  have been anybody in the pod.  We're going to kill
 7  him.  You know, the paperwork is here.  This is
 8  what's going to happen.
 9      Q.   At this point in time, how many days do
10  you have approximately until you're getting out of
11  prison?
12      A.   Just a little -- like 43, 44 days.
13      Q.   At some point do you learn who is picked
14  to do the murder?
15      A.   Well, when he said that we were going to
16  kill him, I said, "Okay, who?"
17           And he said, "Well, you are, you and
18  Plazi."
19           And I told him, "No, I'm not."
20           And he goes, "Yeah, you are."
21           I said, "Dude, I get out in, like, 40-some
22  days.  I'm going home."
23           "Okay.  You're going to kill him."
24           And I said, "No, I'm not," one more time.
25  And that's when he told me, he goes, "No, you're
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  going to kill him, or you'll be on the other side of

2  that, too."

3       Q.   You said he said it would be you and

4  Plazi?

5       A.   Yes.  That's Jerry Montoya.

6       Q.   So at this point you're short to the door,

7  and you learn about this.  What's going through your

8  mind?

9       A.   All kind of things.

10      Q.   Like what?

11      A.   How can I get away from it?  How can I not

12  do this?  Just everything.  I mean, do I have to

13  kill this guy?  Because there towards the end, once

14  he said that my life was in danger, as well, you

15  know, I finally succumbed to his demands, and I went

16  with everything that was supposed to happen, because

17  I did not want to get killed myself.

18      Q.   What did it mean to you that the order was

19  coming from Daniel Sanchez?

20      A.   Well, I mean, like I said, he was the

21  spokesman of the pod and he has the authority, along

22  with other people and their approval to say, "Yeah,

23  okay.  It's all right.  Let's do it.  The paperwork

24  is legit.  Let's get it done."

25      Q.   Now, as a member of the gang, did you know

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    or think that a day like this would come?

2        A.    Yeah.  Yeah.

3        Q.    Why is that?

4        A.    Because you're a gang member, prison gang

5    member, and it's kind of required of you.  Did I

6    think it was going to come for me that soon?  No, I

7    already had earned my bones, so I thought, and I

8    didn't think I would have to do anything like that,

9    especially being so short to the door.  You think

10   you know your brothers love you.  You think that

11   they'll do anything to look out for you and be in

12   your best interests.  "Hey, he's getting out.  You

13   don't do that.  You're more beneficial to us out

14   there on the streets."  It wasn't like that.

15       Q.    You said something a second ago, you said

16   that you thought that you had earned your bones.

17   Was there some disagreement about whether you had or

18   had not?

19       A.    Yeah.  When I went to get this tattoo on

20   my head with the Zia and the state, I also wanted

21   the S in it, too.  And Mr. Sanchez and Mr. Rodriguez

22   both told me no, because I didn't earn my bones in

23   an honorable way; it was all in self-defense; and

24   that I didn't earn it the right way.

25       Q.    At this point, was there any discussion

SANTA FE OFFICE                                                                      MAIN OFFICE
119 East Marcy, Suite 110                                                      201 Third NW, Suite 1630
Santa Fe, NM 87501                                                             Albuquerque, NM 87102
(505) 989-4949                                                                            (505) 843-9494
FAX (505) 843-9492                                                                  FAX (505) 843-9492
                                                                                          1-800-669-9492
                                                                              e-mail: info@litsupport.com



```
 1   with you doing this to earn your bones?
 2        A.   No, it was just said it was time to put in
 3   some jale.
 4        Q.   What's jale?
 5        A.   Work.
 6        Q.   After this conversation with Mr. Sanchez,
 7   did you have a conversation with Mr. Rodriguez?
 8        A.   Yes.  He told me to go to Blue's room.
 9        Q.   Who told you?
10        A.   Dan Sanchez.
11        Q.   Did you go to Blue's room?
12        A.   I did.
13        Q.   What happened there?
14        A.   Mr. Rodriguez handed me a shank.
15        Q.   And did you have any discussion with Mr.
16   Rodriguez about what the shank was for?
17        A.   Yes, he told me how to -- because he had
18   it wrapped with some shoestring or shoelace,
19   whatever, he had it looped with a lasso, so he told
20   me, "Wrap it around your wrist.  Make sure it's on
21   there tight so it doesn't fall off your hand."
22            It could either go up -- he told me how to
23   do it, showing me how to use the knife, use the
24   fierro, the shank, in a stabbing motion, and
25   however.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1        Q.    What did it look like otherwise?  Was it a

2   big piece of metal, small piece of metal?

3        A.    It was almost a whole foot long.  I'd say

4   about 10, 11 inches, black, and about the width of a

5   pencil.

6        Q.    During this timeframe, do you learn how

7   other SNM members are supposed to be involved in

8   this Molina hit?

9        A.    Yes.

10       Q.    What do you learn?

11       A.    I knew when Dan -- Mr. Sanchez told me

12   about Javier and Plazi, who was Jerry Montoya, was

13   going to do it with me, and that Red, Mr. Martinez,

14   at that point was going to knock him out; he was

15   going to punch him and knock him out.  And that's

16   when me and Jerry were going to go in and start

17   stabbing him.

18       Q.    How did you learn that Red, or Timothy

19   Martinez, was going to be involved?

20       A.    After I got the shank, Blue -- Mario

21   Rodriguez -- and Mr. Sanchez had approached me at

22   different times and they told what was going to

23   happen and this is what Red is going to do, Dan

24   Sanchez had told me what Red was going to do.  Blue

25   had told me what I was going to do afterwards with

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  my shank.  You know, I had asked Blue at that point,

2  too, I said, "Well, what about the cameras?"

3          He said, "Well, Dan doesn't want them

4  covered."

5          "Okay, why not?"

6          "Because he just don't."

7          "Whatever," and walked away and just

8  waited.

9      Q.   Why was that important to you to cover the

10 cameras?

11     A.   Because cameras are cameras.  They'll see

12 you doing what you're not supposed to be doing.

13     Q.   And how did you feel about the fact that

14 the cameras would not be covered?

15     A.   I didn't like it.

16     Q.   You mentioned something about -- I think

17 Mr. Rodriguez explaining to you what you would do

18 with your shank afterwards.  What were you supposed

19 do with it?

20     A.   I was supposed to give it to Mr. Sanchez.

21 He was supposed to get rid of it for me.

22     Q.   What was supposed to happen to Mr.

23 Montoya's shank?

24     A.   Mr. Rodriguez was going to take care of

25 that one.



SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                  FAX (505) 843-9492
                                                          1-800-669-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE
                                              e-mail: info@litsupport.com

```
 1        Q.    So as this plan starts progressing, do you
 2   think this is going to happen that day?
 3        A.    Yes.
 4        Q.    How are you feeling?
 5        A.    I'm scared, nervous.  I'm -- it all seemed
 6   like I was in a dream, the rest of that, until it
 7   happened; and everything was just, like, not real.
 8   It was weird.  I was not myself.  Everything was
 9   just crazy.
10        Q.    So once you have the shank, is there any
11   point in time when you go back into your cell?
12        A.    Yes.
13        Q.    And what happens during that time?
14        A.    That's when I go in my cell and I wrap it
15   around my wrist and put it inside my pants.
16        Q.    And what time is it that you're in your
17   cell?
18        A.    Anywhere from 5:05 to 5:15.  The doors
19   were still open, so I was in and out different
20   times.
21        Q.    At some point do the doors close?
22        A.    Yes.
23        Q.    What are you doing during that time when
24   the doors are still closed?
25        A.    I'm in the day room, walking around.  I go
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   and talk to Plazi, Mr. Montoya, because he had

2   called me and he was, like, "Well, what do we do?"

3           "Oh, what can we do?  There is nothing we

4   can do.  Just do whatever they want and we should be

5   all right."

6           He said, "Well, just let me go first and

7   then you go in and get yours.  That way, you don't

8   stab me and we don't stab each other, if we're

9   stabbing together."

10          I was, like, "All right.  Whatever."

11      Q.   From your conversation with Mr. Montoya,

12  did he seem very excited about this plan?

13      A.   No, he -- he was scared and nervous, just

14  like I was.  He didn't want to show it.  You know,

15  in that environment, nobody wants to show that type

16  of fear or weakness or anything like that, but you

17  could see it in his eyes.

18      Q.   All right.  So at this point the doors are

19  closed, but you're outside of your cells; is that

20  correct?

21      A.   Yes.

22      Q.   What happens once the pod doors open?

23      A.   Two officers and the nurse walk in.

24      Q.   Do you know why they're there?

25      A.   For med pass.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN &ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.    What's that?
 2        A.    The nurse comes through and passes out our
 3   meds.
 4        Q.    Did you know where the shanks came from?
 5        A.    At the time, no, I did not.
 6        Q.    All right.  So at this point now you have
 7   how many correction officers entering the pod?
 8        A.    Two.
 9        Q.    And how many nurses?
10        A.    One.
11        Q.    All right.  So you're at a point where you
12   have corrections officials in the pod and you've
13   been ordered to hit somebody.  Is this a chance for
14   you to tell the corrections officer what's going on
15   and get out of this?
16        A.    It would be, yeah.  But being around the
17   individuals that I'm around, being in the gang that
18   I am in, these guys are ruthless.  You try to go and
19   talk to a CO and tell them what's going on, they're
20   going to attack you right there.  There is no nurse
21   or cop that's going to stop them from doing what
22   they need to do or stopping you from what you're
23   trying to do.
24        Q.    Is it fair to say that you could have done
25   that?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1       A.   Yes, I could have.

 2       Q.   And how many chances did you have to

 3  approach the corrections officers or the nurse?

 4       A.   Probably a couple.  I would say a couple

 5  times.

 6       Q.   So about how long are they in the pod?

 7       A.   Anywhere from five to 10 minutes.  She

 8  goes upstairs, goes downstairs.  There's only, like,

 9  three or four people that get meds.  She went

10  upstairs for Jason Wright, because he was in his

11  room.  He didn't want to come out.  So she went to

12  his room, handed him his meds; went to Mr. Perez'

13  room, handed him his meds; and then gave meds, I

14  believe, to Ron Sanchez.  He took meds, too, at that

15  time.

16       Q.   What are Daniel Sanchez and Mario

17  Rodriguez doing during the time that the COs and the

18  nurse are coming there?

19       A.   Dan Sanchez stayed at the table most of

20  the time where we sit and eat dinner.  He never

21  really moved from there.  Mario Rodriguez was back

22  and forth from Javier's room to the day room, back

23  up to Javier's room, and just back and forth.

24       Q.   So as best as you remember, from the time

25  the doors open and the corrections officers walk in,
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1   how much time passes between then and the time you
2   enter Javier Molina's room?
3        A.   Ten, fifteen -- about fifteen minutes.
4        Q.   All right.  So what are you doing during
5   that time?
6        A.   I'm walking around.  I'm in a daze.  I'm
7   figuring -- I'm trying to figure out what I can do.
8   I know I don't have much options now the COs are in
9   there.  Should I take the risk?  Should I take the
10  chance of telling them, getting stabbed right there
11  in front of them, or beat up, or whatever they were
12  going to do or what they might have done if I would
13  have done that?
14       Q.   Had you been in this position before?
15       A.   No.
16       Q.   So eventually what happens?  Where are you
17  waiting as things sort of fall into place?
18       A.   By my room, in front of my room on the top
19  tier.
20       Q.   At some point does Mr. Montoya join you?
21       A.   Yes.
22       Q.   And what are you guys waiting for?
23       A.   We're waiting for the sign that Dan told
24  me that when we start walking into the room.  Once
25  we start walking into the room is when Red puts
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   Mr. Molina in a chokehold.
 2        Q.   So at some point in time from where you
 3   are, do you see Mr. Rodriguez and Timothy Martinez
 4   enter Javier Molina's cell?
 5        A.   Yes.
 6        Q.   And do you --
 7        A.   They're in the room.
 8        Q.   Do you have an idea about what's going to
 9   happen when they go in there?
10        A.   Yeah.
11        Q.   Do you see what happens once they go in?
12        A.   Yes.
13        Q.   What do you see?
14        A.   Well, they're getting ready to do some
15   Suboxone.  That was, you know, the plan to get him
16   in there and think everything was okay; they're
17   friends.  So it was very -- he was very comfortable
18   going in a room with them.  And I see Red get on the
19   toilet, reach over Javier Molina and put his arm
20   around his neck and choke him out.
21        Q.   What happens next?
22        A.   Then Mr. Molina goes out.  He just falls
23   limp.
24        Q.   What do you and Jerry Montoya do then?
25        A.   Me and Jerry Montoya, we get up and walk
```



SANTA FE OFFICE                                    MAIN OFFICE
119 East Marcy, Suite 110                    201 Third NW, Suite 1630
Santa Fe, NM 87501                           Albuquerque, NM 87102
(505) 989-4949                                     (505) 843-9494
FAX (505) 843-9492                           FAX (505) 843-9492
                                             1-800-669-9492
                                             e-mail: info@litsupport.com

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
1   towards the room.

2        Q.    To do what?

3        A.    To stab and kill Mr. Molina.

4        Q.    So tell the members of the jury what

5   happened, please.

6        A.    We walked into the room, and at first they

7   said, "Hold on.  Hold on.  Wait."

8              We hesitated for a minute.

9        Q.    Who said that?

10       A.    I think it was Blue.  They said, "Wait,

11  hold on," because they didn't have him in the

12  position they wanted him in yet.

13             Jerry walked in.  I walked in right after

14  him.  Jerry was on his left side -- no, on his right

15  side, and I was on his left side.  And I began

16  stabbing him right along the same time Mr. Montoya

17  was.  Mr. Montoya was hitting him more in the center

18  of the chest.  I was hitting him more on the left

19  flank of him.

20             At some point he said, "Slow down,

21  Creeper.  Move.  I don't want you to stab me."

22       Q.    Who said that?

23       A.    Mr. Montoya.  And so I got up and I moved

24  around to the other side, and I began stabbing him

25  on this side.  So at that time, while we were
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                             FAX (505) 843-9492
                                                                  1-800-669-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE                        e-mail: info@litsupport.com

1   stabbing him, he came to.  Mr. Molina came back from

2   the knockout that they gave him.

3       Q.   What did he do?

4       A.   He began convulsing, and he got up.  He

5   was bright-eyed, and said, "Like, what's going on?"

6            He tripped out.  And he was saying, "All

7   right.  All right.  You guys got me.  All right,

8   bros.  You got me, you got me.  That's it."

9            And that's when Mr. Rodriguez began to

10  say, "Get him.  Don't let him out of the room.  Get

11  him.  Get him."

12           And we tried to attack him again but, you

13  know, Mr. Molina is kind of a big guy, heavyset

14  dude, and he bulldozed his way out of the room.  He

15  got past us and ran out of the room.

16      Q.   Do you think you would have been able to

17  take Mr. Molina by yourself in what I'll call a fair

18  fight where you're both conscious?

19      A.   I don't underestimate any man.  I don't

20  know.  He was a little stockier and bigger than me,

21  but you know, I didn't know the man's skills or what

22  he was capable of.

23      Q.   What happens when he runs out of the room?

24      A.   He runs out of the room and begins to run

25  downstairs to the day room.  Mr. Rodriguez, Blue, is

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   saying, "Get him, Creeper.  Get him, Plazi.  Go get

2   him."  Because you know, he's still walking, he's

3   still standing up.  "Go get him."

4            So we follow him; first Jerry and then me.

5   And as we're walking down the stairs, he's by the

6   door.  He's walking down the stairs.  Jerry comes

7   down.  I come down.  We attack him right there by

8   the front door.  You can't really see him on the

9   camera, but you can see us and we're attacking him.

10       Q.   You said you can't see him on the camera.

11  Have you had a chance to look at that video?

12       A.   I have.

13       Q.   All right.  At this point in time, are

14  there any corrections officers or any law

15  enforcement personnel in the pod?

16       A.   No.

17       Q.   So just inmates?

18       A.   Just inmates.

19       Q.   And at what point do the doors open or do

20  the corrections officers respond?

21       A.   Well, the officer that was in the control

22  up above the pods that can see in all three pods --

23  he had seen what was going on.  I noticed him that

24  he saw that what was going on.  And he went to

25  yellow pod, banged on the window and notified those

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                 Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 843-9492                                                 FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

93

```
 1  officers over there that something was going on.  I
 2  seen all that while I was walking down the stairs
 3  and seeing what he was doing.  While we were
 4  attacking Mr. Molina downstairs, I seen the officers
 5  that were in the pod before at the window watching
 6  what was going on.
 7      Q.    Is the door opened or closed at that time?
 8      A.    It's closed.
 9      Q.    And --
10            THE COURT:  Mr. Castellano, would this be
11  a good time for us to take our morning break?
12            MR. CASTELLANO:  Yes, Your Honor.
13            THE COURT:  All right.  We'll be in recess
14  for about 15 minutes.  All rise.
15            (The jury left the courtroom.)
16            THE COURT:  All right.  We'll be in recess
17  for about 15 minutes.
18            (The Court stood in recess.)
19            THE COURT:  Let's go on the record.
20            Ms. Bhalla, Mr. Maynard, when you have a
21  chance, give me the inconsistent statement you're
22  wanting to introduce as well as what it's
23  inconsistent with.  I know that may be early to ask
24  you that because it may be on the tapes.
25            MS. BHALLA:  It's not early, Your Honor.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE
e-mail: info@litsupport.com

1   It's funny you asked me.  I'm working on a trial

2   brief right now, and I'm putting statements at issue

3   in that brief so you can review them with the

4   document numbers.

5              THE COURT:  Are they going to be on the

6   tapes?  Is that what you're going to be -- things

7   coming in on the tapes that you think are

8   inconsistent?

9              MS. BHALLA:  Yes, Your Honor.

10             THE COURT:  And then you're going to tell

11  me -- I think your situation might be different than

12  Mr. Perez'.

13             MS. BHALLA:  I believe that it is, Your

14  Honor.

15             THE COURT:  All right.  Well, let's take a

16  look at it.

17             MS. BHALLA:  Thank you, Your Honor.

18             THE COURT:  Anything else we need to

19  discuss while we're waiting, Mr. Castellano?

20             MR. CASTELLANO:  No, Your Honor.

21             THE COURT:  Any of the defendants?

22             MS. DUNCAN:  This may be a nonissue at

23  this point.

24             THE COURT:  I like nonissues.

25             MS. DUNCAN:  It's Javier Molina's mother,

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  I believe, was in the courtroom and getting pretty

2  upset.  She's not here now, but a juror or two

3  looked at her while she was crying and covering her

4  face.  So I appreciate it -- her lawyer intervened

5  and got her out of the courtroom.  So I ask we

6  continue to monitor that.

7          THE COURT:  I see Mr. Lilly back there.

8  It seems like you're trying, but keep it up.

9          MR. BECK:  I think the marshals were

10  watching pretty closely and did not see a juror look

11  back at her.

12          MR. VILLA:  Your Honor, I did see a juror

13  look back.  But I also spoke to Mr. O'Connell, and

14  he's been very, very helpful in this regard.  So we

15  appreciate that.

16          THE COURT:  All right.  All rise.

17          (The jury entered the courtroom.)

18          THE COURT:  All right.  Everyone be

19  seated.

20          Mr. Armenta, I'll remind you that you're

21  still under oath.

22          THE WITNESS:  Okay, sir.

23          THE COURT:  Mr. Castellano, if you wish to

24  continue your examination of Mr. Armenta, you may do

25  so at this time.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    BY MR. CASTELLANO:

2         Q.   Mr. Armenta, I'm going to show you

3    Government's Exhibit 61.  Looking at Exhibit 61, Mr.

4    Armenta, does that look familiar to you?

5         A.   Yes, it does.

6         Q.   What is it or what does it look like?

7         A.   It's the shank that I had that I used.

8         Q.   And did you get a chance to look at the

9    shank that Jerry Montoya used?

10        A.   It's very similar to that one.

11        Q.   And so you described earlier some kind of

12   string and a handle?

13        A.   Yes.

14        Q.   Now, you mentioned before the break that

15   you see the correction officers and the nurse on the

16   outside of the door; is that correct?

17        A.   Yes.

18        Q.   What happens at the point that you finish

19   assaulting Mr. Molina?  What happens to your shank?

20        A.   I walk towards the back of the -- towards

21   the bottom tier to the stairs that goes to the

22   bottom tier.  And Mr. Sanchez is right there in the

23   vicinity.  And he tells me to just throw the shank

24   in the trash can.

25        Q.   What did you think of that idea?

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                               201 Third NW, Suite 1630
Santa Fe, NM 87501                                      Albuquerque, NM 87102
(505) 989-4949                                               (505) 843-9494
FAX (505) 843-9492                                      FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

 1      A.   I really didn't.  I just threw it in the

 2 trash can.

 3      Q.   What was your understanding of what Mr.

 4 Sanchez was supposed to do with that shank?

 5      A.   He was supposed to retrieve it from me and

 6 get rid of it.  Hide it, throw it away, just get rid

 7 of it.

 8      Q.   And at this point do you pick up anything

 9 from the floor?

10      A.   Yes, I do.  This is after I walk back to

11 Javier Molina.  He was still standing up and I

12 walked back up to him, and I again attacked him.  I

13 punched him in his face.  And during the scuffle his

14 silver chain came off of his neck.  It had a cross

15 on it.  And it flew to the middle of the pod.

16      Q.   Why did you hit Mr. Molina again?

17      A.   Because he was still standing up.  And I

18 wasn't thinking clearly.  I just went up to him

19 again and hit him.

20      Q.   What happened to that chain?

21      A.   I ended up giving it to Jason Wright.

22      Q.   Now, at this point did you have any blood

23 on you?

24      A.   Yes, I did.

25      Q.   Did you try to wash off that blood?

SANTA FE OFFICE                                                           MAIN OFFICE
119 East Marcy, Suite 110                                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                                 Albuquerque, NM 87102
(505) 989-4949                                                              (505) 843-9494
FAX (505) 843-9492                                                   FAX (505) 843-9492
                                                                          1-800-669-9492
                                                           e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        A.   I went up to the top tier and tried to go
 2   into the top tier shower and turn it on in an
 3   attempt to wash it off.  But Mario Rodriguez was in
 4   there.  And when I reached my hands in there, I
 5   bumped into him.  He said, "Wait, what are you
 6   doing?  What are you doing?"
 7             I said, "Oh, shit.  My bad."
 8             I went back downstairs, went to the bottom
 9   tier shower and turned the shower on in there, and
10   washed the blood off of my arms.
11        Q.   Probably an obvious question, but why were
12   you washing blood off you at that point?
13        A.   Because it was on me and I wanted it off
14   of me.
15        Q.   What happens after you rinse off?
16        A.   I start walking towards the stairs to go
17   up to the day room.  And the COs are already coming
18   in at that point, and I'm walking up to my cell.
19   And I get my stuff that I had left right there on
20   the ledge for a shower.  I started grabbing all that
21   stuff and going into my cell.
22        Q.   And once you're in your cell, do all the
23   inmates get locked down?
24        A.   Yes.
25        Q.   What's going through your mind at the
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   point you're now sitting in your cell?

2        A.   I'm tripping out.  I'm scared.  I'm

3   thinking about what I just did, what my hands just

4   did.  Thinking about my children and the family that

5   I have.  I have pictures of my daughters and

6   everybody up on my wall.  So they're looking at me,

7   I'm looking at them, and I just kept asking myself,

8   "What did I do?  What did I just do?"

9        Q.   How did you feel?

10       A.   I felt like a piece of shit.  I felt like

11  scum.

12       Q.   And what were you thinking about Javier

13  Molina at that time?

14       A.   I thought, I just took somebody's daddy

15  away, son, brother, husband, away, knowing that I'm

16  the same person as him.  I have brothers.  I have a

17  mom.  I have a wife and children.  And knowing that

18  I just did that, that I just stabbed this man for an

19  organization that I thought loved me and respected

20  me, I felt like a piece of shit.

21       Q.   How long do you stay in your cell before

22  someone comes to get you?

23       A.   About 20, 30 minutes before they start

24  coming in, getting us out of our cells.

25       Q.   So you have all that time to think about

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

100

```
 1   what you just did?
 2        A.   Yeah.
 3        Q.   What happens when someone comes to get
 4   you?
 5        A.   I cuff up.  And that means, you know, they
 6   say, "Cuff up," you put your arms behind your back,
 7   and they escort you out of your cell into another
 8   cell, in another unit.  But there wasn't one open
 9   for me, so they just left me out in the rec yard for
10   a few hours.
11        Q.   What are you doing during that time?
12        A.   Again, I'm left to my thoughts.  Left to
13   my thoughts and my actions, and what I just left
14   behind and what I just lost.
15        Q.   At some point in time are you able to get
16   to sleep that night?
17        A.   Off and on.  It wasn't a steady sleep.  We
18   were basically naked.  They took all our clothes
19   away from us.  You would sit on the bed and nod out,
20   but you'd wake up again.  I would wake up again.
21   And sleep didn't come.
22        Q.   At some point in time are you pulled out
23   of your cell to be interviewed by State Police?
24        A.   Yes.
25        Q.   About what time was that?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      A.   I'm not sure exactly.  I'd say 3:30, 4:00

2  in the morning.  It was pretty early.

3      Q.   And are you taken to be interviewed?

4      A.   Am I taken to be interviewed?

5      Q.   Yes.  Does anybody try to interview you

6  that night?

7      A.   Yes.

8      Q.   What do you say during the interview?

9      A.   I gave them nothing, really.  I said that

10 I was standing by the door when he was getting beat

11 up.  I tried to make it seem like I wasn't around or

12 that I had nothing to do with it, to try to, I don't

13 know, attempt to throw it off on someone else, I

14 guess.

15     Q.   Did you meet someone named Officer

16 Palomares that night?

17     A.   Yes, I did.

18     Q.   And did you learn from him what happened

19 to Javier Molina?

20     A.   Yes, I did.

21     Q.   What did you learn?

22     A.   He told me that Mr. Molina had passed away

23 to his wounds -- because of his wounds.

24     Q.   All right.  How did that make you feel?

25     A.   It made me feel more like shit.

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                           Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 843-9492                                            FAX (505) 843-9492
                                                              1-800-669-9492

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE
                                                         e-mail: info@litsupport.com

1     Q.   At some point in time were you hoping that

2  he would pull through and make it?

3     A.   Oh, yeah, definitely.  I didn't want him

4  to die.  Going back to when me and Mr. Montoya were

5  sitting in front of my door, you know, he was

6  worried and scared and, "What do we do," and you

7  know, we were just having a real quick conversation

8  about what to do and what we have to do.  And I told

9  him, I said, "Look, dude, whatever you do, try not

10 to hit him in his chest.  Try not to get that heart.

11 If you hit him anywhere else, he has a really good

12 chance of living, a really good chance.  But if you

13 hit him in the chest, in the heart, it's over."

14        And he got hit in the heart.

15    Q.   What happens to you in the weeks following

16 the Molina murder?

17    A.   I'm written up.  I'm locked in a cell.

18 All my property is taken away from me.  No phone

19 calls, no mail.  I get indicted.  We don't get

20 showers.  We don't get no rec time for a couple of

21 weeks, at least.

22    Q.   Now, when you say you're written up, are

23 you written up by the prosecuting office or by the

24 Corrections Department?

25    A.   By the Corrections Department.

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                      Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 843-9492                                      FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1      Q.   What are you written up for?

2      A.   Written up for murder, possession of a

3   deadly weapon, conspiracy to commit murder, acts

4   constituting a felony and tampering with evidence.

5      Q.   Okay.  And were those all New Mexico

6   Corrections?

7      A.   Policies and the procedures, yeah, the

8   disciplinary procedures, policies.

9      Q.   So is that part of an administrative

10  process?

11     A.   Yes.

12     Q.   What happened to you just through the

13  administrative process?

14     A.   I got found guilty.  I went to a hearing.

15  I was found guilty of murder, tampering with

16  evidence, and possession of deadly weapon.  They

17  took all the good time that I had received, which

18  was about 10 months, and they also gave me about

19  800-something days in disciplinary segregation, and

20  about two years and three months.

21     Q.   What is disciplinary segregation?

22     A.   Lockdown 24/7, no privileges, no

23  electronics, no visits, no phone, no commissary,

24  stuff like that.

25     Q.   Now, as part of the administration, the

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                Albuquerque, NM 87102
(505) 989-4949                                            (505) 843-9494
FAX (505) 843-9492                                   FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1    administrative process in the prison, are you

2    allowed to have a representative represent you for

3    those hearings?

4         A.   At one point you were allowed to.  But

5    when I had requested somebody to represent me, they

6    said it was not allowed.

7         Q.   Who did you request?

8         A.   I don't remember his name.  They call him

9    Baby G.

10        Q.   Would it help to refresh your recollection

11   to look at the documents?  If you're able to look at

12   the document who you requested, would that refresh

13   your memory?

14        A.   Yeah.

15             MR. CASTELLANO:  May I approach the

16   witness, Your Honor?

17             THE COURT:  You may.

18   BY MR. CASTELLANO:

19        Q.   I'm going to show you a document from one

20   of your files.  I'd ask you to review it quietly to

21   yourself, and I'll see if that helps refresh your

22   recollection.

23             Sir, after having reviewed that document,

24   does that refresh your recollection?

25        A.   Yes, sir, it does.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1          Q.    Who was the person you requested?

 2          A.    Jonathan Gomez.

 3          Q.    You said you knew him by another name?

 4          A.    Baby G.

 5          Q.    Who is Jonathan Gomez?

 6          A.    He is one of our brothers, SNM Gang

 7     member.

 8          Q.    And do you recall why you requested him to

 9     represent you?

10          A.    He's savvy to the disciplinary policies

11     and procedures.  He actually told me to request him

12     so he can help me in the process.

13          Q.    And was Jonathan Gomez in your pod or one

14     of the other SNM pods?

15          A.    He was in disciplinary segregation when

16     everything took place.  When they relocated me, they

17     put me in his pod, which was a disciplinary

18     segregation pod.

19          Q.    Now, in addition to the administrative

20     process, were you charged criminally?

21          A.    Yes, I was.

22          Q.    Who charged you?

23          A.    Dona Ana County, State of New Mexico.

24          Q.    Do you remember about when it was that you

25     were indicted by the DA's office?
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                               201 Third NW, Suite 1630
Santa Fe, NM 87501                                       Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                          FAX (505) 843-9492
                                                                1-800-669-9492
                                                    e-mail: info@litsupport.com



106

```
 1          A.   March 20-something, I want to say.
 2          Q.   So the same month as the Molina murder?
 3          A.   Yeah.
 4          Q.   What were you charged with?
 5          A.   First-degree murder, conspiracy, tampering
 6    with evidence.
 7          Q.   Who else was charged with you?
 8          A.   Jerry Montoya and Mario Rodriguez.
 9          Q.   At that point in time, do you remember
10    what charges Mario Rodriguez was facing?
11          A.   Tampering with evidence, possession of a
12    deadly weapon, and I believe that's it.
13          Q.   Where were you housed during the time you
14    were facing the state charges?
15          A.   In 2-A, B pod.
16          Q.   So is 2-A the same building or a building
17    next door to 1-A pod where you were before?
18          A.   2-A is a few hundred -- well about 100
19    yards away from 1-A.
20          Q.   So it's still on the same grounds of the
21    Southern New Mexico Correctional Facility?
22          A.   Yes.
23          Q.   And about how long were you pending those
24    charges?
25          A.   The murder charges?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   Yes.

 2        A.   Well, since March of 2014, all the way

 3   till November of 2015.  And then in December, we got

 4   the indictment, the federal indictment on that.

 5        Q.   So in December of 2015, is that when your

 6   state charges were dismissed and you were charged

 7   federally?

 8        A.   Yes.

 9        Q.   And at some point in time as these charges

10   were pending, did anyone direct you to take the rap

11   or the fall for these charges?

12        A.   Yes.

13        Q.   Who was that?

14        A.   That was Mario Rodriguez.

15        Q.   And why was that?

16        A.   Because he blames me for getting him

17   charged.  He blames me that I'm the reason why he

18   got charged.  Because of the whole -- when I went to

19   the shower, they think that I handed him one of the

20   shanks, because they found a shank in the shower.

21   And that's what they were led to believe with the

22   footage of the video and stuff.

23        Q.   So is that the time like you just told the

24   jury a little bit ago, you went upstairs to rinse

25   off, and he was already in that shower?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1      A.   Yes.

 2      Q.   What did you do in response to what Mario

 3 Rodriguez told you?

 4      A.   I kind of rebelled at first and, you know,

 5 he -- I knew I was already done.  I knew that the

 6 cameras weren't covered; they caught me on camera.

 7 There's witnesses.  I'm done.  I'm finished.

 8           So I decided that I was going to go along

 9 with it and take the rap for it and I was going to

10 do my best to get him and Mr. Montoya off of the

11 charges that they were charged for.

12      Q.   At some point in time, as a result of this

13 idea you had, did you write a letter to

14 Mr. Montoya's attorney?

15           MS. JACKS:  Objection, misstates the

16 testimony.  I think the testimony was the idea of

17 Mario Rodriguez.

18           THE COURT:  I'll let you get there on

19 cross.

20           MR. CASTELLANO:  We'll get there.

21 BY MR. CASTELLANO:

22      Q.   So Mr. Rodriguez tells you to take the

23 rap?

24      A.   Yes.

25      Q.   Does he tell you to write a letter?
```

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                   Albuquerque, NM 87102
(505) 989-4949                                                (505) 843-9494
FAX (505) 843-9492                                       FAX (505) 843-9492
                                                            1-800-669-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE
                                                  e-mail: info@litsupport.com

```
 1       A.    No.

 2       Q.    Does he tell you how you're supposed to

 3   take the rap?

 4       A.    No.  The only thing that we discussed was

 5   the story that we were going to say, and we -- you

 6   know, it didn't get fabricated overnight.  It was a

 7   process of a few months, going out to rec with each

 8   other, talking about it, saying this, saying that,

 9   and seeing what would work.  We finally came to the

10   decision that this would work, what I said.

11       Q.    Was that you and Mr. Rodriguez?

12       A.    Me and Rodriguez and Montoya.  Also Mr.

13   Martinez, too.  He was in the vicinity of the murder

14   so he was there.  He was a witness.  And he was

15   going to be able to verify what we had fabricated to

16   say, yeah, that's what happened.

17       Q.    At this point had Timothy Martinez been

18   charged with any crime?

19       A.    Not at that time.  Mr. Rodriguez had, but

20   not Mr. Martinez.

21       Q.    And knowing that he was implicated, at

22   least as far as you knew, was he then willing to

23   help you out?

24       A.    He was willing to help out Rodriguez and

25   Montoya, get the charges off of them.  And yeah, he
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   was going with what I was saying.  I mean, I

2   wouldn't say helping me out, because I'm going to be

3   taking the blame for it.  But yes, he also wrote

4   something for me, which I never sent to my attorney,

5   because I was already feeling some kind of way about

6   it, like what am I doing, you know.

7       Q.   So about what time period is this when you

8   guys are together and then at some point do you

9   separate?

10      A.   Well, me, Mr. Martinez, and Montoya stayed

11  in Southern up until September 2014.  And then we

12  were transported to Santa Fe to the north, North

13  facility.

14      Q.   You say September of 2014?

15      A.   Yes.

16      Q.   What happens to Mr. Rodriguez?

17      A.   He's already at the North.  That's when

18  everything came to I'm going to take the blame.

19  It's your fault how I got charged.  You're going to

20  take the blame.  You should take the blame.  Are you

21  going to take the blame?  You know, he was trying to

22  make it sound like it was my idea, but I knew what

23  he wanted.

24      Q.   What did you eventually do in response to

25  this idea?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   I didn't really rebel at first.  I did a

 2   little bit, but I didn't get much by it.  I said,

 3   "Whatever.  Okay.  Let's do it.  How do I do it?

 4   What do I got to say?"

 5        Q.   At some point did you write a letter to

 6   somebody?

 7        A.   Yes, I did.

 8        Q.   Who did you write a letter to?

 9        A.   I wrote a letter to Jerry Montoya to give

10   to his attorney stating that he was not guilty of

11   anything; that I was the one, I was the aggressor, I

12   was the one that stabbed him.  Mr. Molina had said

13   something that got us into an argument.  We got into

14   a fight, knives were pulled out, and the outcome was

15   that he was murdered.

16             MR. CASTELLANO:  May I have a moment, Your

17   Honor?

18             THE COURT:  You may.

19   BY MR. CASTELLANO:

20        Q.   Mr. Armenta, in a moment I'm going to show

21   you 7586.  It has your date of birth at the bottom.

22   I'm going to cover that with the exhibit sticker.

23             MR. CASTELLANO:  Actually, may I approach

24   the witness, Your Honor?

25             THE COURT:  You may.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  BY MR. CASTELLANO:

2     Q.   Mr. Armenta, I'm showing you what's going

3  to be marked as Government's Exhibit 756.  Do you

4  recognize that document?

5     A.   Yes, I do.

6     Q.   At the bottom of the document is your date

7  of birth listed?

8     A.   Yes.

9     Q.   And is there also a corrections number?

10    A.   Yes.

11    Q.   If I cover that up with the exhibit

12 sticker, is there anything else that would be

13 covered?

14    A.   No.

15    Q.   Mr. Armenta, I've previously showed you

16 Government's Exhibit 756.  Do you recognize that

17 document?

18    A.   Yes, I do.

19    Q.   What is it?

20    A.   It is the handwritten letter that I wrote

21 to Mr. Montoya for his attorney stating that Mr.

22 Montoya was not guilty of anything; that he had

23 no -- he had no involvement with what happened.

24         MR. CASTELLANO:  Your Honor, I move the

25 admission of Government's Exhibit 756.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              THE COURT:  Any objection?

 2              MS. JACKS:  No.

 3              THE COURT:  All right.  Government's

 4   Exhibit 756 will be admitted into evidence.

 5              (Government Exhibit 756 admitted.)

 6   BY MR. CASTELLANO:

 7        Q.   I'm showing you this document up on the

 8   screen here.  And with the exception of the name

 9   "Armenta" written in the corner and the sticker I've

10   now put covering your date of birth and the

11   corrections number, does this look like a copy of

12   the letter that you wrote?

13        A.   Yes, it is.

14        Q.   And there appears to be a date at the top,

15   January 3, 2015.  Do you remember if you authored

16   this letter on or about that date?

17        A.   Yes, I did, I remember.

18        Q.   Less than a year out from the Molina

19   murder; is that correct?

20        A.   Yes.

21        Q.   Let me just have you read that to

22   yourself, and I'll let the jury read it, as well.

23              At this point I'm going to ask you about a

24   certain part.  You state in this letter that

25   somebody mentions your precious little daughter
```




SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1   being mentally handicapped.  Is that true?

 2        A.   Yes, she is.

 3        Q.   And what does she suffer from?

 4        A.   It's a genetic disease.  It's called 22Q,

 5   DiGeorge Syndrome, a little similar to Down Syndrome

 6   but like, way, way worse.

 7        Q.   Now, when you wrote this letter, then, is

 8   that what you made as an excuse or the reason why

 9   you killed Javier Molina, that he basically insulted

10   or threatened your daughter?

11        A.   Well, it was something to that nature,

12   because Mr. Molina would talk a lot about retarded

13   children, Down Syndrome children in the pod, and

14   he'd scream it out loud, and this and that, and we

15   all came to that to say that because we knew that if

16   anybody else was going to be a witness, they could

17   testify to that; that, yeah, he was always saying

18   about Down Syndrome, and this and that, and

19   Creeper's daughter is Down Syndrome, she's mentally

20   handicapped.  So that was a good tool to use.

21        Q.   Now, even though it says at the bottom, "I

22   will swear to this written statement in open court

23   and under oath," was this statement true, this

24   letter?

25        A.   At the time it was -- that's what we were

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  trying to do.  I was trying to take the blame.

2       Q.   I know you said at the time you were going

3  to say it was true, but is it actually true?

4       A.   That I would come in court and swear under

5  oath, that I would tell the truth?

6       Q.   No, the facts contained within the letter,

7  the story about --

8       A.   Oh, no.  My daughter is mentally

9  handicapped.  He never insulted my daughter, never

10  insulted me formally to my face.  Everything there

11  is fabricated.  We all came up with that story.

12       Q.   And in this case, why try to help out

13  Jerry Montoya?

14       A.   He -- I don't know.  I think I was doing

15  an honorable brotherly thing.  And he had been

16  already in prison for 15, 16 years.  I had a chance

17  to be out there for six and start a family and pay

18  bills and work and, you know, do that.  It was a

19  very wonderful experience for me, and he told me

20  about his grandma, his kids that had missed him for

21  15 years, and you know, I kind of had a soft heart

22  towards him.  So I told him I'll do the best I can

23  to help him.  He deserves to be out there to make

24  things right with his daughter and try to see his

25  grandma before she passes away.  Make some memories.

SANTA FE OFFICE                                                        MAIN OFFICE
119 East Marcy, Suite 110                                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                                     Albuquerque, NM 87102
(505) 989-4949                                                         (505) 843-9494
FAX (505) 843-9492                                                     FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1    I wanted to be a good guy, let him get out.

2         Q.    And if you were able to help Mr. Montoya

3    get his charges dismissed, would that get him home

4    sooner to his family?

5         A.    Yeah, it would have.

6         Q.    Now, at some point in time after writing

7    this letter, did you have a change of heart about

8    following through with this story?

9         A.    Yes, I did.

10        Q.    How did that happen?

11        A.    Well, I've already been feeling some kind

12   of weird, like I'd already been talking to myself,

13   thinking to go myself, What am I doing?  What's

14   going on here?  You're willing to put your life on

15   the line for an organization and for people that

16   really didn't go out on a limb for you.  Why are you

17   doing this?

18             And I was at war with myself with that,

19   because I had my pride, I had my honor.  And this

20   was something that I thought was very, very

21   important to me, which, in fact, it wasn't.  And

22   somebody that I am really close with, somebody that

23   really cares about me and I care about him as well,

24   Mr. Eric Duran, approached me one day through the

25   heater vents, and asked me, "What's more important

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  to you?  What means more to you in your life?"

2          And I told him, "My daughters, getting

3  back home, getting back to my family.  That's number

4  one.  And that always will be number one."

5      Q.   Where were you housed when you had this

6  conversation with Eric Duran?

7      A.   I was at the North facility in Santa Fe.

8  We were in 3-A, unit 3-A, R pod.

9      Q.   And do you remember about when this was?

10     A.   February of 2015.

11     Q.   Okay.  So at this the point you have a

12  heart-to-heart about what's important to you?

13     A.   Yes, we do.

14     Q.   And did you know Mr. Duran by any other

15  names?

16     A.   Yes.

17     Q.   How did you know him?

18     A.   Crazo.

19     Q.   And after you had this conversation with

20  him, did you have a change of heart?

21     A.   It took me a couple of weeks, but yes, I

22  did.

23     Q.   Eventually, did you on your own or did

24  Mr. Duran point you in the right direction in terms

25  of who you could talk to?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    Mr. Duran made a phone call and let the

 2   right people know to pull me out of the pod and have

 3   a little chat with them to see if I was serious

 4   about what he had offered, and I did that.

 5        Q.    Who did you meet with?

 6        A.    I met with STIU Captain Sergio Sapien and

 7   STIU Officer Chris Cupit and another lady that

 8   didn't identify herself.  She had an STIU jacket on.

 9   I figured she was STIU, so I just left it at that.

10        Q.    Do you know who she was?

11        A.    No.

12        Q.    And after meeting with them, did you then

13   meet with anybody from the district attorney's

14   office?

15        A.    Not right away.  I was waiting.  I was

16   waiting for the time when they were going to come or

17   call me down or whatever.  We had a scheduled court

18   date in June, so me and Mr. Rodriguez and Montoya

19   all got transported down to Southern where we were

20   housed again in 1-A where the murder took place.

21   Not in the pod, but in -- I was in yellow pod, and

22   Rodriguez and Montoya were in green pod.  I didn't

23   speak with the DA or Mr. Palomares until August of

24   2015.

25        Q.    And you said Palomares.  Is that the same
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1   New Mexico State officer who investigated the case?

2        A.   Yes, he's the lead detective, I believe.

3        Q.   What happened when you met with them?

4        A.   I told him -- well, wait, wait, wait.  I

5   talked to Mr. Montoya's lawyer, the district

6   attorney, and my attorney.  That's when I first

7   disclosed all the information of how everything

8   happened and what went down.  So it was actually Mr.

9   Palomares, I didn't talk to him until the second

10  interview, and that was with the U.S. Attorney and

11  the FBI and STIU members and the State Police.

12       Q.   Do you remember when that was?

13       A.   That was in September.

14       Q.   Of what?

15       A.   2015.  The first interview happened in

16  August of 2015.

17       Q.   September of 2015.  And are you aware that

18  this case was charged federally in December of 2015?

19       A.   Yes.

20       Q.   Okay.  So you met with members of the

21  federal prosecution team even before this case was

22  indicted?

23       A.   Yes.

24       Q.   And at that point did you disclose what

25  really happened?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      A.   Yes.

2      Q.   At some point in time did you try sending

3  a letter to Mr. Montoya telling him that you were

4  going to tell the truth?

5      A.   Yes.  I wrote that letter just after the

6  interview with the district attorney and the

7  attorneys.

8           MR. CASTELLANO:  May I approach the

9  witness, Your Honor?

10          THE COURT:  You may.

11  BY MR. CASTELLANO:

12     Q.   I'm not going to introduce this yet.  I'm

13  just going to show it to you.  This is Government's

14  Exhibit 75 for identification.  I'll have you look

15  that over and see if you recognize it.

16     A.   I do recognize it.  It's my handwriting.

17     Q.   I'll show you the second page, as well.

18     A.   Yes.

19     Q.   Mr. Armenta, having looked at this letter,

20  do you recognize it?

21     A.   Yes, I do.

22     Q.   Did you author this letter?

23     A.   Yes, I did.

24     Q.   For what purpose?

25     A.   To try to help Jerry Montoya again.  To

SANTA FE OFFICE                                                                    MAIN OFFICE
119 East Marcy, Suite 110                                                      201 Third NW, Suite 1630
Santa Fe, NM 87501                                                             Albuquerque, NM 87102
(505) 989-4949                                                                       (505) 843-9494
FAX (505) 843-9492                                                              FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1  get him to come clean about what happened so that he

2  can help himself, instead of me helping him to get

3  out of it.

4          MR. CASTELLANO:  Your Honor, at this time,

5  I move the admission of Government's Exhibit 757.

6          THE COURT:  Any objection?

7          MS. JACKS:  No.

8          MS. DUNCAN:  No, Your Honor.

9          THE COURT:  Not hearing any objection,

10 Government's Exhibit 757 will be admitted into

11 evidence.

12          (Government Exhibit 757 admitted.)

13 BY MR. CASTELLANO:

14     Q.   Mr. Armenta, I'm going to leave that up

15 there for a second so the members of the jury can

16 see it as well.

17          While everybody is reading that, if you

18 recall, approximately when did you author this

19 letter?

20     A.   September, August 2015.  It was right at

21 the end of August or the beginning of September.

22     Q.   And why do you think it was during that

23 time period?

24     A.   Because I was in Dona Ana County jail to

25 discuss with Mr. Montoya's attorney.  The reason I

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   was down there was to give him the story that we had
 2   fabricated to try and clear Mr. Montoya's name.  And
 3   I had spoke with my attorney before we were talking
 4   to the district attorney and Mr. Montoya's attorney,
 5   and I discussed with him what I wanted to do.  I
 6   actually sent a letter to my attorney a week before
 7   that interview and let him know what I wanted to do.
 8        Q.   At the top it says, "By the time you
 9   receive this letter, you will already know what I
10   did."  And at that point what you have done?
11        A.   I would already have disclosed information
12   on the murder, what happened, what he did, what
13   everybody did, their part.
14        Q.   Is that the part where you say, "I had to
15   tell the truth about the way it all went down"?
16        A.   Yes.
17        Q.   At the bottom, you make a comment at the
18   very bottom, "And if it weren't for the amore of
19   this onda, I would have had some time with her."
20             What are you saying, if it weren't for the
21   love of this onda, you'd have time with her?
22        A.   With my daughter.
23        Q.   Were you being sarcastic there?
24        A.   What happened was, I found out later that
25   I had misplaced a couple of words on there because
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    my daughter had had some complications.  She had a

2    surgery around the time I was in Dona Ana County,

3    and she almost died.  They took her left lung out.

4    The one that's mentally handicapped, they took her

5    left lung out, and she almost died on us.  And she

6    was in a coma for, like, a long time.  They were

7    expecting her to die, pass away.  She hadn't died.

8    What it says right there, that she did, but what I

9    meant to say was that Cheryl Ann almost passed away.

10   Knowing that she was in a coma and she might die --

11   that's what I meant by the amore of this onda.

12        Q.   What does "amore" mean?

13        A.   Love.

14        Q.   What is the "onda"?

15        A.   SNM, like a gang.

16        Q.   Turning to the second page of that

17   exhibit, you're asking him to think about "what's

18   more important to you, dog.  I love you, man."  What

19   are you talking about there?

20        A.   I'm talking about his daughter, his son,

21   his grandma, his mom.

22        Q.   And at the very bottom, what's the

23   question you're asking?

24        A.   "Am I gonna go down for some bullshit."

25        Q.   And what is that?

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                           Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1      A.   Am I going to go down for these people's
 2 bullshit for what they wanted us to do, they made us
 3 do?
 4      Q.   Now, were you ever made aware of whether
 5 or not this letter reached Mr. Montoya?
 6      A.   No, I wasn't aware until STIU Chris Cupit
 7 contacted me on the telephone, and he asked me if my
 8 daughter passed away.  And I was like, "What?"
 9           "Because they got this letter and this and
10 that, and it says she died."
11           I said, "No, she almost passed away."
12           That's when I knew he didn't receive it,
13 because he told me, "I can't give him this.  We
14 can't let him have it."
15      Q.   In other words, was it intercepted before
16 it reached him?
17      A.   Yes.
18      Q.   By corrections officials?
19      A.   Yes.
20      Q.   I want to discuss with you a certain point
21 in time when you were housed with Mr. Herrera in
22 approximately June of 2015, if you were housed with
23 him or near him?
24      A.   I was right next door to him.
25      Q.   Did you have a discussion with him about
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    the order on Javier Molina?

2        A.    Yes, I did.

3        Q.    What did he tell you about his

4    involvement?

5        A.    He had the say-so, him and Dan.  They all

6    confirmed that the paperwork was legit and that it

7    was okay to go ahead and move forward with Javier's

8    murder.  And I asked him, "Whose decision was it to

9    send me and Plazz?"

10           And he told me it was his.

11       Q.    Why?

12       A.    Because we hadn't earned our bones yet.

13   Send someone who hasn't earned their bones yet,

14   Creeper and Plazz.

15           MS. JACKS:  Your Honor, we'd request a

16   limiting instruction for this testimony.

17           THE COURT:  This will be used just against

18   Mr. Sanchez; no one else.

19           MS. JACKS:  Excuse me, Your Honor.  Those

20   were statements of Mr. Herrera, so it's not to be

21   used against Sanchez.

22           THE COURT:  I understand.  I understand.

23   It's just statements of Mr. Herrera, and you can

24   only consider them in conjunction with considering

25   the charges against Mr. Herrera, and not any of the

SANTA FE OFFICE                                           MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                 Albuquerque, NM 87102
(505) 989-4949                                           (505) 843-9494
FAX (505) 843-9492                                  FAX (505) 843-9492



1-800-669-9492
e-mail: info@litsupport.com

1   other defendants.

2   BY MR. CASTELLANO:

3       Q.   Having had the discussion with Mr. Herrera

4   at that time, did you understand why or how it was

5   important that he was involved with the order?

6       A.   Say that again, please?

7       Q.   Why was it important that he was part of

8   order to hit Molina?

9       A.   Because he didn't know there's higher-ups

10  that say, "Here's paperwork, kill this person."

11          MR. MAYNARD:  Objection, speculation, Your

12  Honor.

13          THE COURT:  Well, lay a foundation.

14  BY MR. CASTELLANO:

15      Q.   At this point when you were having a

16  discussion with Mr. Herrera, did you understand his

17  position in the SNM?

18      A.   Yes.

19      Q.   What kind of position?

20      A.   He had influence.  He had clout.  He could

21  give orders.  I mean, not on his own.  He can't just

22  say, "Hey, by myself, I want to go kill that

23  person."

24          He would need paperwork to back it up.  He

25  would need the say-so of other SNM leaders or

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   spokespersons to confirm that it's legit.

2        Q.   When you having that discussion with him,

3   were you aware whether or not he had any leadership

4   role in the SNM?

5        A.   Not major leadership, but he had the

6   llaves, the keys.  He could make decisions like

7   that.

8        Q.   After having sat down with the Government

9   before the case was indicted, you later agreed to

10  plead guilty to your federal charges?

11       A.   Yes.

12       Q.   And if you recall, what did you plead

13  guilty to?

14       A.   Murder.  On the federal side or the state

15  side?

16       Q.   On the federal side.

17       A.   Yes, first-degree murder.

18       Q.   Did you enter into a plea agreement with

19  the Government as part of that deal?

20       A.   Say that again.

21       Q.   Did you enter into a plea agreement with

22  the Government.

23       A.   Yes, I did.

24            MR. CASTELLANO:  At this time, Your Honor,

25  I'll move the admission of 678 and 679.  They should

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                            201 Third NW, Suite 1630
Santa Fe, NM 87501                                   Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                     FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1  be the plea agreement and the addendum to the plea

2  agreement.

3          THE COURT:  Any objection from the

4  defendants?

5          Not hearing any objection, Government's

6  Exhibits 678 and 679 will be admitted into evidence.

7          (Government Exhibits 678 and 679

8  admitted.)

9  BY MR. CASTELLANO:

10     Q.   Mr. Armenta, let me show you Government's

11 Exhibit 678.  On this document can you tell when you

12 pled guilty?

13     A.   December of 2016.

14     Q.   Let me turn your attention to the second

15 page of that plea agreement.  When you pled guilty,

16 did you understand that the conspiracy charges count

17 6 -- I'm underlining it here for you, conspiracy to

18 murder -- did you understand that the maximum

19 penalty for that charge was 10 years?

20     A.   Yes.

21     Q.   And you say -- did you plead guilty to

22 conspiring to commit this crime?

23     A.   Yes, I believe I did, yeah.

24     Q.   And as part of that conspiracy, who else

25 was involved with you with that murder?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   That would be Jerry Montoya, Mario

 2  Rodriguez, Daniel Sanchez.  I believe that's it.  I

 3  think Ray Baca, I think, might have been on that.

 4        Q.   You mentioned another name a few minutes

 5  ago, someone else who ordered the hit.  Do you

 6  remember who that was?

 7        A.   Who ordered the --

 8             MS. DUNCAN:  Your Honor, I object, calling

 9  for hearsay.

10             THE COURT:  Well, lay some foundation.

11             MR. CASTELLANO:  I was actually just

12  referring to his earlier testimony about a

13  conversation he had with Mr. Herrera, Your Honor.

14        A.   Mr. Herrera.  Okay.  Had it -- I'm sorry.

15             THE COURT:  Well, if it's coming in around

16  Mr. Herrera, I'll allow it, but a continuing

17  limiting instruction applies.  This can be used only

18  against Mr. Herrera.

19  BY MR. CASTELLANO:

20        Q.   So as part of the conspiracy, does that

21  include Mr. Herrera who told you that he also

22  ordered that the hit happen?

23        A.   Yeah, he's the one that ordered for me and

24  Plazi to do it, to send us to do the murder.

25        Q.   Now, as part of the murder, Count 7, did
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1  you understand that you were pleading to a term of
 2  life in prison?
 3       A.   Yes.
 4       Q.   Now, if we can turn to the next page,
 5  please, and the next page.  Now, as part of your
 6  plea agreement, were you required to admit to
 7  certain facts that showed the judge who took your
 8  guilty plea that you were guilty?
 9       A.   Yes.
10       Q.   For purposes here, those facts aren't
11  here, because the jury needs to hear from you and
12  not from this document.  So is this why you're
13  testifying today?
14       A.   Yes, sir.
15       Q.   And in addition, did you also admit to
16  certain facts in your plea agreement?
17       A.   Yes.
18       Q.   Let's turn to the next page.  And the
19  next.  Let's turn to the next page.  All right.
20  Also as part of this plea agreement on page 7, did
21  you understand that you're waiving your appellate
22  rights when you pled guilty?
23       A.   Yes.
24       Q.   And did you understand, then, that once
25  you got sentenced, unless your attorney was
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                  201 Third NW, Suite 1630
Santa Fe, NM 87501                                         Albuquerque, NM 87102
(505) 989-4949                                                    (505) 843-9494
FAX (505) 843-9492                                          FAX (505) 843-9492
                                                              1-800-669-9492
                                                        e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

1    ineffective, that that was your sentence?

2        A.   Yes.

3        Q.   Without any right to appeal?

4        A.   Yes.

5        Q.   Let's turn to the next page, please, and

6    the next.  At the bottom of the document, then, do

7    we also see your signature at the bottom of the

8    page?

9        A.   Yes.

10       Q.   Let me turn your attention to the next

11   document, document 679.  Do you remember what this

12   document was?  I'll give you a chance to read it.

13            As part of your plea agreement, did you

14   then agree to cooperate with the United States to

15   give truthful and complete information?

16       A.   Yes, I did.

17       Q.   Did you understand that you were not

18   allowed to falsely implicate other people in the

19   commission of the crime?

20       A.   Yes.

21       Q.   Or minimize anyone's involvement?

22       A.   Yes.

23       Q.   Did you also agree in paragraph 3 to

24   testify truthfully in any state proceedings, federal

25   proceedings, or even grand jury proceedings?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      A.   Yes.

2      Q.   Turning to the next page of that document,

3  did you understand from paragraph 6 that if you

4  cooperate with the Government, that the Government

5  may move to ask the Court to reduce your sentence?

6      A.   Yes.

7      Q.   Did you also understand that if the

8  Government moves for what's called a downward

9  departure to reduce your sentence, that ultimately

10  the sentence is within this judge's discretion?

11      A.   Yes.

12      Q.   So ultimately who is going to decide your

13  sentence?

14      A.   Your Honor Browning.

15      Q.   When you were pending in this case, did

16  you receive what's called a tablet that had the

17  discovery in this case?

18      A.   Yes, I did.

19      Q.   What types of information generally were

20  on that tablet?

21      A.   A lot of information from a lot of other

22  cases of my own, stuff I don't know about, stuff I

23  didn't know happened.

24      Q.   In addition to the discovery which talked

25  about the Molina murder, then was there information

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    about other murders in this case and other parts of

2    the investigation?

3         A.   Yes.

4         Q.   And would you use that tablet to review

5    discovery from time to time?

6         A.   Yes.

7         Q.   How much did you use it?

8         A.   Almost every day I was reading it.

9         Q.   And eventually what happened to that

10   tablet?

11        A.   It was taken, confiscated.

12        Q.   All right.   Why?

13        A.   Because it was compromised.

14        Q.   How did that happen?

15        A.   One of the cooperators found a way to

16   reset it, and we reset our tablets, playing games

17   with them, taking pictures, and stuff like that.

18        Q.   In which facility were you at that time?

19        A.   This was first at the PNM North facility

20   in Santa Fe.

21        Q.   While this case has been pending, have you

22   changed jail or prison facilities?

23        A.   Yes.

24        Q.   Have you been moved around the state?

25        A.   A number of times, yes.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1      Q.   Was the tablet reset at PNM North or

2  somewhere else?

3      A.   It was reset at PNM North.

4      Q.   What were you able to do with it once it

5  was reset?

6      A.   Go into all the little things that you

7  could do with a computer, play the games, take

8  pictures, videos, all the Windows stuff, like write,

9  type, that type of stuff.

10      Q.   And once you reset it, did the discovery

11  disappear from the tablet?

12      A.   Yes, it did.

13      Q.   Were you able to review the discovery

14  anymore at that point?

15      A.   No.

16      Q.   About when was it that the tablet was

17  compromised?

18      A.   January 2017.

19      Q.   So have you been able in the last year to

20  review the discovery on that tablet?

21      A.   Just from what I have from the state case.

22  Only on my case.

23      Q.   Now, did you understand that once it was

24  reset, that you were misusing that tablet?

25      A.   Yes.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1     Q.   What types of things?  You told us some,
 2 but what other things were you doing with that?
 3     A.   Well, when we got to -- we were
 4 transferred over to Sandoval County jail.  About a
 5 couple weeks after we got there, we received our
 6 tablets, and the Wi-Fi came on.
 7          MS. FOX-YOUNG:  Your Honor, can we take a
 8 brief break for Mr. Perez?
 9          THE COURT:  All right.  We'll be in recess
10 for about 15 minutes.  All rise.
11          (The jury left the courtroom.)
12          THE COURT:  Ms. Bhalla, I'm probably
13 repeating myself, but I'm not interested in just
14 additional statements.  They've got to be prior
15 inconsistent statements.  Okay?  So you've got to
16 link it up with the statement that you're saying
17 it's inconsistent with, okay?  Do you understand?
18 It can't just be additional statements.  It's got be
19 inconsistent statements.
20          MS. BHALLA:  Okay.  Well, and I think, to
21 be fair, Your Honor, part of it depends on what they
22 say when they take the stand.
23          THE COURT:  Sure.  Sure.  When you and I
24 are talking?
25          MS. BHALLA:  Yes.

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                201 Third NW, Suite 1630
Santa Fe, NM 87501                                        Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                           FAX (505) 843-9492

 
BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
1            THE COURT:  Remember, I'm probably going
2   to exclude just additional statements.
3            MS. BHALLA:  Oh, I understand.
4            THE COURT:  So you've got to link it up
5   and tell me where it's inconsistent.
6            MS. BHALLA:  I understand.
7            THE COURT:  If that's where you're going.
8            MR. VILLA:  I'm sorry to interrupt this,
9   Your Honor, but I believe Mr. Perez suffered a minor
10  seizure.  Ms. Fox-Young observed his eyes rolling
11  around.  He was nonresponsive to me.  This is
12  consistent -- what we've been told by our medical
13  doctor through his records.  He suffers from minor
14  seizures that then it takes an hour or two for him
15  to recover from those.  He's very disoriented and
16  dazed right now, and I think we need to give him
17  some time.  I think -- I'm not sure he's oriented
18  right now.
19           THE COURT:  All right.  Well, we'll take a
20  break for a while.
21           We did receive a note from juror number
22  17, Anastasia Wolf.  She noticed on the plea
23  agreement it was signed by Damon Martinez.  And she
24  says, "I know him."  So I'll have this marked as an
25  exhibit.  It's not raising too much issue with me.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   But if it does with anybody else, let me know.

2           MR. CASTELLANO:  It does, Your Honor.  He

3   didn't sign it.  I'll put it up there a little

4   closer.  He's the U.S. Attorney on all the documents

5   when he was the U.S. attorney, but it's the standard

6   signature line.

7           THE COURT:  Okay.  If anybody has any

8   concern, let me know.  Otherwise, we'll just keep

9   moving.

10          MR. VILLA:  And Your Honor, I think the

11  marshals agree that he's very disoriented right now.

12  I think someone needs to check on him, even if it's

13  an EMT.

14          THE COURT:  All right.  Let the marshals

15  take a look at him, make a call on that.

16          All right.  We'll be in recess for about

17  15 minutes, then we will see where we are.

18          (The Court stood in recess.)

19          THE COURT:  All right.  Let's go on the

20  record.  Deputy Mickendrow, if you want to give us a

21  report of what occurred maybe in the courtroom, and

22  then what happened afterwards.

23          MR. MICKENDROW:  Good afternoon.  Deputy

24  Mickendrow.  So we brought Mr. Perez to the Memorial

25  Medical Center via ambulance.  In the ambulance ride

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  he was provided oxygen.  His O2 or oxygen levels

2  were anywhere between 92 and 97; 97 being a good

3  number, 92 not being so good.

4          Once we got to the ER, the doctor reviewed

5  Mr. Perez and stated that one of the possible side

6  effects of the Theraflu which he was prescribed last

7  week may contribute to some of the symptoms that are

8  occurring right now.  This deals with a chemical

9  called ketamine.  I'm not sure what that is.  They

10  did draw blood.  The doctor informed me that if it

11  was ketamine-induced, that there should also be

12  other symptoms from the blood draw.  However, the

13  blood draw came back clean.

14          He was provided Ibuprofen at the medical

15  facility with water.  Nothing else was administered

16  to him.  The blood results were sent back over to

17  Dona Ana County Detention Center.  The ketamine

18  levels, however, can't be evaluated for a number of

19  days.  It's about two days, I believe.  So once that

20  happens, I'll be able to call Dona Ana, probably on

21  Tuesday, to find out if the ketamine levels had

22  spiked or not.

23          In addition, what we did find out from the

24  nurse was that it's not -- what she informed me is

25  it's not possible to identify whether it was a

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1  seizure or not through blood draw.  So that was
 2  erroneous information from the EMT.
 3          We have received -- my supervisor just
 4  told me that he just got off the phone with Jason
 5  Duran, who is the head of the medical over at Dona
 6  Ana County Detention Center, and Mr. Duran stated
 7  that Mr. Perez refused his insulin yesterday.  And
 8  over the past three days, his orders from commissary
 9  have been nothing but high-sugar items.  Mr. Duran
10  did not say one way or the other, but he did make a
11  statement that it's possible that the high sugar is
12  leading to some of these symptoms also.
13          THE COURT:  Did I understand that when the
14  EMT looked at him, they did not think he had a
15  seizure?
16          MR. MICKENDROW:  That is correct.  On both
17  days, the EMTs -- on Tuesday, the EMT didn't believe
18  he had a seizure.  And today the EMT did not believe
19  he had a seizure.
20          THE COURT:  And when he left here
21  yesterday, did he eat last night?
22          MR. MICKENDROW:  From speaking with Mr.
23  Perez, he had a Pop-Tart last night, and he refused
24  his food this morning.
25          THE COURT:  So he didn't have any
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  breakfast when he got here this morning?

2          MR. MICKENDROW:  He had no breakfast this

3  morning.  And I don't know if the deputies stopped

4  for lunch with him.  But I don't believe he's had

5  anything to eat at all up to this point.

6          THE COURT:  Do you recall anything else

7  the doctors, the EMT, or the nurses said?

8          MR. MICKENDROW:  We asked the medical

9  facility to do a full workup.  The only thing they

10 indicated to me was that the blood would be the

11 greatest indicator to find out if there is anything

12 wrong with him.  And since it came back clean, he

13 was released immediately.  When I was texting, the

14 group text that I had sent out, which included the

15 Court, JoAnn Standridge, the AUSA, Ryan Villa,

16 defense, and my supervisor, I was under the

17 assumption the blood work would come back with

18 indicators, therefore requiring greater tests.  But

19 when it came back clean, they released him

20 immediately.

21         THE COURT:  Because if I understood the

22 developments today, they were going to do a full

23 workup or full treatment.  As soon as they got the

24 clean blood test, they decided that was unnecessary?

25         MR. MICKENDROW:  That is correct.  In

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

**BEAN & ASSOCIATES, Inc.**
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
**1-800-669-9492**
e-mail: info@litsupport.com

1   fact, I requested a full workup on behalf of the

2   Marshal Service and on behalf of Mr. Perez.  When I

3   went in there, I spoke with both the nurse and the

4   doctor, letting them know that we would really like

5   to find out what's going on here, what's causing

6   these incidents.  And again, I can't speak to what

7   their thoughts are.  But all I know is, based on the

8   blood work, they released him immediately.

9          THE COURT:  And were they planning to do

10  chest work, and then decided because the blood work

11  was clear to not do it?

12         MR. MICKENDROW:  When I heard the doctors

13  speaking to the nurses, I did hear him mention a

14  number of other tests to be done based on the blood

15  work.  And since those tests were not done, I can

16  only assume that the doctor was assuming the blood

17  work would come back.  But these are all assumptions

18  on my part.

19         THE COURT:  Did they give any indication

20  as to whether they believe that Mr. Perez is sick,

21  really sick, or feigning or faking these?

22         MR. MICKENDROW:  I did not receive a

23  verbal response one way or the other indicating

24  that.  And I'd prefer not going into impressions on

25  that, simply because I may be wrong.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1            THE COURT:  All right.  If they didn't say
 2   it, then we don't need to go there.
 3            All right.  Anything else, Deputy?
 4            MR. MICKENDROW:  No.  I will attempt to
 5   see if maybe the doctor or the nurse could
 6   correspond with the Court.  Would phone work for the
 7   Court?
 8            THE COURT:  Well, whatever.  If they have
 9   something we can put on the record, that would be
10   great.  But if they can shoot an email that I can
11   share with everybody, or if they want to call in,
12   we'll take a break and put them on the phone.
13            MR. MICKENDROW:  And particularly, my
14   understanding is you're wanting to know if these
15   symptoms are real or maybe not so real?
16            THE COURT:  I just wondered if they
17   commented on that in any way.
18            MR. MICKENDROW:  All right.
19            THE COURT:  Thank you, Deputy.  I
20   appreciate it.
21            MS. FOX-YOUNG:  Your Honor, may I make a
22   record?
23            THE COURT:  You may.  You did not go to
24   the hospital and speak to the doctors?
25            MS. FOX-YOUNG:  I was not permitted to,
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  Your Honor.

2          THE COURT:  You didn't go over and speak

3  to the nurses?

4          MS. FOX-YOUNG:  I spoke to the EMTs.

5          THE COURT:  Okay.  But not to the nurses?

6          MS. FOX-YOUNG:  I stayed here in the

7  court, Your Honor.  I didn't go to the hospital.  I

8  couldn't go with the transport.  And here's what I

9  observed before I asked the Court if it could take a

10  break.  I observed Mr. Perez' eyes -- it's a little

11  bit difficult to describe, but going in a rolling

12  fashion, a circular fashion.  The Court seems to be

13  implying that perhaps Mr. Perez is faking these

14  incidents.

15          THE COURT:  I just asked if the doctors

16  and nurses had commented in any way on that.

17          MS. FOX-YOUNG:  Your Honor, I don't think

18  it's physically possible for a person to fake what I

19  saw.  This is the second time this week that I've

20  seen Mr. Perez have a similar episode.

21          As the Court knows, Mr. Villa and I have

22  spent many hours with Mr. Perez; Mr. Villa beginning

23  in the spring of 2016.  We know him very well.

24  We've spent many hours in court with him.  Never

25  seen him have this kind of medical episode.  He has

SANTA FE OFFICE                                         MAIN OFFICE
119 East Marcy, Suite 110                         201 Third NW, Suite 1630
Santa Fe, NM 87501                                 Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                    FAX (505) 843-9492
                                                            1-800-669-9492
                                            e-mail: info@litsupport.com

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

144

```
1   an underlying seizure disorder, and as we discussed

2   with the Court, we've been trying to get him to see

3   a neurologist, because this has been ongoing and

4   worsening.

5           THE COURT:  It's very difficult in New

6   Mexico to see a neurologist.  Many people in

7   Albuquerque have to wait months to get appointments.

8   It's just a very difficult situation to get a

9   neurologist in New Mexico.

10          MS. FOX-YOUNG:  And so he hasn't seen one.

11          In any event, I witnessed him have this

12  episode.  Mr. Villa and I -- particularly Mr. Villa,

13  because he's right next to him, tried to communicate

14  with him.  And he just seemed to be out for a short

15  period of time.  He had been relatively

16  uncommunicative, and then he was just out.  Mr.

17  Villa was calling his name, talking to him.  And he

18  wasn't out for a long time, but once we were able to

19  start talking to him, he did seem disoriented and

20  quite confused.  In fact, one of the marshals

21  remarked to me that he was clearly disoriented.  And

22  this was once the break began.

23          The EMTs came in.  And one of the EMTs,

24  who sort of summarized the situation before Mr.

25  Perez was transported, said, "We can't tell whether
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    or not he's had a seizure.  We're just eyeballing

2    him."

3              They looked at him for 20 seconds.  They

4    said, "We don't know what happened.  But, you know,

5    he ought to go to the hospital, if that's what you

6    want to do."

7              And Deputy Mickendrow said, "We do."

8              They didn't make any diagnosis or further

9    evaluation.

10             As the Court knows, Mr. Perez has a severe

11   seizure disorder -- we'll incorporate the medical

12   testimony from the suppression hearing -- he has a

13   bad lung infection.  He's just now begun the

14   antibiotics that were ordered on Monday, when he

15   went to the ER.  He has diabetes.  His seizures

16   manifest as severe tonic-clonic seizures, like the

17   eight-day continuous seizure he had in 2013, and

18   also as subtle seizures.  And there was expert

19   testimony on that at the suppression hearing.  We

20   know that he continues to have them regularly.

21             And I'll just submit to the Court, Mr.

22   Perez has not been able to assist us.  And this

23   isn't always true.  He has periods of lucidity over

24   the last few days.  And at times we are able to pass

25   notes with him and communicate with him, and he does

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                         201 Third NW, Suite 1630
Santa Fe, NM 87501                                Albuquerque, NM 87102
(505) 989-4949                                            (505) 843-9494
FAX (505) 843-9492                                   FAX (505) 843-9492
                                                         1-800-669-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE                          e-mail: info@litsupport.com

1  seem to be absorbing what's going on in the

2  proceedings.  But he also has significant periods

3  where he is not.  And we can tell he is not because

4  he's not communicating, or not communicating in his

5  normal, quick way with us.  We -- you know, we just

6  are not able to have meaningful discussions and come

7  to resolutions with regard to some of the testimony

8  and trial strategy.

9            I'll also note that Memorial Hospital is

10  the same hospital that Mr. Perez went to in 2012,

11  when he was complaining of very severe abdominal

12  issues; in fact, he was throwing up almost nonstop,

13  including fecal matter, and had what turned out to

14  be a bowel obstruction.  And Memorial Hospital sent

15  him back to the prison and missed the bowel

16  obstruction, and left him.  He was covered in vomit

17  when he finally ended up at UNMH.

18            And this is important, Your Honor, because

19  he ended up having an eight-day continuous seizure

20  and he almost died.  So we raise this with the

21  Court, one, because Mr. Perez has a due process

22  right to be fully engaged in his trial.  And I don't

23  think that he is competent for long periods of time.

24  But also because we're very worried about his

25  health.  He has a lot of underlying conditions, and

SANTA FE OFFICE                                                        MAIN OFFICE
119 East Marcy, Suite 110                                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                                Albuquerque, NM 87102
(505) 989-4949                                                            (505) 843-9494
FAX (505) 843-9492                                                FAX (505) 843-9492
                                                                        1-800-669-9492
                                                              e-mail: info@litsupport.com



1  he's very susceptible to getting worse.  And we want

2  the Court to know that we're concerned about him.

3          I appreciate the Court allowing him to go

4  to the hospital.  But it is a pretty serious

5  situation.  And on that basis, we would again ask

6  that Mr. Perez be mistried, and he be severed from

7  this case.

8          THE COURT:  All right.  Those requests are

9  denied.  All rise.

10          MS. FOX-YOUNG:  While we're waiting for

11  the jury, I just want to let the Court know that Mr.

12  Perez says he did not refuse any insulin, for the

13  record.

14          THE DEFENDANT:  Why would I?

15          MR. VILLA:  Rudy.

16          (The jury entered the courtroom.)

17          THE COURT:  Mr. Armenta, I'll remind you

18  that you're still under oath.

19          THE WITNESS:  Yes.

20          THE COURT:  And Mr. Castellano, if you

21  wish to continue your direct examination, you may do

22  so at this time.

23          MR. CASTELLANO:  Thank you, Your Honor.

24          THE COURT:  Mr. Castellano.

25

SANTA FE OFFICE                                                              MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                  Albuquerque, NM 87102
(505) 989-4949                                                              (505) 843-9494
FAX (505) 843-9492                                                  FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1  BY MR. CASTELLANO:
 2       Q.   Mr. Armenta, before the break I was asking
 3  you about your tablet, and you had mentioned that
 4  you had somehow tampered with it or reset it; is
 5  that correct?
 6       A.   Yes, sir.
 7       Q.   And at that point, then, did all the
 8  discovery that was on the tablet disappear?
 9       A.   Yes.
10       Q.   Once that happened and it was discovered
11  that the tablet was tampered with, did you get it
12  back?
13       A.   We've had it -- we had it for -- up until
14  April of 2017 and, then it was taken and we haven't
15  got it back since.
16       Q.   So April 2017 was the last time you had
17  access to the tablet?
18       A.   Yes, sir.
19       Q.   You also mentioned, I think, when you went
20  to Sandoval County, you learned that you had
21  internet access; is that correct?
22       A.   Yes.
23       Q.   And once you had internet access to the
24  tablet, what types of things were you doing with it?
25       A.   We were doing a lot of different things,
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    looking up on Facebook, music, music videos,
 2    pornography.  Just whatever that was interesting or
 3    whatever.  Google.
 4         Q.   Did you have authority or permission to
 5    use the tablet in that way?
 6         A.   No, we did not.  I did not.
 7         Q.   Also while at Sandoval County Detention
 8    Center, can you tell the members of the jury whether
 9    you used drugs over there?
10         A.   Yes, I did.
11         Q.   And did you also attempt to gain access to
12    drugs through any of the staff over there?
13         A.   No.
14              MR. CASTELLANO:  May I approach, Your
15    Honor?
16              THE COURT:  You may.
17    BY MR. CASTELLANO:
18         Q.   Mr. Armenta, let me show you what's been
19    marked for identification as Government's Exhibit
20    758.
21         A.   Okay.
22         Q.   Do you remember that document?
23         A.   Yes.
24         Q.   What is the document I showed you?
25         A.   It is a kite, a handwritten note, what we
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   call them kites, notes to the female staff, inmates

 2   in the kitchen, that worked in the kitchen.  And it

 3   reads -- well, I wrote and asked them if they can

 4   hook us up, hook me up with some Suboxone.

 5        Q.   And did you author this note or this kite?

 6        A.   Yes, I did.

 7             MR. CASTELLANO:  Your Honor, at this time

 8   I move the admission of Government's Exhibit 758.

 9             THE COURT:  Any objection?

10             MS. DUNCAN:  No, Your Honor.

11             THE COURT:  Not hearing any objection,

12   Government's Exhibit 758 will be admitted into

13   evidence.

14             (Government Exhibit 758 admitted.)

15             MR. CASTELLANO:  With the Court's

16   permission, I'll publish this to the jury.

17             THE COURT:  You may.

18   BY MR. CASTELLANO:

19        Q.   Mr. Armenta, let me ask you this.  In this

20   document do you use the word "Suboxone"?

21        A.   Yes.  Not the word "Suboxone," but "sub,"

22   short for Suboxone.

23        Q.   So I'm going to highlight a certain

24   section.  It says, "You want to cop some subs?"

25        A.   Yes.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   Why do you use the word "subs," as opposed

2    to just saying:  "Can you get us Suboxone?"

3    A.   That's what I talk -- most of us, that's

4    what we talk.  Instead of saying the whole word,

5    we'll say that slang.

6    Q.   And over here you use the term that has

7    the word "stripper" in it?

8    A.   Right.

9    Q.   How do you normally get Suboxone?

10   A.   I normally get it through other inmates

11   that are at the facility.

12   Q.   Can you describe what Suboxone looks like

13   for the jury?

14   A.   Well, it comes in a couple of different

15   forms.  One is a pill form, and then the other form

16   is most common in prison.  It's like a strip, looks

17   like, you know, the Listerine breath mint strips,

18   looks like those, about the same size and

19   everything.  Put it on your tongue and it dissolves

20   and you get a high off of it.

21   Q.   So when you use the term "subs" and the

22   term "stripper," are you talking about getting

23   Suboxone strips?

24   A.   Suboxone strips, yes.

25   Q.   Was this attempt successful?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    No.

 2        Q.    And did you try to send this to the female

 3   inmates hoping that they could get you some

 4   Suboxone?

 5        A.    Yes.

 6        Q.    Now, even though this attempt didn't work,

 7   were you using drugs in that facility?

 8        A.    Yes.

 9        Q.    What drugs did you use over there?

10        A.    Suboxone.

11        Q.    And did you know that you weren't supposed

12   to be using Suboxone in the facility?

13        A.    Yeah.

14        Q.    I asked you this earlier.  From time to

15   time you were in a street gang until even during

16   this case, have you ever stopped using drugs?

17        A.    Yeah, I told you that I stopped using

18   crack around 2008 when my daughter was born.  And

19   I've done heroin and a few other things after that.

20        Q.    But have there been times, for example,

21   even while you were in jail in this case, did you

22   continue to use drugs?

23        A.    Yeah.

24        Q.    Now, I also want to talk to you about some

25   of the benefits you received in this case.  At one
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1  point were you allowed contact visits?

2       A.   Yes.

3       Q.   Where was that?

4       A.   They first started in Grants, New Mexico,

5  at the prison there.  And then they continued in

6  Santa Fe at the North facility.

7       Q.   And what is a contact visit normally?

8  What goes on in that type of visit?

9       A.   Oh, we get to hug and kiss our families,

10 talk to them.  If there's kids, we can hold them.

11 That's it.  I mean, they're just right there.  There

12 is no glass in between us, you know.  It's contact.

13      Q.   When you say there is no glass in between

14 you, does that mean you're able to be in the same

15 room with them?

16      A.   Yes.

17      Q.   Can you describe the room?

18      A.   It's a little -- about an 8-by-8 room that

19 was used normally for attorney visits.  And we used

20 that room for about eight months.  There is a table

21 in there, two chairs.

22      Q.   About how long would you normally be

23 allowed a contact visit?

24      A.   I believe it's eight hours a week, eight

25 hours a week.  I mean, none of us never went that

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                     201 Third NW, Suite 1630
Santa Fe, NM 87501                                           Albuquerque, NM 87102
(505) 989-4949                                                       (505) 843-9494
FAX (505) 843-9492                                             FAX (505) 843-9492
                                                                    1-800-669-9492
                                                          e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    long, but that's the max that you're allowed.

2        Q.    At some point in time were you caught

3    abusing that privilege?

4        A.    Yes, I was.

5        Q.    How did you abuse that privilege?

6        A.    I was doing a little too much touching and

7    doing more than touching with my lady.

8        Q.    So that was probably kind of embarrassing,

9    but what kind of touching was going on in that room?

10       A.    We were fondling, playing with each other,

11   touching each other in spots and places that are

12   sacred, if you would like to say that.  That's

13   basically it, fondling.

14       Q.    And did she touch you in any kind of way?

15       A.    Yes.

16       Q.    Can you tell the members of the jury

17   whether there was any oral sex performed in that

18   room?

19       A.    There was.  She performed oral sex on me.

20       Q.    And was that a violation of the rules of

21   the contact visits?

22       A.    Yes, it was.

23       Q.    Did you have permission to do that at all?

24       A.    No, I did not.

25       Q.    And how was it that this was eventually

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                            201 Third NW, Suite 1630
Santa Fe, NM 87501                                    Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                      FAX (505) 843-9492
                                                          1-800-669-9492
                                                   e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
1   discovered?
2       A.   There's a camera that's in the room.   For
3   a long time things were happening since before that
4   we got caught.  You know, we were doing a little
5   more touching and a little bit more excessive
6   kissing and hugging, and you know, that's frowned
7   upon, too.  So week after week, when the wardens or
8   lieutenants or captains did not come through and
9   say, "Hey, you got to calm down on that touching a
10  little bit," or, "Calm down on this; no kissing so
11  much or hugging," or this or that, we figured that
12  the camera didn't work.  And so we -- I and a couple
13  others took it a little further than just the
14  touching and the kissing and the hugging.
15      Q.   And what happened once you were finally
16  caught and the video was produced?
17      A.   The contact visits were terminated
18  indefinitely.
19      Q.   And what other consequences did you
20  suffer?
21      A.   They relocated us from that facility to
22  another facility.  That's when we were moved to
23  Sandoval County.
24      Q.   Did you have any good time or anything
25  else like that taken away from you?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

**BEAN & ASSOCIATES, Inc.**
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      A.    No.

2      Q.    Were you serving a state sentence anymore

3 at that point?

4      A.    I was still serving a state sentence, but

5 I got -- I received a misconduct report for it.  But

6 that was -- nothing ever came about it because we

7 got moved.

8      Q.    Up to that point, were you receiving any

9 other benefits, such as receiving money or anything

10 of that nature?

11     A.    I received money a couple of times.

12     Q.    Do you remember how much money it was you

13 received?

14     A.    Altogether?

15     Q.    Yes.

16     A.    I would say anywhere from 5- to $700.  I'm

17 not sure.  It was two or three times I had received,

18 and there was 2- or 300 each time.

19     Q.    Over what period of time, then, did you

20 receive that amount of money?

21     A.    September -- August, up until December of

22 2016.

23     Q.    And did that go on your commissary or how

24 did you receive the money?

25     A.    On my inmate account.  It came on my

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   inmate account.
 2        Q.   What types of items would you buy with
 3   that money?
 4        A.   I'd buy art supplies, bought music on my
 5   MP3 player, canteen, hygiene, stuff that I needed,
 6   stuff that I wanted.
 7        Q.   And did you keep track of the money, or
 8   whenever there is money on your books you would
 9   spend to it buy things?
10        A.   I would spend it to buy things.
11        Q.   And do you recall if you got extra calls?
12        A.   We had unlimited access to the phones.
13        Q.   Anything else you recall receiving as a
14   benefit?
15        A.   No.
16        Q.   And once again, once you were caught, what
17   kind of phone access did you have after that?
18        A.   The same.  It took about a week and a half
19   for them to transfer us out of prison to Sandoval
20   County.  And when we got to Sandoval County, we were
21   in a pod.  We weren't locked down.  So the phone --
22   there was three phones in the pod, so we still had
23   unlimited access to it, except for counts and
24   lockdowns.
25        Q.   Give me a moment, Mr. Armenta.  Let me
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1   look for a document here.  Ultimately, you

 2   understand as part of your cooperation in this case

 3   that you're required to testify truthfully in these

 4   or any proceedings?

 5        A.   Yes.

 6        Q.   And as a result of your cooperation, are

 7   you hoping to get some sort of reduction in your

 8   sentence?

 9        A.   I would like to, yes.

10        Q.   And ultimately who makes that decision?

11        A.   The Honorable Mr. Browning.

12             MR. CASTELLANO:  May I have a moment, Your

13   Honor?

14             THE COURT:  You may.

15             MR. CASTELLANO:  Thank you, Your Honor.  I

16   pass the witness.

17             THE COURT:  Thank you, Mr. Castellano.

18             Who is going to take the lead?  Ms. Jacks?

19   All right.  Ms. Jacks.

20             MS. JACKS:  I'm warning everybody I'm

21   under the weather.  So I'll do my best.

22                    CROSS-EXAMINATION

23   BY MS. JACKS:

24        Q.   Mr. Armenta?

25        A.   Yes, ma'am.

SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                               Albuquerque, NM 87102
(505) 989-4949                                                         (505) 843-9494
FAX (505) 843-9492                                               FAX (505) 843-9492
                                                                    1-800-669-9492
                                                          e-mail: info@litsupport.com


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
1        Q.    You killed Javier Molina; correct?

2        A.    Yes, ma'am, I did.

3        Q.    And how did you do that?

4        A.    I stabbed him.

5        Q.    How many times did you stab him?

6        A.    I would say around 20, 21 times.

7        Q.    Twenty or twenty-one?

8        A.    Yes.

9        Q.    And Jerry Montoya stabbed him 20 or 21

10  times?

11       A.    Yeah, at least half.

12       Q.    When you stabbed him, where did you stab

13  him?

14       A.    I stabbed him on this side, the left side

15  first.  And then I changed sides, because Mr.

16  Montoya had said, "Be careful, you're going to stab

17  me."  And I changed to this side.

18       Q.    So you first stab him in the area of the

19  chest where his heart is?

20       A.    No, right here.

21       Q.    On the other side?

22       A.    On his left flank.

23       Q.    And then you switched, and you stabbed

24  him --

25       A.    On the right side.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1         Q.    -- on the area where his heart is?

 2         A.    No.  His heart is right here in the

 3   middle.  By the left side.

 4         Q.    So is it your testimony that you were

 5   trying to avoid his heart?

 6         A.    Yes.

 7         Q.    Were you trying to kill him, according to

 8   you?

 9         A.    No.

10         Q.    You stabbed him 21 times and your

11   testimony is that you weren't trying to kill him?

12         A.    No.

13         Q.    What happened when he got out of the room

14   where you were stabbing him?

15         A.    He ran out of the room, and we followed

16   him.

17         Q.    And did you stab him any more?

18         A.    No.

19         Q.    As you followed him?

20         A.    No.

21         Q.    What did you do to him then?

22         A.    I hit him.

23         Q.    Where did you hit him?

24         A.    In his head, in his face.

25         Q.    Did you kick him?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   No.

 2        Q.   And you did that as he was trying to

 3   escape; right?

 4        A.   Yes.

 5        Q.   He was trying to get away from you?

 6        A.   Yes.

 7        Q.   And it's your testimony here in court,

 8   under oath, that you weren't trying to kill him?

 9        A.   Yes.

10        Q.   You know, I'm assuming that the entire

11   attack is on video; right?

12        A.   Yes, I saw it.

13        Q.   And on the video we can clearly see that

14   you and Mr. Montoya were attacking Mr. Molina;

15   right?

16        A.   Yes, ma'am.

17        Q.   Now, is it fair to say that ever since you

18   killed Mr. Molina, you've been doing whatever you

19   can to try to avoid consequences of your criminal

20   behavior?

21        A.   No.  I pled guilty to the murder of

22   Mr. Molina.

23        Q.   Well, you pled guilty in hopes that by

24   becoming a Government witness -- let's just go back

25   for a second, okay?  Because there were actually two
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1  proceedings involving the murder of Mr. Molina;
 2  right?
 3       A.    What proceedings?
 4       Q.    Well, there were some proceedings in New
 5  Mexico state court; right?
 6       A.    Oh, yes, ma'am.
 7       Q.    And then there were proceedings in this
 8  federal court.
 9       A.    After the state court had dismissed the
10  charges in the state, yes, then this one came.
11       Q.    And in state court, were you offered a
12  plea bargain in exchange for your cooperation,
13  testifying as a witness for the district attorney?
14       A.    No.
15       Q.    You weren't?
16       A.    No.  I gave them testimony way before they
17  gave me a plea bargain.
18       Q.    Were you offered a plea bargain in state
19  court?
20       A.    Not till afterwards.
21       Q.    My question was:  Were you offered a plea
22  bargain in state court?  And can you tell the jury
23  what the plea bargain you were offered in state
24  court was?
25       A.    Involuntary manslaughter.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   So that means that you're admitting to a

2  homicide in which you didn't mean to kill the

3  person?

4    A.   Yeah.

5    Q.   And what was the amount of time that you

6  were supposed to get in exchange for pleading guilty

7  to involuntary --

8    A.   Eighteen months to three years.

9    Q.   And were you promised a sentence of 18

10  months in state prison?

11    A.   It was kind of up in the air, but yeah.

12    Q.   And was part of that sentence supposed to

13  be suspended as part of your plea bargain?

14    A.   No, I do not believe it was.

15    Q.   So you thought -- so in state court you

16  thought you'd settled the Javier Molina murder

17  case --

18    A.   Yes.

19    Q.   -- on very favorable terms?

20    A.   Yeah.

21    Q.   And then you got indicted in federal

22  court; right?

23    A.   Right.

24    Q.   And you made a deal to become a Government

25  witness?



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1          A.    I became a Government witness before the

2    indictment.

3          Q.    Well, you were a witness --

4          A.    I talked to the U.S. Attorney's Office

5    before.

6          Q.    That's correct.  At the time of your

7    indictment, you already were a Government witness.

8          A.    Yes.

9          Q.    And you actually were a witness first for

10   the DA and then for the federal government?

11         A.    Yes.

12         Q.    And as part of that -- as part of that

13   arrangement, were you offered -- or did you enter

14   into a cooperation plea agreement?

15         A.    Yes.

16         Q.    And as part of that cooperation plea

17   agreement, you're hoping that you're not going to

18   get a life sentence for the murder of Javier Molina;

19   right?

20         A.    Yes.

21         Q.    And what you're hoping is that in exchange

22   for agreeing to be a Government witness, that you're

23   going to get some sort of determinant sentence that

24   you'll be able to get out of jail?

25         A.    At some time, yes.

SANTA FE OFFICE                                                                MAIN OFFICE
119 East Marcy, Suite 110                                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                                      Albuquerque, NM 87102
(505) 989-4949                                                                    (505) 843-9494
FAX (505) 843-9492                                                          FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1    Q.   So my question is:  Ever since you killed

2  Mr. Molina, you've been doing what you can to avoid

3  the full consequences of your criminal behavior,

4  haven't you?

5    A.   Yes, ma'am.

6    Q.   What was the first thing?

7         MR. JEWKES:  Your Honor, could we ask the

8  witness to speak up?

9    A.   Sorry.  I just was a little far away.

10   Q.   Mr. Armenta, was the first thing that you

11 did to try to get out of the consequences of your

12 criminal behavior -- was that to lie and say that

13 you were just standing there at the pod door when

14 this all happened?

15   A.   Yeah.

16   Q.   And then I think you told us the second

17 thing you did was -- or the second way you tried to

18 get out of it is, you cooked up a story with Mario

19 Rodriguez and Timothy Martinez?

20   A.   Not myself to get out of it; to get Mario

21 Rodriguez and Mr. Montoya out of it.

22   Q.   And that story also included that you

23 killed Mr. Molina in the course of an argument --

24   A.   Yes.

25   Q.   -- right?  To try to say that this was a

SANTA FE OFFICE                                                              MAIN OFFICE
119 East Marcy, Suite 110                                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                                     Albuquerque, NM 87102
(505) 989-4949                                                              (505) 843-9494
FAX (505) 843-9492                                                     FAX (505) 843-9492
                                                                       1-800-669-9492



PROFESSIONAL COURT
REPORTING SERVICE                              e-mail: info@litsupport.com

1  sudden argument that was brought on by his insulting

2  your daughter and telling you "Fuck you"; right?

3       A.   Yeah.

4       Q.   So that was try Number 2, right?

5       A.   Yes.

6       Q.   And then try Number 3 or attempt Number 3

7  was to try to say that you did it, but you didn't

8  purposely -- you weren't purposely trying to kill

9  him?

10       A.   Yes.

11       Q.   And today you're sitting here in court and

12  you're telling us that now -- now you're telling us

13  that you did it because Mr. Sanchez made you?

14       A.   He did.

15       Q.   Mr. Armenta, in the past when you've

16  committed criminal acts, those tend to come pretty

17  easy to you, don't they?

18       A.   Yeah.  I sold drugs.

19       Q.   People don't have to make you commit

20  criminal acts, do they?

21       A.   No.

22       Q.   Were you convicted of drug trafficking by

23  distribution of cocaine, date of offense December 8,

24  1999, in Bernalillo County?

25       A.   Yes, ma'am, I was.



SANTA FE OFFICE                                                                      MAIN OFFICE
119 East Marcy, Suite 110                                                     201 Third NW, Suite 1630
Santa Fe, NM 87501                                                          Albuquerque, NM 87102
(505) 989-4949                                                                        (505) 843-9494
FAX (505) 843-9492                                                             FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1    Q.   And were you also convicted of drug

2  trafficking by distribution of cocaine, date of

3  offense May 5, 2000, in Bernalillo County?

4    A.   Yes, ma'am, I was.

5    Q.   And were you also convicted of drug

6  trafficking by distribution of cocaine, an offense

7  date of April 24, 2000, in Bernalillo County?

8    A.   Yes, ma'am.

9    Q.   And were you convicted of aggravated

10  battery in 2006 in Guadalupe County?

11    A.   Yes.

12    Q.   And then were you convicted of two counts

13  of contributing to the delinquency of a minor for

14  offenses that occurred between August 1st, 2011, and

15  February 29, 2012?

16    A.   Yes, ma'am.

17    Q.   And those were offenses that you committed

18  while you were out on bail on another case; right?

19    A.   Supposedly, the first offense happened

20  before I picked up my fourth trafficking case.  And

21  then supposedly, the second incident happened

22  afterwards, yes.

23    Q.   So you were out on bail and you were

24  reporting to Pretrial Services?

25    A.   Yes.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   And you were then committing acts that
 2   ultimately ended up in your conviction for
 3   contributing to the delinquency of a minor?
 4        A.   I was accused of something.
 5        Q.   Are you telling me you didn't do what you
 6   were accused of?
 7        A.   Yes.
 8        Q.   So you were falsely in prison for that?
 9        A.   Well, I pled to it.  But there's reasons
10   behind that.
11        Q.   Were you convicted again of drug
12   trafficking in October of 2014?
13        A.   Yes, ma'am.
14        Q.   And that was a case that was actually
15   pending against you when you killed Javier Molina;
16   right?
17        A.   Yes, ma'am.
18        Q.   And it just took that long for the case to
19   be finished?
20        A.   Yes, ma'am.
21        Q.   Now, I want to talk to you a little bit
22   about the contributing-to-the-delinquency-of-a-minor
23   case.
24        A.   Okay.
25        Q.   And you testified this morning -- and I
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1  think this morning, really, maybe not so much this
 2  afternoon -- about your family and how much your
 3  family and your daughters mean to you.
 4       A.    Um-hum.
 5       Q.    And I think we've seen the letter that you
 6  wrote to Jerry Montoya.  Is that exhibit around?
 7  We've seen this letter, the letter that you wrote to
 8  Jerry Montoya that's marked as Government's Exhibit
 9  757.  The letter that never got delivered; the
10  letter got intercepted.  Do you recall that?
11       A.    Yes.
12       Q.    I'm going to put it up here.  And you talk
13  in this letter -- or you write in this letter to Mr.
14  Montoya -- let me see if I can find it here.  "I'm a
15  dad first and that means more to me than this fake
16  ass onda."  Did you write that?
17       A.    Yes, ma'am.
18       Q.    So what you're trying to communicate to
19  Mr. Montoya is that you're a father first and a gang
20  member somewhere down the line?
21       A.    Yeah.
22       Q.    And looking at the second page, did you
23  write to Mr. Montoya, "Am I get it right at home
24  with the fam, yep"?
25       A.    Yes.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.    What does that mean?

 2        A.    That means I'll be home again one day with

 3   my family.

 4        Q.    The truth is, Mr. Armenta, that you never

 5   actually held a real job and supported your family;

 6   right?  That's the truth; right?

 7        A.    Yeah.

 8        Q.    And the truth is, you were never really

 9   there for your family?

10        A.    Oh, I was there.

11        Q.    You were a gang banger and a crack addict;

12   right?

13        A.    Until 2008 I was smoking crack, when my

14   first daughter was born.

15        Q.    And you stole your family's money and you

16   stole their possessions to feed your addiction,

17   didn't you?

18        A.    No.  I had problems, but I never stole

19   from them.

20              MS. JACKS:  Your Honor, may we approach?

21              THE COURT:  You may.

22              (The following proceedings were held at

23   the bench.)

24              MS. JACKS:  I'm going to stand back

25   because I don't want to get everybody sick.  But at
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  this point I think that the facts of the

2  contributing to the delinquency of a minor, the

3  underlying facts of those convictions should be

4  permitted in.  And I have a few reasons.  Number

5  one, first of all, the victim in that case -- it was

6  a sexual contact with a minor between the ages of 13

7  and 18.  The victim in this case is one of the

8  daughters in the family.

9           THE COURT:  Is what?

10          MS. JACKS:  The victim in the case is one

11  of the daughters in Mr. Armenta's family.  It's his

12  own daughter.  She removed the doorknob from her

13  bedroom door and slept with a hammer under her

14  pillow.  The family has cut him off and are furious

15  with him and don't want him to return to his family

16  This is a complete charade.

17          Number two, I think it impeaches his claim

18  that he's SNM.  He's told us very clearly the people

19  in SNM -- that people in the SNM doesn't permit

20  people in the gang that have sex, sexual misconduct,

21  particularly with children.

22          And he's told inconsistent stories about

23  whether he's an SNM Gang member.  According to even

24  what he says, he would not be permitted in.

25          Number two, I think -- or number three, I

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                           Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                           FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1  think, on direct he talked about having, quote

2  "minor run-ins with the law."  I think to sexually

3  assault your daughter is not a minor run-in with the

4  law.

5            And finally, he used his tablet and he was

6  able to hook up to the internet to search -- conduct

7  searches that including searching for the location

8  of his victim in the sex offense.

9            MR. CASTELLANO:  I mean, she led him

10 through a winding road of questions in an attempt to

11 goad him in a position to where she could get into

12 the facts behind the contributing charge.  That's

13 unfair to ask him a lot of questions like that to

14 goad him into a position where she's been allowed to

15 go behind the conviction.  When I asked about

16 run-ins with the law, I asked about charges that

17 were dismissed.  He mentioned one of the charges, I

18 think, was a theft or something like that.  And the

19 charge was ultimately dismissed.  And that's what

20 that referred to, were run-ins where -- things that

21 didn't happen.  And now we're going to get into a

22 collateral issue about this conviction.

23            THE COURT:  I probably won't let any proof

24 in.  I think it may be collateral, but I will allow

25 her to go into this.  I think he's opened up some

SANTA FE OFFICE                                    MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                 Albuquerque, NM 87102
(505) 989-4949                                     (505) 843-9494
FAX (505) 843-9492                                 FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1  doors and leaving a false impression.  If she can
 2  establish with the witness, I think that's fine.  If
 3  she can't, I'll bring it to an end.  I probably
 4  won't have any additional proof.  But I'll let you
 5  do what you want to with the witness.
 6            MR. CASTELLANO:  I would object.  She
 7  goads him into answers to go behind that.  I don't
 8  think that's a fair examination in order to bypass
 9  the rule on using a prior conviction for
10  impeachment, Your Honor.
11            MS. JACKS:  I just want to respond to
12  that, because I didn't goad him into this.  This was
13  a reason that came out of direct examination of this
14  witness.
15            THE COURT:  I'll let you ask the questions
16  of the witness.
17            (The following proceedings were held in
18  open court.)
19            THE COURT:  Ms. Jacks.
20  BY MS. JACKS:
21       Q.   So Mr. Armenta, the contributing to the
22  delinquency of a minor convictions -- those
23  convictions were a plea bargain, right, from a worse
24  charge; right?
25       A.   Yes, ma'am.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1      Q.    And what was the original charge that you

2   plea bargained down to this contributing to a

3   delinquency of a minor?

4      A.    Sexual contact of a minor.

5      Q.    Sexual contact with a minor between the

6   ages of 13 and under 18; right?

7      A.    Yes.

8      Q.    Who was the victim in that offense?

9      A.    My wife's older daughter.

10     Q.    And how old was she?

11     A.    Fourteen.

12     Q.    And the truth about your conduct in that

13  case is that you used your position as father in the

14  family to apply force to that 14-year-old's

15  genitals; correct?

16     A.    No, I did not.

17     Q.    Your daughter -- did your daughter become

18  distraught over your conduct with her from August of

19  2011 through February of 2012, while you were out on

20  bail?

21     A.    No.

22     Q.    Did the case come to the attention of

23  authorities after she removed her -- the doorknob

24  from her bedroom door and slept with a hammer under

25  her pillow?



SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                Albuquerque, NM 87102
(505) 989-4949                                          (505) 843-9494
FAX (505) 843-9492                                  FAX (505) 843-9492
                                                      1-800-669-9492
                                              e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        A.    Okay, look --

 2        Q.    Do you think that's funny, Mr. Armenta?

 3        A.    My wife, her mom, had me remove her door

 4   from her room because she was doing a lot of things

 5   that weren't -- she wasn't listening to her.  And

 6   she slept with a hammer -- it was there in her room

 7   because she was putting up hundreds of pictures of

 8   her dad and her grandpa and everyone that had passed

 9   away.  And she had the nail box that we have in her

10   room.

11        Q.    Mr. Armenta, was the case pled down to

12   contributing to the delinquency of a minor?

13        A.    Yes, it was.

14        Q.    Because your daughter was too traumatized

15   and too scared to come testify in court against you?

16        A.    No, I was ready for court, and I was ready

17   for trial, and so was she.

18        Q.    The truth is that your daughter doesn't

19   want to see you anymore; right?

20        A.    Well, she's not my real daughter.

21        Q.    Oh.  Does that make it okay?

22        A.    No, but she's not my real daughter.

23        Q.    The truth is, her mother -- there is no

24   family to go home to.  The mother never wants to see

25   you again.
```



SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                  201 Third NW, Suite 1630
Santa Fe, NM 87501                                         Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 843-9492                                            FAX (505) 843-9492
                                                                1-800-669-9492
                                                          e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1     A.   No.

2     Q.   No, she does want to see you?

3     A.   No, she doesn't.

4     Q.   She doesn't?

5     A.   I don't want to see her, either.

6     Q.   So this family, these children that you've

7 got to go home to -- that doesn't exist; that's a

8 fiction?

9     A.   She can't take my children from me.

10     Q.   The truth is, your wife doesn't speak your

11 name to the children, does she?

12     A.   No, she calls me "ghost dad."

13     Q.   And she wants to change her name and the

14 children's names, so they don't have to think about

15 you and what you did to the family.

16     A.   I didn't do nothing to the family.

17     Q.   You didn't?

18     A.   No.

19     Q.   Is it your testimony that you have no

20 interest in young girls under the age of 18 --

21     A.   I have no --

22     Q.   -- for your sexual pleasure?

23     A.   No.

24     Q.   Absolutely none?

25     A.   None.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   Well, let's talk a little bit about your
 2    tablet, because I think you told us on direct
 3    examination that you reset your tablet; right?
 4        A.   Yes.
 5        Q.   And you lost the discovery, but you gained
 6    a lot of other stuff; right?
 7        A.   Yes, ma'am.
 8        Q.   You got -- tell us what you used the
 9    tablet for.
10        A.   Music, porn, music videos, Google, you
11    know, searching the web.
12        Q.   Facebook?
13        A.   Facebook.
14        Q.   Email?
15        A.   Emailed my girlfriend, yeah.
16        Q.   Did you use your tablet to search for your
17    wife, to try find out where she was currently
18    living?
19        A.   No, I was searching so I could get
20    pictures of my daughters.
21        Q.   So you do admit that you Googled your
22    wife, your wife's name?
23        A.   No, I just looked them up on Facebook.
24        Q.   I'm sorry?
25        A.   I just looked her up on Facebook.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1      Q.    Did you look for addresses or for maps of
 2 where she was currently living --
 3      A.    No.
 4      Q.    -- while you were in custody on this case?
 5      A.    No.
 6      Q.    And let's talk a little bit about the
 7 pornography, because at some point you got access to
 8 the internet; right?
 9      A.    Yes, ma'am.
10      Q.    Let's see.  You reset the tablet in
11 January, and you had it through April of 2017?
12      A.    Yes.
13      Q.    So that was right after you got caught
14 having sex with somebody multiple times in the
15 visiting room?
16      A.    Um-hum, yes.
17      Q.    At the Penitentiary of New Mexico?
18      A.    Yes, ma'am.
19      Q.    And so you reset the tablet, and then when
20 did you gain internet access?
21      A.    Where?
22      Q.    When?
23      A.    Late January in Sandoval County.
24      Q.    Late January of 2017?
25      A.    Yes, ma'am.
```



SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                 201 Third NW, Suite 1630
Santa Fe, NM 87501                                        Albuquerque, NM 87102
(505) 989-4949                                                    (505) 843-9494
FAX (505) 843-9492                                            FAX (505) 843-9492
                                                              1-800-669-9492
                                                        e-mail: info@litsupport.com

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        Q.    And you had internet access through April

 2   of 2017?

 3        A.    Yes, ma'am.

 4        Q.    You know that your tablet has been seized;

 5   right?

 6        A.    Yes, ma'am.

 7        Q.    And you're aware that it's been turned

 8   over to the defense just a week or so ago for

 9   forensic examination?

10        A.    Yes.

11        Q.    Has somebody talked to you about that?

12        A.    Yes.

13        Q.    The prosecutors?

14        A.    Yes.

15        Q.    So I'm going to ask you -- you're telling

16   us you have no interest in young girls under the age

17   of 18?

18        A.    No.

19        Q.    I'm going to ask you if, on April 8 of

20   2017, you conducted a Google search for "petite teen

21   vaginas"?

22        A.    I don't recall that.

23        Q.    That would be a search for pornography;

24   right?

25        A.    Yeah.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1      Q.   And you admitted you used the tablet for

2  pornography?

3      A.   Yes.

4      Q.   Did you conduct a Google search on April

5  6, 2017, for "hot sick teens"?

6      A.   I can't recall that either.

7      Q.   Did you -- really?  You can't?

8      A.   No.

9      Q.   Did you conduct a Google search on April 4

10  of 2017, for "teen camel toes"?

11      A.   I don't recall.  Possibly.

12      Q.   What's a camel toe?

13      A.   A camel toe is a woman's vagina through

14  her clothes; the look of it, the indentation, or

15  whatever, that it makes.

16      Q.   On April 4 of 2017, did you conduct a

17  search for "pink teen vaginas"?

18      A.   I do not recall.

19      Q.   How about on April 5, "for young teenage

20  camel toes"?

21      A.   I don't recall.

22      Q.   Did you conduct a search on April 7 of

23  2017 for "teen tits"?

24      A.   I don't recall, ma'am.

25      Q.   Did you conduct a search on April 5 of



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    2017 for "big fat teen asses"?

2         A.   I don't recall none of that.

3         Q.   Did you conduct a search on April 7, 2017

4    for "young teens with big tits"?

5         A.   I don't recall.

6         Q.   Were you on drugs or something at the

7    time?  Is that what was affecting your memory?

8         A.   No, I just think that it might have been

9    other inmates that were in the pod with us.  They

10   knew about our tablets.  They knew about the

11   internet, and they were using them also, so --

12        Q.   Were they also in custody for contributing

13   to the delinquency of a minor, pled down from sexual

14   conduct with a minor under 18?

15        A.   Not that I'm aware of.

16        Q.   Did you conduct a search on April 6 of

17   2017 for "hot sick teens"?

18        A.   Not that I recall, ma'am.

19        Q.   Did you conduct a search for "big teen

20   booties" on April 4?

21        A.   I don't remember none of that.

22        Q.   Did you conduct a search on April 5 for

23   "teeny bopper camel toes"?

24        A.   No, I can't remember that.

25        Q.   You know -- that one you didn't do, or you

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                           201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                          (505) 843-9494
FAX (505) 843-9492                                  FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1    can't remember?

 2         A.   I can't recall none of that.

 3         Q.   Did you conduct a search on April 4 for

 4    "hot young naked girls"?

 5         A.   I don't recall.

 6         Q.   How about the same day for "small teen

 7    vaginas"?

 8         A.   I don't recall.

 9         Q.   April 5 of 2017 for "teen asses"?

10         A.   I don't recall.

11         Q.   April 7, 2017, "young teens naked big

12    tits"?

13         A.   I don't recall, man.

14         Q.   How about on April 5, "South American

15    naked tribal teens nude"?

16         A.   No, not that I recall.

17         Q.   Well, what kind of searches did you make,

18    Mr. Armenta?

19         A.   I searched -- like I went to Facebook and

20    my MySpace.  I talked a lot with my girlfriend on

21    there.  I looked up the International Space Station.

22    I looked at my girlfriend's house on Google Maps.  I

23    wasn't on it 24/7.  I already had a dose of the

24    internet when I was out last, so I wasn't always on

25    it.
```

SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                       201 Third NW, Suite 1630
Santa Fe, NM 87501                                              Albuquerque, NM 87102
(505) 989-4949                                                            (505) 843-9494
FAX (505) 843-9492                                                 FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1      Q.   Mr. Armenta, while you were in prison, did
 2  you call your 14-year-old stepdaughter on her
 3  cellphone with your brother?
 4      A.   Call her?
 5      Q.   Yes.
 6      A.   Did I call her?
 7      Q.   Yeah.
 8      A.   No.
 9      Q.   Did you call any children in your
10  household with your brother, female children?
11      A.   No.
12      Q.   Did you ever make phone calls while you
13  were in prison with your brother on a three-way, and
14  tell the children -- tell the child to play with her
15  flower, and to tell you the details?
16      A.   That was a charge that my brother picked
17  up on his own.  Him and my oldest stepdaughter had a
18  relationship going on.  And STIU in Grants picked up
19  on it, and found out she was a minor, and charged
20  him with -- I'm not sure the name of it, the charge
21  of sexual through a telephonic device, or something
22  like that.
23      Q.   Some of those calls were three-way calls
24  that you were on, weren't they?
25      A.   No.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   Now, also on direct examination we've
 2   heard a lot of things about your special-needs
 3   daughter.
 4        A.   Yes, ma'am.
 5        Q.   How old is she now?
 6        A.   She is 7.
 7        Q.   And your claim or your testimony is that
 8   you stopped using crack when she was born?
 9        A.   No, that would be Aleah, 2008.
10        Q.   So there is an older one.  You're saying
11   you stopped using crack before this special-needs
12   daughter was born?
13        A.   Yes.
14        Q.   That's a lie, isn't it?
15        A.   No.  I used cocaine, but not crack.
16        Q.   Oh.  Oh.  Wait.  Let's get this straight.
17   So what is crack?
18        A.   Crack is a form of cocaine, but it is
19   smoked.  The form of cocaine that I was using after
20   my daughter was born was in the form of powder.  I
21   was snorting it.
22        Q.   Okay.  So just so that we're clear, then,
23   you've continued to use cocaine even after all your
24   daughters were born; right?
25        A.   Occasionally, yes, ma'am.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   And your testimony is that you stopped
 2   using crack, you stopped smoking cocaine?
 3        A.   Yeah.  Crack was my problem.  When I get
 4   on it, I would not stop.
 5        Q.   And cocaine is not a problem?
 6        A.   No.
 7        Q.   A few years ago your special-needs
 8   daughter -- she has a heart and a lung problem;
 9   right?
10        A.   Yes.
11        Q.   And a few years ago she needed some
12   special medical attention from a high-powered
13   medical center; right?
14        A.   She had a heart surgery a few days after
15   she was born.
16        Q.   A few years ago did she have to go to
17   Stanford University Hospital for surgery?
18        A.   Yes, in 2010.
19        Q.   And in 2010, did the Ronald McDonald House
20   at Stanford University agree to pay for you and your
21   wife to come and be with your young daughter when
22   she had surgery?
23        A.   No, they did not.
24        Q.   So that never happened?
25        A.   Ronald McDonald didn't pay for nothing.
```

SANTA FE OFFICE                                        MAIN OFFICE
119 East Marcy, Suite 110                      201 Third NW, Suite 1630
Santa Fe, NM 87501                             Albuquerque, NM 87102
(505) 989-4949                                          (505) 843-9494
FAX (505) 843-9492                                 FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

 1      Q.   Did you go?  Were you able to go?

 2      A.   Yes, we went.  We were there for two

 3 weeks.

 4      Q.   And you were in Palo Alto for two weeks,

 5 in Palo Alto, California?

 6      A.   Yes, ma'am.

 7      Q.   And while you were there, did the Ronald

 8 McDonald House open up a bank account for you and

 9 your wife so that you could pay for your living

10 expenses while you were there helping your daughter

11 recover from the surgery?

12      A.   No.  My mother opened up that bank account

13 so that family members could send us money if we

14 needed it.

15      Q.   You took the money in that bank account,

16 didn't you?

17      A.   No.  Me and my wife used it.

18      Q.   You took the money out of the bank account

19 and went and bought crack, and left your wife and

20 your daughter stranded at the hospital with nothing?

21      A.   No.

22      Q.   That's not true?

23      A.   No, that's not true.

24      Q.   And when you came back to the hospital,

25 after you'd spent the money on drugs, you got into a

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   fight with your wife there at that Stanford

2   University Hospital, didn't you?

3       A.   No.

4       Q.   And you threatened to blow up her house

5   with the kids in it?

6       A.   That was a fight in Albuquerque, New

7   Mexico.

8       Q.   That's a different fight?

9       A.   That -- we didn't have a fight in

10  Stanford, in Palo Alto.

11      Q.   Did the nurses at Stanford University

12  Hospital have to call the police to come respond --

13      A.   No.

14      Q.   -- to the fight between you and your wife

15  that happened after you stole money from the bank

16  account?

17      A.   No.   There was no money that was ever

18  stolen from an account in Palo Alto or in

19  Albuquerque, New Mexico.   We were fighting about

20  something different in Albuquerque.

21      Q.   I'm asking you about the fight that

22  occurred in Palo Alto.

23      A.   There wasn't a real fight that happened in

24  Palo Alto, ma'am.

25      Q.   Now, Mr. Armenta, you've told a lot of

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                            201 Third NW, Suite 1630
Santa Fe, NM 87501                                   Albuquerque, NM 87102
(505) 989-4949                                            (505) 843-9494
FAX (505) 843-9492                                   FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1    different stories about your SNM membership, too,

2    haven't you?

3         A.    Yes.

4         Q.    Sometimes you're a member, sometimes

5    you're not?

6         A.    No, I was a member.

7         Q.    But you've told different stories about

8    that, haven't you?

9         A.    What do you mean?

10        Q.    You said different things?

11        A.    Like?

12        Q.    Like sometimes you say you are a member of

13   SNM, and other times you say you're not.

14        A.    No, I say I'm not an SNM Gang member now.

15        Q.    Okay.  But I'm talking about before.  I'm

16   talking about before today.  I'm talking about

17   before you made a deal with the Government.

18        A.    I was an SNM Gang member.  I always was.

19        Q.    My question is:  You've told different

20   stories about that; right?

21        A.    No.

22        Q.    Let me direct you to September 1st of

23   2015.

24        A.    Okay.

25        Q.    And there was -- let me just orient you a

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                           Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                             FAX (505) 843-9492
                                                                  1-800-669-9492
                                                          e-mail: info@litsupport.com



BEAN
& ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

```
 1    little bit.  We talked about this letter -- or the

 2    Government talked with you about this letter,

 3    Government's Exhibit 757.  And this is the letter

 4    you wrote in January of 2015 to Jerry Montoya's

 5    lawyer; right?

 6         A.   Yes, ma'am.

 7         Q.   And this was the letter that had a story

 8    about the Molina murder that you cooked up with

 9    Mario Rodriguez and Timothy Martinez; right?

10         A.   Yes, ma'am.

11         Q.   And the goal of this letter was to get Mr.

12    Montoya off by you being a witness for him?

13         A.   By me taking the blame for him.

14         Q.   Okay.  And as a result of this letter, did

15    Mr. Montoya's criminal defense lawyer provide or

16    make a motion to the judge to give immunity and

17    order you to attend a deposition to see what you

18    knew?

19         A.   I was never granted or awarded immunity.

20    He did get me to -- down here to Dona Ana County

21    Jail, and I was interviewed by him, my attorney, and

22    Mr. Dougherty, the district attorney.

23         Q.   So we're talking about this interview.  Do

24    you know what date that happened?

25         A.   Not exactly.  But I know it was like
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   either the beginning -- first few days of September,

2   or the last few days of August.

3        Q.   Okay.  Well, if I told you I had a

4   transcript of that interview, where it started out

5   with:  "Today is September 1st.  We're present with

6   Mr. Jerry Armenta; his attorney, Gary Mitchell;

7   representing the State is Dan Dougherty;

8   representing Jerry Montoya is myself, Mario Esparza;

9   our public defender investigator Olivia Moraz"?

10       A.   Yes.

11       Q.   Would that refresh your memory that that

12  incident or that deposition occurred September 1st

13  of 2015?

14       A.   Yes.

15       Q.   And prior to asking you questions, did

16  your lawyer -- you were asked questions by Mr.

17  Montoya's lawyer; right?

18       A.   Yes.

19       Q.   During that deposition?

20       A.   Yes, ma'am.

21       Q.   And prior to answering questions from Mr.

22  Montoya's lawyer, did your lawyer say, "Let me make

23  a statement from this tape.  We're giving this

24  statement pursuant to an order from a district judge

25  in the Third Judicial District granting you



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    immunity."  I'll finish reading it, "which means

2    that" --

3            MR. CASTELLANO:  Objection, Your Honor, to

4    counsel reading a transcript.  If she wants to

5    refresh recollection, she can show it to the

6    witness.

7            THE COURT:  Don't read the transcript.  If

8    you want to refresh his memory, we'll have to do it

9    the long way.

10   BY MS. JACKS:

11       Q.   Mr. Armenta, does that refresh your memory

12   as to whether you were granted immunity for that

13   interview?

14       A.   I don't remember that.

15           THE COURT:  I think you need to show him,

16   if you're going to refresh his memory, rather than

17   reading it to the jury.

18       Q.   We'll go forward.  Do you know what

19   "immunity" means, Mr. Armenta?

20       A.   It means I think that you would be, like,

21   free from prosecution, I believe.

22       Q.   Right.  Like whatever you say can't be

23   used against you?

24       A.   Yeah.

25       Q.   So if you are granted immunity, would you

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   have any reason to lie?
 2        A.    No.
 3        Q.    Because you tell the truth; it doesn't
 4   matter; right?
 5        A.    Right.
 6        Q.    So during the course of this deposition,
 7   what did you say about your SNM Gang membership; do
 8   you remember?
 9        A.    Not word for word.  I believe that I was a
10   gang member -- I said I was a gang member, and that
11   I didn't want to be a gang member anymore.
12        Q.    Did you say that you were a suspected SNM
13   Gang member, according to the Department of
14   Corrections, but that you weren't?
15        A.    No, that was a validated SNM Gang member
16   by the Department of Corrections.
17        Q.    Did you say that you were a suspected
18   validated SNM Gang member, but you're not?
19        A.    No, I don't believe -- I've never denied
20   my validation until now.  I don't want to be an SNM
21   Gang member anymore.
22             MS. JACKS:  Your Honor, may I approach
23   with two pages of this transcript?
24             THE COURT:  You may.
25             MS. JACKS:  May I approach, Your Honor?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

193

```
 1          THE COURT:  You may.
 2   BY MS. JACKS:
 3       Q.   For the record, this is pages 8 and 9 of
 4   the transcript.  And Mr. Armenta, I ask you to read
 5   to yourself the bottom of paper 8 and top of page 9
 6   and let me know when you're done.
 7       A.   I don't recall saying that, but it's
 8   there, so obviously, I did say it.  I don't recall,
 9   though.
10       Q.   You did say that; right?  So on September
11   1st, 2015, you claimed to the DA and to Mr.
12   Montoya's lawyer -- you claimed that you were a
13   suspected validated SNM Gang member by the
14   Department of Corrections, but that that was not
15   true; right?
16       A.   Yeah, that's what it says there.
17       Q.   Then two weeks later, on September 17 of
18   2015, did you have an interview with the district
19   attorney's office again, but this time in the
20   presence of federal prosecutors?
21       A.   Yes.
22       Q.   And in that interview on September 17 of
23   2015, did you tell the prosecutors and the district
24   attorney that you were, in fact, an SNM Gang member?
25       A.   Yeah.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.    Right.   And that was the interview where
 2  you were kind of trying out to see if you could be a
 3  Government witness; right?
 4        A.    Well, I wouldn't say I was trying out.   I
 5  was just telling them what happened, what I knew.
 6        Q.    Well, at that point in time, you were
 7  hoping to resolve your state case in a favorable
 8  manner by testifying against our people; right?
 9        A.    Yeah.
10        Q.    And the way that you were going to resolve
11  your state case in a favorable manner was by saying
12  that the crime you committed was ordered by SNM;
13  right?
14        A.    Yes.
15        Q.    So in that interview, it served your
16  purpose to say that you were an SNM Gang member?
17  Would you agree with me?
18        A.    Yes.
19        Q.    And so in that interview you said, "I'm an
20  SNM Gang member."
21        A.    Yes.
22        Q.    Right?   Whereas, two weeks prior, you said
23  you weren't?
24        A.    Yeah.
25        Q.    So which is the truth?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    I'm an SNM Gang member, validated SNM Gang
 2   member.
 3        Q.    Well, "validated" means the Department of
 4   Corrections has checked off their criteria, and they
 5   believe that they have enough evidence to prove
 6   you're an SNM Gang member; right?
 7        A.    Yes.
 8        Q.    That's what "validated" means?
 9        A.    Yes.
10        Q.    That's a judgment by the Department of
11   Corrections; right?
12        A.    Yes.
13        Q.    So potentially somebody could be validated
14   and not be an SNM Gang member, right, potentially?
15        A.    Yes.
16        Q.    So when I'm asking you -- I'm not asking
17   you what the Department of Corrections is labeling
18   you.  I'm asking you what is the truth.
19        A.    Yes, I am.
20        Q.    And you told us you're also a sex
21   offender; right?
22        A.    No.
23        Q.    Well, you're a convicted sex offender?
24        A.    No.
25        Q.    If anybody looked at your paperwork from
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  your case where you were accused of having sexual

2  contact with your 14-year-old stepdaughter, they

3  would believe that you were a sex offender?

4      A.   Because they were arrests, yeah.

5      Q.   So you told us this morning when Mr.

6  Castellano was asking you questions that SNM rules

7  don't permit sex offenders --

8      A.   Yes.

9      Q.   -- right?

10     A.   Yes.

11     Q.   So if SNM rules are applied, you couldn't

12 be an SNM Gang member, could you?

13     A.   I was already an SNM Gang member.

14     Q.   Well, you're saying that SNM wouldn't kick

15 you out if they found something out after the fact

16 that would have violated the rule?

17     A.   They probably would have killed me if they

18 found out that it was true.  But then again, I'm not

19 a sex offender.

20     Q.   Well --

21     A.   And it's not in the system that I am a sex

22 offender.

23     Q.   Well, it's in court documents and

24 paperwork, isn't it?

25     A.   No.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.    And certainly your wife thinks you are?

 2        A.    I don't have to register.

 3              MR. CASTELLANO:  Objection, Your Honor.

 4              THE COURT:  Sustained.  Don't argue.

 5   BY MS. JACKS:

 6        Q.    Certainly, your wife would tell --

 7              THE COURT:  Just ask the questions.

 8        Q.    Certainly, if your wife were asked if you

 9   were, she would verify it?

10              MR. CASTELLANO:  Objection, calls for

11   speculation.

12              THE COURT:  Sustained.  Sustained.

13   BY MS. JACKS:

14        Q.    So if you're an SNM Gang member, then the

15   rule about sex offenders isn't really much of a

16   rule, is it?

17        A.    Oh, it's a rule.  But if I would have went

18   there telling them that I was arrested for a sex

19   crime, I would have been killed or beat up.  But if

20   I would have had those convictions, there is no way

21   I would have even stepped foot in that facility.

22        Q.    Well, you were convicted for two counts of

23   contributing to the delinquency of a minor?

24        A.    Yes, ma'am, but it's not a sex crime.

25   It's not a sex charge.  It's not a sex conviction.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        Q.   It's a plea bargain down from a sex
 2   charge.  I think we established that.
 3        A.   Yes.
 4        Q.   So earlier this morning, Mr. Castellano
 5   asked you a question about how do you get out of the
 6   gang.  Do you remember that question?
 7        A.   Yes.
 8        Q.   And he showed you a page from your STIU
 9   file -- I think it had a stamp on the bottom of
10   it -- I want to say it was 10331; do you recall
11   that?
12        A.   Yeah.  This morning.
13        Q.   And your testimony was:  In answering
14   questions that were proposed to you by the Security
15   Threat Intelligence Group that you answered, "You
16   don't.  You don't get out"?
17        A.   Yes, ma'am.
18        Q.   Right.  But you said different things in
19   those same interviews, haven't you?
20        A.   Like what?
21        Q.   Well, I have a page that's marked 10333.
22   This is also from your inmate Security Threat Group
23   validation package.
24             MS. JACKS:  Your Honor, may I approach and
25   show this to the witness?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              THE COURT:  You may.
 2   BY MS. JACKS:
 3       Q.   Mr. Armenta, that's a page just like the
 4   page that Mr. Castellano showed you this morning;
 5   right?  It's the same questionnaire, just a
 6   different date?
 7       A.   Yes.
 8       Q.   And you were asked the exact same
 9   question; right?  "How do you get out of the gang?"
10   Do you see that at the bottom of the page?
11       A.   Yes, ma'am.
12       Q.   And what did you respond?
13       A.   "Walk away."
14       Q.   I can't hear you.
15       A.   "Walk away."  Yeah, this is the street
16   gang, not the SNM Gang.  Because that's dated 2004,
17   and I wasn't in the SNM until 2005.
18       Q.   It's an interview in your STIU validation
19   package; right?
20       A.   Yes.
21       Q.   By the Department of Corrections?
22       A.   Yes, ma'am.  It's pertaining to my street
23   gang affiliation, not prison gang affiliation.
24       Q.   I hear that.  I hear that.
25              Now, I want to talk to you about your
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   stories regarding the Molina murder.  And I want to

2   start with the first story you gave.  And the first

3   story you gave -- do you remember what it was -- on

4   May 8 of 2014?

5       A.   That I was standing by the door when he

6   was getting beat up.

7       Q.   And did you tell law enforcement that,

8   "From what I understand, the guy got beat up"?

9       A.   Yes.

10      Q.   So like you had nothing to do with it?

11      A.   Yes.

12      Q.   And did you also tell them, quote, "I

13  didn't become involved"?

14      A.   Yes, I believe I did say that.

15      Q.   Now, how did that story work for you?

16      A.   It didn't.  It didn't.

17      Q.   It didn't work because there was the

18  video; right?

19      A.   Yeah.

20      Q.   And the video clearly showed that that

21  story was a lie?

22      A.   And I quit speaking right after that.

23      Q.   Because during that interview, after you

24  made those statements, that's when law enforcement

25  told you:  "We have a video"?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    Yeah.

 2        Q.    "We know you weren't standing by the

 3   door."

 4        A.    They didn't actually say that.  They were

 5   still in the early stages of the investigation, so

 6   they didn't reveal too much about anything.

 7        Q.    But they told you they had a video; right?

 8        A.    They might have.

 9        Q.    And you knew during that interview that

10   that story had flopped?

11        A.    I knew they had a video anyway.  The

12   cameras weren't covered up.

13        Q.    So after that story didn't work, you had

14   to come up with a different story to try to get out

15   of punishment for the murder of Mr. Molina; right?

16        A.    I wasn't trying to get out of punishment.

17        Q.    Well --

18        A.    I was trying to get other people out of

19   punishment.

20        Q.    Well, you were also trying to reduce your

21   own punishment, weren't you?

22        A.    Well, yeah.

23        Q.    Because there is certainly a difference

24   between doing something in a premeditated, planned

25   fashion and doing something out of anger; right?
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                  201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                             FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   Yes.
 2        Q.   So to come up with your second story --
 3   and the second story was that Mr. Molina had somehow
 4   insulted your special-needs daughter; right?
 5        A.   Yes.
 6        Q.   And had told you to "fuck off," when you
 7   got into an argument about wanting a syringe or
 8   something; right?
 9        A.   Yes, ma'am.
10        Q.   And that's a story that's outlined in this
11   letter that's up here on the Elmo, Government's
12   Exhibit 756; right?
13        A.   Yes, ma'am.
14        Q.   So I want to talk to you a little bit
15   about how you came up with the story.  But let's
16   start -- I'm going to ask you to read the letter.
17             MS. JACKS:  May I approach?
18             THE COURT:  You may.
19   BY MS. JACKS:
20        Q.   So I'm going to ask you to read the letter
21   out loud, Mr. Armenta.
22        A.   Start now?
23        Q.   Yes.
24        A.   Okay.  "This letter is to the lawyer of
25   Jerry Montoya.  I, Jerry Armenta, am writing this
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                  201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492                                            FAX (505) 843-9492
                                                                   1-800-669-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE
                                             e-mail: info@litsupport.com

1   statement for Jerry Montoya on my own free will.  I

2   am not under the influence of any kind of drugs or

3   medications.  I am not promised any sort of gifts,

4   money, or immunity, nor am I being threatened to

5   write this statement.  On March 7, 2014, an incident

6   occurred at SNMCF that ultimately led to the

7   untimely death of Mr. Javier Molina.  That day Jerry

8   Montoya and I were promised drugs by inmate Timothy

9   Martinez.  After 5:00 p.m. count cleared, we were

10  invited to Mr. Martinez' -- by Mr. Martinez to go

11  into room 105 in housing unit 1-A, B pod to shoot up

12  a drug known as Suboxone.  Jerry Montoya and I were

13  invited, and then entered the room and were greeted

14  by Timothy Martinez with a paper of the drug, which

15  he gave one each to us, a paper which is wrapped in

16  plastic.  After the transaction, I asked to then use

17  the syringe so I could shoot up.  I was immediately

18  answered with a 'Fuck no' and a 'Fuck you' by

19  Mr. Javier Molina.  We then began exchanging words,

20  and he very hostilely continued to disrespect me and

21  threaten the lives of myself and my precious little

22  daughter, which is mentally handicapped.  We then

23  got into a physical altercation, which Jerry Montoya

24  did not know was going to happen.  I didn't even

25  know it was going to happen.  I acted clearly out of

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  instinct because I thought that it or my life was in

2  clear and present danger.  During this incident,

3  Jerry Montoya did not attack Mr. Javier Molina, nor

4  was he ever in possession of a shank.  The incident

5  in the room was between myself and the deceased.

6  Jerry Montoya nor anyone else have any involvement

7  with the incident that happened in room 105 B pod on

8  the date of March 7, 2014.  I swear that this

9  written statement is true and honest to the written

10  facts to the best of my knowledge and recollection

11  of the actions of that day.  I will swear to this

12  written statement in open court and under oath.

13  Respectfully submitted by myself, Jerry Armenta."

14        Q.    Okay.  Thank you, Mr. Armenta.  I'm going

15  to put that up on the screen.  I want to ask you a

16  few questions about this story and how you came up

17  with it.  So let's just start by -- I think you told

18  us that you had some input or that somebody came up

19  with the story and then you discussed it with them;

20  is that right?

21        A.    Yes.

22        Q.    So who came up with the general story

23  line?

24        A.    Well, not one person came up with the one

25  story.  Most of this story was -- the most part

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   where I used the -- my daughter thing, about me and

 2   him getting into a fight, and him saying things

 3   about my daughter -- that was my idea.  Because I

 4   remembered how he used to like to talk about Down

 5   Syndrome and retarded kids and stuff like that.  So

 6   that was my input on the story.

 7        Q.   And the reason that you added that detail

 8   to the story was because you thought it would give

 9   it more credibility?

10        A.   Yes.

11        Q.   It would make it seem true?

12        A.   Yes, with other inmates in the pod, in

13   case they were called to witness or something like

14   that.

15        Q.   So that was a deliberate effort on your

16   part to not just tell a lie, but to make the lie

17   seem credible?

18        A.   Yes, ma'am.

19        Q.   Now, this morning you testified, I think,

20   that it was Mario Rodriguez that came up with the

21   idea about this letter?

22        A.   No, he came up with the idea.  And he was

23   pushing me to take the blame for it, because he got

24   charged.  And he was upset, he was mad that he got

25   charged.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   So what he wanted to do was to have you

2    tell a story that would not only help himself, but

3    also Mr. Montoya?

4    A.   No, I came up with trying to cover for Mr.

5    Montoya.

6    Q.   So what part of this story did Mr.

7    Rodriguez come up with?

8    A.   None of it.

9    Q.   He just came up with the idea?

10   A.   He just wanted me to take the blame.

11   Q.   And was this something that you discussed

12   with him?

13   A.   I had told him afterward, yeah, what I was

14   going to say.  And I'm sure Mr. Montoya showed him

15   the letter before he sent it to his lawyer.

16   Q.   So you wrote the letter, and then you gave

17   it to Mr. Montoya?

18   A.   Yes, ma'am.

19   Q.   And after you -- well, before you wrote

20   the letter, did you discuss what should be in the

21   letter with Mr. Rodriguez and Mr. Montoya?

22   A.   No, with Mr. Montoya --

23   Q.   Did you --

24   A.   -- and Mr. Martinez.

25   Q.   Okay.  I realized I left him out.  Did you

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1   discuss the content of what should be in the letter
2   with Timothy Martinez?
3        A.   Yes.
4        Q.   And did he give you suggestions about what
5   you should include in the letter?
6        A.   Yes.
7        Q.   So this letter that we see, Government
8   756, is really a group effort?
9        A.   Yes.
10       Q.   And where did these conversations take
11  place about what was going to be in the letter?
12       A.   In the rec yard at the Santa Fe
13  Penitentiary, at the North.
14       Q.   And it took place in the rec yard while
15  you were pending your state charges?
16       A.   Yes, ma'am.
17       Q.   And how many weeks -- is January 3 the
18  date that you actually wrote the letter?
19       A.   Yes.
20       Q.   So that date on there is not a lie?
21       A.   No.
22       Q.   That's correct?
23       A.   Yes.  We were --
24       Q.   How many weeks did it take for you to come
25  up -- for you guys to come up with what was going to
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    be put in this letter?

2         A.    Quite a few, a couple months.

3         Q.    So you thought about it for some period of

4    time?

5         A.    Yes.

6         Q.    And at the time that you wrote this

7    letter, had you had access to the discovery in the

8    state case?

9         A.    I had not received my discovery yet.

10        Q.    Had you had access to -- had you been

11   shown the video?

12        A.    No.

13        Q.    So I want to go through -- let me just go

14   back for a second.  What you were doing is -- were

15   you trying to cover for what the Government's or the

16   State's case might be against you?

17        A.    Yes.

18        Q.    And make sure that you covered all the

19   details that you thought they might have in their

20   case against you, Mr. Montoya, and Mr. Rodriguez?

21        A.    Yes, ma'am.

22        Q.    Okay.  So let's look at the very

23   beginning.  The first part you say that -- wait a

24   second, I want to go back for a second.  After you

25   wrote the letter, did you give it to Jerry Montoya

SANTA FE OFFICE                                                      MAIN OFFICE
119 East Marcy, Suite 110                                  201 Third NW, Suite 1630
Santa Fe, NM 87501                                         Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                          FAX (505) 843-9492
                                                                 1-800-669-9492
                                                        e-mail: info@litsupport.com



BEAN
&ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

```
 1   or did you mail it to his lawyer?
 2        A.   I gave it to Jerry Montoya.
 3        Q.   And the idea was then that Jerry would
 4   give that to his lawyer and --
 5        A.   Yes.
 6        Q.   -- that his lawyer would make some sort of
 7   effort to get you to potentially be a witness in his
 8   case?
 9        A.   Yes.
10        Q.   The first part of the letter where you
11   say, "I, Jerry Armenta, am writing this for Jerry
12   Montoya on my own free will," was that true?
13        A.   No.
14        Q.   So the letter starts off with a lie?
15        A.   Yes.
16        Q.   It wasn't under your free will because
17   why?
18        A.   Because Mr. Rodriguez was pushing to make
19   me take the blame.
20        Q.   And was there something more than pushing
21   that made this letter writing against your will?  I
22   mean, were there threats?
23        A.   No, not really; like, there wasn't a gun
24   to my head or anything.  But, you know, when people
25   like that tell you that you better do something, you
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    do it.

2        Q.    "People like that," you mean people like

3    Mario Rodriguez?

4        A.    Right, Mario Rodriguez; people that have

5    been in the SNM for a long time, and that are

6    violent.

7        Q.    Were you concerned that Mr. Rodriguez

8    would act violently toward you if you didn't write

9    the letter?

10       A.    Yes, ma'am.

11       Q.    The next sentence that you're "not under

12   the influence of drugs or medications," was that

13   true?

14       A.    That's true.

15       Q.    And was the sentence after that, "I'm not

16   promised any sort of gifts, money, immunity" -- no,

17   let's just stop there.  "Gifts, money, or immunity."

18   Was that part true, that you weren't being promised

19   any gifts, money, or immunity?

20       A.    That's true.

21       Q.    Then the second part of that sentence,

22   "nor am I being threatened to write this statement"?

23       A.    That is not true.

24       Q.    And apart from the threats that we just

25   discussed from Mario Rodriguez, were there other

SANTA FE OFFICE                                         MAIN OFFICE
119 East Marcy, Suite 110                    201 Third NW, Suite 1630
Santa Fe, NM 87501                            Albuquerque, NM 87102
(505) 989-4949                                       (505) 843-9494
FAX (505) 843-9492                               FAX (505) 843-9492



BEAN
ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1  threats or are those the only threats?

2       A.   Those are the only threats from Mario

3  Rodriguez on the letter.

4       Q.   Now, the wording of the next paragraph,

5  the first part of the next paragraph, "On March 7,

6  2014, an incident occurred at Southern New Mexico

7  Correctional Facility that ultimately led to the

8  untimely death of Mr. Javier Molina."  Who came up

9  with that?

10      A.   I just wrote it.  It just came out of my

11 head when I was writing the letter.

12      Q.   And that's true; right?

13      A.   Yes.

14      Q.   There was an incident?

15      A.   Yes, ma'am.

16      Q.   It's kind of trying to put it in a really

17 delicate way, isn't it?

18      A.   Yes, ma'am.

19      Q.   I mean, you didn't write:  "On March 7,

20 2014, I stabbed Javier Molina to death."

21      A.   No.

22      Q.   The next part of the letter about you

23 discussed the drugs, that Timothy Martinez promised

24 you drugs and invited you to go into a particular

25 room, a particular cell in blue pod?

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                      Albuquerque, NM 87102
(505) 989-4949                                               (505) 843-9494
FAX (505) 843-9492                                      FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1       A.    Yes.

2       Q.    Which is Mr. Molina's cell; right?

3       A.    Yes.

4       Q.    And is that part of the letter true?

5       A.    No.

6       Q.    What about that is false?

7       A.    The whole thing.  I wasn't promised to go

8  get in there to get drugs at all.

9       Q.    And so who came up with that lie?

10      A.    That was Timothy's.

11      Q.    Timothy's lie?

12      A.    Yes.

13      Q.    And what was the purpose behind that lie,

14  if you know?

15      A.    I believe it was that -- because he was

16  already -- him, Javier, and Mario Rodriguez were

17  going in the room to do Suboxone.  So he just said,

18  "Well, we'll still use that, but we'll say that you

19  guys were invited, too."

20      Q.    And did Timothy Martinez want some sort of

21  explanation, some sort of innocent explanation for

22  why he was in Javier Molina's room at the time that

23  he was killed, or just before he was killed?

24      A.    Say that again.

25      Q.    Did Timothy Martinez -- was he looking for

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                      Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                    FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1   you to cover his potential criminal liability in

 2   some way?

 3        A.   He wasn't charged, so there was really no

 4   threat towards him.

 5        Q.   But he wasn't charged at the time, but he

 6   was in the room right before you guys stabbed

 7   Mr. Molina; right?

 8        A.   Yes, ma'am.

 9        Q.   And he had actually choked Mr. Molina?

10        A.   Yes, ma'am.

11        Q.   And so even though he wasn't charged, he

12   was concerned that he might be charged; right?

13        A.   Yeah.

14        Q.   So was the point of this lie about going

15   up to Javier Molina's room to use drugs -- was that

16   to maybe help Timothy Martinez's story, so he can

17   have support for why he was up in Mr. Molina's room?

18        A.   Yes, ma'am.

19        Q.   Kind of corroborates what he wants to use

20   as his explanation; right?

21        A.   He was doing up there in the first place,

22   yes.

23             THE COURT:   Ms. Jacks, would this be a

24   good place for us to take our afternoon break?

25             MS. JACKS:   That's fine.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

214

```
 1              THE COURT:  We'll be in recess for about
 2   15 minutes.  All rise.
 3              (The jury left the courtroom.)
 4              THE COURT:  I would like to have the
 5   Government prepare a subpoena for Jason Duff (sic)
 6   over at Dona Ana County Detention Center.
 7              THE CLERK:  Duran.
 8              THE COURT:  Jason Duran.  And let's have
 9   him come over and testify as to whether Mr. Perez is
10   taking his insulin or not.
11              MS. ARMIJO:  And Your Honor, if he agrees
12   to come over without a subpoena, is that fine?
13              THE COURT:  That's fine.  Just as long as
14   he comes.  I've had some indication that he needs a
15   subpoena.
16              MS. ARMIJO:  We'll work on it.
17              THE COURT:  So if you'll prepare and get
18   it issued.
19              MR. VILLA:  Your Honor, we would ask that
20   he bring the medication administration records or
21   whatever logs they have in connection with that.
22              THE COURT:  That's fine.  We'll be in
23   recess for about 15 minutes.
24              (The Court stood in recess.)
25              THE COURT:  All right.  We'll go on the
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  record.  Dr. Ehring from the Memorial Hospital is

2  going to call in at 4:45.  So when that occurs,

3  I'll, of course, excuse the jury.

4          (The jury entered the courtroom.)

5          THE COURT:  All right.  I may have to let

6  y'all go back in.  I'm going to take a call here in

7  a few minutes.  But we'll see if we can get some

8  work here this afternoon before this occurs.

9          Mr. Armenta, I'll remind you you're still

10 under oath.

11          Ms. Jacks.

12          MS. JACKS:  We will forge ahead, Your

13 Honor.

14 BY MS. JACKS:

15     Q.   Mr. Armenta, before the break I was asking

16 you about this letter, Government's Exhibit 756.

17 And I'm going to pick up where we left off.

18     A.   Okay.

19     Q.   So I want to move to the third paragraph

20 of the letter that starts with, "Jerry Montoya and I

21 were invited and then entered the room, and were

22 greeted by Timothy Martinez with a paper of the

23 drug, which he gave one each to us."  And then you

24 define what paper is.  "Paper is drugs wrapped in

25 plastic."

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

216

1        A.   Yes.

2        Q.   Okay.  That's true.  Paper is drugs

3   wrapped in plastic; right?

4        A.   Yes.

5        Q.   But is the sentence that precedes it -- is

6   that true?

7        A.   No, ma'am, it's not.

8        Q.   And tell me what the purpose of that lie

9   was, and who came up with it.

10       A.   That was partly Timothy Martinez' and

11  myself.

12       Q.   And what is the purpose of it?  I guess it

13  sort of moves the story forward?

14       A.    For the reason why me and Jerry Montoya

15  went to his room, Javier's room.

16       Q.   And I guess you have to have drugs before

17  you can get into a fight over the syringe; right?

18       A.   Well, in order to use a syringe, yes,

19  you've got to have something.  And most times you

20  have to have something for the person that owns the

21  syringe, which we didn't.

22       Q.   Okay.  Well, now, you're talking, like, in

23  a general prison situation; right?  Like what you're

24  saying is, in prison, if a guy has got a syringe,

25  you bring the drugs and you gave him some of the

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                     Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                      FAX (505) 843-9492
                                                            1-800-669-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

e-mail: info@litsupport.com

217

1   drugs?

2       A.   Yes.

3       Q.   As a courtesy for him letting you use the

4   syringe?

5       A.   Yes, ma'am.

6       Q.   That's prison culture; right?

7       A.   Yeah.

8       Q.   That's how things run in prison?

9       A.   Yes.

10      Q.   But specifically, I'm asking you:  Why was

11  that lie included in this letter?  And I guess what

12  I'm suggesting to you, or what -- in my mind, it

13  seems like you have to have the drugs before you can

14  get into a fight over the syringe; right?

15      A.   Well, no, you don't have to have drugs to

16  get into a fight over a syringe.

17      Q.   So what was the purpose of including that

18  section of the letter?

19      A.   So that way, they would see that me and

20  Mr. Montoya went into the room, and that was the

21  reason why, because we were invited in to receive

22  drugs.

23      Q.   So it covers the -- what you expected the

24  video to show was you guys went into the room;

25  that's an explanation for that?



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        A.   Yes.
 2        Q.   Okay.  So let's move on to the next
 3   sentence after that transaction.  "I asked to then
 4   use the syringe so I could shoot up.  I was
 5   immediately answered with a 'Fuck no' and 'Fuck you'
 6   by Mr. Javier Molina."  Was that the truth?
 7        A.   No.
 8        Q.   So who came up with that lie?
 9        A.   I did.
10        Q.   And what was the purpose of putting that
11   lie in this letter?
12        A.   So that way, it would start the story
13   about me and him had an altercation.
14        Q.   And you wanted to have an altercation,
15   because you wanted to leave it -- or you wanted to
16   at least have some argument that the murder wasn't
17   planned, but that it was spontaneous?
18        A.   Yes, ma'am.
19        Q.   And that it was a fight?
20        A.   Yes.
21        Q.   And that it was a fight that was started
22   by the guy that ended up dead?
23        A.   Yes, ma'am.
24        Q.   The next sentence, "We then began
25   exchanging words, and he very hostilely continued to
```

SANTA FE OFFICE                                                MAIN OFFICE
119 East Marcy, Suite 110                                 201 Third NW, Suite 1630
Santa Fe, NM 87501                                        Albuquerque, NM 87102
(505) 989-4949                                                    (505) 843-9494
FAX (505) 843-9492                                          FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1   disrespect me and threaten the lives of myself and

 2   my precious little daughter is mentally

 3   handicapped."  Okay.  So is that -- was that the

 4   truth?

 5        A.   No.

 6        Q.   And who came up with that lie?

 7        A.   I did.

 8        Q.   You did?

 9        A.   Yes, ma'am.

10        Q.   And what was the purpose or how did that

11   lie fit into this plan?

12        A.   It gave a reason why I acted so rash.

13        Q.   And the reason was that he was hostile and

14   was disrespecting you, and then that escalated into

15   threats; right?

16        A.   Yes.

17        Q.   And you made that up?

18        A.   Yes.

19        Q.   That didn't happen?

20        A.   No.

21        Q.   And you made that up to try to help

22   yourself?

23        A.   Yes.

24        Q.   And it escalated into threats against you;

25   right?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    A.    Yes, ma'am.

2    Q.    And threats against your --

3    A.    Daughter.

4    Q.    -- disabled daughter?

5    A.    Yes.

6    Q.    And I think you told us you decided to put

7    the disabled daughter thing in there; right?

8    A.    Yes.

9    Q.    To give it some credibility, and to make

10   it -- that you thought maybe other people could come

11   and say, "Yes, Molina was always talking about

12   Armenta's disabled daughter"?

13   A.    Not to my daughter specifically, just Down

14   Syndrome and handicapped, retarded children in

15   general.

16   Q.    So that was something he regularly did,

17   and you thought you'd have witnesses that could

18   corroborate that part of the story?

19   A.    Yes, ma'am.

20   Q.    And I'm not sure if you meant to write --

21   the way that it's written, the way that that

22   sentence is written, it says, "and threaten the

23   lives of myself and my precious little daughter is

24   mentally handicapped."  Did you mean that sentence

25   to communicate that he threatened your life and the



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1   life of your mentally disabled daughter?

2       A.   Not like her life physically, but he was

3   just talking about her bad, in a bad way.

4       Q.   The next sentence, "We then got into a

5   physical altercation which Jerry Montoya did not

6   know what was going to happen."  Okay, was that the

7   truth?

8       A.   No.

9       Q.   And who came up with that lie?

10      A.   I did.

11      Q.   And can you tell me the purpose of that

12  lie?

13      A.   So that Mr. Jerry Montoya, when it was

14  time for him to be in court, he would not look

15  guilty.  He didn't know anything about what was

16  going on.

17      Q.   It was to try to negate the idea that you

18  guys had planned to stab Molina prior to entering

19  the room?

20      A.   Yes.

21      Q.   So it was meant to communicate that I,

22  meaning you, acted rashly, acted out of anger, and

23  Montoya didn't know what was up?

24      A.   Yes.

25      Q.   "I didn't even know it was going to

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    happen."  That's the next sentence.  Was that the

2    truth?

3         A.    No.

4         Q.    And who came up with that lie?

5         A.    I did.

6         Q.    And tell me the purpose of that lie.

7         A.    Because I didn't go in there with

8    intentions to hurt Mr. Molina.  It just was a

9    spontaneous reaction.  And I didn't even know what

10   was going to come of what happened in the room.

11        Q.    So that goes back to the idea that this

12   letter is intended to help you as well as Mr.

13   Rodriguez, Mr. Montoya, and Mr. Martinez?

14        A.    It's intended to help all parties.

15        Q.    "I acted clearly out of instinct for I

16   felt that it or my life was in clear and present

17   danger."  That's the next sentence.  So was that the

18   truth?

19        A.    No.

20        Q.    Who came up with that lie?

21        A.    I did.

22        Q.    And what was the purpose of that lie?

23        A.    So that I had a reason to react, that was

24   my reason to react the way I did.

25        Q.    And that would hopefully work to your

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                  201 Third NW, Suite 1630
Santa Fe, NM 87501                                         Albuquerque, NM 87102
(505) 989-4949                                                    (505) 843-9494
FAX (505) 843-9492                                            FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1  benefit, in helping you get some reduced crime

2  rather than murder?

3      A.  Yes.

4      Q.  Now, the next paragraph, first sentence,

5  you say, "During this incident, Jerry Montoya did

6  not attack Mr. Javier Molina, or was he ever in

7  possession of a shank."  Is that the truth?

8      A.  No, it's not.

9      Q.  And so who came up with that lie?

10     A.  I did.

11     Q.  Okay.  Did you discuss it with Jerry

12  Montoya?

13     A.  Yes.

14     Q.  Did you discuss it with Mario Rodriguez?

15     A.  No.

16     Q.  Did you discuss it with Timothy Martinez?

17     A.  Yes.

18     Q.  So it was you, with help from Timothy

19  Martinez and Jerry Montoya?

20     A.  Yes.

21     Q.  And what was the purpose of that lie?

22     A.  The purpose of that lie was so that the

23  judge or the Court would believe that Mr. Montoya

24  didn't have anything on him.

25     Q.  So that it would imply, I guess, that the

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    only person that stabbed Mr. Molina was you?

2        A.    Yes.

3        Q.    And Jerry Montoya didn't even have a

4    weapon?

5        A.    Yes.

6        Q.    Okay.  The next sentence, "The incident in

7    the room was between myself and the deceased"?

8        A.    That was my lie.

9        Q.    And what was the purpose of that?

10       A.    I guess there is a word missing, but yeah,

11   I wrote that because the incident that did happen in

12   the room was between me and Mr. Molina, not anyone

13   else.

14       Q.    And that lie is meant to try to get

15   everybody else out of it?

16       A.    Yes.

17       Q.    Mr. Rodriguez, Mr. Martinez, and Mr.

18   Montoya?

19       A.    Yes.

20       Q.    And did you discuss that sentence with all

21   of the people that -- did you discuss that sentence

22   with Mr. Rodriguez, Mr. Martinez, and Mr. Montoya?

23       A.    I didn't discuss none of this letter with

24   Mr. Rodriguez.  The only conversation that we had

25   was when he told me that I needed to take the blame

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   for getting him charged.

2        Q.   Okay.  So that's the only input he really

3   had?

4        A.   Yes.

5        Q.   And then the details of what went into

6   this letter were cooked up between you, Mr. Montoya,

7   and Mr. Martinez?

8        A.   Yes.

9        Q.   Okay.  Before you gave the letter to Mr.

10  Montoya to give to his lawyer, did you let Mr.

11  Rodriguez review it?

12       A.   No.

13       Q.   Did you tell him what you had put in it,

14  that you put a sentence in there that said "The

15  incident in the room was between myself and the

16  deceased"?

17       A.   Yeah, I gave him a little rundown of a few

18  of the sentences that I said, what it said,

19  generally what it was.

20       Q.   And the next sentence is along those same

21  lines:  "Jerry Montoya nor anyone else have any

22  involvement with the incident that happened in room

23  105, B pod, on the day of March 7, 2014."

24       A.   Yes, ma'am.

25       Q.   Just communicating the same thing?

SANTA FE OFFICE                                                                MAIN OFFICE
119 East Marcy, Suite 110                                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                                       Albuquerque, NM 87102
(505) 989-4949                                                                       (505) 843-9494
FAX (505) 843-9492                                                         FAX (505) 843-9492
                                                                                  1-800-669-9492
                                                                   e-mail: info@litsupport.com



BEAN
& ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

226

1        A.    Yes, ma'am.

2        Q.    But specifically naming Jerry Montoya?

3        A.    Yes, because he was the only other charged

4   at the time.

5        Q.    So is it fair to say that this letter is a

6   collaboration between you, Timothy Martinez, and

7   Jerry Montoya?

8        A.    Yes.

9        Q.    A collaborative effort?

10       A.    Yes.

11       Q.    And I think you said it took months to

12   come up with this?

13       A.    Yes.

14       Q.    So it was something that you worked on for

15   a long period of time?

16       A.    We discussed it a few times.

17       Q.    And something that you thought about quite

18   a bit before you actually decided what to write?

19       A.    Yes.

20            MR. JEWKES:  Your Honor, may we please ask

21   the witness to speak up?

22            THE COURT:  If you'll just try to be a

23   little louder, Mr. Armenta.

24            THE WITNESS:  Okay.  Sorry about that.

25



SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                     Albuquerque, NM 87102
(505) 989-4949                                                  (505) 843-9494
FAX (505) 843-9492                                         FAX (505) 843-9492
                                                              1-800-669-9492
                                              e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1  BY MS. JACKS:
 2      Q.   Now, then, we had the very last paragraph,
 3  and this is where you say that, "I swear that this
 4  written statement is true and honest to the written
 5  facts to the best of my knowledge."
 6           Let me just stop there.  Was that the
 7  truth?
 8      A.   No.
 9      Q.   Who came up with that lie?
10      A.   I put up the whole paragraph.  That's
11  mine.
12      Q.   And why did you put that in there?
13      A.   So that way it would be believable.
14      Q.   So that if somebody read this, and they
15  see that --
16           THE COURT:  Ms. Jacks, I need to take this
17  call.  So --
18           MS. JACKS:  Fine.
19           THE COURT:  We'll be in recess for a few
20  minutes.  All rise.
21           (The jury left the courtroom.)
22           THE COURT:  All right.  Be seated.
23           MR. VILLA:  Your Honor, could we ask that
24  the witness be excused for this?
25           THE COURT:  Yes.  Why don't you take the
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  witness out as well?

2          (Testimony of another witness occurs.)

3          THE COURT:  All right.  Everyone be

4  seated.

5          All right.  Mr. Armenta, I'll remind you

6  you're still under oath.

7          Ms. Jacks, if you wish to continue your

8  cross-examination of Mr. Armenta, you may do so at

9  this time.

10         MS. JACKS:  Thank you.  I will.

11                  CROSS-EXAMINATION

12 BY MS. JACKS:

13    Q.   Mr. Armenta, before we were interrupted,

14 we were talking about the last paragraph of this

15 letter which is Government's Exhibit 756.  So I want

16 to -- I guess we were at the point where I was

17 asking you, I think, about what was the purpose of

18 putting in there that you're swearing that "the

19 statement is true and honest to the best of my

20 knowledge," when that was actually false?

21    A.   So that way it would be believable.

22    Q.   So I think where I was going before the

23 recess was that you're thinking about how somebody

24 else might react to this letter?

25    A.   Yes.

SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                  Albuquerque, NM 87102
(505) 989-4949                                                              (505) 843-9494
FAX (505) 843-9492                                                 FAX (505) 843-9492
                                                                          1-800-669-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

e-mail: info@litsupport.com

 1    Q.   And you're thinking that if you put in

 2   there that "it's true and honest to the best of my

 3   knowledge," that that sounds like something that

 4   you're almost attesting to under oath; right?

 5    A.   Yes.

 6    Q.   And so you're trying to give the reader, I

 7   guess, a false sense of comfort that the statement

 8   is actually true?

 9    A.   Yes.  I'm trying to make it look as pretty

10   as I can.

11    Q.   The next part of that paragraph -- oh, I

12   didn't read that whole sentence.  So "I swear that

13   this written statement is true and honest to the

14   written facts to the best of my knowledge and

15   recollection of the actions on that day."

16         So the discussion we just had applies to

17   that whole sentence; right?

18    A.   Yes, ma'am.

19    Q.   And then you put, "I will swear to this

20   written statement in open court and under oath."

21    A.   Yes, ma'am.

22    Q.   And basically -- well, were you prepared

23   to swear to the contents of this statement in court

24   and under oath?

25    A.   I was.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1       Q.   And you understand that the oath you take

 2  when you're sitting on the witness stand is an oath

 3  to tell the truth?

 4       A.   Yes, ma'am.

 5       Q.   Punishable by penalty of perjury?

 6       A.   Yes, ma'am.

 7       Q.   So you included this in the letter even

 8  though the letter was full of lies; right?

 9       A.   Yes.

10       Q.   And you included it -- why did you include

11  that particular sentence, that you would swear to it

12  in court?

13       A.   So that they would believe me and I could

14  get Jerry Montoya off, and I would take the blame

15  and I'd get the full blame or whatever.

16       Q.   And you'd get a lesser charge?

17       A.   Well, if that's what it came down to,

18  yeah.

19       Q.   And Mr. Rodriguez and Mr. Montoya and Mr.

20  Martinez would all go home?

21       A.   Yes.

22       Q.   Now, with respect to that -- swearing,

23  that whole paragraph about swearing that it's true

24  and honest and saying that you would take an oath to

25  tell the truth and recite this litany of lies, whose

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   idea was it to put that in the letter?

2       A.   Mine.  I wrote it.

3       Q.   It was your --

4       A.   I wrote the letter.  Most of what's on the

5   letter was written by me.

6       Q.   It's all in your handwriting; right?

7       A.   Yes.

8       Q.   But you collaborated with other people --

9       A.   Yes.

10      Q.   -- in terms of the content of the letter?

11      A.   Yes.

12      Q.   And so what I'm asking is, I guess, who

13  did you talk with about -- with regard to making

14  this sort of attestation that this is true and

15  saying, "I'll take an oath to tell the truth and

16  repeat this in court"?

17      A.   Nobody.  I just put that.

18      Q.   So you didn't discuss that aspect of the

19  letter with Mr. Montoya or Mr. Rodriguez or Mr.

20  Martinez?

21      A.   No.

22      Q.   Once this letter was done, once you wrote

23  it, you gave to it Mr. Montoya?

24      A.   Yes, ma'am.

25      Q.   And at some point, did the letter have its

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   intended effect?  Did you find out that Mr.

2   Montoya's lawyer wanted to speak with you?

3        A.   Yes.  A few months later, I was told that

4   his attorney was putting some kind of motion in the

5   court to have me transported to Dona Ana County

6   Detention Center so I could be interviewed by his

7   attorney.

8        Q.   And that would be to be interviewed and

9   then potentially to testify to these false facts in

10  a trial?

11       A.   Yes.

12       Q.   So I want to move on.  Because at some

13  point after you sent this letter, you came up

14  with -- or your intent changed, right, and you came

15  up with a different story?

16       A.   I came up with the truth, yes.

17       Q.   Well, what you say is the truth; right?

18            MR. CASTELLANO:  Objection, Your Honor.

19  Argumentative.

20            THE COURT:  Don't argue with the witness.

21  Just ask questions.

22  BY MS. JACKS:

23       Q.   Mr. Armenta, you said that Government's

24  Exhibit 756 was the truth?

25       A.   Yeah.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1       Q.   And you said that you would come to court
 2  and take an oath to tell the truth, and sit in a
 3  witness stand, like you're sitting in now, and say
 4  that's the truth; right?
 5       A.   Yes, ma'am.
 6       Q.   And yet you just told us this Exhibit 756
 7  is full of lies?
 8       A.   I was just trying to be an honorable
 9  brother of the SNM, and trying to get them off.
10  That's why I --
11       Q.   The bottom line is that you very -- in
12  this particular letter that you wrote, that's full
13  of lies, you had no problem saying it was true;
14  right?
15       A.   Yes.
16       Q.   And you had no problem saying, "I'll come
17  to court and say that"?
18       A.   Right.
19       Q.   And it wasn't just your lies; it was lies
20  that you worked on and thought about and discussed
21  with other people?
22       A.   Yes, ma'am.
23       Q.   I want to show you what's been marked
24  Exhibit 757.  And this is the next letter.  This is
25  the letter that you wrote sometime between the
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    letter we just saw and the time that you debriefed

2    with the United States Attorney's Office?

3         A.   Yes.

4         Q.   Do you know approximately when you wrote

5    this letter?

6         A.   Well, it would have to be after September

7    1st, when I was interviewed by Mr. Montoya's

8    attorney.

9         Q.   And this was a letter to Jerry Montoya to

10   tell him that there was a change of plans; is that

11   right?

12        A.   Yes.

13        Q.   Can you read that letter on the screen?

14   Or do you want me to bring it up?

15        A.   I can read it.

16        Q.   Will you read it out loud, please?  And

17   I'll turn the page when you get to the bottom.

18        A.   "Jerry, Number 1 stunna.  By the time you

19   receive this letter, you will already know what I

20   did.  I love you, bro, on the real.  But I had to

21   tell the truth about how it all went down, from you

22   putting up your hands when Blue handed you your

23   piece, to the threats on your life and when I told

24   you try not to kill him."

25        Q.   Can I stop you right there?  Because I

SANTA FE OFFICE                                                      MAIN OFFICE
119 East Marcy, Suite 110                                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                                Albuquerque, NM 87102
(505) 989-4949                                                          (505) 843-9494
FAX (505) 843-9492                                                 FAX (505) 843-9492
                                                                      1-800-669-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE
                                                         e-mail: info@litsupport.com

235

1  have a question.  So in writing this letter, are you

2  trying to communicate something to Mr. Montoya about

3  what you told the DA?

4       A.   No.

5       Q.   Are you trying to communicate something to

6  him about what you told the U.S. Attorney or other

7  law enforcement?

8       A.   No, ma'am.

9       Q.   Is there a reason why you -- why the "I

10 told you" is underlined, when you say, "I told you

11 try not to kill him, just stab him in places where

12 it won't hit anything vital to sustain life."  Is

13 there a reason "I told you" is underlined?

14      A.   No, not to my knowledge.  I do that a lot

15 in my letters.

16      Q.   Well, why do people underline things in

17 writings?

18      A.   Mostly to, like, make a point to the

19 person to see it.

20      Q.   Right, to sort of highlight that

21 particular thing.

22      A.   Yes.

23      Q.   And the intended recipient of this letter

24 was Jerry Montoya; right?

25      A.   Yes, ma'am.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   So did you underline the "I told you" to
 2   highlight that to him and make sure that he focused
 3   on what it is that you're saying you told him?
 4        A.   I did it so he can remember.
 5        Q.   So that he could remember and say you told
 6   him that; right?
 7        A.   Yes.
 8        Q.   Because the purpose of this letter is
 9   trying to say, you know, maybe you should sign up to
10   be a Government witness, too; right?
11        A.   Possibly.  I wanted him to get out of it.
12        Q.   Right.  And you wanted to communicate to
13   him in some -- and you weren't in a position where
14   you could talk with him or meet with him on the
15   yard; right?
16        A.   I was in a different facility.
17        Q.   You were separated.  So you wanted to
18   communicate to him or give him some information
19   about what it was that you were then telling law
20   enforcement; right?
21        A.   I just told him what I was planning on
22   doing.
23        Q.   Okay.  Did you also -- just before that, I
24   think you said, "I told" -- let me just go back.
25   "But I had to tell the truth about how it all went
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                      201 Third NW, Suite 1630
Santa Fe, NM 87501                                             Albuquerque, NM 87102
(505) 989-4949                                                         (505) 843-9494
FAX (505) 843-9492                                               FAX (505) 843-9492
                                                                  1-800-669-9492
                                                           e-mail: info@litsupport.com



1    down.  From you picking up your hands when Blue

2    handed you your piece, to the threats of your life

3    and mine"?

4        A.   Yes.

5        Q.   Was that sentence intended to communicate

6    to Mr. Montoya that in your story that you were now

7    telling law enforcement, you claimed that he picked

8    up his hands and tried not to accept the shank from

9    Blue prior to the Molina stabbing?

10       A.   It wasn't about him accepting anything.

11   He thought that Mario Rodriguez was going in there

12   to stab him.

13       Q.   But in this letter, are you trying to tell

14   Mr. Montoya --

15       A.   No, I'm --

16       Q.   -- that you're telling that fact to law

17   enforcement?

18       A.   Yeah, from the beginning, all the way to

19   the end, so that he knows everything that I said.

20       Q.   Right.  So that is the point of this

21   letter, to work in everything that you said so that

22   he knows what the story is?

23       A.   No, that way, he knows that I said

24   everything from the beginning to the end of what

25   happened that day, on March 7.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1     Q.   I'm going to have you pick up from where

2  we just ended.  Why don't you start with the "I told

3  you," start with the underlined portion?

4     A.   "I told you try not to kill him.  Just

5  stab him in places where it won't hit anything vital

6  to sustain life, all the way till our doors closed."

7     Q.   May I stop you there, and ask you what

8  that means?

9     A.   "All the way till our doors closed," till

10  the end of everything that happened that day.  From

11  the beginning to the end, like I said.

12     Q.   So you can continue after "closed."

13     A.   "Look, man, call me a pussy, a rat, a

14  punk.  I don't give a fuck.  I'm not going to let

15  these sorry fucks define me and my next 15 to 20

16  years.  I am a dad first, and that means more to me

17  than this fake ass onda.  If you want, stay there,

18  by all means, do what you do.  But I know you.  You

19  want to make things better with you and your

20  daughter, Terri, your grandma, and mom."

21     Q.   Let me just stop you right there.  When

22  you refer to your daughter, Terri, grandma, and mom,

23  are those people that Jerry Montoya talked to you

24  about?

25     A.   Yeah.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.    Members of his family?

 2        A.    Yes, ma'am.

 3        Q.    And so what you're telling him is that

 4   you're doing what you're doing so that you can go

 5   back to being a dad; right?

 6        A.    Yes, ma'am.

 7        Q.    And so that he ought to think about

 8   getting back to his family, too?

 9        A.    Yeah, to do the right thing, to go home.

10        Q.    And that was your state of mind when you

11   wrote this letter that, if you said what the

12   Government -- if you said what the Government wanted

13   you to say, if you said that this was an SNM hit,

14   that you would go home, and that maybe Jerry would

15   go home?

16        A.    The Government didn't tell me what to say.

17   This is what the truth is, what I told them.

18        Q.    In this letter you're thinking that, if

19   you are -- if you don't work with law enforcement,

20   you're going to be facing 15 to 20 years?

21        A.    Well, yeah, obviously, if you don't do the

22   right thing, you're going to go down with them .

23        Q.    Well, a murder carries a life sentence,

24   doesn't it?

25        A.    Yeah.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1        Q.    So I'm just wondering why, at the time you

2   wrote this letter, were you thinking that that was

3   sort of what your exposure was, 15 to 20 years?

4        A.    I just put it, 15 to 20 years.  They're

5   not going to control my next 15 to 20 years.

6        Q.    So what you thought was that by becoming a

7   witness for the Government, you would get something

8   less than 15 to 20 years?

9        A.    No.

10        Q.    Oh, you never thought that?

11        A.    No.

12        Q.    I'm just not understanding the

13   decision-making process.  If you're going to get 15

14   to 20 years if you don't do anything, and just take

15   what's coming, and you're going to get 15 to 20

16   years if you're a Government witness, how do you

17   choose to become a Government witness?

18        A.    I knew I was going to get some time.  I

19   know I'm still going to get some time.  I'm not

20   going to get a life sentence.

21        Q.    I'm not -- well, that's really up to Judge

22   Browning; right?

23        A.    Right.

24        Q.    I mean, that's what you told us earlier

25   today?

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                                  (505) 843-9494
FAX (505) 843-9492                                    FAX (505) 843-9492
                                                              1-800-669-9492
                                                e-mail: info@litsupport.com



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        A.    Yes, ma'am.
 2        Q.    So Judge Browning very easily could give
 3   you a life sentence?
 4        A.    Yes.
 5        Q.    But my point is, I guess, I'm asking --
 6   I'm not asking what your current state of mind is.
 7   I'm asking what your state of mind is at the time
 8   you wrote this letter.
 9        A.    I don't know.  I was just trying to get
10   him to do the right thing.
11        Q.    But in terms of the punishment, you
12   thought if you didn't become a Government witness,
13   you were looking at 15 to 20 years.  So you must
14   have thought that you were going to get less than
15   that if you worked with the Government.
16        A.    No.  I said that probably, more likely,
17   because I already just spoke to his attorney.  And
18   Mr. Dougherty was there.  And I was expecting --
19   hoping that I would get a deal.
20        Q.    That's what I was asking.  And so what was
21   the deal that you were hoping to get?
22        A.    Anything better than life.
23        Q.    At that point, after the meeting with
24   Mr. Dougherty, you ended up with a reduced charge of
25   involuntary manslaughter, right, as part of the plea
```



SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                            201 Third NW, Suite 1630
Santa Fe, NM 87501                                   Albuquerque, NM 87102
(505) 989-4949                                               (505) 843-9494
FAX (505) 843-9492                                      FAX (505) 843-9492
                                                            1-800-669-9492
BEAN & ASSOCIATES, Inc.                         e-mail: info@litsupport.com
PROFESSIONAL COURT
REPORTING SERVICE

```
 1  bargain?

 2       A.    Yeah, about three months later.

 3       Q.    And a sentence of 18 months in prison?

 4       A.    Yes.

 5       Q.    A year and a half?

 6       A.    Yes, ma'am.

 7       Q.    Less than what you did for your two counts

 8  of contributing to the delinquency of a minor?

 9       A.    Yes, ma'am.

10       Q.    All right.  Let's keep going.  So we are

11  just after Terri, grandma, and mom.

12       A.    "Is this more important to you than them?

13  They got us sick with the story we said or not we

14  were doing.  That's why I had to make a move."

15       Q.    Let me stop you there.  So what does it

16  mean you said "they got us sick with the story we

17  said"?

18       A.    That they knew we were lying.

19       Q.    And are you referring to the story that

20  was in the letter that we were looking at before,

21  Exhibit 756?

22       A.    Yes, ma'am.

23       Q.    And "got us sick" means --

24       A.    They got us.

25       Q.    They really got us, like got us?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

243

```
1         A.   They got us.  It's over.  They got us.
2    It's over.  It's done.
3         Q.   And then what was the other thing that you
4    said?  Oh, "they got us sick with the story we said
5    or not.  We're done.  That's why I had to make a
6    move."
7         A.   Yes.
8         Q.   And is that communicating to Mr. Montoya:
9    I'm having to change things up because we got busted
10   with the story we told?
11        A.   I just -- that's my intention, was to tell
12   them that the truth needs to come out, because the
13   lie is not going to get us anywhere.
14        Q.   Okay.  Let's keep going starting with
15   "Red."
16        A.   "Red's on the level tambien.  Fuck it,
17   dude.  It's my life, not the onda's."
18        Q.   Let me stop you right there.  What does
19   that mean when you said "Red"?
20        A.   "Red is on the level."  That means that he
21   had made a statement prior to my own.
22        Q.   Okay.  So in this part of the letter
23   you're telling Jerry Montoya that Timothy Martinez
24   has made some sort of statement?
25        A.   Yes.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

244

```
 1      Q.   And are you implying -- or is it meant to
 2  imply that he made some sort of statement that's
 3  incriminating against Jerry Montoya?
 4      A.   Yes, against me, Montoya, and the story
 5  that we fabricated.
 6      Q.   Okay.  And how did you find -- at the time
 7  of this letter, how did you find out that Timothy
 8  Martinez had made a statement?
 9      A.   Because by that time, I had gotten my
10  discovery from my attorney.
11      Q.   And you knew that Timothy Martinez was
12  saying things about you and Jerry?
13      A.   Yes.
14      Q.   Jerry Montoya?
15      A.   Yes, ma'am.
16           THE COURT:  Ms. Jacks, would this be a
17  good place for us to call it a week?
18           MS. JACKS:  That would be nice.
19           THE COURT:  Let me give you these
20  instructions.  I refrained doing it this week, but
21  before we take our weekend break, I want to remind
22  you of a few things that are especially important.
23           Until the trial is completed, you're not
24  to discuss the case with anyone, whether it's
25  members of trial, people involved in the trial, or
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

**BEAN & ASSOCIATES, Inc.**
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
**1-800-669-9492**
e-mail: info@litsupport.com

1   anyone else, and that includes your fellow jurors.

2   If anyone approaches and tries to discuss the trial

3   with you, please let me know immediately.

4           Don't read or listen to any news reports

5   of the trial.  Again, don't go home and get on the

6   internet for purposes of this case in any way.

7           And finally, remember that you must not

8   talk about anything with any person who is involved

9   in the trial, even if it doesn't have anything to do

10  with the trial.

11          If you need to speak with me, give a note

12  to one of the Court Security Officers, Ms.

13  Standridge.  I've kept my promise not to repeat

14  these all the time, but do keep them in mind every

15  time we take a break.

16          I know a lot of you are traveling.  I'm

17  going to do a little bit of it myself.  Wednesday

18  was a big day in my family.  My dad turned 84, but

19  my son was defending his dissertation, and I'm proud

20  to report that he defended it successfully.  So I'm

21  going to go back to Albuquerque and fly to New York

22  and buy him a steak.  He always goes to the most

23  expensive restaurants.  So if I'm broke on Monday,

24  y'all may have to help me out.

25          But y'all have a safe trip.  The weather



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1  looks good for me, so I expect it for you, as well.

2  Y'all have a good weekend and get some rest.  Thank

3  you very much.  All rise.

4            (The jury left the courtroom.)

5            THE COURT:  If y'all will hang around just

6  a second.  There should be a clean set of jury

7  instructions.  I'm taking one with me this weekend.

8  I'm getting close to having a set that I now need to

9  integrate the RICO stuff, the VICAR stuff, so I'm

10  working on that.  We're getting there.  And if

11  you'll just wait a second, I'll make sure that my

12  clerk, Ms. Standridge, gets those to you so you're

13  not delayed.

14            MS. DUNCAN:  Your Honor, would you

15  admonish the witness, please?

16            THE COURT:  Yes.  Mr. Armenta, you're on

17  the stand, so don't talk to anybody about your

18  testimony.  Okay?  Don't talk to any other people in

19  transport or in the detention facility or anything

20  like that.

21            THE WITNESS:  Yes, sir.

22            THE COURT:  All right.  Have a good

23  weekend.

24            MR. CASTELLANO:  Your Honor, while we're

25  waiting, it appears as if the defense has the

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                 Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 843-9492                                                 FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE
                                                                   1-800-669-9492
                                                                   e-mail: info@litsupport.com

1   forensic results back from the tablets.  And if so,

2   we're asking for disclosure.  Those were supposed to

3   be disclosed once the forensic analysis was done.

4           THE COURT:  Any problem with that?

5           MR. LOWRY:  That's fine.

6           THE COURT:  All right.  Mr. Lowry says

7   that will be fine, so he'll get that to you.

8           All right.  Y'all have a good weekend.

9   Get  some rest.  I'm going to go check on these jury

10  instructions.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1                    Monday, February 12, 2018
 2              THE COURT:  All right.  Mr. Armenta, I'll
 3    remind you that you're still under oath.
 4              THE WITNESS:  Okay.
 5              THE COURT:  Ms. Jacks, if you wish to
 6    continue your cross-examination, you may do so.
 7              MS. JACKS:  I do.
 8              THE COURT:  Ms. Jacks.  You're sounding
 9    better today.
10              MS. JACKS:  I'm much better.
11              THE COURT:  You sound better.  I'm glad
12    you're better.
13              Ms. Jacks.
14                    JERRY RAY ARMENTA,
15         after having been previously duly sworn under
16         oath, was questioned, and continued testifying
17         as follows:
18                    CONTINUED CROSS-EXAMINATION
19    BY MS. JACKS:
20         Q.   All right.  Mr. Armenta, I want to pick up
21    where we left off, so hopefully my notes are good
22    enough so I can remember where we were.  And I think
23    when we stopped on Friday, we were talking about
24    this letter, Exhibit 757, which was the letter that
25    you wrote to Mr. Montoya that never actually made it
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1  to him.
 2       A.   Yes.
 3       Q.   And you recall this letter; right?
 4       A.   Yes, ma'am.
 5       Q.   And I think when we stopped on Friday, we
 6  were almost all the way through with the first page.
 7  You were talking about this section right here about
 8  Red?
 9       A.   Yes.
10       Q.   Do you remember that?
11       A.   Yes, ma'am.
12       Q.   And you told us that what you were
13  communicating and what you were intending to
14  communicate to Mr. Montoya with respect to Red was
15  that you were telling him that Red was a Government
16  witness?
17       A.   Yeah.
18       Q.   And that Red was providing some sort of
19  information against you and against Mr. Montoya to
20  the Government?
21       A.   He had made a statement, yeah.
22       Q.   I want to go on.  So let's pick up on, I
23  think, where we're starting or where we're going to
24  pick up now and you were reading this, starting
25  with, "Fuck it, dude."  So let's keep going.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      A.    From "Fuck it, dude"?

2      Q.    Yeah.

3      A.    "Fuck it, dude.  It's my life, not the

4   onda's.  So with respect, I love you and I wish you

5   the best in your decisions you make, and bless and

6   yours.  Oh, and Cheryl Ann passed away in

7   complications in surgery."

8      Q.    Let me just stop you there.  Okay?

9   Because last week I think you testified that this

10  was a mistake; that you didn't mean to say this

11  about Cheryl Ann.

12     A.    No, I said it, but I missed a word there,

13  misplaced a word there.

14     Q.    The word being what, Cheryl Ann had not

15  passed away?

16     A.    Almost.

17     Q.    She almost passed away.

18     A.    Cheryl Ann almost passed away.

19     Q.    Are you talking about Cheryl Ann, your

20  daughter, or Cheryl Ann, your wife?

21     A.    My daughter.

22     Q.    Let's keep going with that.  So you're

23  saying you missed a word in that sentence.

24     A.    Yes, ma'am.

25     Q.    Let's keep on reading about what else you

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492                                            FAX (505) 843-9492
                                                              1-800-669-9492
                                                        e-mail: info@litsupport.com



1    said about Cheryl Ann.

2         A.   "If you hate me, fine, but my hita is gone

3    forever."

4         Q.   Let me stop through.  What is a hita?

5         A.   My daughter in Spanish.

6         Q.   So here you're talking about your daughter

7    being dead; right?

8         A.   Yeah.

9         Q.   That's no mistake, is it?

10        A.   No, I guess not.

11        Q.   Let's keep going.

12        A.   "And if it weren't for the amor of this

13   onda, I would have had some time with her.

14        Q.   Okay.  That again references the fact that

15   you're trying to tell Mr. Montoya that your daughter

16   is dead?

17        A.   Yeah.

18        Q.   And is it your testimony that that's a

19   mistake, too?

20        A.   That's a mistake, because she was actually

21   in a coma.  My mom had told me that she was in a

22   coma, and she was pretty close to death.

23        Q.   Were you trying to tell Mr. Montoya that

24   your daughter died so that he would have some sort

25   of sympathy for you?



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      A.   No.  I was letting him know what was going

2  on, because I let him know about everything that was

3  going on with my family.

4      Q.   Well, you lied to him, didn't you, in this

5  letter?

6      A.   About what?

7      Q.   About your daughter being dead.

8      A.   It was a mistake.  I said she almost

9  passed away.

10      Q.   Well, it's a mistake that you made three

11  or four times in writing the letter, isn't it?

12      A.   Yeah.

13      Q.   And you're sticking by that testimony

14  under oath that that's a mistake?

15      A.   It was a mistake.

16      Q.   Let's read the rest of the letter.

17      A.   "Think about what's more important to you,

18  dog.  I love you, man.  My family means more to me.

19  There is no future for the onda.  Save yourself,

20  dude, for real.  Jerry Armenta."

21      Q.   And how did you sign it?

22      A.   Jerry Ray Armenta.

23      Q.   What's your Stunna man?

24      A.   It's a little word he used to call me

25  because of the music we listened to.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   And then -- well, let me just go back for

2  a second.   You talked about your "family means more

3  to me.   There is no future for the onda," meaning

4  your family means more to you; there is no future

5  for the gang?

6    A.   There is no future for me in the gang.

7    Q.   Well, there is no future for you and your

8  family; right?

9    A.   Well, that's to be determined.

10    Q.   Well, we discussed that last week.

11    A.   That's to be determined.

12    Q.   Why would you be misrepresenting the

13  situation with your daughter and your family to Mr.

14  Montoya in this letter?

15    A.   To let him know I've had enough of what is

16  going on in the onda, and that I'm not going to let

17  the onda come first in front of my family anymore.

18    Q.   Did you think if you told him those

19  things, that he would then back your story that

20  you're communicating to him in this letter?

21    A.   No, I just told him that I had enough,

22  that this almost happened to my daughter.   Then for

23  this onda I almost missed out on her life.   I still

24  am, but she's still alive, though, now.

25    Q.   Well, you missed out on her life --

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1       A.   A lot.
 2       Q.   -- not because of the gang, but because of
 3  your conduct with your stepdaughter; right?
 4       A.   No.
 5       Q.   How did you -- what are the two little
 6  things at the end of the letter?
 7       A.   "Am I going to go down for some bullshit?
 8  Nope."
 9       Q.   What does that refer to?  The murder of
10  Javier Molina?
11       A.   Yes, and the onda.
12       Q.   So you think that's bullshit?
13       A.   Yeah, because it is bullshit, what
14  happened.
15       Q.   And then?
16       A.   And then, "Am I gonna get it right, home
17  with the fam?  Yup."
18       Q.   So again, talking about how you're going
19  to get out of prison or get out of jail and end up
20  back with your family?
21       A.   Yep.
22       Q.   Your family that includes the
23  14-year-old --
24       A.   No.
25       Q.   -- that you sexually abused?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1      A.   No.  That family, that part, is already
2  done and over with.
3      Q.   Now, I think, if I heard you right on
4  Friday, when the Government was asking you
5  questions, you said that this letter, this Exhibit
6  757 -- I'm just going to put it back up so it's
7  clear what we're talking about -- was a letter that
8  was the result of your communication with somebody
9  who really cared.  Do you recall that testimony?
10     A.   Somebody who really cared.
11     Q.   Right.  At the time that you wrote this
12 letter -- this was sometime in the spring of 2015?
13     A.   No, this was in September of 2015.
14     Q.   At the time that you wrote this letter,
15 prior to writing this letter, had someone approached
16 you and talked to you about getting back to your
17 family?
18     A.   That would be in the winter of 2015,
19 February.
20     Q.   And who was that?
21     A.   Eric Duran.
22     Q.   Oh, and where was it?  Eric Duran is a
23 Government witness; right?
24     A.   Yes, ma'am.
25     Q.   And where was it that you encountered Eric

SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                              Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1   Duran?

2        A.   It was in 3-A, unit 3-A, R pod in Santa Fe

3   at the North facility.

4        Q.   Okay.  So at PNM North, unit 3-A, R pod?

5        A.   Yes, ma'am.  Yes.

6        Q.   He was an inmate that was housed near you?

7        A.   We were neighbors.

8        Q.   And what was it -- well, I think when

9   we -- when you testified on Friday, you made some

10  comment that you spoke with Duran for a couple of

11  weeks.  Is that accurate?

12       A.   We talked every day.  We talked end on end

13  for months, every day.

14       Q.   And during those conversations -- the

15  results of your conversations with Duran is you

16  asked him to set up a meeting with you and the

17  Security Threat Intelligence Unit?

18       A.   No, I did not ask him anything like that.

19       Q.   Okay.  Well, was there a meeting that you

20  requested with the Security Threat Intelligence

21  Unit?

22       A.   He told me that he could send me in the

23  right direction to talk to some people.  And yes,

24  there was a little two-, three-minute questions that

25  they asked know see if I was real about talking to



SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                 Albuquerque, NM 87102
(505) 989-4949                                             (505) 843-9494
FAX (505) 843-9492                                    FAX (505) 843-9492
                                                          1-800-669-9492
PROFESSIONAL COURT                      e-mail: info@litsupport.com
REPORTING SERVICE

1  the State Police and the district attorney, and I

2  said yes.  And the officers.

3      Q.    Answer the question, Mr. Armenta.  On

4  Friday I thought that you said that after you spoke

5  with Duran for this period of weeks, that Duran made

6  a phone call?

7      A.    Well, he made a phone call or however he

8  contacted them to let them know that, yes, I was

9  ready to go speak.

10      Q.    Okay.  Did Duran have a phone in his cell

11  at PNM North?

12      A.    He had a direct phone number that we have

13  on the phone, the regular prison phones and you can

14  call the STIU off them phones.

15      Q.    Okay.  So he actually used the jail phone,

16  the PNM phone, to call somebody in the Security

17  Threat Intelligence Unit and tell them that you

18  wanted to set up a meeting with them?

19      A.    Yes, that I wanted to speak with them.

20      Q.    And prior to making that call, had Duran

21  been encouraging you to speak with the Security

22  Threat Intelligence Unit?

23      A.    No, not encouraging me.  He asked me a

24  question about what was more important to me, and I

25  told him, and he said, "Well, what if I can help




SANTA FE OFFICE                                    MAIN OFFICE
119 East Marcy, Suite 110                    201 Third NW, Suite 1630
Santa Fe, NM 87501                            Albuquerque, NM 87102
(505) 989-4949                                         (505) 843-9494
FAX (505) 843-9492                               FAX (505) 843-9492
                                                         1-800-669-9492
                                            e-mail: info@litsupport.com

1    you?"

2           And I said, "What do you mean?"

3           And he goes, "Well, do you want to do the

4    right things?"

5           And when he said that, I said, "Yeah, I

6    do.  I need to get away from this.  I need to get

7    out of here."

8           And he said he'll make the call for me,

9    talk to the right people.

10       Q.   Now, prior to making the call, had

11   Mr. Duran discussed with you the fact that he was

12   expecting to receive monetary benefits from the

13   Government by being a Government witness?

14       A.   I knew nothing about that at that point.

15       Q.   Okay.  Then you just need to answer the

16   question.  The answer is no?

17       A.   No, I didn't know.

18       Q.   Okay.  Prior to making the call, had he

19   talked to you about the fact that he was expecting

20   improved conditions of confinement by becoming a

21   Government witness?  For example, having contact

22   visits with his family?

23       A.   No.

24       Q.   Or getting more phone calls?

25       A.   No.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.    Or getting better food?

 2        A.    No.

 3        Q.    Had he talked to you about the fact that

 4   he expected to get time shaved off of his state

 5   sentence that he was doing?

 6        A.    No.

 7        Q.    Had he talked to you about other help that

 8   he might receive in terms of avoiding criminal

 9   consequences of his behavior?

10        A.    No.

11        Q.    On Friday -- well, had he talked to you

12   about any benefits that he was supposed to get or

13   receive as a benefit -- as a result of being a

14   Government witness?

15        A.    No.  When all this started, no, he didn't

16   tell me anything about that.  I didn't know anything

17   he was doing.

18        Q.    Okay.  And I don't want to just limit it

19   to when all this started, because you've even said

20   that you talked with Duran over a period of weeks;

21   right?

22        A.    Um-hum.

23        Q.    Is that yes?

24        A.    Oh, after the indictment?

25        Q.    So my question -- no, my question is:
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    During this time that you were talking to Duran

2    prior to him placing the call to the Security Threat

3    Intelligence Unit, was there any discussion about

4    any sort of positive benefits that he expected to

5    flow towards him?

6         A.   No, none at all.

7         Q.   Now, on Friday -- and I don't want to

8    misquote you -- but I have in my notes that when

9    Duran made this phone call, the purpose of the call

10   was to set up a meeting with the Security Threat

11   Intelligence Unit to chat -- for you to chat with

12   them to see if he was -- and this is the quote I

13   wrote down -- "to see if he was serious about what

14   he offered."  Do you recall that testimony on

15   Friday?

16        A.   If Eric Duran was serious about what he

17   offered?

18        Q.   Well, the way I interpreted the statement

19   was to see if Eric Duran was telling you the truth

20   about what he was being offered.

21        A.   I don't think, no.

22        Q.   What did you mean by the fact that this

23   meeting with STIU was to see if somebody was serious

24   about what he offered?

25        A.   I think you got it misinformed.  I think

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  he called and let them know that I was serious about

2  what I wanted to do.

3       Q.   I mean, it's possible I'll have to go back

4  and read the testimony, but your testimony today is

5  that when Duran contacted STIU and you went into

6  that meeting with STIU, it wasn't about seeing what

7  sort of benefits might come your way if you became a

8  Government witness?

9       A.   No.

10       Q.   Is it fair to say that after your

11  interaction with Duran, that's when you came up with

12  the version of events that you've testified to in

13  Court here regarding the Molina homicide?

14       A.   Yeah, yes.

15       Q.   And in that version of events, you're

16  claiming that it was Mr. Sanchez that made you kill

17  Mr. Molina?

18       A.   Yes, ma'am.

19       Q.   Now, on Friday -- I want to talk a little

20  bit about what you told us about the events of March

21  6 and 7, 2014; so what you've testified here in

22  court about regarding the day before and the day of

23  the Molina homicide.

24       A.   Yes, ma'am.

25       Q.   Okay.  So Friday -- and the first thing I

SANTA FE OFFICE                                                           MAIN OFFICE
119 East Marcy, Suite 110                                            201 Third NW, Suite 1630
Santa Fe, NM 87501                                                  Albuquerque, NM 87102
(505) 989-4949                                                              (505) 843-9494
FAX (505) 843-9492                                                    FAX (505) 843-9492



PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

262

```
1   want to ask you about is about what happened on

2   March 6 when Lupe Urquizo and Mauricio Varela first

3   arrived at Southern New Mexico Correctional

4   Facility.  Okay?

5        A.   Yes.

6        Q.   And what I recall you saying last week was

7   that you saw those two, Urquizo, Varela and a guy

8   that you knew as Cartoon come through the sally port

9   into unit 1-A.  Do you remember that testimony?

10       A.   Yes, ma'am.

11       Q.   And that I think you said Blue and Red ran

12  to the door between the pods, asking about

13  paperwork.  "Do you have it?  Let me see it."

14       A.   I didn't hear them asking about paperwork

15  or nothing.  They just walked to the door and they

16  started talking with them.  I heard Mr. Rodriguez

17  say, "Oh, you have it.  Let me see it."

18            And that's all I know.  I didn't know if

19  it was paperwork.  I don't know anything about what

20  it was.

21       Q.   What I want to ask you about is who went

22  at that point to the door between blue pod and

23  yellow pod.

24       A.   Mr. Rodriguez and Mr. Martinez.

25       Q.   Okay.  So Blue is Mario Rodriguez?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      A.   Yes, ma'am.

2      Q.   And Red is Timothy Martinez?

3      A.   Yes.

4      Q.   And that was on, according to you, March 6

5  of 2014 when right after or right as Urquizo, Varela

6  and this guy Cartoon were brought into the unit?

7      A.   Yes, ma'am.

8      Q.   And is there any doubt or is there any

9  wavering whatsoever, with respect to this version of

10  events, that Timothy Martinez was present for that

11  conversation?

12      A.   He was there.

13      Q.   Definitely?

14      A.   He was there, yes.

15      Q.   And according to you, what time or

16  approximately when in the day on March 6 was this

17  conversation between blue pod and yellow pod that we

18  just talked about?

19      A.   I can't exactly be sure.  I think it was

20  in the afternoon -- I want to say the afternoon.

21      Q.   So sometime after lunch?

22      A.   And before dinner.

23      Q.   And you get locked down for count before

24  dinner; right?

25      A.   Yes.



SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                     201 Third NW, Suite 1630
Santa Fe, NM 87501                            Albuquerque, NM 87102
(505) 989-4949                                       (505) 843-9494
FAX (505) 843-9492                              FAX (505) 843-9492
                                                     1-800-669-9492
                                          e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        Q.   And what time is that lockdown?

 2        A.   4:00.

 3        Q.   And you get -- did you also get locked

 4   down for lunch in your cell?

 5        A.   Yes, at 11:00.

 6        Q.   And then that lockdown is until noon?

 7        A.   Yes.

 8        Q.   So according to you, this interaction was

 9   sometime between noon, when you were released after

10   lunch, and 4:00?

11        A.   Yes, ma'am.

12        Q.   Can you be any more specific?

13        A.   I can't.

14        Q.   Okay.

15        A.   I do not know exactly what time it was.

16        Q.   But you're saying it's definitely between

17   noon and 4:00 p.m.?

18        A.   Yes.

19        Q.   On March 6?

20        A.   Yes.

21        Q.   All right.  Now I want to move to the next

22   day, because you testified that the next morning,

23   around 10:00 in the morning, blue pod went to rec.

24        A.   Yes.

25        Q.   Do you recall that testimony last week?
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                           Albuquerque, NM 87102
(505) 989-4949                                                       (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    The whole unit went to rec, but we all had
 2   our different cages.
 3        Q.    Okay.  Blue, green, and yellow?
 4        A.    Yellow.
 5        Q.    And I think it was your testimony last
 6   week that you came back from rec and there was a
 7   lockdown for lunch?
 8        A.    Yes.
 9        Q.    And then it was sometime after lunch that
10   you say you saw Mario Rodriguez go to the door
11   between blue pod and yellow pod and get something
12   from underneath the door?
13        A.    Yes.
14        Q.    So you recall that testimony?
15        A.    Yes.
16        Q.    And you're telling us that that testimony
17   is correct in terms of what you meant to testify to?
18        A.    Yes, ma'am.
19        Q.    I didn't misunderstand it?
20        A.    No.
21        Q.    Now, whatever it was that you're claiming
22   was passed under the door, is it your testimony that
23   you saw it?
24        A.    Yes, I saw that it was paper.
25        Q.    Was it paper, just loose paper, like white
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1    sheets of paper?
2         A.   It was a couple of sheets of just loose
3    paper.
4         Q.   And how far were from you that door when
5    you're saying that you saw it passed under the door?
6         A.   About 10 to 15 feet.
7         Q.   Okay.  Your testimony is you had a clear
8    view?
9         A.   Yeah.
10        Q.   There was no -- there is no doubt in your
11   mind that that's what you saw, a few sheets of loose
12   paper?
13        A.   Yes.
14        Q.   And did you ever see it more closely than
15   that?
16        A.   No.
17        Q.   Did you ever get a chance to look at it or
18   read it?
19        A.   No.
20        Q.   And when you're saying that you saw this
21   happen, was he alone?  Is your testimony that he was
22   by himself, or was somebody else at the door with
23   him?
24        A.   He was by himself.
25        Q.   Okay.  Let me specifically direct you to
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Timothy Martinez.  Was Timothy Martinez with Mr.

2    Rodriguez when these few loose sheets of paper were

3    supposedly passed under the door?

4         A.   No.

5         Q.   Now, we talked a little bit last week

6    about some of your prior statements and testimony

7    about these events.  Do you recall that?

8         A.   Yes.

9         Q.   And specifically I want to talk to you

10   about this deposition.  I think I showed you some

11   pages from the deposition that was taken on

12   September 1st, 2015.

13        A.   Yes, ma'am.

14        Q.   And that was in connection with the state

15   case; right?

16        A.   Yes, ma'am.

17        Q.   And there was a representative of the

18   prosecution there; right?

19        A.   Yes.

20        Q.   Mr. Dougherty, the DA?

21        A.   Yes, ma'am.

22        Q.   And there was a lawyer from Mr. Montoya

23   there?

24        A.   Yes.

25        Q.   And your lawyer was there; right?

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                             Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1       A.   Yes.
 2       Q.   And you agreed to answer questions; right?
 3       A.   Yes.
 4       Q.   Did you testify at that deposition --
 5  referring Court and counsel to page 17 of that
 6  deposition -- that the transfer of this paperwork
 7  you were saying happened occurred before lunch?
 8       A.   I don't believe I did.
 9       Q.   Have you had a chance to review that whole
10  deposition?
11       A.   No.
12       Q.   So if I approached you with that section,
13  do you want to take a look at it and see if maybe
14  that refreshes your memory about what that says?
15       A.   Sure.
16            MR. CASTELLANO:  For the record, I don't
17  think it was a deposition.  It was definitely
18  questioning, but not a deposition.  There's a
19  difference.
20            THE COURT:  I'll let you work with that on
21  redirect.  Overruled.
22            MS. JACKS:  That's what I thought it was.
23  BY MS. JACKS:
24       Q.   I'm going to move forward, Mr. Armenta,
25  and find that and bring that up to you in a minute,
```

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                   Albuquerque, NM 87102
(505) 989-4949                                               (505) 843-9494
FAX (505) 843-9492                                      FAX (505) 843-9492
                                                          1-800-669-9492
                                                 e-mail: info@litsupport.com



 1   because I want to ask you some more questions about

 2   that deposition.  Maybe I'll give you a chance to

 3   look at it at a recess.

 4        A.   Okay.

 5        Q.   Or I'm going to call it a pretrial

 6   interview.  Okay?  This was the interview where you

 7   had sent the letter to Mr. Montoya's lawyer, right,

 8   about become a witness for Mr. Montoya?

 9        A.   I sent it to Montoya and he sent it to his

10   lawyer.

11        Q.   But the letter was addressed to the

12   lawyer; right?

13        A.   I guess, yeah.  I gave it to Jerry

14   Montoya.  I wrote it for him.  What he did with it

15   after that, that was his business.

16        Q.   Can we have 756?  I don't think I pulled

17   that out.

18             Here's the letter, 756.  Do you want to

19   read the first line of the letter?

20        A.   Yeah.  The introduction is to him, to the

21   lawyer.

22        Q.   This letter is to the lawyer of Jerry

23   Montoya?

24        A.   Yeah.

25        Q.   Okay.  And as a result of this letter,

SANTA FE OFFICE                                                      MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                           Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492
                                                                   1-800-669-9492
                                                           e-mail: info@litsupport.com



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1   Exhibit 756, there was an interview that was set up;
 2   right?
 3        A.   Yeah, by Mr. Montoya's attorney.
 4        Q.   That included the district attorney?
 5        A.   Yes.
 6        Q.   And that actual interview took place on
 7   September 1st of 2015?
 8        A.   Yes.
 9        Q.   That's what I'm talking about.
10             Now, you told us just a few minutes ago
11   that, according to your testimony here today,
12   Timothy Martinez was not present at the door between
13   the pods when these papers were supposedly passed
14   under.
15        A.   No.
16        Q.   He was not there?
17        A.   No.
18        Q.   Okay.  Back on September 17 of 2015, did
19   you have an interview with FBI Agent Joseph Sainato,
20   U.S. Attorney Maria Armijo, and other members of law
21   enforcement?
22        A.   Yes.
23        Q.   And during that interview, did you talk
24   with them about this alleged passing of paperwork?
25        A.   Yes, I did.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1       Q.   And during that interview, did you tell

 2  them that the paperwork was passed to Timothy

 3  Martinez and Mario Rodriguez?

 4       A.   No.

 5       Q.   Now, I want to ask you a little bit more

 6  about your testimony last week.  Because last week

 7  you testified that after this paperwork, after you

 8  saw these papers passed, that there was a phone

 9  yard -- the pod was offered the opportunity to go to

10  phone yard.  Do you recall that testimony?

11       A.   Yes, ma'am.

12       Q.   And I think you told us that Mario

13  Rodriguez stayed in from phone yard that day?

14       A.   Yes.

15       Q.   And you recalled a particular detail that

16  he had a curtain up in his cell window?

17       A.   Yes.

18       Q.   The truth is that last week, last Friday,

19  that's the first time you ever told that to anybody,

20  isn't it?

21       A.   Possibly, yeah.

22       Q.   Okay.  Because you've had numerous

23  interviews with law enforcement, haven't you?

24       A.   Yes.

25       Q.   Did you tell that to law enforcement on

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                      201 Third NW, Suite 1630
Santa Fe, NM 87501                             Albuquerque, NM 87102
(505) 989-4949                                          (505) 843-9494
FAX (505) 843-9492                                 FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1   March 8, 2014?

 2        A.   I'm not sure.

 3        Q.   Did you tell it to law enforcement on

 4   March 10th, 2014?

 5        A.   No.

 6        Q.   Did you tell -- did you tell it to anybody

 7   during your pretrial interview on September 1st,

 8   2015?

 9        A.   No.

10        Q.   Did you tell it to anybody during your

11   interview with law enforcement on September 17,

12   2015?

13        A.   No.

14        Q.   Did you tell it to anybody during your

15   interview with law enforcement on October 6, 2015?

16        A.   No.

17        Q.   Did you tell it to anybody during your

18   interview with law enforcement on January 22, 2018?

19        A.   No.

20        Q.   So the first time you ever said anything

21   about Mario Rodriguez not going to phone yard and

22   hanging a towel up in his cell was last Friday?

23        A.   Yeah.

24        Q.   Now, last Friday you also testified that

25   at some point prior to stabbing Mr. Molina, you went
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1   to Mario Rodriguez's cell and he provided you a
 2   weapon.  Do you recall that testimony?
 3        A.   Yes, I do.
 4        Q.   And during that time, it's your testimony
 5   that he showed you how to use it?
 6        A.   Yeah.
 7        Q.   With respect to how to wrap the --
 8        A.   Wrap it around my wrist and stuff like
 9   that, yes.
10        Q.   Okay.  Now, were there any other witnesses
11   present in Mario Rodriguez's cell, according to you,
12   when that occurred?
13        A.   No.
14        Q.   So you were alone?
15        A.   Me and Mario Rodriguez, yes.
16        Q.   The only two people in the cell when that
17   happened --
18        A.   Yes.
19        Q.   -- were you and Mario Rodriguez?
20        A.   Yes, ma'am.
21        Q.   I want to go back to the questions that I
22   was asking about the phone call that Mr. Duran was
23   going to make to STIU to set up an interview with
24   him.
25        A.   Okay.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   Okay?  Because I actually have the

 2   transcript of what you testified to last week.  So

 3   I'm going to read you the question and answer, and

 4   then I'm going to ask you to tell me what you were

 5   talking about in your answer.

 6        A.   Okay.

 7        Q.   Okay.  So the question from the prosecutor

 8   was:  "Eventually, did you on your own or did

 9   Mr. Duran point you in the right direction in terms

10   of who you could talk to?"

11            And the answer by you:  "Mr. Duran made a

12   phone call, and let the right people know to pull me

13   out of the pod and have a little chat with them to

14   see if I was serious about what he had offered, and

15   I did that."

16        A.   Oh, okay, yeah.

17        Q.   Do you recall that testimony last week?

18        A.   Yes.

19        Q.   So my question is:  What were you talking

20   about?  And in particular, when you said "to have a

21   little chat with them to see if I was serious about

22   what he had offered"?

23        A.   So when I said that, what I meant was to

24   see if he was serious, I needed to see if he was

25   serious about sending me to the right people to talk
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                            FAX (505) 843-9492

 

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

    1   and get my way in to discuss what happened for the

    2   Javier Molina murder.

    3        Q.   To see if Duran was serious?

    4        A.   Yeah.

    5        Q.   Okay.  Had Duran basically told you that

    6   if you participated with the Security Threat

    7   Intelligence Unit and became a Government witness,

    8   that they could do a little something for you in the

    9   case?

   10        A.   No, they just said to "Help yourself."

   11        Q.   So it was vague about what your benefit

   12   might be?

   13        A.   Just, yeah, "Help yourself.  Help yourself

   14   to do the right thing."

   15        Q.   So the -- what he had offered was that

   16   you, by doing this, would be able to help yourself

   17   in some manner?

   18        A.   Yes.

   19        Q.   And you made -- had the meeting with STIU

   20   to see if Duran was really serious about that?

   21        A.   Yes.

   22        Q.   Okay.  I want to approach you with two

   23   pages of this pretrial interview.  So I want to go

   24   back to the point of whether previously in this

   25   pretrial interview on September 1st you said that

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                        201 Third NW, Suite 1630
Santa Fe, NM 87501                               Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                    FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1   this supposed transfer of paperwork happened prior

 2   to lunch.  Okay?  And I'm going to give you two

 3   pages, pages 16 and 17.  Just take a moment to read

 4   that, Mr. Armenta, because you kind of have to read

 5   almost all of both pages to understand the point.

 6        A.   Okay.

 7        Q.   Have you had a chance to look at it?

 8        A.   Yes, ma'am.

 9        Q.   And did that refresh your memory to some

10   extent about what you said about during that

11   pretrial interview on September 1st, 2015?

12        A.   Yes.

13        Q.   I'm going to come back and get those pages

14   from you, because I just want to ask you a couple of

15   questions.  During that interview on September 1st,

16   20 15, did you talk about seeing the paperwork

17   passed under the door?

18        A.   I did.

19        Q.   And did you say that after that happened

20   you went to lunch?

21        A.   Went to lockdown.

22        Q.   For lunch?

23        A.   For lunch.

24        Q.   So the lockdown for lunch happens about

25   11:00 a.m.; right?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    A.    Yes.

2    Q.    So in this pretrial interview, when you

3 talked about the passing of paperwork, you talked

4 about it happening before the lunch lockdown.

5    A.    Actually, it doesn't determine when,

6 before or after.

7    Q.    Okay.  You don't think it's specific as to

8 when?

9    A.    No.  All I know is what it says there is

10 that it was passed, but it didn't say before or

11 after lunch.  I didn't determine that right there.

12    Q.    You weren't directly asked the question

13 about the timing; right?

14    A.    Right.

15    Q.    And you were talking about seeing the

16 paperwork, and after you say that you saw the

17 paperwork the next thing that happened, according to

18 your answers to the questions in the pretrial

19 interview, there was then a lockdown for lunch?

20    A.    Yeah.  But prior to that, I said that we

21 were outside in the yard playing basketball and

22 handball, whatever.

23    Q.    Correct.

24    A.    So then we come back in and we go to

25 lockdown for lunch.  Then we come out and go to yard



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  again, and then come back in for dinner count.

2      Q.  I think you've made that clear.  My only

3  point -- or my only question was:  Isn't there a

4  difference between what you said here or what you

5  said in court here on Friday, that the paperwork

6  was -- that you say you saw the paperwork passed

7  after you got unlocked from the lunch lockdown, to

8  what you said in this pretrial interview where you

9  claim the paperwork was passed and then there was

10  the lockdown for lunch?

11      A.  If they would have asked me what time, I

12  would have told them what I said Friday.

13      Q.  I'm going to ask you about another letter

14  that I think you're a signatory to.

15          MS. JACKS:  Can I approach?  We have

16  Exhibit EJ, and I want to give a copy to the witness

17  to see if he knows what it is.

18          THE COURT:  You may.

19          MS. JACKS:  This has been previously

20  marked but not yet entered into evidence.

21  BY MS. JACKS:

22      Q.  So Mr. Armenta, showing you what's been

23  marked as Exhibit EJ, I just want you to take a look

24  at that letter and, first of all, tell us if it's

25  something that you're familiar with.  And it's two

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   pages, so take your time.
 2        A.   Okay.  Yeah, I remember.
 3        Q.   Is this a letter -- are you a signatory to
 4   this letter?
 5        A.   Yes.
 6        Q.   And did you participate in the writing of
 7   this letter?
 8        A.   Not really.  Because the person that wrote
 9   it, he is really intelligent with words and
10   vocabulary and stuff, so he wrote it.
11        Q.   Who wrote it?
12        A.   Frederico Munoz.
13        Q.   So would you agree with me that this is a
14   letter that's signed by five Government witnesses?
15        A.   Yes.
16        Q.   And you're the first one listed; right?
17        A.   Yes, ma'am.
18        Q.   And did you agree -- did the Government --
19   at the time of this letter, were the Government
20   witnesses housed together?
21        A.   Yes.
22        Q.   Were these five Government witnesses?
23        A.   Yes, ma'am.
24        Q.   And at the time of this letter, did the
25   Government witnesses discuss among each other
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    requesting the warden of the Penitentiary of New

2    Mexico to have a banquet?

3         A.   Yes, we did.

4         Q.   For them and their families?

5         A.   Yes, we did.

6         Q.   And did they make that request in the form

7    of a letter?

8         A.   Yes, we did.

9         Q.   And is this Exhibit EJ dated August 26,

10   2016, a true and correct copy of the letter that was

11   prepared to request the banquet?

12        A.   Yes, ma'am.

13             MS. JACKS:  Your Honor, I'd ask at this

14   juncture that Exhibit EJ be admitted.

15             THE COURT:  Any objection, Mr. Castellano?

16             MR. CASTELLANO:  Your Honor, may I review

17   the document?

18             MS. JACKS:  Sure.  I have a copy of it.

19             MR. CASTELLANO:  Thank you, Your Honor.

20   No objection.

21             THE COURT:  Any objection from any

22   defendant?

23             MS. FOX-YOUNG:  No objection.

24             MS. DUNCAN:  No, Your Honor.

25             THE COURT:  Not hearing any objection.

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                       201 Third NW, Suite 1630
Santa Fe, NM 87501                              Albuquerque, NM 87102
(505) 989-4949                                            (505) 843-9494
FAX (505) 843-9492                               FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1    Defendants' EJ will be admitted into evidence.

2              (Defendants' Exhibit EJ admitted.)

3              MS. JACKS:  Thank you, Your Honor.  May I

4    publish?

5              THE COURT:  You may.

6    BY MS. JACKS:

7         Q.   Can you see that on your monitor,

8    Mr. Armenta?

9         A.   Yes, ma'am.

10        Q.   I just want to go through the

11   circumstances of this letter.  So at the time of

12   this letter -- let's go to the second page.  The

13   letter is signed by you; right?

14        A.   Yes.

15        Q.   Benjamin Clark.  That's another Government

16   witness?

17        A.   Yes.

18        Q.   Billy Cordova?

19        A.   Yes, ma'am.

20        Q.   Another Government witness?

21        A.   Yes, ma'am.

22        Q.   Robert Martinez, another Government

23   witness?

24        A.   Yes, ma'am.

25        Q.   And Frederico Munoz, another Government

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   witness?

 2        A.   Yes, ma'am.

 3        Q.   And at the time of this letter, which is

 4   August 26 of 2016, had you all been housed in the

 5   same unit together?

 6        A.   Yes.

 7        Q.   And for approximately how long, if you

 8   know?

 9        A.   All of us together there on that list

10   since May of that year.

11        Q.   And the letter was addressed to the warden

12   of the Penitentiary of New Mexico?

13        A.   Yes, ma'am.

14        Q.   And what was it requesting specifically?

15        A.   To have a day for ourselves and our

16   families to have a little get-together, banquet.

17        Q.   And you requested that certain people be

18   invited?

19        A.   Yes.

20        Q.   And the people that you wanted to be

21   invited are listed in the letter?

22        A.   Yes.

23        Q.   And it includes high-ups from the New

24   Mexico Department of Corrections?

25        A.   Yes, ma'am.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1       Q.   And members of law enforcement?

 2       A.   Yes, ma'am.

 3       Q.   And the prosecution team?

 4       A.   Yes, ma'am.

 5       Q.   Now, did Frederico Munoz take primary

 6   responsibility for drafting the letter?

 7       A.   Yeah, we picked him.  We asked him to

 8   write it, and he said he would, because he's, you

 9   know, like I said, he has a very extensive

10   vocabulary and has a good way with words.

11       Q.   But did all of you sign onto the idea?

12       A.   Yes.

13       Q.   And did all of you sign off on the letter

14   that Mr. Munoz prepared?

15       A.   Yes.

16       Q.   And how was -- did you guys actually type

17   this letter?

18       A.   No.

19       Q.   Was it provided to somebody to type?

20       A.   It was provided for somebody to type.

21       Q.   And who was that?

22       A.   That was Professor Bob Robinson.

23       Q.   A professor?

24       A.   Yes.

25       Q.   So somebody that was coming into the

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   prison to give you some sort of educational
 2   programming?
 3        A.   Yes, ma'am.
 4        Q.   And he took the handwritten letter of Mr.
 5   Munoz --
 6        A.   Yes.
 7        Q.   -- and typed it up and forwarded it to the
 8   Warden for you?
 9        A.   Yes.
10        Q.   Okay.  Now, I want you -- why don't you
11   start with just the first paragraph after, "Sir,"
12   and read what was written in that letter.
13        A.   "Your inmates on federal holding in PNM
14   North Housing Unit 2-A, L pod, cordially and
15   respectfully request an event to celebrate our
16   continued participation in the joint effort of New
17   Mexico Corrections Department and the FBI in the
18   historic prosecution of the SNM Prison Gang.
19             "We would very much like this event to be
20   a banquet that includes our families, New Mexico
21   Corrections Department administrators and staff, and
22   relevant law enforcement personnel, as noted below."
23        Q.   Okay.  You can keep going.  I'll stop you.
24        A.   "Each us made the decision according to
25   his conscience to reject the beliefs and values that
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1  motivated our shameful involvement in the SNM.  Now

2  we individually desire to become full and

3  responsible participants in our society.  And our

4  involvement in the prosecution of the SNM springs

5  from these decisions."

6       Q.   Let me just stop you there.  So when

7  this -- when you signed onto this sentence that Mr.

8  Munoz wrote, was it your true state of mind that you

9  individually desired to become a full and

10  responsible participant in society?

11      A.   Yes, I want to be.

12      Q.   That wasn't my question.  My question is:

13  When you signed on to this letter, was that in truth

14  your state of mind?

15      A.   Yeah.

16      Q.   And had you made a decision according to

17  your conscience to reject the beliefs and values

18  that motivated your shameful involvement in the SNM?

19      A.   Yes, it.

20      Q.   You can keep going.  I think you are at

21  "We are proud."

22      A.   "We are proud of our cooperation with the

23  NMCD and the FBI, and we would enjoy an occasion to

24  commemorate it and our continued improvement with

25  those involved and our families.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              "It is our desire to express our genuine

 2     gratitude and respect for all of the Corrections

 3     administrators and staff and law enforcement

 4     personnel responsible for our current and wonderful

 5     circumstances."

 6         Q.   Let me just stop you right there.  At the

 7     time of this letter, did you consider your current

 8     circumstances of incarceration, quote, "wonderful"?

 9         A.   Yes.

10         Q.   And were those "wonderful circumstances"

11     things that you got as a benefit of being a

12     Government witness?

13         A.   Yes.

14         Q.   And at the time that this letter was

15     written, was it your desire, your personal desire,

16     to express gratitude and respect for corrections

17     administrators and staff?

18         A.   Yes.

19         Q.   Okay.  You can go on.  "We believe."

20         A.   "We believe our requests and agreements

21     have been and will continue to be honored to the

22     extent that is possible, and we are treated with

23     more respect and dignity than many of us have known

24     in some time.

25              "It would also be a great benefit to us
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  and our families to witness our positive

2  relationships with the corrections officials and

3  staff and law enforcement personnel.  Our families

4  have an unfair and negative perception of these

5  entities because of how our behaviors have degraded

6  their perceptions.  We believe a banquet event would

7  make significant progress in altering their

8  perceptions for the better.

9          "We are aware that it is difficult to

10  schedule events such as this.  For this reason, we

11  make this request well in advance of a suggested

12  event date before or after the Thanksgiving holiday.

13   In addition, while our resources are limited, we

14  are willing to shoulder the food-related expenses

15  for the event."

16      Q.   I'm going to stop there, because we can

17  see then the next part is really who you're inviting

18  from correction and law enforcement and the

19  prosecution team; right?

20      A.   Yes, ma'am.

21      Q.   As a result of this letter, which is

22  Defendant's Exhibit EJ, were you given this banquet?

23      A.   Yes.

24      Q.   And were you given this banquet with

25  people that you wanted to invite, people from your

SANTA FE OFFICE                                    MAIN OFFICE
119 East Marcy, Suite 110                    201 Third NW, Suite 1630
Santa Fe, NM 87501                            Albuquerque, NM 87102
(505) 989-4949                                        (505) 843-9494
FAX (505) 843-9492                                FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1   family or friends?

 2        A.    Yes.

 3        Q.    And when did that actually occur?

 4        A.    December 23, 2016.

 5        Q.    I want to move to a different area, okay,

 6   because you told us -- and I want you to correct me

 7   if I'm wrong -- but you told us last week that you

 8   didn't mean to kill Javier Molina?

 9        A.    I didn't want to.

10        Q.    Okay.  That wasn't the question.

11        A.    But it happened.

12        Q.    That wasn't the question.  Do you recall

13   me asking you last week about the statements that

14   you had made about trying to stab Mr. Molina in such

15   a way that he wouldn't die?

16        A.    Yes.

17        Q.    To try to miss any sort of vital organs?

18        A.    Yes.

19        Q.    I think I asked you directly the question:

20   Did you mean to kill Mr. Molina?  Do you recall

21   that?

22        A.    Yes.

23        Q.    And what was your answer?

24        A.    No, I did not.

25        Q.    Is that still your testimony?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   Yes.  Yes.

 2        Q.   So you didn't mean to kill him, and you

 3   acted in such a way as to try not to stab him so you

 4   would kill him?

 5        A.   Yes.

 6        Q.   You just wanted to injure him?

 7        A.   Yes.

 8        Q.   And it was your intent that Javier Molina

 9   not die?

10        A.   Yes.

11        Q.   Now, I want to talk to you a little bit

12   about your plea agreement.  And the Government asked

13   you some questions about this last week, and I'm

14   showing you the first page of that.  That's

15   Government's Exhibit 678.  You recall your plea

16   agreement; right?

17        A.   Yes.

18        Q.   And that plea agreement was negotiated

19   during the month of December, 2016?

20        A.   Yes, ma'am.

21        Q.   And you ultimately entered your plea on

22   December 13, 2016?

23        A.   Yes, ma'am.

24

25        Q.   Did you have enough time to go over this
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                 Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 843-9492                                                 FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1  plea agreement with your lawyer?

2      A.   Yes.

3      Q.   And you do understand what it is or what

4  crimes it was that you pled guilty to; right?

5      A.   Yes, ma'am.

6      Q.   And specifically, I'm referring to page 2

7  of the plea agreement.  Specifically you pled guilty

8  to two criminal offenses; right?

9      A.   Yes, ma'am.

10     Q.   What was the first one you pled guilty to?

11     A.   Conspiracy, conspiracy to murder.

12     Q.   Conspiracy to murder Javier Molina; right?

13     A.   Yes, ma'am.

14     Q.   And the second offense that you pled

15  guilty to?

16     A.   Was murder.

17     Q.   Okay.  Now conspiracy to murder.  Let's

18  just start with murder.  That's an easier one.

19  Murder is an intentional killing, is it not?

20     A.   Yes, ma'am.

21     Q.   So it's a killing you mean to do?

22     A.   Well, yeah, murder is murder.  You kill

23  somebody.

24     Q.   And conspiracy to murder means agreeing

25  with other people to commit an intentional killing?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    Yeah, there was a few of us that were
 2   involved, so yes.
 3        Q.    But that's what the nature of conspiracy
 4   is involving other people?
 5        A.    Yes.
 6        Q.    Not just yourself; right?
 7        A.    Yes, ma'am.
 8        Q.    So you signed this plea agreement; right?
 9        A.    Yes, ma'am.
10        Q.    I'm showing you the signature page that
11   includes your signature; right?
12        A.    Yes, ma'am.
13        Q.    On December 13, 2016, you actually entered
14   your plea of guilty to conspiracy to murder and
15   murder in front of a magistrate judge?
16        A.    Yes, ma'am.
17        Q.    And the statements that you made during
18   the time that you entered your plea -- those
19   statements were made under oath, weren't they?
20        A.    Yes.
21        Q.    So on December 13, 2016, you told a judge
22   in this court that you intentionally murdered, you
23   intentionally killed Javier Molina --
24        A.    Yes, ma'am.
25        Q.    -- right?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              And you also told the judge in this court
 2    that you agreed with others to intentionally kill
 3    Mr. Molina?
 4         A.   Yes, ma'am.
 5         Q.   But your testimony here in this court is
 6    that you didn't intentionally kill him; that you
 7    specifically tried not to kill him; right?
 8         A.   Yes.
 9         Q.   So are you telling us that you pled guilty
10    to crimes you didn't commit?
11         A.   I pled guilty to crimes that I committed.
12         Q.   Well, so how could it be that you
13    intentionally meant to kill Mr. Molina, according to
14    your statements in December of 2016, and now you're
15    saying it was unintentional?
16         A.   Because I'm pleading guilty to murder.
17         Q.   Okay.  Well, I guess what I'm wondering,
18    Mr. Armenta, is:  Did you plead guilty to murder and
19    conspiracy to commit murder not because you believe
20    that you had actually done that, but because that's
21    what you needed to do to get your Government
22    benefits?
23         A.   No, it's because I am taking my
24    responsibility.
25         Q.   Okay.  Well, are you taking
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1  responsibility?

 2      A.    It's my responsibility.

 3      Q.    Well, are you taking responsibility here

 4  in this proceeding when you say you didn't mean to

 5  kill him?

 6      A.    I didn't.

 7      Q.    I'm sorry?

 8      A.    I did not mean to kill him.

 9      Q.    So how are you guilty of murder if you

10  didn't mean to kill him?

11      A.    Because I killed him.

12      Q.    The truth is:  You agreed with what the

13  Government wanted you to say so that you can get the

14  benefits they're offering?

15      A.    No.   The truth is I killed Mr. Javier

16  Molina.

17      Q.    But the truth is -- you're telling us the

18  truth is you didn't mean to?

19      A.    No, of course not.

20      Q.    Well, if you didn't mean to, then you're

21  not guilty of murder?

22      A.    Yes, I am guilty of murder.

23      Q.    So you actually did mean to?

24      A.    No, not at the time.  I did not mean to

25  kill Mr. Javier Molina.

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                           Albuquerque, NM 87102
(505) 989-4949                                                          (505) 843-9494
FAX (505) 843-9492                                               FAX (505) 843-9492
                                                                     1-800-669-9492
                                                         e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

294

```
 1        Q.    Would you agree with me, Mr. Armenta, that
 2   entering into a plea agreement in federal court is a
 3   serious matter?
 4        A.    Yes.
 5        Q.    And if you don't live up to the terms of
 6   the agreement that you made with the Government, you
 7   could end up spending the rest of your life in
 8   prison?
 9        A.    Yes, ma'am.
10        Q.    With no chance of parole?
11        A.    Yes, ma'am.
12        Q.    Did you take it seriously?
13        A.    Yes.
14        Q.    Have you taken it seriously since?
15        A.    Yes, I have.
16        Q.    Let's talk about what happened or sort of
17   what was going on around December 13 of 2016.  Okay?
18   I think you told us that about 10 days later was
19   this banquet that you had requested from Corrections
20   officials?
21        A.    Yes, ma'am.
22        Q.    For your good behavior?
23        A.    Yes, ma'am.
24        Q.    And your respect for law enforcement?
25        A.    Yes, ma'am.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.    And for your desire to become a good and

2  contributing member of society?

3      A.    Yes, ma'am.

4      Q.    Now, at the time of your plea agreement,

5  had you been receiving money from the federal

6  government?

7      A.    Yes.

8      Q.    And was it one payment, or did you get

9  several payments over time?

10      A.    Before that date I had gotten two, I

11  believe.

12      Q.    Two payments?

13      A.    Yes.

14      Q.    Of how much money, if you know?

15      A.    About $500.

16      Q.    Okay.  And what about after you entered

17  your plea agreement?  Did you get some additional

18  money?

19      A.    I want to say yeah, but I'm not too, too

20  sure if I did.  I can't remember that.

21      Q.    Let me go through this.  On July 20, 2016,

22  were you paid $200 by the federal government for

23  your services from January 1st, 2016, to May 31,

24  2016?

25      A.    Yes.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1       Q.   And your services were services of being a
 2  Government witness?
 3       A.   Yes.
 4       Q.   Were you paid $300 on September 23, 2016,
 5  for services that you provided between June 1st and
 6  September 19 of 2016?
 7       A.   Yes, ma'am.
 8       Q.   And were you paid $250 on December 22,
 9  2016, for services between December 1st and December
10  30 of 2016?
11       A.   Yeah.
12       Q.   Aside from those cash payments, which if
13  my math is right totals $750, have you received any
14  other cash benefits?
15       A.   No.
16       Q.   You've told us -- or at least you told the
17  Warden, and I think you've repeated here in court --
18  that you were provided favorable confinement
19  conditions for being a Government witness?
20       A.   Yes.
21       Q.   Conditions that were described in that
22  letter as wonderful?
23       A.   Yes, ma'am.
24       Q.   Were you provided contact visits with
25  either your family or others that you desired to
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   have them with?

 2        A.    Yes, ma'am.

 3        Q.    And were you promised that if you provided

 4   substantial assistance in this prosecution that you

 5   could earn a reduced sentence?

 6        A.    No, not at the time.

 7        Q.    You were never promised?

 8        A.    No, I was never promised, "Oh, if you do

 9   this, you'll get way less time," or anything like

10   that.

11        Q.    My question was that were you promised

12   that if you provided substantial assistance, you

13   could earn a reduced -- a substantially reduced

14   sentence?

15        A.    "We could help you" is what it was said.

16        Q.    Okay.  And that was part of your plea

17   agreement; right?

18        A.    Yes.

19        Q.    I mean there was this addendum -- this is

20   Government's Exhibit 679 -- and this is the addendum

21   to your plea agreement; right?

22        A.    Yes, ma'am.

23        Q.    And this was entered into the same day as

24   you pled guilty?

25        A.    Yes.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.    December 13 of 2016?

 2        A.    Yes, ma'am.

 3        Q.    And this outlines the fact that if you

 4   provide substantial assistance to the Government,

 5   then you could earn a reduced sentence?

 6        A.    Yes.

 7        Q.    Get a sentence of less than life in

 8   prison?

 9        A.    I could.

10        Q.    For the murder that you plead guilty to?

11        A.    Yes, ma'am.

12        Q.    Even though you didn't commit an

13   intentional killing?

14        A.    Yes, ma'am.

15        Q.    So Mr. Armenta, while your lawyer was

16   negotiating this plea agreement -- let's just go

17   back.  Your plea agreement obligates you to promise

18   to tell the truth?

19        A.    Yes, ma'am.

20        Q.    And while your lawyer was negotiating this

21   plea agreement, were you taking advantage of the

22   benefits you were receiving as a Government witness?

23        A.    Yes, I was.

24        Q.    Around the time of this plea agreement

25   that you were negotiating and signed this plea
```




SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  agreement, were you acting in such a way as to

2  demonstrate your -- and I'm quoting from this letter

3  to the warden -- were you acting in such a way as to

4  demonstrate your, quote, desire to become a full and

5  responsible participant in society?

6      A.   No, I wasn't.

7      Q.   Were you acting in such a way that showed

8  your, quote, genuine gratitude and respect for the

9  corrections administrators and staff and law

10  enforcement personnel?

11      A.   No, I wasn't.

12      Q.   So that letter, that letter for the

13  banquet, was just another example of a letter that

14  was intended to manipulate somebody into getting

15  what you wanted?

16      A.   No, it wasn't manipulation.

17      Q.   Well, you made representations in that

18  letter about how you felt; right?  Right?

19      A.   Yes, ma'am.

20      Q.   And it's easy to say those things, isn't

21  it?

22      A.   Oh, yes.

23      Q.   But your actions at and around the time of

24  the banquet showed otherwise, didn't they?

25      A.   Yes, they did.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   Let's just talk about these wonderful

2  confinement circumstances that you had, because one

3  of the benefits that you got was the ability to have

4  contact visits with your family; right?

5    A.   Yes, ma'am.

6    Q.   But your family wasn't interested in

7  having those visits, were they?

8    A.   My mom came almost every other week.

9    Q.   I'm not referring to your mom.

10   A.   I haven't visited them in four years, so

11 they weren't on my mind to have them come visit.

12   Q.   Your wife and children?

13   A.   My ex-wife.

14   Q.   Your ex-wife, stepchildren, and children?

15   A.   My children.

16   Q.   So your mother visited you?

17   A.   My mother, my fiancee, my nieces, my

18 stepfather, my sister.

19   Q.   Okay.  Well, let's talk about this

20 fiancee, okay.  This fiancee -- does she have a

21 name?

22   A.   Her name is Carolyn.

23   Q.   And how did you meet Carolyn?

24   A.   Through a mutual friend.

25   Q.   Well, you met her through Mr. Duran,

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   didn't you?

2        A.    Well, yeah, a mutual friend.

3        Q.    The same guy, the same guy that suggested

4   you go to the STIU and become a Government witness?

5        A.    Um-hum.

6        Q.    Is that yes?

7        A.    Yes, ma'am.

8        Q.    The same guy that told you that you could

9   benefit yourself by working for the Government?

10       A.    Yes, by doing the right thing.

11       Q.    So he introduced you to this Carolyn?

12       A.    Yes.

13       Q.    And did you know Carolyn before you ended

14  up in New Mexico State prison?

15       A.    No, I did not.

16       Q.    So your relationship with her started

17  while you were in prison?

18       A.    Yes, ma'am.

19       Q.    And you were permitted, because of your

20  status as a Government witness, to have contact

21  visits with her?

22       A.    Yes.

23       Q.    And I think you told us last week that she

24  came and participated in these visits with you?

25       A.    Yes.

SANTA FE OFFICE                                                MAIN OFFICE
119 East Marcy, Suite 110                                      201 Third NW, Suite 1630
Santa Fe, NM 87501                                             Albuquerque, NM 87102
(505) 989-4949                                                 (505) 843-9494
FAX (505) 843-9492                                             FAX (505) 843-9492
                                                               1-800-669-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

e-mail: info@litsupport.com

```
 1        Q.    At two different institutions?

 2        A.    Yes.

 3        Q.    What was the first place?

 4        A.    Grants, New Mexico.

 5        Q.    And then in Santa Fe?

 6        A.    Yes, ma'am.

 7        Q.    And there were contact visits at both

 8   locations?

 9        A.    Yes, ma'am.

10        Q.    How many times did this woman you met

11   while you were in prison, through Eric Duran -- how

12   many times did she come and visit you?

13        A.    I would say about 12, 13 times; 15 times,

14   maybe.

15        Q.    Twelve to fifteen times?

16        A.    Yes.

17        Q.    Okay.  And at some point, those visits --

18   she stopped visiting you; right?

19        A.    No.

20        Q.    Well, did she -- at some point, weren't

21   her visits with you terminated by law enforcement?

22        A.    They just stopped.  We got transported the

23   next week.  They said they were canceled

24   indefinitely for all the contact visits.  They could

25   still come, but it would be through a glass.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

 1       Q.   So let's talk about the visits at Santa
 2  Fe.
 3       A.   Okay.
 4       Q.   You told us Friday that you abused the
 5  terms of the contact visits in Santa Fe.
 6       A.   Yes, ma'am.
 7       Q.   Did you also do that at Grants?
 8       A.   No.
 9       Q.   Okay.  It just started at Santa Fe?
10       A.   Yes.
11       Q.   Now, where do the visits with Carolyn --
12  where were you permitted to visit with her in Santa
13  Fe?
14       A.    In an attorneys' cubicle room.
15       Q.   It's the same kind of room where you would
16  visit with your lawyer?
17       A.   Yes.
18       Q.   Is it the exact same room?
19       A.   Well, there's three of them, so it just
20  depends on where they put you that day, but yeah.
21       Q.   There's sort of three rooms in a row?
22       A.   Yes.
23       Q.   First of all, do these rooms have a door?
24       A.   Yes, ma'am.
25       Q.   Does the door have a window?

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                            (505) 843-9494
FAX (505) 843-9492                                   FAX (505) 843-9492
                                                        1-800-669-9492

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE
e-mail: info@litsupport.com

304

1     A.   Yes.

2     Q.   Do these rooms have a window?

3     A.   Yes.

4     Q.   And you visited with your attorney in

5   those rooms before; right?

6     A.   Yes.

7     Q.   Now, when you visit with your attorney in

8   those visiting rooms, is there a guard stationed

9   somewhere in the vicinity of the room?

10     A.   Yes, on the other side of the, I guess you

11   would say, lobby part of it, yes.

12     Q.   And the guard is stationed there to

13   monitor the visit with your lawyer?

14     A.   Yes.

15     Q.   Now, when you were allowed to have contact

16   visits with Carolyn in this same area, was there a

17   guard stationed somewhere in the vicinity of these

18   visiting rooms?

19     A.   Yes, ma'am.

20     Q.   And where was the guard stationed?

21     A.   At a desk on the other side of the lobby,

22   the room.

23     Q.   At the same place where the guard would be

24   stationed for a visit with your attorney?

25     A.   Yes.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1        Q.    And is there, at least in your mind, a

2    purpose for a window in these visiting rooms and a

3    window on the door?

4        A.    Yeah, so every once in a while when he

5    does his little round, he can look in.

6        Q.    And see what's going on in the room?

7        A.    Yes, ma'am.

8        Q.    And have you seen the guards do the rounds

9    like that when you're visiting with your lawyer?

10       A.    Yes.

11       Q.    So what about when you were visiting,

12   having these contact visits with Carolyn?  Did the

13   guard make the rounds?

14       A.    Oh, yeah.

15       Q.    And I think you told us on Friday that

16   there were also cameras that were monitoring those

17   visiting rooms; right?

18       A.    Yes, ma'am.

19       Q.    Is there a camera in each room?

20       A.    Not in each room, but yes, there is a

21   camera.  The one that we were in, there is a camera.

22       Q.    And you're aware that at least some of

23   your misconduct with Carolyn was caught on camera;

24   is that right?

25       A.    Yes, ma'am.

SANTA FE OFFICE                                           MAIN OFFICE
119 East Marcy, Suite 110                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                   Albuquerque, NM 87102
(505) 989-4949                                                (505) 843-9494
FAX (505) 843-9492                                       FAX (505) 843-9492
                                                              1-800-669-9492
                                              e-mail: info@litsupport.com



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

 1     Q.   How many times did you have contact visits

 2   with Carolyn in the visiting rooms at Santa Fe?

 3     A.   How many contact visits?

 4     Q.   Yeah.

 5     A.   Quite a few.  We had almost every --

 6   almost every weekend or every other weekend.

 7     Q.   Well, and you said a total of somewhere

 8   between 12 and 15 contact visits with her when you

 9   combine Grants and Santa Fe; right?

10     A.   Yeah.

11     Q.   How many of that 12 to 15 occurred at

12   Santa Fe?

13     A.   I would say about 10, 12, maybe.

14     Q.   So the vast majority occurred in Santa Fe?

15     A.   Yes, because there was only, like, two

16   that we had in Grants before we were transferred.

17          MS. JACKS:  Your Honor, may we approach?

18          THE COURT:  You may.  Why don't we do

19   this:  Why don't we excuse the jury to take their

20   morning break?  Why don't we be in recess for about

21   15 minutes, so I'll meet with the lawyers while

22   y'all are taking a break.

23          (The jury left the courtroom.)

24          THE COURT:  All right.  Can we take this

25   issue up maybe after our break?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1            MS. JACKS:  No problem.

 2            THE COURT:  Let's do that.  Let's take our

 3   break, then we'll take up Ms. Jacks' issue.

 4            (The Court stood in recess.)

 5            THE COURT:  All right.  Let's go on the

 6   record.  Let me ask Mr. Villa something before --

 7   y'all filed, I guess yesterday, a sealed ex parte

 8   notice about Mr. Perez' health conditions.  Did you

 9   intend to keep that from the Government or just file

10   it under seal?  I think it probably should be

11   disclosed to the Government.  Everything in here is

12   stuff that, you know, they may want to take issue

13   with because some of it you, as counsel, are going

14   to make representations, but others are just

15   observations so --

16            MR. VILLA:  Yes, certainly sealed.  And

17   Ms. Fox-Young filed it.  Let me check with her.

18   She's still making her way back to the court.

19            THE COURT:  Unless I hear otherwise from

20   you, I'm going to ask Ms. Standridge to just make it

21   sealed, not ex parte.

22            MR. VILLA:  Sure, Your Honor.

23            And I just want to also state for the

24   record, we got two copies of Mr. Perez' file.  I

25   think those are the only copies that have been made.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    We're going to review them, make proposed

2    redactions, and then keep one copy for ours.

3             THE COURT:  That's fine.

4             MR. VILLA:  Okay.

5             THE COURT:  Ms. Fox-Young, I was telling

6    Mr. Villa that unless y'all think otherwise, this

7    sealed ex parte document -- I intend to keep it

8    sealed.  But I don't think it should be kept from

9    the Government or from other parties.  I don't think

10   it should be ex parte.

11            MS. FOX-YOUNG:  That's fine with me, Your

12   Honor.

13            THE COURT:  So we'll seal it, but we'll

14   not make it ex parte, if the Government or any

15   defendant wants to comment on that.

16            MS. FOX-YOUNG:  I think the main reason

17   was just so that it's not available for anybody who

18   wants to pull it off online.  No objection at all.

19            THE COURT:  Unless anybody has objection

20   to dealing with it that way, not hearing any, that's

21   the way we'll deal with it.

22            Ms. Jacks, you had something before we

23   bring the jury in?

24            MS. JACKS:  Your Honor, I do.  The time

25   has come for me to offer that redacted or edited sex

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1  tape.  And I didn't want to do that without giving

2  the Government a chance to object.

3            THE COURT:  Well, I think it's marginal,

4  but I do think it kind of comes under 401, beats the

5  403, and satisfies 401, 402, 403.  It's got some

6  propensity, but a lot of evidence in this case does.

7  It seemed to me that it had enough relevance to add

8  it.  I think it's a marginal one, but I think it

9  crosses the line for me.

10            Mr. Castellano?

11            MR. CASTELLANO:  Yes, Your Honor, as the

12 Court knows, we object to that evidence under 401,

13 403, and 404.  The witness has been impeached.

14 Ms. Jacks spent a fair amount of time asking him

15 about the visits, how he views the visits, asked him

16 about the letter written to the Corrections

17 Department, how his actions were inconsistent with

18 being grateful and being a contributing member of

19 society.  So she's gotten everything out of that

20 that she wanted.  So the only thing that's remaining

21 at this point is 403, substantial prejudice to the

22 Government, and unduly swaying the jury with a video

23 and under 404 as well.  I think the impeachment has

24 occurred.  So what more does the video add, is the

25 question.  It doesn't add anything.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1          THE COURT:  Ms. Jacks, anything you want
 2  to add?
 3          MS. JACKS:  I would just say that I think
 4  the video shows the extent and the blatant nature of
 5  the misconduct and goes to the witness' attitude
 6  toward the commitments that were supposedly made in
 7  connection with the cooperation.
 8          MR. CASTELLANO:  And she's done that with
 9  her cross-examination already, Your Honor.
10          THE COURT:  Well, I've been very generous
11  to, I think, all sides to let them put on their case
12  and the robustness that the evidence allows.  I'm
13  not inclined to start slicing and dicing this piece
14  of evidence.  So I'll allow the tape to --
15          MS. JACKS:  In order to authenticate the
16  tape, and actually confirm it, is Mr. Armenta -- do
17  we want to show it to him here outside the presence
18  of the jury and move for its admission?  Or should I
19  just move to admit it, and we can show it, and I can
20  talk to him about it as we show it to the jury?
21          THE COURT:  It's up to you.  I mean, I
22  think it's coming in.  But it's your call.
23          MS. JACKS:  Well, if the Government is
24  going to object that it's not authentic, then I
25  would propose to do it now.

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                               201 Third NW, Suite 1630
Santa Fe, NM 87501                                       Albuquerque, NM 87102
(505) 989-4949                                                    (505) 843-9494
FAX (505) 843-9492                                          FAX (505) 843-9492

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
1              THE COURT:  All right.  Go ahead.
2   BY MS. JACKS:
3       Q.   Okay.  Can we mark Defendant's Exhibit
4   AB2?  And Mr. Armenta, I'm just going to play this
5   for you.  I'll play a few minutes of it, and I'm
6   going to ask you if this is, in fact, you and
7   Carolyn in the visiting room at PNM, and if it
8   appears to be at least an excerpt of the visitation
9   that you had there with her?
10      A.   Okay.  All right.
11           (Tape played.)
12      Q.   Okay.  Is that you, Mr. Armenta?
13      A.   Yes, ma'am.
14      Q.   And is that an fair and accurate
15  representation of at least that visit on November 5,
16  2016?
17      A.   Yes, ma'am.
18           MS. JACKS:  Ms. Gilbert, do you want to
19  fast-forward to the next one, December 3?
20           (Tape played.)
21      Q.   Mr. Armenta, looking at this portion of
22  the tape, is that again you with Carolyn in the
23  visiting room at PNM North?
24      A.   Yes.
25      Q.   And is that a fair representation of what
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1  occurred in the visiting room on that day?

 2       A.   Yes, ma'am.

 3       Q.   And finally, this is December 31.

 4            (Tape played.)

 5       Q.   Is you this and Carolyn in the visiting

 6  room at PNM North?

 7       A.   Yes, ma'am.

 8       Q.   And does this appear to be a fair and

 9  accurate representation of what occurred in the

10  visiting room on that day?

11       A.   Yes.

12            MS. JACKS:   Thank you.  I think that's

13  all.

14            THE COURT:   All right.  Anything further

15  on that, Mr. Castellano?  It seems to me it's been

16  sufficiently authenticated.

17            MR. CASTELLANO:   I agree it has been

18  authenticated.  The only question is, is that the

19  entire length of each of those clips?  Otherwise,

20  the same objection as to the need to show anything.

21            MS. JACKS:   Those clips were provided to

22  the Government weeks ago at the beginning of this

23  trial, and I think the whole video on Armenta is how

24  long?  Less than two minutes, like a minute and a

25  half.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              MR. CASTELLANO:  Because I stated as long
 2    as that is the extent of the clips, then yes, I
 3    understand.
 4              THE COURT:  Is that what you intend the
 5    have admitted?
 6              MS. JACKS:  Yes, Your Honor.  We started
 7    with obviously much longer and unedited versions,
 8    but at the Court's instruction, we edited and pared
 9    it down.
10              THE COURT:  All right.  So I'll admit
11    Defendants' Exhibits AB2.
12              All right.  All rise.
13              (The jury entered the courtroom.)
14              THE COURT:  All right.  Everyone be
15    seated.
16              Mr. Armenta, I'll remind you you're still
17    under oath.
18              THE WITNESS:  All right.
19              THE COURT:  Ms. Jacks, if you wish to
20    continue your cross-examination of Mr. Armenta, you
21    may do so at this time.
22              MS. JACKS:  I do, Your Honor.  Your Honor,
23    we'd ask that a video clip marked AB 2 be admitted.
24              THE COURT:  It is admitted into evidence.
25              MS. JACKS:  Thank you.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              (Defendants' Exhibit AB 2 admitted.)

 2   BY MS. JACKS:

 3      Q.    Mr. Armenta, during the recess, you had an

 4   opportunity to take a look at this video?

 5      A.    Yes, ma'am.

 6      Q.    And you've confirmed for us that this is

 7   in fact -- these are, in fact, excerpts from your

 8   visits with Carolyn at PNM North?

 9      A.    Yes, ma'am.

10      Q.    May we play the video, please?

11              (Tape played.)

12      Q.    Can we pause?  Now, Mr. Armenta, is this

13   the attorney visiting room where this visit is

14   occurring with Carolyn?

15      A.    Yes, ma'am.

16      Q.    And can you see -- whoops, I guess it

17   didn't pause.  Could you see the window?

18      A.    Yes.

19      Q.    And where is the window in the video.  Can

20   you point to it?

21      A.    Right here.

22      Q.    Okay.  You marked a blue -- that's

23   actually a window that goes out to the area where

24   the guard is watching; is that right?

25      A.    Yes, ma'am.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.   And then do we see the door in this video?

2      A.   Yes, ma'am.

3      Q.   And is there -- do you see the window

4  that's in the door?

5      A.   Yes, ma'am.

6      Q.   And can you make a mark on that?

7      A.   Right here.

8      Q.   Okay.  That's the door, and there is a

9  window right there?

10      A.   There's two windows.  There's a window

11  here, a window here, and the door here.

12      Q.   So is there a window on either side of the

13  door?  Is that what you're telling us?

14      A.   No, there's two windows and then the door.

15      Q.   And this is on November 5, 2016; right?

16      A.   Yes, ma'am.

17      Q.   So this is after the letter to the Warden

18  of PNM but before the banquet?

19      A.   Yes, ma'am.

20           MS. JACKS:  We can proceed.  Thank you.

21           (Tape played.)

22           MS. JACKS:  Can we pause?

23  BY MS. JACKS:

24      Q.   So this is December 3 of 2016?

25      A.   Yes.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1      Q.   This is another visit with Carolyn in what
2  appears to be the same visiting room?
3      A.   Yes, ma'am.
4      Q.   And again, is Carolyn giving you oral sex
5  at this point?
6      A.   Yes, ma'am.
7      Q.   Just like the previous visit?
8      A.   Yes, ma'am.
9      Q.   Or the previous visit that's on video?
10     A.   Yes, ma'am.
11     Q.   We can continue.
12          (Tape played.)
13     Q.   This is December 31 of 2016?
14     A.   Yes, ma'am.
15     Q.   And this is right after the banquet?
16     A.   Yes, ma'am.
17     Q.   Now, where was the guard while this was
18  happening?
19     A.   He is outside of the room.  If you walk
20  out of the door and take about 30 steps to the left,
21  that's where his desk is at.
22     Q.   And is it your -- these are -- you'll
23  agree with me that the videos in this exhibit are
24  just excerpts of what occurred during the visits;
25  right?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

317

1       A.   Yes, ma'am.

2       Q.   The visits, in fact, were much longer?

3       A.   Yes.

4       Q.   How long were these contact visits?

5       A.   She usually came for about three hours,

6  four hours sometimes.

7       Q.   Would you agree that this type of behavior

8  occurred throughout the visits?

9       A.   Yes, at different times, yes.

10       Q.   Did the guard ever walk by during these

11  visits?

12       A.   They walked by, but they didn't walk by

13  while we were doing stuff, no.

14       Q.   We can finish with the video.  Oh, it's

15  done.  We can take it off the screen then.

16            So how was it at least that this was

17  brought to your attention that you had been caught

18  abusing the rules?

19       A.   The administration came and told us that

20  they were canceling the visits.

21       Q.   And were you told at that point that the

22  visits were captured on video?

23       A.   Yes.

24       Q.   And have you, in fact, had an opportunity

25  to see the full uncut videos of those visits?

SANTA FE OFFICE                                                                    MAIN OFFICE
119 East Marcy, Suite 110                                                      201 Third NW, Suite 1630
Santa Fe, NM 87501                                                             Albuquerque, NM 87102
(505) 989-4949                                                                        (505) 843-9494
FAX (505) 843-9492                                                              FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1       A.   No, I have not.

2       Q.   You know they exist; right?

3       A.   Yes.

4       Q.   When was it that you were told the visits

5  were canceled?

6       A.   I would say it was January 7.  No, no, no.

7  6th of 2017.

8       Q.   Okay.  So these visits that we just saw

9  were occurring in November and December of 2016?

10      A.   Yes, ma'am.

11      Q.   During the same time period that your plea

12  deal with the Government was being negotiated?

13      A.   Yes, ma'am.

14      Q.   During the same time that you came to

15  court and entered your plea of guilty?

16      A.   Yes, ma'am.

17      Q.   And after these visits were canceled, did

18  you continue to conduct yourself without -- well,

19  with disregard about what the rules were of the

20  prison?

21      A.   No.

22      Q.   You started conforming your behavior?

23      A.   Well, we were only there for another week.

24      Q.   Oh, and then you got transferred?

25      A.   Yes, ma'am.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   But before you got transferred, did you
 2   engage in some sort of additional misconduct with
 3   your computer tablet?
 4        A.   Oh, yes.  Yes.  I reset it.
 5        Q.   And when did you reset -- first of all,
 6   you got the tablet under an agreement that you would
 7   use to it view discovery in this case; right?
 8        A.   Yes, ma'am.
 9        Q.   And your tablet was updated with various
10   reports and audio and witness statement as those
11   became available in the case; right?
12        A.   Yes, ma'am.
13        Q.   And you got to have that tablet with you
14   in your cell 24 hours a day?
15        A.   Yes, ma'am.
16        Q.   Seven days a week?
17        A.   Yes, ma'am.
18        Q.   And to familiarize yourself with not only
19   the evidence in the case but things that other
20   people said?
21        A.   Yes, ma'am.
22        Q.   And even when these visits were going on
23   with Carolyn, you continued to have access to your
24   computer tablet; right?
25        A.   Yes.
```

SANTA FE OFFICE                                                        MAIN OFFICE
119 East Marcy, Suite 110                                       201 Third NW, Suite 1630
Santa Fe, NM 87501                                              Albuquerque, NM 87102
(505) 989-4949                                                          (505) 843-9494
FAX (505) 843-9492                                                 FAX (505) 843-9492
                                                                      1-800-669-9492
                                                          e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1      Q.    When in relation to being told that your

2  visits with Carolyn had been canceled because you

3  had abused the rules of the prison did you reset

4  your tablet?

5      A.    It was before the new year.

6      Q.    So in December of 2016?

7      A.    Yes.

8      Q.    Did you testify last week it was January

9  of 2017?

10     A.    Yeah, I might have.  It was pretty close.

11  It was right there in that.

12     Q.    So it all happened within the same

13  timeframe?

14     A.    Yes, within a week of each other; I would

15  say two weeks, maybe.

16     Q.    And by resetting your tablet, did you know

17  that you had violated an order of this Court?

18     A.    Yes, ma'am, I did.

19     Q.    And you violated it.  It wasn't a mistake

20  that you reset the tablet; right?

21     A.    No.

22     Q.    You did it intentionally?

23     A.    Well, yeah.  I mean, a guy who's the one

24  that reset it, someone else -- and when he told me

25  that he reset it, I said, "Reset mine."

SANTA FE OFFICE                                                                    MAIN OFFICE
119 East Marcy, Suite 110                                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                                    Albuquerque, NM 87102
(505) 989-4949                                                                    (505) 843-9494
FAX (505) 843-9492                                                      FAX (505) 843-9492
                                                                              1-800-669-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE                                          e-mail: info@litsupport.com

1      Q.    So somebody told you they had reset their

2   own tablet?

3      A.    Yes.

4      Q.    And this was another Government witness?

5      A.    Yes, ma'am.

6      Q.    And this was somebody that you were housed

7   with?

8      A.    Yes, ma'am.

9      Q.    Who was it?

10     A.    Roy Martinez.

11     Q.    So it was another one of the people that

12  had signed onto this letter to the warden at PNM?

13     A.    No.

14     Q.    Oh, a different person?

15     A.    Yes, it was Roy, not Robert.

16     Q.    And were you housed with Mr. Roy Martinez?

17     A.    Yes, we were a couple doors away from each

18  other.

19     Q.    And for how long did you share a housing

20  unit with him?

21     A.    Since September of 2016.  I mean -- yeah,

22  '16.

23     Q.    September 2016 until when?

24     A.    Until we were together all the way up

25  until August of 2017.

SANTA FE OFFICE                                                                    MAIN OFFICE
119 East Marcy, Suite 110                                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                                           Albuquerque, NM 87102
(505) 989-4949                                                                    (505) 843-9494
FAX (505) 843-9492                                                          FAX (505) 843-9492
                                                                                  1-800-669-9492
                                                                         e-mail: info@litsupport.com



1      Q.   So for almost a year?

2      A.   Yes.

3      Q.   And Roy Martinez also had a tablet?

4      A.   Yes.

5      Q.   So he told you that he reset his?

6      A.   Yes.

7      Q.   And what sort of opportunities became

8    available to him once he reset his tablet?

9      A.   You could use the camera, play games, work

10   with the Windows program on there, write stories, or

11   whatever.  And he was typing a lot, like a journal

12   type of thing.  He was always writing or typing.

13     Q.   So you could use it almost like a regular

14   computer?

15     A.   Yeah.

16     Q.   And once you found out that he had reset

17   his, you offered yours up and said, "Do it to mine"?

18     A.   I got excited.  "Do mine.  Do mine."

19     Q.   Now, during the time period that your

20   tablet had been reset, were you living in a housing

21   unit with other Government witnesses?

22     A.   Yes, ma'am.

23     Q.   Was that for the whole time?

24     A.   The whole --

25     Q.   Let me reorient you to some dates.  I

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                           Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                             FAX (505) 843-9492
                                                                  1-800-669-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE                                e-mail: info@litsupport.com

323

 1   think we heard last week that your tablet was reset

 2   and that you had it for several months before it was

 3   seized?

 4        A.   Oh, yes.

 5        Q.   And was it seized sometime in May of 2017?

 6        A.   No, it was paper.

 7        Q.   Okay.  Do you remember the date?

 8        A.   Not exactly, but it was around my birthday

 9   time, so it was like, I would say, 15, 16 of April,

10   something like that.

11        Q.   Sometime in the middle of April 2017?

12        A.   Yes.

13        Q.   So between the time that you had your

14   tablet reset in December of 2016, through April of

15   2017, were you housed with other Government

16   witnesses?

17        A.   Yes.

18        Q.   And did those -- approximately how many?

19        A.   Eight, eight or nine.

20        Q.   And did each of those other Government

21   witnesses at the time have their own tablet?

22        A.   Yes.

23        Q.   So none of them had a reason to use your

24   tablet?

25        A.   No.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

324

```
 1        Q.    Now, last week, when you were being asked
 2   about the teenage pornography sites that were
 3   Googled from your tablet, you left us to -- or you
 4   insinuated that perhaps somebody, not you, had
 5   Googled those things.  Do you recall that testimony?
 6        A.    Yes, ma'am, I do.
 7        Q.    So who were you implying did that besides
 8   you?
 9        A.    We were also housed with other inmates
10   other than cooperating witnesses, about seven or
11   eight other witnesses -- not witnesses, but inmates.
12   At Sandoval County jail.
13        Q.    And is it your testimony that you lent
14   your tablet out to other inmates?
15        A.    Yes, ma'am.
16        Q.    Now, other inmates weren't Googling the
17   name Cheryl Ann Martinez, were they?
18        A.    No.
19        Q.    Other inmates weren't Googling your name,
20   were they?
21        A.    I did.
22        Q.    So you admit at least some of the Google
23   searches on that tablet were yours?
24        A.    Of course, yes.
25        Q.    And of those other inmates, did you lend
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1 your tablet out to all of them, or just one?

2     A.   It was mainly four of them that would come

3 in.  See, at first, we were trying to keep it a

4 secret from them.  And they ended up just finding

5 out.  And when they did, we didn't want them to say

6 anything, so we let them use the computers.

7     Q.   Well, would you let them use it in your

8 presence, or would you let them run off with it?

9     A.   They'd use it in my room.  If I had to

10 leave, I'd leave and just leave them there to do

11 what they had to do or what they wanted to do.

12     Q.   And were there materials -- were there

13 pornographic materials downloaded onto your tablet

14 so you could watch them when you weren't connected

15 to the internet?

16     A.   Yes.

17     Q.   And were the pornographic materials

18 downloaded to your tablet -- did those include

19 images of teenagers?

20     A.   Not that I'm aware of, because it's

21 illegal.  All the sites that I had went to were all

22 adult sites.

23     Q.   Once the tablet was taken away in April of

24 2017, have you ever gotten it back?

25     A.   No, ma'am.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1       Q.   Was the resetting of the tablet the last

 2  abuse of the rules of the Department of Corrections

 3  that you've engaged in?

 4       A.   Yes, ma'am.

 5       Q.   Nothing since then?

 6       A.   With the Department of Corrections, yeah,

 7  nothing.  I haven't been to the Department of

 8  Corrections.

 9       Q.   How about the rules of any law enforcement

10  agency where you're housed?

11       A.   I got a couple misconduct reports.

12       Q.   Let's talk about what happened in

13  September of 2017.

14       A.   September, okay.

15       Q.   Because in September 2017, you got caught

16  trying to work some new scam, didn't you?

17       A.   Some what?

18       Q.   New scam?

19       A.   News scan?

20       Q.   New, new, a different scam.

21       A.   No.

22       Q.   You didn't?

23       A.   No.

24       Q.   Let's talk about a violation of the rules

25  of the prison where you were housed in September of

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                            201 Third NW, Suite 1630
Santa Fe, NM 87501                                    Albuquerque, NM 87102
(505) 989-4949                                                (505) 843-9494
FAX (505) 843-9492                                       FAX (505) 843-9492
                                                           1-800-669-9492
                                              e-mail: info@litsupport.com



BEAN
ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

 1   2017.  Is it your testimony that you have no

 2   recollection of what happened?

 3        A.   I don't understand any -- what you mean by

 4   "new scam."

 5        Q.   Well, let's talk about --

 6             MS. JACKS:  Your Honor, I have a letter

 7   that's been marked as Government's Exhibit 758 and I

 8   think it's been previously admitted.  May I put this

 9   on the Elmo?

10             THE COURT:  Let me just double-check.

11   Yes, it's been admitted.

12   BY MS. JACKS:

13        Q.   So Mr. Armenta, do you recall being asked

14   about this letter by Government prosecutors last

15   week?

16        A.   Yes, I remember now, I'm sorry.

17        Q.   And this was -- well, why don't -- first

18   of all, you read us what this letter says.  It's

19   light, so if you need me to walk a copy up to you,

20   I'd be happy to do that.

21        A.   That would be better, if you could,

22   please.

23             "What's up, ladies?  I seen you all

24   yesterday doing the damn thing.  That's what's up.

25   Anyway, my name is Jerry Armenta.  Everyone calls me

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                             (505) 843-9494
FAX (505) 843-9492                                   FAX (505) 843-9492
                                                         1-800-669-9492
                                              e-mail: info@litsupport.com



328

1   Kreaper.  I'm sending this missive your way in hopes

2   of catching me a champion.  Myself and the homies

3   here in A pod need to cop some subs.  You know them

4   lil stripper bitches?  We got money we can send to

5   wherever you want.  Just let me know.  Send us word

6   right away, at least by dinner, so that we could get

7   this business done.  Send me back some info in my

8   homie's ^Kocher tray.  His name is Paul Rivera.  But

9   on the real, get back at me whoever and whenever you

10  are.  Peace, love, and respect.  Creeps."

11       Q.   I want to ask you just a few questions

12  about that letter.  Who where these ladies you're

13  writing to?

14       A.   They're female inmates that work in the

15  kitchen.

16       Q.   And was this letter written by you?

17       A.   Yes.

18       Q.   Was it written in September of 2017?

19       A.   Yes.

20       Q.   And when you asked for -- well, first of

21  all, who are the homies here in A pod?

22       A.   Me and the other cooperating witnesses and

23  the other guys that were housed with us.

24       Q.   Who were the other Government witnesses

25  that were living with you at the time you wrote this

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1  letter?

 2      A.   Frederico Munoz; Salamon -- I don't know

 3  his last name -- Eugene Martinez; myself; Timothy

 4  Martinez; Ruben Hernandez; Paul Rivera.  And I

 5  forget the other man's name.  He's a defendant, but

 6  he's not part of the RICO.  He's got different

 7  federal charges.

 8      Q.   So he's not a Government witness, or he

 9  is?

10      A.   He was there with us.  He says he's not,

11  but I'm sure he is.  He was there with us.

12      Q.   And what custodial facility were you in

13  when you wrote this letter?

14      A.   Sandoval County jail.

15      Q.   The same place where you were accessing

16  the internet on your tablet?

17      A.   Yes, ma'am.

18      Q.   And what is it that you were trying to get

19  these ladies to give you?  I think they're referred

20  to as "subs" and "lil stripper bitches" in the

21  letter.

22      A.   Suboxone in the form of strips.

23      Q.   When you told them, "We got money," how

24  were you going to pay for this?

25      A.   We were going to send money to their

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1    people.

 2         Q.    From your prison commissary accounts?

 3         A.    No, from whoever we were asked to send

 4    money to.

 5         Q.    You were going to have your family members

 6    or friends on the outside send money to their family

 7    members or friends?

 8         A.    Yes.

 9         Q.    In exchange for them providing you drugs

10    in the prison facility?

11         A.    Yes, ma'am.

12         Q.    So you were going to engage in additional

13    criminal behavior to facilitate getting drugs into

14    the detention center?

15         A.    They were already there.

16         Q.    Well, the ladies were; right?  The ladies

17    that were getting these notes?

18         A.    Yeah, they already had it.

19         Q.    But the people on the outside that were

20    going to help facilitate the payments -- they

21    weren't already in prison, were they?

22         A.    No.

23         Q.    And by helping somebody facilitate the

24    drug trade in a custodial facility, they would incur

25    their own criminal liability; right?

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                      201 Third NW, Suite 1630
Santa Fe, NM 87501                              Albuquerque, NM 87102
(505) 989-4949                                            (505) 843-9494
FAX (505) 843-9492                                  FAX (505) 843-9492



**1-800-669-9492**
e-mail: info@litsupport.com

1      A.    No, that's on them.

2      Q.    And by you asking them to, you're engaging

3  in a conspiracy to distribute drugs in a custodial

4  facility, aren't you?

5      A.    I am, yeah.

6      Q.    And you're doing all this while you're a

7  Government witness in this case?

8      A.    Yes, ma'am.

9      Q.    After you promised to tell the truth;

10  right?

11      A.    Yes.

12      Q.    And not engage in continuing criminal

13  behavior?

14      A.    Yes, ma'am.

15      Q.     Is this more evidence of your commitment

16  to becoming a full and responsible participant in

17  society?

18      A.    No, it doesn't look good.

19      Q.     Is this more evidence of your gratitude

20  and respect for law enforcement and corrections

21  employees?

22      A.    No.

23           MS. JACKS:  Your Honor, I have two

24  certified judgment and sentence orders.  I'd ask

25  that those be marked defense next in order.

SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                       201 Third NW, Suite 1630
Santa Fe, NM 87501                                              Albuquerque, NM 87102
(505) 989-4949                                                            (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492
                                                                    1-800-669-9492

BEAN
ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE
e-mail: info@litsupport.com

```
 1              THE COURT:  All right.  What's the

 2    numbers?

 3              MS. JACKS:  They're Defense Exhibits F, as

 4    in Frank, D as in dog.  That will be the order dated

 5    November 24, 2000, and FE, as in Frank Echo.  And

 6    that's the order dated May 15, 2013.

 7              THE COURT:  Any objection to those, Mr.

 8    Castellano?

 9              MR. CASTELLANO:  May I see them, Your

10    Honor?

11              No objection, Your Honor.

12              THE COURT:  Any other defendant have any

13    objection?  Not hearing any objections, Defendants'

14    Exhibits FD and FE will be admitted into evidence.

15              (Defendants' Exhibits FD and FE admitted.)

16              MS. JACKS:  If I could just have a moment.

17              THE COURT:  You may.

18              MS. JACKS:  Your Honor, I have nothing

19    further at this time.

20              THE COURT:  Thank you, Ms. Jacks.

21              Mr. Maynard, are you going to go next?

22              MR. MAYNARD:  Yes, Your Honor.

23                   CROSS-EXAMINATION

24    BY MR. MAYNARD:

25        Q.   Mr. Armenta?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        A.   Yes, sir.

 2        Q.   You recall the events of March 6 and March

 3   7, 2014?

 4        A.   Yes, sir, I do.

 5        Q.   And on direct and on cross you described

 6   those events and the homicide, the murder of

 7   Mr. Molina?

 8        A.   Yes, sir.

 9        Q.   The four of you that physically directly

10   participated in it -- there were four of you; right?

11        A.   Yes, sir.

12        Q.   And the plan was that that was going to

13   take place in Mr. Molina's cell?

14        A.   Yes, sir.

15        Q.   And Timothy Martinez and Mario Rodriguez

16   were going to incapacitate him by choking him,

17   making him unconscious?

18        A.   Yes, sir.

19        Q.   And then you and Jerry Montoya were to

20   stab him?

21        A.   Yes, sir.

22        Q.   And all of the events, everything, was

23   going to take place in the cell?

24        A.   Yes.

25        Q.   And if things had gone according to plan,
```



SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492                                                FAX (505) 843-9492
                                                                    1-800-669-9492

                          BEAN                              e-mail: info@litsupport.com
                       &ASSOCIATES, Inc.
                        PROFESSIONAL COURT
                         REPORTING SERVICE

334

```
 1   since this -- furthermore, this happened shortly

 2   after a head count?

 3        A.   Yes, sir.

 4        Q.   So -- and when would the next head count

 5   typically be in that pod?

 6        A.   Lockdown again was 8:00 for the rest of

 7   the night.

 8        Q.   So a few hours would go by before the next

 9   head count?

10        A.   Yes, sir.

11        Q.   And of course, this all happened in the

12   green pod?

13        A.   No, this happened in blue pod.

14        Q.   In the blue pod.  I'm sorry.

15        A.   Yes, sir.

16        Q.   Now, Mr. Herrera, Carlos Herrera, was in

17   another pod, the yellow pod?

18        A.   Yes, he was in yellow pod.

19        Q.   Now, what went wrong with this plan is

20   that Mr. Molina got out of the cell?

21        A.   Apparently, yes, that's what happened.

22        Q.   But that wasn't part of the plan, was it?

23        A.   No.

24        Q.   And so the plan obviously was to kill him?

25        A.   Yes.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

335

```
 1        Q.    Because -- and that was the plan that you
 2   participated in?
 3        A.    Yes, sir.
 4        Q.    But you didn't intend to kill him?
 5        A.    No, I didn't want to, and I didn't intend
 6   to.
 7        Q.    But the plan was that he would die in the
 8   cell?
 9        A.    Yes, that's what they told me.
10        Q.    Now, the cameras -- there are three
11   cameras.  They're not always working, but at least
12   you've seen -- you've heard about some of the camera
13   testimony or the camera evidence in this case;
14   correct?
15        A.    Yes, sir.
16        Q.    And it turned out -- because Mr. Molina
17   escaped and got into the general area of the pod, it
18   turned out that this killing happened on camera?
19        A.    Yes, sir.
20        Q.    And you discovered that you were, in fact,
21   on camera, participating?
22        A.    I knew I was on camera.
23        Q.    Okay.  At the moment, did you realize you
24   were on camera?
25        A.    Yes, sir.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   And you found out that in spades the next
 2   day when you were interviewed by the authorities
 3   over there at the prison?
 4        A.   Yes.
 5        Q.   And they pointed out to you how you were
 6   dressed and this happened all on camera?
 7        A.   They didn't actually say:  We got you on
 8   camera; we got you this; we got you this way.  They
 9   first approached me:  What happened?  Where were
10   you?  You know, they try to -- I don't know.
11        Q.   What did you tell them?
12        A.   I told them that I was at the front door,
13   that I didn't have nothing to do with it.  I wasn't
14   around when he was getting beat up.
15        Q.   And they told you, no, we've got some
16   camera footage?
17        A.   No, they didn't say that.
18        Q.   They didn't say it the next day?
19        A.   No.
20        Q.   Because you had an interview on March 8,
21   the day after the murder; correct?
22        A.   Yes.
23        Q.   And you tried to tell them you were
24   somewhere else, you didn't see anything, you didn't
25   have anything to do with it?
```

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                       Albuquerque, NM 87102
(505) 989-4949                                                (505) 843-9494
FAX (505) 843-9492                                        FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   Yes.

 2        Q.   And then on March 10, there was another

 3   interview?

 4        A.   Yes, sir.

 5        Q.   That wasn't very different?

 6        A.   I didn't say nothing.

 7        Q.   Right.  Now, you knew at this time you

 8   were facing prosecution in state court.

 9        A.   Yes, sir.

10        Q.   And likely conviction?

11        A.   Yes, sir.

12        Q.   And likely a possible life sentence?

13        A.   Yes, sir.

14        Q.   Or a sentence for a long number of years?

15        A.   Yes, sir.

16        Q.   Of course, even if you got a life sentence

17   under New Mexico law, your thought was that, well,

18   eventually I might be eligible for parole?

19        A.   The thought came to my mind.

20        Q.   Right.  Now, initially, you were

21   prosecuted in state court.  You had an attorney to

22   represent you; correct?

23        A.   Yes, sir.

24        Q.   And you kind of flip-flopped, you were

25   going to take the whole rap at one point, then you
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  changed your mind about taking the whole rap and so

2  forth?

3      A.   Yes, sir.

4      Q.   And then you participated in an interview

5  with authorities and with your defense lawyer.  And

6  if I understand your testimony correctly, that was

7  about late August or September 1 of 2015?

8      A.   Yes, sir.

9      Q.   This is about a year and a half after the

10 incident?

11     A.   Yes, sir.

12     Q.   And your memory is still fairly fresh?

13     A.   Yes, sir.

14     Q.   And there was a follow-up interview.  And

15 this time, this was in mid-September, around

16 September 17, and this time federal authorities were

17 involved?

18     A.   Yes, sir.

19     Q.   Was that the first time you were aware

20 that federal authorities were involved?

21     A.   Yes.

22     Q.   Now, you had your lawyer state-side;

23 correct?

24     A.   Yes, sir.

25     Q.   Representing you?

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                 Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                   FAX (505) 843-9492
                                                          1-800-669-9492
                                            e-mail: info@litsupport.com



```
 1        A.   Yes, sir.
 2        Q.   And was it made known to you that in
 3   federal prosecution, this type of crime could
 4   potentially be eligible for the death penalty?
 5        A.   Yes.
 6        Q.   Or life imprisonment?
 7        A.   Yes, sir.
 8        Q.   So the stakes raised -- the stakes went
 9   up?
10        A.   Yes, sir.
11        Q.   Now, later on, the death penalty was taken
12   off the table for everyone involved; correct?
13        A.   Right.
14        Q.   So that interview with the federal
15   authorities took place in mid-September of 2015?
16        A.   Yes, sir.
17        Q.   Now, you have decided to cooperate,
18   according to your testimony, by this time?
19        A.   Yes, sir.
20        Q.   And questions came up about other
21   participants?
22        A.   Yes, sir.
23        Q.   You mentioned the Tim Martinez, you
24   mentioned Mario Rodriguez, you mentioned Mr.
25   Montoya, you mentioned other -- and Mr. Sanchez.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  You talked about other people in the pod.

2      A.   Yes, sir.

3      Q.   And then there was another meeting that

4  took place in October of 2015?

5      A.   Right.

6      Q.   Right.  And again, you went over the same

7  territory?

8      A.   Yes, sir.

9      Q.   The same scenario, the same description of

10 events and involvement of people?

11     A.   Yes, sir.

12     Q.   A month later, in December of 2015, or a

13 month and a half later, December of 2015, you pled

14 guilty?

15     A.   Well, yeah, I was accepting a plea.

16     Q.   And then --

17     A.   I actually hadn't gotten to the courtroom

18 to do that, but yes, I had already talked with my

19 attorney.

20     Q.   I'm sorry.  In 2015, you were arrested

21 state-side -- on the federal side; correct?

22     A.   Oh, yes.

23     Q.   So did you go into federal custody at that

24 time?

25     A.   December 3.

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                 Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 843-9492                                                 FAX (505) 843-9492
                                                                   1-800-669-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE                                    e-mail: info@litsupport.com

```
 1        Q.    Of 2015?

 2        A.    Yes.

 3        Q.    All right.  Now, another entire year went

 4   by before in December of 2016 you decided to plead

 5   guilty under this plea agreement?

 6        A.    Yes, sir.

 7        Q.    And of course, you'd been housed, as you

 8   described on cross and direct examination, most of

 9   that year; and even after the plea of guilty, you

10   were housed with other people who were cooperating

11   with the Government's investigation?

12        A.    Yes, sir.

13        Q.    And you knew the investigation was about

14   other members, other alleged members of SNM?

15        A.    Yes, sir.

16        Q.    And you knew who were the other defendants

17   in the case?

18        A.    Yes.

19        Q.    You knew what kind of information the

20   Government might be interested in?

21        A.    Yes.

22        Q.    And you had access to the tablets?

23        A.    Yes.

24        Q.    And you had access to the other people who

25   were cooperating, so you could talk about the
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1  historical facts and talk about your stories and
 2  talk about events and put things together?
 3       A.   I'm sure we could have, but I never did.
 4       Q.   You had that opportunity?
 5       A.   I had that opportunity for a long time,
 6  yes.
 7       Q.   And then you pled guilty in December of
 8  2016.  And if I may, I need to get the Elmo on.
 9            I'd like to show you -- I'm digitally
10  challenged.  I'm going to show you a page from the
11  plea agreement, and I want to clarify your
12  expectations in the situation that you're in right
13  now and the situation you've been in for the past
14  couple of years.
15       A.   Okay.
16       Q.   Do you recognize this particular document?
17  Does it have your signature on it?
18       A.   Yes.
19       Q.   In fact, is that an addendum to the plea
20  agreement that you signed with the Government on
21  December 13 of 2016?
22       A.   Yes, sir.
23       Q.   Okay.  Now, right now, as you're in the
24  courtroom for the past year and a half since you
25  pled guilty, you're subject to life in prison?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    Yes, sir, I am.

 2        Q.    And you're going to get life imprisonment

 3   unless you get the favor from the Government and a

 4   favor from the judge?

 5        A.    Yeah, I could very well get a life

 6   sentence still, and I'm prepared for that.

 7        Q.    Now, right here, according to this -- and

 8   tell me if I'm incorrect here -- it says here, "The

 9   defendant understands that the decision whether to

10   seek a downward departure for substantial assistance

11   will be made in the sole discretion of the United

12   States Attorney for the District of New Mexico."

13        A.    Yes, sir.

14        Q.    So in order to get a sentence of less than

15   life, you have to please the people at this table

16   first?

17        A.    Yeah, I'm sitting here testifying.

18        Q.    They have the discretion, and they have

19   the green light for a sentence of less than life?

20        A.    To speak on my behalf, yes, they do.

21        Q.    And unless they give you that green light,

22   the judge can't give you less than life?

23        A.    He could.  Even regardless of their green

24   light or not, it's up to him, ultimately, at the end

25   to say:  "Look, you took a life, and for that, I'm
```



SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                201 Third NW, Suite 1630
Santa Fe, NM 87501                                        Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                          FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1    going to give you life."

2            And like I said, I'm well prepared to do

3    that.  I took a life and I'm going to take my

4    responsibility, however I have to take it.

5        Q.   Well, the next sentence says that if the

6    United States does file a motion seeking a downward

7    departure, the decision whether to depart downwards,

8    as well as the amount of any departure, is solely

9    within the discretion of the Court.

10       A.   Right.

11       Q.   So that says the Court can depart downward

12   and give you less than a life sentence if the

13   Government files the motion for a departure;

14   correct?

15       A.   Yes.

16       Q.   So without that motion for departure from

17   the Government, you're going to do a life sentence?

18       A.   Yes.

19       Q.   So you have a keen interest, not just to

20   become a law-abiding citizen, again, but you'd have

21   a keen interest to please the people investigating

22   and prosecuting this case?

23       A.   Yes.

24       Q.   Now, you claimed on your direct

25   examination that you had a conversation back with



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Mr. Herrera a couple of years ago, two-and-a-half,

2    three years ago?

3         A.   Yes, sir.

4         Q.   You didn't mention that conversation in

5    March of 2014 to authorities, did you?

6         A.   No, because I didn't have that

7    conversation until after March of 2014.

8         Q.   And you didn't mention it after that

9    conversation in September of 2015?  Remember, you

10   had an interview, and a transcript was made, and you

11   never indicated that you had a conversation with

12   Carlos Herrera where he said, "I'm the one"?

13        A.   Yeah, I didn't bring it up.

14        Q.   You didn't bring it up?

15        A.   No.

16        Q.   And at the next one you didn't bring it

17   up?

18        A.   Right.

19        Q.   Okay.  In fact, you brought it up.  You

20   had a meeting on January 22.  The Monday before jury

21   selection, you had a meeting with Mr. Acee and with

22   the prosecutors in preparation for your testimony.

23   Do you remember that?

24        A.   I remember the meeting.  I believe the

25   date is wrong, though.

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                 Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 843-9492                                                 FAX (505) 843-9492
                                                                   1-800-669-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE                                                  e-mail: info@litsupport.com

1       Q.   It was in January of this year, just two

2  or three weeks ago?

3       A.   Yes.

4       Q.   And that's when you mentioned:  "Oh, by

5  the way, I had a conversation with Carlos Herrera in

6  June of 2015, and he claims he's the one who decided

7  on the hit."

8       A.   I had mentioned Carlos Herrera before.

9       Q.   If you had mentioned it, you didn't

10 mention anything about a conversation with him where

11 he claims credit for the hit?

12      A.   I know I did.  I can't exactly tell you

13 when, what interview, what day it was.  But I know I

14 mentioned it.

15      Q.   If you had mentioned it, does it seem to

16 you it would appear in some kind of report of

17 investigation?

18      A.   Yeah, I believe it is somewhere.

19      Q.   You believe it is?

20      A.   Yeah.

21      Q.   All right.  You believe the FBI

22 authorities would take careful notes about

23 interviews and so forth?

24      A.   Yes.

25      Q.   You're not aware of any such notes.  You

SANTA FE OFFICE                                                      MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                           Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492
                                                                    1-800-669-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE                           e-mail: info@litsupport.com

```
 1    had access to the investigative reports by the

 2    cooperating witnesses, have you not?

 3         A.   Yes, sir.

 4         Q.   Okay.  You said during the past few

 5    months -- in fact, during the past year you've been

 6    housed with other people who are going to be

 7    testifying here?

 8         A.   Yes, sir.

 9         Q.   And your topic of conversation has

10    frequently been about this case?

11         A.   No.

12         Q.   You haven't been talking about the case?

13         A.   I have no desire to talk about the case

14    with the other defendants.

15         Q.   Even though you're all on the witness

16    list, you knew the case was coming up, you knew

17    you'd been -- you have a lot at stake in this

18    particular case?

19         A.   I understand that.  Yeah, I understand I

20    break rules and I don't follow them too well.  But I

21    take good advice from my attorney, and I don't speak

22    about anything to anybody.

23         Q.   Not even to Timothy Martinez?

24         A.   No.

25         Q.   Or Roberto Martinez?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    No.

 2        Q.    And to Benjamin Clark?

 3        A.    Nope.

 4        Q.    So if they were to testify that -- they

 5   would be incorrect to say that they've discussed the

 6   case from time to time with you?

 7        A.    Yes.

 8              MR. MAYNARD:  May I have a moment, Your

 9   Honor?

10              THE COURT:  You may, Mr. Maynard.

11              MR. MAYNARD:  No further questions at this

12   time.

13              THE COURT:  Thank you, Mr. Maynard.

14              Ms. Fox-Young, are you next?

15              MS. FOX-YOUNG:  Thank you, Your Honor.

16              THE COURT:  Ms. Fox-Young.

17                    CROSS-EXAMINATION

18   BY MS. FOX-YOUNG:

19        Q.    Good morning, Mr. Armenta.

20        A.    Hello.  How are you?

21        Q.    You're called Kreaper?

22        A.    Yes.

23        Q.    Why?

24        A.    Because one of my older homies named me

25   that because he said that I was a creep.  I was
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

**BEAN & ASSOCIATES, Inc.**
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1  about 17 when he named me that.

 2       Q.   And you've kept it since then?

 3       A.   Yes.

 4       Q.   You arrived at Southern New Mexico

 5  Correctional Facility, I think you said, around

 6  Christmas of 2013; right?

 7       A.   Yes, ma'am.

 8       Q.   And at that time you were in blue pod?

 9       A.   Yes, ma'am.

10       Q.   And I think you said that you knew some of

11  the folks who were in yellow pod; right?

12       A.   A couple of the people.  Well, not knew

13  them.  Just you, know by, their name I know who they

14  were.

15       Q.   You knew them by reputation?

16       A.   Yeah.

17       Q.   Was Billy Cordova in there?

18       A.   Yes.

19       Q.   Do you know Billy Cordova?

20       A.   Yes, I do.

21       Q.   And did you have occasion to talk with

22  Billy Cordova when you were at Southern New Mexico

23  Correctional Facility in 2013, 2014?

24       A.   A couple of times.

25       Q.   Did you talk to him about past murders
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   he'd been involved in?

 2        A.   No.

 3        Q.   Did he ever brag to you about murders he'd

 4   been involved in?

 5        A.   No.

 6        Q.   Never happened?

 7        A.   No.

 8        Q.   Would you consider him to be a friend?

 9        A.   No.

10        Q.   Were you later housed -- I'm going to skip

11   forward.  You were moved to the North, you were

12   moved to PNM; right?

13        A.   Yes, ma'am.

14        Q.   Were you housed with Billy Cordova there?

15        A.   Yes, ma'am.

16        Q.   Okay.  So when you arrived at Southern New

17   Mexico Correctional Facility and you were in blue

18   pod, do you remember seeing Rudy Perez?

19        A.   Yes.

20        Q.   And he was pretty sick at that time, was

21   he not?

22        A.   Yes.

23        Q.   Was he mainly in his cell while you were

24   there?

25        A.   Most of the time, yes.
```

SANTA FE OFFICE                                                              MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                  Albuquerque, NM 87102
(505) 989-4949                                                               (505) 843-9494
FAX (505) 843-9492                                                     FAX (505) 843-9492
                                                                          1-800-669-9492
                                                            e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        Q.   And so that was about maybe a
 2   two-and-a-half month period before the murder that
 3   you were there in blue pod with Mr. Perez?
 4        A.   Yes.
 5        Q.   Almost never saw him?
 6        A.   I saw him every day.  I mean, he would
 7   come out.  But you know, the majority of the time he
 8   was in his room.
 9        Q.   And do you remember that he was taking
10   medications at that time?
11        A.   Yes, ma'am.
12        Q.   Do you remember the nurse coming to bring
13   him medication?
14        A.   Yes, ma'am.
15        Q.   You know about what kind of sicknesses he
16   had?
17        A.   I'm not aware the exact sicknesses he had,
18   but I know that Mr. Perez was pretty sick, and still
19   is.
20        Q.   And you knew at that time that he had just
21   recently been released from a long hospital stay;
22   right?
23        A.   Yes, I had heard something about it, yes.
24        Q.   And you knew that he had some trouble
25   getting around?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

352

```
 1        A.    Yes.

 2        Q.    He needed a walker to get around; right?

 3        A.    Yes.

 4        Q.    He couldn't walk on his own?

 5        A.    No.

 6        Q.    You talked a little bit about your

 7   interactions with Mario Rodriguez, Blue, on March 6

 8   and 7.  You talked about the fact that he kind of

 9   forced you into participating in this act; right?

10        A.    Not Blue.  Mr. Sanchez.

11        Q.    Mr. Rodriguez.  I'm asking about

12   Mr. Rodriguez.

13        A.    He didn't make me do anything.  He didn't

14   tell me that I had to go put in work.  He didn't

15   tell me that I had to go kill Javier, none of that.

16   He gave me the shank.

17        Q.    I'm not asking what he didn't tell you.

18   I'm asking about how you did interact with him.

19             So let's start at the beginning.  I think

20   you have said that on March 6, you saw him

21   interacting with somebody with regard to preparing

22   for this murder; is that right?

23        A.    He was talking with somebody in yellow pod

24   through the door.

25        Q.    Okay.  And in fact, when you witnessed him
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1   talking to somebody in yellow pod, after Mr. Urquizo

2   and Mr. Varela arrived, you thought you might be in

3   danger, didn't you?

4       A.   Yeah.

5       Q.   You did, and that was because of your past

6   sex offense with your stepdaughter?

7       A.   Yes.

8       Q.   You thought he might be coming after you?

9       A.   It was possible.

10      Q.   It was possible?  That was in your mind at

11  that time.

12      A.   Oh, yeah.

13      Q.   And you also knew about Mr. Rodriguez's

14  past sex offense; right?

15      A.   Yes.

16      Q.   Did he take a particular interest in your

17  sex offense?

18      A.   He didn't know about it at that time.

19  Later on is when -- after I spoke with Montoya's

20  attorney, that's when they found out that it was --

21  in fact, I had some arrests for sexual offense.

22      Q.   Well, let's go back to March 6.  When you

23  saw Mr. Rodriguez engineering something, you thought

24  he was after you, I think you just testified to

25  that, because of the sex offense; right?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1       A.    That wasn't until the 7th.

2       Q.    Oh, on the 7th?

3       A.    Yes.

4       Q.    So in your mind, on the 7th, you thought

5  Mr. Rodriguez was coming after you because of your

6  criminal past?

7       A.    Not extensively, not like I was, "Oh, my

8  God, I'm scared, he's going to get me because they

9  found out about this."  It crossed my mind.  Because

10 they have -- I don't know how they do it, but they

11 got a way of finding out things.

12      Q.    Well, it didn't just cross your mind; it

13 was specifically on your mind --

14      A.    Yeah, but --

15      Q.    -- that he could be coming after you

16 because of your past sexual contact; right?

17      A.    Yeah.

18      Q.    And so as things proceeded on the 7th and

19 you interacted with Mr. Rodriguez, I'd like to look

20 at Government's Exhibit 757.  Mr. Armenta, let's

21 take a look at this letter that I know you wrote

22 after the fact, and you've testified about it and

23 about the contents of it.  And I think -- correct me

24 if I'm wrong, but I think your testimony has been

25 that some things in that letter were true and some

SANTA FE OFFICE                                                      MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                           Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492                                            FAX (505) 843-9492
                                                                   1-800-669-9492
                                                           e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1  things were not.  And this is a letter that you

2  wrote to Mr. Montoya?

3       A.   Yes, ma'am.

4       Q.   And this letter was intercepted; right?

5  It never reached Mr. Montoya?

6       A.   Right.

7       Q.   But you wrote it to Mr. Montoya, and your

8  purpose for writing the letter was to try to get Mr.

9  Montoya to get on the same page with you and also to

10  become a Government witness; right?

11       A.   Yeah.

12       Q.   And you tell him in this letter, "but I

13  had to tell the truth about how it all went down

14  from you picking up your hands."

15            Let's talk about that.  Tell me when he

16  picked up his hands, and did you see that?

17       A.    I seen it.  I was standing on the stairs

18  and that's when I see Mario Rodriguez walk into Mr.

19  Montoya's room, and he pulled out something, which

20  was the shank, and he gave it to him, and Jerry

21  Montoya picked his hands up like --

22       Q.   He held his hands over his head?

23       A.   Not like that.  Like, whoa.  He didn't

24  know what was going on at that minute.  So he was,

25  like -- he seen him pull out the shank.  He was,

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                 201 Third NW, Suite 1630
Santa Fe, NM 87501                                         Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 843-9492                                          FAX (505) 843-9492
                                                                1-800-669-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE
e-mail: info@litsupport.com

```
 1    "Oh, shit, like, what's up," you know?

 2         Q.   He was threatened?

 3         A.   He was startled.

 4         Q.   He felt threatened?

 5         A.   Yeah, I would say so.

 6         Q.   That was your perception?

 7         A.   Yeah.

 8         Q.   And you go on, when Blue handed you your

 9    piece -- that's what you watched?

10         A.   Yes.

11         Q.   "To the threats of your life and mine."

12    And so are there some other ways in which Rodriguez

13    threatened Mr. Montoya's life on that day, other

14    than just coming in with a shank and approaching

15    him?

16         A.   Later, I found out with Montoya that he

17    made him do it, made Montoya do it as well.

18         Q.   He threatened Montoya, he told him:  "You

19    have to do this"?

20         A.   Yeah.

21         Q.   And he also threatened you?

22         A.   No, Mr. Sanchez threatened me.

23         Q.   You say here in this letter, "When Blue

24    handed you your piece to the threats of your life

25    and mine," are you talking about Blue threatening
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    your life?

2         A.   No, just the threats in general.

3         Q.   Okay.  Mr. Armenta, after the fact, after

4    the murder, after the stabbing, you described how

5    Mario Rodriguez came up with the idea of you taking

6    responsibility solely for this murder; right?

7         A.   Yes.

8         Q.   And he told you -- and I'm not trying to

9    elicit any hearsay by Mr. Rodriguez -- but he came

10   up with this idea of writing a letter, and you wrote

11   it, and you've gone over that letter; right?

12        A.   The idea was him and me taking the blame.

13   I came up with the letter with Mr. Martinez and Mr.

14   Montoya, we talked about it.  But Rodriguez, Blue,

15   he's the one that told me I should take the blame

16   because I was the one that got him charged.

17        Q.   Right, and so you felt that you needed to

18   do that?

19        A.   I was under orders.

20        Q.   Let me ask my question, Mr. Armenta.  You

21   felt that you needed to do that in order to satisfy

22   Mr. Rodriguez; is that right?

23        A.   Yeah.

24        Q.   Because what would happen if you wouldn't

25   have done that?

SANTA FE OFFICE                                                      MAIN OFFICE
119 East Marcy, Suite 110                                      201 Third NW, Suite 1630
Santa Fe, NM 87501                                              Albuquerque, NM 87102
(505) 989-4949                                                            (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492
                                                                         1-800-669-9492
                                                              e-mail: info@litsupport.com



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        A.    I probably would have gotten killed, too.
 2        Q.    So you were scared of him?
 3        A.    Yes.
 4        Q.    You were scared of him on March 6, 2014?
 5        A.    Yeah, I guess.  I mean, we weren't beefing
 6   or anything, so it was -- we were okay.  We were
 7   cool.
 8        Q.    But you were scared of what would happen
 9   if you didn't take the actions that he wanted you to
10   take?
11        A.    Definitely.
12        Q.    And that's something that continued
13   through the day of the murder, and well after the
14   murder to the time that you drafted that letter; is
15   that right?
16        A.    Yes, ma'am.
17        Q.    Now, you talked about going up to the
18   Penitentiary of New Mexico and being there with Mr.
19   Montoya; right?
20        A.    Yes.
21        Q.    And Mr. Rodriguez?
22        A.    Yes, ma'am.
23        Q.    And Mr. Martinez?
24        A.    Yes, ma'am.
25        Q.    And Mr. Cordova was there, too?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

359

```
 1        A.   Yeah, he came at a later date, but he came
 2   back, yes.
 3        Q.   Okay.  So you and the other three
 4   individuals who participated in the hands-on killing
 5   of Mr. Molina were up there together?
 6        A.   Um-hum.
 7        Q.   And also Mr. Cordova was there?
 8        A.   He was.  Yeah, he was there.
 9        Q.   And you all discussed, did you not, what
10   had happened during the course of the murder?
11        A.   With Billy?
12        Q.   Yes.
13        A.   No.
14        Q.   Just the four of you discussed it?
15        A.   Yes.
16        Q.   Did you discuss it with anybody else?
17        A.   No.
18        Q.   And were you all housed together at PNM?
19        A.   Martinez -- Mr. Martinez and Montoya and
20   Rodriguez were in W pod.  At first they were -- we
21   were in 3-A.  So they were in Q pod.  We were -- I
22   was in R pod.  And then we got moved to 3-B, the
23   Unit 3-B, where they went to W pod, those three.
24   And I was in X pod.  A couple weeks after that is
25   when Mr. Billy Cordova came.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

**BEAN & ASSOCIATES, Inc.**
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
**1-800-669-9492**
e-mail: info@litsupport.com

360

1      Q.    And if you were not all housed together in

2  neighboring cells, how was it that you had occasion

3  to discuss the murder together?

4      A.    We would go outside and get next to each

5  other in the rec yards.

6      Q.    Okay.  And so everybody was able to do

7  that together when you had rec?

8      A.    Not all the time.  You had to talk to the

9  COs, you know, say, "Hey, I want to talk to this

10 guy.  Can you put me next to him?"

11            Most of the time they didn't do it, but

12 sometimes they would oblige.

13     Q.    Okay.  You know, don't you, that there

14 were a lot of rumors in 2014 and 2015 about what had

15 happened to Javier Molina?

16     A.    Yes.

17     Q.    And those rumors were flying around PNM?

18     A.    Yes.

19     Q.    And you know sitting here today, don't you

20 that that's how Mr. Billy Cordova learned about what

21 may or may not have happened?

22     A.    I'm not too sure on the facts of what he

23 learned of what happened.

24     Q.    You don't personally know?

25     A.    I don't sit there and talk with the man.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1  Like I said, he's not my friend.  We are

 2  acquaintances.

 3       Q.   It hasn't come to your attention since

 4  then that that is how Mr. Cordova learned these

 5  rumors about the murder?

 6       A.   Yeah.

 7       Q.   And at the time, were you aware that there

 8  were rumors that Mr. Perez was talking to the

 9  Government?

10            MR. CASTELLANO:  Objection, calls for

11  hearsay.

12       Q.   If you were aware?

13            MR. CASTELLANO:  Objection, calls for

14  hearsay.

15            THE COURT:  Lay a foundation how he might

16  know this, and we'll see whether it's coming from

17  other sources.

18  BY MS. FOX-YOUNG:

19       Q.   Mr. Armenta, you testified that you were

20  aware that there were lots of rumors going on at PNM

21  about what had happened to Javier Molina; right?

22       A.   Yes, ma'am.

23       Q.   And about who had participated in the

24  rumor?

25       A.   Yes, ma'am.  Yeah, I was there.  So yeah,

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                 Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 843-9492                                                 FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1  I mean, I can confirm or deny any facts or rumors

2  that were being spread around.

3      Q.   You were there and you were having these

4  conversations?

5      A.   Yes, ma'am.

6      Q.   And so people at PNM were talking about

7  how many times you stabbed Javier Molina?

8      A.   Well, nobody actually knew that.  They

9  didn't know exactly the detailed facts of the case.

10     Q.   Nobody but you and Jerry Montoya and Mario

11 Rodriguez and Timothy Martinez?

12     A.   Yes.

13     Q.   And there were also rumors about how many

14 times Mr. Montoya stabbed Javier Molina?

15     A.   Like I said, there were rumors, but nobody

16 knew exactly how many.

17     Q.   And was there discussion of Tim Martinez

18 coming behind Javier Molina and choking him out?

19     A.   Yes.

20     Q.   And was there also discussion of

21 Mr. Molina trying to pry Tim Martinez' hands off of

22 his neck?

23     A.   I don't think so, because when I witnessed

24 that happen, he did not put up a fight at all.

25     Q.   Well, that's because Mario Rodriguez was

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                             201 Third NW, Suite 1630
Santa Fe, NM 87501                                      Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                          FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1   holding his arms down; right?
 2        A.   No.
 3        Q.   You don't recall that?
 4        A.   No, I don't.  Mario's back was to me.  So
 5   I don't remember seeing him anything -- doing
 6   anything like that.
 7        Q.   Okay.  And so anyway, there was a lot of
 8   discussion after you were transported to PNM about
 9   the details of the murder; right?
10        A.   Some.
11        Q.   And was there also discussion of who might
12   and might not be talking to the Government?
13        A.   At the time, no.  They accused me, because
14   when the discovery -- when we finally got the
15   discovery, my statement was there where I said that
16   I was standing by the front door, and that I -- when
17   he was getting beat up, and this and that.  So they
18   were trying to say that I was making statements.
19        Q.   People thought you were talking to the
20   Government?
21        A.   Yes.
22        Q.   And you were?
23        A.   At that time, no.  Not till later.  Not
24   till later is when I started talking to the
25   Government.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1        Q.    And you heard about that when you were at

2    PNM?

3        A.    Yes.

4        Q.    And you discussed it with other people?

5        A.    Yes.

6        Q.    And at that time you didn't want to appear

7    weak; right?

8        A.    Well, I really didn't talk to anybody

9    other than Eric Duran.  He was my neighbor, so --

10        Q.    I thought you also talked to all the other

11    killers.

12        A.    Well, out in yard.  That's an hour.  And I

13    barely go outside maybe twice a week.

14        Q.    Right.  And you talked on Friday, did you

15    not, about how important it is not to appear weak

16    with all those other guys?

17        A.    Of course.

18        Q.    You talked about the fact that there is

19    not a CO or a nurse or a cop who could get in the

20    way of one of those guys killing you if they want

21    to; right?

22        A.    Yes, ma'am.

23        Q.    So when the rumors were circulating up at

24    Santa Fe that you were a Government witness, you

25    didn't want to appear weak; right?

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                           Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                           FAX (505) 843-9492
                                                                  1-800-669-9492
PROFESSIONAL COURT                          e-mail: info@litsupport.com
REPORTING SERVICE



```
 1        A.   Right.

 2        Q.   You had to do something to protect

 3   yourself in the face of those rumors?

 4        A.    If it came down to it, of course, I would

 5   defend myself.

 6        Q.   And sometimes was that big talk?

 7        A.   No.  I'm not going to let somebody just

 8   kill me without a fight.  I mean, if they kill me,

 9   they kill me.  But I'm going to fight.  I'm not just

10   going to sit there and let them.

11        Q.   Okay.  So you said there were rumors about

12   you being a Government witness at that time.  Do you

13   personally know if there were rumors about Mr. Rudy

14   Perez being a Government witness?

15        A.   No.

16             MR. CASTELLANO:  Hearsay.

17             MS. FOX-YOUNG:  Your Honor, it's not

18   offered to prove the truth.

19             THE COURT:  Well, I think it is being

20   offered.  Sustained.

21   BY MS. FOX-YOUNG:

22        Q.   And so how long did you stay at PNM?

23        A.   I got there in September 2014, and I

24   stayed there until October of 2015.

25        Q.   And then where did you go?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    A.   I went -- I came back down to Southern for

2    a court hearing.  That was when I was coming down to

3    plead guilty for the state.

4    Q.   And where were you around the time that

5    Mr. Munoz drafted that letter to the warden for the

6    party that you're all going to have?

7    A.   We were back at the North penitentiary.

8    Q.   So when did you get back to the North?

9    A.   May of 2016.

10   Q.   And that's when you started rooming with

11   Mr. Roy Martinez?

12   A.   No, Mr. Martinez didn't come until

13   September of 2016.

14   Q.   Okay.  And I think you said when you were

15   answering some questions from Ms. Jacks that it

16   wasn't until December, about December of 2016 that

17   you figured out how to get on the internet and

18   really make use of your tablet in a number of ways

19   that were not authorized?

20   A.   That was -- we didn't know about the

21   internet until we got to Sandoval County.  It was

22   reset, like, you know, the end of 2016 or '17,

23   beginning of 2017.  January, something like that.

24   Q.   But you actually did have some internet

25   activity in the fall of 2016, did you not?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    No.
 2              MS. FOX-YOUNG:  Your Honor, may I approach
 3   the witness?
 4              THE COURT:  You may.
 5   BY MS. FOX-YOUNG:
 6        Q.    Mr. Armenta, do you remember making these
 7   Facebook posts in September 2016?
 8        A.    Yeah.  My fiancee did that.
 9        Q.    Oh, your fiancee did it for you?
10        A.    Yes.
11        Q.    And she would log into your Facebook
12   account?
13        A.    Yes.
14        Q.    And she posted, "After everything I've
15   been through, I'm still smiling, not because I'm
16   strong, but because I'm crazy"?
17        A.    Yes.
18        Q.    "Now, that should scare you"?
19        A.    Scare me?
20        Q.    That was the post.  She said, "Because I'm
21   crazy, now that should scare you"?
22        A.    She put all that, yes.
23        Q.    And you asked her to do that?
24        A.    No, I told her just to beef it up, do
25   whatever she had to do.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   Do whatever she had to do, why?

2    A.   Because I asked her to.

3    Q.   And so when did you actually take control

4  of your Facebook account and start posting yourself?

5    A.   January 2017.  Early February, something

6  like that.

7    Q.   Okay.  And so that was well after the time

8  when you said you had rejected all those beliefs and

9  values of the SNM?

10   A.   Yes.

11   Q.   And you had rejected the thug life at that

12  point?

13   A.   Yes.

14        MS. FOX-YOUNG:  Your Honor, I move the

15  admission of Defendants' FF.

16        MR. CASTELLANO:  I don't know what it is,

17  Your Honor.

18        THE COURT:  Why don't you take a look at

19  it?

20        MR. CASTELLANO:  I object, based on

21  hearsay grounds and foundation.

22        THE COURT:  Why don't y'all approach and

23  let me look at the exhibit here.

24        (The following proceedings were held at

25  the bench.)



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              THE COURT:  What do we have here?
 2              MS. FOX-YOUNG:  Your Honor, this is a
 3   Facebook post of Mr. Armenta's.  It's offered to
 4   show bias and also to impeach him.  He was done with
 5   the thug life as of January.  This is from Armenta.
 6   We can lay the foundation in terms of the dates.
 7   The dates are already in in terms of when he was
 8   using the tablet.  And I can have him authenticate
 9   his profile.  It's on the second page that she
10   posted as well as the subsequent postings.
11              THE COURT:  I think you can certainly
12   impeach him with it.  But I'm not sure that any
13   statements should be coming in if you're trying to
14   get them in for the truth of the matter.
15              MR. CASTELLANO:  I'm also concerned that
16   there are personal photos in there of the defendant.
17              THE COURT:  If they redact out the
18   personal photos, would that be all right with the
19   Government, if they redacted them?
20              MR. CASTELLANO:  It's an additional
21   grounds for the objection.
22              MS. FOX-YOUNG:  Your Honor, he posted this
23   on the internet for all to see.
24              THE COURT:  I think you can certainly
25   question him about it.  I think you can impeach him
```

SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                 Albuquerque, NM 87102
(505) 989-4949                                                           (505) 843-9494
FAX (505) 843-9492                                                  FAX (505) 843-9492
                                                                      1-800-669-9492
                                                              e-mail: info@litsupport.com



1   with it.  It's a little hard to tell whether it's

2   impeachment material.  But I assume that's what

3   you're trying to do with it.  So I won't let the

4   exhibit in, but I'll let you impeach him.

5           MS. FOX-YOUNG:  Just for the record, I

6   think it also shows bias in the same way the video

7   does, his misuse of the tablets.

8           THE COURT:  You can impeach him with it,

9   but it's not going to come into evidence.

10          MR. CASTELLANO:  I didn't see a Bates No.

11  on there.

12          MS. FOX-YOUNG:  It's not Bates; it's from

13  the tablets.

14          MR. CASTELLANO:  Oh, it's from the

15  tablets?

16          MS. FOX-YOUNG:  Can I publish it?

17          THE COURT:  All right.

18          (The following proceedings were held in

19  open court.)

20          THE COURT:  Ms. Fox-Young.

21          MS. FOX-YOUNG:  Thank you, Your Honor.

22  BY MS. FOX-YOUNG:

23      Q.   So Mr. Armenta in January of 2016 you were

24  done with the thug life?

25      A.   I was done.  Yeah, I'm not trying to live



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   that way anymore.
 2           MS. FOX-YOUNG:  Your Honor, may I
 3   approach?
 4           THE COURT:  You may.
 5   BY MS. FOX-YOUNG:
 6       Q.   Do you recognize this document?
 7       A.   Yes.
 8       Q.   Is this a printout from your Facebook
 9   account?
10       A.   Yes.
11       Q.   And Mr. Armenta, do you see this posting
12   from April 16, 2017?
13       A.   Yes, ma'am.
14       Q.   And I think it was your testimony that
15   that's about the time that the tablets got seized;
16   right?
17       A.   Yes, ma'am.
18       Q.   It was almost your last posting.
19       A.   Yes, ma'am.
20       Q.   Do you see where you said, "Thug life,
21   baby"?
22       A.   Yeah.
23       Q.   That's you?
24       A.   Yeah.
25       Q.   So you weren't done with the thug life?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   I was done with it because of Tupac.  He

 2   had always represented the thug life.  So that was a

 3   Tupac thing.

 4        Q.   He's an idol of yours?

 5        A.   He's the best rapper ever to live.

 6        Q.   You also posted a photograph of yourself

 7   as a profile picture from jail; right?

 8        A.   Yes, ma'am.

 9        Q.   How did you take that picture?

10        A.   With the tablet.

11        Q.   While you're in your underwear?

12        A.   No.  It was without a shirt.

13        Q.   Did you also communicate with individuals

14   through your Facebook page?

15        A.   My fiancee.

16        Q.   The party that was held two days before

17   Christmas in 2016 that you guys asked for the

18   banquet?

19        A.   Yes, ma'am.

20        Q.   Do you remember who was there?

21        A.   Yes.

22        Q.   Who was there?

23        A.   A lot of people.  Me, my family, my mom,

24   my nieces, my fiancee, Benjamin Clark, his mom, his

25   fiancee, and --
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.    He's another Government witness?

 2        A.    Yes.  Robert Martinez.

 3        Q.    Another Government witness?

 4        A.    Yes.  All these are Government witnesses.

 5        Q.    Billy Cordova?

 6        A.    Billy Cordova, Gerald Archuleta, Roy

 7   Martinez, Paul Rivera, and Javier Rubio.

 8        Q.    Anybody who worked for the Government?

 9        A.    Yes.

10        Q.    Who was there for the Government?

11        A.    Bryan Acee, Ms. Nancy showed up.  I don't

12   know.

13        Q.    Would that be Nancy Stemo, another FBI

14   agent?

15        A.    Yes, ma'am.

16        Q.    Who else?

17        A.    I believe it was just them two.

18        Q.    Any of the prosecutors?

19        A.    No.

20        Q.    You invited the prosecutors?

21        A.    Yes.

22        Q.    And anybody from the prison?  Did the

23   Warden come?

24        A.    Yes.

25        Q.    Warden Franco?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    Warden Franco, yes.

 2        Q.    And Mr. Marcantel?

 3        A.    No, he did not go.

 4        Q.    Jerry Roark?

 5        A.    I don't think he was there either.

 6        Q.    Anybody else from the prison?

 7        A.    No -- STIU members, Mr. Franco, and just

 8   staff that were there.

 9        Q.    Mr. Sapien?

10        A.    Mr. Sapien, yes.

11        Q.    Mr. Cupit?

12        A.    Cupit.

13        Q.    Anybody else?

14        A.    No.

15        Q.    And did you have occasion to talk to Agent

16   Acee and Agent Stemo at that party?

17        A.    I introduced them to my mother and to my

18   fiancee.  Yes, I did.

19        Q.    Did you talk about any of the details of

20   the Molina murder at that party?

21        A.    No.

22        Q.    Did you talk to anybody at that party

23   about any of the details of the Molina homicide?

24        A.    Definitely not.

25        Q.    Definitely not?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492





PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    No.
 2        Q.    Did you talk about the contact visits that
 3   you were receiving at that party?
 4        A.    No.
 5        Q.    Did you have a contact visit at that
 6   party?
 7        A.    Yes.
 8        Q.    Did you have a contact visit where you
 9   were able to engage in sexual activity at that
10   party?
11        A.    No.
12        Q.    Are you sure?
13        A.    Positive.
14        Q.    And did you have occasion to talk to the
15   warden at that party?
16        A.    Yes.
17        Q.    About how you'd reformed yourself?
18        A.    No, he talked to me about my sister,
19   because they denied her coming in.  They had
20   canceled her visits or took her off my visiting list
21   because of an incident that happened with my
22   brother, like, a year or two before.
23        Q.    Okay.  And you all had pizza together?
24        A.    Yes.
25        Q.    And sat around the table and celebrated?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    They all left.  They said a few words,
 2   they talked to our family, let them know that we
 3   came a long way from living that life that we were
 4   living; and what we're doing now it's honorable,
 5   it's a good thing, and --
 6        Q.    So they didn't know that at that same time
 7   you were using your tablets to search for teenage
 8   porn?
 9        A.    I wasn't searching for teenage porn.
10        Q.    And that you were using your tablet to get
11   on Facebook?
12        A.    We didn't have internet at the prison.
13        Q.    And they didn't know about the contact
14   visits that you'd been having?
15        A.    No, they did not.
16        Q.    And were you using Suboxone at that party?
17        A.    No.
18        Q.    Was anybody?
19        A.    To my knowledge, no.
20        Q.    Was Timothy Martinez at that party?
21        A.    No.
22        Q.    Was he invited?
23        A.    He wasn't there.
24        Q.    Subsequently, I think you said you were
25   housed at Sandoval County?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   Yes, ma'am.

 2        Q.   And is that where you wrote the letter to

 3   the lunch ladies?

 4        A.   Yes.

 5        Q.   And at Sandoval County you know that

 6   Timothy Martinez was dealing Suboxone; right?

 7        A.   He wasn't dealing like a big old drug

 8   dealer.  I mean, he got some, he got some, and he

 9   would always have extra, and we'd buy from him.

10        Q.   You were buying it from him?

11        A.   I bought a few times from him.

12        Q.   And Roy Martinez was buying from him?

13        A.   Yes.

14        Q.   And that went on until when?

15        A.   Till when we all left from Sandoval

16   County.  It happened at different times.  Not all

17   the time.  It wasn't a steady thing.

18        Q.   What month did you leave Sandoval County?

19        A.   September.

20        Q.   So from May until September of 2017, you

21   were there?

22        A.   No.  From January of 2017 to September of

23   2017.

24        Q.   Okay.  So for that nine-month period

25   Timothy Martinez was dealing Suboxone?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    Every once in a while.

 2        Q.    And you were buying?

 3        A.    Yes.

 4        Q.    And Roy Martinez was buying for that

 5   nine-month period?

 6        A.    Yeah.

 7        Q.    Who else was buying?

 8        A.    Everybody.

 9        Q.    And who else was selling?

10        A.    Nobody.

11        Q.    Just Timothy Martinez?

12        A.    Yeah.

13        Q.    It was pretty easy to get?

14        A.    Everybody else would do theirs.  If they

15   got it, they would do it.  They ain't going to sell

16   it.

17        Q.    Timothy Martinez was the only one bringing

18   it in?

19        A.    He wasn't bringing it in.  We would buy it

20   from the pods next door, from the women, or

21   whatever.  And then most of us would just do ours.

22   If we bought it, we would do it all.  He would do a

23   little bit, but he wasn't the type that is steady

24   doing it.  So he would save some.  And if anybody

25   else wanted some later on in the days or weeks, he
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   would have extra, and we would make a deal and buy
 2   it off him.
 3        Q.   And Mr. Timothy Martinez is also a
 4   Government witness; is that right?
 5        A.   Yes, ma'am.
 6        Q.   Do you know if he's been prosecuted for
 7   dealing Suboxone, or charged?
 8        A.   I have no aware of that.  I'm not aware of
 9   that.
10        Q.   And so for this nine-month period when you
11   were using Suboxone in Sandoval County, were you
12   also meeting with the Government?
13        A.   I hadn't met with them since -- I haven't
14   seen them since the banquet at the Penitentiary of
15   New Mexico.
16        Q.   You didn't talk to Special Agent Acee?
17        A.   I sent him an email.
18        Q.   When is the last time you used Suboxone?
19        A.   December of last year.
20        Q.   A month and a half ago?
21        A.   Yeah.
22        Q.   Where were you?
23        A.   I was in Otero County jail.
24        Q.   Who did you that Suboxone from?
25        A.   Guys that were coming in, strangers.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.   Government witnesses?

2      A.   No.

3      Q.   I think you said -- correct me if I'm

4  wrong -- but at the time that you participated in

5  the killing of Javier Molina, you had about 40 days

6  left before you were going home?

7      A.   Just about.

8      Q.   Do you know how much time you have left on

9  your sentence right now?  I assume you lost some

10 good time.

11     A.   Yeah, that case is done, it's over with,

12 that sentence.  But while I was pending this murder

13 case, I went -- I was fighting a trafficking case

14 out of Bernalillo County.

15     Q.   What were you excused of trafficking?

16     A.   Heroin.  And I ended up taking a plea for

17 12 years.

18     Q.   And so you have a 12-year sentence?

19     A.   Yes.

20     Q.   And how much remains on that?

21     A.   Until -- with good time, until May of

22 2020.

23     Q.   And so you've not yet been sentenced in

24 this case?

25     A.   No, ma'am, I have not.



SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                        201 Third NW, Suite 1630
Santa Fe, NM 87501                               Albuquerque, NM 87102
(505) 989-4949                                          (505) 843-9494
FAX (505) 843-9492                                 FAX (505) 843-9492
                                                      1-800-669-9492
                                               e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    Q.   But if you do, if the Government does find

2  that you provided substantial assistance and they

3  move for a downward departure, they move to reduce

4  your sentence, you'd be facing a concurrent

5  sentence; right?

6    A.   Well, to my knowledge, I thought federal

7  and state are consecutive once -- if I'm -- I mean,

8  I'm doing a sentence already, so yeah, I guess it

9  would be concurrent.

10    Q.   So if you are sentenced and given

11  concurrent time in this case?

12    A.   Yes, ma'am.

13    Q.   And given -- say -- you said -- did you

14  say early 2020?

15    A.   Yes.

16    Q.   May of 2020?

17    A.   Yes.

18    Q.   You scheduled it out?

19    A.   Yes.

20    Q.   Say you get sentenced in May of 2018 and

21  you get a two-year sentence in this case, you'd be

22  out on the streets in May of 2020; is that right?

23    A.   Yes, ma'am.

24    Q.   If it's concurrent?

25         MS. FOX-YOUNG:   No further questions, Your

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                          (505) 843-9494
FAX (505) 843-9492                                               FAX (505) 843-9492



1-800-669-9492
e-mail: info@litsupport.com

```
 1   Honor.
 2               THE COURT:  Thank you, Ms. Fox-Young.
 3               Ms. Duncan.
 4               MS. DUNCAN:  May I have a moment, Your
 5   Honor?
 6               THE COURT:  Certainly.
 7                     CROSS-EXAMINATION
 8   BY MS. DUNCAN:
 9       Q.   Good morning.
10       A.   Good morning.
11       Q.   I just have a few questions for you.  I
12   wanted to follow up on your testimony regarding Roy
13   Martinez resetting his tablet.
14       A.   Okay.
15       Q.   And then you asked him to reset your
16   tablet?
17       A.   Yes, ma'am.
18       Q.   And did he do that?
19       A.   Yes, ma'am.
20       Q.   And to your knowledge, did Mr. Martinez
21   reset any other of the Government witnesses' tablet?
22       A.   Most of ours, all of ours.
23       Q.   So he personally reset the tablets for the
24   other Government witnesses?
25       A.   Yes.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

383

1      Q.   And do you know who -- whose tablet did he

2  reset?

3      A.   It was his own, Frederico Munoz, Benjamin

4  Clark, Paul Rivera -- no, Paul Rivera's was not till

5  later.  Yeah, that's it.

6      Q.   What about Gerald Archuleta?

7      A.   Oh, yes, Gerald Archuleta.  Yes, ma'am.

8      Q.   And Timothy Martinez?

9      A.   Timothy Martinez' didn't get reset until

10  Sandoval County.

11     Q.   And do you know who reset Timothy

12  Martinez'?

13     A.   I believe it was Roy, too.  He was the one

14  that knew how to do it.  He figured it out.  So he

15  was -- yeah, he did it.

16     Q.   And do you know when did Timothy Martinez

17  reset -- or when did Roy Martinez reset Timothy

18  Martinez' tablet?

19     A.   It was in Sandoval County, so I would say

20  after January 13, when we got transported over

21  there.

22     Q.   You also said that Paul Rivera's tablet

23  was reset?

24     A.   Yes.

25     Q.   Was that set at Sandoval County?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1       A.    Yes.

2       Q.    And also by Roy Martinez?

3       A.    Yes.

4       Q.    You were asked some questions about who

5  you were housed with at different time periods.  And

6  I want to clarify.  I wanted to understand exactly

7  which of the other Government witnesses you've lived

8  with.

9       A.    Okay.

10       Q.    So if we could start with when you decided

11  to cooperate in 2015.  So that was this February or

12  March of 2015; correct?

13       A.    Yes, ma'am.

14       Q.    At that time you were housed with Eric

15  Duran; correct?

16       A.    Yes.

17       Q.    Was there anyone else who is a cooperating

18  or Government witness housed with you at that time?

19       A.    Robert Martinez and Roy Martinez.

20       Q.    And were you in the same pod with Roy and

21  Robert Martinez?

22       A.    Yes.

23       Q.    Eventually, were you moved out of that

24  pod?

25       A.    Yes.  I went to a court hearing in June --

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                 Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 843-9492                                                 FAX (505) 843-9492
                                                                   1-800-669-9492

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE
e-mail: info@litsupport.com

1   or the end of May; you know, it dragged on into

2   June.  But I moved out of that pod for that.  And

3   then when I came back, I was in W pod.

4        Q.   And for how long were you in W pod?

5        A.   Two and a half months, two months.

6        Q.   Were any of the Government witnesses

7   housed with you in W pod?

8        A.   Yes, Jerry Montoya and Lupe Urquizo.

9        Q.   After -- so you said that you were there

10  for two and a half months.  Where did you go when

11  you moved out of W pod?

12       A.   I went to the Dona Ana County Detention

13  Center to have that meeting with Mr. Montoya's

14  attorney and the district attorney and my attorney.

15       Q.   And were any Government witnesses housed

16  in Dona Ana County with you?

17       A.   Benjamin Clark was there on a different

18  case.  He was pleading out, or something that

19  happened there.

20       Q.   And were you in cells where you could

21  communicate with each other?

22       A.   No, he was about four or five doors down

23  from me.

24       Q.   Were you ever able to communicate with

25  Benjamin Clark while you were at Dona Ana County?

SANTA FE OFFICE                                                      MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                           Albuquerque, NM 87102
(505) 989-4949                                                       (505) 843-9494
FAX (505) 843-9492                                           FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    Every once in a while.  We were usually on
 2   the phone when we had our time-outs, so there was a
 3   couple of minutes where we'd get a couple of words
 4   in.  But that's about it.
 5        Q.    So when did you leave Dona Ana County
 6   Detention Center?
 7        A.    I would say like three or four days after
 8   the interview with the attorneys.
 9        Q.    In September of 2015?
10        A.    Yes, ma'am.
11        Q.    Where did you go?
12        A.    Back to the North, Santa Fe.
13        Q.    And what pod -- what housing unit and pod
14   did you go back to?
15        A.    I went to 2-A pod.  2J.  Unit 2-A.  J pod.
16        Q.    And were any of the Government witnesses
17   housed with you at that time?
18        A.    No.
19        Q.    How long were you in 2-A, J pod?
20        A.    Two months.
21        Q.    So when did you leave J pod?
22        A.    When I got transported back down here to
23   Las Cruces.  But I went to Southern New Mexico
24   Correctional Facility.
25        Q.    Do you recall approximately when that was?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1       A.   It was in November.

 2       Q.   And during the time that you were in J

 3  pod, there were no other Government witnesses with

 4  you?

 5       A.   I didn't talk to anybody in there.  I

 6  don't know who was there.  I don't know anybody's

 7  name or anything like that.  I got moved to I pod

 8  later on, after J pod.  I was there for about a

 9  month in J pod.  Then I went next door to I pod,

10  which was the RPP Program pod, which is the drop-out

11  pod.  And Benjamin Clark was in there.

12       Q.   Let me just understand.  So you were in J

13  pod for about a month.  Then you got moved to I pod.

14  Then from I pod you went back to Dona Ana County; is

15  that correct?

16       A.   To Southern New Mexico.

17       Q.   To Southern New Mexico Correctional

18  Facility?

19       A.   Yes.

20       Q.   So when you were in I pod, was any other

21  Government witness or any witness other than

22  Benjamin Clark in that pod with you?

23       A.   Nobody.

24       Q.   So then you get to Southern New Mexico

25  Correctional Facility approximately when?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1          A.    In November 2015.

2          Q.    And were there any Government witnesses

3    housed with you in Southern New Mexico Correctional

4    Facility?

5          A.    No.

6          Q.    How long were you at that facility?

7          A.    I was there for a month.

8          Q.    So you left Southern New Mexico in about

9    December 2015?

10         A.    December 3, the day that the indictment

11   came down.

12         Q.    And then where did you go?

13         A.    For the night we went to MDC county jail,

14   slept; went and seen the judge the next day.  Then

15   we were all -- cooperators, defendants -- we were

16   all transported to Otero County prison facility.

17         Q.    And when you were in Otero County prison

18   facility, were you housed with any other Government

19   witnesses?

20         A.    Yes, I was next to Robert Martinez, Ruben

21   Hernandez, and Benjamin Clark.

22         Q.    Were you able to communicate with any

23   other Government witnesses besides those three?

24         A.    No.

25         Q.    How long were you in Otero County

SANTA FE OFFICE                                                                MAIN OFFICE
119 East Marcy, Suite 110                                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                                      Albuquerque, NM 87102
(505) 989-4949                                                                      (505) 843-9494
FAX (505) 843-9492                                                          FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1    Detention Center?

2         A.    Four days.

3         Q.    And where did you go after that?

4         A.    To Grants, New Mexico, to Western

5    Correctional Facility.

6         Q.    And approximately when did you transfer to

7    western?

8         A.    The 9th of December -- January 9, 2015.

9         Q.    Once you got to Western, were you housed

10   with any of the Government witnesses?

11        A.    Yes.

12        Q.    Who?

13        A.    Robert Martinez, Ruben Hernandez, Benjamin

14   Clark, Frederico Munoz, and Eric Duran.

15        Q.    And for how long were you housed with

16   those witnesses?

17        A.    We were housed there together in Grants

18   from December all the way until May of 2016.

19        Q.    Were any other Government witnesses

20   brought into that pod while you were there from

21   December to May of 2016?

22        A.    Yes, Flaco.  I don't know his name.

23        Q.    He's known by Flaco?

24        A.    Yeah.  I can't remember his full correct

25   name.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

390

```
1        Q.    Anyone else?
2        A.    No.
3        Q.    So in May of 2016, where did you go?
4        A.    We were transported back to the North
5   facility in Santa Fe.
6        Q.    Were you housed with any Government
7   witnesses in the North facility?
8        A.    Yes.
9        Q.    Who?
10       A.    The same ones in Grants including Billy
11  Cordova.
12       Q.    And how long were you in PNM North?
13       A.    From that day, from that month, May all
14  the way until January of 2017.
15       Q.    And from May of 2016 to January of 2017,
16  were any other Government witnesses moved into the
17  pod with you?
18       A.    Yes, there was Roy Martinez, Gerald
19  Archuleta, Paul Rivera, and Timothy Martinez.  And
20  Javier Rubio.
21       Q.    Was Eric Duran housed with you at PNM
22  North during that time?
23       A.    Yes.
24       Q.    Is there anyone else who we haven't
25  mentioned who was housed with you?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1         A.    No, ma'am.

 2         Q.    So I think in January of 2017 you were

 3    moved to Sandoval County; correct?

 4         A.    Yes, ma'am.

 5         Q.    And how long were you at Sandoval County?

 6         A.    About nine months; eight and a half, nine

 7    months.

 8         Q.    And who of the Government witnesses were

 9    with you at Sandoval County?

10         A.    It was Flaco, but he was in a sep cell.

11    Jerry Montoya, Paul Rivera, Frederico Munoz, Timothy

12    Martinez, myself, Ben Clark, Gerald Archuleta, Roy

13    Martinez, and that's it.  There was -- Leonard Lujan

14    was there, but he wasn't with us or around us,

15    anything like that.

16         Q.    Was Robert Martinez with you?

17         A.    He was there for a couple of days, but

18    then he went himself to a sep cell.  He wanted to be

19    alone, by himself.

20         Q.    When you say "sep cell," what is that?

21         A.    Separate cell.

22         Q.    Is that like isolation?

23         A.    Yeah, like segregation type.

24         Q.    So then you left Sandoval County, and

25    where did you go?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      A.    I went to Otero County.

2      Q.    When was that?

3      A.    September.

4      Q.    So September of 2017?

5      A.    Yes, ma'am.

6      Q.    And at Otero County were you housed with

7   any Government witnesses?

8      A.    I was housed with other Government

9   witnesses, but we were all on different tiers.  I

10  was by myself on one tier.  Ben Clark was on another

11  tier.  And then a few other guys were there that I

12  wasn't quite sure if they were Government witnesses,

13  but they were there with us.

14     Q.    And who were those other guys?

15     A.    Edward Troup and Christopher Garcia.

16     Q.    And were you able to communicate with

17  Benjamin Clark in that tier?

18     A.    No.  I could have if I would have yelled

19  and, you know, talked all loud on the tier.  But we

20  never did that.

21     Q.    Are you aware whether other Government

22  witnesses were at Otero County with you?

23     A.    Not till later.  Jerry Montoya showed up,

24  Lupe Urquizo showed up, and Mario Montoya showed up.

25     Q.    And when did they show up?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1      A.   They all came within a few weeks of each

 2   other.  Marijuano, Lupe Urquizo, he came sometime

 3   the first two weeks of November.  Jerry Montoya came

 4   early January of this year, and Mario Montoya, I

 5   believe, around the same time.

 6      Q.   And are there any other Government

 7   witnesses who came to Otero County while you've been

 8   there?

 9      A.   No, not to my knowledge.

10      Q.   Now, are you currently housed with

11   Government witnesses?

12      A.   Yes, ma'am.

13      Q.   Who are you currently housed with?

14      A.   I'm housed with Javier Rubio, Eric Duran,

15   Billy Cordova, Mario Rodriguez, Timothy Martinez,

16   Robert Martinez, Frederico Munoz, David Calbert, and

17   Roy Martinez.  Oh, Gerald Archuleta just got there

18   the other day.

19      Q.   So tell us -- so when did you first --

20   when were you first housed with -- I think you said

21   with Mario Rodriguez that it was in January?  So are

22   you currently housed with Mario Rodriguez?

23      A.   Right now, yes.

24      Q.   And when did he get to the pod?

25      A.   I actually came to the pod.  He was there

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   first.
 2        Q.   Okay.  How about Javier Rubio?
 3        A.   He was already in the pod when he got
 4   there.
 5        Q.   So when did you get to this pod where the
 6   other people are housed?
 7        A.   Two weeks ago, like a week before the jury
 8   selection.
 9        Q.   And do you know how long the people -- so
10   the people who are in the pod when you were arrived,
11   how long they had been together when you got there?
12        A.   Days -- it was all within a week that we
13   all got there.
14        Q.   Is there anyone else who is housed with
15   you right now who is a cooperator or Government
16   witness?
17        A.   No.  Jerry Montoya is at the facility, but
18   he's in a different pod; same unit, different pod.
19        Q.   And while you've been here at the
20   courthouse to testify, have you been in a holding
21   cell with any of the other Government witnesses?
22        A.   No, we're in separate cells.
23        Q.   Are you in the same pod?
24        A.   Yes.
25             THE COURT:  Ms. Duncan, would this be a
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   good time for us to take our second morning break?

 2           MS. DUNCAN:  It would, Your Honor.

 3           THE COURT:  All right.  We'll be in recess

 4   for about 15 minutes, then I think we'll take a

 5   little bit of a late lunch, given the way the breaks

 6   are falling this morning.  All rise.

 7           (The jury left the courtroom.)

 8           THE COURT:  All right.  We'll be in recess

 9   for about 15 minutes.

10           (Court stood in recess.)

11           THE COURT:  All right.  We'll go on the

12   record.  Deputy Mickendrow has given me a report

13   from Dona Ana County Detention Center about Mr.

14   Perez' commissary purchases for a number of dates.

15   So I'm going to mark this as Exhibit K to the

16   Clerk's minutes.  And Mr. Perez -- I mean Mr. Villa

17   and Ms. Fox-Young, y'all might take a look at it,

18   but I'll mark it as Exhibit K to the clerk's

19   minutes.

20           MR. VILLA:  Your Honor, before it's

21   actually admitted, can we look at it to determine if

22   any redaction might be appropriate?

23           THE COURT:  You can take a look at it, but

24   I don't think there will be any redactions that are

25   appropriate.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1            MR. VILLA:  It will be sealed?

 2            THE COURT:  We can seal it.  But I don't

 3   want it to be ex parte.  I think it should be

 4   something that the parties have access to.

 5            MR. VILLA:  That's fine, Your Honor.

 6            MR. CASTELLANO:  Your Honor, I think we

 7   have some discovery outstanding from the defense.

 8   Ms. Fox-Young, at the questioning of Mr. Armenta,

 9   indicated that we had provided that Facebook

10   document to the defense.  We actually had not.  We

11   provided the tablets to them, and they were supposed

12   to provide us the results of those tablets.  So I

13   think we have some information we're still awaiting

14   from the defense.

15            Mr. Lowry, on Friday, did produce to us

16   four Excel spreadsheets which had a summary of what

17   was on the tablets.  But I think we're still missing

18   some information from that search.  So we gave them

19   the tablets, and they were supposed to give us the

20   results from the tablets.  So I think we still have

21   outstanding material.

22            THE COURT:  This would be for Mr. Perez?

23            MR. CASTELLANO:  Maybe from all the

24   defendants.  I'm not sure.  But this particular

25   document which Ms. Fox-Young approached the bench
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE
e-mail: info@litsupport.com

 1   with was a Facebook printout, and that was a result

 2   from the searches.  So that actually had not been

 3   disclosed to us.  We're just seeking the additional

 4   information that was found on the tablets.

 5           THE COURT:  But you think you're okay with

 6   Mr. Baca, what he's produced?

 7           MR. CASTELLANO:  Yes.  I mean, I don't

 8   know the universe of documents that are coming from

 9   there.  All I know is there were four spreadsheets,

10   but it didn't have documents like Ms. Fox-Young had

11   in court.  So I'm saying there might be a summary

12   of, for example, internet searches and things of

13   that nature.  But things like what she had this

14   morning we had not seen yet.

15           MS. FOX-YOUNG:  Your Honor, may I respond?

16           THE COURT:  Yeah.  Why don't y'all maybe

17   talk during the break, and see if y'all can satisfy

18   the Government as to what it is they're looking for,

19   and we can then take it up at that time.

20           MS. FOX-YOUNG:  Well, Judge, I just think

21   it was a public internet search.  And I'm happy to

22   provide that document.  But I don't think we have

23   anything further to provide STIU.

24           MR. LOWRY:  Your Honor, I want to point

25   out they have everything that we have from the

SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                  Albuquerque, NM 87102
(505) 989-4949                                                              (505) 843-9494
FAX (505) 843-9492                                                   FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1  forensic analysis.
 2            THE COURT:  All right.  All rise.
 3            (The jury entered the courtroom.)
 4            THE COURT:  All right.  Everyone be
 5  seated.
 6            Mr. Armenta, I'll remind you that you're
 7  still under oath.
 8            THE WITNESS:  Sure.
 9            THE COURT:  Ms. Duncan, if you wish to
10  continue your cross-examination of Mr. Armenta, you
11  may do so at this time.
12            MS. DUNCAN:  Thank you, Your Honor.
13            THE COURT:  Ms. Duncan.
14  BY MS. DUNCAN:
15       Q.   Mr. Armenta, right before the break we
16  were talking about the Government witnesses you're
17  currently housed with.
18       A.   Yes, ma'am.
19       Q.   And my understanding is you all have been
20  housed together for over two weeks; is that correct?
21  That's when you got moved into the pod, about two
22  weeks ago?
23       A.   Yes, ma'am.
24       Q.   So I want to make sure I have a complete
25  list of who have been housed together.  I think you
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    mentioned Javier Rubio.

2         A.    Yes, ma'am.

3         Q.    Eric Duran?

4         A.    Yes, ma'am.

5         Q.    Billy Cordova?

6         A.    Yes, ma'am.

7         Q.    Mario Rodriguez?

8         A.    Yes, ma'am.

9         Q.    Frederico Munoz?

10        A.    Yes, ma'am.

11        Q.    David Calbert?

12        A.    Yes, ma'am.

13        Q.    Roy Martinez?

14        A.    Yes.

15        Q.    Robert Martinez?

16        A.    Yes.

17        Q.    How about Timothy Martinez?

18        A.    Yes, ma'am.

19        Q.    Gerald Archuleta?

20        A.    Yes, ma'am.

21        Q.    Mario Montoya?

22        A.    No.

23        Q.    Lupe Urquizo?

24        A.    No.

25        Q.    Has Mr. Urquizo ever been housed with you

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                  201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                    (505) 843-9494
FAX (505) 843-9492                                            FAX (505) 843-9492
                                                              1-800-669-9492

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE
                                                       e-mail: info@litsupport.com

```
 1   at Otero County?

 2       A.   Yes.

 3       Q.   When was he housed with you?

 4       A.   From November -- early November,

 5   mid-November, to when I got over here in January.

 6       Q.   Sammy Griego?

 7       A.   No.

 8       Q.   Have you ever been housed with Sammy

 9   Griego?

10       A.   No.

11       Q.   Robert Lovato?

12       A.   I've been housed with him before, but he's

13   not housed now with us.

14       Q.   When is the last time you were housed with

15   Robert Lovato?

16       A.   August of 2017.

17       Q.   And where were you housed with Robert

18   Lovato?

19       A.   Sandoval County jail.

20       Q.   And have you ever been housed with Mario

21   Montoya?

22       A.   Just recently when I was there.  He came

23   early January, maybe late December.

24       Q.   So early January when you were at Otero

25   County?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      A.   Yes, ma'am.

2           MS. DUNCAN:  Thank you.  I have no further

3   questions, Your Honor.

4           THE COURT:  Thank you, Ms. Duncan.  Mr.

5   Castellano, do you have redirect of Mr. Armenta?

6           MR. CASTELLANO:  Thank you, Your Honor.

7           THE COURT:  Mr. Castellano.

8                    REDIRECT EXAMINATION

9   BY MR. CASTELLANO:

10     Q.   Mr. Armenta, after you broke the rules,

11  did you suffer the consequences in terms of having

12  no more contact visits?

13     A.   Yes, I did.

14     Q.   No more payments?

15     A.   No more payments, no more contact visits.

16     Q.   So did that all disappear once the

17  Government found out about your misconduct?

18     A.   Yes, sir.

19     Q.   Now, in terms of your drug use at Sandoval

20  County, how do we know that you used drugs at

21  Sandoval County?

22     A.   Because of that note that was intercepted,

23  and I told you the truth when you asked about it.

24     Q.   So do we know about your actual use

25  because you actually disclosed that to the

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                           Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                            FAX (505) 843-9492
                                                                  1-800-669-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

e-mail: info@litsupport.com

 1  Government and the Government gave that information

 2  to the defense?

 3       A.    My actual use?

 4       Q.    Yes.

 5       A.    Meaning?

 6       Q.    When you used at Sandoval County.

 7       A.    Yes.

 8       Q.    Did anyone catch you using at Sandoval

 9  County?

10       A.    No.

11       Q.    So how do we know about that?

12       A.    Because they caught that note.  They

13  intercepted it.

14       Q.    Not about the note; about your actual use.

15       A.    Oh, nobody.  How do I know about it?

16  Because I told you guys I was using it.

17       Q.    Did you get caught with Suboxone?

18       A.    No.

19       Q.    Did Mr. Martinez get caught with Suboxone?

20       A.    No.  Timothy Martinez?  No.

21       Q.    Okay.  So we know these things because we

22  told you to tell us what you did and you told us?

23       A.    Yes, sir.

24       Q.    In terms of this timeline, do you remember

25  having a meeting with the Government on January 23,

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   2018?

 2        A.   Yes, sir.

 3        Q.   And do you remember at that time whether

 4   you stated, even before trial started, that Mr.

 5   Rodriguez stayed inside his cell and covered his

 6   window?

 7        A.   Yes.

 8        Q.   Do you recall, even before trial started,

 9   indicating that Mr. Herrera told you that he also

10   ordered the hit on Mr. Molina?

11        A.   Yes, I do.

12        Q.   Going back to this timeline here, you

13   testified earlier that in January 2015, you wrote a

14   letter to Mr. Montoya's attorney?

15        A.   Yes.

16        Q.   And the purpose was to take the rap for

17   everything?

18        A.   Yes.

19        Q.   And then in February of 2015, did you have

20   a change of heart?

21        A.   Yes.

22        Q.   And that was after speaking with who?

23        A.   With Eric Duran.

24        Q.   After that time, did you then decide to do

25   the right thing and tell the truth about what
```



SANTA FE OFFICE                                                                    MAIN OFFICE
119 East Marcy, Suite 110                                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                                           Albuquerque, NM 87102
(505) 989-4949                                                                      (505) 843-9494
FAX (505) 843-9492                                                              FAX (505) 843-9492
                                                                                   1-800-669-9492

BEAN & ASSOCIATES, Inc.                                                  e-mail: info@litsupport.com
PROFESSIONAL COURT
REPORTING SERVICE

 1  actually happened?

 2      A.   Yes, I did.

 3      Q.   Before this case was even indicted in

 4  December of 2015, did you disclose information to

 5  Government officials in September of 2015?

 6      A.   Yes, I did before.  I did.

 7      Q.   And do you recall at that meeting whether

 8  you indicated that Mr. Sanchez had ordered you to

 9  murder Mr. Molina?

10      A.   Yes.

11      Q.   Did you also remember in that meeting he

12  told you, if you didn't do it, that you could be

13  killed for refusing?

14      A.   Yes.

15      Q.   Was it your understanding that the

16  paperwork for the Molina hit came from yellow pod,

17  next door?

18      A.   Yes.

19      Q.   And I think you testified to us that Mr.

20  Herrera was the llavero or the key-holder for that

21  pod; is that correct?

22      A.   Yes.  The spokesperson, yes.

23      Q.   So if the paperwork is coming through his

24  pod, what are his responsibilities to make sure the

25  hit happens?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1            MR. MAYNARD:  Objection, Your Honor,
 2   speculation.
 3            THE COURT:  Why don't you lay some
 4   foundation?
 5            MR. CASTELLANO:  Sure.
 6   BY MR. CASTELLANO:
 7       Q.   Do you know the rules of the gang?
 8       A.   Yes.
 9       Q.   And do you understand the responsibilities
10   that leaders have within this gang?
11       A.   Yes.
12       Q.   And what happens if a leader gets a hit,
13   an order to hit somebody?  Does the order have to be
14   followed by the leader?
15       A.   Yes, it has -- it goes down like, I guess,
16   the chain of command, it would go down.  Whoever is
17   in charge sends out the hit.  Then whoever is next
18   in line at that facility, they have to carry it out.
19       Q.   Now, is that your understanding of the
20   position that Mr. Herrera held in yellow pod?
21            MR. MAYNARD:  Your Honor, that may be his
22   understanding, but I still don't think there is a
23   foundation.
24            THE COURT:  I think there is.  I think
25   this is his understanding.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    Yes.
 2              THE COURT:   Overruled.
 3   BY MR. CASTELLANO:
 4        Q.    And the same thing with Mr. Sanchez as a
 5   leader of the blue pod?
 6        A.    Yes.
 7        Q.    And do they then delegate that order to
 8   you?
 9        A.    Yes.  Well, Mr. Sanchez did.
10        Q.    Now, in addition to information you gave
11   about this case, I want to make sure I'm clear, I
12   don't want any names.  But related to the Javier
13   Molina murder, did you give law enforcement the
14   names of other people who are also involved with the
15   paperwork and things of that nature?
16              MS. DUNCAN:   Your Honor, I'm going to
17   object.  May we approach?
18              THE COURT:   It's a yes/no answer.  We
19   won't get into any names, but it's a yes/no answer
20   at this point.
21        A.    Can I hear the question again, please?
22   BY MR. CASTELLANO:
23        Q.    Once again, without telling us names, did
24   you give law enforcement the names of other people
25   who were also involved with this murder scheme,
```

SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                               Albuquerque, NM 87102
(505) 989-4949                                                          (505) 843-9494
FAX (505) 843-9492                                                 FAX (505) 843-9492
                                                                      1-800-669-9492
                                                            e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1   including how the paperwork got to the facility?

 2        A.   Yes.

 3        Q.   Can you tell the members of the jury

 4   whether you also gave law enforcement information

 5   about the murder conspiracy on Gregg Marcantel?

 6        A.   Yes, I did.

 7        Q.   And what names did you give as involved

 8   with that murder conspiracy?

 9        A.   What names?

10        Q.   Yes.

11        A.   Who told me?

12        Q.   Yes.

13        A.   That would be Robert Martinez.

14        Q.   And who else was involved that he told you

15   about?

16             MS. DUNCAN:  Your Honor, I'm going to

17   object.  This is eliciting hearsay.

18             THE COURT:  Well, you can approach, but I

19   think it's going to come under the co-conspirator

20   exception.

21             MS. DUNCAN:  Your Honor, can we approach?

22             THE COURT:  You may.

23             (The following proceedings were held at

24   the bench.)

25             THE COURT:  The purpose of the James
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



1   hearing was to establish who was part of that

2   conspiracy.  So I thought we had decided that this

3   would come in.

4           MS. DUNCAN:  Maybe some statement -- this

5   statement was not on the Government's James list.

6   And it wasn't elicited on direct.  I don't know why

7   it is on redirect.  My understanding, the

8   conversation with Mr. Martinez was after the fact.

9           MR. CASTELLANO:  And the purpose of the

10  names is, I'm clearing up when people were

11  cooperating and when they weren't, and information

12  he gave about people who weren't even cooperating.

13  Because the defense has muddied the water a little

14  bit by saying the cooperators were housed with you.

15  At the time he got the statement, these people were

16  not cooperating.  I'm trying to clear up who was

17  cooperating and when.

18          THE COURT:  I'm a little bit concerned

19  about the timing of these.  It doesn't give me an

20  ability to see if they were in furtherance of --

21  after the conspiracy, those things.  I'm a little

22  bit concerned about putting names out there, because

23  it doesn't give me the ability to evaluate without

24  some timeframe.  Let's not do names, unless we want

25  to go through the task either of having a James

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    hearing or laying the timeframe for the statement,

2    that it's clear that it was before that conspiracy

3    came to an end, and before, or it was in furtherance

4    of a conspiracy.

5              MR. CASTELLANO:  Well, the purpose is to

6    show that he gave information to law enforcement

7    about other criminal activity.  And they've already

8    asked if these people have been housed with him, and

9    housed with him at different times.  And one of the

10   reasons is to show that he turned over to law

11   enforcement incriminating material on other people

12   at time when those people were not cooperating.

13             THE COURT:  Well, I think you can ask a

14   general question.  But I think we better stay away

15   from statements that I think are going to be --

16   could be hearsay, and I don't have a basis to

17   determine otherwise.

18             MR. CASTELLANO:  I'll stay away from the

19   actual statements themselves.  But I do intend to

20   bring out that he gave information about people,

21   without telling what they told him.

22             THE COURT:  And if you want to object, you

23   can, but I think probably if we keep it just as to

24   when he's cooperating, it probably comes within the

25   scope of the questioning that the defendants --

SANTA FE OFFICE                                                                    MAIN OFFICE
119 East Marcy, Suite 110                                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                                          Albuquerque, NM 87102
(505) 989-4949                                                                        (505) 843-9494
FAX (505) 843-9492                                                              FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1          MS. DUNCAN:  If I could make a record on

2    that, Your Honor, because part of the problem is the

3    information that Mr. Armenta provided about other

4    people is hearsay, so it's suggesting to the jury

5    that he provided information about other people

6    involved.  Obviously, Mr. Baca was charged with

7    this.  What he's referring to are statements that

8    other people told him about Mr. Baca's involvement.

9    So the Government didn't elicit it on direct,

10   because it was hearsay.  Now they're suggesting it

11   to the jury.  Whether he provided information about

12   other people is irrelevant, unless it's relevant to

13   this.  The bottom line, whether they're cooperating

14   or not cooperating, it's hearsay.  It's people

15   telling him stuff.

16          MR. CASTELLANO:  Ms. Fox-Young's entire

17   line of questioning dealt with rumors with people

18   when she tried to bring in the hearsay once again

19   about Rudy Perez.  So here, in this context, it's

20   different because he can provide to law enforcement

21   hearsay because he's pointing them in the right

22   direction.  I did not bring it out in direct

23   examination because I agree it was hearsay, and I

24   didn't want to bring that to the truth.  The bottom

25   line, even if he has hearsay, he can convey that to

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE
e-mail: info@litsupport.com

1  law enforcement to help further their --

2          THE COURT:  He can, but I don't think he

3  can provide it to the jury here.  I don't think I

4  have enough basis to sort of sort out any sort of

5  whether it's hearsay or not.  And I think it is

6  hearsay.  I mean, it's being offered for the truth.

7  And so I think I'm going to sustain the objection.

8          MR. CASTELLANO:  Just for the record, it's

9  not offered for the truth; it's for the purpose of

10  showing that the statement was made to him.  I

11  understand the Court's ruling.

12          MS. DUNCAN:  Thank you.

13          (The following proceedings were held in

14  open court.)

15          THE COURT:  All right, Mr. Castellano.

16          MR. CASTELLANO:  Thank you, Your Honor.

17  BY MR. CASTELLANO:

18      Q.   Mr. Armenta, back in September of 2015,

19  before the case was even indicted -- I don't need to

20  know the statements or what they told you -- but did

21  you tell law enforcement about criminal activity on

22  behalf of Robert Martinez and Roy Martinez?

23      A.   Yes, I did.

24      Q.   And can you tell members of the jury

25  whether those two individuals were later indicted as



SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                         201 Third NW, Suite 1630
Santa Fe, NM 87501                                 Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                   FAX (505) 843-9492
                                                          1-800-669-9492
PROFESSIONAL COURT                    e-mail: info@litsupport.com
REPORTING SERVICE

 1  part of this overall investigation?

 2      A.   Yes, they were.

 3      Q.   Now, you were asked whether or not you

 4  were housed with cooperators back in January and

 5  even September 2015.  In September of 2015, as far

 6  as you knew, were Robert Martinez or Roy Martinez

 7  cooperating with the Government?

 8      A.   No.

 9      Q.   As far as you know, did they later become

10  cooperators for the Government?

11      A.   Yes.

12      Q.   So at the point that one or both of these

13  people may have told you something incriminating,

14  were they cooperating with the Government, either

15  Roy Martinez or Robert Martinez?

16      A.   Yes.

17      Q.   They were or were not, in September 2015?

18      A.   They were not cooperating?

19      Q.   Correct.

20      A.   I wasn't around them.  I had no knowledge

21  of them cooperating at that time.

22      Q.   I'm going to ask you about another person,

23  Benjamin Clark.  His name has come up.  Once again,

24  without telling us what he said, did he tell you

25  about other criminal activity in which he was

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    involved?

2         A.    Yes.

3         Q.    And did he also mention another name to

4    you by the name of Edward Troup?

5         A.    Yes, he did.

6         Q.    Can you tell the members of the group

7    whether those two people were later charged?

8         A.    Yes, they were charged.

9         Q.    At the time Benjamin Clark told you about

10   his criminal activity, was he a cooperator with the

11   Government?

12        A.    No, he was not.

13        Q.    Same question.  In February of 2015, when

14   you had a discussion with Eric Duran about him

15   telling you to do the right thing, did you know at

16   that time whether he was cooperating with the

17   Government?

18        A.    No.

19        Q.    Now, you were asked about whether or not

20   you were housed with other cooperators in this case

21   in the last two weeks.  Were you aware whether those

22   people were transported closer to Las Cruces for

23   purposes of being close to the trial?

24        A.    Yes, that's the reason.

25              MR. CASTELLANO:  May I have a moment, Your

SANTA FE OFFICE                                                                          MAIN OFFICE
119 East Marcy, Suite 110                                                       201 Third NW, Suite 1630
Santa Fe, NM 87501                                                              Albuquerque, NM 87102
(505) 989-4949                                                                        (505) 843-9494
FAX (505) 843-9492                                                             FAX (505) 843-9492



BEAN
ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1   Honor?

2           THE COURT:  You may.

3           MR. CASTELLANO:  Thank you, Your Honor.  I

4   pass the witness.

5           THE COURT:  Thank you Mr. Castellano.  If

6   there are not any other questions, Mr. Armenta, you

7   may step down.

8           Is there any reason Mr. Armenta cannot be

9   excused from the proceedings, Mr. Castellano?

10          MR. CASTELLANO:  No, Your Honor.

11          THE COURT:  How about the defendant?

12          MS. DUNCAN:  Your Honor, we'd ask that he

13  be held on reserve.

14          THE COURT:  All right.  You'll be subject

15  to re-call in this case.  But you need to step out

16  of the courtroom and remain outside of the

17  courtroom, and not talk to anyone about your

18  testimony here today.

19          THE WITNESS:  Okay.

20          MR. LOWRY:  Your Honor.

21          THE COURT:  Or on Friday.

22          MR. LOWRY:  If he's subject to recall, can

23  we admonish the witness?

24          THE COURT:  I thought I just did.

25          Don't talk about your testimony.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN &ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1          THE WITNESS:  Okay.

2          THE COURT:  Thank you for your testimony,

3   Mr. Armenta.

4          THE WITNESS:  You're welcome.

5

6   UNITED STATES OF AMERICA

7   STATE OF NEW MEXICO

8

9                C-E-R-T-I-F-I-C-A-T-E

10      I, Jennifer Bean, FAPR, RDR, CRR, RMR, CCR,

11   Official Court Reporter for the State of New Mexico,

12   do hereby certify that the foregoing pages

13   constitute a true transcript of proceedings had

14   before the said Court, held in the District of New

15   Mexico, in the matter therein stated.

16      In testimony whereof, I have hereunto set my

17   hand on this 16th day of March, 2018.

18

19          _____
                              
20          Jennifer Bean, FAPR, RMR-RDR-CCR
            Certified Realtime Reporter
21          United States Court Reporter
            NM Certified Court Reporter #94
22          333 Lomas, Northwest
            Albuquerque, New Mexico 87102
23          Phone:          (505) 348-2283
            Fax: (505) 843-9492
24          License expires:  12/31/18

25

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com