1

1              IN THE UNITED STATES DISTRICT COURT

2               FOR THE DISTRICT OF NEW MEXICO

3    UNITED STATES OF AMERICA,

4                     Plaintiff,

5         vs.              NO:  CR-15-4268 JB

6    ANGEL DELEON, et al.,

7                     Defendants.

8

9         Transcript of excerpt of testimony of

10      GERALD ARCHULETA and 104 HEARING (including

11       testimony of GERALD ARCHULETA and BRYAN ACEE)

12                 February 14, 2018

13                     I N D E X

14   EXAMINATION OF GERALD ARCHULETA

15    By Mr. Beck                                    4

16   EXAMINATION OF GERALD ARCHULETA UPON 104 HEARING

17    By Mr. Beck                                   45

18   By Mr. Lowry                                   52

19   By Mr. Beck                                    59

20   EXAMINATION OF BRYAN ACEE UPON 104 HEARING

21   By Mr. Lowry                                   65

22   By Mr. Beck                                    67

23   By Mr. Lowry                                   69

24   By Mr. Beck                                    73

25   EXAMINATION OF GERALD ARCHULETA



SANTA FE OFFICE                                    MAIN OFFICE
119 East Marcy, Suite 110                   201 Third NW, Suite 1630
Santa Fe, NM 87501                          Albuquerque, NM 87102
(505) 989-4949                                  (505) 843-9494
FAX (505) 843-9492                          FAX (505) 843-9492
                                               1-800-669-9492
BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE                      e-mail: info@litsupport.com

| | | |
|---|---|---|
| 1 | By Mr. Beck | 87 |
| 2 | By Mr. Lowry | 130 |
| 3 | By Ms. Bhalla | 204 |
| 4 | By Mr. Beck | 209 |
| 5 | By Mr. Lowry | 214 |
| 6 | By Mr. Beck | 215 |
| 7 | REPORTER'S CERTIFICATE | 217 |

8                    EXHIBITS ADMITTED

| | | |
|---|---|---|
| 9 | Government 206, 208, 210, 212, 214 and 216 Admitted | 86 |
| 10 | Government 651, 652, and 653 Admitted | 128 |
| 11 | Government 690, 691, and 246 Admitted | 4 |

12

13

14

15

16

17

18

19

20

21

22

23

24

25



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1          THE COURT:  All right.  Mr. Beck, does the

2   Government have its next witness or evidence?

3          MR. BECK:  Yes, Your Honor.  The United

4   States calls Gerald Archuleta.

5          Your Honor, while we're waiting, the

6   United States moves to admit Government's Exhibits

7   690, 691, and 246 --

8          THE COURT:  You can bring him on in.

9          MR. BECK:  -- which is Mr. Archuleta's

10  plea agreement, his addendum, and his penitentiary

11  pack, respectively.

12         THE COURT:  What was the last number on

13  that?

14         MR. BECK:  246.

15         THE COURT:  All right.  Mr. Archuleta,

16  before you're seated, Ms. Standridge will swear you

17  in.  So raise your right hand to the best of your

18  ability, and she'll swear you in.

19              GERALD ARCHULETA,

20     after having been first duly sworn under oath,

21     was questioned, and testified as follows:

22         THE CLERK:  Please be seated.  State and

23  spell your name for the record.

24         THE WITNESS:  I'm Gerald Archuleta.

25  G-E-R-A-L-D, A-R-C-H-U-L-E-T-A.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

4

```
 1              THE COURT:  Mr. Archuleta.  Mr. Beck.

 2              Any objection to 690, 691, and 246?

 3              MR. LOWRY:  No, Your Honor.

 4              THE COURT:  Not hearing any objection,

 5    Government's Exhibits 690, 691, and 246 will be

 6    admitted into evidence.

 7              (Government Exhibits 690, 691, and 246

 8    admitted.)

 9              THE COURT:  Mr. Beck.

10                        EXAMINATION

11    BY MR. BECK:

12        Q.   Good morning, Mr. Archuleta.

13        A.   Good morning.

14        Q.   Are you now or have you ever been a member

15    of the Syndicato de Nuevo Mexico?

16        A.   I've been a member of the Syndicate of New

17    Mexico, yes.

18        Q.   And when were you brought into the SNM?

19        A.   Around the middle of 1988.

20        Q.   And where were you at that time?

21        A.   At the main facility in cell block 5.

22        Q.   Is that the main facility at the

23    Penitentiary of New Mexico in Santa Fe?

24        A.   Yes, sir.

25        Q.   And who brought you into the SNM?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      A.   There were several brothers that sponsored

2  me when I first arrived.  The names were Fernie

3  Hernandez, Robert Martinez, Fred Dog Sanchez, Albert

4  Chavez, an individual by the name of Raccoon, who

5  was ultimately approved by high-ranking gang members

6  who were calling the shots at the time:  Billy

7  Garcia, Marty Barros, and Phillip Cordova.

8      Q.   After you were brought into the SNM

9  enterprise, what did you do for Phillip Cordova?

10      A.   I participated in daily SNM activity,

11  which included distributing drugs, collecting

12  payment, assaults, and eventually stabbing.

13      Q.   And why did you collect drug money for

14  Phillip Cordova?

15      A.   Because that was one thing that was

16  expected of you as an SNM Gang member.

17      Q.   How did you earn your bones or gain your

18  membership into the SNM?

19      A.   Well, in the beginning, just taking part

20  as a tag-along, collecting drug debts, assaults, was

21  enough for the time being.  But eventually I ended

22  up having to stab a couple people.

23      Q.   Did you stab someone named Chaparro?

24      A.   Yes, sir.

25      Q.   What happened?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1      A.   I was called to the chow area, and at the

 2 table was Phil Cordova and Marty Barros and Albert

 3 Chavez, which were, again, high-ranking members of

 4 the SNM.  They advised me that there was an

 5 individual by the name of Chaparro that lived with

 6 me, that he came out short on some drugs that he had

 7 brought in for Phillip.

 8      Q.   What does "came out short on drugs he

 9 brought in" mean?

10      A.   Well, the amount wasn't what it was

11 supposed to be when it got to Phillip Cordova.  In

12 other words, he got into the package.  He asked

13 me -- he was specific about if I would be willing to

14 stab him in the neck and remove him from the line,

15 making an example out of him.

16      Q.   Who asked you if you would stab Chaparro

17 in the neck?

18      A.   Phillip Cordova.

19      Q.   And did you stab Chaparro?

20      A.   Yes, sir.

21      Q.   Where did you stab him?

22      A.   In the neck.

23      Q.   And where did this take place?

24      A.   This took place in cell block 3.

25      Q.   In 1992, did you commit an SNM hit?

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                    201 Third NW, Suite 1630
Santa Fe, NM 87501                             Albuquerque, NM 87102
(505) 989-4949                                        (505) 843-9494
FAX (505) 843-9492                               FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE
                                                   1-800-669-9492
                                        e-mail: info@litsupport.com

1        A.    I'm not sure about what happened in 1992.

2   But the next hit that I participated in was on an

3   inmate by the name of Eddie Lopez.

4        Q.    And when did that happen?

5        A.    I'm not sure what year it was, but --

6        Q.    Could it have been around 1992?

7        A.    Yes, sir.

8        Q.    And what happened with Eddie Lopez?

9        A.    He had gotten to the facility.  And again,

10  I was advised by Phillip Cordova simply that he was

11  no good, and that if I could remove him from the

12  line.

13       Q.    When you joined the SNM, what was the

14  leadership structure of the SNM?

15       A.    The leadership structure of the S was, at

16  the top, it was Billy Cordova, Marty Barros, and

17  Phillip Cordova.

18       Q.    Did that structure of the SNM change at

19  some point?

20       A.    At some point, yes, it did change.  I

21  mean, they were always around.  They never lost

22  their rank.  But as they left, or some others were

23  transferred out of state, it did change.

24       Q.    Did you hold the keys or were you the

25  leader for the SNM at any point?

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                         Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                            FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

8

1       A.    Yes, sir.

2       Q.    When was that?

3       A.    That was approximately 1998.  There was an

4   individual by the name of Angel Munoz, who was a

5   high-ranking member of the SNM.  He had just came in

6   from out of state.  He was about to get out, and he

7   gave me a spot.

8       Q.    What do you mean, he was about to get out?

9       A.    He was about to get out to the streets,

10  and --

11      Q.    So was he the leader of the SNM before he

12  went out to the streets?

13      A.    Yes.

14      Q.    And when he went out to the streets, what

15  did he give to you?

16      A.    He gave me his spot in the SNM.

17      Q.    As the leader -- did he give you a

18  leadership position of the SNM at that point?

19      A.    Yes, sir.

20      Q.    And what did you do -- what structure did

21  you create as the leader of the SNM around that

22  time?

23      A.    I created a four-man board which consisted

24  of five individuals to make the decisions for the S.

25      Q.    Is that board also called the tabla?



SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                      Albuquerque, NM 87102
(505) 989-4949                                                  (505) 843-9494
FAX (505) 843-9492                                        FAX (505) 843-9492
                                                              1-800-669-9492
                                                   e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
1        A.   Yes, sir.
2        Q.   Who were the individuals on the tabla,
3   that you appointed to the tabla?
4        A.   The five members were myself, Juan Mendez,
5   Rupert Michael Zamora, Robert Martinez, and Arturo
6   Garcia.
7        Q.   And why did you put in place the structure
8   of the tabla?
9        A.   So that there would be a group of
10  individuals; not only one person calling the shots
11  for the S, but a group of individuals that were able
12  to make decisions for the S.
13       Q.   Below the tabla, what was the leadership
14  structure?
15       A.   There was no leadership structure below
16  the tabla.
17       Q.   Were there certain people at each
18  different facility throughout the state who led that
19  facility and reported to the tabla?
20       A.   Yes, sir.
21       Q.   Would you call them -- or does the SNM
22  call them key holders, or llaveros?
23       A.   Yes, sir.
24       Q.   How long did you stay on or control the
25  tabla after it was formed?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   Until approximately 2011, when I was
 2   released to the streets.
 3        Q.   Do you know the individual named Anthony
 4   Ray Baca?
 5        A.   Yes, sir.
 6        Q.   How do you know Mr. Baca?
 7        A.   I know him as a high-ranking member of the
 8   S, and was someone that was always my superior if he
 9   was around.
10        Q.   So what do you mean, your superior if he
11   was around?
12        A.   This was an individual that had been
13   around a while, and he was always someone that
14   carried more rank than I did.
15        Q.   If he was in the state, would he be the
16   leader of the SNM over you?
17        A.   Yes, sir.
18        Q.   What do you refer to that person as in the
19   SNM, your leader or someone above you in rank?  What
20   do you refer to them as?
21        A.   He's our jefe, our boss.
22        Q.   Do you also refer to him as your Big
23   Homie?
24        A.   As my Big Homie, yes, sir.
25        Q.   Is Mr. Baca, the leader -- is he in this
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                    (505) 843-9494
FAX (505) 843-9492                                           FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

 1  courtroom?

 2       A.   I can't see him.  Where are the defendants

 3  seated at?

 4       Q.   These four tables here, each have one

 5  defendant.

 6       A.   I don't see him.  I don't see him.

 7       Q.   Do you see him in a suit at the back table

 8  behind my right?

 9            MR. LOWRY:  Your Honor, objection.

10            THE COURT:  Sustained.  Sustained.

11       A.   I cannot see Ray Baca.

12  BY MR. BECK:

13       Q.   Okay.  At some point, did the SNM come in

14  to different people following different older

15  members in the SNM?

16       A.   Can you repeat the question?

17       Q.   At some point did the SNM come in to serve

18  an organization where different members followed

19  different high-ranking members?

20       A.   At some point -- I don't understand the

21  question.

22       Q.   Sure.  At some point, were there some

23  people who followed maybe you more than maybe

24  someone like Billy Garcia or Julian Romero?

25       A.   Yes, sir.

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1      Q.    And how did that come about?

2      A.    Well, once Angel gave me my position,

3   everybody that looked up to Angel automatically

4   followed me as their leader.  Each older

5   high-ranking member of the S, including Julian

6   Romero and Billy, basically had their own following.

7      Q.    And even though they had their own

8   following, was there always just one SNM Gang?

9      A.    Yes.  Each of us had our own following,

10  but if a problem ever came up with rival gangs, we

11  would all come together to be one.

12     Q.    What rival gangs did the SNM have?

13     A.    One such gang was the Los Carnales, which

14  are the LCs; the Surenos, who are from California;

15  and the Burquenos, who are from Albuquerque.

16     Q.    And if an SNM member, before 2006 -- if an

17  SNM member was housed with or encountered someone

18  from the Los Carnales gang, what was he expected to

19  do under the rules of the SNM?

20     A.    He was expected to assault him on sight as

21  soon as he seen him.

22     Q.    At some point did that change?

23     A.    Yes, sir.

24     Q.    What happened?

25     A.    A truce was discussed among the brothers,

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   and that's what happened.
 2        Q.   And were you involved in the discussion to
 3   call the truce with the Los Carnales gang?
 4        A.   Yes, sir.
 5        Q.   How were you involved in that?
 6        A.   I was involved because I was in the tabla.
 7   It was discussed in the tabla and with other members
 8   of the SNM.
 9        Q.   I want to talk about the rules of the SNM.
10   What are some of the requirements for membership to
11   become a member of the SNM?
12        A.   You can't be having child sex crimes; you
13   can't be a rapist; you can't be a rat, an informer.
14        Q.   And how long is membership in the SNM?
15        A.   It's for the rest of your life or until
16   you get killed.
17        Q.   When did you leave the New Mexico
18   Department of Corrections?
19        A.   I left in 2011.
20        Q.   And when you left in 2011, who did you
21   appoint to take your place on the tabla?
22        A.   Arturo Garcia.
23        Q.   Who else was on the tabla at that time?
24        A.   Robert Martinez, Michael Rupert Zamora,
25   Juan Mendez.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   And if Mr. Baca was in the state, what was
 2   his position in the SNM?
 3        A.   The tabla would automatically be resolved
 4   unless he preferred to keep it in place.  But he
 5   would be the one to make them decisions.
 6        Q.   And does Mr. Baca go by any other names?
 7        A.   Mr. Baca goes by the name of Pup.
 8        Q.   Does the SNM have any particular symbol
 9   that identifies the SNM?
10        A.   Usually it's a Zia with the S in the
11   middle of it.
12        Q.   I think we talked about divisions in the
13   SNM Gang, but one SNM Gang.  If there was -- at some
14   point, was the SNM going against the Aryan
15   Brotherhood gang in prison?
16        A.   Yes, sir.
17        Q.   And did you call hits or participate in
18   hits against Aryan Brotherhood members?
19        A.   Yes, sir.
20        Q.   If at that time, when there were different
21   groups following, if there was a battle with the
22   Aryan Brotherhood or another prison gang, would the
23   SNM come together and fight as one gang?
24        A.   Yes, sir.
25        Q.   When an SNM member gets out of prison and
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   hits the streets, what is that SNM member expected
 2   to do?
 3        A.   He's expected to keep in touch with the S,
 4   send money to brothers, and to assist in any way he
 5   can.
 6        Q.   Does the SNM do anything with drugs on the
 7   streets when they get out of prison?
 8        A.   Yes.  They sell drugs.
 9        Q.   And what do they do with some of that
10   money?
11        A.   They send it to the brothers in prison.
12        Q.   Have you ever sent money to your SNM
13   brothers in prison?
14        A.   Yes, sir.
15        Q.   To whom?
16        A.   To Fernie Hernandez.
17        Q.   Have you ever been fronted drugs, when you
18   got out on the streets, to sell outside of prison?
19        A.   Yes, sir.
20        Q.   By whom?
21        A.   By a brother named Chris Garcia.
22        Q.   Did the SNM control violence inside the
23   prison?
24        A.   Yes, sir.
25        Q.   How?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1     A.   Through fear and intimidation.

2     Q.   I want to talk to you about drugs inside

3  the prison now.  What happens when someone brings

4  drugs inside the prison to a pod where there are SNM

5  members?

6     A.   They are expected to give a portion to the

7  SNM.

8     Q.   And if that person is not an SNM member

9  and he doesn't give a portion to the SNM, what

10  happens?

11     A.   He would be assaulted and the drugs would

12  be taken from him.

13     Q.   If that person is an SNM member and brings

14  drug into the prison, what does that SNM member do

15  with the drugs?

16     A.   He helps out his brothers, and it's

17  distributed to sell to make money for his fellow

18  brothers.

19     Q.   Have you ever smuggled drugs into the

20  prison?

21     A.   Yes, sir.

22     Q.   And how did you do it?

23     A.   Through visits.

24     Q.   And what did you smuggle in through the

25  visits?

SANTA FE OFFICE                                                                    MAIN OFFICE
119 East Marcy, Suite 110                                                           201 Third NW, Suite 1630
Santa Fe, NM 87501                                                                  Albuquerque, NM 87102
(505) 989-4949                                                                      (505) 843-9494
FAX (505) 843-9492                                                                  FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    Heroin.
 2        Q.    And when you say "visits," do you mean
 3   family visits or contact visits where someone who
 4   you know visits you at the prison?
 5        A.    At the main facility, my wife has come to
 6   see me, there are contact visits, and my visitors
 7   bringing me drugs.
 8        Q.    Have you ever seen an SNM member brag
 9   about something that he didn't do?
10        A.    No.
11        Q.    And have you ever seen an SNM member brag
12   about an assault or a murder that he didn't do?
13        A.    No, not to my knowledge.
14        Q.    And what would happen if someone does
15   that?
16        A.    There would be consequences.
17        Q.    And how would the SNM know whether that
18   person actually participated in the assault or the
19   murder?
20        A.    Well, among the brothers it's common
21   knowledge who did what and when.  And so for a
22   brother to claim responsibility for an incident that
23   he was involved in, or so-called involved in, it
24   would immediately be detected by other brothers.
25        Q.    So common knowledge, is that learned
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    through what we've heard talked to as prison talk

2    out in the yard?

3         A.   Either that, or just being in prison, yes.

4         Q.   Mr. Archuleta, at this time I'm going to

5    show you some documents from your penitentiary pack.

6    I'm going to start at pages 20 and 21 of that

7    document, Exhibit 246.  Page 20 is Bates No. 8881.

8              Mr. Archuleta, are you familiar with this

9    document?

10        A.   Yes, sir, I'm familiar with it.

11        Q.   What is it?

12        A.   It's an agreement.  It's in regards to an

13   involuntary manslaughter charge that I picked up in

14   1986.

15        Q.   Is this your judgment, sentence, and

16   commitment when you were sentenced for involuntary

17   manslaughter in 1986 -- or 1987, sorry?

18        A.   Yes, sir.

19        Q.   And the next page, please.  And were you

20   sentenced to two and a half years for the

21   involuntary manslaughter?

22        A.   Yes, sir.

23        Q.   What happened?  Why were you convicted of

24   involuntary manslaughter?

25        A.   Well, it started off, I had been drinking

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    with my uncle and he got into a confrontation with

2    three other individuals.  After the confrontation,

3    these individuals were next door in a garage

4    carport, and I went inside and got a sawed-off

5    shotgun and shot at them, wounding them with

6    pellets.

7            From there, I ran to my uncle's house,

8    which was close by, to hide because the police were

9    everywhere.  One of my cousins came in the house and

10   said that he thinks I killed somebody.

11        Q.   And what happened after your cousin said

12   he thought you killed somebody?

13        A.   I was stressed out.  At that time I, for

14   whatever reason, I raised -- I put the gun to my

15   head and said, "I should kill myself."

16            My cousin said, "No, don't do it."

17            At that time, I lowered the weapon.  As I

18   did so, I pulled the trigger with my hand on the

19   hammer to release the hammer.  When the motion was

20   complete, the gun went off.  It flew out of my hand.

21   And after my ears stopped ringing, my cousin advised

22   me that I had hit my cousin.  During this

23   conversation, there was a cousin sitting to the side

24   that had nothing to do with the conversation itself,

25   and he was hit in the neck.

SANTA FE OFFICE                                        MAIN OFFICE
119 East Marcy, Suite 110                      201 Third NW, Suite 1630
Santa Fe, NM 87501                             Albuquerque, NM 87102
(505) 989-4949                                       (505) 843-9494
FAX (505) 843-9492                              FAX (505) 843-9492

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1      Q.    And did your cousin die after that?

2      A.    Yes, sir.  He died as a result of that.

3      Q.    I'm going to show you an order, sentence,

4  and commitment from 1987, which starts at Bates

5  8879.  Was your probation revoked in 1985, because

6  of a robbery -- or excuse me, in 1987, because of a

7  robbery?

8      A.    Yes, sir.

9      Q.    And were you sentenced to three years

10 concurrent with the time you were serving at that

11 time?

12     A.    Yes, sir.

13     Q.    I'm going to show you a J&S from 1988

14 which starts on Bates 8876.  Are you familiar with

15 this J&S?

16     A.    Yes, sir.

17     Q.    Go to the next page, please.  In 1988,

18 were you convicted of second-degree murder with

19 aggravating circumstances?

20     A.    Yes, sir.

21     Q.    Were you sentenced to 12 years, plus four

22 years for being a habitual offender, for a total of

23 16 years?

24     A.    Yes, sir.

25     Q.    And why were you convicted of

SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                               Albuquerque, NM 87102
(505) 989-4949                                                              (505) 843-9494
FAX (505) 843-9492                                                 FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1    second-degree murder with aggravating circumstances

2    in 1988?

3          A.    For killing my wife.

4          Q.    What happened?

5          A.    She got pregnant from another man.  I was

6    19.  And I killed her.

7          Q.    And how did you kill her?

8          A.    I strangled her.

9          Q.    What did you do after you strangled her?

10         A.    I left the house and reported it.

11         Q.    I'm going to show you a J&S from 2002,

12   which begins on Bates 8874.  In 2002, did you plead

13   guilty to conspiracy to commit second-degree

14   murder -- or no contest, sorry?

15         A.    Yes, sir.

16         Q.    And for that no-contest plea to conspiracy

17   to commit second-degree murder, were you sentenced

18   to six years, plus four years as a habitual

19   offender, with six years suspended, for a total of

20   four years?

21         A.    Yes, sir.

22         Q.    And why were you convicted of conspiracy

23   to commit second-degree murder in 2002?

24         A.    I took part in an SNM hit on another SNM

25   member that had paperwork on him.  He had been

SANTA FE OFFICE                                                                    MAIN OFFICE
119 East Marcy, Suite 110                                                 201 Third NW, Suite 1630
Santa Fe, NM 87501                                                         Albuquerque, NM 87102
(505) 989-4949                                                                        (505) 843-9494
FAX (505) 843-9492                                                             FAX (505) 843-9492
                                                                                   1-800-669-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE                                          e-mail: info@litsupport.com

1  greenlighted, which means that he was to be executed

2  because he was an informant.

3      Q.   And the person killed, was he an SNM

4  member?

5      A.   Yes, sir.

6      Q.   And did you take part in -- participate in

7  that or in ordering that hit?

8      A.   Ordering it and planning it.

9      Q.   And I'm going to go to a J&S from 2005.

10 In 2005, was your probation for that conspiracy to

11 commit second-degree murder revoked for possessing

12 or selling heroin?  Or for purchasing, selling,

13 consuming possessing or distributing a controlled

14 substance?

15     A.   Yes, sir.  It was a dirty urine.

16     Q.   And when your probation was revoked, were

17 you then imposed the total 10-year sentence for your

18 conspiracy to commit second-degree murder in 2002?

19 The total 10 years?

20     A.   Yes, sir, I believe.

21     Q.   I'm going to show you another J&S from

22 2005.  Was your probation for that conspiracy to

23 commit second-degree murder later revoked again for

24 a failure to abide by your curfew?

25     A.   Yes, sir.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   And what happened?  Why did you fail to

2    abide by your curfew?

3    A.   I had paroled to a program, and I didn't

4    make it home on time.  I didn't make it to that

5    program on time.  My curfew was 6:00, and I didn't

6    make it at 6:00.

7    Q.   And at that point, was your probation

8    revoked and you were sentenced to prison for the

9    remaining 730 days on your 10-year sentence for

10   conspiracy to commit second-degree murder?

11   A.   Yes, sir.

12   Q.   I'm going to take you to a J&S from 2008.

13   It starts at Bates 8865.  In 2008, were you

14   convicted of conspiracy to commit assault with

15   deadly weapon, possession of a firearm, and breaking

16   and entering?

17   A.   Yes, sir.

18   Q.   For that crime, were you sentenced to 18

19   months plus four years as a habitual offender for

20   each count?

21   A.   Yes, sir.

22   Q.   Were you given an actual term of seven

23   years in prison?

24   A.   Yes, sir.

25   Q.   And is it after that seven years in prison

SANTA FE OFFICE                                                                    MAIN OFFICE
119 East Marcy, Suite 110                                                      201 Third NW, Suite 1630
Santa Fe, NM 87501                                                             Albuquerque, NM 87102
(505) 989-4949                                                                     (505) 843-9494
FAX (505) 843-9492                                                             FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1  that you were released from the Corrections

2  Department in 2011?

3      A.   Yes, sir.

4      Q.   And why were you convicted of conspiracy

5  to commit assault with a deadly weapon, possession

6  of a firearm, and breaking and entering in 2008?

7      A.   Well, there was a confrontation at the

8  methadone clinic in 2006.  There had apparently been

9  a hit placed on me by other SNM Gang members.  As a

10 result, it ended in a shooting.  I mean, we each had

11 guns, and I shot him, and we shot at each other.

12     Q.   Where did you shoot at each other?  Where

13 were you?

14     A.   In the parking lot of the methadone

15 clinic, San Mateo.

16     Q.   Is that San Mateo Road in Albuquerque?

17     A.   Yes, sir.

18     Q.   Were you charged by the federal government

19 in an indictment in this case?

20     A.   Yes, sir.

21     Q.   And at some point did you agree to

22 cooperate with the federal government?

23     A.   Yes, sir.

24     Q.   Why did you agree to cooperate with the

25 federal government?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1        A.   Five years prior, when I got out, 2011, I

2   had already distanced myself from the S, because I

3   basically wanted something better for myself and for

4   my son.  What was the question again?

5        Q.   I think that answered it.  That's fine.

6   What do you mean?  Where did you go to distance

7   yourself from the S?

8        A.   I went to Tennessee.

9        Q.   And did you still keep in contact with

10  other SNM members after 2011, before you were

11  arrested in this case in 2015?

12       A.   Yes, sir.

13       Q.   Did other SNM members send you Suboxone

14  while you were in Tennessee?

15       A.   Yes, sir.

16       Q.   I'm going to show you what's been admitted

17  as Government's Exhibit 690.  Are you familiar with

18  this document?

19       A.   Yes, sir.

20       Q.   Is this your plea agreement in this

21  federal case?

22       A.   Yes, sir.

23       Q.   And were you indicted based on the assault

24  of Julian Romero in this case?

25       A.   Yes.

SANTA FE OFFICE                                                                    MAIN OFFICE
119 East Marcy, Suite 110                                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                                          Albuquerque, NM 87102
(505) 989-4949                                                                          (505) 843-9494
FAX (505) 843-9492                                                              FAX (505) 843-9492
                                                                                      1-800-669-9492
                                                                        e-mail: info@litsupport.com



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        Q.    I'm going to take you to page 2 of this
 2   document, paragraph 4 -- actually, paragraphs 3 and
 3   4.
 4        A.    Okay.
 5        Q.    So on paragraph 3, does that advise you
 6   that you were agreeing to plead guilty to count 8 of
 7   the indictment, charging you with violent crimes in
 8   aid of racketeering activity, conspiracy to commit
 9   assault resulting in serious bodily injury?
10        A.    Yes.
11        Q.    And was that because of the assault
12   resulting in serious bodily injury of Julian Romero?
13        A.    Yes.
14        Q.    And does paragraph 4 advise you that the
15   maximum term of imprisonment for this charge is
16   imprisonment of not more than three years?
17        A.    Yes.
18        Q.    Then I'll take you to page 9 of that
19   document.  Is that your signature on the plea
20   agreement?
21        A.    Yes, it is.
22        Q.    And now I'll show you what's been admitted
23   as Government's Exhibit 691, and I'll go to page 2.
24   Is that your signature:  Gerald Archuleta?
25        A.    Yes, it is.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.    And do you also go by or have you also
 2   been referred to by the names Styx and Grandma?
 3        A.    Yes, sir.
 4        Q.    And I'll go back to page 1.  Is this the
 5   addendum to your plea agreement?
 6        A.    Yes, it is.
 7        Q.    Thank you.
 8              Since you've been a cooperator, have you
 9   been paid money by the federal government?
10        A.    Yes, I have.
11        Q.    And what is that -- how is that money paid
12   to you?
13        A.    It's put on my account.
14        Q.    And since you began cooperating in July --
15   or December of 2015, when you were indicted, do you
16   know how much you've been paid in the last over two
17   years?
18        A.    Approximately 2,000 bucks.
19        Q.    Does $2,399.62 sound right?
20        A.    Yes, sir.
21        Q.    As part of your cooperation in this case,
22   did you agree to record other inmates in the prison
23   system?
24        A.    Yes, sir.
25        Q.    Were you also given less restrictions than
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   other inmates housed in a Level 6 facility while you

2   were cooperating?

3         A.    Will you repeat the question?

4         Q.    While you've been cooperating, were you

5   also provided less restrictions than other inmates

6   in a Level 6 facility?

7         A.    No.

8         Q.    In the course of this case, were you

9   provided a tablet to review your discovery?

10        A.    Yes, I was.

11        Q.    And at some point, was that tablet taken

12  away?

13        A.    Yes, it was.

14        Q.    Why was it taken away?

15        A.    Several of the cooperators, including

16  myself -- we reset our tablet, which erased the

17  discovery.  We enabled the Wi-Fi, and we were able

18  to have internet access.

19        Q.    Were you allowed to have internet access

20  on your tablet?

21        A.    No, sir.

22        Q.    And what did you use the -- how long did

23  you have internet access on your tablet,

24  approximately?

25        A.    Approximately four months.

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                      Albuquerque, NM 87102
(505) 989-4949                                                    (505) 843-9494
FAX (505) 843-9492                                        FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.    And what did you do with your tablet when
 2   you connected to the Wi-Fi?
 3        A.    I attempted -- one time I attempted to get
 4   hold of my son, sending him pictures that were taken
 5   of me.  And for the most part I was downloading
 6   pornography.
 7        Q.    While you've been cooperating, have you
 8   done drugs in the prison?
 9        A.    Yes, sir.
10        Q.    What drugs have you done?
11        A.    Suboxone.
12        Q.    And how did you obtain the Suboxone?
13        A.    I obtained it from those that were living
14   with me in the unit.
15        Q.    And who is that?
16        A.    For the most part, it was fellow
17   cooperators, Benjamin Clark, Jerry Montoya.
18        Q.    And are you still using Suboxone in the
19   prison?
20        A.    No.
21        Q.    When did that stop?
22        A.    Well, while I was in Sandoval County, I
23   got high for Christmas, and that's been the last
24   time I got high.
25        Q.    So is that Christmas December 2017, the
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   last Christmas?

 2        A.   Yes, sir.

 3        Q.   I want to talk to you about Julian Romero.

 4   Who is Julian Romero?

 5        A.   Julian was a high-ranking member of the

 6   SNM.  He was another one of my big homies.

 7        Q.   At some point did you call a green light

 8   or authorize a hit on Julian Romero?

 9        A.   Yes, I did.

10        Q.   When was that?

11        A.   It was approximately 2001, maybe around

12   there.

13        Q.   And why did you order or authorize a hit

14   on Julian Romero in 2001?

15        A.   For having an affair with my wife.

16        Q.   Do you know, did you used to communicate

17   with Julian Romero through your wife?

18        A.   Yes, sir.  That was -- we used our wives

19   and our visitors to communicate amongst each other,

20   specifically with the brothers that were on the

21   street.  We would give the message to our visitor,

22   or in my case, to my wife, and she would take it to

23   the streets and pass on the message.

24        Q.   Included in those messages, did you and

25   Julian authorize SNM hits on people?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      A.   Yes, we did, on one occasion.

2      Q.   And who did you task with hitting Julian

3  Romero originally?

4      A.   Originally, I tasked Playboy Munoz.

5      Q.   Is that Frederico Munoz?

6      A.   Yes, sir, Frederico Munoz.

7      Q.   And what happened when you tasked him to

8  hit Julian Romero?

9      A.   The end result was he located him and shot

10  him.

11     Q.   And do you know where Frederico Munoz shot

12  Julian Romero, where they were located when it

13  happened?

14     A.   He shot him in the leg.

15     Q.   And what happened after Frederico Munoz

16  shot Julian Romero?  Was the green light done, or

17  did it still remain?

18     A.   No, it still remained.

19     Q.   Why?

20     A.   Because they missed him and the end result

21  was to kill him.

22     Q.   At some point, was Julian Romero assaulted

23  at some point after 2003?

24     A.   Yes, sir.

25     Q.   And how do you know that?

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                 Albuquerque, NM 87102
(505) 989-4949                                          (505) 843-9494
FAX (505) 843-9492                                  FAX (505) 843-9492
                                                      1-800-669-9492
                                            e-mail: info@litsupport.com



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        A.    I was made aware of this through phone

 2   conversation with another brother by the name of

 3   Chris Garcia while I was in Tennessee.  I used to

 4   communicate with Chris Garcia on a few occasions,

 5   more than once, and he advised me that an assault

 6   had been -- that an assault happened on Julian

 7   Romero.

 8        Q.    Was this one of the conversations you had

 9   with SNM members while you were in Tennessee after

10   you got out?

11        A.    Yes.

12        Q.    Did another inmate call you while you were

13   in Tennessee and advise you that Julian Romero was

14   assaulted, if you remember?

15        A.    I don't recall.  I specifically remember

16   Chris Garcia calling me.

17        Q.    And did anyone tell you about the Julian

18   Romero assault while you were incarcerated, after

19   2011 and 2015 or '16?

20        A.    Yes.

21        Q.    Who was that?

22        A.    Carlos Herrera.

23        Q.    Do you know an SNM member Daniel Sanchez?

24        A.    Yes, I do.

25        Q.    And what other name does Daniel Sanchez go
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   by?

2       A.    Dan Dan.

3       Q.    And I'm going to test your eyesight here.

4   Do you see Daniel Sanchez, or Dan Dan, here in the

5   room?

6       A.    Yes, I do.

7       Q.    Where is he?

8       A.    He's sitting over there in the blue suit.

9           MR. BECK:  Let the record reflect he

10  pointed out the Defendant Daniel Sanchez.

11          THE COURT:  The record will so reflect.

12  BY MR. BECK:

13      Q.    Is Daniel Sanchez an SNM member?

14      A.    Yes, he is.

15      Q.    How do you know that?

16      A.    We've had several conversations that have

17  to do with SNM activity.  He's known to me as an SNM

18  Gang member.  These are conversations that wouldn't

19  have took place with him to begin with if he wasn't

20  an SNM Gang member.

21      Q.    And I think you said earlier you talked to

22  Carlos Herrera.  Is Carlos Herrera an SNM member?

23      A.    Yes, he is.

24      Q.    Does he go by another name other than

25  Carlos Herrera?



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    Yes, he goes by the name of Lazy.

 2        Q.    Have you been locked up with Carlos

 3   Herrera before?

 4        A.    Yes, I have.

 5        Q.    And do you know that Carlos Herrera is an

 6   SNM Gang member?

 7        A.    Yes, I do.

 8        Q.    Have you heard of, within the SNM, the All

 9   Stars?

10        A.    Yes, I have.

11        Q.    What are the All Stars?

12        A.    The All Stars are a group of, I would say,

13   SNM Gang members that have been stabbed in the past

14   by other SNM Gang members.   That's who they were.

15        Q.    You said they'd been stabbed in the past.

16   Did you call hits on the SNM members who were trying

17   to start the All Stars?

18        A.    I took part in a couple of hits against

19   members of the All Stars.

20        Q.    Was Leroy Torrez one of the members trying

21   to start the SNM All Stars?

22        A.    Yes, he was.

23        Q.    Did you call a hit on Leroy Torrez?

24        A.    Yes, I did.

25        Q.    Did you call a hit on an SNM member named
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  Chaparro?

2        A.   Yes, I did.

3        Q.   Was he involved with the SNM All Stars?

4        A.   Yes, he was.

5        Q.   I want to talk to you about some other SNM

6  crimes that you've been involved with.  In 1992,

7  1993, did you assault someone at the Southern New

8  Mexico Correctional Facility related to the SNM, if

9  you remember?

10       A.   I did assault somebody at the Southern

11 facility.

12       Q.   And how is that related to the SNM?

13       A.   Only that we were SNM, and the one that

14 was with me at the time of assault was also SNM.

15       Q.   And in the late '90s, early 2000s, did you

16 assault two Aryan Brotherhood members related to the

17 SNM?

18       A.   What year was this, and what facility?

19       Q.   Late '90s, early 2000s, did you assault

20 two Aryan Brotherhood members with Wino and Alex

21 Munoz and Funny Style?

22       A.   Yes.  Yes, sir.  I took part on the

23 assault on these two Aryan Brotherhoods.

24       Q.   And how is that related to the SNM?

25       A.   Approximately -- again, I could be wrong

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  on the year.  But a war had started with the Aryan

2  Brotherhood.  It started with the Aryan Brotherhood

3  assaulting two SNM Gang members.  So from that day

4  forward, there was a green light on every Aryan

5  Brotherhood that we came across.

6       Q.   Is this the same way that there was a

7  green light on Los Carnales members at some point?

8       A.   Yes, sir.

9       Q.   What is the Aryan Brotherhood?

10       A.   It's a white gang with -- yeah, it's a

11  white gang.

12       Q.   At some point related to the SNM, did you

13  call a hit on Junior when the Main shut down?

14       A.   Yes, I did.

15       Q.   What happened?

16       A.   Well, when I got to the South facility,

17  there were several brothers that weren't happy with

18  the way he was treating them.  We asked him to step

19  down.  He didn't want to step down, and we removed

20  him.  When I got to the South, he was the one

21  holding the keys at the South facility.  He didn't

22  want to step down, so we removed him, with approval

23  from Marty Barros.

24       Q.   So you and other SNM members removed, by

25  assaulting, the SNM member who held the keys at the

SANTA FE OFFICE                                                        MAIN OFFICE
119 East Marcy, Suite 110                                      201 Third NW, Suite 1630
Santa Fe, NM 87501                                              Albuquerque, NM 87102
(505) 989-4949                                                              (505) 843-9494
FAX (505) 843-9492                                               FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1   South facility?  Is that what you're saying?

 2        A.   Yes.  I was not there at the time he got

 3   assaulted, but I put it together, yes.

 4        Q.   You called that hit?

 5        A.   Yes, sir.

 6        Q.   And after the incident with Junior at the

 7   South facility, were you involved in targeting two

 8   Aryan Brotherhood members, including Pac Man?

 9        A.   Yes, I was.

10        Q.   What happened?

11        A.   These were Aryan Brotherhood members that

12   were at the Main facility when the initial war

13   started.  When they closed down the Main, they were

14   all separated.  And these are two individuals that

15   we came across at the South facility, so they were

16   assaulted.

17        Q.   And were they assaulted because of this

18   rivalry with the SNM and Aryan Brotherhood?

19        A.   Yes, they were.

20        Q.   When you were sent to Hobbs around 1998,

21   did you call the hit of two other Aryan Brotherhood

22   members?

23        A.   Yes, I did.

24        Q.   What happened?

25        A.   Again, these were two Aryan Brotherhood
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1    members that were at the South.  They were at the

 2    Main facility when the war started with them, and

 3    they were assaulted.

 4         Q.    Do you know how they were assaulted?

 5         A.    They were stabbed and beaten.

 6         Q.    In 2000, did you call a hit in BCDC?

 7         A.    Yes, I did.

 8         Q.    Is that the Bernalillo County Detention

 9    Center?

10         A.    Yes, it is.

11         Q.    And what happened in 2000 in the

12    Bernalillo County Detention Center?

13         A.    Matthew Cavalier, a former SNM Gang member

14    who was an informant, was killed.

15         Q.    And how were you involved?

16         A.    I put it together and I ordered it.

17         Q.    And was Matthew Cavalier killed?

18         A.    He had informed on an SNM murder that took

19    place in Central New Mexico Correctional Facility.

20    Papers had turned up on him, and so he was a known

21    SNM informant.

22         Q.    You said "informed."  Did he talk to law

23    enforcement?

24         A.    Yes, he did an investigation.

25         Q.    And by "papers," did you mean that there



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    had been actual paperwork in the prison showing that

2    he had cooperated with the investigation?

3         A.   Yes, documents of his actual conversation

4    with authorities.

5         Q.   And is that why you ordered his death?

6         A.   Yes, that's why.

7         Q.   And in connection with calling that

8    murder, is that why you pled guilty to conspiracy to

9    commit second-degree murder?

10        A.   Yes.

11        Q.   After that did you call a hit on Kelly

12   Mercer?

13        A.   Yes, I did.

14        Q.   What happened?

15        A.   He was one of the ones that was -- he's a

16   fellow SNM Gang member.  He was informing on --

17   assisting with the investigation on the Matthew

18   Cavalier case, and we placed a hit on him.

19        Q.   Did you place this hit on him because you

20   expected him to testify at trial?

21        A.   Yes, I did.

22        Q.   Sometime later did you call a hit on Baby

23   Zack?

24        A.   Yes, I did.

25        Q.   What happened?

SANTA FE OFFICE                                                        MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492
                                                                  1-800-669-9492
                                                        e-mail: info@litsupport.com


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        A.   Well, this is Billy Garcia's nephew.
 2   There was a division among the S, because of the
 3   incident with Julian Romero and my wife.   Julian
 4   Romero was a Big Homie, so he had a following.
 5   Basically, Baby Zack was sent to kill me at the
 6   methadone clinic.
 7        Q.   Is that who you exchanged fire with at the
 8   methadone clinic, when you pled guilty to, among
 9   other things, being in possession of a firearm?
10        A.   Yes.
11        Q.   And did you call this hit on him after he
12   tried to kill you at the methadone clinic?
13        A.   Yes, I did.
14        Q.   Did you at any point order a hit on Darren
15   White?
16        A.   No, I didn't.
17        Q.   Who is Darren White?
18        A.   Darren White is the elected Sheriff of
19   Bernalillo County.
20        Q.   And how did you know of Darren White?
21        A.   I knew of Darren White because he was very
22   political.   And at one point he had tried to get a
23   law passed through the legislature claiming that New
24   Mexico needed to get tough on their violent
25   offenders, their repeat offenders.   So he started
```

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                Albuquerque, NM 87102
(505) 989-4949                                          (505) 843-9494
FAX (505) 843-9492                                  FAX (505) 843-9492
                                                   1-800-669-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE                       e-mail: info@litsupport.com

1  using my name and my picture to support his

2  three-strikes bill.

3      Q.   And did he use your name because of your

4  conviction for involuntary manslaughter of your

5  cousin, for the murder of your wife, and for

6  ordering the murder of Matthew Cavalier?

7      A.   Yes.

8      Q.   And how did that strike you, that he was

9  using you as the poster child for this?

10     A.   Well, they put my name out there and made

11 me look, like, bigger in the limelight.  I didn't

12 mind.  When you're in that lifestyle, you want

13 people to think that you can call a hit on a

14 sheriff.

15     Q.   So at the time that this was happening,

16 did you actually like that he was using you as a

17 poster boy?

18     A.   Yes.

19         MR. BECK:  Your Honor, if we're going to

20 take a later lunch, might this be a good time for a

21 break?

22         THE COURT:  All right.  We'll be in recess

23 for about 15 minutes and we will take a later lunch,

24 like we have some days, all days this week.

25         (The jury left the courtroom.)

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                       Albuquerque, NM 87102
(505) 989-4949                                                    (505) 843-9494
FAX (505) 843-9492                                          FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1              THE COURT:  All right.  So we'll be in
 2    recess for about 15 minutes.
 3              (The Court was in recess.)
 4              MR. BECK:  We should probably get -- there
 5    is something I want to do outside the presence of
 6    the jury.
 7              THE COURT:  Okay.  Go ahead.  We'll go on
 8    the record.
 9              MR. BECK:  So a few days ago, when Mario
10    Rodriguez was testifying, we talked about
11    information that Mr. Archuleta may have --
12              MR. LOWRY:  Your Honor, can we do this
13    outside of the presence of the witness?
14              MR. BECK:  Well, it's going to include his
15    testimony.
16              THE COURT:  Well, why don't y'all come up
17    here and we'll do it at the bench.
18              (The following proceedings were held at
19    the bench.)
20              MR. BECK:  So yesterday -- not yesterday,
21    but when Mario Rodriguez was here -- he has
22    testimony about Pup's murder conviction, Mr. Baca's
23    murder conviction.  We said that we thought it
24    better to wait until Mr. Archuleta testified to see
25    what he has to say about Mr. Baca's murder
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1  conviction.  I received an email that I forwarded to
 2  counsel that day that says he has information about
 3  it.
 4              THE COURT:  Archuleta does?
 5              MR. BECK:  Yes.  From what I think, based
 6  on conversations with his lawyer and our arguments,
 7  I believe that it may not be firsthand information
 8  that we get from him.  But it is information that
 9  connects up to the SNM.  And so because the Court
10  for these preliminary determinations can rely on
11  hearsay, if indeed it is hearsay, it's important to
12  establish our record outside of the presence of the
13  jury as to how Mr. Baca's murder conviction is
14  related to the SNM.
15              THE COURT:  Well, I guess we can hear it.
16  I'm not quite convinced on this sort of stuff, but
17  you know --
18              MR. LOWRY:  Hear this outside the presence
19  of the jury.
20              THE COURT:  Yeah, I'm not quite convinced
21  that I should be relying on inadmissible hearsay to
22  establish that this is an SNM hit.  If he's just
23  getting that information from somebody else, I'm not
24  sure it gives me a lot of confidence that I ought to
25  be letting it in.  But I'll hear what everybody has
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   to say.

2          MR. BECK:  And I don't know exactly what

3   he's going to say.  That's why I think it's better

4   to do it now.

5          MR. LOWRY:  And before we have a

6   completion of a 104 hearing on that kind of

7   evidence, as Ms. Duncan represented, we've looked

8   through the entire transcript.  We talked to the

9   original trial counsel, whose name is Candace

10  Stevens.  She ended up being a life-long prosecutor.

11  We talked about this case.  It was a death penalty

12  case when it happened.  It was robustly litigated,

13  and the issue of gangs was never presented.

14          THE COURT:  Let's let the Government make

15  its presentation, now that y'all haven't found

16  anything, but let's see what he has to say about it.

17  Go ahead.

18          (The following proceedings were held in

19  open court outside the presence of the jury.)

20          THE COURT:  All right.  Mr. Archuleta,

21  I'll remind you that you're still under oath.  Mr.

22  Beck is going to ask you some questions, and you may

23  get some questions from other people about a

24  particular event.

25          Mr. Beck.

SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                      201 Third NW, Suite 1630
Santa Fe, NM 87501                                             Albuquerque, NM 87102
(505) 989-4949                                                          (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492
                                                                       1-800-669-9492
                                                            e-mail: info@litsupport.com


```
 1                        104 HEARING
 2                     DIRECT EXAMINATION
 3  BY MR. BECK:
 4       Q.   Mr. Archuleta, are you familiar with Mr.
 5  Baca's -- with the murder that Mr. Baca performed in
 6  the Main facility at PNM?
 7       A.   Yes, I am.
 8       Q.   And about when did that happen?
 9       A.   About 1990, around there.
10       Q.   And where were you when it happened?
11       A.   I was in the Main facility cell block 5.
12       Q.   And where was Mr. Baca?
13       A.   He was being housed in cell block 4.
14       Q.   And who did Mr. Baca murder?
15       A.   He murdered Luis Velasquez.
16       Q.   And what happened the day before that
17  murder?
18       A.   There was a confrontation between Ray Baca
19  and Jesse Chavez.
20       Q.   And who is Ray Baca and who is Jesse
21  Chavez?
22       A.   These are known to me as big homies, the
23  SNM Gang members.  They had a drug dispute with two
24  other individuals that were not SNM members by the
25  name of Luis Velasquez and Gerald Alvarado.
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                  201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                            FAX (505) 843-9492

 

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   And so at this time --
 2             MR. LOWRY:  Objection, Your Honor.  Can we
 3   get a foundation for the basis --
 4             THE COURT:  Well, since it's 104, I'll
 5   let -- I'm curious about some of this, too.
 6   BY MR. BECK:
 7        Q.   And how did you know those -- sorry, who
 8   were the two SNM members?
 9        A.   Ray Baca and Jesse Chavez.
10        Q.   And how did you know they were SNM Gang
11   members?
12        A.   They were my big homies.  They were two
13   individuals that, when I came to the facility and
14   became a carnal, a brother, they shook my hand, gave
15   me a hug and said, "Welcome to the family."
16        Q.   And you said earlier -- just remind us,
17   when did you become an SNM member?
18        A.   Approximately 1988, '89, somewhere around
19   there.
20        Q.   So there was a drug dispute between Ray
21   Baca and Jesse Chavez, and who were the other two?
22        A.   Luis Velasquez and Gerald Alvarado.
23        Q.   Are they SNM members?
24        A.   No, they weren't.
25        Q.   And what happened with that drug dispute?
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                  201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                            FAX (505) 843-9492
                                                               1-800-669-9492
                                                      e-mail: info@litsupport.com



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1        A.    As a result of that, the confrontation and

2   the disputes, Gerald Alvarado pulled out a weapon

3   and stabbed Jesse Chavez.

4        Q.    All right.  And how did you know Anthony

5   Ray Baca at this time?

6        A.    He was a Big Homie of mine in the SNM.

7        Q.    So that was the day before.  What happened

8   the next day after this stabbing and drug dispute?

9        A.    It might have been the next day or a few

10  days, but Luis Velasquez was retaliated on and

11  killed.

12       Q.    And who retaliated on Luis Velasquez?

13       A.    Ray Baca and Robert Gutierrez.

14       Q.    And why do you say "retaliated"?

15       A.    Well, the day before, a brother was

16  stabbed.  Luis Velasquez was with the person who did

17  the stabbing, so it was a form of retaliation.  You

18  stab one of us and we kill you.

19       Q.    Is that an SNM rule, that if an SNM member

20  gets stabbed by someone else, then the SNM

21  retaliates by either stabbing or killing that other

22  person?

23       A.    Yes.

24       Q.    And if they can't get to that other

25  person -- in this case, Alvarado; was Alvarado



SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                      201 Third NW, Suite 1630
Santa Fe, NM 87501                                              Albuquerque, NM 87102
(505) 989-4949                                                           (505) 843-9494
FAX (505) 843-9492                                                   FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1    segregated and locked up after --

2         A.   Alvarado was segregated.  Jesse Chavez was

3    taken to the hospital.  Ray Baca made it back to his

4    unit.  And Luis Velasquez made it back to his unit.

5         Q.   And Ray Baca was with Jesse Chavez when he

6    was stabbed by Gerald Alvarado; right?

7         A.   Yes, sir.

8         Q.   And so it was the next day or sometime

9    immediately afterwards that Ray Baca then stabbed

10   and killed Luis Velasquez; right?

11        A.   Yes, sir.

12        Q.   And is that why you say it was SNM

13   retaliation?

14        A.   Yes, sir; that and, if an incident takes

15   place and it involves SNM Gang members from start to

16   finish, it's SNM-related.

17        Q.   Were you there when Mr. Baca stabbed Luis

18   Velasquez and killed him?

19        A.   I wasn't present during the killing, but I

20   was in the facility, in cell block 5.

21        Q.   And before this time, did you see Mr. Baca

22   at the Main facility?

23        A.   Yes, I did.

24        Q.   And after this time, when he stabbed and

25   killed Velasquez -- well, who did you learn about it

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                           Albuquerque, NM 87102
(505) 989-4949                                               (505) 843-9494
FAX (505) 843-9492                                           FAX (505) 843-9492
                                                             1-800-669-9492



```
 1   from first?  I'll ask that question.

 2        A.   The murder?

 3        Q.   Right.

 4        A.   From a correctional officer during

 5   lockdown.

 6        Q.   After the murder, were you in cell block

 7   5?  Were you locked down?

 8        A.   Yes, we were.

 9        Q.   At some point later did you see Mr. Baca?

10        A.   Yes, I did.

11        Q.   Where was that?

12        A.   In Q pod at the North facility.

13        Q.   And what is Q pod at the North facility?

14        A.   It's a lockup facility.  It's a pod, the Q

15   pod.  It houses, like, 12 inmates.

16        Q.   Are those 12 inmates on any special

17   conditions?  That is a death row pod?

18        A.   Yes, it was a death row pod.

19        Q.   How close in time to when Mr. Velasquez

20   was stabbed and killed was it when you saw Mr. Baca

21   in Q pod?

22        A.   It was during his trial, so I don't know

23   exactly.  Maybe a year or two.

24        Q.   And did you know Mr. Baca was being tried

25   for the murder of Luis Velasquez?
```

SANTA FE OFFICE                                                              MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                   Albuquerque, NM 87102
(505) 989-4949                                                                (505) 843-9494
FAX (505) 843-9492                                                     FAX (505) 843-9492
                                                                           1-800-669-9492
                                                              e-mail: info@litsupport.com




BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    A.   Yes, I did.

2    Q.   How did you know that?

3    A.   Because I was with him when he was going

4  to trial.  I was housed with him in the unit, and it

5  was all over the news.

6    Q.   Was Mr. Baca an SNM member after Jesse

7  Chavez was stabbed and while -- when he killed Luis

8  Velasquez?

9    A.   Yes, he was an SNM member.

10    Q.   And as an SNM member, does a murder help

11  your reputation with the SNM?

12    A.   Yes, it does.

13    Q.   Does it help even more if it's a murder

14  for the SNM or, as you said, a retaliation murder

15  for the SNM?

16    A.   Yes, it does.

17    Q.   And in your opinion, did this murder --

18  did it help make Mr. Baca your Big Homie or the

19  leader of the SNM?

20    A.   He was my Big Homie before the murder, but

21  it increased his status after the murder.

22    Q.   Did it increase his status with all the

23  SNM?

24    A.   Yes, it did.

25    Q.   Is that a reason that he was the leader of

SANTA FE OFFICE                                                      MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                           Albuquerque, NM 87102
(505) 989-4949                                                       (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492
                                                                  1-800-669-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

e-mail: info@litsupport.com

1   the entire SNM?

2        A.   Yes, it was.

3        Q.   Where did this murder happen?

4        A.   It happened in the main corridor at the

5   Main facility in front of cell block -- or

6   approximately in front of the canteen area.

7        Q.   And in the main corridor of the Main

8   facility, is that right outside where the

9   corrections officers are sitting in the control

10  booth?

11       A.   In that general area, yes.

12       Q.   And given that the murder happened there

13  in the main corridor, is that significant in any way

14  to you and to the SNM?

15       A.   Yes, it is.

16       Q.   Why?

17       A.   Because of the way he did it.  He did it

18  in front of everybody.  And --

19       Q.   Did that add to his reputation or

20  credibility with the SNM?

21       A.   I would say so, yes.

22       Q.   Did that contribute to him being a leader

23  of the entire SNM?

24       A.   It contributed, yes.

25            MR. BECK:  That's all I've got, Your

SANTA FE OFFICE                                                      MAIN OFFICE
119 East Marcy, Suite 110                                            201 Third NW, Suite 1630
Santa Fe, NM 87501                                                   Albuquerque, NM 87102
(505) 989-4949                                                       (505) 843-9494
FAX (505) 843-9492                                                   FAX (505) 843-9492
                                                                     1-800-669-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE                              e-mail: info@litsupport.com

1   Honor.

2          THE COURT:  All right.  Thank you, Mr.

3   Beck.

4          Mr. Lowry, do you have cross-examination?

5          Why don't you just go ahead and tell the

6   jury to go back and relax in the jury room.

7          Mr. Lowry.

8          MR. LOWRY:  Thank you, Your Honor.

9                  CROSS-EXAMINATION

10  BY MR. LOWRY:

11     Q.    Good day, Mr. Archuleta.

12     A.    Good day.

13     Q.    So you weren't present when this happened,

14  either event, the events the day before or the event

15  that happened in the main corridor of the Old Main?

16     A.    I was not present at the actual assault

17  and murder site; correct.

18     Q.    And you weren't present the day before,

19  and I think -- let me get the names correctly

20  again -- it was Mr. Baca -- who were the four

21  individuals involved in the altercation?

22     A.    Mr. Baca, Jesse Chavez, Gerald Alvarado,

23  and Luis Velasquez.

24     Q.    And neither Alvarado or Luis Velasquez

25  were gang-affiliated at all?

SANTA FE OFFICE                                            MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                            (505) 843-9494
FAX (505) 843-9492                                    FAX (505) 843-9492



1-800-669-9492
PROFESSIONAL COURT            e-mail: info@litsupport.com
REPORTING SERVICE

```
 1        A.    No, sir.

 2        Q.    And do you know anything about Luis

 3   Velasquez' criminal history?

 4        A.    That he was a killer.

 5        Q.    He was a cold-blooded killer, wasn't he?

 6        A.    He had a murder conviction, so that's why

 7   I say that.

 8        Q.    All right.  And he also was pretty

 9   notorious at the Old Main for raping people.

10        A.    I didn't -- I wasn't aware of that.

11        Q.    Okay.  So you didn't have any idea that

12   that --

13        A.    Yeah, I -- I didn't have no idea.

14        Q.    So you really didn't know much about Mr.

15   Velasquez?

16        A.    Correct.

17        Q.    And you didn't overhear any part of the

18   conversation that took place the day before between

19   Mr. Velasquez and Mr. Baca?

20        A.    No, I didn't.

21        Q.    And you weren't aware that other people in

22   the facility knew that Mr. Velasquez was trying to

23   kill Mr. Baca?

24        A.    I was not aware of that.

25        Q.    Were you aware that other people thought
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1 that Mr. Velasquez had a knife in his pocket to kill

2 Mr. Baca at any time?

3      A.   I have no knowledge of that.  I was not

4 aware.

5      Q.   Let me step back for a second.  It doesn't

6 matter if you're gang-affiliated or if you're not.

7 But when you're in prison, it's a different cultural

8 environment, isn't it?

9      A.   Yes, sir.

10      Q.   Nobody can get punked out, can they?

11      A.   No, sir.

12      Q.   If you get punked, you're punked for

13 forever?

14      A.   Yes, sir.

15      Q.   And so it's imperative, no matter who you

16 are in the prison environment, to demonstrate you're

17 not going to be punked out?

18      A.   Yes, sir.

19      Q.   And if somebody is going to try to kill

20 you, you need to protect yourself?

21      A.   I would say so, yes.

22      Q.   By all means necessary?

23      A.   Yes, sir.

24      Q.   And if that's the case and you

25 legitimately think somebody is trying to kill you,

SANTA FE OFFICE                                    MAIN OFFICE
119 East Marcy, Suite 110                    201 Third NW, Suite 1630
Santa Fe, NM 87501                            Albuquerque, NM 87102
(505) 989-4949                                      (505) 843-9494
FAX (505) 843-9492                              FAX (505) 843-9492
                                                    1-800-669-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE                   e-mail: info@litsupport.com

 1  you're going to settle that score?

 2      A.   I would think so.

 3      Q.   Now, you said a lot about what you thought

 4  about what transpired between the day before and

 5  when Mr. Baca got into the altercation with Mr.

 6  Velasquez.

 7      A.   Yes.

 8      Q.   But you don't have any firsthand knowledge

 9  of what transpired in either event?

10      A.   No, only what brothers translated to me

11  after the fact.

12      Q.   Okay.  And like any kind of rumor mill,

13  brothers can be wrong?

14      A.   They can be wrong, but it became obvious

15  exactly what happened and why it happened over the

16  years.

17      Q.   What do you mean, it became obvious?

18      A.   Well, starting from the first incident,

19  where a brother got stabbed by another group of

20  people, and Luis Velasquez was with him, it was

21  automatic that he would be retaliated on, and that

22  Luis would be targeted.

23      Q.   But you just agreed with me that nobody,

24  whether you're gang-affiliated or not, in the prison

25  wants to be punked out.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1       A.   Right, but you can't deny that -- what led
 2  up to that murder, which was the assault on Jesse
 3  over drugs.
 4       Q.   But you don't know that that was over
 5  drugs?
 6       A.   Yes, I do.
 7       Q.   How?
 8       A.   I got -- other brothers told me that were
 9  there with him in cell block 4.
10       Q.   Okay.  So you're relying again on other
11  people's information to give you an opinion or an
12  impression about what happened?
13       A.   Yes.
14       Q.   And you don't know that for a fact?  It's
15  gossip?
16       A.   I wouldn't say it was gossip.  I would say
17  it was the truth.
18       Q.   You would say it's hearsay?
19       A.   I wouldn't say it was hearsay.
20       Q.   Well, you didn't see it firsthand?
21       A.   You're right.
22       Q.   You heard it from somebody else?
23       A.   Yes.
24       Q.   Who heard it from somebody else?
25       A.   Not necessarily heard it from someone
```

SANTA FE OFFICE                                                                      MAIN OFFICE
119 East Marcy, Suite 110                                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                                          Albuquerque, NM 87102
(505) 989-4949                                                                      (505) 843-9494
FAX (505) 843-9492                                                             FAX (505) 843-9492
                                                                                   1-800-669-9492
                                                                          e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1   else, but was there when the initial confrontation

2   took place, when the drug dispute was created.

3        Q.   What kind of drugs are we talking about?

4        A.   Heroin.

5        Q.   How much?

6        A.   A lot.  An ounce, maybe.  I don't know

7   exactly how much, but this individual had a lot of

8   heroin.

9        Q.   Who is this individual?

10       A.   Dennis Trujillo.

11       Q.   And who is Dennis Trujillo?

12       A.   Dennis Trujillo is a brother that was

13  housed with Ray Baca and Jesse Chavez in cell block

14  4.

15       Q.   So are you telling us now that this was a

16  collection hit?

17       A.   No, sir.  I'm saying that when this all

18  started, Gerald Alvarado was at the grill of cell

19  block 4 trying to collect drugs from Dennis

20  Trujillo.  He didn't come away with any drugs, and

21  that's what started the dispute.  It was a

22  confrontation over that in the yard -- I mean, in

23  the corridor, and as a result, Gerald Alvarado

24  stabbed Jesse Chavez.

25       Q.   Over not scoring drugs?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   Over not -- basically not getting -- the

 2   issue that he thought he had coming from Dennis

 3   Trujillo.  Dennis Trujillo was influenced, or he was

 4   there with Ray Baca and all the rest of the

 5   brothers.  I mean -- okay.

 6        Q.   But you don't know if they were there just

 7   to say, "We're going to take you out," and it might

 8   not have been drug-related at all.

 9        A.   I know that it was drug-related.

10        Q.   You believe it was drug-related.

11        A.   Yes, I believe it was drug-related.

12        Q.   You don't know that it was drug-related.

13   So you don't know anything about Mr. Velasquez's

14   background?

15        A.   I know that he was from Colorado and he

16   had a murder conviction.

17             MR. LOWRY:  May I have a moment, Your

18   Honor?

19             THE COURT:  You may.

20   BY MR. LOWRY:

21        Q.   Do you know who was with Mr. Baca --

22   pardon me.  Do you know who was with Mr. Baca the

23   day Velasquez was murdered?

24        A.   Yes.  Robert Gutierrez.

25        Q.   And he was acquitted, wasn't he?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   Yes, he was.

 2        Q.   And you didn't speak to either of the

 3   other individuals in the altercation the day before:

 4   Mr. Alvarado or Mr. Chavez?

 5        A.   No.

 6        Q.   And you weren't there?

 7        A.   Right.  I wasn't there.

 8             MR. LOWRY:  No further questions, Your

 9   Honor.

10             THE COURT:  All right.  Thank you,

11   Mr. Lowry.

12             Does any other defendant have any

13   questions they wish to ask Mr. Archuleta on this

14   murder?

15             MR. VILLA:  No, Your Honor.

16             THE COURT:  All right.  Mr. Beck.

17                  REDIRECT EXAMINATION

18   BY MR. BECK:

19        Q.   Mr. Archuleta, you mentioned Dennis

20   Trujillo as being the one with the drugs.  Was he an

21   SNM member?

22        A.   Yes, he was.

23        Q.   And if this wasn't over drugs -- if, for

24   some reason, hypothetically, let's say, Gerald

25   Alvarado and Luis Velasquez stabbed Jesse Chavez
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   when he was with Ray Baca, if they stabbed two SNM
 2   members -- would it still be automatic for the SNM
 3   to retaliate under the SNM rules?
 4        A.   Yes, it would.
 5        Q.   You said you learned about the details of
 6   this over the years.  Approximately how many
 7   times -- and often, over the years since I think you
 8   said 1990, have you talked with other SNM members
 9   about this murder?
10        A.   It wasn't over the years.  It was
11   immediately after the stabbing.
12        Q.   And who did you talk with immediately
13   after the stabbing?
14        A.   After the first incident, Luis
15   Velasquez -- I mean with -- yeah, Gerald Alvarado
16   stabbing Jesse Chavez, there was a high-ranking
17   member who lived with us in cell block 5 by the name
18   of Albert Chavez.  Once lockdown was called, we were
19   in the cell block, locked down.  We weren't locked
20   in our cell.  As he entered the pod, he called a
21   meeting between the brothers, at which time he gave
22   us details that he was a witness to, that he
23   witnessed Gerald Alvarado stabbing Jesse Chavez, and
24   that it was on -- he mentioned that he thought Pup
25   managed to get back to the cell block, and that Luis
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  Velasquez had made it to his cell block.  He made it

2  clear that he mentioned Luis Velasquez being with

3  Gerald Alvarado at the time.  He said Gerald

4  Alvarado stabbed Jesse, and stated that it was on,

5  meaning that there was going to be some form of

6  retaliation on Luis Velasquez.

7       Q.   And that was after the stabbing of Jesse

8  Chavez, but before Mr. Baca killed Mr. Velasquez?

9       A.   Yes, yes.

10           MR. BECK:  Nothing further, Your Honor.

11           THE COURT:  All right.  Did you have

12  something further, Mr. Lowry?

13           MR. LOWRY:  No, Your Honor.  But actually,

14  we'd like to call Special Agent Bryan Acee to the

15  stand.

16           THE COURT:  What for?

17           MR. LOWRY:  Well, Your Honor, Mr. Acee has

18  done a pretty extensive investigation into this

19  organization and the SNM.  And he's interviewed

20  other witnesses that have flatly contradicted this

21  witness' testimony.  And unfortunately, we don't

22  have them here today, but we do have Mr. Acee, and

23  he's interviewed them.  And since this is a 104

24  hearing and we can entertain hearsay, we can

25  entertain Mr. Acee's recollection about what these

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   other people had to say about this very exact same
 2   incident.
 3              THE COURT:  What's your thoughts, Mr.
 4   Beck?
 5              MR. BECK:  I think that's fair.  I think
 6   that -- I think it may be better not to do this
 7   right now just because of timing.  I don't think --
 8   based on what I heard, I don't intend to bring out
 9   that information with Mr. Archuleta at this time,
10   because I think --
11              THE COURT:  What Mr. Baca said about the
12   Velasquez murder?
13              MR. BECK:  His admission about the
14   Velasquez murder.  I guess I don't know exactly from
15   the witness what Mr. Baca said to him.  I think he
16   talked about -- I think he talked about it while
17   they were in the cell together.  Well, I guess,
18   yeah, I guess that's true.  I might -- so I don't
19   know.  But if he does know something, I would like
20   to bring that out on direct.  So I guess we should
21   probably proceed with Mr. Acee.
22              THE COURT:  Well, before we have Mr. Acee,
23   would it be best to hear what -- out of the presence
24   of the jury -- what Mr. Archuleta is going to say
25   that Mr. Baca said?  And that way, you can then
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   decide whether you want to use it or not.  If you're
 2   not going to use it, this issue is becoming rather
 3   moot.
 4             MR. BECK:  I don't think it's moot,
 5   because we said we might call back Mr. Rodriguez.
 6   But you're up there, and there is a good reason for
 7   that, and I will take your advice and listen to what
 8   Mr. Archuleta has to say right now.
 9             THE COURT:  All right.  Let's hear that.
10   We'll maybe excuse him and put Mr. Acee on the
11   stand.
12             MR. LOWRY:  May I stay here, Your Honor?
13             THE COURT:  That's fine.
14             Go ahead, Mr. Beck.
15   BY MR. BECK:
16        Q.   Mr. Archuleta, you said earlier that when
17   you were housed with Mr. Baca in Q pod, while he was
18   going to trial, you talked with him.  Did he say
19   anything to you during that time about his murder?
20        A.   No, he didn't.
21             MR. BECK:  Okay.  That's sort of what I
22   expected.
23             THE COURT:  Okay.
24             MR. BECK:  So that's why I don't think I
25   intend to get into anything in this with Mr.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1  Archuleta.  I just wanted to lay that --

 2          THE COURT:  You just want him to provide

 3  the backdrop for Mr. Montoya to testify?

 4          MR. BECK:  Right.  So I think Mr. Baca is

 5  entitled to present a witness for a 104 hearing, as

 6  well, if he can contradict it.  But we might use Mr.

 7  Archuleta while he's here now.

 8          THE COURT:  Why don't I have the transport

 9  officer take Mr. Archuleta and stand by the door.

10  Let me see how long this takes.

11          Do you want to drag a chair in there or

12  something like that?  That would be fine.  But let's

13  don't go too far off.

14          All right.  Mr. Acee, if you'll come up.

15  Before you're seated -- well, I'll just remind you,

16  you're still under oath.  I think you're subject to

17  re-call throughout, so I'll just remind you you're

18  still under oath.

19          All right.  Mr. Lowry, if you wish to

20  conduct examination of Mr. Acee, you may do so at

21  this time.

22     Q.   Yes, Your Honor, I do.  Thank you.  May it

23  please the Court?

24          THE COURT:  Mr. Lowry.

25

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                             FAX (505) 843-9492
                                                                  1-800-669-9492
                                                     e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1                        BRYAN ACEE,

 2         after having been previously duly sworn under

 3         oath, was questioned, and continued testifying

 4         as follows:

 5                     CROSS-EXAMINATION

 6   BY MR. LOWRY:

 7         Q.    Good afternoon, Special Agent Acee.

 8         A.    Good afternoon.

 9         Q.    Agent Acee, you're familiar with a witness

10   who was just here this morning, Julian Romero?

11         A.    Yes, sir.

12         Q.    And I believe it was on March 31 of 2017

13   you picked up Mr. Romero and transported him, I

14   think, from Albuquerque to the Old Main facility and

15   did a tour of Old Main with him?

16         A.    Yes.

17         Q.    And you tape-recorded that?

18         A.    I did.

19         Q.    And during that whole -- throughout the

20   day, in the tape-recordings you discuss many things.

21   But do you recall discussing with him at the Old

22   Main, as you walk down the corridor, the murder that

23   happened where Mr. Velasquez lost his life?

24         A.    Yes.

25         Q.    Do you recall Mr. Romero telling you that
```

SANTA FE OFFICE                                                              MAIN OFFICE
119 East Marcy, Suite 110                                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                                     Albuquerque, NM 87102
(505) 989-4949                                                                (505) 843-9494
FAX (505) 843-9492                                                        FAX (505) 843-9492



1-800-669-9492
PROFESSIONAL COURT
REPORTING SERVICE                                              e-mail: info@litsupport.com

1    Velasquez had a knife in his pocket with Anthony

2    Baca's name on it?

3         A.    That does sound familiar.

4         Q.    Okay.  And after you completed that

5    tour -- and he said it not once, but I think twice,

6    that, you know, this was a simmering feud between

7    these two guys.

8         A.    That sounds familiar.

9         Q.    And afterwards, you wrote a report based

10   on your visit?

11        A.    Yes, sir.

12        Q.    And would it be fair to say that in your

13   report -- and I'm happy to share this with you, but

14   may I read it to you?

15        A.    Fine with me.

16        Q.    You wrote in your report at Bates --

17   DeLeon Bates No. 24256 regarding this, it says, "The

18   murder Anthony Baca committed at the Old Main was

19   preemptive and based on an ongoing feud with another

20   inmate."

21             MR. LOWRY:  May I approach, Your Honor?

22             THE COURT:  You may.

23   BY MR. LOWRY:

24        Q.    Did I read that correctly?

25        A.    Yes, sir, you did.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

 

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   And through your interview with Julian
 2   Romero, did you have any sense that that was wrong?
 3        A.   No.
 4             MR. LOWRY:  No further questions, Your
 5   Honor.
 6             THE COURT:  All right.  Thank you, Mr.
 7   Lowry.
 8             Mr. Beck.
 9                  REDIRECT EXAMINATION
10   BY MR. BECK:
11        Q.   Special Agent Acee, is everything that
12   every cooperator has told you in this case true?
13        A.   No.
14        Q.   Do you know whether Julian Romero had
15   firsthand information about what he told you about
16   Pup's murder?
17        A.   No.
18        Q.   When Mr. Romero came in and testified
19   today, this morning, do you think he was completely
20   forthright and truthful with his testimony?
21             MR. LOWRY:  Objection, Your Honor.  He's
22   not a lie detector.
23             THE COURT:  Well, I may not consider it,
24   because it's vouching.  But let me hear where we're
25   going, then I'll make a decision.
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                       (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1       A.   He was not.

2  BY MR. BECK:

3       Q.   Why did you think that?  Before we get

4  there, what did you tell me after Mr. Romero

5  testified this morning when we were on break?

6       A.   He resorted back to the convict code.  He

7  didn't want to name any names.  He was more

8  forgetful than normal.

9       Q.   And was that when I asked about who shot

10 him in 2003?

11      A.   That, and the video.  He knows who was in

12 the pod and who hit him.  We've talked about it

13 dozens of times at length.

14      Q.   And when he talked about who was in the

15 pod this morning, he didn't name any names until I

16 asked him about specific people.  Do you remember

17 that?  Or he named Mr. Aronda, right?  One person?

18      A.   He only said Pete.  He couldn't remember

19 his last name.

20      Q.   And aside from Mr. Aronda this morning,

21 did he, as you recollect it -- and your recollection

22 may be different than mine -- did he name anyone

23 else here in the courtroom who participated with him

24 in criminal activity?

25      A.   No, he did not.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              MR. BECK:  Nothing further, Your Honor.
 2              THE COURT:  All right.  Thank you, Mr.
 3  Beck.
 4              Mr. Lowry?
 5                    RECROSS-EXAMINATION
 6  BY MR. LOWRY:
 7       Q.   Agent Acee, notwithstanding the testimony
 8  from this morning, you didn't have any reason to
 9  believe that Mr. Romero wasn't forthcoming with you
10  on March 31, 2017, did you?
11       A.   No.
12       Q.   And if you thought he wasn't being
13  truthful and honest, would you present him as a
14  witness on behalf of the United States?
15       A.   That's a tricky question.
16       Q.   It's one that deserves a fair answer.
17       A.   Well, I first would try to flesh out the
18  truth, and then I'd make all of that known to the
19  U.S. Attorney's Office.
20       Q.   Right.  I understand that.  But my
21  question to you is that if you, as an agent of the
22  United States, thought that a witness was going to
23  be less than truthful or honest, would you allow
24  them to take the stand in a court of law?
25       A.   I think I misunderstood your question.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  No, I would not.

2       Q.   And with regard to the truthfulness of the

3  witnesses that were heard from today, I believe --

4  were you at the last debrief with Gerald Archuleta

5  on January 22, 2018, when he was preparing for this

6  case?

7       A.   No.

8       Q.   But you did do an audio recorded interview

9  with Gerald Archuleta on May 8 of 2017?

10      A.   Yes, sir.

11      Q.   And during that audio recording of Mr.

12  Archuleta, you asked him point-blank who called him

13  after the Julian Romero assault at Southern on July

14  13, 2015?

15      A.   Yes.

16      Q.   Do you recall his answer in the May 8,

17  2017, interview?

18      A.   No.  And I'm sorry, I didn't know I was

19  going to be up here today, or I would have prepared

20  better.

21      Q.   That's fair.  Would you accept my

22  representation to you that in the audio recording

23  that we can all go back and check, he said that he

24  got a single call when he was talking to Chris

25  Garcia about getting Suboxone; and during that call,

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  Garcia mentioned the Romero assault.

2       A.   That sounds familiar.

3       Q.   He didn't get calls from anyone else?  Not

4  Carlos Herrera, not Lupe Urquizo?

5       A.   No, I remember asking about Lupe and I

6  don't think he recalled that.

7       Q.   That's correct.  You're absolutely right.

8  You gave him a point-blank question, if Lupe Urquizo

9  had called him.  And he said no, he had not.

10      A.   No, and I don't believe I ever asked him

11 if Carlos Herrera called him.

12      Q.   And you did not.

13           MR. LOWRY:  May I approach, Your Honor?

14           THE COURT:  You may.

15 BY MR. LOWRY:

16      Q.   Nonetheless, in his trial preparation

17 debrief with the United States -- and I don't

18 believe you were there for that meeting -- but it

19 says that he met with the Assistant U.S. Attorney

20 Matthew Beck at the courthouse to prepare, and that

21 during that conversation, he told Mr. Beck that he'd

22 received three calls from Carlos Herrera, Lupe

23 Urquizo, and Christopher Garcia.

24      A.   That's what it says, sir.  And you're

25 correct, this is not my report, and I wasn't there.

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                           Albuquerque, NM 87102
(505) 989-4949                                                    (505) 843-9494
FAX (505) 843-9492                                          FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1      Q.   Fair enough.   But -- and my point is:

2  Even when he took the stand today, the story changed

3  yet again, and he said he'd only heard from one

4  person.   He went back to your May 8 version, which

5  is:   He only heard from Chris Garcia.

6      A.   I did hear him say that today.

7      Q.   And that's the only name he mentioned with

8  regard to this call.

9      A.   Today in court, yes.

10     Q.   And my point is:   When you're talking

11 about credibility assessments with individuals, it's

12 a difficult proposition on a good day.

13     A.   Some individuals more than others.

14     Q.   So if you're inclined to disbelieve Julian

15 Romero for reverting to the convict code, are you

16 similarly inclined to disbelieve Gerald Archuleta

17 for reverting to the SNM code?

18     A.   I may not understand the question.

19     Q.   Okay.   Let me simplify it.   Mr. Archuleta

20 came in, took the stand, took the oath, swore to

21 tell the truth.   And he stood up and canvassed the

22 room and couldn't recognize Mr. Baca.

23     A.   Well, I looked at Mr. Baca, and he had his

24 head down.   It was hard for me to find him.   So I

25 don't know how to answer that one.

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                           Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                            FAX (505) 843-9492
                                                                 1-800-669-9492

PROFESSIONAL COURT                           e-mail: info@litsupport.com
REPORTING SERVICE

BEAN & ASSOCIATES, Inc.

```
 1        Q.   You don't think that was resorting to the
 2   convict code?
 3        A.   No.  I think Archuleta has trouble seeing,
 4   too.  He has a couple pairs of glasses.  I think
 5   these are just reading ones.  He may not have
 6   brought his Coke bottle -- his other glasses.
 7        Q.   That's your speculation.
 8        A.   It is, yeah.
 9        Q.   You don't know what his eye prescription
10   is.
11        A.   No.  I know he has bad eyesight.  I've
12   witnessed that.  But I don't know what his
13   prescription level is.
14        Q.   Short-range or long-range?
15        A.   I don't know.  We'd have to hang out some
16   more.
17             MR. LOWRY:  No further questions, Your
18   Honor.
19             THE COURT:  Thank you, Mr. Lowry.
20             Mr. Beck?
21             MR. BECK:  Briefly.
22                  REDIRECT EXAMINATION
23   BY MR. BECK:
24        Q.   Special Agent Acee, who wrote this report
25   that you just read from?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    Nancy Stemo.
 2        Q.    Was there a recording associated with
 3   this?
 4        A.    I don't believe so.
 5        Q.    Do you know of a recording that was
 6   associated with this?
 7        A.    No.
 8        Q.    Mr. Archuleta's testimony today -- was
 9   that consistent with how he answered in your
10   interview before, about the call with Chris Garcia?
11        A.    Yes.
12        Q.    And again, you weren't there on January
13   22, 2018, when Nancy Stemo took this report, were
14   you?
15        A.    No, sir.
16             MR. BECK:  All right.  Nothing further,
17   Your Honor.
18             THE COURT:  All right.  Thank you, Mr.
19   Beck.
20             Anybody else have any questions of Mr.
21   Acee on this issue?
22             All right.  Mr. Acee, you may step down.
23   Thank you for your testimony.
24             Here's my problem, Mr. Beck, is if you
25   don't have any admissible -- I know I can consider
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    inadmissible evidence in a 104.  But once we go back

2    in front of the jury, you're wanting to put a

3    statement by Mr. Baca that he committed this murder.

4    There is nothing in that statement that says it's an

5    SNM murder.  It just is a statement that he did the

6    murder, if I remember the statement that you put.

7    And so therefore, there is not going to be anything

8    in front of the jury that links it to an SNM murder.

9    There is now in front of me hearsay evidence, and I

10   can consider that.  The problem is:  Once we're back

11   in front of the jury, we're throwing out a murder

12   and I don't know how the jury decides it is or is

13   not an SNM murder, because we're not giving them any

14   admissible evidence.

15          MR. BECK:  I think -- I'm sorry.

16          THE COURT:  It's sort of -- I mean, I

17   guess they could implicitly think that the Court

18   think it's an SNM murder and therefore it's

19   relevant.  But it troubles me a little bit we're not

20   giving the tools to the jury to make that

21   determination.

22          MR. BECK:  I expect that the tools for the

23   jury will come from Mr. Rodriguez' testimony about

24   Mr. Baca's admission.  The other tools the jury has

25   is a wealth of information, not only from Mr.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   Archuleta, but from the litany of cooperators who
2   have testified about the SNM retaliating against
3   other gang members when they're hit over drugs,
4   because someone is stabbed, and you just heard Mr.
5   Archuleta.  It doesn't have to be over drugs.  It
6   can be just because two people are stabbed.
7           There are a number of bad acts that come
8   in for every defendant in this case and in the
9   second trial that the jury doesn't have a lot of
10  information about why they are SNM hits, beside just
11  that they committed this crime while they were in
12  SNM or while they were being recruited for SNM.
13          So that's not a concern of mine, and it's
14  not as if it's a collateral estoppel issue.  The
15  Court is not going to instruct that the jury must
16  find or must presume that Mr. Baca committed this
17  murder at all.  Rather, it's just evidence of the
18  enterprise.  It's evidence of the racketeering
19  activity that the jury is to consider along with any
20  other evidence, and if they don't see that the
21  United States proved beyond a reasonable doubt that
22  it was connected, then they're not going to use it
23  for enterprise activity.
24          THE COURT:  But I don't see any admissible
25  evidence that helps them make that determination one

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  way or another.  The only way they would make it is

2  to listen to this evidence, which they can't do, Mr.

3  Archuleta's.

4           MR. BECK:  They've heard the evidence of

5  the way in which SNM retaliates; that if someone

6  from SNM is stabbed, another person from SNM

7  retaliates in favor of that.  They can -- you know,

8  we can get out, from Mr. Archuleta, that he knows

9  these two people to be SNM members and the other two

10 people to not be SNM members.  We can get that

11 information out so they have the tools to infer that

12 when Mr. Baca then later murders this person, it was

13 an SNM hit, because he was with another SNM member

14 who was stabbed by someone who is not another SNM

15 member, or -- and he doesn't even need to know that

16 he was stabbed; just that they were put in lockdown

17 right afterwards, and someone was put in

18 segregation.

19           So there is enough information for them to

20 link it up with the inferences that they're allowed

21 to make, to find that it's racketeering activity.

22           THE COURT:  Let me give it some thought.

23 I'm not persuaded yet it's coming in.  But let me

24 look a little bit.  Somebody may have written on

25 this, or commented on it, and stuff.  But I'm not

SANTA FE OFFICE                                            MAIN OFFICE
119 East Marcy, Suite 110                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                          FAX (505) 843-9492
                                                            1-800-669-9492



```
 1    quite convinced that if there is not admissible
 2    evidence -- and I'm not sure there is.  I think what
 3    the jury is going to do is, they're going to say,
 4    "Well, the judge let this murder in.  Therefore, it
 5    must be SNM-related," and not go through the task,
 6    because they haven't had to do that for anything
 7    else.  It's just been spoon-fed to them.  And I'm
 8    not sure they're going to separate this one out and
 9    say, "Well, we don't know why" -- and question
10    whether it should be -- they should be making the
11    determination that it's SNM-related.
12              MR. BECK:  Sure.
13              THE COURT:  Let me give it some thought.
14              MR. BECK:  Sure.  I understand the Court's
15    position.  I think that's a fair call to make.
16              It's come to my attention, based on what
17    defense counsel said, and then a discussion with Ms.
18    Armijo, that they are not in receipt of the Saturday
19    302 on Mr. Archuleta and, I'm guessing, other people
20    that we met with on Saturday.  I thought that was
21    disclosed.  It must not be yet, so I'd just ask to
22    disclose it.  Apparently, it was just disclosed.  So
23    that came to my attention.  I'm raising it now.
24    We're at fault for not disclosing that.
25              Mr. Archuleta and I met on Saturday.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  That's where we discussed this incident and his

2  Suboxone use while cooperating.  So I guess the

3  defendants now have that.  When Mr. Lowry came up

4  and asked about the last debrief on January 22, it

5  tipped in my mind that wasn't the last debrief.  And

6  so I want to put that on the record so that they can

7  have that information and raise with the Court

8  whatever they need to.

9          THE COURT:  Okay.  Mr. Lowry.

10          MS. FOX-YOUNG:  Your Honor, I think Mr.

11  Beck said that there were several meetings on

12  Saturday, and I don't believe we have any other 302s

13  from the other meetings.  So I'd ask that the

14  Government produce those forthwith.

15          THE COURT:  Is there just one 302 from

16  Saturday?

17          MR. BECK:  I don't think so.  I think

18  there are a number.

19          MS. ARMIJO:  I think there is just --

20  before I sent that other one, I sent another one

21  they should have, as well.  Did you receive that,

22  Ms. Jacks?

23          MS. JACKS:  I received that.

24          MS. ARMIJO:  There was one regarding

25  Frederico Munoz and one regarding Gerald Archuleta.

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                Albuquerque, NM 87102
(505) 989-4949                                             (505) 843-9494
FAX (505) 843-9492                                    FAX (505) 843-9492



1-800-669-9492
PROFESSIONAL COURT                    e-mail: info@litsupport.com
REPORTING SERVICE

1   And I believe there will be one regarding Mario

2   Montoya.  He's not expected to testify till next

3   week.  And the formal discovery is going out today.

4   And they'll be sent directly to you as well as to

5   Mr. Aoki.

6            THE COURT:  All right.  Mr. Lowry?

7            MR. LOWRY:  Your Honor, I appreciate the

8   Court's insight into this issue.  I don't want to

9   belabor the point, but it bears repeating that this

10  1989 murder was a capital case.  And if this was

11  gang-related, that would have been an aggravating

12  factor for the jury to consider in the capital case.

13  And despite all the resources of the State of New

14  Mexico -- again, Ms. Duncan and I looked at that

15  trial transcript, we've talked to the trial attorney

16  who handled it.  We talked to the appellate

17  attorney.  There was no gang affiliation related to

18  that prosecution.

19            It boggles one's mind that 20-some-odd

20  years after the fact, they want to make it a gang

21  case, when, in the heat of the moment, when they

22  were trying to take Mr. Baca's life from him, gangs

23  had nothing do with it.  And I don't think that the

24  collective memory of either the witnesses or the

25  community is going to get better over time, Your

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

**BEAN
&ASSOCIATES**, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
**1-800-669-9492**
e-mail: info@litsupport.com

```
 1   Honor.
 2           Thank you.
 3           THE COURT:  Thank you, Mr. Lowry.
 4           Ms. Bhalla.
 5           MS. BHALLA:  Just briefly, Your Honor.  I
 6   think as we move forward with Mr. Archuleta and we
 7   start introducing the transcripts that -- just that
 8   I think it's just going to be a difficult process
 9   for everybody.  And that we try -- you know, if we
10   need to approach ahead of the exhibits coming in, I
11   would appreciate that.  And I'm sorry, but it's
12   just -- there is all -- you know, there is lots of
13   different issues to look at, Your Honor.  And one of
14   those is whether or not some of the stuff they're
15   admitting in this particular case has anything to do
16   with SNM activity.
17           And so I'd just ask that we take it as it
18   comes, I guess, Your Honor.
19           THE COURT:  All right.  Well, how long has
20   Mr. Herrera had the transcripts that you're going to
21   be using?
22           MR. BECK:  I believe we provided those
23   transcripts on Thursday -- I guess that would have
24   been Thursday, February 1st?  January 31?  Thursday,
25   February 1st, I think the transcripts were provided.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  And I believe the DVDs were provided Friday,
2  February 2.
3          THE COURT:  I do recall that when they
4  came in, you know, I was sort of -- I think I now
5  have a process for me to get through the material.
6  I didn't at the time they came in.  But I did sit
7  down and begin to look at them.  And I didn't have a
8  great deal of problem with what you're saying about
9  Mr. Herrera.  It seemed to me that it was very
10 low-level.  It seems very straightforward, what the
11 Government had done.
12         MS. BHALLA:  And I think the issue is,
13 Your Honor, that they're pulling out pieces of the
14 transcript to use.  And you know, we weren't sure
15 which pieces of the transcript they were going to
16 use at the time.  And I agree with you that I think,
17 after speaking to Mr. Beck, I think that some of it
18 there's not going to be an issue with it.  But on
19 some of it, I do see an issue with.  And so, for
20 example, I think that they're trying to introduce
21 evidence of an assault my client was involved in,
22 but there is no indication that that assault had
23 anything to do with the SNM.  And so I'm going to
24 have a 403 objection to that, the way it's being
25 presented, coming in.  And I just want the chance to

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   make the objections before it comes out.  It doesn't

2   have to be lengthy.

3           THE COURT:  All right.  Fair enough.

4           MS. BHALLA:  Thank you, Your Honor.

5           THE COURT:  All right.  Let's get Mr.

6   Archuleta in here, and then we'll bring the jury in.

7           MS. JACKS:  Your Honor, should Mr. Sanchez

8   go ahead and put on the record his objections to

9   these tape recordings of Mr. Herrera being admitted,

10  so we don't have to object to each one as it comes

11  in, in front of the jury?

12          THE COURT:  Well, again, these have been

13  out for a long time.

14          MS. JACKS:  I understand.  But these

15  aren't admissible against Mr. Sanchez.  My

16  understanding is, these are being admitted as

17  admissions of Mr. Herrera.

18          THE COURT:  Okay.  And what is -- what are

19  you then objecting to?

20          MS. JACKS:  So our objection is to all of

21  the recordings, based on the Fifth and Sixth

22  Amendments, as we previously argued, and the fact

23  that it's hearsay that, along with other evidence,

24  could be used to corroborate the informants that are

25  being offered against Mr. Sanchez.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              THE COURT:  All right.  Okay.
 2              MS. JACKS:  So given that I've made those
 3   objections, we won't be renewing them, we don't need
 4   to renew them each time.
 5              THE COURT:  I understand what you're
 6   saying.  And I don't think you need to renew it.
 7              MS. JACKS:  Thank you.
 8              MR. LOWRY:  And Mr. Baca would join that.
 9              THE COURT:  I understand the Defendants
10   are joining that.
11              MR. VILLA:  Mr. Perez, as well, just for
12   the record.
13              THE COURT:  Okay, Mr. Villa.  So noted.
14              MR. BECK:  I think there will be evidence
15   of racketeering activity, enterprise activity within
16   these that may be admissible against all of them.
17   But we can take them as they come and listen to
18   what's said and raise those at the time.
19              At this time, Your Honor, I'll move to
20   admit Government's Exhibits 206, 208, 210, 212, 214,
21   and 216.  That's six recordings that Mr. Archuleta
22   made of Mr. Herrera while they were incarcerated
23   together in 2016.
24              THE COURT:  All right.  Any other
25   objections that need to be noted?  Otherwise, I'll
```

SANTA FE OFFICE                                                                MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                 Albuquerque, NM 87102
(505) 989-4949                                                              (505) 843-9494
FAX (505) 843-9492                                                    FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1   admit them into evidence.

 2           Ms. Jacks?

 3           MS. JACKS:  We've previously noted our

 4   objection, and I would simply note that I think it's

 5   going to be unduly confusing for the jury if these

 6   are admitted for some -- or parts of these

 7   conversations are somehow then admitted against

 8   everybody, and I would ask --

 9           THE COURT:  No, I'm going to give an

10   instruction as to all of it.  These are statements

11   by Mr. Herrera.  And so you'll get a limiting

12   instruction.  I think that's the easiest way to deal

13   with it.  And I think that's what we had planned on.

14           MR. BECK:  I think that's fair.

15           THE COURT:  I think we could go line by

16   line, and some of it might be state of mind.  But I

17   think we planned on these tapes to be rather

18   clear-cut.

19           Do you agree with that, Mr. Beck?

20           MR. BECK:  Yes, Your Honor.  I think

21   that's fair.

22           THE COURT:  So you'll get the instruction

23   as to all the tapes that are being made of Mr.

24   Herrera.

25           MS. JACKS:  Thank you very much.
```




SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1            MR. VILLA:  Your Honor, in response to the
2   Court's inquiry, we have no other objection, other
3   than what's been previously raised.
4            THE COURT:  Okay.  Then, with that, then I
5   will admit Government's Exhibit, 206, 208, 210, 212,
6   214, and 216.
7            (Government Exhibits 206, 208, 210, 212,
8   214 and 216 admitted.)
9            THE COURT:  All rise.
10            (Jury entered the courtroom.)
11            THE COURT:  All right.  Everyone be
12   seated.  Don't worry about lunch.  We're not going
13   to penalize you and start the clock now.  We've been
14   working in here, and we're going to have to give
15   Ms. Bean a break.  So we're going to go to 1:15 and
16   then we'll take a lunch break.  I appreciate your
17   patience.  As I told you in the preliminary,
18   sometimes we have to have a conference with the
19   attorneys and the parties, that actually saves time
20   in the end.  And I think this may be a good example
21   of it.  So I appreciate your patience.  We'll take a
22   break at 1:15.
23
24
25

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1                   GERALD ARCHULETA,

 2       after having been previously duly sworn under

 3       oath, was questioned, and continued testifying

 4       as follows:

 5              THE COURT:  All right.  Mr. Archuleta, I

 6  remind you that you're still under oath.

 7              THE WITNESS:  Yes.

 8              THE COURT:  Mr. Beck, if you wish to

 9  continue your direct examination of Mr. Archuleta,

10  you may do so at this time.

11              MR. BECK:  Thank you, Your Honor.

12               CONTINUED DIRECT EXAMINATION

13  BY MR. BECK:

14       Q.   Mr. Archuleta, were you arrested in this

15  federal case in December of 2015?

16       A.   Yes, I was.

17       Q.   And where were you incarcerated, say, from

18  approximately February to April of 2016?

19       A.   I was being housed at the North facility.

20  I believe in Unit 2-A, maybe.

21       Q.   I think you already told the members of

22  the jury, but at that time did you agree to go into

23  the prison and make recordings of other inmates?

24       A.   Yes, I did.

25       Q.   Did you do that?
```




SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1     A.    Yes, I did.

2     Q.    During that period of time, were you

3 housed next to Carlos Herrera?

4     A.    Yes, I was.

5     Q.    Did you record conversations with Mr.

6 Herrera?

7     A.    Yes, I did.

8          MR. BECK:  At this time, Your Honor, may I

9 publish and play for the jury portions of what's

10 been admitted as Exhibit 212?

11          THE COURT:  You may.  Before you do, these

12 are going to be recordings that Mr. Archuleta made

13 of Mr. Herrera talking, so you can use these in your

14 consideration of the charges against Mr. Herrera.

15 But you can't use them against anyone else.  And so

16 if you're taking notes, there's going to be a number

17 of these played.  You might want to really note

18 these.  These can only be considered as to Mr.

19 Herrera, and not the other three gentlemen.

20          All right, Mr. Beck.

21 BY MR. BECK:

22     Q.    And Mr. Archuleta, if you look on the

23 screen in front of you as it plays, it should show

24 you the transcript.

25          (Tape played.)



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    I'm having a hard time hearing.  Can you
 2   start the recording again?  I wasn't able to hear it
 3   for the first --
 4        Q.    We'll go ahead and start the recording
 5   Government's Exhibit 212, one more time.
 6              (Tape played.)
 7        Q.    Whose voice were we just listening to,
 8   Mr. Archuleta?
 9        A.    We were listening to the voice of Carlos
10   Herrera.
11        Q.    And Mr. Archuleta, do you wear glasses?
12   Do you have trouble with your eyesight?
13        A.    These are reading glasses, yeah.
14        Q.    Do you generally have trouble with your
15   eyesight, though?
16        A.    Reading, yes.
17        Q.    Do you see Mr. Herrera here in the
18   courtroom?
19        A.    Yes, I do.
20        Q.    And where is he?
21        A.    He's over there with the black or
22   dark-blue suit.
23              MR. BECK:  Let the record reflect he
24   acknowledged the defendant, Mr. Herrera.
25              THE COURT:  The record will so reflect.
```

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                Albuquerque, NM 87102
(505) 989-4949                                          (505) 843-9494
FAX (505) 843-9492                                  FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1   BY MR. BECK:
 2        Q.   I earlier asked you about Mr. Baca.   How
 3   long has it been since you've been housed with Mr.
 4   Baca?
 5        A.   It's been a long time.   Since the murder,
 6   since we were in Q pod.   So that's -- what year did
 7   the murder take place?
 8        Q.   Just -- I mean, generally, how long?   We
 9   don't need to know a year.
10        A.   It's been over 15 years.
11        Q.   Over 15 years since --
12        A.   That I was housed with Ray Baca.
13        Q.   All right.   I'm going to start the
14   recording again -- or not start again; sorry.   Start
15   it from here.
16             (Tape played.)
17        Q.   And who is that who said, "Well, she did
18   good and shit, I know"?   Who is that talking?
19        A.   That's Carlos Herrera.
20        Q.   Who else is talking on this recording?
21        A.   Myself.
22        Q.   And are those the two voices we're
23   hearing, you and Mr. Herrera?
24        A.   Yes, they are.
25        Q.   Please press play.
```




SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              (Tape played.)
 2      Q.    In that conversation with Mr. Herrera,
 3  what are you talking about?
 4      A.    We're talking about -- we're initially
 5  talking about the raid on his mom.  He mentioned
 6  they were looking for subs and things having to do
 7  with sneaking subs into the facility through the
 8  postal service.
 9      Q.    And when you say "subs" --
10      A.    Suboxone.
11      Q.    And when he said, "I had 20 strips there,"
12  what was he saying?
13      A.    He was saying that they didn't find
14  nothing, but that he had 20 strips in the house that
15  got raided; that they didn't find them.
16      Q.    Was he talking about bringing them into
17  the jail facility?
18      A.    Yes.
19      Q.    And just now, right before I paused it,
20  when he said, I think in here, it's highlighted at
21  the beginning of that line 12 --
22      A.    Nothing is highlighted on this.
23      Q.    Okay.  Where he says, "They don't even
24  have a jale," what's a jale?
25      A.    That's a job.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              (Tape played.)

 2       Q.    When he said earlier, "The STG in here,"

 3   what's the STG?

 4       A.    It's the Security Threat Group unit from

 5   Corrections.

 6       Q.    Are they now known as STIU?

 7       A.    Yes, sir.

 8       Q.    And who is Shadow, Little Shadow?

 9       A.    Shadow is Billy Cordova, an SNM member.

10              (Tape played.)

11       Q.    Who is he referring to as Garduno?

12       A.    Excuse me?

13       Q.    Who is Garduno?

14       A.    Vincent Garduno.  He's an SNM Gang member.

15       Q.    When he is saying, "Somebody, too, like

16   Garduno," and then "We're matching your name in

17   writing labrada."  What's a labrada?

18       A.    Labrada means out in the open, writing the

19   letter, knowing that it will be monitored, maybe

20   sending it through inmate postal service.  So it's,

21   like, out in the open to be monitored, labrada.

22       Q.    While you're incarcerated, is your mail

23   that goes out from you monitored?

24       A.    Yes, it is.

25       Q.    And who monitors it?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    STIU.

 2        Q.    And so what is he talking about here, "Out

 3   in the open, writing a labrada"?  What does he mean?

 4        A.    He's talking about they're writing letters

 5   knowing that STIU is monitoring our mail.

 6        Q.    As an SNM member, did you try to write

 7   letters written in code so that you could pass

 8   messages without STIU knowing?

 9        A.    I've tried.

10              (Tape played.)

11        Q.    Is he saying there, talking about a

12   recording?

13        A.    He's saying that for them to have any

14   evidence, that they would need a recording of the

15   individuals talking about the actual case.

16        Q.    And what case he talking about?

17        A.    The murder of Javier Molina.

18        Q.    Is that this case?

19        A.    Yes, it is.

20              (Tape played.)

21        Q.    When he says there, "Yes, we could attack,

22   too, because them vatos are on meds," what does that

23   mean to you?

24        A.    He's saying the people doing the

25   cooperating -- there can be an issue with the psych
```



SANTA FE OFFICE                                           MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                            (505) 843-9494
FAX (505) 843-9492                                    FAX (505) 843-9492
                                                          1-800-669-9492
PROFESSIONAL COURT                       e-mail: info@litsupport.com
REPORTING SERVICE

BEAN & ASSOCIATES, Inc.

 1    meds that they are taking.  So he's saying that

 2    defense could attack them because they were on psych

 3    meds.

 4            (Tape played.)

 5       Q.   And what is he talking about there, that

 6    they've been here since 2007?

 7            MS. BHALLA:  I'm going to object.  I think

 8    if they want to play the transcripts, that's fine.

 9    But having the witness try to interpret the

10    conversation for the jury -- I think that invades

11    the province of the jury, Your Honor.

12            THE COURT:  I think it's permissible if

13    they want to highlight particular portions.

14    Overruled.

15    BY MR. BECK:

16       Q.   What is he talking there, that they've

17    been here since 2007?

18       A.   He's talking about the feds, that they've

19    been investigating the SNM since 2007.

20       Q.   I'm going to now play for you portions of

21    Government's Exhibit 216.

22            (Tape played.)

23       Q.   So you're talking about getting a line to

24    Mr. Herrera.  What are you doing?

25       A.   We're fishing.  It's called fishing.  The

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                      FAX (505) 843-9492
                                                          1-800-669-9492



1   COs don't pass nothing among inmates, so I'll make a

2   line out of thread, coming from my boxers maybe,

3   with an anchor at the end.  I'll throw it out on the

4   tier, and he will do the same, fishing my line.  And

5   we will tie messages on it or whatever we want to

6   get passed, and --

7        Q.    Have you fished kites, or messages, to

8   other SNM members?

9        A.    Yes, I have.

10       Q.    Have you fished drugs to other SNM members

11  in the past?

12       A.    Yes, I have.

13       Q.    But to be fair, what are you fishing here?

14       A.    I'm sure we're fishing a shot of coffee.

15       Q.    And coffee -- that's not a code word for

16  anything?  That's just coffee?

17       A.    Yeah, that's just coffee.

18             (Tape played.)

19       Q.    And we should point out, in this

20  transcript, CHS -- is that you?

21       A.    Yes, it is.

22       Q.    Does that refer to a confidential human

23  source?

24       A.    Yes, it does.

25       Q.    Is that what you were doing when you were

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                   FAX (505) 843-9492

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1  recording other people in the prison?

2       A.   Yes, I was.

3       Q.   And who is Jesse?

4       A.   Jesse was the neighbor to my right, and

5  Carlos was the neighbor to my left.

6       Q.   And Herrera -- is that when Mr. Carlos

7  Herrera is speaking?

8       A.   Yes.

9       Q.   And what is a helicopter?

10      A.   Carlos was attempting to get, I believe, a

11  shot of coffee from my neighbor Jesse.  I was

12  helping him to get it.  Jesse is my neighbor to the

13  right.  He's a lot closer to me than Lazy is.  He's,

14  like, two feet away.  So a helicopter is kind of,

15  like, slang.  He would throw the line in and yank

16  it, and it would go right into my cell, without me

17  having to fish it.  That's a helicopter.

18      Q.   Again, this is -- though you're not doing

19  it here, this is a method you've used in the past to

20  transfer contraband to other SNM inmates?

21      A.   Contraband and other stuff.

22      Q.   At this time, was Mr. Herrera indicted in

23  this case?

24      A.   I don't believe so.

25      Q.   And I'm going to take you to another

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   portion of Exhibit 216.

 2              (Tape played.)

 3        Q.   Mr. Archuleta, again, that is Mr. Herrera

 4   and you, when it says "CHS"?

 5        A.   Yes, it is.

 6        Q.   What are you talking about here, about the

 7   tapout program?

 8        A.   It's a program that's created that -- in

 9   order to get there, you have to -- it's for people

10   that renounce gang affiliation.  It's called tapout

11   program.  That's what he was talking about.

12        Q.   All right.  And where it says, a couple

13   lines, "They have to give information or something,"

14   what are you asking about there?

15        A.   I guess part of entering this program, you

16   have to give them information, such as when you came

17   in, who brought you in, maybe how you made your

18   bones.  You have to give information.

19        Q.   And with the SNM rules, are you allowed to

20   give information to the corrections officers like

21   that?

22        A.   No, we aren't.

23        Q.   What happens if you give corrections

24   officers information like that?

25        A.   You are green-lighted and targeted to be
```



SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                               Albuquerque, NM 87102
(505) 989-4949                                                            (505) 843-9494
FAX (505) 843-9492                                               FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1   killed.
 2       Q.   And in the end of that transcript where he
 3   says, "Let's all all fucking renounce.  Let's just
 4   all go to the program and do a desmadre, ay," what
 5   is a desmadre?
 6       A.   A desmadre is to, like, make a mess, to go
 7   over there to the program acting like if you're
 8   renouncing, legitimately renouncing, and do a
 9   desmadre, meaning stab, assault legitimate
10   renouncers.
11           MS. BHALLA:  Objection, Your Honor.  I
12   think that's clearly invading the province of the
13   jury in particular.
14           THE COURT:  Overruled.
15   BY MR. BECK:
16       Q.   All right.  I think we've got one more
17   excerpt we're going to play for you here from
18   Exhibit 216.
19           (Tape played.)
20       Q.   What are you talking about in this
21   conversation with Mr. Herrera?
22       A.   I asked if a certain individual was with
23   Julian Romero on the tier.
24       Q.   And who was that individual, if you
25   remember?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   I believe it was Juanito, Juan Mendez, an
 2   SNM Gang member, if I'm correct.
 3             (Tape played.)
 4        Q.   Do you see where he says, "They fucking
 5   hit him, ay, that's what he got, fucking punk,
 6   pobrecito," who is he talking about?
 7        A.   He's talking about Julian Romero being
 8   assaulted.
 9        Q.   When he said, "They thought he was all
10   firme," what does that mean to you?
11        A.   "Firme" is, like, all good.  "Hita,"
12   everything was fine; he wasn't expecting an assault.
13        Q.   Does that mean he thought the hit that
14   you'd put out on him had been quashed or gone away?
15        A.   Yes, that's what that means.
16             (Tape played.)
17        Q.   Who are Shiman and Playboy?
18        A.   Shiman and Playboy are SNM Gang members.
19   These are the individuals who shot Julian Romero
20   when he was shot, when Julian was shot.
21        Q.   That's when you ordered Playboy to shoot
22   Julian Romero, he and Shiman shot Julian Romero.  Is
23   that what you're saying?
24        A.   That's correct.
25             (Tape played.)
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   And who are you talking about here about
 2   29 or 30?
 3        A.   We're talking about the individual that
 4   assaulted Julian Romero in the Southern correctional
 5   facility.
 6        Q.   I think earlier on in your testimony this
 7   morning, you and I said that Mr. Herrera -- or you
 8   said that Mr. Herrera told you about the Julian
 9   Romero incident.  Is this where he told you, when
10   you were in prison together?
11        A.   Yes.
12             (Tape played.)
13        Q.   What's a paisa?
14        A.   That's a Mexican.  A paisa is a Mexican
15   national.
16             (Tape played.)
17        Q.   When you asked Mr. Herrera, how did he
18   know that Julian wasn't worth a fuck, what does it
19   mean, that Julian wasn't worth a fuck?
20        A.   That he was green-lighted.  How did the
21   guy that assaulted Julian -- how did he know that
22   there was a green light on him.
23        Q.   When Mr. Herrera said to you, "Well, he
24   just knew that, didn't need to know nothing, just
25   needs to know how to handle that, you know what I
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1  mean; they're all truchas, all that," what does that

2  mean to you?

3       A.   That means that he was directed just to

4  take care of that without knowing why.  He was a

5  member of the SNM, and when asked to do something,

6  you do it.  You follow orders.  But he didn't know

7  the reason why he was assaulting Julian, or the

8  reason why the green light was placed on him.

9       Q.   And does that happen with younger members?

10 They're just told to assault without being told why?

11      A.   Well, there's been cases where you can

12 explain why he's being -- why the green light was

13 placed on an individual that he's about to target.

14 But in this case, maybe there was a trust issue, and

15 they didn't share the details with him.

16           (Tape played.)

17      Q.   There is a couple of things in there.  Mr.

18 Herrera says, "I didn't need to rap to a bunch of

19 fucking weirdos over there at PNM."  What does "rap

20 to" mean?

21      A.   That means talk to, communicate with.

22      Q.   What is he staying there, that he wouldn't

23 rap to some people, but he would to others?

24      A.   That he'd only rap to those that they were

25 in on the assault on Julian Romero, but he didn't

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    rap to others about it.

2         Q.   And where he says, "There was just a few

3    that was willing to rollo," what does "willing to

4    rollo" mean?

5         A.   Willing to talk about it.  He's talking

6    about there were others on the side that were in the

7    unit that were willing to talk, even talk about the

8    Julian issue.  They wanted no part of it.

9              (Tape played.)

10        Q.   So what does that mean:  Getting

11   comfortable, everyone's getting high?  What is he

12   telling you that they were doing in the pod at that

13   time?

14        A.   He's saying that they were getting high in

15   the pod.  He's saying that Julian was comfortable.

16   Again, he didn't suspect anything.  It was like the

17   hit didn't exist.

18             (Tape played.)

19        Q.   What does "chafa" mean, where he says he's

20   chafa?

21        A.   That means he's no good, he's chafa.

22        Q.   Does that mean that he's no good with the

23   SNM Gang?

24        A.   Yes.  He's no good with the SNM Gang.

25        Q.   And there he says something, and then he

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1  says "squina."  What is that?

 2       A.   Squina means help from other brothers in

 3  the form of just helping them.  That's getting

 4  squina.

 5       Q.   I'm going to play you excerpts from

 6  Exhibit 206.

 7            (Tape played.)

 8            MS. BHALLA:  Can we approach with this

 9  particular exhibit?

10            THE COURT:  You may.

11            (The following proceedings were held at

12  the bench.)

13            MS. BHALLA:  There is no indication this

14  had anything to do with SNM.  The guards pulled him

15  out of the shower in front of everybody, according

16  to the transcripts.  I don't think it has anything

17  to do with the enterprise, anything to do with SNM.

18  And I think at this point it's hearsay.  This was

19  the particular one I was referring to before we got

20  started this afternoon.

21            MR. BECK:  I do think we've heard from

22  several SNM members that they felt they were being

23  disrespected by a CO.  And my understanding is they

24  pulled him out naked, so he felt disrespected, so he

25  wanted to fire back at the CO at that point.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1              MS. BHALLA:  I think one of the things

2    that was required by the bad acts, they link it up

3    with specific facts to tie this in to SNM.  And the

4    fact that he was disrespected just isn't enough.

5              THE COURT:  I'm going to overrule the

6    objection.  I think there is a lot of testimony

7    about the relationship between the COs and the SNM

8    members.  So I'm going to allow this.

9              Are you going to get into further here as

10   to -- with this witness to lay more foundation?

11             MR. BECK:  Yes.

12             MS. BHALLA:  Just for the record, I don't

13   think that it's appropriate to have them

14   interpreting what is considered to be an SNM matter.

15   He wasn't in custody.

16             THE COURT:  You can certainly ask the

17   question:  What did you understand him to be saying?

18   That way, he's not testifying directly to what he

19   said, but what he meant.  But put it in terms of:

20   What did you understand him to be saying?  What did

21   you understand the conversation to be about?  I

22   think that's appropriate.

23             MR. CASTELLANO:  Your Honor, just a

24   housekeeping matter.  Now that the recordings are

25   coming out, can the Court instruct the jury about
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

**BEAN & ASSOCIATES**, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
**1-800-669-9492**
e-mail: info@litsupport.com

1   the recordings and the fact that the transcripts

2   will aid the jury, but let them know they won't be

3   getting the transcripts in deliberations?  That way

4   they may --

5            THE COURT:  The answer is yes.  I wasn't

6   ignoring you.

7            MR. CASTELLANO:  That's why I waited.  I

8   know you were getting something.

9            THE COURT:  I can either pull out the one

10  I've written for the final instructions, or I can

11  give this one.  But I'll give it now before I send

12  them to lunch.

13           MR. CASTELLANO:  Thank you, Judge.  That

14  way, they'll know to take better notes and know

15  there won't be a transcript.  Thank you, sir.

16           (The following proceedings were held in

17  open court.)

18           THE COURT:  I know I'm standing between

19  you and lunch, but let me give you an instruction.

20  It will apply throughout all the sort of recordings

21  you're going to hear, and so I'll probably give it

22  as often as the parties want me to give it to you,

23  but I'll give it to you now.

24           During the trial, you have heard and you

25  will be hearing some sound recordings of certain

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                            201 Third NW, Suite 1630
Santa Fe, NM 87501                                   Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                     FAX (505) 843-9492

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1  conversations.  These conversations were legally

2  recorded.  They are a proper form of evidence and

3  may be considered by you as you would any other

4  evidence.

5           You were also given transcripts of those

6  recorded conversations.  Keep in mind that the

7  transcripts are not evidence.  They were given to

8  you only as a guide to help you follow what is being

9  said.  The recordings themselves are the evidence.

10 If you noticed any differences between what you

11 heard on the recordings and what you read in the

12 transcripts, you must rely on what you heard, not

13 what you read.  If you could not hear or understand

14 certain parts of the recordings, you must ignore the

15 transcript as far as those parts are concerned.

16           All right.  Let's go ahead and take our

17 lunch break, and we'll see you back in about an

18 hour.  All rise.

19           (The jury left the courtroom.)

20           THE COURT:  During your lunch break, you

21 might want to particularly, Mr. Beck, take a look at

22 United States v. Bonds; that's in Barry Bonds.  It's

23 the BALCO case from the Second Circuit, 608 F.3d

24 495 -- I said Second Circuit.  Ninth Circuit, 2010.

25 It deals with conditional relevance.  And I believe

SANTA FE OFFICE                                                      MAIN OFFICE
119 East Marcy, Suite 110                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                      Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                      FAX (505) 843-9492
                                                                    1-800-669-9492
                                              e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1  that's what this is, because this murder that --

2  trying to get the evidence in against Mr. Baca is

3  only relevant if it's SNM-related.

4          I think my instincts were right, so I

5  think this case basically says that if the judge is

6  determining a preliminary question of conditional

7  relevance, you've got to revert back, not to 104,

8  but the evidentiary rules of admissibility apply.

9          So in BALCO, the only way they had a link

10  between BALCO and Bonds was inadmissible hearsay.

11  And they said that wasn't enough for the judge,

12  then, to let it in.  So take a look at it.

13          Also, if you want to look at what

14  Salzburg's treatment of it is, it's in Section

15  104.02, pages 4 to 5.  So that will give you a

16  synopsis.  Or you can look at the case.  So based

17  upon that, I'd be inclined to keep it out.  But

18  that's what I'm thinking right at the moment.

19          All right.  See you after lunch.

20          (Court was in recess.)

21          THE COURT:  All right.  We'll go on the

22  record.  Is there anything --

23          THE CLERK:  We're still waiting on a

24  couple of defendants.  Mr. Baca and Mr. Perez are

25  not here yet.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1            MR. VILLA:  I don't have a client.
 2            THE COURT:  I looked over and saw
 3   attorneys.  I didn't check with clients.  I need to
 4   wait for Mr. Baca.
 5            All right.  Are we ready to bring Mr.
 6   Archuleta in?  Anything we need to discuss before we
 7   bring him in?
 8            MR. LOWRY:  Well, Your Honor, after all of
 9   that, Mr. Archuleta dove right into referencing the
10   1989 murder, I believe.  And if we could just
11   admonish him not to discuss that.  I didn't object
12   at the time; I didn't want to draw undue attention
13   to the jury.  I think they've heard about so many
14   murders, it kind of went under the radar.
15            THE COURT:  I don't disagree with this.
16            MR. LOWRY:  It would be nice for the Court
17   to admonish him, before the jury comes in, that
18   that's off the table.
19            THE COURT:  I will do that.  Anything
20   else?
21            Mr. Beck, anything from the Government
22   side?
23            MR. BECK:  No, Your Honor.
24            THE COURT:  Any other defendants have
25   anything to discuss?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              All right.  Well, go on the record.

 2              Mr. Archuleta, I have not decided, but

 3   right at the moment I'm keeping out evidence of any

 4   murder, alleged murder by Mr. Baca of Mr. Velasquez.

 5   So I kept it out of the trial.

 6              THE WITNESS:  All right.

 7              THE COURT:  So you have to answer your

 8   questions truthfully.  I always want you to tell the

 9   truth.  But if at any point -- don't volunteer

10   anything about that murder.  Okay?  Because right

11   now, I'm keeping it out of the trial.  So don't

12   volunteer it.  If you are asked a question and the

13   only way you can truthfully answer the question is

14   to talk about that murder, then tell us that you

15   can't answer that question and obey the Court's

16   instruction, and we'll figure out where to go from

17   there.  But don't volunteer this or get into it

18   unless you're specifically asked.

19              THE WITNESS:  Okay.

20              THE COURT:  All rise.

21              (The jury entered the courtroom.)

22              THE COURT:  All right.  Mr. Archuleta,

23   I'll remind you that you're still under oath.

24              THE WITNESS:  Yes, sir.

25              THE COURT:  Mr. Beck, if you wish to
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1  continue your direct examination of Mr. Archuleta,
 2  you may do so at this time.
 3  BY MR. BECK:
 4      Q.   Mr. Archuleta, did SNM members assault
 5  corrections officers?
 6      A.   Yes, they did.
 7      Q.   And if a corrections officer disrespected
 8  the SNM or treated them poorly, was it a rule that
 9  the SNM had to respond by assaulting that
10  corrections officer?
11      A.   I wouldn't say it was necessarily a rule.
12  But some took it upon themselves to assault COs when
13  they had disputes, which wasn't a violation of any
14  sort of rule, I mean, if you did assault them.
15      Q.   Okay.  I'm going to play for you -- let's
16  do clip 2 -- I'm going to play for you a portion of
17  Exhibit 206.
18          (Tape played.)
19      Q.   What was Mr. Herrera talking about in that
20  portion of Exhibit 206?
21      A.   He was talking about what was required of
22  SNM members that wanted to go to this drop-out unit,
23  saying that they had to comply, which meant they had
24  to give them information.  He had also mentioned
25  that Little Rabbit, who was a former member of the
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    SNM -- his name is -- I'm not sure of his name --

2    his last name is Lopez, I believe, but I could be

3    wrong.  He's talking about how this guy legitimately

4    tapped out, joined this program.  And in doing so,

5    he turned in a knife, which is a fierro.  He's

6    saying -- he went on to say that it was discussed

7    amongst the brothers there that were with him; they

8    should just all act like they want to renounce, with

9    the purpose of getting sent to the drop-out unit and

10   assaulting legitimate drop-out SNM members, which

11   means when he says doing a desmadre.

12        Q.   Now, I'm going to play you a portion of

13   what's been admitted as Government's Exhibit 210.

14             (Tape played.)

15        Q.   What is Mr. Herrera talking to you about

16   in this part of conversation?

17        A.   The first part of the conversation --

18   well, I asked him -- or he asked me if I remember

19   it.  I may have asked him; whatever is said on the

20   recording.  There was an incident in the county

21   jail, BCDC, when he attempted to assault an inmate

22   that was in the shower by hitting him with a broom

23   stick.  He was unsuccessful in that incident.

24             The second part of the conversation, he

25   went on to say that he finally got Kevin Blanco,

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



```
 1   which was -- he was not an SNM member, but always
 2   seemed to find himself disrespecting SNM members,
 3   just by his disrespectful conversation towards SNM.
 4        Q.   And as part of the SNM, if someone
 5   disrespects an SNM member, what does the SNM do?
 6        A.   They do their best to assault the
 7   individual if the chance presents itself.
 8        Q.   And when he says they dropped the
 9   shackles, "and it was on, man," what does that mean
10   to you?
11        A.   Well, he was shackled in his room.  For
12   some reason they took off the shackles -- or -- this
13   is a lockup facility where you're constantly
14   shackled.  He was in belly irons, like I am here.
15   He had the broom in his room.  When he said he
16   dropped the shackles, that means he lowered them
17   below his waist, to where he had free access with
18   his arms and his hands.  And he assaulted or
19   attempted to assault; or in that case, that was the
20   second incident, he assaulted Kevin Blanco in the
21   van.  Is that what you're talking about?
22        Q.   Yes, thank you.
23             (Tape played.)
24        Q.   What does a PC move mean?
25        A.   A PC move means that -- some people can
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    say it means that he did something in front of a

2    cop.

3        Q.   I'm going to play you another clip from

4    what's been admitted as Government's Exhibit 210.

5            (Tape played.)

6        Q.   What are you talking about in this

7    conversation?

8        A.   In the beginning of the conversation, he's

9    talking about the last time he did a piece of

10   Suboxone, it was tiny; that he had trouble injecting

11   it, so he just snorted it.  Then he goes on to

12   explain that he used to have a syringe.

13       Q.   What does "pluma" mean?

14       A.   A pluma is a homemade syringe that you use

15   to inject drugs.

16       Q.   And what is he saying happened to it?

17       A.   He's saying that he lent it to whoever.

18   He lent it out, and since he lended it out, he had

19   to clean it.  He had to disinfect it once he got it

20   back, which is why he put it in the hot pot.  He's

21   saying he put it in the hot pot to disinfect it with

22   hot water.  He forgot it was in there, poured out

23   the water in the toilet, flushed the toilet, and

24   lost his pluma, lost his syringe.

25       Q.   Where you said, "Nah, all I got to do is

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN
& ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

1    get the needle part," what do you understand that to

2    mean?

3         A.   That meant all he needed was the needle

4    portion of any syringe in order to start the process

5    of making a homemade syringe.

6              (Tape played.)

7         Q.   What do you understand Mr. Herrera to mean

8    when he says, "I'm surprised.  I thought they were

9    gonna come over here and something was going to be

10   firme"?

11        A.   He thought that he was going to go over

12   there to that unit, and there was going to be lots

13   of drugs, or drugs period.  He thought it was going

14   to be good firme.  And there were no drugs.

15        Q.   I'm now going to play portions of what's

16   been admitted as Government's Exhibit 208.

17             (Tape played.)

18        Q.   In this conversation, are you and Mr.

19   Herrera talking about bringing in drugs through

20   contact visits?

21        A.   We're talking about -- yes, we are.

22        Q.   And he said he would take off the little

23   screw to the screen and put a straw through.  That's

24   all that fits, is a straw; you can't do nothing like

25   that.  Did you understand him to mean that someone

SANTA FE OFFICE                                           MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                            (505) 843-9494
FAX (505) 843-9492                                   FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1  was taking off the screen during a contact visit and

2  bringing in drugs through that straw through the

3  screen?

4      A.   Yes.  He explained that that's how drugs

5  were being brought into the facility.

6           (Tape played.)

7      Q.   And right there where he says, "My ruca

8  bought the set," what is a ruca?

9      A.   A ruca is his old lady, his wife, or his

10 girlfriend bought the set; means she's the one that

11 purchased the set of Allen wrenches which fit the

12 security screws.

13          (Tape played.)

14     Q.   In that portion of the conversation, what

15 is Mr. Herrera saying that he did down in Southern,

16 in Cruces, four years ago?

17     A.   He's talking about in the South facility

18 visiting room, that he took a piece of metal, a

19 sharpened piece of metal, to make a hole in the

20 window so that Mariano, which is either his brother

21 or his father-in-law, could pass him drugs.

22     Q.   Did he get drugs that way?

23     A.   According to the conversation there, he

24 did.

25     Q.   I'm going to play you another portion of

SANTA FE OFFICE                                    MAIN OFFICE
119 East Marcy, Suite 110                   201 Third NW, Suite 1630
Santa Fe, NM 87501                          Albuquerque, NM 87102
(505) 989-4949                                  (505) 843-9494
FAX (505) 843-9492                          FAX (505) 843-9492
                                            1-800-669-9492
                        
                                  e-mail: info@litsupport.com

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

 1   Exhibit 208.

 2          (Tape played.)

 3      Q.   So in this conversation, Mr. Herrera says,

 4   "That fucker was getting squina like fuck."  What

 5   does that mean?

 6      A.   That he was getting a lot of help from the

 7   free world, from the streets, obtaining drugs.

 8      Q.   All right.

 9          (Tape played.)

10      Q.   When Mr. Herrera is talking about pictures

11   and bringing in pictures, what do you understand him

12   to mean?

13      A.   We were talking about a method that's used

14   to obtain drugs into the facility, to sneak them in

15   through the mail.  They're hidden inside a picture.

16          (Tape played.)

17      Q.   In that portion of the conversation, what

18   do you understand Mr. Herrera to be talking about?

19      A.   He mentioned that Shorty had sold him some

20   drugs, that they were waiting on these drugs through

21   the mail.  When it arrived in the mail room, it

22   got -- it was detected, because there was nothing

23   written on the pieces of paper that were sent in in

24   the envelope.  They were just circles or scribbles.

25   So they looked closer at the piece of paper, and it

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   got busted.  And he got written up as a result.  And

2   that's what he's saying.

3       Q.   When SNM members get drugs into the

4   facility, do they then sell those drugs?

5       A.   They either sell them, if there's enough,

6   or they do them theirselves.  You can't get a lot of

7   drugs through the mail or through pictures.  So you

8   would usually -- I mean, if he chose to, he could

9   sell a portion of it.  But mainly he did it for

10  himself.  I mean, he used the drugs.  Now, if you

11  got a large portion, which you can get more drugs by

12  removing the screws and passing multiple straws

13  filled with contraband, you can get more drugs that

14  way, and you would have some to sell.

15          (Tape played.)

16      Q.   What is Mr. Herrera -- what do you

17  understand Mr. Herrera to be talking about in that

18  portion of the conversation?

19      A.   At the beginning of the conversation, he

20  was saying that there was a lot of drugs in Las

21  Cruces.

22          On the second portion of the question, he

23  referred to the viejo when he was talking about

24  Julian, that he was getting help from my wife, and

25  that he was getting it through the mail on the seal.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    He would place it on the seal, he's describing, and

2    it was placed on the seal where you lick it, and it

3    was working.

4              (Tape played.)

5       Q.    And in this part of the conversation, what

6    do you understand Mr. Herrera to be talking about?

7       A.    At the beginning of the conversation he is

8    talking about a different method that he's never

9    tried, but a different method introducing contraband

10   into the facility was -- he explained it as using a

11   humidifier.  I didn't really -- I'd never seen it

12   done.  He stated that he's never used that method.

13   But basically, he's talking about a different method

14   that people are using.

15      Q.    What about when you say, "That ruca gives

16   him a lot of squina, no," and he says, "Well, yeah,

17   he was.  He was getting at least one a week, one

18   every two weeks."

19      A.    We ran into -- I'm talking about Julian

20   and my ex-wife.  I asked him, "So that ruca," my

21   wife, "is giving him squina, huh?"

22              And he says, "Yes, he gets two subs a week

23   from her."

24      Q.    When you asked him about the county jail,

25   and he says, "Yeah, you know, it was fucked up,"

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    what are you talking about?  What happened in the

2    county jail?

3         A.   Say that again.  When he says what?

4         Q.   When you asked him, "Well, yeah, I used to

5    do the same in the county jail for us, us,

6    remember?"

7              And he says, "Yeah, you know," what are

8    you talking about, "in the county jail"?

9         A.   I was talking about that my wife used to

10   do the same thing for me.  I brought it to the

11   attention -- he was there with me in the county

12   jail, and I'm saying she used to do that for us,

13   too; remember?

14        Q.   Did you give Mr. Herrera a part of the

15   drugs that your wife brought to you when you were in

16   the county jail?

17        A.   Yes, I did.

18             (Tape played.)

19        Q.   In that portion of the conversation where

20   Mr. Herrera says, "We were getting them in Cruces.

21   Come over here, and I was all happy, handle

22   business, fucking per visit," what do you understand

23   Mr. Herrera to be talking about in that portion of

24   the conversation?

25        A.   The first part of what you mentioned,

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1  while he was in Cruces, he was getting a lot of
 2  drugs.  He was getting a lot of Suboxone.
 3          The second part was?
 4      Q.   The second part, where he says, "I was all
 5  happy, handle business, fucking per visit."
 6      A.   He was all happy to handle business, which
 7  meant he obtained the drugs.  Once he obtained the
 8  drugs, he was happy to handle business, which meant
 9  either selling them or doing them.  But mostly
10  selling them, handle business.
11          (Tape played.)
12      Q.   In that portion of the conversation where
13  he says, "I'll schedule one.  Don't even mention
14  nothing and I'll do it, nah, be out like fuck, I'll
15  do it, nah," what do you understand him to be
16  telling you in that portion of the conversation?
17      A.   He's saying he'll schedule a visit to
18  attempt to smuggle in drugs, and for me not to say
19  anything to anybody else.
20          (Tape played.)
21      Q.   In that portion of the conversation when
22  he's talking about the photos and the envelope, is
23  that, again, talking about methods of smuggling
24  Suboxone into Cruces?
25      A.   Yes, he is.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1        Q.    I'm going to play you portions from what's

2   been admitted as Government's Exhibit 214.

3              Did you and Mr. Herrera discuss the Javier

4   Molina murder?

5        A.    Yes, we did.

6        Q.    Did he tell you what his position was in

7   the pod at Southern New Mexico at the time of the

8   Molina murder?

9        A.    He stated, yes, he did.

10       Q.    What did you understand his position to be

11  here at Southern New Mexico Correctional Facility?

12       A.    Someone that was in touch with Pup, and so

13  he had a position of authority.

14       Q.    So did you understand him to be someone

15  who had an authority position in the pod?

16       A.    Yes, I did.

17       Q.    Was that a leader of the pod?

18       A.    Yes, that's a leader of the pod.

19       Q.    All right.  I'm going to play, as I said,

20  a portion of what's been admitted as Government's

21  Exhibit 214.

22             (Tape played.)

23       Q.    In this portion of the conversation, who

24  do you understand Mr. Herrera to be referring to as

25  Spider?



SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                             FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   He's an SNM Gang member, a brother.

 2        Q.   Do you know his real name, Spider?

 3        A.   David Calbert.

 4        Q.   And who do you understand him to be

 5   referring to as Critter?

 6        A.   Critter is an individual by the name of --

 7   I don't know his name.

 8        Q.   Is he an SNM member?

 9        A.   Yes, he's an SNM member.

10        Q.   All right.  And what are you and Mr.

11   Herrera talking about in this portion of the

12   conversation?

13        A.   He's talking about people that he's

14   concerned about who he thinks would give information

15   on the Molina murder.  He states that as far as

16   David Calbert thinks, he's down, they won't get any

17   information from him.

18             As far as -- we went on to Critter and

19   Chris Garcia.

20        Q.   And are Critter and Chris Garcia SNM

21   members?

22        A.   Yes, they are SNM members.

23             (Tape played.)

24        Q.   At this time, are you talking about --

25   well, let me ask this question:  What does "chafa"
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    mean?

2         A.    "Chafa" means no good, chafa.

3         Q.    And what does it mean to say that someone

4    is chafa or no good within the SNM?

5         A.    It refers to certain people, that he's no

6    good in the SNM standings; he's chafa.

7         Q.    And what is -- I think you said that means

8    chafa, that they're working with the juras.  What

9    does that mean?

10        A.    As far as Benjamin Clark, he's a member of

11   the SNM.  Alonzo, which is -- I don't know his last

12   name, but these are brothers that were on the

13   indictment.  And he's saying that since they were

14   already at the tapout unit, that they're no good;

15   that he was concerned about them saying whatever

16   they knew.

17        Q.    And the tapout unit -- is that the unit

18   that we heard, just a few minutes ago, you and he

19   referring to when people drop out and give up their

20   fierros, or information?

21        A.    Yes.

22        Q.    So he also mentioned Arturo, aside from

23   Alonzo and Benjamin.  Who is Arturo?

24        A.    Arturo is another SNM member.

25             (Tape played.)

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                 Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 843-9492                                                 FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1        Q.    In that portion of the conversation, who

2   do you understand Mr. Herrera to be referring to as

3   Baby Rob?

4        A.    He's talking about Robert Martinez,

5   another SNM Gang member.

6        Q.    And under the SNM rules, what's required

7   of an SNM member in good standing if an SNM member

8   encounters someone who either went to the dropout

9   unit or who is cooperating with law enforcement?

10       A.    He's expected to assault him.

11       Q.    I'm going to play for you another portion

12  of Exhibit 214.

13            (Tape played.)

14       Q.    What are you and Mr. Herrera talking about

15  in this conversation?

16       A.    At the end of the conversation he was

17  talking about Red, which is someone that was charged

18  with the killing of Mr. Molina.

19       Q.    Are you talking about the Javier Molina

20  murder?

21       A.    Yes, I am.

22       Q.    And when you say he's talking about Red,

23  do you understand him to be talking about Red at the

24  top here, where he says "because he was always

25  kicking it with that vato, and that was his friend"?

SANTA FE OFFICE                                    MAIN OFFICE
119 East Marcy, Suite 110                    201 Third NW, Suite 1630
Santa Fe, NM 87501                            Albuquerque, NM 87102
(505) 989-4949                                      (505) 843-9494
FAX (505) 843-9492                              FAX (505) 843-9492
                                                  1-800-669-9492
                                          e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    A.    He was saying that he was a friend of

2  Javier Molina; that he was always with him.  They

3  were close.  They were always secretive when they

4  got to the yard, when they went in the yard.

5    Q.    And where he says, "That's the reason why

6  that fucker went," what do you understand him to

7  mean by that?

8    A.    That's why -- that's a reason why they

9  used him to kill Javier Molina, to show his loyalty.

10    Q.    And by "they," do you mean the SNM?

11    A.    Yes, the SNM.

12    Q.    All right.  And then where Mr. Herrera

13  says, "Yeah, JR went because that didn't m another

14  fucking killing two birds with one stone," who do

15  you understand Mr. Herrera to be referring to as JR?

16    A.    JR is another individual that was charged

17  with the Molina murder.  His name is Jerry Montoya.

18    Q.    And what do you understand him to mean

19  when he says, "Yeah, because there's paperwork

20  supposedly on JR"?

21    A.    He's indicating that there was paperwork

22  on JR.

23          (Tape played.)

24          MR. BECK:  Your Honor, may I approach?

25          THE COURT:  You may.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              MR BECK:  May I approach the witness, Your
 2   Honor?
 3              THE COURT:  You may.
 4   BY MR. BECK:
 5      Q.   Mr. Archuleta, I'm handing you what's been
 6   marked for identification purposes as Government's
 7   Exhibits 651, 652, and 653.  Please tell me if you
 8   know who is depicted in those photographs.
 9      A.   That's Pup, a long time ago when he was a
10   lot younger.
11      Q.   And are these fair and accurate
12   representations of Mr. Anthony Ray Baca a long time
13   ago when he was a lot younger?
14      A.   Yes.  That's the Pup I know.
15              MR. BECK:  Your Honor, the United States
16   moves into admission Government's Exhibits 651, 652
17   and 653.
18              THE COURT:  Any objection?
19              MR. VILLA:  No, Your Honor.
20              MS. BHALLA:  No, Your Honor.
21              MR. LOWRY:  May we approach?
22              THE COURT:  You may.
23              (The following proceedings were held at
24   the bench.)
25              MR. LOWRY:  Your Honor, I'm just not clear
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   that he's put a foundation, that he's aware of the
 2   timeframe that these were taken, or was incarcerated
 3   with him during that period of time.
 4           THE COURT:  I once went out to Acoma
 5   Pueblo and took the long trip up to the top.  And
 6   the lady told all the stories about the church up
 7   there, on and on and on, about these stories.  And I
 8   asked her, I said, "When did all these occur?"
 9           She looked at me and said, "Long ago."
10           I guess this is kind of where you are.
11           MR. LOWRY:  Exactly.
12           MS. DUNCAN:  I guess the other objection
13   we have is why we need three different photos of Mr.
14   Baca.  These are mugshots from over 20 years ago.
15           THE COURT:  Let me look at them.
16           MR. BECK:  What I'm trying to do -- we got
17   from Mr. Archuleta that he hasn't been incarcerated
18   with Mr. Baca for some substantial period of time.
19   And I intend to show him these pictures, and then
20   show him the pictures that have been admitted, and
21   see if he can then identify --
22           THE COURT:  Well, since he was unable to
23   identify him in court, I think we may not have an
24   exact date in these pictures.
25           MR. LOWRY:  Those are the dates.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1          MS. DUNCAN:  Your Honor, if it's only for

2     that purpose, we would stipulate to Mr. Baca's

3     identity.

4          THE COURT:  I'll let the Government put on

5     its case the way they want to.  I think these are

6     admissible.  He's given enough of a foundation.

7          (The following proceedings were held in

8     open court.)

9          THE COURT:  All right.  Government's

10    Exhibits 651, 652, and 653 will be admitted into

11    evidence.

12          (Government Exhibit 651, 652, and 653

13    admitted.)

14    BY MR. BECK:

15       Q.   Mr. Archuleta, I'm going to show you

16    what's now been admitted as Government's Exhibit

17    651.  Who is in this photograph?

18       A.   Pup, Ray Baca, when he was a lot younger.

19       Q.   And I know you're looking that way, but

20    when you talk, Mr. Archuleta, if you'll speak into

21    the microphone so we can hear you.

22       A.   That's Pup, Ray Baca, when he was a lot

23    younger.

24       Q.   And Government's Exhibit 652.  Who is in

25    this photograph?



SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                            FAX (505) 843-9492
                                                                    1-800-669-9492
PROFESSIONAL COURT                              e-mail: info@litsupport.com
REPORTING SERVICE

```
 1        A.    That's Pup, Ray Baca, when he was a lot
 2   younger.
 3        Q.    All right.  Now, Government's Exhibit 653.
 4   Who is in that photograph?
 5        A.    That's Pup, Ray Baca, when he was a lot
 6   younger.
 7        Q.    I'm going to show you what's been admitted
 8   as Government's Exhibit 495.  Who is depicted in
 9   this photograph?
10        A.    That's Carlos Herrera -- no, it's Ray
11   Baca, without his mustache.
12        Q.    Government's Exhibit 496.  Is that again
13   Mr. Baca?
14        A.    Yes, that's Ray Baca.
15        Q.    And is this the same Ray Baca that you've
16   been telling us about during your testimony this
17   afternoon, who was a leader, and I think you said
18   your Big Homie in the SNM?
19        A.    Yes, sir.
20        Q.    And now that you've seen those
21   photographs, do you see this Mr. Baca, who you've
22   been talking to the jury about throughout your
23   testimony today -- do you see him in the courtroom?
24        A.    Yes, I do.
25        Q.    And where is he?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      A.   He's right in front of me with the blue

2  suit, and maybe it's a white shirt.  I was unable to

3  see him before, because that lady was sitting right

4  in front of him.  With the shaved head, that's Ray

5  Baca.

6           MR. BECK:  Let the record reflect Mr.

7  Archuleta identified the Defendant Anthony Ray Baca.

8           THE COURT:  The record will so reflect.

9           MR. BECK:  May I have a moment, Your

10 Honor?

11          THE COURT:  You may.

12          MR. BECK:  Pass the witness.

13          THE COURT:  Mr. Lowry, do you have

14 cross-examination of Mr. Archuleta?

15          MR. LOWRY:  May it please the Court.

16          THE COURT:  Mr. Lowry.

17               CROSS-EXAMINATION

18 BY MR. LOWRY:

19     Q.   Good afternoon, Mr. Archuleta.

20     A.   Good afternoon.

21     Q.   Mr. Archuleta, you've never removed a

22 green light for anyone, have you?

23     A.   No.

24     Q.   And that includes Julian Romero.

25     A.   That's correct.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.   Now, I want to talk to you a little bit

2  about Julian Romero.  You testified on direct that

3  he had slept with your wife and that's why you put a

4  green light on him?

5      A.   Correct.

6      Q.   But he actually developed a long-term

7  relationship with your wife, didn't he?

8      A.   Yes, he did.

9      Q.   They still live together today?

10     A.   That's correct.

11     Q.   And you've never canceled the green light

12  put on him in 2001?

13     A.   No, I haven't.

14     Q.   Now, it's fair to say, is it not, that the

15  dispute between you and Mr. Romero over your -- I

16  don't know, did you refer to Lilly as your former

17  wife?

18     A.   Yes.  Yes, sir.

19     Q.   That caused a deep division within the SNM

20  Gang?

21     A.   Yes, it did.

22     Q.   And that contributed to a lot of bad

23  politics within the gang?

24     A.   Sides formed:  Those on Julian's side and

25  those on my side.

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                     Albuquerque, NM 87102
(505) 989-4949                                                 (505) 843-9494
FAX (505) 843-9492                                         FAX (505) 843-9492
                                                              1-800-669-9492
                                                     e-mail: info@litsupport.com



1      Q.   And those were pretty deep divisions, were
2 they not?
3      A.   Yes, they were.
4      Q.   And in fact, it rose to the level where
5 people on one side wanted to kill people on the
6 other side because of their allegiance to either you
7 or Mr. Romero?
8      A.   Repeat the question.
9      Q.   Sure.  It led to the point where people
10 tried to kill each other because of their allegiance
11 to either you or Mr. Romero?
12      A.   Yes.
13      Q.   And in fact, you tasked or ordered
14 Frederico Munoz to go kill Julian just over this,
15 over your former wife?
16      A.   Yes, that's correct.
17      Q.   But that was just the beginning of the
18 feud, if you will?
19      A.   Yes, that's correct.
20      Q.   Because -- let me back up for a second.
21 We kind of didn't really touch upon this on direct,
22 but I want to explore it a little bit.  You didn't
23 find out about Mr. Romero's relationship to your
24 wife until you were charged with the murder of
25 Matthew Cavalier; isn't that right?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    A.    There was no relationship with Julian

2    Romero prior to the Cavalier death.  And the

3    relationship happened while we were in the county

4    jail facing the murder of Matthew Cavalier.  That's

5    when I became aware of it, yes.

6    Q.    Because you were trying to task Mr. Romero

7    with killing a witness in that case, Kelly Mercer.

8    A.    Yes.

9    Q.    And you were calling Lilly to try to set

10   that up?

11   A.    I was communicating -- we communicate

12   through our -- whoever comes to see us to pass on

13   messages through the streets.  So I wasn't calling

14   her, but she was visiting me.  I asked her to locate

15   Julian, and we were trying to set that up.

16   Q.    But that's how you found out about it,

17   because there was never any follow-through by Mr.

18   Romero to help you out with that.

19   A.    Yes.  That's when I found out about it.

20   Q.    And it's also contributed to Lilly not

21   seeing you as often at the jail?

22   A.    That's correct.

23   Q.    And when she didn't see you, you couldn't

24   have drugs smuggled in to you, like we were talking

25   about all on your direct examination.

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                     Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                      FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    That's correct.

 2        Q.    And that upset you?

 3        A.    It upset me that -- that didn't bother me.

 4   What upset me is that that's the Number 1 rule in

 5   the organization:  A brother does not mess around

 6   with another brother's wife.  And he violated that

 7   rule.  And there's consequences for breaking such a

 8   rule.

 9        Q.    Right.  So you just didn't take it

10   personally; you thought it was disrespectful to the

11   S.

12        A.    Yes, he violated a rule of the S.

13        Q.    And to make sure, to try to effectuate

14   your hostility towards Mr. Romero, you actually went

15   to the tabla at that time and got sanctioned to kill

16   Mr. Romero?

17        A.    What's "effectuate"?

18        Q.    Well, you wanted to kill Mr. Romero;

19   correct?

20        A.    Yes.

21        Q.    And you were in jail?

22        A.    Yes.

23        Q.    You couldn't move around a lot?

24        A.    Right.

25        Q.    You wanted other people to help you carry
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   out that hit?

2        A.    Yes.

3        Q.    And so you went to other people in the SNM

4   to say, "I need your assistance to pull this off."

5        A.    Yes.  Not before getting approval from

6   Angel Munoz, who was the leader at that time.

7        Q.    Right.  And you and Angel were fast

8   friends?

9        A.    Yes, we were.

10       Q.    And Angel had given you the keys when he

11  left the prison system?

12       A.    Yes.

13       Q.    He wanted you to run the show?

14       A.    Yes.

15       Q.    He wanted you to call the shots.

16       A.    Yes.

17       Q.    You were the leader.

18       A.    Yes.

19       Q.    And in fact, you got out of prison for a

20  brief period of time before you were arrested in the

21  Cavalier murder; correct?

22       A.    Yes.

23       Q.    And you were working with Angel Munoz on

24  the streets selling crack cocaine.

25       A.    Yes, I was.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.    And according to you, you were selling 5
2 to 10 ounces of crack cocaine a week.
3    A.    If that, yes.
4    Q.    And in fact, that's why you were put back
5 in the Bernalillo County Detention Center, because
6 you tested dirty for a urine.
7    A.    I tested dirty.  I was using drugs.
8    Q.    And you violated your probation.
9    A.    Yes.
10    Q.    And so they pulled you back in, and said,
11 "You're spending a weekend with us here at the
12 county jail."
13    A.    Yes, sir.
14    Q.    And it was during that weekend that
15 Matthew Cavalier was brought inside the jail.
16    A.    That's correct.
17    Q.    And that's when you developed a plan to
18 kill Matthew Cavalier.
19    A.    That's correct.  We were recognizing the
20 green light on him, and we developed a plan.
21    Q.    All right.  I want to come back to that.
22 But once you got approval from Angel Munoz to kill
23 Julian Romero, two people were tapped to go pull
24 that off:  Frederico Munoz and -- who was it --
25 Shiman Pacheco?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   Yes.
 2        Q.   And they went over, heavily armed, to kill
 3   him.
 4        A.   Yes, they did.
 5        Q.   And they had a mini 14 rifle?
 6        A.   I don't know what kind of gun they had.
 7        Q.   You don't recall what kind of gun they
 8   had?
 9        A.   It was a pistol, according to Freddie
10   Munoz.
11        Q.   Because it was a pistol, they had to get
12   pretty close to Julian to try to shoot him?
13        A.   Yes, that's correct.
14        Q.   And so they pulled up in the driveway to
15   make that happen?
16        A.   They pulled up in front of the house.
17   They were on the street.
18        Q.   Right.  And that's when Mr. Pacheco
19   started yelling at Frederico Munoz, "Shoot him,
20   shoot him."
21        A.   Yes.
22        Q.   And he started spraying bullets all around
23   the house?
24        A.   Yes.
25        Q.   And they didn't hit Lillian or the young
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1    man that was there, but they hit Mr. Romero in the

2    leg.

3         A.   Yes.

4         Q.   But you weren't satisfied, because he

5    didn't die; correct?

6         A.   That's correct.

7         Q.   You wanted him dead?

8         A.   That's correct.

9         Q.   And the fact that you wanted to continue

10   with that hit just deepened the divisions within the

11   SNM politically, amongst the Archuleta branch and

12   the Romero branch.

13        A.   Yes.

14        Q.   And it got so bad that another SNM member,

15   Billy Garcia, tried to arrange a meeting with you to

16   call it off.

17        A.   I don't think that's correct.

18        Q.   Well, Billy Garcia came over to your house

19   to talk to you about the hit; correct?

20        A.   That had already taken place, yes.

21        Q.   Well, no; that you wanted him killed.

22        A.   The conversation with me and Billy was

23   after Julian had gotten shot.

24        Q.   Right.  After he got shot.

25        A.   Yes.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.   And Billy came to your house?

2      A.   Yes.

3      Q.   And Billy said, "We got to cut this out.

4  This is personal."

5      A.   Well, I'm the one who arranged the

6  sit-down.  The sit-down was about Julian.  I

7  explained to Billy that he should have been the one,

8  as a high-ranking member, to express to the brothers

9  that Julian messed up, violated a rule.  And he

10  didn't do that.

11         I went on to say that "It's already gotten

12  to the point where either you're with me or you're

13  against me."  That was the end of the conversation,

14  and he left.

15      Q.   And Mr. Garcia didn't say he was with you,

16  did he?

17      A.   Mr. Garcia -- excuse me?  Say that again?

18      Q.   Mr. Garcia came to your house; correct?

19      A.   Oh, yes.  Billy, yes.

20      Q.   And he wanted to talk to you specifically

21  about Julian Romero.

22      A.   Yes.

23      Q.   And what he said to you was:  "This is a

24  personal beef.  Cut it out.  Leave the S out of it."

25      A.   Yes.

SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                                201 Third NW, Suite 1630
Santa Fe, NM 87501                                                       Albuquerque, NM 87102
(505) 989-4949                                                           (505) 843-9494
FAX (505) 843-9492                                                       FAX (505) 843-9492
                                                                         1-800-669-9492

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE
e-mail: info@litsupport.com

1      Q.   And you said, "No, this is S business."

2      A.   Yes.

3      Q.   "This is disrespectful to the rules, the

4    reglas of the organization."

5      A.   Yes.

6      Q.   And you guys couldn't resolve your

7    differences.

8      A.   No.

9      Q.   And in fact, he left, and the whole issue

10   was unresolved.

11     A.   Yes.

12     Q.   And so the divisions, the political

13   divisions, within the SNM continued.

14     A.   Yes.

15     Q.   But Mr. Garcia wasn't pleased with your

16   perspective about Mr. Romero.

17     A.    I would say that he wasn't pleased that --

18   I mean, this is a high-ranking SNM member.  Usually

19   what he says goes.  And when the hit wasn't dropped

20   and Julian was assaulted, which he wanted the hit to

21   be dropped, he felt very disrespected.

22     Q.   Right.  And because you didn't show any

23   loyalty to Billy Garcia, he ordered you to be

24   killed.

25     A.   That's correct.



SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                               (505) 843-9494
FAX (505) 843-9492                                      FAX (505) 843-9492
                                                              1-800-669-9492
                                                    e-mail: info@litsupport.com

1    Q.    And in fact, he sent his nephew to the

2    methadone clinic afterwards to try to kill you.

3    A.    Yes, sir.

4    Q.    And that's Baby Zack?

5    A.    Yes, sir.

6    Q.    And Baby Zack knew you were getting

7    methadone at the clinic because he knew you were

8    trying to kick heroin?

9    A.    Yes, sir.

10   Q.    And so he showed up on San Mateo, knowing

11   you would be there to pick up methadone.

12   A.    That's correct.

13   Q.    And he confronted you.

14   A.    That's correct.

15   Q.    And he said, "I'm going to take you out."

16   A.    Yes, sir.  He pulled out a gun on me and

17   said he was going to take me out.

18   Q.    And your response to that was, you went

19   and got armed?

20   A.    Yes, sir.

21   Q.    You went and got a pistol.

22   A.    Yes, sir.

23   Q.    And you showed up at the methadone clinic

24   the next time armed with a 9 millimeter pistol?

25   A.    Yes, sir.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.    And Baby Zack showed up to do what he said

2   he was going to do:  Take you out.

3      A.    Yes, sir.

4      Q.    And you beat him to the draw, so to speak.

5      A.    Yes, sir.

6      Q.    And you shot him.

7      A.    Yes, sir.

8      Q.    And you shot up the parking lot a bit.

9      A.    Yes, sir.

10      Q.    Okay.  And you were arrested for that.

11      A.    Yes, sir.

12      Q.    And you were prosecuted for that and pled

13   guilty for that.

14      A.    Yes, sir.

15      Q.    So you weren't happy about going back to

16   prison, were you?

17      A.    No, I wasn't happy about going back to

18   prison.  I wasn't happy that they just tried to kill

19   me and that everybody involved were fellow gang

20   members of the S.

21      Q.    Right.  But my point being is:  All of

22   that was related to Julian Romero.

23      A.    Yes, sir.

24      Q.    And you never called off the green light?

25      A.    No, I didn't.

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                   Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                    FAX (505) 843-9492
                                                         1-800-669-9492
                                              e-mail: info@litsupport.com



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1       Q.   Is it fair to say that the Gerald

2   Archuleta camp was perhaps in the minority?

3       A.   "The minority" means like greater than?

4       Q.   Well, less than.

5       A.   That's not fair to say at all.

6       Q.   So you had spoke about the SNM branching

7   out into different groups:  Your group with your

8   followers; correct?

9       A.   Yes, sir.

10      Q.   And then there was another group that were

11  led by Billy Garcia?

12      A.   Yes, sir.

13      Q.   And then there's even a third group that

14  was led by Marty Barros; right?

15      A.   Yes, sir.

16      Q.   So out of the three groups, Billy Garcia

17  supported Julian Romero.

18      A.   He was -- yes, he supported Julian Romero.

19      Q.   And Marty Barros supported Julian because

20  he was an old-timer?

21      A.   No, Marty Barros did not support Julian

22  Romero.

23      Q.   But even you would agree with me that

24  those political divides created havoc within the

25  internal structure of the SNM?

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                  201 Third NW, Suite 1630
Santa Fe, NM 87501                                         Albuquerque, NM 87102
(505) 989-4949                                                    (505) 843-9494
FAX (505) 843-9492                                           FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
1       A.    Yes.

2       Q.    Because you never know who was trusting

3  who?

4       A.    That's correct.

5       Q.    Now, you talked on direct about

6  drug-smuggling into prison facilities.  And I want

7  to touch on that, because we just heard a whole

8  bunch of audiotape about it.

9       A.    Yes, sir.

10      Q.    One thing you didn't mention, you said the

11 easiest way was through contact visits; is that

12 right?

13      A.    That would be correct.

14      Q.    But another way, which you didn't talk

15 about, was convincing correctional officers to

16 smuggle drugs in for you.

17      A.    That would be another way, yes.

18      Q.    And you're familiar with that technique?

19      A.    Yes, I am.

20      Q.    Okay.  And now I want to talk to you a

21 little bit about your first arrest and your first

22 trip to prison.  And you talked about it on direct,

23 about the accidental shooting of your cousin.

24      A.    Yes, I did.

25      Q.    And that was after you discharged the
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1  sawed-off shotgun to help out your uncle.

 2       A.   I don't understand the question.

 3       Q.   Okay.  Well, you were talking about your

 4  very first arrest, when I believe you were around 18

 5  or 19, in 1988, '86?

 6       A.   Yeah, robbery conviction.  Was it a

 7  robbery conviction?

 8       Q.   No.  This was the discharge of the weapon

 9  that killed your cousin.

10       A.   Okay.

11       Q.   And you testified on direct examination

12  that you were contemplating suicide.

13       A.   Yes.

14       Q.   But you were joking with your cousins

15  about committing suicide, weren't you?

16       A.   I don't think I was joking.  I was

17  distressed by just hearing that I may have killed

18  someone.  My intention wasn't to kill anybody with a

19  sawed-off shotgun.  I intended to spray them with

20  pellets, and I was depressed.

21       Q.   You were going to spray your cousin with

22  pellets?

23       A.   No, there was a shooting prior to that.

24       Q.   Right, where you were purportedly

25  protecting your uncle from the people that were



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1  harassing him.

 2       A.   Yes.

 3       Q.   And you fired a sawed-off shotgun at them.

 4       A.   Yes.

 5       Q.   And your cousins actually thought,

 6  according to your direct testimony, that you may

 7  have killed one of the guys.

 8       A.   Yes.

 9       Q.   But you were never charged with that.

10       A.   No.

11       Q.   But do you remember writing a 24-page

12  summary of your life within the SNM?

13       A.   Yes.

14       Q.   Okay.  And do you remember writing on page

15  1 of that summary, "I was joking around with Ruben

16  about committing suicide"?

17       A.   I don't recall.

18       Q.   Pardon me?

19       A.   I don't.

20            MR. LOWRY:  May I approach, Your Honor?

21            THE COURT:  You may.

22       A.   Yes, I wrote that.

23  BY MR. LOWRY:

24       Q.   Mr. Archuleta, this is your handwriting.

25  This is a document you created?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

```
 1        A.   Yes.

 2        Q.   Okay.  And that's exactly what it says,

 3   isn't it?  "I was joking around with Ruben about

 4   committing suicide."

 5        A.   Yes, that's what it says.

 6        Q.   And you told Ruben, "I'm just kidding.

 7   I'm not ready to commit suicide."

 8             And that's when you were lowering the gun,

 9   and it accidentally discharged.

10        A.   Yes, that's apparently what I wrote, yeah.

11        Q.   Right.  Well, that's what happened, isn't

12   it?

13        A.   No.  I was depressed with hearing the news

14   that I was -- that I may have killed someone.

15   That's how I remember it.

16        Q.   Did anybody rush you when you were writing

17   this?

18        A.   No.

19        Q.   Mr. Acee asked you to write it to give him

20   your thoughts about your experiences growing up.

21        A.   Yes.

22        Q.   And you sat down at your leisure and wrote

23   out this 24-page statement; correct?

24        A.   Yes.

25        Q.   And while you contemplated it in the
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    quietude of your cell, you actually wrote, "I was

2    joking around with Ruben about committing suicide.

3    And then I said, 'Not really'"?

4        A.    Okay.

5        Q.    So you were joking.

6        A.    No, I wasn't joking.  I think that's the

7    story I used when I got to prison to save face in

8    front of our SNM members.  I couldn't say that I

9    actually thought about committing suicide.

10       Q.    Mr. Archuleta, you weren't writing this

11   for the other SNM members, were you?

12       A.    No, I wasn't.

13       Q.    You were writing it for this gentleman

14   over here with the FBI?

15       A.    Right.

16       Q.    Did you have to save face with him?

17       A.    No, I don't.

18       Q.    Did you have to make sure he -- did you

19   have to mislead him about what really happened?

20       A.    No.

21       Q.    You understand it's a felony offense to

22   lie to the FBI?

23       A.    Yes.

24       Q.    So you got a light prison sentence for the

25   accidental discharge of the weapon that killed your

SANTA FE OFFICE                                                                    MAIN OFFICE
119 East Marcy, Suite 110                                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                                           Albuquerque, NM 87102
(505) 989-4949                                                                        (505) 843-9494
FAX (505) 843-9492                                                               FAX (505) 843-9492
                                                                                  1-800-669-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

e-mail: info@litsupport.com

```
 1   cousin.

 2        A.   I got the maximum penalty, which was

 3   involuntary manslaughter.  It carried 18 months.

 4        Q.   And one extra year for a firearm

 5   enhancement.

 6        A.   Yes, sir.

 7        Q.   But under New Mexico law, you were out

 8   fairly quickly.

 9        A.   Yes.

10        Q.   And the point I was getting at is:  When

11   you went into prison that first time, you wanted

12   drugs.

13        A.   Yes.

14        Q.   You weren't an SNM member, were you?

15        A.   No, I wasn't.

16        Q.   You were just a regular inmate in the

17   correctional department.

18        A.   Yes, sir.

19        Q.   You still wanted drugs.

20        A.   I wanted drugs.

21        Q.   And you convinced a correctional officer

22   to bring marijuana in to you.

23        A.   Yes, I did.

24        Q.   And he did that routinely?

25        A.   Yes.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   But in order to get the marijuana, he had
 2   to meet up with your girlfriend; right?
 3        A.   Yes, sir.
 4        Q.   And that was Frances Montano.
 5        A.   Yes, sir.
 6        Q.   And that's a woman you'd been dating since
 7   you were a teenager.
 8        A.   Yes, sir.
 9        Q.   And because they met so frequently, they
10   struck up a romantic affair, didn't they?
11        A.   Yes, sir.  That was my first wife, yes,
12   sir.
13        Q.   And when you got out of prison, you went
14   back home to meet her; correct?
15        A.   Yes, sir.
16        Q.   And you found out about the relationship.
17        A.   Yes, sir.
18        Q.   And that didn't make you happy, either,
19   did it?
20        A.   No, it didn't.
21        Q.   And you wanted to kill her, when you got
22   released, because you already had a sense about the
23   relationship.
24        A.   Yes, sir.
25        Q.   And so you thought, as you went home, you
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1   were going to kill her.

2        A.   Yes, sir.

3        Q.   But the icing on the cake is:  When you

4   got home to your grandmother's house, where you

5   lived, you found out she was pregnant.

6        A.   Yes, sir.

7        Q.   With his child.

8        A.   She said she may be pregnant, but didn't

9   tell me whose child.

10       Q.   And you didn't bother to find out.

11       A.   No, I didn't.

12       Q.   You strangled her to death.

13       A.   Yes, I did.

14       Q.   And you choked her.

15       A.   Yes, I did.

16       Q.   And you said once you got your hands

17   around her neck, you knew you weren't going to let

18   go until she was dead.

19       A.   That's correct.

20       Q.   And you killed her.

21       A.   Yes.

22       Q.   And then you hid her body in the closet in

23   your grandmother's house.

24       A.   I did not hide her body in the closet.  I

25   left her there on the floor.

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                             Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492                                               FAX (505) 843-9492
                                                                   1-800-669-9492
                                                            e-mail: info@litsupport.com



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1      Q.    Again, you wrote this statement; right?

2      A.    Yes.

3      Q.    May I show you?  May I refresh your

4  recollection again?

5      A.    Yes.

6            MR. LOWRY:  May I approach, Your Honor?

7            THE COURT:  You may.

8  BY MR. LOWRY:

9      Q.    Mr. Archuleta, you would agree with me

10  when you wrote this for the FBI, you wrote, "Without

11  thinking and in rage, I grabbed her by the neck and

12  started to choke her"?

13     A.    Yes.

14     Q.    "I knew I wasn't going to stop choking her

15  until she was dead"?

16     A.    Yes.

17     Q.    "I then put her in the closet and left the

18  house so that I could find some transportation";

19  correct?

20     A.    Yes.

21     Q.    And then you went on to write, "But while

22  I was gone, my grandmother found her and called an

23  ambulance, but she was dead."

24     A.    Yes.

25     Q.    On direct examination, you told this jury



SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                         201 Third NW, Suite 1630
Santa Fe, NM 87501                                 Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                   FAX (505) 843-9492
                                                        1-800-669-9492
                                                  e-mail: info@litsupport.com

1  you left the house and you called the authorities to

2  let the authorities know she was there.  But that

3  wasn't true, was it?

4       A.   I did report -- I walked to the laundromat

5  and called the authorities and reported the

6  incident, yes.

7       Q.   But your grandmother had called it in

8  already.

9       A.   I also had called it in.

10      Q.   Okay.  You didn't include that in your

11  summary to the FBI, did you?

12      A.   If it's not there, I didn't.  But --

13      Q.   And that was your second conviction that

14  Mr. Beck talked about, in 1988?

15      A.   Yes.

16      Q.   You pled guilty to her murder.

17      A.   Yes.

18      Q.   And you got a four-year habitual offender

19  sentence and a 12-year sentence for the murder?

20      A.   Yes.

21      Q.   But that didn't keep you in prison long

22  either, did it?

23      A.   I had to finish the sentence.  I did the

24  sentence.

25      Q.   Right.  But it wasn't anywhere close to 16



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1  years.
 2       A.   It was maybe 11 or 12.
 3       Q.   No, you remember, that would have been in
 4  1988.  You got out and then had probation
 5  violations.
 6       A.   Eleven years.  I got out in '99.  I
 7  believe '99, '98; 11 years.  I did 11 years on a
 8  16-year sentence.
 9       Q.   And it was during those 11 years that you
10  really truly got into prison culture and prison
11  life.
12       A.   Yes.
13       Q.   And that's what led you to associate with
14  the SNM?
15       A.   Yes.
16       Q.   Now, I want to talk to you about your
17  entry into the SNM, because Mr. Beck talked to you
18  about some of the benefits you were getting in your
19  plea agreement; correct?
20       A.   Yes.
21       Q.   And he talked to you about the
22  2,200-some-odd dollars that you got?
23       A.   Yes.
24       Q.   And that was for commissary and telephone
25  and things like that?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    Yes.

 2        Q.    And so you could communicate with your

 3   family?

 4        A.    Yes.

 5        Q.    Telephone calls, write letters?

 6        A.    Yes.

 7        Q.    But the real benefit that you're getting

 8   in this case isn't the commissary money, is it?

 9        A.    No.

10        Q.    The benefit you're getting is the United

11   States not prosecuting for all of the SNM activities

12   that you talked about on direct, isn't it?

13        A.    Yes.

14        Q.    Because there were multiple stabbings.

15        A.    That's correct.

16        Q.    And there were a lot of attempted murders.

17        A.    That's correct.

18        Q.    And you were the moving force behind a lot

19   of that.

20        A.    That's correct.

21        Q.    And in exchange for your testimony today,

22   the United States agreed just to give you a

23   three-year charge.

24        A.    Yes, sir.

25        Q.    And you're almost done with your time,
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  aren't you?

2       A.    That's correct.

3       Q.    You have less than a year to go.

4       A.    That's correct.

5       Q.    Do you know what your kickout date is?

6       A.    I'm not sure.  Three years would be

7  December 2 of this year.

8       Q.    And you get to do 85 percent of that time,

9  so you get 50 days off a year.

10      A.    I'm not getting no good time at all.  As

11  of now, I don't know if I'm getting any good time.

12      Q.    So your lawyer hasn't explained that to

13  you?

14      A.    No.

15      Q.    But it's a relatively short prison

16  sentence, isn't it?

17      A.    It's a three-year sentence, yes.

18      Q.    And it surely isn't life in prison, is it?

19      A.    No, it ain't.

20      Q.    And when you met with the United States,

21  they explained to you if you wanted to get charged

22  in the RICO conspiracy, you could get life in

23  prison, didn't they?

24      A.    Yes.

25      Q.    And rather than do that, you said you'd

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                       (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1   tell them a story.

 2        A.    That I would cooperate in this RICO

 3   indictment.

 4        Q.    Now, let's go through some of the activity

 5   that the United States is willing to forgive you

 6   for, okay?  So there was the very initial -- what

 7   you call the introductory stabbing of Chaparro;

 8   correct?

 9        A.    Yes.  Would you say that again?

10        Q.    Well, I believe you testified on direct

11   that it was sometime shortly after you arrived at

12   the facility you met with Phillip Cordova and Marty

13   Barros in the chow hall in the Old Main?

14        A.    Yes.

15        Q.    And they said, "Do you want to become an

16   SNM member?"

17        A.    At that time I was already an SNM member,

18   but --

19        Q.    Do you remember that's what --

20        A.    Yes.

21        Q.    -- that's not what you put in your

22   little --

23        A.    Well, that's when I actually earned my

24   bones.

25        Q.    Right.
```



SANTA FE OFFICE                                            MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                            (505) 843-9494
FAX (505) 843-9492                                   FAX (505) 843-9492
                                                       1-800-669-9492
                                                  e-mail: info@litsupport.com

 1      A.   But I had been considered a brother in the

 2   S for a little while before that, just hanging

 3   around the S and participating in daily SNM

 4   activity.  I mean -- okay.

 5      Q.   Right.  But they said, "If you want to be

 6   a member, go stab Chaparro in the neck."

 7      A.   Yes.

 8      Q.   And you did.

 9      A.   Yes.

10      Q.   You didn't think twice about it.

11      A.   Right.

12      Q.   And you tried to kill him.

13      A.   Yes.

14      Q.   And that's because he had shorted drugs to

15   the SNM.

16      A.   Yes.

17      Q.   It wasn't just any drugs; it was heroin.

18      A.   Yes.

19      Q.   And so once he was stabbed, he was taken

20   off line, he went into protective custody.

21      A.   Yes.

22      Q.   And that was the whole idea, to cull the

23   herd, so to speak, getting rid of the weak?

24      A.   Yes.

25      Q.   And then you talked about the second one,

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                 Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                   FAX (505) 843-9492
                                                              1-800-669-9492
                                                  e-mail: info@litsupport.com


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1  with Eddie Lopez.

2          And by the way, you're not going to get

3  any time for that.  You didn't get any time in the

4  state court when that happened, did you?

5      A.    No, I didn't.

6      Q.    Nobody complained?

7      A.    I did not get no time for it.

8      Q.    No criminal charges?

9      A.    No criminal charges.

10     Q.    But the federal government could bring

11  criminal charges for that, couldn't they?

12     A.    No.  I signed a Kastigar letter saying I

13  couldn't be charged for anything that I would talk

14  about the day that I started cooperating.

15     Q.    Right.  They gave you immunity for your

16  sit-down statement for a single day.

17     A.    With others, with others, other days when

18  they needed to do follow-ups.

19     Q.    As long as you were truthful.

20     A.    Yes.

21     Q.    But even that first day you met with the

22  FBI, you weren't really truthful with them.

23     A.    Why is that?

24     Q.    Well, do you remember telling the FBI,

25  when you met on January 21, that you were never a

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                   Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                   FAX (505) 843-9492
                                                        1-800-669-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE                    e-mail: info@litsupport.com

 1  formal leader of the SNM?

 2       A.   Yes.

 3       Q.   That was a lie, wasn't it?

 4       A.   Yes, I was downplaying my role.  I just

 5  started cooperating.  And I wasn't sure of the whole

 6  idea of cooperating, and I downplayed my role.

 7       Q.   But that was a lie, wasn't it?

 8       A.   Yes, that wasn't true.

 9       Q.   And again, you can be punished for lying

10  to the FBI.

11       A.   Yes.

12       Q.   Remember, Martha Stewart went to prison

13  for lying to the FBI.

14       A.   Yes.

15       Q.   But they didn't charge you with lying to

16  them, did they?

17       A.   No.

18       Q.   Because they wanted your testimony?

19       A.   Yes.

20       Q.   Now, when you stabbed Eddie Lopez, you

21  actually deceived him; right?  Or you tricked the

22  guard to make that happen?

23       A.   No.

24       Q.   Well, you worked in concert with another

25  gentleman; correct?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1          A.   Yes.

2          Q.   And that gentleman distracted the guard so

3    you could get close to Eddie Lopez and stab him?

4          A.   Yes.

5          Q.   And so your companion made Eddie Lopez

6    more vulnerable by making sure he wasn't being

7    observed or protected.

8          A.   Yes.

9          Q.   And you pulled that off.

10         A.   Excuse me?

11         Q.   And you stabbed him.

12         A.   Yes.

13         Q.   And got him out of there.

14         A.   Yes.

15         Q.   Just like Phillip Cordova wanted you to.

16         A.   Yes.

17         Q.   And again, you weren't charged for that.

18         A.   No, I wasn't.

19         Q.   And not even the federal government wants

20   to charge you for that as part of a racketeering

21   conspiracy.

22         A.   That was part of the agreement before I

23   started cooperating, according to the Kastigar

24   letter.

25              THE COURT:  Mr. Lowry, would this be a

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                         Albuquerque, NM 87102
(505) 989-4949                                                   (505) 843-9494
FAX (505) 843-9492                                          FAX (505) 843-9492
                                                                 1-800-669-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE
                                                           e-mail: info@litsupport.com

1   good time for us to take our break?

2           MR. LOWRY:  Sure, Your Honor.

3           THE COURT:  All right.  We'll be in recess

4   for about 15 minutes.

5           (The jury left the courtroom.)

6           THE COURT:  All right.  We'll be in recess

7   for about 15 minutes.

8           (The Court stood in recess.)

9           THE COURT:  All right.  We'll go on the

10  record.  Anything from the Government we need to

11  discuss?  Anything I can do for you?

12          MR. BECK:  No, Your Honor.

13          THE COURT:  What about you, Mr. Lowry?

14  Anybody on the defense side?

15          (The jury entered the courtroom.)

16          THE COURT:  Everyone be seated.

17          All right.  Mr. Archuleta, I'll remind you

18  that you're still under oath.

19          THE WITNESS:  Yes.

20          THE COURT:  Mr. Lowry, if you wish to

21  continue your cross-examination of Mr. Archuleta,

22  you may do so at this time.

23          MR. LOWRY:  Thank you, Your Honor.

24          THE COURT:  Mr. Lowry.

25

SANTA FE OFFICE                                                                    MAIN OFFICE
119 East Marcy, Suite 110                                                      201 Third NW, Suite 1630
Santa Fe, NM 87501                                                             Albuquerque, NM 87102
(505) 989-4949                                                                           (505) 843-9494
FAX (505) 843-9492                                                                 FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
1    BY MR. LOWRY:

2         Q.   Mr. Archuleta, after the -- and you

3    stabbed Eddie Lopez; correct?

4         A.   Yes.

5         Q.   And again, ideally, you wanted to kill

6    him?

7         A.   No.

8         Q.   You didn't want to kill him?

9         A.   No, the objective was to remove him from

10   the line.  I stabbed him in the side twice.

11        Q.   Just to get him out of there?

12        A.   Just to remove him.

13        Q.   Just sort of a gratuitous stabbing, just a

14   "You don't belong here"?

15        A.   Yes.  So they could remove him from the

16   line.

17        Q.   And after that, you were transferred to

18   the Southern facility down here in Las Cruces?

19        A.   Yes.

20        Q.   And you weren't a fan of Southern, were

21   you?

22        A.   No.

23        Q.   Because you're from Albuquerque?

24        A.   Yes.

25        Q.   And your family is all there?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN
&
ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        A.   Yes.
 2        Q.   Living in Southern made it hard for you to
 3   communicate with your family.
 4        A.   Yes.
 5        Q.   And without family visits, days drag on
 6   endlessly.
 7        A.   Yes.
 8        Q.   And you developed a plan, a scheme, to get
 9   out of Southern, didn't you?
10        A.   Yes.
11        Q.   And you hatched that plan with another SNM
12   member, Robert Martinez; correct?
13        A.   Yes.
14        Q.   And he's also known as Baby Rob; right?
15        A.   Yes.
16        Q.   And neither one of you wanted to be in
17   Southern.
18        A.   That's correct.
19        Q.   You both wanted to be back in Santa Fe at
20   the old facility.
21        A.   That's correct.
22        Q.   And in order to get there, you said,
23   "Okay, we'll pick somebody out and assault them, so
24   they ship us back north"; is that right?
25        A.   That's correct.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1     Q.    And in fact, there was -- another

2 gentleman learned about your plan, Jesse Trujillo,

3 and joined you in it.

4     A.    That's correct.

5     Q.    Because he wanted out of Southern, too.

6     A.    Yes.

7     Q.    So rather than work with the Department of

8 Corrections, you guys thought you'd manipulate the

9 system to get what you wanted out of it.

10     A.    That's correct.

11     Q.    And the plan was:  Well, at this point,

12 there is some tension between SNMers and the Aryan

13 Brotherhood guys; right?

14     A.    That's correct.

15     Q.    And in fairness, you said the Aryan

16 Brotherhood was a white gang.  But the Aryan

17 Brotherhood is really a White Supremacist gang,

18 isn't it?

19     A.    That's correct.

20     Q.    It's really hard to like a White

21 Supremacist, isn't it?

22     A.    After the war started at the main

23 facility, yes, that's correct.  I'm not sure -- when

24 I was in Cruces, I don't think the war had started

25 by then.  I'm not sure.

SANTA FE OFFICE                                                              MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                   Albuquerque, NM 87102
(505) 989-4949                                                                    (505) 843-9494
FAX (505) 843-9492                                                      FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1    Q.   Okay.  But you knew that they were easy

2  pickins in terms of, if you had to assault somebody

3  on the yard, going after an AB guy, nobody is going

4  to complain?

5    A.   Right.  What I'm saying is:  I don't think

6  we hit him because he was AB.  Our plan was to, from

7  what I remember.

8    Q.   But you singled out a white guy that had

9  been convicted of a rape charge.

10    A.   Yes.

11    Q.   So he was a two-fer.  He was a white guy

12  with a sexual offense.

13    A.   Yes.

14    Q.   So nobody was going to bat an eye about

15  assaulting this guy.

16    A.   Right.

17    Q.   And the plan was:  You were going to,

18  again, come at him from different angles, correct,

19  on the yard?

20    A.   That's correct.

21    Q.   And you took a rock, a good-sized rock,

22  and hid it under your arm.

23    A.   That's correct.

24    Q.   And you were going to smash him in the

25  face.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1       A.    That's correct.

2       Q.    And Jesse Trujillo, once he was hit, was

3  going to stab him.

4       A.    That's correct.

5       Q.    And then Robert Martinez was just going to

6  pile on and help beat him up.

7       A.    That's correct.

8       Q.    It didn't quite go as planned, did it?

9       A.    No.

10       Q.    Because when -- you concealed the rock;

11  correct?

12       A.    Yes.

13       Q.    And when you got close enough to where you

14  thought you could strike him in the face, you threw

15  it at him, but missed.

16       A.    That's correct.

17       Q.    And he didn't even see the rock as it

18  whizzed by him.

19       A.    That's correct.

20       Q.    But it didn't stop Jesse Trujillo.  He

21  still ran up and stabbed the guy.

22       A.    Yes.

23       Q.    And Robert Martinez jumped in and started

24  beating him up, as well.

25       A.    That's correct.

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                         Albuquerque, NM 87102
(505) 989-4949                                                   (505) 843-9494
FAX (505) 843-9492                                           FAX (505) 843-9492
                                                              1-800-669-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE
e-mail: info@litsupport.com

 1    Q.   And at that point, guards come rushing in,

 2  correct, to the yard?

 3    A.   Yes, that's correct.

 4    Q.   And you guys took off.

 5    A.   That's correct.

 6    Q.   The only one that got picked up was Mr.

 7  Trujillo, right, on the assault?

 8    A.   Yes.

 9    Q.   So the first attempt to get back to Santa

10  Fe was foiled, because it didn't really go as

11  planned.

12    A.   Yes.

13    Q.   So you had to pick out another person?

14    A.   Yes.

15    Q.   And you picked out another white guy?

16    A.   That's correct.

17    Q.   And to make sure you were successful this

18  time, you picked up a baseball bat.

19    A.   That's correct.

20    Q.   And you and Robert Martinez attacked him.

21  This time you had a baseball bat.

22    A.   That's correct.

23    Q.   And you took him out.

24    A.   I assaulted him.

25    Q.   And in your little story here, you say,

SANTA FE OFFICE                                           MAIN OFFICE
119 East Marcy, Suite 110                      201 Third NW, Suite 1630
Santa Fe, NM 87501                              Albuquerque, NM 87102
(505) 989-4949                                          (505) 843-9494
FAX (505) 843-9492                                  FAX (505) 843-9492
                                                      1-800-669-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE                        e-mail: info@litsupport.com

1    "Robert punched him and took him to the ground, and

2    I hit him with the bat a couple of times.  And we

3    were busted in the act, and we were on our way back

4    to Santa Fe."

5         A.   That's correct.

6         Q.   And you actually have a little smiley face

7    next to that.

8              MR. LOWRY:  May I turn on the Elmo just

9    for demonstrative purposes, Your Honor?

10             THE COURT:  You may.

11             MR. LOWRY:  Your Honor, may we approach?

12             (The following proceedings were held at

13   the bench.)

14             MR. LOWRY:  I want to use it for

15   demonstrative purposes.  The witness has identified

16   this writing as his own.  It's a very accurate

17   depiction of his writing.  And I just want to show

18   the jury that it has a smiley face, that he was

19   actually happy that he attacked somebody.

20             MR. BECK:  I mean, it's hearsay.  It's an

21   out-of-court statement.  We don't show jurors

22   out-of-court hearsay.

23             THE COURT:  What are you trying to do?

24   What is this?

25             MR. LOWRY:  This is his diary, for lack of

SANTA FE OFFICE                                                                    MAIN OFFICE
119 East Marcy, Suite 110                                                     201 Third NW, Suite 1630
Santa Fe, NM 87501                                                            Albuquerque, NM 87102
(505) 989-4949                                                                         (505) 843-9494
FAX (505) 843-9492                                                                FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1   a better word, his life as an SNM --
 2            THE COURT:  I think you can impeach him
 3   with it, but I don't think you can put that in front
 4   of the jury in any form, like on an Elmo or
 5   anything.
 6            MR. LOWRY:  Okay, all right.
 7            (The following proceedings were held in
 8   open court.)
 9            THE COURT:  Mr. Lowry.
10   BY MR. LOWRY:
11        Q.   So it was mission accomplished for you;
12   right?
13        A.   Yes.
14        Q.   And you're happy?
15        A.   Yes.
16        Q.   And you were happy that you got shipped
17   back to Santa Fe; correct?
18        A.   Correct.
19        Q.   And it didn't matter to you that you had
20   to assault two people to get there?
21        A.   No.
22        Q.   And again, nobody charged you criminally
23   for either assault?
24        A.   No, sir.
25        Q.   Now, when you get back to Santa Fe, this
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1  is the era, if you will, where the tensions start

 2  erupting between the SNM and the Aryan Brotherhood.

 3       A.   Yes.

 4       Q.   And in fact, during this process, they're

 5  closing down the Old Main; correct?

 6       A.   Yes.

 7       Q.   And they're shipping people to what we've

 8  called throughout these proceedings the PNM North

 9  facility and PNM South facility?

10       A.   Yes.

11       Q.   And they're all part of the Santa Fe

12  complex?

13       A.   That's correct.

14       Q.   And you were in the Old Main with two

15  leaders of the Aryan Brotherhood?

16       A.   That's correct.

17       Q.   Right.  And you were with John Price and

18  some other guy.  You didn't know whose name it was,

19  but it might have been Tree?

20       A.   Tree.  He was from Utah.  They called him

21  Tree.  I don't know his real name.

22       Q.   And you guys wanted to take them out.

23       A.   Yes.

24       Q.   And this time was for real.  You wanted to

25  stab him and really take him out.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    Yes.

 2        Q.    So you guys got shanks; correct?

 3        A.    Yes.

 4        Q.    And at this time there is no tier time;

 5   they sort of let everybody out at once; correct?

 6        A.    That's correct.

 7        Q.    You guys ganged up and attacked both John

 8   Price and Tree?

 9        A.    That's correct.

10        Q.    And stabbed them repeatedly?

11        A.    That's correct.

12        Q.    Tried to kill them?

13        A.    That's correct.

14        Q.    Fortunately for them, you weren't

15   successful, were you?

16        A.    No, we weren't.

17        Q.    But the effort was put in.

18        A.    That's correct.

19        Q.    And for that, they moved you from the Old

20   Main facility to the South facility?

21        A.    That's correct.

22        Q.    And what timeframe was this?  Was this mid

23   '90s?

24        A.    I would say around there, '97, something

25   like that.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.    Now, when you get to PNM South -- Level 5;

2   right?

3      A.    Yes.

4      Q.    -- Junior is in charge.

5      A.    Yes.

6      Q.    He's the llavero.

7      A.    That's correct.

8      Q.    And Junior's name is Leroy Torrez; right?

9      A.    That's correct.

10      Q.    And what is Leroy Torrez infamous for?

11   What did Leroy Torrez start, if you will?

12      A.    Well, at that time he didn't start --

13   after the fact, at that time there was no All Star

14   gang.  He didn't start the All Star gang until after

15   he was assaulted.

16      Q.    Okay.  Is that what precipitated him

17   coming up with the idea of the All Stars, is you

18   taking Junior out when you got to the South

19   facility?

20      A.    No, sir.

21      Q.    Okay.  But you didn't want him in charge?

22      A.    No, sir.

23      Q.    And by this time, from your trip down to

24   Southern, you'd become fast friends with Angel

25   Munoz?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1        A.    Yes.

2        Q.    Who was the undisputed leader of the SNM?

3        A.    Yes, sir.

4        Q.    And you contacted Angel and said, "We need

5   to take this guy out."

6        A.    No, that's not correct.

7        Q.    Well, did you not plot against him?

8        A.    Yes, that's correct.  As soon as I got to

9   the South facility, brothers were bringing to my

10   attention that -- how he was very disrespectful

11   towards brothers.  And the issue was brought up to

12   Marty Barros.  He was -- from that point on, he was

13   expected to step down, which he did not do.

14        Q.    And you went to Marty Barros because he

15   was there in Santa Fe?

16        A.    He was in Santa Fe, yes.

17        Q.    And Angel Munoz is down at Southern;

18   correct?

19        A.    Yes.

20        Q.    So Marty Barros is the most senior person

21   to talk to?

22        A.    Yes, at that time, in Santa Fe.

23        Q.    And you wanted to get Marty Barros'

24   approval to do this.

25        A.    Yes.



SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                      201 Third NW, Suite 1630
Santa Fe, NM 87501                                           Albuquerque, NM 87102
(505) 989-4949                                                          (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492
                                                                      1-800-669-9492
                                                          e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1      Q.   Because you didn't want to be on the outs

2   with anybody.

3      A.   Because why?

4      Q.   Because you didn't want to be on the outs

5   with anybody.  You didn't want to be adverse to

6   Marty Barros.

7      A.   You have to get permission or approval for

8   an assault on a former -- on a member of the SNM.

9   So I got approval from Marty Barros.

10      Q.   Except Julian Romero was an exception;

11   right?  You didn't have to get permission from

12   anybody to call the hit on Julian Romero.

13      A.   No.  It was approved by Angel Munoz.

14      Q.   Right.  But just not Marty.

15      A.   Anything coming from Angel was the same as

16   coming from Marty.

17      Q.   So you got approval?

18      A.   Yes.

19      Q.   You stabbed Leroy Torrez.

20      A.   I did not.  I wasn't at the facility, but

21   it was carried out.

22      Q.   But you participated in the planning of

23   that.

24      A.   Yes, that's correct.

25      Q.   You might not have participated in the

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                   Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                     FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1    actual assault on Mr. Torrez, but you set the whole

2    thing up.

3         A.   That's correct.

4         Q.   You set it in motion.

5         A.   That's correct.

6         Q.   You made sure it happened.

7         A.   That's correct.

8         Q.   You orchestrated it.

9         A.   That's correct.

10        Q.   Now, with Leroy Torrez out of the way, you

11   were fully in charge of the Southern, PNM South.

12        A.   That's correct.

13        Q.   And that's, what, '95, '96?

14        A.   '98.

15        Q.   '98?

16        A.   Somewhere around there.

17        Q.   And this is where you resume -- now, it's

18   a full-fledged war with the Aryan Brotherhood by

19   this time.

20        A.   Yes, sir.

21        Q.   And you resumed attacks on the Aryan

22   Brotherhood.

23        A.   That's correct.

24        Q.   And you wanted to get a little more

25   splashy about it, so you guys planned a double

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 843-9492                                            FAX (505) 843-9492
                                                              1-800-669-9492
                                                        e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1   assault.

 2        A.   Yes.

 3        Q.   And it was sort of a decoy assault:

 4   Assault one guy in the pod, so all the COs come

 5   rushing in; and then somebody else can take out

 6   another Aryan Brotherhood where security is more

 7   lax.

 8        A.   That's how it was performed.  But they

 9   were both Aryan Brotherhood.

10        Q.   Right.

11        A.   Yes.

12        Q.   And you selected them specifically because

13   of that.

14        A.   Yes, sir.

15        Q.   And they were stabbed.

16        A.   Yes.

17        Q.   And you tried to kill them both, or the

18   plan was to kill them both.

19        A.   That's correct.

20        Q.   And again, you were never prosecuted for

21   those attempted murders.

22        A.   No, sir.

23        Q.   And the federal government said they were

24   going to overlook that and give you a three-year

25   sentence in exchange for your testimony.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   Yes, sir.  I received three years.  But I
 2   received a death sentence from the S at the same
 3   time.
 4        Q.   We'll get to that.
 5             Now, at this point, Department of
 6   Corrections is a bit fed up; correct?
 7        A.   That's correct.
 8        Q.   So they sent you -- they think, We're
 9   going to get rid of Gerald Archuleta.  We're going
10   to send him over to the eastern plains.  They're
11   going to send you to Hobbs.
12        A.   That's correct.
13        Q.   But when you get to Hobbs, there are still
14   people that you know that belong to the SNM there.
15        A.   That's correct.
16        Q.   And lo and behold, John Price, the Aryan
17   Brotherhood gentleman that you attacked in the Old
18   Main, is there.
19        A.   That's correct.
20        Q.   And you so think, Hey, I can take care of
21   unfinished business.
22        A.   That's correct.
23        Q.   And so with John Price and another guy,
24   Robert -- how do you say that?
25        A.   Hanrahan.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1        Q.    Hanrahan.  And you guys make the plan to

2   attack these guys yet again.

3        A.    That's correct.

4        Q.    And you try to kill John Price.

5        A.    Yes, assault him.

6        Q.    Well, you stabbed him.

7        A.    Yeah, stabbed him.

8        Q.    Beat him with a broom.

9        A.    There's the possibility that he could have

10  died, yes.

11       Q.    Well, I mean, that's sort of the purpose

12  of the war with the Aryan Brotherhood, to dominate

13  them; correct?

14       A.    That's correct.

15       Q.    You wanted everybody to know that you're

16  going to dominate them.

17       A.    That's correct.

18       Q.    You wanted to kill them.

19       A.    That's correct.

20       Q.    Because you wanted the prestige.

21       A.    Because there was a green light.  It

22  wasn't about the prestige.  It was about the green

23  light that had been set on the Aryan Brotherhood.

24  It was the war.  There was a war between the SNM and

25  the Aryan Brotherhood.  And as an SNM Gang leader, I
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  was expected to retaliate every chance I got against

2  the Aryan Brotherhood.

3       Q.   So you tried to kill him.

4       A.   I guess that's correct.

5       Q.   Him and Robert Hanrahan.

6       A.   That's correct.

7       Q.   And you were never charged with that.

8       A.   No, sir.

9       Q.   And the federal government said, "We're

10 not going to charge you with it either."

11      A.   That's correct.

12      Q.   "And instead, you'll get a three-year

13 sentence."

14      A.   That's correct.

15      Q.   Now, that's the despite multiple stabbings

16 and assaults -- and that's 10 -- New Mexico

17 Department of Corrections paroled you to the streets

18 of Albuquerque; correct?

19      A.   No.

20      Q.   No?

21      A.   No, they paroled me.  I paroled to

22 Tennessee.

23      Q.   No, but this is in 2000.

24      A.   Okay, yes.  I paroled.  Yeah, I paroled to

25 Albuquerque.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   And this is when you're out on the
2  streets; correct?
3    A.   Yes.
4    Q.   And Angel Munoz is out on the streets;
5  right?
6    A.   Yes.
7    Q.   And you guys are doing your thing with
8  crack.
9    A.   Yes.
10    Q.   And this is when you tested dirty in 2001,
11  and you go to BCDC, and the whole incident with
12  Matthew Cavalier happens.
13    A.   That's correct.
14    Q.   And that's what really precipitated the
15  Julian Romero division.
16    A.   Yes.
17    Q.   I want to talk about the Matthew Cavalier
18  incident for a moment, because again, you used a bit
19  of deception to kill Mr. Cavalier, didn't you?
20    A.   Yes, sir.
21    Q.   Because you went in thinking you were
22  going to do a three-day weekend in the local county
23  jail; correct?
24    A.   That's correct.
25    Q.   But when Matthew Cavalier comes in, you

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   and everybody else that was affiliated with SNM

2   thought:  We have business to take care of.

3        A.   Yes, sir.

4        Q.   And everybody knew Matthew Cavalier was a

5   snitch.

6        A.   Yes, sir.

7        Q.   And snitches get stitches.

8        A.   Snitches get killed.

9        Q.   Right.  That's the rule.

10       A.   That's the rule.

11       Q.   But you didn't want Matthew Cavalier to

12  think that, did you?

13       A.   No, sir.

14       Q.   And Matt came to you and asked you for a

15  pass.

16       A.   Yes, sir.

17       Q.   And you made him think he was going to get

18  a pass.

19       A.   Yes, sir.

20       Q.   And you told him, "Hey, if you put in some

21  work for us here at the MDC, we can work this out."

22       A.   That's correct.

23       Q.   And it's kind of awkward, because

24  initially Matt was your celly, wasn't he?

25       A.   Yes, that's correct.



```
 1        Q.    You didn't want him to be your celly.

 2        A.    No, I didn't.

 3        Q.    You didn't want him near you.

 4        A.    No, I didn't.

 5        Q.    So you had the COs move him out of your

 6   cell.

 7        A.    That's correct.  Or I moved to another

 8   cell.

 9        Q.    You moved out and left him there.

10        A.    Yes.

11        Q.    But you went and told Matt, "Hey, we're

12   going to have a little get-together tonight.  Let's

13   party."

14        A.    That's correct.

15        Q.    And you met up just before the final count

16   for the night, around 10:00, to do some heroin.

17        A.    Or to smoke some cigarettes, I think.

18        Q.    A little bit of -- well, you did a shot of

19   heroin earlier in the evening.

20        A.    I don't recall.  I know that we went into

21   the room to smoke some cigarettes with him.  We were

22   doing heroin at the time, also.

23        Q.    Would it refresh your recollection to look

24   at your statement?

25        A.    No, I don't need the recollection.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.    So you were doing heroin with Matthew

2   Cavalier that evening?

3      A.    Yes.

4      Q.    And you wanted him to relax around you

5   guys?

6      A.    Yes.

7      Q.    So you thought you'd party a little bit;

8   correct?

9      A.    Correct.

10     Q.    And then you said, "Hey, before final

11  count, let's get together and we'll smoke some

12  cigarettes."

13     A.    Yes, correct.

14     Q.    And so there were you and Roy Martinez,

15  Shadow; correct?

16     A.    Correct.

17     Q.    And a couple of other gentlemen met him at

18  his cell.

19     A.    Correct.

20     Q.    And who were the other gentlemen?  Was --

21     A.    Francisco Villalobos.  His name is Paco.

22  Roy Martinez; his name is Shadow.  And Big Rabbit is

23  Samuel Silva.

24     Q.    And the Mercers, Kelly and Johnny Mercer?

25     A.    They were in the pod.

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                             Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492
                                                                    1-800-669-9492
                                                          e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    Q.   So they weren't really part of the plan;

2  they just happened to be there observing.

3    A.   Yes.

4    Q.   And you and Silva and Munoz go in to smoke

5  cigarettes with Matthew Cavalier.

6    A.   Who is Munoz?

7    Q.   Well, pardon me.  Frederico.  Isn't it

8  Playboy?

9    A.   Yes.

10    Q.   No, pardon me.  Roy Martinez.  Pardon me.

11    A.   Yes.  Me, Roy Martinez, Francisco

12  Villalobos, and Samuel Silva went into the room with

13  Matt and Kelly to smoke some cigarettes.

14    Q.   And when you entered into the room, you

15  guys had already developed a plan to kill him.

16    A.   That's correct.

17    Q.   And you knew exactly who was going to do

18  what when you entered the room.

19    A.   That's correct.

20    Q.   And you don't smoke cigarettes.

21    A.   No, sir.

22    Q.   You were assigned the lookout.

23    A.   Yes, sir.

24    Q.   It was your idea to take Matthew out.

25    A.   It was.  There was a recognized green

SANTA FE OFFICE                                    MAIN OFFICE
119 East Marcy, Suite 110                    201 Third NW, Suite 1630
Santa Fe, NM 87501                            Albuquerque, NM 87102
(505) 989-4949                                       (505) 843-9494
FAX (505) 843-9492                              FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1    light on him, and we knew what we had to do.

2    Otherwise, if we didn't honor the green light, it

3    could have been held against us later on.

4         Q.    But you were the most senior there.

5         A.    Right.  I wasn't in the position to call

6    off a green light from Marty Barros, so I carried

7    out the green light.

8         Q.    So you kept watch; correct?

9         A.    Yes.

10        Q.    Outside the cell.  Made sure nobody came,

11   no guards were coming.

12        A.    Yes.

13        Q.    And you gave them the thumbs up.

14        A.    Yes.

15        Q.    And once they finished their cigarette,

16   somebody puts Matthew Cavalier in a bearhug; right?

17        A.    Yes.

18        Q.    And somebody grabs his feet?

19        A.    That's correct.

20        Q.    And then Roy Martinez takes a piece of a

21   bedspread and strangles him.

22        A.    That's correct.

23        Q.    And you guys thought he had killed him;

24   correct?

25        A.    That's correct.

SANTA FE OFFICE                                                                        MAIN OFFICE
119 East Marcy, Suite 110                                                      201 Third NW, Suite 1630
Santa Fe, NM 87501                                                              Albuquerque, NM 87102
(505) 989-4949                                                                          (505) 843-9494
FAX (505) 843-9492                                                              FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.    And you left him there and covered him up.
 2        A.    That's correct.
 3        Q.    You heard -- about 30 minutes later, you
 4   figured out, oh, that didn't really work.  He's
 5   still alive.
 6        A.    Yes.
 7        Q.    And so you had to go back in the room and
 8   reattack him.
 9        A.    Yes.
10        Q.    And at that time, you guys broke his neck
11   to make sure he was dead.
12        A.    Yes.
13        Q.    Okay.  And you covered up his body.
14        A.    His body was covered up.
15        Q.    And nobody in the pod mentioned it.
16        A.    No.
17        Q.    And you went through successive counts.
18   The guards came around and just thought he was
19   sleeping.
20        A.    Yes.
21        Q.    It wasn't until the next day that somebody
22   called home and said, "You won't believe it, but
23   there's this dead guy in the pod here and nobody
24   knows about it."
25        A.    That's correct.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   And they called the news channel, and the
2  news channel had to call the jail to say that they
3  had a dead body in there.
4    A.   That's correct.
5    Q.   That's how deceptive you guys were, that
6  nobody inside the institution knew he was dead.  The
7  word had to come from outside.
8    A.   Other than those in the pod, that's
9  correct.
10    Q.   Those involved.
11    A.   Those involved, and everybody else that
12  was in the pod.  That's correct.
13    Q.   Now, at this time you were good friends
14  with Jake Armijo.
15    A.   That's correct.
16    Q.   Jake Armijo was one of those guys that was
17  in the Gerald Archuleta camp.
18    A.   That's correct.
19    Q.   Jake Armijo was an enforcer for the Gerald
20  Archuleta camp.
21    A.   That's correct.
22    Q.   And you wanted to get -- after everything
23  blew up and you guys knew you were facing criminal
24  charges for Matthew Cavalier's death and you knew
25  Kelly Mercer was going to testify, you wanted to get



SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                  201 Third NW, Suite 1630
Santa Fe, NM 87501                                        Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                          FAX (505) 843-9492
                                                                1-800-669-9492
                                                    e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1  Jake Armijo --

2       A.    That's not correct.

3       Q.    What --

4       A.    That was another incident with --

5       Q.    That was Baby Zack?

6       A.    That was Baby Zack, yes.  We were trying

7  to get -- when we were in jail facing the murder for

8  Moscow, Kelly Mercer was a witness.

9       Q.    This is when you wanted to get Julian.

10      A.    Julian was supposed to take care of that.

11      Q.    But Julian was too busy falling in love

12 with your wife.

13      A.    That's how it started, yes.

14      Q.    And it didn't happen.

15      A.    And it didn't happen.

16      Q.    And you ended up having to plead guilty to

17 conspiracy to commit second-degree murder.

18      A.    Yes, sir.

19      Q.    Now, pretty interesting, in a statement

20 you gave to the FBI on May 8, 2017, you said you'd

21 always gotten the maximum penalty.

22      A.    That's correct.

23      Q.    But this particular plea agreement that we

24 looked at earlier, this wasn't a second-degree

25 murder.  I mean, you guys had planned this out.

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                      201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492
                                                                  1-800-669-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE                                 e-mail: info@litsupport.com

```
 1        A.   That's correct.

 2        Q.   So you didn't get a first-degree murder,

 3   did you?

 4        A.   No, we didn't.

 5        Q.   And somebody talked the district

 6   attorney's office into lowering the charge to

 7   second-degree murder; correct?

 8        A.   That's correct.

 9        Q.   And even then, they suspended all of that

10   time.  The only time you got in your original

11   judgment and sentence was the four years for an

12   habitual offender charge.

13        A.   I don't believe that's correct.  I think I

14   pled guilty to conspiracy to second-degree murder,

15   which carried a certain amount of years, which I

16   got; and the four-year habitual, which I got.

17        Q.   Can we pull up --

18        A.   I'm not sure exactly how much time I got.

19   But that's what I pled guilty for, and that's the

20   time I got.

21        Q.   Can we go to page Bates No. 8874?

22   Government's Exhibit 246.

23             Okay.  So this is the judgment and

24   sentence for the Matthew Cavalier homicide?

25        A.   Yes, it is.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   And we can flip over to the next page.
2  We'll blow up the top.

3         So you see on the top paragraph here that
4  says you've agreed, and the Court imposes --
5  Mr. Archuleta is also sentenced to a mandatory four
6  years pursuant to the habitual offender statute, for
7  a total term of imprisonment of 10 years, of which
8  six years of the sentence shall be suspended, for an
9  actual term of imprisonment of four years.

10   A.   Okay.   You're right.

11   Q.   And the judge had his hands tied.   You had
12  to get four years for the habitual offender charge.

13   A.   That's correct.

14   Q.   So all of the other time was waived in
15  your original judgment and sentence.

16   A.   Apparently, from that, yes.

17   Q.   So you really wouldn't characterize this
18  as a maximum penalty under law, would you?

19   A.   According to that, no.

20   Q.   So for a first-degree murder charge, you
21  got a four-year sentence.

22   A.   Yes.   That's correct.

23   Q.   Now, at this point you go back in, and
24  this whole situation with Julian Romero is actively
25  in your mind; correct?

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    That's correct.

 2        Q.    And it's at this point where you ordered

 3   the green light on Julian while you're in prison.

 4        A.    That's correct.

 5        Q.    And we talked about this before -- and I

 6   won't rehash it -- but that's when you hired

 7   Frederico Munoz to go shoot him.

 8        A.    I didn't hire him.

 9        Q.    Ordered him to do it.

10        A.    Yes.

11        Q.    You didn't have to hire him; he would just

12   do it on your word.

13        A.    Yes.

14        Q.    And like we talked about earlier,

15   ultimately, you did that four-year stint, you timed

16   that number out pretty quickly, and got out on

17   probation.

18        A.    That's correct.

19        Q.    That's when you tested dirty?

20        A.    That's correct.

21        Q.    And had the whole kerfuffle with Baby Zack

22   at the methadone clinic.

23        A.    That's correct.

24        Q.    So if we look back at just the assaults

25   and the stabbings that you just talked about in your
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  letter, your diary of the SNM, that's 12, I believe

2  12 different assaults, none of which you were

3  prosecuted for.

4       A.   That's correct.

5       Q.   And despite that lengthy history of

6  violence, the United States is willing to waive all

7  of that and give you a three-year sentence?

8       A.   That's correct.

9       Q.   And that's a really powerful benefit,

10 wasn't it?

11      A.   That's correct.

12      Q.   It far exceeds the 2200-some-odd dollars

13 you received from letter-writing and telephone

14 privileges?

15      A.   That's correct.

16      Q.   Because three years is much better than a

17 lifetime in prison.

18      A.   That's correct.

19      Q.   In addition to that, you're allowed to see

20 your father, at least one contact visit.

21      A.   That's correct.

22      Q.   And extended telephone privileges.

23      A.   That's correct.

24      Q.   More liberty than one would normally have

25 in the Department of Corrections.

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                 201 Third NW, Suite 1630
Santa Fe, NM 87501                                        Albuquerque, NM 87102
(505) 989-4949                                                    (505) 843-9494
FAX (505) 843-9492                                           FAX (505) 843-9492
                                                                1-800-669-9492
                                                        e-mail: info@litsupport.com



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        A.    That's correct.

 2        Q.    And you're scheduled to get out this year.

 3        A.    Yes.

 4        Q.    In just a few months.

 5        A.    Ten months.

 6        Q.    Now, I wanted to talk to you about a

 7   comment that you had made during the direct

 8   testimony.  And you said something to the effect

 9   that you had never seen or heard of anyone bragging

10   about something they didn't do as part of the SNM.

11        A.    I didn't recall.

12        Q.    You don't recall it?  You don't recall

13   that?

14        A.    I didn't recall.  I recall me saying that

15   I just didn't recall ever seeing anybody brag about

16   something they did and which they didn't do.

17        Q.    All right.  Or somebody taking credit for

18   something they didn't do.

19        A.    That's correct.

20        Q.    But do you remember -- I mean, as part of

21   your cooperation with the United States, you agreed

22   to wear a wire; right?

23        A.    That's correct.

24        Q.    And you were aware -- because you had the

25   tablet; right?  You got the discovery in this case
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    and you got to look at all the investigatory

2    techniques used by the FBI?

3         A.    I don't believe at that time we had

4    received the tablet yet.

5         Q.    But my question is:  Ultimately you got a

6    tablet; correct?

7         A.    Oh, yes.  Yes.

8         Q.    And you got to see all the discovery in

9    this case.

10        A.    Yes.

11        Q.    And you got to learn who was wearing wires

12   and who had wiretapped phones?

13        A.    Yes.

14        Q.    And before you became a government

15   informant, Tomas Clark had recorded you on a wiretap

16   phone; correct?

17        A.    Correct.

18        Q.    And do you recall talking to Tomas Clark

19   about a young kid bragging to you that he was

20   brought into the SNM by Gerald Archuleta?

21        A.    I don't recall.  Every time they called

22   me, I'd been drinking.  But if that was on the call,

23   then.

24             MR. LOWRY:  May I approach, Your Honor?

25             THE COURT:  You may.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              MR. LOWRY:  May I approach, Your Honor?
 2       A.    Yes, I remember that.  I don't remember
 3  our phone conversation, but I remember that incident
 4  at the methadone clinic.
 5  BY MR. LOWRY:
 6       Q.    Okay.  And this incident is what sounds
 7  like some younger individual coming up to you.
 8       A.    He was brought to me by --
 9       Q.    Boxer?
10       A.    Boxer, yes.
11       Q.    And who is Boxer?
12       A.    Boxer is a brother of the SNM.
13       Q.    Do you know his real name?
14       A.    His last name is Amador.  I don't recall
15  his first name.
16       Q.    But this kid -- I say "kid."  I don't know
17  how old he is.  How old was he?
18       A.    I have no idea.
19       Q.    But he approaches you and he tells you --
20  introduces himself to you as an SNM member?
21       A.    No.
22       Q.    Well, he introduced himself and said
23  Gerald Archuleta brought him into the SNM.
24       A.    Boxer approached me and he said, "Hey,
25  there is this guy over here.  I want you to meet
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    him.  He said that Gerald Archuleta brought him in."

2        Q.   Right.

3        A.   And he wasn't aware that I was Gerald

4    Archuleta.

5        Q.   Right.  And did you have a conversation

6    with him?

7        A.   I had a conversation talking with Boxer,

8    yes.

9        Q.   Brief.  But you knew that that hadn't

10   happened.

11       A.   Yes.  I didn't know the individual.

12       Q.   At all.

13       A.   At all.

14       Q.   You didn't recognize him at all.

15       A.   No.

16       Q.   So that's an example of somebody sort of

17   bragging about bona fides that they didn't really

18   have; isn't that true?

19       A.   He was claiming to be S, and apparently he

20   wasn't, yeah.

21       Q.   And are you also aware of a

22   circumstance -- I guess this would have been in

23   the -- well, probably, the mid 2000s, when Billy

24   Baca called you up because he'd given a guy named

25   Popeye a hotshot?

SANTA FE OFFICE                                                      MAIN OFFICE
119 East Marcy, Suite 110                                      201 Third NW, Suite 1630
Santa Fe, NM 87501                                              Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492                                             FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1    A.   Yes, sir.  His name -- it wasn't Billy

2  Baca; it was Billy something.  They called him

3  Daffy.  But he was a Billy.  We just got the last

4  name mixed up.

5    Q.   But in your report you wrote Billy Baca.

6    A.   Right.

7    Q.   But that wasn't correct?

8    A.   No.  I thought his last name was Baca.

9  But apparently, later on, I find out that his name

10  ain't Baca.

11    Q.   But anyway, this is after you put the hit

12  out on Julian Romero; right?

13    A.   Yes.

14    Q.   And Billy Baca knew, like a lot of people

15  did, that Julian Romero was from the Barelas

16  neighborhood in Albuquerque.

17    A.   Yes.

18    Q.   And it's fair to say that in the people

19  that followed Gerald Archuleta in the SNM, the

20  Barelas neighborhood became disfavored.

21    A.   Yes.

22    Q.   And Billy Baca thought he could do you a

23  favor by killing people from the Barelas

24  neighborhood.

25    A.   Yes.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.    And in fact, he did that.

 2        A.    He claimed to have done that.

 3        Q.    Well, he not only claimed to have done

 4   that, but he did kill Popeye with a hotshot.

 5        A.    I don't believe so.

 6        Q.    Okay.  Well, did Billy Baca call you after

 7   he escaped from the trunk of a car --

 8        A.    Yes.

 9        Q.    -- and he would have been kidnapped

10   because of the hotshot he had given Popeye?

11        A.    Yes.

12        Q.    And that's what you wrote to the FBI in

13   your report to them?

14        A.    Yes.

15        Q.    You weren't lying to the FBI, were you?

16        A.    Well, what I believe is that Billy Baca

17   was partying with Popeye.  He found him dead, and

18   later claimed that he did it for Gerald Archuleta to

19   gain respect.  But there was never a green light on

20   Popeye.  And I never ordered a hit on Popeye.

21   Popeye was not -- I do not believe -- given a

22   hotshot.  He OD'd on heroin.  If you know Popeye,

23   he's known for OD'ing everywhere he goes.

24        Q.    But my point is -- we'll just call him

25   Billy Baca, since --
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      A.    Yes.

2      Q.    Billy Baca was bragging about something

3  that he really didn't do.

4      A.    Exactly.

5      Q.    So you are aware of people bragging --

6      A.    Well, now that you bring it to my

7  attention, yes.

8      Q.    Well, you brought it to my attention.

9      A.    I didn't recall -- I didn't remember

10  Billy.

11      Q.    Are you having trouble recalling?

12      A.    I didn't remember Billy bragging about

13  doing this incident.

14      Q.    But you wrote about it.

15      A.    Yes.

16      Q.    You wrote about it in September of 2017.

17      A.    Right.

18      Q.    Now you testified on direct about --

19      A.    When you brought it to my attention, like

20  now, now I remember.

21      Q.    Right.  So people have to bring things to

22  your attention for you to remember them.

23      A.    Sometimes.

24      Q.    Now, you were asked on direct examination

25  about the allegation that you wanted to murder

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                    (505) 843-9494
FAX (505) 843-9492                                          FAX (505) 843-9492
                                                              1-800-669-9492
                                                          e-mail: info@litsupport.com



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1   Darren White.

2       A.   No.  I never wanted to murder Darren

3   White.

4       Q.   You were asked about it on direct

5   examination.

6       A.   If I wanted to kill Darren White?  That's

7   not true.  I've never said that I wanted to kill

8   Darren White.

9       Q.   Right.  But you testified on direct:  When

10  you were in that lifestyle, you want people to think

11  you can call a hit on a sheriff.

12      A.   Yes, that's correct.

13      Q.   And that's bragging about something you

14  didn't really do, isn't it?

15      A.   Yes, that's correct.

16          MR. LOWRY:  Your Honor.  May I have a

17  moment?

18          THE COURT:  You may.

19  BY MR. LOWRY:

20      Q.   A couple quick questions, Mr. Archuleta.

21  In your most recent debrief with the United States,

22  you talked about your drug use.

23      A.   Yes.

24      Q.   And you would agree with me that you

25  purchased drugs from a number of the other

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   cooperating witnesses in this case, or people that

2   are working with the United States?

3         A.   That's correct.

4         Q.   And would you agree with me that Benjamin

5   Clark has supplied you with Suboxone?

6         A.   That's correct.

7         Q.   And that Jerry Montoya has supplied you

8   with Suboxone?

9         A.   That's correct.

10        Q.   And that Timothy Martinez has supplied you

11  with Suboxone?

12        A.   That's correct.

13        Q.   And that Roy Martinez has supplied you

14  with Suboxone?

15        A.   That's correct.

16        Q.   And all of this is during a period of time

17  where you're supposed to be demonstrating to the

18  people at this table that you're an honest,

19  truthful, and law-abiding person.

20        A.   That's right.

21        Q.   And you also testified that you moved to

22  Tennessee because you wanted to get away from the

23  SNM lifestyle.

24        A.   That's correct.

25        Q.   But isn't it true that during this time

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1   you put a hit order out on Vincent Garduno?

2       A.   No.

3       Q.   You don't think --

4       A.   Well, no, I didn't put a hit on him.

5       Q.   You were upset with Mr. Garduno for not

6   supplying you with drugs in Tennessee.

7       A.   Yes, for sending me -- yes.

8       Q.   And so you couldn't quite give up the

9   lifestyle in total, could you?

10      A.   No.

11      Q.   And you were dependent on Mr. Garduno to

12  send you drugs.

13      A.   Yes.

14      Q.   Because the drugs in Tennessee are a lot

15  more expensive compared for New Mexico, which is a

16  border state.

17      A.   Yes.

18      Q.   And did Mr. Garduno short you?

19      A.   He sent me an empty package.

20      Q.   And that made you upset?

21      A.   Yes.

22      Q.   And you wanted to hurt him?

23      A.   I sent someone to go talk to him.

24           MR. LOWRY:  No further questions, Your

25  Honor.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              THE COURT:  Thank you, Mr. Lowry.
 2              Mr. Villa -- oh, Ms. Bhalla, do you want
 3   to go?
 4              MS. BHALLA:  Thank you, Your Honor.
 5              THE COURT:  Ms. Bhalla.
 6                   CROSS-EXAMINATION
 7   BY MS. BHALLA:
 8       Q.   Good afternoon, Mr. Archuleta.
 9       A.   Good afternoon.
10       Q.   Mr. Beck asked you some questions on
11   direct examination about what I would refer to as
12   institutional knowledge.  Do you know what that
13   means?
14       A.   Would you explain?
15       Q.   Sure.  I think he asked you about it in
16   the context of an assault.  Okay?  And after an
17   assault in the SNM -- and you can think of any
18   assault that we've discussed today, okay -- is it
19   fair to say that the facts of that assault become
20   known to other members of the SNM?
21       A.   Yes.
22       Q.   And so who did what to whom and when
23   becomes common knowledge for SNM members; is that
24   fair to say?
25       A.   Yes.
```




SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1       Q.   And that's because people talk about it,
 2  don't they?
 3       A.   Yes, ma'am.
 4       Q.   And they don't have much else to do
 5  besides talking; is that right?
 6       A.   That's correct.
 7       Q.   So that's what they're going to talk
 8  about; is that fair to say?
 9       A.   Yes, ma'am.
10       Q.   Were you in custody when Javier Molina was
11  murdered?
12       A.   I don't believe so.  I think I was in
13  Tennessee.
14       Q.   Okay.  So you weren't there?
15       A.   No.
16       Q.   So you didn't see anybody do anything in
17  regards to that murder, yourself, did you?
18       A.   No, ma'am.
19       Q.   And when you got picked up in Tennessee
20  and brought back, and you wanted to cooperate with
21  the Government, they gave you a recording device;
22  right?
23       A.   Yes, ma'am.
24       Q.   And they put you next to Carlos Herrera;
25  right?

SANTA FE OFFICE                                                MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                    Albuquerque, NM 87102
(505) 989-4949                                                    (505) 843-9494
FAX (505) 843-9492                                       FAX (505) 843-9492
                                                                1-800-669-9492

PROFESSIONAL COURT
REPORTING SERVICE                          e-mail: info@litsupport.com

```
 1        A.    Yes, ma'am.

 2        Q.    And that was in, I want to say, 2016?

 3        A.    Yes, ma'am.

 4        Q.    Do you remember when in 2016?

 5        A.    Maybe January.

 6        Q.    Maybe January.  And do you know when

 7   Javier Molina was murdered?

 8        A.    I think 2014, maybe.  I'm not exactly

 9   sure.

10        Q.    So when you were placed next to Carlos,

11   Javier Molina, the homicide happened two years prior

12   to you being placed next to Carlos; right?

13        A.    Yes, ma'am.

14        Q.    And when you talked to Carlos about the

15   murder of Javier Molina, he told you what he heard

16   about the murder; isn't that true?

17        A.    Yes.

18              MS. BHALLA:  May I have a moment, Your

19   Honor?

20              THE COURT:  You may.

21   BY MS. BHALLA:

22        Q.    Just a few more questions.  You talked

23   about other stuff with Carlos Herrera; is that fair

24   to say?

25        A.    Yes.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.    And I think we saw some of the examples up

2  there on the screen?

3    A.    That's correct.

4    Q.    And one of those examples was where he

5  drilled a hole in the wall to store his drugs?

6    A.    I think he was talking about drilling a

7  hole through the visiting window to get drugs.

8    Q.    Okay.  To get drugs?

9    A.    Yes.

10    Q.    And that's not why Javier Molina is dead,

11  is it?

12    A.    No.

13    Q.    And when you were picked up by the FBI,

14  that was in -- remind me -- 2015?

15    A.    December 2, 2015.

16    Q.    And you were in Chattanooga, Tennessee?

17    A.    I was in --

18    Q.    Or close to there?

19    A.    Yes, ma'am.

20    Q.    Sorry.  I'm -- I just -- Chattanooga

21  stands out to me.

22    A.    Right.  I was taken to the Chattanooga FBI

23  office, where I was processed.

24    Q.    Okay.  And somebody from Albuquerque came

25  out there to talk to you, didn't they?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   Yes.

 2        Q.   And so that was a pretty big deal, right,

 3   for them to come all the way out there to talk to

 4   you?

 5        A.   Yes.

 6        Q.   And they talked to you about -- they asked

 7   you a bunch of questions.  And I think one of the

 8   things that you told them was that you didn't speak

 9   Spanish.  Do you recall telling them that?

10        A.   Yes.

11        Q.   You do speak Spanish, don't you?

12        A.   No, I don't.

13        Q.   You don't speak Spanish?

14        A.   I know slang words.  But to carry on a

15   conversation with you in Spanish, I wouldn't be able

16   to do that.

17        Q.   You will agree with me that you

18   interpreted Spanish --

19        A.   Right.

20        Q.   -- on direct examination today in this

21   courtroom.

22        A.   Those were certain slang words that I'm

23   aware of what they mean.

24        Q.   Okay.

25        A.   But I can't carry on a conversation with
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   you in Spanish.

 2        Q.   Okay.  What's the word for "mess"?

 3        A.   Well, the lingo that was provided on this

 4   screen was a desmadre.

 5        Q.   And that means messy, right, or mess, in

 6   your understanding of the word?

 7        A.   Yes.

 8        Q.   Okay.

 9             MS. BHALLA:  I think I'll pass the

10   witness, Your Honor.

11             THE COURT:  Thank you, Ms. Bhalla.

12             Mr. Villa, Ms. Jacks?

13             MR. VILLA:  We don't have any questions.

14             THE COURT:  Thank you, Mr. Villa.

15             MS. JACKS:  Nor do we, Your Honor.

16             THE COURT:  Thank you, Ms. Jacks.

17             Mr. Beck, do you have redirect?

18             MR. BECK:  Yes, I do.

19                    REDIRECT EXAMINATION

20   BY MR. BECK:

21        Q.   Mr. Archuleta, a few moments ago Ms.

22   Bhalla was asking you about institutional knowledge

23   and prison talk.  Do you recall that?

24        A.   Yes.

25        Q.   And I think she was asking you whether SNM
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    inmates, after an SNM assault happens -- whether

2    they talk about it on the yard.  Do you remember

3    that?

4         A.   Yes.

5         Q.   And do SNM inmates talk about official SNM

6    hits in the yard after they happen?

7         A.   Yes, they do.

8         Q.   And is that a method that the SNM uses to

9    learn who is involved in all of the SNM assaults or

10   murders?

11        A.   Yes, it is.

12        Q.   And then Mr. Lowry was asking you about, I

13   think, a young man at the methadone clinic who said

14   that he had been brought in by Gerald Archuleta?

15        A.   Yes.

16        Q.   Was that true?  Did you bring him in?

17        A.   No, I didn't.

18        Q.   So was that something that was disproven,

19   a rumor that was proved wrong within the SNM?

20        A.    I don't think it was among the S, the SNM.

21   He was never a member.  And it was never an issue.

22   We were kind of making light of it that day, because

23   this guy claimed to have known me, and he didn't

24   even know me.  And he came up with this wild story,

25   and it wasn't true.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   So would you say pretty quickly everyone
 2    knew that was not true?
 3        A.   Well, yes.
 4        Q.   And then I think he asked you about
 5    someone claiming a hotshot of Popeye.  Do you
 6    remember that?
 7        A.   Yes.
 8        Q.   And what is a hotshot?
 9        A.   A hotshot is when you mix a foreign
10    substance with, say, a shot of heroin so that it
11    kills you.
12        Q.   And is that a way to intentionally kill
13    someone with drugs?
14        A.   Yes.
15        Q.   Okay.  In the prison talk on the yard, did
16    all the SNM members talk about how this person gave
17    Popeye a hotshot?
18        A.   Yes.
19        Q.   And did they believe that that was true?
20        A.   Some did, some didn't.
21        Q.   Were there other members who also were
22    there participating when this Billy Baca gave Popeye
23    a hotshot?
24        A.   Not that I'm aware of.
25        Q.   And as far as you're aware, did anyone
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                  201 Third NW, Suite 1630
Santa Fe, NM 87501                                         Albuquerque, NM 87102
(505) 989-4949                                                  (505) 843-9494
FAX (505) 843-9492                                         FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1   come forward and claim that they ordered the

 2   hotshot?

 3        A.   No.

 4        Q.   I think you said, when Mr. Lowry asked you

 5   about the three different sort of groups that

 6   formed -- was one of the groups your group under

 7   Angel Munoz?

 8        A.   Yes.

 9        Q.   Was the second group, then, Billy Garcia's

10   group?

11        A.   Yes.

12        Q.   And was that the group under which Julian

13   Romero fell?

14        A.   Yes.

15        Q.   And was the third group Marty Barros'

16   group?

17        A.   Marty, no.

18        Q.   Who was the third group?

19        A.   It was Julian Romero, Billy Garcia, and I

20   don't believe that there were any other groups that

21   participated in that feud.

22        Q.   Where did Marty Barros fit into these

23   groupings?

24        A.   I don't think Marty Barros -- I don't even

25   know where Marty Barros was at the time.  I've never
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   talked to Marty Barros about the Julian Romero

2   issue.

3        Q.    Where did Mr. Baca, Anthony Ray Baca, Pup,

4   fit into these groups?

5        A.    He didn't.  He was out of state.

6        Q.    In 2015, in July 2015, did you order

7   anyone to assault Julian Romero?

8        A.    No.

9        Q.    And when Chris Garcia -- Chris Garcia --

10  is he an SNM member?

11       A.    Yes.

12       Q.    Is he the one who told you about it?

13       A.    Yes.

14       Q.    And when he called you and told you that

15  Julian Romero was assaulted, were you actually

16  surprised by that when he called you?

17       A.    Yes.

18            MR. BECK:  Nothing further, Your Honor.

19            THE COURT:  All right.  Thank you, Mr.

20  Beck.

21            All right.  Mr. Archuleta, you may step

22  down.

23            Did you have something else, Mr. Lowry?

24            MR. LOWRY:  Very briefly, Your Honor.

25            THE COURT:  All right.  Mr. Lowry.

SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                               Albuquerque, NM 87102
(505) 989-4949                                                            (505) 843-9494
FAX (505) 843-9492                                                  FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1                    RECROSS-EXAMINATION

 2   BY MR. LOWRY:

 3        Q.   This idea of rumors and dispelling them --

 4   again, you wrote your story for the FBI; correct?

 5        A.   Yes.

 6        Q.   And you say you don't really know who this

 7   gentleman was, but we'll just keep calling him Billy

 8   Baca, that claimed to have given Popeye a hotshot in

 9   your honor?

10        A.   Daffy, yes.

11        Q.   And in your statement to the FBI, you

12   said, "From that day on, the story went around that

13   Popeye's death was a result of a green light that

14   was called by Styx of SNM, and was being validated

15   by Billy Baca himself, as he told everyone that

16   would listen that he killed Anthony Popeye Apodaca,

17   and that he did it for Styx."

18             That doesn't sound like a rumor that was

19   dispelled.  That sounds like an ongoing claim that

20   was out there.

21        A.   Yes.

22        Q.   And that concerned you.

23        A.   Yes.

24        Q.   Now, your moniker is Styx; correct?

25        A.   Yes.
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                Albuquerque, NM 87102
(505) 989-4949                                                         (505) 843-9494
FAX (505) 843-9492                                                FAX (505) 843-9492
                                                                  1-800-669-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE                                      e-mail: info@litsupport.com

1      Q.    And people call you Styx because you are

2  thin.

3      A.    Yes.

4      Q.    And another word for Styx is, I think --

5  the Spanish term is palitos?

6      A.    People called me Palitos.

7      Q.    And again, you put the original call out

8  on Julian Romero?

9      A.    The original hit.

10      Q.    The original hit?

11      A.    Yes, I did.

12      Q.    And despite Billy Garcia asking you to

13  call it off, despite his nephew trying to kill you

14  over it, you never called it off, did you?

15      A.    I never called it off.

16            MR. LOWRY:  No questions, Your Honor.

17            THE COURT:  Thank you, Mr. Lowry.

18            Mr. Beck, do you have redirect?

19            MR. BECK:  Briefly, Your Honor.

20            THE COURT:  Mr. Beck.

21                   REDIRECT EXAMINATION

22  BY MR. BECK:

23      Q.    When you pled guilty in this case, did you

24  plead guilty to the charge for conspiring to assault

25  Julian Romero?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      A.   Yes, I did.

2      Q.   But in 2015, did you order anyone to

3  assault Julian Romero?

4      A.   In 200- -- no.

5           MR. BECK:  Nothing further, Your Honor.

6           THE COURT:  Thank you, Mr. Beck.

7           All right.  Mr. Archuleta, you may step

8  down.

9           Is there any reason Mr. Archuleta cannot

10  be excused from the proceedings, Mr. Beck?

11          MR. BECK:  Not from the Government.

12          THE COURT:  How about from the Defendants?

13  Can he excused?

14          MR. LOWRY:  He may be excused.

15          MR. VILLA:  Yes, Your Honor.

16          THE COURT:  All right.  You are excused.

17  Thank you for your testimony.

18

19

20

21

22

23

24

25

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   UNITED STATES OF AMERICA

2   STATE OF NEW MEXICO

3

4               C-E-R-T-I-F-I-C-A-T-E

5       I, Jennifer Bean, FAPR, RDR, CRR, RMR, CCR,

6   Official Court Reporter for the State of New Mexico,

7   do hereby certify that the foregoing pages

8   constitute a true transcript of proceedings had

9   before the said Court, held in the District of New

10  Mexico, in the matter therein stated.

11      In testimony whereof, I have hereunto set my

12  hand on this 15th day of March, 2018.

13

14        _____

15        Jennifer Bean, FAPR, RMR-RDR-CCR
          Certified Realtime Reporter
16        United States Court Reporter
          NM Certified Court Reporter #94
17        333 Lomas, Northwest
          Albuquerque, New Mexico 87102
18        Phone:        (505) 348-2283
          Fax: (505) 843-9492
19        License expires:  12/31/18

20

21

22

23

24

25

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com