1

1          IN THE UNITED STATES DISTRICT COURT

2            FOR THE DISTRICT OF NEW MEXICO

3    UNITED STATES OF AMERICA,

4                  Plaintiff,

5        vs.            NO:  CR-15-4268 JB

6    ANGEL DELEON, et al.,

7                  Defendants.

8

9        Transcript of excerpt of testimony of

10                  BRYAN ACEE

11        January 31, 2018 and February 1, 2018

12

13

14

15

16

17

18

19

20

21

22

23

24

25

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1                     I N D E X

2    EXAMINATION OF BRYAN ACEE

3      By Mr. Castellano                              5

4      By Mr. Lowry                                 143

5      By Mr. Maynard                               160

6      By Mr. Villa                                 169

7      By Ms. Jacks                                 229

8    EXAMINATION OF BRYAN ACEE

9      By Ms. Jacks                                 271

10     By Mr. Castellano                            280

11     By Mr. Lowry                                 310

12     By Mr. Maynard                               324

13     By Mr. Villa                                 330

14     By Ms. Jacks                                 333

15   REPORTER'S CERTIFICATE                         350

16                   EXHIBITS  ADMITTED

17   Government 495 to 502 Admitted                  50

18   Government 504 to 507 Admitted                  50

19   Government 528 through 530 Admitted            106

20   Government 528 through 538 Admitted            107

21   Government 539 through 547 Admitted             98

22   Government 548 through 560 Admitted             43

23   Government 561 through 567 Admitted             73

24   Government 568 through 573 Admitted             80

25   Government 574 through 580 Admitted             84

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                            201 Third NW, Suite 1630
Santa Fe, NM 87501                                    Albuquerque, NM 87102
(505) 989-4949                                                (505) 843-9494
FAX (505) 843-9492                                       FAX (505) 843-9492
                                                             1-800-669-9492
                                                  e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

3

```
 1   Government 581 through 585 Admitted            86

 2   Government 586 through 595 Admitted            65

 3   Government 596 through 605 Admitted            62

 4   Government 606 through 618 Admitted            57

 5   Government 628 through 635 Admitted            90

 6   Government 636 through 643 Admitted            77

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1                   Wednesday, January 31, 2018
 2              THE COURT:  The first witness is Mr. Acee?
 3              MR. CASTELLANO:  Yes, Your Honor, the
 4   United States calls FBI Special Agent Bryan Acee.
 5              THE COURT:  Mr. Acee, if you'll come up to
 6   the witness stand on my right, your left, before
 7   you're seated, Ms. Standridge will swear you in.
 8                        BRYAN ACEE,
 9         after having been first duly sworn under oath,
10         was questioned and testified as follows:
11              THE CLERK:  Please be seated, and spell
12   your name for the record.
13              THE WITNESS:  Good morning.  My name is
14   Bryan Acee, B-R-Y-A-N, A-C-E-E.
15              THE COURT:  Mr. Acee.  Mr. Castellano.
16              MR. CASTELLANO:  Thank you, Your Honor.
17              Ms. Standridge, before we begin, would it
18   be possible to have the visualizer?  I think the
19   computer screen is up there now.
20              THE CLERK:  It's on.
21              MR. CASTELLANO:  It will be a little bit
22   before --
23              MR. LOWRY:  Your Honor, we have a hand
24   raised in the jury box.
25              JUROR:  We're having trouble hearing.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

 

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1            THE COURT:  I've told them to speak up.
 2   Particularly at that table, grab a microphone.  I
 3   told them before y'all came in.  So --
 4                   DIRECT EXAMINATION
 5   BY MR. CASTELLANO:
 6       Q.   Please tell us about your training and
 7   experience.
 8       A.   Yes.  I began my law enforcement career in
 9   1997.  I'm just short of about 20 years.  I started
10   out as a police officer and a detective.  In 2008 I
11   applied for a job with the FBI as a special agent,
12   and I was hired the following year.  So I've been an
13   FBI special agent since 2009.
14            Over the past just about 20 years, I have
15   worked gangs and drug violations and organized
16   crime.  Of course, as a police officer I spent some
17   time doing patrol, and when I was able to promote
18   out of that, I worked as a detective, again working
19   gangs, drugs, organized crime.
20            The FBI, after graduating the academy,
21   sent me to New Mexico.  I worked here in Las Cruces
22   for about five and a half years, and then I was
23   transferred up to our Albuquerque Field Office in
24   Albuquerque, where I was assigned to the gang task
25   force.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1     Q.   What are your current responsibilities?

2     A.   So I'm a full-time FBI agent.  I work gang

3 and organized crime investigations.  I have some

4 collateral duties, one of which is I'm a firearm

5 instructor for the FBI, so I help agents do their

6 qualifications and training with the firearms.  I'm

7 one of our -- I've been a member of our SWAT team

8 for a long time.  I'm one of our team leaders now

9 for this region, so when the FBI SWAT team has a

10 call-out somewhere, I'll respond to that.  And I

11 serve as a training agent, basically a mentor, a

12 senior agent to the new agents when they graduate

13 the academy and they're assigned to Albuquerque.

14 Some of those agents are assigned to work with me

15 for about two years, and I'll stop there.

16     Q.   What types of responsibilities do you give

17 the agents under you when you're training them?

18     A.   Well, it's like learning to drive a car, I

19 guess, if I could use an analogy.  I'll start out by

20 driving and doing most of the stuff, and as they

21 gain that aptitude and extra confidences and

22 abilities, they'll start to take over, such as in

23 interviews, I'll do many of them so they can see my

24 style.  We'll often debrief after each incident and

25 talk about what was good, what was bad.  If

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1  everything goes well, about six months to a year
 2  into it, those agents are starting to conduct
 3  aspects of the investigation on their own under my
 4  supervision.
 5       Q.   As part of your training and experience,
 6  have you had any teaching opportunities?
 7       A.   I have.
 8            MR. LOWRY:  Relevance.
 9            THE COURT:  Overruled.
10       A.   I'm an adjunct professor for the FBI in
11  the areas of gangs, drugs, and the Juarez Cartel.
12  I've also served as a guest instructor at the
13  University of New Mexico and here in Las Cruces at
14  NMSU on those same topics.
15  BY MR. CASTELLANO:
16       Q.   Are you considered by the FBI to be a
17  subject matter expert in any areas?
18       A.   Yes, two; the first being the Juarez Drug
19  Cartel, and now the SNM Gang.
20       Q.   Do you have any expertise in terms of
21  firearms and interstate commerce?
22            MS. JACKS:  Your Honor, I'm going to
23  object because I think we were told specifically
24  that Mr. Acee is not testifying as an expert.
25            THE COURT:  He's not testifying yet.  He's
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1  giving his background.
 2           MR. CASTELLANO:  He's not, Your Honor.
 3           THE COURT:  Overruled.
 4  BY MR. CASTELLANO:
 5      Q.   So let's talk about your qualifications
 6  when it comes to firearms and the interstate nexus.
 7      A.   I completed the ATF's Firearm Specialist
 8  Academy.  That's significant in federal
 9  investigations, in that in order for the Government
10  to charge a firearms violation, we have to show
11  that, one, it's a firearm; and two, that it traveled
12  in interstate nexus, so over state lines.  So it's
13  an area of training, just to be able to make those
14  determinations and investigations.
15      Q.   Are you considered the lead case agent in
16  the investigation of the SNM prison gang?
17      A.   I am.
18      Q.   And did that investigation take place
19  largely in the New Mexico prison system?
20      A.   Yes, sir.
21      Q.   And why did the FBI get involved in a
22  state gang matter, if they're considered a state
23  gang that you're investigating?
24      A.   Our involvement focused on racketeering
25  activities, which are a federal violation.  They --
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                           201 Third NW, Suite 1630
Santa Fe, NM 87501                                                 Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 843-9492                                                 FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1   racketeering activities are composed of numerous --
 2   what would otherwise be state violations such as
 3   murder, assault, robberies, things of that nature,
 4   can be investigated by the Government as
 5   racketeering activity.
 6        Q.   And was that your plan when you got
 7   involved with this case?
 8        A.   Yes.
 9        Q.   How did you first get involved in this
10   case and when?
11        A.   In early 2015, I think it was late
12   February or early March, I was up at the
13   Penitentiary of New Mexico in Santa Fe.  That was
14   also where the Department of Corrections
15   headquarters is.  I was up there on a separate gang
16   investigation involving a California prison gang
17   that had moved out to New Mexico, when I was
18   approached by some officials from the Security
19   Threat Intelligence Unit.  They go by the acronym
20   STIU.  Basically, they're a gang unit, and those
21   officials provided me with eight letters that they
22   had intercepted from one of their informants within
23   the prison, that was to send the letters out to
24   members -- to people on the street.
25             And they presented those letters to me,
```

SANTA FE OFFICE                                      MAIN OFFICE
119 East Marcy, Suite 110                    201 Third NW, Suite 1630
Santa Fe, NM 87501                             Albuquerque, NM 87102
(505) 989-4949                                        (505) 843-9494
FAX (505) 843-9492                               FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1    explained that the letters were from some of the

2    bosses within the SNM Gang, and that they called for

3    the murder of two Department of Corrections

4    officials, the first being the cabinet secretary,

5    Gregg Marcantel, and the second being the head of

6    the gang unit, the statewide prison gang unit,

7    Dwayne Santistevan.

8         Q.   What did you do after receiving this

9    information?

10        A.   I opened a case on the SNM Gang.   We

11   comprised a task force and we began investigating

12   not only those threats but the gang as a whole.

13        Q.   Who did you try to partner with to further

14   this investigation?

15        A.   The task force was comprised of the FBI,

16   the New Mexico Corrections Department, and the

17   Bernalillo County Sheriff's Department in

18   Albuquerque.   Those were I'll call the full-time

19   task force participants.   We also had ad hoc or

20   part-time participation from all of the jails and

21   detention centers in New Mexico, as well as some of

22   the cold-case homicide units from the different

23   police departments and sheriff's departments around

24   the state.

25        Q.   As part of your investigation, did you

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    visit any of the state's prisons?

2         A.    I think I've been out at all of them, yes.

3         Q.    So let me ask you this:  You mentioned

4    that you were at the prison in Santa Fe.  What is

5    that normally referred to?

6         A.    PNM.

7         Q.    Is that the Penitentiary of New Mexico?

8         A.    Yes.

9         Q.    And when you're at PNM in Santa Fe, are

10   there facilities there known as the North and the

11   South?

12        A.    Yes, sir.

13        Q.    Please explain that to the members of the

14   jury.

15        A.    Simply stated, there are two facilities,

16   similar looking.  One is a little bit to the north,

17   and immediately south of that is the South.  The

18   North facility is also referred to as the Level 6.

19   That's the highest, most secure facility in our

20   state.  The South is a lesser secure facility, and

21   at the time housed the lower Level 5 facility, and

22   at the time it housed many of the state gang

23   members.  I think they call them the predatory

24   offenders; different units within that facility were

25   housed at Level 5.

SANTA FE OFFICE                                    MAIN OFFICE
119 East Marcy, Suite 110                    201 Third NW, Suite 1630
Santa Fe, NM 87501                            Albuquerque, NM 87102
(505) 989-4949                                        (505) 843-9494
FAX (505) 843-9492                               FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1    Q.   You told us about the North and the South

2  in Santa Fe.  Is there another facility often

3  referred to as the Southern?

4    A.   Yes.

5    Q.   What's the name of that facility?

6    A.   The Southern New Mexico Correctional

7  Facility is the facility here in Las Cruces.  I

8  often would confuse the South with Southern, so

9  there is definitely a distinction there.

10    Q.   You also mentioned partnering with

11  cold-case homicide units.  What was the purpose of

12  doing that?

13    A.   When we opened up the case on the SNM,

14  through our initial review of hundreds of documents,

15  we discovered that there were at least a dozen

16  cold-case homicides around the state that there was

17  suspected involvement with the SNM prison gang or

18  SNM members who were on the street and those cases

19  hadn't been solved.  So we started collaborating

20  with the cold-case units to let them know we were

21  looking into the cases, and we'd provide resources

22  and partner up with them.

23    Q.   I think you touched on this.  When you

24  refer to the term "cold case" in terms of a

25  homicide, what does that normally refer to?



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      A.   The trail has gone cold.   These are older

2   homicides, some dating back to -- in my case file, I

3   think we had some homicides dating back into the

4   '90s.

5      Q.   I want to talk to you about some of the

6   investigative techniques you used as lead case agent

7   in this case.   What types of, I guess, categories of

8   techniques did you use?

9      A.   I guess I'd categorize them as traditional

10   techniques and then advanced techniques.

11      Q.   What would be some of the traditional

12   investigative techniques that you would consider?

13      A.   A review of prior case files,

14   collaboration with other law enforcement, state and

15   local, interviewing former members of the gang,

16   associates of the gang, family members, witnesses,

17   reviewing -- in this case, since it's a prison gang,

18   there are going to be prison files.   Reviewing

19   those, reviewing old police reports.   Trying to

20   develop informants within the gang.   Conducting

21   surveillance, conducting drug and firearm buys, and

22   serving subpoenas, search warrants, analyzing phone

23   calls.   That sort of stuff I would call our

24   traditional investigative means.

25      Q.   Did you -- as part of this, part of the

SANTA FE OFFICE                                                                    MAIN OFFICE
119 East Marcy, Suite 110                                                  201 Third NW, Suite 1630
Santa Fe, NM 87501                                                          Albuquerque, NM 87102
(505) 989-4949                                                                       (505) 843-9494
FAX (505) 843-9492                                                              FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1    investigation, did you ever try to partner with

2    probation and parole authorities?

3         A.   We did.  So when I say we partnered with

4    the Department of Corrections, they oversee the

5    Probation and Parole Department as well.

6         Q.   And what type of things would you do with

7    probation and parole officials?

8         A.   We would often accompany parole officers

9    when they conducted home visits or interviews with

10   SNM members who were on the street.

11        Q.   For what purpose?

12        A.   To be introduced to them, to collect

13   information.  The parole officers oftentimes were

14   allowed to search their premises, to leaf through

15   their document, notes, letters.  And so we would go

16   to accompany them so that we could have potential

17   access to that information and that we could assess

18   some of these offenders on the streets for

19   ourselves.  I'll be honest, prior to this

20   investigation I didn't know a lot about the SNM, so

21   I was educating myself on the gang.

22        Q.   All right.  Is this still the 2015 time

23   period?

24        A.   Yes.

25        Q.   Now, you also mentioned approaching gang

SANTA FE OFFICE                                            MAIN OFFICE
119 East Marcy, Suite 110                        201 Third NW, Suite 1630
Santa Fe, NM 87501                               Albuquerque, NM 87102
(505) 989-4949                                          (505) 843-9494
FAX (505) 843-9492                                 FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

 1   members or suspected gang members.  How easy or

 2   difficult was that, from time to time, to meet with

 3   them or gather information from those individuals?

 4       A.   I don't want to say it was difficult.

 5   There were some challenges with it.  It depended if

 6   we wanted to overtly let them know we were the FBI,

 7   or if we wanted to maybe not broadcast that when we

 8   arrived and just assume a position of supporting

 9   parole.  As we gained momentum in the investigation,

10   most of my contacts with the SNM became overt.  We

11   would just let them know who we were and why we were

12   talking to them.

13       Q.   And what was the variety or array of

14   responses you would get when overtly meeting with

15   people who were either members or suspected members?

16       A.   Well, everyone was respectful, in terms of

17   respectful that the FBI agents were there to talk to

18   them.  Not everyone wanted to talk to us.  Many did,

19   and in different -- in varying levels of

20   cooperation.  For example, some would talk to me,

21   but they wouldn't want to go on the record.  Some

22   would say, "Yeah, I'm down.  I'll tell you what you

23   want to know."

24       Q.   As you begin using these initial

25   techniques to begin looking at the gang, what types

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   of assessments are you making about this

2   organization?

3        A.   What I'm looking for, in any criminal

4   organization, is their vulnerabilities.  As we study

5   them, our objective is to collect facts, to collect

6   evidence, and what routes would allow us to do that.

7   So in looking at the vulnerabilities of the SNM, one

8   of the major ones that we noticed and we focused on

9   was drug trafficking.

10       Q.   What about firearms?

11       A.   As well as firearms.  I think that goes

12  hand in hand with drug trafficking, but firearms and

13  drug trafficking.

14       Q.   Now, when you talk about crimes like that,

15  what would you do when you would come across a

16  violation of either the drug laws or firearms laws?

17       A.   So one of the things we kept our eye on,

18  one of the important reasons to liaison with the

19  state and local officers is, I let them know if they

20  arrested any SNM members or associates, to give us a

21  call, because oftentimes the SNM members had prior

22  felony convictions.  So we would have jurisdiction

23  there where we could adopt the case, take it from

24  the state and local level, bring it into federal

25  court and charge them with being a felon in



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   possession of a firearm.  The federal drug laws are

2   much like the state laws, and so I could adopt

3   state-level cases and bring them into the feds so

4   that I could prosecute them at a federal level.

5        Q.   And when it came to drugs, for example,

6   did you do any proactive work on the streets?

7        A.   We did.  We did what I'll refer to as

8   controlled buys.  We also did undercover buys,

9   targeting members and associates of the SNM.

10       Q.   And what would normally be the

11  follow-through when you conducted a controlled buy

12  of somebody?

13       A.   Well, do you want me to explain what --

14  the process of the controlled buy or what happened

15  afterward?

16       Q.   Let's begin with the process and then

17  afterwards.

18       A.   Sure.  So a controlled buy, in simple

19  terms, is a normal drug deal; it's just that we're

20  controlling it covertly.  So typically the way it

21  works is, we have an informant who has access to

22  said drug dealer, in this case an SNM dealer.  The

23  informant meets with us.  We cover what the

24  expectations are, what the procedures should look

25  like.  We've already arranged how much we're going

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  to purchase and what it's going to cost so that

2  we're prepared for that.

3          When it comes time for the informant to

4  make the purchase, we establish a surveillance team.

5  After conducting a briefing, we set up on the

6  location where we're going to do the buy so that we

7  can watch it, and then I equip the informant with a

8  recorder and a live wire.  That's important, so

9  that, one, it records; and two, I can hear the

10  transaction, because they're dangerous.

11          And one of the things that we have to have

12  in place is a rescue team in case it's a rip-off or

13  a robbery or something else occurs that would

14  necessitate the agents rushing into the scene to

15  render it safe.

16          Before we send the informant to make the

17  purchase, we search him or her and their vehicle to

18  make sure there is no contraband, there is no drugs

19  in the car, there is no extra money.  If they have

20  money, I hang onto it; I count it in front of them,

21  and I'll give it back to them later because we don't

22  want any extra drugs purchased.

23          Once the transaction happens, it takes

24  place, we're listening to it, and watching it from a

25  surveillance platform.  The informant drives away

SANTA FE OFFICE                                                                    MAIN OFFICE
119 East Marcy, Suite 110                                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                                          Albuquerque, NM 87102
(505) 989-4949                                                                   (505) 843-9494
FAX (505) 843-9492                                                        FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1   from the drug deal, meets us at a predetermined

2   location.  We collect the evidence, we debrief them,

3   we search them and their car again, again to make

4   sure there is no extra contraband or funny business.

5          Transitioning to the second part of your

6   question, we use those controlled buys to establish

7   probable cause to arrest people and to serve search

8   warrants, which was a big part of this

9   investigation.

10     Q.   You mentioned the use of informants.  Do

11  you sometimes also use undercover agents?

12     A.   Yes.  It's difficult to have an undercover

13  agent cold-call somebody or meet them.  So we'll use

14  the informant to do the initial purchases, then

15  they'll introduce their cousin or their friend, or

16  someone, and that's when we'll insert an undercover

17  agent to take over those buys.

18          The same procedures, protocols take place

19  when the undercover does a buy, minus searching

20  them.  I wouldn't search an undercover FBI agent,

21  but all the other safety precautions and

22  evidence-handling precautions are there.

23     Q.   On that scenario, you mentioned

24  introducing somebody as friend or a cousin.  Is that

25  friend or cousin the undercover agent?



SANTA FE OFFICE                                    MAIN OFFICE
119 East Marcy, Suite 110                   201 Third NW, Suite 1630
Santa Fe, NM 87501                          Albuquerque, NM 87102
(505) 989-4949                                     (505) 843-9494
FAX (505) 843-9492                             FAX (505) 843-9492
                                                 1-800-669-9492
                                            e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1        A.    Yes.

2        Q.    Now, through some of these proactive

3   techniques, do you have examples of people from this

4   case who you arrested under those circumstances?

5   Let me begin with someone named Mario Montoya.

6        A.    Yes.

7        Q.    What happened with him?

8        A.    I utilized an SNM member who was willing

9   to work with us.  I signed him up as -- excuse me.

10  He was already a Bernalillo County Sheriff's

11  informant.  And so in my liaison with that

12  department, I found out that they had an SNM member

13  who could make buys from other members.  So we

14  utilized that informant to buy from Mario Montoya.

15  And following those same protocols I just explained,

16  we did a series of buys from Mario.

17       Q.    Now, you said you utilized an SNM member.

18  How did you know that person was a SNM member?

19       A.    The sheriff's department knew he was.  I

20  met him.  I talked to him.  He was a self-admitted

21  one.  He claimed to be one.

22       Q.    And along the same lines with the

23  undercover purchases, what can you tell the jury

24  about any operation regarding someone named Chris

25  Garcia?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   A. Chris Garcia is an SNM member that lived

2 on the streets in Albuquerque, was a pretty prolific

3 heroin and crack cocaine dealer for many years.  He

4 was one of our instant and immediate targets in the

5 investigation, the proactive portion, the portion on

6 the streets.  And we utilized, I think, three

7 separate undercover -- excuse me, three separate

8 informants and then eventually an undercover agent

9 to buy from Chris Garcia.

10   Q. Now, in each of those examples, were both

11 Mario Montoya and Chris Garcia charged with drug

12 offenses?

13   A. Yes.

14   Q. I'm going to ask you about another person

15 named Robert Lovato.  How did you come across him,

16 if you did?

17   A. During I believe it was our phase 2

18 operation or take-down of this case, after many

19 months of investigations, we would take the case

20 down in phases.  And during our second phase, I had

21 asked the Department of Corrections to once again

22 conduct parole searches on all SNM members on the

23 street.  And this was contemporaneous with us

24 serving federal search warrants on other members and

25 arresting members.  So while we're out doing that,

SANTA FE OFFICE                  MAIN OFFICE
119 East Marcy, Suite 110           201 Third NW, Suite 1630
Santa Fe, NM 87501            Albuquerque, NM 87102
(505) 989-4949              (505) 843-9494
FAX (505) 843-9492           FAX (505) 843-9492



1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1   the Department of Corrections parole officers are

2   searching SNM parolees' houses.  And the parole

3   officers located a firearm in Mr. Lovato's house.

4       Q.   Under those circumstances, were those some

5   of the means you used to get into the gang or to

6   unveil criminal activity?

7       A.   Yes.

8       Q.   Was Mr. Lovato charged with anything?

9       A.   He was charged with being a felon in

10  possession of a firearm.

11      Q.   Does there come a point where undercover

12  operations only take you so far in an investigation?

13      A.   Yes.

14      Q.   And what techniques do you then employ

15  once you get to a certain point?

16      A.   Well, some of the other techniques we can

17  employ, and did in this case, is wiretaps or phone

18  taps.  We call them wire intercepts.  We did a

19  series of those.  And then we also do what the FBI

20  refer to as covert electronic surveillance, and

21  that's bugs, wires; those are the terms used.  But

22  recording devices, hidden ones.

23      Q.   As part of the use of these techniques,

24  did you get court orders beforehand to wiretap a

25  phone?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      A.   Yes.   If I remember correctly we did eight

2  or nine wiretaps with, I think, eleven extensions.

3  And we did all of those through the Court.   The

4  Court allows us to do those for 30 days at a time,

5  and that's why it necessitated so many extensions.

6  We would go back to the Court and request an

7  extension.   In every wiretap in this case, we had

8  court orders to do that.

9      Q.   And on whose phone would you be listening?

10  Give us examples, please.

11      A.   Sure.   Do you want examples by name, or --

12      Q.   Yes.

13      A.   Okay.   For example, I believe you heard

14  about an informant named Eric Duran.   He's one of

15  the individuals that I caused to have a phone inside

16  the prison that we had a wiretap on.   All of the

17  wiretaps in this case were phones utilized by

18  informants who were talking to other SNM members,

19  either buying drugs or buying guns or talking about

20  murders or other SNM business, and I wanted those

21  incidents recorded.   So I'd provide them with a

22  phone and get a court order to make sure we were

23  recording those phone calls and text messages.

24      Q.   All right.   You just mentioned having the

25  phone in prison.   Are phones, cellphones, allowed in

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                 Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 843-9492                                                 FAX (505) 843-9492



1-800-669-9492
e-mail: info@litsupport.com

1   prisons?

2       A.   They are not.

3       Q.   What steps did you have to take in order

4   to introduce a phone into a facility like that?

5       A.   I had to get the permission of the deputy

6   secretary, who was the point of contact in this

7   operation.  That was a gentleman by the name of Mark

8   Myers, who is now retired.  Normally, we would

9   probably go to the cabinet secretary, but in this

10  case he's the victim, so we were not communicating

11  with him and not going to him for resources.  So we

12  went to Mr. Myers.  I got his permission.  And then

13  we went through the steps of actually introducing

14  the phone into the facility, which was -- has its

15  own challenges.

16      Q.   You mentioned an alleged victim.  So if

17  Mr. Marcantel is an alleged victim in this case, why

18  would you not go to him for permission?

19      A.   It's just not appropriate, in my mind.  We

20  shouldn't.  As a victim, he should not be involved

21  and was not involved in our investigation.  We

22  immediately identified another point of contact, and

23  that was Deputy Secretary Myers.

24      Q.   And were there times when permission would

25  also be sought of wardens of the facilities?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      A.    Yes.  That did occur.  I would not

2  communicate beyond Mr. Myers, but he would filter to

3  people within his office that needed to know.

4      Q.    Generally speaking, I think you mentioned,

5  are cellphones contraband in the facility?

6      A.    They are contraband.

7      Q.    So under these circumstances, were they

8  permitted with the permission of the appropriate

9  officials?

10     A.    Yes.  Our phones that went in appeared to

11  be contraband to anyone that saw them.  But we had

12  the required permissions to have them in there.

13     Q.    And how many phones did you introduce into

14  facilities as part of this investigation?

15     A.    Two.

16     Q.    And did you follow the same procedures on

17  each occasion?

18     A.    I did.

19     Q.    Now, since this is a prison facility, was

20  this something that you made widely known to the

21  particular institution where the phone was?  Or what

22  steps did you take to conceal that?

23     A.    No, quite the opposite.  We didn't want it

24  known, and we wanted it known to as few people as

25  possible.  If I remember correctly, our legal

SANTA FE OFFICE                                                              MAIN OFFICE
119 East Marcy, Suite 110                                                201 Third NW, Suite 1630
Santa Fe, NM 87501                                                      Albuquerque, NM 87102
(505) 989-4949                                                                (505) 843-9494
FAX (505) 843-9492                                                        FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1  department actually had those that were aware of the

2  operation sign documentation that they would keep it

3  secret.  At the time, we had convened a federal

4  grand jury and the folks that knew about our secret

5  operation in the prison had to sign forms saying

6  that they would keep that information confidential.

7       Q.   Why did you want to reduce the number of

8  people who knew about the operation?

9       A.   A prison environment is a tough place to

10 do any kind of undercover work.  And unfortunately,

11 no disrespect to the Department of Corrections, but

12 we and the State Police arrest a lot of correctional

13 officers who bring phones or other contraband in or

14 have sex with inmates or other violations.  And so

15 from my perspective, it's not a trustworthy

16 environment where we want to put that business out.

17          The other problem is the inmates.  You

18 know, they're largely standing and sitting around

19 watching everything that moves around them in the

20 pods and around the facility, and having a lot of

21 extra movement is not a good thing in that kind of

22 investigation.

23       Q.   Earlier you mentioned Mario Montoya and

24 the drug investigation regarding him.  What happened

25 as a result of him being charged with drug offenses?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   He was placed on federal pretrial
 2   supervised release under the authority -- or excuse
 3   me, not the authority; under the authority of the
 4   Court but under the supervision of the FBI.  People
 5   that are awaiting trial are under some kind of
 6   supervision, and in this case it was under our
 7   supervision.  He was subsequently relocated from New
 8   Mexico to another state.
 9        Q.   When you released him under your
10   supervision, it was for what purpose?
11        A.   To relocate him, keep him available for
12   court proceedings, for these proceedings, and to get
13   him out of New Mexico and away from the SNM.
14        Q.   Did Mr. Montoya do work for the FBI in an
15   undercover capacity?
16        A.   He did.
17        Q.   And what can you tell us about the use of
18   any phone issued to him by the FBI?
19        A.   I provided Mr. Montoya with a cellphone
20   that had the wiretap that I described earlier.  Mr.
21   Montoya was utilized to purchase drugs.  I can't
22   remember if he purchased any firearms.  He
23   subsequently acquired one from Mr. Garcia.  But he
24   was used to meet with other SNM members, and then to
25   make drug buys, controlled drug buys.  He also was
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1  later utilized as a -- furthering his undercover

 2  capacity on the streets in the plot to kill

 3  Marcantel and Santistevan.

 4      Q.   So you had him involved with that part of

 5  the investigation?

 6      A.   I did.

 7      Q.   What types of phones did you issue to

 8  Mr. Duran and Mr. Montoya?

 9      A.   They had flip phones, just kind of

10  old-school Walmart $19.99 flip phones.  Particularly

11  in the prison setting, because of the means in which

12  the phones are smuggled, it needed to be a smaller

13  phone that looked like it could be in a prison

14  environment.

15      Q.   Okay.  So you mentioned utilizing Eric

16  Duran, who was in prison; and Mr. Montoya out of

17  prison.  What -- at some point in time do they cross

18  paths in this investigation?

19      A.   They do.

20      Q.   And how is it that they cross paths?

21      A.   We had caused Mr. Baca to return from the

22  prison he was at in Colorado to New Mexico.  Mr.

23  Baca was situated in a cell next to Mr. Duran.  As

24  those two conversed, Mr. Baca was made aware of the

25  fact that Duran had a cellphone and Duran would make

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                    Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                    FAX (505) 843-9492



1-800-669-9492
e-mail: info@litsupport.com

1    calls for Baca.  He couldn't hand the phone to him

2    because they were in separate cells, but there were

3    vents between the cells where Duran could put it on

4    speaker and hold it next to the vent and Baca would

5    talk into it.

6              During this process and the plot to murder

7    Gregg Marcantel, there was much discussion about who

8    was a good member on the streets that would actually

9    do this hit.

10             Now, I'm aware of this because Duran is

11   participating in this and there's phone calls.  On

12   the other end of it, I'm aware of it because they're

13   reaching out to Chris Garcia, that SNM drug dealer

14   that I talked about earlier, and they're wanting

15   Chris to finance the operation and find somebody

16   that would do the operation.

17             Our concern was they find somebody that's

18   not working for us, and they could be successful.

19   So this is where we inserted Mario Montoya, and we

20   suggested -- on Mario's end, we're pushing him to

21   get in touch with Chris so that he presents himself,

22   shows that he's available to do this.  And on Eric

23   Duran's end, I'm also pushing him to, say, suggest

24   Mario.

25             Now, Mario and Eric don't know they're

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1   both working for the FBI, so both phones -- we're

2   kind of getting double recordings there, but that's

3   all right.

4       Q.   That's what I was going to ask you, is

5   whether or not those two, as cooperators in this

6   investigation, knew that the other one was

7   cooperating.

8       A.   They did not.

9       Q.   Why did you not share that information

10  with each of them?

11      A.   They didn't need to know that.  The

12  informants just need to follow their instructions,

13  and they're not privy to the investigative

14  techniques that we are.  They're not part of the

15  decision process.

16      Q.   How did you come to know Eric Duran?

17      A.   I started off by explaining how the

18  threats evolved and how I got involved in the case,

19  excuse me.  And the informant that had provided the

20  letters to the STIU officials was Eric Duran.  He

21  had at that time been an STIU informant, I think,

22  for a little while, and then he had been introduced

23  to some other FBI agents.

24          I didn't meet Mr. Duran till later that

25  summer because another FBI agent was working with

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                             FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1  him.  So I would just coordinate with that agent

2  what Duran's efforts were.  But at that time I

3  hadn't given him a phone yet.  I hadn't given him a

4  recording device yet.  I was getting intelligence

5  updates from him.

6       Q.   Now, you mentioned meeting Mr. Duran in

7  the summer.  What year?

8       A.   I think it was August of 2015.

9       Q.   Now, for what purpose did you come to know

10 Mr. Duran and -- instead of the other agent you --

11 agent or agents you mentioned that he was working

12 with?

13      A.   There were a couple of factors.  At that

14 point we're -- you know, we're four to five months

15 into the investigation.  It was largely -- it

16 started out largely as proactive operations on the

17 street, because we didn't know how big the threat

18 was, and I didn't know the SNM.  So my first

19 objective was:  Let's hit the streets.  The prison

20 officials can tell us who is there.  Let's find out

21 what threats are on the street.  Let's look for

22 vulnerabilities in these guys.  How are we going to

23 get into them?  Where do they make their mistakes?

24 Let's study them a little bit.

25           So three or four months into this, we're

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1 now in the full swing of this investigation.  It's

2 picked up momentum.  And at that point I think it's

3 safe to say our task force took over the management

4 of all SNM informants in the state.  If a police

5 department had one, another federal agency had one,

6 we would push to manage that.  And so that is

7 largely how that other agent said, "Okay, here's

8 Eric Duran," and I sat down and met him for the

9 first time in August.

10      Q.   So you told the members of the jury that

11 you first received information about a threat in

12 March of 2015; that you meet Eric Duran in August of

13 2015.  And when is it that you make arrangements to

14 return Mr. Baca to New Mexico?

15      A.   I believe it was October, two months

16 later.

17      Q.   Okay.  You mentioned the name Mr. Baca.

18 Do you see him in court today?

19      A.   I do.

20      Q.   Please point him out and identify him for

21 us.

22      A.   He's seated against the back wall.  He has

23 a shaved head, a dark-colored suit, and a

24 brownish-colored tie.

25      Q.   Why, as part of this investigation, did

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1  you try to have Mr. Baca moved back to New Mexico?

 2       A.   Well, as we dug deeper into the threats

 3  and what was behind them, as we dug deeper into the

 4  SNM, we learned a couple of things that pertained to

 5  that movement.  One is that Mr. Baca was a leader,

 6  and that Mr. Baca had -- the idea to hit corrections

 7  officials, according to other members of the gang,

 8  had originated with Mr. Baca; that he wanted, I

 9  think his words were, "to put the SNM on the map"

10  with the other prison gangs around the country.

11            MR. LOWRY:  I'm going to have to object.

12  This is hearsay.

13            THE COURT:  Well, we probably don't need

14  to be eliciting it from him, so sustained.

15            MR. CASTELLANO:  Understood, Your Honor.

16  BY MR. CASTELLANO:

17       Q.   So as part of the investigation, did it

18  become important to move Mr. Baca back to further

19  the investigation?

20       A.   Yes.

21       Q.   Where was he before he was returned to New

22  Mexico?

23       A.   He was in Florence, Colorado, at a federal

24  facility.  Not there on federal charges; just an

25  interstate compact, there as a state inmate.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   So is it your understanding through the
 2   compact that sometimes states exchange prisoners
 3   with each other?
 4        A.   Yes.
 5        Q.   So just to be clear, Mr. Baca is in
 6   Colorado on exchange, not on a new crime committed
 7   in Colorado?
 8        A.   Correct.
 9        Q.   Were you aware of whether Mr. Baca was
10   fighting his transfer out of state and wanted to
11   return to the state?
12             MR. LOWRY:  Objection, leading.
13             THE COURT:  Overruled.
14        A.   Yes, he was fighting it.  The paperwork
15   that I reviewed indicated that there was a process.
16   He was fighting it and --
17             MR. LOWRY:  Objection, Your Honor.  This
18   is hearsay.
19             THE COURT:  Lay a foundation as to how he
20   got the information.
21   BY MR. CASTELLANO:
22        Q.   Let me just ask you this:  From the
23   investigation, was it your understanding that Mr.
24   Baca wanted to return to New Mexico?
25        A.   Yes.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1        Q.    So as part of this investigation, what did

2    you make it look like when he returned to New

3    Mexico?

4        A.    That his wish was granted.

5        Q.    Okay.  So if he's here in approximately

6    October of 2015, what do you do to further the

7    investigation focusing on Mr. Baca?

8        A.    I asked that the Department of Corrections

9    house him next to Eric Duran, because Duran had a

10   recording device and he had a cellphone.  The

11   Department of Corrections did that.  At the time,

12   Duran and several over members of the SNM were

13   housed at the North facility, the Level 6 facility.

14   When Mr. Baca arrived back to New Mexico, that's

15   where he went, and he landed in the cell next to

16   Mr. Duran.

17       Q.    And just to remind the members of the

18   jury, the North facility is the one in Santa Fe?

19       A.    Yes, sir.

20       Q.    All right.  Tell us how the operation

21   proceeds once Mr. Duran, with a phone, and Mr. Baca

22   are next to each other?

23       A.    Mr. Duran started recording certain

24   statements Mr. Baca made.  Mr. Baca would

25   participate in and make phone calls through

SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                         201 Third NW, Suite 1630
Santa Fe, NM 87501                                                 Albuquerque, NM 87102
(505) 989-4949                                                              (505) 843-9494
FAX (505) 843-9492                                                  FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1  Mr. Duran's cellphone.  And at the point in which

2  Mr. Baca wanted to communicate the mechanics of the

3  hit on Gregg Marcantel, phone calls were made to

4  Chris Garcia, a member who was on the streets, the

5  one that we'd been buying drugs from.

6              Baca asked --

7              MR. LOWRY:  Objection, Your Honor,

8  hearsay.

9              THE COURT:  Are you trying to elicit this

10 out-of-court statement?

11             MR. CASTELLANO:  No, Your Honor.

12             THE COURT:  All right.  Let's move on.

13 BY MR. CASTELLANO:

14    Q.   So I won't worry about statements at this

15 point.  What I'm going to ask you is whether or not

16 there were recordings made from the interactions

17 from Mr. Duran and Mr. Baca.

18    A.   There were a lot of recordings made.

19    Q.   And you also mentioned earlier that by

20 this time, Mr. Duran has the phone and then Mr.

21 Montoya has a phone on the streets.  Is this the

22 part of investigation where they come together and

23 you have a phone conversation from in the prison and

24 outside of the prison being recorded?

25    A.   Yes.

SANTA FE OFFICE                                                      MAIN OFFICE
119 East Marcy, Suite 110                                      201 Third NW, Suite 1630
Santa Fe, NM 87501                                              Albuquerque, NM 87102
(505) 989-4949                                                              (505) 843-9494
FAX (505) 843-9492                                                  FAX (505) 843-9492
                                                                          1-800-669-9492
                                                              e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

1        Q.   So what other types of crimes did you

2   investigate as part of this larger investigation?

3        A.   Drug dealing, firearms trafficking,

4   firearms possession, use of a firearm in furtherance

5   of drug trafficking or in a crime of violence,

6   carjacking, Hobbs Act armed robbery, intimidation of

7   witnesses, and introducing contraband into a jail or

8   prison facility.

9        Q.   Now, eventually, as this investigation

10  progresses, does there come a point where you, in

11  connection with the U.S. Attorney's Office, make

12  charging decisions and present a case, the case to a

13  grand jury?

14       A.   Yes.

15       Q.   And approximately when did that happen?

16       A.   Around the 1st or 2nd of December 2015.

17       Q.   And did you name that part of the process

18  or the investigation?

19       A.   Phase 1.

20       Q.   And since you have a phase 1, did you have

21  in mind later on having later phases as part of this

22  investigation?

23       A.   Yes, sir.

24       Q.   So as part of phase 1, tell us what

25  happened once the case was presented to the grand

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                        201 Third NW, Suite 1630
Santa Fe, NM 87501                               Albuquerque, NM 87102
(505) 989-4949                                         (505) 843-9494
FAX (505) 843-9492                                 FAX (505) 843-9492
                                                    1-800-669-9492
                                           e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    jury.  What happened with the investigation?

2         A.   The indictment was presented to the grand

3    jury, arrest warrants were issued.  Following that,

4    we spent a couple of days conducting site

5    assessments of where all the targets or the people

6    to be arrested were.  We brought in extra resources

7    from the FBI, SWAT teams, helicopters, aircraft, the

8    stuff that we need to conduct simultaneous takedown

9    around the state, if you will.

10             And so we did that, if my memory serves me

11   correct, December 3, 2015, very early in the

12   morning.  In fact, we started at 4:00 a.m., I

13   believe.  Some of the search warrants that I wrote,

14   we were granted permission from the Court to serve

15   them at that time in the morning.

16             So we served dozens of search and arrest

17   warrants.  At the same time, the New Mexico

18   Corrections Department locked down five prison

19   facilities around the state that housed SNM members

20   and their internal -- I believe they call it --

21   SCRT, their Special Corrections Response Team,

22   extracted the SNM members and searched their cells.

23   And if my memory serves me, the Department of

24   Corrections Probation and Parole conducted about 45

25   parole searches around the state of SNM members.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   Now, you said the prison facilities are
 2   locked down.  What's your understanding of what a
 3   lockdown is at a facility?
 4        A.   There is no movement by the inmates.
 5   Everyone stays in their cell, and all programming
 6   and movement is suspended until the lockdown is
 7   lifted.
 8        Q.   And if you recall, which facilities were
 9   involved with the lockdown?
10        A.   PNM up in Santa Fe; Southern, down here in
11   Las Cruces; Western, out in Grants, New Mexico;
12   Eastern -- that location escapes me -- and Central,
13   which is in Los Lunas, New Mexico.
14        Q.   Is Central the prison you see when you're
15   driving between Albuquerque and Las Cruces on the
16   side of the road?
17        A.   Yes, it would be on your right if you're
18   going northbound.  So it's located east of the
19   freeway.
20        Q.   And as part of that process, what happened
21   to individuals who were arrested on that particular
22   day of the takedown?
23        A.   We set up what I'll call a prisoner
24   processing center.  We took over a state building in
25   downtown Albuquerque.  They call it the Gold
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    building.  It's a New Mexico Corrections Department

2    building.  And because there were arrests taking

3    place all over the state, as well as out of state,

4    actually -- there were a couple of operations -- as

5    arrestees were arrested, they were brought to the

6    central processing area so that we could fully

7    identify them, fingerprint them, photograph them,

8    and then read them their rights and attempt to

9    interview them.

10        Q.   And you mentioned photographing people.

11   What was the purpose of photographs?

12        A.   Twofold.  I'd written a search warrant

13   to -- I'd requested the Court's permission to

14   photograph them, basically their entire body minus

15   genitalia.  That was to capture their tattoos, both

16   street gang tattoos and prison gang tattoos.  The

17   search warrant also authorized, I forgot to mention

18   earlier, the collection of DNA, which is a protocol

19   we have to do in the FBI when we arrest somebody;

20   and then to interview them.

21        Q.   I'm going to begin with the people that

22   are on trial here, and I'm going to show you some

23   photographs.  I'll begin with Government's Exhibit

24   548, 549, 550, 551, 552.

25             MR. LOWRY:  Your Honor, may we approach

SANTA FE OFFICE                                                      MAIN OFFICE
119 East Marcy, Suite 110                                       201 Third NW, Suite 1630
Santa Fe, NM 87501                                               Albuquerque, NM 87102
(505) 989-4949                                                            (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1   real quickly?

2           THE COURT:  You may.

3           MR. CASTELLANO:  Those will be 549 through

4   560.

5           (The following proceedings were held at

6   the bench.)

7           THE COURT:  So you're going 548 through

8   560.  There are no gaps there?

9           MR. CASTELLANO:  That's correct, Your

10  Honor.

11          THE COURT:  Mr. Lowry.

12          MR. LOWRY:  Your Honor, I should have

13  talked to Mr. Castellano earlier about working out a

14  protocol.  If he'd read off the Bates numbers, if

15  he's not going to show them to me in the court.

16  They disclosed all the exhibits.  We're just going

17  to work on that level.  It would be nice to get a

18  heads-up.

19          THE COURT:  He did yesterday.  He told you

20  what exhibits the exhibits were going to be, and

21  offered to show them to you yesterday.

22          MR. LOWRY:  We looked at them this

23  morning.  We don't mind the full-body shots.  I'm

24  not sure how many -- 12 photographs are necessary of

25  Mr. Baca.  It's overkill.

SANTA FE OFFICE                                                                              MAIN OFFICE
119 East Marcy, Suite 110                                                            201 Third NW, Suite 1630
Santa Fe, NM 87501                                                                   Albuquerque, NM 87102
(505) 989-4949                                                                                   (505) 843-9494
FAX (505) 843-9492                                                                      FAX (505) 843-9492
                                                                                                   1-800-669-9492
                                                                                     e-mail: info@litsupport.com




BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1            MR. CASTELLANO:   These are actually Mr.
 2  Sanchez.
 3            THE COURT:   There's a whole bunch there.
 4  It's not just Mr. Baca.
 5            MR. LOWRY:   Fair enough.   I don't have
 6  standing to --
 7            THE COURT:   Well, it's all four
 8  defendants; right?
 9            MR. CASTELLANO:   That series is only Mr.
10  Sanchez, and there is a series for each of these
11  defendants.
12            MR. LOWRY:   I guess I'm objecting just to
13  the scope, the volume of the --
14            THE COURT:   Well, there's body shots,
15  there's close-ups, and everything else here.   I
16  think it's coming in.
17            (The following proceedings were held in
18  open court.)
19            THE COURT:   All right.   Mr. Castellano.
20  BY MR. CASTELLANO:
21      Q.   Agent Acee, I'm handing you what's been
22  marked for identification Government's Exhibits 548
23  through 560.   Please look at these exhibits and tell
24  us if you recognize each of those exhibits.
25      A.   I do.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1      Q.   Are those a fair and accurate depiction of

2 the photographs taken on December 3 of 2015?

3      A.   They are.

4      Q.   And those are photographs of who?

5      A.   These are photographs of Daniel Sanchez.

6           MR. CASTELLANO:   Your Honor, I move the

7 admission of Government's Exhibits 548 through 560.

8           THE COURT:   Any objection, Ms. Jacks?

9           MS. JACKS:   No objection, Your Honor.

10          THE COURT:   All right.   Government's

11 Exhibits 548 through 560 will be admitted into

12 evidence.

13          (Government Exhibits 548 through 560

14 admitted.)

15          MR. CASTELLANO:   With the Court's

16 permission, I'd like to publish them to the jury.

17          THE COURT:   You may.

18 BY MR. CASTELLANO:

19     Q.   Beginning with 548 -- and we'll just go

20 sequentially through them.   Government's 548, there

21 is a name and date of birth redacted and the date

22 12/3 of 2015.   So is this consistent with what you

23 were telling us about doing the roundup and the mass

24 arrests in December of 2015?

25     A.   Yes.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1      Q.   The name Daniel Sanchez -- is that the
 2 person you know as Daniel Sanchez from this case?
 3      A.   It is.
 4      Q.   And do you see Daniel Sanchez in the
 5 courtroom?
 6      A.   Yes, sir.
 7      Q.   Would you please point him out and
 8 identify him for us?
 9      A.   He's seated to the left of defense
10 counsel, left side of the courtroom, looks like a
11 blue suit and bluish-grey shirt with a blue tie.
12           MR. CASTELLANO:   Let the record reflect
13 that Agent Acee has previously identified Mr. Baca,
14 and has now identified Mr. Sanchez.
15           THE COURT:   The record will so reflect.
16 BY MR. CASTELLANO:
17      Q.   Turning to Exhibit 549, I want to ask you
18 about any interpretation or meaning of these
19 tattoos, Agent Acee.  But I want to ask you, as you
20 took photographs or had someone photograph the
21 people on this occasion, whether you saw common
22 trends in some of the tattoos.
23      A.   Okay.
24      Q.   So looking at Exhibit 549, do you see
25 anything there or similar that you've seen on other
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   people arrested?

 2        A.   Yes.

 3        Q.   Okay.  Please start with the first one you

 4   see.

 5        A.   As you look at the photo, to the left side

 6   of the photo on Mr. Sanchez's right forearm, lower

 7   bicep area, the letter N, and the same location on

 8   the opposite arm, you see the M for New Mexico.

 9        Q.   Turn to Exhibit 550.  Is that focusing on

10   the hands you told us about previously?

11        A.   Yes, sir.

12        Q.   Exhibit 551.  Same question.  Are they --

13   are you just focusing primarily on the M there?

14        A.   Yes.

15        Q.   Exhibit 552, I want to draw your

16   attention -- we may have another photograph in a

17   second -- the left elbow shown in that picture?

18        A.   Yes.  There's two things with that.  The

19   Zia that I think we'll see in a subsequent picture,

20   and then up toward the top of the photo, that's

21   depicting his left shoulder, kind of the front of

22   his shoulder, the female with the sombrero.  That's

23   often referred to as a chata, and that's a common

24   tattoo that we see.

25        Q.   Turning to Exhibit 553, you mentioned a
```

SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                  Albuquerque, NM 87102
(505) 989-4949                                                            (505) 843-9494
FAX (505) 843-9492                                                  FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1  Zia symbol earlier.  Do you see it better in this

2  photograph?

3        A.    Yes.  That depicts Mr. Sanchez's left

4  elbow.

5        Q.    Next is Exhibit 554.  What do you see

6  there that you may have seen on other people

7  arrested in this case?

8        A.    You'll notice now in this photo you can

9  see on both elbows the Zia symbol, and then

10 prominently in the center of his back the chata

11 again.

12       Q.    Do you see his name anywhere up there?

13       A.    I do.  His name starts at the upper left

14 portion of his back and runs all the way across his

15 back to his right shoulder.  He also has his

16 hometown tattooed on the back of his neck.  It says

17 "Belen."

18       Q.    Belen, of what state?

19       A.    New Mexico.

20       Q.    Turning to Exhibit 555, anything

21 additional you see there?

22       A.    No.

23       Q.    Now turning to Exhibit 556?

24       A.    This photo on Mr. Sanchez' right knee,

25 there is another Zia symbol, and on his left knee I

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                Albuquerque, NM 87102
(505) 989-4949                                            (505) 843-9494
FAX (505) 843-9492                                   FAX (505) 843-9492
                                                       1-800-669-9492
                                            e-mail: info@litsupport.com


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1  believe is the outline of the state of New Mexico,

2  which I think we'll see in a subsequent photo.

3       Q.    Exhibit 557?

4       A.    In this photo it's of a man wearing a head

5  band behind prison bars.

6       Q.    Next is Exhibit 558.

7       A.    This is the one I described just a few

8  seconds ago, the outline of the state of New Mexico

9  on his knee and it says "Valencia County," which is

10  in New Mexico.

11       Q.    Turn your attention next to 559.

12       A.    In this photo it has the defendant's name,

13  it says, the left side of his leg.

14       Q.    Once again, the name "Sanchez" is on

15  there?

16       A.    Yes, sir.

17       Q.    And finally Exhibit 560.

18       A.    It's an overall photo of Mr. Sanchez at

19  the end of the photo session.

20       Q.    Earlier, to begin this investigation, we

21  talked about potential threats against Secretary

22  Marcantel as well as the STIU head, Mr. Santistevan.

23  On this occasion, we now have a photograph of Mr.

24  Sanchez.  What can you tell the members of the jury,

25  why he was arrested on this occasion?  In connection

SANTA FE OFFICE                                           MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                    FAX (505) 843-9492
                                                          1-800-669-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE
e-mail: info@litsupport.com

```
 1    with which charges, I should say.
 2         A.    Mr. Sanchez was arrested for a violation
 3    of violent crime in aid of racketeering,
 4    specifically for the murder of Javier Molina that
 5    occurred in 2014 down here in Las Cruces, at the
 6    Southern New Mexico Correctional Facility.
 7         Q.    Now, related to the Javier Molina
 8    investigation, you mentioned earlier that sometimes
 9    you adopt cases and take them from the state system
10    into the federal system.  Do you recall that?
11         A.    Yes.
12         Q.    What can you tell us about the Javier
13    Molina murder and whether or not that was a similar
14    process?
15         A.    It was.  In that case we weren't adopting
16    a simple drug or firearm charge; we're actually
17    adopting a murder, because we had evidence that fell
18    within the federal racketeering guidelines.
19         Q.    And when the Javier Molina murder was
20    first charged, was it charged at the state level?
21         A.    It was.
22         Q.    Do you remember how many defendants were
23    initially charged in the Molina murder?
24         A.    I think four.
25         Q.    To the best of your recollection, who were
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   those people?

2        A.    Jerry Montoya, Jerry Armenta, and Mario

3   Rodriguez.   I hesitated there because I thought

4   there was some discussion of a fourth defendant, but

5   it may very well have just been those three.

6        Q.    And if you can recall, was Mr. Rodriguez

7   charged with the murder, or was he charged with

8   something else in connection with that murder?

9        A.    I believe he was charged with tampering

10  with evidence.

11       Q.    As a result of the investigation, then,

12  were additional people charged in connection with

13  that murder?

14       A.    Yes.

15       Q.    Was Mr. Sanchez one of those people?

16       A.    He was.

17       Q.    I have another set of photographs here

18  beginning with Exhibits 495, 496, 497, 498, 499,

19  500, 501, 502, 504, 505, 506 and 507.

20            MR. CASTELLANO:   May I approach the

21  witness, Your Honor?

22            THE COURT:   You may.

23  BY MR. CASTELLANO:

24       Q.    Agent Acee, same question.   I'll ask you

25  to look at those photographs and see if you

SANTA FE OFFICE                                           MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                            (505) 843-9494
FAX (505) 843-9492                                   FAX (505) 843-9492

 

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1   recognize them.

2        A.   Yes, sir, I do.

3        Q.   How do you recognize them?

4        A.   These are photos of Mr. Baca.

5        Q.   It's a fair and accurate depiction of

6   photos taken on December 3 of 2015?

7        A.   Yes, they are.

8             MR. CASTELLANO:  Your Honor, I move the

9   admission of those exhibits.

10            THE COURT:  Any objection, or anything?

11            MR. LOWRY:  No, Your Honor.

12            THE COURT:  And I believe from 495 to 507,

13  the only one that there was a gap was 503; is that

14  correct?

15            MR. CASTELLANO:  There was a gap, Your

16  Honor.  Let me just confirm that for the Court.

17            THE COURT:  I don't think there was 503.

18  So 495 to 507 will be admitted, except there will be

19  no 503; is that correct?

20            MR. CASTELLANO:  I agree, Your Honor.  And

21  with the Court's permission, I'll also publish these

22  to the jury beginning with Exhibit 495.

23            THE COURT:  You may.

24            (Government Exhibits 495 to 502 and 504 to

25  507 admitted.)

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    BY MR. CASTELLANO:

2         Q.    Agent Acee, consistent with what you've

3    said, there is a name up there and a date of

4    December 3, 2015.  Is this the same situation we had

5    with Mr. Sanchez earlier?

6         A.    Yes.

7         Q.    And turn to the next exhibit.  What are we

8    looking at in Exhibit 496?

9         A.    We're looking at a side profile of Mr.

10   Baca's head and neck area, upper shoulders.

11        Q.    And what can you tell us about what's near

12   his left eye?

13        A.    It's a Zia symbol with an S in the center

14   of it.

15        Q.    Turning to Exhibit 497, what else do you

16   see in addition in this photograph?

17        A.    In this photograph it depicts Mr. Baca's

18   neck and upper chest area with several tattoos.  The

19   one in the center of his -- let me back up.  Excuse

20   me.  On his neck, it says his name, "Baca."  Below

21   that it says "Duke City," which is often referred to

22   as Albuquerque.  And just underneath that you can

23   start to see what I believe is the Hyatt building.

24   And we'll see the outline of some of the buildings

25   in Albuquerque.  On his left shoulder is currency,

SANTA FE OFFICE                                                                    MAIN OFFICE
119 East Marcy, Suite 110                                                  201 Third NW, Suite 1630
Santa Fe, NM 87501                                                         Albuquerque, NM 87102
(505) 989-4949                                                                      (505) 843-9494
FAX (505) 843-9492                                                            FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1    looks like a $1,000 bill, and then some other

2    tattoos.

3         Q.   Let's get another view in Exhibit 498.

4    You mentioned the name Baca.  Can you see it better

5    in this exhibit?

6         A.   Yes, sir.

7         Q.   As well as the words "Duke City"?

8         A.   Yes.

9         Q.   And what about the Hyatt building?

10        A.   It's in the center of his chest in this

11   photo.  To the left side of the photo, it looks like

12   someone's ball cap or possibly a hoodie, but you'll

13   see on the front of it there is an S, as well.

14        Q.   And in your investigation of the SNM

15   prison gang, have you sometimes known them to be

16   called S for short?

17        A.   Yes.

18        Q.   Let me turn your attention to 499.

19        A.   This is his right shoulder and it's a

20   better depiction of that ball cap, or perhaps it's a

21   hoodie, but it's a hat of some sort.  The person is

22   wearing a ski mask and holding a pistol with smoke

23   coming out of the muzzle.

24        Q.   Let's take a look at Exhibit 500.  In

25   addition to what you've already testified to, what

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  are we looking at in what I refer to as his torso or

2  his stomach area?

3      A.   A tattoo -- well, there is a tattoo in the

4  center, where his solar plexus would be, of a prison

5  tower.  Below that it says "Nuevo Mexico Sindicato."

6      Q.   Turning next to Exhibit 501.  You

7  mentioned a prison tower.  Can you see it a little

8  better in this picture?

9      A.   Yes.  It's towards the top of the photo.

10      Q.   If you can go ahead and touch the screen,

11  you can probably circle that from the witness stand.

12      A.   (Witness complies.)

13      Q.   Anything else you notice from this

14  exhibit?

15      A.   I previously mentioned the Nuevo Mexico

16  Sindicato, as I indicated on the screen.

17          MR. CASTELLANO:  For the record, the

18  witness has underlined the words "Nuevo Mexico" and

19  "Sindicato" and circled the tower on the top of that

20  photograph.

21      Q.   Exhibit 502 of the -- I want to draw your

22  attention to the back of the arm there and see if

23  you can tell us what that is.  If it's easier, I can

24  show you the -- we're showing this up on the screen.

25  I can show you a physical copy of the exhibit, if

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                    FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

 1  that helps.

 2       A.   That might help.  There is a glare on here

 3  I'm having trouble seeing.

 4            MR. CASTELLANO:  May I approach, Your

 5  Honor?

 6            THE COURT:  You may.

 7       A.   So in this photo, there are several --

 8  this is depicting Mr. Baca's right arm and his

 9  profile looking at the right side of his body.

10  There are several tattoos, some of which I've

11  already described.

12  BY MR. CASTELLANO:

13       Q.   Turning to Exhibit 504, can you tell the

14  members of the jury if this is a common theme you've

15  seen in some of the people you've arrested in this

16  case?

17       A.   Yes.

18       Q.   And for the record, what are we looking at

19  in this exhibit?

20       A.   We're looking at the back of Mr. Baca's

21  upper back and shoulders.  It's a Mayan or an Aztec

22  artwork.  This is a theme that some of the members

23  of the SNM have.

24       Q.   Turning to Exhibit 505.

25       A.   This is a closer-up picture of what I just

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                      201 Third NW, Suite 1630
Santa Fe, NM 87501                              Albuquerque, NM 87102
(505) 989-4949                                          (505) 843-9494
FAX (505) 843-9492                                  FAX (505) 843-9492
                                                     1-800-669-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

e-mail: info@litsupport.com

1  described, and this is on the upper right side, rear

2  of Mr. Baca's shoulder.

3      Q.   Now looking at Exhibit 506.

4      A.   This is a photo of Mr. Baca's right hand

5  with some tattoos.

6      Q.   If you can tell, do you know what that --

7  on his left thumb, on Exhibit 506, what that is or

8  what it looks like?

9      A.   It's -- there are different names for it,

10 but I'll describe the photo first.  It's a man in a

11 hat wearing sunglasses with a handlebar-style

12 mustache.  And it's sometimes -- I've heard it

13 called, like, a -- I'm drawing a blank on the name.

14 I'm sorry.

15     Q.   That's okay.  Finally, Exhibit 507.

16     A.   This is similar to a photo we looked at

17 earlier.  This is just a profile of Mr. Baca with

18 his shirt off, showing the front of his body with

19 his tattoos.

20     Q.   The same question as earlier.  In the

21 state case -- was Mr. Baca charged in the state

22 case?

23     A.   He was.

24     Q.   In the state case?

25     A.   Excuse me, no.  Just in the federal case.

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                     Albuquerque, NM 87102
(505) 989-4949                                             (505) 843-9494
FAX (505) 843-9492                                     FAX (505) 843-9492
                                                          1-800-669-9492



PROFESSIONAL COURT
REPORTING SERVICE                            e-mail: info@litsupport.com

 1     Q.   So was he also an addition to the Molina

 2   murder as a part of your investigation?

 3     A.   Yes.

 4     Q.   Next, I'm going to draw your attention to

 5   another set of photographs.  Those numbers are

 6   606 -- let me see if there are any gaps here.  These

 7   are all sequential.  These are Exhibits 606 through

 8   613.

 9          MR. CASTELLANO:  May I approach, Your

10   Honor?

11          THE COURT:  You may.

12   BY MR. CASTELLANO:

13     Q.   Agent Acee, let me show you Exhibits 606

14   through 618.  Do you recognize each of those

15   photographs?

16     A.   I do.

17     Q.   And they are photographs of who?

18     A.   Jerry Armenta.

19     Q.   Are they a fair and accurate depiction of

20   the photos taken on December 3, 2015?

21     A.   Yes, sir.

22          MR. CASTELLANO:  Your Honor, I move the

23   admission of Government's Exhibits 608 through 618.

24          THE COURT:  Earlier I thought you said

25   606.

SANTA FE OFFICE                                    MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                 Albuquerque, NM 87102
(505) 989-4949                                     (505) 843-9494
FAX (505) 843-9492                                 FAX (505) 843-9492
                                                   1-800-669-9492



```
 1            MR. CASTELLANO:  You are correct, Your
 2   Honor.  606.
 3            THE COURT:  Any objection from the
 4   Defendants?  Not hearing any, Government's Exhibits
 5   606 through 618 inclusive will be admitted into
 6   evidence.
 7            (Government Exhibits 606 through 618
 8   admitted.)
 9   BY MR. CASTELLANO:
10      Q.   I'd like to begin looking at 606.  I think
11   you mentioned the name, but who is this?
12      A.   Jerry Armenta.
13      Q.   And was Jerry Armenta initially charged in
14   the Molina murder when it was a state case?
15      A.   Yes.
16      Q.   Did you bring him into the federal case?
17      A.   Yes.
18      Q.   Next Exhibit 607.  What are we looking at
19   there?
20      A.   We're looking at Mr. Armenta's lower
21   chest, upper stomach area.  On his stomach he has a
22   street gang tattoo, NSL, which I believe would be
23   North Side Locos.  Below that you'll see the number
24   114 with the percent symbol.
25      Q.   Let's turn to 608.  I think it's a better
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  picture of that tattoo there.  Can you see that

2  better?

3      A.   Yes.

4      Q.   Okay.  Tell us about that tattoo first.

5      A.   So even more clearly you see it here, NSL.

6  It says "114 percent," and below his belly button

7  says "Norteno."  These are street gang tattoos that

8  pertain to -- here, the 114 percent is he's claiming

9  pride in being a Norteno.  I don't want to give you

10  a long history lesson on California gangs, but this

11  is an offshoot of a gang from California.

12      Q.   Let me ask you this.  Just generally in

13  this case, when you came across somebody who you

14  identified as an SNM Gang member, were you also

15  aware whether or not they previously belonged to a

16  street gang?

17      A.   Yes.  That was one of the first questions

18  I'd find out from them.

19      Q.   Let's turn to 609.  Anything significant

20  in the left arm depicted in this photograph?

21      A.   It's a scheme -- a common theme that we're

22  going to see over and over again:  Naked women, guns

23  and money.  And that's what's depicted on the left

24  arm of Mr. Armenta.

25      Q.   And let's look at Exhibit 610.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    In this one there's -- there are a couple
 2   significant tattoos.  We're looking at his right
 3   arm.  And to the upper left here, you see a prison
 4   tower.  Below that there are scrolls.  The first one
 5   says 01, 02 -- I think we have 05.  These scrolls
 6   are years that the person wearing them fell or those
 7   were years they did time in prison.
 8        Q.    Exhibit 611?
 9        A.    This photo depicts the back of Mr.
10   Armenta's neck, and his moniker is spelled across
11   it, which is Creeper.
12        Q.    During the course of the investigation,
13   did you come to know Mr. Armenta as Creeper?
14        A.    Yes.
15        Q.    Exhibit 612?
16        A.    This photo depicts the back side of Mr.
17   Armenta's right ear.  It looks like the tattoo says,
18   "Disavowed."
19        Q.    And do you know anything about that
20   tattoo?
21        A.    I don't.
22        Q.    Looking at Exhibit 613.
23        A.    This is Mr. Armenta's left ear, and it
24   says, "Misunderstood."
25        Q.    And have you met Mr. Armenta?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    I have.

 2        Q.    Have you sat down and interviewed him or

 3   debriefed him?

 4        A.    Yes.

 5        Q.    Let's take a look at Exhibit 614.

 6        A.    This is the top of Mr. Armenta's head.

 7   His head is shaved.  You'll see the outline of the

 8   state of New Mexico and the Zia symbol.

 9        Q.    Once again, are things like NM or the

10   state of New Mexico or the Zia symbol a common theme

11   that you have noticed in this case?

12        A.    Yes.

13        Q.    Again, Exhibit 615.  What do we see in

14   this photograph?

15        A.    This is Mr. Armenta's right hand.  He's

16   spreading his fingers, and it looks like his right

17   middle finger -- I talked about before NSL 14, a

18   street gang.  It looks like he has some other

19   tattoos that are either too light or he either

20   shaded over in the circle there.

21        Q.    All right.  Looking next to Exhibit 616.

22        A.    This is Mr. Armenta's right leg.  You see

23   the Zia symbol on his knee.  Below that, another

24   reference to a street gang.  N-O-R, for north, and

25   then you can see the 14 at the bottom.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.    Exhibit 617?

 2        A.    This is Mr. Armenta's left leg.

 3        Q.    If the other leg said "north," what does

 4   this leg show?

 5        A.    It spells out side, S-I-D-E.

 6        Q.    So when you put the two legs together,

 7   what do we get?

 8        A.    North side.

 9        Q.    And finally, Exhibit 618.

10        A.    So this depicts Mr. Armenta's stomach and

11   the tattoos that I talked about before, NSL and 14

12   percent, Norteno.

13        Q.    I'm going to turn your attention next to

14   another set of photographs.  These photographs are

15   numbered 596 through 605.

16             MR. CASTELLANO:  May I approach?

17             MS. JACKS:  No objection.

18             THE COURT:  Any objection from any of the

19   Defendants?

20             MR. VILLA:  No, Your Honor.

21             THE COURT:  I assume you're going to move

22   their admission?

23             MR. CASTELLANO:  Yes, sir.

24             THE COURT:  All right.  Exhibits 596

25   through 605, with no gaps, inclusive, will be
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                          (505) 843-9494
FAX (505) 843-9492                                                FAX (505) 843-9492
                                                                      1-800-669-9492
                                                              e-mail: info@litsupport.com



```
 1    admitted into evidence.

 2             (Government Exhibits 596 through 605

 3    admitted.)

 4    BY MR. CASTELLANO:

 5        Q.    Agent Acee, let's look at Exhibit 596.

 6    Who is that?

 7        A.    Jerry Montoya.

 8        Q.    And do you know him from this

 9    investigation?

10        A.    I do.

11        Q.    And have you had a chance to sit down and

12    interview him or debrief him?

13        A.    Yes.

14        Q.    Was he one of the original defendants from

15    the state case involving Mr. Molina?

16        A.    Yes.

17        Q.    Let's turn to the next exhibit.  597.

18        A.    This photo depicts Mr. Montoya with his

19    shirt off.  He has the initials JR on his chest,

20    which is a nickname he goes by.  His father had the

21    same name, so he's a junior.

22        Q.    From that photograph, are those boxing

23    gloves?

24        A.    Yes.

25        Q.    What other names do you know Mr. Montoya
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1  by?

 2        A.   Plaz, P-L-A-Z, or double Z; Plazi, or JR.

 3        Q.   Turning next to 598.

 4        A.   This photo is the forearm of Mr. Montoya

 5  at the top.  There's a couple of things I'll note.

 6  The first is a peacock.  Below that, the name of his

 7  street gang, San Jo, or San Jose.

 8        Q.   So you mentioned the term or the words San

 9  Jo.  Is that short for San Jose?

10        A.   Yes, sir.

11        Q.   What do you know about that gang or that

12  area?

13        A.   That's a neighborhood in Albuquerque.

14  It's a street gang that's been around for a long

15  time.

16        Q.   Let's turn to the next exhibit, please.

17  599.  Anything significant you see in this

18  photograph?

19        A.   No.

20        Q.   The next, Exhibit 600.

21        A.   This is the back side of his forearm.  He

22  has "east."

23        Q.   If he has "east," let's turn then to 601.

24        A.   On his right forearm he has "side."

25        Q.   Once again, when you put the two together
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1  you get "east side"?
 2       A.   Yes.   The San Jose street gang is split
 3  into two:  An east side and a west side.
 4       Q.   Turning to Exhibit 602.
 5       A.   This is Mr. Montoya's back, his shirt off.
 6  At the base of his neck he has "San Jose."  He has
 7  the same thing in letters across his lower back, and
 8  then we can start to see the Zia symbol here with an
 9  S in it.
10       Q.   For the record, you circled the right side
11  of his neck; is that correct?
12       A.   Yes.
13       Q.   Let's go ahead and turn, then, to Exhibit
14  603.
15       A.   That's a closer-up photo.  You see the Zia
16  symbol with the S shaded out inside.
17       Q.   The same thing?  This is a common theme
18  you've seen?
19       A.   Yes, sir.
20       Q.   604.
21       A.   It's the same photo, just a little closer
22  up.
23       Q.   And 605?
24       A.   This would be Mr. Montoya's out photo,
25  we'll call it, after all the photos were taken.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.    Showing us a smile?

 2        A.    Seems like he's always smiling.

 3        Q.    And so for someone like Mr. Montoya -- and

 4   when you talked about arresting people, where was he

 5   when you grabbed him and took him from the State and

 6   brought him to federal court?

 7        A.    He was one of the people arrested at the

 8   facility up in Santa Fe.  So he was up at PNM.  He

 9   was extracted during the lockdown, and then

10   transported down to our processing center in

11   Albuquerque.

12        Q.    I'm going to show you another set of

13   photographs beginning with 586.  These are Exhibits

14   586 through 595.

15             MS. JACKS:  Again, Your Honor, there is no

16   objection.

17             THE COURT:  Any objection from any of the

18   Defendants?

19             MR. VILLA:  No objection.

20             MR. BALL:  No, Your Honor.

21             THE COURT:  All right.  We'll admit

22   Government's Exhibits 586 through 595, without gaps,

23   inclusive.

24             (Government Exhibits 586 through 595

25   admitted.)
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    BY MR. CASTELLANO:

2        Q.    Let's begin with 586, please.  Who is

3    that?

4        A.    Mario Rodriguez.

5        Q.    Do you know him by any other names from

6    this investigation?

7        A.    He uses the moniker Blue.

8        Q.    The same thing.  This has a date on here

9    of December 3, 2015.  Is this the same date as the

10   other people arrested?

11       A.    Yes.

12            THE COURT:  Mr. Castellano, would this be

13   a good time for us to take our lunch break before

14   you get too far into Mr. Rodriguez's pictures?

15            MR. CASTELLANO:  Yes, sir.

16            THE COURT:  All right.  Since we're going

17   to be taking our first lunch break during the trial,

18   I'm going to remind you of a few things that are

19   especially important.  Until the trial is completed,

20   you're not to discuss this case with anyone, whether

21   it's members of your family, people involved in the

22   trial, or anyone else.  And that includes your

23   fellow jurors.  If anyone approaches and tries to

24   discuss the trial with you, please let me know about

25   it immediately.

SANTA FE OFFICE                                                           MAIN OFFICE
119 East Marcy, Suite 110                                                 201 Third NW, Suite 1630
Santa Fe, NM 87501                                                        Albuquerque, NM 87102
(505) 989-4949                                                            (505) 843-9494
FAX (505) 843-9492                                                        FAX (505) 843-9492
                                                                          1-800-669-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

e-mail: info@litsupport.com

67

```
1              Also, you must not read or listen to any
2    news reports of the trial.  Again, don't get on the
3    internet and do any research for purposes of this
4    case.  And finally, remember that you must not talk
5    about anything with any person who is involved in
6    the trial, even if it doesn't have anything to do
7    with the trial.
8              If you need to speak with me, simply give
9    a note to one of the court security officers or Ms.
10   Standridge.  Again, I'm going to repeat these today
11   and we'll start dropping them off tomorrow.  But do
12   keep them in mind each time we take a break.
13             All right.  We'll be in recess for about
14   an hour so have a good lunch.  All rise.
15             (The jury left the courtroom.)
16             THE COURT:  Anything before we take our
17   lunch break?  All right.  Have a good lunch.  See
18   you in about an hour.
19             (Court was in recess.)
20             THE COURT:  All right.  Let's go on the
21   record before we bring the jury in.
22             Ms. Fox-Young, I think you had something
23   that you wanted to try to raise before we brought
24   the jury in?
25             MS. FOX-YOUNG:  Thank you, Your Honor.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              THE COURT:  Ms. Fox-Young.
 2              MS. FOX-YOUNG:  Your Honor, in the last
 3   hour I had the opportunity to briefly review the
 4   Government's response to the motion that Mr. Lowry
 5   filed to strike witnesses.  I don't know the
 6   document number.  But all Defendants joined.  The
 7   Government's response is Document 172, I believe.
 8              THE COURT:  Hold on just a second.  Are
 9   they ready?
10              THE CLERK:  Yes.
11              THE COURT:  Well, you said it could wait.
12   Can I take you up on that?
13              MS. FOX-YOUNG:  It can wait.
14              THE COURT:  All right.  You can talk to me
15   while she's getting the jury.  I thought they were
16   ready.  Not yet.
17              MS. FOX-YOUNG:  So the Government's
18   response, Document 1725, says on page 6, "The U.S.
19   has disclosed Brady and Giglio material as timely as
20   possible.  The latest information that was provided
21   was not in the custody of the Government prior to
22   production, and were provided as timely as
23   possible."
24              This Court has also received pleadings --
25   there was one filed by Mr. Castle that attached some
```



SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                            201 Third NW, Suite 1630
Santa Fe, NM 87501                                    Albuquerque, NM 87102
(505) 989-4949                                               (505) 843-9494
FAX (505) 843-9492                                      FAX (505) 843-9492
                                                            1-800-669-9492
PROFESSIONAL COURT                          e-mail: info@litsupport.com
REPORTING SERVICE

BEAN & ASSOCIATES, Inc.

```
 1    302s.  One in particular was produced within -- and

 2    there are many examples.  I'm going to give the

 3    Court one example.  It's Bates 41707.  It's a Billy

 4    Cordova 302 regarding a July 14, 2016, interview, in

 5    which he talks about helping to murder a Los

 6    Carnales gang member, dumping the body in San Jose,

 7    in Albuquerque.  He refers to lengthy

 8    drug-trafficking history and an autobiography of

 9    that drug-trafficking history that he was to

10    provide.  The Government has had this for a year and

11    a half.  Mr. Castellano and Mr. Armijo were at that

12    meeting.

13              THE COURT:  All right.  All rise.

14              (The jury entered the courtroom.)

15              THE COURT:  All right.  Be seated.

16              Good afternoon, everyone.  I appreciate

17    you being back and on time ready to go.  I think

18    we're even a minute or so early.  I appreciate

19    everybody working and trying to stay on schedule.

20              Mr. Castellano, if you wish to continue

21    the direct examination of Mr. Acee.

22              Mr. Acee, I'll remind you that you're

23    still under oath.

24              THE WITNESS:  Yes, sir.

25              THE COURT:  Mr. Castellano.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1            MR. CASTELLANO:  Thank you, Your Honor.
 2   BY MR. CASTELLANO:
 3       Q.   We're pulling up the next set of pictures,
 4   I believe, starting with Government's 586.  I'm
 5   going to use the visualizer.  While the computer is
 6   starting up again, Agent Acee, this is Government's
 7   Exhibit 586.  Who is this?
 8       A.   Mario Rodriguez.
 9       Q.   And the same question as usual:  There is
10   a date of December 3, 2015.  Is that the same date
11   as the roundup of the other people?
12       A.   Yes.
13       Q.   I think you testified earlier -- was it
14   your belief that Mr. Rodriguez was charged only with
15   tampering with evidence at the state level?
16       A.   Yes.
17       Q.   And once this became a federal case, was
18   he then charged with the Molina murder?
19       A.   Yes.
20       Q.   Showing you Exhibit 587, once again, what
21   can you tell us about what you see in this photo
22   regarding tattoos?
23       A.   Across Mr. Rodriguez's abdomen is his
24   moniker, "Blue."  In between the L and the U is the
25   state of New Mexico outline that says "Silver City,
```

SANTA FE OFFICE                                      MAIN OFFICE
119 East Marcy, Suite 110                       201 Third NW, Suite 1630
Santa Fe, NM 87501                              Albuquerque, NM 87102
(505) 989-4949                                       (505) 843-9494
FAX (505) 843-9492                              FAX (505) 843-9492
                                                1-800-669-9492
                                                e-mail: info@litsupport.com



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1   NM."

2       Q.   And what's your understanding about why

3   there is a "Silver City" in the NM?

4       A.   That's where he's from, and the street

5   gang that he belonged to is in Silver City.

6       Q.   Once again, you referenced a street gang.

7   So is it your understanding that he was a member of

8   the street gang before he was an SNM Gang member?

9       A.   Yes.

10      Q.   Anything else from that photograph?

11      A.   I think it's better depicted in subsequent

12  photographs, but you can see at his neck he has

13  writing there, and I believe that's the name of his

14  street gang.

15      Q.   Turning to Exhibit 588.

16      A.   This is a closer photo of Mr. Rodriguez'

17  abdomen with his moniker and the New Mexico tattoo.

18      Q.   Looking at Exhibit 589.

19      A.   We're looking at Mr. Rodriguez' left arm.

20  You see on his -- just below his wrist he has an

21  "ES" for "east side."  That's the street gang that

22  he's part of.

23      Q.   For the record, I'm circling something on

24  his wrist.  Is that what you were referring to for

25  the "ES"?

SANTA FE OFFICE                                                           MAIN OFFICE
119 East Marcy, Suite 110                                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                                  Albuquerque, NM 87102
(505) 989-4949                                                              (505) 843-9494
FAX (505) 843-9492                                                   FAX (505) 843-9492
                                                                      1-800-669-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

e-mail: info@litsupport.com

1      A.    Yes.

2      Q.    Turning to Exhibit 590, what, if anything,

3  can you tell from this photograph?

4      A.    I see that it looks like he covered up

5  some tattoos there, but I'm not seeing anything of

6  significance.

7      Q.    If you can from this photograph, can you

8  see anything on his hand?

9      A.    I do see a tattoo on his hand.  I can't

10  quite make out what it is.

11     Q.    Looking at Exhibit 591.

12     A.    That's a close-up of his left inner

13  forearm.  Among the different designs there, I see

14  some prison bars here where I'm circling.

15     Q.    I'm now showing you Exhibit 592.  Are you

16  able to make out anything from this photograph?

17     A.    There is writing on the middle finger of

18  his left hand, but it's too blurry.

19     Q.    Looking at Exhibit 593.

20     A.    This is a similar to a photo I talked

21  about earlier where he has "ES" on his left hand.

22     Q.    And 594?

23     A.    This is the back of Mr. Rodriguez' head.

24  He has a tattoo on his scalp.  It looks like it says

25  "SC."  I'm trying to go off memory of times I've had

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                           Albuquerque, NM 87102
(505) 989-4949                                                    (505) 843-9494
FAX (505) 843-9492                                           FAX (505) 843-9492
                                                                 1-800-669-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE
e-mail: info@litsupport.com

 1   a closer look at it, but I don't recall what it is.

 2   And it's not clear in this photo, but I believe the

 3   circle here says "Silver City," but I'm going off

 4   memory of conversations.

 5       Q.   You said conversations.  Have you had a

 6   chance to meet with him and interview him?

 7       A.   I have.

 8       Q.   Exhibit 595.

 9       A.   In this photo it depicts Mr. Rodriguez.

10   He's holding up his shorts, so it's a photo of his

11   legs, that have several tattoos on them.  You'll see

12   on the left thigh -- I'll circle it -- there is a

13   large Zia symbol.

14            MR. CASTELLANO:  Now, turning to exhibits

15   beginning with 561.  These are Exhibits 561 through

16   567.

17            MS. JACKS:  No objection, Your Honor.

18            MR. VILLA:  No objection.

19            MR. BALL:  No objection.

20            THE COURT:  All right.  Not hearing any

21   objection, Government's Exhibits 561 to 567 will be

22   admitted into evidence.

23            (Government Exhibits 561 through 567

24   admitted.)

25

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                        201 Third NW, Suite 1630
Santa Fe, NM 87501                               Albuquerque, NM 87102
(505) 989-4949                                          (505) 843-9494
FAX (505) 843-9492                                 FAX (505) 843-9492
                                                       1-800-669-9492
                                               e-mail: info@litsupport.com



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

74

```
 1  BY MR. CASTELLANO:
 2       Q.   Agent Acee, I'm showing you Exhibit 561.
 3  Who is that?
 4       A.   Timothy Martinez.
 5       Q.   Was he arrested the same day as the
 6  others?
 7       A.   Yes.
 8       Q.   Where was he when you arrested him, or
 9  some member of the team?
10       A.   He was up at the Penitentiary of New
11  Mexico, PNM North facility in Santa Fe.
12       Q.   Showing you Government's Exhibit 562.
13       A.   This is a photo of Mr. Martinez's torso.
14  He has his arms extended.
15       Q.   I'm showing you Government's Exhibit 563.
16       A.   I don't see any gang-specific tattoos.
17       Q.   I'm now showing you Exhibit 564.  Let me
18  zoom out a little bit.
19       A.   That is Mr. Martinez's upper back.  You'll
20  see that it says "Silver City" in the center where
21  he is from, and then the outline of the state of New
22  Mexico and it says "Nuevo Mexico."  I just noticed
23  as you were pulling away, sir, it looked like there
24  was some Mayan -- some of the Aztec stuff that I
25  referred to earlier, theme, kind of starting here
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1  and going down the right half of his back.

2       Q.   So for the record, you're showing the back

3  of his right arm, shoulder, and down the right side

4  of his back; isn't that correct?

5       A.   Yes, sir.

6       Q.   And is Timothy Martinez known by any other

7  names from this investigation?

8       A.   He uses the moniker Red.

9       Q.   I'm showing you Exhibit 565.

10      A.   This is Mr. Martinez's left leg.  The

11  photo starts at the knee.  You'll see the Zia symbol

12  here with the letter M in it.  Below that, the

13  outline of the state of New Mexico.  Within the Zia

14  symbol you'll see the numbers 575, the area code

15  down here in southern New Mexico.

16      Q.   Let me skip ahead one to -- actually, let

17  me go ahead and show you 566.

18      A.   This is the left calf area of Mr.

19  Martinez.  And of significance is the peacock that

20  you see on his calf.  I've circled it.  Some SNM

21  members maintain that that bird is a symbol that's

22  identified with the S.  Other members have told me

23  that it's not.

24      Q.   I can't tell from here.  Is that a peacock

25  or a roadrunner on that tattoo?

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                    Albuquerque, NM 87102
(505) 989-4949                                               (505) 843-9494
FAX (505) 843-9492                                     FAX (505) 843-9492
                                                          1-800-669-9492
                                                  e-mail: info@litsupport.com



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1      A.    I'm not a bird expert, but I guess it
2  could be a roadrunner.
3      Q.    But you have mentioned a peacock.  Have we
4  already seen earlier this morning at least one
5  tattoo with a peacock?
6      A.    We did.
7      Q.    Now, turning to Exhibit 567.  We saw the M
8  earlier.
9      A.    So you have the other kneecap, where it
10  has the N within the Zia, for New Mexico.
11      Q.    Looking down here on the right kneecap in
12  the photograph, can you tell what that is from the
13  photograph?
14      A.    First I thought it was a prison tower.
15  I'm just hesitating because it stays kind of wide
16  down here, so it almost looks like an Asian thing,
17  which would go with some of the letters or
18  characters you see on his leg.  So I'm not confident
19  that that's a prison tower.
20      Q.    I'm going to turn your attention to a set
21  of photographs beginning with Government's Exhibit
22  636.
23           MR. CASTELLANO:  These are Exhibits 636
24  through 643.
25           MS. JACKS:  Again, no objection, Your

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   Honor.
 2              MR. VILLA:  No objection.
 3              MR. MAYNARD:  No objection.
 4              MR. LOWRY:  No objection.
 5              THE COURT:  And you're moving their
 6   admission, Mr. Castellano?
 7              MR. CASTELLANO:  Yes, Your Honor.
 8              THE COURT:  Government's Exhibits 636
 9   through 643, without gap, inclusive, will be
10   admitted into evidence.
11              (Government Exhibits 636 through 643
12   admitted.)
13   BY MR. CASTELLANO:
14       Q.   Agent Acee, let me begin with Exhibit 636.
15   Even though there is a name up there, who is that
16   person?
17       A.   David Calbert.
18       Q.   Same date of arrest?
19       A.   Yes.
20       Q.   Now, can you tell the members of the jury
21   whether or not David Calbert was initially charged
22   with any participation in the Molina murder?
23       A.   No, he was not.
24       Q.   Can you tell the members of the jury
25   whether he is now in some way tied to the Molina
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492





PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  murder?

2      A.   Yes, he is.

3      Q.   So as this investigation continued, is it

4  fair to say he was not initially charged with that

5  conduct?

6      A.   No, he was not charged with the Molina

7  murder.  He was charged with different racketeering

8  activity.

9      Q.   What was he charged with, if you remember?

10     A.   Violent crime in aid of racketeering,

11 assault causing great bodily injury, and I believe

12 there was a second count of violent crime in aid of

13 racketeering, attempted murder.

14     Q.   Let's look at Exhibit 637.  What do you

15 notice from his tattoos there?

16     A.   A couple things.  You'll notice on his

17 chin there is an S.  There is also a Zia symbol with

18 an SNM here on the lower part of his throat.  Across

19 his stomach here he has the name "Spider."  That's

20 his moniker.

21     Q.   Turning to Exhibit 638.

22     A.   This is a close-up view of Mr. Calbert's

23 chin with that S, and then the S on his throat,

24 inside the Zia.

25     Q.   Let's look to Exhibit 639.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      A.   That's a close-up photo of his moniker

2  "Spider" on his stomach.

3      Q.   And Exhibit 640?

4      A.   It's another shot of the S that's on his

5  neck.

6      Q.   Now looking at Exhibit 641.

7      A.   These are just spider webs.  Because his

8  moniker is Spider, it makes sense he has them.  They

9  used to be identified with -- people that have done

10  time would have spider webs, but people buy that in

11  tattoo shops, now, too, so it's lost its

12  significance.

13     Q.   So let's look at 643 next.

14     A.   On the back of Mr. Calbert's neck is his

15  name and his NMCD number.

16     Q.   And when you say NMCD, what is NMCD?

17     A.   That's his identification number for the

18  Department of Corrections.

19     Q.   All right.  What about the tattoo across

20  his shoulder blades?

21     A.   So that says, "Trust no bitch."

22     Q.   Now, looking at Exhibit 643.

23     A.   This is another close-up photo of the

24  tattoo on his chin and his neck.

25     Q.   And what is the tattoo on his chin?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    The letter S.
 2        Q.    I discussed earlier about Mr. Calbert --
 3   was he also not charged with the Molina murder when
 4   it was a state case?
 5        A.    He was not.
 6              MR. CASTELLANO:  The next set of photos
 7   begin with Exhibits 568 through 573.
 8              MS. JACKS:  No objection, Your Honor.
 9              THE COURT:  Anyone else?
10              MR. MAYNARD:  No objection.
11              MR. VILLA:  No objection, Your Honor.
12              THE COURT:  Not hearing any objection,
13   Government's Exhibits 568 through 573 without gap,
14   inclusive, will be admitted into evidence.
15              (Government Exhibits 568 through 573
16   admitted.)
17   BY MR. CASTELLANO:
18        Q.    Let's begin with Exhibit 568, please.  Who
19   is this person, Agent Acee?
20        A.    Roy Martinez.
21        Q.    The same arrest date as the others?
22        A.    Yes.
23        Q.    How was Mr. Martinez implicated in this
24   case, or what was he charged with?
25        A.    Mr. Martinez was charged with racketeering
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  violations related to the conspiracy to kill Gregg

2  Marcantel and Dwayne Santistevan.

3       Q.   Now, you previously mentioned that

4  somebody -- I think Eric Duran -- turned over

5  letters to corrections officials?

6       A.   Yes.

7       Q.   Can you tell the members of the jury

8  whether any of those letters were authored by Mr.

9  Martinez?

10      A.   Yes.

11           MR. LOWRY:  Objection.  Calls for hearsay.

12           THE COURT:  Why don't you lay a foundation

13  how he knows this information before he testifies

14  about it.

15  BY MR. CASTELLANO:

16      Q.   Have you had a chance to read any of those

17  letters?

18      A.   All of them.

19      Q.   And do any of those letters claim to be

20  written by someone named Roy Martinez?

21      A.   Yes.

22      Q.   Let's take a look at Exhibit 569.

23      A.   In this photograph we see Mr. Martinez's

24  chest and abdomen.  I'm circling a Zia in which the

25  letters SNM are listed.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1        Q.    What does SNM stand for?
2        A.    It's the New Mexico syndicate, or
3   Sindicato de Nuevo Mexico.
4        Q.    And on the various tattoos you've seen
5   throughout this case, does the word "syndicate" or
6   "sindicato" -- have you seen it spelled different
7   ways?
8        A.    Yes.
9        Q.    What ways have you seen it spelled?
10       A.    Well, "syndicate" is spelled the standard
11   English way you would spell it.  "Sindicato" I have
12   seen spelled with both a Y and an I.  I have seen
13   the Corrections Department spell it that way, both
14   ways.  And I have seen members of the SNM spell it
15   both ways on tattoos on their body.  So it seems to
16   just be a preference.
17       Q.    So the first two letters, either S-I or
18   S-Y?
19       A.    Correct.
20       Q.    Let's take a look at 570.
21       A.    This is a closer-up photo of Mr. Martinez'
22   stomach.  It depicts a Zia with the SNM.  To the
23   right of that in the photo, it looks like it says
24   "West Side Locos," with a 16.  Off the top of my
25   head, I don't remember what street gang he grew up
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   in, but I know the West Side Locos to be a street

2   gang.

3          Q.   When you say West Side Locos, are we

4   looking at three letters, W-S-L?

5          A.   Yes.

6          Q.   We're looking at 571.  What else do you

7   notice about the tattoos in this exhibit?

8          A.   Well, in this one I see Mr. Martinez.

9   He's holding his arms out so we can see part of his

10  bicep.  Then down his forearms.  It looks likes he

11  has a Zia on his left arm, and he covered up some

12  other tattoos below that.  On his other arm I don't

13  see anything of significance.

14         Q.   And throughout this investigation, by what

15  other name or names have you known Roy Martinez?

16         A.   Shadow or Big Shadow.

17         Q.   Looking at Exhibit 572.

18         A.   This is Mr. Martinez with his shirt off,

19  and you'll see on his upper right shoulder on the

20  back he has a tattoo of a home boy and it says

21  "Shadow" above it.

22         Q.   And then Exhibit 573?

23         A.   This is Mr. Martinez' out photo.

24         Q.   Have you had a chance to visit with Mr.

25  Martinez and interview him?

SANTA FE OFFICE                                                              MAIN OFFICE
119 East Marcy, Suite 110                                            201 Third NW, Suite 1630
Santa Fe, NM 87501                                                    Albuquerque, NM 87102
(505) 989-4949                                                                    (505) 843-9494
FAX (505) 843-9492                                                       FAX (505) 843-9492
                                                                                1-800-669-9492
                                                                      e-mail: info@litsupport.com


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        A.    I have.

 2        Q.    And is he cooperating in relation to the

 3   Gregg Marcantel and Dwayne Santistevan part of this

 4   investigation?

 5        A.    Yes.

 6              MR. CASTELLANO:  Okay.  I'm looking next

 7   at the exhibits beginning with Exhibit 574 through

 8   580.

 9              MS. JACKS:  No objection.  Your Honor.

10              MR. VILLA:  No objection.

11              MR. LOWRY:  No objection.

12              MR. MAYNARD:  No objection.

13              THE COURT:  Government's Exhibits 574

14   through 580, inclusive, without gap, are admitted

15   into evidence.

16              (Government Exhibits 574 through 580

17   admitted.)

18   BY MR. CASTELLANO:

19        Q.    And beginning with Exhibit 574, who are we

20   looking at?

21        A.    Robert Martinez.

22        Q.    And was he arrested on the same date?

23        A.    Yes.

24        Q.    Was he in prison at that time?

25        A.    He was.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1        Q.   Let's look at 575.

 2        A.   In this photo, Mr. Martinez' chest and

 3   arms are exposed with several tattoos.  It looks

 4   like he covered up some tattoos in this area, but I

 5   don't see anything of significance.

 6        Q.   Let's then turn to 576.  Anything of

 7   significance there that stands out?

 8        A.   No, sir.

 9        Q.   Exhibit 577.

10        A.   This is Mr. Martinez' -- the underside of

11   his left arm, starting at his armpit and running

12   down his forearm.  He has the letters SNM on his

13   tricep area.

14        Q.   Has he self-identified as an SNM Gang

15   member?

16        A.   Yes.

17        Q.   578.

18        A.   That's a closer view of that same photo.

19        Q.   Then Exhibit 579.  Do you see anything

20   there?

21        A.   No, sir.

22        Q.   Finally, Exhibit 580.

23        A.   No, sir.

24        Q.   Now, how is Mr. Martinez, Robert Martinez,

25   implicated in this case?



SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                  201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492
                                                                 1-800-669-9492
                                                          e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1       A.   He was charged in the
 2  Marcantel-Santistevan conspiracy, as well as another
 3  violent-crime-in-aid- of-racketeering assault that
 4  took place.
 5       Q.   What was he alleged to have done when it
 6  comes to the Marcantel-Santistevan conspiracies?
 7       A.   He authored letters that were sent out to
 8  the street to members on the street to hit Marcantel
 9  and Santistevan.
10       Q.   What about the assault?
11       A.   In the assault he and another member
12  paired up to assault an SNM member that had
13  disrespected Baby Rob, or Mr. Martinez.
14       Q.   Let me turn your attention then to
15  Government 581 through 585.
16            MS. JACKS:  No objection.
17            MR. VILLA:  No objection.
18            MR. LOWRY:  No objection.
19            MR. MAYNARD:  No objection.
20            THE COURT:  And assuming you're going to
21  move their admission, Government's Exhibits 581
22  through 585 will be admitted into evidence.
23            (Government Exhibits 581 through 585
24  admitted.)
25            MR. CASTELLANO:  Thank you, Your Honor.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   BY MR. CASTELLANO:

2       Q.   Okay.  Beginning with Exhibit 581, who is

3   that?

4       A.   Gerald Archuleta.

5       Q.   Now, I notice in this exhibit there is a

6   different date of April 28, 2016.

7       A.   Yes.

8       Q.   So I want to pause there for a moment and

9   ask you, you mentioned phase 1 of this prosecution

10  or the investigation was in December of 2015.  So

11  what happened between that time and the time that we

12  have photographs of Mr. Archuleta?

13      A.   We continued our investigation, continued

14  collecting evidence, and then myself and the other

15  agents assigned to the case went back to the federal

16  grand jury, provided testimony, secured indictments

17  and arrest warrants for phase 2 defendants.  Similar

18  to phase 1, we put together operational plans,

19  search warrants, and did another large-scale law

20  enforcement takedown around New Mexico and elsewhere

21  early in the morning.

22      Q.   All right.  So looking at Exhibit 581,

23  where was Mr. Archuleta when he was arrested?

24      A.   He was in Tennessee.

25      Q.   And was he in or out of prison at that

SANTA FE OFFICE                                    MAIN OFFICE
119 East Marcy, Suite 110                     201 Third NW, Suite 1630
Santa Fe, NM 87501                            Albuquerque, NM 87102
(505) 989-4949                                     (505) 843-9494
FAX (505) 843-9492                             FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1  time?
 2       A.   He was out.  He had a house, had a job,
 3  living on the street -- excuse me, not living on the
 4  street, but on the street.
 5       Q.   And if you recall, do you remember how
 6  long he'd been out of prison?
 7       A.   More than a couple years.  I don't
 8  remember the exact time.  But he did his parole
 9  time.  He transferred his parole out to Tennessee,
10  and successfully completed it out there.
11       Q.   Looking at the next exhibit, 582.
12       A.   This is a photo of Mr. Archuleta with his
13  shirt off depicting the front of his body.
14       Q.   At some point in time, was Mr. Archuleta
15  known to be a leader of the SNM Gang?
16       A.   Yes.  I think we'll capture it in another
17  photo, but if you look at the top of his pants, it
18  will say "Nuevo Mexico" there.  You can just make it
19  out.
20       Q.   We may or may not have one of those, but
21  let's turn to 583.  Anything of significance stand
22  out in that exhibit?
23       A.   No.
24       Q.   Okay.  Turn to Exhibit 584.
25       A.   We might disagree on the bird, but I see
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    two peacocks at the top of his shoulders there, and

2    then on the back of his neck it says "Lilly."

3         Q.   So no roadrunners in this picture?

4         A.   No what?

5         Q.   No roadrunners in this picture?  Peacocks?

6         A.   Not in my opinion, no.

7         Q.   Exhibit 585.

8         A.   On his right shoulder he has the name

9    Lilly S.  I only mention that it's not a gang

10   tattoo, but someone in their opening -- I think it

11   was Ms. Armijo -- actually talked about the

12   controversy and the civil war in the SNM.  This is

13   the lady it ends up being over.

14        Q.   We'll probably hear from other witnesses,

15   but was that issue a point of contention within the

16   gang?

17        A.   Well, it was a point of contention between

18   these two guys, and they politicked to make it a

19   point of contention in the gang.

20        Q.   You mentioned two guys.  Who were the two

21   guys?

22        A.   Gerald Archuleta and Julian Romero.

23        Q.   And for what charge was Mr. Archuleta

24   arrested?

25        A.   Violent crime in aid of racketeering.  I'm

SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                 Albuquerque, NM 87102
(505) 989-4949                                                          (505) 843-9494
FAX (505) 843-9492                                                 FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1   only hesitating because there were three charges I
 2   thought were applicable.  But in the end, I think
 3   all that ultimately he was held responsible for was
 4   the violent-crime-in-aid-of-racketeering attempt to
 5   commit assault resulting in great bodily injury.
 6        Q.   And who was the victim of that assault?
 7        A.   Julian Romero.
 8        Q.   Turning to Government's Exhibit 628
 9   through 635.
10             MS. JACKS:  No objection, Your Honor.
11             MR. VILLA:  No objection.
12             MR. LOWRY:  No objection, Your Honor.
13             MR. MAYNARD:  No objection.
14             THE COURT:  All right.  Assuming the
15   Government is moving the admission, Government's
16   Exhibits 628 through 635 inclusive and without gap
17   are admitted into evidence.
18             (Government Exhibits 628 through 635
19   admitted.)
20             MR. CASTELLANO:  Thank you, Your Honor.
21   BY MR. CASTELLANO:
22        Q.   Beginning with Exhibit 628, who is this
23   person?
24        A.   Manuel Jacob Armijo.
25        Q.   And I see once again the date of April 28,
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1    2016, on there?

 2         A.    Yes.

 3         Q.    Was this, then, part of the phase 2?

 4         A.    It was.

 5         Q.    And when phase 2 happened, were additional

 6    charges brought against additional defendants in

 7    that next phase of the operation?

 8         A.    Yes.

 9         Q.    And so can you tell the jury, in addition

10    to the people in court today, were there other

11    members charged and other members still pending

12    trial?

13         A.    Yes.   Should I stop there?

14         Q.    Yes.   And is Mr. Armijo known by any other

15    names?

16         A.    Big Jake.

17         Q.    Let's turn to the next exhibit, 629.

18         A.    This is Mr. Armijo's right arm.   On the

19    back side of his arm you see the prison tower with

20    the gate and the barbed wire.   Just below that a Zia

21    with an S in it.

22         Q.    All right.   Turning to Exhibit 630.

23         A.    Nothing on that one.

24         Q.    Next is Exhibit 631.

25         A.    This tattoo that I'm circling that has the

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  paw print and then it says MEX, M-E-X.  To me, this

2  is a tattoo that signifies not only New Mexico but

3  Albuquerque, given the reference to what I recognize

4  to be to the Lobos.

5       Q.   What's at the bottom of his arm?

6       A.   It's a Zia symbol, and if I remember

7  correctly, inside that there is the letter S.  I

8  think we'll have another image of it.

9       Q.   Turning to Exhibit 632, what do we see

10  there?

11       A.   So in this photo a couple of things.

12  Across his lower stomach is Barelas, which is an

13  older neighborhood in Albuquerque, and is one of the

14  older street gangs in New Mexico.  A lot of the

15  founding members of the SNM are from that

16  neighborhood, as is Mr. Armijo.  Then you start to

17  make out -- looks like on his left arm, which is

18  depicted on the right side of the photo, it looks

19  like he covered up some tattoos here.  And then

20  there is another Zia symbol below that.

21       Q.   Let's go ahead and turn to 633, then, to

22  get a better look.

23       A.   So the Zia symbol I was referencing is

24  shown in this photo, and it's got the S in the

25  center.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   And 634?

 2        A.   It's the same thing.

 3        Q.   Exhibit 635?

 4        A.   This is Mr. Armijo's back.  See on the

 5   back of his right tricep the Zia with the S.

 6        Q.   If you recall, what was Mr. Armijo charged

 7   with?

 8        A.   RICO Act conspiracy, Racketeer Influenced

 9   and Corrupt Organizations Act conspiracy.

10        Q.   And was he charged in a separate

11   indictment than the gentlemen in court?  It was a

12   RICO conspiracy?

13        A.   Two of the gentlemen in court were charged

14   with that as well.

15        Q.   Let me ask you in that indictment, was

16   there any allegation against Mr. Armijo regarding a

17   murder in the overt acts of that indictment?

18        A.   Yes.

19        Q.   And was that indictment later superseded

20   or changed in any way regarding that murder?

21        A.   Yes.

22        Q.   And what happened with the murder charge

23   in which he was implicated between the first

24   indictment and the second indictment in his case?

25        A.   It was -- those overt acts were dropped
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

 1   because we determined that --

 2            MS. JACKS:  Objection, hearsay.

 3            THE COURT:  Are you trying to elicit this

 4   out-of-court?

 5            MR. CASTELLANO:  I am, Your Honor.

 6            THE COURT:  Why don't y'all approach on

 7   this.

 8            (The following proceedings were held at

 9   the bench.)

10            THE COURT:  What is he going to say?

11   What's he about to say?

12            MR. CASTELLANO:  I think what he's going

13   to say is that the further investigation revealed

14   that he was not involved with that and therefore the

15   charge was removed.

16            MS. JACKS:  I think that's a conclusion

17   based on hearsay, and it's irrelevant.

18            THE COURT:  Well, but if it's his

19   conclusion from his investigation, I don't think

20   it's hearsay.  If he did the investigation and

21   concluded --

22            MS. JACKS:  The investigation was based on

23   interviewing people.

24            THE COURT:  Well, he interviewed people,

25   but he made the determination.  Overruled.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1          MS. DUNCAN:  Your Honor, I'd like to move

2    for a mistrial based on Bryan Acee announcing to the

3    jury that two of the defendants are being charged in

4    another case not before the jury.  That is was

5    improper.

6          THE COURT:  These other defendants --

7          MS. DUNCAN:  There are two people in this

8    room that have been charged in another case, is what

9    he said; which now these jurors are aware of another

10   case pending against two of them.  So on that

11   ground, I would ask for a mistrial.

12         THE COURT:  Well --

13         MR. VILLA:  I want to join on behalf of

14   Mr. Perez, because the testimony was that two of the

15   defendants were joined, charged, in another

16   indictment.  It's not clear who.  So it leaves the

17   impression that it could be Mr. Perez.

18         THE COURT:  Can you clear it up, and can

19   you somehow eliminate this thing with Baca being in

20   the other cases?

21         MR. CASTELLANO:  When he first said it, I

22   noticed the comment, and quickly moved to another

23   subject to try to minimize that.  But I did notice

24   the comment, which was not intended to be elicited.

25         THE COURT:  Why don't you tell him you're

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                      201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                          (505) 843-9494
FAX (505) 843-9492                                                FAX (505) 843-9492

**BEAN & ASSOCIATES, Inc.**

PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1   going to come back to it and clear up that none of

2   the men in this case are charged in other cases, and

3   just get an answer from him.

4           MS. JACKS:  Mr. Sanchez joins in the

5   objection, and I also think it's probably

6   inappropriate for Mr. Castellano to tell Agent Acee

7   to come back to court and testify to something

8   that's not true.

9           MR. CASTELLANO:  I agree.  He can't do

10  that.  So the question is what we can do to minimize

11  that or shape his testimony to minimize or gloss

12  over that.

13          MR. LOWRY:  That horse has left the barn.

14          THE COURT:  Do this:  Minimize it by

15  saying, "Let's clear up right now, Mr. Sanchez is

16  not charged in any other cases; Mr. Perez is not

17  charged in any other case; Mr. Herrera is not

18  charged in any other case," and move on.

19          MS. JACKS:  I would object to that as a

20  solution because it's instructing him to elicit

21  false evidence.

22          THE COURT:  It's not false evidence.

23          MS. JACKS:  It's not true.  Mr. Sanchez is

24  charged in another case, and referred to by Agent

25  Acee.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1            THE COURT:  Well, clear it up as to the
 2   ones that are truthful.
 3            MS. JACKS:  That's going to highlight it
 4   all the more to Mr. Sanchez.
 5            THE COURT:  Make up your mind.  Move on.
 6            MS. JACKS:  Move for a mistrial.
 7            THE COURT:  That's denied.  What do you
 8   want?  Do you want this testimony or not?
 9            MS. JACKS:  I don't want anything further
10   on behalf of Mr. Sanchez.  Let's go back to our
11   chairs.  The other Defendants may feel differently.
12            THE COURT:  Go back to your chairs.
13            (The following proceedings were held in
14   open court.)
15            THE COURT:  Mr. Castellano.
16   BY MR. CASTELLANO:
17       Q.   Now, Agent Acee, you had earlier talked
18   about the use of informants.  And as a result of the
19   use of informants, can you tell the members of the
20   jury whether Mr. Herrera and Mr. Perez were added to
21   the Molina murder?
22       A.   Yes, they were.
23       Q.   So beginning with Exhibits 539 through
24   547, I'll approach in a second.
25            MR. VILLA:  No objection from Mr. Perez.
```

SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                              Albuquerque, NM 87102
(505) 989-4949                                                          (505) 843-9494
FAX (505) 843-9492                                                  FAX (505) 843-9492
                                                                        1-800-669-9492
                                                              e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1           MS. JACKS:  No objection.

2           MR. LOWRY:  No objection.

3           MR. MAYNARD:  No objection.

4           THE COURT:  All right.  Government's

5    Exhibit 539 through 547, without gap, inclusive,

6    will be admitted into evidence.

7           (Government Exhibits 539 through 547

8    admitted.)

9    BY MR. CASTELLANO:

10      Q.   Now, referring to other charges with these

11   defendants, we continue to say "the Molina murder,"

12   but is there more than one charge to include a

13   conspiracy to murder?

14      A.   Yes.

15      Q.   So looking at Exhibit 539, who is this

16   person?

17      A.   Rudy Perez.

18      Q.   Is this one of the defendants on trial?

19      A.   Yes, sir.

20      Q.   I notice the date there is also April 28

21   of 2016.

22      A.   Phase 2.

23      Q.   So without getting into the details, how

24   is it that Mr. Perez was not charged initially but

25   was charged in the later indictment?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

 
BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      A.   We developed additional information that

2 supported probable cause to charge him.

3      Q.   And who was the person who was involved

4 with that part of the investigation?  Which

5 cooperator?

6      A.   Billy Cordova, Little Shadow.

7      Q.   And how did you come to know Billy

8 Cordova?

9      A.   Depends how long of a story you want.  But

10 the short version is:  He was in custody up at MDC,

11 which is the Metropolitan Detention Center in

12 Bernalillo County.  I was at the detention center

13 visiting another SNM member who was cooperating.

14 The manner in which the correctional officers

15 brought the cooperator into the office to talk to me

16 compromised the cooperator.  It basically --

17 because --

18      Q.   Here's the question.  MDC is where and

19 what is it called?

20      A.   It's the Metropolitan Detention Center.

21 It's Bernalillo County's jail.  It's west of

22 Albuquerque.

23      Q.   And did you say that you were intending to

24 meet with a cooperator there?

25      A.   Yes.

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1      Q.   And what's the issue in meeting with

2   somebody who is cooperating with you in a jail or

3   prison facility?  What concerns do you have?

4      A.   Well, it's kind of a delicate matter,

5   because when I arrive at a jail, because I don't

6   work there, I have to identify myself.  And jails

7   and prisons have ears and news travels quickly.  And

8   what the concern was, being able to visit a

9   cooperator without compromising the fact that the

10  cooperator is meeting with the FBI.

11     Q.   And in order to kind of gloss over that

12  situation at the jail, what procedure or tactic did

13  you use?

14     A.   The cooperator was living in an SNM pod.

15  So we asked the jail to pull everybody from the pod

16  one at a time, to make it look like we were there to

17  interview all the SNM members.  That way, I could

18  relay the information to the informant, and make it

19  look like he's just another guy getting questioned

20  by the FBI that day.  Phase 1 of the investigation

21  happened.  The SNM is well aware that the FBI is

22  pursuing them, investigating them.  So for the FBI

23  to show up and interview everybody in the jail

24  that's SNM is a good cover story at that point.

25     Q.   Okay.  So this would be then after

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                  201 Third NW, Suite 1630
Santa Fe, NM 87501                                         Albuquerque, NM 87102
(505) 989-4949                                                    (505) 843-9494
FAX (505) 843-9492                                            FAX (505) 843-9492
                                                              1-800-669-9492



PROFESSIONAL COURT
REPORTING SERVICE                          e-mail: info@litsupport.com

```
 1   December, which is phase 1, leading up to April; is

 2   that the correct timeframe?  Is this before the

 3   indictment adding Defendants Herrera and Perez?

 4        A.   Yes.

 5        Q.   So what happens -- what do you expect when

 6   Billy Cordova walks in the room?

 7        A.   I thought we were going to have problems

 8   with him.  According to the guards, they actually

 9   brought extra correctional officers in because they

10   thought he would attack us.

11        Q.   And at that point was he cooperating at

12   all?

13        A.   No.

14        Q.   Did you expect him to cooperate at all?

15        A.   I did not.

16        Q.   And what happened once you met him?

17        A.   He came in with a big smile, he sat down,

18   and he talked to -- at the time, I sat off to the

19   side and I had two other agents talking to him.  And

20   I was just sort of evaluating him without talking to

21   him.  After some time, I entered the conversation

22   and he agreed to cooperate with us.

23        Q.   Did that surprise you?

24        A.   Very much so.  In fact, I didn't even have

25   a pen and a piece of paper out.  I didn't expect him
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1   to talk to me.
 2        Q.   And when he agreed to cooperate with you,
 3   was he charged with any crimes?
 4        A.   I didn't charge him with any crimes.  He
 5   was at jail because he'd been charged with a crime.
 6        Q.   What was he in jail for at the time?
 7        A.   He'd been charged with a homicide, and he
 8   pled guilty to something less than homicide.  I
 9   think it might have been manslaughter.
10        Q.   Do you remember if he pled guilty or went
11   to trial on that matter?
12        A.   Thank you.  I think he actually -- I'm not
13   sure.
14        Q.   If you don't remember, that's okay.
15        A.   I don't recall.
16        Q.   Did you discuss with him the idea that you
17   might be looking at him to charge him because other
18   people had already been charged?
19        A.   Yes.
20        Q.   And once he decided to cooperate, what
21   decision did you make about any charge decisions
22   regarding Billy Cordova?
23        A.   I don't make charging decisions.  I make
24   recommendations to the U.S. Attorney's office.  When
25   Billy Cordova told me that he would cooperate, at
```

SANTA FE OFFICE                                        MAIN OFFICE
119 East Marcy, Suite 110                       201 Third NW, Suite 1630
Santa Fe, NM 87501                              Albuquerque, NM 87102
(505) 989-4949                                        (505) 843-9494
FAX (505) 843-9492                               FAX (505) 843-9492
                                                     1-800-669-9492
                                              e-mail: info@litsupport.com



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1   that point I was no longer looking to charge him.  I
 2   was looking to utilize him as a tool to continue to
 3   collect the information on the SNM.
 4        Q.   And based on what you knew of his status
 5   in the gang, did you think that you could utilize
 6   him successfully?
 7        A.   Absolutely.
 8        Q.   And did you utilize him?
 9        A.   I did.
10        Q.   For what purpose?
11        A.   To simply go back into the prison as a
12   good-standing member of the S, a popular well-known
13   one, wearing an FBI wire.
14        Q.   Can you tell the members of the jury if he
15   wore a wire when he was housed next to Rudy Perez?
16        A.   He did.
17        Q.   And Carlos Herrera?
18        A.   He did.
19        Q.   And as a result of recordings and what the
20   investigation revealed, were these two gentlemen
21   then added to the Molina murder?
22        A.   Yes.
23             MR. VILLA:  Objection, Your Honor.
24             THE COURT:  What's the objection?
25             MR. VILLA:  I mean, I think this is based
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   on hearsay information.  He's essentially asking the

2   results of information that transpired between Mr.

3   Cordova and Mr. Perez.

4            THE COURT:  Overruled.

5   BY MR. CASTELLANO:

6        Q.   Then turning to Exhibit 539, who are we

7   looking at?

8        A.   Rudy Perez.

9        Q.   And let's turn then to Exhibit 540.  What,

10  if anything, do you notice about his tattoos in

11  Exhibit 540?

12       A.   Nothing of significance.  He has his name

13  on his lower stomach, but nothing of significance.

14       Q.   Turning to 541.

15       A.   There is a tattoo there on his neck that

16  says "Mi Vida Loca," "my crazy life."  We in law

17  enforcement used to attribute that to gangs.  But a

18  lot of people get them who aren't gang members.

19       Q.   So in your opinion, that tattoo by itself

20  may not necessarily have any significance?

21       A.   Today, as I sit here, that tattoo doesn't

22  mean anything.

23       Q.   Let's look at Exhibit 542.  Look at the

24  bottom of his arms.

25       A.   Yes.  It says "New" on the back side of

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                         201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                    FAX (505) 843-9492
                                                          1-800-669-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE                         e-mail: info@litsupport.com

 1   his wrist.

 2        Q.    Let's go to Exhibit 543.

 3        A.    On the opposite wrist it says "Mexico."

 4        Q.    Turning to Exhibit 544, anything that you

 5   notice from that particular exhibit?

 6        A.    No.

 7        Q.    Exhibit 545.

 8        A.    On the upper portion of Mr. Perez' back,

 9   it says "Brown Pride."

10        Q.    Exhibit 546.

11        A.    On the back of Mr. Perez' left shoulder,

12   there is a tattoo of a peacock.

13        Q.    You talked a little bit about that

14   earlier.  Have you noticed peacock tattoos on other

15   people who were arrested as part of the overall

16   investigation?

17        A.    Yes.

18        Q.    Exhibit 547.  Anything stand out in that

19   one?

20        A.    No, sir.

21        Q.    Turning to the exhibits beginning with

22   number 528 to 530.

23             MS. JACKS:  We have no objection.

24             MR. VILLA:  No objection.

25             MR. LOWRY:  No objection, Your Honor.

SANTA FE OFFICE                                           MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                   Albuquerque, NM 87102
(505) 989-4949                                               (505) 843-9494
FAX (505) 843-9492                                      FAX (505) 843-9492
                                                          1-800-669-9492
                                              e-mail: info@litsupport.com



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1            MR. MAYNARD:  No objection.

 2            THE COURT:  All right.  Government's

 3   Exhibits 528, 529, and 530 will be admitted into

 4   evidence.

 5            (Government Exhibits 528 through 530

 6   admitted.)

 7   BY MR. CASTELLANO:

 8       Q.   Beginning with Exhibit 528.  Who is this?

 9       A.   Carlos Herrera.

10       Q.   And judging by the date of April 28, does

11   this mean this was part of phase 2 of the

12   investigation?

13       A.   Yes.

14       Q.   Looking at 529.

15       A.   This is a photo of Mr. Herrera with his

16   shirt off.  You see just above his belly button he

17   has a Zia with an S in it.

18       Q.   Exhibit 530?

19       A.   That's a close-up photo of the same.

20       Q.   Also looking at Exhibit 531?

21       A.   The same.

22       Q.   And 532, anything of significance in 532?

23       A.   No, sir.

24       Q.   Or 533?

25            THE COURT:  All right.  You haven't moved
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   these admissions.  Do you want to pull those down

 2   for a second?  What numbers are these?

 3             MR. CASTELLANO:  Your Honor, these are --

 4   and I apologize.  These are Exhibits 528 through

 5   538.  I thought I had.  But I may have missed that.

 6             THE COURT:  What you said a minute ago was

 7   528 to 530.  Did you mean 538?

 8             MR. CASTELLANO:  Yes, Your Honor, 538.

 9             THE COURT:  Any objection to those?

10             MS. JACKS:  No.

11             MR. VILLA:  No, Your Honor.

12             MR. LOWRY:  No, objection.

13             MR. MAYNARD:  No, Your Honor.

14             THE COURT:  So 528 through 538 will be

15   admitted into evidence.

16             (Government Exhibits 528 through 538

17   admitted.)

18             MR. CASTELLANO:  Thank you, Your Honor.

19   BY MR. CASTELLANO:

20        Q.   So let's look at 534.  Anything there that

21   stands out?

22        A.   No.

23        Q.   Turning to Exhibit 535?

24        A.   This is a photo of Mr. Herrera's left

25   hand.  He has an 18 on his middle fingers.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   Have you seen the number 18 on other

2    people?

3    A.   Yes.

4    Q.   And what has it meant for the other

5    people?

6    A.   18th Street Gang in Albuquerque.

7    Q.   Looking at Exhibit 536?

8    A.   This is the back of Mr. Herrera's head and

9    neck, and you see it's spelled out 18 again in

10   reference to the street gang.

11   Q.   Exhibit 537?

12   A.   I don't see anything of significance.

13   Q.   And that Exhibit 538.

14   A.   This is Mr. Herrera's left hand and you

15   see his moniker there, "Lazy."  Earlier I talked

16   about that tattoo that said "Mi Vida Loca."  It can

17   also signify those three dots.  But again, kids in

18   high school get these now sometimes.

19   Q.   So from this investigation, have you come

20   to know Mr. Herrera as Lazy?

21   A.   Yes.  That's his moniker.

22   Q.   I mentioned another indictment earlier.

23   Is it fair to say that in the first indictment, Mr.

24   Sanchez and Mr. Baca were named when this was first

25   charged?

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                     FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1       A.   Yes.

2       Q.   And then when it was charged a second

3   time, were they renamed in that indictment adding

4   these two defendants?

5       A.   Yes.

6       Q.   I'm going to go back to something I missed

7   with Mr. Armijo, Manuel Jacob Armijo.

8       A.   Yes.

9       Q.   I was asking you about his indictment.  In

10  his case, do you recall conduct in his first

11  indictment that was removed from a second

12  indictment?

13      A.   Yes.

14      Q.   What did that relate to?

15      A.   It related to the murder of SNM member

16  Michael Giron, alias "Choo Choo," in Albuquerque.

17      Q.   And when you looked closer into those

18  allegations, did you, in conjunction with the U.S.

19  Attorney's Office, decide to remove that conduct

20  from the second indictment?

21      A.   Yes.  Evidence works both ways.  If we

22  find something that shows they didn't do it, then

23  that was the case there, they took it out.

24      Q.   And to clarify this, is Mr. Armijo

25  cooperating with the Government?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

110

```
 1        A.    Yes.

 2        Q.    And was that -- can you tell the members

 3   of the jury whether that conduct was removed from a

 4   second indictment because he was cooperating or

 5   because the investigation showed something

 6   otherwise?

 7        A.    To be clear, it was removed because the

 8   investigation showed otherwise.

 9        Q.    Okay.  Now, moving to cooperators in this

10   case, obviously the jury heard about benefits and

11   things of that nature in opening statements.  Can

12   you tell the members of the jury whether some of the

13   cooperators in this case received benefits?

14        A.    Yes.

15        Q.    So turning to people like, let's say,

16   Jerry Armenta or Jerry Montoya, people like them,

17   can you tell the members of the jury whether or not

18   they were incarcerated pending their charges?

19        A.    They were in custody.  They were

20   incarcerated.

21        Q.    And while they were incarcerated, did the

22   FBI put any money on their books?  And I'll have you

23   explain that in a second.

24        A.    Yes.

25        Q.    What does it mean to put money on
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1   someone's books?

2        A.   If you had a family member that was in

3   prison and you wanted to send money for them to

4   utilize to make phone calls or buy stamps or letters

5   or drawing pencils or extra food, you put money on

6   their books.

7        Q.   And is that like a prison or jail account?

8        A.   Yes.  You give the money to the Department

9   of Corrections, you let them know which inmate it's

10  for, and it goes on their account.

11       Q.   And for people like that -- the jury will

12  hear about each of them individually later on.  But

13  for people who you put money on their books,

14  oftentimes what was the amount that was placed on

15  their jail or prison books?

16       A.   It averaged out to about $50 a month, or a

17  little less than $2 a day.

18       Q.   What was the purpose of doing that?

19       A.   So they could buy extra stamps, envelopes,

20  drawing pencils, chips, snacks.  They could make

21  extra phone calls, because those cost money in some

22  of the levels -- well, some of the areas of the

23  prison.  And some of the guys asked that the money

24  be sent to their wives instead, because they had to

25  buy shoes because school was starting.  So they were

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    free to use it within the prison.  However, the

2    prison allowed them to use that dollar-something a

3    day.  On the outside, if they asked us to give the

4    $50 to their wife or girlfriend, we'd try to

5    accommodate that.

6         Q.   So was this after each of these

7    individuals turned their backs on the prison gang?

8         A.   Yes.  This is once they were cooperating

9    and were relocated to a different facility for

10   safety.

11        Q.   And what happened to any of these

12   individuals if they broke the rules?

13        A.   Our rules?

14        Q.   Yes.

15        A.   I talked to them.

16             MS. JACKS:  Objection, compound.

17             THE COURT:  Overruled.

18        A.   I'd talk to them, confront them about it.

19   The Corrections Department would be involved in it,

20   because they're inmates.  And from the FBI

21   perspective, I closed them.  I closed them as an

22   informant.  It doesn't mean I didn't still talk to

23   them, or talk to them through their attorney, visit

24   them.  It doesn't mean they didn't cooperate.  But

25   the FBI stopped paying them and officially closed

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                            FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1  them as an FBI informant.

2      Q.   What was the purpose of opening them as

3  FBI informants?

4      A.   Simply stated -- well, a few things.

5  Because some of them were actually operational,

6  where they wore wires and did things like that.  In

7  order for an informant to be operational for us,

8  there are certain rules and protocols that have to

9  be followed, the first of which is:  I actually have

10 to open them as an informant.  That starts that

11 documentation process, that official recognition

12 that they're working with us.

13          In terms of, you know, just being a case

14 agent and trying to manage a lot of aspects of the

15 case, I like them being open as an informant because

16 it helped me manage -- use the FBI's resources to

17 manage that person.  So for example, if an informant

18 got commissary money or the $50 a month, a different

19 entity within the FBI kept that accounting for me so

20 that I didn't have to.  And so it was a good way to

21 manage them.

22     Q.   Why did you feel it necessary to account

23 for the benefits that you were giving them?

24     A.   That is all important information when we

25 go to court and I'm asked by both the prosecution

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

 1   and the defense to provide that information.  I'm

 2   then able to, down to the penny, with dates, because

 3   anytime we provide money to an informant, they have

 4   to sign our receipt.  It's not always in their real

 5   name, but it's in an FBI-created name with an FBI

 6   informant number so we can keep track of that.

 7        Q.   And then, as you stated, once you have

 8   benefits, you also not only turn over that

 9   information to the Government, but it goes to the

10   defense attorneys?

11        A.   It does.  I don't typically provide stuff

12   directly to the defense, but I do it through your

13   office.

14        Q.   Now, you mentioned earlier you had moved a

15   couple of people.

16        A.   Yes.

17        Q.   Tell us who you moved in relation to this

18   case.

19        A.   Do you want to start in prison or on the

20   street?

21        Q.   Let's start on the street.

22        A.   Okay.  After -- actually, just before the

23   phase 1 takedown, we moved Mario Montoya.  That was

24   the informant I had on the street that was acting as

25   the hit man in the Marcantel-Santistevan conspiracy.

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                    FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1  I moved him out of state.

2          I also moved -- subsequently moved Eric

3  Duran when he got out of prison.  The Department of

4  Corrections allowed him to start his parole term

5  early.  And so we moved him out of state for safety

6  as well.

7          Other cooperators, I offered to move them

8  out of state.  In one instance we helped move a

9  cooperator's wife out of state who felt threatened.

10  In other instances I've offered, but I can't

11  think -- not everybody wants to leave New Mexico.

12      Q.   So for people like Eric Duran and Mario

13  Montoya, what was your concern about getting them

14  out of the state?

15      A.   They were walking dead men.

16      Q.   And can you tell the members of the jury

17  whether their voices showed up on recordings that

18  were turned over?

19          MR. LOWRY:  Objection, Your Honor,

20  hearsay.

21          THE COURT:  It's just a yes/no question.

22  Overruled.

23          Don't tell us the contents.  Just tell us

24  yes or no.

25          MR. CASTELLANO:  Can I have the question



```
 1   again?  I forgot, Your Honor.
 2           THE COURT:  The question was:  "Can you
 3   tell the members of the jury whether their voices
 4   showed up on the recordings that were turned over?"
 5       A.   Yes.
 6   BY MR. CASTELLANO:
 7       Q.   Correct.  I'm not worried about the
 8   content.  What I want to know is whether their
 9   voices were captured on recordings when they were
10   talking to other people charged in this case.
11       A.   Yes.
12       Q.   And did that give you concern?
13       A.   Yes.
14       Q.   Did that give them concern?
15       A.   Yes.
16           MS. JACKS:  Objection.  Move to strike;
17   testimonial and hearsay.
18           THE COURT:  Overruled.
19   BY MR. CASTELLANO:
20       Q.   Regarding Mr. Duran, there has been --
21   well, it's not in evidence, but it was talked about
22   in opening statements by the attorneys.  Are you
23   aware of whether or not his sentence in the
24   Corrections Department was reduced?
25       A.   Yes.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1        Q.    And are you aware of why his sentence in

2   the Corrections Department was reduced?

3        A.    Yes.

4        Q.    What was the basis?

5        A.    The Department of Corrections awarded him

6   with, I believe, two lifesaving awards.  It's

7   something I wasn't familiar with before this case.

8   But he was credited with saving two lives, and so

9   there is -- their policies allow them to award time

10  off their sentence for that.

11       Q.    Did you ask for that?

12       A.    I did not. I wasn't aware of it when it

13  was brought up.  I know about it after the fact.

14       Q.    In terms of benefits to Eric Duran, what

15  type of monetary benefits did he receive?

16       A.    He received money from the FBI.  I don't

17  have the exact amount.  I know that I put -- in late

18  2016 I put $25,000 on his prison account, which is

19  not an ideal way to pay an informant, but

20  circumstances in the Government were that I had to

21  spend the money due to fiscal end-of-year kind of

22  silly stuff.  So I paid him $25,000.

23       Q.    Did any of the other people cooperating

24  with the Government receive that much money?

25       A.    No, not anywhere near that.

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                       (505) 843-9494
FAX (505) 843-9492                                             FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1      Q.   What was different about Eric Duran?

 2      A.   Duran made his way to the top of the SNM's

 3 hit list.  He recorded --

 4           MR. LOWRY:  Objection, Your Honor, that

 5 calls for --

 6           THE COURT:  Sustained.  Let's try not to

 7 ask open-ended questions like that.

 8           MR. CASTELLANO:  Understood, Your Honor.

 9           MS. JACKS:  Can the answer be stricken and

10 the jury be instructed?

11           MR. LOWRY:  Can we approach the bench?

12           THE COURT:  No, you can't.  The jury will

13 disregard that statement, and it will stricken from

14 the record.

15           Mr. Castellano.

16 BY MR. CASTELLANO:

17      Q.   Agent Acee, I may lead you through part of

18 the testimony here.  So you mentioned that you

19 wanted to move him out of state?

20      A.   Yes.

21      Q.   Did the money help cover the moving

22 expenses?

23      A.   Yes.

24      Q.   And what else did the money cover in terms

25 of benefits to Eric Duran and moving him out of
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  state?

2      A.   I calculated the amount, I factored in

3  moving Mr. Duran and his family and children, the

4  expenses related to moving a significant distance

5  from New Mexico.  It wasn't just a neighboring

6  state.  I factored in six months of rent at the new

7  location, which has a much higher rent than New

8  Mexico.  And then just some of the basic living

9  expenses associated with that move.

10     Q.   And with Eric Duran, once he moved, did he

11 continue working for the FBI?

12     A.   Yes.

13     Q.   Did he continue working for you or for

14 another office of the FBI?

15     A.   He -- when he moved, he was transferred to

16 another agent in another office of the FBI.

17     Q.   And was he involved in other operations?

18     A.   Not for New Mexico, but for the new

19 office, yes.

20     Q.   And if any of those investigations are

21 pending, I won't ask you about those.  I'll stay

22 away from those.

23          But as a result of him moving out of

24 state, what, if any, other benefits did you provide

25 to him once you moved him?

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                  FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   I want to be clear.  He received more than

 2   the $25,000 from New Mexico agents.  There were some

 3   other costs that came up.  I know at one time we

 4   gave his wife $6,000 to help move, move some

 5   vehicles.  When he got to the new FBI office, I am

 6   aware that he received some money there, as well;

 7   not to the tune of $25,000.  I think, all told, Eric

 8   Duran received about $45,000 or so from the FBI

 9   between the two offices.  As far as other benefits,

10   we mentioned what the Department of Corrections gave

11   him.  I can't think of any more benefits, at least

12   from my handling of him.

13        Q.   It was suggested from the opening

14   statements that the Government was responsible for

15   charges getting dropped against Mr. Duran.  I want

16   to talk to you about charges in El Paso, for

17   starters.

18        A.   Okay.

19        Q.   Were you aware of charges pending against

20   Mr. Duran coming out of El Paso?

21        A.   I became aware of it after he left New

22   Mexico, yes.

23        Q.   How did it come up?

24        A.   I'm not sure how much detail you want.  I

25   can give you a pretty long story, but --
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



**BEAN & ASSOCIATES, Inc.**
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
**1-800-669-9492**
e-mail: info@litsupport.com

```
 1        Q.   Let me ask you this, to avoid --
 2             THE COURT:  Why don't you lead him through
 3   this?
 4             MR. CASTELLANO:  Yes, sir.
 5   BY MR. CASTELLANO:
 6        Q.   Is it fair to say he was working for the
 7   FBI unrelated to this case in another part of the
 8   country?
 9        A.   Yes.
10        Q.   And related to that, was it important that
11   he not have any outstanding charges or warrants?
12        A.   Yes.
13        Q.   And when he was working for them, did the
14   issue of a warrant in El Paso surface?
15        A.   Yes.
16        Q.   And what happened to those charges?
17        A.   Ultimately the district attorney's office
18   in El Paso dismissed that arrest warrant.
19        Q.   And what efforts were you doing to clear
20   up those charges for Mr. Duran?
21        A.   I don't clear up charges.  I didn't clear
22   up his charges.
23        Q.   And -- well, what steps were you going to
24   take to present him to El Paso authorities to hold
25   him responsible or let them figure out what they
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1   were going to do with those charges?

 2        A.   I offered to pick him up on his warrant,

 3   fly him to El Paso, and deliver him to the DA's

 4   office.

 5        Q.   If you recall, approximately how old were

 6   those charges?

 7        A.   Close to 20 years.

 8        Q.   So after the DA's office looked at the

 9   case, was the case dismissed?

10        A.   Yes.

11        Q.   Did you ask their office to dismiss those

12   charges?

13        A.   I didn't.  And I don't think I ever had a

14   single conversation with anyone in their office.

15        Q.   Now, when it comes to any conduct out of

16   the state, did you have a say in dismissal of any

17   charges if he got into trouble up there?

18        A.   No.

19        Q.   Now, are you aware of a situation where he

20   was found in a vehicle with a firearm?

21        A.   Yes.

22        Q.   What did you do in response to learning

23   that information?

24        A.   I asked the New Mexico Department of

25   Corrections to issue a warrant for him for parole

SANTA FE OFFICE                                                     MAIN OFFICE
119 East Marcy, Suite 110                                      201 Third NW, Suite 1630
Santa Fe, NM 87501                                              Albuquerque, NM 87102
(505) 989-4949                                                          (505) 843-9494
FAX (505) 843-9492                                                 FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

 1    violation, to bring him back to New Mexico.  I also

 2    reached out to an FBI agent in the city he was in

 3    and asked them to open a case on him and charge him

 4    with a federal violation of being a felon in

 5    possession of a firearm.

 6         Q.   What steps did you take to further that

 7    investigation against Eric Duran?

 8         A.   As soon as Duran got back here to New

 9    Mexico, I had obtained a search warrant to swab the

10    inside of his mouth for DNA.  I executed it on him

11    as soon as he arrived.  And I sent that swab to the

12    FBI in -- are we not saying locations?

13         Q.   Well, in other words, did you send the

14    swab for DNA testing?

15         A.   I did not.  I sent it to the case agent,

16    the new FBI case agent that I contacted, so that

17    they could submit it with their case.

18         Q.   As far as you know, are you pending

19    results to see if the firearm in that case has Eric

20    Duran's DNA on it?

21         A.   Yes, we're waiting for DNA and the

22    fingerprints.

23         Q.   Let me ask you about some of the other

24    cooperators in the case.  At some point in time were

25    some of the cooperators housed in the same facility?

SANTA FE OFFICE                                                MAIN OFFICE
119 East Marcy, Suite 110                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                      Albuquerque, NM 87102
(505) 989-4949                                                   (505) 843-9494
FAX (505) 843-9492                                         FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    Yes.

 2        Q.    For their safety, were you trying to house

 3   them away from other inmates?

 4        A.    Yes.

 5        Q.    At that point in time, was it known that

 6   they were cooperating with the Government?

 7        A.    Yes.

 8        Q.    So under those circumstances, were some of

 9   those inmates allowed additional privileges?

10        A.    Yes.

11        Q.    What were some of those privileges?

12        A.    They got extra tier time, or time to be

13   outside their cells and be in the bigger area.  I

14   think we saw some photos earlier where it shows some

15   tables, and there are board games and stuff out

16   there.  So they had extra tier time.  They were

17   afforded extra phone calls so they could call family

18   and friends.  I don't know how that translates to

19   calling attorneys.  And they got more family visits.

20        Q.    Do you know what a contact visit is?

21        A.    I believe so.

22        Q.    Or at least, do you know, if an inmate has

23   a contact visit with family, are you aware of

24   whether or not there are rules on how much contact

25   is allowed?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    Yes.
 2        Q.    At some point did you become aware that
 3   some of those cooperators broke those rules?
 4        A.    Yes.
 5        Q.    And in what context did they break those
 6   rules?
 7        A.    They had more contact than they were
 8   allowed.
 9        Q.    And does that include sexual contact in
10   some cases?
11        A.    Yes.
12        Q.    At that point in time, until that
13   happened, were those some of the inmates you were
14   putting money on their books?
15        A.    Yes.
16        Q.    Did they get in trouble for that contact
17   with, I'll say, females?
18        A.    Yes.
19        Q.    What happened -- what were the
20   consequences, once they broke those rules, with the
21   contact visits?
22        A.    I closed them as informants.  I advised
23   them of that.
24        Q.    Did that mean you quit paying them any
25   money, even that $50 a month?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   Yes.  I -- for many months, in some cases
 2   almost a year, I had no contact with them and would
 3   only interact with the attorneys.  I know that two
 4   of the men were not housed there on federal charges.
 5   They were there on state charges, and the State
 6   locked them down in isolation for, like, nine
 7   months.
 8            MR. VILLA:  Objection, hearsay.
 9            THE COURT:  Lay a foundation if he's going
10   to testify to that.  Are you wanting to elicit this?
11            MR. CASTELLANO:  Yes, Your Honor.  I'm
12   intending to elicit consequences to these
13   cooperators.
14            THE COURT:  Lay a foundation as to how he
15   knows about the consequences.
16   BY MR. CASTELLANO:
17        Q.   In terms of the consequences, you said in
18   some cases you didn't have contact with them for
19   some time?
20        A.   Yes, I limited it to only having contact
21   with them through their attorneys.
22        Q.   Then were you made aware whether they were
23   moved to other facilities?
24            MR. VILLA:  Objection.  Calls for hearsay.
25            THE COURT:  Well, you're going to have to
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1   lay some foundation before I allow him to answer

 2   these questions as to how he knows this.  If he just

 3   got it from the Corrections Department, I'll have to

 4   exclude it.

 5   BY MR. CASTELLANO:

 6        Q.   Where were they housed at the point that

 7   they were getting contact visits?

 8        A.   The North facility, L pod, in Santa Fe.

 9        Q.   And so were there times when you would go

10   up there to check on them and you would see them

11   there?

12        A.   Yes.  I was there a couple times a month.

13        Q.   And after they got in trouble, did you see

14   them there anymore?

15        A.   No.  They were transferred.

16        Q.   Now, in terms of the phase 1 and phase 2,

17   let me return to that part of the investigation for

18   a bit.  Did you eventually have a phase 3?

19        A.   Yes.

20        Q.   What was the purpose of phase 3?

21        A.   It was to address several threats to

22   cooperators, witnesses.

23        Q.   And in relation to that, did you then once

24   again begin investigating and executing warrants at

25   people's homes?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    A.   Yes.  I wrote 12 federal search warrants

2  and then four probation parole searches were also

3  conducted.

4    Q.   What did you recover as a result of the

5  warrants in phase 3?

6         MR. LOWRY:  Objection, Your Honor.  How is

7  this relevant?

8         THE COURT:  Overruled.  I think it's

9  relevant.

10   A.   We collected a lot of the usual stuff we

11  do during search warrants:  Drugs, currency -- I

12  think we seized 11 firearms during the searches, and

13  additional information related to the SNM.

14  BY MR. CASTELLANO:

15   Q.   In addition to any state inmates, did you

16  then conduct any searches of any federal inmates'

17  cells?  You, or have other people do it?

18   A.   Yes.

19   Q.   Who was that?

20   A.   A federal inmate by the name of Frankie

21  Gallegos, or Frankie G, who was housed at the United

22  States Bureau of Prisons facility in Beaumont,

23  Texas.

24   Q.   And what relation does he have to any SNM

25  Gang members in New Mexico?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    A.    He has two brothers who are also SNM

2    members that we've arrested.

3    Q.    Can you tell the members of the jury

4    whether those brothers are charged in another part

5    of this case?

6    A.    They are.

7    Q.    With what type of conduct?

8    A.    One brother is charged with two

9    violent-crime-in-aid-of-racketeering murders.  And

10   the second brother -- excuse me.  He has more

11   charges.  He also has been charged with

12   violent-crime-in-aid-of-racketeering attempted

13   murder, assault causing bodily injury, and

14   intimidation of a victim or witness.

15       The second brother has been charged in one

16   violent-crime-in-aid-of-racketeering murder.

17   Q.    In terms of the law enforcement techniques

18   employed in this case, can you tell us what a

19   reversal operation is?

20   A.    Yes.  That's when we, the law enforcement,

21   pose as bad guys and we sell the gun or the drugs or

22   something illegal to someone.

23   Q.    Did you conduct those type of operations

24   in relation to this overall investigation?

25   A.    Yes, on three occasions.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1     Q.   And on that occasion, was the target of

2   that investigation seeking anything?

3     A.   Yes.

4     Q.   What was that person or those persons

5   seeking?

6     A.   Guns.

7     Q.   Did the FBI provide -- in each of those

8   three instances, did the FBI, through an undercover

9   person, provide firearms to those people?

10    A.   Yes.

11    Q.   And what happened once the firearm was

12  delivered?

13    A.   An FBI SWAT team hit their house and

14  arrested them and recovered a gun.

15    Q.   How quickly after the gun was delivered?

16    A.   We did it three times.  The longest period

17  of time that went by was probably two minutes.  The

18  shortest was 30 seconds.  The FBI SWAT teams were in

19  vans parked down the road, around the corner.

20    Q.   And before the FBI delivered those

21  firearms to those people, can you say whether or not

22  they were operational, whether they could fire

23  bullets?

24    A.   They could function, but they could not

25  fire bullets.

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                 Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                   FAX (505) 843-9492
                                                          1-800-669-9492
                                                     e-mail: info@litsupport.com


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    Q.   Why not?

2    A.   The FBI shortened the firing pin just a

3    couple of millimeters so it appeared to work but it

4    wouldn't strike the primer of the bullet.

5    Q.   So overall, if you recall, approximately

6    how many murders have been charged in the overall

7    investigation?

8    A.   Nine.

9    Q.   In addition to any proactive approaches

10   for safety purposes, what have you and the other

11   agents been doing in terms of approaching people

12   coming out of the jail or prison?

13   A.   Every SNM member that comes out of a

14   federal prison or a state prison, myself -- usually

15   myself or another FBI agent is at their parole

16   office to meet them when they check in with their

17   initial check-in with their parole officer.

18   Q.   And what is the purpose of doing that?

19   A.   Twofold.  Every one of them has been aware

20   of the fact that the FBI has been picking up the SNM

21   members.  It's to introduce myself to them, ask them

22   to gauge where they're at; are they going to stay

23   active, or are they done.  And quite frankly, it's

24   to let them know that not only do they have the

25   conditions of their parole, but if they're going to

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                            (505) 843-9494
FAX (505) 843-9492                                    FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1   continue to be gang members in New Mexico, we're

2   going to keep an eye on them and we're going to be

3   after them.

4       Q.   Now, we talked about the use of informants

5   and -- including the prison facilities.  What were

6   your options in terms of investigating inside the

7   prison?  In other words, what were your options in

8   terms of putting an undercover agent into the prison

9   to record the defendants in this case?

10      A.   Putting an undercover police officer, FBI

11  agent in a prison setting like that is actually not

12  an option.

13      Q.   Why not?

14      A.   For a number of reasons.  Specific to this

15  case, I mean, the SNM members' resumes were decades

16  in the making.  To have an undercover agent to just

17  come in, ask to be housed in their pod, to live with

18  them and try to befriend them, there were -- it was

19  not only unlikely to succeed, but there were just

20  way too many risks with that, not only in failing

21  the case; I think they'd smell that out a mile away.

22  But it would be too dangerous for an agent to have

23  to live in there without -- it's against all of our

24  protocols for undercover operations.  We have no

25  ability to rescue them.  We have no ability to

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                         201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                    FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1   really monitor it.  And let alone, what we're

2   exposing the agent to, to lock him up in a prison

3   for a long period of time to try to infiltrate a

4   gang -- it just wouldn't work.

5       Q.   In other words, for example, if you were

6   trying to get an undercover officer into prison to

7   infiltrate a gang, without any specifics, would you

8   be concerned about anything the gang might ask him

9   to do to become a member?

10      A.   Absolutely.

11      Q.   Or anything to do on behalf of the gang to

12   further their purposes?

13      A.   Absolutely.

14      Q.   Could you allow an undercover agent to do

15   anything like that if it involves something illegal?

16      A.   No.

17      Q.   So in these circumstances, even though we

18   had problems with some of these informants, did you

19   feel it was necessary to use them because of their

20   relationships to the defendants in this case for the

21   purpose of capturing other evidence?

22      A.   Yes.

23          MR. CASTELLANO:  May I have a moment, Your

24   Honor?

25          THE COURT:  You may.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              MR. CASTELLANO:  Thank you, Your Honor.
 2              THE COURT:  Mr. Castellano.
 3    BY MR. CASTELLANO:
 4         Q.   Turning back to the topic of informants
 5    and cooperators, are you aware that in this case
 6    many of the defendants receive their discovery, all
 7    the information in this case, on tablets?
 8         A.   Yes.
 9         Q.   And related to that topic, what, if any,
10    concerns did you have about paperwork being given to
11    any particular defendant in this case?
12         A.   That it would enter the prison system or
13    the jails.
14         Q.   So for example, if there was a report of
15    somebody who was cooperating, did you have concerns
16    that that information might be distributed
17    throughout a jail or prison facility?
18         A.   Yes.
19         Q.   At some point in time, were you made aware
20    of some of the cooperators in this case misusing the
21    tablets?
22         A.   Yes.
23         Q.   And what was the misuse that you were made
24    aware of?
25         A.   I was told that they were able to access
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                             201 Third NW, Suite 1630
Santa Fe, NM 87501                                      Albuquerque, NM 87102
(505) 989-4949                                               (505) 843-9494
FAX (505) 843-9492                                       FAX (505) 843-9492
                                                        1-800-669-9492
                                                   e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1   the internet.  One of the cooperators -- actually, I

2   was summoned to a meeting by the cooperators'

3   attorneys.  I attended the meeting.  The cooperator

4   told me that they could access the internet on the

5   tablets, which I didn't think possible.  So I gave

6   them my email address and told them to email me.

7       Q.   And was that done?

8       A.   Yes.  In fact, two of them emailed me

9   overnight.

10      Q.   And as best as you knew from the

11  proceedings, was the internet function of the

12  tablets supposed to be taken off or disabled on the

13  tablets?

14      A.   Yes.

15      Q.   So then did you learn that somehow they

16  learned how to disable the tablet and do other

17  things with them?

18      A.   Yes.

19      Q.   And what were the types of things that

20  were done with the tablets?

21      A.   They were able to send emails, access

22  Facebook, make accounts, and surf the internet, and

23  access pornography, and anything else that's on the

24  internet.

25      Q.   And did they have authorization to do

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1  anything like that with the tablets?

2      A.   No.

3      Q.   In other words, did you allow them to look

4  at pornography or access the internet with any of

5  those devices?

6      A.   Absolutely not.

7      Q.   And as a result of a misuse of the

8  tablets, were those tablets taken from them?

9      A.   They were.

10     Q.   And as far as you know, have those tablets

11 been returned?

12     A.   The FBI has those tablets and is in the

13 process of turning them over to some of the defense

14 attorneys.

15     Q.   Now, we talked generally about putting

16 money on cooperators' books.  Were we talking in

17 general terms?

18     A.   Yes.

19     Q.   As to -- in other words, do you have

20 documentation which shows the exact amount of the

21 benefits provided to each of the cooperators?

22     A.   Yes.

23     Q.   I just want to correct something possibly.

24 Do you recall if Gerald Archuleta was charged in

25 phase 1 with the Julian Romero assault?  He's got an

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    arrest dated April, but do you recall if there was a

2    warrant outstanding before he was arrested in

3    Tennessee?

4        A.   He was arrested right away.  But no knock

5    on the Marshal Service; it just takes a while for a

6    defendant to get here.  So --

7             THE COURT:  Mr. Castellano, are you about

8    done, or would this be a good time to take our

9    afternoon break?

10            MR. CASTELLANO:  Yes.  It would be a good

11   place for a break, Your Honor.

12            THE COURT:  All right.

13            Since we're taking our first afternoon

14   break during the evidentiary portion of the trial,

15   I'm going to remind the jury of a few things that

16   are especially important.  Until the trial is

17   completed, you're not to discuss the case, this

18   case, with anyone, whether it's members of your

19   family, people involved in the trial, or anyone

20   else; and that includes your fellow jurors.  If

21   anyone approaches you and tries to discuss the trial

22   with you, please let me know immediately.

23            Also, don't listen to any news reports of

24   the trial, and don't get on the internet and do

25   research for the purposes of this case.  And

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                  FAX (505) 843-9492

**BEAN & ASSOCIATES**, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1   remember that you must not talk about anything with
 2   anybody that's involved in the trial, even if
 3   doesn't have anything to do with the trial.
 4              If you need to speak with me, give a note
 5   to one of the court security officers or Ms.
 6   Standridge.  Again, I'm going to keep repeating
 7   these today, but we'll start lightening them up
 8   tomorrow as we begin to get in a groove here.
 9              I appreciate your hard work.  We'll be
10   back in about 15 minutes.  All rise.
11              (The jury left the courtroom.)
12              THE COURT:  All right.  We'll be in recess
13   for about 15 minutes.
14              (The Court was in recess.)
15              THE COURT:  All right.  While Ms.
16   Standridge is lining up the jury, do you want to
17   finish, Ms. Fox-Young?
18              MR. VILLA:  Your Honor --
19              THE COURT:  It's all right.  If she's not
20   here, we'll finish it another time, unless you want
21   to do it.
22              MR. VILLA:  Well, I can add a couple of
23   things.
24              THE COURT:  Can you tell me what your end
25   goal is?  I'm not trying to cut off this, but what
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    are you going to be requesting?

2            MR. VILLA:  We ask for the remedy that the

3    Court strike Billy Cordova from testifying as a

4    witness, because this 302, which I alluded to on

5    Friday -- so it's part of the record on Friday -- I

6    gave the doc number that was attached to -- was from

7    2016, has clearly exculpatory information about Mr.

8    Cordova committing a murder, at least Giglio

9    information, that wasn't produced until late

10   January, mid-January, with the Jencks disclosure.

11   It's not Jencks material.  It's Giglio material.

12           And this is part of a pattern by the

13   United States that we've been pointing out in which

14   they have not produced Giglio material, and this

15   Court ordered it to be produced back in the spring.

16           THE COURT:  Do this for me:  To my ears,

17   it sounds kind of academic at this point.  It may

18   not be.  Y'all may be having some prejudice or

19   something like that.  But it's sounding academic.

20   Why don't you think about it.  If you can point to

21   some prejudice in a more concrete way, I'm ears for

22   it.  But it sounds to me -- it's too academic for me

23   to impose such a drastic remedy.

24           MR. VILLA:  Well, your Honor, I don't

25   think it's such a drastic remedy.  We're talking

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   about one witness.  And when you have a pattern of

2   conduct of violating the Court's rules and the

3   Court's orders, it's not academic.  It ensures that

4   the Government complies with their constitutional

5   duty.

6           THE COURT:  Well, I certainly want them to

7   do it.  And I think I got a pattern of riding them

8   pretty hard over the last year and a half.  But if

9   you can put some meat on these bones, then I can

10  listen to it a little better.  But it seems to me

11  it's a pretty severe remedy being requested for

12  something that I can't figure out how it's hurting

13  you right at the moment.

14          MR. BECK:  And Your Honor, I'll point out

15  for the record --

16          THE COURT:  Let me do this:  Ms. Fox-Young

17  is back.

18          Did you want to add anything?  I know you

19  were a little bit out of the room for Mr. Villa, but

20  I cut you off a little bit earlier, so I wanted to

21  let you finish up.

22          MS. FOX-YOUNG:  Thank you, Judge.  I've

23  looked back at the real-time.  I think the best

24  thing would be to submit a letter to the Court.  I

25  know you want to get the jury back in here, and I



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   can fill in some of the blanks.

 2           THE COURT:  Okay.  All rise.

 3           (The jury entered the courtroom.)

 4           THE COURT:  All right.  Everyone be

 5   seated.

 6           All right.  Mr. Acee, I'll remind you that

 7   you're still under oath.

 8           Mr. Castellano --

 9           Wait.  We need somebody else?  It's never

10   good to lose a juror, is it?  People are going to

11   think I can't count that high.

12           All right.  Mr. Acee, I'll remind you that

13   you're still under oath.

14           Mr. Castellano, if you wish to continue

15   your direct examination of Mr. Acee, you may do so

16   at this time.

17           MR. CASTELLANO:  Thank you, Your Honor.

18           THE COURT:  Mr. Castellano.

19   BY MR. CASTELLANO:

20       Q.   Agent Acee, I think we were just about

21   winding down our direct examination, but I want to

22   make sure I have some of these players covered in

23   the charge in the Molina murder, or implicated in

24   the murder, or the conspiracy to murder.  So far,

25   you've talked about Defendant Baca, Defendant
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   Sanchez, Defendant Perez, Defendant Herrera.  You
 2   mentioned in passing David Calbert --
 3        A.   Yes.
 4        Q.   -- as well as Mr. Rodriguez.  So when this
 5   case started with the State, is it your recollection
 6   it was three defendants charged when it was a state
 7   case?
 8        A.   Yes.
 9        Q.   And you also referenced Mr. Armenta and
10   Mr. Montoya; is that correct?
11        A.   Those are two of the other ones charged in
12   the state case.
13        Q.   I want to also ask you if there was
14   another person implicated or somehow involved, and
15   is that a person named Lupe Urquizo?
16        A.   Yes.
17        Q.   So is it fair to say the number went from
18   nine -- well, three to approximately nine people
19   now, somehow implicated or touching on the Molina
20   murder?
21        A.   Yes.
22             MR. CASTELLANO:  I pass the witness, Your
23   Honor.
24             THE COURT:  Thank you, Mr. Castellano.
25             Ms. Jacks, are you going to examine first?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1            MS. JACKS:  I think counsel for Mr. Baca
 2  is going first, and I'm last.
 3            THE COURT:  Okay.  I'll get this order
 4  down here.
 5            All right.  Mr. Lowry, you have
 6  cross-examination of Mr. Acee?
 7            MR. LOWRY:  Thank you, Your Honor.
 8            THE COURT:  Mr. Lowry.
 9                 CROSS-EXAMINATION
10  BY MR. LOWRY:
11       Q.   Good afternoon, Special Agent.
12       A.   Good afternoon.
13       Q.   Special Agent Acee, I'd like to take off
14  where we sort of left off with benefits.  Okay?
15       A.   Okay.
16       Q.   You had suggested that you thought
17  Mr. Duran received about $45,000 in benefits, if I
18  understood you correctly.
19       A.   Yes, sir.
20            MR. LOWRY:  May I approach the witness,
21  Your Honor?
22            THE COURT:  You may.
23  BY MR. LOWRY:
24       Q.   I'm handing you an FBI document.  Would
25  you review that briefly?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   Yes, sir.
 2        Q.   Does that refresh your recollection of how
 3   much Mr. Duran actually received?
 4        A.   I may have missed it.  That looked like a
 5   $1500 payment?  Was there an aggregate total?
 6        Q.   There was an aggregate total.
 7        A.   I'm sorry, I missed that.
 8             MR. LOWRY:  May I approach again, Your
 9   Honor?
10             THE COURT:  You may.
11        A.   Yes, sir, on page 1 there.  Thank you.
12   BY MR. LOWRY:
13        Q.   What was the aggregate total?
14        A.   It was $46,200 -- was it 97, I think?
15        Q.   97 dollars.
16        A.   Okay.
17        Q.   That was as of November 1st, 2017?
18        A.   Yes, sir.
19        Q.   And this was --
20             THE COURT:  Mr. Lowry, louder.  Be louder.
21   You're not going to be too loud for us.
22        Q.   And this would be the official
23   record-keeping process you were talking about
24   earlier --
25        A.   Yes, sir.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.    -- that helped you with that project?
 2   What about the other individuals involved with
 3   benefits?  How did you make the decision who got how
 4   much?
 5        A.    There were some variables.  Largely, the
 6   folks that were incarcerated got about -- what
 7   averages to about $50 a month.  The guys on the
 8   streets, the payments were a little bit different.
 9        Q.    Would there be any special occasions that
10   caused you to give substantial sums of money to an
11   individual?
12        A.    Yes.
13        Q.    And what would those occasions be?
14        A.    Outside of, like, relocation-type things?
15        Q.    Yes.
16        A.    Well, if some of the informants would
17   travel greater distances to meet with us, because it
18   was a statewide case.  So there were some
19   circumstances where some informants had car issues.
20   And we're not in the practice of buying people cars,
21   so we would help if they had a flat tire, buying
22   them a tire, or things along those lines, putting
23   gas in their car.
24        Q.    Like Mario Montoya, for instance.  You
25   provided him with $1,601.50 for vehicle repair?
```

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                         201 Third NW, Suite 1630
Santa Fe, NM 87501                                 Albuquerque, NM 87102
(505) 989-4949                                           (505) 843-9494
FAX (505) 843-9492                                   FAX (505) 843-9492
                                                       1-800-669-9492
                                              e-mail: info@litsupport.com



```
 1        A.    Yes.
 2        Q.    Do you recall what that was, what type of
 3   repair that was?
 4        A.    Yes.
 5        Q.    What was it?
 6        A.    For an RV that he was leaving New Mexico
 7   in.
 8        Q.    Individuals like Javier Alonso would only
 9   get $400.  Why would he only get $400 compared to
10   others?
11        A.    He started cooperating much later.
12        Q.    Now, you were present in these debriefs
13   with the U.S. Attorney's office when they came in to
14   talk?
15        A.    Yes.
16        Q.    And another type of benefit might be the
17   benefit of not getting prosecuted; correct?
18        A.    I agree that's a benefit.
19        Q.    And that kind of benefit is not going to
20   show up on a financial report like that, is it?
21        A.    No, sir.
22        Q.    But that would be a fairly significant
23   benefit?
24        A.    Yes.
25        Q.    You talked a little bit about Gerald
```

SANTA FE OFFICE                                        MAIN OFFICE
119 East Marcy, Suite 110                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                 Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                    FAX (505) 843-9492
                                                            1-800-669-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

e-mail: info@litsupport.com

```
 1    Archuleta?

 2         A.    Yes.

 3         Q.    And you debriefed with Gerald Archuleta?

 4         A.    Yes.

 5         Q.    And Gerald Archuleta admitted to you that

 6    he wanted to kill Julian Romero?

 7         A.    Yes.

 8         Q.    But you didn't prosecute him for

 9    conspiracy to commit murder, did you?

10         A.    I think I suggested that, but ultimately,

11    of course, I defer to the U.S. Attorney's Office.

12    And sometimes my reading of a statute isn't their

13    reading of a statute.

14         Q.    All right.  But he did talk to other

15    people about wanting Julian Romero killed, didn't

16    he?

17         A.    Absolutely, yeah.

18         Q.    Because Julian Romero stole his wife away

19    from him?

20         A.    That's correct.

21         Q.    And he had the motive?

22         A.    Yes.

23         Q.    He had the opportunity?

24         A.    Yeah.

25         Q.    I mean, he was the leader of SNM?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   You and I probably disagree on who the

 2   leader is.

 3        Q.   Well, would you -- well, Mr. Baca was out

 4   of New Mexico for many years.

 5        A.   That is true.

 6        Q.   And Gerald Archuleta was the man in town,

 7   according to your investigation.

 8        A.   He was one of the leaders.

 9        Q.   So one of the leaders?

10        A.   Yes.

11        Q.   So let's talk about that for a second.

12   What do you mean by "one of the leaders"?

13        A.   In Mr. Baca's absence, that doesn't

14   completely strip him of leadership; but because he's

15   not on the scene, he's not in the state, other

16   leaders have stepped up.  And over time, leadership

17   has changed.  So in my mind, there has been

18   certainly more than one leader in the gang.

19        Q.   But let me get to the heart of this.  When

20   you go to interview people, you ask them point-blank

21   which faction you're in.  "Are you in the Gerald

22   Archuleta camp or are you in the Julian Romero

23   camp?"

24        A.   That is one of the questions I usually

25   ask.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   That's because there are two different

2    factions, in your mind?

3    A.   Arguably three, and that doesn't count the

4    feds.

5    Q.   Right.  And the federal SNM -- is that

6    part of the SNM?

7    A.   Yes, under a different organizational

8    structure or leadership.

9    Q.   We might not be seeing eye to eye.  When I

10   say "the federal SNM," I'm talking about the Mario

11   Montoyas, the Eric Durans.

12   A.   Oh.  I'm referring to the guys that are in

13   the Federal Bureau of Prisons.  Sorry.

14   Q.   But in your mind's eye, there are at least

15   two factions?

16   A.   Today, yes.

17   Q.   And they would be characterized by the

18   people that follow Julian Romero and the people that

19   follow Gerald Archuleta?

20   A.   No, sir.  I think over history, that's

21   been -- there have been those issues.  As we sit

22   here today, if you're asking me factions, I think

23   there is a state and I think there is a federal.

24   Q.   Do you recall giving testimony -- well,

25   let me put it this way.  When you take an oath to

SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                  Albuquerque, NM 87102
(505) 989-4949                                                              (505) 843-9494
FAX (505) 843-9492                                                  FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1    testify in a courtroom like this, you're here to

2    tell the truth?

3         A.   Of course.

4         Q.   And you're going to do the best of your

5    ability to make sure you get it right?

6         A.   Yes, sir.

7         Q.   Every time you raise your hand and take

8    that oath?

9         A.   That's right.

10        Q.   And you testified in front of the grand

11   jury in this matter, didn't you?

12        A.   Yes.

13        Q.   And you say -- and in your grand jury

14   testimony, you said that the SNM was divided.  And

15   you said to the grand jury, "I do say, when I

16   interview these guys, 'Which side do you fall on?

17   Gerald or Julian?'  And the gang is still kind of

18   divided, to this day."

19        A.   Yes.  There I'm referring to kind of

20   opinions and what's happened within the gang.  There

21   is definitely a split, and there are those that

22   sided with Gerald and those that sided with Julian.

23   I agree.

24        Q.   The leaders of the SNM.

25        A.   They are both -- well, they both were



SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 843-9492                                             FAX (505) 843-9492
                                                                 1-800-669-9492
                                                          e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1  leaders at one time, yes.
 2      Q.   You made this statement on April 21, 2016?
 3      A.   I believe you.
 4      Q.   Mr. Baca was incarcerated?
 5      A.   Yes.
 6      Q.   So on April 21, 2016, you told the grand
 7  jury that in your mind Gerald Archuleta or Julian
 8  Romero were the two leaders of the SNM?
 9      A.   That's what I --
10      Q.   Pardon?
11      A.   You're telling me that's what it says?
12           MR. LOWRY:  May I approach, Your Honor?
13           THE COURT:  You may.
14           MR. CASTELLANO:  Your Honor, may we have a
15  page reference, please, to the transcript?
16           MR. LOWRY:  Sure.
17      A.   On the top, it's page 108.
18           Sir, in this, I'm talking about the
19  history of the SNM, and why there was a split over
20  these two men, because they were battling over a
21  woman.  I'm not talking about leadership.
22  BY MR. LOWRY:
23      Q.   Well, you do say that the SNM is divided
24  to this day?
25      A.   I guess that's not in the highlighted
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1  part.  Let me keep reading.  Yes, I see that.

 2       Q.    And that day was April 21, 2016?

 3       A.    I believe it was, yes.

 4             MR. LOWRY:  May I approach?

 5             THE COURT:  You may.

 6  BY MR. LOWRY:

 7       Q.    And according to your grand jury

 8  testimony, SNM is a blood in, blood out gang?

 9       A.    Yes.

10       Q.    That means once you've signed up, there

11  is -- only death gets you out?

12       A.    It depends who in the gang you ask.

13       Q.    And so if it depends on who you ask, what

14  are the rules?

15       A.    There's a lot of contradictions in the

16  SNM, I've discovered.

17       Q.    A lot of contradiction or a lot of

18  confusion?

19       A.    Contradictions.

20             MR. CASTELLANO:  Your Honor, at this point

21  I'm going to object.  I'm not sure if the attorney

22  is trying to elicit expert testimony.  If not, we're

23  eliciting hearsay.

24             MR. LOWRY:  No, I'm not, Your Honor.

25             MR. CASTELLANO:  I would object to
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    hearsay, Your Honor.

2              THE COURT:  Well, don't elicit hearsay.

3    BY MR. LOWRY:

4         Q.   So back to the benefits.  We were talking

5    about Eric Duran, and Mr. Castellano asked you about

6    Eric Duran.  Were you aware of any calls made on his

7    behalf when he got in trouble with the law?

8         A.   No.  There were inquiries, but not what

9    I'd characterize as calls on his behalf.

10        Q.   When you realized he was in trouble, did

11   you or anybody from the United States Attorney's

12   Office for the District of New Mexico contact any of

13   the prosecuting agencies?

14        A.   Yes.

15        Q.   In which cases did they contact the

16   prosecuting agencies?

17        A.   The first instance was when we learned

18   there was an outstanding warrant in El Paso for

19   Duran, but it was not in his name; it was in an

20   alias name from 20 years earlier.  The United States

21   Attorney's Office let the district attorney's office

22   in El Paso know that we could deliver him, and we

23   would; and I was told as soon as they want him, go

24   pick him up and take him down there, and made plans

25   to do that.

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                 Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 843-9492                                                 FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1         The second time -- well, I had interaction

2   with the district attorney's office in Multnomah

3   County, when I learned that Duran picked up some

4   charges there.

5         And then the only other instance I can

6   think of is -- well, related to that, I also had

7   interaction with the United States Attorney's Office

8   for the District of Oregon, again related to those

9   charges.

10      Q.   And those charges were never pursued?

11      A.   I don't agree.

12      Q.   Well, are you aware that if we're talking

13  about the November 11 incident where Mr. Duran was

14  caught in a vehicle with a pistol and with heroin,

15  didn't the district attorney in Washington State

16  dismiss -- or Portland dismiss those charges?

17      A.   Well, they did once they learned we were

18  going to pick them up.  But my understanding, in

19  talking with the deputy DA assigned to the case,

20  they have similar rules to New Mexico where they

21  have to present to grand jury in a certain amount of

22  time.  They were intending to go to the grand jury.

23  I don't know all the legal terms.  I know there was

24  some delay in collecting evidence before they were

25  ready to present the case.

SANTA FE OFFICE                                    MAIN OFFICE
119 East Marcy, Suite 110                    201 Third NW, Suite 1630
Santa Fe, NM 87501                            Albuquerque, NM 87102
(505) 989-4949                                        (505) 843-9494
FAX (505) 843-9492                              FAX (505) 843-9492



PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

155

1      Q.   Then why did the driver of that car

2 already go to trial and was convicted?

3           MR. CASTELLANO:   Objection, calls for

4 hearsay.

5           THE COURT:   Well, ask him if he knows.

6 BY MR. LOWRY:

7      Q.   Do you know why?

8      A.   No, sir --

9           THE COURT:   Just answer yes or no.

10     A.   No.

11     Q.   You were talking about how swiftly the

12 federal government could respond to situations

13 regarding the gun pickups in the reverse case?

14     A.   Yes.

15     Q.   Were those people charged?

16     A.   Yes.

17     Q.   Quickly?

18     A.   Well, they were arrested quickly.

19     Q.   Well, they were probably charged very soon

20 after their arrest.

21     A.   I did criminal complaints, yes.

22     Q.   What's to prevent you from filing -- well,

23 what's to prevent the FBI or the Department of

24 Justice from filing a criminal complaint against

25 Mr. Duran in Portland?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

 
BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      A.   I pushed for that.  But the U.S.
2  Attorney's Office there wanted results of
3  fingerprints or DNA.
4      Q.   There are no charges pending against
5  Mr. Duran?
6      A.   He hasn't been charged yet, but it's
7  pending.
8      Q.   So you did contact state prosecutorial
9  agencies there to talk to them about Mr. Duran's
10  status?
11      A.   Yes, sir.  I just want to say I wouldn't
12  characterize it as on his behalf.
13      Q.   Okay.  Then why would you contact them at
14  all?
15      A.   I wanted them to know that he needed to be
16  charged, because I had the same concern when I saw
17  that he hadn't yet been -- or he had been released.
18  I wanted to know why he had been released.
19      Q.   Given Mr. Duran's behavior over the
20  summer, why did the FBI sign him up at the beginning
21  of November for another confidential human source
22  contract?
23      A.   I'm not following, sir.
24      Q.   Okay.  Well are you aware that your
25  colleagues in the Northwest signed a -- well, let me

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                      201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                       (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1   back up for a second.  Locally here, the local FBI

2   signed Mr. Duran up on March 25, 2015, to be a CHS,

3   a confidential human source?

4        A.   That's what our paperwork indicates.  I

5   believe you.  I didn't meet him until August.

6        Q.   Right.  Because somebody else in your

7   department was handling his case?

8        A.   Yes, sir, and as such, I wouldn't have

9   access to his information, like his records.  So I'm

10  not sure of the exact date.

11       Q.   You wouldn't have access to his records

12  once you took over his handling, his file?

13       A.   I would then, yes.

14       Q.   And would you have reviewed them just to

15  see how he did, how he performed?

16       A.   No.  I'd ask the agent.

17       Q.   And what was the response you got?  What

18  was the feedback you got about his ability to do the

19  job?

20       A.   That agent was Katie Brusuelas.  She told

21  me he had phenomenal access to the SNM, was housed

22  up at the Level 6 with some of the leaders, and that

23  he was willing to testify and make recordings.  She

24  told me she had deployed a device, and he was in the

25  process of making recordings.  And I thought that

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                 Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 843-9492                                                 FAX (505) 843-9492
                                                                   1-800-669-9492

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE                          e-mail: info@litsupport.com

1   sounded promising.

2       Q.   And you reinstituted when you signed him

3   up in the fall to keep recording?

4       A.   To be clear, it's just a transfer.  I

5   didn't resign him.  He was transferred to me.  I met

6   with him, questioned him about his access, his

7   abilities, and yes, I deployed a different recording

8   device or devices with him.

9       Q.   Because he struggled with the first one.

10      A.   I don't know that I blame him.  I blame

11  the device, and frankly -- I'll blame the device.

12      Q.   Now, when you talked to Mr. Duran about

13  using the device, you didn't give him a lot of

14  instruction, did you?

15      A.   No.

16      Q.   Okay.  One thing you did tell Mr. Duran is

17  that he needed to get the recording -- he needed to

18  get somebody speaking on the tape for you to believe

19  it happened?

20      A.   Yes, I typically tell all the informants

21  that; there needs to be a recording.

22      Q.   And that's because you want solid

23  evidence?

24      A.   Yeah.  I want to corroborate what they're

25  telling me.  I want to hear it myself, yes.

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                  201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                             FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1       Q.   Right.  And if you can't hear it for

2   yourself, it's like it never happened?

3       A.   I just have to corroborate it through

4   other means.  I prefer the recording, but if I don't

5   get the recording, we keep investigating and try to

6   corroborate it through other means.

7       Q.   Right.  But you testified earlier in this

8   case before this jury sat down, didn't you?

9       A.   Oh, like pretrial hearings?

10      Q.   Correct.

11      A.   Yes, sir, I did.

12      Q.   And during those pretrial hearings you

13  testified, "Well, if it's not recorded, the

14  conversation, in my mind, didn't happen."

15      A.   That's what I tell the informants, yes.

16      Q.   You want it on tape.

17      A.   Yes.

18      Q.   Is that because you're concerned about the

19  honesty of the people you work with when you work

20  with inmates in the Department of Corrections?

21      A.   Sometimes.

22      Q.   You're concerned about their integrity?

23      A.   That is sometimes a concern that I have,

24  especially if I'm just meeting them and I haven't

25  tested them yet.

SANTA FE OFFICE                                    MAIN OFFICE
119 East Marcy, Suite 110                    201 Third NW, Suite 1630
Santa Fe, NM 87501                            Albuquerque, NM 87102
(505) 989-4949                                      (505) 843-9494
FAX (505) 843-9492                              FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1       Q.    And you hadn't really met Mr. Duran

2  before?

3       A.    No.  I first met him in August.

4       Q.    And that's when he told you that Mr. Baca

5  was eager to kill the secretary, Gregg Marcantel?

6       A.    I don't know that he told me that.  I'd

7  have to go back and look at the debrief reports, but

8  he subsequently told me that, for sure.

9            MR. LOWRY:  One moment, Your Honor.

10            THE COURT:  Certainly.

11            MR. LOWRY:  I'll pass the witness, Your

12  Honor.

13            THE COURT:  Thank you, Mr. Lowry.

14            Mr. Maynard, are you next?  Okay, Mr.

15  Maynard.

16                  CROSS-EXAMINATION

17  BY MR. MAYNARD:

18       Q.    Good afternoon, Mr. Acee.

19       A.    Good afternoon.

20       Q.    I'd like to clarify a few items that you

21  raised on direct examination to make sure the jury

22  understands as clearly as possible your testimony.

23            You mentioned at one point in the direct

24  examination that there were some other accusations

25  of other murders involved in SNM.

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                        Albuquerque, NM 87102
(505) 989-4949                                                    (505) 843-9494
FAX (505) 843-9492                                          FAX (505) 843-9492
                                                              1-800-669-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE                            e-mail: info@litsupport.com

```
 1        A.   Yes, sir.

 2        Q.   Okay.  Now, Mr. Herrera is not charged in

 3   any of those, is he?  Carlos Herrera?

 4        A.   No, sir.

 5        Q.   All right.  Now, you mentioned reference

 6   to some state cases, especially, of course, Mr.

 7   Jerry -- the two Jerrys, Jerry Armenta and Montoya?

 8        A.   Yes, sir.

 9        Q.   And I think Tim Martinez also was charged.

10        A.   Mario Rodriguez.

11        Q.   Mario Rodriguez.  I'm sorry.  Now, Carlos

12   Herrera was not charged in any of that, was he?

13        A.   No, sir.

14        Q.   All right.  Now, you testified also that

15   during the investigation, after the murder of Javier

16   Molina in 2014, several people that Corrections, at

17   least, felt were in some kind of influential or

18   leadership ability were sent north or sent out of

19   state, some of them.

20        A.   Three people were sent out of state, and

21   several were sent to the North facility in Santa Fe.

22        Q.   And out of the Southern -- out of the

23   facility from Las Cruces?

24        A.   Yes, sir.

25        Q.   And some were sent to other places east
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  and west, or were they all sent to PNM, if you know?

2  If you recall.

3       A.   I'm not sure.  I know that three were sent

4  out of state, and a group was sent north.  But I

5  couldn't tell you exactly who.

6       Q.   Now, Mr. Herrera was not one of any of

7  those that was sent out of state, was he?

8       A.   He was not.

9       Q.   Now, you also mentioned briefly -- you

10  made reference to the structure or politics,

11  disagreements, for instance, between Romero and the

12  Archuleta political parties, whatever.

13       A.   Good description, sir.  Yes.

14       Q.   Now, would it be at least -- it wouldn't

15  be unfair to say the origin of that dispute was over

16  a woman?

17       A.   Correct.

18       Q.   And if you look through your investigation

19  and disagreements between inmates, you run into

20  rivalries, you run into resentments over women, over

21  debts, over respect, et cetera; is that a fair

22  summary?

23       A.   Yes, sir.

24       Q.   And it's not so easy to figure out, well,

25  which one is an SNM issue and which one is an issue

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

163

```
 1  between a couple of inmates and their friends?
 2       A.   It depends.
 3       Q.   Right.  It depends on a lot of facts.
 4       A.   Yes, sir.
 5       Q.   I mean, you can't do a roll call, like
 6  in -- at the State House, legislature in Santa Fe,
 7  and say who voted for what?
 8       A.   Correct.
 9       Q.   And a lot of that depends upon rumors.
10       A.   I think rumors play a factor in politics.
11       Q.   Right.  Politics.  And you mentioned back
12  in 2014, around the time -- and before the time
13  Mr. Molina was killed, there was some dissention,
14  some politics and dissension within the wings,
15  within the party, so to speak, if you want to
16  call --
17            MR. CASTELLANO:  Objection.  I'm sorry.
18  Calls for hearsay.
19            THE COURT:  Why don't you lay a foundation
20  as to, A, does he know it; and B, where he got the
21  information, so he can --
22  BY MR. MAYNARD:
23       Q.   You interviewed a lot of people that were
24  in and out of custody with the Corrections
25  Department or on the street?
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                      Albuquerque, NM 87102
(505) 989-4949                                                  (505) 843-9494
FAX (505) 843-9492                                         FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    Yes, sir.
 2        Q.    People with tattoos that -- you saw them
 3   during the earlier direct examination?
 4        A.    Tattoos very similar.
 5        Q.    People that, by all appearances, appear to
 6   be, at one time or another, members of SNM?
 7        A.    Yes.
 8        Q.    Okay.  And you ran into different opinions
 9   about different issues?
10        A.    Yes.
11        Q.    And you have made reference to murders,
12   hits, during your testimony; correct?
13        A.    Yes, sir.
14        Q.    And the term "hit" is sort of a
15   colloquialism, sort of a jargon for a gang, for any
16   gang?  It's informal English; correct?
17        A.    Yes.
18        Q.    It doesn't necessarily mean a murder.  It
19   can mean a beating, it can mean a sanction of any
20   sort.
21        A.    I think it can mean a murder or an
22   assault.
23        Q.    Or an assault.  Now, you gathered
24   information from various people that you felt were
25   at one time or another, or still were, SNM members.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1    And you went back and interviewed them on repeated

 2    occasions.

 3         A.    Some would only talk to me once, or

 4    wouldn't talk to me at all.

 5         Q.    That's true.  That's fair.

 6         A.    Others, I interviewed more than once.

 7         Q.    And for instance, in preparation for this

 8    trial, you talked to several just within the past

 9    few weeks.

10         A.    Primarily the attorneys did, but I was

11    present.

12         Q.    Right.  And they had been interviewed

13    before numerous times.

14         A.    Some of them had.

15         Q.    All right.  Now, with respect to Mr.

16    Herrera, the issues relate to events that happened

17    almost three years ago, in 2014.

18         A.    Yes, sir.

19         Q.    And the witnesses have spoken with you or

20    other agents of the FBI on prior occasions.  This is

21    not just the past couple of months.

22         A.    Correct.

23         Q.    And over time, they've been receiving

24    benefits, or certain privileges or expenses have

25    been covered for them; correct?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    A.   No.   Some of them received benefits for

2  some of the time, but all of them have not received

3  benefits all of the time.

4    Q.   I understand.   Right.   Now, would it be

5  fair to say that with some of these people that are

6  going to come in and testify today that with the

7  passage of time, they continue to come in with

8  additional details that they recall about 2014?

9    A.   Well, there were more than -- yes, in some

10  cases there would be a second or third interview

11  with more details, something that they remembered

12  when they went back and thought about it more, yes.

13    Q.   And while they thought about it more, many

14  of them have been housed together with each other.

15  Not all of them.

16    A.   Well, I don't know that I'd say many of

17  them.   I'll agree that some of them were, yes.

18    Q.   They could exchange stories; they've heard

19  each other's recollections?

20    A.   I don't know.

21    Q.   You wouldn't know?

22    A.   I don't know.

23    Q.   But they had that opportunity.

24    A.   If they had tier time together and chose

25  to talk about those sorts of things, they certainly

SANTA FE OFFICE                                                              MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                 Albuquerque, NM 87102
(505) 989-4949                                                            (505) 843-9494
FAX (505) 843-9492                                                    FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

 1   could have.

 2        Q.   In fact, you would expect them to talk

 3   about this from time to time.  They would have a lot

 4   of time on their hands.

 5        A.   I don't know that I'd expect it, because

 6   we told them not to.  So I would hope that they

 7   would follow our directions.

 8        Q.   Were there not occasions where they didn't

 9   follow your directions?

10        A.   Yes, sir.

11        Q.   Not all of them, but a significant number

12   of them?

13        A.   A few of them didn't follow my

14   instructions.

15        Q.   Right.  So you're not sure to what extent

16   they did or did not speak with each other?

17        A.   No, sir.

18        Q.   Talk with each other about their

19   contemplated testimony in the future?

20        A.   No, sir.

21             MR. MAYNARD:  May I have just a moment,

22   Your Honor?

23             THE COURT:  Certainly.

24   BY MR. MAYNARD:

25        Q.   Just a couple of other questions, Mr.



SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                               201 Third NW, Suite 1630
Santa Fe, NM 87501                                       Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                         FAX (505) 843-9492
                                                                  1-800-669-9492
                                                       e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1  Acee.  With respect to the wiring of a couple of

2  cooperators, you called them, they were in

3  possession -- in custody in the Corrections

4  Department at this time; correct?

5      A.   Yes.

6      Q.   And they were staying, according to the

7  plan, the investigation, next to Mr. Herrera.  I'm

8  speaking about Mr. Cordova and Mr. Archuleta.

9      A.   Yes, sir.  They were.

10      Q.   All right.  Now, they were next to --

11  right adjacent to Carlos Herrera for a period of

12  several weeks, or at least a few weeks.

13      A.   At least a few weeks.  I had the dates

14  when we were doing the pretrial stuff, and I don't

15  recall them as I sit here today.  But I agree it was

16  at least a couple of weeks.

17      Q.   And they knew who they were to target to

18  try to elicit some relevant conversations --

19      A.   Yes, sir.

20      Q.   -- relevant about what happened on March 7

21  of 2014?

22      A.   Correct.

23      Q.   And they had the ability during this

24  period of time of a few weeks, with respect to each

25  other -- and this was about a year and a half,

SANTA FE OFFICE                                    MAIN OFFICE
119 East Marcy, Suite 110                           201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                      (505) 843-9494
FAX (505) 843-9492                                  FAX (505) 843-9492
                                                    1-800-669-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE                                   e-mail: info@litsupport.com

```
 1   almost two years ago, in 2016?

 2        A.   Correct.

 3        Q.   And they had control of the on-off button

 4   for this recording device.  They could turn it on

 5   and off whenever they wanted to.

 6        A.   Yes.

 7        Q.   And so you have no way of knowing for sure

 8   what was said when the recorder was off.

 9        A.   Correct.

10        Q.   And you really have very little or no

11   control over that.

12        A.   I don't control that, no.

13             MR. MAYNARD:  No further questions.

14             THE COURT:  Thank you, Mr. Maynard.

15             Mr. Villa, do you have cross-examination

16   of Mr. Acee on behalf of Mr. Perez?

17             MR. VILLA:  Yes, Your Honor.

18             THE COURT:  Mr. Villa.

19                  CROSS-EXAMINATION

20   BY MR. VILLA:

21        Q.   Good afternoon, Agent Acee.

22        A.   Good afternoon.

23        Q.   Mr. Perez is not charged in any other

24   cases except this case; correct?

25        A.   Correct.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1     Q.   And in this case, he's only charged with

2   the alleged murder and conspiracy to commit murder

3   of Javier Molina.

4     A.   Yes, sir.

5     Q.   And as you testified about with Mr.

6   Castellano, the first -- phase 1, if you will,

7   included an indictment of individuals; correct?

8     A.   Yes, sir.

9     Q.   And many of those individuals were charged

10  with the murder of Javier Molina.

11    A.   Yes.

12    Q.   And Mr. Perez was not included in that

13  indictment, was he?

14    A.   He was not.

15    Q.   In fact, he wasn't included until the

16  second round, phase 2, in April of 2016; correct?

17    A.   Yes.

18    Q.   And he was only included because of

19  conversations that he had with Billy Cordova; isn't

20  that true?

21    A.   No.

22    Q.   Well, let me back up.  He had a

23  conversation with Billy Cordova that was recorded on

24  a recording device in February of 2016; right?

25    A.   Yes.

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                      201 Third NW, Suite 1630
Santa Fe, NM 87501                             Albuquerque, NM 87102
(505) 989-4949                                      (505) 843-9494
FAX (505) 843-9492                            FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.    And after those conversations, he was then
 2   indicted and charged in this case around about
 3   April?
 4        A.    Yes.
 5        Q.    And you talked about, in your direct
 6   examination, meeting Mr. Cordova.  Do you remember
 7   that?
 8        A.    Yes.
 9        Q.    You said you met him at MDC, the jail in
10   Bernalillo County, outside of Albuquerque.
11        A.    Yes, sir.
12        Q.    And you might need to just speak up just a
13   little bit.  Thank you, Agent.
14              It was your testimony that Mr. Cordova
15   came in with a big smile on his face; right?
16        A.    Yes.
17        Q.    The guard said, "You know, I don't know;
18   we're going to bring him in, but we're a little
19   afraid he might attack you."  I think that was your
20   testimony.
21        A.    Those weren't the exact words, but...
22        Q.    Words to that effect?
23        A.    Yes.
24        Q.    And instead, it's your claim that he
25   walked in there with big smile on his face; right?
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                201 Third NW, Suite 1630
Santa Fe, NM 87501                                        Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                          FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    He did.

 2        Q.    That's your testimony today.

 3        A.    Yes.

 4        Q.    And you remember testifying about this at

 5   the grand jury, don't you?

 6        A.    Yes.

 7        Q.    Isn't it true that at the grand jury, you

 8   said, "I'll spare you a long story, but basically I

 9   said, 'I'm with the FBI and we're going to target

10   you.'"

11        A.    I said that later in the conversation.

12        Q.    Okay.  So you didn't tell the grand jury

13   about the big smile, did you?

14        A.    If that's what you have there, I believe

15   you.

16        Q.    Well, you don't have to take my word for

17   it.  Do you want to see it?

18        A.    Sure.

19              MR. VILLA:  May I approach?

20              THE COURT:  You may.

21              MR. CASTELLANO:  Page number, please, Your

22   Honor?

23              MR. VILLA:  I'm going to show him page

24   101.  You might want to look back at 100 of the

25   April 21, 2016.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1  BY MR. VILLA:

 2      Q.   Agent Acee, there is the testimony that I

 3  just read to you where I indicated that you said,

 4  "I'll spare you a long story, but basically said,

 5  'I'm with the FBI.  We're going to target you.'"  I

 6  read that right?

 7      A.   Well, you're reading that right, but who

 8  are we talking about?

 9      Q.   I'll let you take a look at it, and we'll

10  see if we're talking about Mr. Cordova.  Why don't

11  we flip back to page 100.  And -- let's see.  I

12  don't believe you indicate the person's name, but

13  I'll let you take a look at it, and tell me if we're

14  talking about Billy Cordova.

15      A.   Can you turn the page?

16      Q.   Absolutely.

17      A.   Okay.  Thank you.

18      Q.   Are you talking about Billy Cordova?

19      A.   Yes.

20      Q.   Can you show me in there where you talked

21  about the big smile?

22      A.   Yeah, that would be contained in the part

23  where I said, "I'll spare you a long story."

24      Q.   So "I'll spare you a long story" is where

25  you told the grand jury about the big smile?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    A.    No, the opposite.  I'm responding to the

2  question I was asked at grand jury about that, and I

3  said, "I'll spare you a long story, but basically,"

4  and then you quoted me.

5    Q.    Well, let's talk a little bit about that

6  long story.  You told Mr. Cordova that you were

7  after him.

8    A.    At one point in that conversation I did.

9  Initially, I didn't start the conversation with him.

10  A couple other agents did.

11    Q.    You told Mr. Cordova that you were going

12  to charge him with racketeering, didn't you?

13    A.    I told him that we were preparing to do

14  that.

15    Q.    And as a matter of fact, you had another

16  agent there with you, Agent Neale?

17    A.    Yes.

18    Q.    And Agent Neale -- one of his job duties

19  in this case was to write up what we call overt acts

20  against Billy Cordova; right?

21    A.    Correct.

22    Q.    And overt acts are the acts or the things

23  that somebody does in furtherance of a conspiracy;

24  right?

25    A.    In a racketeering enterprise, yes, sir.

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                           Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492                                            FAX (505) 843-9492
                                                                1-800-669-9492
                                                          e-mail: info@litsupport.com



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    Q.   And so Agent Neale was going to write up

2  the things that Mr. Cordova was going to be accused

3  of in a future case; right?

4    A.   Yes.

5    Q.   And instead of that happening, during the

6  conversation that we're talking about you told Mr.

7  Cordova that if he worked with you, you wouldn't

8  charge him; right?

9    A.   I think that was in a follow-up

10  conversation.  I don't know if I said it that first

11  meeting or the second meeting, which was within a

12  couple days.

13    Q.   So within a couple of days or maybe in the

14  first meeting you conveyed to Mr. Cordova that he

15  wouldn't be charged with racketeering in exchange

16  for cooperation?

17    A.   Well, I said I wouldn't recommend him for

18  charges, yes, in exchange, yes.

19    Q.   As a matter of fact, in Mr. Cordova's

20  presence you told Agent Neale that he didn't have to

21  work on those overt acts for Mr. Cordova if Mr.

22  Cordova was going to work for you.

23    A.   I don't think the conversation went like

24  that.  But at some point I did tell Agent Neale he

25  could stop working on Cordova's overt acts and work

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                             FAX (505) 843-9492
                                                                  1-800-669-9492



 1  on someone else's.

 2       Q.  And you did that in front of Mr. Cordova,

 3  didn't you?

 4       A.  I know I introduced it to.  I don't know

 5  if we had that conversation.  I definitely had it

 6  with Neale.  I don't know if I had with Cordova.

 7       Q.  Would you disagree with me that it was

 8  clear to Billy Cordova that you weren't going to

 9  pursue racketeering charges against him if he

10  cooperated?

11       A.  I believe that was clear to him.

12       Q.  And you made it clear to him, didn't you?

13       A.  Yes.

14       Q.  And this communication that you had with

15  Mr. Cordova took place in approximately January of

16  2016; agreed?

17       A.  Yes.

18       Q.  And within just a few weeks, Mr. Cordova

19  is then placed in PNM North, in the Level 6

20  facility; right?

21       A.  Yes.

22       Q.  The Level 6 facility is in PNM North in

23  Santa Fe.  It's the most severe lockdown that the

24  State of New Mexico has; correct?

25       A.  It's their most secure facility.

SANTA FE OFFICE                                             MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                               (505) 843-9494
FAX (505) 843-9492                                      FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   All right.  And the individuals placed in
 2   that -- sometimes they refer to that as solitary
 3   confinement?
 4        A.   I think the inmates do.  I don't think the
 5   Department of Corrections does.
 6        Q.   Okay.  The Department of Corrections gives
 7   it a cleaner name, like administrative segregation
 8   or something?
 9        A.   That's probably a question for them.
10        Q.   Are you aware of the name they give it?
11        A.   They have lot of different programs in
12   there.  Let me try to think of what Corrections
13   calls it.  I'll have to get back to you.  I'm not
14   sure exactly what they call it.
15        Q.   So in any case, you knew that Rudy Perez
16   had been there at PNM North at the time Billy
17   Cordova was then moved to PNM North; true?
18        A.   Yes.
19        Q.   And Mr. Perez was in a downstairs pod in
20   the corner cell; right?
21        A.   I now know that.  At the time, I just knew
22   he was at the North.
23        Q.   Okay.  But you were working with the New
24   Mexico Department of Corrections in this
25   investigation; right?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1        A.   Yes, sir.

2        Q.   And so somebody knew where Rudy Perez was;

3   right?

4        A.   Somebody did.

5        Q.   Somebody you were working with.

6        A.   Yes.

7        Q.   And they knew -- or they put Rudy Perez in

8   a corner cell; right?

9        A.   I don't think he had a choice.  So yes.

10       Q.   Well, Mr. Perez didn't have a choice.  But

11  I'm saying the Department of Corrections put him

12  there.

13       A.   Yes.

14       Q.   And in the corner cell, there is only one

15  cell next to you; true?

16       A.   True.

17       Q.   So if you're going to talk to somebody

18  next door to you, that's the only person you can

19  talk to?

20       A.   If you're talking through the vents and

21  you're in your cells, yes.

22       Q.   And I want to ask you about that.  You

23  talked about how even though they're in these

24  lockdown cells, the folks can talk to each other

25  through the vents; right?
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                         (505) 843-9494
FAX (505) 843-9492                                               FAX (505) 843-9492
                                                                        1-800-669-9492
                                                             e-mail: info@litsupport.com


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1      A.   Yes.

2      Q.   And isn't there a vent underneath the bed,

3  that if one inmate is in one cell talking through

4  the vent, and another inmate is another cell talking

5  through the vent, they could hear each other?

6      A.   Yes.  They have a shared vent, if you

7  will.  Yeah.

8      Q.   So Mr. Perez was in the corner cell and

9  Mr. Cordova was placed next to him; right?

10     A.   Yes.

11     Q.   And they talked to each other through the

12 vents?

13     A.   They did.

14     Q.   And you gave Mr. Cordova, after you had

15 this conversation with him about not charging him

16 for racketeering, a recording device; right?

17     A.   Yes.

18     Q.   And I think you referred to it in some of

19 your direct testimony as a wire, but it's actually a

20 little recording device that has an on-and-off

21 button so they can record; right?

22     A.   That particular device does. I guess we as

23 agents call them all wires.  The devices are

24 different.  But yes, what you're referring to was a

25 small device with an on-and-off switch.

SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                               Albuquerque, NM 87102
(505) 989-4949                                                          (505) 843-9494
FAX (505) 843-9492                                               FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1      Q.    Mr. Cordova's device is not one that you

2  can listen to or have another agent listen to while

3  he's recording.

4      A.    It is not real-time or live, no.

5      Q.    He records it, turns it off and on, gives

6  it back, it makes its way back to you, and then

7  you're able to listen to it?

8      A.    There is a process; but ultimately, yes.

9      Q.    Okay.  So it's not like a wiretap with a

10  phone where you can actually hear what's going on?

11      A.    Not real-time.

12      Q.    Or a real-time wire, like when you're

13  talking about the controlled buys, where you guys

14  can hear what's going on; right?

15      A.    Correct.

16      Q.    So Mr. Cordova is, within weeks of your

17  meeting with him at the Bernalillo County jail,

18  placed next to Rudy Perez and starts having a

19  conversation with him.

20      A.    Yes, sir.

21      Q.    Let's talk about the timeframe of that.

22  This happens 23 months after the Javier Molina

23  murder, does it not?

24      A.    Yes.

25      Q.    The Javier Molina murder took place March

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   7 of 2014; true?

 2        A.   Yes.

 3        Q.   And this recording that we're talking

 4   about occurred in February of 2016.

 5        A.   Correct.

 6        Q.   And since that time, there have been a lot

 7   of conversations about the Javier Molina murder,

 8   hadn't there?

 9        A.   With me?

10        Q.   Conversations -- well, let me back up.

11   You did some interviews of folks and learned

12   information about the Javier Molina murder.

13        A.   Yes, sir.

14        Q.   And some of that information came from

15   people that didn't have firsthand knowledge of the

16   murder.

17        A.   Correct.

18        Q.   So people were talking.

19        A.   Yes.

20        Q.   Right?  And I think you testified about

21   Billy Cordova that he was a popular and well-known

22   member of the SNM.

23        A.   Yes, sir.

24        Q.   When you say "popular," what do you mean

25   by that?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1        A.   I usually refer to him as kind of a rising

2   star, well-liked, willing to put in work.

3        Q.   So a lot of people knew him.

4        A.   I believe so.

5        Q.   Do you have any reason to believe Mr.

6   Perez didn't know that Mr. Cordova was popular and

7   well-known?

8        A.   He probably did.  I've never talked to Mr.

9   Perez, but I assume -- others described him that

10  way.

11       Q.   And you agree with me that prior to

12  February 2016, when Mr. Cordova was recording Mr.

13  Perez, that at that point Mr. Perez had not been

14  charged in the Javier Molina murder?

15       A.   No, he wasn't charged until April.

16       Q.   All right.  And some of the folks who were

17  actually what I'll call the hands-on killers of

18  Javier Molina had been charged; correct?

19       A.   Yes, sir.  They were charged in December.

20       Q.   So for instance, Jerry Montoya was one of

21  the individuals charged in the first indictment;

22  right?

23       A.   Yes, sir.

24       Q.   And so I believe that was Government's

25  Exhibit 605, which I'll put up on the screen here

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                      201 Third NW, Suite 1630
Santa Fe, NM 87501                              Albuquerque, NM 87102
(505) 989-4949                                           (505) 843-9494
FAX (505) 843-9492                                  FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

 1   for you.  He got charged in the first round; right?

 2        A.   Yes.

 3        Q.   And this is Jerry Montoya that we're

 4   looking at here.  And you can see the date,

 5   12/3/2015.

 6        A.   Yes, sir.

 7        Q.   That's the date the photo was taken?

 8        A.   Yes.

 9        Q.   And that's when the roundup happened of

10   the first guys in phase 1; right?

11        A.   Yes.

12        Q.   So Mr. Montoya -- you'd agree with me he's

13   got a pretty big smile in this picture, wouldn't

14   you?

15        A.   He does.

16        Q.   And this is after he's been arrested by

17   you or somebody on your team for the murder of

18   Javier Molina?

19        A.   I don't know that we told him what the

20   charges were yet, but he knows he's been arrested by

21   the FBI, certainly.

22        Q.   All right.  And he had actually been

23   charged by the State of New Mexico for the murder of

24   Javier Molina; right?

25        A.   Yes, sir.

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                  201 Third NW, Suite 1630
Santa Fe, NM 87501                                         Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 843-9492                                            FAX (505) 843-9492
                                                                1-800-669-9492



1     Q.   And you know that he actually stabbed
2   Javier Molina with his own hands.
3     A.   I am aware of that.
4     Q.   And Javier Molina -- we saw some pictures
5   of it in opening -- had some stab wounds right
6   around his chest, over his heart?
7     A.   Yes.
8     Q.   And we saw pictures of the shanks that
9   were used allegedly to stab Javier Molina?
10    A.   I don't know.  That was Ms. Jacks'
11   presentation, I think.  I'm not sure.
12    Q.   Did you see the pictures?
13    A.   I did; not for very long.  They probably
14   were.  I just want to examine them a little closer.
15    Q.   No, I understand that.  But do you know if
16   it was Jerry Montoya that stabbed him in the heart,
17   or Jerry Armenta, the other defendant?
18    A.   I couldn't tell you which one stabbed him
19   in the heart.  I just know that both committed and
20   were successful in stabbing Mr. Molina.
21    Q.   Well, Jerry Montoya is cooperating with
22   you, isn't he?
23    A.   Yes.
24    Q.   Did you ask him how many times he stabbed
25   Javier Molina in the heart?

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                      Albuquerque, NM 87102
(505) 989-4949                                                (505) 843-9494
FAX (505) 843-9492                                     FAX (505) 843-9492
                                                          1-800-669-9492
                                              e-mail: info@litsupport.com



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    A.   I didn't ask him how many times he stabbed

2  him in the heart.  I asked him to show me what

3  happened.  And I laid on the ground so that he

4  could -- as if I were Mr. Molina, so he could stand

5  over me and show me.

6    Q.   Did he show you a stabbing motion to your

7  heart?

8    A.   To my upper body area, yes.

9    Q.   What about your heart?

10    A.   It's in my upper body, yes.

11    Q.   And he stabbed over that?

12    A.   Yes.

13    Q.   Okay.  One of the other people indicted in

14  the first round is Jerry Armenta.  I believe there

15  is a picture of him, Government's Exhibit 606?

16    A.   He was arrested, yes.

17    Q.   This is Jerry Armenta?

18    A.   Yes, sir.

19    Q.   Also arrested on December 3, 2015?

20    A.   Yes, sir.

21    Q.   Did you ask him whether he stabbed Javier

22  Molina in the heart?

23    A.   Again, I just asked him to walk me through

24  it, and he did.  I don't think he said he stabbed

25  him in the heart, though.  He did say he stabbed

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                           Albuquerque, NM 87102
(505) 989-4949                                               (505) 843-9494
FAX (505) 843-9492                                           FAX (505) 843-9492
                                                             1-800-669-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE
                                                             e-mail: info@litsupport.com

 1   him.

 2         Q.    Where?

 3         A.    His upper body, as well.  It sounded like

 4   it was pretty chaotic, and it sounded like they were

 5   trying to get into the same areas.

 6         Q.    I think we heard from Ms. Armijo in

 7   opening statement that these two men stabbed Javier

 8   Molina 43 times?

 9         A.    I recall hearing that.

10         Q.    Did you ask Mr. Armenta how many times he

11   stabbed Javier Molina?

12              MR. CASTELLANO:  Objection, calls for

13   hearsay.

14              MR. VILLA:  It's just a question.

15              THE COURT:  He can answer this question.

16   It's a yes-or-no question.

17         A.    Yes.

18   BY MR. VILLA:

19         Q.    You did ask him?

20         A.    Yes.

21         Q.    Did you ask Jerry Montoya how many times

22   he stabbed Javier Molina?

23         A.    Yes.

24         Q.    Did they answer you?

25         A.    They answered.

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                  201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 843-9492                                            FAX (505) 843-9492
                                                               1-800-669-9492
                                                        e-mail: info@litsupport.com



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        Q.   Both of them?

 2        A.   Yes.

 3        Q.   Let's talk about Mario Rodriguez.  That's

 4   Government's Exhibit 586.  He was also charged in

 5   the first round; right?  Whoops.

 6        A.   Yes, sir.

 7        Q.   And Mr. Rodriguez -- his picture here --

 8   was arrested on December 3, 2015; right?

 9        A.   Yes, sir.

10        Q.   And Mr. Rodriguez played a part -- or he

11   was charged in the first round with the murder of

12   Javier Molina and conspiracy to murder Javier

13   Molina; right?

14        A.   And other charges, yes.

15        Q.   And in other charges.

16        A.   Yes.

17        Q.   So not just those two.  He had others.

18        A.   Correct.

19        Q.   What were those other charges?

20        A.   Violent crime in aid of racketeering,

21   assault causing great bodily injury for an incident

22   up at PNM.

23        Q.   In the course of your investigation, did

24   you learn about the type of reputation Mario

25   Rodriguez had?
```



SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                 Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                    FAX (505) 843-9492
                                                          1-800-669-9492
                                              e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1       A.    Yes.

 2       Q.    What was that?

 3             MR. CASTELLANO:  Objection, calls for

 4  hearsay.

 5             MR. VILLA:  I think this is part of his

 6  investigative conclusion, Your Honor.

 7             THE COURT:  Well, I think I'll allow him

 8  to testify and tell the jury they can't consider

 9  this for the truth.  But this is going to Mr. Acee's

10  investigation, and so I'll allow it.

11             So don't consider this for the truth of

12  the matter, but only for the information that Mr.

13  Acee knew as part of his investigation.

14  BY MR. VILLA:

15       Q.    Go ahead, sir.

16       A.    You'd like me to explain what I learned

17  about Mr. Rodriguez in terms of his SNM membership?

18       Q.    His reputation.

19       A.    His reputation.  He's a good soldier.

20  He's very dedicated to the mission of the SNM and

21  the ethos that they stand for, for a long time, and

22  was probably, in my opinion, one of their more

23  fierce soldiers.

24       Q.    Scary?

25       A.    Well, in the right circumstances, I would
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1   probably be concerned with him.  But he's a

 2   dangerous man.

 3        Q.   And you investigated a number of violent

 4   crimes that Mario Rodriguez allegedly committed,

 5   didn't you?

 6        A.   Yes, sir.

 7        Q.   Very violent?

 8        A.   Well, he was involved in some violent

 9   incidents, yes.

10        Q.   And when I say "very violent," I mean more

11   violent than some of the other violent acts that you

12   investigated in this case.

13        A.   I don't agree.

14        Q.   You don't think so?

15        A.   No, I won't deny they were violent.  But

16   to me, there are other -- in my opinion, in my

17   experience, "very violent" to me is like

18   decapitation and stuff like that.  He's a violent

19   man.

20        Q.   And he had a reputation for being fierce.

21        A.   Yes.

22        Q.   And you'd agree with me that he played a

23   large role in orchestrating the murder of Javier

24   Molina?

25        A.   He played a significant role, yeah.

SANTA FE OFFICE                                                              MAIN OFFICE
119 East Marcy, Suite 110                                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                                      Albuquerque, NM 87102
(505) 989-4949                                                                    (505) 843-9494
FAX (505) 843-9492                                                          FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   One of other individuals that was indicted

 2   in the Javier Molina murder was Timothy Martinez.

 3   That's Government's Exhibit 561?

 4        A.   Yes, sir.

 5        Q.   There is Mr. Martinez there on your

 6   screen; right?

 7        A.   Yes.

 8        Q.   So these four individuals that we talked

 9   about get charged in phase 1, and in your

10   investigation you learned that Mr. Martinez was a

11   good friend of Javier Molina; right?

12        A.   I did.

13        Q.   And his job in this alleged hit was to

14   incapacitate Javier Molina so that Jerry Montoya and

15   Jerry Armenta could stab him to death?

16        A.   I think it was more than that, but you're

17   correct.

18        Q.   It was even more than that.

19        A.   I think it was to lure him into his room

20   to use drugs, and then incapacitate him -- excuse

21   me.  Let me drink some water.

22        Q.   Go ahead.  Now, all four of these

23   individuals that we just talked about have

24   cooperated with you.

25        A.   Yes.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.    After they got charged in the indictment
 2   in phase 1?
 3        A.    Correct.
 4        Q.    And these individuals have entered plea
 5   agreements with the Government, have they not?
 6        A.    They have.
 7        Q.    And one of the things that they can get
 8   from their plea agreements if they testify and
 9   cooperate is a reduction in their sentence?
10        A.    It's up to the Judge.
11        Q.    Okay.  But that's something that the
12   Government can ask for in exchange for their
13   cooperation, is it not?
14        A.    Yes.
15        Q.    I'm sorry?
16        A.    Yes.
17        Q.    Otherwise, they're facing life sentences
18   for the murder of Javier Molina; true?
19        A.    True.
20        Q.    If they cooperate, they might not have to
21   spend the rest of their lives in prison.
22        A.    It's up to the Judge.
23        Q.    But it's possible.
24        A.    Yes.
25        Q.    Because of their cooperation.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1     A.   Yes.

2     Q.   Now, let's go back to what we were talking

3  about with Mr. Perez.  Billy Cordova was never

4  charged in phase 1, phase 2, or phase 3, or any

5  other phase of this investigation, was he?

6     A.   He was not.

7     Q.   Because he agreed to cooperate.

8     A.   No.

9     Q.   Well, in any case, that decision wasn't

10  yours to make, was it?

11     A.   No.

12     Q.   Okay.  And as we sit here today, Billy

13  Cordova has never been charged with racketeering or

14  any other crime that you've been investigating?

15     A.   That's true.

16     Q.   And before Billy Cordova recorded Rudy

17  Perez in February of 2016, you knew, didn't you,

18  that there were rumors that Mr. Perez was

19  cooperating?

20     A.   No.

21     Q.   You know that now, don't you?

22     A.   I do.

23     Q.   And you know that Mr. Cordova used those

24  rumors to exploit Mr. Perez?

25     A.   I don't agree.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   Well, we'll ask Mr. Cordova about that.
 2   All right?
 3        A.   Yes, sir.
 4        Q.   You would agree with me that oftentimes --
 5   in the course of your investigation you learned that
 6   there were rumors that somebody might be
 7   cooperating; right?
 8        A.   Yes.
 9        Q.   And if there is a rumor that somebody is
10   cooperating with law enforcement, that person could
11   be in jeopardy.
12        A.   Yes.
13        Q.   Their life could be in jeopardy.
14        A.   Yes.
15        Q.   So if there were a rumor about Rudy Perez,
16   his life could be in jeopardy.
17        A.   Could be.
18        Q.   And you would agree with me, at least,
19   that -- you may not have known it then, but you know
20   it now -- at the time that Mr. Perez talked to Billy
21   Cordova, that there were rumors he was cooperating
22   with the FBI?
23        A.   I don't know that we heard that.
24        Q.   Well, that there were rumors that he was
25   cooperating in the investigation because he had not
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  been charged in phase 1.

2       A.    There were rumors that he may have

3  cooperated.  Yes, I do recall that.

4       Q.    So let me ask you this.  In the course of

5  your investigation, in interviewing the members

6  of -- alleged members of SNM and other gang members

7  and things like that, did you come to learn that

8  sometimes people take responsibility for things they

9  don't do?

10      A.    Yes.

11      Q.    So a member might take responsibility for

12  a crime they didn't commit?

13      A.    Yes.

14      Q.    Or for playing a role in a crime that they

15  didn't actually play?

16      A.    Yes.

17      Q.    And part of the reason they do that is to

18  look like they're tough?

19      A.    I guess.

20      Q.    Well, I don't want you to guess.  Let me

21  ask you:  In the course of your investigation, did

22  you reach conclusions about why people take

23  responsibility for things they don't do?

24      A.     It's incredibly foolish.  I don't know.  I

25  confronted guys on that before, so I'm not sure how

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                      Albuquerque, NM 87102
(505) 989-4949                                               (505) 843-9494
FAX (505) 843-9492                                      FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

 1    to answer that.  They do it.  Why they're doing it I

 2    don't know, because I think it's a bad idea.

 3         Q.    One reason might be so that people don't

 4    think they're a cooperator?

 5         A.    Could be.

 6         Q.    That's a good reason?

 7         A.    Until the truth is found out, I guess.

 8         Q.    And if you're going to take responsibility

 9    for something you didn't do, perhaps because you

10    don't want people to think you're a cooperator, it

11    might be a good idea to say it to someone who is

12    well-known and popular in the gang?

13         A.    Yes.

14         Q.    Because if they're well-known and they're

15    popular in the gang, they might spread the word

16    that, oh, you're not a cooperator; you actually

17    helped out?

18         A.    I suppose that could happen.

19         Q.    Okay.  So I want to back up just a little

20    bit.

21               The testimony that you provided in your

22    direct and that you've provided so far, that's all

23    based on the investigation that you began -- I think

24    you testified you began it in February or March of

25    2015?



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        A.    Yes, sir.
 2        Q.    So your knowledge about the SNM and your
 3   label by the FBI as a subject matter expert in SNM
 4   comes from that investigation?
 5        A.    Solely.
 6        Q.    And in the course of your investigation,
 7   didn't you learn -- or at least were you
 8   investigating whether there was a division in the
 9   SNM about whether to kill Javier Molina?
10        A.    Yes.
11        Q.    So some folks wanted to, and some folks
12   didn't?
13        A.    Yes.
14        Q.    So it's certainly possible that some folks
15   decided to act on that, and other folks didn't?
16        A.    That's what I believe, yes.
17        Q.    That's what you believe happened in this
18   case.
19        A.    Yes, sir.
20        Q.    And you were investigating, I think you
21   said, some cold-case homicides.  Did that include
22   all the homicides that you were investigating, or do
23   you consider them all cold cases, or were there
24   active homicides you were investigating, as well?
25        A.    Most of them are cold, but there were a
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  couple still active.

2       Q.   And how many of those homicides were you

3  investigating Billy Cordova for?

4       A.   Three.

5       Q.   Three homicides?

6       A.   Yes, sir.

7       Q.   Do you know how many people Billy Cordova

8  has actually killed?

9       A.   He's told me he's not killed anyone.  But

10  to answer your question, I don't know.

11       Q.   All right.  And as we sit here today, Mr.

12  Cordova hasn't been charged with any of the

13  homicides that you've been investigating.

14       A.   One, yes, sir.  What he's presently doing

15  time for.

16       Q.   Well, but that was actually charged by the

17  Bernalillo County DA; right?

18       A.   Yes, sir, it was.  We were looking at it.

19  I wanted to answer your question.

20       Q.   That's fair.

21       A.   It was one -- to me, it doesn't matter who

22  is looking at it or charging it; we're still looking

23  at it, too, because again, as you know, sir, it

24  could fall under the racketeering.

25       Q.   So you did not bring that homicide into a

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1  racketeering case, did you?

 2       A.   No, sir.

 3       Q.   You just left it as it was, after Billy

 4  Cordova agreed to cooperate.

 5       A.   I didn't leave it.  I wanted to charge

 6  him.

 7       Q.   But you didn't.

 8       A.   No.

 9       Q.   And that's not all you investigated.

10  Well, excuse me.  That's not all your investigation

11  uncovered that Billy Cordova did, is it?

12       A.   No.

13       Q.   You were testifying earlier about some

14  drug trafficking and an individual named Christopher

15  Garcia?

16       A.   Yes, sir.

17       Q.   In the course of your investigation, you

18  learned that Billy Cordova was involved in some of

19  that drug trafficking.

20       A.   Yes.

21       Q.   Billy Cordova has not been charged for his

22  role in that drug trafficking, has he?

23       A.   No.

24       Q.   You've also learned in the course of your

25  investigation that Mr. Cordova had a role in the
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1  murder of Javier Molina.

 2       A.   I'm not sure that's correct.

 3       Q.   Well, let me ask the question this way.

 4  Before Javier Molina was killed, did Cordova agree

 5  that he should be killed?

 6       A.   Yes.  I say that because I think when

 7  Billy was an active member, he believed all

 8  informants should be killed.

 9       Q.   But isn't it true that Billy Cordova told

10  you that he thought Javier Molina should be killed?

11            MR. CASTELLANO:  Object, Your Honor.  It

12  wasn't Agent Acee.  It was a different agent.

13            THE COURT:  Well, if he knows the answer,

14  he can answer it.

15       A.   I'm not sure.  I know his philosophy on it

16  was that informants should be killed.  I don't know

17  that I talked to him about specifically Molina.

18  BY MR. VILLA:

19       Q.   Fair enough.  But on the side of the

20  divide between whether Javier Molina should or

21  should not be killed, Cordova was on the side of

22  should.

23       A.   Yes.

24       Q.   And Cordova -- well, strike that.  You

25  talked about how you handle informants and open them
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    and close them and pay them and that sort of thing.

2    Do you remember that?

3        A.    Yes, sir.

4        Q.    So Billy Cordova was -- after you met with

5    him in Bernalillo County was opened up as an

6    informant by you; true?

7        A.    True.

8        Q.    And Mr. Cordova was provided money by

9    you -- or the FBI.

10       A.    Yes.

11       Q.    He was provided $650 in what you would

12   call payments for services as an informant?

13       A.    That would be that $50 amount, average,

14   yes.

15       Q.    So he got $50 a month put on his books at

16   the prison to use; right?

17       A.    Yes.

18       Q.    And that added up to $650?

19       A.    That sounds right.

20       Q.    Do you want to look at the paperwork that

21   reflects that?

22       A.    I believe you, sir.

23       Q.    Okay.  Was he also given money for food?

24       A.    It's part of that.

25       Q.    Well, it's over and above the $650, isn't

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492                                            FAX (505) 843-9492
                                                                    1-800-669-9492



PROFESSIONAL COURT                          e-mail: info@litsupport.com
REPORTING SERVICE

1   it?

2       A.   If there's additional receipts there, then

3   it's above, yes.

4       Q.   You don't --

5       A.   I'd want to see the aggregate total.  I'd

6   have to look at his paperwork.  Off the top of my

7   head -- I'm sorry to interrupt you.  I just don't

8   know.

9       Q.   I was interrupting you.  I'm sorry.  If

10  you looked at the paperwork, that might refresh your

11  recollection?

12      A.   Yes.

13          MR. VILLA:  May I approach?

14          THE COURT:  You may.

15  BY MR. VILLA:

16      Q.   Agent Acee, I'll show you some paperwork

17  from the United States Attorney's Office, and look

18  at page 3, Bates No. 30711.  Does this refresh your

19  recollection about how much money Billy Cordova was

20  paid?

21      A.   Yes, sir.

22      Q.   So $650 for informant work; right?

23      A.   Yes.

24      Q.   $100 for food?

25      A.   Yes.

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                 Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 843-9492                                                 FAX (505) 843-9492
                                                                   1-800-669-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE
e-mail: info@litsupport.com

1    Q.   $200 for telephone expenses?

2    A.   No.  I can explain that.

3    Q.   Okay.  Go ahead.

4    A.   Well, I've got to go back and look at his

5  records.  I'll give you an example.  Like Eric Duran

6  should have telephone expense, and that's me paying

7  for the wire phone.  The way the bureau has it, I

8  have to account for it somewhere, so it's CHS, or a

9  confidential human source, an informant expense.  I

10  just have to put it under telephone expense.  But

11  that's for the wiretap, so --

12    Q.   Did Billy Cordova get a phone?

13    A.   We didn't deploy a phone, but there were

14  some instances where we purchased phones and then we

15  realized it wouldn't work.  Based on where in the

16  facility they were, there was no signal.  So I'd

17  have to do research to figure out if I purchased a

18  phone and a plan.  That's my initial thought, when I

19  look at that, that we must have bought a phone.

20    Q.   But you don't disagree with me that this

21  says the aggregate total for Billy Cordova is $950?

22    A.   That's what it says.

23    Q.   And it includes a $200 phone expense.

24    A.   Yes, sir.

25    Q.   And that was money paid to Billy Cordova

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1   when he was opened as an informant; right?

 2        A.   No.   That's just money that --

 3        Q.   Not the phone.   I guess the other money.

 4        A.   Yeah.   It wasn't a one-time payment, like,

 5   "Hey, you're open, and here's that money."   That's a

 6   total of -- you know, we might put $150 in, and then

 7   say, "Okay, that's for the next three months,"

 8   because we didn't want to go up to the penitentiary

 9   every month.   But that is what he was paid.

10        Q.   And you said that the money could be used

11   for purchasing things in the commissary like food or

12   hygiene items, other things like that; right?

13        A.   Yes, sir.   I've actually never seen the

14   commissary, so I don't know what's in there.   But my

15   understanding of working with Corrections is,

16   they're allowed to use so much money each month for

17   commissary, and that's what that money was intended

18   for.

19        Q.   I think it was your testimony that they

20   could purchase anything that the prison allows them

21   to purchase; right?

22        A.   It's up to the prison, so, yes.

23        Q.   Okay.   But you know, in the course of your

24   investigation, that other things get purchased in

25   prisons that aren't allowed to be purchased; right?

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                       (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492
                                                                 1-800-669-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE
e-mail: info@litsupport.com

```
 1        A.   Are we talking about drugs or --

 2        Q.   Yeah, I'm talking about drugs.

 3        A.   Yes.

 4        Q.   And other stuff that's contraband?

 5        A.   Yes.  There is an underground economy, for

 6   sure.

 7        Q.   And the way -- at least one way that an

 8   inmate might get something from the underground

 9   economy contraband is by trading for something that

10   they purchased in the commissary.

11        A.   Yes.

12        Q.   Or using money that they have on their

13   books to purchase commissary for another inmate in

14   exchange for contraband.

15        A.   I think that's possible.

16        Q.   So you can't say, as you sit here today,

17   that some of that money Mr. Cordova received wasn't

18   used and ultimately end up in the underground

19   economy for contraband.

20        A.   I don't know how Mr. Cordova spent his

21   money.

22        Q.   But you do know, don't you, that Mr.

23   Cordova is still in prison today.

24        A.   Yes.

25        Q.   And less than a month and a half ago, he
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1 | used drugs in prison, didn't he?

 2 |     A.   I'm not sure I have that information.

 3 |     Q.   Now, you testified, Agent Acee, that you

 4 | didn't think you have that information.  Is that

 5 | because you don't remember, or you're not sure, you

 6 | don't know?

 7 |     A.   I have a lot of information in my head.  A

 8 | lot of informants.  I'm trying to remember if Mr.

 9 | Cordova used drugs in the last month and a half and

10 | how I know that.

11 |     Q.   If I showed you a letter from Mr.

12 | Castellano, might that refresh your recollection?

13 |     A.   Yes.

14 |         MR. VILLA:  May I approach, Your Honor?

15 |         THE COURT:  You may.

16 |         MR. CASTELLANO:  Your Honor, once again,

17 | that was the wrong witness.  We would stipulate to

18 | that fact.  I think they just have the wrong witness

19 | they're asking that information from.  We'll

20 | stipulate.

21 |         THE COURT:  You accept the stipulation?

22 |         MR. VILLA:  The stipulation is in the last

23 | month and a half Mr. Cordova used -- and I'd like to

24 | read the drugs.

25 |         MR. CASTELLANO:  We can stipulate to that

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1  as a fact.  I'll allow him to read it into the
 2  record.  That's information our office provided to
 3  the defense.
 4              THE COURT:  All right.  Go ahead.
 5              MR. VILLA:  Your Honor, the stipulation
 6  would be that Mr. Cordova last used drugs
 7  approximately one and a half months ago.  This is in
 8  a letter dated January 29, 2018, and the drugs
 9  listed are Suboxone, methamphetamine, heroin, spice,
10  and prescription medications, while incarcerated in
11  Clayton.
12              MR. CASTELLANO:  We stipulate to those
13  facts, Your Honor.  That's true.
14  BY MR. VILLA:
15      Q.   So Agent Acee, if you didn't know it, you
16  know it now; right?
17      A.   Yes, sir.
18      Q.   Do you have any idea how he bought those
19  drugs?
20      A.   Sounds like they were having parties up in
21  Clayton.
22      Q.   Do you have any idea how Mr. Cordova
23  bought those drugs?
24      A.   No.
25      Q.   Speaking about parties, would you agree
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   with me that there was a party at PNM for some of
 2   the informants?
 3        A.   Are you referring to something I would
 4   have attended?
 5        Q.   Well, I don't know.  Did you attend a
 6   party?
 7        A.   I'm trying to remember what it was.  Their
 8   family was there.  I wouldn't call it a party, but
 9   there was some kind of social engagement that I
10   attended with other agents.  Their family members
11   were there.
12        Q.   Where was the party?
13        A.   You keep calling it a party.
14        Q.   Where was the social engagement?
15        A.   It was at PNM.  I don't remember what part
16   of the facility.
17        Q.   PNM up in Santa Fe?
18        A.   Yes, sir.
19        Q.   And which cooperating witnesses were in
20   attendance?
21        A.   I'm going off memory here, and I helped
22   prepare a document that actually lists who.  But
23   based on memory, Benjamin Clark.  Robert Martinez
24   may have been there.  He kind of keeps to himself,
25   though.  Jerry Armenta.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1     Q.   Jerry Armenta who we saw a minute ago?

2     A.   Yes, sir.

3     Q.   The same Jerry Armenta that stabbed Javier

4  Molina to death?

5     A.   That's the same person.

6     Q.   Okay.  Who else was there?  Let me ask you

7  this.  Was Billy Cordova there?

8     A.   He may have been.  The reason I'm

9  hesitating is:  Not all the cooperators came on at

10  the same time, so they joined that program up there

11  at different times and then some left it.  It's

12  tough.  I had to go back and research my records to

13  come up with that list that I provided to the U.S.

14  Attorney's Office.

15     Q.   So there was a social engagement.

16     A.   It was like -- yes, it was definitely a

17  social engagement.  I thought it was -- Corrections

18  was doing some kind of programming graduation or

19  something.

20     Q.   And the families were there?

21     A.   Not all the guys, but a few guys had

22  family members there.

23     Q.   Some other agents were there?

24     A.   Yes.

25     Q.   Who else was there?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    Just from the FBI?
 2        Q.    No.  How about anybody from the U.S.
 3   Attorney's Office?
 4        A.    No one.  Just us and Corrections.
 5        Q.    You and Corrections.  When you say
 6   "Corrections," are you talking about the Security
 7   Threat Investigation Unit, STIU?
 8        A.    Anytime we're walking around in the
 9   facility, they're usually with us, escorting and
10   whatnot.  So I'm sure they were there.  Mr. Myers
11   was there, who I talked about earlier being a deputy
12   secretary at that time.  Myself, and then two of the
13   agents that I was training and were part of the
14   investigation, Joe Sainato and Thomas Neale.
15        Q.    Thomas Neale?
16        A.    Yes, sir.
17        Q.    The same Neale that you had tasked to
18   write up overt acts in the racketeering case against
19   Billy Cordova?
20        A.    Yes, sir.
21        Q.    Who you told to stop doing that when Mr.
22   Cordova cooperated?
23        A.    Yes.
24        Q.    The same guy?
25        A.    It is.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1     Q.   At this social engagement, was there food?

2     A.   Yes.

3     Q.   The prison food, the kind they get from

4  the cafeteria?

5     A.   No.

6     Q.   What kind of food?

7     A.   Pizza.

8     Q.   Who got the pizza?

9     A.   Mr. Myers.

10    Q.   Mark Myers?

11    A.   Yes.

12    Q.   He's one of the individuals that is part

13  of your investigative group?

14    A.   Yes, sir.

15    Q.   Anything else besides pizza?

16    A.   I think there were drinks, soda or juice.

17    Q.   Okay.

18    A.   I didn't eat, so I don't know.  I didn't

19  really pay attention.

20    Q.   And during this -- I think you said that

21  you remember Jerry Armenta being there; right?

22    A.   Yes.  And I remember Javier Rubio was

23  there.  Ben Clark.  Paul Rivera may have been there.

24    Q.   Was there more than one party that you

25  attended, or social engagement?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    A.   Well, I think you would probably suggest

2  that there was one more, yes.  Timothy Martinez

3  graduated from college while in prison, and I

4  attended that, as well.

5    Q.   Timothy Martinez?  Do you remember when

6  that occurred?

7    A.   I don't.  I have some records of it

8  somewhere.  But it was -- if you want me to give you

9  a rough estimation, it was -- I'm trying to remember

10 what facility.  It was at Sandoval.  So this would

11 have been post L pod, post PNM, and before the

12 compromise of the tablets.  That would be my time

13 line.

14   Q.   When was the compromise of the tablets?

15   A.   Off the top of my head, I couldn't tell

16 you.  I did write some documentation and some

17 reports on it.  I just don't recall a date as I sit

18 here.

19   Q.   You said that was at Sandoval?

20   A.   Yes.

21   Q.   But Timothy Martinez's party.

22   A.   The graduation, yes.

23   Q.   Graduation.  All right.  And Timothy

24 Martinez is the same individual who choked out his

25 friend Javier Molina so he could be stabbed to

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1  death?

 2      A.   That's the same Timothy Martinez.

 3      Q.   This party occurred after that; right?

 4      A.   Yes.

 5      Q.   "Sandoval" is the Sandoval County

 6  Detention Center, isn't it?

 7      A.   It is.

 8      Q.   And the Sandoval County Detention Center

 9  is a place where individuals who are pending federal

10  charges can be held?

11      A.   It's one of many, yes.

12      Q.   And Mr. Martinez was held there at some

13  point?

14      A.   Correct.

15      Q.   And wasn't he held there with a number of

16  other cooperating witnesses?

17      A.   Yes.

18      Q.   And they were held together?

19      A.   They were in the same pod.

20      Q.   And a pod is --

21      A.   I'm sorry, they were -- yes, some were.

22  Some were in another area of the detention center.

23      Q.   You're aware, are you not, that Timothy

24  Martinez was selling Suboxone in Sandoval County

25  Detention Center?

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                      FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1      A.   I didn't conduct any investigations of

2 that.  But there was Suboxone all over that

3 facility.

4      Q.   What's Suboxone?

5      A.   Suboxone is a prescription narcotic to

6 help heroin users.

7      Q.   And if you take Suboxone and you're not a

8 regular heroin user, it gets you high, doesn't it?

9      A.   That's what I've been told, yes.

10      Q.   So it's often sold in jails and prisons so

11 people can get high?

12      A.   Yes, sir.

13      Q.   And it's easy, isn't it, to hide, because

14 it's, like, on these small, little strips?

15      A.   Yes.

16      Q.   So would you disagree with me if Mr.

17 Castellano wrote me a letter and told me that Roy

18 Martinez, another cooperating witness, bought

19 Suboxone from Timothy Martinez while in custody in

20 Sandoval County?

21      A.   I believe Mr. Castellano, and I believe

22 your representation.

23      Q.   Okay.  Do you know if Mr. Martinez was

24 selling Suboxone while he was taking his college

25 classes?



SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                   FAX (505) 843-9492
                                                        1-800-669-9492
                                           e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        A.   I don't know.
 2        Q.   So let's go back to the social engagement.
 3   That was up at PNM; right?
 4        A.   Yes.
 5        Q.   In a different timeframe than the
 6   graduation party.
 7        A.   Yes.
 8        Q.   And you don't remember if Billy Cordova
 9   was at that social engagement?
10        A.   I put it in my documentation to the U.S.
11   Attorney's Office when I was requested to list out
12   all these benefits and things of this nature.  I'd
13   have to refer to that.  He may have been.
14        Q.   Do you remember socializing with Billy
15   Cordova?
16        A.   I don't socialize with any of my
17   informants.
18        Q.   Well, when you go to a social engagement
19   with them, would you consider that socializing?
20        A.   Very minimally.  It would look a lot
21   different if you and I went somewhere and
22   socialized.  I don't eat the food.  I say "Hello."
23   I show up.  And I leave.
24        Q.   So you didn't talk to Mr. Cordova about
25   the murders that you stopped investigating on him?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1        A.    At these so-called social functions?

 2        Q.    Yeah.

 3        A.    No.

 4        Q.    Did you talk to Mr. Armenta about what it

 5    was like to stab Javier Molina to death?

 6        A.    I didn't ask any investigative questions.

 7    I kept my presence there to the shortest of a time

 8    as I could.

 9        Q.    But you showed up.

10        A.    I've said that, yes.

11        Q.    Why?

12        A.    With these guys, it's all about respect.

13    And I have to show it at times without compromising

14    who I am or what I do.  So I show up, I show my

15    respect.  I don't eat food.  I don't get to know

16    family members.  I make my presence known, and I

17    leave.  I get back to work.

18        Q.    So let me go back to --

19              THE COURT:  Let me ask you this, Mr.

20    Villa.  I'm thinking of breaking for about 15

21    minutes, letting everybody rest.  Then we'll go

22    about another 45.  Would this be a good place for us

23    to do that?

24              MR. VILLA:  Yes, Your Honor.

25              THE COURT:  All right.  I'm not going to

SANTA FE OFFICE                                    MAIN OFFICE
119 East Marcy, Suite 110                    201 Third NW, Suite 1630
Santa Fe, NM 87501                            Albuquerque, NM 87102
(505) 989-4949                                       (505) 843-9494
FAX (505) 843-9492                               FAX (505) 843-9492
                                                   1-800-669-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE
e-mail: info@litsupport.com

 1  give those instructions again.  Keep them in mind.
 2  All rise.
 3            (The jury left the courtroom.)
 4            THE COURT:  All right.  We'll be in recess
 5  for about 15 minutes.
 6            (Court was in recess.)
 7            THE COURT:  All right.  Let's go on the
 8  record.
 9            Did you have anything else, Mr. Villa?
10            Ms. Fox-Young, on yours, are you just
11  going to give me a letter?
12            MS. FOX-YOUNG:  Yes, we'll just do a
13  letter.
14            THE COURT:  Anybody else got anything
15  before Ms. Standridge gets the jury?  The
16  Government?
17            MS. ARMIJO:  We do have something to
18  raise, but we could do it later.
19            THE COURT:  Go ahead while she's getting
20  the jurors.
21            MS. ARMIJO:  Your Honor, we will be
22  submitting a letter to the Court, or possibly a
23  motion.  We believe that Mr. Lowry's opening
24  statement has created an issue now for his -- the
25  issue regarding the conflict of interest.

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                             (505) 843-9494
FAX (505) 843-9492                                     FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE
1-800-669-9492
e-mail: info@litsupport.com

```
 1              As you'll recall -- and we have a
 2   transcript -- you indicated that you thought this
 3   instant case and Duran's prior civil case are not
 4   related.  But based upon his opening statements,
 5   where Mr. Lowry personally went into great detail
 6   about providing a motive for Mr. Duran's previous
 7   beatdown, which was the basis of Mr. Donatelli's
 8   representation, they're using that as part of their
 9   defense.  We believe that potentially raises an
10   issue for a conflict.
11              THE COURT:  Was everything you said just
12   public record?
13              MR. LOWRY:  Absolutely, Your Honor.
14              THE COURT:  And you're still not planning
15   to --
16              MR. LOWRY:  Absolutely was not part of Mr.
17   Donatelli's representation.  Actually, it was part
18   of the United States' prosecution of the three
19   prison guards at Lea County Correctional.
20              THE COURT:  Assuming that -- and I have to
21   assume Mr. Lowry is being truthful there -- that all
22   he did was rely on public record information, I
23   wouldn't be inclined to change my ruling.
24              And you're still not going to
25   cross-examine --
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1            MR. LOWRY:  No, not at all.

2            THE COURT:  I still think we're in place.

3    We didn't discuss, pretrial, him not using it in

4    opening.  So I'm not inclined to ding him on that.

5            Anything else, Ms. Armijo?

6            MS. ARMIJO:  No, Your Honor.  I think

7    that -- for the record, I think our office will

8    still send something.

9            MR. CASTELLANO:  I do have one quick

10   thing, Your Honor.  In opening statements, they

11   mentioned where Eric Duran moved after he left New

12   Mexico.  And I just want to --

13           THE COURT:  Why don't we do this?  If the

14   jury is ready -- are they ready?

15           THE CLERK:  They are.

16           THE COURT:  I'll let you make that a

17   little bit later.  All rise.

18           (The jury entered the courtroom.)

19           THE COURT:  All right.  Everyone be

20   seated.  All right.

21           Mr. Acee, I'll remind you that you're

22   still under oath.

23           Mr. Villa, if you wish to continue your

24   cross-examination of Mr. Acee, you may do so at this

25   time.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              MR. VILLA:  Yes, sir, thank you.
 2              THE COURT:  Mr. Villa.
 3    BY MR. VILLA:
 4         Q.   Agent Acee, I want to go back to the four
 5    killers of Javier Molina:  Jerry Montoya, Jerry
 6    Armenta, Timothy Martinez, and Mario Rodriguez.
 7    They were all paid money; correct?
 8         A.   Yes.
 9         Q.   When I say "paid money," I mean paid money
10    by the FBI?
11         A.   Yes.
12         Q.   After they cooperated.
13         A.   Correct.
14         Q.   After they entered into the plea
15    agreements we talked about before the break, in
16    which they'll have an opportunity to argue for less
17    than a life sentence for murdering Javier Molina?
18         A.   As soon as they agreed to cooperate, they
19    were opened.  And then what I've described as the
20    $50 a month in commissary money was put on their
21    accounts.
22         Q.   For Jerry Armenta, that totaled $750?
23         A.   If that's the aggregate total, then yes.
24         Q.   Is that a yes?
25         A.   If that's what you have there -- I'm not
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

220

```
 1    looking at it -- I believe you.
 2         Q.    Okay.   I mean, does that sound right?
 3         A.    Yes.
 4         Q.    Do you want to see it?
 5         A.    Mr. Villa, I don't doubt your credibility.
 6         Q.    All right.   So Timothy Martinez received
 7    an aggregate total of $1,062.86.   Does that sound
 8    right?
 9         A.    Yes.
10         Q.    So in addition to receiving that money, he
11    also is going to get to argue for a lesser sentence
12    for his testimony he's going to provide in this
13    trial.
14         A.    He could, yes.
15         Q.    Jerry Montoya received an aggregate total
16    of $824.31?
17         A.    Yes.
18         Q.    And he'll also get to argue for a
19    reduction in his sentence for the killing of Javier
20    Molina in exchange for his testimony in this trial.
21         A.    And his attorney could do that.
22         Q.    Were any of these four individuals told
23    that they were going to get a specific sentence in
24    exchange for their cooperation?
25         A.    Not by me.   I wouldn't make those
```

SANTA FE OFFICE                                           MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                            (505) 843-9494
FAX (505) 843-9492                                     FAX (505) 843-9492
                                                       1-800-669-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE                           e-mail: info@litsupport.com

1    representations, and I don't believe I heard anyone

2    else do that, either.

3        Q.    Nothing material where --

4        A.    A specific sentence, no.  I'm not in those

5    calculations or conversations, though.

6        Q.    When you open an informant, like you did

7    with Billy Cordova, you have to go over certain

8    rules with them; right?

9        A.    Yes, sir.

10       Q.    Rules that they're expected to follow.

11       A.    Correct.

12       Q.    If they don't follow their rules, like you

13   testified on direct, you have to close them as an

14   informant.

15       A.    I don't have to.  That's my choice.  I can

16   request to keep them open despite that.  I can do

17   memorandums justifying keeping them open.  In none

18   of these cases did I do that, and if they didn't

19   follow my instructions, I closed them.

20       Q.    Because if they don't follow your

21   instructions, it's hard to trust them, isn't it?

22       A.    It's hard to control them.  I have guys

23   that -- they're dope fiends, and they'll go back to

24   drugs, but they've never told me a lie.

25       Q.    I didn't say a lie.  I said it's hard to

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                            (505) 843-9494
FAX (505) 843-9492                                   FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

222

1      trust them.

2            A.    Yes.

3            Q.    Maybe they lied; maybe they didn't.  But

4      it's hard to trust them.

5            A.    If they don't follow instructions, it's

6      hard for me to trust them.

7            Q.    And if they're dope fiends, it's hard to

8      trust them.

9            A.    That they won't go back to dope.  There

10     are other areas where they're trustworthy, in my

11     mind.

12           Q.    But a dope fiend isn't necessarily as

13     trustworthy as someone who is clean and sober;

14     right?

15           A.    No, not necessarily.

16           Q.    Somebody who is addicted to drugs --

17     sometimes they'll do anything to get those drugs.

18           A.    Some people.

19           Q.    And as a matter of fact, you closed Billy

20     Cordova, didn't you?

21           A.    I did.

22           Q.    Because he wasn't following the rules.

23           A.    Correct.

24           Q.    He was breaking the rules.

25           A.    Yes.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   And you made the decision that you

2  couldn't trust him anymore, so you closed him.

3    A.   I don't have trust issues with him.  I'm

4  differentiating there.  I just closed him because I

5  didn't want to give him any more benefits, and I was

6  no longer interested in keeping him open.

7    Q.   If you had kept him open, you could have

8  him do more cooperation, couldn't you?

9    A.   No.  I mean, he wanted to continue to

10  cooperate, but he wasn't -- in terms of doing active

11  stuff on the streets, if that's what you're

12  referring to.  But that wouldn't have worked.

13    Q.   Well, you didn't close him after you had

14  him record -- or he recorded Rudy Perez, and Rudy

15  Perez then gets charged.  You didn't close him then,

16  did you?

17    A.   No.

18    Q.   You didn't close him six months after

19  that, did you?

20    A.   No.

21    Q.   You kept paying him money.

22    A.   Yes.

23    Q.   And one of the things that happens when

24  you stop, when you close him, is, you don't have to

25  pay him any money anymore?

SANTA FE OFFICE                                                           MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                  Albuquerque, NM 87102
(505) 989-4949                                                                (505) 843-9494
FAX (505) 843-9492                                                      FAX (505) 843-9492
                                                                          1-800-669-9492

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE
e-mail: info@litsupport.com

1    A.    Correct.   There is no way for me to do it

2  anymore, to pay them.

3    Q.    With respect to Billy Cordova, one of the

4  reasons that led you to close him is that he was

5  violating rules of the prison.

6    A.    Yes.

7    Q.    He was given contact visits by the prison;

8  correct?

9    A.    He was.

10    Q.    And a contact visit is where he can

11  actually be in the same room with a family member, a

12  friend, where they're not talking between glass;

13  right?

14    A.    I'm not sure.   I just know what he did

15  wasn't allowed.   I've never been to a contact visit,

16  so I kind of hate to say what they look like.   But

17  there are definitely rules.   What I know is that

18  what Mr. Cordova did during some of those was not

19  allowed.

20    Q.    Agent Acee, you've been investigating the

21  SNM since spring of 2015.

22    A.    Yes, sir.

23    Q.    And you are investigating some of their

24  classification levels; right?

25    A.    No.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1     Q.   Well, you testified with Mr. Castellano

2   that you know that the New Mexico prisons kept

3   alleged gang members in Level 4, 5 or 6; right?

4     A.   I only know about 5 and 6.

5     Q.   Oh, I'm sorry.

6     A.   I can speak about those, yes.

7     Q.   5 and 6.

8     A.   I have knowledge on 5 and 6.  I don't know

9   much about the other programs.  They didn't come

10  into play in this investigation.

11    Q.   In the course of your investigation, you

12  learned that alleged gang members who were held in

13  Level 5 and 6 don't get contact visits; right?

14    A.   Correct.  I think that starts at Level 4.

15    Q.   That starts at Level 4?

16    A.   That's what I recall, yes.

17    Q.   And you may not know what a contact visit

18  looks like, but when you investigated this case and

19  heard the term "contact visit," can you please tell

20  the jury what you understood that to mean?

21    A.   They could see their families.  In some

22  facilities, I guess, they're allowed to kiss their

23  children, just once.  The reason I struggle with

24  defining what exactly they are is, it seems

25  different at facilities.  And that may have to do

SANTA FE OFFICE                                    MAIN OFFICE
119 East Marcy, Suite 110                   201 Third NW, Suite 1630
Santa Fe, NM 87501                           Albuquerque, NM 87102
(505) 989-4949                                      (505) 843-9494
FAX (505) 843-9492                             FAX (505) 843-9492

 

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1  with the levels.  When I interact with an inmate at

2  the facility, it's as an attorney visit or it's in a

3  secluded area.  So the rules are different.

4       Q.   But a contact visit is where they can

5  touch a family member?  Hence the word "contact";

6  right?

7       A.   Yes.

8       Q.   I mean, that's fair?

9       A.   Yeah.  I just hesitate to define something

10  I don't know a lot about.  In other facilities there

11  are contact visits and there's glass.  So I'm not

12  really sure.

13       Q.   Fair enough.  You would agree with me,

14  though, that the prisons when they were housing Mr.

15  Cordova and housing some of these other cooperators,

16  including Jerry Armenta, were giving them privileges

17  that they didn't normally get in the classification

18  level that they were in?

19       A.   That's part of the controversy.  That's

20  part of the problem, because I'm not sure what

21  classification level they were at that point.  They

22  were housed at Level 6 for security, but because

23  they were cooperating and had renounced the gang,

24  Corrections would have put them at a Level 4.  There

25  just wasn't a safe Level 4 to put them at.  So I'm

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   not really sure how to answer that.
 2        Q.   I think it was your testimony that the
 3   denial of the contact visit starts at Level 4?
 4        A.   I think contact visits start at Level 4
 5   and the denial starts at 5.  But I don't work for
 6   the Corrections Department and I hesitate to sit
 7   here and testify to what their policies are.
 8        Q.   In any case, Mr. Cordova, unlike someone
 9   else in Level 6, was given contact visits.
10        A.   Mr. Cordova was given contact visits.
11        Q.   And in those contact visits, he was
12   visiting with his wife and children?
13        A.   Yes.
14        Q.   And in the course of those contact visits,
15   he was having sex with his wife; correct?
16        A.   I believe that he did during more than one
17   occasion, yes.
18        Q.   Do any contact visits that you're aware of
19   in the State of New Mexico allow an inmate to have
20   sex?
21        A.   No.
22        Q.   So he was violating the rules?
23        A.   Absolutely.
24        Q.   He wasn't just having sex with his wife in
25   those contact rooms, was he?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    A.   Are you asking if he had sex somewhere

2  else?

3    Q.   No, I'm asking what else was going on in

4  those contact rooms.

5    A.   I'm not sure what you're asking.

6    Q.   Let me ask the question this way:  Was he

7  not having sex with his wife in front of his

8  children in the contact visit rooms?

9    A.   His children were in the rooms.  He and

10  his wife covered up, like you don't see any skin.

11  But when I watched the video of it, I believe they

12  were having sex.  There was no doubt in my mind when

13  I saw it.

14    Q.   And the children are there?

15    A.   The children are on the other side of the

16  table.

17    Q.   Has Mr. Cordova ever been charged with

18  child abuse for that?

19    A.   No, he wasn't charged.  We contacted the

20  State Police and asked them to investigate, and also

21  contacted Child Protective Services, CYFD.  We made

22  all the notifications as soon as we found out.

23    Q.   And after Mr. Cordova did that, you closed

24  him as an informant?

25    A.   Yes, sir.

SANTA FE OFFICE                                                                      MAIN OFFICE
119 East Marcy, Suite 110                                                      201 Third NW, Suite 1630
Santa Fe, NM 87501                                                            Albuquerque, NM 87102
(505) 989-4949                                                                          (505) 843-9494
FAX (505) 843-9492                                                              FAX (505) 843-9492

 

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1              MR. VILLA:  May I have a moment, Your
 2    Honor?
 3              THE COURT:  You may.
 4              MR. VILLA:  No further questions.
 5              THE COURT:  Thank you, Mr. Villa.
 6              Ms. Jacks, do you have cross-examination
 7    of Mr. Acee on behalf of Mr. Sanchez?
 8              MS. JACKS:  I do, Your Honor.  Thank you.
 9              THE COURT:  Ms. Jacks.
10                   CROSS-EXAMINATION
11    BY MS. JACKS:
12         Q.   Good afternoon, Agent Acee.
13         A.   Ms. Jacks.
14         Q.   I noticed earlier, when Ms. Armijo was
15    asking you questions, that instead of looking at her
16    when you'd answer, you sort of turned to the jury to
17    answer.  You realize you were doing that; right?
18         A.   I try to do that when answering.
19         Q.   Okay.  And that's something that you're
20    actually trained to do as part of your -- as part of
21    your law enforcement training?
22         A.   I don't recall if that's training.  I just
23    think it's polite.  It seems like why we're here.
24         Q.   So you weren't trained on that?  You
25    weren't trained on ways to testify to juries?
```

 

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1      A.   I was trained on how to testify.  I don't

 2 know that they added the caveat "to juries."

 3      Q.   And in that training, were you taught to

 4 turn and swivel your chair over and look at the

 5 jury?

 6      A.   I've answered.  I don't know that I was

 7 taught that.  That was about 20 years ago.

 8      Q.   All right.

 9           MS. JACKS:  Can we have exhibits starting

10 with 548?  Thank you.

11      Q.   And this is the series of pictures that

12 Mr. Castellano showed you of Mr. Sanchez?

13      A.   Yes, ma'am.

14      Q.   I have just a couple of general questions

15 first.  You were shown a bunch of different

16 photographs, and you were asked about a bunch of

17 different tattoos.  On some of your answers you said

18 things like -- and this was in reference to Timothy

19 Martinez, one of the photos, you said none of those

20 tattoos were gang-specific.  And think for some of

21 the other pictures you were shown, you said, quote,

22 "The tattoos don't mean anything."  Do you recall

23 those answers?

24      A.   Yes, ma'am.

25      Q.   Okay.  So I guess my question is:  When

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                 Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 843-9492                                                 FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1  you testify about a tattoo, was that meant to imply

2  that it meant something?  Do you know what I mean?

3  Like if you said something about a tattoo, does that

4  mean, in your mind, it had some significance?

5      A.   Yes.

6      Q.   Okay.  Because you testified about a bunch

7  of tattoos regarding Mr. Sanchez, and I want to ask

8  you about that.  But before I do, would you agree

9  with me that New Mexico State prisons are, for the

10  most part, filled with New Mexico state residents?

11      A.   Yes.

12      Q.   All right.  And are tattoos popular in

13  prison?

14      A.   Yes.

15      Q.   I mean, they're popular outside of prison,

16  too, these days; right?

17      A.   I agree.

18      Q.   But in prison, if you -- I mean, wouldn't

19  the majority of inmates in prison be tattooed?

20      A.   The ones I've seen, yes.

21      Q.   In some manner.

22      A.   Yes.

23      Q.   Would it almost be shocking to find a

24  prison inmate in the state of New Mexico that had no

25  tattoos?

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                            FAX (505) 843-9492
                                                                  1-800-669-9492
                                                        e-mail: info@litsupport.com



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    A.    Maybe in the white-collar section or

2  something.

3    Q.    Do you know why tattoos are popular in

4  prison?

5    A.    Yes.

6    Q.    Why?

7    A.    To display various things.  In some cases,

8  gang membership; in others, pride in certain things.

9  Sometimes they display family names.  I think

10 there's a number of reasons.

11   Q.    Okay.  And it's also against the rules to

12 get a tattoo in prison, isn't it?

13   A.    While you're in prison, yes.

14   Q.    Right.  So in some ways, by getting a

15 tattoo while you're in prison, the person is sort of

16 displaying an act of rebellion against the prison.

17   A.    I don't know what they're displaying, but

18 they're getting tattoos.

19   Q.    People get tattooed in prison all the

20 time, even though it's against the rules.

21   A.    Yes.

22   Q.    And Mr. Castellano asked you some

23 questions -- well, let me go back for a second.  Do

24 you think it has anything to do with the boredom of

25 prison that people get tattooed?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1          MR. CASTELLANO:  Objection, calls for
 2   speculation.
 3          THE COURT:  Ask him if he knows.
 4   BY MS. JACKS:
 5      Q.   If you know.  That's all I'm asking.
 6      A.   I don't know.
 7      Q.   Mr. Castellano asked you some questions
 8   about popular tattoos, and I think you said one
 9   subject matter of popular tattoos is women.
10      A.   Yes.
11      Q.   Why do you think that tattoos of women,
12   and in particular, partially clothed or naked women
13   are popular in prison?
14      A.   Because a prison is full of men.
15      Q.   And another popular tattoo is, I think you
16   said, guns.
17      A.   I don't think I said that.  I think I
18   pointed out a gun.
19      Q.   Why would a prison inmate have a tattoo of
20   a gun?  What does an image of a gun convey?
21      A.   Violence.
22      Q.   Power?
23      A.   Yes.
24      Q.   Toughness?
25      A.   Yes.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.    Those are all qualities that, in prison,
2   someone would want to communicate to others; right?
3      A.    Yes.
4      Q.    So that people leave you alone.
5      A.    For a number of reasons, that among them.
6      Q.    That's a big reason; right?
7      A.    Yes.
8      Q.    And then the other tattoo I think you
9   talked about was tattoos involving dollar signs or
10   money.
11      A.    Yes.
12      Q.    And what is that, in your opinion?  What
13   is that meant to convey?
14      A.    Wealth, what you value, money, women, a
15   hard life, guns, toughness.
16      Q.    Going back to the money, is valuing money
17   or worshiping money isolated to the prison
18   environment?
19      A.    No.
20      Q.    I mean, that's kind of, at least for a lot
21   of people in the United States, almost a religion;
22   right?
23      A.    Sure.
24      Q.    So tattoos of women, guns, and money don't
25   necessarily mean that a person is affiliated with

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                201 Third NW, Suite 1630
Santa Fe, NM 87501                                         Albuquerque, NM 87102
(505) 989-4949                                                    (505) 843-9494
FAX (505) 843-9492                                           FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1    either a street gang or a prison gang?

2         A.   I wouldn't say that, no.  I'm not claiming

3    that those tattoos alone mean anything more than

4    what you've described.

5         Q.   Okay.  Let's just look at the pictures of

6    Mr. Sanchez for a second, and let's start with what

7    you had up there, 548.  And I'm just going to sort

8    of flip through them, because I don't have them

9    memorized.  So let's go.  This is Mr. Sanchez the

10   morning that everybody was arrested on this

11   indictment; right?

12        A.   In phase 1, yes, ma'am.

13        Q.   And where was he picked up from?

14        A.   Penitentiary of New Mexico -- no.  Well,

15   excuse me.  He was in Massachusetts, and we caused

16   him to be transferred back to New Mexico.  And I

17   think he went to the Pen.  I hesitate, because he

18   could have been at Central, because that's their

19   processing center.  Either way, he was in a State of

20   New Mexico prison.

21        Q.   And you just don't remember right now

22   which one?

23        A.   I think he was at the North, but he could

24   have been at Central.

25        Q.   So he was driven from prison to this

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                            FAX (505) 843-9492
                                                              1-800-669-9492
                                                        e-mail: info@litsupport.com



236

```
 1   office in Albuquerque where he was photographed;

 2   right?

 3        A.   Yes.

 4        Q.   Okay.  Let's go to the next picture.  This

 5   is 549.  All right.  Now, you testified about this

 6   when Mr. Castellano asked you some questions.  This

 7   is a tattoo on Mr. Sanchez's stomach; right?

 8        A.   There is a tattoo on his stomach, but I

 9   didn't talk about it.

10        Q.   What is the tattoo on the stomach?

11        A.   It looks like a depiction of The Last

12   Supper.

13        Q.   So would that be a religious tattoo?

14        A.   I believe so.

15        Q.   And the things you testified about were

16   the N and M on his arms?

17        A.   Yes, ma'am.

18        Q.   Is Mr. Sanchez from the state of New

19   Mexico?

20        A.   He is.

21        Q.   And do you know where?

22        A.   Belen.

23        Q.   And N and M -- are those the initials for

24   the state of New Mexico?

25        A.   Right.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   And is it uncommon for prison inmates from
 2   the state of New Mexico to have the N and the M,
 3   signifying they're from the state of New Mexico?
 4        A.   No.
 5        Q.   And the N and the M alone, with nothing
 6   else, don't signify any sort of membership in a
 7   prison gang or street gang, do they?
 8        A.   I agree with you.
 9        Q.   You agree with me that they don't?
10        A.   They don't.
11        Q.   Can we have the next one, which would be
12   550?  That's just the N that we just talked about;
13   right?
14        A.   Yes, ma'am.
15        Q.   Can we go to the next one?  There is the
16   M, so that's 552.
17             Can we go to the next one, 553?
18             All right.  In this picture, in Exhibit
19   553, I think you testified about the symbol on Mr.
20   Sanchez' -- I guess it would be left elbow?
21        A.   Yes.
22        Q.   And what is that symbol?
23        A.   Zia.
24        Q.   Okay.  What is the Zia symbol?
25        A.   The Zia symbol is the same symbol you see
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    on the New Mexican flag.  I can't tell you the

2    history of the Zia.

3         Q.   And it's on street signs in New Mexico;

4    right?

5         A.   It is.

6         Q.   Coffee cups, license plates, T shirts,

7    bumper stickers?

8         A.   And other places, as well.

9         Q.   It's displayed everywhere throughout the

10   state, isn't it?

11        A.   It's in a lot of places around the state.

12        Q.   As a symbol of pride for the state of New

13   Mexico?

14        A.   I agree.

15        Q.   Now, is the fact that Mr. Sanchez has a

16   Zia tattoo on his elbow some indication that he's a

17   member of a prison gang?

18        A.   Could be.  Would you like me to explain?

19        Q.   No, because I'm going to ask you another

20   question.  You said it could be, but you would agree

21   with me that it also couldn't be; right?

22        A.   Right.

23        Q.   It may be; it may not be?

24        A.   Correct.

25        Q.   Now, is there a particular tattoo that is

SANTA FE OFFICE                                                                    MAIN OFFICE
119 East Marcy, Suite 110                                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                                           Albuquerque, NM 87102
(505) 989-4949                                                                     (505) 843-9494
FAX (505) 843-9492                                                          FAX (505) 843-9492
                                                                                1-800-669-9492
                                                                         e-mail: info@litsupport.com



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    identified with the SNM Gang that involves the Zia

2    symbol?

3         A.    Yes.

4         Q.    And can you describe that?

5         A.    It is the Zia symbol in the old days; and

6    then more commonly now it's the Zia symbol with an S

7    in it, because other gangs have adopted the Zia

8    symbol.

9         Q.    So can we have -- let me just see if I

10   can -- can we have Exhibit 604, please?

11        And 604 I think was one of the photographs

12   of Jerry Montoya; is that right?

13        A.    It is.

14        Q.    And can you describe here what the tattoo

15   that we're viewing in this photograph is?

16        A.    Behind Mr. Montoya's ear is a tattoo of

17   the Zia symbol with an S in the center.

18        Q.    And that's a tattoo that is unique to the

19   SNM Gang; is that right?

20        A.    It is.

21        Q.    And people that display that tattoo are

22   identified or are in the SNM Gang?

23        A.    Better be.

24        Q.    You can't -- at least in prison, you can't

25   display a tattoo like this unless you're a member of

SANTA FE OFFICE                                                              MAIN OFFICE
119 East Marcy, Suite 110                                               201 Third NW, Suite 1630
Santa Fe, NM 87501                                                       Albuquerque, NM 87102
(505) 989-4949                                                                    (505) 843-9494
FAX (505) 843-9492                                                         FAX (505) 843-9492
                                                                               1-800-669-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE                                      e-mail: info@litsupport.com

```
 1   SNM.
 2        A.   Well, you could.   And I understand one or
 3   two people have.   But it's going to cause you
 4   problems.
 5        Q.   So it would be unlikely that someone would
 6   do that?
 7        A.   Yes.
 8        Q.   Can we see 637?
 9             This is David Calbert?
10        A.   Yes.
11        Q.   And can we see 638?   I think it's a
12   close-up of a similar tattoo.
13             Can you describe what we're seeing here on
14   Mr. Calbert in this photograph?
15        A.   The chin and the neck, or just the neck?
16        Q.   The neck.
17        A.   On his neck he has a Zia symbol with an S
18   in the middle.
19        Q.   And again, that's the type of Zia symbol
20   with the S in the middle that would be displayed by
21   SNM Gang members?
22        A.   Yes.
23        Q.   And the fact that -- the picture also
24   displays an S on Mr. Calbert's chin; right?
25        A.   Yes.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.   And that's a tattoo associated with the
2  SNM Gang?
3      A.   Yes.
4      Q.   So the fact that somebody would have a
5  tattoo like that, the S or the S with the Zia symbol
6  on their chin and neck -- is that of particular
7  significance?
8      A.   Yes.
9      Q.   Why?
10     A.   You want everybody to see it.
11     Q.   No way to cover it up; right?
12     A.   No way to cover it up.
13     Q.   So when Mr. Calbert walks out onto the
14  prison yard, everybody knows right away what he's
15  claiming.
16     A.   Correct.  Unless he grows his beard out, I
17  guess.
18     Q.   And could we have 569?
19          Is this Roy Paul Martinez?
20     A.   Yes.
21     Q.   Exhibit 569?
22     A.   Yes.
23     Q.   And I think the close-up is the next
24  slide, 570.  What's the tattoo that we see on Mr.
25  Roy Paul Martinez' stomach?

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                   Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                     FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    It's a Zia symbol and it has an S over an

 2   N-M.

 3        Q.    So he's got all three initials in the

 4   middle of the Zia symbol.

 5        A.    Correct.

 6        Q.    Is that a tattoo uniquely associated with

 7   the SNM?

 8        A.    It is.

 9        Q.    Can we go back now -- I'm sorry.  Why

10   don't we start -- I think we're at 550, with Mr.

11   Sanchez.  Let's go to 551.

12              Is there anything other than the M that's

13   of significance in this photograph, 551, of Mr.

14   Sanchez?

15        A.    Well, there's a lot of things significant

16   to me, but I think Mr. Castellano wanted

17   gang-specific tattoos.

18        Q.    Right.  So nothing gang-specific?

19        A.    No.

20        Q.    Can we go to 552?

21              And this is Mr. Sanchez' other arm?

22        A.    Yes.

23        Q.    Also displaying a Zia symbol with nothing

24   in the middle?  It may be shown better in 553.  Is

25   it?
```

SANTA FE OFFICE                                                MAIN OFFICE
119 East Marcy, Suite 110                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                      Albuquerque, NM 87102
(505) 989-4949                                                  (505) 843-9494
FAX (505) 843-9492                                          FAX (505) 843-9492
                                                              1-800-669-9492
                                                        e-mail: info@litsupport.com



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1       A.    It shows the Zia symbol on his elbow.

2       Q.    Okay.  Can we go to 554?

3             Now, you testified about Mr. Sanchez' back

4  when Mr. Castellano was asking you some questions.

5  We see his name; right?

6       A.    Yes.

7       Q.    Is that a tattoo that's affiliated with

8  his -- with some sort of street gang or prison gang

9  membership?

10      A.    Not his name, no.

11      Q.    And what about his hometown, Belen?

12      A.    Could be.

13      Q.    Could be and could not be; right?

14      A.    I'd have to, yeah, talk to him and find

15 out.

16      Q.    Based on what you know sitting up there on

17 the witness stand, you don't know one way or the

18 other, do you?

19      A.    I actually don't believe he was part of a

20 street gang.

21      Q.    So in other words, that may just be Mr.

22 Sanchez putting the name of his hometown on his

23 neck?

24      A.    Yes.

25      Q.    And this female wearing a sombrero that

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                      201 Third NW, Suite 1630
Santa Fe, NM 87501                                              Albuquerque, NM 87102
(505) 989-4949                                                          (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1  says "Sanchez" on it -- what's the significance of

2  that, if any, to determining whether Mr. Sanchez is

3  a member of SNM?

4       A.   Some of the older SNM members have

5  explained to me that --

6       Q.   I'm going to stop you right there, because

7  that would be hearsay; right?

8       A.   Okay.

9       Q.   So if you just tell me what you think the

10 significance is yourself, if you know.

11      A.   It could signify membership in the SNM.

12      Q.   Do you know, with respect to Mr. Sanchez,

13 what the meaning of that tattoo is?

14      A.   No.

15      Q.   And the fact that he has it -- you're not

16 able to say this shows that he's a member of SNM;

17 right?

18      A.   Based on the tattoo alone, no.

19      Q.   Can we go to the next one?

20           This is just another side shot.  If there

21 are more pictures you want to see, let me know.  But

22 I want to ask you this question.  Based on your

23 review of the tattoos that Mr. Sanchez displayed --

24 let me go back a second.  We've seen examples of

25 people that were claiming street gang membership and

SANTA FE OFFICE                                    MAIN OFFICE
119 East Marcy, Suite 110                    201 Third NW, Suite 1630
Santa Fe, NM 87501                            Albuquerque, NM 87102
(505) 989-4949                                       (505) 843-9494
FAX (505) 843-9492                              FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1  they had tattoos consistent with being a street gang

2  member.  I think I recall on one leg it would say

3  "west," on the other leg it would say "side," things

4  like that.

5       A.   Yes.

6       Q.   Burquenos on somebody's stomach, I think?

7       A.   It shouldn't say that.  But maybe Burque,

8  or something like that.  Another gang.

9       Q.   So my question to you is:  Does Mr.

10 Sanchez, based on your inspection of his body, have

11 any tattoos that signify some sort of street gang

12 membership or affiliation?

13      A.   I didn't see any street gang affiliation.

14      Q.   And does he have any tattoos of peacocks,

15 which, for some reason, you're saying is associated

16 with the SNM?

17      A.   I didn't see any.

18      Q.   And does he have any tattoos of Zia

19 symbols that are filled in in the middle displaying

20 either S, or SNM, or anything of that nature?

21      A.   He has Zias, but not with an S in them.

22      Q.   Now, do you know when Mr. Sanchez got --

23 let me go back a second.  Does Mr. Sanchez have a

24 tattoo of Pancho Villa on his body?

25      A.   He may.  I'd have to look closer.

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                             FAX (505) 843-9492
                                                                1-800-669-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

e-mail: info@litsupport.com

1    Q.   Do you know what the significance or why

2   somebody would have a Pancho Villa tattoo?

3    A.   Heritage.  Could be just pride in one's

4   ethnicity.

5    Q.   Do you know when Mr. Sanchez got any of

6   these tattoos?

7    A.   I do not.

8    Q.   Do you know where he got any of the

9   tattoos?

10   A.   I suspect in prison.

11   Q.   But we're here in court, and I guess we

12  operate on things that people know and can prove.

13  So my question again is:  Do you know where he got

14  these tattoos?

15   A.   No.

16   Q.   Can we have Exhibit 574, please.

17        This is a person you also -- that was also

18  arrested on December 3, 2015?

19   A.   Yes.

20   Q.   Who is it?

21   A.   Robert Martinez.

22   Q.   Was Robert Martinez arrested in prison or

23  jail, or was he arrested on the streets?

24   A.   In prison.

25   Q.   Where was he housed when he was arrested?

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                             FAX (505) 843-9492
                                                                  1-800-669-9492
                                                        e-mail: info@litsupport.com



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        A.    PNM.
 2        Q.    I want to follow up just on a few
 3  questions that Mr. Lowry asked you.  I think he
 4  asked you some questions about Eric Duran and your
 5  supplying a cellphone to Mr. Duran.  Do you recall
 6  those questions?
 7        A.    I do.
 8        Q.    And your testimony is that you gave
 9  Mr. Duran -- you bought a cellphone for Mr. Duran
10  and you gave it to him so he could assist you in
11  investigating this case.
12        A.    Yes.
13        Q.    And he gave you that assistance and ended
14  up getting out of jail early on his sentence?
15        A.    He got out of prison early.
16        Q.    And you relocated him?
17        A.    Yes.
18        Q.    And you got him a job working for a
19  different federal law enforcement agency?
20        A.    I transferred him to another division, and
21  it was up to those agents if they wanted to work
22  with him.  I just made the introduction.
23        Q.    And they, in fact, did work with him and
24  pay him; right?
25        A.    They did.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1      Q.   Up until when he got arrested again?

 2      A.   Yes, shortly.  They stopped working with

 3   him a little bit before then, because it took us a

 4   little while to find him.

 5      Q.   Well, he got arrested.  Do you remember

 6   when?

 7      A.   No.  I turned over all the reports, but --

 8      Q.   Was it fairly recently, like, was it in

 9   the fall of 2017?

10      A.   Yes.  I'm just not sure which arrest

11   you're asking me about.

12      Q.   Okay.  He was arrested several times?

13      A.   Throughout his life he has been.

14      Q.   I want to go back to the phone that you

15   gave him, because you gave it to him for federal

16   government business; is that right?

17      A.   Yes.

18      Q.   And at least in part, he used it for

19   federal government business.

20      A.   He did.

21      Q.   Did he also use it to gamble in a

22   rotisserie football league?

23      A.   I don't know if he gambled.  I know that

24   he accessed -- what's it called -- fantasy football

25   on the phone.

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                             (505) 843-9494
FAX (505) 843-9492                                    FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   And in fact, if you look at the text
 2   messages on the phone, he's giving instructions
 3   about what he wants to bet, and where and when and
 4   which players he wants to play; right?
 5        A.   I agree with all that except the betting
 6   part.  I don't know -- I don't play fantasy
 7   football, so I'm not sure if there is betting
 8   involved.  But he's picking players; that's obvious.
 9        Q.   So he's used a Government-issued cellphone
10   to play fantasy football while he was sitting in
11   prison.
12        A.   He did until I told him to stop, until I
13   noticed his data was -- he was using too much data,
14   and I asked him about it.
15        Q.   You have recordings of the phone calls
16   that he's made; right?
17        A.   Yes.
18        Q.   And do you also have copies of the text
19   messages that he sent?
20        A.   Yes.
21        Q.   Have you listened to those?
22        A.   I have not listened to all of the phone
23   calls, but other agents have.
24        Q.   And people have reported to you, as the
25   agent in charge, what they're finding on this phone;
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    right?

2         A.    Yes, ma'am.

3         Q.    Did he use the phone to engage in phone

4    sex with his girlfriend or wife?

5         A.    No, I don't think so.

6         Q.    Did he use the phone to solicit money from

7    females?

8         A.    I don't think he used the Government phone

9    for that.

10        Q.    Did he use the phone to talk and exchange

11   photographs with a stripper?

12        A.    He had contact with some females, and I

13   think one of them was a stripper.

14        Q.    And he's doing this from inside the

15   prison; right?

16        A.    Yes.

17        Q.    On the Government-issued phone.

18        A.    Yes.

19        Q.    That's for Government business.

20        A.    Yes.

21        Q.    Did he use the phone to talk to his family

22   members?

23        A.    I don't believe so.

24        Q.    Did he use the phone to text with his

25   family members?

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                  201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                    (505) 843-9494
FAX (505) 843-9492                                          FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1    A.    Yes.

2    Q.    Did he use the phone to text with you?

3    A.    Yes.

4    Q.    You were asked some questions, I think, by

5  quite a few lawyers about Billy Cordova, and I want

6  to follow up on a couple of things.  Mr. Cordova was

7  an individual who agreed to become a Government

8  witness; is that right?

9    A.    Yes.

10    Q.    And I think you testified and had an

11  exchange with Mr. Villa about the first meeting

12  where you were expecting him to basically tell you

13  to get lost, and he came in smiling and was

14  agreeable to cooperating.

15    A.    Yes.

16    Q.    Okay.  Do you know if, prior to that

17  meeting, Mr. Cordova had any contact with any other

18  cooperators in this case, any other people that were

19  working as Government witnesses?

20    A.    He would have had contact with at least

21  one, because I was up at the jail to visit a

22  cooperator that was housed in his pod.

23    Q.    Do you know, prior to meeting you, what

24  Mr. Cordova knew about the type of benefits and

25  promises the Government was providing cooperating

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1  witnesses in this case?

 2       A.   No, he wouldn't have known.

 3       Q.   You're saying he wouldn't have known?

 4       A.   He would not have known.  The informant at

 5  the jail was not an FBI informant.  It was a County

 6  informant.

 7       Q.   But do you know whether Mr. Cordova had

 8  contact with others aside from that person that

 9  you're thinking about?

10       A.   Yes, he did.  He was in an SNM pod, but I

11  didn't have cooperators in there.

12       Q.   But word gets around prison pretty quick,

13  doesn't it?

14       A.   Word can travel around prison quickly.

15       Q.   And you weren't with Mr. Cordova all the

16  time, were you?

17       A.   No.

18       Q.   So all you know is what he decides to tell

19  you.

20       A.   At any given time, I only know what people

21  decide to tell me.

22       Q.   When you met with Mr. Cordova to see if he

23  wanted to be a Government witness, did you threaten

24  to charge him in a racketeering case?

25       A.   Yes.



SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                     Albuquerque, NM 87102
(505) 989-4949                                                   (505) 843-9494
FAX (505) 843-9492                                         FAX (505) 843-9492
                                                              1-800-669-9492
                                                     e-mail: info@litsupport.com

1    Q.   Did you threaten to charge him in a case

2  that carried punishment of the federal death

3  penalty?

4    A.   No.

5    Q.   Did you threaten -- Mr. Cordova has a

6  brother; right?

7    A.   I don't -- he does have a brother.

8    Q.   Did you talk to Mr. Cordova about things

9  his brother did to assist Mr. Cordova in his

10 criminal activity and threaten to charge his

11 brother?

12   A.   No, nothing like that.

13   Q.   Did you promise Mr. Cordova money?

14   A.   No.

15   Q.   Did you promise him a job, the kind of job

16 that Mr. Duran got after he got out of the prison?

17   A.   No.

18   Q.   Never discussed that with him?

19   A.   It was discussed on his end.  He wanted to

20 do those kind of things.

21   Q.   What made him think that that's the kind

22 of thing you were doling out?

23   A.   A lot of guys like working with us after

24 they try it.  They like still getting the hustle,

25 and do stuff; but they're doing it for the FBI now.

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                           Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1  And that's not uncommon over the years.

2      Q.   I guess my question is -- I mean, that may

3  be true; right?  But he also may have asked you

4  because he knew you gave it to somebody else.

5      A.   He may have.  He definitely wanted to work

6  on the streets after his cooperation.  But he wanted

7  to do it in New Mexico, and that was never going to

8  happen.

9      Q.   My question is just simply:  How did he

10  know to even bring that topic up with you?  And

11  you're saying maybe he just brought it up because he

12  realized that maybe you did stuff like that.  But

13  maybe he brought it up because he knew that somebody

14  else got that.

15      A.   Maybe he watches television.  I don't know

16  where he got it from.  But he definitely asked me,

17  and I didn't want to do that.

18      Q.   Now, Mr. Maynard asked you some questions

19  about Government witnesses making repeated

20  statements.  Do you recall those questions?

21      A.   Yes.

22      Q.   And about the statements being different

23  from -- you interview them on day one; they say one

24  thing.  You interview them three months later, and

25  they say something slightly different, maybe add a

SANTA FE OFFICE                                                      MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                           Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1    few details.  You interview them six months later,

2    and the statement is maybe more details, a little

3    bit different than what they told you before.

4         A.   There is a lot in what you just said, but

5    no, my recollection -- and it is my testimony that

6    it's not that the details changed; it's that, in

7    questioning them -- these are incidents, in some

8    cases, that are several years old.  And going back,

9    sleeping on it, thinking about it, they have more to

10   tell me about it.  It's not that -- I can't think of

11   any instances where the details were different, like

12   it didn't happen this way; it actually happened this

13   way.  Rather, it was just them expounding on what

14   they originally told me.

15        Q.   Maybe more embellished statements is what

16   you were referring to when you were talking to Mr.

17   Maynard.

18        A.   No, I wouldn't agree with "more

19   embellished"; maybe just more details.

20        Q.   You would agree with me that the

21   Government witnesses in this case had access to

22   computerized tablets that contain what's called the

23   discovery in the case.

24        A.   For some period of time they did.

25        Q.   And in addition to police reports, what



1    sorts of other things are in that body of what's

2    called discovery?

3        A.    Everything that we've uncovered in our

4    investigation, we, the FBI, turn over to the U.S.

5    Attorney's Office, who in turn sends all that

6    discovery to a coordinator, who causes it to be put

7    on the tablets so that the defendants can review it.

8    It contains reports of videos -- not only our

9    reports, but State Police reports, prison reports.

10       Q.    Witness statements?

11       A.    Statements made by witnesses, victims.

12       Q.    Recordings of witness statements?

13       A.    Where available, yes.

14       Q.    Recordings of telephone conversations?

15       A.    Yes.

16       Q.    It contains a whole variety of information

17   about the Government's investigation.

18       A.    Correct.

19       Q.    And you'd also agree with me that the

20   Government witnesses in this case have had access to

21   each other over the period of the investigation.

22       A.    Some of them have.  Some have never seen

23   one of the other cooperators.

24       Q.    But some of them were housed together so

25   they could spend 24 hours a day, seven days a week

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   together.

2       A.   Well, it is a prison.  They're still in

3   individual cells, but they had some tier time

4   together; not 24/7.

5       Q.   And as you know, people can talk between

6   cells, too, can't they?

7       A.   You can talk to your neighbors.  You can't

8   talk a few cells away.

9       Q.   But I think what you said, when one of the

10  other lawyers was asking you questions, is that

11  because these people were Government witnesses, they

12  were maybe held in Level 6 confinement, but given

13  Level 4 confinement conditions.

14      A.   Some conditions.  That's my understanding.

15      Q.   Which meant that they had much more time

16  outside of their cell when they could interact and

17  speak with each other.

18      A.   Than a Level 6 inmate?  Absolutely.  They

19  had Level 4 privileges.

20      Q.   And did you ever at times either encourage

21  or enable one Government witness to meet with

22  somebody else that you wanted to be a Government

23  witness?

24      A.   Yes.

25      Q.   And when you did that -- you did that more

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  than once, didn't you?

2       A.   Well, I hesitate, because some of them

3  have attorneys, and they can't do it when they have

4  an attorney.  But in instances where somebody didn't

5  have an attorney and hadn't been charged, I would

6  ask them, "Hey, do you think this guy would

7  cooperate?"  I'd feel them out for that member

8  because I hadn't talked to them yet.

9       Q.   And then you said you'd set up some sort

10 of meeting or conversation between the two inmates

11 to see what would come of it.

12      A.   I have done that before, yes.

13      Q.   All right.  And when you do have a

14 Government witness and you set up a meeting like

15 that, is there something that that Government

16 witness is potentially benefiting from if the person

17 you're sending him out to talk to decides to also

18 become a Government witness?

19      A.   There could be.

20      Q.   What is it that you tell these Government

21 witnesses about those kinds of contacts and the

22 potential benefits?

23      A.   I don't know that I tell them anything

24 other than that I want to talk to them.  If it's

25 someone that has pending charges in this case, for



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    instance, I'm aware that to the extent they help us,

2    we'll make that known to the judge at the end of the

3    case.

4         Q.   Do you communicate to the witness that "If

5    you bring somebody else on board, that's going to

6    look good for you and help reduce your sentence"?

7         A.   No, I always hesitate to talk about the

8    reduction of their sentence, because I'm not part of

9    that process.  As far as what I typically tell them,

10   if I were speaking to you, is, I would say, "To the

11   extent that you help me with my investigation, I'll

12   make that known.  If you want to call me as a

13   witness to have your attorney ask me questions about

14   how you helped me, I promise you I will answer all

15   those questions honestly, and I'll show up for

16   court."

17        Q.   Why would somebody want that, quote,

18   "known"?

19        A.   Well, we've alleged, you know, violent

20   crimes and terrible things.  And I think that type

21   of characterization of them now maybe changing their

22   life and helping the Government and turning the

23   corner -- I think that might be favorable to them,

24   and their attorneys might want to call me to provide

25   that testimony to the Court.

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                             (505) 843-9494
FAX (505) 843-9492                                  FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1              THE COURT:  Ms. Jacks, would this be a
 2   good time --
 3              MS. JACKS:  We can.  I mean, I'm probably
 4   going to wrap up, but I hate to hold people over.
 5   That's fine.
 6              THE COURT:  Thank you, Ms. Jacks.
 7              All right.  Since we're going to be taking
 8   our first break in the evidence overnight, I'm going
 9   to remind you of a few things that are especially
10   important.  Until the trial is completed, you're not
11   to discuss the trial with anyone or the case with
12   anyone, whether it's members of your family, people
13   involved in the trial, or anyone else.  And that
14   includes your fellow jurors.  If anyone approaches
15   you and tries to discuss the trial with you, please
16   let me know immediately.
17              Also, you must not read or listen to any
18   news reports of the trial.  Again, don't get on the
19   internet and do any research for purposes of this
20   case.
21              And finally, remember that you must not
22   talk about anything with any person who is involved
23   in the trial, even if they don't have anything to do
24   with the trial.  If you need to speak with me,
25   simply give a note to one of my court security
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1    officers or to Ms. Standridge.

 2            I'll start decreasing these tomorrow, but

 3    do keep them in mind each time we take a break,

 4    because they are very, very important.

 5            Thanks for your hard work.  Let's do the

 6    schedule we did today.  Be in there at 8:30, and

 7    we'll try to be ready for you at that time, as well.

 8    Have a good evening.  Be safe if you're driving out

 9    of town.  See you in the morning.

10            (The jury left the courtroom.)

11            THE COURT:  All right.  Y'all have a good

12    evening.  See y'all tomorrow.

13            (Court was in recess at 5:33 p.m.)

14

15

16

17

18

19

20

21

22

23

24

25



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1                    Thursday, February 1, 2018
 2              THE COURT:  All right.  Good morning
 3   everyone.  I appreciate everybody being here ready
 4   to go on time.
 5              A couple of things.  One is, because of
 6   the problem with real-time, I think what we're going
 7   to do is just run it at the Court and run it with
 8   Ms. Standridge.  And then Ms. Bean has got a part
 9   coming in that should be on Fed Ex this morning to
10   arrive and we'll give it another try.  But we've got
11   so many computers on the system that it's not
12   working.  So I think it's more important that Ms.
13   Standridge have it and the Court have it than y'all
14   have it for a little bit.  But we'll try to get that
15   back up.
16              I received a note from one of the jurors.
17   This is Sylvia Sauer.  She's juror number -- sits
18   right in the middle of the front row, from Torreon.
19              It says, "February 1st.  Your Honor, my
20   maiden name is Rodriguez.  Is that a problem?  No
21   relationship.  Thank you.  Sylvia Sauer."
22              What I would propose to do with this,
23   unless somebody thinks different, is just have maybe
24   Ms. Standridge confirm that when she says, "No
25   relationship," what she's telling the Court is that
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1   she didn't have a relationship with any of the
2   Rodriguezes that were mentioned yesterday.  I assume
3   that's what she means by it.  And if she says, "No
4   relationship," then just tell her there is no
5   problem.
6           Does anybody have any other -- is that
7   acceptable to do it that way, Ms. Armijo?
8           MS. ARMIJO:  Yes, Your Honor, it is.
9   Thank you.
10          THE COURT:  Does that work for the
11  Defendants?
12          MS. JACKS:  Yes, Your Honor.
13          MR. VILLA:  Yes, Your Honor.
14          THE COURT:  All right.  I'm going to have
15  Ms. Standridge mark the note as -- what will that be
16  to your clerk's minutes now?
17          THE CLERK:  E.
18          THE COURT:  So it will be marked as
19  Clerk's Exhibit E.
20          All the jurors are here and ready to go.
21  Does anybody have anything they need to discuss
22  before we go on the record?
23          MS. ARMIJO:  Yes, Your Honor.  We filed a
24  motion this morning regarding Mr. Lowry, and we just
25  would like to briefly be heard.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN &ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1          THE COURT:  Okay.  Is the motion

2  sufficient for me to -- for you to be heard on it?

3          MS. ARMIJO:  I believe it is.  But we

4  would at least just like to -- just maybe two

5  minutes or less.

6          THE COURT:  All right.  I'd like "the

7  less."

8          MS. ARMIJO:  I'll try, Your Honor.

9          Your Honor, I believe why this is an issue

10  now is that previously the Court found under the

11  Rules of Professional Conduct that this was an issue

12  that fell under 16-109(c), because all we

13  concentrated on in the former hearings regarding

14  conflict dealt with whether or not the prior

15  representation was SNM-related.  And I believe even

16  the United States at that point was not as strongly

17  advocating for it because it wasn't the Mike Davis

18  situation.

19          However, based upon -- at that time, the

20  defense never informed any of the parties -- the

21  defense for Mr. Baca, that is -- that they would be

22  using this lawsuit as part of their defense.  When

23  that became evident last night or yesterday, it now

24  falls under 16-109(a), subsequent representation.

25  Now it's a substantially related matter, which are

SANTA FE OFFICE                                                        MAIN OFFICE
119 East Marcy, Suite 110                                      201 Third NW, Suite 1630
Santa Fe, NM 87501                                             Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492
                                                                      1-800-669-9492
PROFESSIONAL COURT                              e-mail: info@litsupport.com
REPORTING SERVICE

BEAN
&ASSOCIATES, Inc.

1  material adverse.

2         And I would just ask the Court -- what the

3  Court needs to figure out now is if Mr. Donatelli

4  were standing there representing Mr. Baca, that is

5  the test that the Court should prove; not that it's

6  Mr. Lowry because it is all imputed to him.

7         So if the Court believes that Mr.

8  Donatelli would be able to sit there next to Mr.

9  Baca and represent him, that is the test that the

10 United States is requesting the Court do.  And based

11 on the fact that now it is substantially related and

12 it's materially adverse to him, then Mr. Baca has

13 the right to adverse-free counsel, and it is not

14 something that either former client or present

15 client can waive.  That's the gist of it, Your

16 Honor.

17        THE COURT:  All right.  Thank you, Ms.

18 Armijo.

19        All right.  Anything else from the

20 Government before we bring the jury in?

21        MS. JACKS:  Your Honor, I do have one

22 thing, but it can wait for a recess.  We don't have

23 to do it now.

24        THE COURT:  What's the nature?

25        MS. JACKS:  It's in regard to the bench

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                  201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 843-9492                                           FAX (505) 843-9492
                                                                 1-800-669-9492
                                                         e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1  conference yesterday regarding the testimony of

2  Agent Acee that two of the trial defendants have

3  another pending matter.

4          THE COURT:  I'm sorry, I'm not tracking

5  that.

6          MS. JACKS:  Ms. Gilbert has the page from

7  the transcript.  There was a bench conference -- I'm

8  going to come over here -- there was a bench

9  conference roughly around 4:00 yesterday afternoon,

10 or maybe 3:30, during Mr. Castellano's direct

11 examination of Agent Acee.  Agent Acee testified

12 that two of the trial defendants have another

13 pending criminal matter.  And there was an objection

14 to that, and there was a motion for a mistrial by

15 Ms. Duncan.  We objected.  I wanted to join Ms.

16 Duncan's motion for a mistrial.

17          Here's the question.  I sent you the wrong

18 page.  That's not it.

19          MS. GILBERT:  Sorry.

20          MS. JACKS:  We can take it up later.

21          THE COURT:  You're joining the motion, is

22 what you need to do?

23          MS. JACKS:  Yes.  And I think we left the

24 situation uncured, so I wanted to discuss that with

25 the Court.

SANTA FE OFFICE                                           MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                             (505) 843-9494
FAX (505) 843-9492                                  FAX (505) 843-9492
                                                          1-800-669-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

e-mail: info@litsupport.com

```
 1            THE COURT:  Okay.  We did leave it
 2   uncured.  Nobody liked my solutions.  And they may
 3   not have been good ones.  But I didn't have a
 4   solution.
 5            Do you have a solution with Mr. Acee?  I
 6   think Mr. Villa sort of cleared it up with his
 7   client.
 8            MS. JACKS:  I think where it's left is
 9   that Mr. Sanchez and Mr. Baca haven't cleared it up
10   because they can't, because the truth is, they do
11   have another pending case.
12            THE COURT:  Okay.  All right.  If nothing
13   else, why don't we go ahead and bring the jury in.
14   If anybody has got anything else they want to say
15   while Ms. Standridge is lining them up?
16            MR. CASTELLANO:  Mine is short, Your
17   Honor.  Pretrial, the parties agreed that they would
18   not discuss personal issues with each of the
19   witnesses, where they live, about family, things of
20   that nature.  So in opening statement Mr. Lowry, I
21   think, referred to the fact that Mr. Duran moved to
22   a specific location as opposed to a general area.
23   So I just want to make sure we stay away from asking
24   witnesses the personal types of questions like that.
25            THE COURT:  All right.  Can you get the
```



SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                     Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                     FAX (505) 843-9492
                                                          1-800-669-9492
                                               e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1   information out without getting into where they're

2   moving?

3            MR. LOWRY:  Yes, Your Honor.

4            THE COURT:  I don't mind you saying, "They

5   moved you," and all that, "and got you out of town,"

6   or something like that.  But if we can just maybe

7   not get their specific locations.

8            Did you have anything else?  Did you have

9   a proposal, Ms. Jacks?  Do you have something you

10  want to try to do or --

11           MS. JACKS:  Well, Your Honor, I wanted to

12  point out two things.  I wanted to point out, number

13  1, that if you go back and look at the record of the

14  objectionable testimony, the answer that Agent Acee

15  gave was completely nonresponsive to Mr.

16  Castellano's question.  So the information was just

17  sort of thrown out there for no reason.

18           I think the second thing is that the Court

19  clearly recognized that a comment like that, that a

20  trial defendant has other pending matters, causes

21  serious prejudice and needs be addressed.

22           THE COURT:  I'm not sure I buy into that.

23  There were so many discussions of so many cases and

24  so many charges, you know, I must say that until it

25  was pointed out, I didn't catch it.  But --

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1            MS. JACKS:  Well, I think the objection
2   that we had to the Court's solution was, it was
3   essentially directing the U.S. Attorney to have
4   Agent Acee testify to something that was untrue.
5   And I don't think anybody in this courtroom thinks
6   that's appropriate.
7            THE COURT:  That's fair.  I mean, I was
8   trying to come up with a solution, and I accept the
9   parties' thoughts that that would not be a good
10  solution.  But if I don't -- I'm not seeing a
11  solution that is acceptable to everybody, so --
12           MS. JACKS:  I actually came up with a
13  solution.  I'm sure this won't be acceptable to
14  everybody.  But if the Government and/or the Court
15  dismiss the pending charges against Mr. Baca and Mr.
16  Sanchez, then the Court can truthfully tell the jury
17  that nobody here has pending charges.
18           THE COURT:  Okay.  Well, I'm probably
19  not -- I'm not going to do that, at least on --
20  where the record stands.
21           But Mr. Acee, don't be dropping stuff like
22  that in there.  If it's not being called for by Mr.
23  Castellano's questions or something, don't squeeze
24  anything in.  You're going to create problems for
25  everybody in the room if you start talking about
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   other cases and stuff like that.

2           MR. CASTELLANO:  And Your Honor, I cleaned

3   it up a little bit because I talked about the first

4   indictment and the second indictment and the first

5   two, Mr. Baca and Mr. Sanchez, being named in a

6   previous indictment.  So I tried to gloss over that

7   and clean it up by saying they had been named in

8   another indictment related to this case.

9           THE COURT:  And Mr. Villa did it with his.

10  And so, you know, there are just so many discussions

11  of cases and charges that are being thrown at the

12  jury at the very beginning.  I just don't think it's

13  a serious problem.  I don't want it to occur again.

14  I want to try to avoid it.  But all right.

15          All rise.

16          (The jury entered the courtroom.)

17          THE COURT:  All right.  Everyone be

18  seated.

19          Good morning, ladies and gentlemen.  Thank

20  for you being back and on time and ready to go.  I

21  appreciate counsel doing the same thing.  They were

22  in here very early, and we got a little bit of

23  business done, mechanics, before you got in.  So I

24  appreciate the way everybody is going about their

25  task and keeping us on track.  Thank you.  You're a

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

 1  good bunch to work with, and I really appreciate it.

 2          All right.  Mr. Acee, I'll remind you that

 3  you're still under oath.

 4          Ms. Jacks, if you wish to continue your

 5  cross-examination of Mr. Acee, you may do so at this

 6  time.

 7          MS. JACKS:  Thank you.  I said I was

 8  almost done, and I'm sticking to that.

 9          THE COURT:  All right.  Ms. Jacks.

10                  BRYAN ACEE,

11      after having been previously duly sworn under

12      oath, was questioned, and continued testifying

13      as follows:

14              CONTINUED CROSS-EXAMINATION

15  BY MS. JACKS:

16      Q.   Good morning, Agent Acee.

17      A.   Good morning.

18      Q.   Yesterday just before we finished, we were

19  talking about when you interview Government

20  witnesses, sometimes their statements either change

21  or become more detailed as you speak to them over

22  time.  Do you recall those questions?

23      A.   Yes.

24      Q.   And I think yesterday in response to a

25  question from Mr. Maynard, you said that the reason

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                         201 Third NW, Suite 1630
Santa Fe, NM 87501                                               Albuquerque, NM 87102
(505) 989-4949                                                    (505) 843-9494
FAX (505) 843-9492                                               FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1    that the statements change is that somebody went

2    back and thought about it a little more.  I think

3    that's a direct quote.

4         A.   Yes, ma'am.

5         Q.   So I just want to talk to you a little bit

6    about that.  That's your conclusion; right?

7         A.   Yes.

8         Q.   You don't have any special powers of --

9    special powers that allow you to know what your

10   Government witnesses are actually thinking; right?

11        A.   I don't have any special powers.

12        Q.   And you don't know what it is they might

13   have thought about; right?

14        A.   No.

15        Q.   So for example, they might have thought

16   about it a bit more.  That's certainly one option;

17   right?

18        A.   I believe that's the option, yes.

19        Q.   And they might have thought that if they

20   jazzed up their statement a bit, they might get a

21   little bit more from you.

22        A.   They don't get anything from me.

23        Q.   Well, from the federal government they do.

24        A.   I'm not sure about that.

25        Q.   We just talked yesterday about they get

SANTA FE OFFICE                                                              MAIN OFFICE
119 East Marcy, Suite 110                                           201 Third NW, Suite 1630
Santa Fe, NM 87501                                                  Albuquerque, NM 87102
(505) 989-4949                                                          (505) 843-9494
FAX (505) 843-9492                                                  FAX (505) 843-9492
                                                                    1-800-669-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE                        e-mail: info@litsupport.com

 1  money, they've gotten privileges, they've gotten

 2  family visits; right?

 3       A.   They do get those, but those don't have

 4  anything to do with their statements.

 5       Q.   Okay.  Well, that's your conclusion;

 6  right?

 7       A.   I think that's a fact, but I don't want to

 8  debate with you.

 9       Q.   Well, you're not inside the minds of these

10  Government witnesses, are you?

11       A.   Of course not.

12       Q.   And so you only know what they choose to

13  tell you in regards to their motivations; right?

14       A.   Yes.

15       Q.   Now, I want to move on a little bit just

16  to one other topic, and that is:  You were asked

17  some questions yesterday about terminating some of

18  your Government witnesses as what I think you called

19  cooperators; right?

20       A.   Their cooperation isn't terminated.  But

21  what I'm able to terminate is the fact that they're

22  an FBI informant and they're receiving some payment

23  or other benefit from the FBI.

24       Q.   Okay.  And you terminated their status --

25  some Government witnesses, you terminated their

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                           201 Third NW, Suite 1630
Santa Fe, NM 87501                                   Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                     FAX (505) 843-9492
                                                          1-800-669-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

e-mail: info@litsupport.com

1    status as an informant based on their misconduct in

2    violation of their agreement with you.

3         A.   Yes.  That's why I terminated.

4         Q.   And some of that misconduct was abuse of

5    the special visiting privileges that they were

6    provided by the Department of Corrections.

7         A.   Yes.

8         Q.   And that involved what?

9         A.   My termination or --

10        Q.   The abuse of the privileges.  What did

11   they do?

12        A.   Four of the informants that agreed to

13   cooperate had, I'll call it, sexual contact with

14   their wives or girlfriends during visits.  And

15   that's not allowed.  When I was made aware of it, I

16   addressed it with them and then terminated them.

17        Q.   And where were these visits taking place?

18        A.   They were at PNM in a small room that had

19   a camera.  I couldn't tell you exactly where in the

20   facility, because I'm not that familiar with it.

21   But it was in a room with a table, some chairs.  It

22   looked like a visiting room.

23        Q.   So it was a small visiting room located at

24   the Penitentiary of New Mexico?

25        A.   Yes.

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                            201 Third NW, Suite 1630
Santa Fe, NM 87501                                     Albuquerque, NM 87102
(505) 989-4949                                                  (505) 843-9494
FAX (505) 843-9492                                     FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
1        Q.    Inside a New Mexico State prison?

2        A.    The Penitentiary of New Mexico is a state

3   prison, yes.

4        Q.    And there's different facilities at the

5   Penitentiary of New Mexico.  Was this the Level 6

6   facility?

7        A.    Yes.

8        Q.    So it was at the most secure facility in

9   the New Mexico State prison system.

10        A.    Yes.

11        Q.    And did the visiting room have -- was it

12   solid walls, or did it have windows and glass in the

13   door?

14        A.    I don't know about the door, but it did

15   have windows.  Otherwise, it was contained, a door

16   with -- I think it had two glass windows, a table in

17   the center, and two chairs on either side, and then

18   a camera mounted up in the corner.

19        Q.    And do you know what the purpose of the

20   windows are in the visiting room?

21        A.    I'd be speculating, but it should be for a

22   guard to be able to walk by and see what's occurring

23   in the room.

24        Q.    Now, what do you know about -- and let's

25   just be very clear.  These inmates were having
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 843-9492                                            FAX (505) 843-9492
                                                              1-800-669-9492
                                                        e-mail: info@litsupport.com



1    sexual intercourse, some of them, with their wives

2    in this visiting room with the window; right?

3        A.    I think two had sexual intercourse, and

4    then two did other sexual things.

5        Q.    Engaged in oral sex and fondling?

6        A.    Yes.

7        Q.    So when -- according to -- I mean, you're

8    the person that's in charge of these Government

9    witnesses; right?  The buck stops with you, doesn't

10   it?

11       A.    To some degree.  I mean, from the FBI

12   perspective, it does.  I can't control the

13   Department of Corrections.

14       Q.    When was the first time that one of the

15   Government witnesses started having inappropriate

16   sexual relations in a visiting room at the most

17   secure prison in the state of New Mexico that has a

18   window in it?

19       A.    I don't remember the exact date as I sit

20   here.  What occurred was, the Department of

21   Corrections notified me that they had reviewed some

22   video.  And then I asked them to go back and review

23   all videos of all visits, and then they found some

24   earlier incidents.

25       Q.    So let me repeat my question.  When was



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    the first time that happened?

2         A.   I'll repeat my answer.  I don't know the

3    exact date.

4         Q.   Do you know the month and year that these

5    inappropriate sexual contacts began?

6         A.   I think it was in early 2017.  I can get

7    you an exact date.  I just need some time to

8    research.

9         Q.   I have the exact date.  I'm asking you to

10   tell the jury what it is.

11        A.   I don't know the exact date.  I think it

12   was in early 2017.

13        Q.   Do you know over how many months or weeks

14   this inappropriate sexual contact continued before

15   anything was done about it?

16        A.   Would you like me to go down the different

17   defendants and answer that?  The different

18   cooperators, I mean?

19        Q.   I want you to start with the first

20   Government witness that had inappropriate sexual

21   relations, and go to the last time it happened, and

22   tell me what that time span was.

23        A.   I'll have to give you approximate dates

24   because, again, I don't know as I sit here now, the

25   exact dates.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1          Billy Cordova had the first inappropriate

2   sexual contact.  I think it was in early 2017.  If I

3   remember correctly, he had at least four incidents

4   where this happened when the Department of

5   Corrections went back and reviewed videos.

6          I believe that Benjamin Clark had one

7   inappropriate touching, sexual in nature.

8          MS. JACKS:  Your Honor, may I just

9   interrupt here?  Because Agent Acee is not answering

10  the question.  The question didn't ask him to list

11  the people and how many times.  The question asked

12  him for a time span:  One week, two weeks, three

13  months, whatever it was.

14         MR. CASTELLANO:  I'm going to object, Your

15  Honor.

16         THE COURT:  I'm going to -- the question

17  was:  "I want you to start with the first Government

18  witness that had inappropriate sexual relations and

19  go to the last time it happened.  And tell me what

20  that time span was."

21         MS. JACKS:  That's correct.  The time

22  span.

23         THE COURT:  Well, there were three

24  questions there.  And so if you want to break it

25  down and ask another -- but I'm not going to strike

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

279

```
 1  that response.
 2          MS. JACKS:  Well, I'll break it down and
 3  ask another.
 4          MR. CASTELLANO:  I'll object to asked and
 5  answered.
 6          THE COURT:  Overruled.  Overruled.
 7  BY MS. JACKS:
 8     Q.  How many weeks total was this visiting
 9  room being used for sexual relations with Government
10  witnesses?
11     A.  I think about a month.
12     Q.  Do you know?
13     A.  I don't.
14     Q.  And yet, you're in charge and the buck
15  stops with you; right?
16     A.  That must be your opinion, because it
17  doesn't.
18          MS. JACKS:  I have nothing further.
19          THE COURT:  Thank you, Ms. Jacks.
20          Mr. Castellano, do you have redirect of
21  Mr. Acee?
22          MR. CASTELLANO:  Yes, your Honor.
23          THE COURT:  Mr. Castellano.
24
25
```




SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

280

```
 1                    REDIRECT EXAMINATION

 2   BY MR. CASTELLANO:

 3        Q.    Agent Acee, does the FBI have control of

 4   the New Mexico Corrections Department?

 5        A.    No, sir.

 6        Q.    Were you housing these inmates?

 7        A.    I was not.

 8        Q.    Were you setting the rules for these

 9   inmates?

10        A.    In a limited capacity.  I advised them

11   what the FBI's rules were.  They had separate rules

12   they'd have to follow in the prisons.

13        Q.    And were you the one responsible for

14   overseeing the contact visits at the prison?

15        A.    I was not.

16        Q.    And once this came to your attention, did

17   you ask them to investigate into it further?

18        A.    I did.

19        Q.    As you testified yesterday, did you ask

20   authorities, including New Mexico State Police and

21   Child Protective Services, to investigate to see if

22   there was any wrongdoing that was raised at that

23   level?

24        A.    I did.

25        Q.    What came of those investigations?
```

 

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1              MR. VILLA:  Objection, calls for hearsay.
 2              THE COURT:  Well, what's the result of the
 3    investigation?  Don't tell what was said to you, but
 4    you can say what you did about it.
 5              Overruled.
 6              MR. VILLA:  If it's what this witness did,
 7    Your Honor, I don't object to that.
 8              THE COURT:  I think that's what the
 9    question is, isn't it?
10              MR. CASTELLANO:  It is.
11       A.   I notified the New Mexico State Police,
12    provided the videos, and did the same with the New
13    Mexico Child, Youth and Family Development, CYFD.
14    BY MR. CASTELLANO:
15       Q.   Also regarding the questions about
16    subsequent interviews, now, when you go back for
17    another interview, is the witness the only person
18    who has had other ideas since the last interview?
19       A.   I don't think I understand.  I'm sorry.
20       Q.   This is what I'm getting to.  Once you
21    interview somebody, do you also have, after you
22    think about these things, additional questions for
23    them in order to dig deeper into their statements?
24       A.   I do.
25       Q.   And sometimes when you ask them questions
```

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                           201 Third NW, Suite 1630
Santa Fe, NM 87501                                   Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                     FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1   or take a statement, you then try to go back and

 2   verify what they said or check other sources to

 3   verify their information and get additional

 4   information.

 5            MR. VILLA:  Objection, leading.

 6            THE COURT:  Overruled.

 7       A.   Yes, sir, I do.

 8   BY MR. CASTELLANO:

 9       Q.   Now, I want to go back to yesterday.  You

10   were asked about divisions or factions in the SNM

11   and related to your grand jury testimony.  Do you

12   recall that?

13       A.   Yes, sir.

14       Q.   And you were also asked about leadership

15   in the gang.  Do you recall that?

16       A.   Yes.

17       Q.   Now, do you remember the discussion from

18   your grand jury testimony in the paragraph

19   immediately below that, what it said about

20   leadership in the SNM?  If not, I can refresh your

21   recollection.

22       A.   No, the attorney had some notes on

23   stickies and stuff.  I didn't see it.

24            MR. CASTELLANO:  May I approach, Your

25   Honor?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1            THE COURT:  You may.
 2   BY MR. CASTELLANO:
 3        Q.   I'll have you quietly read that to
 4   yourself, the portion that's highlighted, and when
 5   you're finished, tell us if that refreshes your
 6   recollection.
 7        A.   Thank you.
 8        Q.   Immediately below the discussion about the
 9   divisions, what did you have to say about leadership
10   or a leader of the SNM Gang?
11        A.   I said that the division between Gerald
12   Archuleta and Julian Romero, the battle over the
13   wife, eventually rose to the level of the SNM
14   leadership, to Anthony Ray Baca, and he kind of held
15   court over it and determined that the hit on Julian
16   Romero was a good hit.
17        Q.   Also related to that division in the gang,
18   was there any indication that even though there was
19   a division in the gang, that this was one gang, or
20   was it multiple gangs?
21        A.   It was one gang.
22        Q.   And in that one gang, was there division
23   within the gang?
24        A.   Yes.
25        Q.   You were asked about the witnesses having
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   access to discovery and the tablets.  What happened
 2   to some of the tablets once they were tampered with?
 3        A.   They were seized.
 4        Q.   And after that time, then, did the people
 5   who tampered with their tablets have access to that
 6   discovery?
 7        A.   No.
 8        Q.   And are you aware that with these
 9   discovery tablets, that not all information goes
10   onto them, especially if it's sensitive in nature?
11        A.   I'm not aware.  I just turn everything
12   over to your office, so I'm not exactly sure what's
13   on the tablets.
14        Q.   Now, related to housing and moves as part
15   of benefits for cooperators, why did you move the
16   cooperators?
17        A.   For safety.
18        Q.   And when you gave $1,600, approximately,
19   to Mario Montoya to repair his RV, what was the
20   purpose for repairing the RV?
21        A.   So he could drive, and drive it out of
22   state and relocate.
23        Q.   There was an insinuation yesterday that
24   witnesses were threatened with the death penalty.
25   Did you threaten any witnesses with the death
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1  penalty?
 2       A.   I did not.
 3       Q.   Can you tell the members of the jury
 4  whether all the defendants in this case charged with
 5  murder were eligible for the death penalty when it
 6  started?
 7       A.   They were.
 8       Q.   Can you tell the members of the jury
 9  whether all the defendants in this case have now
10  been deemed not death-penalty eligible?
11       A.   All of the defendants have been deemed not
12  death-penalty eligible.
13       Q.   There was also a claim of you threatening
14  families when you were investigating.  Did you
15  threaten anyone's family?
16       A.   No, I've not done that.
17       Q.   Did you investigate some defendants'
18  family members?
19       A.   Yes.
20       Q.   For what types of activity?
21       A.   Witness intimidation, threatening
22  informants, and smuggling drugs into the jails and
23  prisons.
24       Q.   There was also discussion about what was
25  referred to as a cooperator pod.  Do you remember
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   approximately how many cooperators were housed --

2   and we're going to also talk about time periods.  So

3   at any given point, approximately how many people

4   cooperating were housed in that pod?

5       A.   I think it started out with four, and it

6   grew to approximately ten or twelve.

7       Q.   Now, what's your understanding of the

8   Marshal Service to be able to house all defendants

9   in this case and cooperators?  Is there a way to mix

10  and mingle these people, or are they trying to keep

11  them separate?

12           MR. VILLA:  Objection, calls for hearsay;

13  lack of foundation.

14           THE COURT:  Well, why don't you first ask

15  the foundation, so we know where he's getting this

16  information from.  It's a little bit compound, too,

17  so it's hard for me to figure out.  It may be coming

18  from different sources.

19           MR. CASTELLANO:  I'll rephrase, Your

20  Honor.

21  BY MR. CASTELLANO:

22      Q.   Did you make attempts to work with the

23  Marshal Service to keep cooperators safe?

24      A.   Yes, sir.

25      Q.   And what attempts did you make to keep

SANTA FE OFFICE                                    MAIN OFFICE
119 East Marcy, Suite 110                    201 Third NW, Suite 1630
Santa Fe, NM 87501                            Albuquerque, NM 87102
(505) 989-4949                                       (505) 843-9494
FAX (505) 843-9492                               FAX (505) 843-9492
                                                    1-800-669-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

e-mail: info@litsupport.com

1   them separated from the defendants charged in all

2   the cases?

3        A.   Well, when a defendant agrees to

4   cooperate, I let the Marshal Service know that,

5   because it often affects housing, where they're

6   housed.  I also share information from the debriefs

7   I'm conducting of the defendants -- or excuse me,

8   the cooperating defendants.  I share that

9   information, some of that information, with the

10  Marshal Service as it relates to their duties in

11  safe housing and transportation of the various

12  defendants.

13       Q.   And was the cooperator pod, as it's

14  called, one of the solutions that occurred as a

15  result of trying to fit all these bodies into

16  numerous facilities?

17       A.   Yes, it was.

18       Q.   And approximately how many bodies are we

19  talking about, including defendants and those who

20  eventually became cooperators, approximately?

21       A.   All cases related to the SNM?

22       Q.   Yes, all cases.

23       A.   Eighty.

24       Q.   So did you feel comfortable in a situation

25  where a cooperator may be housed in a pod with those

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                     FAX (505) 843-9492
                                                          1-800-669-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

e-mail: info@litsupport.com

```
 1    against whom he was cooperating?

 2        A.   No, not at all.

 3        Q.   Did you have concerns for that person's

 4    safety?

 5        A.   Yes.

 6        Q.   And before each of these people moved into

 7    the pod, had you already taken at least one or more

 8    statements from them?

 9        A.   Yes.

10        Q.   So before they even intermingled with the

11    other people, had you already taken a statement?

12        A.   Yes.

13        Q.   Now, for people like Mario Montoya -- and

14    I'll go down the list -- were they eventually

15    provided lawyers?

16        A.   Yes.

17        Q.   In Mario Montoya's case, he was provided a

18    lawyer because he was charged with a crime; is that

19    true?

20        A.   Yes, sir.

21        Q.   What about Billy Cordova?  Were you part

22    of the process, even though he wasn't charged with a

23    crime, of getting him an attorney to look out for

24    his interests?

25        A.   Yes.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              MR. VILLA:  Objection, relevance.

 2              THE COURT:  Overruled.

 3    BY MR. CASTELLANO:

 4         Q.   What about Lupe Urquizo?

 5         A.   I caused Mr. Urquizo to get an attorney,

 6    and then later charged him.

 7         Q.   So was he provided an attorney before he

 8    was charged?

 9         A.   Yes.

10         Q.   What about someone like Robert Martinez,

11    also known as Baby Rob?

12         A.   Same scenario.

13         Q.   How did you first meet Robert Martinez?

14         A.   I went up to the Penitentiary of New

15    Mexico, Level 6, after Mr. Martinez told the STIU he

16    was done with the gang and he wanted out.  The STIU

17    called me.  I drove up there that same day and

18    talked to him.

19         Q.   Tell us about that first interaction with

20    him.  What happened?

21         A.   After introducing myself and explaining

22    the nature of my investigation -- this was before

23    we'd indicted anyone; we were well on our way to

24    that, that phase 1 takedown -- I confirmed some of

25    the details that Mr. Martinez had told the STIU,
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                            FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1  such as his reasons for wanting to get out, the fact

2  that when he left the pod, he surrendered a shank

3  that he had been carrying in his body.  And I just

4  talked to him about his motivations to get out, and

5  then I questioned him about his history in the SNM

6  and his activities, and whether or not he'd be

7  willing to cooperate with the Government and testify

8  in court.

9       Q.   What do you mean when you said he was

10 carrying a shank inside his body?

11      A.   He was carrying a shank in his rectum

12 anytime he left his cell, and he surrendered that

13 when he walked out of the cell and said he wanted

14 out of the SNM pod at the prison.

15      Q.   Now, for those who weren't charged and got

16 attorneys, before you spoke to them or their

17 attorneys, were they provided what's known as a

18 Kastigar letter?

19      A.   Yes, sir.

20      Q.   What was the purpose of the Kastigar

21 letter?

22      A.   To offer them extra protections so they

23 could go on the record and give us a statement that

24 we would then not use against them.

25      Q.   What's your understanding about why that's

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   supposed to promote truthfulness from them?

2        A.   Well, I think it promotes truthfulness --

3             MR. VILLA:  Objection, speculation.

4             THE COURT:  Well, he can say what the

5   purpose of it is.  He can't say specifically what

6   the effect was on any one witness, but he can say

7   what the purpose of it is.  So if he wishes to

8   testify that way, he can.  Overruled.

9        A.   The purpose of the Kastigar letter is to

10  allow the person across the table, the defendant, to

11  speak honestly and freely without those statements

12  being used against him in the Government's case.

13            MR. VILLA:  Your Honor, objection.  It's

14  still speculation.

15            THE COURT:  Overruled.

16  BY MR. CASTELLANO:

17       Q.   There was also discussion yesterday about

18  you making phone calls to the district attorney's

19  office where Eric Duran was pending charges.  Do you

20  recall that?

21       A.   Yes, sir.

22       Q.   And do you remember a need to get Eric

23  Duran back to New Mexico for testimony and pretrial

24  hearings?

25       A.   Yes, sir.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   Was that another reason you contacted the
 2   DA's office?
 3        A.   Yes.
 4        Q.   When you contacted them, once again, did
 5   you ask them to dismiss any charges against him?
 6        A.   No.
 7        Q.   There was also a claim that if it wasn't
 8   recorded, it didn't happen.  Is that actually true?
 9   If something wasn't recorded, is it true that it
10   didn't happen?
11        A.   No.
12        Q.   Is that something you tell informants,
13   though?
14        A.   Yes.
15        Q.   And why do you tell them something like
16   that?
17        A.   To stress the importance of them wearing a
18   wire or a recording device, and taking that step to
19   make sure they're wearing a wire and turning on a
20   recorder.
21        Q.   And for people like Eric Duran, who had a
22   cell phone, what did you tell him about what that
23   phone would be recording?
24        A.   I told him it would record everything.
25        Q.   And to the best of your knowledge, did it
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   do that?

2        A.    No.

3        Q.    What was not recorded, as best as you

4   know?

5        A.    Internet activity, photographs.

6        Q.    Do you know how that happened?

7        A.    Yes.

8        Q.    Please explain.

9        A.    The court order that I obtained from the

10  Court was to conduct a wire interception or a

11  wiretap.  That is, the telephone calls and the text

12  messages.  So when that was served on the phone

13  company -- in this case, Verizon -- that's what they

14  captured.  When I say "they," Verizon.  That's what

15  Verizon sent to the FBI, and that's what was

16  captured, per the court order.

17       Q.    Going back to the state case on the Molina

18  murder and the three people who were initially

19  charged, I think yesterday you said that Carlos

20  Herrera was not charged when it was a state case; is

21  that true?

22       A.    Yes, sir.

23       Q.    And in the context of these pods, the jury

24  will see diagrams later on, but do you remember

25  which pod Javier Molina was killed in?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    Yes.   Blue pod.
 2        Q.    And do you know where Carlos Herrera was
 3   housed in relation to the blue pod?
 4        A.    Next door, in the yellow pod.
 5        Q.    And have you been to the pod?   Have you
 6   actually seen it yourself?
 7        A.    Yes.
 8        Q.    Is there a door that connects the two
 9   pods?
10        A.    Yes.
11        Q.    So under these circumstances, then, if we
12   have video from the blue pod, are we likely to see
13   Carlos Herrera on that video?
14        A.    No.
15        Q.    Okay.   Now, involving the recording
16   devices in jail, did you have cooperators who had a
17   recording device that recorded conversations with
18   some of the defendants?
19        A.    Yes.
20        Q.    And can you tell the members of the jury
21   whether or not it had the ability to delete
22   messages?
23        A.    It did not.
24        Q.    Other than an on-and-off button, was there
25   any other way to basically cause it to function or
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  do what it was supposed to do?

2      A.   No, there was just an on button and an off

3  button.

4      Q.   What instructions did you give to each of

5  the people who recorded the defendants about the

6  devices?

7      A.   I told the defendants that I wanted them

8  to record conversations that pertained to homicides.

9  I wasn't interested in drug trafficking, anyone's

10 life story, or past escapades with girlfriends.  I

11 was interested in bodies and solving homicides.

12          I pointed out to each of the men that

13 carried one of these devices how it worked, the

14 simplicity of it, an on-and-off switch.  And I

15 pointed out that the batteries were small, as the

16 device was small, and that they needed to conserve

17 the battery power.

18     Q.   Why did you feel it was necessary to

19 conserve battery power?

20     A.   The device is small.  The batteries are

21 small.  These inmates are in a secure facility and

22 can't order batteries, and I can't go in and deliver

23 batteries to them.  I can't ask the COs to give them

24 batteries, because I don't trust them.  So they're

25 stuck in there, they've got to make these

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                            FAX (505) 843-9492
                                                                 1-800-669-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE
                                                       e-mail: info@litsupport.com

1  recordings, they're in there for weeks, and they

2  need to make the batteries last.

3        There was a second part of that question.

4     Q.   Let me move to a related question, then.

5  So with Eric Duran, had he previously had a

6  recording device that didn't appear to capture

7  conversations?

8     A.   He did.  Thank you.  That was the second

9  part of that, that we had tried and failed before,

10 where the informant was telling me they got these

11 great conversations and admissions.  I bring the

12 device back to the office, it's downloaded by our

13 technicians, and there is nothing on it because the

14 batteries are dead.

15    Q.   And just a quick question, then.  So you

16 said "the technicians."  What actually happens to

17 the device once it's retrieved and turned over to

18 you?

19    A.   I then take it to our -- we have an

20 electronic surveillance technician.  I go to her

21 office.  There is a counter between her and I.  I

22 fill out an evidence submission sheet with the

23 device, which informant made the recording, which

24 suspects or defendants we think are on there.  I

25 turn that device in.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1         Within a day or two that technician
2   contacts me and says, "I've downloaded your
3   recordings.  You can come pick them up."
4         So then I return, and she gives me usually
5   three DVDs or CDs that have the recordings on it.
6   I'm then able to retain one in my file and provide
7   one to the U.S. Attorney's Office, and then the
8   third copy eventually goes to the defense.
9         Q.   And who were people that Eric Duran
10  claimed that he recorded on the device that seemed
11  to fail?
12        A.   Timothy Martinez, Red; Mario Rodriguez,
13  Blue.  I think he said he got some recordings with
14  some other people that are defendants in other
15  matters.
16        Q.   Do you recall if he reported recording
17  Mauricio Varela?
18        A.   Yes.
19        Q.   What about Daniel Sanchez, if you
20  remember?
21        A.   I'm not sure.
22        Q.   What about either Jerry Armenta or Jerry
23  Montoya?
24        A.   I remember Jerry Armenta.  I'm not
25  positive about Montoya.

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                Albuquerque, NM 87102
(505) 989-4949                                            (505) 843-9494
FAX (505) 843-9492                                  FAX (505) 843-9492
                                                         1-800-669-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

e-mail: info@litsupport.com

1    Q.   So even though he told you these things,

2 was there any indication that there wasn't anything

3 on the device, or was the device dead because of a

4 dead battery?

5    A.   The technician just said, "There is

6 nothing on the device."

7         So then I took it to a different unit, the

8 unit that maintains the devices, which is our

9 technically trained unit, because I wanted to

10 investigate why nothing was on the device.  And they

11 said that the batteries were dead.

12    Q.   And is that why you later told people who

13 had those devices to conserve the batteries as best

14 they could?

15    A.   Yes, and change devices.  That initial

16 device you're speaking of was very small.  So we

17 went to a bigger device, unfortunately, but the

18 batteries in that were also of limited capacity.

19    Q.   Were there times when, if wasn't you, you

20 would at least make arrangement with someone in the

21 Corrections Department to either provide additional

22 batteries or exchange devices so you can capture

23 that evidence?

24    A.   Yes.

25    Q.   Who did you make arrangements with?

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                           Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492                                               FAX (505) 843-9492
                                                                      1-800-669-9492
                                                            e-mail: info@litsupport.com



```
 1        A.   Two members of the Security Threat

 2   Intelligence Unit that I trusted and worked with in

 3   Santa Fe, Captain Sergio Sapien, and STIU Officer

 4   Christopher Cupit.

 5        Q.   And what concerns did you have about these

 6   devices being found in a secure facility, either by

 7   COs or inmates?

 8        A.   Well, either way, that's a big problem.  I

 9   mean, if the other inmates find it, it's pretty

10   obvious they've got this recording device, and so

11   that's not good.  And in a similar fashion, if a CO

12   finds it, that's going to get that informant or that

13   inmate in trouble because it's some kind of

14   contraband device that's not allowed in there.  So

15   either way, we've got to conceal it.

16        Q.   Would that cause problems with your

17   operations?

18        A.   Yes, it could compromise the entire

19   operation if there are recording devices inside a

20   secure facility.

21        Q.   Now, regarding people cooperating, for

22   anybody who has become a cooperator in this case,

23   have they all agreed to cooperate at the same time?

24        A.   No.

25        Q.   So has the cooperation been staggered over
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   time?

2       A.   Yes, over years.

3       Q.   And for example, Jerry Armenta.  Was he

4   cooperating early in the process or late in the

5   process?

6       A.   I'd categorize him as early.

7       Q.   And do you recall that when it was a state

8   case, even before it became a federal case, was

9   Jerry Armenta already cooperating, or had he agreed

10  to testify against co-defendants?

11      A.   I believe so, yes.

12      Q.   And what about somebody like Mario

13  Rodriguez?  How recently has he come to the table?

14      A.   Just within the last few weeks.

15      Q.   You were asked yesterday about Timothy

16  Martinez, also known as Red.  Did you state that he

17  killed his good friend Mr. Molina?

18      A.   I didn't say that.

19      Q.   Were you asked about whether or not he and

20  Mr. Molina were friends?

21      A.   Yes.

22      Q.   Is it your understanding that he and

23  Mr. Molina were friends?

24      A.   Yes.

25      Q.   And when it comes to Jerry Armenta, do you

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                             (505) 843-9494
FAX (505) 843-9492                                    FAX (505) 843-9492



1-800-669-9492
e-mail: info@litsupport.com

1  recall how much time he had left before he was

2  leaving prison?

3          MR. VILLA:  Objection, calls for hearsay.

4          THE COURT:  Ask how he's going to know

5  this first.

6  BY MR. CASTELLANO:

7      Q.   If you knew how long Jerry Armenta had

8  before he was being released before the murder, how

9  would you know that?

10     A.   From reviewing Department of Corrections

11 documents and from -- primarily from that.

12         THE COURT:  Let's not elicit the answer,

13 then.

14     Q.   Is it your understanding that for the

15 cooperators who pled to murder, that they pled to

16 life in prison?

17     A.   Yes.

18     Q.   And so with their testimony, are they

19 hoping to get something less than life in prison?

20     A.   Yes.

21     Q.   You were asked yesterday by Mr. Perez'

22 attorney about people taking responsibility for

23 things they didn't do in a gang.  Do you remember

24 that?

25     A.   Yes.

SANTA FE OFFICE                                            MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                   FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.    Now, is it also your understanding that

 2   people might do that, but there might also be

 3   consequences for claiming something they did when

 4   they didn't do it?

 5        A.    Yes.

 6        Q.    There might be consequences within the

 7   gang?

 8        A.    Yes.

 9        Q.    You were asked about three homicides

10   possibly tied to Billy Cordova.  Do you remember

11   that?

12        A.    Yes.

13        Q.    And do you recall whether or not those

14   homicides appeared to be SNM-related homicides?

15        A.    Well, I initially thought all three could

16   be.  Are you asking for what I discovered after

17   investigating?

18        Q.    Yes.  Which ones, according to the

19   investigation, appeared to be SNM-related?

20        A.    The murder of Sammy Chavez and the murder

21   of an unnamed Los Carnales prison gang member.

22        Q.    All right.  I'm going to ask you about the

23   pizza party.  What was the reason for this gathering

24   and what was served there?

25        A.    The Corrections Department put together a
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   recognition ceremony, which we're calling a pizza

2   party, in recognition of these guys, these

3   cooperators, renouncing the gang and being done with

4   that and starting a program into, like, anti-gang

5   programming.

6           What was served there was, the Department

7   of Corrections provided some Pizza Hut pizzas, and I

8   think there was, like, Kool-Aid or punch.  There

9   might have been sodas.  I don't recall.

10      Q.    About how long did the party last?

11      A.    I was only there for about 15 minutes,

12  but -- so I couldn't tell you when it ended.  But my

13  understanding was, they allowed them about an hour's

14  worth of time.  Again, I didn't stay, though, so I'm

15  not sure.

16      Q.    And were the inmates allowed to have

17  family members there?

18      A.    Yes.

19      Q.    And for some of the people who have

20  cooperated, has it been a while since they've seen

21  their families or been able to hug a family member,

22  for example?

23      A.    Yes.

24      Q.    So was that a big deal to them?

25      A.    A very big deal.  I witnessed -- it was

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                Albuquerque, NM 87102
(505) 989-4949                                          (505) 843-9494
FAX (505) 843-9492                                  FAX (505) 843-9492
                                                          1-800-669-9492
                                                    e-mail: info@litsupport.com



1   very emotional for both them and their family.

2       Q.   And you also mentioned a graduation

3   ceremony.  Was that a separate ceremony than what

4   we'll call the pizza party?

5       A.   Yes, it was.

6       Q.   What was that graduation ceremony?

7       A.   Timothy Martinez, Red, was awarded an

8   associate's degree.  I forget what the degree was

9   in.  But people from the college came and awarded

10  him his certificate.

11      Q.   What kind of celebration was that in terms

12  of what was provided in terms of refreshments?

13      A.   I didn't take particular notice because I

14  didn't eat anything.  But I think they had cake, ice

15  cream.

16      Q.   You used the term "programming" earlier.

17  What do you mean when you use that term in the

18  prison context?

19      A.   Programming involves the anti-gang

20  classes, anger management.  There is some philosophy

21  course work.  Those are primarily the ones that I'm

22  familiar with.  But there is other programming and

23  educational opportunities afforded to people that

24  drop out of the prison gangs.

25      Q.   What's your understanding of why they



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

305

```
 1  would offer something like philosophy classes or

 2  lessons?

 3       A.   Continuing education.  The Department of

 4  Corrections had a college professor that was

 5  developing course work to work with gang members and

 6  to help them work through anger issues and

 7  decision-making so that they could open their eyes

 8  up to other alternatives than just violence.

 9       Q.   Now, is that because someday these inmates

10  might be returning to the streets?

11       A.   Yes.

12       Q.   Now, I think our numbers here are

13  different from what the defense says.  Yesterday

14  they mentioned there were four killers of Javier

15  Molina.  Would you disagree with that statement?

16       A.   I would.

17       Q.   Approximately how many killers of Javier

18  Molina are involved in this case?

19            MS. JACKS:  Objection, Your Honor.  That's

20  asking --

21            MR. VILLA:  Objection.

22            MR. LOWRY:  Objection.

23            MS. JACKS:  I think it's invading the

24  province of the jury.  It's asking Agent Acee to

25  make a decision that these jurors alone are asked to
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    determine.

2            MR. CASTELLANO:  I can rephrase, Your

3    Honor.

4            THE COURT:  All right.

5    BY MR. CASTELLANO:

6        Q.   From this investigation, how many people

7    have admitted responsibility for the murder or some

8    participation in the Molina murder?

9        A.   I count six.

10       Q.   Let's go over that list.

11       A.   Would you like me to say the names?

12       Q.   Yes.

13       A.   David Calbert, Lupe Urquizo, Mario

14   Rodriguez, Timothy Martinez, Jerry Armenta, Jerry

15   Montoya.

16       Q.   Are you aware of any involvement by

17   somebody named Mauricio Varela?

18       A.   Yes.  Seven.

19       Q.   What about the defendants sitting here in

20   court?

21       A.   Yes.  I wasn't sure you wanted me to

22   mention that.

23       Q.   Yes, we have their four, and these other

24   names.  So how many does that give us,

25   approximately?

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                 Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 843-9492                                                 FAX (505) 843-9492
                                                                   1-800-669-9492
                                                                   e-mail: info@litsupport.com



```
1              MS. JACKS:  Well, excuse me, Your Honor.
2    Objection, this is a confusing line of questioning,
3    if Mr. Castellano is trying --
4              THE COURT:  Hold on.  I agree it's
5    confusing.
6              What are you trying to -- what are you
7    trying to get him to say about the men in the
8    courtroom?
9              MR. CASTELLANO:  Oh, I'm just saying the
10   defense's question yesterday said there were four
11   killers of Javier Molina.  What I'm highlighting is
12   how many people were allegedly involved with that
13   murder.
14             THE COURT:  Why don't -- with the men
15   here, he can certainly say that the Government has
16   alleged how many of them are involved in the murder.
17             MR. CASTELLANO:  And I agree, Your Honor.
18   BY MR. CASTELLANO:
19      Q.   I'm not asking you to say anything about
20   the defendants.  I'm just asking whether you add
21   them to this list, without --
22             MS. JACKS:  Well, objection.  That's
23   asking the same question.
24             THE COURT:  Hold on.  I don't want any
25   reference to the list.  You can add -- if you want
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  to say how many people is the Government, in this

2  room, accusing of the murder of Molina, you can ask

3  that question.  Then after that, stop.

4  BY MR. CASTELLANO:

5       Q.   That's the question, Agent Acee.

6       A.   Four.

7            MR. CASTELLANO:  May I have a moment, Your

8  Honor?

9            THE COURT:  You may.

10           MR. CASTELLANO:  Thank you, Your Honor.  I

11 pass the witness.

12           THE COURT:  All right.  Mr. Acee, you may

13 step down.  Thank you for your testimony.

14           MR. LOWRY:  Your Honor, based on the

15 redirect, we have some follow-up.

16           THE COURT:  All right.  Mr. Lowry.

17           MS. JACKS:  Can we approach before the

18 recross starts?  Because I think there is an issue

19 we need to discuss.

20           THE COURT:  No.  Let Mr. Lowry do his

21 recross.

22           MS. JACKS:  Well, this may affect the

23 questions asked.

24           THE COURT:  All right.  Come up, Ms.

25 Jacks.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1              (The following proceedings were held at

 2    the bench.)

 3              MS. JACKS:  I'll be quick.  On redirect,

 4    Mr. Castellano elicited from Agent Acee that somehow

 5    Mauricio Varela has accepted responsibility for the

 6    Molina homicide.  As we sit here today, we have

 7    absolutely no information of that.  And in fact, the

 8    charges were dismissed against Mr. Varela.  So I

 9    don't know what he's referring to.  But if he's

10    referring to some sort of debrief, we need it.

11              MR. CASTELLANO:  That's what I said the

12    investigation revealed about people who admitted or

13    were tied to the murder.  And I agree Mauricio

14    Varela did not make admissions to that.  So there is

15    nothing to disclose.

16              MR. LOWRY:  He said he made recordings of

17    Mauricio Varela.  And there is nothing like that in

18    this.

19              THE COURT:  You're going to do redirect.

20              MR. CASTELLANO:  The testimony was that

21    Eric Duran said he made recordings, but the device

22    did not record.

23              THE COURT:  Go to your recross.  I don't

24    need to rehearse it with you.  Go.

25              (The following proceedings were held in

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                           FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

 1   open court.)

 2          THE COURT:  All right, Mr. Lowry.

 3                 RECROSS-EXAMINATION

 4   BY MR. LOWRY:

 5       Q.   Good morning, Agent Acee.

 6       A.   Good morning, sir.

 7       Q.   Agent Acee, I want to talk to you about a

 8   comment you made on redirect.  You said you were

 9   concerned about the safety of the cooperators?

10       A.   Yes, sir.

11       Q.   And you know that the cooperators weren't

12   the most well-behaved group.

13       A.   They were not.

14       Q.   Okay.  You said you didn't know what was

15   on the tablets after you seized them, that the

16   cooperators had?

17       A.   Correct.

18       Q.   And you know that those cooperators

19   breached the security of the tablets and used those

20   computers to access the internet, as you said,

21   access Facebook pages, access all kinds of

22   communication capacities.

23       A.   Some of them did.

24       Q.   Some of them did?

25       A.   Yes, sir.



SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                   Albuquerque, NM 87102
(505) 989-4949                                                  (505) 843-9494
FAX (505) 843-9492                                        FAX (505) 843-9492
                                                              1-800-669-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE
                                              e-mail: info@litsupport.com

1      Q.   And that didn't give you any concern that
2  they were using those tablets in some kind of
3  nefarious or criminal purpose?
4      A.   It did.
5      Q.   But you don't know what's on them?
6      A.   No, sir.
7      Q.   You didn't care to look inside them to see
8  what kind of communications they were having?
9      A.   I did want to do that, but I had to
10  respect their rights and the fact they had
11  attorneys.  I couldn't just take their stuff and
12  look through it without a court order or permission.
13      Q.   And you know how to apply for a court
14  order, don't you?
15      A.   Yes, sir.
16      Q.   But you didn't?
17      A.   I think the United States did, the
18  attorneys.
19      Q.   So don't they usually share with you the
20  information they get so you can augment your
21  investigation?
22      A.   Yes, we work together.
23      Q.   So you didn't get that information?
24      A.   As to what is on the tablets?
25      Q.   Correct.

SANTA FE OFFICE                                    MAIN OFFICE
119 East Marcy, Suite 110                      201 Third NW, Suite 1630
Santa Fe, NM 87501                              Albuquerque, NM 87102
(505) 989-4949                                       (505) 843-9494
FAX (505) 843-9492                              FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



```
 1        A.   Well, there was a process.  I'm happy to
 2   explain it, if you want.
 3        Q.   No.  I just want to know, did they give
 4   you the information that was on the tablets so you
 5   could assess whether there is any kind of safety
 6   threat?
 7        A.   No.  They're still being evaluated.
 8        Q.   So you're going to take your time?
 9        A.   I don't have them.
10        Q.   Now, you said that you didn't suggest the
11   death penalty for any of the cooperating witnesses?
12        A.   Oh, I didn't threaten them?  I did not,
13   no.
14        Q.   So you didn't -- did anyone suggest to
15   Lupe Urquizo that he could get the death penalty?
16        A.   I don't know.
17        Q.   But you were in the room with the folks at
18   this table interviewing Lupe Urquizo, weren't you?
19        A.   Yes.  I can represent that no one from the
20   FBI or, from my recollection, the U.S. Attorney's
21   Office mentioned that.
22        Q.   And did you monitor the inmate calls
23   during this investigation?
24        A.   No.  Our task force did, but I personally
25   did not.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   Did they report to you back -- report back

2  to you things that the inmates were saying on those

3  calls?

4    A.   Yes.  Our focus was not on the

5  cooperators, though.

6    Q.   Okay.  So the cooperators could do as they

7  pleased?

8    A.   No.  I'm just saying that I had limited

9  resources, and there are thousands of hours of phone

10  calls, and we focused on the noncooperators' phone

11  calls.

12    Q.   And you're aware that just recently, Jerry

13  Montoya had a cellphone in his cooperating unit --

14  in his cell?

15          MR. CASTELLANO:  Objection, calls for

16  hearsay.

17          THE COURT:  Ask him how he knows.

18          MR. LOWRY:  I just asked him if he was

19  aware, Your Honor.

20          THE COURT:  It's a yes/no question.  Then

21  overruled.

22    A.   Yes.

23  BY MR. LOWRY:

24    Q.   You are aware of that?

25    A.   Yes.

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                 Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                   FAX (505) 843-9492
                                                            1-800-669-9492
                                                  e-mail: info@litsupport.com


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1       Q.    Does that concern you?

2       A.    Absolutely.

3       Q.    Did you ask to see the contents of that

4   cellphone?

5       A.    I don't want to say "allowed."  I'm aware

6   that a local drug task force in the region where the

7   prison is located is investigating that, and that

8   they have the phone and have dumped it or are

9   analyzing it.

10      Q.    But my question to you was:  Did you ask

11  to see the contents of that phone?

12      A.    In time.  I have not.  I'm letting them

13  complete their investigation.

14      Q.    I want to move on to this Kastigar letter

15  you said you provided to people.  And you said that

16  the purpose of the Kastigar letter was to speak

17  honestly and freely?

18      A.    Yes, sir.  But I want to be clear.  I

19  don't provide the Kastigar letter.  That comes from

20  the United States Attorney's Office.

21      Q.    I just want to be clear.  You don't know

22  if somebody is being honest with you ever, do you?

23      A.    No.

24      Q.    Now, you were talking about the wiretaps

25  you put on the phones.  And you said that you didn't

SANTA FE OFFICE                                                      MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492
                                                                    1-800-669-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE                            e-mail: info@litsupport.com

1    request that the communications company save the

2    photographs.

3         A.    No, I didn't request one way or another.

4    What we submitted was the standard wiretap order

5    which captures the phone calls and the text

6    messages.

7         Q.    But those phones that you provided to

8    individuals in the prison had photography

9    capability, didn't they?

10        A.    It did.

11        Q.    And they could send photographs to anybody

12   they chose to send photographs to.

13        A.    They could.

14        Q.    And they could receive photographs from

15   other people.

16        A.    Yes.

17        Q.    And you could easily write something down

18   on a piece of paper, photograph it, and send it out

19   to somebody, couldn't you?

20        A.    One could do that.

21        Q.    And you wouldn't have any idea what was

22   being communicated to somebody on the outside.

23        A.    In the manner you described, no; if it's

24   in a photo, no.

25        Q.    And that didn't concern you during this

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                           Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492                                            FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1   period?

2       A.   I didn't know that we weren't capturing

3   that.

4       Q.   Did you ever review the communications

5   that were transpiring with the folks that had

6   cellphones during the course of the investigation?

7       A.   I had an agent assigned to those duties,

8   so I personally didn't.  But he provided me with

9   summaries.

10      Q.   Did those summaries tell you that the

11  individuals using those phones were sending out

12  photographs and receiving photographs?

13      A.   Yes.

14      Q.   Did you ask to see what those photographs

15  looked like?

16      A.   No.  Again, that agent was capable of

17  doing that, and did that.

18      Q.   But did you ask to see what the

19  photographs showed?

20      A.   No.

21      Q.   So it wasn't of concern to you?

22      A.   Well, it was of concern to me, because I

23  was guessing when I heard that the person was

24  sending photos -- I could surmise what it was and I

25  told that agent to get ahold of that informant and

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                   Albuquerque, NM 87102
(505) 989-4949                                               (505) 843-9494
FAX (505) 843-9492                                      FAX (505) 843-9492
                                                           1-800-669-9492
                                                    e-mail: info@litsupport.com



1  tell him, "Don't be sending selfies."

2       Q.   But you don't know if they were selfies,

3  do you?

4       A.   I had not seen the photos at that time.

5  Of course, I have now, but I did not --

6       Q.   Oh, you have seen the photos?

7       A.   I have seen two photos.

8       Q.   Do you know how many photos were

9  transferred?

10      A.   No, sir.

11      Q.   So you don't know if the folks that were

12 using these phones were sending out messages through

13 photographs to other people?

14      A.   I don't think that they were.

15      Q.   That's not my question.  Do you know if

16 these individuals were sending out messages using

17 photographs?

18      A.   No.

19      Q.   Now, during the course of your

20 investigation -- I am going to move on to a

21 different topic, your investigative techniques.

22 When you talk to individuals, you routinely ask them

23 whether any criminal activity was personal business

24 or SNM.

25      A.   I do.

SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                 Albuquerque, NM 87102
(505) 989-4949                                                             (505) 843-9494
FAX (505) 843-9492                                                   FAX (505) 843-9492
                                                                        1-800-669-9492
                                                              e-mail: info@litsupport.com



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1      Q.   How do you tell the difference?

2      A.   I ask them more questions and get to the

3   bottom of it.

4      Q.   So if somebody who happens to have an SNM

5   tattoo goes out and commits a crime, do you just

6   immediately assume it's SNM business?

7      A.   Oh, I think that's different categories.

8   I mean, in the interview, I'm trying to get to the

9   bottom of what that person I'm speaking to's opinion

10  is.  Whether or not the Government or the FBI

11  believes that it's related to the gang is, I think,

12  a different matter.

13     Q.   And that's just a conclusion they come to

14  on their own terms.

15     A.   Sure.  It's just their opinion, yes.

16     Q.   Now, I want to talk to you very briefly

17  about this pizza party or the social -- what is the

18  word we're using?

19     A.   Call it a pizza party.

20     Q.   The pizza party.  I believe yesterday you

21  called it a social engagement.

22     A.   I may have.  I forget which one we were

23  talking about.

24     Q.   Now, when -- the idea for that pizza party

25  originated with the individuals who were assisting

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                            FAX (505) 843-9492
                                                                  1-800-669-9492
                                                              e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    the United States.

2        A.    It may have.  It originated from

3    Corrections.  That's where I heard about it and got

4    an invitation.

5        Q.    Okay.  So do you recall suggesting to

6    Corrections that Corrections fund the party?

7        A.    I don't know that I know that.

8             MR. LOWRY:  May I approach, Your Honor?

9             THE COURT:  You may.

10       A.    Do you want me to turn the page?

11   BY MR. LOWRY:

12       Q.    That's okay.  Have you ever seen that

13   document before?

14       A.    I have not.

15       Q.    If I represented to you that that was the

16   original request that the individuals assisting the

17   United States sent, would you agree with me?

18       A.    Well, I don't question your integrity,

19   sir.  I believe what you tell me.  I've just never

20   seen that document.  I don't know the history of it.

21       Q.    But that document suggests that the

22   individuals that were cooperating with the United

23   States offered to pay for the pizza party.

24       A.    I'm sorry.  The paragraph you had me read,

25   I didn't see that.  I may have missed it.

SANTA FE OFFICE                                                                    MAIN OFFICE
119 East Marcy, Suite 110                                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                                           Albuquerque, NM 87102
(505) 989-4949                                                                       (505) 843-9494
FAX (505) 843-9492                                                              FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1    Q.   The paragraph I had you read said, "In

2  addition, while our resources are limited, we are

3  willing to shoulder the food-related expenses for

4  this event."

5        It was signed by Jerry Armenta, Benjamin

6  Clark, Billy Cordova, Robert Martinez, Frederico

7  Munoz.

8    A.   If I had been allowed to turn the page, I

9  might have seen that.  I'm sorry.

10    Q.   It was at the very bottom of the page I

11  gave you in the paragraph I asked you to read.

12    A.   I didn't see who signed it.  I think

13  that's on the next page.  I apologize.

14    Q.   Oh.  But in terms of who was willing to

15  fund the banquet, at least initially, those

16  individuals assisting the United States were willing

17  to do that?

18    A.   That's what it sounds like to me.

19    Q.   And do you recall asking the Department of

20  Corrections to shoulder the financial burden for

21  that event?

22    A.   No.  The conversation I had with Myers was

23  that I wasn't going to pay for it.

24    Q.   That you were not?

25    A.   I was not.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   With regard to the pizza party, you said

2    it was a big deal for the family to come, so the

3    individuals who were assisting the United States

4    could hug their family members.

5    A.   I don't know if I said it like that.  But

6    I will recognize that my observations were, yes, it

7    was very emotional and seemed like a big deal for

8    the inmates and their family members.

9    Q.   And that's, for somebody who has been in

10   prison for an extended period of time, a substantial

11   benefit?

12   A.   I would agree with that.

13   Q.   And you could tell from the emotionality

14   of that moment?

15   A.   Yes, sir.

16   Q.   I believe on your redirect testimony you

17   said that you had got recordings on Mauricio Varela?

18   A.   No, I did not.  Eric Duran excitedly

19   represented that he did on Varela as well as some

20   other people.  And that was the situation in which

21   we found out that the device had dead batteries.

22   Q.   And speaking of the dead batteries, you

23   testified on redirect that you told Mr. Duran to

24   record everything.

25   A.   No, sir.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   You didn't?

 2        A.   No, I -- quite the opposite, that I didn't

 3   want people's life stories or past exploits with

 4   girlfriends or -- that I was focused on murders, and

 5   I wanted conversation about bodies.

 6        Q.   And that was it?

 7        A.   I gave him some limiting instructions, if

 8   you will, on what I wanted.  I may have said a

 9   little more; but that I wasn't interested in drug

10   dealing.  The focus was the Javier Molina murder.

11        Q.   And in your testimony yesterday you said

12   you couldn't recall whether Mr. Duran told you that

13   Mr. Baca was eager to have --

14        A.   Oh, I think that was in relation to you

15   asking me about our first meeting, my first time

16   meeting him.  In my first meeting with him, I don't

17   know if he told me that.  I was trying to get him

18   out the door like, "Hey, I'm Bryan Acee.  I'm going

19   to take over for Katie.  Here's your recording

20   device.  Here's what I want.  Get to it."

21             MR. LOWRY:  May I approach, Your Honor?

22             THE COURT:  You may.

23        A.   Thank you.

24   BY MR. LOWRY:

25        Q.   Do you recognize that document?
```



SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                   Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                     FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    Yes, sir.

 2        Q.    Who drafted that document?

 3        A.    I did.

 4        Q.    And in that document, does it say that Mr.

 5   Baca was eager to kill the Secretary of Corrections?

 6        A.    Yes, and Mr. Santistevan.

 7             MR. LOWRY:  Your Honor, could we mark the

 8   letter to the Corrections staff requesting the pizza

 9   party as an exhibit?

10             THE COURT:  You may.

11             MR. LOWRY:  We'd move to admit Defense

12   Exhibit EJ.

13             THE COURT:  Any objection?

14             MR. CASTELLANO:  Objection to hearsay, and

15   this witness said he didn't know anything about that

16   document or how it was generated.

17             THE COURT:  I think I'll have to keep it

18   out at the present time, but it will be marked.

19             MR. LOWRY:  Thank you, Your Honor.

20             THE COURT:  Mr. Lowry.

21             MR. LOWRY:  No further questions.

22             THE COURT:  Thank you, Mr. Lowry.

23             Ms. Jacks, did you have further --

24             MS. JACKS:  I do, briefly.  I think I was

25   the last one to cross-examine so I don't know if Mr.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   Maynard or Mr. Villa have anything.
 2              MR. MAYNARD:  I have a few questions.
 3              THE COURT:  All right.  Mr. Maynard.
 4                    RECROSS-EXAMINATION
 5   BY MR. MAYNARD:
 6        Q.   Mr. Acee, you were asked a few questions
 7   about getting attorneys for the persons who were
 8   cooperating with the FBI and about Kastigar letters.
 9        A.   Yes, sir.
10        Q.   And I want to clarify a little bit about
11   Kastigar letters.  But before I go to that, I'd like
12   to ask a couple of background questions about this
13   particular case in the investigation.
14        A.   Yes, sir.
15        Q.   It's all under a very complicated law
16   called -- well, racketeering laws.
17        A.   Yes, sir.
18        Q.   And the punishment ranges, potentially,
19   for these types of cases vary widely, do they not?
20        A.   Yes.
21        Q.   Just from your knowledge.  I know you
22   don't have a law degree, but you've been at the FBI
23   for a number of years.  So the sentences can range
24   from potentially death penalty -- not that it's in
25   this case anymore.
```



SANTA FE OFFICE                                           MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                            (505) 843-9494
FAX (505) 843-9492                                   FAX (505) 843-9492
                                                        1-800-669-9492
PROFESSIONAL COURT                          e-mail: info@litsupport.com
REPORTING SERVICE

BEAN & ASSOCIATES, Inc.

1        A.    Yes, sir.

2        Q.    And below that, the next tier is the

3   sentences can be mandatory life imprisonment.

4        A.    Yes, sir.

5        Q.    And below that is potentially up to life

6   imprisonment?

7        A.    I believe you're correct.

8        Q.    And below that, there's various ranges of

9   a certain maximum number of years.

10        A.    Yes.

11        Q.    And then before the statutory maximums of

12   a certain number of years, there are sentencing

13   guidelines, tables, and offense levels, and the

14   sentences can be all over the place.

15        A.    They can.

16        Q.    All right.  Now, some of the

17   cooperators -- in fact, many of them, if not all --

18   the Bureau made sure that they had attorneys to

19   counsel them at an early juncture.  Well, it's not

20   your responsibility, but you made that.

21        A.    I did for many of them.  I don't know that

22   I always did.

23        Q.    Right.  Okay.  Now, the Kastigar letter --

24   basically, what is the effect of the Kastigar

25   letter?  If it's agreed upon by the United States --

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                  201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                          FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1  and that is done by an Assistant U.S. Attorney --

2      A.   Yes.

3      Q.   -- and the defendant, what's the impact of

4  the Kastigar letter?

5      A.   That the defendant can tell the truth and

6  speak freely.

7      Q.   Basically, isn't it that as long as that

8  person -- that person can reveal other crimes and

9  that the statements, the confessions to those

10  crimes -- the information can't be used against them

11  in a prosecution of those crimes.

12      A.   As long as they tell the truth, yes.

13  That's my understanding, sir.  I'll defer to your

14  legal background, for sure.

15      Q.   Okay.  Now -- but it doesn't immunize them

16  from prosecution for a future crime or even immunize

17  them from prosecution from earlier crimes.  It just

18  means the statements and the evidence that they give

19  up can't be used against them.

20      A.   Just the statements, yes, sir.

21      Q.   Right.  So in fact, some of these

22  cooperators revealed having been involved in prior

23  crimes, serious crimes.

24      A.   Yes.

25      Q.   Murder and conspiracy to murder.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    Yes.
 2        Q.    All right.  Now -- and this information
 3   could have been and presumably would have been
 4   explained to them by the attorneys that were
 5   appointed to represent them.
 6        A.    Yes.  I don't explain it.
 7        Q.    Right.  Now, you mentioned that some of
 8   the cooperators, as you call them, began cooperating
 9   early on.  One was Jerry Armenta.
10        A.    Yes.
11        Q.    Now, isn't it true that there is actually
12   a video of him stabbing Mr. Molina?
13        A.    Yes.
14        Q.    And one of the other cooperators is Jerry
15   Montoya?
16        A.    Yes, sir.
17        Q.    And there is a video of him doing the
18   same.
19        A.    I think in the video -- actually, the
20   video looks like he punches him, but I believe it's
21   a stab, so you're correct.
22        Q.    Right.  So whatever they say during these
23   debriefings, the Kastigar interviews, it's not going
24   to be used against them.  It can't.
25        A.    Well, I hesitate, because I think if they
```

SANTA FE OFFICE                                                MAIN OFFICE
119 East Marcy, Suite 110                                201 Third NW, Suite 1630
Santa Fe, NM 87501                                       Albuquerque, NM 87102
(505) 989-4949                                                (505) 843-9494
FAX (505) 843-9492                                       FAX (505) 843-9492
                                                          1-800-669-9492
                                                     e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    are untruthful, it can be.  And I also hesitate just

2    because I'm not as familiar with the Kastigar and

3    the law regarding that as you probably are, the

4    United States Attorneys are.

5        Q.   Now, that begs the question:  What's

6    truthful?

7        A.   That's a tough answer.

8        Q.   It is a tough answer, isn't it?  And

9    ultimately it's the jury's.

10       A.   I'm sorry?

11       Q.   Ultimately it would be the jury's.

12       A.   Yeah, tough answer, I guess, transfers to

13   them.

14       Q.   Because the U.S. Attorney's Office doesn't

15   really have a magic wand to know what's really true

16   and what's not.

17       A.   No, they don't.

18       Q.   But you had certain suspicions that you

19   wanted to investigate.

20       A.   Yes.

21       Q.   And you wanted the statements from the

22   cooperators to connect something to your theory of

23   history.

24       A.   No, sir.

25       Q.   You just said, "Tell me what you have"?

SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                  Albuquerque, NM 87102
(505) 989-4949                                                              (505) 843-9494
FAX (505) 843-9492                                                   FAX (505) 843-9492
                                                                        1-800-669-9492
                                                              e-mail: info@litsupport.com



 1      A.   I don't really care what the cooperators
 2 or any witness tells me.  I'm just searching for the
 3 truth.  That's the challenge.
 4      Q.   Right.
 5      A.   I don't hope they tell me anything.  I'm
 6 indifferent to whether it helps or hurts.
 7      Q.   Now, the last -- you made reference to
 8 another witness, Mario Rodriguez.
 9      A.   Yes, sir.
10      Q.   And his cooperation was more recent, you
11 said a few weeks ago.  Actually, it was in November,
12 I think, a couple of months ago?
13      A.   I think it was at the end of November.
14      Q.   Right.  Now, these cooperators who have
15 been involved -- have they been sentenced yet?
16      A.   No, sir.  Well, the ones we've talked
17 about today have not.  There are other cases where
18 people have been.
19      Q.   Right.  But most of them have not?
20      A.   Correct.
21      Q.   And so some of their -- the determination
22 of their sentence will be made based upon what they
23 say in court.
24      A.   I don't know how that works, but they are
25 waiting to be sentenced at the end of the process.

SANTA FE OFFICE                                                           MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                  Albuquerque, NM 87102
(505) 989-4949                                                               (505) 843-9494
FAX (505) 843-9492                                                    FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.    I understand.

 2              MR. MAYNARD:  No further questions.

 3              THE COURT:  Thank you, Mr. Maynard.

 4              Did you have something, Mr. Villa?

 5              MR. VILLA:  Briefly, Your Honor.

 6                    RECROSS-EXAMINATION

 7   BY MR. VILLA:

 8        Q.    Good morning, Agent Acee.

 9        A.    Good morning, Mr. Villa.

10        Q.    You talked about getting attorneys -- or

11   helping to get attorneys for some of these

12   cooperators.  Do you remember that?

13        A.    Yes, sir.

14        Q.    And Lupe Urquizo was one of them?

15        A.    Yes.

16        Q.    Lupe Urquizo admitted some responsibility,

17   allegedly, in the Javier Molina murder?

18        A.    Yes.

19        Q.    And then he was given an attorney, and

20   ultimately entered into some sort of plea agreement;

21   right?

22        A.    The order is backward there, but yes.

23        Q.    Did he plea before he had an attorney?

24        A.    No, I meant the part about where he told

25   me -- where he talked to me.  He had the attorney
```




SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   before he gave his statement.

2        Q.   I got it.  Part of the process of having

3   an attorney is to facilitate negotiation of charges,

4   protect the client, that sort of thing?

5        A.   You know better than me, but that sounds

6   right.

7        Q.   Okay.  You also said that Billy Cordova

8   got an attorney.

9        A.   Yes.

10       Q.   And Billy Cordova didn't have an attorney

11   when you came to see him at MDC and he decided to

12   cooperate; correct?

13       A.   He didn't have a federal attorney when I

14   first met him.

15       Q.   Right.  So you were telling him, "I'm

16   going to charge you with racketeering," and he

17   didn't have an attorney to defend him against

18   potential racketeering charges.

19       A.   No.

20       Q.   And when he agreed to cooperate, you

21   decided not to charge him with racketeering at that

22   time.

23       A.   Well, no.  That decision was made by the

24   U.S. Attorney's Office.

25       Q.   So he was not charged with racketeering at

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                    FAX (505) 843-9492
                                                          1-800-669-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE
                                              e-mail: info@litsupport.com

```
 1   that time.

 2        A.   He was not.

 3        Q.   And within a month or so -- we've talked

 4   about this -- he talks to Mr. Perez and records Mr.

 5   Perez; right?

 6        A.   Yes.

 7        Q.   It was only after that that Mr. Perez then

 8   gets charged in this case?

 9        A.   Correct.

10        Q.   And still to date, despite Mr. Cordova

11   having an attorney, he's never had to plead guilty

12   to any charges in the federal cases?

13        A.   Correct.

14        Q.   You discussed the state case and indicated

15   that Carlos Herrera was not charged in the state

16   case, the state case for the Javier Molina murder.

17   Do you remember that?

18        A.   Yes, sir.

19        Q.   Mr. Perez wasn't charged, either, was he?

20        A.   No.

21             MR. VILLA:  That's all the questions I

22   have.

23             THE COURT:  Thank you, Mr. Villa.

24             Ms. Jacks, do you have recross?

25             MS. JACKS:  On a few topics, but it's
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE
e-mail: info@litsupport.com

1  going to be brief.

2                    RECROSS-EXAMINATION

3  BY MS. JACKS:

4      Q.   Agent Acee, you testified on redirect,

5  when Mr. Castellano asked you some questions, that

6  you're not responsible for the New Mexico Department

7  of Corrections.  Do you recall that testimony?

8      A.   Yes.

9      Q.   And you said you can't control them.

10     A.   Correct.

11     Q.   Would you agree with me that they are

12 investigating or participating in the investigation

13 of this case in conjunction with the FBI?

14     A.   That's true.

15     Q.   And in fact, I think you testified that

16 when Robert Martinez wanted to become a Government

17 witness, it was the STIU officers from the

18 Penitentiary of New Mexico that contacted you by

19 telephone; right?

20     A.   Part of that is true, yes.  Part of it is

21 not.

22     Q.   What did happen with respect to that?

23     A.   Robert Martinez at that time didn't know

24 the FBI was investigating the SNM, because we hadn't

25 done any arrests yet.  He just wanted to give up the

SANTA FE OFFICE                                                                        MAIN OFFICE
119 East Marcy, Suite 110                                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                                            Albuquerque, NM 87102
(505) 989-4949                                                                           (505) 843-9494
FAX (505) 843-9492                                                                   FAX (505) 843-9492
                                                                                        1-800-669-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE                                                    e-mail: info@litsupport.com

1  gang life and turned in his shank and told STIU

2  that, and then they called me.  That's correct.

3       Q.   So STIU called you on the phone and said,

4  "Hey, we got a guy here that you might be interested

5  in talking to"?

6       A.   Yes.

7       Q.   And just so that it's very clear, the

8  people that work for the Security Threat

9  Intelligence Unit are employees of the New Mexico

10 Department of Corrections; right?

11      A.   Yes.

12      Q.   And they, in fact, work at the

13 Penitentiary of New Mexico where the Government

14 witnesses later were engaging in sex acts with their

15 girlfriends and wives.

16      A.   The STIU are in all the prisons.

17      Q.   So they work at the prison where the sex

18 acts occurred.

19      A.   Some of them do.

20      Q.   Okay.  Do you also have email addresses

21 for people in the Security Threat Intelligence Unit?

22      A.   Some of them.

23      Q.   And are you also in telephonic contact

24 with other employees of the New Mexico Department of

25 Corrections that are in other units or other

SANTA FE OFFICE                                    MAIN OFFICE
119 East Marcy, Suite 110                     201 Third NW, Suite 1630
Santa Fe, NM 87501                              Albuquerque, NM 87102
(505) 989-4949                                        (505) 843-9494
FAX (505) 843-9492                                FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

335

1  positions, not the STIU?

2      A.    Yes.

3      Q.    And you have their email addresses and

4  contacts, as well; right?

5      A.    I do.

6      Q.    When were the tablets seized from the

7  Government witnesses?

8      A.    The day after I received the email

9  confirmation -- I previously testified about one of

10  the cooperating defendants and their attorney asking

11  me to come to a meeting at Sandoval.  I attended

12  that.  That cooperator claimed they were

13  compromised, sent me the email.  The next day I let

14  the Marshal Service and the U.S. Attorney's Office

15  know, and then the Marshal Service caused them to be

16  seized.  I'd have to go back to my reports to give

17  you the exact date.

18      Q.    Do you know roughly month and year?

19      A.    The year would be 2017.  I think it was --

20  gosh, it's been seven or eight months.  So spring,

21  early 2017.

22      Q.    You testified, when Mr. Castellano asked

23  you, that you investigated some people's family

24  members for witness intimidation and smuggling drugs

25  into the prison.  Do you recall that testimony?



SANTA FE OFFICE                                           MAIN OFFICE
119 East Marcy, Suite 110                      201 Third NW, Suite 1630
Santa Fe, NM 87501                              Albuquerque, NM 87102
(505) 989-4949                                        (505) 843-9494
FAX (505) 843-9492                                FAX (505) 843-9492
                                                    1-800-669-9492
                                          e-mail: info@litsupport.com

1    A.   Yes.

2    Q.   Okay.  You didn't investigate any family

3  members of Mr. Sanchez for intimidating witnesses or

4  smuggling drugs into the prison, did you?

5    A.   No.

6    Q.   You testified, when Mr. Castellano asked

7  you on redirect, that before Government witnesses

8  were allowed to intermingle, you took their

9  statement -- or you took a statement from them

10  first.  Do you recall that testimony?

11    A.   Yes.

12    Q.   Okay.  That's not true, is it, in every

13  case?

14    A.   I can't think of a case where --

15    Q.   Well, is there a situation where you told

16  one Government -- where you set up a meeting between

17  one Government cooperator and somebody you wanted to

18  become a Government witness, and let them speak

19  prior to you ever interviewing the person who the

20  Government witness had a meeting with?

21    A.   You have to break that down for me.  I'm

22  not sure I'm following.

23    Q.   We talked about this yesterday.  Wasn't

24  there a situation where you arranged a meeting

25  between a Government witness and someone that was

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   actually charged as a defendant?

2       A.   I don't think so.  I think I've had

3   meetings with cooperators and uncharged people.  I'm

4   not sure that I have with --

5       Q.   Well, did you have a Government -- did you

6   arrange a meeting between a Government witness and

7   an individual by the name of David Calbert, who

8   later became a Government witness?

9       A.   Oh, see, I don't think that was later.  I

10  think that was all the same day, and that was

11  approved through their attorneys.  So I think that

12  that was all just two cooperators meeting.  It

13  sounds like you're asking if one of them was a

14  noncooperator, and I don't think he was.

15      Q.   Well, at the time of the meeting, was

16  David Calbert a Government witness?

17      A.   He'd agreed to be.

18      Q.   At the time of the meeting, had you

19  interviewed Mr. Calbert?

20      A.   Yes.  I was walking him out of the FBI

21  office, and Lupe Urquizo was waiting in another area

22  of the office.

23      Q.   So you arranged the meeting -- based on

24  your recollection today, you're saying you arranged

25  the meeting after you spoke with Mr. Calbert?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   Excuse me.  That you arranged the meeting to happen

2   after you spoke with Mr. Calbert?

3        A.   I believe so, because I think I was

4   escorting Calbert out to the STIU vehicles to

5   transport him back.  But the order may have been

6   different there.  I cleared it with their attorneys

7   and we all walked down there.  I'm thinking it was

8   after, though.

9             THE COURT:  Would this be a good time for

10  us to take our morning break, Ms. Jacks?

11            MS. JACKS:  Sure.  That's fine.

12            THE COURT:  All right.

13            I'm going to give you this instruction

14  this morning, and then you probably won't hear it

15  anymore today.  But since we are taking our first

16  break during the Government's evidence today, I'm

17  going to remind you of a few things that are

18  especially important.

19            Until the trial is completed, you're not

20  to discuss the case with anyone, whether it's

21  members of your family, people involved in the

22  trial, or anyone else.  That includes your fellow

23  jurors.  If anyone approaches you and tries to

24  discuss the trial with you, let me know about it

25  immediately.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              Also, you must not read or listen to any
 2   news reports of the trial.  Again, don't get on the
 3   internet, do any research for purposes of this case.
 4              And finally, remember that you must not
 5   talk about anything with any person who is involved
 6   in the trial, even if it doesn't have anything to do
 7   with the trial.
 8              If you need to speak with me, simply give
 9   a note to one of the court security officers or Ms.
10   Standridge.
11              Like I said, I'll try not to repeat these
12   things when we take breaks today, but do keep them
13   in mind each time we do take a break.
14              All right.  We'll be in recess for about
15   15 minutes.
16              (The jury left the courtroom.)
17              THE COURT:  Ms. Standridge did speak to
18   Ms. Sauer, and yes, Ms. Sauer meant she had no
19   relationship to the witnesses.  So I think unless
20   anybody thinks otherwise, I think we're fine.
21              All right.  We'll be in recess for about
22   15 minutes.
23              (The Court was in recess.)
24              THE COURT:  Let's go back on the record.
25   Anybody need to discuss anything before we bring in
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    the jury?

2           MS. BHALLA:  Yes, Your Honor.

3           THE COURT:  Ms. Bhalla.

4           MS. BHALLA:  Thank you, Your Honor.  As

5    the Court's aware, we've been raising the issue of

6    late disclosures repeatedly in this case.  One of

7    those involves a report dated February 16, 2015.

8    It's a security threat assessment prepared by

9    Captain Sapien and Chris Cupit.  It's filled with

10   Giglio material involving almost every confidential

11   informant in this case.

12          The biggest problem with this late

13   disclosure is contained within the report.  Bates

14   No. 51438 is a letter from a confidential informant

15   who gives Giglio material on almost every single

16   cooperating witness in this case, which has been

17   redacted and it's completely illegible and has never

18   been disclosed previously, and was sent to Captain

19   Sapien in 2015.

20          And I would ask the Court to again

21   consider the remedy we've requested of striking at

22   least one of the informants in this case.  We would

23   move for the striking of Billy Cordova, since this

24   letter appears to involve Billy Cordova.

25          THE COURT:  Are y'all preparing a motion

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                         (505) 843-9494
FAX (505) 843-9492                                            FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

 1   on this, or is this just disclosures?

 2           MS. BHALLA:  The problem, Your Honor, is,

 3   we're trying to keep up with the ongoing

 4   disclosures.  It's really difficult for us to have

 5   the time to write the motion, because we're trying

 6   to process all this new discovery that keeps coming

 7   in.  We're doing our best, but it's not an easy job,

 8   Your Honor.

 9           THE COURT:  When you say "redacted," is it

10   still redacted, or --

11           MS. BHALLA:  Yes, Your Honor.  It's still

12   redacted.  In addition to being redacted, it's

13   illegible.  It's like a picture copy.  It's not the

14   actual letter.  It's a photographic copy of the

15   letter.

16           THE COURT:  Okay.  I think I've seen this.

17   This is the handwritten one; correct?

18           MS. BHALLA:  Do you want me to approach,

19   Your Honor, so you can see it?

20           THE COURT:  I can see it.

21           MS. ARMIJO:  Can we get a Bates number?

22   I'm sorry, I missed it.

23           MS. BHALLA:  The Bates number that

24   contains a picture of the letter is 51438.  And we

25   tried to do a search to see if this letter has

SANTA FE OFFICE                                               MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                             (505) 843-9494
FAX (505) 843-9492                                     FAX (505) 843-9492
                                                          1-800-669-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE
                                                  e-mail: info@litsupport.com

1  previously been disclosed, and we have not been able

2  to locate it.

3          THE COURT:  Okay.  Let me see -- Mr. Beck?

4  Do you have a response, Mr. Beck?

5          MR. BECK:  Yes.  It sounds like they

6  requested the letter at some point and that's the

7  way it was provided to us, a picture like that.  I

8  will follow up and see if the actual letter exists

9  somewhere in an unredacted form and see if we can

10 produce that.

11         THE COURT:  Do you know if it was produced

12 earlier in the case?  Can you make that

13 determination?  Let's see what the Government can

14 provide, and then we'll address it, and let's see if

15 it's a little bit more.

16         MS. BHALLA:  Thank you.

17         THE COURT:  All rise.

18         (The jury entered the courtroom.)

19         THE COURT:  I failed to introduce my

20 clerk.  I told you Rick Mendenhall was going to come

21 down from Albuquerque on Monday.  He actually came

22 on Tuesday.  He had an appointment on Monday in

23 Albuquerque.

24         Mr. Mendenhall grew up in Albuquerque,

25 went to Albuquerque Academy, then went to the

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   University of Denver; went to Georgetown University
 2   for law school, and he's come home.  He worked in
 3   New York.  He had a gap year before he started his
 4   clerkship.  So he worked -- well, actually, it was
 5   in Washington, D.C., wasn't it, for a predominantly
 6   New York firm.  And I don't know.  He's getting more
 7   comfortable being home, eating the green chile and
 8   stuff, so he may stick around.  He's got an offer to
 9   go back to D.C., but he may stick around.
10            All right.  Mr. Acee, I'll remind you
11   you're still under oath.
12            And Ms. Jacks, if you wish to continue
13   your recross, you may do so at this time.
14            MS. JACKS:  Thank you.
15            THE COURT:  Ms. Jacks.
16   BY MS. JACKS:
17       Q.   So Agent Acee, Mr. Lowry asked you some
18   questions about your comments to some of the
19   Government witnesses about, if it's not recorded, it
20   didn't happen.  Do you recall those questions?
21       A.   Yes.
22       Q.   And my question to you about that is:
23   Why -- was it important to you that the Government
24   witnesses got recordings of things they claimed
25   people said to them?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    A.   Why was that important to me?

2    Q.   Was it important?

3    A.   Yes.

4    Q.   Okay.  And was it important, at least in

5  part, because the recording would help corroborate

6  what these Government witnesses were claiming was

7  said?

8    A.   Yes.

9    Q.   Mr. Lowry asked you some questions.  This

10  is in connection with the door that joins the blue

11  pod and yellow pod out at Southern New Mexico

12  Correctional Facility.  First of all, that door --

13  is that a door that people can just freely walk

14  through, or is that a door that needs to be opened

15  with a key?

16    A.   It needs to be opened by the guards in the

17  monitoring station.

18    Q.   The guards up in the bubble that looks out

19  onto the units?

20    A.   Yes.

21    Q.   They have to electronically pop the door?

22    A.   Yes.

23    Q.   Do you know whether the door also has a

24  key?

25    A.   I don't.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1        Q.   And it's a door that correctional officers
2   use; is that right?
3        A.   Yes.
4        Q.   It's not a door that inmates go in and out
5   of?
6        A.   Not unless the officer pops it for them.
7        Q.   Okay.  Mr. Lowry asked you some questions
8   about video in blue pod.  Are you aware that there
9   is video surveillance capability in blue pod?
10       A.   Yes.
11       Q.   And is that 24 hours a day, seven days a
12  week?
13       A.   Yes.
14       Q.   And is that video, based on your
15  knowledge, that's stored for some period of time?
16       A.   Yes.
17       Q.   Do you know the period of time that the
18  video is stored for and the capability of the
19  system?
20       A.   I don't.
21       Q.   Okay.  Is there a similar video setup in
22  yellow pod?
23       A.   There should be, yes.
24       Q.   Have you been out to Southern New Mexico
25  Correctional Facility?
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                        Albuquerque, NM 87102
(505) 989-4949                                                   (505) 843-9494
FAX (505) 843-9492                                           FAX (505) 843-9492
                                                              1-800-669-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE                                    e-mail: info@litsupport.com

1        A.     I have.

2        Q.     Have you been in yellow pod?

3        A.     Yes.

4        Q.     And have you seen the exact same sorts of

5    surveillance cameras set up in yellow pod that's in

6    blue pod?

7        A.     Yes.

8        Q.     And to your knowledge, do those cameras

9    record 24 hours a day, seven days a week?

10       A.     They do.

11       Q.     And there is some sort of storage

12   capability for video on that system?

13       A.     Yes.

14       Q.     Do you know how long?

15       A.     I don't.

16       Q.     Mr. Lowry asked you some questions about

17   Government witness Jerry Armenta, and I think that

18   you said that he had actually agreed to become a

19   witness while the state prosecution was still

20   pending.

21       A.     That's my recollection.

22       Q.     Okay.  Did he agree -- do you know the

23   circumstances under which Mr. Armenta agreed to be a

24   witness in the state prosecution regarding the

25   Molina murder?

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                       201 Third NW, Suite 1630
Santa Fe, NM 87501                                             Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492                                               FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1    A.   No, I wasn't part of the investigation

2  back then.

3    Q.   Do you know what the terms -- or what was

4  promised to him in exchange for becoming a witness?

5    A.   No.

6    Q.   Do you know whether he was offered a

7  sentence, a reduced sentence of 18 months in prison

8  if he were to become a Government witness?

9    A.   I don't know anything about those

10  negotiations.

11    Q.   Mr. Castellano asked you some questions

12  about Mauricio Varela.  This was in the context of

13  people who admitted that they had some role in the

14  Molina homicide.  Do you recall those questions?

15    A.   Yes.

16    Q.   Mauricio Varela always contended that he

17  was falsely accused of the Molina homicide; correct?

18    A.   I've never talked to him.  I don't know.

19    Q.   You suspected him in that crime; is that

20  right?

21    A.   Yes.

22    Q.   And he has never admitted participation in

23  the Molina homicide to you or anyone else, to your

24  knowledge, has he?

25    A.   He hasn't to me.  He's had some

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  conversation with cooperators about it.

2      Q.    You claim that -- or you testified, I

3  think, previously that Mr. Duran, Eric Duran, the

4  Government witness, told you that Varela had made

5  some sort of admission to him; is that right?

6      A.    Yes.

7      Q.    And Duran claimed that that was on a

8  recording.

9      A.    Yes.

10     Q.    And you were not able to corroborate that

11  information.

12     A.    Not via the recording.

13     Q.    Mr. Lowry asked you some questions about

14  Lupe Urquizo, and it was in regard to whether you

15  ever threatened him with the death penalty.  Do you

16  recall those questions?

17     A.    Yes.

18     Q.    When you met with Mr. Urquizo -- let me go

19  back for a second.  And I think what your answer

20  was, was that nobody from the FBI or the U.S.

21  Attorney's Office mentioned that.

22     A.    To my recollection, that's correct.

23     Q.    In your meetings with Lupe Urquizo, were

24  you also accompanied by members of the New Mexico

25  Department of Corrections, whether they were from

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1  the Security Threat Intelligence Unit or working in

2  some other capacity?

3       A.   Yes, because he was confined within a

4  prison.

5       Q.   And did anybody in the meetings -- anybody

6  threaten Mr. Urquizo with the death penalty?

7       A.   In no meeting -- in any of the meetings I

8  attended with Mr. Urquizo, I never heard any kind of

9  threats about the death penalty.

10      Q.   Even from people not employed by the FBI

11 or the U.S. Attorney's Office?

12      A.   If I'm in a room, and there's any people

13 in there, regardless of what their uniform or badge

14 says -- I have never heard a person threaten Mr.

15 Urquizo with the death penalty.

16      Q.   Okay.  Thank you.

17           MS. JACKS:  I have nothing further.

18           THE COURT:  Thank you, Ms. Jacks.

19           Mr. Castellano, do you have any redirect?

20           MR. CASTELLANO:  No, Your Honor.

21           THE COURT:  All right.  Mr. Acee, you may

22 step down.  Thank you for your testimony.

23           MR. CASTELLANO:  I note that Agent Acee is

24 subject to re-call.

25           THE COURT:  That's correct.  And he can

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    remain in the courtroom.

2

3    UNITED STATES OF AMERICA

4    STATE OF NEW MEXICO

5

6                C-E-R-T-I-F-I-C-A-T-E

7        I, Jennifer Bean, FAPR, RDR, CRR, RMR, CCR,

8    Official Court Reporter for the State of New Mexico,

9    do hereby certify that the foregoing pages

10   constitute a true transcript of proceedings had

11   before the said Court, held in the District of New

12   Mexico, in the matter therein stated.

13       In testimony whereof, I have hereunto set my

14   hand on this 16th day of March, 2018.

15

16       _____

17       Jennifer Bean, FAPR, RMR-RDR-CCR
         Certified Realtime Reporter
18       United States Court Reporter
         NM Certified Court Reporter #94
19       333 Lomas, Northwest
         Albuquerque, New Mexico 87102
20       Phone:          (505) 348-2283
         Fax: (505) 843-9492
21       License expires:  12/31/18

22

23

24

25

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

 

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com