1

1          IN THE UNITED STATES DISTRICT COURT

2            FOR THE DISTRICT OF NEW MEXICO

3    UNITED STATES OF AMERICA,

4                    Plaintiff,

5        vs.            NO:  CR-15-4268 JB

6    ANGEL DELEON, et al.,

7                    Defendants.

8

9        Transcript of excerpt of testimony of

10                ERIC PRESTON DURAN

11            Tuesday, February 20, 2018

12            Wednesday, February 21, 2018

13            Thursday, February 22, 2018

14

15

16

17

18

19

20

21

22

23

24

25

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2

```
1                          I N D E X

2    EXAMINATION OF ERIC PRESTON DURAN

3    By Ms. Armijo                                    4

4    EXAMINATION OF ERIC PRESTON DURAN

5    By Ms. Armijo                                   63

6    By Ms. Duncan                                  187

7    By Ms. Bhalla                                  258

8    By Mr. Villa                                   261

9    By Ms. Jacks                                   278

10   By Ms. Armijo                                  292

11   By Ms. Duncan                                  308

12   By Mr. Villa                                   310

13   EXAMINATION OF ERIC PRESTON DURAN

14   By Ms. Bhalla                                  321

15   By Ms. Duncan                                  322

16   By Ms. Armijo                                  326

17   REPORTER'S CERTIFICATE                         329

18                     EXHIBITS ADMITTED

19   Defendants' FR Admitted                        207

20   Defendants' AE1 through AE5 Admitted           202

21   Defendants' V4 Admitted                        248

22   Defendants' V9 Admitted                        248

23   Government 292 Admitted                         79

24   Government 296 Admitted                        112

25   Government 304 Admitted                         93
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3

```
 1   Government 308 Admitted                          115

 2   Government 310 Admitted                          105

 3   Government 320 Admitted                          107

 4   Government 322 Admitted                           67

 5   Government 324 Admitted                          185

 6   Government 328 Admitted                          149

 7   Government 330, 344, and 416 Admitted            145

 8   Government 330 Admitted                          152

 9   Government 344 Admitted                          153

10   Government 348 Admitted                          163

11   Government 362 Admitted                           90

12   Government 368 Admitted                           49

13   Government 376 Admitted                           85

14   Government 384 Admitted                          121

15   Government 388 Admitted                          103

16   Government 390 Admitted                          110

17   Government 416 Admitted                          147

18   Government 418 Admitted                          157

19   Government 420 Admitted                          138

20
     Government 422 Admitted                          132
21
     Government 430 Admitted                            5
22

23

24

25
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

**BEAN & ASSOCIATES, Inc.**
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1                         February 20, 2018
 2              THE COURT:  All right.  Ms. Armijo, it
 3  looks like Mr. Duran is here.  So I've told them
 4  what I'm going to do.
 5              All right.  Mr. Duran, if you'll come up
 6  to the witness box, and before you're seated, my
 7  courtroom deputy will swear you in.
 8                      ERIC PRESTON DURAN,
 9        after having been first duly sworn under oath,
10        was questioned, and testified as follows:
11              THE CLERK:  Please be seated.  State and
12  spell your name for the record.
13        A.   Eric Preston Duran.  E-R-I-C,
14  P-R-E-S-T-O-N, D-U-R-A-N.
15              THE COURT:  Mr. Duran.  Ms. Armijo.
16              MS. ARMIJO:  Thank you, Your Honor.
17                     DIRECT EXAMINATION
18  BY MS. ARMIJO:
19        Q.   Mr. Duran, how old are you?
20        A.   40.
21        Q.   And where were you born?  What state?
22        A.   In California.
23        Q.   At some point did you come over to New
24  Mexico?
25        A.   I did, ma'am.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.    How old were you when you came to New
 2   Mexico?
 3        A.    Age of 13.
 4        Q.    And did you come with any family?
 5        A.    I came with my mother.
 6        Q.    What part of the state did you move to?
 7        A.    Portales, New Mexico.
 8        Q.    Now, as a teenager, did you have any
 9   problems with the law?
10        A.    I did.
11        Q.    And eventually did you find yourself, when
12   you were 18 years old, with a felony conviction?
13        A.    Yes, ma'am.
14              MS. ARMIJO:  And Your Honor, I believe
15   I'll admit without objection Exhibit Number 430 into
16   evidence.
17              THE COURT:  Any objection?
18              MS. DUNCAN:  No objection.
19              THE COURT:  Not hearing any objection,
20   Government's Exhibit 430 will be admitted into
21   evidence.
22              (Government Exhibit 430 admitted.)
23   BY MS. ARMIJO:
24        Q.    Now, were you initially, in 1997,
25   convicted of aggravated burglary?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

6

```
 1        A.    Yes, ma'am.

 2        Q.    As a felony?

 3        A.    Yes, ma'am.

 4        Q.    And were you placed on probation?

 5        A.    Yes, ma'am.

 6        Q.    How old were you?

 7        A.    19, I believe.

 8        Q.    And then when you were on probation, did

 9  you pick up some additional charges?

10        A.    Yes, ma'am.

11        Q.    Now, I'm going to go to Exhibit Number

12  430.  And if we could please display Bates 53372.

13              All right.  Now, we're looking at a

14  conviction that you have.  Do you recognize that?

15        A.    Yes, ma'am.

16        Q.    Okay.  And does it appear that back on the

17  29th day of July of 1998, that you received two

18  felonies for aggravated assault on a peace officer,

19  which are third-degree felonies, the unlawful taking

20  of a motor vehicle, resisting arrest, and looks like

21  the misdemeanor was a High Court Misdemeanor, and

22  then concealing identity was dismissed; is that

23  correct?

24        A.    Yes, ma'am.

25        Q.    And then for that -- if you could go to
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   the next page, please -- were you subsequently for
 2   all of those charges sentenced to a term of -- I am
 3   looking here -- it says, "All counts shall run
 4   consecutive to one another for a total of 10 and one
 5   half years."  Does that appear accurate?
 6        A.   Yes, ma'am.
 7        Q.   And so with that, were you sent to prison?
 8        A.   Yes, ma'am.
 9        Q.   And also the charge that we talked about
10   earlier, was that revoked and were you sentenced to
11   prison on that case, as well?
12        A.   Yes, ma'am.
13        Q.   And do you recall how long?  And if not,
14   we can certainly look it up.  Were you sent for one
15   and a half years on that first case, your very first
16   felony as an adult?
17        A.   Yes, ma'am.
18        Q.   Now, when you were sent to prison, where
19   was it that you were initially sent to; do you
20   recall?
21        A.   The initial place I went to for jail?
22        Q.   Right.  Well, let me put it this way.  You
23   were probably in jail before these charges were
24   adjudicated; is that right?
25        A.   Correct.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.    And then were you sent to prison?

 2        A.    Yes.

 3        Q.    To the New Mexico Corrections Department?

 4        A.    Yes, ma'am.

 5        Q.    And when, approximately, were you released

 6   from doing that prison time?

 7        A.    In 2003.

 8        Q.    Did something happen to you while you --

 9   when you went to prison, as far as an incident with

10   correctional officers?

11        A.    Yes, ma'am.

12        Q.    What happened?

13        A.    I was assaulted by correctional officers

14   and I filed a lawsuit.

15        Q.    When you say you were assaulted, what year

16   did it happen?

17        A.    1998.

18        Q.    And where did it happen?

19        A.    In Lea County, Hobbs, New Mexico.

20        Q.    Was it a New Mexico correctional facility?

21        A.    It was a privately ran prison.

22        Q.    And --

23        A.    Within New Mexico.

24        Q.    Within New Mexico?

25        A.    Yes, ma'am.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.    And how many guards were involved?
 2        A.    At least eight.
 3        Q.    Did you receive any injuries?
 4        A.    I did.
 5        Q.    What kind of injuries did you receive?
 6        A.    I had a broken jaw, head injuries, and
 7   back injuries.
 8        Q.    Now, you said that you filed a lawsuit
 9   against those individuals?
10        A.    Yes, ma'am.
11        Q.    Were those individuals also prosecuted by
12   the federal government?
13        A.    Yes, ma'am.
14        Q.    And were they convicted?
15        A.    Yes, ma'am.
16        Q.    Did you receive a settlement as a result
17   of that incident by the State of New Mexico?
18        A.    Yes, ma'am.
19        Q.    How much did you receive?
20        A.    I'm not sure if I'm even allowed to
21   disclose that amount.
22        Q.    Well, is it in the discovery?
23        A.    I signed a contract not to.
24        Q.    Okay.  Did you receive a substantial
25   amount from the Corrections Department?
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                       Albuquerque, NM 87102
(505) 989-4949                                                    (505) 843-9494
FAX (505) 843-9492                                          FAX (505) 843-9492
                                                               1-800-669-9492
                                                     e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        A.    Yes, ma'am.

 2        Q.    And when did you receive that money?

 3        A.    In 2002, August.

 4        Q.    Now, you were in prison; is that correct?

 5        A.    Yes, ma'am.

 6        Q.    Was it being handled for you by other

 7   parties?

 8        A.    It was.

 9        Q.    Now, you indicated that you got out in

10   2003; is that correct?

11        A.    Yes, ma'am.

12        Q.    Before you got out in 2003, were you aware

13   of the SNM?

14        A.    Yes, ma'am.

15        Q.    What is the SNM?

16        A.    A prison gang.

17        Q.    And what does SNM stand for?

18        A.    Syndicato de Nuevo Mexico.

19        Q.    And when were you first aware of SNM?

20        A.    When I initially came to prison, in 1998.

21        Q.    When you first got in in 1998 -- well, let

22   me ask you this question before I go any further.

23   Are you now or were you ever a member of the SNM?

24        A.    I was a member of the SNM.

25        Q.    And when did you become a member of the
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   SNM?

 2        A.   In 2003.

 3        Q.   Now, you said that you were aware of them

 4   in 1998.  How so?

 5        A.   I met one of the members of the SNM at a

 6   facility that I arrived to, which was the South.

 7        Q.   Okay.

 8        A.   PNM.

 9        Q.   Okay.  And when you say "the South,"

10   you're talking about how PNM has two facilities, the

11   North and the South?

12        A.   Correct.

13        Q.   Now, how is it that you became a member in

14   2003?

15        A.   I was brought in by high-ranking members.

16        Q.   And who did that include?

17        A.   Paul Martin and Oso Bear.

18        Q.   And who was the other?

19        A.   Oso Bear.

20        Q.   Does Oso mean bear in Spanish?

21        A.   Yes, ma'am.

22        Q.   Now, are you aware of different qualities

23   that members have to offer the SNM?

24        A.   Yes, ma'am.

25        Q.   What would you say was your benefit to the
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                201 Third NW, Suite 1630
Santa Fe, NM 87501                                       Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 843-9492                                          FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1  SNM?  What did you bring to the table?

2      A.   As far as being -- besides a soldier, just

3  the business, as I said earlier.

4      Q.   When you were in prison up until 2003, did

5  you ever -- were you ever involved in the drug

6  business?

7      A.   I was involved in the drug business.

8      Q.   Tell the jury about that.

9      A.   I sold, brought in drugs into facilities.

10 Sold drugs, made money.  Helped out other members of

11 SNM with drugs.  Helped them out with money, as

12 well.

13     Q.   What is the SNM?

14     A.   The SNM is an organization that's violent,

15 very territorial, operates from within the prison

16 system to society.

17     Q.   Are they involved in any crimes?

18     A.   They're involved in narcotics trafficking,

19 and intimidate and influence other smaller gangs by

20 murder and brutal assaults.

21     Q.   Are there any rules within the gang?

22     A.   There are several rules.

23     Q.   What are some of the important rules?

24     A.   I guess the Number 1 rule would be not to

25 cooperate, be a witness against the SNM; follow

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                 Albuquerque, NM 87102
(505) 989-4949                                            (505) 843-9494
FAX (505) 843-9492                                   FAX (505) 843-9492
                                                      1-800-669-9492
                                              e-mail: info@litsupport.com



```
 1   order.  If you're told to do something, you've got
 2   to do it or the consequence will be death.  You
 3   can't leave the gang once you're initiated into the
 4   gang, or the consequence would be death.  No --
 5   can't be a child molester or a rapist.
 6        Q.   Now, you mentioned that you were involved
 7   in the drug-trafficking aspect of it.  Did you ever
 8   use drugs while you were in prison?
 9        A.   No, ma'am.
10        Q.   And why is that?
11        A.   Because --
12        Q.   It's just something that you didn't get
13   into or --
14        A.   I just never got into it.
15        Q.   Now, you indicated that in 2003 you were
16   released; is that correct?  Do you recall
17   approximately when?
18        A.   I was released September 16 of 2003.
19        Q.   Now, did you eventually make your way back
20   into prison after being let out in 2003?
21        A.   Yes, ma'am.
22        Q.   I'm going to go to again Exhibit Number
23   430.  If we could please show Bates 53375.
24             I know that's kind of light.  But can you
25   see that this is in a cause number that I believe is
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                           201 Third NW, Suite 1630
Santa Fe, NM 87501                                                 Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 843-9492                                                 FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

14

1    in 2004 that indicates coming to court for a hearing

2    on February 28 of 2005 and -- there you go -- for

3    the count of murder in the second degree as an

4    accessory?

5         A.   Yes, ma'am.

6         Q.   Did you receive that conviction?

7         A.   Yes, ma'am.

8         Q.   All right.  And did that involve -- why

9    don't you tell the jury what that incident involved.

10        A.   It involved me being an accessory to

11   murder.

12        Q.   And when you were out on the street, was

13   there an issue that arose with all the money that

14   you had received from Corrections?

15        A.   Yes, ma'am.

16        Q.   And eventually did it lead to somebody

17   being killed?

18        A.   Yes, ma'am.

19        Q.   Was it your understanding the victim in

20   this case was somebody that was trying to rip you

21   off?

22        A.   Yes, ma'am.

23        Q.   And how many years were you sentenced to

24   prison?

25        A.   Fifteen.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.    How many?

 2        A.    Fifteen.

 3        Q.    And did you subsequently -- I'm going to

 4   53377.  Just while we still have your convictions at

 5   hand, did you also receive another felony conviction

 6   for possession of a deadly weapon by a prisoner in

 7   2013?

 8        A.    Yes, ma'am.

 9        Q.    All right.  And what does this incident

10   involve?

11        A.    It involves me having a weapon and being

12   caught with a weapon within my cell.

13        Q.    Okay.  Where were you at?

14        A.    Southern New Mexico Correctional Facility.

15        Q.    And why did you have a weapon?

16        A.    I had a weapon.  Based on what we're

17   taught as members of the SNM is to always keep a

18   weapon close for war.

19        Q.    And did you basically receive an

20   additional term of incarceration and probation for

21   this incident?

22        A.    Yes, ma'am.

23        Q.    And I believe it was for an additional

24   year incarcerated; does that sound correct?

25        A.    Yes, ma'am.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.    So approximately -- you go back to the

2   Corrections Department in 2005.  Does that sound

3   correct?

4      A.    Yes, ma'am.

5      Q.    And when you went into Corrections at this

6   point -- I believe you had indicated that you'd

7   become a member in 2003.  Were you still a member of

8   the SNM?

9      A.    Yes, ma'am.

10     Q.    And in general -- you don't have to be

11  specific right now as far as years or anything

12  else -- but can you tell the jury the different

13  facilities you had been housed in over the years

14  with Corrections?

15     A.    I've been housed at the correctional

16  facility, at Lea County Correctional Facility, which

17  is in Hobbs, New Mexico.  That's where I initially

18  went in 2005.  I've been housed at the North

19  facility at the Penitentiary of New Mexico and the

20  South facility at the Penitentiary of New Mexico.

21  I've been housed at the Santa Rosa Correctional

22  Facility in Santa Rosa, New Mexico.  And I've been

23  housed at the Southern New Mexico Correctional

24  Facility here in Las Cruces.

25     Q.    And I'm just going to go over a couple of

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                    FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1    things during your stay there.  At the different

 2    facilities, have you ever been caught with

 3    contraband; for instance, a cellphone?

 4         A.   I was caught with a cellphone and drugs at

 5    PNM North facility in Santa Fe, New Mexico.

 6         Q.   And that cellphone was provided to you by

 7    whom?

 8         A.   By an associate.

 9         Q.   It wasn't provided to you as far as any

10    sort of -- you weren't supposed to have it?

11         A.   No, no.

12         Q.   I'm assuming you weren't supposed to have

13    the drugs, et cetera?

14         A.   No, ma'am.

15         Q.   And did you receive discipline for that?

16         A.   Yes, ma'am.

17         Q.   At some point you indicated that you came

18    to Southern.  When were you in Southern?

19         A.   I've been to Southern twice.  Which

20    occasion?

21         Q.   Tell us about the number, which two

22    occasions those are.

23         A.   I came to Southern New Mexico Correctional

24    Facility in 2006 and in 2013.

25         Q.   Now, I'm going to ask you about a few
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                201 Third NW, Suite 1630
Santa Fe, NM 87501                                        Albuquerque, NM 87102
(505) 989-4949                                                       (505) 843-9494
FAX (505) 843-9492                                           FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1   people.   Do you know Daniel Sanchez?

2        A.   Yes, ma'am.

3        Q.   How do you know Daniel Sanchez?

4        A.   I met Daniel Sanchez in 1998 at the

5   Penitentiary of New Mexico, South facility.

6        Q.   And when you met him, do you know whether

7   or not he was an SNM Gang member?

8        A.   He was an SNM Gang member.

9        Q.   And did you have an opportunity to talk to

10  him during that time period?

11       A.   Yeah, I spoke to him.  I met him.

12       Q.   "To your man"?  Is that what you said?

13       A.   No, I spoke to him and met him.

14       Q.   Oh, spoke to him and met him.  Sorry.  And

15  do you see him in the courtroom today?

16       A.   Yeah.

17       Q.   Okay.  You just pointed in the direction.

18  Can you describe what he's wearing?

19       A.   He's wearing a blue suit with a red tie

20  and a light blue shirt.

21       Q.   And where in the courtroom is he seated?

22  To your left?

23       A.   Yes, ma'am.

24            MS. ARMIJO:  May the record reflect

25  identification of the defendant?

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492                                               FAX (505) 843-9492
                                                                    1-800-669-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

e-mail: info@litsupport.com

```
 1          THE COURT:  The record will so reflect.
 2   BY MS. ARMIJO:
 3      Q.   Now, when you met him, did he -- did
 4   you -- in 1998, did you ever meet up with him again
 5   during any other time period before you got to
 6   Southern in 2013?
 7      A.   The next time I met up with him was in
 8   2007.
 9      Q.   And where was that at?
10      A.   The Penitentiary of New Mexico in Santa
11   Fe, at the North.
12      Q.   And did you spend time with him other
13   times, as well?
14      A.   Yeah, I spent quite a lot of time with
15   him.
16      Q.   Did he ever tell you an incident regarding
17   him and a person named Rhino?
18      A.   He told me about the incident that
19   happened between him and Rhino in 2012 at the PNM
20   South facility, where we were both housed together.
21      Q.   And what did he tell you about that
22   incident?
23      A.   He told me that he stabbed Rhino.
24      Q.   Did he say when that was?
25      A.   In 2006 or '05.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.    Now, when you -- at any point when you
 2   were housed with him or near him, do you know
 3   whether or not he had any sort of leadership
 4   responsibilities for SNM?
 5        A.    He was a leader in the SNM organization.
 6        Q.    He was one of the leaders?
 7        A.    He was one of the leaders.  He was a role
 8   model to me.  I looked up to him.
 9        Q.    Did you consider yourself close to him?
10        A.    Close enough to make him the godfather to
11   my daughter.
12        Q.    Now, going to Carlos Herrera, do you know
13   Carlos Herrera?
14        A.    Yes, ma'am.
15        Q.    And how do you know Carlos Herrera?
16        A.    Just being housed with him at different
17   facilities.
18        Q.    Is he an SNM Gang member?
19        A.    Yes, ma'am.
20        Q.    Do you see him in the courtroom?
21        A.    Yeah.  He's right behind you.
22        Q.    What's he wearing?
23        A.    A striped shirt.
24        Q.    What color is it?
25        A.    White and blue.
```

SANTA FE OFFICE                                                                MAIN OFFICE
119 East Marcy, Suite 110                                            201 Third NW, Suite 1630
Santa Fe, NM 87501                                                  Albuquerque, NM 87102
(505) 989-4949                                                              (505) 843-9494
FAX (505) 843-9492                                                    FAX (505) 843-9492
                                                                        1-800-669-9492
                                                              e-mail: info@litsupport.com


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1            MS. ARMIJO:  May the record reflect the
 2   identification of Carlos Herrera?
 3            THE COURT:  The record will so reflect.
 4   BY MS. ARMIJO:
 5       Q.   Now, you indicated he was an SNM Gang
 6   member.  Did you used to ever do business with any
 7   of his family members?
 8       A.   Yeah, I used to do business with his
 9   mother.
10       Q.   What kind of business?
11       A.   I used to buy heroin from her.
12       Q.   To use or to sell?
13       A.   To sell.
14       Q.   And when would you -- when was that?
15       A.   I started buying heroin from her in 1998.
16       Q.   And when did you stop buying heroin from
17   her, if you did?
18       A.   I stopped buying heroin from her around
19   2004.
20       Q.   Now, you were incarcerated during that
21   time; correct?
22       A.   I was incarcerated up to 2003, so I had
23   bought heroin from her when I got out.
24       Q.   Now, Rudy Perez.  Do you know Rudy Perez?
25       A.   I do.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.    And is he in the courtroom today?

 2        A.    Yes.

 3        Q.    Where is he seated?

 4              MR. VILLA:  We'll stipulate.

 5              THE COURT:  Is that sufficient, Ms.

 6   Armijo?

 7              MS. ARMIJO:  Yes.

 8   BY MS. ARMIJO:

 9        Q.    When did you meet Rudy Perez?

10        A.    I met Rudy Perez in 2015.

11        Q.    Where at?

12        A.    At the PNM North facility.

13        Q.    And do you recall approximately when in

14   2015?

15        A.    Approximately August.

16        Q.    And you said it was at the North facility;

17   is that correct?

18        A.    Correct.

19        Q.    Is that where you were being housed?

20        A.    Yes, ma'am.

21        Q.    Do you know him or whether or not he is an

22   SNM Gang member?

23        A.    He is an SNM Gang member.

24        Q.    And I guess I should just ask:  When you

25   were at that in 2015 and housed at the North
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                            FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1   facility, were you being housed with other SNM Gang

 2   members?

 3        A.   Yes, ma'am.

 4        Q.   Was it an SNM pod?

 5        A.   Yes, ma'am.

 6        Q.   Did you ever have conversations with Rudy

 7   Perez?

 8        A.   I had one particular conversation with

 9   Rudy Perez in the yard.

10        Q.   In the yard?

11        A.   Yes, ma'am.

12        Q.   So would he come out to the yard at times?

13        A.   He was out at this particular time, due to

14   a shakedown.

15        Q.   And you say "shakedown."  What are you

16   referring to?

17        A.   The facility was shaken down, the pod that

18   we lived in, to look for contraband.

19        Q.   When you say they're shaking it down, does

20   that mean that correctional officers basically are

21   going through all the property to look for

22   contraband?

23        A.   Yes, ma'am.

24        Q.   What did he tell you?  "He" being Rudy

25   Perez.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1      A.   He just let me know that, you know, he was

 2  down to do whatever needed to be done, regardless of

 3  his circumstances; which he was in a wheelchair at

 4  the time.  So he just wanted to let me know that he

 5  was still able to do whatever he could do,

 6  regardless of his restraint.

 7      Q.   Now --

 8           MS. JACKS:  Excuse me.  Your Honor, we'd

 9  ask that be limited.

10           THE COURT:  All right.  That statement

11  will be limited just in your considerations to the

12  charges against Mr. Perez and not against the other

13  three defendants.

14  BY MS. ARMIJO:

15      Q.   Did he indicate anything to you about

16  underestimating?

17      A.   Just underestimating his ability to put in

18  work due to his circumstances.  And put in work, I

19  mean kill, if need be.

20      Q.   Do you know somebody by the name of

21  Anthony Ray Baca?

22      A.   Yes, ma'am.

23      Q.   I'm sorry, I didn't ask this:  Daniel

24  Sanchez, did he have a nickname in the gang?

25      A.   Dan Dan, Country Dan.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.   What about Carlos Herrera?  Do you know
2 whether or not he had a nickname?
3      A.   Lazy.
4      Q.   Rudy Perez.  Do you know if he had a
5 nickname?
6      A.   Ru Dog.
7      Q.   And Anthony Ray Baca.  Do you know who
8 that is?
9      A.   Yes, ma'am.
10      Q.   Do you see him in the courtroom today?
11      A.   Yes.
12      Q.   And where is he?
13      A.   In the back.
14      Q.   What's he wearing?
15      A.   A suit.
16      Q.   What color?
17      A.   Black, white, the tie.
18           MS. ARMIJO:  May the record reflect
19 identification of Anthony Baca?
20           THE COURT:  The record will so reflect.
21 BY MS. ARMIJO:
22      Q.   Does he have a nickname within the gang?
23      A.   Pup.
24      Q.   And when was it that you met Pup?
25      A.   I met Pup in 2013 at the Southern New

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                 201 Third NW, Suite 1630
Santa Fe, NM 87501                                        Albuquerque, NM 87102
(505) 989-4949                                                   (505) 843-9494
FAX (505) 843-9492                                          FAX (505) 843-9492
                                                              1-800-669-9492
e-mail: info@litsupport.com



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1  Mexico Correctional Facility here in Las Cruces.

2       Q.   When you met him, were you aware of

3  whether or not he had a position within the gang?

4       A.   I knew about his position and him being

5  well-respected within the organization while he was

6  out of state before he even came back, before I met

7  him.

8       Q.   And then once you met him, were you able

9  to come to an opinion as to what position he would

10 have?

11      A.   Immediately, as soon as he came to the

12 facility.

13      Q.   And what position was that?

14      A.   Commander in chief.

15      Q.   Of?

16      A.   The SNM organization.

17      Q.   Now, you indicated that you were at

18 Southern.  Do you recall approximately when you got

19 to Southern and when you left for the last time?

20      A.   I got to Southern in 2013 of October -- of

21 October, I believe.  Or 2012 of October.  And I left

22 November 27 of 2013.

23      Q.   And what led, if you are even aware, to

24 you being moved from Southern?

25      A.   Being apprehended with a weapon that was

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                Albuquerque, NM 87102
(505) 989-4949                                            (505) 843-9494
FAX (505) 843-9492                                   FAX (505) 843-9492
                                                         1-800-669-9492
                                              e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1   found in my cell.
 2       Q.   Is that the weapon that we saw the
 3   conviction that you had for an additional year
 4   incarceration and on probation?
 5       A.   Yes.
 6       Q.   Are you still on probation for that matter
 7   right now?
 8       A.   Yes, ma'am.
 9       Q.   So they found you with a shank, and
10   eventually you were moved back north?
11       A.   Yes, ma'am.
12       Q.   And when I say "back north," I should say
13   to the North facility?
14       A.   Yes, ma'am.
15       Q.   Prior to you going and leaving in October
16   of 2013, did you have conversations with Anthony
17   Baca?
18       A.   I had several conversations with Anthony
19   Baca.
20       Q.   And how is it that you were able to have
21   conversations with him?  Was he in the same pod or
22   were you near each other?  Tell the jury about that.
23       A.   We were able to have conversations when he
24   was outside during his rec time and he could get
25   pretty close to my window, my cell.  We would write
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1  huilas to each other, which are letters, just

 2  expressing whatever is going on in the pod, or just

 3  stuff that we would talk about.  Business.  Drugs,

 4  business, that me and him had together.

 5      Q.   Okay.  And when you talked business, did

 6  you eventually ever have an opportunity to go to the

 7  yard with him?

 8      A.   Yes, I went to the yard with him.

 9      Q.   Okay.  Did you ever have any conversations

10  with him -- let me ask this:  At some point after

11  the issue with the shank, with the weapon that was

12  found, were you placed in a different area at

13  Southern?

14      A.   Yes, ma'am.

15      Q.   Where were you placed?

16      A.   In segregation.

17      Q.   Where were you before you were placed in

18  segregation?

19      A.   In population.

20      Q.   What pod were you in?

21      A.   I was in green pod.

22      Q.   And then you were sent to discipline; is

23  that correct?

24      A.   I was sent to disciplinary unit, yes,

25  segregation.

SANTA FE OFFICE                                                                    MAIN OFFICE
119 East Marcy, Suite 110                                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                                          Albuquerque, NM 87102
(505) 989-4949                                                                      (505) 843-9494
FAX (505) 843-9492                                                             FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
1        Q.   And did you have any conversations with
2   Anthony Baca while there?
3        A.   Yes, ma'am.
4        Q.   Now, during all the times that you spoke
5   to Anthony Baca in 2013, did he ever have a
6   conversation with you regarding the potential that
7   he was going to be leaving Southern?
8        A.   Yes, ma'am.
9        Q.   Tell us about that.
10       A.   He -- we would go to yard and segregation
11  together and discuss plans that he wanted to put in
12  place before he left the facility, one of the plans
13  being to murder Javier Molina.
14            There was another high-ranking official
15  member that was within our organization that was
16  also locked down with us.  His name was Roy
17  Martinez; they call him Shadow.  He was also in
18  segregation because he got caught with a weapon,
19  just like me.  We would have meetings together and
20  discuss what he wanted done.  And what he wanted
21  done was to push a hit towards New Mexico
22  correctional facility officials.
23       Q.   Okay.  And did he ever tell you, if
24  anyone, who he wanted to have hit?  And when you say
25  "hit," what do you mean?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      A.   Hit, I mean killed.

2      Q.   And who were those individuals?

3      A.   There was three individuals that were

4  mentioned:  Dwayne Santistevan, who was the STIU

5  director; Gregg Marcantel, who was the Secretary of

6  Corrections; and Dwayne Santistevan, Jr., which is

7  the son of the STIU director.

8      Q.   Was there anyone -- did he tell you

9  anything as far as plans to try and get this

10  accomplished?

11      A.   As far as plans to get -- yeah, his plan

12  was to send the assailants to murder Javier Molina,

13  comprehending that we would be locked down, the SNM

14  would be locked down as a group, as an organization.

15  And then there was two other members of the

16  organization that were about to be released to the

17  streets within a six-to-seven-month period, and he

18  would order them to carry out the assassination of

19  the correctional facility officials.

20      Q.   Was there anybody -- you mentioned Javier

21  Molina.  Did he indicate that he wanted that hit to

22  happen, as well?

23      A.   Yes, ma'am.

24      Q.   And you said that these conversations --

25  do you recall approximately when they took place?



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        A.    These conversations took place in July and
 2   the first week of August 2013.
 3        Q.    You indicated that he was in segregation
 4   with you?
 5        A.    Correct.
 6        Q.    At some point, does he get shipped back up
 7   north?
 8        A.    Yes, ma'am.
 9        Q.    And then later on, do you follow and go up
10   north as well?
11        A.    Yes, ma'am.
12        Q.    So you were not at Southern when Javier
13   Molina was killed in March of 2014?
14        A.    No, ma'am.
15        Q.    Where were you?
16        A.    I was at the PNM North facility in Santa
17   Fe, New Mexico.
18        Q.    I'm going to kind of jump forward a little
19   bit to late 2014.  What is going on with you then?
20   You're still in corrections at PNM North?
21        A.    Yes, ma'am.
22        Q.    And are you still an SNM Gang member?
23        A.    Yes, ma'am.
24        Q.    Where were you?  Were you being housed
25   with any other SNM Gang members?
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                             FAX (505) 843-9492
                                                                 1-800-669-9492



```
 1        A.   I was.  Yeah, a whole pod of SNM Gang
 2   members.
 3        Q.   Had a lot of SNM Gang members that were
 4   previously at Southern been moved up to the North?
 5        A.   Yes, ma'am.
 6        Q.   And were you in the pod with a lot of --
 7   well, you were in a pod that was strictly PNM; is
 8   that correct?
 9        A.   Yes, ma'am.
10        Q.   So at some point, did you decide to reach
11   out to law enforcement to possibly cooperate with
12   law enforcement?
13        A.   Yes, ma'am.
14        Q.   Okay.  Tell us about that.
15        A.   In 2015, I asked to speak to the STIU
16   Captain, Captain Sapien, and asked him if he would
17   take me to speak to the FBI, because I felt that I
18   had valuable information that I felt that they
19   needed to know.
20        Q.   And you said it was in 2015.  Was that
21   early 2015?
22        A.   Yes, ma'am.
23        Q.   And did you immediately meet with the FBI,
24   or did it take a little bit of time?
25        A.   It took about a week.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1        Q.    Did you eventually meet with the FBI?

2        A.    Yes.

3        Q.    Why did you decide to do that?

4        A.    I just felt like it was time for me to

5   make the right decision and change my life and do

6   the right thing.  And I felt like the SNM was trying

7   to take lives of people, when they shouldn't be

8   taking lives of anybody.  And I just wanted to go

9   against it.

10       Q.    What was going on with SNM at the time?  I

11   mean, were there still lockdowns going on, or were

12   they out in the yard?  I mean, were there tensions?

13   Were things good?  What was going on?

14       A.    There was tension.  It's an organization,

15   so there's always going to be tension in politics.

16   We were all locked down at the time, probably for a

17   year, a year and a half, maybe, we had been locked

18   down.

19       Q.    Did you even -- had you started anything

20   to try and get out of lockdown?

21       A.    A few of the SNM members, including

22   myself, had filed a lawsuit against the Department

23   of Corrections for cruel and unusual punishment

24   because we felt like we were being punished for an

25   action that happened outside of the facility that we

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                           Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                            FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1  were being housed at.  And we felt that we were
 2  being locked down for a reason that we shouldn't be
 3  locked down.
 4       Q.   You're referring to the Javier Molina
 5  incident?
 6       A.   Yes, ma'am.
 7       Q.   And so when you say "a few of us," who
 8  were you being -- if you know, who else came to this
 9  decision to try and file a lawsuit against
10  Corrections?
11       A.   I believe it was the whole pod, but I know
12  myself, Timothy Martinez, and Roy Martinez filed for
13  sure.
14       Q.   Roy Martinez; what is his nickname?
15       A.   Shadow.
16       Q.   And did Shadow -- do you know whether or
17  not, at any point in time, he had a higher position
18  within the SNM?
19       A.   He was a high-ranking official, yes,
20  ma'am.
21       Q.   Were you housed by someone named Robert
22  Martinez?  Or you may not recall.
23       A.   Yes, ma'am.
24       Q.   Who is Robert Martinez?
25       A.   Robert Martinez is Baby Rob.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.    And what was his position with the gang?
 2        A.    He was also a high-ranking official in the
 3   organization.
 4        Q.    You mentioned Timothy Martinez.  Was he
 5   being housed up there in 2015 for at least part of
 6   the time?
 7        A.    He would go back and forth.
 8        Q.    And between there and where, if you are
 9   aware?
10        A.    Here.
11        Q.    Here, as in Southern New Mexico
12   Correctional Facility?
13        A.    Yes, Southern New Mexico Correctional
14   Facility.
15        Q.    So you decided to cooperate, and you met
16   with the FBI; is that correct?
17        A.    Correct.
18        Q.    And when you met with the FBI, in general,
19   did you tell them a variety of things?
20        A.    Yes, ma'am.
21        Q.    And what sort of things or topics did you
22   discuss with them?
23        A.    I discussed the topic of the murder that
24   happened; the Javier Molina murder, the hit that Mr.
25   Baca wanted to conduct against New Mexico
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1  correctional facility officials.
 2       Q.   Did you talk about the SNM in general and
 3  SNM members?
 4       A.   I talked about some SNM members, yes,
 5  ma'am.
 6       Q.   Would it be fair to say that -- and which
 7  FBI agent did you meet with?
 8       A.   Katie.
 9       Q.   Would it be fair to say that was kind of
10  like an introductory meeting with her?  Was it -- I
11  mean, you told her things, but how long had you been
12  an SNM Gang member?
13       A.   I told her things, but it wasn't really
14  official that I was going to work with the FBI on
15  anything, if that's what you're asking me.
16       Q.   Kind of.  You told her about a variety of
17  things that you could assist with.
18       A.   Yes, ma'am.
19       Q.   And you'd been an SNM member since 2003,
20  so over 12 years; correct?
21       A.   Yes, ma'am.
22       Q.   Is it fair to say that in that first
23  meeting with Agent Katie Brusuelas, you were not
24  able to cover everything that had happened since you
25  were an SNM Gang member?
```

SANTA FE OFFICE                                                                                    MAIN OFFICE
119 East Marcy, Suite 110                                                                      201 Third NW, Suite 1630
Santa Fe, NM 87501                                                                            Albuquerque, NM 87102
(505) 989-4949                                                                                        (505) 843-9494
FAX (505) 843-9492                                                                               FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    Yes, ma'am.
 2        Q.    Now, at some point, are you signed as an
 3   FBI cooperator?
 4        A.    Yes, ma'am.
 5        Q.    And was she the initial agent that signed
 6   you up?
 7        A.    Yes, ma'am.
 8        Q.    And as part of that, what was your initial
 9   understanding as to what you could do?
10        A.    Follow the law, for sure.
11        Q.    I'm sorry?
12        A.    Follow the law.  Abide by the law.
13        Q.    Abide by the law is one of the things they
14   wanted you to do; correct?
15        A.    Yes.
16        Q.    But since you were incarcerated, was there
17   a proactive thing that they asked you to do?  For
18   instance, did they ask you to record anybody?
19        A.    They asked me to record Robert Martinez,
20   which is Baby Rob; and Roy Martinez, which is
21   Shadow.
22        Q.    And at this point in time when you
23   initially had agreed to cooperate in recording
24   individuals, where was Anthony Baca?
25        A.    Anthony Baca was out of state at this
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1    time.
 2         Q.   And where were you housed -- and did you
 3    agree to record?
 4         A.   Yes, ma'am.
 5         Q.   Okay.   So -- and I don't want you to
 6    describe any devices or anything, but were you
 7    initially given a recording device by the FBI to
 8    record Roy Martinez and Robert Martinez?
 9         A.   Yes, ma'am.
10         Q.   And where were you housed in relationship
11    to where they were?
12         A.   We were housed at the PNM North facility
13    in Santa Fe, New Mexico.
14         Q.   Okay.   And where was your cell in
15    connection to theirs, if you recall?
16         A.   My cell was the middle cell, and they were
17    on the opposite sides of me.
18         Q.   The device that they gave you -- was it a
19    device that was battery-operated, or was it
20    electrical?   What was the source of power?
21         A.   It was an on-and-off device.
22         Q.   And did you have -- who controlled the
23    on-and-off part of it?
24         A.   Myself.   I did.
25         Q.   And when you say "on-and-off," did it

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                    Albuquerque, NM 87102
(505) 989-4949                                               (505) 843-9494
FAX (505) 843-9492                                      FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1  have -- was it operated by a battery source?
 2       A.   It was operated by a AAA battery.
 3       Q.   And did you record Robert Martinez and Roy
 4  Martinez?
 5       A.   Yes, ma'am.
 6       Q.   At some point in time was a different
 7  device ever given to you?
 8       A.   Exchanged, yes, ma'am.
 9       Q.   And did you have problems with the first
10  device, if you recall?
11       A.   I was -- the devices they gave me had to
12  be -- they had to download the data information that
13  was already recorded onto it.  So they would give me
14  a new one while they were downloading that one.
15       Q.   So you would receive a new device to
16  record -- to continue your recordings?
17       A.   Yes, ma'am.
18       Q.   Now, when you're making recordings, did
19  you start out every time, when you turn it on, by
20  saying, "Today's date is May 12 and this is Eric
21  Duran in North facility?"  Or would you just have to
22  turn it on?
23       A.   Sometimes I would just have to turn it on,
24  and just depending, because, you know, you could
25  hear very well in those cells, so it would be kind
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1    of hard for me to state my name and the time and

 2    date without those individuals hearing me.

 3         Q.   And so were you aware of whether or not

 4    all the conversations that you had were being

 5    captured or whether or not there may have been times

 6    that the battery was dead?

 7         A.   Really, I wasn't sure what was being

 8    captured because I never heard the recordings after

 9    I gave them the device.

10         Q.   Did the correctional officers that housed

11    you, the day-to-day officers -- were they aware that

12    you were cooperating?

13         A.   No, ma'am.

14         Q.   Is it fair to say that very few people

15    within Corrections knew that you were a cooperator?

16         A.   I would say two people knew.

17         Q.   Now, at some point in time, was Anthony

18    Ray Baca returned to the state and placed next to

19    you?

20         A.   Yes, ma'am.

21         Q.   And do you recall when that was?

22         A.   That was in October of 2015.

23         Q.   At some point in time did you get a

24    different FBI agent to work with?  You indicated

25    that it was Katie first.  At some point in time were

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    you switched over to another agent?
 2         A.    I was switched over to Agent Acee in 2015
 3    of May.
 4         Q.    And from that point on, did he -- was he
 5    your primary person with the FBI to have contact
 6    for, as far as the investigations?
 7         A.    Yes, ma'am.
 8         Q.    And did you sign a new contract with Bryan
 9    Acee, FBI, if you recall?
10         A.    Yes, ma'am.
11         Q.    And did you continue to do recordings?
12         A.    Yes, ma'am.
13         Q.    At some point in time, in addition to
14    having a recorder, were you also provided with a
15    cellphone?
16         A.    Yes, ma'am.
17         Q.    Who provided you the cellphone?
18         A.    Bryan Acee provided me the cellphone.
19         Q.    Did you know, when you were given the
20    cellphone, that it had a wiretap on it?
21         A.    Yes, ma'am.
22         Q.    And did you agree to go ahead and use it?
23         A.    Yes, ma'am.
24         Q.    What was the purpose of the cellphone?
25         A.    The purpose of the cellphone was to
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    conduct drug deals on the streets, with other SNM

2    members, and to utilize it to put Pup's plan into

3    play.

4         Q.   Now, I believe it was 2008 that you had

5    been caught with a cellphone before?

6         A.   Yes, ma'am.

7         Q.   Is it highly unusual for an inmate to have

8    a contraband cellphone?

9         A.   It depends on who you are.  It wasn't

10   highly unusual for me to have one.

11        Q.   Okay.  You were caught with one before, in

12   2008; correct?

13        A.   Yes, ma'am.

14        Q.   Did you have others during the time that

15   you were in Corrections?

16        A.   Yes, ma'am.

17        Q.   Do you know if other inmates up at the

18   North from time to time would also have contraband

19   cellphones?

20        A.   Very few.

21        Q.   Now, you said, though, that for you it

22   wasn't uncommon.

23        A.   It wasn't uncommon, no, no.

24        Q.   So you have a cellphone.  In addition to

25   the cellphone, do you still have a recording device?

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                  201 Third NW, Suite 1630
Santa Fe, NM 87501                                         Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                          FAX (505) 843-9492
                                                                1-800-669-9492
                                                        e-mail: info@litsupport.com



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        A.   Yes, ma'am.

 2        Q.   A recording device.  Is it one that you

 3   operated and turned on and off, again, still?

 4        A.   Yes, ma'am.

 5        Q.   Now, we're going to October of 2015.  You

 6   indicated that Anthony Baca returned?

 7        A.   Yes, ma'am.

 8        Q.   And where was he placed?

 9        A.   Right next to me.

10        Q.   And when he was placed next to you, did

11   you have an opportunity to talk to him?

12        A.   Yes, ma'am.

13        Q.   Now, with the other recordings, were you

14   able to then have both telephone conversations with

15   people that were recorded?  Okay.  You used the

16   cellphone that was provided to you; is that correct?

17        A.   Correct.

18        Q.   And let's talk about the cellphone.  You

19   indicated that you were setting up drug deals.  Did

20   you set up drug deals with Chris Garcia?

21        A.   Yes, ma'am.

22        Q.   And did you have conversations with Chris

23   Garcia?

24        A.   Yes, ma'am.

25        Q.   And I'm going to be specific.  From
```

SANTA FE OFFICE                                                      MAIN OFFICE
119 East Marcy, Suite 110                                      201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492                                             FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1   October through December 3, approximately, of 2015,
 2   would you have conversations during that time
 3   period?
 4        A.   Yes, ma'am.
 5        Q.   And you were aware that the cellphone that
 6   you had was being -- that everything was being
 7   captured on it?
 8        A.   Yes, ma'am.
 9        Q.   Did you do anything else, any other
10   conversations?  You said Chris Garcia.  Did you have
11   conversations with somebody by the name of Mario
12   Montoya?
13        A.   Yes, ma'am.
14        Q.   The time that you were having
15   conversations with Mario Montoya, did you know that
16   he was actually cooperating with the FBI, much like
17   yourself?
18        A.   No, ma'am.
19        Q.   Did you have -- you indicated that you --
20   let me ask you.  What other people associated with
21   SNM did you have conversations with?
22        A.   Besides Anthony Baca?
23        Q.   Yes.  On the phone.  I mean, did you have
24   conversations with any of Anthony Baca's relatives?
25        A.   I had conversations with his wife or
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                      201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1   girlfriend, Yvonne; his cousin Claudette; his

 2   mother.

 3        Q.   I'm going to stop you there because you

 4   said three people.  Claudette.  You said that is

 5   his --

 6        A.   His cousin.

 7        Q.   Is Claudette -- is she related in any way

 8   to Chris Garcia?

 9        A.   She's Chris Garcia's girlfriend, I

10   believe.

11        Q.   And when you say you had conversations

12   with her, when you had these conversations, was

13   Anthony Baca present for them, as far as in the cell

14   next door?

15        A.   Yes, ma'am.

16        Q.   And you indicated you had conversations as

17   well with Anthony Baca's mother and his girlfriend

18   or wife?

19        A.   Yes, ma'am.  Girlfriend, wife.

20        Q.   And at whose directions were these

21   conversations?

22        A.   Anthony Baca's.

23        Q.   Did you have -- did you use the phone for

24   things that you weren't supposed to?

25        A.   I used the phone, yes.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1        Q.    Okay.  Go ahead, tell us.

2        A.    I just used the phone to make it seem as

3   real as I could, as if it was really my phone,

4   without it being too obvious that I was working with

5   the FBI.  Such as just texting other women, sending

6   pictures of myself to women.  Nothing explicit,

7   really.

8        Q.    Send a selfie?

9        A.    Maybe check the Fantasy Football stats.

10       Q.    Were you at some point told not to use the

11   internet?

12       A.    Yes, ma'am.

13       Q.    All right.  Now, when we're talking about

14   a phone, are we talking about, like, a brand-new

15   iPhone, or what type of phone was it?

16       A.    It was a flip phone.

17       Q.    Okay.

18       A.    With a real small screen.

19       Q.    Was it hard to send text messages?

20       A.    It was hard to see text messages.

21       Q.    So nothing high-dollar?

22       A.    No.

23       Q.    Now, so is it fair to say that you had --

24   in addition to the phone calls that were made, that

25   you made, you had the recorder as well; correct?

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 843-9492                                                 FAX (505) 843-9492
                                                                   1-800-669-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE                          e-mail: info@litsupport.com

```
 1        A.    Correct.
 2        Q.    And was this the same situation where you
 3   were not able to all the time say, Today's date is,
 4   you know, such-and-such and I'm talking to Anthony
 5   Baca?
 6        A.    Correct.
 7        Q.    Because that would have been obvious?
 8        A.    Yes, ma'am.
 9        Q.    Did you keep the recorder on the entire
10   time, or were you turning it on and off?
11        A.    During the phone calls or --
12        Q.    No, a recorder.
13        A.    No, I would keep it on as long as I could,
14   as long as necessary without trying -- you know,
15   without wasting the battery life.
16        Q.    Okay.  Was it on 24/7, or would you -- at
17   some point would you just be talking with, for
18   instance, Anthony Baca, and then when you got into
19   things that you thought were relevant, would you
20   turn it on then?
21        A.    Yes, ma'am.
22        Q.    Okay.  Which is it?  Because I gave you
23   two examples.
24        A.    I would try to conserve battery life.  So
25   if whatever he was talking about wasn't really
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   relevant to anything that was happening as far as

 2   SNM business or the case as far as the hit, then I

 3   wouldn't turn it on.  If he was just talking about

 4   his mom being sick or something like that, I

 5   wouldn't record that.

 6        Q.   And with that, I think I'm going to start

 7   with the admission of, I believe --

 8             MS. ARMIJO:  If I may have a moment?

 9             THE COURT:  You may.

10             MS. ARMIJO:  With Exhibit 368?

11             MS. DUNCAN:  May we approach just a

12   moment, Your Honor?

13             THE COURT:  You may.

14             (The following proceedings were held at

15   the bench.)

16             MS. DUNCAN:  Your Honor, this is an

17   exhibit we haven't asked the Government to redact.

18   We just have a general objection to it.  This

19   exhibit is discussing that rayo chart we've seen

20   before.  It was clear from this transcript that it's

21   purely aspirational; that no part of this plan was

22   ever put into operation.  So we've objected in the

23   past, and we renew that objection.

24             THE COURT:  All right.  Well, I'll allow

25   this into evidence.  So this would be -- Exhibit 368
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1  will be admitted into evidence.
 2           (The following proceedings were held in
 3  open court.)
 4           (Government Exhibit 368 admitted.)
 5           THE COURT:  All right.  Ms. Armijo.
 6           MS. JACKS:  And Your Honor, for the
 7  record, we have the same objections that we had
 8  earlier and would request a limiting instruction.
 9           THE COURT:  All right.  These recordings
10  of Mr. Baca that are being made can only be
11  considered in your deliberations as to the charges
12  against Mr. Baca.  They can't be used or considered
13  against either -- any of the other defendants in the
14  case.
15           MS. ARMIJO:  And if we could start with
16  clip 1.
17           (Tape played.)
18  BY MS. ARMIJO:
19      Q.   Mr. Duran, on the transcript -- and the
20  jury, I believe, has already been told several times
21  that the audio portion is what's important, as
22  opposed to the transcript.  But the transcript is
23  just here to assist.
24           Now, there is a person there that says
25  "Pup."  Who is that?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1        A.    Anthony Baca.

2        Q.    And it says "CHS."  Who is that?

3        A.    Myself.

4        Q.    And in this conversation it appears that

5   you're talking about rayos and lieutenants and

6   carnals.  What, in general, is this conversation

7   about?

8        A.    He's describing the way that the

9   organization is going to function.

10       Q.    Okay.  And did he have a plan?

11       A.    He's expressing his plan within these

12  recordings.

13       Q.    Okay.  And that is what we're listening to

14  right now?

15       A.    Yes, ma'am.

16       Q.    All right.

17             (Tape played.)

18       Q.    He's mentioning different places and

19  putting people in positions.  What did you take that

20  to mean?

21       A.    The basis of what he's trying to explain

22  as far as the foundation that he wants to enforce is

23  only making people able to control their counties in

24  which each county that he just expressed as far as a

25  region.  And the Zia symbol has the rayos, or all
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1  the rays.  So each county would be on there.  And if
 2  I was the lieutenant, then I would be able to
 3  control only my region, and nobody else can control
 4  my region or know what's going on within my region.
 5       Q.   All right.  We'll continue.
 6            (Tape played).
 7       Q.   Just really quick, I have a couple of
 8  questions.  It says up there, "where they're at
 9  inside the pinta."  What is the pinta?
10       A.   Prison system.
11       Q.   And calles, for those that don't speak
12  Spanish.  What does calles mean?
13       A.   Streets.
14            (Tape played.)
15       Q.   Okay, now, Mr. Duran, there was a mention
16  in this last portion that we played about "go
17  collect tribute from carnals."  Do you know what
18  that's in reference to?
19       A.   Yeah.  Collect, like, taxes from other
20  members of the SNM organization.
21       Q.   And then we're talking about feria.  What
22  is feria?
23       A.   Money.
24       Q.   Then we're going to go to clip 2.
25            (Tape played.)
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1     Q.   What is it that you're doing here during

2  this part of the conversation?  It sounds like

3  you're talking about a bunch of different places.

4     A.   Talking about a variety of counties, and

5  he's teaching me the counties that I have no

6  knowledge to.

7     Q.   Okay.  And why are the different counties

8  important?

9     A.   Because they represent a part of the ray

10  in the Zia symbol.

11         (Tape played.)

12     Q.   Now, there is talk there about paying

13  tribute again and breaking off with $50 a month.

14  What is that in reference to?

15     A.   He's saying that there could be members

16  out there that don't really want to get involved in

17  trouble, but they can still pay tribute by donating

18  money towards the cause, the SNM organization.

19     Q.   And is this people out on the street?

20     A.   Yes, ma'am.

21     Q.   Okay.

22         THE COURT:  Ms. Armijo, would this be a

23  good time for us to take our evening break?

24         MS. ARMIJO:  Sure, Your Honor.

25         THE COURT:  All right.  I appreciate your

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                   Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                    FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1   hard work.  I appreciate the way you've gone about
 2   your task.  I think I speak for the parties, the
 3   lawyers and the Court.
 4            All right.  We'll see you back at 8:30 in
 5   the morning.  All rise.
 6            (The jury left the courtroom.)
 7            THE COURT:  All right.  We'll see y'all in
 8   the morning.  Thanks for your hard work.
 9
10
11                   February 21, 2018
12            THE COURT:  All right.  We'll go on the
13   record.  I appreciate everybody being here and on
14   time and ready to go.
15            A couple of things I have.  I think I made
16   a decision on the 304 and 305.  One is a transcript
17   and the one is the other.  The one thing that I
18   don't think was pointed out in the briefing, I said
19   that the Government had now presented admissible
20   evidence but I still thought it was a call that I
21   needed to give some thought to.
22            The thing that occurred to me overnight
23   last night, I thought about it last night, then
24   thought about it some more this morning, that I
25   think puts me over the top on this one is that there
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1   has been testimony that the rules of the SNM

2   organization are that if someone is disrespected,

3   they are ordered to take care of it.  And so it

4   seems to me that the evidence could be -- a

5   reasonable jury could infer beyond a reasonable

6   doubt that Mr. Baca was following orders at the time

7   that he killed Mr. Velasquez.  And so I think that,

8   combined with the other evidence that the Government

9   points to in its briefing, which is admissible

10  evidence, some of which is already in, some of which

11  will come in, is sufficient to allow the portions of

12  the tape that deal with the Velasquez killing and

13  Mr. Baca's statements about it to come in.  So I'm

14  going to overrule the objection to that and allow

15  the Government to put that on.

16          I don't have anything written on what Ms.

17  Duncan handed to me last night, but I'll give

18  everybody a heads-up.  I do agree with many of the

19  things that Ms. Duncan is pointing out.  There are

20  some statements that seem to me to be assertions of

21  other people, not Mr. Baca.  And there is no

22  indication that Mr. Baca adopted those statements.

23  So bear with me as I try to get you something in

24  writing so that you can make some revisions.  But I

25  did think that many of Ms. Duncan's objection on

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

**BEAN & ASSOCIATES, Inc.**
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
**1-800-669-9492**
e-mail: info@litsupport.com

```
 1  that were well-taken, and there needs to be some
 2  cleaning up of those.
 3          Ms. Duncan's handwritten piece of paper I
 4  think probably should be filed.  So I'm going to
 5  file it as Clerk's Exhibit P, if there is no
 6  objection to that, rather than putting it into
 7  CM/ECF.  If that's all right with everybody, we'll
 8  put it as Clerk's Exhibit P, so that's where that
 9  handwritten document will go.
10          MR. BECK:  No objection, Your Honor.
11          THE COURT:  How about y'all?  Do y'all
12  have anything that y'all need to discuss this
13  morning?  Is there anything I can do for you?  Mr.
14  Castellano, Mr. Beck?
15          MR. CASTELLANO:  No, Your Honor.
16          THE COURT:  All right.  Ms. Duncan -- one
17  thing before you start, Ms. Duncan, I am shipping
18  back -- I kind of wish now I'd done it yesterday,
19  but I continue to want to work on them -- but we did
20  ship back last night probably the first 15, 16 pages
21  of jury instructions, and this morning we shipped
22  them all back.  So they're being typed this morning.
23  So you should get a clean set before you leave
24  today.  I hope that's the case, for your sake and my
25  sake as well.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1            I think everything is in there.  I'm not
 2    quite comfortable with the guts of it, the RICO, but
 3    I think it's all in there.  I really this weekend
 4    spent the bulk of the time trying to work through
 5    the defendants' objections, which I understand were
 6    mostly -- I think they were mostly Mr. Lowry's, if I
 7    recall, so I spent a lot of time on those.  I think
 8    I got everything in there, but it probably is time
 9    that everybody begin to really spend some time with
10    them.  I have a feeling -- and y'all don't have to
11    admit it or not -- that the jury instructions were
12    written by Ms. Sirignano, and so there is a lot of
13    stuff in there that I kind of think y'all aren't
14    going to want and need.  And if you could tell me
15    that, start pruning this stuff out, it might help us
16    as we get a little closer to it.
17            But anyway I'll have you a set, I hope
18    today.  I'm losing my legal assistant up in
19    Albuquerque for a wedding on Friday so I'm going to
20    try to front-end having her type, so I don't have to
21    pull law clerks off yet to start typing those.  But
22    you should get a clean set today, and you might
23    start giving me some thoughts.  If there are some
24    defenses that you're not going to raise, just tell
25    me and we can pull them out.  And if there's some of
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

**BEAN & ASSOCIATES, Inc.**
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
**1-800-669-9492**
e-mail: info@litsupport.com

1  these instructions that are getting too complicated

2  because it's just too long of a trial, then we can

3  start pulling those out.  But start giving it your

4  thoughts.

5          All right, Ms. Duncan.

6          MS. DUNCAN:  I just wanted to let the

7  Court know, when we left yesterday there were two

8  transcripts that we had not yet conferred with the

9  Government on redactions, and so Mr. Lowry sent

10  those to Ms. Armijo this morning, and that is

11  Government's Exhibit --

12          MS. ARMIJO:  I didn't receive it.

13          MS. DUNCAN:  You haven't seen it?

14          MS. ARMIJO:  I haven't received that.

15          MS. DUNCAN:  I'll print out his email.  He

16  cc'd me.  It's Government's Exhibit 418-19 and

17  420-21.  Ms. Armijo said she didn't get it, so I'll

18  print out that email and give it to her.  These are

19  telephone calls that I have some brief portions that

20  we agree are arguably relevant to the Marcantel

21  charge.  But then there's a lot of historical

22  talking about it, so-and-so, back in the day, and

23  we're asking the Court to redact those long

24  discussions about what other people are doing and

25  what other people have said.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

58

```
 1              THE COURT:  Well, when you give to it Ms.
 2   Armijo, can you give it to me, as well, so that I
 3   can see if I can stay ahead of y'all --
 4              MS. DUNCAN:  Yes.  I'll print that out
 5   right now.
 6              THE COURT:  -- let the Government redact
 7   those things if I decide it needs to come out.
 8              Mr. Villa.
 9              MR. VILLA:  Just briefly, Judge, a couple
10   of things.  The Government indicates they think they
11   may rest Friday, Thursday.  I know that's a moving
12   target, but just so that the defense could fill the
13   time for planning purposes, if we can just keep
14   abreast as we're getting closer to that time line.
15   And then in terms of --
16              THE COURT:  Let me just ask, because I've
17   only heard things indirectly.  I understood on
18   Friday, as y'all were making some plans on Friday, I
19   thought that Mr. Villa needed to have his witnesses
20   here on Thursday afternoon.  I thought y'all might
21   be resting in that area.  Is that still what you're
22   thinking, or has it shifted over to Friday?
23              MR. BECK:  It's possible Thursday
24   afternoon.  I would say probably 50/50 whether it's
25   Thursday afternoon or Friday morning.  We're hoping
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

**BEAN & ASSOCIATES, Inc.**
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
**1-800-669-9492**
e-mail: info@litsupport.com

1  Thursday afternoon, but it's possible with these

2  recordings, it could shift into Friday.

3            THE COURT:  Okay.  All right.

4            MR. VILLA:  The defense teams are working

5  together just to juggle witness availability, but we

6  don't want to not have our people here and the

7  Government rest.

8            And then in terms of length of closing

9  arguments, I know it was discussed at the pretrial,

10 and I -- instead of appearing for that I appeared in

11 Orlando, Disney World.  But I think that we asked

12 for 45 minutes, and I'm wondering if the Court might

13 give us a little more leeway after we've now sat

14 through four weeks of trial, in terms of time and

15 when you might want to know that.

16            THE COURT:  Well, let me see what

17 revisions need to be made.

18            Ms. Armijo, you had two and a half.  Is

19 that still what you're looking at?

20            MS. ARMIJO:  I think it will depend on the

21 length of the defense.  I think we still want to

22 reserve that.

23            THE COURT:  Still what?

24            MS. ARMIJO:  We still want to reserve

25 that.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

60

```
 1              THE COURT:  How about you, Ms. Jacks?  You
 2   were looking at an hour and a half.  Are you still
 3   looking at an hour and a half?
 4              MR. JACKS:  I'd like to cut it down, but
 5   for right now I'd like to say that.
 6              THE COURT:  How about you, Ms. Duncan?
 7              MR. LOWRY:  She stepped out to make
 8   copies.
 9              THE COURT:  You had indicated an hour and
10   a half max.  What are you looking at now?
11              MR. LOWRY:  Ms. Duncan is going to do the
12   closing.  But we'd reserve that.  I'd be surprised
13   if it was that long.
14              THE COURT:  Mr. Maynard, you had 30 or 45
15   minutes.
16              MR. MAYNARD:  I think, Your Honor, if we
17   could have something closer to like an hour.
18              THE COURT:  Well, I'll certainly work with
19   everybody as we revise this upward.  But here's the
20   reality, I think as we revise this up, there is no
21   way we can get all the closings in in a day. I know
22   everybody likes to come in and do closings and get
23   them all done in a day.  But as defendants revise,
24   it probably means that that's going to be
25   sacrificed, which is fine.  I mean, that's not -- I
```

SANTA FE OFFICE                                           MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                 Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                     FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1  don't want to make you -- I want to give you time.
 2  But just be mindful that when everybody comes in and
 3  says, "Oh, let's start at 8:30, and get them all
 4  done in a day," it probably can't happen now.
 5            MR. VILLA:  And Your Honor, I was just
 6  thinking an hour, maybe an hour and 15 minutes.  But
 7  I just didn't want the Court, if it was 45 minutes
 8  and I need 15 more, to be surprised or --
 9            THE COURT:  I understand.  I was bracing
10  myself for that.  I thought that given the estimates
11  people gave, we might be able to maybe have closings
12  or have instructions on one day, get me out of the
13  way, and then y'all just have a whole day.  But I
14  think, given that people are expanding, it's
15  probably going to be too tight.  So we won't worry
16  about it.
17            All right.  All rise.
18            (The jury entered the courtroom.)
19            THE COURT:  All right.  Everyone be
20  seated.  Well, good morning, ladies and gentlemen.
21  Again, I just can't compliment you enough.  I spend
22  a lot of time sitting here and talking to juries.
23  And some juries, they kind of wander in and we have
24  to round them up and things.  Y'all have just been a
25  wonderful bunch to work with.  And I certainly speak
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   on behalf of the Court.  But I think the parties and
 2   the counsel appreciate your efforts.  You've just
 3   been a great bunch to work with, and we appreciate
 4   it very much.  So good morning.  I appreciate it.
 5             All right.  We have Mr. Duran coming back.
 6   Let's see if we can get him on the stand.  I brought
 7   y'all in before I brought in Mr. Duran, so I'll
 8   pause for just a second.
 9             Ms. Duncan, they are the new ones?
10             MS. DUNCAN:  Yes, Your Honor.
11             THE COURT:  They don't duplicate what was
12   on the yellow sheet yesterday?
13             MS. DUNCAN:  They do not.
14             THE COURT:  All right.  Mr. Duran, if
15   you'll come up and sit in the witness box.
16   Mr. Duran, I'll remind you you're still under oath.
17             All right.  Ms. Armijo, if you wish to
18   continue your direct examination of Mr. Duran, you
19   may do so at this time.
20             MS. ARMIJO:  Thank you, Your Honor.
21                  ERIC PRESTON DURAN,
22        after having been previously duly sworn under
23        oath, was questioned, and continued testified as
24        follows:
25                  CONTINUED DIRECT EXAMINATION
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   BY MS. ARMIJO:

 2        Q.   I believe we were on Exhibit 368 on clip

 3   2.  We can proceed with the end of that.

 4             (Tape played.)

 5        Q.   All right.  Mr. Duran, you were talking --

 6   I think when we left off yesterday, you were having

 7   a conversation with Anthony Baca about the feria,

 8   and giving money, the $50 a month; is that correct?

 9        A.   Yes.

10        Q.   Is this a continuation of that?

11        A.   Yes, ma'am.

12        Q.   Now, he's talking about something getting

13   bigger and bigger.  What is he referring to as far

14   as what you understood?

15        A.   He's talking about the tributes getting

16   bigger and bigger, as far as putting it in the bank

17   account and letting it grow.

18        Q.   And what was one of the things that he had

19   an idea to use the money for?

20        A.   He actually had a few things.  He wanted

21   to buy drugs and weapons.

22             (Tape played.)

23        Q.   Before we get down too far, there was a

24   line up there that talked about, "and he needs some

25   fucking jefe taken care of."  What is "jefe"?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

64

```
 1        A.    Shot-caller.
 2        Q.    And then he goes on talking about "that
 3   fucking 10 grand, or he's going to pay so much in
 4   drogas."  What was that in reference to?
 5        A.    A hit; could be a hit.
 6              (Tape played.)
 7        Q.    Now, it seems there is mention of a
 8   recruiting process.  What was your understanding of
 9   a recruiting process?  What was that in reference
10   to, I should say?
11        A.    Just recruiting soldiers for jobs.
12              (Tape played.)
13        Q.    There was mention there of a term, "Zia
14   mano."  Do you know what that discussion is about?
15        A.    Just the brother -- it's self-explanatory,
16   what he explained, it's the handle of the SNM.
17        Q.    And is that a term that has been used
18   before, or is this a new term?
19        A.    It was a created term by him, Anthony
20   Baca.
21              (Tape played.)
22        Q.    There is also a term Zia "Keeskee"?
23        A.    Yes.
24        Q.    What is that?
25        A.    It's a prospect; someone that has to earn
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1  the initiatives to get into the gang.

 2       Q.   Is that a term that had previously been

 3  used, from what you were familiar with, or is that a

 4  new term?

 5       A.   That's a created term by Mr. Baca.

 6            MS. ARMIJO:  I'm going to go now to

 7  Exhibit 322 and move for the admission of 322.

 8            THE COURT:  Any other discussion on that?

 9            MS. DUNCAN:  Yes, Your Honor, may we

10  approach?

11            THE COURT:  You may.

12            (The following proceedings were held at

13  the bench.)

14            MS. DUNCAN:  Your Honor, on this call,

15  this is a call about why -- my understanding is, why

16  they don't send someone, a mole, into the RFPP

17  program or the dropout program; a later generation

18  wouldn't know that he was a mole, he was actually a

19  dropout, and put him in danger.  We object to this.

20  It's a hypothetical conversation and speculation,

21  and has no relevance to the charges in this case.

22  And it's highly prejudicial to Mr. Baca.  So for

23  that reason we'd ask the Court exclude it.

24            THE COURT:  Ms. Armijo?

25            MS. ARMIJO:  Your Honor, it specifically

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  has information about green lighting people, terms

2  that the jury is familiar with.  Again, we're trying

3  to show that Mr. Baca is the leader; that he is

4  aware of people.  He talks about a specific purpose,

5  specifically with Cyclone and Psycho.  So we'd like

6  to play the whole call.  It's not that long.  But it

7  is relevant, specifically that portion of it.

8           THE COURT:  Well, I think these are

9  showing plan and design, so I think it's appropriate

10  for these to come in.  I don't think there is much

11  of a 403 problem.  I do think there is some

12  relevance to it, so I'll overrule the objection.

13           MS. BHALLA:  Your Honor, can we, just

14  since we're starting the testimony, again today get

15  a limiting instruction?

16           THE COURT:  Okay.

17           (The following proceedings were held in

18  open court.)

19           THE COURT:  All right.  We're going to be

20  playing tapes this morning.  These are conversations

21  with Mr. Baca.  And so again, these can only be used

22  in your discussions of the charges against Mr. Baca

23  and not the other three gentlemen.

24           All right, Ms. Armijo.

25  BY MS. ARMIJO:

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.   All right.  I believe we are on 322.

2           THE COURT:  And 322 is admitted into

3   evidence.

4           (Government Exhibit 322 admitted.)

5           (Tape played.)

6      Q.   All right.  That's a portion of Exhibit

7   322.  Are you familiar with what that conversation

8   was in reference to?

9      A.   Yes, ma'am.

10     Q.   Can you explain that to the jury?

11     A.    As far as denouncing, there is a member

12  that's mentioned in this clip.  His name is Psycho,

13  which is a member that Anthony Ray Baca put a hit

14  out on in 2013 and got him assaulted for stealing

15  drugs.  And part of that action, he was sent to an

16  area where people that don't want to be a part of

17  SNM no more go; it's considered PC, protective

18  custody.  Since he actually wasn't in there because

19  he wanted to be in protective custody, Anthony Baca

20  wanted to utilize him to hit people that were in

21  there for protective custody.

22     Q.   All right.  So it was a plan about putting

23  somebody in with the people that are in protective

24  custody?

25     A.   Someone that's already in there, yes.

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                           Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492
                                                               1-800-669-9492
                                                          e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        Q.   Yes.  To use that person?

 2        A.   Right.

 3        Q.   All right.  And next we're going to go to

 4   Exhibit 294.  I move for the admission of 294?

 5             THE COURT:  Anything else to be said on

 6   294?

 7             MS. DUNCAN:  Yes, this is the one we were

 8   objecting to the Court yesterday.

 9             THE COURT:  All right.  Let's take a

10   break.  I'm going to have to work on these

11   transcripts a little bit.  So let's be in recess for

12   a few minutes.  All rise.

13             (The jury left the courtroom.)

14             THE COURT:  All right.  Why don't you give

15   me the order of the transcripts that you're going to

16   be using so I can try to stay ahead of you guys?

17   Can you give me the order?

18             MS. ARMIJO:  In the order the defense is

19   objecting to them?

20             THE COURT:  No, the order you're going to

21   play them, so I can stay ahead of you by giving you

22   rulings, so I don't slow the jury down.

23             294 is next.  What's next?

24             MS. ARMIJO:  292, 376 -- I guess it's 362,

25   304, 388, 310, 318, 320, 390, 296, 308, 384, 422,
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  420, 416, 328, 330, 344, 418, and 348.

2          THE COURT:  Okay.  Let me see if I can get

3  some estimates on time.  On 294, about how long of a

4  tape is it?

5          MS. ARMIJO:  Well, it's a long tape, but I

6  don't believe that the clip that we're going to play

7  is very long.  I don't have the clips broken down by

8  time period, Your Honor.

9          THE COURT:  Okay.  All right.  Give me a

10 few minutes, and let me see if I can get these lined

11 up and in order.

12          MS. DUNCAN:  I think there's a couple that

13 I don't think were on the list that Ms. Armijo gave

14 me yesterday, so we haven't submitted objections on

15 that.  I haven't gone through the list.  And this

16 would be 304.

17          MS. ARMIJO:  Your Honor, I believe 304 is

18 the one that you indicated this morning that you

19 were allowing in.

20          MS. DUNCAN:  You're right.  The other one

21 is 318.

22          MS. ARMIJO:  We're not playing 318.

23          MS. DUNCAN:  Then I think we're on the

24 same page, Your Honor.

25          THE COURT:  Okay.  Give me a few seconds

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                          FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1   to look at these things.

 2               (The Court stood in recess.)

 3               THE COURT:  The ones I don't have a

 4   transcript from, 362.

 5               MS. DUNCAN:  I do object to that one.

 6               THE COURT:  388?

 7               MS. DUNCAN:  I don't object to that one.

 8               MS. ARMIJO:  A lot of these were not

 9   redacted, so they are in your notebooks under the

10   exhibit numbers.  So we provided the Court with

11   exhibit numbers, so 388 would be under 388.

12               THE COURT:  How about 310?

13               MS. DUNCAN:  I don't have an objection.

14               THE COURT:  All right.  320?

15               MS. DUNCAN:  No objection.

16               THE COURT:  And you're not going to be

17   playing 318; right?

18               MS. ARMIJO:  No, I'm not.

19               THE COURT:  296?

20               MS. DUNCAN:  I object to that one.

21               THE COURT:  308.

22               MS. DUNCAN:  I object to that one.

23               THE COURT:  422?

24               MS. DUNCAN:  Objection.

25               THE COURT:  420?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              MS. DUNCAN:  Objection.

 2              THE COURT:  416?

 3              MS. DUNCAN:  Objection.

 4              THE COURT:  428?

 5              MS. DUNCAN:  No objection.

 6              THE COURT:  330?

 7              MS. DUNCAN:  No objection.

 8              THE COURT:  What was the situation on 331?

 9   Did y'all decide not to play it?

10              MS. ARMIJO:  So the even numbers are the

11   recordings, and then the odd number next to it is

12   going to be the transcript.  So I shouldn't have

13   said any odd numbers.

14              THE COURT:  I had neither 330 or 331.  So

15   it doesn't look like I have either one of those.

16   And on 330 and 331, you have objections?

17              MS. DUNCAN:  I do not, Your Honor.

18              THE COURT:  Your last one that you have an

19   objection to is 328?

20              MS. DUNCAN:  I do not have an objection on

21   328 either.

22              THE COURT:  All right.  How about 416?

23   Did you have an objection?

24              MS. DUNCAN:  Yes.

25              THE COURT:  And 330, no objection?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com




BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1            MS. DUNCAN:  No objection.

 2            THE COURT:  331, no objection?

 3            MS. DUNCAN:  Yes.

 4            THE COURT:  344, no objection?

 5            MS. DUNCAN:  Correct.  Then I think we had

 6  an objection to 348.

 7            THE COURT:  You did have an objection on

 8  348?

 9            MS. DUNCAN:  Yes, Your Honor.

10            MS. ARMIJO:  And Your Honor, if you want

11  us to go ahead and reprint them for you, we can.

12            THE COURT:  Let me just take these back to

13  the vestibule and get these done.  So are you about

14  to play 294?  Is that what's next?

15            MR. BECK:  Yes, Your Honor, 294 is next.

16            THE COURT:  All right.  Let's jump to 292,

17  293.  Then I'll go back and review 294.  I'm looking

18  at pages 6009 to 6011.  292, 293 is the transcript

19  and the tape.  As I think I indicated on these

20  yesterday, while 801(d)(2)(A) applies to Mr. Baca's

21  statements, the Mario Rodriguez statements I think

22  are inadmissible hearsay.  I'm not seeing any way to

23  get those in.  Rule 801(d)(2)(A) is not going to

24  apply to those statements because Mr. Baca didn't

25  make them.  There are some instances where Mr. Baca
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1   is making affirmative comments like, "Yeah," and I'm
 2   looking specifically at DeLeon number 6011.  Those
 3   statements do not permit the Court to conclude that
 4   Mr. Baca is adopting Mr. Rodriguez' statements or
 5   manifesting a belief that those statements were true
 6   under Rule 801(d)(2)(B).  Mr. Baca's affirmative
 7   comments, the ones he's actually making, appear, I
 8   think, to undercut any 801(d)(2)(B) argument.  His
 9   statements appear to be contrary and express only
10   that he has heard and sort of understood what Mr.
11   Rodriguez' comments are.
12             So let's take out Mr. Rodriguez'
13   statements there on those two pages.
14             MS. ARMIJO:  Your Honor, can we have the
15   pages again?
16             THE COURT:  Those are 6009 to 6011.  So it
17   would be three pages, and let's just take Mr.
18   Rodriguez' statements out.
19             All right.  Let me go look.  Let's get the
20   292, 293.  Let me look at 294 and see if I can give
21   you a ruling on that and get started and keep it
22   rolling.
23             MS. ARMIJO:  And Your Honor, just to be
24   clear on 6009, I believe the defense was objecting
25   to the part where Blue says "There is white boy."
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1    But before that, on 6009, we were going to go into
2    that.  So I believe what was objected to was where
3    it starts with Blue saying, "Hey, there was a white
4    boy."  And I'm assuming that's the part that the
5    Court was referring to?
6              THE COURT:  Rodriguez' statements?
7              MS. ARMIJO:  Yes.
8              THE COURT:  Yeah.
9              (A discussion was held off the record.)
10             THE COURT:  Let's go back on the record.
11   I appreciate your patience.  I'm looking at 294,
12   which is the next one up.  I've given you the
13   rulings on 292, 293.  Then I'll try to stay ahead of
14   you.
15             On 294, 6016, take out -- here is my
16   rulings.  I'm looking for statements that are made
17   by Mr. Baca, not by Mr. Duran.  And so take out most
18   of this page.  In fact, the entire page down to
19   where it says "Pup" at the very bottom, "They know,
20   they know."  You can leave that in.
21             And I think you can leave, on the next
22   page, 6017, you can leave "the stuff" -- the first
23   half of the page, "The stuff is okay."  It's against
24   Mr. Baca.
25             About the middle of the page where it says
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    "CHS:  Yeah, that's why I'm saying, that's what he

2    did, he did, he tried to stop it."  That's the CHS.

3    So that's not okay.  So take out the rest of that

4    page.

5              Continue to redact down to the middle of

6    the page where it says "Pup," and then it says,

7    "Baby Rob has always been -- he is my second in

8    command."  You can leave that.

9              Take out what the CHS says in the next

10   paragraph.

11             And then you can pick back up with the

12   recording where it says "Pup:  That's because Baby

13   Rob -- Baby Rob seen how I do it now."  So you can

14   leave the rest of the page, what CHS says, what Pup

15   says.

16             The next page is okay, 619.  620 is okay.

17             621, about the first half of the page, is

18   okay, down to where it says, "Pup:  Yeah."  And then

19   from there you can leave "Pup:  Yeah."  But the CHS

20   on 621, "CHS" where it says, "Hey and the thing is

21   washa these vatos Cyclone and Rabbit," from there on

22   redact the rest of the page.  Redact all of page

23   622.  Redact all of page 623 and all of page 624.

24             And I've given you 692, 693 (sic).  I'll

25   try to look at 376 while y'all are playing those.

SANTA FE OFFICE                                                              MAIN OFFICE
119 East Marcy, Suite 110                                           201 Third NW, Suite 1630
Santa Fe, NM 87501                                                  Albuquerque, NM 87102
(505) 989-4949                                                             (505) 843-9494
FAX (505) 843-9492                                                  FAX (505) 843-9492
                                                                        1-800-669-9492

PROFESSIONAL COURT
REPORTING SERVICE                                   e-mail: info@litsupport.com

```
 1            Are you ready to go?
 2            MS. ARMIJO:  Not quite.  I think the next
 3   clip I was going to play you just redacted part of
 4   it so I'll just need a minute to get that taken out.
 5            THE COURT:  We'll go ahead and have Ms.
 6   Standridge line up the jury.  Ms. Duncan, do you
 7   have something?
 8            MS. DUNCAN:  Your Honor, the only thing I
 9   would ask is for pages 6013, 6014, and 6015, I
10   understand that the Court is leaving all that in.
11            THE COURT:  Yes.
12            MS. DUNCAN:  So most of this is Mr. Duran
13   speaking, and then with Mr. Baca responding.  We
14   would ask for a limiting instruction as to
15   Mr. Duran, that what he's saying -- it is hearsay,
16   and it shouldn't be considered for the truth, but
17   rather to put into context what Mr. Baca is
18   responding to.
19            THE COURT:  All right.
20            MS. DUNCAN:  Thank you.
21            THE COURT:  Why don't we do this?  While
22   it's being made, let's wait for the break and then
23   I'll give it at the appropriate time.  I think if I
24   just try to give it now, it's not going to make any
25   sense.  So why don't you tell me when we're at the
```

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                   Albuquerque, NM 87102
(505) 989-4949                                               (505) 843-9494
FAX (505) 843-9492                                     FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1  place you want, and I'll give it as to those.  The
 2  page numbers will be up there.
 3           MS. DUNCAN:  I don't think so, Your Honor.
 4  But I can follow the transcript, and I'll just pop
 5  up, how we've been doing it with the James.
 6           THE COURT:  All right.  Tell me when you
 7  want it, then.
 8           All rise.
 9           (The jury entered the courtroom.)
10           THE COURT:  All right.  We're going to see
11  if we can give this a try and I'm going to see if I
12  can stay ahead of the lawyers and the parties.  And
13  we may have to take some breaks here for me to stay
14  up with them, but we'll see if we can go with this.
15           All right.  Ms. Armijo.
16           MS. ARMIJO:  All right.  I believe we were
17  on --
18           THE COURT:  Mr. Duran, I'll remind you
19  you're still under oath.
20           THE WITNESS:  Yes, Your Honor.
21  BY MS. ARMIJO:
22       Q.  I believe we were on 294.  If we could
23  play the first clip.
24           (Tape played.)
25       Q.  All right.  Mr. Duran, Baby Rob is who?
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                  201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492                                            FAX (505) 843-9492
                                                                    1-800-669-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE                              e-mail: info@litsupport.com

```
 1         A.    Robert Martinez.

 2         Q.    And is that what this -- the beginning of

 3   this conversation is about?

 4         A.    Anthony Ray Baca is expressing who his

 5   second in command is, which is his underboss.

 6         Q.    All right.  Play the next clip.

 7               (Tape played.)

 8               MS. ARMIJO:  May I have a moment?

 9               (Tape played.)

10         Q.    All right.  Mr. Duran, a couple of things.

11   What is brujas?

12         A.    Problems.

13         Q.    And then when we're talking about "down

14   there at the main," what is that in reference to?

15         A.    The Main is a facility that's in Santa Fe,

16   New Mexico, one of the first prisons in New Mexico.

17         Q.    All right.  And is that the one where the

18   riots happened that closed around 1997, '98?

19         A.    That's where the SNM organization was

20   founded, yes, ma'am.

21               MS. ARMIJO:  At this time we move for the

22   admission of 292.

23               THE COURT:  All right.  Did you need

24   anything on that, Ms. Duncan?

25               MS. DUNCAN:  Nothing additional, Your
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

**BEAN & ASSOCIATES, Inc.**
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
**1-800-669-9492**
e-mail: info@litsupport.com

1   Honor.

2          THE COURT:  All right.  Okay.  No

3   instruction on those pages you had talked about?

4          MS. DUNCAN:  No, Your Honor.

5          THE COURT:  All right.  So Government's

6   Exhibit 292 will be admitted into evidence.

7          (Government Exhibit 292 admitted.)

8          MS. JACKS:  And again, Your Honor, we

9   would request limiting instructions.

10          THE COURT:  These are all statements by

11   Mr. Baca.  So again, these can only be considered in

12   your deliberation of charges against Mr. Baca and

13   not the other three gentlemen.

14          All right, Ms. Armijo.

15   BY MS. ARMIJO:

16      Q.   All right.  We're on 292, clip one.

17          (Tape played.)

18      Q.   Now, we just heard a portion of a

19   conversation.  And is that with -- tell us how many

20   people are talking in this conversation.

21      A.   There's three people talking in this

22   conversation:  Myself, Mario Rodriguez, and Anthony

23   Ray Baca.

24      Q.   And where are you at?

25      A.   In the discussion or --

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                 Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 843-9492                                                 FAX (505) 843-9492
                                                                   1-800-669-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE
e-mail: info@litsupport.com

1    Q.   No, meaning where is -- are you all three

2  out together, or is this a situation where you're in

3  your cell and they're on each side of you?

4    A.   Yeah, we're all confined in our cells and

5  we're talking through our vent.

6    Q.   Okay.  And so what is this in reference

7  to?

8    A.   This is in reference to an inmate that was

9  an SNM member that Anthony Ray Baca wanted hit,

10 wanted assaulted or killed.

11   Q.   Okay.  And do you know -- it says, "That

12 one that fucking Jake was protecting."  Do you know

13 who Jake is?

14   A.   Jake is an SNM member.

15   Q.   What is his full name?

16   A.   Jake Armijo.

17   Q.   If we could go to clip 2.

18        (Tape played.)

19   Q.   All right.  Now, there's a couple of

20 different people mentioned here.  Do you know who a

21 Scooby is?

22   A.   I know a little bit about Scooby, yes,

23 ma'am.

24   Q.   And what is this conversation in reference

25 to?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com


```
 1        A.    This conversation is in reference to what
 2   I explained earlier as far as the inmate that was in
 3   the PC, and Anthony Ray Baca wanted to utilize him
 4   to hit dropouts.   So this is actually what he's
 5   explaining in this conversation is why that
 6   individual got hit and for the reasons, which was
 7   stealing Suboxone, drugs.
 8        Q.    And who was the individual that was to get
 9   hit?
10        A.    Psycho.
11        Q.    And is this an explanation of that?
12        A.    Yes, ma'am.
13        Q.    All right.   And then we're going to go to
14   clip 3.
15            (Tape played.)
16        Q.    Now, there it appears that Anthony Baca
17   was talking about an individual where he's
18   complaining about the individual being there when
19   he's been gone out of state.   Do you know what
20   individual he's referring to?
21        A.    I believe he's referring to BB, which is
22   Javier Rubio.
23        Q.    Okay.
24            (Tape played.)
25        Q.    Do you know what "si me tiende" means?
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                 201 Third NW, Suite 1630
Santa Fe, NM 87501                                       Albuquerque, NM 87102
(505) 989-4949                                                   (505) 843-9494
FAX (505) 843-9492                                          FAX (505) 843-9492
                                                              1-800-669-9492
                                                     e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        A.    "You know what I mean."
 2        Q.    And the plan that he's talking to you and
 3   Mario Rodriguez about -- is that the same plan that
 4   he's been referring to earlier?
 5        A.    The plan we came into the courtroom with,
 6   talking about?
 7        Q.    Yes.
 8        A.    Yes, ma'am.
 9        Q.    All right.
10              (Tape played.)
11        Q.    Now, it appears that Mr. Anthony Baca is
12   saying that "They're the ones to blame; they want to
13   turn around and blame it all on us and tell the news
14   media that we're the devil's children, carnal."  Who
15   is he referring to there?
16        A.    He's referring to administration.
17        Q.    All right.
18              (Tape played.)
19        Q.    What is jura?
20        A.    Correctional officers.
21        Q.    So is that what's referred to when "juras
22   were already paranoid"?  Is that correctional
23   officers?
24        A.    Yes, ma'am.
25        Q.    Okay.  And then it says, "The whole, I was
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1  sending word to the Burquenos."  Who's the

 2  Burquenos?

 3       A.   The Burquenos is a gang from Albuquerque,

 4  New Mexico.

 5       Q.   And are they considered rivals of the SNM?

 6       A.   Yes, ma'am.

 7       Q.   All right.  And so during this

 8  conversation, it appeared that through all these

 9  clips it was a conversation including Mario

10  Rodriguez; is that correct?

11       A.   Yes, ma'am.

12       Q.   And who was the conversation between?  I

13  mean, who was Anthony Baca talking to?  Was he

14  talking to the two of you, or was he talking more to

15  one of the two of you?

16       A.   He's talking to both of us.

17       Q.   All right.

18            MS. ARMIJO:  The United States at this

19  time would move for the admission of 376.

20            THE COURT:  376?

21            MS. ARMIJO:  Yes.

22            THE COURT:  Why don't y'all approach?

23            (The following proceedings were held at

24  the bench.)

25            THE COURT:  I'm going to rule that this

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                  201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 843-9492                                           FAX (505) 843-9492
                                                                1-800-669-9492
                                                        e-mail: info@litsupport.com



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1   all comes in.  There are some Claudette, Yvonne, Mr.

2   Baca's wife, girlfriend's statements, that I don't

3   think Mr. Baca adopts, but they put the relevance,

4   exchange about drugs, and I'm looking specifically

5   at pages 6275 and 6276 into context, which is for a

6   nonhearsay purpose.

7          So if you want anything on that, I'd be

8   glad to give an instruction on that.  But as far as

9   the jury hearing it, I'm going to go ahead and allow

10  the entire tape to be played.

11          MS. DUNCAN:  Okay.

12          THE COURT:  So if you get to 6275, 6276,

13  I'm not saying he adopted those statements; and

14  those are coming in for a nonhearsay purpose of

15  putting in context the discussion about the drugs.

16  So if you need something on it, let me know.  All

17  right?

18          MS. DUNCAN:  And Your Honor, is it

19  possible to read the Bates numbers when you're

20  playing clips?  I've got the full transcript.  I'm

21  trying to catch up with you and it's hard.  Is that

22  okay?

23          MS. ARMIJO:  Oh, okay.

24          MS. DUNCAN:  Thank you.

25          (The following proceedings were held in

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   open court.)
 2           THE COURT:  All right.  So Government's
 3   Exhibit 376 will be admitted into evidence.
 4           (Government Exhibit 376 admitted.)
 5           MR. JACKS:  And again, Your Honor, we'd
 6   request a limiting instruction.
 7           THE COURT:  And again, these are tapes of
 8   conversations of Mr. Baca's.  So you can only
 9   consider these conversations and tapes of Mr. Baca's
10   statements in your deliberation of the charges
11   against Mr. Baca and not against the other three
12   gentlemen.
13           Ms. Armijo.
14   BY MS. ARMIJO:
15      Q.   All right.  In reference to Exhibit 376,
16   Mr. Duran, did you have an opportunity to -- in
17   addition to talking to Anthony Baca, did you have an
18   opportunity to talk to -- much like Chris Garcia,
19   did you talk to any of his family members?
20      A.   Whose family members?
21      Q.   Anthony Baca's.  Sorry.
22      A.   Yes, ma'am.
23      Q.   And which family members did you talk to?
24      A.   Claudette and his mother.
25      Q.   Is it Yvette or Yvonne?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
1          A.    Yvonne.  Claudette, Yvonne and his mother.

2          Q.    And who is Yvonne Griego?

3          A.    His girlfriend or wife.  I'm not sure.

4          Q.    And did you have an opportunity to have a

5     conversation with them?

6          A.    While he was on the phone?

7          Q.    Yes.

8          A.    Yes, ma'am.

9          Q.    Okay.  And at whose request was that?

10         A.    At his request.

11         Q.    And do you know how many times you spoke

12    to Yvonne with Anthony Baca as well?  Was it more

13    than once?

14         A.    It was more than once.

15              MS. ARMIJO:  All right.  And I'm referring

16    to Exhibit Number 376.  If we could play the first

17    clip, which I believe is on Bates 6271.

18              (Tape played.)

19         Q.    All right.  Is the female that we hear in

20    there -- is that Yvonne?

21         A.    Yes, ma'am.

22         Q.    And it sounds like Anthony Baca is saying

23    something, and are you repeating it to her?

24         A.    Yes, ma'am.

25         Q.    And who is Baby G?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        A.   Baby G is one of Anthony Ray Baca's
 2   right-hand man.
 3        Q.   Is his name Jonathan Gomez?
 4        A.   Yes, ma'am.
 5        Q.   Okay.  And is this a message that he was
 6   trying to get to Baby G?
 7        A.   This is an order that he's passing to Baby
 8   G to kill BB, who is Javier Rubio.
 9        Q.   Okay.  And so he's trying to get the
10   message to Baby G about BB?
11        A.   Yes, ma'am.
12        Q.   Okay.  And what is -- it says, "Somebody
13   that's trustworthy, that's not going to go around
14   talking about it."
15             Do you know what that was in reference to?
16        A.   He wanted someone to conduct the hit that
17   wasn't going to go and tell everybody, so it would
18   remain a secret.
19        Q.   Tell anyone about the hit?
20        A.   Right.
21        Q.   Okay.  And did you also have -- in this
22   conversation was there reference to drug activity?
23        A.   In this conversation?
24        Q.   Not this one that we're looking at, but
25   did you have conversations with Yvonne and Pup about
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1  drug activity?
 2       A.   Yes.  Not in this conversation.
 3       Q.   All right.  Now, if we could go now to --
 4  we'll come back to that one.
 5            MS. ARMIJO:  At this time, move for the
 6  admission of 262 (sic).
 7            THE COURT:  You had told me the next one
 8  was going to be 362, so --
 9            MS. ARMIJO:  I'm sorry, 362.
10            THE COURT:  All right.  Let me see counsel
11  then up front here.
12            (The following proceedings were held at
13  the bench.)
14            THE COURT:  I think this one is okay.
15  There are some Duran statements that aren't adopted
16  by Mr. Baca, but they're irrelevant; it's not being
17  offered for the truth of the matter.  If you want me
18  to say something like that, give some limiting
19  instruction; but I just don't see them being
20  prejudicial to you.  They are irrelevant to what
21  Duran is saying.  If you want me to say something
22  like that, that they're not being offered for the
23  truth, I can do that.
24            MS. DUNCAN:  I'm less concerned about what
25  Mr. Duran says as I am about the lack of relevance
```

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                    FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1  to this.  There is no document that they're going to

2  show that has the code.  This is just sort of a

3  gossipy kind of conversation, but suggestions to the

4  jury that are inappropriate, and I'd ask the Court

5  exclude it on that ground.

6              THE COURT:  I think I know what you're

7  going to say, but you want to tell me why it's

8  relevant?

9              MS. ARMIJO:  It is relevant.  He's setting

10 out things that he wants to have happen.  This one

11 in particular, he's talking about the four-figure

12 leg lock, and he is going into more activity that he

13 has planned.  And he specifically talks about --

14 Santistevan's name is specifically brought up during

15 this conversation.

16             THE COURT:  I think there is enough

17 smattering of relevance in it that it survives any

18 403 challenge, so I'll allow it.  If you want

19 anything about Duran's statements, I don't think

20 this is terribly prejudicial or prejudicial at all;

21 they're irrelevant.  If you want an instruction, I

22 can give it.

23             MS. DUNCAN:  All right.  I'll see how it

24 comes out.

25             THE COURT:  See what you want.

SANTA FE OFFICE                                                                    MAIN OFFICE
119 East Marcy, Suite 110                                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                                          Albuquerque, NM 87102
(505) 989-4949                                                                        (505) 843-9494
FAX (505) 843-9492                                                              FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

 1              (The following proceedings were held in

 2  open court.)

 3              THE COURT:  All right.  Government's

 4  Exhibit 362 will be admitted into evidence.

 5              (Government Exhibit 362 admitted.)

 6              MR. JACKS:  And Your Honor, again, we'd

 7  ask for the limiting instruction.

 8              THE COURT:  Again, these are statements by

 9  Mr. Baca, so you can only consider them in your

10  deliberations as to the charges against Mr. Baca and

11  not the charges against the other three gentlemen.

12              MS. ARMIJO:  If we can go ahead and play

13  the clip from 362.

14              (Tape played.)

15  BY MS. ARMIJO:

16      Q.  All right.  And we started a portion of

17  this transcript, and there is mentioning of some

18  quotes.  What are you talking about here?

19      A.  Anthony Ray Baca is discussing and

20  describing the way he speaks in code talk, and he

21  said "like the four-figure leg lock."  That means

22  kill.

23      Q.  Okay.  And what was the purpose of the

24  code talk?

25      A.  The code talk is so correctional officers

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    couldn't understand or comprehend what we were

2    discussing in our communications.

3        Q.   All right.

4             (Tape played.)

5        Q.   Okay.  Now, here you mentioned that -- you

6    say to him, "When you wrote that fucker and told

7    him -- and told him to fucking hit Santistevan," and

8    you're asking about somebody writing you back.  What

9    are you referring to?

10       A.   I'm referring to a coded letter that he

11   sent to Baby G, which is his right-hand man, to

12   Southern New Mexico Correctional Facility, which is

13   here in Las Cruces, and he ordered Baby G to hit

14   Santistevan in the pod as soon as he could.  This is

15   when he was shipped out of state after the Javier

16   Molina murder.

17       Q.   So does this refer back to the

18   conversation that you testified about yesterday,

19   back in 2013?  How is it that you knew that he wrote

20   to Baby G about that?

21       A.   Because he's expressing it in this

22   conversation.

23       Q.   All right.  Okay.  We can go on.

24             (Tape played.)

25             MS. DUNCAN:  Your Honor, we'd ask for a

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                           Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                             FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1   limiting instruction on that last statement by Eric

2   Duran.

3           THE COURT:  All right.  Mr. Duran is

4   making certain statements on here.  What Mr. Duran

5   is saying is irrelevant.  It's not being offered for

6   the truth.  So you're not to consider what he's

7   saying for the truth.  You're to consider what Mr.

8   Baca is saying.

9           So I give you what Mr. Duran is saying

10  just so that you understand the context.  But you

11  can't consider what Mr. Duran is saying for the

12  truth of the matter.  It's not relevant to your

13  conversations.

14          All right.  Ms. Armijo.

15  BY MS. ARMIJO:

16      Q.   Mr. Duran, there is a mention there of

17  J-Little, JR2.  Who is that?

18      A.   JR, Jerry Montoya.

19      Q.   All right.

20          MS. ARMIJO:  I'm going to move for the

21  admission of Exhibit Number 304.

22          THE COURT:  All right.  The lawyers and

23  the parties are staying ahead of me.  So let's take

24  a break and let me review 304.

25          MS. ARMIJO:  And Your Honor, I believe

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    that was the one that was mentioned first thing this
 2    morning.
 3            THE COURT:  That's right.  I've already
 4    ruled on 304.  So Government's Exhibit 304 will be
 5    admitted into evidence.
 6            (Government Exhibit 304 admitted.)
 7            MS. ARMIJO:  All right.  Go ahead and
 8    start that one.
 9            (Tape played.)
10    BY MS. ARMIJO:
11        Q.    And who is Juan Baca?
12        A.    Juan Baca?
13        Q.    Yes.
14        A.    The founder.
15        Q.    And is that who he was referring to in the
16    beginning there?
17        A.    Yes, ma'am.
18        Q.    Keep going.
19            (Tape played.)
20        Q.    Okay.  Now, it appears that Anthony Baca
21    is talking about an incident, so I want to get some
22    names out here.  Who is Bear?
23        A.    Oso.  He's an SNM member.
24        Q.    And are you familiar with Oso?
25        A.    Yeah, a little bit.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

94

```
 1        Q.   Okay.  And what about "pistolas"?  What
 2   does that mean?
 3        A.   Pistols.
 4        Q.   And can you tell what the beginning of
 5   this conversation -- what it is that he's starting
 6   to explain to you?
 7        A.   What he is?
 8        Q.   Yes.
 9        A.   He's a survival gang member.
10        Q.   Okay.  And what is this incident in
11   reference -- he's talking about Bear, these --
12   they're rattling the bars, and "Bear already said he
13   was going to send you guys an issue."  What is that
14   in reference to?
15        A.   An issue is a drug issue.
16        Q.   Okay.  Does it appear that there are some
17   gang members that are upset and he's trying to calm
18   them down?
19        A.   Yes, ma'am.
20        Q.   Okay.  Keep going.
21             (Tape played.)
22        Q.   Okay.  Now, it appears that Anthony Baca
23   indicates to Bear something.  What is he telling
24   Bear to not do?
25        A.   To disregard giving the individuals any
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   kind of drugs.

 2       Q.   And he says something about respect?

 3       A.   Disrespect, not respect.

 4       Q.   Well, I guess my point is:  Was it your

 5   sense that Mr. Baca was disrespected by these

 6   people?

 7       A.   Yeah, they were disrespecting by trying to

 8   rush these individuals into giving them drugs.

 9       Q.   All right.  And so what is Anthony Baca

10   telling you that he ordered Bear to do or not do?

11       A.   To not give them nothing.

12       Q.   All right.

13            (Tape played.)

14       Q.   Okay.  Now, is this a continuation of the

15   same story?

16       A.   Yes, ma'am.

17       Q.   Okay.  And can you tell what's going on,

18   what he's explaining to you?

19       A.   He's having altercations with these

20   individuals that he refused to give drugs to.

21       Q.   Okay.  So I guess tensions are starting to

22   run high here?

23       A.   Yes, ma'am.

24       Q.   Okay.

25            (Tape played.)
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.    Okay.  Now, it appears that there was

 2   somebody taken to the hospital.  What is that in

 3   reference to?

 4        A.    To an individual getting stabbed.

 5        Q.    Who was stabbed?

 6        A.    Rival gang members.

 7        Q.    Okay.  So the rival gang member stabbed

 8   somebody?

 9        A.    Correct.

10        Q.    And was the person that was stabbed -- who

11   was he, in relationship to SNM?

12        A.    He was an SNM Gang member.

13              MS. DUNCAN:  Your Honor, I'm going to

14   object on foundation for this witness.

15              THE COURT:  Well, lay some foundation if

16   you want to elicit this.

17   BY MS. ARMIJO:

18        Q.    Who was it that was stabbed?

19        A.    Jesse.

20              THE COURT:  I think that's where you need

21   foundation.

22              MS. ARMIJO:  I'm sorry?

23              THE COURT:  Does he even know and how does

24   he know?

25
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                            FAX (505) 843-9492
                                                                  1-800-669-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

e-mail: info@litsupport.com

```
1    BY MS. ARMIJO:

2         Q.    Do you know who was stabbed?

3               THE COURT:  Well --

4         Q.    I'll go back one step further.  Was

5    somebody stabbed?

6         A.    Somebody was stabbed.

7               THE COURT:  I think we need to know how he

8    knows this information.  He's giving us information.

9    I think we need know how he knows it.

10        A.    I think it's self-explanatory within the

11   statement that he's making, that they use weapons,

12   fierros.

13              MS. DUNCAN:  Your Honor.  I object.

14              THE COURT:  Sustained.  I'm not getting

15   any help.

16   BY MS. ARMIJO:

17        Q.    Did you -- in reference to this

18   conversation, were you aware of this incident

19   previous?

20        A.    Yes, ma'am.

21        Q.    You were?

22        A.    Aware of it?

23        Q.    Yes.

24        A.    As far as what he's telling me.

25        Q.    Okay.  I know that we have a conversation
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1  before you.  Before this conversation that you had

 2  with Anthony Baca, were you aware of this incident

 3  that we're looking at and reading and listening to,

 4  were you aware of that previous to Anthony Baca

 5  telling you about in, it what we have before you?

 6       A.   This is the second or third time he's told

 7  me the story.

 8       Q.   I guess that's my point.  Had he

 9  previously talked to you about this incident?

10       A.   Yes, ma'am.

11       Q.   When did he previously talk to you about

12  this incident?

13       A.   2013, 2012.

14       Q.   Okay.  And did he personally tell you

15  about this incident?

16       A.   Yes, ma'am.

17       Q.   In addition to personally being told about

18  this, is it something that you learned through --

19  and don't tell me what you learned -- but did you

20  know about this from other sources?

21       A.   This is part of who he is.  This is what

22  made him who he is.

23            MS. DUNCAN:  Your Honor, I'm going to

24  object as nonresponsive.

25            THE COURT:  Overruled.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1  BY MS. ARMIJO:
 2      Q.   All right.  Was this, in your eyes -- I'm
 3  just asking for your opinion -- was this incident
 4  that we're listening to and going to hear about an
 5  important incident in your eyes as far as Anthony
 6  Baca's role in the SNM?
 7          MS. DUNCAN:  Your Honor, I'm objecting to
 8  relevance.  The witness' opinion of Anthony Baca is
 9  not relevant.
10          THE COURT:  Well, he's listening to these
11  conversations and talking to Mr. Baca, so I'll allow
12  the question.  Overruled.
13      A.   This is where he earned his recognition.
14  This is how people know Mr. Ray Baca.
15  BY MS. ARMIJO:
16      Q.   Okay.  And so I'm going to go back now.
17  Since you know about this incident and you indicated
18  it's, at least in your eyes, important to who he is
19  in the SNM, and he told you about it, are you aware
20  of who he is talking about here, when we're talking
21  about -- because there is more to come -- about who
22  was stabbed and whether or not that person that was
23  stabbed was an SNM Gang member?
24      A.   Yes, ma'am.
25          MS. DUNCAN:  I'm still going to object on
```

SANTA FE OFFICE                                                                    MAIN OFFICE
119 East Marcy, Suite 110                                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                                          Albuquerque, NM 87102
(505) 989-4949                                                                       (505) 843-9494
FAX (505) 843-9492                                                              FAX (505) 843-9492
                                                                                     1-800-669-9492
                                                                          e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1  hearsay grounds, Your Honor.

 2            THE COURT:  Overruled.

 3  BY MS. ARMIJO:

 4      Q.   And who was the person that was stabbed?

 5  Was he an SNM Gang member?

 6      A.   Yes, ma'am.

 7      Q.   And what was the incident over?

 8            MS. DUNCAN:  Your Honor, can I have a

 9  continuing objection?

10            THE COURT:  I think you're going to have

11  to establish that he got this information from Mr.

12  Baca on every one of these statements.

13            MS. ARMIJO:  Okay.  I will.

14  BY MS. ARMIJO:

15      Q.   Did you find out from Mr. Baca on previous

16  statements what this incident was about?  And first,

17  we're just talking about an SNM Gang member being

18  stabbed.

19      A.   Yes.

20      Q.   Okay.  And what was the stabbing over?

21      A.   Altercation over drugs.

22      Q.   Okay.  And is it the same drugs that we

23  heard about previously where Mr. Baca had told Oso

24  not to provide drugs to rival gang members?

25      A.   Aside from it being from drugs, it was
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

 1  part of being disrespected.

 2       Q.   Okay.  And what is the importance of being

 3  disrespected in the SNM?

 4       A.   Being disrespected is what people couldn't

 5  do.

 6       Q.   Okay.  So I believe we last left off where

 7  Anthony Baca is saying, "I hollered at Robert.  I

 8  told him" -- and who is Robert; do you know?

 9       A.   Robert Gallegos.

10       Q.   And who is Robert Gallegos?

11       A.   He's just an associate with the SNM.

12       Q.   Okay.  And it says there, "I'm going to go

13  out there and kill this fucker ese."

14            Based on your previous conversations with

15  Mr. Baca, are you aware of who -- this fucker ese he

16  would be referring to?

17       A.   Later on in this story is the person that

18  he stabbed.

19       Q.   Okay.  And he's telling this to Robert,

20  the SNM associate at this point?  Is that what he's

21  telling you?

22       A.   Yes, ma'am.

23       Q.   All right.  Let's continue.

24            (Tape played.)

25       Q.   Okay.  Are you aware of where this

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1  incident took place, based upon this call and your

 2  previous conversations with Mr. Baca?

 3       A.   Yes, ma'am.

 4       Q.   Where did this incident take place?

 5       A.   This incident took place at the Main

 6  facility in Santa Fe, New Mexico.

 7       Q.   And do you know -- and so the Main was

 8  closed approximately in '97, '98; is that correct?

 9       A.   About the end of '97.

10       Q.   Okay.  So this incident occurred before it

11  closed?

12       A.   Yes, ma'am.

13       Q.   And the incident that he's referring to --

14  do you know whether or not that person lived?

15       A.   Yes, ma'am.  That person did not live.

16       Q.   And now where we started this last

17  sequence, there is somebody asking Robert asking to

18  assist; is that correct?  Do you recall that?

19       A.   Yes, ma'am.

20       Q.   And did Anthony Baca want Robert to assist

21  him?

22       A.   He tried not to allow him to assist him,

23  but he ended up assisting anyway.

24            MS. ARMIJO:  Next we are going to go to

25  Exhibit Number 388.  Move for the admission of 388.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              THE COURT:  I had your next one down as
 2   391.  I have a 390 and 391.  So I haven't reviewed
 3   388.  I didn't have that on the list.  So if I'm
 4   going to need to review 388, we're going to need to
 5   take a break.
 6              MS. DUNCAN:  Your Honor, we don't have
 7   further objection as to 388.
 8              THE COURT:  All right.  Then Government's
 9   Exhibit 388 will be admitted into evidence.
10              (Government Exhibit 388 admitted.)
11              MS. ARMIJO:  And I believe the clip that
12   we're going to play starts on Bates 6333.
13              MS. JACKS:  And can we request a limiting
14   instruction, please?
15              THE COURT:  All right.  These are all
16   conversations that Mr. Duran had with Mr. Baca.  So
17   you can consider what Mr. Baca said in your
18   deliberations to him, and not as to the other three
19   defendants.
20              Ms. Armijo.
21              MS. ARMIJO:  All right, go ahead and
22   start.
23              (Tape played.)
24   BY MS. ARMIJO:
25       Q.   Okay.  In this conversation, does it
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    appear to be between Anthony Baca and you?

2         A.    And myself, yes, ma'am.

3         Q.    And there is a mention of a Julian.  It

4    says that Julian had to go.  Who is Julian that

5    you're talking about in this conversation?

6         A.    Julian Romero.  He was a high-ranking SNM

7    member.

8         Q.    Okay.  And when he says that Julian had to

9    go, what is that in reference to?

10        A.    It's a reference to -- he has to leave the

11   area where the SNM members are living.

12        Q.    Okay.

13             (Tape played.)

14        Q.    All right.  Is this conversation in

15   reference to Julian Romero, Anthony Baca saying to

16   beat him up?

17        A.    Yes.  Yes, ma'am.

18        Q.    All right.  And there is reference to

19   Styx.  Who is Styx?

20        A.    Styx is Gerald Archuleta.  He also is a

21   high-ranking SNM member within the organization.

22        Q.    And did Gerald Archuleta and Julian

23   Romero -- if you are aware, were there issues

24   between the two of them?

25        A.    There was issues between Gerald

SANTA FE OFFICE                                                           MAIN OFFICE
119 East Marcy, Suite 110                                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                                Albuquerque, NM 87102
(505) 989-4949                                                              (505) 843-9494
FAX (505) 843-9492                                                  FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

 1   Archuleta's wife and Julian Romero taking his wife

 2   while he was in prison, which is a rule that is

 3   forbidden within the organization.

 4        Q.   All right.  And when he's referring to "He

 5   done fucked up," who was Anthony Baca referring to?

 6        A.   Julian Romero.

 7             MS. ARMIJO:  At this time we move for the

 8   admission of Exhibit Number 310.

 9             MS. DUNCAN:  Your Honor, this is another

10   one that we do not have additional objection to.

11             THE COURT:  All right.  That's what my

12   records indicate, as well.  So Government's Exhibit

13   310 will be admitted into evidence.

14             (Government Exhibit 310 admitted.)

15             MS. ARMIJO:  And we will start --

16             MR. JACKS:  Again, we would request a

17   limiting instruction.

18             THE COURT:  All right.  We're continuing

19   to just play tapes of Mr. Baca.  So it's the same

20   instruction.  You can only consider it in relation

21   to Mr. Baca, not the other three defendants.

22             MS. ARMIJO:  And we're going to start on

23   Bates 6055.

24             (Tape played.)

25

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  BY MS. ARMIJO:

2      Q.   Do you know who Plaz is within the SNM?

3      A.   Yes, ma'am.  Plaz is Jerry Montoya.  He's

4  one of the individuals that was involved in the

5  Javier Molina murder.

6      Q.   And you're referring to Javier here.

7  Which Javier are you referring to?

8      A.   It's Javier Molina, the one that got

9  murdered.

10     Q.   All right.

11          (Tape played.)

12     Q.   Who is Conejo?

13     A.   Conejo was an SNM member.

14     Q.   And the transcript says Conejo or Corejo?

15     A.   It's Rabbit, Tommy Valdez.

16     Q.   And when he says, "I'm going to push this

17  shit," what were you and Anthony Baca talking about?

18     A.   He's indicating that he's going to enforce

19  the hit on Javier Molina.

20          MS. ARMIJO:  Your Honor, at this time I

21  move for the admission of 320.

22          THE COURT:  And this is another one you

23  didn't have a problem with, Ms. Duncan?

24          MS. DUNCAN:  I have no further objections.

25          THE COURT:  No further objections.  All

SANTA FE OFFICE                                             MAIN OFFICE
119 East Marcy, Suite 110                           201 Third NW, Suite 1630
Santa Fe, NM 87501                                   Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                     FAX (505) 843-9492
                                                            1-800-669-9492
                                            e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1   right.  So Government's Exhibit 320 will be admitted
 2   into evidence.
 3             (Government Exhibit 320 admitted.)
 4             MS. JACKS:  And again, the limiting
 5   instruction, please.
 6             THE COURT:  All right.  Again, these are
 7   just tapes of conversations with Mr. Baca, so they
 8   can only be used in your deliberation of the charges
 9   against Mr. Baca and not the other three defendants.
10             MS. ARMIJO:  All right.  Go ahead.
11             (Tape played.)
12   BY MS. ARMIJO:
13        Q.   What is Anthony Baca talking about in this
14   conversation?
15        A.   Anthony Ray Baca is expressing to me his
16   initiation through violence to become an SNM Gang
17   member.
18        Q.   Okay.  Is that what he's referring to,
19   beating somebody up with a pipe?
20        A.   Yes, ma'am.
21        Q.   And there is a line, "Nobody -- nobody
22   could get in unless you put in jale, no?"  What is
23   "jale"?
24        A.    It means work.  But work is kill, assault,
25   recognition.
```

SANTA FE OFFICE                                                           MAIN OFFICE
119 East Marcy, Suite 110                                         201 Third NW, Suite 1630
Santa Fe, NM 87501                                                 Albuquerque, NM 87102
(505) 989-4949                                                              (505) 843-9494
FAX (505) 843-9492                                                    FAX (505) 843-9492
                                                                          1-800-669-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE                       e-mail: info@litsupport.com

1      Q.   All right.  And so is this in reference to

2  Anthony Baca's initiation into SNM as you understood

3  it?

4      A.   Yes, ma'am.

5           MS. ARMIJO:  Your Honor, at this time I

6  move for the admission of Exhibit 390.

7           THE COURT:  All right.  Why don't y'all

8  approach?

9           (The following proceedings were held at

10  the bench.)

11           THE COURT:  I think this one is all good.

12  There's a couple of ways it comes in, even if it

13  comes because of Mr. Baca making the statement.  I

14  think alternatively it's circumstantial evidence of

15  Mr. Baca's state of mind in giving orders.  We

16  haven't been parsing these out.  So if the other

17  defendants want limiting instructions, they can have

18  it.

19           As far as the middle of the page, it looks

20  to me like these are about the admissions of the

21  confidential informant.  There are a couple of

22  pages, but I'm comfortable that these are all good.

23           MS. DUNCAN:  We've made our arguments to

24  exclude these.  I don't think I have anything else

25  to add.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1            THE COURT:  Let me go ahead, while you're
2   up here, and give the one on 296 and 297.  What I
3   understand Mr. Baca to be objecting to are the
4   statements on 627 and 628.  But again, Baca made
5   those statements, and I think they are relevant
6   because they relate to Mr. Baca's plans to change
7   the SNM through fear and violence, which shows the
8   SNM structure, which is laying the groundwork here
9   why it's relevant, which goes to whether SNM is an
10  association-in-fact enterprise, and satisfies that.
11  And so it shows that the SNM was planning
12  racketeering activity, i.e., murders and threats.
13  So it's his statements that are coming in, and I
14  think they are relevant.
15            And then the next one is 308, 309.  Again,
16  these are all Mr. Baca's statements.  They're all
17  his complaints.
18            MS. DUNCAN:  Your Honor, I only brought up
19  this one.
20            THE COURT:  Okay.  Do you want to look at
21  the --
22            MS. DUNCAN:  Thank you, Your Honor.  I'm
23  still talking about 309 and 308.
24            THE COURT:  Again, these are all Mr.
25  Baca's statements.  They're all about his complaints
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    about the SNM members, which I think those are

2    relevant to show that SNM has some structural

3    practices that goes to enterprise.  So I think it's

4    relevant evidence.  I'm going to allow -- let in

5    309.

6              So I guess these next three:  391, 207,

7    and 309.  I don't see any redactions that are needed

8    on these next three.

9              MS. DUNCAN:  We'll just incorporate all of

10   our earlier objections, Your Honor.

11             MR. JEWKES:  While we're here, Your Honor,

12   we ask for a limiting instruction.

13             (The following proceedings were held in

14   open court.)

15             THE COURT:  All right.  Government's

16   Exhibit 390 will be admitted into evidence.  Again,

17   this is a tape recording of conversations with Mr.

18   Baca, and you can only consider it in your

19   deliberations of the charges against Mr. Baca and

20   not for consideration of the charges against the

21   other three gentlemen.

22             (Government Exhibit 390 admitted.)

23             MS. ARMIJO:  Okay.  If we could play a

24   clip from 390.

25             (Tape played.)



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1  BY MS. ARMIJO:

 2      Q.   Now, there is a mention of a Kreaper.  Who

 3  is Kreaper again?

 4      A.   Kreaper is Jerry Armenta.  He is also an

 5  individual that was involved in the Javier Molina

 6  murder.

 7      Q.   Okay.  And what is this conversation over?

 8      A.   This conversation is over his testimony

 9  and him being a cooperative witness for the State at

10  this time.  And Anthony Ray Baca wanted to send a

11  message to his mother to let him know, if he

12  testifies, somebody in his family would be hurt.

13      Q.   Okay.

14           (Tape played.)

15      Q.   All right.  That last statement, "Kreaper

16  is fucking up.  If you take the stand against this

17  pedo, against anybody, we're coming for your ass."

18           Who was that statement meant to go to?

19      A.   That statement was meant to go to anybody

20  that was in Jerry Armenta's family.  His mother

21  specifically.

22      Q.   Was Anthony Baca trying to prevent Jerry

23  Armenta from testifying in the state case?

24      A.   Yes, ma'am.

25      Q.   And is this -- again, is this still -- all
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    these calls that we've been listening to this

2    morning, is this still in the time period from

3    mid-October or so, before December 3 of 2015?

4         A.   Yes, ma'am.

5              MS. ARMIJO:  All right.  At this time I'd

6    like to admit Exhibit 296.

7              THE COURT:  Government's Exhibit 296 will

8    be admitted in evidence.

9              (Government Exhibit 296 admitted.)

10             MS. JACKS:  Again, we'd request a limiting

11   instruction.

12             THE COURT:  Again, this will be a tape of

13   the conversation, and you'll see the transcript with

14   Mr. Baca.  You can only use this evidence in your

15   deliberations against Mr. Baca, and not as to your

16   deliberation as to the charges against the other

17   three defendants.

18   BY MS. ARMIJO:

19        Q.   Now, you indicated previously, when you

20   testified yesterday, that you had a conversation

21   with Anthony Baca in reference to wanting to have

22   individuals hit within NMCD's administration;

23   correct?

24        A.   Yes, ma'am.

25        Q.   And throughout the same time period, did

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

113

```
 1   you have various conversations with him about that?

 2        A.   Yes, ma'am.

 3        Q.   Did the conversations include both you

 4   having a one-on-one conversation with him, as well

 5   as you calling individuals on his behalf in

 6   reference to that?

 7        A.   Yes, ma'am.

 8             MS. ARMIJO:  And let's go ahead and start,

 9   then, with 296, which is at Bates 6026.

10             (Tape played.)

11        Q.   Okay.  We have a name here, where Anthony

12   Baca is saying, "Santistevan pulled me out over in

13   Cruces one time."  Who is Santistevan?

14        A.   Dwayne Santistevan is director of STIU.

15        Q.   Is that the same person you testified to

16   yesterday as being one of the persons that Anthony

17   Baca wanted hit?

18        A.   Yes, ma'am.

19        Q.   And in 2013?

20        A.   Yes, ma'am.

21        Q.   And when he says, "That fucker is

22   paranoid," who is he referring to?

23        A.   Dwayne Santistevan.

24             (Tape played.)

25        Q.   Now, what is it that he's talking about
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  here?  We heard something about "recruit."  What is

2  going on here?

3       A.   He's just expressing that the Department

4  of Corrections fears us recruiting.

5       Q.   Recruiting who?

6       A.   Recruiting individuals into the SNM

7  organization.

8       Q.   Okay.  Continue.

9            (Tape played.)

10       Q.   Now, in there, there is a mention of

11  "they've been brainwashed."  Who were you all

12  talking about that's been brainwashed?

13       A.   Rival gang members.  The youngsters of the

14  rival gang members have been brainwashed by the

15  older generation into hatred towards the SNM.

16            And I'd like to also make a point of

17  emphasis --

18            MS. DUNCAN:  Your Honor, I object.  There

19  is no question pending.

20       Q.   Is there something else in this call that

21  is important?

22       A.   The importance in this conversation is the

23  word "fear."  This is a motto, it's a philosophy

24  that the SNM uses to get our way within the

25  Department of Corrections.  We like to embed fear

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1  into people's hearts, including our rivals, to

 2  overcome and be superior over people.

 3       Q.   And is that what you and Anthony Baca were

 4  talking about?

 5       A.   Yes, ma'am.

 6            MS. ARMIJO:   At this time the United

 7  States would move for the admission of 308.

 8            THE COURT:   Government's Exhibit 308 will

 9  be admitted into evidence.

10            (Government Exhibit 308 admitted.)

11            MS. JACKS:   Again, may we request a

12  limiting instruction?

13            THE COURT:   Again, this will be a

14  conversation with Mr. Baca.  You can only consider

15  this evidence in your deliberations of the charges

16  against Mr. Baca.  You cannot consider it in

17  consideration of the charges against the other three

18  defendants.

19            MS. ARMIJO:   All right.

20            (Tape played.)

21  BY MS. ARMIJO:

22       Q.   "Chris got feria."  Who is Chris that

23  you're referring to?

24       A.   Chris Garcia is an SNM Gang member.

25       Q.   What is feria?

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                    FAX (505) 843-9492
                                                          1-800-669-9492
                                              e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        A.    Money.

 2        Q.    And he mentions, "But with a little bit of

 3   finance behind it, it will get done, for sure."

 4              What is it that you all are talking about

 5   here?

 6        A.    He's expressing with a little bit of

 7   finance, the hit will get done, for sure, in

 8   reference to Marcantel and Santistevan being hit by

 9   the SNM.

10        Q.    All right.  Go on.

11              (Tape played.)

12        Q.    Now, what is he referring to there in that

13   paragraph?

14        A.    He's referring to working with rival gang

15   members using soldiers from the SNM to put in work

16   for rival gang members and get paid with it from

17   drugs or money.

18        Q.    All right.  Continue.

19              (Tape played.)

20        Q.    What is it they were referring to here?

21        A.    He's referring to orders that he gave to

22   SNM Gang members to hit any of our rival gang

23   members no matter where we were, and we'd be

24   rewarded for it.

25        Q.    All right.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              (Tape played.)

 2      Q.    What's a huila?

 3      A.    Huila is a letter.

 4      Q.    All right.  And in this incident, Anthony

 5  Baca is talking about a specific incident.  He says,

 6  "When I got into it, juras -- and the juras fucking

 7  bum-rushed my cot."  Do you know what incident he's

 8  referring to?

 9      A.    He got into an incident because he was

10  high and the COs noticed it.

11      Q.    And is this the incident that he's

12  referring to here?

13      A.    Yes, ma'am.

14            MS. DUNCAN:  Your Honor, before we

15  continue, can we get a limiting statement about

16  Mr. Duran's statements?

17            THE COURT:  Yeah.  Mr. Duran's statements

18  are out-of-court statements and they're not relevant

19  here other than to give you context.  So you can't

20  consider them for the truth of the matter; just for

21  the purpose of giving you context as to what Mr.

22  Baca is talking about.

23            All right.  Ms. Armijo.

24            (Tape played.)

25
```




SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   BY MS. ARMIJO:
 2        Q.   And is that more in reference to that
 3   incident?
 4        A.   An important factor of this statement is
 5   that he told Baby G to carry out a hit on Petey,
 6   which is an individual that is a rival gang member
 7   that was being housed with us.  And Anthony Baca
 8   wanted him hit because he was taking up a cell.
 9   Instead of having an SNM Gang member living with us,
10   we had a rival gang member, and he wanted to get rid
11   of him.
12        Q.   And was that information in the huila?
13        A.   That information is in the statement.
14        Q.   Well, it's in the statement, but he also
15   refers to --
16        A.   He's just expressing it as it happened
17   while he was getting hemmed up by the correctional
18   officers.
19             MS. ARMIJO:  And at this time we move for
20   the admission of 384.
21             THE COURT:  Why don't y'all approach?  And
22   Ms. Armijo, if you'll bring with you the pages that
23   you're going to introduce so I can be specific here.
24             (The following proceedings were held at
25   the bench.)
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE
e-mail: info@litsupport.com

```
 1            MR. MAYNARD:  Judge, we have a client that
 2   needs a bathroom break.
 3            THE COURT:  All right.  Let me go ahead
 4   and rule here.
 5            MR. MAYNARD:  Yes.
 6            THE COURT:  Let's go ahead and rule, and
 7   then we'll take a break.
 8            As far as 6311 through 13, I think they're
 9   relevant and I think they're admissible because Mr.
10   Baca is arranging for Mario Montoya to get the gun
11   to use on Marcantel.  So I'll overrule any objection
12   on that.
13            Now, 6313 to 24, I'm having a hard time
14   seeing how these pages are relevant, but I also
15   don't see how they're objectionable.  And they do
16   provide some context to other exchanges.  Do you
17   intend to get all those?
18            MS. ARMIJO:  What I was going to play,
19   Your Honor, was beginning on 6311 and to through
20   6312.  I was not counting on playing the other.
21            THE COURT:  So 6313 to 24, you were not
22   playing?
23            MS. ARMIJO:  No.
24            THE COURT:  We'll exclude those.
25            MS. ARMIJO:  So we should exclude those
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1  too.

2          THE COURT:  I didn't see how they were

3  relevant, other than relevancy grounds.  They

4  provide no context.  But if you don't need them,

5  then we won't worry about them.

6          6324 to 25, here's where it gets a little

7  trickier.  Are you going to use any of those pages?

8          MS. ARMIJO:  No.

9          THE COURT:  Because there are some hearsay

10 statements about --

11         MS. ARMIJO:  No, Your Honor.

12         THE COURT:  -- someone named Becky and

13 Suboxone.

14         MS. ARMIJO:  No.

15         THE COURT:  So I'm skipping down to 628 to

16 29, and Baca is discussing sources of drugs, which I

17 think is relevant because the drug trafficking is a

18 racketeering activity.  So if you're planning to

19 play those, I think those are okay, and I'll

20 overrule the objection to those.

21         MS. ARMIJO:  Okay.

22         THE COURT:  Do you need other rulings on

23 that?

24         MS. DUNCAN:  And on 6328, where I'm

25 guessing --

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              THE COURT:  Those are Baca's statements
 2   there.  So he's discussing sources of drugs, which I
 3   think is relevant to the drug trafficking, is a
 4   racketeering activity.
 5              MS. DUNCAN:  Okay.  Thank you, Your Honor.
 6              MR. JEWKES:  Your Honor, I would like a
 7   limiting instruction.
 8              THE COURT:  Do you want it before or after
 9   the break?
10              MR. JEWKES:  After the break, please.
11              (The following proceedings were held in
12   open court.)
13              THE COURT:  All right.  I'm going to
14   admit -- Government's Exhibit 384 will be admitted
15   into evidence.
16              (Government Exhibit 384 admitted.)
17              THE COURT:  So let's go ahead and take our
18   morning break, and then we'll come back in and play
19   this tape.  And before it's made, I'll give you the
20   same limiting instruction I've been giving as to the
21   other tapes.  But I'll hold off on doing that until
22   we come back and refresh your memory about what
23   we're doing.
24              All right.  We'll be in recess for about
25   15 minutes.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1                (The jury left the courtroom.)

 2                THE COURT:  All right.  Anything we need

 3  to discuss?  All right.  We'll be in recess about 15

 4  minutes.

 5                (The Court stood in recess.)

 6                THE COURT:  All right.  We'll go on the

 7  record.

 8                Ms. Duncan, you had something you wanted

 9  to raise?

10                MS. DUNCAN:  Yes, Your Honor.  Your Honor,

11  we missed one exhibit.  It's Exhibit 344.  There is

12  a brief portion over two pages that we would object

13  to.  And I just gave it to Ms. Armijo.

14                THE COURT:  All right.  Well, give it to

15  me, then.

16                MS. DUNCAN:  So Your Honor, it's Bates No.

17  6151.  It starts with Mr. Duran saying, "Oh, oh, is

18  that what he was telling you, the red mummy?"  And

19  then all the way to 6152.  It's a little bit past

20  half the page.  Mr. Baca says, "And that's serious

21  as fuck."

22                And so we would ask the Court to redact to

23  that point.

24                And then it's not redaction, but we just

25  had a general objection to Exhibit 330, which is a
```

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                   Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                    FAX (505) 843-9492
                                                          1-800-669-9492
                                                   e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1   discussion of who lives on Corrections grounds, and

2   it's Mr. Duran who raises the name of Mr. Marcantel.

3   And as the Court's aware, it's our position that

4   Mr. Duran is the mastermind of the Marcantel plot,

5   not Mr. Baca.  And so we'd ask the Court to exclude

6   it as misleading.

7          THE COURT:  All right.  I'm having trouble

8   taking down all your objections.  You're throwing a

9   lot at me.  Why don't you just wait and not start

10  your second one until I get this one that you

11  missed?

12         Ms. Duncan, you're objecting to Exhibit

13  33?

14         MS. DUNCAN:  330, Your Honor.

15         THE COURT:  Okay.  All rise.

16         (The jury entered the courtroom.)

17         THE COURT:  All right, Mr. Duran, I'll

18  remind you that you're still under oath.

19         THE WITNESS:  Yes, sir.

20         THE COURT:  The Government is going to

21  play 384, which I've admitted into evidence.  This

22  is a conversation with Mr. Baca.  You can only

23  consider it in the deliberations of charges against

24  Mr. Baca and not as to the charges against the other

25  three defendants.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1            All right.  Ms. Armijo.
 2   BY MS. ARMIJO:
 3       Q.   We're beginning at Bates 6311.  Let's
 4   stop.  I'm sorry.
 5            If you can look on the screen and see, who
 6   is this conversation between?
 7       A.   Myself and Pup, or Anthony Ray Baca, and
 8   Michael.
 9       Q.   And who is Michael?
10       A.   Mario Montoya.
11       Q.   Michael is Mario Montoya?  Or is there
12   another individual named --
13       A.   Oh.  Michael Snow.  Sorry.  Which is
14   Anthony Ray Baca's cousin.
15       Q.   Okay.  And is this one of the recordings
16   where he's being recorded on your telephone that you
17   were provided with, and then you're talking to
18   Michael Snow, and Anthony Baca is next door.  Does
19   that make sense?
20       A.   Yes, ma'am.
21       Q.   Is that the scenario that we're looking
22   at?
23       A.   Yes, ma'am.  My cellphone, and I'm also
24   recording on the recording device.
25       Q.   So if we could play it now.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              (Tape played.)

 2      Q.    What is a cuete?

 3      A.    A gun.

 4      Q.    Okay.  And when you say he wants to know

 5   if you can get him a cuete, who is the "he" you're

 6   referring to?

 7      A.    Anthony Ray Baca.

 8      Q.    And do you know, based on this

 9   conversation, what the firearm is for?

10      A.    The firearm is going to be used in the

11   assassination of Mr. Marcantel or Santistevan.

12      Q.    All right.

13              (Tape played.)

14      Q.    And then it indicates that Anthony Baca

15   said, "I don't know about my ruca.  Ask him."  And

16   there is something, "if he remembers Mario Poo Poo."

17   What does ruca mean?

18      A.    Girlfriend.

19      Q.    And so -- and Mario Poo Poo -- who is that

20   in reference to?

21      A.    Mario Montoya.

22      Q.    His nickname being Poo Poo?

23      A.    Yes.

24      Q.    All right.

25              (Tape played.)
```

SANTA FE OFFICE                                                      MAIN OFFICE
119 East Marcy, Suite 110                                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                                Albuquerque, NM 87102
(505) 989-4949                                                              (505) 843-9494
FAX (505) 843-9492                                                    FAX (505) 843-9492
                                                                          1-800-669-9492
                                                              e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        Q.   Now, is this Anthony Baca asking for Mario
 2   Montoya to pick up a gun from Michael Snow?
 3        A.   Yes, ma'am.
 4             MS. ARMIJO:  All right.  Now I'm going to
 5   move for the admission of 422.
 6             THE COURT:  All right.  Well, I'm going to
 7   have to take a break and review these transcripts.
 8   So we'll be in recess for about 15 minutes, or as
 9   long as it's going to take for me to review them.
10             All rise.
11             (The jury left the courtroom.)
12             THE COURT:  All right.  Let's be seated.
13   If the Government is only going to play like a
14   couple of lines out of all these transcripts, it's
15   killing me to review pages and pages that you're not
16   introducing.  So can you tell me on 422 what you're
17   going to play?
18             MS. ARMIJO:  Yes, Your Honor, but I think
19   our position has been that we still want the whole
20   transcript to go in.  We're only highlighting
21   certain portions.
22             THE COURT:  We'll be in recess, then.
23             MS. ARMIJO:  But I can --
24             THE COURT:  We'll be in recess.
25             (The Court stood in recess.)
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              THE COURT:  Let me go ahead and make my
 2   record, then, as to the transcripts that are not
 3   being read.  6324 to 25 on Exhibit 384, I guess,
 4   which is the tape playing, there are some hearsay
 5   statements about whether someone named Becky can get
 6   Suboxone.  But those statements are relevant not for
 7   their truth, but to show Mr. Baca's state of mind
 8   when asking Michael to get Suboxone from Becky for
 9   him.
10              So I don't know what you want to do. I
11   mean, the tape is coming in, but they're not playing
12   it in front of the jury, so I don't know how you
13   give a limiting instruction to something that's not
14   being played in the courtroom.  But it may just not
15   be a big factor if they're not highlighting it and
16   putting it into evidence.
17              MS. DUNCAN:  Your Honor, our position
18   would be maybe if it's not played in the courtroom,
19   it shouldn't go back to the jury; that we should be
20   limited to what is being played with these
21   witnesses, so the jury is not left -- it's just --
22              THE COURT:  Well, they get to introduce
23   what they want, and you get to object to what you
24   want.  So that's your position, but it's not going
25   to carry the day.  So I'm ruling on your objections,
```

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                     FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1   and I guess I'll have to go through, even though

2   it's not being played in the courtroom.  What do you

3   want to do on this one?

4           MS. DUNCAN:  For 422 we'd ask you to

5   redact the portions that we noted.

6           THE COURT:  Well, 6324 to 25.  I guess

7   what I need to do on these is:  If the Government is

8   introducing all these tapes, I need to give a

9   limiting instruction to the jury to those pages when

10  they go back and consider them.  Anybody see any

11  better way of doing it?

12          MS. JACKS:  Your Honor, if I may, these

13  tapes are not admissible against Mr. Sanchez.  But

14  it's my understanding of the rules of evidence that

15  in order for the jury to properly consider it, it

16  has to be presented in open court.

17          THE COURT:  They're being presented, but

18  they're highlighting certain portions of it.  If you

19  want to give me some case law that they have to play

20  the entire tape, you can.  But I'm not aware of it.

21          MR. JACKS:  And at this point, Mr. Sanchez

22  would object to the jury considering any evidence

23  that isn't presented on the record in open court in

24  front of the defendants.

25          THE COURT:  So you want more played?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1           MR. JACKS:  I don't want any of it played.

2    But that's why we asked for a separate jury and a

3    severance.

4           THE COURT:  Well, but now you're asking

5    for more to be played.

6           MR. JACKS:  What I'm asking is that the

7    jury not be considering evidence that's not

8    presented in open court.  I think that's what the

9    Constitution requires.

10          THE COURT:  All right.  Well, here's what

11   I'm going to do:  When we bring the jury back in,

12   I'll give a limiting instruction, tell them on

13   certain pages of the tape that they're not to

14   consider it.  So I'll give them a limiting

15   instruction on that.

16          Let me start to try to deal with this

17   Exhibit 422.  What I understand is -- let me give

18   you a range of pages here.  Mr. Baca is objecting to

19   19944 through 46.  19955-54.  19- -- is that 54

20   or -- no, it's 59.  19960-62.  19968.  19972-73.

21          I'll go through these one at a time, but I

22   guess my short conclusion as to these pages is that

23   they all involve Baca bad acts that don't appear to

24   be SNM-related.  So those acts are both irrelevant

25   and prejudicial, and need to be redacted.

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492                                            FAX (505) 843-9492

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1          Taking that first group specifically,

2    19944 to 46, a portion of this talks about using

3    drugs with a David -- is that Casias? -- who he met

4    in prison in 1983 to '84.  He's buying but not using

5    drugs.  I think buying drugs is the racketeering

6    activity, not the using drugs.  And I don't see

7    anything linking this incident to the SNM.

8          The exchange regarding whether Baca

9    fathered CS's son is irrelevant.

10          And going to that next batch of material,

11    19955-59, Mr. Baca describes a murder he committed

12    in 1981, where he killed a guy hitting on his

13    friend's girlfriend, and subsequently tried to

14    intimidate witnesses.  There is no evidence that the

15    murder, which took place outside of prison, was

16    SNM-related.  Mr. Baca first went to Santa Fe for

17    this murder, so he might not have been an SNM member

18    yet.

19          The third group of pages here, Mr. Baca is

20    describing in rather cursory terms here several

21    out-of-prison murders.  The only link to SNM is that

22    Mr. Baca refers to one of the killers as the carnal.

23    Is that Brian?  What's he saying there?  And then

24    on -- so the same problems with those.

25          19968, Mr. Baca states that someone used

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                    FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1  to visit him when he was going to trial for a murder

2  he picked up at the Main prison.  I guess that

3  murder might be relevant to the enterprise.  But

4  this statement is not.  I don't see how a visit is

5  going to get him.

6          All right.  So with that, I think the rest

7  of 422 can come in.  So you've got those.

8          MS. ARMIJO:  Your Honor, we won't play

9  those.  But for the redaction for Court purposes --

10 and I don't know, because I wasn't getting emails

11 from Ms. Duncan; I see that she sent me several.

12 But if we can either have that written down so we

13 can make sure that we get the right corrections, or

14 if Ms. Duncan gave me something, if we could have a

15 copy of that, just because I want to make sure that

16 we get it correct as to what goes back before the

17 jury.

18         THE COURT:  So it's 19944 through 46;

19 19955 through 59; 19960 through 62; 19968; 19972

20 through 73.

21         MS. ARMIJO:  Thank you.

22         THE COURT:  All right.  Did you have

23 anything else on that, Ms. Duncan?  I'll bring the

24 jury in and see if we can get this tape done.

25         MS. DUNCAN:  No, Your Honor, those are the

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1   objections that we have.

 2           THE COURT:  Ms. Standridge, do you want to

 3   get the jury in?

 4           Ms. Standridge handed something up here,

 5   transcripts.  Are they from you, Ms. Armijo?

 6           MS. ARMIJO:  Your Honor, those are

 7   transcripts that were ordered redacted by the Court

 8   that are different from the copies that you have in

 9   your notebook.  They're based on the Court's

10   previous rulings on redactions.

11           THE COURT:  Okay.

12           (The jury entered the courtroom.)

13           THE COURT:  All right.  Mr. Duran, I'll

14   remind you that you're still under oath.  And

15   Government's Exhibit 422 is admitted into evidence.

16           (Government Exhibit 422 admitted.)

17   BY MS. ARMIJO:

18       Q.   Mr. Duran, I believe previously we heard

19   Anthony Baca talking to Michael Snow about possibly

20   getting a firearm.  Did that ever materialize, that

21   you're aware of?

22       A.   No, ma'am.

23       Q.   Was there a second person that was then

24   asked for a firearm?

25       A.   Yes, ma'am.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.    And who would that be?

 2        A.    Chris Garcia.

 3        Q.    All right.  At this time we'd like to play

 4   the first clip from Exhibit 422, which begins on

 5   Bates 19939.

 6            MR. JACKS:  Your Honor, I'm sorry, but in

 7   the confusion I don't know if the Court's given a

 8   limiting instruction on this particular item.

 9            THE COURT:  All right.  On this tape,

10   which is a conversation with Mr. Baca, you can only

11   use this conversation in your deliberations of the

12   charges, about the charges against Mr. Baca and not

13   as to the other three defendants.

14            MS. ARMIJO:  All right.  Could we play the

15   first clip?

16            (Tape played.)

17   BY MS. ARMIJO:

18        Q.    All right.  And how many firearms is

19   Anthony Baca asking for in this part of the

20   conversation?

21        A.    He's requesting that Chris Garcia get him

22   two firearms.

23        Q.    And if we could go to the second clip,

24   which begins on Bates 19941.

25            (Tape played.)
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   There is a lot of conversation about
 2   hiding something.   What is this conversation about?
 3        A.   He's --
 4        Q.   Who is "he"?
 5        A.   Anthony Ray Baca is directing Chris Garcia
 6   to hide the weapons that he's going to get in a
 7   certain particular place that only that person would
 8   know that's picking them up.
 9        Q.   Is that what they're trying to do, leave a
10   note or something so a person would know to pick it
11   up?
12        A.   So they would know it's confirmation,
13   basically.
14        Q.   All right.   Continue.
15             (Tape played.)
16        Q.   Now, who is Holly Holm, if you know?
17        A.   Holly Holm is a world-famous UFC fighter
18   from New Mexico.
19        Q.   And is there a reference to celebrating a
20   win of hers?
21        A.   When she beat Ronda Rousey in the UFC
22   match.
23        Q.   Now, after that conversation, were there
24   continued to be other conversations with Chris
25   Garcia about a firearm?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



```
 1        A.   Yes, ma'am.

 2             MS. ARMIJO:  All right.  And at this time

 3   I'd move for the admission of 420.

 4             THE COURT:  All right.  Well, I'm trying

 5   to stay ahead, but I'm not quite able to do it.  So

 6   we'll be in recess for a few minutes.  All rise.

 7             (The jury left the courtroom.)

 8             THE COURT:  All right.  We'll be in recess

 9   for a few minutes.

10             (The Court stood in recess.)

11             THE COURT:  All right.  Let's go back on

12   the record.  I'm looking at the typed sheet that Ms.

13   Duncan gave me this morning, and it's an email, I

14   guess, from Mr. Lowry to Ms. Duncan and to Ms.

15   Armijo.  So I'm looking at those.  This would be

16   transcript 419.  So the audio of 420.

17             So on page 19906 there is a statement by

18   Baca that says, "Nah, Weasel -- Gay Weasel is kind

19   of healthy but he was living with others."  That

20   whole statement is I think irrelevant.  It refers to

21   people who have drugs but do not appear to be SNM.

22   So let's redact that.

23             The next page, down at the bottom, it's --

24   Baca says, "And here in the '70s, he used to sell

25   chiva right there in your neighborhood.  Garcia:
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Yeah."

2            I'd redact that as irrelevant.  It again

3    refers to people who have drugs, but do not appear

4    to be SNM, so it's irrelevant.

5            Then 19910, oh, about two-thirds of the

6    way down it says, "Garcia:  Yeah.  Okay.  Okay.

7    Yeah.  Baca:  He has -- he has" -- those two lines,

8    redact those as irrelevant.  Again, it's referring

9    to people who seem to have drugs, but don't appear

10   to be SNM.

11           So I'll grant those redactions and let's

12   go to 19911 starting in the middle of the page, it

13   goes, "Baca:  Intelligible."  Then it starts,

14   "Garcia:  She gots a little baseball team.  No."

15   And then Baca down to where it says, "Baca:  I was

16   UI caught up that night."

17           I think that's relevant if Baca was

18   selling drugs for SNM when this occurred.  But is

19   there any evidence that that was occurring?  I guess

20   it's more of a relevance issue for me, and I just

21   don't know if I have enough information to determine

22   that.  If y'all want to try to convince me that he

23   was selling drugs at the time, there is some

24   evidence in the record that does it, then we can

25   leave it in.  But I think it's only relevant if he

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                      Albuquerque, NM 87102
(505) 989-4949                                               (505) 843-9494
FAX (505) 843-9492                                      FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1    was selling drugs for SNM at the time, and I'm not

2    sure that this is clear enough to internally make

3    that clear.

4              All right.  Then 19918, under that

5    statement -- well, I'll start with Garcia.  "Garcia:

6    Yeah, and then when she got Chacon," all the way

7    down to again Garcia's statement, "Go rob somebody,

8    armed robbery, whatever, and get the money," again,

9    I think all that's inadmissible hearsay as well.  So

10   that needs to be redacted.

11             19923, pretty much this page, but let me

12   be a little bit more precise.  The confidential

13   human source, "The first one time" down to the rest

14   of the page.  So where it says, "That -- does that

15   chick do drugs," from there on down, I think the

16   rest of that is inadmissible hearsay.

17             And that's the problem with 1924, the

18   entire page there.

19             Then on 1925, the redactions continue down

20   to the middle of page where it says "Baca" and "UI,

21   voices overlap."

22             So redact the top of the page and then the

23   rest starting with "Baca and UI voices overlap,"

24   that can remain in.  So "Garcia:  Yep" is the last

25   redaction on that page.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1              So I'm granting the redactions except
 2   19911, which is admissible only if the Government
 3   links it to SNM some way, some way that Mr. Baca is
 4   selling drugs.
 5              All right.  Are we ready to go with 420?
 6   Otherwise I'll admit 420.
 7              (Government Exhibit 420 admitted.)
 8              THE COURT:  Anything else on that, Ms.
 9   Duncan?  That clear is enough?
10              MS. DUNCAN:  Your Honor, thank you.
11              THE COURT:  So Exhibit 420 will be
12   admitted.
13              Take out that redaction as to Mr. Baca
14   selling drugs, that portion on 9, unless you want to
15   come back and argue that you've go evidence
16   somewhere.
17              19911, that one needs to come out unless
18   the Government wants to make a further record on
19   that.
20              All right.  Ms. Standridge, do you want
21   bring in the jury?
22              MR. JACKS:  And Your Honor, would the
23   Court provide a limiting instruction?
24              THE COURT:  I will.
25              MS. DUNCAN:  Your Honor, before the jury
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  comes in, I just noticed Mr. Cordova's lawyer came

2  into the courtroom, so I was hoping that the Court

3  could talk to him.

4        THE COURT:  And who is Mr. Cordova's

5  lawyer?  I can't see back there.  Oh, Mr. Samore.

6        MR. SAMORE:  Judge.

7        THE COURT:  All right.  Mr. Samore, I

8  haven't been excluding all the attorneys that are a

9  little bit ahead of the anticipated testimony of

10 their clients.  But will you just give me your

11 assurance that you will not be a conduit for what's

12 going on in this court?  The Rule has been invoked.

13 So you're welcome to stay as long as you give me

14 your word you won't be a conduit to Mr. Cordova.

15       MR. SAMORE:  You have my word.

16       THE COURT:  So don't tell him what's going

17 on in here since we've invoked the rule.

18       MR. SAMORE:  I really don't know what's

19 going on.

20       THE COURT:  I'm redacting transcripts,

21 ruling on objections to transcripts.  That's what

22 I'm doing.  And I'm not staying ahead of everyone.

23       All rise.

24       (The jury entered the courtroom.)

25       THE COURT:  All right, Mr. Duran, I'll

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   remind you that you're still under oath.

2        MR. DURAN:  Yes, Your Honor.

3        THE COURT:  And I'm going to admit

4   Government's Exhibit 420 into evidence and it's

5   going to be a conversation with Mr. Baca.  So,

6   again, you can consider this as evidence only in

7   your connection with your deliberations as to the

8   charges against Mr. Baca, and you may not consider

9   it in your deliberations in any way as to the other

10  three defendants.

11        Ms. Armijo.

12        MS. ARMIJO:  All right.  Thank you.  And

13  with that we will play the clip.

14  BY MS. ARMIJO:

15      Q.   And I guess before we start it, Mr. Duran,

16  can you look and see if this is another conversation

17  that involves Anthony Baca and Chris Garcia?

18      A.   Yes, ma'am.

19      Q.   All right.  Let's go ahead.

20           (Tape played.)

21      Q.   And there, there is, "Give him one.  Don't

22  give him two."  What is it that we're talking about?

23      A.   Anthony Ray Baca is directing Chris Garcia

24  to give Mario Montoya just one gun instead of two.

25      Q.   All right.  Continue.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1                (Tape played.)

 2        Q.   Now, there is mention there of tripping on

 3   something and glass.  What are you referring to?

 4        A.   He's referring to methamphetamines.

 5        Q.   All right.

 6                (Tape played.)

 7        Q.   And the one that's being referred to --

 8   what is the one going to be used for?

 9        A.   The one is going to be used to commit the

10   assassination against the Secretary of Corrections,

11   Gregg Marcantel, or the director of STIU, Dwayne

12   Santistevan.

13        Q.   And there is mention here of, "He can try

14   to erase any numbers on that."  Do you know what

15   that is in reference to?

16        A.   So he's giving him a directive to erase

17   the serial numbers off the weapon so it can't be

18   traced back to the original owner.

19        Q.   Okay.  And I believe there was also talk

20   about, you know, "If he messes up, that's it for

21   him."  What is that in reference to?  Or "cut him

22   off," something to that effect?

23        A.   It's just making an expression that if

24   Mario messes up this hit or his obligation to do

25   what he needs to do, just to cut him off of
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1  activities, get rid of him.
 2           MS. ARMIJO:  Now, the next item we have is
 3  Exhibit 416.  And I don't know if there are any
 4  objections to 416.
 5           THE COURT:  Yeah, there are.  Why don't we
 6  go ahead and take our lunch break, and maybe I can
 7  get caught up on the lunch break on ruling on these.
 8           All right.  We'll be in recess for about
 9  an hour.
10           (The jury left the courtroom.)
11           THE COURT:  All right.  We'll be in recess
12  for about an hour.
13           (The Court stood in recess.)
14           THE COURT:  All right.  Let's go on the
15  record and let me make some rulings for you on three
16  transcripts, and then I think I'll owe you two more,
17  but they're the last two.
18           As to 416, which is transcript 417, if you
19  look at 19795 to 19799, which goes down to the -- I
20  think it's the sixth "Pup" entry, so I think that's
21  irrelevant, so it goes down to the "Pup:  Yay."  So
22  all of 19795 to 99 is irrelevant unless the criminal
23  activity described is tied to the SNM.  It
24  internally doesn't do it.  So if the Government
25  wants to make another run at trying to get this in,
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   you'll need to tie it to SNM activities, but
 2   internally I can't make it that it is.
 3           Then after that where Pup says, "Yay,"
 4   after that on 799 to 19800 -- so 19799 after the
 5   sixth Pup entry to 19800, it looks relevant because
 6   it refers to an SNM hit.  So I'm overruling the
 7   objection to it.
 8           Then 19802 to 803 is irrelevant.  I don't
 9   see the relevancy of it.
10           19804 to 19806 I do think is relevant
11   because these incidents appear -- or a reasonable
12   jury I think could conclude that these statements
13   describe an SNM activity.  So I'm going to leave
14   those in.
15           And then 19809 to 19812, these statements
16   describe SNM activity, so they are relevant.
17           So those are my rulings as to 416.  And
18   otherwise, it can be admitted.
19           Then Ms. Duncan made objections to 330,
20   which is transcript 331, and I think Mr. Baca is
21   objecting to this transcript as misleading.
22           Mr. Baca's statements are admissible as a
23   statement by a party opponent.  The CHS's statements
24   can come in because they have no truth value.  If
25   you want a limiting instruction on the CHS's
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    statements, you can have it.  But they have no truth
2    value, but they have value putting things in
3    context.
4           The statements have probative value as to
5    the Marcantel conspiracy, so I do think that they
6    are relevant.  If they are misleading -- and I don't
7    think they are -- I think that can be cleared up on
8    cross-examination rather than excluding the
9    testimony.  So I'll overrule Mr. Baca's objection to
10   330 and transcript 331.
11          And then Ms. Duncan raised this morning
12   more objections, two more objections, to 344, pages
13   61 to 51 and 61 to 52.  And it starts with Mr. Duran
14   saying, "Oh, oh, is that what he was telling you,
15   the red mummy?"  And all the way down to 6152, the
16   little bit past the page, past half the page, and
17   Mr. Baca says, "And that's serious as fuck."  And
18   Mr. Baca asked the Court to redact to that point.
19          But the portions that Mr. Baca asked to be
20   redacted I think are relevant.  They cover a crime
21   that an SNM member committed in front of Mr. Baca's
22   family.  The relevant statements come from Mr. Baca.
23   So it will become the hearsay rule, and then
24   Mr. Duran's statements come in; they have no truth
25   value.  So again, if a limiting instruction is

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492
                                                                    1-800-669-9492
                                                        e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1   desired on that -- but I do think that they come in,

2   because while they don't have any truth value, they

3   do provide the context for Mr. Baca's statements,

4   which I think are relevant.

5              So with those rulings, I'll admit 416, 330

6   and 344.

7              (Government Exhibits 330, 344, and 416

8   admitted.)

9              THE COURT:  And then I'm still working on

10  418 and 348.

11             I think that's it.  If somebody else has

12  got something else to rule on, I think that will

13  cover it once I give you 418 and 348.  Is that

14  right, Ms. Duncan?

15             MS. DUNCAN:  That's correct, Your Honor,

16  and I think the Government is also planning to play

17  Exhibit 328, and we do not have any objections to

18  that.

19             THE COURT:  That's what my notes reflect,

20  too.  So I owe you two more.

21             All right.  Anything else to discuss

22  before we bring in Mr. Duran and the jury?  Anything

23  else from the Government, Ms. Armijo?

24             MS. ARMIJO:  No, Your Honor.

25             THE COURT:  How about any of the

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   defendants?  Do they have anything to discuss?
 2          Mr. Del Valle, if this afternoon in
 3   cross-examination you want to be closer to
 4   Mr. Duran, we had a chair up here yesterday for Mr.
 5   Candelaria, so feel free to come up and take that
 6   place, if you want it.
 7          MR. DEL VALLE:  Thank you, Your Honor.  I
 8   intended on doing so.
 9          THE COURT:  Okay.  All rise.
10          (The jury entered the courtroom.)
11          THE COURT:  All right.  Please be seated.
12          All right.  Mr. Duran, I'll remind you
13   that you're still under oath.
14          The Court will admit Government's Exhibit
15   420.
16          (Government Exhibit 420 admitted.)
17          THE COURT:  Ms. Armijo, if you wish to
18   continue your direct examination of Mr. Duran, you
19   may do so at this time.
20          MR. JACKS:  Your Honor, may we request a
21   limiting instruction, please?
22          THE COURT:  The tape that's going to be
23   played again is a conversation with Mr. Baca so you
24   can only use this tape in your deliberations as to
25   the charges against Mr. Baca and not as to the other
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    three gentlemen.

 2              All right, Ms. Armijo.

 3              MS. ARMIJO:  Your Honor, I believe that we

 4    were done with 420.  We're now on 416.

 5              THE COURT:  Did I say 420?  All right.  So

 6    Government's Exhibit 416 will be admitted.  All

 7    right.

 8              (Government Exhibit 416 admitted.)

 9    BY MS. ARMIJO:

10        Q.   Before we play that, Mr. Duran, are you

11    aware of -- the calls that we're listening to now

12    are with reference to Anthony Baca and Chris Garcia.

13    Did you also have calls with Anthony Baca and Mario

14    Montoya?

15        A.   Yes, ma'am.

16        Q.   And so are you aware of whether or not at

17    some point -- was Chris Garcia at some point made

18    aware of what the firearms were going to be used

19    for?

20        A.   Yes, ma'am.

21        Q.   And was he?

22        A.   He was aware of that, ma'am.

23        Q.   All right.  Do you know if initially he

24    was, or was he made aware of that later?

25        A.   Not initially.  It was supposed to be a
```



SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                    FAX (505) 843-9492

**BEAN & ASSOCIATES, Inc.**
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1   secret kept from him.
 2       Q.   And then at some point he's made aware of
 3   it?
 4       A.   At some point he's made aware of it, yes.
 5       Q.   Now, going to 416, if we could play the
 6   first clip, this is Bates 19762.
 7            MS. JACKS:  Your Honor, I'm not sure we
 8   have the limiting instruction with regard to this
 9   one yet.
10            THE COURT:  I thought I gave it.  This
11   conversation relates only to a conversation with Mr.
12   Baca and you can only consider it for purposes of
13   your deliberations of charges against Mr. Baca and
14   not as to the other three gentlemen.
15            (Tape played.)
16   BY MS. ARMIJO:
17       Q.   Does this appear to be more conversation
18   about putting the firearm someplace safe?
19       A.   Yes, ma'am.  It's just going back to
20   putting it in a secret location, details that they
21   had got into in previous conversations.  Now he has
22   the weapons and he's going to do it.
23       Q.   Okay.  And going to the second clip, which
24   is 19763.
25            (Tape played.)
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.    Now, there is mention again to the juras
 2   in this.  What are the juras?
 3        A.    The juras are the cops.
 4        Q.    And you indicated that this is now a time
 5   when it was your understanding that Chris Garcia had
 6   actually obtained a firearm?
 7        A.    Yes, ma'am.
 8        Q.    As opposed to before, just talking about
 9   if he got a firearm?
10        A.    Yeah, opposed to if he got a firearm, what
11   would he do with it.  Now that he has it, he got
12   direction from Anthony Ray Baca to put it in a
13   secret location to be picked up by the assailant,
14   which would have been Mario Montoya.
15             MS. ARMIJO:  I now move for the admission
16   of 328.
17             THE COURT:  Government's Exhibit 328 will
18   be admitted into evidence.
19             (Government Exhibit 328 admitted.)
20   BY MS. ARMIJO:
21        Q.    I believe we're going to start the clip at
22   6087.
23             MR. JACKS:  May we again request a
24   limiting instruction?
25             THE COURT:  Again, all these tapes you're
```

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                   Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                     FAX (505) 843-9492
                                                         1-800-669-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

e-mail: info@litsupport.com

 1  hearing through Mr. Duran are related to

 2  conversations with Mr. Baca so you can only consider

 3  them in connection with the charges against Mr. Baca

 4  and not as to the other three defendants.

 5  BY MS. ARMIJO:

 6      Q.   And in looking at this recording, are you

 7  familiar with who this recording is between?

 8      A.   Myself and Anthony Ray Baca.

 9      Q.   Okay.  If you could go ahead and start.

10           (Tape played.)

11      Q.   Now, there is mention of "they have

12  banquets and charity gatherings."  What's this

13  conversation about?

14      A.   This conversation is about Anthony Ray

15  Baca trying to discover locations of the targets so

16  we could pinpoint their whereabouts, and he's giving

17  me directive to research it on my cellphone, which I

18  eventually tell him I have no internet and I can't

19  research it.

20      Q.   Now, and when you say "the targets," who

21  are the targets?

22      A.   The targets are the Secretary of

23  Corrections, Gregg Marcantel, or STIU director

24  Dwayne Santistevan.

25      Q.   All right.  If we could continue.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              (Tape played.)

 2       Q.   Are you aware of what Anthony Baca is

 3  referring to in this part of the conversation?

 4       A.   Yes, ma'am.

 5       Q.   And can you explain that?

 6       A.   He's describing the area that's around --

 7  which is where most of the authorities live that

 8  work either in the prison or retired, and it's

 9  around the prison area.  It's where the PNM North

10  is.  And the PNM South is built where the Old Main

11  used to be.  There's like housing on the side of

12  that area, which is where a lot of these officers

13  live.

14       Q.   And is that where he was referring to

15  where he was able to see it on his way in, and then

16  also refer to Oasis Street?

17       A.   Yes, ma'am.

18              (Tape played.)

19       Q.   And do you know who Robert Bustos is?

20       A.   No, ma'am.

21       Q.   He's just referring to somebody where he

22  found out where the person lived?

23       A.   Yes, ma'am.

24              MS. ARMIJO:  Your Honor, at this time we'd

25  move the admission of 330.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              THE COURT:  Government's Exhibit 330 will

 2   be admitted into evidence.

 3              (Government Exhibit 330 admitted.)

 4              MR. JACKS:  May we request a limiting

 5   instruction?

 6              THE COURT:  Again, this is conversation

 7   with Mr. Baca, and you can only consider it in your

 8   deliberations as to the charges against Mr. Baca and

 9   not the other three defendants.

10   BY MS. ARMIJO:

11       Q.   Did you have continuing conversations with

12   Anthony Baca about where the possible targets might

13   live?

14       A.   Yes, ma'am.

15       Q.   And let's go to 330.

16              (Tape played.)

17       Q.   And in this one, you indicated -- so you

18   think Marcantel is living there?  And who were you

19   referring to?

20       A.   The Secretary of Corrections, Gregg

21   Marcantel.

22       Q.   Okay.  And what is the point of trying to

23   figure out where he lives?

24       A.   So the information could be handed down to

25   the assailant who is going to assassinate the
```

SANTA FE OFFICE                                                         MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                Albuquerque, NM 87102
(505) 989-4949                                                          (505) 843-9494
FAX (505) 843-9492                                                  FAX (505) 843-9492
                                                                       1-800-669-9492
                                                              e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1   Secretary of Corrections.
 2       Q.   And what premises, again -- are those the
 3   same premises you were referring to in the earlier
 4   recording where there are some premises that are
 5   possibly near the grounds of PNM?
 6       A.   Yes, ma'am.  It's a continuance of
 7   conversations that we're having about the premises
 8   around the penitentiary.
 9           MS. ARMIJO:  And Your Honor, at this time
10   I'd like to move for the admission of 344.
11           THE COURT:  Government's Exhibit 344 will
12   be admitted into evidence.
13           (Government Exhibit 344 admitted.)
14           MS. JACKS:  May we request a limiting
15   instruction?
16           THE COURT:  All right.  This, again, just
17   relates to a conversation with Mr. Baca.  So Mr.
18   Baca's statements can only be used in connection
19   with your deliberation as to the charges against
20   him.  And you may not use them in your deliberations
21   as to the charges against the other three
22   defendants.
23           Ms. Armijo.
24           MS. ARMIJO:  If we could play the clip.
25           (Tape played.)
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

BY MS. ARMIJO:

Q.   Now, we're talking about Rio Rancho.  Do
you know what this is in reference to?

A.   This is in reference to him receiving
information through Mario Montoya that he has
received information that the target, which is the
Secretary of Corrections Gregg Marcantel, lives in
Rio Rancho.

Q.   Okay.  So now the focus isn't on the
houses that are on the premises of PNM and now
possibly that Gregg Marcantel lives in Rio Rancho?

A.   Yes, ma'am.

Q.   Now, are you aware of through -- did there
come a point in time when you became aware that a
gun was actually exchanged between Chris Garcia and
Mario Montoya for the purposes of carrying out any
sort of hits?

A.   Yes, ma'am.

Q.   And how were you made aware of that?

A.   Me and Anthony Ray Baca made a phone call
to Chris Garcia, who confirmed that the weapon was
picked up at around 10:00 in the morning that day
that we had called him.

MS. ARMIJO:  All right.  Your Honor, with
that, the United States would move for the admission

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   of 418.
 2            THE COURT:  All right.  Why don't counsel
 3   approach here?
 4            (The following proceedings were held at
 5   the bench.)
 6            THE COURT:  If you need to rest it up
 7   there, you're welcome to.
 8            All right 19832, the second "Garcia" to
 9   19832, the third "Garcia."  All that inclusive is
10   inadmissible hearsay, so that should be redacted
11   out.
12            MS. ARMIJO:  Can you give those again?
13            THE COURT:  19832 starting with the second
14   "Garcia" down to 19835 through the third "Garcia."
15   And then on 19838, starting at the fourth "Baca" and
16   going to 19839, the third "Baca," through the third
17   Baca, all that is irrelevant.  So redact that.
18            MS. ARMIJO:  Okay.
19            THE COURT:  The 19840, starting with the
20   third "Garcia," through 19840, so it's all the same
21   page, but the fourth "Garcia," so that little bit is
22   inadmissible hearsay.  19841, the third "Garcia"
23   through 19842, the fourth "Baca," that's
24   inadmissible hearsay, so that should be taken out.
25            19859, starting with the second "Garcia,"
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1 through 19859, the fifth "Baca," inclusive, all that

2 is inadmissible hearsay.

3          MS. DUNCAN:  It was the second "Garcia" to

4 the fifth "Baca"?

5          THE COURT:  Yeah, those are on the same

6 page there.  So the second "Garcia" through the

7 fifth "Baca."

8          Then 19860 starting with the sixth

9 "Garcia" through 19861, through the fourth "Garcia,"

10 that's inadmissible hearsay and should be redacted.

11          19865, starting with the fifth "Garcia,"

12 going through 19866, the third "Garcia," that's

13 inadmissible hearsay and all that should be

14 redacted.

15          And then the final one is a little bit

16 like we've confronted before.  I'll order it

17 redacted at the present time.  If the Government

18 wants to come in and try to fight for it, they can.

19 But at the moment, it will be redacted unless I hear

20 otherwise.

21          So it's 19870, starting with the fifth

22 "Garcia," to the end of that page.  The fight that

23 Mr. Baca describes is only relevant if it's an

24 SNM-related one, and internally there is not

25 evidence for me to make a determination that it is.

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492
                                                                        1-800-669-9492
BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE                               e-mail: info@litsupport.com

1    So without more information, that will have to be

2    redacted.  The rest of 418 are okay and can come in.

3              MS. ARMIJO:  I'm sorry, Your Honor.  The

4    last one was --

5              THE COURT:  19870, starting with the fifth

6    "Garcia" to the end of the page.

7              MS. ARMIJO:  Okay.

8              THE COURT:  Let me just make sure it's --

9    actually, it's not the end of the page.  It's the

10   end of the transcript.  So it will be through 19872.

11             MS. ARMIJO:  Got it.

12             THE COURT:  All right.  Clear enough?

13             MS. ARMIJO:  Yes, sir.

14             MR. JEWKES:  Your Honor, and a limiting

15   instruction with regard to Mr. Sanchez.

16             (The following proceedings were held in

17   open court.)

18             THE COURT:  All right.  So Government's

19   Exhibit 418 will be admitted into evidence.

20             (Government Exhibit 418 admitted.)

21             THE COURT:  And again, these are comments

22   or statements by Mr. Baca on this tape.  And you can

23   only consider them as to -- in your deliberations as

24   to Mr. Baca and not as to the other three

25   defendants.

SANTA FE OFFICE                                                      MAIN OFFICE
119 East Marcy, Suite 110                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                           Albuquerque, NM 87102
(505) 989-4949                                                       (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1              All right, Ms. Armijo.

 2              MS. ARMIJO:  We're going to play 418.

 3              (Tape played.)

 4  BY MS. ARMIJO:

 5      Q.   All right.  Now, they're referring to an

 6  individual, and when I say "they," it looks like

 7  this conversation is between Anthony Baca and Chris

 8  Garcia?

 9      A.   Yes, ma'am.

10      Q.   And who are they talking about?

11      A.   They're referring to the assailant, which

12  is Mario Montoya, who picked up the weapon.

13      Q.   All right.  And just to be clear, I think

14  you said it previously, but at this point are you

15  aware that Mario Montoya was working with law

16  enforcement?

17      A.   No, ma'am.

18      Q.   All right.  Go ahead.

19              (Tape played.)

20      Q.   Right there, there is a sentence to "We're

21  trying to get that shit taken care of as soon as

22  possible."  What is that in reference to?

23      A.   In reference to the hit on Marcantel, the

24  Secretary of Corrections.

25      Q.   Now, are you aware of approximately when
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    this conversation took place?

2         A.   This conversation took place on, I

3    believe, December 3.

4         Q.   Okay.  Well, wait.  And I'm going to put

5    something in context here.  If you were arrested on

6    December 3 -- and I have another -- are you aware if

7    this conversation was on December 3 and -- well,

8    or -- let me play it.

9         A.   It might have been December 2.

10        Q.   Okay.  If we go back to the beginning of

11   this conversation, he says that the gun was picked

12   up the day before.  Can we put it in context of when

13   the gun was picked up?

14        A.   The day before they were arrested.

15        Q.   All right.  So that would be a way of

16   telling when this conversation took place; correct?

17        A.   Yes, ma'am.

18        Q.   All right.  Now, you mentioned December 3.

19   What happens on December 3?

20        A.   The FBI came and arrested Anthony Baca and

21   other SNM members that were housed in the same unit

22   that I was housed in.

23        Q.   All right.  And was that a Thursday, if

24   you recall?

25        A.   I don't recall.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   Okay.  Were you aware that that was going

2    to happen that day, or were you -- had you not been

3    told?

4    A.   I wasn't aware that that was going to

5    happen that day, no.

6    Q.   Now, from the time that the gun was picked

7    up, is the 3rd just a matter of a few days later?

8    A.   Within a day, I believe.

9    Q.   All right.  If December 3 is a Thursday

10   and the gun was picked up on the weekend, is it

11   possible that there was more than three or four days

12   between the gun being picked up and the roundup on

13   December 3?

14        MS. DUNCAN:  Your Honor, I'm going to

15   object.  The witness has answered the question.  Now

16   she's leading him.

17   A.   If it was picked up on a weekend --

18        THE COURT:  Hold on.  Let me rule on the

19   objection.

20        I think it's an appropriate question.

21   I'll allow it.  Overruled.

22   A.   So I'm unclear exactly when the weapon was

23   picked up, on what day.

24   BY MS. ARMIJO:

25   Q.   All right.  Because you were not there?

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                           Albuquerque, NM 87102
(505) 989-4949                                               (505) 843-9494
FAX (505) 843-9492                                           FAX (505) 843-9492
                                                             1-800-669-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE                          e-mail: info@litsupport.com

1       A.   Yes, ma'am.

2       Q.   And you do know that there was a

3   conversation that occurred in which Chris Garcia is

4   telling you that the firearm is picked up; correct?

5       A.   Yes, ma'am.

6       Q.   And then in between the time that you

7   learn that the firearm is picked up, what's going on

8   between you and Anthony Baca?  I mean, are you

9   discussing it?  At this point you know that Mario

10  Montoya has the firearm.  What's going on?

11      A.   Me and him are having discussion, and he

12  was having trouble sleeping because he was trying to

13  wake up in the morning to watch the news if the

14  Secretary of Corrections was murdered.

15          MS. ARMIJO:  All right, Your Honor, I'm

16  going to move for the admission of 348.

17          THE COURT:  All right.  If counsel will

18  approach.

19          (The following proceedings were held at

20  the bench.)

21          THE COURT:  All right.  On 6171 to page

22  6172 -- so it will start right underneath stuff

23  we've already redacted.  I'm using the redacted

24  pages.  Do you have those?

25          MR. BECK:  Yes.

SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                               Albuquerque, NM 87102
(505) 989-4949                                                          (505) 843-9494
FAX (505) 843-9492                                                 FAX (505) 843-9492
                                                                        1-800-669-9492
                                                            e-mail: info@litsupport.com



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1          THE COURT:  So anyway, that's inadmissible

2  hearsay.  So we need to take that out.  So you know

3  that the redactions -- I think it's inadmissible

4  hearsay.  Same problem on 6173.  So 6171 to 73 is

5  inadmissible hearsay.  And then 6173 to 6174, that's

6  inadmissible hearsay, as well.

7          MS. DUNCAN:  I'm sorry -- so you're ruling

8  that page 6171, 6172 and 6173 --

9          THE COURT:  Yeah, on 6171, I think it's

10  just down to where it says, "Pup:  Yeah, Spanish,

11  pause," take that out.  Then the rest of it is sort

12  of intro.  And then on 6171 it's everything between

13  the two redactions.

14          Then 6172, everything under the redactions

15  down through that "Pup:  Yeah, Spanish, pause."

16          And then on 6173, starting where it says

17  "Confidential source:  So anyways, yeah, that's why

18  he was mad, though."  The rest of that page and then

19  on 6174, down to "CHS:  What did Blue say when he

20  told him?"  And you could leave that and we can

21  leave off the first sentence of the Pup.  I guess

22  you can leave the rest of the page in.

23          So then 6180, where it says in the middle

24  of the page, "Pup:  Unintelligible, fuck who don't

25  never say nothing new," then the CHS's response,

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                          FAX (505) 843-9492

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1  those two statements need to be pulled out.  Those

2  are inadmissible hearsay.

3          So I'm sustaining three objections on

4  inadmissible hearsay.  Got those?  Otherwise, it

5  will come in.

6          MR. JEWKES:  And Your Honor, obviously,

7  Mr. Sanchez asks for a limiting instruction.

8          THE COURT:  All right.

9          MR. JEWKES:  Thank you.

10          (The following proceedings were held in

11  open court.)

12          THE COURT:  All right.  Government's

13  Exhibit 348 will be admitted into evidence.

14          (Government Exhibit 348 admitted.)

15          THE COURT:  Again, these are statements of

16  Mr. Baca and they may only be used by you in your

17  deliberations of the charges against Mr. Baca and

18  not in your deliberations against the other three

19  defendants.

20          Ms. Armijo.

21          MS. ARMIJO:  Let's start with the first

22  clip, which is on Bates 6161.

23          (Tape played.)

24  BY MS. ARMIJO:

25      Q.   All right.  Who is Styx?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    A.    Styx is Gerald Archuleta, and he is a

2  high-ranking SNM member.

3    Q.    All right.  And in this portion, is

4  Anthony Baca indicating that he is above Styx?

5    A.    Yes, ma'am.

6    Q.    All right.  We can go to the second clip,

7  which begins on 6164.

8          (Tape played.)

9    Q.    Now, you're talking about Eme.  And I

10  believe you say it, "Eme."  What Eme are you

11  referring to?

12    A.    The Eme is the Black Hand in California,

13  Mexican Mafia.

14    Q.    And you're asking -- you're talking

15  about -- you say, "If Mario hits the fucking

16  secretary."  What are you referring to?

17    A.    I'm referring to the Secretary of

18  Corrections, Gregg Marcantel.

19    Q.    And why are you talking about notoriety

20  with that?

21    A.    Asking Anthony Ray Baca if we were going

22  to get notoriety or credibility through the hit on

23  the Secretary of Corrections.

24    Q.    And what is his belief?

25    A.    He believed that we would.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1      Q.   All right.  Going to the third clip, which
 2  begins on 6168.
 3           (Tape played.)
 4      Q.   And what are you starting to talk about
 5  here with Anthony Baca?
 6      A.   Anthony Baca is expressing to me his
 7  willingness to go above and beyond of the
 8  consequences to assassinate Secretary of Corrections
 9  Gregg Marcantel, and directing me to have Chris
10  Garcia, which is an SNM Gang member who provided the
11  weapon, destroy evidence so nothing would link them
12  back to the SNM.
13      Q.   All right.
14           (Tape played.)
15      Q.   All right.  And what is this in reference
16  to?
17      A.   This is in reference to Mario Montoya
18  being in the area of the Secretary of Corrections'
19  residence, and him being spotted by camera
20  transaction footage, which would probably be around
21  Secretary of Corrections Gregg Marcantel's house.
22      Q.   All right.  If we could play the next
23  clip.
24           (Tape played.)
25      Q.   Now, there is mention of getting up early
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1  and watching the news.  Are you aware of what --
 2  based on the entire conversation, what Anthony Baca
 3  was watching the news for?
 4       A.   He was watching the news in hopes that he
 5  would see the Secretary of Corrections, Gregg
 6  Marcantel, murdered; and we believed through a phone
 7  call that it was supposed to happen that night.  So
 8  he was anxious and obviously expressing anxiety by
 9  being up early to watch the news.
10       Q.   And let's watch the next clip.
11            (Tape played.)
12       Q.   Are you aware of what this is in reference
13  to?
14       A.   This is in reference to the Javier Molina
15  murder.  All the individuals that were officially
16  charged with state charges, they had dropped the
17  state charges and the SNM members had assumed that
18  the federal government was going to pick up those
19  charges, so we were kind of nervous at this point.
20       Q.   And when the state charges were dismissed,
21  did it say in lieu of federal prosecution?  Is that
22  how they were made aware of it?
23       A.   Yes, ma'am.
24       Q.   And so is that when Pup is saying, "Well
25  it's -- it's a federal thing now?"  Is that in
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   reference to at least knowing at least the Molina

2   incident was going to be federal?

3       A.   He was acknowledging that Jerry Armenta

4   wasn't a state witness no more.  He was a federal

5   witness now.

6       Q.   All right.  Playing 318.  Continue

7   playing.

8            (Tape played.)

9       Q.   And whose family is he referring to?

10      A.   He's referring to Jerry Armenta's family

11  and expressing that we'll also get a lot more power,

12  notoriety, and credibility through hitting his

13  family members if he testifies.

14      Q.   All right.  Now, December 3, you indicated

15  that there was shakedown in the prison and people

16  were arrested?

17      A.   Yes, ma'am.

18      Q.   And when that occurred, did they shake you

19  down, as well, to make it appear as if -- did they

20  shake down all SNM members that were in the prison;

21  are you aware?

22      A.   They shook down the whole pod, yes, ma'am.

23      Q.   Did they shake you down?

24      A.   Yes, ma'am.

25      Q.   And was your phone taken at that time?

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                  201 Third NW, Suite 1630
Santa Fe, NM 87501                                         Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                             FAX (505) 843-9492
                                                                  1-800-669-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE                              e-mail: info@litsupport.com

 1     A.    My phone and the recording device was

 2   taken yes, ma'am.

 3     Q.    Now, after that, did you have more time to

 4   do on your sentence?

 5     A.    Yes, ma'am.

 6     Q.    And did you stay in custody after December

 7   3 of 2015?

 8     A.    Yes, ma'am.

 9     Q.    When was it that you were released, if you

10   can recall?

11     A.    I was released September 14 of 2016.

12     Q.    And was that your original release date,

13   or do you know if Corrections did anything to get

14   you an early release for anything?

15     A.    The Department of Corrections had awarded

16   me a lump sum, which is within their guidelines of

17   their policies and procedures for saving lives.

18     Q.    And whose lives did you save?

19     A.    Gregg Marcantel, Secretary of Corrections,

20   and Dwayne Santistevan, Director of Security Threat

21   Intelligence Unit.

22     Q.    And so how long of time being in was your

23   time cut?

24     A.    By about two years.

25     Q.    And when you got out, were you still

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   working for the FBI?

 2        A.   Yes, ma'am.

 3        Q.   Did the FBI locate -- relocate you to a

 4   different part of the country?

 5        A.   Yes, ma'am.

 6        Q.   And do you know why they relocated you to

 7   a different part of the country?

 8        A.   They relocated me to a different part of

 9   country to keep me and my family safe from the SNM

10   Gang members.

11        Q.   When you relocated, did you continue

12   working for the FBI, but a different FBI agent?

13        A.   Yes, ma'am.

14        Q.   Were you involved in an ongoing

15   investigation by the FBI agents in that state?

16        A.   Yes, ma'am.

17        Q.   And that was -- I guess you said you were

18   released in late 2016; correct?

19        A.   Yes, ma'am.

20        Q.   And did that continue through 2017?

21        A.   Yes, ma'am.

22        Q.   Now, did you also receive benefits from

23   the FBI as far as monetarily?

24        A.   Yes, ma'am.

25        Q.   And do you know how much approximately
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   over the time period that you have been rewarded?

 2        A.   I would say approximately $50,000.

 3        Q.   And was part of that money used for

 4   relocation?

 5        A.   Mostly it was used to relocate, yes,

 6   ma'am.

 7        Q.   Now, did you have some problems, once you

 8   were out there, kind of out of custody, getting back

 9   used to being in society?  Was it difficult?

10        A.   It was difficult at times, yes, ma'am.

11        Q.   Did your family move out with you?

12        A.   They moved out to where I was located for

13   a few months, yes, ma'am.

14        Q.   Okay.  And I guess I should ask, were you

15   married at the time?

16        A.   Yes, ma'am.

17        Q.   Did you have any children?

18        A.   Yes, ma'am.  I have a daughter.

19        Q.   Okay.  And is she your daughter, or is she

20   your stepdaughter?

21        A.   She's my stepdaughter, but I've raised

22   her, her whole life.

23        Q.   And did your wife and she move out with

24   you?

25        A.   Yes, ma'am.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   Now, was there an incident in May of 2017
 2   in which authorities were investigating you for
 3   possibly slapping or assaulting your stepdaughter?
 4        A.   Yes, ma'am.   There was allegation through
 5   the school that I had disciplined my child
 6   unnecessarily.   And I spoke to authorities and it
 7   was later proven that I didn't break the law or harm
 8   my child in any way.
 9        Q.   Were you ever arrested for the incident?
10        A.   No, ma'am.
11        Q.   Was your daughter ever taken away from
12   you?
13        A.   No, ma'am.
14        Q.   Was the FBI made aware of the situation?
15        A.   Yes, ma'am.
16        Q.   And if you do any new crimes, would that
17   have ended your affiliation with working with the
18   FBI?
19        A.   Yes, ma'am.
20        Q.   Now going forward to November of 2017,
21   what was going on in your life then?
22        A.   In 2017, I was just kind of tired of being
23   where I was at.
24        Q.   All right.   When you say where you were
25   at, do you mean the physical location, or what you
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                         Albuquerque, NM 87102
(505) 989-4949                                                       (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1    were doing, or both?

 2         A.   Both, in my life.

 3         Q.   In your life?

 4         A.   I was tired at that point in my life.

 5         Q.   All right.  Now, up until then, had you

 6    been keeping in contact with either Special Agent

 7    Acee or the FBI people that you were working with

 8    out of state?

 9         A.   Yes, ma'am.

10         Q.   And at some point -- I don't want to know

11    facts about this incident, but were you arrested in

12    the middle of November last year?

13         A.   Yes, ma'am.

14         Q.   Now, as a result of that arrest, did that

15    cause a change in your relationship with the FBI?

16         A.   Yes, ma'am.

17         Q.   How so?

18         A.   I made police contact, and I wasn't

19    supposed to make police contact.

20         Q.   And so what was going on in your mind?

21         A.   I thought I was in trouble, so I

22    absconded.

23         Q.   So you absconded?

24         A.   Yes, ma'am.

25         Q.   All right.  So after you had contact with
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  police, did you go to the FBI and say, "Hey, I

2  messed up.  You know, this is what happened"; or

3  were you scared and took off?

4       A.   No, I just -- there was no excuse.  I just

5  absconded.  I didn't make any recognition to them

6  that I had broke the law.

7       Q.   And --

8       A.   Allegedly broke the law.

9       Q.   I'm sorry?

10      A.   Or allegedly broke the law.

11      Q.   And are you aware there is still the

12  potential for you to be charged for the incident

13  that happened there in November of 2017?

14      A.   Yes, ma'am.

15      Q.   And again, I'm not asking you to admit any

16  facts, but were you arrested that night and there

17  was an allegation that you were in possession of a

18  firearm?

19      A.   Yes, ma'am.

20      Q.   And have there been made any promises to

21  you by anybody, whether over there, by state or fed,

22  or here in New Mexico, as to what will happen with

23  those charges?

24      A.   No, ma'am.

25      Q.   And are you still on parole today?

SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                               Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    I still am on parole today.  My parole has
 2   been revoked, yes, ma'am.
 3        Q.    And is that why you are in custody for --
 4        A.    That's why I'm in this yellow suit, yes,
 5   ma'am.
 6        Q.    And after that arrest, you say you
 7   absconded.  Were you eventually arrested on a parole
 8   violation on approximately December 15 of 2017?
 9        A.    Yes, ma'am.
10        Q.    And when you were arrested, were you
11   completely truthful with the officer that arrested
12   you, or did you give him a false name initially?
13        A.    I wasn't trying be captured, so I gave the
14   officer a false name so I wouldn't be apprehended.
15        Q.    Then you were brought back; is that
16   correct?
17        A.    Yes, ma'am.
18        Q.    So as it stands now, your parole has been
19   revoked?
20        A.    Yes, ma'am.
21        Q.    And how many -- how long, years, were you
22   supposed to be on parole?
23        A.    I was supposed to be on parole for two
24   years.
25        Q.    And I believe you mentioned yesterday
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                           201 Third NW, Suite 1630
Santa Fe, NM 87501                                                 Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 843-9492                                                 FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1   possibly that you also are on probation and your
 2   probation is going to be violated?
 3        A.   Yes, ma'am.
 4        Q.   And that's for the incident involving the
 5   shank?
 6        A.   Yes, ma'am.
 7        Q.   All right.  Now, in reference to the
 8   recordings, early on in this case you mentioned --
 9   and we heard recordings of Anthony Baca.  Did you
10   also record Mario Rodriguez?
11        A.   Yes, ma'am.
12        Q.   Did you actually get any type of
13   confession from Mario Rodriguez before realizing
14   that the battery in the device died?
15        A.   Yes, I didn't realize that.  I was brought
16   to that knowledge by the FBI that the battery died.
17        Q.   Okay.  And did you also -- I think we
18   touched on it, but just to be clear, did you also
19   get recordings from Roy Martinez and Robert
20   Martinez?
21        A.   Yes, ma'am.
22        Q.   And did those occur prior to Anthony Baca
23   being brought back?
24        A.   Yes, ma'am.
25        Q.   Now, you mentioned yesterday about knowing
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  Daniel Sanchez, and you talked about an incident

2  regarding a person by the name of Rhino.  Do you

3  recall that?

4       A.   Yes, ma'am.

5       Q.   Okay.  Was that incident SNM-related?

6       A.   It was SNM-related, yes, ma'am.

7       Q.   Okay.  Tell us how so.

8       A.   It was an orchestrated hit against Daniel

9  Munoz, Rhino.  He's a Sureno.  He had jumped with --

10            MR. JACKS:  Your Honor, I'm going to

11  object.  This appears to be based on hearsay, unless

12  the witness was percipient to the situation.

13            THE COURT:  Why don't you lay some

14  foundation, see how he acquired his knowledge?

15       A.   I was in prison in 2005, and some

16  assailants had jumped at a prison that I was at, and

17  I was present during the time that the SNM

18  members --

19            MS. JACKS:  Objection, Your Honor.  There

20  is no question pending.

21            THE COURT:  Hold on a minute.

22  BY MS. ARMIJO:

23       Q.   Let me start back --

24            MS. JACKS:  I'd ask that the response be

25  stricken, given that it was a response to no

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1  question.
 2           THE COURT:  Well, I won't strike the
 3  response for that basis.  If there is some other
 4  reason, I'll consider it.
 5           Ms. Armijo.
 6  BY MS. ARMIJO:
 7      Q.   Does the incident regarding Rhino go back
 8  to an incident that you are personally aware of back
 9  when you were in Hobbs?
10           MS. JACKS:  Objection, calls for a
11  conclusion.
12           THE COURT:  Well, if he has personal
13  knowledge of what he's about to say, then I'll allow
14  it.  Why don't you ask him if he will?
15  BY MS. ARMIJO:
16      Q.   Do you have personal knowledge about an
17  incident that occurred that eventually led up to a
18  different incident which Daniel Sanchez told you
19  about, and that you -- and do you have information
20  about that incident regarding Rhino, apart from what
21  Daniel Sanchez told you about?
22           MS. JACKS:  Objection, calls for
23  conclusion, compound, and based on hearsay.
24           THE COURT:  Well, I do think the question
25  is going to have to be broken down.  You're going to
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1  have to take the incident before and see if he has

 2  any knowledge about it before he can testify about

 3  it.

 4  BY MS. ARMIJO:

 5      Q.   Let me go back.  You started to say that

 6  there was an incident that happened when you were in

 7  Hobbs; is that correct?

 8           MS. JACKS:  Objection, relevance.

 9           THE COURT:  Overruled.

10      A.   Yes.

11  BY MS. ARMIJO:

12      Q.   Is that incident that you were going to

13  talk about related to the incidents regarding Daniel

14  Sanchez and Rhino?

15      A.   Yes, ma'am.

16           MS. JACKS:  Objection.  Calls for a

17  conclusion based on hearsay, and compound.

18           THE COURT:  Overruled.

19  BY MS. ARMIJO:

20      Q.   And tell us, do you have personal

21  knowledge, since you were in Hobbs, about the

22  incident that happened at Hobbs?

23      A.   Yes, ma'am.

24      Q.   Were you an SNM Gang member back in 2005

25  when you were at Hobbs?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    Yes, ma'am.

 2        Q.    And tell us about the incident that

 3   occurred in Hobbs in 2005 that you have personal

 4   knowledge of since you were there.

 5             MS. JACKS:  Objection, irrelevant, unless

 6   it can be related to something not related by

 7   hearsay or conclusionary statements.

 8             THE COURT:  If he observed the -- if he

 9   observed it, I'll allow him to testify.

10   BY MS. ARMIJO:

11        Q.    Did you -- were you -- did you observe the

12   incident personally?

13             MR. JACKS:  Objection, vague.

14        A.    In Hobbs, yes, ma'am.

15        Q.    We're talking about --

16             THE COURT:  Overruled as to the objection.

17             Go ahead.

18        Q.    I'll be very specific.  Is there an

19   incident that happened in Hobbs, while you were

20   there, that you are personally aware of from your

21   personal observations?

22        A.    Yes, ma'am.

23        Q.    Before you tell us about it, was this

24   incident related to the incident regarding Rhino and

25   Daniel Sanchez?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

180

```
1            MS. JACKS:  Objection, calls for a
2    conclusion.
3        A.   Yes, ma'am.
4            MS. JACKS:  Based on hearsay.
5            THE COURT:  Overruled.
6    BY MS. ARMIJO:
7        Q.   You can answer.
8        A.   Yes, ma'am.
9        Q.   All right.  So let's go first now to the
10   incident that you have personal knowledge of in
11   2005.  Tell us what happened there.
12       A.   The incident occurred in 2005 at the
13   facility in Hobbs, New Mexico.  I and other SNM Gang
14   members were housed at this facility.  While being
15   housed at this facility, two SNM Gang members were
16   brutally beaten by other gang members, rival gang
17   members, and they eventually went to PNM South with
18   Rhino.
19       Q.   Okay.  Is Rhino -- was he an SNM Gang
20   member?
21       A.   He was a rival.
22       Q.   Okay.  So while you were there, two SNM
23   Gang members were assaulted?
24       A.   After the assault took place, all SNM Gang
25   members had the green light to assault every rival
```

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                   Albuquerque, NM 87102
(505) 989-4949                                               (505) 843-9494
FAX (505) 843-9492                                       FAX (505) 843-9492
                                                           1-800-669-9492
                                                     e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

```
 1   that was in New Mexico by our commander in chief,

 2   which was Arturo Garcia.

 3           MR. JACKS:  Objection, nonresponsive.

 4           THE COURT:  Overruled.

 5   BY MS. ARMIJO:

 6       Q.   Okay.  So just so that we're clear, this

 7   incident happens in Hobbs, and then -- where SNM

 8   members are attacked by rivals; is that correct?

 9       A.   Yes, ma'am.

10       Q.   And then SNM members are moved to -- at

11   least you, as well, to PNM North; is that correct?

12       A.   They're moved to PNM South.

13       Q.   I'm sorry, South.  All right.  Now as a

14   result of that, were there orders given by one of

15   the SNM leaders at the time as far as what should be

16   done with rival gang members?

17       A.   Yes, ma'am.

18       Q.   Okay.  And did you receive those orders?

19       A.   Yes, ma'am.

20       Q.   As part of being an SNM Gang member?

21       A.   Yes, ma'am.

22       Q.   What orders were received as a result of

23   the Hobbs incident?

24       A.   To kill all rivals.

25       Q.   Now, after that order to kill all rivals,
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1    are you aware of the incident regarding Daniel
2    Sanchez that you spoke about yesterday and Rhino?
3         A.   Yes, ma'am.
4         Q.   Okay.  Do you have knowledge, based
5    upon -- and this is just yes or no.  Do you have
6    knowledge if the Rhino incident is based upon the
7    order to hit rival gang members?
8              MR. JACKS:  Objection.  Calls for hearsay.
9              THE COURT:  Overruled.
10        A.   Yes, ma'am, it was a hit.
11   BY MS. ARMIJO:
12        Q.   Okay.  So you do have information on it.
13   I guess that was my question first.
14        A.   Yes, ma'am.
15        Q.   And how do you have your information?
16        A.   I was at the facility while he was hit.
17        Q.   Okay.  And did you subsequently have a
18   conversation with Daniel Sanchez about that
19   incident?
20        A.   Yes, ma'am.
21        Q.   And was the hit on Rhino, the attack on
22   Rhino by Daniel Sanchez, related to the order that
23   came down by Arturo Garcia?
24        A.   Yes, ma'am.
25              MS. ARMIJO:  If I may have a moment, Your
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    Honor?

 2              THE COURT:  You may.

 3              MS. ARMIJO:  I'll pass the witness.

 4              THE COURT:  Thank you, Ms. Armijo.

 5              Ms. Jacks?  Ms. Duncan?

 6              MS. DUNCAN:  Your Honor, I'm -- first, I

 7    wonder if we could take a quick break before I

 8    begin.

 9              THE COURT:  All right.

10              Let me introduce Mr. Del Valle.  He's

11    representing Mr. Duran.  And so during

12    cross-examination, he's going to be seated here

13    where Mr. Candelaria was yesterday with Mr. Montoya.

14              All right.  We'll be in recess for about

15    15 minutes.

16              (The jury left the courtroom.)

17              THE COURT:  All right.  We'll be in recess

18    for about 15 minutes.

19              (The Court stood in recess.)

20              THE COURT:  All right.  We'll go back on

21    the record.  Anything we need to discuss before we

22    bring the jury in, Ms. Armijo?

23              MS. ARMIJO:  No, Your Honor.

24              THE COURT:  How about you, Ms. Duncan?

25              MS. DUNCAN:  Your Honor, there is just one
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

 1   transcript that I'll be moving to admit.  It was

 2   Government's Exhibit 324.

 3             THE COURT:  Any objection to that, Ms.

 4   Armijo?

 5             MS. ARMIJO:  No, Your Honor.  And I do

 6   think it's something that we should take care of

 7   before the jury comes in.  I purposely, with

 8   Mr. Duran, only got into his prior felonies pre-SNM,

 9   as I would for 609.  I don't think the facts are

10   relevant, and are beyond the scope of an entry for

11   609 purposes.  So I ask in limine that defense

12   counsel not get into that.

13             THE COURT:  All right.  Remind me what the

14   crime is.

15             MS. ARMIJO:  They were the aggravated --

16   there was a burglary and then aggravated assault on

17   a peace officer regarding -- it involves a vehicle

18   incident.  But it's what sent him to prison when he

19   later became an SNM Gang member.

20             THE COURT:  All right.  But you don't have

21   any problem with 324 coming in?

22             MS. ARMIJO:  No.

23             THE COURT:  Any objection from anyone

24   else?

25             All right.  Government's Exhibit 324 will

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

PROFESSIONAL COURT
REPORTING SERVICE

```
 1  be admitted into evidence.
 2          (Government Exhibit 324 admitted.)
 3          THE COURT:  And do you have any problem
 4  with the limitation she's suggesting?
 5          MS. DUNCAN:  I do, Your Honor.  The
 6  underlying facts of Mr. Duran's many convictions
 7  show a disregard for law enforcement he's claiming
 8  to cooperate with now.  They also show his character
 9  for dishonesty and lying to law enforcement about
10  his identity, and his efforts to escape the
11  consequences of his criminal conduct.
12          So I do intend to get into the details of
13  the offenses.
14          THE COURT:  Well, how does this differ
15  from the defendants getting into the details of
16  other informants?
17          MS. ARMIJO:  Well, they did get into it
18  with Robert Martinez.  He was my witness.  And I
19  purposely stayed away from -- and I never got into
20  it with others.  There may have been other witnesses
21  they got into it, but I know that we were very
22  specific with certain witnesses that 609 rules
23  apply, and they did not get into it.  So it was not
24  consistent.
25          But I am pretty certain that with my
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   cooperators -- and I know specifically with Mr.

2   Martinez, his prior -- the facts of his prior felony

3   convictions did not come in, and they were quite

4   aggravating circumstances.

5           So certainly, Ms. Duncan has plenty to

6   work from.  But again, given his age and that he was

7   not SNM, and that there is full admission as far as

8   his purposes for 609.  And it's even beyond 609.

9   But we went ahead and covered it for 609.

10          THE COURT:  Well, let's take them a

11  question at a time.  If it becomes, you know, a lot

12  of collateral stuff, I may clip your wings and move

13  on because it's getting redundant.  But I do see

14  that some of the questions Ms. Duncan outlined may

15  have some non-609 purposes.  In other words, not

16  going just to his credibility, but to, you know,

17  bias and prejudice here, now that he's cooperating.

18  Let me take them a question at a time, but I'll be

19  inclined to give her a little bit of leeway.

20          All rise.

21          (The jury entered the courtroom.)

22          THE COURT:  All right.  Mr. Duran, I'll

23  remind you that you're still under oath.

24          THE WITNESS:  Yes, sir.

25          THE COURT:  All right.  Ms. Duncan, if you

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  wish to commence your cross-examination of

2  Mr. Duran, you may do so at this time.

3          MS. DUNCAN:  Thank you, Your Honor.

4          THE COURT:  Ms. Duncan.

5                    CROSS-EXAMINATION

6  BY MS. DUNCAN:

7      Q.   Mr. Duran, on direct examination you

8  testified about investigation into allegations that

9  you abused Ivy Maldonado; correct?

10     A.   Yes, ma'am.

11     Q.   And that investigation began when Ivy

12 complained that you had slapped her when she tried

13 to break up a fight between her and -- you and her

14 mother, Grace Duran; correct?

15     A.   Allegedly, yes.

16     Q.   And when witnesses observed a bruise on

17 Ivy's cheek, on the same cheek that she claimed that

18 you slapped her?

19     A.   Can you repeat the question?  I didn't

20 catch part of it.

21     Q.   That the investigation began when

22 witnesses observed a bruise on Ivy's cheek on the

23 same side that you slapped her.

24     A.   An investigation happened, yes, ma'am.

25     Q.   And after witnesses observed bruises on

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1   your wife, Grace Duran's, face; correct?

2       A.   I'm not aware of that.

3       Q.   And the investigation was closed because

4   the officer investigating it determined he didn't

5   have jurisdiction; correct?

6       A.   I'm not aware of that, either.

7       Q.   Are you aware that that officer -- well,

8   after that incident, your wife, Grace Duran,

9   returned to New Mexico with Ivy; correct?

10      A.   Yes, ma'am.

11      Q.   And are you aware that that officer

12  contacted law enforcement in New Mexico to conduct

13  welfare checks on Grace and Ivy?

14      A.   I'm not aware of that.

15      Q.   You're not aware that he made actually

16  three calls to law enforcement to check on their

17  well-being?

18      A.   I only spoke to him one time; and no, I'm

19  not.

20      Q.   You indicated that although Ivy is not

21  your biological daughter, you've raised her her

22  whole life; correct?

23      A.   Yes.

24      Q.   And you've raised her from inside of

25  prison?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    Yes, ma'am.

 2        Q.    So you've mostly spoken to her by phone;

 3   correct?

 4        A.    Yes, ma'am.

 5        Q.    And you've provided Grace Duran with

 6   instruction on how to raise her also by phone;

 7   correct?

 8        A.    Yes, ma'am.

 9        Q.    And during those phone calls, you have

10   instructed Grace Duran to beat Ivy's ass; correct?

11        A.    No.

12             MS. DUNCAN:  Your Honor, we would like to

13   play Defendants' Exhibit Z46.

14             THE COURT:  All right.

15   BY MS. DUNCAN:

16        Q.    You are aware, Mr. Duran, that when you're

17   in prison, the phone calls you make are recorded;

18   correct?

19        A.    Yes, ma'am.

20        Q.    And you made calls to Grace Duran on the

21   prison phone calls?

22        A.    Yes, ma'am.

23             (Tape played.)

24        Q.    The two voices that we just heard -- who

25   was that?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1         A.    Myself and my wife.

 2         Q.    If we can start at 710, please.

 3               (Tape played.)

 4               MS. DUNCAN:  Your Honor, we had some

 5    trouble with the timing on this, so we may have to

 6    play it for a while.

 7               (Tape played.)

 8    BY MS. DUNCAN:

 9         Q.    At that point, Mr. Duran, you just

10    instructed your wife to whoop Ivy's ass; correct?

11         A.    Yeah, within the guidelines of the law.

12         Q.    Let's play Defendants' Z25.

13               (Tape played.)

14         Q.    So again, that's you and your wife, Grace

15    Duran?

16         A.    Yes, ma'am.

17         Q.    Would you go to marker 11:30?

18               MS. ARMIJO:  And, Your Honor, has there

19    been a foundation as to when these calls occurred?

20         Q.    So Mr. Duran, at the beginning of these

21    recordings, we heard a recording that said this call

22    was being made from the Penitentiary of New Mexico;

23    correct?

24         A.    Yes, ma'am.

25         Q.    And when were you at the Penitentiary of
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1  New Mexico?

2      A.   Several times.  Which time are you

3  indicating?

4      Q.   Why don't you tell us all the times that

5  you've been at the Penitentiary of New Mexico.

6      A.   I have been at the Penitentiary of New

7  Mexico in 2007 to 2011.  In '11, I went to the

8  Penitentiary of New Mexico, South unit.  In 2012, I

9  left that facility.

10     Q.   Were you at PNM in August -- June through

11 August of 2016?

12     A.   Yes, ma'am.

13          MS. DUNCAN:  If we could have a moment,

14 Your Honor?

15          THE COURT:  You may.

16 BY MS. DUNCAN:

17     Q.   While we're cuing up that call, Mr. Duran,

18 I'd like to ask you, in addition to instructing your

19 wife to whoop Ivy's ass, you also indicated that

20 when you got out, you were going to whoop Ivy's ass,

21 as well; correct?

22     A.   Yes.

23     Q.   And at one point that you were going to

24 fuck her ass up; correct?

25     A.   I don't recall that.

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                       201 Third NW, Suite 1630
Santa Fe, NM 87501                              Albuquerque, NM 87102
(505) 989-4949                                          (505) 843-9494
FAX (505) 843-9492                                 FAX (505) 843-9492
                                                    1-800-669-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

e-mail: info@litsupport.com

1        Q.    We can play that one, too.  We'll come

2   back to that.  We've having issues on that one.

3   We'll come back on that.

4            You also testified about an arrest last

5   year; correct?  An arrest for being a felon in

6   possession of a firearm?

7        A.    Yes, ma'am.

8        Q.    And that's not the only encounter with law

9   enforcement you had last year, is it?

10       A.    No, ma'am.

11       Q.    In fact, you had, in addition -- you had

12   the contact involving Ivy, and that was in May of

13   2017; correct?

14       A.    I believe so, yes, ma'am.

15       Q.    And then your next encounter was in August

16   of 2017; correct?

17       A.    Yes, ma'am.

18       Q.    And that was when you were contacted in

19   connection with a prostitution ring; correct?

20       A.    Yes, ma'am.

21       Q.    You had dropped off a woman at a hotel

22   known for prostitution?

23       A.    Allegedly she was known for prostitution.

24   Not by me.

25       Q.    And when law enforcement approached you at

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                    (505) 843-9494
FAX (505) 843-9492                                          FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1   the hotel, you were cupping a needle full of liquid;

 2   correct?

 3        A.   Yes, ma'am.

 4        Q.   And you sprayed that liquid on the floor

 5   of the vehicle?

 6        A.   No.

 7        Q.   Are you aware that law enforcement alleged

 8   that you sprayed the liquid in the needle on the

 9   floor when they approached you?

10        A.   Yes, ma'am.

11        Q.   Your next encounter with law enforcement

12   last year was on November 11, 2017; correct?

13        A.   Yes, ma'am.

14        Q.   And this was the incident that you

15   testified to on direct with Ms. Armijo; correct?

16        A.   Yes, ma'am.

17        Q.   When you were found in a vehicle with

18   several firearms?

19        A.   Yes, ma'am.

20        Q.   And one of those firearms was found under

21   the seat that you were sitting in; correct?

22             MR. DEL VALLE:  Your Honor, I'm going to

23   object to any further questioning along these lines.

24   That is a pending case, and my client will take the

25   Fifth Amendment.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1            THE COURT:  Are you going to follow his
 2   advice, Mr. Duran?
 3            THE WITNESS:  Yes, Your Honor.
 4            THE COURT:  All right.  So I'll not
 5   require the defendant -- or the witness to answer
 6   that question.
 7   BY MS. DUNCAN:
 8       Q.   And you were not only being investigated
 9   for being a felon in possession of a firearm based
10   on that incident, but also for being in possession
11   of heroin; correct?
12            MR. DEL VALLE:  Again, Your Honor, I'm
13   going to make the same objection.  It relates to the
14   same incident.
15            THE COURT:  Same?  Are you going to follow
16   that instruction, Mr. Duran?
17            THE WITNESS:  Yes, Your Honor.
18            THE COURT:  All right.
19            MS. DUNCAN:  Your Honor, my question is:
20   Is he being investigated for that.
21            THE COURT:  I think these are getting a
22   little close, so I'm going to observe the invocation
23   of the Fifth and not require him to answer.
24            MS. JACKS:  Your Honor, I think the
25   witness' Fifth Amendment privilege is for the
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   witness to assert, not for his lawyer to object.
 2              THE COURT:  That's the reason I'm asking
 3   the question whether he's going to follow his
 4   counsel's advice.  And so if he says, yes, I'll
 5   observe it.
 6   BY MS. DUNCAN:
 7        Q.   During the course of that arrest, you told
 8   the arresting officer that you were an FBI
 9   informant; correct?
10        A.   Yes, ma'am.
11        Q.   You were hoping, by telling him you were
12   an FBI informant, that you could escape those
13   charges?
14        A.   No, ma'am.
15        Q.   To escape the consequences for your
16   criminal conduct?
17        A.   No, ma'am.
18        Q.   But you were charged with being a felon in
19   possession of a firearm; correct?
20        A.   Yes, ma'am.
21        Q.   And you were charged with being in
22   possession of heroin; correct?
23        A.   Yes, ma'am.
24        Q.   Your next encounter with law enforcement
25   this past year was November 27, 2017; correct?
```

SANTA FE OFFICE                                                                    MAIN OFFICE
119 East Marcy, Suite 110                                                  201 Third NW, Suite 1630
Santa Fe, NM 87501                                                         Albuquerque, NM 87102
(505) 989-4949                                                                    (505) 843-9494
FAX (505) 843-9492                                                            FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    Yes, ma'am.

 2        Q.    And in that, that was while the felon in

 3   possession charge was pending; correct?  You were

 4   charged with being a felon in possession on November

 5   11, 2017; right?

 6        A.    Yes, ma'am.

 7        Q.    And so you were released on bail in that

 8   case; correct?

 9        A.    Yes, ma'am.

10        Q.    And while that case was pending, you had

11   another encounter with law enforcement; correct?

12        A.    Yes, ma'am.

13        Q.    On November 27, 2017?

14        A.    Yes, ma'am.

15        Q.    And in that incident, you were a passenger

16   in a car that fled a traffic stop; correct?

17        A.    Yes, ma'am.

18        Q.    And the car was stolen?

19        A.    Yes, ma'am.

20        Q.    Eventually that car crashed; correct?

21        A.    Yes, ma'am.

22        Q.    And you ran away from the scene?

23              MR. DEL VALLE:  Objection.

24        A.    I was released.

25              THE COURT:  Hold on.  Listen to your
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   attorney here.
 2           MR. DEL VALLE:  Objection, Your Honor.  I
 3   don't know that running away from the scene is a
 4   crime.  A case may still be pending.  And I'm going
 5   to advise my client to take the Fifth Amendment and
 6   not to testify as to anything involving that
 7   incident.
 8           THE COURT:  Are you going to follow that
 9   advice, Mr. Duran?
10           THE WITNESS:  Yes, Your Honor.
11           THE COURT:  So I will not require the
12   witness to answer that question.
13           MS. DUNCAN:  And Your Honor, just so I can
14   make a record, on direct examination Mr. Duran
15   answered Ms. Armijo's questions about giving a false
16   name to law enforcement.  So he did, in fact, answer
17   questions about the details of this.  So I'd like to
18   inquire about that further.
19       A.   That was a different time.
20           THE COURT:  Hold on.  I'll not require the
21   defendant -- the witness to answer the question.
22           MR. DEL VALLE:  If I may, Your Honor,
23   respond to that?
24           THE COURT:  You may.
25           MR. DEL VALLE:  She's asking:  And you ran
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   away.  She's putting facts not in evidence.  She's

 2   putting allegations --

 3           THE COURT:  Well, let's do this:  You've

 4   instructed the witness.

 5           MR. DEL VALLE:  So I've instructed my

 6   witness, my client --

 7           THE COURT:  All right.  Next question, Ms.

 8   Armijo.

 9           MS. DUNCAN:  Ms. Duncan.

10           THE COURT:  Ms. Duncan.

11           MS. DUNCAN:  Thank you, Your Honor.

12   BY MS. DUNCAN:

13       Q.   So you gave a fake name to the law

14   enforcement officer when he approached you on that

15   date; correct?

16       A.   No, that was a totally different day.

17       Q.   You told him that your name was Brett

18   Coleman?

19       A.   That's on December 15, not November 27.

20       Q.   Thank you for clarifying that.

21           On December 15 is when you were arrested

22   on the warrant out of New Mexico; correct?

23       A.   Yes, ma'am.

24       Q.   Okay.  So it's on that day that you gave

25   the false name of Brett Coleman; correct?
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                         Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                             FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    Yes, ma'am.

 2        Q.    And during the arrest, you claimed to be

 3   on the phone with your lawyer?

 4        A.    Yes, ma'am.

 5        Q.    And that you were going to file a claim

 6   for police harassment?

 7        A.    Yes, ma'am.

 8        Q.    But you weren't.  That was a lie; correct?

 9        A.    No.  I was on the phone with my lawyer.

10        Q.    Claiming police harassment?

11        A.    Yes, ma'am.

12        Q.    And you continued to deny your true

13   identity to the officer; correct?

14        A.    Yes, ma'am.

15        Q.    And the officer eventually had to run

16   fingerprints to identify you?

17        A.    Yes, ma'am.

18        Q.    The State of New Mexico then sought to

19   extradite you here because of your probation

20   violation; correct?

21        A.    Because of my parole violation, yes,

22   ma'am, and probation.

23        Q.    And you sought to fight extradition to New

24   Mexico; correct?

25        A.    I fought it?  No.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.   Would it surprise you to learn that Agent

2 Acee reported that you were fighting extradition?

3      A.   No, I didn't fight extradition.

4      Q.   You had signed waiver papers, in fact, as

5 part of your probation to waive extradition;

6 correct?

7      A.   Yes, ma'am.

8      Q.   So even if you had fought extradition, it

9 would have been futile?

10      A.   Yes, ma'am.

11      Q.   When you arrived in New Mexico, Agent Acee

12 obtained a DNA sample from you; correct?

13      A.   Yes, ma'am.

14      Q.   And that's in relation to a potential

15 federal felon in possession of a firearm charge;

16 correct?

17      A.   Yes, ma'am.

18      Q.   But you haven't been charged yet?

19      A.   No, ma'am.

20      Q.   Now, claiming that your name was Brett

21 Coleman is not the first time you've used a false

22 identity; correct?

23      A.   No, ma'am.

24      Q.   You also, in 1998, claimed that your name

25 was Johnny Joe Lucero; correct?

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                     Albuquerque, NM 87102
(505) 989-4949                                                   (505) 843-9494
FAX (505) 843-9492                                         FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1              MS. ARMIJO:  Objection, Your Honor --
 2   actually, as to this incident, no.
 3        A.   Yes, ma'am.
 4        Q.   And that was during an arrest for an armed
 5   robbery in El Paso, Texas; correct?
 6        A.   Yes, ma'am.
 7        Q.   And in 1998, when you were arrested for
 8   aggravated assault on a police officer, you falsely
 9   claimed that your name was Adrian Garcia; correct?
10        A.   Yes, ma'am.
11        Q.   More recently, in November of 2016, you
12   held out as Zo Major -- you used Zo Major as your
13   name; correct?
14        A.   Yes, ma'am.
15        Q.   And that's not your name?
16        A.   That's my artist name, to my recollection,
17   yes, ma'am.
18        Q.   In May 2017, you used the name Zo Holiday;
19   correct?
20        A.   Yes, ma'am.
21        Q.   And, in June 2017, the name Zo Meechie?
22        A.   Yes, ma'am, social media, Facebook.
23        Q.   I'd like to show you what has been marked
24   as Defendants' Exhibits AE1 through AE5.
25              MS. DUNCAN:  May I approach?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              THE COURT:  You may.

 2   BY MS. DUNCAN:

 3        Q.   If you could look at these pictures and

 4   tell me if you recognize them.

 5        A.   Pictures of myself on my Facebook page --

 6   all my Facebook pages.

 7        Q.   These are pictures that you caused to have

 8   taken of yourself?

 9        A.   Yes, ma'am.

10              MS. DUNCAN:  Your Honor, at this time, I'd

11   move the admission of Defendants' Exhibit AE1

12   through AE5.

13              THE COURT:  Any objection?

14              MS. ARMIJO:  No, Your Honor.

15              THE COURT:  Anybody else have any

16   objection?

17              MR. JACKS:  No.

18              THE COURT:  All right.  Defendants'

19   Exhibits AE1 through AE5 will be admitted into

20   evidence.

21              (Defendants' Exhibit AE1 through AE5

22   admitted.)

23              MS. DUNCAN:  Your Honor, if we can publish

24   these to the jury.  I'll start with AE1.

25
```

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                            (505) 843-9494
FAX (505) 843-9492                                   FAX (505) 843-9492
                                                       1-800-669-9492
                                              e-mail: info@litsupport.com




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1   BY MS. DUNCAN:
 2        Q.   And this is a picture that you caused to
 3   have taken of yourself, Mr. Duran?
 4        A.   Yes, ma'am.
 5        Q.   And was this a picture of you as Zo
 6   Meechie, Zo Major or Zo Holiday?
 7        A.   Zo all of them.
 8        Q.   And is that money in your pockets?
 9        A.   Yes, ma'am.
10        Q.   Is that money you received from the FBI?
11        A.   No, ma'am.
12        Q.   If we could see AE2, please.  And this
13   picture AE2, is this Zo Major, Zo Holiday, or Zo
14   Meechie?
15        A.   Zo all of them.  Every one of them.
16        Q.   And the jewelry that we see in this
17   picture -- is that jewelry that was purchased with
18   money provided to you by the FBI?
19        A.   No, ma'am.
20        Q.   And if we could see AE3, please.  This
21   photograph, is this Zo Meechie, Zo Major, or Zo
22   Holiday?
23        A.   All of them.
24        Q.   Is that money that was provided to you by
25   the FBI?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   No, ma'am.

 2        Q.   How much money are you throwing in the air

 3   in that picture, Mr. Duran?

 4        A.   Probably about $1,000.

 5        Q.   If I could now show you AE4.  And is this

 6   you as Zo Major, Zo Meechie, or Zo Holiday?

 7        A.   All three of them.

 8        Q.   And that fur coat.  Did you buy that fur

 9   coat with money provided to you by the US

10   Government?

11        A.   Yes, ma'am.

12        Q.   And the watch you're wearing.  Did you buy

13   that with money provided to you by the US

14   Government?

15        A.   No, ma'am.

16        Q.   And I think this one shows it better.  If

17   we could now see Defendants' Exhibit AE5.  Is this

18   you as Zo Major, Zo Meechie, or Zo Holiday?

19        A.   All of them.

20        Q.   And I see some gold in your teeth.  What

21   is that?

22        A.   It's a gold grille with diamonds.

23        Q.   How much did that cost?

24        A.   About $1,500.

25        Q.   And was that bought with money given to
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    you by the federal government?

2         A.   Yes, ma'am.

3         Q.   And the money you're holding in your

4    hands -- how much money is that?

5         A.   I'm not sure.

6         Q.   Is that money that was given to you by the

7    federal government?

8         A.   No, ma'am.

9         Q.   Other than the names we've discussed, have

10   you ever identified yourself under a name that's not

11   your own?

12        A.   No, ma'am.

13             MS. DUNCAN:  Have we been able to fix the

14   phone calls?  We'll come back to that.  I'll leave

15   that for later.

16        Q.   I would like to ask you about -- well, I'd

17   like to -- when you were being questioned by Ms.

18   Armijo on direct, she played some recordings that

19   you made; correct?

20        A.   Several, yes, ma'am.

21        Q.   Now when you made those recordings, you

22   controlled the recorder; correct?

23        A.   Yes, ma'am.

24        Q.   You controlled when it got turned on and

25   when it got turned off?

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                      201 Third NW, Suite 1630
Santa Fe, NM 87501                             Albuquerque, NM 87102
(505) 989-4949                                          (505) 843-9494
FAX (505) 843-9492                                 FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1        A.    Yes, ma'am.

2        Q.    And at the time, you knew that you were

3   being recorded; you were recording yourself;

4   correct?

5        A.    Yes.

6        Q.    And Mr. Baca did not know you were

7   recording him; is that right?

8        A.    No, ma'am.

9        Q.    And the purpose was to get evidence for

10  the Government; correct?

11       A.    Yes, ma'am.

12             MS. DUNCAN:  So at this point, Your

13  Honor --

14       Q.    Well, we heard some discussion, and I

15  think added some commentary about Mr. Baca agreeing

16  to the hit on Gregg Marcantel; correct?

17       A.    Yes, ma'am.

18       Q.    When you first raised the issue of hitting

19  Gregg Marcantel to Mr. Baca, he said, "No"; correct?

20       A.    At one point, yes, ma'am.

21       Q.    And that is in Government's Exhibit 324,

22  if we could play that.

23             MS. DUNCAN:  And Your Honor, we're just

24  going to admit the portion that we're going to play,

25  not the entire transcript or the entire recording; I



SANTA FE OFFICE                                           MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                    FAX (505) 843-9492
                                                        1-800-669-9492
                                              e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1  apologize.

2          MS. ARMIJO:  Your Honor, since it's not

3  the Government's exhibit, I would request that the

4  whole transcript be admitted.  If they just want to

5  play a portion, then maybe they can make it a

6  defense exhibit.  But since it's a Government's

7  exhibit, we request the whole exhibit be admitted.

8          MS. DUNCAN:  We can make it into a defense

9  exhibit, Your Honor.  And Your Honor, it would be

10 Defendants' FR.  And that would be the recordings.

11         THE COURT:  And you're moving its

12 admission?

13         MS. DUNCAN:  Yes, Your Honor.

14         THE COURT:  Any objection, Ms. Armijo, to

15 FR?

16         MS. ARMIJO:  No, Your Honor.

17         THE COURT:  Not hearing any objection,

18 Defendants' FR will be admitted into evidence.

19         (Defendants' Exhibit FR admitted.)

20         (Tape played.)

21 BY MS. DUNCAN:

22    Q.   That's the conversation that we were just

23 discussing, Mr. Duran?

24    A.   That was one of the first conversations we

25 had, yes, ma'am.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        Q.   Where you raised the name of Marcantel,
 2   and Mr. Baca said "No."
 3        A.   Yes, ma'am.
 4        Q.   And in fact, you first started cooperating
 5   February 19 of 2015; correct?
 6        A.   Yes, ma'am.
 7        Q.   And during that conversation, you told law
 8   enforcement that the plan -- Mr. Baca's plan was to
 9   hit Mr. Santistevan and not Mr. Marcantel; correct?
10        A.   Both, either/or.
11             MS. DUNCAN:  Your Honor, if we could, I'm
12   now going to play a clip from Defendants' Exhibit
13   ED, ED1.
14             THE COURT:  And has this been admitted?
15             MS. DUNCAN:  Your Honor, no, it hasn't
16   been admitted.  We're just playing it for
17   impeachment purposes.
18             (Tape played.)
19   BY MS. DUNCAN:
20        Q.   So on that clip, Mr. Duran, law
21   enforcement asked you if the hit was on both
22   Mr. Santistevan and Marcantel.  And you said, "No,
23   just on Santistevan"; correct?
24        A.   Yes, ma'am.
25        Q.   In fact, it wasn't until August of 2015
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    that you first told law enforcement that Mr. Baca
 2    was eager to hit Mr. Marcantel; correct?
 3         A.   Yes, ma'am.
 4         Q.   Now, when you first agreed to cooperate
 5    with law enforcement, back on February 19 of 2015,
 6    you testified on direct that you had decided to make
 7    the right decisions and change your life; correct?
 8         A.   Yes, ma'am.
 9         Q.   And you told law enforcement that you
10    wanted to give back to the community; correct?
11         A.   Yes, ma'am.
12         Q.   And that you were unlike other people who
13    tried to cooperate because you were not in trouble?
14         A.   Yes, ma'am.
15         Q.   But in fact, you were in trouble at that
16    time?
17         A.   Not to my knowledge.
18         Q.   Well, you knew that a week before, a shank
19    had been found in your cell; correct?
20         A.   If you consider it a shank, yes, ma'am.
21         Q.   Well, law enforcement considered it a
22    shank.
23         A.   Law enforcement considers a lot of things
24    shanks.
25         Q.   It's law enforcement who decides whether
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    or not you're going to be in trouble for possession

2    of a weapon; correct?

3         A.    I didn't know I was in trouble.

4         Q.    Well, you knew they had found something

5    that they considered to be a shank; correct?

6         A.    I wasn't told I was in trouble for it.  It

7    was a piece of an eyeglass.

8         Q.    Mr. Duran, at that point you had been

9    convicted of possession of a shank; correct?

10        A.    A real shank, yes.

11        Q.    And you had been sentenced to a year in

12   prison for that shank?

13        A.    And five years' probation, yes.

14        Q.    And you had lost some good time and faced

15   other sanctions from the Department of Corrections;

16   correct?

17        A.    Yes, ma'am.

18        Q.    And when you met with law enforcement in

19   February of 2015, you discussed the shank that was

20   found in your cell; correct?

21        A.    Yes, ma'am.

22        Q.    And STIU officers were with you at that

23   time; correct?

24        A.    Yes, ma'am.

25        Q.    And those officers described it as a

SANTA FE OFFICE                                                              MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                  Albuquerque, NM 87102
(505) 989-4949                                                                (505) 843-9494
FAX (505) 843-9492                                                    FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

 1   shank; correct?

 2        A.   Which shank are you talking about?

 3        Q.   The shank that was found in your cell in

 4   February of 2015.

 5        A.   No, they didn't describe it as a shank.

 6        Q.   If you could go to -- let me show you a

 7   transcript, Mr. Duran, of your interview with law

 8   enforcement.

 9             Let me ask a different way.  Eventually,

10   you were sanctioned for the weapon that was found in

11   your cell; correct?

12        A.   No, I wasn't.  The report was dropped.  I

13   was sanctioned for assault, verbal assault.

14        Q.   That was a different incident; correct?

15   That was when you threatened to kill the law

16   enforcement officer; correct?

17        A.   Yes, ma'am.

18        Q.   You were also sanctioned for possession of

19   a shank?

20        A.   No, the report got dropped.

21        Q.   You were placed on Interim Level 6 pending

22   review after finding -- law enforcement found the

23   shank; correct?

24        A.   Yes, ma'am.  That's the initial placement

25   before you receive your report.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   Correct.  And you were put into the
 2   prehearing detention because a homemade weapon was
 3   discovered in your cell; correct?
 4        A.   Until the report was dismissed, yes,
 5   ma'am.  That's prehearing detention.
 6        Q.   Correct.  And we'll have an officer come
 7   in and talk about that shank, Mr. Duran.  So if
 8   you'd just answer my questions.
 9             Let's get to the second report.  The day
10   before you met with law enforcement, you threatened
11   to kill a law enforcement officer; correct?
12        A.   Yes, ma'am.
13        Q.   And in making that threat to the officer,
14   you yelled out his home address; correct?
15        A.   Allegedly.
16        Q.   What you believed to be his home address?
17        A.   I didn't yell out nothing.  But that's
18   what he said.
19        Q.   And you yelled that out, and you also
20   yelled out what kind of car he drove; correct?
21        A.   No.
22        Q.   According to him?
23        A.   According to him, yes, ma'am.
24        Q.   And you were found guilty of that
25   allegation; correct?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    Yes, ma'am.

 2        Q.    You were found guilty of making direct

 3   threats to the life of that officer?

 4        A.    Yes.

 5        Q.    And you lost 30 days of disciplinary --

 6   you were placed in disciplinary restrictive housing

 7   for 30 days?

 8        A.    Yes.

 9        Q.    And you lost 60 days and all privileges;

10   correct?

11        A.    Yes, ma'am.

12        Q.    And at the time you were interviewing with

13   officers in February 19, 2015, you were on

14   prehearing detention; correct?

15        A.    Yes.

16        Q.    And had been in restriction for almost a

17   year; is that right?

18        A.    Yes, ma'am.

19        Q.    But that was continued in February 19 of

20   2015 -- or in February of 2015 based on, first, the

21   shank, and then the threat to Officer Urtiaga;

22   correct?

23        A.    Yes, ma'am.

24        Q.    And during your first conversation with

25   law enforcement, you discussed with them things that
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  they could do to help you; correct?

2       A.   With law enforcement or correctional

3  officers?

4       Q.   Well, correctional officers are law

5  enforcement officers, aren't they, Mr. Duran?

6       A.   There's two different -- there's officers

7  on the streets and there are correctional officers.

8  I spoke to two different entities.

9       Q.   When you were talking to the FBI and to

10 Corrections, you talked about what you'd like to get

11 from Corrections; correct?

12      A.   Yes, ma'am.

13      Q.   You discussed with them about getting good

14 time returned to you?

15      A.   Yes, ma'am.

16      Q.   And you lost good time because of the

17 possession of the shank for which you were

18 ultimately convicted; correct?

19      A.   Yes, ma'am.

20      Q.   And you lost good time because of your

21 possession of a cellphone, which you testified to on

22 direct examination; correct?

23      A.   Yes, ma'am.

24      Q.   And you were facing the potential

25 additional loss of good time based on the shank that

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                 Albuquerque, NM 87102
(505) 989-4949                                           (505) 843-9494
FAX (505) 843-9492                                  FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1   was found in your cell the week before?

2        A.   Yes, ma'am.

3        Q.   And, at that point, for the threats you

4   made against Officer Urtiaga?

5        A.   Yes, ma'am.

6        Q.   You also had a conversation with the

7   correctional officers about restoring the privileges

8   you had lost; correct?

9        A.   I don't recall.

10       Q.   Let's see if we can turn -- I will show

11  you what we have marked as ED6, just for

12  demonstrative purposes.  Let me show you what has

13  been marked as Defendants' Exhibit ED6.  It's a

14  transcript of the interview that you did on February

15  19, 2015.  I'm showing you page 13.  If you could

16  look at page 13 and 14 of that transcript.

17       A.   Okay.

18       Q.   So in that meeting -- let me get that back

19  from you.  In that meeting you discussed with

20  correctional officers getting back some of the

21  property that was taken from you while on prehearing

22  detention; correct?

23       A.   Not in trade for information, no.

24       Q.   That wasn't my question.  My question was:

25  During the interview in February of 2015, you

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                       (505) 843-9494
FAX (505) 843-9492                                            FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1  discussed with correctional officers getting back

2  some of your privileges?

3      A.   Yes, ma'am.

4      Q.   You discussed -- you told them that it was

5  okay for them to keep your TV, but you wanted the

6  rest of your property; correct?

7      A.   Yes, ma'am.

8      Q.   But you wanted your canteen back?

9      A.   Yes, ma'am.

10     Q.   And you wanted your phone privileges

11  restored?

12     A.   Yes.

13     Q.   And the STIU agreed that they would help

14  with all of that; correct?

15     A.   Yes, ma'am.

16     Q.   And at that point you were using other

17  inmates' PIN numbers to call your family?

18     A.   Yes, ma'am.

19     Q.   Because they had restricted your phone

20  calls?

21     A.   Yes, ma'am.

22     Q.   And you were ultimately given, in exchange

23  for your cooperation, unlimited phone calls with

24  your family; correct?

25     A.   Yes, ma'am.

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                           Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 843-9492                                           FAX (505) 843-9492
                                                              1-800-669-9492
                                                         e-mail: info@litsupport.com



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    Q.   You also discussed with the -- well, I'll

2    get to that in a minute.

3         During that interview, you testified on

4    direct examination that you've been a member of the

5    SNM since 2005; correct?

6    A.   2003.

7    Q.   Oh, 2003.  That's correct.  Okay.  So when

8    you talked to law enforcement in February of 2015,

9    however, you denied that you were an SNM member;

10   correct?

11   A.   Not that I recall.

12   Q.   If we could play ED3, please.  And again

13   this is from your February 2015 interview.

14        (Tape played.)

15   Q.   So in response to the question:  "How long

16   have you been in SNM?  A long time?" you answered,

17   Actually, I haven't really been a member"; correct?

18   A.   Yes, ma'am.

19   Q.   And then, if we could go to clip Number 4,

20   ED4.

21        (Tape played.)

22   Q.   So again, Mr. Duran, you denied to law

23   enforcement that you were an SNM member; correct?

24   A.   Yes, ma'am.

25   Q.   And you testified at a hearing in this

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                      Albuquerque, NM 87102
(505) 989-4949                                                  (505) 843-9494
FAX (505) 843-9492                                       FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1    case a month ago; correct?

2        A.   Yes, ma'am.

3        Q.   And at that hearing, you testified you

4    were an SNM member; correct?

5        A.   Yes, ma'am.

6        Q.   At that hearing, you testified that you

7    joined the SNM in 2005; correct?

8        A.   I don't recall.

9        Q.   Let me show you a transcript of that

10   proceeding.  I'm showing you page 78 of the official

11   transcript from that hearing, the highlighted

12   portion.  So at that hearing about a month ago, you

13   testified that you became a member of the SNM in

14   2005; correct?

15       A.   At that point, I didn't comprehend your

16   question when I made that statement, yes, ma'am.

17       Q.   So the question asked by Ms. Armijo:  "Are

18   you a member of that prison gang?"  What about that

19   question confused you?

20       A.   I said, "Yes."

21       Q.   "When did you become a member?" she asked

22   you, and you said, "2005"; correct?

23       A.   Well, I meant 2003.

24       Q.   Then on cross-examination in that same

25   transcript, you testified during that hearing twice

SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                   Albuquerque, NM 87102
(505) 989-4949                                                                (505) 843-9494
FAX (505) 843-9492                                                   FAX (505) 843-9492
                                                                            1-800-669-9492
                                                                   e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

 1   that you'd joined the SNM in 2005; correct?

 2        A.   I'm not sure.  Is that what you're saying

 3   I did?

 4        Q.   That's what I'm asking you.  Do you

 5   remember that you testified twice?

 6        A.   I don't recall.

 7        Q.   I'm going to show you what's page 93 of

 8   the official transcript and -- actually, let's go

 9   back.  That hearing was on January 8 of 2018;

10   correct?

11        A.   Yes, ma'am.

12        Q.   And that was in the same courtroom;

13   correct?

14        A.   Yes, ma'am.

15        Q.   In front of Judge Browning?

16        A.   Yes, ma'am.

17        Q.   And you were placed under oath in that

18   hearing, as well?

19        A.   Yes, ma'am.

20        Q.   I'm showing you page 93.  I asked you --

21   you testified on direct that you were a member of

22   the SNM beginning in 2005; correct?  And you

23   answered "Correct"?

24        A.   Yes, ma'am.

25        Q.   And during that hearing, you also denied

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1  having previously denied your membership in the SNM;
 2  correct?
 3        A.    I previously denied it?
 4        Q.    I asked you at that hearing whether or not
 5  you had previously denied that you were a member of
 6  the SNM.  Do you remember that question?
 7        A.    Yes, ma'am.
 8        Q.    And you said that you couldn't recall
 9  having denied that you were a member of the SNM?
10        A.    Yes, ma'am.
11              MS. ARMIJO:  Your Honor, may we approach?
12              THE COURT:  You may.
13              (The following proceedings were held at
14  the bench.)
15              MS. ARMIJO:  I thought as part of the
16  conflict issue, Mr. Lowry was not going to be
17  assisting with the cross-examination of Mr. Duran.
18  I saw Mr. Lowry give Ms. Duncan a note.  So I
19  understand the Court is not going to take him off,
20  but we would ask at least that he be firewalled from
21  assisting with this cross-examination, especially
22  given that the opening statements and our most
23  recent motion was denied.
24              THE COURT:  Well, I won't wall him off.
25  But it was part of the representation, I guess.  If
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1  he's going to come up and feed you questions and
 2  stuff like that, it seems to me it's not consistent
 3  with --
 4           MS. DUNCAN:  I can ask him not to do that,
 5  Your Honor.
 6           THE COURT:  Okay.
 7           (The following proceedings were held in
 8  open court.)
 9           THE COURT:  All right.  Ms. Duncan.
10           MS. DUNCAN:  Thank you, Your Honor.
11  BY MS. DUNCAN:
12      Q.   Around the time that you began to
13  cooperate with the Government, you were engaged in a
14  scam of a woman named Carolyn Bueno; correct?
15      A.   A scam?
16      Q.   Yes.
17      A.   No, ma'am.
18      Q.   Do you know a woman named Carolyn Bueno?
19      A.   Yes, ma'am.
20      Q.   And you used her to get money; correct?
21      A.   No, ma'am.
22      Q.   Do you recall having a conversation with
23  your wife, Grace Duran, about Carolyn Bueno?
24      A.   Yes, ma'am.
25      Q.   And in that conversation with your wife,
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   you told your wife that you used Carolyn Bueno to

2   get money?

3        A.   I tell my wife whatever I tell my wife.

4        Q.   Did you tell your wife --

5        A.   Yes ma'am.

6        Q.   -- that you used Carolyn Bueno to get

7   money?  Let me ask the question and then you answer,

8   okay, Mr. Duran, so we have a clear record?

9             You also told your wife that you used

10  Carolyn Bueno to get drugs; correct?

11       A.   Yes, ma'am.

12       Q.   And that you had the same deal with a

13  woman named Linda Pena; correct?

14       A.   Yes.

15       Q.   And you would use her to get money?

16       A.   Yes, ma'am.

17       Q.   And you would use her to get drugs?

18       A.   I don't recall that.

19       Q.   And you would -- to their face, you would

20  tell them that you loved them; correct?

21       A.   And I did love them.

22       Q.   But to your wife, you would call them

23  names and tell her that you were using them;

24  correct?

25       A.   Yes, ma'am.

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                 Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                   FAX (505) 843-9492
                                                        1-800-669-9492
                                              e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

223

```
 1        Q.   And eventually you introduced Carolyn
 2   Bueno to Jerry Armenta; correct?
 3        A.   Yes, ma'am.
 4        Q.   I think we saw a video of that earlier.
 5             You are aware that the discovery in this
 6   case was loaded on tablets; correct?
 7        A.   Yes, ma'am.
 8        Q.   And that included witness statements,
 9   pictures, et cetera?
10        A.   I don't know what was on them.
11        Q.   Well, you looked at the tablets; correct?
12        A.   No, I didn't look at the tablets.
13        Q.   You looked at Jerry Armenta's tablet;
14   correct?
15        A.   No, ma'am.
16        Q.   If we could play Defendants' Exhibit Z40,
17   please; let me find my --
18             MS. DUNCAN:  Sorry, Your Honor.  I'm
19   messing up all my papers up here.
20             (Tape played.)
21        Q.   That was your voice; correct, Mr. Duran?
22        A.   Yes.
23        Q.   If we could go to marker 1540, please.
24   We've having some technical difficulties.  Try
25   Defendants' Exhibit 733 -- Z33, I'm sorry.  Did I
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1  say something different?  Play the beginning of that

 2  one, so that would be at a minute 144, please.

 3          (Tape played.)

 4      Q.    When you say, "Kreaper's laptop," you're

 5  talking about Kreaper's tablet; correct?

 6      A.    Yes, ma'am.

 7          (Tape played.)

 8      Q.    Do you recall telling Grace that you were

 9  looking at Kreaper's tablets and reading texts

10  between you and her?

11      A.    Yes, Kreaper showed me his tablets with

12  the texts.

13      Q.    So you did have access to Kreaper's

14  tablet; correct?

15      A.    No, I didn't have access to it.

16      Q.    But you looked at Kreaper's --

17      A.    He showed it to me.

18      Q.    So you looked at the tablet; correct?

19      A.    Yes, ma'am.

20      Q.    You were able to read discovery on the

21  tablet; correct?

22      A.    I read that part of the discovery.

23      Q.    You were in a pod with Kreaper for how

24  long?

25      A.    A year.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN
&ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.    And by "Kreaper," we mean Jerry Armenta;

2  correct?

3      A.    Yes, ma'am.

4      Q.    And you were also with other Government

5  witnesses during that time?

6      A.    Yes, ma'am.

7      Q.    Who else were you with?

8      A.    I was with Freddie Munoz, Benjamin Clark,

9  Robert Martinez.  That's it.

10     Q.    Did you look at anyone's tablet other than

11 Jerry Armenta?

12     A.    Did I see?  Yes, I probably did.  I'm

13 sure.

14     Q.    We talked a little bit about the charges

15 you've incurred since agreeing to work with the

16 Government.  I would like to talk to you about your

17 past charges.

18           Your first conviction, the one that

19 brought you to prison, was in 1997 for aggravated

20 burglary; correct?

21     A.    Yes.

22     Q.    Conspiracy to commit forgery?

23     A.    Yes.

24     Q.    Criminal damage to property?

25     A.    Yes, ma'am.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   And it was joined with a case for

 2   resisting an officer; correct?

 3        A.   Yes, ma'am.

 4        Q.   In that case you were sentenced to 13 and

 5   a half years?

 6        A.   Yes, ma'am.

 7        Q.   Most of which was suspended; correct?

 8        A.   Yes, ma'am.

 9        Q.   And in that charge, you broke into

10   someone's house and stole guns; correct?

11             MS. ARMIJO:   Objection, Your Honor, 609.

12             THE COURT:   Well, what's the purpose,

13   other than truthfulness, that you're trying to

14   establish with this testimony?

15             MS. DUNCAN:   Your Honor, this witness

16   committed the crime of theft of guns.  He conspired

17   to commit forgery, and he forged checks, which was

18   an act of dishonesty.  And I think those are facts

19   that the jury is entitled to hear in assessing his

20   credibility as a witness.

21             THE COURT:   I don't think the theft of the

22   guns are.  If you want to get into the forgery, I'll

23   allow that.

24             MS. DUNCAN:   Thank you, Your Honor.

25
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1   BY MS. DUNCAN:
 2        Q.   So the charge of conspiracy to commit
 3   forgery was based on forging checks; correct?
 4        A.   Yes, ma'am.
 5        Q.   And you're currently under investigation
 6   for forging checks; correct?
 7        A.   Not that I'm aware of.
 8        Q.   You're aware that when you were arrested
 9   in November of -- not arrested, but after the crash
10   in 2017, a check was found, a stolen check was found
11   written out to you; correct?
12        A.   No.
13             MR. DEL VALLE:  I'm going to object to
14   that for the same basis.
15             THE COURT:  Are these not charged yet?
16             MR. DEL VALLE:  He's not charged yet.  And
17   he would stand on his Fifth Amendment rights.
18             THE COURT:  Are you going to follow your
19   counsel's advice, Mr. Duran?
20             THE WITNESS:  Yes, Your Honor.
21             THE COURT:  All right.  Let's not get into
22   the facts, if these are pending charges or they're
23   not charged yet.
24   BY MS. DUNCAN:
25        Q.   When you were arrested, you hid from
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1  officers, correct, in 1997?

 2       A.   Yes, ma'am.

 3       Q.   You gave the officers a false name?

 4       A.   Yes, ma'am.

 5       Q.   And resisted arrested; correct?

 6       A.   Yes, ma'am.

 7       Q.   Now, while you were on probation in that

 8  case, you were arrested for new charges; correct?

 9       A.   Yes, ma'am.

10       Q.   In August of 1998?

11       A.   Yes, ma'am.

12       Q.   And in that case you were convicted of two

13  counts of aggravated assault on a peace officer;

14  correct?

15       A.   Yes, ma'am.

16       Q.   Unlawful taking of a motor vehicle?

17       A.   Yes, ma'am.

18       Q.   And again, resisting arrest; correct?

19       A.   Yes, ma'am.

20       Q.   And you were sentenced to 11 and a half

21  years in that case?

22       A.   Yes, ma'am.

23       Q.   None of it was suspended; correct?

24       A.   Correct.

25       Q.   And in that case you also gave officers a
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

229

```
 1  fake name; is that right?

 2       A.   Yes.

 3       Q.   You were arrested for concealing identity?

 4       A.   Yes, ma'am.

 5       Q.   Placed in the back of a police car?

 6       A.   Yes, ma'am.

 7       Q.   And then you climbed over the seat of the

 8  police car into the front and drove away?

 9       A.   Yes, ma'am.

10       Q.   And one of the officers tried to stop you

11  by holding onto the police car?

12       A.   Yes, ma'am.

13       Q.   And you ended up dragging him several

14  feet?

15       A.   Yes, ma'am.

16       Q.   And this was the charge of aggravated

17  assault on a police officer; correct?

18       A.   Yes, ma'am.

19       Q.   You dragged the officer 20 to 30 feet;

20  correct?

21       A.   Yes, ma'am.

22       Q.   And you forced that officer to fire his

23  weapon to stop you from stealing his car; correct?

24       A.   Yes, ma'am.

25       Q.   And he was ultimately thrown from that
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1  vehicle; correct?

 2       A.   Yes, ma'am.

 3       Q.   And sustained injuries?

 4       A.   Yes, ma'am.

 5       Q.   You were released -- when were you

 6  released for that offense?

 7       A.   In 2003.

 8       Q.   And while you were on parole for that

 9  case, you committed your next offense; correct?

10       A.   Yes, ma'am.

11       Q.   In 2005, you were convicted of murder in

12  the second degree?

13       A.   Yes, ma'am.

14       Q.   And while you were pending trial on that

15  case, you were released on bond; correct?

16       A.   Yes, ma'am.

17       Q.   And you fled the state?

18       A.   Yes, ma'am.

19       Q.   So you made a promise to the Court that

20  you would follow certain conditions; correct?

21       A.   Yes, ma'am.

22       Q.   And then you violated those conditions?

23       A.   Yes, ma'am.

24       Q.   And New Mexico -- you fled to Nebraska;

25  correct?

SANTA FE OFFICE                                                                MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                  Albuquerque, NM 87102
(505) 989-4949                                                                 (505) 843-9494
FAX (505) 843-9492                                                  FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    Yes, ma'am.
 2        Q.    And New Mexico law enforcement had to go
 3   to Nebraska to get you and bring you back?
 4        A.    Yes, ma'am.
 5        Q.    Then, finally, in 2014, while
 6   incarcerated, you were convicted of possession of a
 7   deadly weapon by an inmate; correct?
 8        A.    Yes, ma'am.
 9        Q.    You were sentenced to nine years in that
10   case?
11        A.    I was sentenced to -- yes, ma'am.
12        Q.    With eight years suspended?
13        A.    Yes, ma'am.
14        Q.    So you had to serve one year, and then you
15   were placed on probation; correct?
16        A.    Yes.
17        Q.    And that's the probation that you violated
18   when you were arrested for felon in possession of a
19   firearm; correct?
20        A.    Yes, ma'am.
21        Q.    And for failing to report to your
22   probation officer?
23        A.    Yes, ma'am.
24        Q.    And the State of New Mexico filed a
25   probation violation report against you; correct?
```



SANTA FE OFFICE                                           MAIN OFFICE
119 East Marcy, Suite 110                      201 Third NW, Suite 1630
Santa Fe, NM 87501                              Albuquerque, NM 87102
(505) 989-4949                                          (505) 843-9494
FAX (505) 843-9492                                  FAX (505) 843-9492
                                                      1-800-669-9492
                                            e-mail: info@litsupport.com

```
 1        A.   Yes, ma'am.

 2        Q.   And that petition was filed January 30,

 3   2018; correct?

 4        A.   Yes, ma'am.

 5        Q.   And there were a number of grounds.  There

 6   was concealing identity from law enforcement;

 7   correct?

 8        A.   Yes, ma'am.

 9        Q.   And that was lying to the officer when you

10   were arrested on December 15 of 2017?

11        A.   Yes, ma'am.

12        Q.   The felon in possession charge which we've

13   discussed; correct?

14        A.   Yes, ma'am.

15        Q.   The possession of heroin charge we've

16   discussed?

17        A.   Yes, ma'am.

18        Q.   And then failure to report as promised;

19   correct?

20        A.   Yes, ma'am.

21        Q.   And the probation officer in that case was

22   recommending that your probation be revoked and you

23   serve the remainder of your sentence in prison;

24   correct?

25        A.   Yes, ma'am.  That's my parole officer.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

233

```
 1        Q.    You're also on probation, too; correct?

 2        A.    She made a parole recommendation.  There

 3   is a difference.  A judge decides a probation case.

 4        Q.    But your probation officer makes a

 5   recommendation to the judge; correct?

 6        A.    For parole; it says parole revocation

 7   recommendation, not probation.

 8        Q.    I'm marking for identification purpose

 9   Defendants' FS, as in Sam.  I'm showing you FS.  Do

10   you recognize this document, Mr. Duran?

11        A.    No, ma'am.

12        Q.    Is this your name on this document?

13        A.    Yes, ma'am.  I haven't seen that document.

14   That's the first time I've seen it.

15        Q.    And this is a petition to revoke

16   probation?

17        A.    Yes, ma'am.

18        Q.    At some point they were going to transport

19   you to a probation revocation hearing; correct?

20        A.    I'm unaware of that.  Like I said, that's

21   the first time I seen that petition.

22        Q.    So you were unaware that they had moved to

23   revoke your probation?

24        A.    Yes, ma'am.  The only thing I've seen is a

25   parole violation revocation hearing.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1      Q.   So you also are unaware that they filed a
 2  supplemental criminal information seeking an
 3  enhanced sentence based on your criminal history?
 4      A.   I'm unaware of that, too.
 5      Q.   And are you also unaware that the State
 6  filed a notice of withdrawal in this case indicating
 7  that you would not be transported as long as there
 8  are pending federal charges against you?
 9      A.   I'm unaware of that, too, ma'am.
10          MS. DUNCAN:  If I may have a moment, Your
11  Honor?
12          THE COURT:  You may.
13          MS. DUNCAN:  Your Honor, I think we've
14  gotten these phone calls to play.
15  BY MS. DUNCAN:
16      Q.   So earlier we were talking about threats
17  you made against Ivy to whoop her ass.  Do you
18  remember that conversation?
19      A.   Yes, ma'am.
20      Q.   And you telling Ivy you would whoop her
21  ass so she would know who the boss is?
22      A.   Yes, ma'am, I probably did say that.
23      Q.   And you told your wife that she should
24  whoop Ivy's ass when her grandmother left the house;
25  correct?



SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                     201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                          (505) 843-9494
FAX (505) 843-9492                                               FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   I don't recall.

 2        Q.   Do you recall telling Grace that you were

 3   going to whoop Ivy's ass until her butt hurt when

 4   you got out?

 5        A.   I don't recall that either.

 6             MS. DUNCAN:   Your Honor, this is

 7   Defendants' Exhibit Z25 at 11:30.

 8             (Tape played.)

 9             MS. ARMIJO:   Your Honor, I believe I

10   objected previously as to foundation as to a time

11   period.

12             THE COURT:   Well, do you have any better

13   way to lay a foundation?

14             MS. DUNCAN:   Sure, Your Honor.

15   BY MS. DUNCAN:

16        Q.   Were you incarcerated at PNM Level 6 in

17   August, August 15 of 2016?

18        A.   Yes, ma'am.

19        Q.   And that was just a few months before you

20   were released from custody; correct?

21        A.   A month, yes.

22        Q.   And during that time, did you talk to your

23   wife, Grace Duran?

24        A.   On several occasions, yes, ma'am.

25        Q.   And made plans to get out of custody?
```

SANTA FE OFFICE                                                              MAIN OFFICE
119 East Marcy, Suite 110                                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                                    Albuquerque, NM 87102
(505) 989-4949                                                                 (505) 843-9494
FAX (505) 843-9492                                                      FAX (505) 843-9492
                                                                          1-800-669-9492
                                                                   e-mail: info@litsupport.com



```
 1        A.    Yes, ma'am.

 2        Q.    And had conversations with her about Ivy?

 3        A.    Yes, ma'am.

 4              MS. DUNCAN:  Your Honor, we're having some

 5   technical difficulties.  Can we take about a

 6   five-minute break to fix this problem?

 7              THE COURT:  All right.  We'll be in recess

 8   for a few minutes.  All rise.

 9              (The jury left the courtroom.)

10              MS. ARMIJO:  Your Honor, if she's trying

11   to impeach, then we're going to ask it be done

12   outside the presence of the jury, because I believe

13   he indicated that he possibly did so.  If she is

14   trying to refresh his recollection, we would request

15   that it be done outside the presence of the jury,

16   and then he can testify to it.

17              THE COURT:  Well, there's a couple of

18   statements where he said he didn't know.  And so I

19   guess on those she can go ahead and impeach him.

20   The ones where he said yes, I don't think we need to

21   hear the tape, because there is nothing to impeach.

22              MS. DUNCAN:  I've eliminated several calls

23   based on that.  There is just one -- I think part of

24   the problem, Your Honor, is most of the calls will

25   show a 20-minute call, but there's just a handful
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1  that for some reason, when you pull it up on certain

2  software, it just shows five minutes, even though it

3  is actually 20 minutes long.  So that's the problem.

4          THE COURT:  What statement are you trying

5  to impeach at this point?

6          MS. DUNCAN:  Your Honor, I think there

7  were two statements.  One was he -- the witness told

8  his wife that he was going to beat Ivy until it

9  hurt.  Another --

10          THE COURT:  What was his answer as to

11  that?

12          MS. DUNCAN:  He didn't think he had said

13  it.

14          THE COURT:  Okay.  What's the other

15  statement?

16          MS. DUNCAN:  I think the other was telling

17  his wife to hit Ivy outside the presence of the

18  child's grandmother.

19          THE COURT:  His answer as to that?

20          MS. DUNCAN:  I thought that he said that

21  he didn't remember saying that, Your Honor.

22          THE COURT:  Okay.  Well, then, let's

23  refresh his memory as to the first one -- or the

24  second one, and then you can impeach him as to the

25  first.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              THE CLERK:  Your Honor, we have some
 2    defendants that have stepped out.
 3              THE COURT:  All right.  We'll be in
 4    recess.
 5              (The Court stood in recess.)
 6              THE COURT:  All right.  We'll go back on
 7    the record.  Ms. Armijo.
 8              MS. ARMIJO:  Your Honor, I believe that we
 9    have found the transcript reference, those two
10    questions that were asked, and in both of them the
11    question was:  "And you told your wife that she
12    should whoop Ivy's ass when her grandmother left the
13    house; correct?"
14              His answer was, "I don't recall."
15              "Do you recall telling Grace that you were
16    going to whoop Ivy's ass until her butt hurt when
17    you got out?"
18              "I don't recall that either."
19              So for those two questions, we request
20    that if his memory is going to be refreshed, that it
21    be done outside of the presence of the jury.
22    Because he did indicate "I don't recall" to both of
23    those.
24              THE COURT:  Are those the two statements
25    you're intending to impeach?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1           MS. DUNCAN:  There was one other one, "I'm

2   going to fuck her ass up."

3           THE COURT:  What did he say as to that?

4           MS. DUNCAN:  Your Honor, I was getting

5   ready to play that.  It was one of the ones -- if we

6   can't get it to play, then I'll just move on.

7           THE COURT:  Well, go ahead and refresh his

8   memory with these two statements, if you need to

9   play it audibly.  If you have a transcript --

10          MS. DUNCAN:  I unfortunately don't.  These

11  are the calls we just got from the Government, so

12  we've been --

13          THE COURT:  Go ahead and play them.

14          And Mr. Duran, I'll remind you you're

15  still under oath.

16          MS. ARMIJO:  And Your Honor, we did find

17  the other one.  The question was:  "And you telling

18  Ivy you would whoop her ass so she would know who

19  was the boss?"

20          And he said, "Yes, ma'am.  I probably did

21  say that."

22          So we would ask that that not be played

23  because he had made an admission.

24          THE COURT:  I think that one you got an

25  admission on.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1              MS. DUNCAN:  That's fine.  I wasn't
2    planning on playing that.
3              THE COURT:  Let's play the one you want to
4    refresh his recollection on.
5              (Tape played.)
6              THE COURT:  All right.  Have you now
7    refreshed the witness, Ms. Duncan?
8              MS. DUNCAN:  Yeah, there was a little bit
9    more.
10             (Tape played.)
11             MS. DUNCAN:  That's the clip, Your Honor.
12             THE COURT:  All right.  Anything else we
13   need to take up before we bring the jury in?  Ms.
14   Armijo?
15             MS. ARMIJO:  No, Your Honor.
16             THE COURT:  Ms. Duncan?  Any other
17   defendant?
18             MS. DUNCAN:  No, Your Honor.
19             (The jury entered the courtroom.)
20             THE COURT:  All right.
21             Mr. Duran, I'll remind you that you're
22   still under oath.
23             THE WITNESS:  Yes, Your Honor.
24             THE COURT:  All right.  Ms. Duncan, if you
25   wish to continue your cross-examination of
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1   Mr. Duran, you may do so at this time.

2            MS. DUNCAN:  Thank you, Your Honor.

3   BY MS. DUNCAN:

4        Q.   Before the break, we were talking about

5   threats you made against Ivy Maldonado; correct?

6        A.   Yes, ma'am.

7        Q.   And you threatened that you were going to

8   fuck up Ivy's ass; correct?

9        A.   Yes, ma'am.

10       Q.   And you also threatened to slap her in the

11  back of the head instead of the mouth; correct?

12       A.   Yes, ma'am.

13       Q.   On direct examination, Ms. Armijo asked

14  you about a settlement that you received after you

15  were beaten by correctional officers.  Do you

16  remember that?

17       A.   Yes, ma'am.

18       Q.   And you testified that it was a

19  confidential settlement; correct?

20       A.   Yes, ma'am.

21       Q.   So you couldn't testify -- you couldn't

22  tell this jury the amount of money that you received

23  from that settlement; right?

24       A.   Yes, ma'am.

25       Q.   But you've previously disclosed to others



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    how much you received in that settlement; correct?

2         A.    Not that I recall.

3         Q.    In February of 2015, when you met with law

4    enforcement, you told them how much you received in

5    that settlement?

6         A.    I gave them an amount, yes.

7         Q.    You told them you'd received a million

8    dollars; correct?

9         A.    I gave them an amount.

10        Q.    You told them that you received a million

11   dollars; correct?

12        A.    Yes, ma'am.

13        Q.    And you represented to them that that was

14   the amount of the settlement that you had received;

15   correct?

16        A.    Yes, ma'am.

17        Q.    This confidential settlement?

18        A.    Yes, ma'am.

19        Q.    You've received several benefits as a

20   result of working with the Government; correct?

21        A.    Yes, ma'am.

22        Q.    I think you testified on direct that you

23   received a lump sum award of two years' good time?

24        A.    Yes, ma'am.

25        Q.    So without that good time, you would still

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                   Albuquerque, NM 87102
(505) 989-4949                                                  (505) 843-9494
FAX (505) 843-9492                                     FAX (505) 843-9492



BEAN
ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1  be in the Department of Corrections as of today;

2  correct?

3      A.   Yes, ma'am.

4      Q.   Because your release date was November

5  2018?

6      A.   Yes, ma'am.

7      Q.   So but for the Department of Corrections

8  giving you a lump sum, you would not have been

9  investigated for slapping Ivy Maldonado; correct?

10     A.   Yes, ma'am.

11     Q.   And you would not have been investigated

12 for prostitution; correct?

13     A.   I don't think I was ever investigated for

14 prostitution.

15     Q.   Or you would not have had contact with law

16 enforcement in the course of a prostitution sting;

17 correct?

18     A.   Yes, ma'am.

19     Q.   And you would not have been arrested for

20 being a felon in possession of a firearm?

21     A.   Yes, ma'am.

22     Q.   Or being a person in possession of heroin?

23     A.   Yes, ma'am.

24     Q.   Or being investigated with someone with

25 forged checks?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    Yes, ma'am.

 2        Q.    You also received free phone calls while

 3   you were at PNM; correct?

 4        A.    Yes.

 5        Q.    And the United States Government agreed

 6   not to charge you for criminal conduct that you

 7   alleged you committed on behalf of the SNM; correct?

 8        A.    Yes, ma'am.

 9        Q.    You also -- the Government agreed to --

10   when you were out on parole that you'd be supervised

11   by a private parole officer; correct?

12        A.    A parole officer.  I don't know if he was

13   private.

14        Q.    Didn't you tell your wife that FBI agent

15   Bryan Acee had told you that he had a special

16   probation officer to supervise you once you were

17   released?

18        A.    A probation officer that had knowledge of

19   what I was doing and why I was there.

20        Q.    And that that probation, once you were out

21   on the streets -- that the conditions of your

22   probation would start disappearing; correct?

23        A.    Because I'd be doing my time.

24        Q.    Well, you're out on the streets, you

25   wouldn't be doing time; you'd be on probation;
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1  correct?

2        A.    I'd be doing my probation time.

3        Q.    And that the conditions of your probation

4  would start disappearing; correct?

5        A.    I don't know about the conditions, no.

6        Q.    Let's see Z23 -- I'm looking at

7  Defendant's Exhibit Z23.  It's at 1638.  It's not

8  going to play?  Okay, I'll move on.

9              You believed, when you were cooperating,

10  that you would be given a new identity; correct?

11        A.    Yes, ma'am.

12        Q.    And that you would be able to start over

13  without a criminal record?

14        A.    Yes, ma'am.

15        Q.    And that your credit history would also be

16  erased; correct?

17        A.    Yes, ma'am.

18        Q.    As would Grace's, your wife?

19        A.    Yes, ma'am.

20        Q.    And you were paid, I think you said,

21  almost $50,000?

22        A.    To my knowledge, yes, ma'am.

23        Q.    You were paid while you were incarcerated;

24  correct?

25        A.    Yes, ma'am.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   You received a lump sum of $25,000 on July

2  20, 2016?

3    A.   Yes, ma'am.

4    Q.   And you received another payment five days

5  later for $6,000?

6    A.   Yes, ma'am.

7    Q.   And when we were talking earlier about

8  those pictures of you with the money and the fur

9  coat, that was after you had been paid by the

10  federal government; correct?

11    A.   Are you distinguishing my lawsuit money or

12  the money that the Government gave me?

13    Q.   Did the federal government give you money

14  for a lawsuit?

15    A.   You asked me if I bought the fur coat with

16  the federal government money.  I said yes.

17    Q.   And then, yes, so did you buy that fur

18  coat after the federal government gave you $25,000?

19    A.   Yes.  I was in Portland and it was cold.

20    Q.   And did you buy that grille after the

21  federal government gave you $25,000?

22    A.   Yes, ma'am.

23    Q.   While you had a cellphone that the

24  Government had given you to record conversations,

25  you used it for personal business; correct?

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                         Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 843-9492                                           FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

247

```
 1        A.   Yes, ma'am.

 2        Q.   You used it to play Fantasy Football?

 3        A.   Yes.

 4        Q.   Send pictures of yourself?

 5        A.   Yes, ma'am.

 6        Q.   You deleted photographs off of that

 7   cellphone; correct?

 8        A.   Not that I recall -- oh, yeah, I deleted

 9   some pictures of myself that I didn't like, yes,

10   ma'am.

11        Q.   And did you receive pictures of women on

12   that cellphone?

13        A.   Yes.

14        Q.   Did you delete those?

15        A.   No, ma'am.

16        Q.   So if those photographs are no longer on

17   the phone, do you know who deleted them?

18        A.   I have no recollection.

19        Q.   I believe you testified on direct that you

20   spent six months with Mr. Baca; correct?

21        A.   Yes, ma'am.

22             MS. DUNCAN:  Your Honor, at this time, I

23   would move admission of Defendants' Exhibit V4,

24   which is an offender physical location history for

25   Anthony Ray Baca.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1            THE COURT:  Any objection, Ms. Armijo?
 2            MS. ARMIJO:  No, Your Honor.
 3            THE COURT:  Any objection from any other
 4  defendant?  Not hearing any, Defendants' Exhibit V4
 5  will be admitted into evidence.
 6            (Defendants' Exhibit V4 admitted.)
 7            MS. DUNCAN:  And Your Honor, we'd also
 8  move the admission of Exhibit V9, which is
 9  Mr. Duran's offender physical location history.
10            THE COURT:  Any objection to that, Ms.
11  Armijo?
12            MS. ARMIJO:  No, Your Honor.
13            THE COURT:  Any other defendant have any
14  objection?
15            Not hearing any, Defendants' Exhibit V9
16  will be admitted into evidence.
17            (Defendants' Exhibit V9 admitted.)
18            MS. ARMIJO:  Your Honor, I am objecting to
19  V4, because it is not Mr. Baca's complete location
20  history.
21            THE COURT:  Well, do you have any
22  objection to the whole thing coming in?  Does
23  somebody have a complete packet?
24            MS. DUNCAN:  Your Honor, I have no
25  objection.  This is what I received from the
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1   Department of Corrections in response to a request

2   for Mr. Baca's location offender history.

3               THE COURT:  Okay.  But you think there is

4   more to it?

5               MS. ARMIJO:  Yes, Your Honor.  It starts

6   in 2008.  And we know he's been in longer than 2008.

7               MS. DUNCAN:  It starts in 1997.  But, yes,

8   we would agree that he was in prison before 1997.

9               THE COURT:  All right.  So we'll agree to

10  admit this, and supplement it when we get the

11  complete package.

12              MS. DUNCAN:  I have no objection.

13              THE COURT:  Is that all right with you,

14  Ms. Armijo?

15              MS. ARMIJO:  Yes, Your Honor.

16              THE COURT:  So we'll have Defendants'

17  Exhibit V4, with the understanding we'll supplement

18  when we get the complete packet.

19              MS. DUNCAN:  Thank you, Your Honor.

20              So if I could have the Elmo.

21  BY MS. DUNCAN:

22      Q.   Mr. Duran, have you ever seen a document

23  like this?

24      A.   No, ma'am.

25      Q.   I'll represent to you this is an offender

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                    FAX (505) 843-9492
                                                              1-800-669-9492
                                                    e-mail: info@litsupport.com


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1   physical location history; there are a few of these

 2   in this case, and this is the one for Anthony Ray

 3   Baca.  I'd like to show you -- point to January 17,

 4   2013 to June 27, 2013.  Do you see that, right above

 5   my finger?

 6        A.   Yes, ma'am.

 7        Q.   Does this indicate that Mr. Baca was at

 8   the Southern New Mexico Correctional Facility in

 9   housing unit A-1, pod B, cell 111?

10        A.   Yes, ma'am.

11        Q.   And is this a time period when you were

12   also at Southern New Mexico Correctional Facility?

13        A.   Yes, ma'am.

14        Q.   So now I'm showing you Defendants' Exhibit

15   V9, and I'm again under -- whoops, showing you

16   October 25, 2012, to July 1st, 2013.  Do you see

17   that?

18        A.   Yes, ma'am.

19        Q.   And during that time you were also at

20   Southern New Mexico Correctional Facility?

21        A.   Yes, ma'am.

22        Q.   The same housing unit A-1; correct?

23        A.   Yes, ma'am.

24        Q.   But a different pod?

25        A.   Yes, ma'am.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    Q.   You testified on direct -- I'm going to

2    move on to a different topic.  You testified on

3    direct that you did not know in December of 2015

4    that Mario Montoya was working for the Government;

5    correct?

6        A.   Yes, ma'am.

7        Q.   But in November of 2015, you exchanged

8    text messages with Bryan Acee indicating that you

9    suspected he was a Government informant; correct?

10       A.   I did not know, yes, ma'am.

11       Q.   And on November 11, 2015, Bryan Acee told

12   you in an exchange of texts with Bryan Acee, "Have

13   Mario do it.  We have a wire on a tracker on him";

14   correct?

15       A.   I don't recall that.

16           MS. DUNCAN:  May I approach, Your Honor?

17           THE COURT:  You may.

18   BY MS. DUNCAN:

19       Q.   I'm going to show you -- if you would look

20   at this entry.

21       A.   Okay.

22       Q.   So on November 11, 2015, you received a

23   text from Bryan Acee that said, "Have Mario do it.

24   We have a wire and tracker on him"; correct?

25       A.   Yes, ma'am.  But that doesn't indicate

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  that he was working with the FBI.  That just

2  indicates that he was being monitored by the FBI.

3       Q.   On November 11, 2015, you sent a text to

4  Bryan Acee where you said, "Don't trip, man.  I got

5  you.  And from conversation Mario had with Pup, I

6  could tell Mario on our team.  But you slick.  I'm

7  going to swing him to Mario then others" -- I have

8  no idea what you're saying here; correct?

9       A.   Yes, I'm still indicating that I suspect

10  he's working with the FBI.  But Bryan Acee is

11  continually expressing to me that he is not.

12       Q.   But you're saying, "From the conversation,

13  I could tell Mario and I are on our team"; correct?

14       A.   I suspect, yes.

15            MS. DUNCAN:  If I could have a moment,

16  Your Honor.

17            THE COURT:  You may.

18  BY MS. DUNCAN:

19       Q.   Now, at different points when you were

20  cooperating, you complained to Government agents

21  about not being -- what you felt like was not being

22  treated right; correct?

23       A.   Yes, ma'am.

24       Q.   For example, you wrote a letter to Sergio

25  Sapien complaining about the harshness of the

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1  disciplinary sanction you received for threatening

 2  Sergeant Urtiaga; correct?

 3       A.   Yes, ma'am.

 4       Q.   And Sergio Sapien is the Captain of STIU?

 5       A.   Yes, ma'am.

 6       Q.   And he was one of your handlers?

 7       A.   Yes, ma'am.

 8       Q.   You also sent a letter to Ms. Armijo

 9  following your arrest in November of this year --

10  I'm sorry, in December of this year; correct?

11       A.   Yes, ma'am.

12       Q.   And complaining about being treated like

13  other Government witnesses in this case?

14       A.   Yes, ma'am.

15       Q.   And asking her to let you out so you could

16  continue working?

17       A.   Yes, ma'am.

18       Q.   And in the past when the Government hasn't

19  given you what you wanted, you've threatened to

20  quit; correct?

21       A.   I don't recall.  And I'm here today, so

22  no.

23       Q.   That's my question.  The question is:  In

24  the past have you threatened to stop cooperating if

25  you don't get what you wanted?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   I don't recall.
 2             MS. DUNCAN:  Can you pull up Defendants'
 3   Exhibit Z36?
 4             MS. ARMIJO:  And Your Honor, since the
 5   witness indicated he didn't recall, we'd request
 6   that the witness listen to it outside the presence
 7   of the jury.
 8             THE COURT:  Do you have a transcript of
 9   this?
10             MS. DUNCAN:  Unfortunately, these are the
11   calls we just received, so no, I don't.
12             THE COURT:  All right.  Let's excuse the
13   jury.  All rise.
14             (The jury left the courtroom.)
15             THE COURT:  All right.  Everyone be
16   seated.
17             MS. DUNCAN:  Your Honor, unfortunately,
18   this is one of those that can't play.  We'll have to
19   move on.
20             THE COURT:  So you can't refresh the
21   witness' memory?
22             MS. DUNCAN:  It's one of the ones that --
23   still?  Maybe?  Your Honor, we're not able to play
24   it.  I apologize for the inconvenience.
25             THE COURT:  All right.  Ms. Standridge, if
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   you'll line the jury up and get them ready to come

2   back in.

3           (The jury entered the courtroom.)

4           THE COURT:  All right.  Mr. Duran, I'll

5   remind you're still under oath.

6           Ms. Duncan, if you wish to continue your

7   cross-examination of Mr. Duran, you may did so.

8           MS. DUNCAN:  Thank you, Your Honor.

9   BY MS. DUNCAN:

10      Q.   Before the break, Mr. Duran, you were

11  testifying about not cooperating if the -- I asked

12  you questions about that, about threats that you had

13  made if the Government didn't give you what you

14  want; correct?

15      A.   You're saying I said --

16      Q.   I had asked you questions about that;

17  correct?

18      A.   Yes, ma'am.

19      Q.   And you responded, "Well, I'm here now";

20  correct?

21      A.   Yes, ma'am.

22      Q.   You're not here voluntarily, though, are

23  you, Mr. Duran?

24      A.   Yes.

25      Q.   In December 15, 2017, you were arrested in

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                    FAX (505) 843-9492

 

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1  Portland, Oregon; correct?
 2       A.   I still have a choice to be here today,
 3  regardless if I'm in jail or not.
 4       Q.   You're aware that the Government filed
 5  what's called a writ of testificandum to bring you
 6  from state custody into federal custody to testify
 7  here today?
 8       A.   No, I'm not aware of that.
 9       Q.   But you are aware on September 15, 2017,
10  when you were stopped by a police officer, you gave
11  him a false name; correct?
12       A.   Yes, ma'am.
13       Q.   And that was to avoid being arrested?
14       A.   Yes, ma'am.
15       Q.   Because you knew there was a warrant out
16  for your arrest?
17       A.   Yes.
18       Q.   And you knew you were wanted here in New
19  Mexico?
20       A.   Yes, ma'am.
21       Q.   And you were -- so you were arrested in
22  Oregon, and then you were brought in custody to New
23  Mexico?
24       A.   Yes, ma'am.
25       Q.   And are you currently in custody?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492





MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        A.   Yes, ma'am.

 2        Q.   The only time you and Mr. Baca were ever

 3   housed in the same pod is when you were recording

 4   him; correct?

 5        A.   Yes, ma'am.

 6        Q.   When you were in Southern New Mexico

 7   Correctional Facility, you were always in different

 8   pods?

 9        A.   Yes, ma'am.

10        Q.   And at this time, Mr. Duran, you are

11   facing potential charges in Portland, Oregon;

12   correct?

13        A.   Yes, ma'am.

14        Q.   You are also facing potential federal

15   charges?

16        A.   Yes.

17        Q.   And a probation revocation which could

18   send you back to prison here in New Mexico?

19        A.   Yes, ma'am.

20        Q.   And this is all for conduct that you

21   undertook since agreeing to be a Government witness;

22   correct?

23        A.   Yes, ma'am.

24             MS. DUNCAN:   If I could just have a

25   moment, Your Honor?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              THE COURT:  You may.

 2              MS. DUNCAN:  I have no further questions,

 3   Your Honor.

 4              THE COURT:  Thank you, Ms. Duncan.

 5              Further cross-examination, Ms. Bhalla?

 6              MS. BHALLA:  Yes, Your Honor.  Thank you.

 7              THE COURT:  Ms. Bhalla.

 8                    CROSS-EXAMINATION

 9   BY MS. BHALLA:

10       Q.   Good afternoon, Mr. Duran.

11       A.   Good afternoon, ma'am.

12       Q.   Do you recall meeting with STIU in

13   February of 2015?

14       A.   Yes, ma'am.

15       Q.   And I believe that Chris Cupit was at that

16   meeting; do you recall?

17       A.   Yes, ma'am.

18       Q.   And Sergio Sapien?

19       A.   Yes, ma'am.

20       Q.   And I believe that someone from the FBI

21   was there as well, Katherine Brusuelas; do you

22   recall?

23       A.   Yes, ma'am.

24       Q.   And in that meeting with them, you gave

25   them information about the murder of Javier Molina,
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  didn't you?

2      A.   Yes, ma'am.

3      Q.   And you also gave them information about

4  green lights that were outstanding.  Do you recall

5  that?

6      A.   Yes, ma'am.

7      Q.   And do you recall telling them that Carlos

8  Herrera had a green light on him?

9           MS. ARMIJO:  Objection, foundation.

10          MS. BHALLA:  I'm asking him whether or not

11 he provided this information to the agents in the

12 meeting, Your Honor.

13          THE COURT:  Don't consider this for the

14 truth of the matter.  This is simply to ask some

15 credibility questions as to whether he's testifying

16 credibly here in court.  But you can't consider the

17 truth of the earlier statement for the truth of the

18 matter.

19          MS. ARMIJO:  Your Honor, I don't think

20 he's being impeached.  I think Ms. Bhalla wants to

21 get it in for the truth of the matter asserted.

22          MS. BHALLA:  I'm asking, Your Honor,

23 whether or not that was the information that he

24 relayed.

25          THE COURT:  Well, let's see what his

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   answer is.  Overruled.

 2           The same instruction to you.  It's a yes

 3   or no question at this point.

 4       A.   I don't recall.

 5   BY MS. BHALLA:

 6       Q.   Would it refresh your recollection if I

 7   showed you a copy of the report?

 8       A.   Yes, ma'am.

 9           MS. BHALLA:  Your Honor, may I approach?

10           THE COURT:  You may.

11   BY MS. BHALLA:

12       Q.   Just let me know when you're ready,

13   Mr. Duran.

14       A.   Yes, ma'am.  I'm ready.

15           MS. BHALLA:  Thank you.  May I approach,

16   Your Honor?

17           THE COURT:  You may.

18   BY MS. BHALLA:

19       Q.   Did you tell STIU at that meeting that

20   there was a current outstanding hit on Carlos

21   Herrera?

22       A.   Yes, ma'am.

23           MS. ARMIJO:  Objection, foundation.

24           THE COURT:  Well, there's a lot of things

25   there.  I'm just going to instruct the jury you
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    can't consider these statements for the truth of the

2    matter, and if you're not trying to impeach him,

3    then don't ask that type of question again.

4            MS. BHALLA:  Okay, Your Honor.

5    BY MS. BHALLA:

6        Q.   How did you get that information?

7            MS. BHALLA:  I think that will go to

8    foundation, Your Honor.

9        A.   How did I get the information that the

10   green light was on him?

11       Q.   Yes.

12       A.   Because I knew that he didn't follow an

13   order by Pup.

14           MS. BHALLA:  Nothing further, Your Honor.

15   Pass the witness.  Thank you.

16           THE COURT:  Thank you, Ms. Bhalla.

17           Mr. Villa.

18           MR. VILLA:  Thank you, Your Honor.

19           THE COURT:  Mr. Villa.

20                   CROSS-EXAMINATION

21   BY MR. VILLA:

22       Q.   Good afternoon, Mr. Duran.

23       A.   Good afternoon, sir.

24       Q.   You testified yesterday about a

25   conversation you had with Mr. Perez in the yard at

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   PNM.  Do you remember that?

 2        A.   Yes, sir.

 3        Q.   And I think it was your direct testimony

 4   that that conversation occurred approximately August

 5   of 2015?

 6        A.   Yeah, around that time, yes, sir.

 7        Q.   So in August of 2015 you were at PNM

 8   North; right?

 9        A.   Yes, sir.

10        Q.   And I think you said there was a shakedown

11   in the pod so everybody was taken out to the yard?

12        A.   Yes, sir.

13        Q.   So if I understand that correctly, the

14   shakedown is when correctional officers are

15   searching the pods, searching the cells in the pod

16   for contraband and things like that; right?

17        A.   Yes, sir.

18        Q.   And that happens fairly regularly?

19        A.   About every 90 days.

20        Q.   Every 90 days?

21        A.   With us, it happens all the time.  But

22   usually every 90 days.

23        Q.   Okay.  And they do that, they take

24   everybody outside to the yard?

25        A.   Yes, sir.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1        Q.   So that the inmates aren't there while
2    they're searching their cells; correct?
3        A.   Yes, sir.
4        Q.   So you were out in the yard and Mr. Perez
5    was out in the yard; is that right?
6        A.   Yes, sir.
7        Q.   And I think in the yard there at PNM North
8    you're in cages, basically; right?
9        A.   Yes.
10       Q.   I think we've heard them described as,
11   like, 7-by-7 cages that you can walk around in and
12   that sort of thing?
13       A.   Yes, sir.
14       Q.   So I take it from your testimony that you
15   were in a cage near or adjacent to Mr. Perez?
16       A.   Yes, sir.
17       Q.   And your testimony yesterday was that you
18   had a particular conversation in the yard with
19   Mr. Perez; is that right?
20       A.   Yes, sir.
21       Q.   And I think you said to the jury that Mr.
22   Perez told you not to underestimate him; right?
23       A.   Yes, sir.
24       Q.   But he actually told you not to
25   underestimate him because he's in a wheelchair;
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1    right?

 2         A.   Yes, sir.

 3         Q.   And at that time, Mr. Perez was in a

 4    wheelchair, wasn't he?

 5         A.   Yes.  Well, he wasn't in a wheelchair but

 6    he didn't have his walker because it was used to

 7    make shanks.

 8         Q.   Well, Mr. Duran, you weren't in -- you're

 9    referring to the allegation against Mr. Perez in

10    this case; right?

11         A.   I'm referring to the allegations of what

12    he told me why his walker was taken away.

13         Q.   Well, Mr. Duran, it's funny because you

14    didn't testify about that yesterday.  So why don't

15    we talk about the question that I'm asking you.

16              MS. ARMIJO:  Objection, argumentative.

17              THE COURT:  Don't argue the evidence.

18    Just ask questions.

19    BY MR. VILLA:

20         Q.   Do you agree with me, Mr. Duran, that

21    yesterday you didn't testify at all about what Mr.

22    Perez did or didn't tell you about his walker?

23         A.   Yes, sir.

24         Q.   So you agree with that?

25         A.   Yes, sir.

SANTA FE OFFICE                                                        MAIN OFFICE
119 East Marcy, Suite 110                                      201 Third NW, Suite 1630
Santa Fe, NM 87501                                             Albuquerque, NM 87102
(505) 989-4949                                                          (505) 843-9494
FAX (505) 843-9492                                                  FAX (505) 843-9492
                                                                    1-800-669-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

e-mail: info@litsupport.com

```
 1        Q.   And the allegations against Mr. Perez with
 2   regard to the Javier Molina murder; true?
 3        A.   Yes, sir.
 4        Q.   And the Javier Molina murder took place in
 5   Southern New Mexico Correctional Facility March
 6   2014; right?
 7        A.   Yes, sir.
 8        Q.   You were not there in Southern in March of
 9   2014; right?
10        A.   No, sir.
11        Q.   So you don't know what happened with Mr.
12   Perez' walker?
13        A.   No, sir.
14        Q.   But what you testified about yesterday was
15   that Mr. Perez told you not to underestimate him;
16   right?
17        A.   Yes, sir.
18        Q.   And you also testified that you'd been in
19   the SNM since, I guess it was, 2003, maybe 2005,
20   something like that; right?
21        A.   Yes, sir.
22        Q.   But 2015, at PNM, was the first time you'd
23   met with Mr. Perez?
24        A.   Yes, sir.
25        Q.   And you would agree with me that Mr. Perez
```



SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                 Albuquerque, NM 87102
(505) 989-4949                                               (505) 843-9494
FAX (505) 843-9492                                    FAX (505) 843-9492
                                                          1-800-669-9492
                                                  e-mail: info@litsupport.com

```
 1   didn't get to PNM until June of 2015?

 2       A.   He got to PNM in June of '15?

 3       Q.   2015, yes, sir.

 4       A.   Okay.

 5       Q.   Do you know that, yes or no?

 6       A.   Is that when he arrived?  I don't know

 7   when he arrived.  I don't keep track of him.

 8       Q.   Let me ask you, Mr. Duran, do you know if

 9   he arrived at PNM in June of 2015?

10       A.   No, sir.

11            MR. VILLA:  Can we see what's already been

12   admitted as Government's Exhibit V24, please.  I'm

13   sorry, defense V24.  Thank you.

14       Q.   Mr. Duran, this has already been admitted

15   in evidence.  It is an offender physical location

16   history.  Have you seen one of these before?

17       A.   Yes, sir.

18       Q.   And this is Mr. Perez' physical location

19   history.  And I will show you highlighted there is

20   June 17, 2015, to PNM.  Do you see that?

21       A.   Yes, sir.

22       Q.   And if you go down from there -- I'm just

23   going to draw a line -- do you see where it says "to

24   Southern New Mexico Correctional Facility"?

25       A.   Yes, sir.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   So he's in Southern approximately October
 2   2013, according to this document, yes?
 3        A.   Yes, sir.
 4        Q.   And he stays in Southern in these
 5   different housing units until he goes to PNM October
 6   17, 2015; right?
 7        A.   Yes, sir.
 8        Q.   And at PNM, when he gets there, June 17,
 9   2015, he's put in the North 3-B building, X pod,
10   105-S; right?
11        A.   Yes, sir.
12        Q.   Is that the same pod you were in?
13        A.   Yes, sir.
14        Q.   At that time?
15        A.   Yes, sir.
16        Q.   And that's the first time you met Mr.
17   Perez?
18        A.   Yes, sir.
19        Q.   And you know that during that time Mr.
20   Perez was at PNM North, he was normally transported
21   around in a wheelchair?
22        A.   I had no knowledge of how he was
23   transported.
24        Q.   You don't know, one way or another?
25        A.   No, sir.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.    And it's your testimony when you spoke to

 2   him in the yard, he wasn't in his wheelchair?

 3        A.    He was in his wheelchair when I spoke to

 4   him.

 5        Q.    He was in his wheelchair?

 6        A.    He was in a wheelchair.

 7        Q.    Maybe it was his, maybe it wasn't his.

 8   But he was in a wheelchair when you spoke to him?

 9        A.    Yes, sir.

10        Q.    And the conversation that you had with him

11   was that he wasn't to be underestimated because he's

12   in a wheelchair?

13        A.    Yes, sir.

14        Q.    And are you aware that at that time, 2015,

15   there were rumors that Mr. Perez had cooperated or

16   talked to STIU about the Javier Molina murder?

17             MS. ARMIJO:   Objection; facts not

18   evidence.

19        A.    I was.

20             MR. VILLA:   And Your Honor, we got with

21   this on Mr. Martinez.  It's not offered to the

22   truth.  It's offered for the fact that the rumors

23   did exist.

24             THE COURT:   Well, I think that it's being

25   offered for the truth.  Overruled -- I mean,
```

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                   Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                     FAX (505) 843-9492
                                                          1-800-669-9492
                                               e-mail: info@litsupport.com



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    sustained.

2           MR. VILLA:  And Your Honor, if we can

3    approach, the Court's ruling with respect to Mr.

4    Martinez was the opposite.  So if you'd like me

5    to --

6           THE COURT:  You can come up here.

7           MR. VILLA:  -- elaborate on it.

8           (The following proceedings were held at

9    the bench.)

10          MR. VILLA:  Your Honor, I asked Timothy

11   Martinez the same --

12          THE COURT:  What is the relevance of it

13   coming out of him?

14          MR. VILLA:  Well, it's the same thing.  It

15   was --

16          THE COURT:  Tell me why it's relevant

17   coming out of his mouth.

18          MR. VILLA:  Because it establishes that

19   the rumors existed at this time, and this is the

20   time leading up to the conversations that Mr. Perez

21   had with Billy Cordova.  And Billy Cordova will

22   testify, and the conversations he had with

23   Mr. Duran, that there were rumors against Mr. Perez;

24   and that it goes to both Mr. Perez and Mr. Cordova's

25   state of mind, when he's getting these recorded

SANTA FE OFFICE                                                                                    MAIN OFFICE
119 East Marcy, Suite 110                                                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                                                           Albuquerque, NM 87102
(505) 989-4949                                                                                        (505) 843-9494
FAX (505) 843-9492                                                                               FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1  conversations with him, and why Mr. Perez said

2  things he said to Mr. Cordova.  This is -- Mr.

3  Martinez is there at this exact same timeframe.  So

4  it helps establish Mr. Perez' state of mind at the

5  time he made the statements to Mr. Duran.

6           THE COURT:  How does this differ, then,

7  from what I did earlier?

8           MS. ARMIJO:  I don't remember the context

9  of what you did earlier.  But any rumors, by their

10  very nature, are hearsay.

11           THE COURT:  Not that they just exist.  I

12  think I can give a limiting instruction on this,

13  which is what I think I did with Martinez, is I said

14  you can't consider the rumors for the truth of the

15  matter.  But the existence of them might cause

16  somebody to do something just because of their

17  existence.  I think that's what I did with Martinez.

18           MS. ARMIJO:  I think the question to him

19  would be whether or not he even knew that there are

20  rumors.

21           THE COURT:  Lay a foundation.  If he says

22  yes, then I'll let him answer the question.  Lead

23  him so they're yes or no.  Then I'll give the

24  limiting instruction.

25           MR. VILLA:  Maybe I worded it wrong, but

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  that was my intent of my question, was whether he

2  knew about the rumors.

3           THE COURT:  Okay.  Ask it first, and say

4  it's a yes-or-no question, and see -- if he doesn't,

5  we'll have to move on.  Hold on.  Is V24 in

6  evidence?  I had discussed it with Ms. Fox-Young.

7  But I don't have it admitted.

8           Ms. Standridge?  Was V24 admitted?

9           THE CLERK:  February 1st.

10          THE COURT:  Well, I had with Roark that

11 Ms. Fox-Young mentioned it, but I didn't have on my

12 notes that it was admitted.  But you do?

13          THE CLERK:  Yes.

14          MR. VILLA:  That's what I have, Your

15 Honor.  It was admitted through Mr. Roark.

16          THE COURT:  Okay.

17          (The following proceedings were held in

18 open court.)

19          THE COURT:  All right.  Mr. Villa, you can

20 ask your foundational questions, and Mr. Duran, just

21 answer yes or no.

22          THE WITNESS:  All right.

23 BY MR. VILLA:

24     Q.   Mr. Duran, yes or no, were you aware that

25 there were rumors about whether Mr. Perez

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                 Albuquerque, NM 87102
(505) 989-4949                                           (505) 843-9494
FAX (505) 843-9492                                   FAX (505) 843-9492
                                                        1-800-669-9492
                                                 e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1   cooperated?

 2        A.   No, sir.

 3        Q.   Have you ever been made aware of those

 4   rumors?

 5        A.   No, sir.

 6        Q.   You would agree with me that -- I think

 7   you testified a little bit about this in your

 8   direct -- in the prison setting, it's not a good

 9   place for someone to show weakness, is it?

10        A.   No, sir.

11        Q.   As a matter of fact, it's better to show

12   strength, or act like you're tough?

13        A.   Yes, sir.

14        Q.   So that you wouldn't want -- if you're in

15   prison, you wouldn't want people to underestimate

16   you and think that you're weak?

17        A.   No, sir.

18        Q.   And if I understand it right, you met Mr.

19   Perez for the first time at PNM North.  And I know

20   you don't remember when Mr. Perez got there, but you

21   don't disagree that according to that document, he

22   got there in June of 2015?

23        A.   That's correct.

24        Q.   And so that was the first time you met Mr.

25   Perez?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

 1      A.   The first time I met him in person, the

 2 person was in the yard.

 3      Q.   When you had this conversation?

 4      A.   Yes, sir.

 5      Q.   And so that was August sometime in 2015, a

 6 month and a half or so after he got to PNM?

 7      A.   In between, yes, sir.

 8      Q.   And that was the first time you met him?

 9      A.   Yes, sir.

10      Q.   Now, Mr. Duran, you would agree with me

11 that the first time you ever conveyed this

12 information about this conversation you had with Mr.

13 Perez to law enforcement was on February 18, 2018?

14      A.   Yes, sir.

15      Q.   So prior to that, you had been interviewed

16 by law enforcement a number of times, hadn't you?

17      A.   Yes, sir.

18      Q.   In fact, you'd been interviewed by law

19 enforcement, including the FBI, in August of 2015,

20 had you not?

21      A.   Yes, sir.

22      Q.   And you've been interviewed by them many

23 times since then?

24      A.   Yes, sir.

25      Q.   And it wasn't until just February 18,

SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                               Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1   which I guess is three days ago, four days ago --
 2        A.   Yes, sir.
 3        Q.   -- that you revealed this information for
 4   the very first time?
 5        A.   Yes, sir.
 6        Q.   I believe you testified about this
 7   already, but I just want to confirm that you
 8   recorded conversations with Mario Rodriguez; right?
 9        A.   Yes, sir.
10        Q.   And I think Ms. Armijo asked you about
11   this.  She phrased it in terms of a confession; is
12   that right?
13        A.   Yes, sir.
14        Q.   Or you thought you had recorded it, but
15   maybe the device didn't work?
16        A.   Yes, sir.
17        Q.   And Mr. Rodriguez' confession was in
18   connection to the Molina homicide?
19        A.   Yes, sir.
20        Q.   So had Mr. Rodriguez not decided to work
21   for the Government, you would have testified against
22   him?
23        A.   Yes, sir.
24        Q.   And I think you testified you were also
25   housed with Timothy Martinez at PNM in 2015; is that
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    right?

 2         A.    Yes, sir.

 3         Q.    You recorded conversations of Mr.

 4    Martinez, as well?

 5         A.    Yes, sir.

 6         Q.    Concerning the Molina homicide?

 7         A.    Yes, sir.

 8         Q.    You also would have testified against

 9    Mr. Martinez?

10         A.    Yes, sir.

11         Q.    I want to clarify, just to make sure I

12    understand this lump sum award that we're talking

13    about.  "Lump sum" is a term that is used a lot in

14    the legal field, but maybe not necessarily outside

15    of it, with respect to good time.  So when you're

16    serving prison time in the state, you get good time

17    credit; right?

18         A.    Yes, sir.

19         Q.    And that good time credit is calculated

20    based upon whatever the crime is that you've been

21    convicted of; right?

22         A.    Yes, sir.

23         Q.    And then you can get additional good time

24    credit -- and when we say "good time credit," we

25    mean time off your sentence; right?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1        A.    For a variety of things, yes, sir.

2        Q.    Okay.   So if you're sentenced to ten

3   years, there are some crimes where automatically you

4   get day-for-day credit, right, 50/50 credit?

5        A.    50/50, 65, and 85 percent.

6        Q.    Okay.   Depending on the type of crime?

7        A.    Yes, sir.

8        Q.    And you get that good time by having good

9   behavior and doing other things; right?

10       A.    Yes, sir.

11       Q.    And you could lose that good time if you

12   get in trouble or have discipline or have those

13   kinds of issues?

14       A.    Yes, sir.

15       Q.    And then the additional credits that you

16   can get, or additional time off, can be obtained

17   doing different things; right?

18       A.    Yeah.   Education.

19       Q.    Education, vocational training, those

20   sorts of things?

21       A.    Yes, sir.

22       Q.    But you specifically got time off or a

23   lump sum credit off because you worked for the

24   Government; right?

25       A.    No; because I saved two lives.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.    So did you get any good time or additional
 2   credit off for your work with the Government in this
 3   case?
 4        A.    No, sir.
 5              MR. VILLA:  May I have just a moment, Your
 6   Honor?
 7              THE COURT:  You may.
 8   BY MR. VILLA:
 9        Q.    Sorry.  I just had one other question,
10   Mr. Duran.  While you were in PNM North, in this
11   2015 timeframe, were you also housed with Billy
12   Cordova?
13        A.    At one point, yes.
14        Q.    So at PNM, in 2015, you were housed with
15   him?
16        A.    Yes, sir.
17        Q.    In the fall; isn't that right?
18        A.    Yes, sir.
19              MR. VILLA:  That's all the questions I
20   have, Judge.
21              THE COURT:  Thank you, Mr. Villa.
22              Ms. Jacks?
23              MR. JACKS:  Thank you, Your Honor.
24
25
```

SANTA FE OFFICE                                      MAIN OFFICE
119 East Marcy, Suite 110                    201 Third NW, Suite 1630
Santa Fe, NM 87501                            Albuquerque, NM 87102
(505) 989-4949                                         (505) 843-9494
FAX (505) 843-9492                              FAX (505) 843-9492
                                                         1-800-669-9492

PROFESSIONAL COURT
REPORTING SERVICE
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.

```
 1                    CROSS-EXAMINATION
 2   BY MS. JACKS:
 3        Q.   Mr. Duran, I just want to make sure I
 4   understand this lump sum situation.  You got actual
 5   time shaved off your sentence; right?
 6        A.   Yes, ma'am.
 7        Q.   You were in prison doing a sentence that a
 8   judge had told you you were going to serve; right?
 9        A.   Yes, ma'am.
10        Q.   And based on -- at least in part on your
11   work with the Government in this case, somebody went
12   to the Department of Correction and asked the
13   Department of Corrections to give you time off of
14   your sentence; right?
15        A.   I became eligible for a lump sum.
16        Q.   And somebody from law enforcement actually
17   pled your case to the New Mexico Department of
18   Corrections, did they not?
19        A.   I don't have knowledge of that.
20        Q.   Well, as a result of this lump sum, you
21   actually didn't have to serve two years of a
22   sentence that a court had imposed on you; right?
23        A.   That's correct.
24        Q.   And you were supposed to get out before
25   the lump sum -- what was your release date?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1      A.    2018.

 2      Q.    Do you know the month?

 3      A.    No.

 4      Q.    But you said that you got two years taken

 5 off your sentence; right?

 6      A.    Yes, ma'am.

 7      Q.    And when were you released?

 8      A.    In 2016.

 9      Q.    What month?

10      A.    September.

11      Q.    So you were released in September 2016,

12 and if you had two years shaved off your sentence,

13 that means you would have originally been scheduled

14 for release in September of 2018; right?

15      A.    Yes, ma'am.

16      Q.    And so as a result of this lump sum, you

17 got basically two years out of jail free that you

18 would have otherwise had to serve?

19      A.    Yes.

20      Q.    And during that time is when you created

21 this persona, Zo Meechie, that we saw the

22 photographs of earlier?

23      A.    During what time?

24      Q.    During the time that you were out of the

25 custody of --
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1      A.    Yes, ma'am.

2      Q.    -- enjoying this two years of get out of

3  jail free; right?

4      A.    Yes, ma'am.

5      Q.    And it was during that time that you

6  created this persona, Zomeechi?

7      A.    Yes, ma'am.

8      Q.    The guy with the fur coat and the grille

9  and hundred dollar bills all over the place?

10     A.    Yes, ma'am.

11     Q.    And was it also during this time that you

12  were enjoying this two years out of jail that you

13  became employed as an undercover federal informant

14  in another city?

15     A.    Yes.

16     Q.    And you were paid for that work?

17     A.    Yes, ma'am.

18     Q.    And you were permitted to go out and

19  engage in undercover criminal conduct on behalf of

20  the federal government?

21     A.    No.  No, ma'am.

22     Q.    Did your work involve undercover work, the

23  work?

24     A.    In a sense, yes.  Yes, ma'am.

25     Q.    And during the time that you were working

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                           Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 843-9492                                           FAX (505) 843-9492
                                                                  1-800-669-9492
                                                         e-mail: info@litsupport.com



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1  for the federal government while you were out on

2  this get-out-of-jail-free pass, did you continue to

3  commit criminal offenses?

4      A.   No.

5      Q.   Well --

6      A.   I was investigated for criminal offenses.

7      Q.   Were you investigated for the abuse of

8  your stepdaughter?

9      A.   Yes, ma'am.

10     Q.   Were you investigated for the abuse of

11 your wife?

12     A.   No, ma'am.

13     Q.   Were you investigated for some sort of

14 involvement in prostitution activity?

15     A.   No, ma'am.

16     Q.   Were you investigated -- by that time, you

17 agreed, I think, when Ms. Duncan asked you, that you

18 were detained, and there was some sort of

19 investigation that was conducted about prostitution

20 activity?

21     A.   I was never detained.

22     Q.   In August of 2017?

23     A.   No.

24     Q.   Did you become aware in August of 2017

25 that you were suspected of engaging in some sort of

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   activity related to prostitution?

 2       A.   No.

 3       Q.   In August of 2017 were you still working

 4   in an undercover capacity for the federal

 5   government?

 6       A.   Yes, ma'am.

 7       Q.   And were you still being paid by the

 8   federal government?

 9       A.   Yes, ma'am.

10       Q.   November 11 of 2017, that's when you were

11   arrested for possession of firearms and some sort of

12   drugs; correct?

13       A.   Allegedly, yes, ma'am.

14       Q.   And you got to bail out on that case;

15   right?

16       A.   Yes, ma'am.

17       Q.   And that the act of being able to bail

18   out -- was that, at least in part, because of your

19   position as an undercover government informant?

20       A.   No, ma'am.

21       Q.   Were you still working as a government

22   informant on November 11, 2017?

23       A.   Yes, ma'am.

24       Q.   And were you still being paid by the

25   federal government?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    A.    At this time I was, but -- yeah.  Yes,

2  ma'am.

3    Q.    As of the date of that arrest?

4    A.    Yes, ma'am.

5    Q.    At some time after that, after the federal

6  government became aware of that arrest, did they

7  terminate your services?

8    A.    Yes.

9    Q.    And did they stop paying you?

10    A.    Yes, ma'am.

11    Q.    And then, when you were in the vehicle

12  that fled from police on November 27, 2017, am I

13  correct in assuming that at that point in time you

14  were no longer working for the federal government?

15    A.    I still was working with the federal

16  government.

17    Q.    On November 27, 2017?

18    A.    Yes.

19    Q.    And were they still paying you?

20    A.    No.  They didn't know about the arrest.

21    Q.    Weren't you obligated to tell them?

22    A.    I didn't tell them.

23    Q.    When did the federal government find out

24  that you'd been arrested with guns and drugs?

25    A.    When you told them.  I don't know.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.    What makes you think I told them?

2    A.    Just guessing.

3    Q.    Well, Mr. Duran, this is a court.  So

4  we're not asking to you guess when you answer the

5  questions.

6    A.    Well, I don't know who told them.

7    Q.    But you were arrested -- you were arrested

8  and brought to court, and the State of New Mexico

9  sought your extradition?

10    A.    After, later on?

11    Q.    Yes.

12    A.    Yes, ma'am.

13    Q.    And when was that?

14    A.    December 15.

15    Q.    Of 2017?

16    A.    Yes, ma'am.

17    Q.    And that's when the federal government

18  found out that you were engaged in criminal behavior

19  while you were working in this undercover capacity?

20    A.    Yes, ma'am.

21    Q.    In this job that you'd been set up with

22  based on your cooperation with the Government in

23  this case?

24    A.    Yes, ma'am.

25    Q.    And that is when they stopped paying you?



SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                               Albuquerque, NM 87102
(505) 989-4949                                                              (505) 843-9494
FAX (505) 843-9492                                                   FAX (505) 843-9492
                                                                            1-800-669-9492
                                                              e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        A.   Yes, ma'am.
 2        Q.   Now, I want to ask you some questions
 3   about the incident with Rhino that Ms. Armijo asked
 4   you about yesterday and again today.  First of all,
 5   who is Rhino, if you know?
 6        A.   Rhino is a rival gang member that I've
 7   known since 1992.
 8        Q.   What's his name?  That's what I meant to
 9   ask.
10        A.   Daniel.
11        Q.   Do you know his full name?
12        A.   I believe it's Daniel Munoz.
13        Q.   And when was the incident between
14   Mr. Munoz and Mr. Sanchez?
15        A.   I don't recall the date.
16        Q.   Can you give us any indication?
17        A.   It was in 2005.
18        Q.   Are you guessing, or do you know?
19        A.   You asked me to give an indication.  I'm
20   giving you an indication.  That's when I believe it
21   was.
22        Q.   You said it like a question mark at the
23   end, so I'm asking:  Are you guessing?
24        A.   I said 2005.  I didn't put a question mark
25   on it.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.    That's your best estimate?

 2        A.    Yes.

 3        Q.    Sometime in 2005?

 4        A.    Yes, ma'am.

 5        Q.    And where did the incident happen?

 6        A.    At that time, PNM South.

 7        Q.    And do you know what housing unit?

 8        A.    It happened in housing unit 3-B.

 9        Q.    And is it your testimony that you know

10   about that incident because you were present in the

11   housing unit at the time of the incident?

12        A.    I know about the incident because Daniel

13   Sanchez told me about the incident.

14        Q.    And I think you said that at least at one

15   point in your testimony yesterday.

16        A.    And today.

17        Q.    My question is -- let's forget for a

18   second about what you may or may not know from Mr.

19   Sanchez.  Okay?  Is it your testimony that you

20   somehow observed the incident because you were in

21   the housing unit at the time it happened?

22        A.    No.

23        Q.    Where were you when the incident happened?

24        A.    I was housed in 1-B.

25        Q.    So is it your testimony that you were at
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  PNM North -- I'm sorry, PNM South -- at the time

2  that Daniel Munoz and Mr. Sanchez fought?

3       A.   Yes, ma'am.

4       Q.   And is it also your testimony that you

5  were -- let me just go back for a second, because

6  prior to being at PNM South, I think you said you

7  were at another facility where this Daniel Munoz had

8  gotten into it with some people; is that right?

9       A.   Yes.

10      Q.   And as a result of that incident, a bunch

11 of people had been transferred to PNM South?

12      A.   Yes, ma'am.

13      Q.   And is it your testimony that you were

14 transferred to PNM South along with Daniel Munoz?

15      A.   Yes, ma'am.

16      Q.   At the same time, on the same van?

17      A.   No.

18      Q.   That's what I meant by "with."  So can you

19 tell us what you mean by "with"?

20      A.   SNM Gang members were transported, and he

21 went around the same time.

22      Q.   So it's around the same time?

23      A.   Yes, ma'am.

24      Q.   Not necessarily on the same day?

25      A.   No.

SANTA FE OFFICE                                           MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                            (505) 843-9494
FAX (505) 843-9492                                    FAX (505) 843-9492



1-800-669-9492
e-mail: info@litsupport.com

```
1        Q.   And definitely not in the same transport?

2        A.   Yes, ma'am.

3             MS. JACKS:  Your Honor, at this point, I'd

4   offer a stipulation that the incident between Daniel

5   Sanchez and Daniel Munoz occurred on November 14,

6   2005, at 7:23 a.m. in Unit 3-B.

7             THE COURT:  Any --

8             MS. JACKS:  I'm referring to Bates page

9   3451.

10            THE COURT:  Do you wish to accept the

11  stipulation, Ms. Armijo?

12            MS. ARMIJO:  Yes, Your Honor, that's fine.

13            THE COURT:  Is that all right with the

14  other defendants?

15            MR. VILLA:  Yes, Your Honor.

16            MS. DUNCAN:  Yes, Your Honor.

17            MS. BHALLA:  Yes, Your Honor.

18            THE COURT:  All right.  Not hearing any

19  objection --

20  BY MS. JACKS:

21       Q.   Can we have Defendants' Exhibit V9,

22  please?  And I think we probably need to go to page

23  2.

24            All right.  So Mr. Duran, it's been

25  stipulated to by the Government that the incident
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    that we were discussing occurred on November 14 of

2    2005, at 7:23 in the morning.  And we've enlarged a

3    portion of this exhibit.  I'm just going to draw a

4    line right here underlining the date of November 14,

5    2005.  Do you see that line?

6           A.   Yes, ma'am.

7           Q.   Okay.  And does it show that you were

8    transferred to PNM on that date?

9           A.   Yes, ma'am.

10          Q.   And what was the time?  Let me clear the

11   screen for a second.  I'm going to go to the entry

12   just before the one I underlined.  Okay?  So where

13   were you just prior to your transfer to PNM?

14          A.   Lea County Correctional Facility.

15          Q.   Okay.  And on November 14 of 2005, at

16   12:47 in the afternoon, were you transferred out of

17   Lea County?

18          A.   Yes, ma'am.

19          Q.   And were you transferred directly to the

20   Penitentiary of New Mexico?

21          A.   Yes, ma'am.

22          Q.   And what time, according to this physical

23   location history, did you arrive at the Penitentiary

24   of New Mexico on November 14, 2005?

25          A.   12:47.



SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                         Albuquerque, NM 87102
(505) 989-4949                                                    (505) 843-9494
FAX (505) 843-9492                                          FAX (505) 843-9492
                                                                 1-800-669-9492
                                                          e-mail: info@litsupport.com

 1      Q.   That's actually the time that you left Lea
 2  County.
 3      A.   Oh, 1710.
 4      Q.   Do you know how to tell military time?
 5      A.   Yes.
 6      Q.   And so what time is that?  What is 1710 in
 7  regular time?
 8      A.   About 5:10.
 9      Q.   5:10 in the afternoon; right?
10      A.   Yes, ma'am.
11      Q.   And where were you taken, what housing
12  unit were you placed in at the Penitentiary New
13  Mexico on November 14?
14      A.   1-A.
15      Q.   And that's PNM South?
16      A.   It just says "to PNM."
17      Q.   If you look at the entry just above that,
18  does it show where you were housed?
19      A.   That's on 11/30, 2005.
20      Q.   Actually, that's 11/14/2005, at 1710,
21  until 11/30/2005 at 1327.  Do you see that?
22      A.   1-A.
23      Q.   So that's PNM South housing unit 1-A; is
24  that correct?
25      A.   Correct.



SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                    (505) 843-9494
FAX (505) 843-9492                                          FAX (505) 843-9492
                                                                 1-800-669-9492
                                                        e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    Q.   And can you tell this jury where you were

2  at 7:23 in the morning on November 14 of 2005?

3    A.   Repeat the question.

4    Q.   Where were you at 7:23 in the morning on

5  November 14 of 2005?

6    A.   In 1-A.

7    Q.   No.

8    A.   At the South.

9    Q.   You were at Lea County Correctional

10  Facility.

11    A.   Oh, 11/14?

12    Q.   Yeah.  You weren't even at PNM when that

13  incident happened, were you?

14    A.   When did the incident happen?

15    Q.   It's been stipulated it was November 14,

16  2005, at 7:23 a.m.

17    A.   So I got there the day it happened?

18    Q.   My question to you was:  When the incident

19  happened, you were not even at the Penitentiary of

20  New Mexico, were you?

21    A.   No.  No, ma'am.

22        MS. JACKS:  Thank you.  I have nothing

23  further.

24        THE COURT:  Thank you, Ms. Jacks.

25        Ms. Armijo, do you have redirect of

SANTA FE OFFICE                                    MAIN OFFICE
119 East Marcy, Suite 110                   201 Third NW, Suite 1630
Santa Fe, NM 87501                          Albuquerque, NM 87102
(505) 989-4949                                    (505) 843-9494
FAX (505) 843-9492                            FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1   Mr. Duran?

 2                   REDIRECT EXAMINATION

 3   BY MS. ARMIJO:

 4        Q.   It appears you arrived the day that the

 5   incident happened?

 6        A.   I guess so.

 7        Q.   And did you ever testify that you were

 8   there when it happened, or that Daniel Sanchez told

 9   you about it after it had happened?

10        A.   Just that he told me that it happened.

11        Q.   All right.  And was that after the

12   incident itself?

13        A.   Yes, ma'am.

14        Q.   And I guess since you arrived, since it

15   happened that day, do you recall if people were

16   talking about it in SNM -- were people in SNM

17   talking about it the day that you arrived at PNM?

18        A.   There was a lot of tension the day I

19   arrived.

20        Q.   All right.  In reference to what was going

21   on with you in November and December of 2017, did

22   you stop communicating with the federal authorities?

23        A.   Yes, ma'am.

24        Q.   And was that because you were fearful of

25   any potential ramifications from the arrest of
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1    November 11 of 2017?

2         A.   Yes, ma'am.

3         Q.   Now, the pictures that -- the different

4    pictures that were shown to you, when you were

5    working with the federal government back there, were

6    you working a money-laundering ring?

7         A.   I was trying to get into a

8    money-laundering ring, yes, ma'am.

9         Q.   All right.  As part of that, tell us about

10   the different characters that we saw pictures of.

11   Who were they and why did you recreate them?

12        A.   They're just -- I'm a musician, so I rap.

13   It's just characters that I created over my record

14   label, and a stunt that I sold, working with the

15   federal government.

16        Q.   And when you say your "record label," do

17   you own a record label?

18        A.   A record label was something that was

19   going to be created between I and the federal

20   government so I could launder money.

21        Q.   Okay.  And was that part of the operation

22   that you were working?

23        A.   Yes, ma'am.

24        Q.   Have any charges ever been brought against

25   you regarding your daughter or your wife in
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    reference to what has been questioned about 2017?

2         A.    No, ma'am.

3         Q.    When you were talking about whooping her

4    ass, did you mean literally, or what is it that you

5    were referring to?

6         A.    I was playing.  It was a gesture of a

7    joke.

8         Q.    All right.  As a parent, do you sometimes

9    get mad at your child?

10        A.    It's an expression of frustration; doesn't

11   mean that I'm going to do it.

12        Q.    All right.  Who was "Carolyn" referring to

13   when you were asked questions?

14        A.    Carolyn Bueno was a female that I was

15   writing before I got back with my wife.

16        Q.    And eventually did you introduce her to

17   Jerry Armenta?

18        A.    Yes, ma'am.

19        Q.    The shank incident from February of

20   2015 -- I shouldn't say the shank incident -- the

21   incident regarding a correctional officer by the

22   name of Urtiaga.  At the time that that happened,

23   had you already contacted STIU in reference to

24   possibly cooperating?

25        A.    Yes, ma'am.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.    And was that before you spoke to the FBI?

 2        A.    The incident?

 3        Q.    Yes.  So in other words, was the incident

 4   after you had already contacted STIU but before you

 5   talked to the FBI?

 6        A.    Yes, ma'am.

 7        Q.    And were you being housed with Robert

 8   Martinez and Roy Martinez?

 9        A.    Yes, ma'am.

10        Q.    Are they leaders in the gang?

11        A.    Yes, ma'am.

12        Q.    Were they -- did you want them to know

13   that you were cooperating potentially with law

14   enforcement?

15        A.    No.  So I was still acting how I normally

16   would as a gang member.

17        Q.    You were asked about if you were here --

18   are you here under subpoena?

19        A.    No, I'm on my free will.

20        Q.    And have you been -- have there been any

21   promises to force you to be here?

22        A.    There has been no promises to me

23   whatsoever.

24        Q.    Have there ever been any promises about

25   any possible pending future charges that you have?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    No, ma'am.

 2        Q.    All right.  Ms. Bhalla asked you about a

 3   question regarding Mr. Herrera and a green light.

 4   And you indicated in your response, "He didn't

 5   follow an order by Pup."  What is it you were

 6   referring to regarding Mr. Herrera?

 7        A.    When I --

 8              MS. DUNCAN:  Your Honor, I'm going to

 9   object.  This is eliciting hearsay.

10              THE COURT:  Well, if it's coming from Mr.

11   Baca, why don't you establish that what he's about

12   to say is coming from Mr. Baca.  So this is a

13   yes-or-no answer.

14   BY MS. ARMIJO:

15        Q.    Is what you're about to say coming from

16   Mr. Baca?

17        A.    Yes, ma'am.

18        Q.    All right.  Did he tell you something

19   about Carlos Herrera?

20        A.    He told me something about him?  No, he

21   ordered Carlos Herrera to make sure that the Javier

22   Molina hit gotten care of.  And when it didn't,

23   that's when he ordered the green light on him.

24        Q.    Okay.  So --

25              MR. JACKS:  Your Honor, we'd ask that that
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    be limited.

2              THE COURT:  It will be so limited.

3    BY MS. ARMIJO:

4         Q.   When was this conversation?

5         A.   In 2013, in the yard.

6         Q.   And we know that Javier Molina was

7    eventually killed in 2014; correct?

8         A.   Correct.

9         Q.   So was this a hit that Mr. Baca had

10   previously put on Javier Molina?

11        A.   Yes, ma'am.

12        Q.   And was it a hit that Carlos Herrera

13   allegedly did not act on back in -- whenever, prior

14   to the 2013 conversation?

15        A.   Yes, ma'am.

16        Q.   All right.  Now, if someone is in bad

17   standing with the SNM, in order to make things right

18   and maybe get a green light off you, would a person

19   then do as they are ordered in the future?

20        A.   Yes, ma'am.

21        Q.   In reference to Rudy Perez, you were asked

22   by Mr. Villa about a statement that he made about

23   his walker being used for shanks.  Did you have a

24   conversation with Mr. Perez about his walker being

25   used for shanks?

SANTA FE OFFICE                                                                                    MAIN OFFICE
119 East Marcy, Suite 110                                                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                                                          Albuquerque, NM 87102
(505) 989-4949                                                                                      (505) 843-9494
FAX (505) 843-9492                                                                            FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1          MR. VILLA:  Objection, Your Honor.  I
 2  never asked him if he had a conversation about his
 3  walker being used for shanks.
 4          MS. ARMIJO:  I'll rephrase it, Your Honor.
 5          THE COURT:  Let her rephrase the question.
 6  BY MS. ARMIJO:
 7      Q.   In response to a question by Mr. Villa,
 8  your response had something to do with the fact that
 9  you had a conversation with Mr. Perez involving
10  shanks and his walker.  Do you recall that question
11  and your answer?
12      A.   Yes, ma'am.
13          MR. VILLA:  Objection.  It's outside the
14  scope of cross.
15          THE COURT:  Overruled.
16  BY MS. ARMIJO:
17      Q.   What is it -- what is the conversation
18  that you had with Mr. Perez that you were referring
19  to with Mr. Villa?
20      A.   I was expressing to his attorney why he
21  was in a wheelchair.
22      Q.   No, but I'm asking you now about the
23  conversation that you had with Mr. Perez.  What did
24  Mr. Perez tell you about his walker and shanks?
25      A.   He told me that they had took away his
```

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                    FAX (505) 843-9492
                                                          1-800-669-9492

PROFESSIONAL COURT
REPORTING SERVICE                          e-mail: info@litsupport.com

1  walker because they made it -- because they thought

2  that he made shanks out of it for the Javier Molina

3  murder.  And that's why he was in a wheelchair.

4        Q.   All right.  And --

5             MR. JACKS:  Your Honor, we'd ask that that

6  be limited.

7             THE COURT:  These statements by Mr. Perez

8  are just limited to your deliberations as to Mr.

9  Perez, not to the other three defendants.

10  BY MS. ARMIJO:

11       Q.   And did anyone, prior to getting ready for

12  your trial testimony this week, ever ask you about

13  Rudy Perez and any statements that you have made

14  with him or if you knew him?

15       A.   No.  Actually, I never really got

16  debriefed on all the knowledge I had about the SNM.

17  So it just came up.

18       Q.   All right.  When you were specifically

19  asked about Rudy Perez?

20       A.   Yes.  Yes, ma'am.

21       Q.   And do you know every single SNM member

22  that has ever been part of SNM?

23       A.   No, ma'am.

24             MS. ARMIJO:  May I have a moment, Your

25  Honor?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              THE COURT:  You may.
 2   BY MS. ARMIJO:
 3      Q.   Sorry, one other area.  Okay.  Ms. Duncan
 4   asked you and played a portion of Exhibit Number 324
 5   in reference to killing Marcantel and Anthony Baca
 6   saying something to the effect of -- a portion of
 7   that call where he said, "Not Marcantel."  Do you
 8   recall that?
 9      A.   Yes, ma'am.
10      Q.   When was that recording in relationship to
11   the recordings that -- a lot of the recordings that
12   we heard today?
13      A.   The very, very beginning, like the first
14   one.
15      Q.   All right.  At some point in time did --
16   was -- do you know how much later Marcantel was put
17   into the hits?
18      A.   Not far after.
19      Q.   All right.  Back in 2013, when you had
20   your conversations with Anthony Baca, did you -- was
21   Marcantel specifically mentioned?
22      A.   Yes, ma'am.
23      Q.   And even if you were not in the same pod
24   as Anthony Baca, were you still able to converse
25   with him?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1       A.   Yes, ma'am.

 2            MS. ARMIJO:  I have nothing further.

 3            THE COURT:  Thank you, Ms. Armijo.

 4            MS. DUNCAN:  Your Honor, may we approach

 5  before I do my recross?

 6            THE COURT:  Do you have something further?

 7            (The following proceedings were held at

 8  the bench.)

 9            MS. DUNCAN:  Government's Exhibit 294,

10  what portion the Court had excluded -- you had

11  excluded Bates No. 6015.

12            THE COURT:  This is what?

13            MS. DUNCAN:  This is Government's Exhibit

14  294, one of the ones that you had limited.

15            THE COURT:  I don't think I have my notes

16  here.  I'll try to turn these into an order.  Since

17  most of the exclusions ended up being ones that are

18  going to go to the exhibit that's going in to the

19  jury rather than what was played here in court, I

20  don't have my yellow tags.

21            MS. ARMIJO:  Did you want something

22  included in?

23            MS. DUNCAN:  No, I don't want a

24  reference -- that is out.  I'll probably not deal

25  with it and do it later.  I have my notes.  Your
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   Honor, it's not worth the Court's time.  I just
 2   won't get into it.
 3            THE COURT:  It may be in the vestibule.  I
 4   was going to try to put these into an order, the
 5   rulings I made.  I don't have the packet here at the
 6   bench anymore.  Okay.  Which portion are you wanting
 7   to use?
 8            MS. DUNCAN:  It was on page 2015, where
 9   Eric Duran was talking to Anthony about this earlier
10   order to Lazy, so it starts off --
11            THE COURT:  I have on them 294, that it's
12   page 616.  This is the one where I --
13            MS. DUNCAN:  I think you excluded 616, and
14   I'm wondering about 615.
15            THE COURT:  I don't think I -- let me ask
16   this, Ms. Armijo.  I made some rulings on this, but
17   I left you with 615.  Did you play 615?
18            MS. ARMIJO:  No.
19            THE COURT:  Did you play anything on 613,
20   14 and 15?
21            MS. ARMIJO:  Exhibit numbers?
22            THE COURT:  No, these are all related to
23   294.
24            MS. ARMIJO:  I don't have 294 with me
25   right here.  I can go get my notes.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE
e-mail: info@litsupport.com

```
 1            THE COURT:  Why don't you, because I might
 2    want to redact off those three pages, as well.
 3    These are the ones where you got back up after I'd
 4    already made my ruling and suggested three more
 5    pages.  And I didn't -- I have not reviewed those.
 6            MS. ARMIJO:  I only played 618 to 619.
 7            THE COURT:  Say that again.
 8            MS. ARMIJO:  618 to 619.
 9            THE COURT:  Okay.  Here's what I would
10    like to do, since I can correct this.  After Ms.
11    Duncan got up, I went back and looked at pages 613,
12    614, and 615.  And large portions of those are
13    statements that Duran made and Baca did not adopt.
14    And I don't have those pages in front of me.  But I
15    did look at it.
16            So what I would suggest is that we redact
17    those pages.  If I need to give you specifics on
18    those pages, I can.  But if I'm going to do that, do
19    you want to go back into this?
20            MS. DUNCAN:  Here's my issue, Your Honor,
21    is that Mr. Duran is testifying now that Mr. Baca
22    told him about this hit on Lazy, but in this
23    conversation that was Mr. Duran, he's telling Mr.
24    Baca about it.  So --
25            THE COURT:  So you want to use something
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

e-mail: info@litsupport.com

```
 1   on 615?

 2            MS. DUNCAN:  That's what I was thinking

 3   about.  But I don't want to waive our objection to

 4   the rest of this coming in, because it is hearsay.

 5            THE COURT:  Let me do this:  Do you

 6   have -- well, I'll have to look at it with a little

 7   more care.  But redact 613, 614, then I won't redact

 8   615.  You can withdraw your objection to 615.  What

 9   do you think?

10            MS. DUNCAN:  Counsel has abandoned me.

11   Yes.

12            THE COURT:  Is that the way you want to do

13   it?  All right.  So I'll order the redaction of 613,

14   614, since they weren't played.  After I went back

15   and relooked at them, I thought large portions of

16   those were statements that Duran made and Baca

17   didn't adopt.  Are you withdrawing your objection?

18            MS. DUNCAN:  Your Honor, never mind.  I

19   think if you're going to take out the whole thing --

20   otherwise, I'm worried we're creating a weird

21   record.

22            THE COURT:  So 613, 614, and 615 will be

23   redacted.  If you want me to pinpoint, I can.

24            MS. ARMIJO:  That's okay.  We got it, Your

25   Honor.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1          MR. JEWKES:  Your Honor, if we might --
 2   everybody finished?  We heard the revelation for the
 3   first time this afternoon that Mr. Duran was
 4   involved in some type of money laundering scheme,
 5   yet we've received no information -- I mean, no
 6   discovery in that regard.
 7          MS. ARMIJO:  Your Honor, that's -- they
 8   knew that he was working for the FBI over there.
 9   However, that's an ongoing investigation.  I have
10   never seen it.  I don't think -- I think with all of
11   his stuff, it's come to a standstill.  So it's
12   certainly a secret.  But given the nature of the
13   photos is why the type of investigation that came
14   out.  But certainly the defense has always known
15   that he was over there working for the FBI.  The
16   only thing that came out today was what type of
17   investigation it was.  But it's still an ongoing
18   large-scale operation by the FBI that he has been
19   cut out of.
20          MR. JEWKES:  Do we know for a fact that he
21   was working for the FBI or on his own?
22          MS. ARMIJO:  He was working for the FBI.
23          MR. JEWKES:  In a money-laundering
24   operation?
25          MS. ARMIJO:  Yes, that's the type --
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1              MR. JEWKES:  And will they provide you

 2    with any overnight discovery?

 3              MS. ARMIJO:  Probably not.

 4              MR. CASTELLANO:  We're not going into the

 5    investigation.  He's aiding the investigation, not

 6    the subject of the investigation.

 7              MR. JEWKES:  We understood that he was

 8    taken off the FBI roll, so to speak.

 9              MR. CASTELLANO:  Remember, initially in

10    the prior hearings, he had a warrant out of El Paso,

11    and that was outstanding.  So as a result of the

12    warrant, they decided to not use him for a time

13    until that warrant got cleared.  So that was

14    actually part of the reason he wasn't working,

15    because of the outstanding El Paso warrant.  That is

16    part of a prior proceedings.

17              MS. ARMIJO:  That was disclosed.

18              MR. JEWKES:  So it's your understanding

19    that this money-laundering operation was ongoing in

20    Oregon?

21              MS. ARMIJO:  And other states.

22              MR. JEWKES:  And they have not spoken to

23    your case agent, Agent Acee, about this and briefed

24    them on what's going on?

25              MR. CASTELLANO:  I don't know what Agent

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                            (505) 843-9494
FAX (505) 843-9492                                   FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE
                                                         1-800-669-9492
                                                  e-mail: info@litsupport.com

1  Acee knows about it.  But I know that Mr. Duran was

2  handed off as an informant to the FBI in the

3  northwestern part of the country.  I don't think he

4  was working for Agent Acee anymore, since it was

5  handed off to the handlers.

6           MR. JEWKES:  But you have no documentation

7  on this?

8           MR. CASTELLANO:  We're not part of that

9  investigation.  It's another district's

10 investigation.

11          MR. JEWKES:  Have you made a request?

12          MS. ARMIJO:  No.

13          MR. CASTELLANO:  He's aiding; not the

14 subject of the investigation.

15          MR. JACKS:  In an attempt to rehabilitate

16 this witness, the Government purposely brought out

17 that these photographs or this Facebook persona was

18 part of that investigation.  We have absolutely no

19 discovery or no information that that's actually

20 true.  And if it's not true, we're certainly

21 entitled to show it.  And I think we need immediate

22 discovery of whatever information the Government has

23 or can obtain regarding what the purpose and what

24 the investigation was, and whether those Facebook

25 photos were part of that investigation.  Because



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1  that's the impression we're leaving the jury with.

 2          MS. ARMIJO:  I think he testified that

 3  there was more for his record label, as well, and

 4  that it goes back, and some of those photos are old.

 5  I don't think it was strictly for them.  Certainly

 6  he certainly was working on a money-laundering

 7  investigation and creating a persona.  But I don't

 8  think --

 9          THE COURT:  I do think that because the

10  Government has brought this up, y'all probably need

11  to contact whatever FBI agents there are, that are

12  in charge of this operation, and if it's a closed

13  operation, and review whatever they give you for

14  Jencks, Giglio, and anything else, and see if any of

15  it needs to be turned over.  All right.

16          (The following proceedings were held in

17  open court.)

18          THE COURT:  All right.  Ms. Duncan, you

19  have recross?

20          MS. DUNCAN:  Just briefly, Your Honor.

21          THE COURT:  Ms. Duncan.

22                  RECROSS-EXAMINATION

23  BY MS. DUNCAN:

24      Q.   Ms. Armijo asked you about the threats you

25  made against Sergeant Urtiaga.  Do you remember

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
1   that?
2       A.    She asked me about the incident, yes,
3   ma'am.
4       Q.    And you talked about being housed with
5   Robert and Roy Martinez at the time; correct?
6       A.    Yes, ma'am.
7       Q.    And you didn't want anyone to know that
8   you were cooperating?
9       A.    Yes.
10      Q.    So you were playing along?
11      A.    Yes, ma'am.
12      Q.    But in addition to threatening Sergeant
13  Urtiaga's life, you blurted out his home address,
14  correct, or what you believe is his home address?
15      A.    I didn't blurt out nothing.  Those are
16  allegations against me.
17      Q.    Allegations that Mr. Urtiaga made;
18  correct?
19      A.    Yes, ma'am.
20      Q.    And you told Urtiaga, Sergeant Urtiaga,
21  you'd gotten that information from your girlfriend;
22  correct?
23      A.    I did not make any statements to him.
24      Q.    And at the time, your girlfriend was
25  Carolyn Bueno; correct?
```



SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                               201 Third NW, Suite 1630
Santa Fe, NM 87501                                        Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                            FAX (505) 843-9492
                                                                 1-800-669-9492
                                                       e-mail: info@litsupport.com

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        A.    Yes, ma'am.

 2        Q.    And Carolyn Bueno used to work for

 3   attorney Ron Bell; correct?

 4        A.    Yes.

 5        Q.    And Ron Bell is an accident attorney in

 6   Albuquerque?

 7        A.    Yes, ma'am.

 8        Q.    And Mr. Urtiaga had been represented by

 9   Ron Bell; correct?

10        A.    Yes, ma'am.

11              MS. DUNCAN:   I have no further questions,

12   Your Honor.

13              THE COURT:   Thank you, Ms. Duncan.

14              Mr. Villa.

15              MR. VILLA:   Thank you, Your Honor.

16              THE COURT:   Mr. Villa.

17                    RECROSS-EXAMINATION

18   BY MR. VILLA:

19        Q.    Mr. Duran, you just testified when Ms.

20   Armijo asked you about the statement Mr. Perez made

21   concerning his walker.   Do you remember that?

22        A.    Yes, sir.

23        Q.    And you told Ms. Armijo that back in this

24   conversation you had with Mr. Perez in the yard

25   during the shakedown, was he said that his walker
```

SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                   Albuquerque, NM 87102
(505) 989-4949                                                              (505) 843-9494
FAX (505) 843-9492                                                    FAX (505) 843-9492
                                                                        1-800-669-9492
                                                              e-mail: info@litsupport.com


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

311

1   was taken away because they thought it was used to

2   make shanks for Molina; right?

3        A.   Yes, sir.

4        Q.   And Ms. Armijo asked you if you'd ever

5   really been asked about Mr. Perez before February

6   18, before this weekend, and you said no; right?

7        A.   Yes.

8        Q.   But you were asked about Mr. Perez on

9   February 18 of this year, this weekend, weren't you?

10       A.   Asked about him?

11       Q.   Yes, sir.

12       A.   No, not that I recall.

13       Q.   So are you telling me that on February 18,

14  2018, you didn't meet with Agent Thomas Neale and

15  Ms. Armijo?

16       A.   Yes.  Yes, sir.

17       Q.   And you didn't discuss the meeting you had

18  with Mr. Perez out in the yard in 2015?

19       A.   No, I don't recall that.

20       Q.   If I showed you a report of that, would

21  that help refresh your recollection?

22       A.   Yes, sir.

23       Q.   May I approach?

24            THE COURT:  You may.

25

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   BY MR. VILLA:

2        Q.   Mr. Duran, just look at this to yourself.

3   This is an FBI report, February 18, 2018; right?

4        A.   Yes, sir.

5        Q.   And at the bottom, can you read that last

6   paragraph just to yourself, please?  And this report

7   indicates that the United States Attorney,

8   Ms. Armijo, met with you; right?

9        A.   Yes, sir.

10       Q.   At the top, about your expected testimony?

11       A.   Yes, sir.

12       Q.   And Agent Thomas Neale wrote this report?

13       A.   Yes, sir.

14       Q.   So you remember now that just three days

15  ago you had a meeting with Ms. Armijo and FBI Agent

16  Neale, and you were asked about Mr. Perez?

17       A.   The primary discussion was about Mr. Baca.

18  So I forgot that conversation, that I had mentioned

19  that.

20       Q.   So was that the first time, then, that you

21  were asked about Mr. Perez?

22       A.   That's the first time I had mentioned it,

23  yes.

24       Q.   In response to Ms. Armijo's questions on

25  her redirect examination, you said you'd never been

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   asked about Mr. Perez before, didn't you?

2        A.   Did I?

3        Q.   Well, let me ask you this question:

4   Before February 18, 2018, were you asked about Mr.

5   Perez?

6        A.   Yes.

7        Q.   Okay.  And the question I have for you is

8   that in those previous times that you were asked

9   about Mr. Perez, you never mentioned this

10  conversation that you had with Mr. Perez in the

11  yard, did you?

12       A.   No.

13       Q.   And you never mentioned on February 18,

14  2018, that Mr. Perez said his walker was taken away

15  because they thought it was used to make shanks, did

16  you?

17       A.   No, sir.

18       Q.   It doesn't reflect that in this report,

19  does it?

20       A.   No.

21            MR. VILLA:  That's all the questions I

22  have.

23            THE COURT:  Thank you, Mr. Villa.

24            Ms. Bhalla.

25            MS. BHALLA:  Yes, Your Honor.  Thank you.

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                         201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                    FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1              THE COURT:  Why don't we do this:  We've
 2    been going for a while.  I know it's a little early,
 3    but we've gone past a break time.  Why don't we take
 4    up Mr. Duran's recross in the morning?
 5              All right.  I appreciate everybody's hard
 6    work.  We'll see you back at 8:30.  Sorry for so
 7    many interruptions, but you got a little exercise
 8    today, if nothing else.  I appreciate your patience
 9    and your hard work.
10              All rise.
11              (The jury left the courtroom.)
12              THE COURT:  All right.  Y'all have a good
13    evening.
14              MS. DUNCAN:  Your Honor, we need to
15    admonish the witness.
16              THE COURT:  All right.  Mr. Duran, you're
17    on the stand right now, so don't talk to anyone
18    about your testimony or what's occurring here in the
19    courtroom.  Okay?
20              THE WITNESS:  Yes, sir.
21              (The Court stood in recess.)
22
23
24
25
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1                      February 22, 2018
 2            THE COURT:  All right.  Good morning,
 3   everyone.  I appreciate everybody being here and
 4   ready to go on time.
 5            Mr. Jewkes, you wanted to bring something
 6   to the attention of the Court before we get started
 7   this morning.
 8            MR. JEWKES:  Good morning, Your Honor.
 9            THE COURT:  Mr. Jewkes.
10            MR. JEWKES:  Your Honor, yesterday morning
11   my girlfriend's mother passed away, and I'd like to
12   see about going to the service tomorrow afternoon.
13   I would leave here about 2:00.
14            THE COURT:  All right.  And Ms. Jacks will
15   still be here?
16            MR. JEWKES:  Yes, Your Honor.  She will be
17   here to cover.
18            THE COURT:  Thank you, Mr. Jewkes.  Sorry
19   to hear about your loss.
20            MR. JEWKES:  Thank you.
21            THE COURT:  All right.  Does anyone else
22   have anything they need to discuss before we bring
23   the jury in?  Anything else we need to do?
24            MS. DUNCAN:  Your Honor, I do.
25            THE COURT:  Let me check with the
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492





PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1  Government.  Nothing, Mr. Beck?

 2          MR. BECK:  No, Your Honor.

 3          THE COURT:  All right, Ms. Duncan.

 4          MS. DUNCAN:  Your Honor -- and I reviewed

 5  the transcript last night, because of the problem we

 6  were having with the recording -- and I don't think

 7  we need to bring any additional recordings in, but

 8  when I went through, I realized I missed two points

 9  on my recross of Mr. Duran.  So I'd like an

10  opportunity to ask him these two points rather than

11  re-call him as a witness.

12          THE COURT:  Have you run those two points

13  past the Government?

14          MS. DUNCAN:  I have not.

15          THE COURT:  Why don't do you that now and

16  see if they have any problem with them being outside

17  the scope.

18          (A discussion was held off the record.)

19          MS. DUNCAN:  Your Honor, it's my

20  understanding the Government doesn't object.

21          THE COURT:  All right.  Juror No. 4,

22  Ms. Harris, is coming down with the flu, so she's

23  going to go during the lunch hour to the emergency

24  room to see if she can get some Tamiflu, so we may

25  be a little longer at the lunch hour, depending on

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   how quickly she can get in and out.  Any other
 2   defendants have anything they need to discuss?
 3   Anything else I can address?
 4           MR. VILLA:  Your Honor, just briefly,
 5   picking up on the point I raised yesterday, we do
 6   have some defense witnesses who have arrived today
 7   under subpoena.  If we can give them a better
 8   timeframe when to return based on the Government's
 9   estimate -- I don't know if they intend to -- they
10   still intend to rest today or maybe tomorrow after
11   it went yesterday with Mr. Duran.  I'd just ask for
12   some idea so we can talk to these witnesses.
13           THE COURT:  Do y'all have any thought,
14   given where we are this morning?  Ms. Armijo?
15           MS. ARMIJO:  Your Honor, I think there is
16   still the potential later today, but most likely
17   tomorrow.
18           And I would just also like to make a
19   request.  I know that there are several defense
20   witnesses here.  We have been good about providing
21   defense before the end of the day a list of the
22   witnesses that we're calling.  I ask that of the
23   defense.  And clearly they have people here, and
24   only Ms. Jacks provided one name today.
25           So we would ask the Court to enforce the
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  agreement that we have lived up to as far as

2  additional witnesses today, because we have not been

3  informed about any of these numerous witnesses that

4  we see around the courthouse.

5        THE COURT:  Do you want to give a list to

6  the Government?

7        MR. VILLA:  We provided what we thought in

8  good faith would be the witnesses that we would put

9  on by the end of the day.  We knew Mr. Cordova was

10  going to testify today.  We know that will take a

11  long time.  We know that the Government also

12  intended to call Agent Acee, they need to finish

13  with Mr. Duran, and they also intend to call

14  Mr. Santistevan.

15        So based on the Government's

16  representations of who they were going to call

17  today, we estimated that we might be able to put on

18  one witness, and that was the witness that Ms. Jacks

19  provided to the United States.

20        So we're compliant with the agreement in

21  terms of estimating who we think we might be able to

22  call.  But again, that's why we're trying to nail

23  down when the Government might rest, so we can say,

24  okay, we've got four or five hours.  Ms. Armijo,

25  this is who we'll call to fill those four or five

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

 1  hours.

 2          It sounds like nobody is going to get

 3  called by the defense today; most likely Friday.

 4  And by the end of today we'll tell her who we intend

 5  to call tomorrow.  The witnesses who are here is

 6  because, you know, we sort of had to guess when to

 7  subpoena them.  So they're here today because that

 8  was our best guess.  That doesn't mean we're going

 9  to put them on today or tomorrow.  It might be next

10  week.

11          THE COURT:  All right.  Does that work now

12  at the present time, this morning, Ms. Armijo?

13          MS. ARMIJO:  Yes, Your Honor, it does.

14  And I guess we'll just keep the Court and defense

15  counsel updated.  It's going to depend on, of

16  course, obviously cross-examination and also the

17  issue with our juror over the lunch hour.

18          THE COURT:  All right.  Ms. Jacks, did you

19  have something?

20          MS. JACKS:  No, I have a witness in the

21  hall I'm going to go talk to.

22          THE COURT:  Any of the other defendants

23  have anything they need to raise?  We're still

24  waiting for one juror, juror number 9; Mr. Moore

25  wasn't here when we last checked on the jurors, so

SANTA FE OFFICE                                           MAIN OFFICE
119 East Marcy, Suite 110                         201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                                (505) 843-9494
FAX (505) 843-9492                                     FAX (505) 843-9492
                                                          1-800-669-9492
                                             e-mail: info@litsupport.com



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1   to my knowledge, we're still waiting.

2          MR. LOWRY:  If that's case, Your Honor,

3   could we take a break?

4          THE COURT:  Yes, go ahead.

5          Ms. Duncan, can we go ahead and get the

6   jury in while we're waiting for Mr. Lowry?

7          MS. DUNCAN:  Yes, Your Honor.  That's

8   fine.

9          THE COURT:  All right.  All right.  All

10  rise.

11         (The jury entered the courtroom.)

12         THE COURT:  All right.  Everyone be

13  seated.

14         Good morning, ladies and gentlemen.  I

15  appreciate everybody being back and ready to go and

16  on time.  I appreciate the way y'all have gone about

17  your tasks.  I know some of you are struggling with

18  illness, and I know it's been tough sometimes. I

19  appreciate everybody working hard and trying to keep

20  after it, and stay available to serve on the jury.

21  I really appreciate it.  I know that things come up

22  and I appreciate the spirit by which you've gone

23  about your public service here.  It's really been

24  remarkable.  And I think certainly the Court

25  appreciates it, and I think all the parties and the

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   attorneys do, too.  Y'all have been a great bunch.

2   I appreciate what you've done for us.

3           All right.  We'll wait for Mr. Duran to

4   get in here.  I brought y'all in before I did

5   Mr. Duran today.

6           All right.  Mr. Duran, if you'll come up

7   and sit in the witness box here.  Mr. Duran, I'll

8   remind you that you're still under oath.

9           THE WITNESS:  Yes, Your Honor.

10          THE COURT:  All right.  Ms. Bhalla, I

11  think you were going to engage in some recross.  Do

12  you wish to do that at this time?

13          MS. BHALLA:  Yes, Your Honor.  Thank you.

14          THE COURT:  Ms. Bhalla.

15                  ERIC PRESTON DURAN,

16      after having been previously duly sworn under

17      oath, was questioned, and continued testifying

18      as follows:

19                  RECROSS-EXAMINATION

20  BY MS. BHALLA:

21      Q.   Thank you.  Good morning, Mr. Duran.

22      A.   Good morning, ma'am.

23      Q.   When we spoke yesterday about the green

24  light on my client, Carlos Herrera, the conversation

25  that you had with the Government about the green

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                         201 Third NW, Suite 1630
Santa Fe, NM 87501                                Albuquerque, NM 87102
(505) 989-4949                                            (505) 843-9494
FAX (505) 843-9492                                    FAX (505) 843-9492
                                                         1-800-669-9492



PROFESSIONAL COURT
REPORTING SERVICE                     e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.

```
 1   light on him occurred, I believe, on February 19 of
 2   2015.  Does that sound correct to you?
 3        A.   Yes, ma'am.
 4        Q.   And Javier Molina was murdered in 2014;
 5   correct?
 6        A.   Yes, ma'am.
 7        Q.   Would you agree with me that 2015 comes
 8   after 2014?
 9        A.   Yes, ma'am.
10        Q.   Okay.  And the information that you
11   provided was that there was a current outstanding
12   green light on my client; isn't that correct?
13        A.   Yes, ma'am.
14             MS. BHALLA:  Thank you, Your Honor.  I
15   pass the witness.
16             THE COURT:  Thank you, Ms. Bhalla.
17             Ms. Duncan, you had a couple of issues you
18   wanted to cover with Mr. Duran.
19             MS. DUNCAN:  Yes, Your Honor.  Thank you.
20             THE COURT:  Ms. Duncan.
21                  RECROSS-EXAMINATION
22   BY MS. DUNCAN:
23        Q.   Mr. Duran, I just had two topics I wanted
24   to cover with you.  The first is:  How old is Ivy
25   Maldonado?
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                      201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492
                                                                   1-800-669-9492
                                                          e-mail: info@litsupport.com



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        A.    She'll be 7 in March.

 2        Q.    And during your discussion with Mr. Villa,

 3   you talked about the lump sum good time credit that

 4   you got; correct?

 5        A.    Yes.

 6        Q.    The two years.  And Mr. Villa asked you if

 7   you got those two years for your work with the

 8   Government.  Do you remember that question?

 9        A.    For my work with the Government or for

10   saving two lives?

11        Q.    That's the question he asked you:  For

12   your work with the Government.  And your response

13   was for saving two lives; correct?

14        A.    Yes.

15        Q.    And those two lives were Gregg Marcantel

16   and Dwayne Santistevan?

17        A.    Yes, ma'am.

18        Q.    Those are the two lives that you claimed

19   to save.  And those are the -- you were given a

20   recording device to record Roy and Robert Martinez'

21   discussion of the hit on Dwayne Santistevan;

22   correct?

23        A.    To record all information relevant to that

24   hit, yes, ma'am.

25        Q.    And you did record those conversations;
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    correct?

2         A.    Yes.

3         Q.    And you had conversations with Robert and

4    Roy Martinez about hitting Dwayne Santistevan;

5    correct?

6         A.    Yes, ma'am.

7         Q.    And also hitting Gregg Marcantel; correct?

8         A.    Yes, ma'am.

9         Q.    And then you encouraged Roy and Robert

10   Martinez to write letters to people on the street to

11   commit those hits; correct?

12        A.    I didn't encourage them, no.

13        Q.    Well, you discussed with them that they

14   needed to write letters that were obvious -- that

15   were clear messages to the people on the street to

16   hit Dwayne Santistevan and Gregg Marcantel; correct?

17        A.    That was their own choice, to write those

18   letters.

19        Q.    But you discussed it with them; correct?

20        A.    I discussed writing letters?

21        Q.    Yes, with Robert and Roy Martinez?

22        A.    Oh, yes, ma'am.

23        Q.    And you told Robert and Roy Martinez that

24   you would facilitate getting those letters out on

25   the street; correct?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    Yes, ma'am.

 2        Q.    That you were going to send them out

 3   through legal mail?

 4        A.    Yes, ma'am.

 5        Q.    And then when Mr. Baca came back from out

 6   of state, you discussed these hits with Mr. Baca;

 7   correct?

 8        A.    Yes, ma'am.

 9        Q.    And although he said that he did not want

10   to hit Gregg Marcantel in the beginning, eventually

11   you convinced him that he should; correct?

12        A.    No, ma'am.

13        Q.    And then you used a cellphone to

14   facilitate communications with people on the street;

15   correct?

16        A.    Yes, ma'am.

17        Q.    And to facilitate getting a firearm;

18   correct?

19        A.    Yes, ma'am.

20        Q.    And it was for that work that you were

21   given the two-year lump sum credit; correct?

22        A.    I was again given the lump sum for saving

23   two lives.

24        Q.    Those lives were Gregg Marcantel and

25   Dwayne Santistevan?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1       A.   Yes, ma'am.

 2       Q.   The people about whom we've just

 3  discussed?

 4       A.   Yes, ma'am.

 5            MS. DUNCAN:   I have no further questions,

 6  Your Honor.

 7            THE COURT:   Thank you, Ms. Duncan.

 8            Ms. Armijo, do you have redirect?

 9                   REDIRECT EXAMINATION

10  BY MS. ARMIJO:

11       Q.   When was the lump sum given to you in

12  connection to the recordings?

13       A.   In 2016.

14       Q.   All right.  And the recordings were made

15  in 2015?

16       A.   Yes, ma'am.

17       Q.   And did you ask for the lump sum?

18       A.   I had no knowledge whatsoever that I could

19  even get a lump sum.

20       Q.   And in asking Roy Martinez and Robert

21  Martinez to give you the letters, would that also be

22  a way to control the letters getting out onto the

23  street and in the hands of other SNM Gang members?

24       A.   I purposely did that so I could turn the

25  letters over to the FBI.

SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                  Albuquerque, NM 87102
(505) 989-4949                                                             (505) 843-9494
FAX (505) 843-9492                                                   FAX (505) 843-9492
                                                                          1-800-669-9492
                                                              e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

327

```
 1        Q.   All right.  As opposed to having them send

 2   it out and make it to the street?

 3        A.   Yes, ma'am.

 4        Q.   And did you encourage Jerry Armenta in any

 5   way to do the right thing?

 6        A.   I just asked him a question, what meant

 7   more to him:  His family, his kids, or the SNM

 8   organization.  And he made his own choice.

 9        Q.   And in reference to Carlos Herrera, Ms.

10   Bhalla was asking you about the hit.  Did you base

11   your information based upon the information that

12   Anthony Baca provided to you in 2013?

13        A.   Yes, ma'am.

14        Q.   All right.  Because when you had the

15   conversation in February of 2015, that was before

16   Anthony Baca got back; correct?

17        A.   Yes, ma'am.

18        Q.   And you had not had any updated

19   information from Anthony Baca as to whether or not

20   the hit was current on Carlos Herrera; correct?

21        A.   Yes, ma'am.

22        Q.   And you also were not down at Southern

23   when the Molina murder occurred, were you?

24        A.   No, ma'am.

25        Q.   All right.  And just to be clear, you were
```

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                       201 Third NW, Suite 1630
Santa Fe, NM 87501                                Albuquerque, NM 87102
(505) 989-4949                                           (505) 843-9494
FAX (505) 843-9492                                   FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1   never provided with a tablet for discovery, were

 2   you?

 3        A.   No, ma'am.

 4             MS. ARMIJO:  No further questions.  Thank

 5   you.

 6             THE COURT:  Thank you, Ms. Armijo.

 7             All right.  Mr. Duran, you may step down.

 8             Is there any reason that Mr. Duran cannot

 9   be excused from the proceedings, Ms. Armijo?

10             MS. ARMIJO:  No, Your Honor.

11             THE COURT:  How about the defendants?

12             MS. DUNCAN:  Your Honor, we would ask the

13   Court to hold him over.

14             THE COURT:  You're going to be subject to

15   recall.  You'll need to leave the courtroom and

16   leave the facility, as well, but you're subject to

17   re-call, so you're not to discuss your testimony

18   with anyone.  Okay?

19             THE WITNESS:  All right.

20             THE COURT:  Thank you, Mr. Duran.  Thank

21   you for your testimony.

22             MR. DEL VALLE:  Your Honor, may I be

23   excused?

24             THE COURT:  You may, Mr. Del Valle.

25             All right.  Does the United States have
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  its next witness or evidence?

2

3  UNITED STATES OF AMERICA

4  STATE OF NEW MEXICO

5

6              C-E-R-T-I-F-I-C-A-T-E

7      I, Jennifer Bean, FAPR, RDR, CRR, RMR, CCR,

8  Official Court Reporter for the State of New Mexico,

9  do hereby certify that the foregoing pages

10 constitute a true transcript of proceedings had

11 before the said Court, held in the District of New

12 Mexico, in the matter therein stated.

13     In testimony whereof, I have hereunto set my

14 hand on this 28th day of March, 2018.

15

16 _____

17 Jennifer Bean, FAPR, RMR-RDR-CCR
   Certified Realtime Reporter
18 United States Court Reporter
   NM Certified Court Reporter #94
19 333 Lomas, Northwest
   Albuquerque, New Mexico 87102
20 Phone:        (505) 348-2283
   Fax: (505) 843-9492
21 License expires:  12/31/18

22

23

24

25

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com