1

1          IN THE UNITED STATES DISTRICT COURT

2            FOR THE DISTRICT OF NEW MEXICO

3   UNITED STATES OF AMERICA,

4                  Plaintiff,

5        vs.              NO:  CR-15-4268 JB

6   ANGEL DELEON, et al.,

7                  Defendants.

8

9        Transcript of excerpt of testimony of

10                  NANCY STEMO

11      February 27, 2018, and February 28, 2018

12

13

14

15

16

17

18

19

20

21

22

23

24

25

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1                    February 27, 2018
 2            THE COURT:  All right.  Do the defendants
 3  have their next witness or evidence?
 4            MR. VILLA:  Yes, Your Honor.  Mr. Perez
 5  calls FBI Agent Nancy Stemo.
 6            MS. DUNCAN:  Your Honor, may we approach
 7  before Agent Stemo testifies?
 8            THE COURT:  You may.
 9            (The following proceedings were held at
10  the bench.)
11            MS. DUNCAN:  Your Honor, I don't know if
12  Mr. Villa is planning to get into this.
13            Ms. Stemo interviewed the witness who just
14  pled the Fifth.
15            MR. VILLA:  No.
16            MS. DUNCAN:  Okay.  Never mind.
17            THE COURT:  All right.
18            (The following proceedings were held in
19  open court.)
20            THE COURT:  All right.  Ms. Stemo, if
21  you'll come up and stand next to the witness box on
22  my right, your left.  Before you're seated, my
23  courtroom deputy, Ms. Standridge, will swear you in.
24                    NANCY STEMO
25       after having been first duly sworn under oath,
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1      was questioned and testified as follows:
 2           THE CLERK:  Please be seated.  State and
 3  spell your name for the record.
 4           THE WITNESS:  Nancy Stemo.  N-A-N-C-Y
 5  S-T-E-M-O.
 6                    DIRECT EXAMINATION
 7  BY MR. VILLA:
 8      Q.   Good afternoon.
 9      A.   Good afternoon.
10      Q.   How are you employed?
11      A.   I'm an agent with the FBI.
12      Q.   How long have you been with the FBI?
13      A.   Approximately two years.
14      Q.   Prior to that, were you in law
15  enforcement?
16      A.   I was not.
17      Q.   When you began with the FBI two years ago,
18  is that when you started the Academy?
19      A.   No.
20      Q.   When did you start the Academy?
21      A.   May 2016.
22      Q.   In the Academy you're trained, I imagine,
23  on all matter of things FBI, right?
24      A.   Yes.
25      Q.   Is one of the things you're trained on
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    report writing?

2         A.   Yes.

3         Q.   And specifically writing reports of

4    interviews done of people involved in criminal

5    cases?

6         A.   Yes.

7         Q.   What are you trained in that regard?

8         A.   To ask people about what happened, and not

9    to do it in a way that is leading.

10         Q.   And how about in terms of what you're

11   supposed to write down about what the people tell

12   you in those interviews?

13         A.   We're supposed to write down what they

14   tell us to the best of our recollection.

15         Q.   And try to be thorough?

16         A.   Yes.

17         Q.   Include everything that they told you?

18         A.   Yes.

19         Q.   Not leave anything out?

20         A.   Yes.

21         Q.   Be accurate?

22         A.   Yes.

23         Q.   Now, Agent Stemo you participated in the

24   investigation of the SNM; is that right?

25         A.   Yes.

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492
                                                                  1-800-669-9492
                                                        e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        Q.    Including defendants charged in this case,

 2   not necessarily that are on trial today, but other

 3   defendants that have been charged and have since

 4   cooperated with the Government?

 5        A.    Yes.

 6        Q.    On October 24, 2017, did you interview

 7   Mario Rodriguez?

 8        A.    I did.

 9        Q.    Mario Rodriguez is also known as Blue?

10        A.    Correct.

11        Q.    Can we see Government's 586?  While we're

12   pulling that up, that interview was conducted here

13   in Las Cruces, correct?

14        A.    Yes.

15        Q.    At the federal courthouse, in fact?

16        A.    It was.

17        Q.    This courthouse?

18        A.    Yes.

19        Q.    And present -- well, now we've got

20   Government's 586.  Is this Mario Rodriguez?

21        A.    It is.

22        Q.    That's the individual that we're talking

23   about, right?

24        A.    Correct.

25        Q.    And present for that interview was United
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    States Attorney Maria Armijo?

2        A.    Yes.

3        Q.    Also United States Attorney Randy

4    Castellano?

5        A.    I believe so.

6        Q.    You're not sure?

7        A.    No.

8        Q.    If I showed you the report you wrote for

9    that, would that refresh your recollection?

10       A.    It would.

11             MR. VILLA:  May I approach?

12             THE COURT:  You may.

13       Q.    Just take a look at that.  Don't read it

14   out loud, just read it to yourself.

15       A.    Okay.

16       Q.    Does that refresh your recollection?

17       A.    It did.

18       Q.    So Mr. Castellano, he was there?

19       A.    He was.

20       Q.    Mr. Beck was there?

21       A.    He was.

22       Q.    And the interview was done of Mr.

23   Rodriguez pursuant to a Kastigar letter?

24       A.    I believe so.

25       Q.    Which is a letter that essentially gives




SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   him protection for the things he tells you guys?

 2        A.   It is.

 3        Q.   So that he can't get in trouble based on

 4   what he tells you guys?

 5        A.   Correct.

 6        Q.   And I don't want to delve into the entire

 7   interview.  I want to talk specifically about what

 8   he told you about taking the piece from Mr. Perez'

 9   walker.  Do you remember that?

10        A.   I do.

11        Q.   That was part of the interview that you

12   conducted?

13        A.   Yes, it was.

14        Q.   And one of the things you wrote in the

15   report that I told you about; is that right?

16        A.   Yes.

17        Q.   Okay.  So Mr. Rodriguez told you that he

18   took the metal piece off of Mr. Perez' walker; is

19   that right?

20        A.   Correct.

21        Q.   And that during that time, Mr. Perez

22   appeared scared?

23        A.   I believe that's what he told me.

24        Q.   And that's what you wrote in your report?

25        A.   Yes.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   And you wouldn't have written it in your

2    report if he hadn't told you that?

3    A.   I don't think I would have.

4    Q.   Now, he also told you that -- right after

5    he told you Mr. Perez appeared scared, he told you

6    that you Mr. Perez said he was "down for whatever,

7    as long as it's not me," right?

8    A.   Correct.

9    Q.   And he told you how he interpreted that

10   statement, didn't he?

11   A.   He did.

12   Q.   And Mr. Rodriguez told you that he

13   understood that what Mr. Perez meant is that he did

14   not want to be hurt and would go along with it, with

15   the hit, if he, Mr. Perez, did not otherwise have to

16   be involved?

17   A.   Correct.

18   Q.   That's what Mr. Rodriguez told you?

19   A.   Yes.

20   Q.   And you are aware, Agent Stemo, that this

21   report that you prepared -- I guess it's dated

22   November 6, 2017?

23   A.   I would have to see the report.

24   Q.   I can show it to you.

25   A.   Yes.

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                  201 Third NW, Suite 1630
Santa Fe, NM 87501                                        Albuquerque, NM 87102
(505) 989-4949                                                  (505) 843-9494
FAX (505) 843-9492                                        FAX (505) 843-9492
                                                             1-800-669-9492

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE                    e-mail: info@litsupport.com

```
 1              MR. VILLA:  May I approach?

 2              THE COURT:  You may.

 3         A.   November 6, 2017.

 4         Q.   So the interview took place October 24th.

 5    The report got finalized November 6, 2017, right?

 6         A.   Yes.

 7         Q.   But before it actually got finalized,

 8    Mario Rodriguez had a chance to review the report,

 9    didn't he?

10         A.   He did.

11         Q.   And he was able to review the report that

12    you prepared November 1st, 2017?

13         A.   Do you mean the one for the October 24th

14    interview?

15         Q.   Yes.  So you prepared the October 24th

16    interview report, and then on November 1st Mr.

17    Rodriguez was able to review a draft?

18         A.   I'm not sure of the date that he reviewed

19    it.

20         Q.   If I showed you Agent Acee's report that

21    discussed the date, would that help refresh your

22    recollection?

23         A.   It would.

24              MR. VILLA:  May I approach?

25              THE COURT:  You may.
```





SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.    I'm showing you Agent Acee's report, which

 2   he dates November 20, 2017, as the day he wrote the

 3   report -- or finished the report, right?

 4        A.    Correct.

 5        Q.    And does this discuss here, where I've

 6   highlighted, when Mr. Rodriguez got to review your

 7   report?

 8        A.    Yes, it does.

 9        Q.    Does that refresh your recollection?

10        A.    Yes, it does.

11        Q.    So is it correct that on November 1st,

12   2017, Mr. Rodriguez got to review your report?

13        A.    Yes, it is.

14        Q.    And he had an opportunity to clarify

15   details that you put in your report?

16        A.    He did.

17        Q.    And then after that clarification process,

18   you finalized the report on November 6, 2017?

19        A.    Correct.

20        Q.    And during that clarification process, Mr.

21   Rodriguez did not tell you that when you wrote in

22   your report that Mr. Perez appeared scared, that you

23   were incorrect?

24        A.    Correct.

25        Q.    He didn't say, "I never told you that on
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    October 24th, Agent Stemo; you need to fix that"?

2         A.   Correct.

3         Q.   Or that when you relayed how Mr. Rodriguez

4    interpreted Mr. Perez' statement, that you wrote

5    that down incorrectly?

6         A.   Correct.

7         Q.   He didn't say, "Wait a minute, wait a

8    minute.  That's wrong, Agent Stemo.  You should fix

9    that"?

10        A.   No, he didn't.

11        Q.   And you would agree with me, Agent Stemo

12   that you did another interview of Mario Rodriguez on

13   November 3, 2018?

14        A.   November 3, 2018?

15        Q.   I'm sorry.  February 3, 2018?

16        A.   I'd have to see the report to remember the

17   date.

18        Q.   Absolutely.

19             MR. VILLA:  May I approach, Your Honor?

20             THE COURT:  You may.

21        Q.   Agent Stemo, I'm showing you a report that

22   you dated February 3, 2018, right?

23        A.   Yes.

24        Q.   And does this refresh your recollection?

25        A.   Yes.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   So you conducted another interview of
 2   Mario Rodriguez on February 3, 2018, correct?
 3        A.   Yes.
 4        Q.   And the United States Attorney, Maria
 5   Armijo, was present for that, correct?
 6        A.   She was.
 7        Q.   And you would agree with me that at that
 8   meeting, Mario Rodriguez didn't say, "Hey, Agent
 9   Stemo, I forgot to tell you, when I had a chance to
10   clarify your October 24th report, that what you
11   wrote down about Mr. Perez being in fear was wrong"?
12        A.   Correct.  He didn't bring that up.
13        Q.   He never said that?
14        A.   No.
15        Q.   He never said, "When you wrote down in
16   your report how I interpreted Mr. Perez' statement
17   that he didn't want to get hurt, you wrote that down
18   wrong"?
19        A.   He didn't say that.
20        Q.   Or he didn't say, "I didn't tell that to
21   you, Agent Stemo"?
22        A.   Correct.
23        Q.   Because you would have written that in
24   your February 3rd report?
25        A.   I would have.
```

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                               (505) 843-9494
FAX (505) 843-9492                                     FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
1        Q.    And you didn't?

2        A.    Correct.

3        Q.    Can we bring up Defendants' FV, as in

4   Victor.   Agent Stemo, you're going to see here on

5   your screen what's already admitted as Defendants'

6   FV, and I'll show you the full document here just

7   for a minute.   Have you seen this before?

8        A.    I have.

9        Q.    Now, Agent Acee testified about this

10  letter, that it was a letter written by Mario

11  Rodriguez.   Is that what you understand this to be?

12       A.    I do.

13       Q.    Can you tell the jury how you know about

14  this letter?

15       A.    This past Sunday, Task Force Officer Cupit

16  gave me a box, or attempted to give me a box of

17  Mario Rodriguez' belongings that were taken from him

18  from the PNM facility.   I decided to go through it,

19  and I found this letter in it.

20       Q.    Can you tell me, why did you go through

21  Mr. Rodriguez' box?

22       A.    I didn't want to give anything back to Mr.

23  Rodriguez without going through it to make sure that

24  there wasn't anything in there that he shouldn't

25  have.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.    Like what?

2      A.    Paperwork, for example, or drugs.

3      Q.    Weapons?

4      A.    That's possible.

5      Q.    Tell me about this box.  What did the box

6   look like?

7      A.    Just a standard box, cardboard.

8      Q.    Where did the box come from?

9      A.    I believe it was under Agent Sainato's

10  desk.

11     Q.    Who is Agent Sainato?

12     A.    He's one of my coworkers.

13     Q.    He's an FBI agent?

14     A.    Yes.

15     Q.    Where is his desk?

16     A.    At the FBI Albuquerque office.

17     Q.    And the box that contained Mario

18  Rodriguez's belongings, including this letter, was

19  under his desk?

20     A.    That's what I've been told.

21     Q.    Okay.  And you got the box, I think you

22  said, from Task Force Officer Cupit?

23     A.    Well, he attempted to give it to me.  I

24  went through it, and then we decided to let Agent

25  Sainato take care of it.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.    I understand.  Did you discover this
 2   letter when you went through the box?
 3        A.    I did.
 4        Q.    And were you in Albuquerque when you did
 5   that?
 6        A.    I was.
 7        Q.    And did Agent Sainato give you the box, or
 8   Agent Cupit?
 9        A.    TFO Cupit did.
10        Q.    And TFO, that's a task force officer?
11        A.    It is.
12        Q.    What is a task force officer?
13        A.    It's a person that works for another
14   agency but is detailed to the FBI to assist in
15   investigations.
16        Q.    So another agency, like not the FBI?
17        A.    Correct.
18        Q.    What agency, if you know, does Task Force
19   Officer Cupit work with?
20        A.    The New Mexico Corrections Department.
21        Q.    Task Force Officer Cupit has been
22   participating in this investigation, as well?
23        A.    He has.
24        Q.    Was he present when you went through the
25   box?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1        A.    He was.

2        Q.    Was Agent Sainato present?

3        A.    He was not.

4        Q.    Had you seen the box before under Agent

5    Sainato's desk?

6        A.    I don't think I had.

7        Q.    Are you aware of when the box came into

8    the possession of the FBI?

9        A.    From firsthand knowledge, no.

10       Q.    So it's just from what you've been told?

11       A.    Correct.

12       Q.    You worked this case with other employees

13   of the New Mexico Corrections Department, right?

14       A.    Yes.

15       Q.    Not just Task Force Officer Cupit?

16       A.    Correct.

17       Q.    There are, in fact, several others that

18   work with you guys?

19       A.    Yes.

20       Q.    Okay.  And this particular letter you took

21   out of the box, and you provided it to the United

22   States Attorneys?

23       A.    I did not personally.

24       Q.    You took -- well, let's unpack that.  You

25   took it out of the box?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    Correct.

 2        Q.    Who did you provide it to?

 3        A.    I phoned Agent Sainato, who said he was

 4   going to come in to the office later that day to

 5   write a report detailing the discovery of it.  And I

 6   left it with him.

 7        Q.    You gave it to Agent Sainato?

 8        A.    Well, on his desk.

 9        Q.    On his desk?

10        A.    Because he wasn't there.

11        Q.    Have you seen it since then?

12        A.    This letter?

13        Q.    The letter.

14        A.    No, I haven't.

15        Q.    Why did you think you needed to provide

16   this particular letter to Agent Sainato, as opposed

17   to just giving it back to Mr. Rodriguez?

18        A.    Because the information in there, I

19   believe, contradicts what he told us earlier.

20        Q.    So the information in the letter

21   contradicts what Mario Rodriguez told you earlier?

22        A.    Correct.

23        Q.    Okay.  So it's different than what he said

24   to you in the past?

25        A.    It is.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        Q.    So let's talk about this.  Have you seen
 2   Mario Rodriguez's handwriting before?
 3        A.    I have.
 4        Q.    And does this look like his handwriting?
 5        A.    It looks very similar.
 6        Q.    Okay.  So we'll go -- I'm going to blow it
 7   up for you, and just take it a couple paragraphs at
 8   a time.  I think we lost a little bit of the text
 9   there on the right-hand side.
10             Now, you recognize this form?  I mean, it
11   seems like a piece of paper, but it's a specific
12   type of form.  Have you seen this type of form
13   before?
14        A.    I have.
15        Q.    Okay.  And where have you seen it?
16        A.    Inmates in the custody of New Mexico are
17   issued these forms, I believe.
18        Q.    Okay.  And so I'm going to circle this box
19   here that says "PNM," and it's shaded in.  Do you
20   know the significance of that?
21        A.    I don't.
22        Q.    Okay.  It was like that when you
23   discovered it?
24        A.    Yes.
25        Q.    And the date I'll circle right here is
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    October 16, 2014?

2        A.    Correct.

3        Q.    And that's the date that was on it when

4    you found the letter, correct?

5        A.    Correct.

6        Q.    Okay.  Now let's go to the first full

7    paragraph there.  So the letter reads, "I, Mario

8    Rodriguez, Number 61059, am writing this here

9    statement on the behalf of Jerry Montoya.  I swear

10   all that I state herein now is true to the best of

11   my knowledge."

12            And did I read that right?

13       A.    You did.

14       Q.    Okay.  So it was your feeling, after

15   reading this, that what he said in here contradicted

16   other things that he said to you guys at other

17   periods of time?

18       A.    What's in the entire letter, not just what

19   you read, yes.

20       Q.    Yeah, that's what I mean.  It's in the

21   entire letter.  Thank you.  Okay.  But that's right?

22   That was your opinion after reading the letter?

23       A.    Yes.

24       Q.    Okay.  The next line says, "I'm a

25   co-defendant of Jerry Montoya in CR-2014-00345 and



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1  CR-2014-00310, as well as an unknown case" -- and he

 2  puts sort of a blank parenthetical.  "I have never

 3  made any statement involving these cases until now."

 4          Do you see that?

 5      A.   I do.

 6      Q.   Do you know these cases that he put in

 7  here to be the case numbers for the state charges

 8  that came out of the Javier Molina homicide?

 9      A.   No, I don't know those numbers.

10      Q.   Do you know Jerry Montoya to be one of the

11  individuals involved in the Javier Molina homicide?

12      A.   I do.

13      Q.   Do you know if he was charged in state

14  court with the Javier Molina homicide?

15      A.   Yes.

16      Q.   And the next sentence, before we scroll

17  down says, "I am writing this of my own free will

18  and no one has asked nor" -- and we'll have to go on

19  here.  It says, "No one has asked nor threatened me

20  to do so."

21          Right?

22      A.   Yes.

23      Q.   And he says, "I have read some of the

24  statements made within the discovery/disclosures and

25  found it only right to speak up due to Timothy

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

**BEAN & ASSOCIATES**, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   Martinez' and Jason Wright's statements from March

2   10, 2014, are false"?

3          A.    Yes.

4          Q.    Right?   So you know that Timothy Martinez

5   was one of the co-defendants or someone that's pled

6   guilty to the Javier Molina homicide?

7          A.    Yes.

8          Q.    Okay.   And what Mr. Rodriguez is

9   purporting to say here is that his statements on

10  March 10th were false?

11         A.    Correct.

12         Q.    And an individual named Jason Wright's

13  statements were also false?

14         A.    Right.

15         Q.    Do you believe that that paragraph is

16  different or inconsistent with things Mario

17  Rodriguez has told you before?

18         A.    Yes.

19         Q.    The next paragraph here says, "Never once

20  did I witness/see Jerry Montoya in possession of any

21  sort of weapon or assault Javier Molina."

22               Did I read that part right?

23         A.    You did.

24         Q.    Okay.   That's different or inconsistent

25  with things Mario Rodriguez has said before, right?

SANTA FE OFFICE                                                     MAIN OFFICE
119 East Marcy, Suite 110                                           201 Third NW, Suite 1630
Santa Fe, NM 87501                                                  Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                                  FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1         A.   It is.
 2         Q.   The next line said, "I was in Javier
 3    Molina's room and never seen any sort of drugs or
 4    was" -- I'm not sure what that is -- "or Javier
 5    Molina shooting up, as Timothy Martinez has
 6    alleged."
 7              I read that part right?
 8         A.   You did.
 9         Q.   Okay.  That's different than what Mario
10    has told you?
11         A.   Yes.
12         Q.   The next sentence there, "There was food
13    being prepared/gathered in a brown canteen bag for a
14    spread (a prison term for a large pod meal).  I was
15    also in Javier Molina's cell looking at tattoo work
16    I had done on" -- we'll go to the next -- "looking
17    at tattoo work that I had done on Javier Molina."
18              Right?
19         A.   Um-hum.
20         Q.   That's different than what Mario Rodriguez
21    has said before, isn't it?
22         A.   It is.
23         Q.   The next sentence here, "I was drug tested
24    the day I got to PNM North facility in Santa Fe and
25    came out clean for all drugs.  At no time did I hear
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  footsteps or anyone call out the word 'rat.'  I

2  would have definitely heard any such language, being

3  that term in prison is a word rarely used without

4  drawing all such attention."

5         So I think that's a sentence, although

6  there is a comma there, but did I read that part

7  right?

8      A.   You did.

9      Q.   That last half is different than what

10 Mario Rodriguez had said before, isn't it?

11     A.   Correct.

12     Q.   Then he says, "Also I'd like to note that

13 it'd be impossible for anyone to rush into a room

14 with anyone other than that room's occupants without

15 the rooms in Las Cruces prison being very

16 overcrowded.  What I am saying is there is no room

17 for individuals to be going in and out of a room in

18 such a rush as the agents take and reports on the

19 camera footage."

20         Did I get that part?

21     A.   You did.

22     Q.   Okay.  That's different than what he's

23 told before, isn't it?

24     A.    I don't think I asked him about cells and

25 how many people could fit in there.

SANTA FE OFFICE                                           MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                   Albuquerque, NM 87102
(505) 989-4949                                               (505) 843-9494
FAX (505) 843-9492                                    FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

24

1    Q.   All right.  Fair enough.  The next

2  sentence says, "At the bottom of the stairwell, I

3  heard Javier Molina yell to Jerry Montoya not to

4  come near him or else he'd hit him (punch him.)"

5         That part is different than what Mario

6  Rodriguez told you, isn't it?

7    A.   Correct.

8    Q.   And then we'll pick up the rest of the

9  letter here.  Starting about there, "Javier Molina

10  was blocking the exit area of the stairwell.  So

11  Jerry Montoya had no choice but to attempt to leave

12  the stairs going near Mr. Molina."

13         That sentence is different than what he's

14  told you?

15    A.   It is.

16    Q.   "Not at any point in time did I see any

17  sort of weapons or Mr. Montoya assault Mr. Molina."

18         That's also different?

19    A.   It is.

20    Q.   Much different?

21    A.   It is.

22    Q.   The last sentence, I think, "I will

23  testify to this statement under oath due to the

24  allegations made by Mr. Martinez and Mr. Wright

25  being false.  End of statement."



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1            Did I read that right?
 2       A.   Yes.
 3       Q.   And it's signed, "Mario Rodriguez."  Do
 4  you have any doubt that that's Mario Rodriguez'
 5  signature?
 6       A.   I don't.
 7       Q.   Thank you, Agent Stemo.
 8            I want to talk a little bit about Timothy
 9  Martinez.  Oh, I'm sorry.  Before I move off the
10  subject of the letter, can you tell me if you know
11  how long the FBI had this letter in its possession
12  before you discovered it?
13       A.   I think Agent Sainato told me he picked up
14  the box in the summer of 2017.
15       Q.   So that would have been six, eight months
16  ago?
17       A.   Correct.
18       Q.   Okay.  And it was not provided to the
19  United States -- well, let me ask you this:  Do you
20  know when it was actually provided to the United
21  States Attorneys?
22       A.   A copy of it was.
23       Q.   I'm sorry.  Do you know when a copy was
24  provided to the United States Attorneys?
25       A.   I believe it was this past Sunday.
```

SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                 Albuquerque, NM 87102
(505) 989-4949                                                             (505) 843-9494
FAX (505) 843-9492                                                   FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1        Q.   Do you know if that was after the

2   Government had already rested its case and called

3   Mario Rodriguez in this trial?

4        A.   I believe so.

5        Q.   Okay.  Now, let me talk to you about

6   Timothy Martinez.  You know that Timothy Martinez is

7   working for the Government and has testified on

8   behalf of the Government, correct?

9        A.   Correct.

10       Q.   And you were present for an interview or

11   debrief of Mr. Martinez that took place on December

12   29, 2016?

13       A.   I'd have to look at the report.

14       Q.   Absolutely.

15            MR. VILLA:  May I approach?

16            THE COURT:  You may.

17       Q.   Agent Stemo, is this a report -- it's

18   actually dated January 3rd of 2017.  This is an FBI

19   report, right?

20       A.   It is.

21       Q.   And it says -- it discusses an interview

22   on December 29, 2016?

23       A.   It does.

24       Q.   Will you look at it and see if it

25   refreshes your recollection if you were present?

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                 Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 843-9492                                                 FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
1        A.   I will.  I was.
2        Q.   Is this an interview of Timothy Martinez?
3   Take your time.
4        A.   It's redacted, so I can't really tell.
5        Q.   I understand.
6             MR. VILLA:  So, your Honor, I'd ask that
7   based on the previous understandings in this case
8   that the Government -- if the Government will agree
9   that this was Timothy Martinez?
10            MS. CASTELLANO:  I'll have to take a look
11  at it, Your Honor.
12            THE COURT:  All right.
13            MR. VILLA:  Mr. Castellano, what's the
14  Bates number?
15            MS. CASTELLANO:  It's 28257.  I think this
16  is the report regarding Timothy Martinez.
17            THE COURT:  All right.  Is that sufficient
18  for you, Mr. Villa?
19            MR. VILLA:  That is, Your Honor.
20  BY MR. VILLA:
21       Q.   Agent Stemo, if you'd like to review the
22  contents a little bit more to satisfy yourself that
23  this was an interview of Mr. Martinez, by all means
24  just let me know.  Let me ask you:  You were present
25  for an interview of Mr. Martinez?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1         A.   I was.

 2         Q.   And you weren't the primary interviewer,

 3    were you?

 4         A.   I was not.

 5         Q.   The report that I showed you was actually

 6    authored by Mark Myers?

 7         A.   Yes.

 8         Q.   He's an employee of the New Mexico

 9    Corrections Department that was also working with

10    the FBI?

11         A.   He was.

12         Q.   And present at that interview of Mr.

13    Martinez was Agent Acee, correct?

14         A.   Yes.

15         Q.   And Mr. Myers, of course, was present?

16         A.   He was.

17         Q.   Now, I'll test your memory here a little

18    bit.  Do you know that Mr. Martinez had, at the time

19    of this interview, been incarcerated at the Torrance

20    County Detention Facility?

21         A.   I don't know when he was housed there, but

22    he was at one point in time.

23         Q.   Okay.  And in the course of this

24    interview, he never mentioned at any point in time

25    any statements that Rudy Perez made to him while
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1  being incarcerated at the Torrance County Detention
 2  Facility?
 3       A.   Not any that I remember.
 4       Q.   And if you'd like to look at the report,
 5  I'm happy to show it to you.  Do you need to look at
 6  the report to help refresh your memory?
 7       A.   I do.
 8            MR. VILLA:  May I approach?
 9            THE COURT:  You may.
10       Q.   Agent Stemo, have you finished reading the
11  report?
12       A.   I have.
13       Q.   How many pages is it?
14       A.   Four.
15       Q.   Did you have enough time to get through it
16  all?
17       A.   I did.
18       Q.   Does it help refresh your memory about
19  what Mr. Martinez said or didn't say?
20       A.   It does.
21       Q.   And you would agree with me that it
22  doesn't reflect anywhere in that report that Mr.
23  Martinez made any sort of statements to you guys
24  about something Mr. Perez said to him while they
25  were at the Torrance County Detention Facility?
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                 201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                       (505) 843-9494
FAX (505) 843-9492                                            FAX (505) 843-9492
                                                                  1-800-669-9492
                                                          e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        A.    I believe on this date, the interview was
 2   conducted in two segments.  One was pertaining to
 3   green lights or threats towards other people; and
 4   then one was pertaining to the Javier Molina
 5   defendants.  That 302 that you gave me pertains to
 6   the threats.
 7        Q.    Okay.  Can you tell me if, from your
 8   memory, that Mr. Martinez said anything at all in
 9   either two segments about a statement Mr. Perez
10   made?
11        A.    Not that I remember off the top of my
12   head.
13        Q.    Okay.  So you don't remember.  Let me back
14   up.  You know that Mr. Martinez at one point was
15   incarcerated at the Torrance County Detention
16   Facility?
17        A.    Yes.
18        Q.    And he was incarcerated there before he
19   agreed to talk to you guys, correct?
20        A.    Right.
21        Q.    And after he agreed to talk to you guys,
22   he was then moved to a different place?
23        A.    He was.
24        Q.    Do you know that while he was at the
25   Torrance County Detention Facility, he was with Mr.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com




BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    Perez?

2         A.    I believe so.

3         Q.    And you would agree with me that this

4    interview in December of 2016 was the first time Mr.

5    Martinez agreed to talk to the FBI?

6         A.    I believe it was.

7         Q.    So it was right after or soon after he was

8    moved out of the Torrance County Detention Facility?

9         A.    Probably.

10        Q.    Okay.  But you know that after that period

11   of time, after that debrief, he never went back to

12   Torrance?

13        A.    I don't know that for sure, but I'd assume

14   so.

15        Q.    Okay.  And you definitely don't remember

16   him ever saying that Mr. Perez told him that he had

17   to do his part for la familia, because everyone has

18   a part to play, even if it's just to keep your mouth

19   shut?

20        A.    Not that I remember.

21        Q.    Agent Stemo, you know who Billy Cordova

22   is, correct?

23        A.    I do.

24        Q.    And you know that Billy Cordova was opened

25   as a confidential human source or an informant by

SANTA FE OFFICE                                                                              MAIN OFFICE
119 East Marcy, Suite 110                                                           201 Third NW, Suite 1630
Santa Fe, NM 87501                                                                   Albuquerque, NM 87102
(505) 989-4949                                                                              (505) 843-9494
FAX (505) 843-9492                                                                    FAX (505) 843-9492
                                                                                         1-800-669-9492
                                                                                   e-mail: info@litsupport.com



1   the FBI sometime prior to January 2017?

2       A.   Yes.

3       Q.   And you know that he was closed as a

4   confidential human source or informant by the FBI

5   sometime in January of 2017?

6       A.   Correct.

7       Q.   But after that time, in April of 2017, he

8   was tasked with conducting consensual recordings of

9   Gabriel Valdivia, wasn't he?

10      A.   He was.

11      Q.   And that was an investigation that you

12  were overseeing?

13      A.   I wouldn't say overseeing.

14      Q.   Well, did you write an FBI 302 or FBI

15  report about Mr. Cordova's recordings of Mr.

16  Valdivia?

17      A.   I did.

18      Q.   And so you were involved in the

19  investigation?

20      A.   I was.

21      Q.   So I know you wouldn't say that you

22  oversee it, but how would you characterize your

23  involvement?

24      A.   I received the recording device, and had

25  it downloaded.  I also listened to it and made a

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   report from it.
 2       Q.   And, again, that was done in April 2017,
 3   approximately three or four months after Mr. Cordova
 4   was closed by the FBI?
 5       A.   I'd have to see the report for the exact
 6   date.
 7            MR. VILLA:  May I approach, Your Honor?
 8            THE COURT:  You may.
 9       A.   Correct, April 2017.
10       Q.   And April 2017 is, again, just two or
11   three months after Mr. Cordova was closed by the
12   FBI?
13       A.   Correct.
14            MR. VILLA:  May I have a moment?
15            THE COURT:  You may.
16            MR. VILLA:  I'll pass the witness.
17            THE COURT:  Thank you, Mr. Villa.
18            Do any of the other defendants have direct
19   examination of Ms. Stemo?
20            MS. JACKS:  I have a few questions.
21            THE COURT:  All right.  Ms. Jacks.
22            MS. JACKS:  Thank you, Your Honor.
23                    DIRECT EXAMINATION
24   BY MS. JACKS:
25       Q.   Good afternoon, Agent Stemo.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   Good afternoon.

 2        Q.   I just have a few questions about the

 3   interviews that Mr. Villa talked to you about of

 4   Mario Rodriguez on October 24, 2017, and again on

 5   February 3, 2018.

 6        A.   Okay.

 7        Q.   Okay.  Let me just -- just let me know if

 8   you need to see the reports, because I have extra

 9   copies here.

10        A.   Okay.

11        Q.   Okay?  What I want to ask you about is on

12   October 24, 2017, when you spoke with Mario

13   Rodriguez, did you talk to him about the Molina

14   homicide?

15        A.   I did.

16        Q.   And, specifically, did you talk to him

17   about a person named Lupe Urquizo?

18        A.   I'd have to see the report.

19        Q.   Okay.

20             MS. JACKS:  May I approach, Your Honor?

21             THE COURT:  You may.

22        Q.   It's nine pages, so take your time, and

23   let me know when you're ready.

24        A.   Thank you.  Okay.

25        Q.   Are you ready?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    Yes.
 2        Q.    So I think my question that was pending
 3   was:  Did you talk to him about an individual named
 4   Lupe Urquizo in that interview?
 5        A.    Yes.
 6        Q.    From October 24th?
 7        A.    Yes.
 8        Q.    And Mr. Urquizo had been transferred down
 9   to Southern New Mexico Correctional Facility on
10   March 6th of 2014?
11        A.    I believe so.
12        Q.    And during that interview on October 24th,
13   did Mr. Rodriguez ever tell you anything about
14   exchanging notes with Lupe Urquizo, the afternoon of
15   March 6, 2014?
16        A.    He did not.
17        Q.    And I want to ask you the same questions
18   about your February 3, 2018, interview with Mario
19   Rodriguez.  Would you like to see that before I do
20   that?
21        A.    Yes.
22        Q.    Are you done?
23        A.    I am.
24        Q.    Agent Stemo, you had a chance to review
25   your report from February 3, 2018, right?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    Yes.

 2        Q.    And that was an interview you had with Mr.

 3   Rodriguez after the start of this trial, right?

 4        A.    Yes.

 5        Q.    Just before he was going to testify?

 6        A.    I'm not sure when he testified.

 7        Q.    During the course of that interview on

 8   February 3rd of 2018, did Mr. Rodriguez tell you

 9   anything about exchanging notes with Lupe Urquizo

10   the afternoon of March 6, 2014?

11        A.    He did not tell me that personally.  I

12   believe he told Agent Acee about that before.

13        Q.    Okay.  Is there anything in your report

14   regarding that?

15        A.    No.

16        Q.    Okay.  So you have -- you believe there

17   was a conversation with Agent Acee?

18        A.    Yes.  I think I wasn't present for it.

19        Q.    I'm sorry.  On February 3rd?

20        A.    No, at a prior date.

21        Q.    Okay.  Do you know what date that was?

22        A.    I don't.

23        Q.    And you're saying you were present?  Or

24   you weren't present?

25        A.    I believe I was.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.    You believe you were?

 2        A.    Yes.

 3        Q.    Okay.  And right now, can you tell us

 4   approximately when you're thinking that might have

 5   happened?

 6        A.    It could have been in November of 2017.

 7        Q.    Okay.

 8              MS. JACKS:  Thank you.

 9              THE COURT:  Ms. Jacks, are you done?

10              MS. JACKS:  Well, I want to follow up on

11   that, perhaps, so I may not be done, depending on --

12              THE COURT:  Okay.

13              MS. JACKS:  Okay.

14              THE COURT:  Would this be a good time to

15   break?

16              MS. JACKS:  It's a good time to stop.

17              THE COURT:  All right.  I do want to

18   remind the jury of a few things that are especially

19   important.  Until the trial is completed, you're not

20   to discuss this case with anyone, whether it's

21   members of your family, people involved in the

22   trial, or anyone else, and that includes your fellow

23   jurors.  If anyone approaches you and tries to

24   discuss the trial with you, please let me know about

25   it immediately.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1          Also, you must not read or listen to any

2    news reports of the trial.  Again, don't get on

3    internet and do any research for purposes of this

4    case.

5          And finally, remember that you must not

6    talk about anything with any person who is involved

7    in the trial, even if it doesn't have anything to do

8    with the trial.

9          If you need to speak with me, simply give

10   a note to one of the Court Security Officers or Ms.

11   Standridge.

12         I'll try not to repeat these tomorrow

13   morning.  I may, as the day goes, depending on where

14   we are, repeat them in the afternoon.  But when we

15   take breaks, do keep them in mind each time.  We've

16   all done an excellent job of working hard on that,

17   so let's keep it up here as we bring the case to a

18   conclusion.

19         All right.  I appreciate your hard work.

20   We'll see you at 8:30 in the morning.  Y'all have a

21   good evening.  Be safe in your travels.

22         All rise.

23         (The jury left the courtroom.)

24         THE COURT:  All right.  Y'all have a good

25   evening.

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                         (505) 843-9494
FAX (505) 843-9492                                             FAX (505) 843-9492
                                                                     1-800-669-9492
                                                          e-mail: info@litsupport.com



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1              MS. FOX-YOUNG:  Your Honor, we have one
 2    issue.
 3              THE COURT:  I think we better bring it up
 4    in the morning.
 5              MR. VILLA:  It's critical.
 6              THE COURT:  Well, I'll give you 15
 7    seconds.  Tell me how critical it is.
 8              MS. ARMIJO:  Your Honor, Agent Acee was on
 9    the stand on Monday.  We indicated that he was not
10    available on Wednesday.  That's why we opposed them
11    interrupting their case.  He is not available
12    tomorrow.
13              THE COURT:  He needs to show up tomorrow.
14    Okay?  We've got a trial going on.  I don't know
15    what else is more important in Mr. Acee's life, but
16    he needs to be here.
17              All right.  See you in the morning.
18              MS. FOX-YOUNG:  Thank you, Your Honor.
19              (The Court stood in recess.)
20
21
22
23                   February 27, 2018
24              THE COURT:  All right.  Good morning,
25    everyone.  I appreciate everybody being here and
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   ready to go and on time.

2            Let me cover this issue with Juror Number

3   14, bring you up to date on that, and I think we're

4   probably at a close.  I received some notes

5   yesterday afternoon, but we were so caught up on

6   some other things throughout the afternoon that I

7   was unable to kind of report them as they came in.

8            But Senior Inspector Luis Loya requested

9   time to brief me on the incident yesterday regarding

10  Juror Number 14, Cameron Johnston.  And that came at

11  the end of the day, after we'd concluded court.

12           Earlier in the day, Ms. Standridge

13  noticed, witnessed, and heard Juror Number 12,

14  Bridget Murphy, and Juror Number 7, Stanley Dixon,

15  teasing Juror Number 14, Cameron Johnston, about the

16  handgun issue.  Juror Number 14 did not respond to

17  either.  He did ask if the Judge would be giving

18  him, quote, a "butt chewing."

19           Last night, when I talked to the

20  inspector, he indicated that the Police Services had

21  done their investigation.  They think it's totally

22  innocent.  They're not going to bring any charges.

23  They said the gun checked out.  It was being

24  licensed.  He's a concealed carry permit holder.

25  He's very embarrassed by it.  He, as far as they can

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                            (505) 843-9494
FAX (505) 843-9492                                   FAX (505) 843-9492
                                                        1-800-669-9492
                                              e-mail: info@litsupport.com


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1  tell and as far as they concluded, it was purely an

2  oversight on his part, putting it in his bag and

3  bringing it here.

4        So from the Federal Police Services, it's

5  a closed incident, and I think it is for the

6  Marshals, as well.

7        All right.  Ms. Fox-Young, you had

8  something you need to raise as far as a discovery

9  issue?

10        MS. FOX-YOUNG:  Your Honor, I do.  I don't

11  know if any of the counsel wanted to address that

12  matter with the juror first?  It looked like Ms.

13  Jacks was getting up.

14        MS. JACKS:  Can I confer with Ms.

15  Fox-Young, please?

16        THE COURT:  Certainly.

17        MS. FOX-YOUNG:  Your Honor, I guess I'll

18  take up the issue of the juror first.  I don't have

19  the transcript in front of me, but it's my

20  recollection that the Court informed the parties

21  yesterday that Ms. Standridge had given the juror

22  direction not to discuss this matter with the other

23  jurors, and that he had made the representation that

24  he hadn't and wouldn't.

25        And clearly now, based upon the notes that

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  have been provided to the Court and what the Court

2  has just informed the parties, that didn't happen.

3          THE COURT:  Why do you conclude that?

4  There's nothing that I said that's inconsistent with

5  it.  When he was teased about it, he did not

6  respond.

7          MS. FOX-YOUNG:  Well, I guess I don't know

8  how any of the other jurors knew about it, if he

9  hadn't informed them.

10          THE COURT:  Well, we knew yesterday, when

11  I told that you that there were jurors and FPDs down

12  there when he was pulled out of line and sent back

13  to the car.  So I don't know how they know.  I

14  haven't gone any further than that.

15          MS. FOX-YOUNG:  So I guess it just isn't

16  clear at this point whether or not they know based

17  upon the fact that he told them or that they

18  observed it.

19          THE COURT:  It's clear, from what we

20  understand from the juror, that he has not talked to

21  anybody about it.  So his representations to us are

22  -- and Ms. Standridge can confirm what she's seen --

23  he did not respond when he was teased by the jurors.

24          MS. FOX-YOUNG:  Okay, Your Honor.  Well,

25  with that clarification, I'll move on. I can't speak

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

 1  for the other counsel.

 2          But I would like to raise this discovery

 3  matter briefly with the Court.  On the 25th, which I

 4  believe was Sunday, counsel received an email from

 5  the Government regarding a bag of property that had

 6  apparently belonged to Mario Rodriguez.  And the

 7  representation from Ms. Armijo, as forwarded to her

 8  from her agents at the FBI, was that Agent Sainato

 9  had had these documents under his desk since

10  approximately July of last year, and they had

11  actually been obtained through STIU from the

12  Penitentiary of New Mexico.

13          And back in the summer, there had been

14  several SNM members who had property still at PNM,

15  and the FBI had been apprised of that by NMCD

16  officials; and that Agent Sainato had ended up with

17  these documents under his desk, although of course

18  he is a member of the prosecution team, the

19  Corrections Department officials are members of the

20  prosecution team, including Mr. Cupit, who was

21  involved.

22          They hadn't looked at these documents.

23  That's the representation from the Government.

24          Yesterday, the Court will recall that

25  Agent Stemo testified about the letter that was

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

44

1    included in that batch of documents from Mario

2    Rodriguez, and that's Exhibit FU -- FV.  Excuse me,

3    Your Honor.  And that exhibit was admitted through

4    Agent Acee.

5              That document, as Agent Stemo

6    acknowledged, is absolutely contradictory to other

7    statements that Mr. Rodriguez made on the stand and

8    that he has made to the Government.  It's clearly

9    exculpatory information.

10             Agent Stemo's testimony is something along

11   the lines of, she ultimately did review these

12   materials before returning them, before planning to

13   return them to Mr. Rodriguez.

14             Our question now is:  What else is in this

15   bag of materials?  Why wasn't it produced to the

16   defense?  Why was this single document only produced

17   after the Government had rested and after Mario

18   Rodriguez had already taken the stand?

19             And so we had asked the Government to

20   produce all of these documents.  Immediately upon

21   receiving this email on February 25th, I made that

22   request.  I didn't receive a response.  I made

23   subsequent requests.  I asked that the Government

24   perform a Brady and Giglio review of the documents

25   if they weren't going to produce all of them.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1        I finally received a response yesterday,

2   and the Government has indicated this morning that

3   the documents will be provided and that they are

4   copying them.

5        My concern is, I don't understand how a

6   bag of documents from one of the Government's main

7   testifying informants didn't make its way to the

8   defense.  I think it's likely all Rule 16.

9        Certainly we already know about one

10  document that has exculpatory information in it, and

11  it's far too late for this stuff to be produced, and

12  it absolutely prejudices the defense.  And so I

13  think we need immediate production.  We need an

14  opportunity to review it and an opportunity to

15  re-call witnesses who we may need to recall.

16       You know, and the Court will recognize

17  perhaps that is something of a remedy, but when the

18  Government has already rested its case and we've

19  completed cross-examination of these witnesses, it

20  really prejudices the defense when we haven't had

21  the opportunity to even review these materials

22  which, you know, if we get them today, we will

23  attempt to review them immediately.  But as I stand

24  here, they have not yet been produced.

25       And I'd also ask that if the FBI or NMCD

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                     Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                    FAX (505) 843-9492

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1   or anybody else on the prosecution team, including
 2   the prosecutors, are in possession of other property
 3   for these cooperating witnesses, including writings
 4   and other statements, that that immediately be
 5   produced.
 6            Thank you, Your Honor.
 7            THE COURT:  All right.  Mr. Beck, do you
 8   have a response?
 9            MR. BECK:  I do, Your Honor.
10            The documents were looked through one
11   time.  They were looked through again February 23rd.
12            THE COURT:  Who looked through these?
13            MR. BECK:  Originally, I believe sometime
14   in the summer, late summer of 2017, Special Agent
15   Sainato and Task Force Officer Cupit looked through
16   the paperwork and these documents.
17            THE COURT:  Has an attorney from your
18   office looked through them?
19            MR. BECK:  I reviewed quickly the
20   documents last night.  And that's why they're being
21   copied and produced.
22            THE COURT:  Do you have them up here now?
23   I should say down here.
24            MR. BECK:  Down here.
25            THE COURT:  Do you have them?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1          MR. BECK:  Yes.  So the box of

2    documents -- so going back a little bit, on February

3    23rd when they were looked through, I think, as

4    Special Agent Stemo testified yesterday, she

5    recognized that the document was important and

6    contradictory to some of the testimony or previous

7    statements of Mr. Rodriguez.

8          As soon as she recognized that, the FBI

9    alerted us.  We alerted the defense.  We produced

10   that report, and they were able to use it with

11   Special Agent Acee, and now Special Agent Stemo.

12         The rest of the documents in the property

13   file were brought to our office in Las Cruces

14   yesterday.  As soon as we had them, last night after

15   we finished, I briefly looked through the documents.

16   There was a journal in there.  Based on -- the

17   journal had entries, I think, reflecting times when

18   Mr. Rodriguez was a juvenile.

19         Based on my review of it, we asked Special

20   Agent Sainato to make copies of all of the documents

21   in that folder as quickly as possible so that we may

22   produce them to the defense immediately.

23         That being said, I don't believe that they

24   are exculpatory.  I don't believe they're Rule 16.

25   I don't believe they're Brady/Giglio documents.  But

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1  because they may -- I could see an argument for some

2  of them being useful to the defense or Brady/Giglio,

3  is why out of an abundance of caution I asked the

4  United States -- I asked Agent Sainato to make

5  copies of those and make them available as soon as

6  possible.  He is currently making copies of those

7  documents at the FBI -- I don't know what's it

8  called -- branch office down here in Las Cruces.

9  That's not the official term for it.

10         But that is down the road a little ways.

11  As soon as those copies are made, he's bringing them

12  to the Court for the defendants to use.

13         THE COURT:  So this will be everything

14  that's in this basket or bag?

15         MR. BECK:  All of the documents in the

16  bag.  There may be -- it's a bag inside of a box.

17  And so all of the documents are being copied.  I

18  don't remember offhand; I think there were some

19  other materials in there, objects, but I don't

20  believe that -- we're not going to copy those.  And

21  there were -- I think as Nancy Stemo testified, as

22  far as we can tell, to our knowledge, there was no

23  weapon or drugs in that box, which is why Ms. Stemo

24  I think said she reviewed it originally.

25         The document from Mr. Rodriguez that was

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  entered into evidence with Special Agent Acee, about

2  which Special Agent Acee and Special Agent Stemo

3  testified about, there is an argument that it is

4  exculpatory.  But given the testimony in court,

5  vigorous cross-examination, it's the United States'

6  position that it's not material.  So there has not

7  been a Brady/Giglio violation as to that.

8            THE COURT:  Well, Ms. Fox-Young, do you

9  see, given what the Government is doing and what

10 you're going to get today, do you see anything else

11 I can really do at the present time until you get

12 these documents?

13           MS. FOX-YOUNG:  Yes, Your Honor.  I think,

14 first of all, there's no question that that document

15 is material, and I won't spend a lot of time on that

16 unless the Court wants --

17           THE COURT:  Let's focus on --

18           MS. FOX-YOUNG:  And I am focusing, Your

19 Honor.

20           THE COURT:  Let's focus on what -- is

21 there something I need to do before we bring the

22 jury in?

23           MS. FOX-YOUNG:  Your Honor, I think you

24 need to order the Government to make immediate

25 production.  I asked for these documents immediately

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

**BEAN & ASSOCIATES,** Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
**1-800-669-9492**
e-mail: info@litsupport.com

```
 1   on the 25th.  It is now the 28th.  The Government

 2   has acknowledged that there is at least an argument

 3   that some of the documents are exculpatory.

 4           THE COURT:  Hold on just a second.  What

 5   time of day do you think these documents are going

 6   to be produced?

 7           MR. BECK:  I expect that they'll be here

 8   sometime this morning, as quickly as the FBI can

 9   make copies.  So the United States doesn't oppose

10   the Court ordering us to produce them immediately.

11           THE COURT:  Okay.  It will be so ordered.

12           MS. FOX-YOUNG:  And further, Your Honor, I

13   think the Court, given under Kyles v. Whitley, these

14   agents are absolutely member of the prosecution

15   team, there's no explanation for why these documents

16   sat for months and months and months.

17           THE COURT:  All right.

18           MS. FOX-YOUNG:  And just one more thing.

19   I'd like the Court to order --

20           THE COURT:  No, you're arguing, you know,

21   your motion to dismiss.

22           MS. FOX-YOUNG:  It'll take me -- no, it's

23   not, Your Honor.  I'm asking for relief.

24           THE COURT:  Well, I gave you a chance.

25           MS. FOX-YOUNG:  On the other documents.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              THE COURT:  All rise.

 2              (The jury entered the courtroom.)

 3              THE COURT:  Good morning, ladies and

 4   gentlemen.  I appreciate you being back and ready to

 5   go and on time.  I appreciate all you're doing for

 6   us and the way you've gone about your task.  You're

 7   a great bunch to work with, and we appreciate it

 8   very much.

 9              All right.  Ms. Stemo, you're still under

10   oath.

11              THE WITNESS:  Yes, Your Honor.

12              THE COURT:  Ms. Jacks, if you wish to

13   continue your direct examination of Ms. Stemo, you

14   may do so at this time.

15              MS. JACKS:  Thank you.  I do.  I was

16   almost done yesterday.

17                       NANCY STEMO,

18        after having been first duly sworn under oath,

19        was questioned and testified as follows:

20              DIRECT EXAMINATION (Continued)

21   BY MS. JACKS:

22        Q.   Good morning, Ms. Stemo.

23        A.   Good morning.

24        Q.   So yesterday when we broke, we were

25   talking about whether Mario Rodriguez had ever told
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1  you, or members of the FBI in your presence, prior

2  to this trial, that he had exchanged notes with Lupe

3  Urquizo on the afternoon of March 6, 2014.  Do you

4  recall those questions?

5       A.   I do.

6       Q.   And at the end of the day, you said that

7  it was sort of in your mind that maybe Mr. Rodriguez

8  had told you that -- I think you said he didn't tell

9  you that in the October 24, 2017, interview, right?

10      A.   Correct.

11      Q.   And we also reviewed the 302 that you

12 prepared from the February 3, 2018, interview?

13      A.   Correct.

14      Q.   And he didn't tell you that during that

15 interview?

16      A.   No, he didn't.

17      Q.   But at the end of the day, you said maybe

18 there was something that related to that in one of

19 the other interviews you participated in?

20      A.   Correct.

21      Q.   So you got here a little bit early this

22 morning, right?

23      A.   I did.

24      Q.   And did you have a chance to review the

25 FBI 302s from three additional interviews with Mario

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  Rodriguez?

2       A.   I did.

3       Q.   And specifically, did you review the

4  11-page 302 dated November 1st, 2017?

5       A.   I did.

6       Q.   And the two-page 302 dated November 14,

7  2017?

8       A.   Yes.

9       Q.   And the one-page 302 dated January 22,

10 2018?

11      A.   Yes.

12      Q.   And were those all interviews of Mario

13 Rodriguez prior to this trial?

14      A.   They were.

15      Q.   And were they all interviews concerning,

16 at least in part concerning the circumstances

17 surrounding the Molina homicide?

18      A.   They were.

19      Q.   And based on your -- when you reviewed

20 those 302s, did those refresh your memory about what

21 had been discussed with Mr. Rodriguez on those three

22 dates?

23      A.   They did.

24      Q.   And I guess now I want to re-ask the

25 question.  So on any of those three dates did Mr.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1  Rodriguez tell you that he exchanged notes with Lupe

 2  Urquizo on the afternoon of March 6, 2014, after

 3  Urquizo was transferred to Southern?

 4      A.   No, he didn't.  I think I was remembering

 5  Lupe Urquizo telling us that.

 6      Q.   Okay.

 7           MS. JACKS:  Thank you.  I have nothing

 8  further.

 9           THE COURT:  Thank you, Ms. Jacks.

10           Mr. Lowry?  Ms. Duncan?  Ms. Bhalla?  Mr.

11  Maynard?  Anybody?  All right.  Mr. Castellano?  Oh,

12  are you going to do some?

13           MR. LOWRY:  Yes, Your Honor.

14           THE COURT:  All right.  Mr. Lowry.

15           MR. LOWRY:  Just a quick question.

16           THE COURT:  All right.  Mr. Lowry.

17      was questioned and testified as follows:

18                 DIRECT EXAMINATION

19  BY MR. LOWRY:

20      Q.   Good morning, Ms. Stemo.

21      A.   Good morning.

22      Q.   Did you audio-record any of the interviews

23  you had or attended with Mr. Rodriguez or other

24  cooperators in this case?

25      A.   I don't think I did.  I believe the
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1  meeting between Mario Rodriguez and Ronald Sanchez

 2  was recorded.

 3       Q.    Okay.  And how many interviews do you

 4  think you attended in the course of this

 5  investigation?

 6       A.    That's hard to say.  A couple dozen.

 7       Q.    Aside from that one interview, were any

 8  attempts made to record the other interviews?

 9       A.    I don't think so.

10       Q.    Why not?

11       A.    We're not required to do so unless it's

12  post-Miranda, right after they've been arrested.

13       Q.    Would it have provided everybody in this

14  room a better record to understand what transpired

15  at those meetings if they were audio-recorded?

16       A.    It could have.

17            MR. LOWRY:  No further questions, Your

18  Honor.

19            THE COURT:  Thank you, Mr. Lowry.

20            All right.  Mr. Castellano, do you have

21  redirect of Ms. Stemo?

22            MR. CASTELLANO:  Yes, Your Honor.

23            THE COURT:  Mr. Castellano.

24            MR. CASTELLANO:  Thank you, sir.

25

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1                    REDIRECT EXAMINATION
 2   BY MR. CASTELLANO:
 3        Q.    Good morning, Agent Stemo.
 4        A.    Good morning.
 5        Q.    And had you recorded these things, is it
 6   possible that we would have more evidence of guilt
 7   reflected in the recordings, as opposed to just
 8   relying on notes and reports?
 9             MS. JACKS:   Objection, calls for
10   speculation.
11             THE COURT:   Sustained.
12   BY MR. CASTELLANO:
13        Q.    Now, yesterday for part of your
14   examination they had Mr. Rodriguez' picture up here.
15   And are you familiar with Mr. Rodriguez?
16        A.    I am.
17        Q.    How are you familiar with him?
18        A.    I've interviewed him a couple of times.
19        Q.    And had you seen him before in court
20   before he decided to debrief and cooperate with the
21   Government?
22        A.    I had.
23        Q.    Has your perception of him changed from
24   before you met him and after you met him?
25             MS. JACKS:   Objection, relevance.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              THE COURT:  Overruled.
 2       A.   It did change.  He'd seemed more relaxed,
 3  like a burden had been lifted, after he decided to
 4  cooperate.
 5       Q.   And were you there when he first decided
 6  to cooperate?
 7       A.   I was.
 8       Q.   What was his demeanor like?
 9       A.   Initially, he seemed aggressive and tough;
10  but after a couple of hours of the interview, he
11  started to cry and was very emotional about his
12  decision to cooperate.
13       Q.   And so over time, has your perception of
14  him changed?
15       A.   It has.
16       Q.   You were asked about your report and this
17  statement about Rudy Perez being scared.  Do you
18  remember that?
19       A.   I do.
20       Q.   And the statement that he was down for
21  whatever, as long as it wasn't him?
22       A.   Yes.
23       Q.   Now, in your notes did you write down
24  anything other than "Rudy is scared"?
25       A.   I don't think I did.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    Q.   So when you wrote that down, did Mr.
2  Rodriguez give you any description of how Mr. Perez
3  looked?
4    A.   No.
5    Q.   And, for example, are you aware from the
6  recordings that Mr. Perez said he was actually sick
7  on that day?
8    A.   Not personally, no.
9    Q.   Have you heard that recording?
10   A.   No.
11   Q.   So other than that, did he provide any
12 description of Mr. Perez' demeanor, what he looked
13 like, what his facial expression was?
14   A.   He did not.
15   Q.   Do you also recall from the statements
16 that Mr. Rodriguez gave you, that when he first
17 walked into Jerry Montoya's cell with a shank in his
18 hand, Jerry Montoya raised his hands?
19   A.   He did.
20   Q.   And did he also appear scared?
21   A.   I believe so.
22   Q.   Are you aware -- obviously you're familiar
23 with this case now, so you know that even though Mr.
24 Montoya had an initial reaction, he participated in
25 the murder of Javier Molina?

SANTA FE OFFICE                                      MAIN OFFICE
119 East Marcy, Suite 110                      201 Third NW, Suite 1630
Santa Fe, NM 87501                              Albuquerque, NM 87102
(505) 989-4949                                         (505) 843-9494
FAX (505) 843-9492                                FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
1        A.   He did.

2        Q.   I want to ask you about this exhibit.

3   It's I believe, Defendants' FV, Foxtrot-Victor.   And

4   in a second, I'll use the visualizer here.   I'm

5   putting my own copy in here because I marked it up.

6   I didn't want to mark the Defendants' exhibit.   This

7   is a copy of FV.

8             So first of all, when this document was

9   discovered this weekend in Mr. Rodriguez' property,

10  what significance did it have to you?

11       A.   I knew that his writing contradicted a lot

12  of what he told me initially.

13       Q.   Now, let's put this in chronological

14  order.   If this is dated October 16, 2014, if it was

15  made on that date, this would be a statement he made

16  before he spoke to you; is that correct?

17       A.   Correct.

18       Q.   So if this was found in his property --

19  and the property, what was it doing in the box?   Was

20  it basically personal property belonging to Mr.

21  Rodriguez?

22       A.   Pretty much, yes.

23       Q.   Was that personal property that was

24  initially stored at the Corrections Department?

25       A.   Correct.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   And you were returning the item to Mr.
 2   Rodriguez or to the Corrections Department.  Is that
 3   when you decided to make sure you looked at the box,
 4   to make sure there wasn't any contraband in there?
 5        A.   Yes.
 6        Q.   And then when you found this document, it
 7   had significance to you because it was something
 8   different from what Mr. Rodriguez told you?
 9        A.   Correct.
10        Q.   But in terms of the order of time, this
11   was actually written in 2014, and he gave statements
12   to you later than that, correct?
13        A.   Correct.
14        Q.   Actually, in the fall of last year?
15        A.   Yes.
16        Q.   So looking at this document, is it clear
17   to you that statements in here -- and we'll go
18   through them one at a time -- statements in here you
19   know are not true from what you know about this
20   investigation?
21             MR. VILLA:  Objection, Your Honor, as to
22   what is true and isn't true.
23             THE COURT:  Yeah, I don't think that she
24   probably ought to be the one answering that.
25             MR. CASTELLANO:  I'll rephrase, Your
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



**BEAN & ASSOCIATES, Inc.**
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
**1-800-669-9492**
e-mail: info@litsupport.com

1  Honor.

2  BY MR. CASTELLANO:

3     Q.   Okay.  So let me start here in the portion

4  I have highlighted.  There is an indication that:

5  "Martinez and Jason Wright's statements from March

6  10th, 2014, are false.  Never once did I witness/see

7  Jerry Montoya in possession of any sort of weapon or

8  assault Javier Molina."

9          Now, having spoken to Mr. Rodriguez in the

10 fall of last year when he decided to cooperate, did

11 he tell you something different?

12    A.   He did.

13    Q.   And, in fact, did he tell you that Jerry

14 Montoya had any weapon in his hand?

15    A.   He did.

16    Q.   And when he decided to cooperate, did he

17 also tell you that in fact there was an assault on

18 Javier Molina?

19    A.   Correct.

20    Q.   And that he was part of it?

21    A.   Yes.

22    Q.   And given the fact this was found in his

23 personal property, did you have any indication that

24 he ever sent this to anybody?

25    A.   No, it happened to be an original.

SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                 Albuquerque, NM 87102
(505) 989-4949                                                          (505) 843-9494
FAX (505) 843-9492                                                 FAX (505) 843-9492



1-800-669-9492
e-mail: info@litsupport.com

1    Q.   So have you found this in any other place
2  other than his personal property that was sitting in
3  a box?
4    A.   No.
5    Q.   Turning to the next statement, so in other
6  words, this statement would have been made a
7  statement before he cooperated?
8    A.   Correct.
9    Q.   And it would have been made -- if it's
10  made in October of 2014, this is still when the
11  state case was pending?
12    A.   Correct.
13    Q.   Okay.  Looking at the next statement I've
14  highlighted on this exhibit, it says:  "Also, I'd
15  like to note that it'd be impossible for anyone to
16  rush into a room with anyone other than that room's
17  occupants without the rooms in Las Cruces prison
18  being very overcrowded."
19        Now, after he decided to cooperate, did
20  Mr. Rodriguez tell you something different than
21  that?
22    A.   Yes.
23    Q.   What did he tell you?
24    A.   He said that he, Timothy Martinez, and
25  Javier Molina were all in Javier Molina's cell.



SANTA FE OFFICE                                                   MAIN OFFICE
119 East Marcy, Suite 110                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                       Albuquerque, NM 87102
(505) 989-4949                                                    (505) 843-9494
FAX (505) 843-9492                                         FAX (505) 843-9492
                                                              1-800-669-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE
e-mail: info@litsupport.com

1    Q.   So, in fact, by his own admission they all

2   fit into that cell in some way?

3    A.   They did.

4    Q.   Okay.  I'm turning to the third part I've

5   highlighted on this exhibit where it states, "Not at

6   any point in there did I see any sort of weapons or

7   Mr. Montoya assault Mr. Molina.  I will testify to

8   this statement under oath due to the allegations

9   made by Martinez and Mr. Wright being false."

10        After he decided to cooperate, did he tell

11   you something different than that?

12    A.   He did.

13    Q.   What did he tell you in terms of -- let's

14   start with any weapons possessed by Mr. Montoya or

15   Mr. Montoya assaulting the victim?

16    A.   I believe me told me that he saw Mr.

17   Montoya stabbing Mr. Molina inside of Mr. Molina's

18   cell.

19    Q.   In fact, he was part of that conspiracy,

20   was he not?

21    A.   He was.

22    Q.   So when he said, "I will testify to the

23   statement under oath," did he testify to this

24   statement under oath?

25    A.   I believe -- the one in the letter?

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                           Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492                                          FAX (505) 843-9492
                                                                  1-800-669-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE                        e-mail: info@litsupport.com

```
 1         Q.    Yes.

 2         A.    I believe he did not.

 3         Q.    Even though you know the statements in

 4    here aren't true, this is still significant to you

 5    because you knew it would be something that the

 6    defense attorneys would want; is that true?

 7              MR. VILLA:  Objection to the form of the

 8    question stating that the statements aren't the

 9    truth.

10              THE COURT:  Well, I think I understand the

11    question.  Overruled.

12         A.    Yes.

13         Q.    So under those circumstances, then, did

14    you make sure that it was turned over immediately to

15    the defense attorneys?

16         A.    Yes.

17         Q.    And is this -- now, isn't this letter

18    consistent with kind of the scheme these guys had

19    going when it was still a state case?

20         A.    I believe so.

21              MR. VILLA:  Objection.

22              THE COURT:  What's the objection?

23              MR. VILLA:  Well, I think that it calls

24    for an opinion that is essentially for the jury to

25    decide whether these statements are consistent with
```



SANTA FE OFFICE                                    MAIN OFFICE
119 East Marcy, Suite 110                   201 Third NW, Suite 1630
Santa Fe, NM 87501                           Albuquerque, NM 87102
(505) 989-4949                                        (505) 843-9494
FAX (505) 843-9492                               FAX (505) 843-9492
                                                       1-800-669-9492
PROFESSIONAL COURT              e-mail: info@litsupport.com
REPORTING SERVICE

1    what others have testified or said.

2          THE COURT:  Well, let's let the jury make

3    these determinations.

4          MR. CASTELLANO:  Sure, Your Honor.

5    BY MR. CASTELLANO:

6       Q.   Are you aware of other letters sent by

7    other cooperators, and specifically letters sent by

8    Jerry Armenta to Jerry Montoya's attorney?

9       A.   I haven't read them, but I've heard of

10   them.

11      Q.   And are you aware, through what you've

12   heard of them, that that was a means of Mr. Armenta

13   taking the responsibility for the charges when it

14   was a state case?

15         MR. VILLA:  Objection, calls for hearsay.

16         THE COURT:  Well, she isn't familiar with

17   the letters, so I think we'd better just let this

18   go.

19         Sustained.

20   BY MR. CASTELLANO:

21      Q.   Going back to this date, October of 2014,

22   that was still a state prosecution and not a federal

23   case, correct?

24      A.   Correct.

25      Q.   And, in fact, this case wasn't even



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1  indicted until December of 2015?

2      A.   Correct.

3      Q.   Yesterday you were asked about a statement

4  by Timothy Martinez in which he indicated that Rudy

5  Perez told him something.  Do you remember that?

6  About the shanks?

7      A.   I do.

8      Q.   And then there was talk about him being at

9  Torrance County Detention Center and then being

10 moved after that?

11     A.   Yes.

12     Q.   Do you know why people were moved after

13 they decided to cooperate?

14     A.   It's unsafe for cooperators to be housed

15 with defendants.

16     Q.   At that point, if it became known that

17 Timothy Martinez had cooperated, he could be put in

18 harm's way?

19     A.   He could.

20     Q.   And so under these circumstances, every

21 time somebody decided to cooperate, were they then

22 removed from any facilities where -- or moved

23 separately from any facilities where pending

24 defendants were?

25     A.   Yes.

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                           201 Third NW, Suite 1630
Santa Fe, NM 87501                                   Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                     FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1    Q.   You were also asked about Billy Cordova in

2  this recording in April of 2017 of Gabriel Valdivia.

3  Do you remember that?

4    A.   I do.

5    Q.   How did that come about?  Because you said

6  you oversaw it, but it didn't sound like it was

7  necessarily an FBI operation.  What were the

8  circumstances of how that recording came about?

9    A.   I believe personnel from the New Mexico

10 Department of Corrections had information that Mr.

11 Valdivia was talking to Mr. Cordova.  They requested

12 a recording device from the FBI because they don't

13 have any of their own, so we provided one to them.

14 After the recordings were made, they turned it over

15 to me, and I processed that evidence into our

16 evidence and then made a report from it.

17   Q.   Okay.  So that was basically at the

18 Corrections Department's request?

19   A.   Correct.

20   Q.   And at that point, Billy Cordova wasn't

21 even working as a confidential human source for the

22 FBI?

23   A.   Correct.

24   Q.   Did the FBI compensate him for that?

25   A.   We did not.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   And did those recordings capture
 2   incriminating statements by Mr. Valdivia?
 3        A.   They did.
 4        Q.   Now, when it comes to debriefs and
 5   interviewing people, do you know everything that
 6   they know after you finish meeting with them, even
 7   if it's for a few hours?
 8        A.   No.
 9        Q.   And why is that?
10        A.   I don't think it's possible to get every
11   piece of information from someone in a couple of
12   hours.
13        Q.   And even if someone is debriefed, let's
14   say three or four times, is there still more
15   information to be had?
16        A.   Yes.
17        Q.   And as we got closer to the actual trial
18   of this particular case, did the evidence or the
19   interviews become more specific and pointed at this
20   case?
21             MS. JACKS:   Objection, leading.
22             THE COURT:   Overruled.
23        A.   They did.
24        Q.   You were also asked about the exchange of
25   notes between Mr. Rodriguez and Mr. Urquizo.  Do you
```



SANTA FE OFFICE                                           MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                   Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                     FAX (505) 843-9492
                                                         1-800-669-9492
                                                  e-mail: info@litsupport.com

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1   remember that?
 2           MS. JACKS:  Objection, misstates the
 3   questions.  The questions were about what people
 4   said about the exchange of notes.
 5           THE COURT:  I'll let you deal with it on
 6   redirect.
 7   BY MR. CASTELLANO:
 8       Q.   Did you understand the point?  That will
 9   be my question.  Go ahead and answer it.
10       A.   Yes.
11       Q.   So what do you recall about Mr. Urquizo
12   telling you?
13           MS. JACKS:  Objection, beyond the scope.
14           THE COURT:  Overruled.
15       A.   I remember --
16           MS. JACKS:  Objection, vague as to time.
17           THE COURT:  Overruled.
18       A.   Mr. Urquizo stated that Mario Rodriguez
19   had either shown a note over the door, because Mr.
20   Urquizo wanted to have somebody else hit at the same
21   time that the Javier Molina hit was supposed to
22   happen, in which Mr. Rodriguez basically apologized
23   that they needed to move quickly, and therefore the
24   individual Mr. Urquizo wanted to have hit wouldn't
25   be hit.
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                     201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 843-9492                                            FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   So it's your understanding that there was
 2   an exchange of communication between the two?
 3        A.   Yes.
 4             MS. JACKS:   Objection, calls for a
 5   conclusion.   The question was what he said, not what
 6   actually happened.
 7             THE COURT:   Overruled.
 8        Q.   Is that your understanding, ma'am?
 9        A.   Yes.
10        Q.   So you were asked what Mr. Rodriguez told
11   you, so I want to cover some of that information.   I
12   don't need the specific number.   Do you remember
13   approximately how many times you've now sat down
14   with Mr. Rodriguez to interview him?
15        A.   Approximately five.
16        Q.   And did those all start in the fall of
17   last year, the October/November timeframe?
18        A.   Yes.
19        Q.   So when you talked to him, did he give
20   information only about the Molina murder?
21        A.   No.
22        Q.   So starting in October, did he provide
23   information to you about other people named Samuel
24   Silva and Arturo Garcia, for example?
25        A.   He did.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   Did he also mention any rival gang members
 2   from Los Carnales gang?
 3        A.   I believe he did.
 4        Q.   If you're not sure, I can refresh your
 5   recollection with the report.
 6        A.   Yes, please.
 7             MR. CASTELLANO:  May I approach, Your
 8   Honor?
 9             THE COURT:  You may.
10        Q.   Agent Stemo, after having reviewed the
11   report --
12             MS. JACKS:  Your Honor, I would object.
13   This line of questioning appears to be eliciting
14   hearsay.  Mr. Rodriguez testified.
15             MR. CASTELLANO:  I'm not asking what was
16   said.  I was asking about whether he gave
17   information about particular topics, Your Honor.
18             THE COURT:  Well, let's see what the
19   question is, and then we can deal with any
20   objection.
21   BY MR. CASTELLANO:
22        Q.   So the question was whether or not he also
23   discussed with you rival gang members from Los
24   Carnales gang?
25        A.   He did.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1          MS. JACKS:  I would object as, A, calling

2   for hearsay or based on hearsay; but also, B, what's

3   the relevance if he provided information on some

4   topic.

5          THE COURT:  Overruled.

6   BY MR. CASTELLANO:

7      Q.   Agent Stemo, the defense attorneys asked

8   you a lot of information about what Mario Rodriguez

9   did or didn't say, so let me ask you some more

10  questions about this.  Did he tell you about the

11  assault on Robert Esparza over a $900 drug debt?

12     A.   Yes.

13     Q.   So that was information that actually came

14  from him?

15     A.   Yes.

16     Q.   Did he also talk to you about the Alex

17  Sosoya assault?

18     A.   He did.

19     Q.   And his role in it, as well as Robert

20  Martinez' role?

21     A.   Yes.

22     Q.   Did he explain to you why the assault

23  happened?

24     A.   Yes.

25     Q.   Including how he prepared any weapons for
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   that assault?

 2        A.   He did.

 3        Q.   Now, as far back as October 24th of 2017,

 4   did he provide you information about the Javier

 5   Molina homicide?

 6        A.   He did.

 7        Q.   Did he also know Javier Molina was Crazy?

 8        A.   I believe so.

 9        Q.   Was that an a/k/a for him?

10        A.   Yes.

11        Q.   Did he provide any information about Mr.

12   Baca's feelings about rats --

13        A.   Yes.

14        Q.   -- and what should be done with them?

15        A.   They should be killed.

16        Q.   Did he provide you information about how

17   the paperwork got to the Southern New Mexico

18   Correctional Facility?

19        A.   I believe he did.

20        Q.   Do you remember if he mentioned the names

21   Cheech and Mr. Calbert?

22        A.   Yes.

23        Q.   And did he tell you what happened to the

24   paperwork once it arrived at the facility?

25             MR. LOWRY:  Objection, hearsay, Your
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   Honor.
 2            THE COURT:  Well, are you trying to elicit
 3   this out-of-court statement?  And if you are, what
 4   purpose are you trying to elicit it for?
 5            MR. CASTELLANO:  No, Your Honor.  This is
 6   specifically responsive to the defense indicating
 7   what Mr. Rodriguez did not tell the FBI.
 8            THE COURT:  Well, I'm going to allow him
 9   to answer the question just to determine the
10   credibility of the witness, but you can't consider
11   this statement that's being offered for the truth of
12   the matter.  You can only use it in determining the
13   truthfulness of the witness that has testified
14   earlier in the trial.
15   BY MR. CASTELLANO:
16       Q.   So did he provide information to you about
17   what happened to the paperwork once it arrived at
18   the facility?
19       A.   Yes.
20       Q.   Including his own role in the Molina
21   homicide?
22       A.   He did.
23       Q.   And Mr. Herrera's role in the homicide?
24       A.   Yes.
25       Q.   And Mr. Sanchez'?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492





PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   Yes.

 2        Q.   And did he tell you about any discussions

 3   he had with Mr. Sanchez about the homicide?

 4        A.   He did.

 5        Q.   And who should be picked to commit the

 6   murder?

 7        A.   I believe so.

 8        Q.   Did he tell you how Timothy Martinez got

 9   involved?

10        A.   He did.

11        Q.   Did he talk to you about the discussion

12   about whether or not the cameras should be covered

13   or not?

14        A.   He did.

15        Q.   And whose decision that was?  Did he tell

16   you that?

17        A.   He did.

18        Q.   Did he explain to you how the pieces came

19   from the walker belonging to Rudy Perez?

20        A.   He did.

21        Q.   And did he indicate to you that he ever

22   said anything at all to Rudy Perez?

23        A.   I don't think so.

24        Q.   So not a word?

25        A.   Not that I remember.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1      Q.   And we don't need to worry about what was
2  said.  Actually, was Mr. Perez meeting with somebody
3  before Mr. Rodriguez arrived, from what he told you?
4      A.   He was.
5      Q.   Who was he meeting with?
6      A.   Mr. Daniel Sanchez.
7           MS. JACKS:  Calls for hearsay.  This isn't
8  inconsistent with the witness' testimony.
9           THE COURT:  Well, do you have -- do you
10 have a transcript, either one of you, so that I can
11 make that determination?
12          MS. JACKS:  Well, I would say that's on
13 the person offering the evidence.
14          THE COURT:  Well, you're making the
15 objection.  So find the transcript.
16          MS. JACKS:  I'll find it.
17          THE COURT:  And let's bring it up here to
18 the Court if you're going to make that objection.
19          MR. CASTELLANO:  I'll move forward while
20 she's doing that, Your Honor.
21          THE COURT:  All right.
22 BY MR. CASTELLANO:
23     Q.   And from the discussion, did you learn how
24 close Rudy Perez was to the inner pod door where the
25 note was passed?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    Yes.
 2        Q.    Was there discussion of Mr. Rodriguez
 3   telling Mr. Martinez to go get high before this
 4   happened?
 5        A.    There was.
 6        Q.    And how there might have been any change
 7   of plan by Mr. Martinez about how Mr. Molina would
 8   be incapacitated?
 9        A.    Yes.
10        Q.    And is it true that Mr. Rodriguez actually
11   told you he's the person who made the shanks?
12        A.    Yes.
13        Q.    Did he also tell you what happened to the
14   shanks after the Molina murder?
15        A.    I believe he told me what happened to one
16   of the shanks.
17        Q.    And did he tell you what was supposed to
18   happen to each of the shanks after the murder?
19        A.    He did.
20        Q.    Did he tell you about any discussions he
21   had with Mr. Baca following the murder and regarding
22   the topic of paperwork?
23        A.    Yes.
24        Q.    I want to go back, take a step back for a
25   second.  On the day that Mr. Rodriguez decided to
```

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                     Albuquerque, NM 87102
(505) 989-4949                                                  (505) 843-9494
FAX (505) 843-9492                                        FAX (505) 843-9492
                                                              1-800-669-9492
                                                      e-mail: info@litsupport.com



1    cooperate with the Government, are you aware of

2    whether or not he had any shanks with him?

3         A.   He did.

4         Q.   How did you become aware that he had

5    shanks?

6         A.   He volunteered that information.

7         Q.   And when he volunteered that information,

8    was there any indication that since he was

9    cooperating, he should no longer carry those

10   shanks?

11        A.   Yes.

12        Q.   Did he agree to do that?

13        A.   He did.

14        Q.   And did he in fact turn over the shanks to

15   the Marshal Service on that date?

16        A.   He did.

17        Q.   And where were those shanks concealed?

18        A.   In his rectum.

19        Q.   And isn't it true that he also told you

20   that he came to court with the shanks?

21        A.   He did.

22        Q.   Pretty much any time he came to court?

23        A.   He did.

24             MS. JACKS:  Your Honor, I can respond to

25   the Court's inquiry at this time.

SANTA FE OFFICE                                                                    MAIN OFFICE
119 East Marcy, Suite 110                                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                                           Albuquerque, NM 87102
(505) 989-4949                                                                          (505) 843-9494
FAX (505) 843-9492                                                              FAX (505) 843-9492
                                                                                      1-800-669-9492
                                                                          e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1              THE COURT:  All right.  Ms. Jacks.
 2              MS. JACKS:  It's the transcript of
 3  February 7, 2018, at page 192, beginning at line 11,
 4  going through the end of page 194.
 5              THE COURT:  All right.  We'll read it.
 6              MS. JACKS:  I'm sorry?
 7              THE COURT:  Read it.
 8              MS. JACKS:  Out loud to the jury?
 9              THE COURT:  Yes.
10              MS. JACKS:  Well, I'd prefer not to do
11  that.
12              THE COURT:  Bring it to the bench, then.
13  Bring me a copy.
14              (The following proceedings were held at
15  the bench.)
16              MS. JACKS:  I don't have hard copies of
17  the transcript.  Do you want to see it?
18              MR. CASTELLANO:  I was asking who was
19  there first.
20              MS. JACKS:  Right, and it comes -- I'm
21  just showing it to him.
22              MR. CASTELLANO:  Show it directly to the
23  Judge.  I appreciate that.
24              THE COURT:  After you look at it --
25              MR. CASTELLANO:  She can show it to you
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  now, Your Honor.

2          THE COURT:  Do you need me to rephrase

3  your question, or do you want a ruling?

4          MR. CASTELLANO:  I'll --

5          MS. JACKS:  If Mr. Sanchez was talking to

6  Mr. Perez prior to him; and if so, what Mr.

7  Castellano was trying to ask was not impeaching what

8  Mr. Rodriguez testified to during this trial.

9          THE COURT:  So do you agree this is the

10  statement that we're trying to impeach?

11          MR. CASTELLANO:  I do, Your Honor.  What

12  I'm saying is, once again the defense highlighted

13  what wasn't in the reports.  Getting the information

14  that he actually did provide to the FBI.

15          MS. JACKS:  My point is, it's improper for

16  the Government to go over everything a witness said

17  with this case agent unless they can show it's

18  either a prior inconsistent statement or if it's a

19  prior consistent statement.  The purpose of the case

20  agent is not to simply repeat everything the

21  informant told her.

22          MR. CASTELLANO:  You can bolster that if

23  credibility has been attacked, and clearly it has.

24          THE COURT:  Tell me what I'm looking at

25  here.  Is that you question?



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1           MS. JACKS:  No, this is Mr. Castellano's

2    direct of Mario Rodriguez, and what he's beginning

3    to ask him is about how he got the piece from Mr.

4    Perez' walker.

5           MR. CASTELLANO:  I didn't question Mr.

6    Rodriguez, Your Honor.

7           MS. JACKS:  Well, the Government.

8           THE COURT:  Hold on.  Don't talk.  Let me

9    read it so I can understand.

10           MS. JACKS:  You're going to have to page

11    through it.  It's multiple pages, unfortunately.

12           THE COURT:  Okay.  How do you get your

13    page to move?

14           MS. JACKS:  There are some arrow keys, and

15    I think if you just press down.  Did it work?  Let

16    me try.  Let's do it this way.  If you just click

17    right there, Your Honor, I believe it will work as

18    long as the arrow is down in that little --

19           THE COURT:  Well, why don't you click it

20    for me.  I'm not getting it to work.

21           MS. JACKS:  This is the specific area.

22           THE COURT:  You think this is it?

23           MS. JACKS:  Well, I think right here is

24    the specific area Mr. Castellano was just inquiring

25    about.

SANTA FE OFFICE                                                                      MAIN OFFICE
119 East Marcy, Suite 110                                                      201 Third NW, Suite 1630
Santa Fe, NM 87501                                                              Albuquerque, NM 87102
(505) 989-4949                                                                              (505) 843-9494
FAX (505) 843-9492                                                                  FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1              THE COURT:  Okay.  Now, what are you
 2    trying to elicit from Ms. Stemo?
 3              MR. CASTELLANO:  It's only in a summary
 4    fashion.  What I asked was who was there first,
 5    having a conversation, and whether or not Mr.
 6    Rodriguez said anything whatsoever to Rudy Perez.
 7              THE COURT:  Well, I don't see that that is
 8    -- at least in this segment here, I don't see that
 9    that would be either consistent with something he
10    said or impeaching what he said earlier, so I'll
11    sustain the objection on that question.
12              MR. CASTELLANO:  Sure.  I'll rephrase.
13              MS. JACKS:  And there was an answer, so
14    I'd ask it be stricken.  The answer was "Mr.
15    Sanchez."  Because he asked:  Who did he tell you
16    was talking to Mr. Perez prior?
17              THE COURT:  Let me see it.
18              MR. CASTELLANO:  And that would be
19    consistent.
20              MS. JACKS:  But it doesn't meet the
21    criteria for prior consistent statement whatsoever.
22              THE COURT:  I just don't think this
23    segment -- if the Government has got a different
24    segment that it's going on -- hold on.
25              So you think when he said "Mr. Daniel
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  Sanchez," that was a statement by the witness?

2           MS. JACKS:  Yes, Your Honor.

3           THE COURT:  All right.  How do you want to

4  reference it for the jury?

5           MS. JACKS:  I mean, I guess the reason

6  that I'm up here and trying to make this point is, I

7  think the Court should put an end to the Government

8  standing up here and doing exactly this, contrary to

9  the Rules of Evidence.  So in terms of this one, I'm

10  not sure there is a good way to fix it at this

11  point.

12           THE COURT:  Okay.

13           MS. JACKS:  In terms of any sort of future

14  violations of the same sort, I think the Government

15  should be warned not to elicit hearsay unless they

16  have a good faith basis.  And given their

17  performance, they should have to establish it

18  outside the presence of the jury.

19           THE COURT:  Well, if we're trying to

20  bolster the witness with a prior consistent

21  statement, then make sure that there was an

22  inconsistent statement before you do it, and this

23  would be one at a time.

24           MR. CASTELLANO:  We can, Your Honor.  We

25  will take them one at a time.  And of course the

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   defense is saying his entire testimony, all of the

2   statements are inconsistent.  But I understand the

3   Court's ruling.

4           MS. JACKS:  And in my defense, I only

5   asked Ms. Stemo about -- very limited sort of

6   questions regarding Mr. Rodriguez, regarding the

7   note.  We didn't make a full-blast attack on this

8   witness.

9           THE COURT:  I'm telling the Government,

10  before they ask a question, they need to be having

11  in mind and be ready to defend a prior inconsistent

12  statement if they're going to come back and turn it

13  into consistent statements.

14          MR. CASTELLANO:  In addition, many of

15  these aren't even statements.  I asked about certain

16  topics that he discussed with them, without saying

17  what was said.

18          THE COURT:  Well, I might need to sustain

19  the outside the scope, then, if we're going to go

20  there, because it's not really relevant to the

21  direct examination.  So I think probably if you're

22  going to go through this, you're just going to have

23  to have firmly in mind some inconsistent statement

24  of Mr. Rodriguez that you're coming back and trying

25  to offer some prior consistent statement to bolster.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   If you can't link it up, I think we probably
 2   shouldn't be doing this.
 3             MR. CASTELLANO:  Understood, Your Honor.
 4             MR. LOWRY:  Your Honor, may I be heard?
 5   Your Honor, again, I'm going to point out that we
 6   didn't elicit any of this testimony at all.  And for
 7   the United States to try to bolster the credibility
 8   of its witness by soliciting comments about Mr. Baca
 9   was uncalled for, and I'd ask the Court to strike
10   all of the testimony at this time.
11             THE COURT:  Well, if we can identify where
12   he talked about Mr. Baca.
13             MR. LOWRY:  Mr. Castellano asked her if
14   she recalled comments about Mr. Baca, about
15   snitches, and she said:  Yes, he wanted snitches
16   killed.
17             THE COURT:  And if you can do like
18   Ms. Jacks did and find that that is not a consistent
19   statement, I'll take a look at it.  Do you want me
20   to do anything?
21             MS. JACKS:  I'd ask the Court strike it
22   from the record.  But in terms of instructing the
23   jury, no.
24             THE COURT:  I'll strike Ms. Stemo's answer
25   about Daniel Sanchez.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1            MR. VILLA:  And, Your Honor, yesterday on

 2    direct, I elicited inconsistent statements from Mr.

 3    Rodriguez, very limited to the statements about Mr.

 4    Perez; and when he made that statement, if he was in

 5    fear.  I didn't get into any of this stuff in terms

 6    of the scope.

 7            THE COURT:  Well, I'm defining what the

 8    Government is going to be able to do here.

 9            MS. BHALLA:  Sorry, Your Honor.  Very

10    quickly.  We didn't ask any questions of this

11    witness, to avoid this very problem.  So just for

12    the record, we would object to that line of

13    questioning, as well.

14            Thank you.

15            (The following proceedings were held in

16    open court.)

17            THE COURT:  All right.  Mr. Castellano?

18            MR. CASTELLANO:  Thank you, Your Honor.

19    BY MR. CASTELLANO:

20        Q.   Okay.  So in addition to the information

21    he gave you on the Molina homicide, did he give you

22    information about the SNM in general?

23        A.   He did.

24        Q.   On November 1st, 2017, there was an

25    11-page report.  Attached to that report, was there

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                 Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 843-9492                                                 FAX (505) 843-9492
                                                                   1-800-669-9492

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE                                                  e-mail: info@litsupport.com

1    something else provided to you by Mr. Rodriguez?

2         A.   Yes.

3         Q.   And did he basically handwrite -- let me

4    see -- ten pages worth of notes to share with the

5    agents?

6         A.   He did.

7         Q.   And in those ten pages of notes, did he

8    also provide information about the Javier Molina

9    murder?

10        A.   I believe he did.

11        Q.   Okay.  Turning back to Government's

12   Exhibit FV, what was inconsistent between the

13   statements of Mr. Rodriguez when it came to Timothy

14   Martinez's role in the Molina homicide?

15             MR. VILLA:  Objection, asked and answered.

16             THE COURT:  Overruled.

17             MR. LOWRY:  Your Honor, I'm going to

18   object on behalf of Mr. Baca as beyond the scope of

19   direct examination of Ms. Stemo and ask for a

20   limiting instruction as to all of this testimony.

21             THE COURT:  Well, what tie to the direct,

22   what came up in direct that I guess --

23             MR. CASTELLANO:  Well, the whole letter is

24   part of the direct, Your Honor.

25             THE COURT:  Yeah, that's true.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1              MR. CASTELLANO:  And it also refers to
2    prior inconsistent statements alleged by the
3    defense.
4              THE COURT:  All right.  Are you going to
5    elicit any statements about Mr. Baca?
6              MR. CASTELLANO:  Not unless there's
7    something inconsistent with what's in the letter,
8    Your Honor.
9              THE COURT:  All right.
10             MR. LOWRY:  May I be heard?  Mr. Baca
11   didn't bring up this letter at all.
12             THE COURT:  I understand.  I'm trying to
13   deal with your first objection.
14             So if, to be truthful in answering any of
15   the questions that Mr. Castellano is going to ask
16   you, you need to mention Mr. Baca, just alert him,
17   and then I'll bring counsel up here and we'll see
18   what's going on.
19             All right.  Mr. Castellano.
20             MR. CASTELLANO:  Thank you, Your Honor.
21   BY MR. CASTELLANO:
22        Q.  So let me take a look at this statement
23   here.  Okay.  So in terms of prior inconsistent
24   statements, once again, was there an indication --
25   the letter says that he never saw Jerry Montoya in
```

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                   Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                   FAX (505) 843-9492
                                                          1-800-669-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE
e-mail: info@litsupport.com

```
 1   possession of any sort of weapon or assault Javier

 2   Molina.  Did Mr. Rodriguez tell you something

 3   different than that?

 4       A.   He did.

 5       Q.   What was it?

 6            MR. VILLA:  This has been asked and

 7   answered.

 8            THE COURT:  Overruled.

 9       A.   I believe he stated he provided Mr.

10   Montoya with the shank; observed Mr. Montoya stab

11   Mr. Molina; and then he disposed of Mr. Montoya's

12   shank after the stabbing occurred.

13       Q.   Where did he dispose --

14            MS. JACKS:  Your Honor, I'm going to

15   object because the statements that Agent Stemo is

16   relating are not prior inconsistent statements.

17   They're statements made after this letter was

18   written.

19            THE COURT:  Well, then what basis do you

20   have to bring these in, Mr. Castellano?

21            MR. CASTELLANO:  Well, Exhibit FV would be

22   the prior inconsistent statement, Your Honor.

23            THE COURT:  Well, I understand.  It was

24   written earlier than the statements that are being

25   talked about here.  So I think I'll sustain.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1            MS. JACKS:  Will the answer be stricken,
 2   please?
 3            THE COURT:  That answer will be stricken.
 4   BY MR. CASTELLANO:
 5       Q.   Going back to this, do you in fact know
 6   that this was written before Mr. Rodriguez met with
 7   you?
 8       A.   If you go by the date that he provided on
 9   the letter.
10       Q.   In addition, did this come from the
11   Corrections Department property?
12       A.   It did.
13       Q.   And so did you have this statement, or the
14   FBI had this statement, prior to the time that you
15   met with Mr. Rodriguez and he cooperated?
16       A.   I believe so.
17       Q.   Why did Mr. Rodriguez cooperate?
18       A.   I believe --
19            MS. JACKS:  Objection, calls for
20   speculation.
21            THE COURT:  Well, you can ask the
22   question, does she have an understanding, what was
23   her thought as to why he did it, but she can give
24   her thoughts.  But you probably can't ask the
25   question that way.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              MR. CASTELLANO:  I'll rephrase.
 2              MS. JACKS:  Your Honor, no disrespect
 3    meant to Agent Stemo, but what she understood or
 4    what she thinks about that is not relevant to this
 5    proceeding.
 6              THE COURT:  Well, it may be.  We'll wait
 7    until the follow-up questions.  Overruled.
 8    BY MR. CASTELLANO:
 9         Q.   After sitting down and talking with Mr.
10    Rodriguez, what was your understanding of why he
11    cooperated?
12              MS. JACKS:  Same objection, calls for a
13    conclusion based on hearsay.
14              THE COURT:  I've overruled these
15    objections.
16         A.   He was tired of the lifestyle.
17         Q.   And was he tired of carrying a weapon all
18    the time?
19         A.   He was.
20              MS. JACKS:  Objection, Your Honor.  That
21    appears to be based on hearsay.
22              THE COURT:  Sustained.
23              MS. JACKS:  Can the answer be stricken?
24              THE COURT:  It will be stricken.
25              MS. JACKS:  Can counsel be admonished to
```

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                   Albuquerque, NM 87102
(505) 989-4949                                               (505) 843-9494
FAX (505) 843-9492                                     FAX (505) 843-9492
                                                            1-800-669-9492



```
 1  stop intentionally eliciting hearsay?

 2          THE COURT:  No.  You can make objections

 3  when the question is improper.

 4  BY MR. CASTELLANO:

 5      Q.  I'm almost done here, Agent Stemo.  Let me

 6  just check my notes.

 7          MR. CASTELLANO:  May I have a moment, Your

 8  Honor?

 9          THE COURT:  You may.

10          MR. CASTELLANO:  Thank you.  Thank you,

11  Your Honor.  I pass the witness.

12          THE COURT:  Thank you, Mr. Castellano.

13          Mr. Villa.

14          MR. VILLA:  Thank you, Your Honor.

15          THE COURT:  Mr. Villa.

16                  REDIRECT EXAMINATION

17  BY MR. VILLA:

18      Q.  Good morning, Agent Stemo.

19      A.  Good morning.

20      Q.  You just testified that Mr. Rodriguez told

21  you the reason he cooperated was because he was

22  tired of the life?

23      A.  Yes.

24      Q.  But isn't it true that he also said that

25  one of the reasons he cooperated was that the SNM
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    was so fucked up and there's no loyalty?

2            MR. CASTELLANO:  Objection, calls for

3    hearsay.

4            THE COURT:  Well, it seems to me that

5    you're doing the same thing that you were objecting

6    to Mr. Castellano doing.

7            MR. VILLA:  Well, no, Your Honor.  I think

8    this is elaborating on the testimony that she just

9    gave about what Mr. Rodriguez told her.

10           THE COURT:  Sustained.

11   BY MR. VILLA:

12       Q.   Do you agree with me that right before Mr.

13   Rodriguez cooperated, his trial on the Sosoya case

14   was a couple weeks from starting?

15       A.   I believe it was a week away.

16       Q.   A week away?

17       A.   I think so.

18       Q.   And the Sosoya case was an assault that

19   Mr. Rodriguez was charged with?

20           MR. CASTELLANO:  Objection, beyond the

21   scope.

22           THE COURT:  Overruled.

23       Q.   Yes?

24       A.   Correct.

25       Q.   And he was charged along with Baby Rob or

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                           Albuquerque, NM 87102
(505) 989-4949                                               (505) 843-9494
FAX (505) 843-9492                                           FAX (505) 843-9492

**BEAN
&ASSOCIATES,** Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1   Rob Martinez?

2       A.   He was.

3       Q.   And Rob Martinez was going to testify

4   against Mario Rodriguez, wasn't he?

5       A.   He was.

6       Q.   You've talked about how, when you

7   interviewed Mr. Rodriguez, that it felt like -- it

8   looked like he had a burden lifted, right?

9       A.   Yes.

10      Q.   This is the October 24th interview that

11  you did?

12      A.   Yes.

13      Q.   The first one?

14      A.   Yes.

15      Q.   And he began to cry as he talked about

16  cooperating and those sorts of things?

17      A.   Yes.

18      Q.   He was emotional?

19      A.   He was.

20      Q.   And that was the interview in which he

21  told you that when he took the piece from Mr. Perez'

22  walker, Mr. Perez looked scared?

23      A.   Yes.

24      Q.   And you understood that when Mr. Rodriguez

25  was telling you that, it wasn't about necessarily



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  something Mr. Perez said to him, but the way he

2  viewed Mr. Perez' demeanor?

3      A.   We didn't discuss why he said Mr. Perez

4  was scared.

5      Q.   I see.  Okay.  And you testified that I

6  think you've figured out you interviewed Mr.

7  Rodriguez about five times?

8      A.   I think so.

9      Q.   And so just to make sure that the answer

10 stays the same from yesterday -- because I think we

11 talked about two or three times -- never did Mr.

12 Rodriguez waver from the statement he made to you

13 about Mr. Perez being in fear?

14     A.   No, he never brought that up to me.

15     Q.   Now, about this burden that Mr. Rodriguez,

16 it was lifted from him, is the way you described it.

17 Before he agreed to work for the Government, he was

18 facing a life sentence, wasn't he?

19     A.   I believe so.

20     Q.   And after he agreed to work for the

21 Government, he entered into a plea agreement which

22 he wouldn't have to face that life sentence if the

23 Government files a motion?

24     A.   I believe so.

25     Q.   That's a pretty big burden to be lifted

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1   from, isn't it?

2        A.   Yes.

3        Q.   You testified on cross-examination about

4   some -- about your notes?

5        A.   Yes.

6        Q.   Are those your handwritten notes from your

7   interviews with Mr. Rodriguez?

8        A.   Yes.

9        Q.   Do those notes still exist?

10       A.   Yes.

11       Q.   And have those notes been provided to the

12  United States?

13       A.   Yes.

14       Q.   Do you know if those notes have ever been

15  provided to the defense?

16       A.   I don't know.

17       Q.   Would it surprise you to learn that they

18  have not?

19       A.   I guess not.

20       Q.   That wouldn't surprise you?

21       A.   I don't know what they turn over and

22  what --

23            MR. CASTELLANO:  Don't testify.

24            THE COURT REPORTER:  I'm sorry?

25            THE COURT:  Well, don't testify.  You can
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   ask her questions, and we'll deal with any discovery

2   issues later.

3   BY MR. VILLA:

4       Q.   Okay.  I just want to clarify your

5   testimony.  Would it surprise you to learn that the

6   defense has not received your notes?

7       A.   No, I don't know what they disclose and

8   what they don't.

9       Q.   Okay.  And understanding that you didn't

10  look through Mr. Rodriguez' box in which you

11  discovered Exhibit FV until this weekend, that box

12  was in the possession of the FBI since at least last

13  summer?

14      A.   Correct.

15      Q.   And according to Exhibit FV -- and if you

16  need to see it again, we'll pull it up -- Mr.

17  Rodriguez was saying he was going to testify to

18  those things under oath?

19      A.   That's my understanding.

20      Q.   And that's what he wrote in the letter?

21      A.   Yes.

22      Q.   And I think you testified that you knew at

23  that time, October 2014, the date of the letter, the

24  state proceedings were still underway?

25      A.   I believe so.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   And so Mr. Rodriguez says in this letter
 2   that he would testify under oath, referring to the
 3   state proceedings?
 4        A.   Yes.
 5        Q.   Now, you testified about how Mr. Rodriguez
 6   told you about his assault on Mr. Esparza for the
 7   drug debt?
 8        A.   Yes.
 9        Q.   And how he told you about his role in the
10   Sosoya assault?
11        A.   He did.
12        Q.   And how he had prepared weapons for the
13   Javier Molina assault?
14        A.   Yes.
15        Q.   And his role in the Javier Molina assault?
16        A.   Yes.
17        Q.   When he was telling you about these
18   assaults that he did or that he played a role in,
19   was he excited about it?
20        A.   No.
21        Q.   Did he ever take -- did he ever apologize
22   for what he did to these men?
23        A.   I don't think he did in front of me.
24        Q.   Did you ever make a determination for
25   yourself that he wouldn't commit acts of violence
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   like he did against these three men ever again?
 2         A.   No, I wouldn't say that.
 3         Q.   You can't be sure, can you?
 4         A.   I can't, no.
 5         Q.   You were asked by Mr. Castellano if you
 6   learned or if Mr. Rodriguez testified about where
 7   Mr. Perez' cell was in relationship to the inner pod
 8   door where this alleged paperwork was passed?
 9         A.   Yes.
10         Q.   But Mr. Rodriguez never told you that Mr.
11   Perez saw anything like that happen, did he?
12         A.   No, he didn't.
13         Q.   And you don't have any information from
14   Mr. Rodriguez that he told Mr. Perez anything at all
15   about paperwork?
16         A.   No.
17         Q.   Or that Mr. Perez even knew who the target
18   of the piece that was taken from his walker actually
19   was, at the time the piece was taken?
20         A.   Correct.
21              MR. VILLA:  May I have a moment?
22              THE COURT:  You may.
23              MR. VILLA:  No further questions.
24              THE COURT:  Ms. Jacks, do you have
25   redirect of Ms. Stemo?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              MS. JACKS:  I do, Your Honor.

 2              THE COURT:  Ms. Jacks.

 3                     REDIRECT EXAMINATION

 4  BY MS. JACKS:

 5       Q.    Good morning again, Ms. Stemo.

 6       A.    Good morning.

 7       Q.    I just have a few topics I want to cover

 8  with you based on Mr. Castellano's questions.  And

 9  I'm probably going to go basically in the order that

10  he went.

11       A.    Okay.

12       Q.    Mr. Castellano asked you some questions

13  about Mario Rodriguez crying and becoming emotional.

14  Do you recall that?

15       A.    Yes.

16       Q.    Would you agree with me that just because

17  someone cries or becomes emotional, that doesn't

18  mean that they're telling the truth, does it?

19       A.    Not necessarily.

20       Q.    Okay.  So people can cry and be emotional

21  and still lie?

22       A.    I suppose so.

23       Q.    And you're aware, aren't you, that Mr.

24  Rodriguez was convicted of an offense that requires

25  him to register as a sex offender, if and when he's
```

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                   Albuquerque, NM 87102
(505) 989-4949                                            (505) 843-9494
FAX (505) 843-9492                                    FAX (505) 843-9492
                                                       1-800-669-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE                          e-mail: info@litsupport.com

1    released from prison?

2           MR. CASTELLANO:  Objection, beyond the

3    scope.

4           MS. JACKS:  This goes to his state of mind

5    and why he might be emotional, Your Honor.

6           THE COURT:  Overruled.

7       A.   Yes.

8       Q.   And in your conversations -- well, not

9    only -- you didn't just talk with Mr. Rodriguez, did

10   you?  I mean, you also performed some sort of

11   background investigation regarding him, didn't you?

12      A.   Yes.

13      Q.   Okay.  And in dealing with Mr. Rodriguez,

14   both in your conversations with him and in what you

15   discovered in looking at his background and his

16   history, did you become aware that this fact that he

17   had to register as a sex offender was something that

18   was very disturbing and upsetting to Mr. Rodriguez?

19      A.   I don't think I discussed that incident

20   with him, so I don't know if he was disturbed or not

21   when he discussed it with other agents.

22      Q.   Okay.  Did he ever, in your presence,

23   discuss the fact that that was something that was of

24   concern to him, this fact that he had to register?

25      A.   I don't think we discussed that.

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492                                            FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1    Q.   Okay.  And did you ever look at the

2   multiple petitions for writs of habeas corpus he

3   filed in regard to that sex conviction to try to

4   invalidate the conviction so he didn't have to

5   register?

6    A.   I didn't see those.

7    Q.   You're not aware of those?

8    A.   No.

9    Q.   Okay.  During any of your interactions

10  with Mr. Rodriguez did you hear Agent Acee discuss

11  with him that one result of his becoming a

12  Government witness could be that he'd get a new

13  identity with a new criminal record?

14   A.   I don't think I was at that initial

15  meeting.

16   Q.   Can we have Exhibit F, as in Frank, V as

17  in Victor.  Ms. Stemo, this is the letter that you

18  were asked some questions about yesterday?

19   A.   Yes.

20   Q.   And this is the letter that you actually

21  brought to the attention of the Government on

22  Sunday?

23   A.   I believe it was Agent Sainato that did.

24  I brought it to his attention.

25   Q.   Okay.  You found the letter and brought it

SANTA FE OFFICE                                                MAIN OFFICE
119 East Marcy, Suite 110                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                     Albuquerque, NM 87102
(505) 989-4949                                                (505) 843-9494
FAX (505) 843-9492                                       FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1   to Sainato's attention, because he had actually been

2   in possession of it; is that right?

3        A.   Yes.

4        Q.   And Sainato had been in possession of this

5   letter since July, June or July of 2017?

6        A.   I was just told summer of 2017.

7        Q.   You don't know exactly when?

8        A.   No.

9        Q.   But the FBI -- somebody at the FBI had

10  possession of this letter prior to any of your

11  interviews with Mario Rodriguez, right?

12       A.   Correct.

13       Q.   And during your five or so interviews with

14  Mr. Rodriguez, was he ever confronted with this

15  letter and asked about it?

16       A.   No.  We didn't find it until after.

17       Q.   Well, somebody had it, right?  FBI Agent

18  Sainato had it?

19       A.   Correct.

20       Q.   But he didn't make you aware of it

21  until -- well, he never made you aware of it?

22       A.   Correct.

23       Q.   Just sort of by happenstance, you ran

24  across it?

25       A.   Yes.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   So I guess my question -- I want to go

2  back.   During your interviews with Mr. Rodriguez,

3  was he ever confronted with the statements in this

4  letter?

5    A.   No.

6    Q.   Was he ever asked whether he wrote this

7  letter in preparation to lie on the witness stand?

8    A.   No.

9    Q.   And are you aware -- were you present here

10 in court the days that Mr. Rodriguez testified

11 before this jury?

12   A.   I haven't been in the courtroom, as a

13 witness.

14   Q.   That's right.   That's right.   So -- and

15 you haven't been reading the transcripts of Mr.

16 Rodriguez' testimony?

17   A.   No.

18   Q.   Do you know whether he was asked during

19 this trial whether he participated, along with Jerry

20 Armenta and Jerry Montoya and Timothy Martinez, in

21 making up a story about the Molina murder so that

22 they could get out of or reduce their criminal

23 liability in the state case?

24   A.   I could assume they were, but I don't know

25 that for a fact.

SANTA FE OFFICE                                        MAIN OFFICE
119 East Marcy, Suite 110                    201 Third NW, Suite 1630
Santa Fe, NM 87501                            Albuquerque, NM 87102
(505) 989-4949                                        (505) 843-9494
FAX (505) 843-9492                               FAX (505) 843-9492
                                                   1-800-669-9492
                                            e-mail: info@litsupport.com



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        Q.   Do you know whether Mr. Rodriguez admitted
 2   doing that on the witness stand that you're sitting
 3   in right now?
 4             MR. CASTELLANO:   Objection, calls for
 5   speculation.
 6             THE COURT:   Well, it's a yes/no question.
 7   If she doesn't know, she can say she doesn't know.
 8        A.   I don't know that.
 9        Q.   Okay.  Can we have Exhibit 757, please.
10   Agent Stemo, have you seen this letter before?  And
11   if you need me to make any part of it bigger.  This
12   is a letter that Jerry Armenta wrote to Jerry
13   Montoya, that was intercepted at the prison while
14   the state case was pending.  Have you ever seen that
15   letter before?
16        A.   No.
17        Q.   Okay.  Mr. Castellano asked you some
18   questions about -- let me go back for a second.  Do
19   you know that this letter was produced as part of
20   the discovery in this case?
21        A.   I don't know that.
22        Q.   Do you recall the questions that Mr.
23   Castellano asked you about Mr. Rodriguez telling you
24   during a debrief that when he tried to hand the
25   shank to Jerry Montoya, that Mr. Montoya raised his
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1  hands?

 2       A.   Yes.

 3       Q.   I want to direct you to a portion of this

 4  letter.  Can we make it bigger?  I mean smaller.

 5  Let's go just for the top third of the letter and

 6  enlarge it.

 7           Do you see three lines down, the sentence

 8  starting "But"?  "But I had to tell the truth about

 9  how it all went down, from you picking up your hands

10  when Blue handed you your piece to the threats of

11  your life."

12           Do you see that?

13       A.   I do.

14       Q.   Would you agree with me that the person

15  who wrote this letter wrote that Jerry Montoya had

16  to pick up or picked up his hands when Blue handed

17  him the shank?

18       A.   Yes.

19       Q.   And are you aware that Mr. Armenta

20  testified about this letter, that he wrote this

21  letter at least in part to try to communicate pieces

22  of his story to Jerry Montoya?

23       A.   I don't know that.

24       Q.   Okay.  And can we enlarge -- I mean, make

25  the letter smaller?  Do you see that Bates stamp on
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   the bottom, U.S. versus DeLeon, et al., 2350?

 2        A.   Yes.

 3        Q.   Is that how materials that are disclosed

 4   in discovery in this particular case are designated

 5   by the Government?

 6        A.   Yes.

 7        Q.   And so that means that it's page 2350 of

 8   the discovery in this case?

 9        A.   Correct.

10        Q.   And the discovery in this case has been

11   provided to Mr. Rodriguez on a computer tablet,

12   correct?

13        A.   Yes.

14        Q.   And he's had the ability to read and to

15   have it in his cell for as much time as he wants

16   while the case has been pending?

17        A.   I don't know about the length of time

18   they're allowed to have it, but they are given

19   access to it.

20        Q.   To the discovery on the tablet?

21        A.   Yes.

22        Q.   Now, Mr. Castellano asked you some

23   questions about the handwritten notes that Mr.

24   Rodriguez prepared for your meeting on November 1st,

25   2017.  Do you recall those questions?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1        A.    Yes.

2        Q.    And did Mr. Rodriguez prepare those notes

3   prior to meeting with you and Agent Acee?

4        A.    Yes.

5        Q.    And during the course of your interview,

6   did you read those notes and ask him about them?

7        A.    I don't think I read them during the

8   interview.

9        Q.    After the interview, did you read them?

10       A.    Yes.

11       Q.    And if you need to see the notes, let me

12  know.  But my question to you is the same about the

13  questions with respect to the 302 reports of your

14  interviews with Mario Rodriguez.  In those notes,

15  did Mr. Rodriguez say anything about exchanging

16  notes with Lupe Urquizo on March 6, 2014, in the

17  afternoon?

18       A.    Not that I remember.  I'd have to read the

19  notes.

20       Q.    Okay.  Do you want me to get -- I want you

21  to be accurate, so I'll bring them up.

22            MS. JACKS:  Your Honor, I have Bates pages

23  51522 to 51531.  May I approach the witness and show

24  them to her?

25            THE COURT:  You may.
```

SANTA FE OFFICE                                           MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                   Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                     FAX (505) 843-9492
                                                         1-800-669-9492
                                                   e-mail: info@litsupport.com



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1  BY MS. JACKS:

2       Q.   And there are some markings on here, Agent

3  Stemo.  Those are mine, so I would just ask you to

4  ignore them.  Just let me know when you're done.

5       A.   Thank you.  I'm finished.

6       Q.   Thank you, Agent Stemo.  I appreciate you

7  taking your time doing that.  After you've had a

8  chance to review those notes, can you answer the

9  question?  And the question was whether in those

10 notes Mr. Rodriguez said anything about exchanging

11 notes with Lupe Urquizo or showing notes to Lupe

12 Urquizo on the afternoon of March 6, 2014.

13      A.   He did not.

14      Q.   Now, Mr. Castellano asked you some

15 questions about whether it's possible to get --

16 basically, to download everything from a person's

17 brain in a debrief, and I think you said that you

18 can't do that; you can't find out everything a

19 person knows in a few hours' time?

20      A.   Correct.

21      Q.   Right?  But would you agree with me that

22 when you're investigating a case and you're

23 interviewing a witness about a particular incident,

24 that one of the reasons that you make a report of

25 what was said during that interview is so that you

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  can track over time whether the witness is

2  consistent about the things that he's telling you

3  about, or whether his story changes over time?

4      A.   Yes.

5      Q.   So you would agree that you try to be as

6  thorough as possible and ask the witness -- in this

7  particular instance, Mr. Rodriguez -- everything you

8  can think of regarding the crime that you're

9  investigating?

10     A.   Yes.

11     Q.   And then try to document that as

12 accurately as possible?

13     A.   Correct.

14     Q.   And when you ask a witness questions in a

15 formal FBI interview, do you ask leading questions,

16 or do you ask open-ended questions that invite the

17 witness to remember things and tell you things that

18 you maybe don't already know?

19     A.   We try to ask open-ended questions.

20     Q.   To sort of download as much information as

21 you can from the witness?

22     A.   Yes.

23     Q.   And then do you also try to ask the

24 witness questions about things you already know the

25 answers to, maybe, to ascertain whether he's telling

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    the truth?

2         A.   Yes.

3         Q.   So prior to this trial, in total how many

4    hours do you think the FBI, yourself and other

5    agents included, spent downloading or debriefing Mr.

6    Rodriguez about what he says happened around the

7    time of the Molina homicide?

8         A.   Ballpark, around 10 or 15.

9         Q.   And were the interviews -- were any of the

10   interviews cut short because of some sort of

11   emergency or some sort of reason that you didn't

12   anticipate?

13        A.   No.  I'd say we had to return him to his

14   facility.

15        Q.   At night, he would have to go back to

16   jail?

17        A.   Yes.

18        Q.   And you could then have him come back the

19   next day, right?

20        A.   Sometimes.

21        Q.   Or you could go out to the jail, like you

22   did at least once, to talk to him, right?

23        A.   Yes.

24        Q.   And in your experience, do you think that

25   human memory gets better with time, or does it tend



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   to fade with time?

2        A.   I think it depends on the person.

3        Q.   In preparing -- well, let's go back.  The

4   other thing that we talked about or you were asked a

5   little bit about yesterday is about how you're

6   trained in the FBI Academy to prepare reports and to

7   be as thorough as possible?

8        A.   Yes.

9        Q.   And is the idea that when you're preparing

10  the report, you want to document every fact of

11  significance that a witness has told you, so that

12  you have a record of that?

13       A.   Yes.

14       Q.   And so that you have in your hands

15  evidence that you could use to rebut the charge that

16  somebody has made something up?

17       A.   Correct.

18       Q.   Or also to rebut the charge that somebody

19  has talked to somebody else and now is including

20  what that other person says as part of what they

21  claim to remember?

22       A.   Yes.

23       Q.   Now, specifically in connection with the

24  events that Mr. Rodriguez told you or that he said

25  supposedly happened around the time of the Molina

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    murder, did you make efforts to corroborate that by

2    comparing his story to things that you knew to be

3    true?

4         A.   Yes.

5         Q.   What did you -- well, let me ask you this:

6    Did you compare what Mr. Rodriguez told you about

7    the events of March 6th and 7th, 2014, with

8    transportation records from the Department of

9    Corrections?

10        A.   I personally did not.

11        Q.   Did you compare what he told you about the

12   events of March 6th and 7th, 2014, with housing

13   records from the Southern New Mexico Correctional

14   Facility?

15        A.   I personally did not.

16        Q.   Did you compare what he told you about the

17   events of March 6th and 7th, 2014, with logs from

18   the correctional officers that were staffing that

19   Unit 1-A at the Southern New Mexico Correctional

20   Facility?

21        A.   I did not.

22        Q.   And Mr. Castellano asked you some

23   questions about the story that Mr. Rodriguez told

24   you about the passing of this paperwork from a guy

25   named Cheech to David Calbert?

SANTA FE OFFICE                                                      MAIN OFFICE
119 East Marcy, Suite 110                                      201 Third NW, Suite 1630
Santa Fe, NM 87501                                              Albuquerque, NM 87102
(505) 989-4949                                                            (505) 843-9494
FAX (505) 843-9492                                               FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    Yes.

 2        Q.    Do you recall those questions?

 3        A.    I do.

 4        Q.    And Cheech -- do you know Cheech to be an

 5   individual by the name of Joe Martinez?

 6        A.    Yes.

 7        Q.    And Joe Martinez is somebody that's been

 8   in and out of New Mexico correctional institutions

 9   for a long time, right?

10        A.    Yes.

11        Q.    Did you -- well, let me ask you this:  Do

12   you know whether Joe Martinez, Cheech, was in

13   custody between April 11, 2013, and February 10th of

14   2016?

15        A.    I don't know that.

16        Q.    You have seen offender physical location

17   histories prepared by the New Mexico Department of

18   Corrections, right?

19        A.    Yes.

20        Q.    And if I showed you -- do you know how to

21   read them?

22        A.    Yes.

23        Q.    It took me a while.  So if I showed you

24   the offender physical location history for Joe

25   Patrick Martinez, might that enable you to refresh
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1   your memory and answer the question as to whether he
 2   was in custody on those dates?
 3        A.   Yes.
 4        Q.   Okay.
 5             MS. JACKS:  May I approach, Your Honor?
 6             THE COURT:  You may.
 7        Q.   I have an exhibit that has been previously
 8   marked as Defendants' Exhibit V-16, V as in Victor.
 9             Agent Stemo, I'm handing you the whole
10   exhibit, but I think that the time period I asked
11   for is reflected on the first page.  And
12   specifically what I'm asking -- I'll break down the
13   question.
14             These are the housing records for Cheech,
15   right?
16        A.   Yes.
17        Q.   And can you look at the date April 11,
18   2013?
19        A.   That date's not on there.
20        Q.   Oh, I thought it was.  4/11?
21        A.   4?
22        Q.   No, 4/11/2013.
23        A.   No, it says April 4, 2013.
24             MS. JACKS:  May I approach?
25             THE COURT:  You may.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    Oh, I see it now.

 2        Q.    Okay.  So do you see that on April 11,

 3   2013, it looks like Mr. Martinez was in custody,

 4   right?

 5        A.    Yes.

 6        Q.    And housed at the North facility?

 7        A.    Yes.

 8        Q.    And then what's the next date on the

 9   housing record?

10        A.    February 10th, 2016.

11        Q.    And there, he's in some sort of intake?

12        A.    Correct.

13        Q.    So between April 11, 2013, and February

14   10th, 2016, according to those records was Mr.

15   Martinez in the New Mexico Department of

16   Corrections?

17        A.    I don't think so.

18        Q.    Can we have a -- there's some doubt, so I

19   just want to make --

20        A.    I'm not an expert on location histories.

21        Q.    But looking at that history, he's not

22   housed, according to that, within the New Mexico

23   Department of Corrections?

24        A.    Yeah, I don't think so.

25        Q.    Okay.  Thank you.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



```
 1              THE COURT:  Ms. Jacks, would this be a
 2   good point for us to take our morning break?
 3              MS. JACKS:  Yes.  And I can say I have
 4   nothing further.
 5              THE COURT:  Thank you, Ms. Jacks.
 6              All right.  We'll be in recess for about
 7   15 minutes.
 8              All rise.
 9              (The jury left the courtroom.)
10              THE COURT:  All right.  We'll be in recess
11   for about 15 minutes.
12              (The Court stood in recess.)
13              THE COURT:  All right.  We'll go on the
14   record.
15              Ms. Fox-Young, do you want continue your
16   request for relief?
17              MS. FOX-YOUNG:  Yes, Your Honor.
18              THE COURT:  Ms. Fox-Young.
19              MS. FOX-YOUNG:  Your Honor, I'd just like
20   to start with a document that was produced to me
21   about 30 seconds ago, which I have not yet had time
22   to review.  But I'd like to mark it as the next
23   Court's exhibit.  Our exhibit.  I'm sorry.  I don't
24   get to decide what the Court's exhibits are.
25              FX.  And it purports to be Agent Stemo's
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1  notes, I think from October 24, 2017, of her
 2  interview with Mario Rodriguez.  Mr. Castellano used
 3  those notes in cross-examination of Agent Stemo.  I
 4  don't have the transcript in front of me, but he
 5  asked her specifically -- and, Your Honor, I'd just
 6  ask that the witness not be present for this
 7  argument.
 8          THE COURT:  All right.  Why don't you step
 9  out, Ms. Stemo.
10          MS. FOX-YOUNG:  Thank you, Your Honor.
11          THE COURT:  Ms. Fox-Young.
12          MS. FOX-YOUNG:  And asked her specifically
13  whether she had included anything in her notes about
14  Mr. Perez' affect, as told to her by Mr. Rodriguez,
15  other than that Mr. Perez looked scared.  He may
16  have asked a couple of other questions about the
17  notes.
18          Of course, we didn't have the notes in
19  order to use on redirect.  I immediately emailed the
20  Government and asked them for the notes.  I think
21  we're entitled to the notes, as they're using them
22  in their case.
23          And this Court will recall prior rulings
24  to preserve and review and subsequently produce law
25  enforcement notes for any of the CHS law enforcement
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  handlers within 14 days.  I think that came out of

2  the May 9th to 10th, 2017, hearings.  And that was

3  the transcript from May 10th, 2017, page 4, lines 17

4  to 20; and page 5, line 25 to page 6, lines 1 to 2.

5          And in addition, Agent Stemo, although we

6  called her in our case, is the Government's agent.

7  We're entitled to Jencks on her.

8          And so I now have maybe a dozen

9  handwritten pages of notes that I haven't had a

10  chance to review.  I'm not sure how we'll be able to

11  use them at this moment, but we'd certainly ask that

12  we have the opportunity to use them with Agent

13  Stemo.  I think that's a clear violation of the

14  Court's multiple orders on production of Jencks,

15  production of notes of law enforcement handlers

16  within 14 days after review.

17          And with that, I'll just return to the

18  question of the box of documents that were

19  purportedly from Mario Rodriguez, which we still

20  have not received as of the present moment.  And

21  where I left off this morning, Your Honor, I was

22  also going to ask that the Court order the

23  Government to produce any and all FBI or New Mexico

24  Corrections Department reports documenting the

25  transfer of those records.  There have been



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   thousands of documents in this case, but I don't
 2   think that we have received them.  In addition, any
 3   other documents under Agent Sainato's desk or any
 4   other FBI agent's desk in their offices that are
 5   relevant with these witnesses.
 6              THE COURT:  All right.  Well, let me
 7   consider your request.
 8              All rise.
 9              (The jury entered the courtroom.)
10              THE COURT:  All right.  Everyone be
11   seated.
12              All right, Ms. Stemo, if you'll return to
13   the witness stand, and I'll remind you that you're
14   still under oath.
15              THE WITNESS:  Yes, Your Honor.
16              THE COURT:  All right.  Do any of the
17   other defendants have redirect examination that they
18   wish to conduct of Ms. Stemo?
19              Mr. Lowry.
20              MR. LOWRY:  Your Honor, may I approach?
21              THE COURT:  You may.
22              (The following proceedings were held at
23   the bench.)
24              MR. LOWRY:  Your Honor, I want to renew my
25   objection I made earlier.  We went through the Mario
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  Rodriguez testimony that he gave on February 7th,

2  and the problem is, Mr. Rodriguez never made any

3  kind of comment about Mr. Baca wanting to kill rats.

4  So this idea that the United States needed to

5  bolster or, you know, come back and vouch for the

6  credibility of this witness, whose credibility was

7  never under attack by Mr. Baca, doesn't qualify for

8  the hearsay exception or even the use of these

9  statements.

10         So at this time, we're going to have to

11  move to strike all of that testimony.

12         THE COURT:  Well, find it in the record

13  and let me see, and then give the Government an

14  opportunity to show me anything that is

15  inconsistent, that they're trying to impeach.  It's

16  a little hard for me to remember what I heard on

17  February 7th.

18         MR. LOWRY:  Understood, Your Honor.  And

19  we dutifully did that, and my position is there is

20  nothing in the record.

21         THE COURT:  I understand your position,

22  but he's testified something here you need me to

23  strike, and you need to find that.  The Government

24  needs to show me what it is.

25         MR. LOWRY:  I can do that, Your Honor.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  There was a series of questions where Mr. Castellano

2  asked --

3          THE COURT:  Tell me where in the record it

4  is.

5          MR. LOWRY:  Oh, gosh.  On this, I don't

6  have the time signatures.  On ours, we only have

7  page breaks.

8          THE COURT:  Ms. Bean, we need to have

9  consistent real-time between the Court and the

10 lawyers that I've got, page numbers, and they don't

11 have the time, and I do.  So we need to have the

12 same real-time advantages the Court does, that the

13 parties do.  So let's make sure that gets done.

14         MR. LOWRY:  I apologize, Your Honor.  Can

15 I give you -- the statement was, Mr. Castellano

16 asked a question, did he provide information about

17 Baca's feelings about rats.  And the answer was

18 "Yes."  And then there was a follow-up question

19 which I thought was a "Yes" or "No" question, "What

20 should be done with them," meaning what should be

21 done with rats.  And rather than respond "Yes" or

22 "No," Ms. Stemo said, "They should be killed."

23         Now, as far as we can tell, everyone in

24 the jury box took notes about that specific answer,

25 and I don't think the answer was responsive.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1            THE COURT:  What do you want me to do?
 2            MR. LOWRY:  I would like the jury to be
 3    instructed that all of that testimony --
 4            THE COURT:  When you say "all of that
 5    testimony," tell me what you want to say.
 6            MR. LOWRY:  I would like the jury to be
 7    instructed that Ms. Stemo's testimony, any testimony
 8    she provided regarding Mr. Baca be disregarded as to
 9    Mr. Baca.  I don't want to highlight that specific
10    statement, but I want the jury to know that any
11    statement she made regarding Mr. Baca should be
12    completely disregarded and not be used in their
13    consideration of this case, and that any notes that
14    they made should be stricken.
15            THE COURT:  Do you have any -- Mr.
16    Castellano, do you have any statements that you feel
17    that you were trying to get Ms. Stemo to make a
18    prior consistent statement, and can you link it with
19    the February 7th testimony?
20            MR. CASTELLANO:  I can't specifically link
21    it with that testimony.  I remembered him discussing
22    the rayos and the organization of the SNM.  I
23    thought it was in there, but I cannot pinpoint for
24    the Court.
25            THE COURT:  Do you have any objection to
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    me making this instruction, then?

2            MR. CASTELLANO:  No, because that would be

3    a "Yes" or "No" answer by providing information

4    about what he thinks.

5            THE COURT:  Well, why don't I give this

6    answer -- or give this instruction to the jury,

7    then.

8            (The following proceedings were held in

9    open court.)

10           THE COURT:  All right.  As far as Ms.

11   Stemo's testimony as to Mr. Baca, anything that she

12   said as to Mr. Baca should be disregarded.  And if

13   you took notes and you put that in there, go right

14   now and strike it out as to Mr. Baca.  So remove

15   that, and her testimony as to Mr. Baca will be

16   stricken.

17           All right.  Mr. Lowry, did you have any

18   redirect of Ms. Stemo?

19           MR. LOWRY:  No, Your Honor.

20           THE COURT:  Mr. Maynard?  Ms. Bhalla?

21           MS. BHALLA:  No, Your Honor.

22           MR. MAYNARD:  No, Your Honor.

23           THE COURT:  All right.  Ms. Stemo, you may

24   step down.

25           Do you have something further, Mr.

SANTA FE OFFICE                                                MAIN OFFICE
119 East Marcy, Suite 110                                      201 Third NW, Suite 1630
Santa Fe, NM 87501                                             Albuquerque, NM 87102
(505) 989-4949                                                 (505) 843-9494
FAX (505) 843-9492                                             FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

 1   Castellano?

 2            MR. CASTELLANO:  Yes, Your Honor, based

 3   off the redirect.

 4            THE COURT:  All right.

 5              FURTHER REDIRECT EXAMINATION

 6   BY MR. CASTELLANO:

 7       Q.   Okay.  When you were referring to Mr.

 8   Rodriguez, once he made the decision to cooperate

 9   and you said he cried or had tears in his eyes, was

10   that October 24th of 2017?

11       A.   It was.

12       Q.   And had he even pled guilty at that point?

13       A.   He had not.

14       Q.   So he pled guilty on November 1st, 2017,

15   correct?

16       A.   I believe so.

17       Q.   So the idea of him not getting a life

18   sentence and things of that nature, he hadn't even

19   pled guilty yet, correct?

20       A.   Correct.

21       Q.   Now, if we can have -- oh, you were also

22   asked by Mr. Perez' attorney about not knowing what

23   was said to Mr. Perez.  Do you remember that?

24       A.   Yes.

25       Q.   And isn't it true that Mr. Rodriguez,

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  well, told you he didn't say anything to Mr. Perez?

2       A.   I believe so.

3       Q.   And to be more specific, when he took the

4  piece from the walker to make shanks?

5       A.   Yes.

6       Q.   And so if Mr. Rodriguez didn't say

7  anything, then it must have been someone else who

8  said something; isn't that true?

9       A.   Yes.

10      Q.   Okay.  I'm going to show you Government's

11 Exhibit 757.  Okay.  So are you aware that this is a

12 letter that was supposed to be -- that was written

13 from Jerry Armenta and it was meant for Jerry

14 Montoya?  Do you know that?

15      A.   I did not until this morning.

16      Q.   And are you aware that this never even

17 reached Jerry Montoya and that it was intercepted?

18      A.   I don't know that.

19      Q.   Now, in the area where it says, "It all

20 went down, from you picking up your hands," do you

21 see that part?

22      A.   I do.

23      Q.   So that is Jerry Armenta referring to

24 Jerry Montoya picking up his hands?

25      A.   Yes.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.    And is that consistent with what Mr.
 2   Rodriguez told you happened when he met with Mr.
 3   Montoya to give him his shank?
 4        A.    Yes.
 5        Q.    Now, you were asked about corroboration
 6   and records and things of that nature.  Do you
 7   remember that?
 8        A.    Yes.
 9        Q.    And in addition to records and things of
10   that nature, can you also compare people's
11   statements to each other, to see if they make sense?
12        A.    Yes.
13        Q.    And so as part of your process, did you
14   also basically test statements against each other,
15   to see if they made sense?
16        A.    Yes.
17        Q.    Are you aware of a phone conversation
18   between Mr. Baca and the person known as Cheech, a
19   telephone conversation?
20              MR. LOWRY:  Objection, Your Honor, outside
21   the scope.
22              THE COURT:  Well, let me just see.  This
23   is a yes/no answer.  Let's see if she knows about it
24   first.
25        A.    Yes.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   And in terms of things by which you can
 2   corroborate things, I won't ask you about the
 3   contents of that now, but is there a conversation
 4   between Mr. Baca and the person known as Cheech
 5   which helps corroborate some of this information in
 6   this case?
 7             MR. LOWRY:  Objection, Your Honor.  It's
 8   still beyond the scope.
 9        A.   And I would --
10             THE COURT:  Well, tell me where it linked
11   up in the scope of the redirect.
12             MR. CASTELLANO:  Ms. Jacks asked about can
13   you compare records, can you look for people going
14   in and out of custody, and things of that nature,
15   and she even showed Agent Stemo a location history.
16   So the question is:  Are there other things you can
17   use to compare or corroborate other information?
18             THE COURT:  Well, I think you can ask
19   general questions without being specific, so keep it
20   at a general level.
21             MR. CASTELLANO:  Like I said, I'm not
22   asking for the contents.
23             THE COURT:  I know, but keep it general
24   rather than going into specific things.
25             MS. JACKS:  Your Honor, if I may, I also
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                             FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1  object, and I think that the question requires

2  reliance on hearsay in order to provide the answer.

3        THE COURT:  Well, let's see what the

4  question is.  I've sustained the objection to this

5  question.  I don't need more objections to it.

6  Let's see what the new question is.

7  BY MR. CASTELLANO:

8      Q.   Are you aware of a phone conversation

9  between Mr. Baca --

10       THE COURT:  No, that's not consistent with

11  my -- you're not going to ask that question.

12       MR. CASTELLANO:  I wasn't asking for the

13  contents, Your Honor.

14       THE COURT:  I said keep it general, don't

15  go specific.

16  BY MR. CASTELLANO:

17     Q.   Are you aware of other information which

18  tends to corroborate some of the information we have

19  in this case?

20     A.   Yes.

21     Q.   Without telling us anything else, are you

22  aware of phone calls which also do that?

23     A.   Yes.

24     Q.   Showing you Defendants' Exhibit FV,

25  Foxtrot-Victor, okay, so you've seen this exhibit

SANTA FE OFFICE                                                            MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                Albuquerque, NM 87102
(505) 989-4949                                                             (505) 843-9494
FAX (505) 843-9492                                                  FAX (505) 843-9492
                                                                        1-800-669-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE
e-mail: info@litsupport.com

1   now, which is a letter written by Mario Rodriguez,

2   correct?

3        A.   Yes.

4        Q.   And, once again, purportedly written in

5   2014?

6        A.   Yes.

7        Q.   And are you aware of the letter written by

8   Jerry Armenta to Jerry Montoya's attorney?

9        A.   Yes.  The one you just showed?

10       Q.   Yes.

11       A.   Yes.

12       Q.   So once this case became a federal case,

13  did you see defendants trying to write letters like

14  this, in which they basically tried to take the rap

15  for somebody else?

16       A.   I don't --

17            MS. JACKS:  Objection, compound.

18            THE COURT:  Overruled.

19       A.   Not that I recall.

20       Q.   So in other words, have you seen a letter

21  like this from Mario Rodriguez after this became a

22  federal case?

23       A.   No.

24       Q.   Or Jerry Armenta?

25       A.   No.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1       Q.    Or Jerry Montoya?

 2       A.    No.

 3       Q.    So did you only see this when this was a

 4  state case that was pending?

 5       A.    Yes.

 6             MR. CASTELLANO:   I pass the witness, Your

 7  Honor.

 8             THE COURT:   Thank you, Mr. Castellano.

 9             Mr. Villa, do you have re-redirect?

10             MR. VILLA:   Just briefly, Your Honor.

11             THE COURT:   Okay.

12                 FURTHER REDIRECT EXAMINATION

13  BY MR. VILLA:

14       Q.    Agent Stemo, in terms of what took place

15  when Mario Rodriguez was in Rudy Perez' cell, you

16  testified that Mario Rodriguez said to you that he

17  didn't say anything to Mr. Perez?

18       A.    Yes.

19       Q.    So you're assuming that that's true?

20       A.    Yes.

21       Q.    And that basically everything, what Mario

22  Rodriguez told you was not only true, but that he

23  told you every single detail?

24       A.    No, I don't assume that.

25       Q.    Well, in fact, you didn't get every single
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   detail from Mario Rodriguez, did you?

 2        A.   No.

 3        Q.   You do agree, though, that if Mr. Perez

 4   had said anything at that time, you know, as Mario

 5   Rodriguez is doing what he's doing, taking the piece

 6   off the walker and alerting the COs, that sort of

 7   thing, that could label Mr. Perez as a rat?

 8        A.   It could.

 9        Q.   And Mario Rodriguez told you, did he not,

10   that anybody can sanction a rat?

11        A.   Yes.

12             MR. VILLA:  May I have just a moment?

13             THE COURT:  You may.

14             MR. VILLA:  That's all, Your Honor.

15             THE COURT:  All right.  Thank you, Mr.

16   Villa.

17             Anyone else?

18             MS. JACKS:  No, Your Honor.  I have

19   nothing further.

20             THE COURT:  All right.  Any other

21   defendants have anything further of Ms. Stemo?  All

22   right.  Ms. Stemo, you may step down.  Is there any

23   reason Ms. Stemo cannot be excused from the

24   proceedings?

25             MS. JACKS:  No, Your Honor.  Thank you.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1        MR. VILLA:  Your Honor, based on the issue

2   of the notes, we're going to reserve her.

3        THE COURT:  All right.  You're subject to

4   being re-called.  You will need to stay outside of

5   the courtroom, but you are free to leave the

6   courthouse.

7        THE WITNESS:  Yes, Your Honor.

8        THE COURT:  All right.  Thank you for your

9   testimony, Ms. Stemo.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492





MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

134

1   UNITED STATES OF AMERICA

2   STATE OF NEW MEXICO

3

4            C-E-R-T-I-F-I-C-A-T-E

5       I, Jennifer Bean, FAPR, RDR, CRR, RMR, CCR,

6   Official Court Reporter for the State of New Mexico,

7   do hereby certify that the foregoing pages

8   constitute a true transcript of proceedings had

9   before the said Court, held in the District of New

10  Mexico, in the matter therein stated.

11      In testimony whereof, I have hereunto set my

12  hand on this 30 day of March, 2018.

13

14  _____

15  Jennifer Bean, FAPR, RMR-RDR-CCR
    Certified Realtime Reporter
16  United States Court Reporter
    NM Certified Court Reporter #94
17  333 Lomas, Northwest
    Albuquerque, New Mexico 87102
18  Phone:        (505) 348-2283
    Fax: (505) 843-9492
19  License expires:  12/31/18

20

21

22

23

24

25

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com