1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

Plaintiff,

vs. NO: CR-15-4268 JB

ANGEL DELEON, et al.,

Defendants.

Transcript of excerpt of testimony of

BILLY CORDOVA

February 22, 2018 and February 23, 2018

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2

I N D E X

EXAMINATION OF BILLY CORDOVA

| | |
|---|---|
| By Mr. Castellano | 4 |
| By Mr. Castellano | 247 |
| By Mr. Villa | 272 |
| By Ms. Bhalla | 397 |
| By Ms. Jacks | 416 |
| By Mr. Castellano | 449 |
| By Mr. Villa | 491 |
| REPORTER'S CERTIFICATE | 502 |

EXHIBITS ADMITTED

| | |
|---|---|
| Defendants' AD2 Admitted | 383 |
| Defendants' Q Admitted | 316 |
| Government 176 Admitted | 72 |
| Government 178 Admitted | 90 |
| Government 180 Admitted | 115 |
| Government 182 Admitted | 129 |
| Government 184 Admitted | 133 |
| Government 186 Admitted | 157 |
| Government 188 Admitted | 159 |
| Government 192 Admitted | 206 |
| Government 194 Admitted | 233 |
| Government 196 Admitted | 177 |
| Government 198 Admitted | 176 |
| Government 202 Admitted | 197 |

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3

Government 204 Admitted 192
Government 242 Admitted 7
Government 768 Admitted 67
Government 769 Admitted 67
Government 770 Admitted 67

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4

February 22, 2018

THE COURT: All right. Does the United States have its next witness or evidence?

MR. CASTELLANO: Your Honor, the United States calls Billy Cordova.

THE COURT: All right. Mr. Cordova, if you'll come up and stand next to the witness box right in front of you. Before you're seated, my courtroom deputy, Ms. Standridge, will swear in. So if you'd raise your right hand to the best of your ability there, she'll swear you in.

BILLY CORDOVA,

after having been first duly sworn under oath, was questioned, and testified as follows:

THE CLERK: Please be seated. State and spell your name for the record.

THE WITNESS: My name is Billy Cordova. B-I-L-L-Y, C-O-R-D-O-V-A.

THE COURT: Mr. Cordova. Mr. Castellano.

MR. CASTELLANO: Thank you, Your Honor.

EXAMINATION

BY MR. CASTELLANO:

Q. Good morning, Mr. Cordova.

A. Good morning, sir.

Q. Are you now or have you ever been a member

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

5

of the SNM Prison Gang?
A. Yes, I was a member of SNM Prison Gang. Now I'm a former member of SNM Prison Gang.
Q. Why do you say that you're now a former member?
A. Because I am no longer an SNM Gang member because I'm here testifying today for the federal government.
Q. And before you became a member of the SNM, had you been a member of any other gangs?
A. Yes, sir.
Q. What gang was that?
A. That was Moras Park, M-O-R-A-S, P-A-R-K.
Q. What kind of gang was that?
A. It's a street gang in Albuquerque, New Mexico. It originated from Juarez, Mexico. It's located in the war zone, Northeast Albuquerque.
Q. Where is the war zone?
A. It's the radius between Marquette to Southern, from Louisiana to Wyoming.
Q. How old were you when you entered that gang?
A. Eight years old.
Q. How did you get into the gang?
A. It was a probation period of doing

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

6

robberies, drive-by shootings, assaults on other rival gang members and selling narcotics for them. Then they seen I was worthy of getting ranked in, jumped into the gang.

Q. How did you get ranked into the gang?

A. Four members of the Moras Park Gang jumped me, beat me up for one minute.

Q. How old were you at that point?

A. I was nine years old; eight years old, nine.

Q. As a result of your activities with the gang, did you eventually get convicted of a crime as a juvenile, but in that case you were actually adjudicated as an adult?

A. Yes, but that was more for SNM at that time.

Q. So when you were -- let me start by introducing Government's Exhibit 242.

MR. CASTELLANO: Your Honor, at this time, I'd move the admission of Government's Exhibit 242. This is Mr. Cordova's -- what we've been referring to as his penitentiary pack or pen pack.

THE COURT: Any objection from any defendant?

MR. VILLA: No, Your Honor.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

7

THE COURT: Not hearing any or seeing any, Government's Exhibit 242 will be admitted into evidence.

(Government Exhibit 242 admitted.)

BY MR. CASTELLANO:

Q. Mr. Cordova, I'm going to show you, starting on page 23103 of that exhibit. Okay.

Sir, are you able to see that on your screen?

A. Yes, sir.

Q. And what is that paperwork we're looking at?

A. It's a judgment and sentence, a J&S, from some charges I had did, some crimes I had did, for -- basically at that time it was for the SNM.

Q. And it says here it occurred on or about February 3rd of 2001. Do you see that part there I'm circling?

A. Yes, sir.

Q. How old were you in 2001?

A. 16 years old, sir.

Q. And as a result of your conduct, did the Court treat you as an adult and therefore convict you as an adult rather than a juvenile?

A. Yes, sir. That, and because of my prior

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

8

history.

Q. So you had enough history as a juvenile that the Court thought this was serious enough to treat you as an adult?

A. Yes. I had a lot of violent history as a juvenile. And I did time in YDDC, Camino de Nuevo, and Springer.

Q. What are those three places, starting with YDDC?

A. YDDC is a Youth Diagnostic Detention Center for juveniles. And I did time there. And then I did time at Camino Nuevo, which is a super max prison for juveniles, because of my violence in the institution.

And then I did time in Springer for -- I think all of it altogether were for armed robberies, trafficking cocaine, attempted murder, things like that, for the gang, for the street gang.

Q. Now, when you first started committing crimes, was it for your street gang?

A. Yes, sir.

Q. And at some point in time did you start committing crimes for the SNM Gang?

A. Yes, sir.

Q. I want to ask if you ever met somebody

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

9

named Angel Munoz?

A. Yes, sir. I met him in 2001 through another SNM Gang member, Baby Zack.

Q. And did you meet Angel Munoz on the streets or in prison?

A. In the streets.

Q. How did you get to meet Angel Munoz?

A. At that time, he was living in Martineztown. I'm pretty sure it was Walter and Mountain. And I went to help out my mother -- the father -- my baby's mom's brother -- I went to help him out, because he had got into debt with Angel Munoz.

When he got out of the prison, he was put to work for the SNM, because he was SNM, to sell narcotics for them. He had came up short on some of the narcotics. So Angel Munoz had him hostage at gunpoint, and was demanding he repay the money, and he was going to kill him.

Q. How did you help him out?

A. I went and I paid $500 in debt to him.

At that time, Angel Munoz took a liking to me. He asked me who I was and if I was down to do things to further my agenda with the SNM, if I ever hit prison.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

10

Q. At that point, are you still a member of the street gang, or are you --
A. Yeah, I've always still been a member of the street gang until now, until I'm doing this now.
Q. Okay. So then who was Angel Munoz, as far as you knew?
A. He was the leader at that time of SNM.
Q. And tell us about when you first met him. Was he by himself? Did he have protection? Who was there?
A. He had protection. I'm pretty sure there was one of the individuals that's -- you guys know him -- Jake Armijo; Jacobo. And that was it at that time.
Q. And is Jacobo someone different than Jake Armijo?
A. Yes. He was another influential member of the SNM.
Q. How did you pay off this debt, in terms of was it money, was it --
A. Yeah, I paid in money. I knew who the guys were. I was fascinated by them because of the respect and the fear they had on the streets at that time. And he asked me to do -- if I could get people that owed him money and bring them to him; if

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

11

I could like rob his competition. At that time, SNM was trying to take over the drug connections in Albuquerque, New Mexico. So I was set on a series of robberies. I would go --

Q. Who would you rob?

A. I would rob other gang members, other drug dealers. I would go in and I would let them know: This is for SNM, either you guys are going to pay tax or we're going to come back and we're going to rob you. Next time, we might kill you.

There was one of the individuals I know that was a rival drug dealer down the street; his name, it was Popeye, from Martineztown. I kidnapped him. We tasered him, kidnapped him, tied him up and took him to Angel Munoz. And I don't know whatever happened to him. I left from there.

Q. Let me stop you there then. When you say you kidnapped him, did you take him by force?

A. Yes, I took him by force. We kicked in the door of the front house, went in there armed with weapons. I tasered him, then zip-tied him, then put a gag over his face so he wouldn't see where we were going. Drug him out; we threw him in the trunk of a car; and then we took him to Angel Munoz.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

12

Q. How old were you at this time?
A. I was 16; I had just got out of the Springer, the boys' school.
Q. And were you paid anything in exchange for delivering this person to Angel Munoz?
A. Yes. I was given a quarter ounce of crack cocaine.
Q. And were you using drugs at that time?
A. No, sir.
Q. Now, was anybody at that point mentoring you or supervising you?
A. Yes, it was Baby Zack.
Q. And who was he?
A. I'm pretty sure his name is Zackary Garcia, or Reynaldo Zachary Garcia. And he was my baby's mom's brother. He had just got out of the Hobbs prison in New Mexico.
Q. Was he an SNM Gang member?
A. Yes, sir.
Q. Was he related to any other gang members that you knew of?
A. Yes, he was related to "Wild Bill," Billy Garcia.
Q. Who is Wild Bill?
A. Wild Bill is another big influential

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

13

member of the SNM; another what you can say shot callers.

Q. At this point, did Baby Zack go with you on some of these robberies and things of that nature?

A. Yes, he went with me on many of them. He told me how to do them. On a lot of them he was a lookout down the street while I'd be in there doing them.

Q. And at this point are you an SNM member, or are you maybe a prospective member?

A. No, I'm a prospect. I'm a Zia Keeskee.

Q. Where did you learn that term?

A. When I came to prison -- well, I learned that in the streets. But when I came to prison, I learned more about it. But at that time I was a prospect. I was being groomed, what they call being groomed to be a carnal.

Q. What did the term Zia Keeskee mean to you?

A. It's a Zia, they say Zia because we represent New Mexico. The Zia, New Mexico. And Keeskee is a prospect, it's Mayan. It's Mayan for prospect.

Q. So that's a Mayan word?

A. Yes, sir.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

14

Q. At some point, did Baby Zack get arrested?
A. Yes, he got arrested on a parole violation.
Q. What did you do then without Baby Zack mentoring you?
A. At that time, I just kept on doing what I was doing in the streets with my street gang until I was arrested.
Q. And now I'm taking you back to Government's Exhibit 242. And this is page 23103 of that exhibit, you'll see it in a second. Is that the charge that eventually got you into prison?
A. I can't see it, sir.
Q. It will come up in a second. The computer's a little slow. There it is.
A. Yes, sir.
Q. About how long were you in prison this first time?
A. At that time, I was incarcerated for maybe a maximum of a year, and I was released on a deferred sentence, and given five years' probation.
Q. Where were you initially incarcerated when you got to jail or prison this first time?
A. At this time I was in the Juvenile Detention Center, but the court order reprimanded

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

15

(sic) me over to the adult jail because of the violence I was inflicting in the juvenile facilities at the time. I put three kids in a coma, and they thought that I should be reprimanded over because they couldn't handle me as a juvenile.

Q. At some point in 2003 are you back in jail or prison?

A. Yes, I'm back in jail. I'm at the BCDC, county downtown.

Q. What was BCDC? What was the full name for it?

A. Bernalillo County Detention Center. It's a county jail.

Q. Is that the jail that used to be in downtown Albuquerque?

A. Yes.

Q. Is that still open now?

A. No, sir.

Q. What jail replaced that jail?

A. MDC.

Q. What does MDC stand for?

A. Metropolitan Detention Center.

Q. So in 2003, are you a member yet, or are you still a prospect?

A. I became a member in 2003. But I was

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

16

still a prospect when I got locked up. And I became a member -- it was in a unit, it was 6 west, center pod.

Q. How did you become a member or who approached you?

A. It was Billy Baca, a/k/a Duke. It was Natavio Garcia, a/k/a Daffy. It was Bad Boy from south side. And they got the okay from other brothers in prison, like Styx. There was like Wild Bill, them guys, they approved it. They thought I was a good soldier; they'd been hearing good things about me. And at that time I had just finished committing a series of assaults. One of them, we strangled a guy; he ended up surviving, he lived. We thought he was dead. His name was Richard Torrez, big head --

Q. Who was Richard Torrez?

A. He was supposed to be an LC, a rival prison gang member.

Q. LC, Los Carnales?

A. Yes, sir.

Q. And why would it be important to you to assault a rival gang member?

A. That's what's expected of us. That's what we must do. If you come -- it's called "on sight."

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

17

If you come within -- we call it air and opportunity, you have to do these things. If not, you can be disciplined accordingly, sometimes death or violation, beat up by other brothers.

Q. And did something happen to Angel Munoz in about 2001?

A. Yes, sir. He OD'd and died in the county jail in Santa Fe, in the federal holding.

Q. What did that do for SNM recruitment that you know of?

A. At that time, you had Styx stepped up, took over the car, and he started -- he formed what was called a tabla. It was him, Arturo Garcia, Michael Zamora, Robert Martinez, and Juanito Mendez. There were five members of a tabla, and they started running all SNM business.

Q. Now, when you came into the SNM, what types of rules did they tell you about?

A. First, you have to have your bones. So you have to shed blood from an enemy, which is stabbing them, strangling them, murdering, things like that. You have to never leave a brother what we call flojas; that means leave him hanging during or while there is a mission occurring.

Q. How might you leave a brother hanging?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
&
ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

18

A. Say we're going to go do a mission, and I don't want to go; that's leaving a brother hanging. We never say no. We're always playing offense, no defense. So when it's time to go, we go. There is no questions asked.

Q. What about cooperating with law enforcement?

A. They'll murder you for that. There is no ratting; there is no snitching. Yeah, that's a death sentence in the SNM.

Q. So what happened in 2003, in terms of being approached? Did they vote you in at that time?

A. Yes, at that time -- that's one of the rules, is you had to have three members, confirmed SNM members had earned their bones, brothers at the time, no dirt on their jacket. When I say "no dirt," means that they were in good standing with the SNM; they are influential.

And they voted me into the SNM. And they sent word to other facilities, other prison facilities. And word came back that they had got together with other brothers in other yards, and they sat down, they had meetings with other brothers, and said, Look, this is a little carnal

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

19

that wants to come into the SNM; he's a good dude. These guys vouch for him. And you guys think their word is good enough.

Word came back that they thought I was a good candidate of being a member, and at that time I was made SNM.

Q. Now, why would someone like you be a good candidate to become an SNM member?

A. Because I was willing to kill. I was willing to do whatever the gang asked me to do. I was vicious. I was very violent.

So yes, in SNM, we don't recruit weak people. We don't recruit victims. We only recruit people that are willing to do the violence that's necessary to further the agenda of the SNM.

Q. Now, when you were in jail in 2003, about how long did you stay incarcerated?

A. At that time I stayed incarcerated for -- I think it was a year. Then I was released back on probation, reinstated on probation.

Q. How long did you stay on probation?

A. A few months. I was sent to Delancey Street.

Q. What is Delancey Street?

A. It's a program for people that want to

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

20

change their life. But I didn't want to change my life. It was just an escape goat (sic) to get back out to the streets, to hook back up with other SNM members.

At that time, I believe there was a couple people that still needed to be killed by the SNM. Kelly Mercer, Johnny Mercer, those were things that were brought to my attention.

Q. Why did they need to be killed?

A. Because they had testified on some murders that -- some other SNM members, when they had killed Matthew Cavalier in the county jail, they'd strangled him. And they turned around and they testified and gave State evidence. And that was back, I think, in '99.

So I had a list of people, if I came in contact with, to murder. I had a list of brothers to get in contact with to further the -- our agenda of the SNM.

On one of the lists was Baby Zack. At that time, he was still a good brother. I still -- I got back in contact with him. And my neighborhood is known for drugs because of -- I have connections in Juarez, Mexico. We went down to Juarez a couple of times, brought back some narcotics, distributed

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

21

them amongst the brothers.
Q. What kind of drugs did you bring back?
A. I brought back pounds of weed, and a couple of kilos of cocaine. At that time crack cocaine was still big on the streets of Albuquerque to sell.
Q. And what was the purpose of bringing those drugs back?
A. Was to distribute them on the streets for the SNM.
Q. Did you do that?
A. Yes, sir.
Q. Did you say this was powder cocaine or crack cocaine?
A. Powder cocaine. We cooked it up ourselves when we got it back.
Q. And you said you had basically a hit list on the streets. Did you ever catch up to Kelly Mercer or Johnny Mercer?
A. No. We would go down there -- their residence at that time, I thought was in Valley Gardens, in the south valley of Albuquerque. And we'd go and we would look for them. But there was never no word or they were around.
Q. And then how long did you stay out for

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

22

this particular period?

A. About two months, until I got busted.

Q. What did you get busted for?

A. Probation violation. They finally caught up to me, because I was on the run from the Delancey Street program.

Q. Okay. So basically Delancey Street got you out of jail, but you just skipped out on that program because --

A. Yes.

Q. -- you wanted to be on the streets?

A. Yes, sir.

Q. And as a result of not complying with your conditions, they issued a warrant for your arrest?

A. Yes, sir.

Q. Okay. Let me turn your attention to -- going back to Exhibit 242, this is starting with Bates stamp number 23106. In a second it will show up on your screen here, sir. And let me turn -- first of all, what is this document?

A. In 2007?

Q. Yes. It's an entry at the top, "Entered January 3, 2007," but I'm going to turn it now to the next page.

A. Oh, that right there, that was -- I caught

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

23

a case where, when I went back into the county jail, I had received a huila, what we call a huila or kite from the streets. It was from one of the guys that brought me into the SNM, Duke, Billy Baca, William Baca. He said that there was a former SNM Gang member dropout; his name was Manuel Maldonado --

Q. Let me stop you there for a second. Let's turn to the next page of that document.

Okay. So Manuel Maldonado, where are you when you pick up this charge?

A. I'm at the MDC county jail.

Q. Is that the one you told us about that replaced BCDC in Albuquerque?

A. Yes, sir.

Q. Now, it shows here a charge of resisting, evading, or obstructing an officer.

A. Okay. How I got that charge is I received a huila -- I was in a program in the county jail for -- so I can try to get back out to the streets. I had violated. So during that, I was in that program, I received a huila from another SNM Gang member that there was hit on a former dropout gang member. His name was Manuel Maldonado, a/k/a Chaparro.

Q. Let me stop you there. First of all,

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

24

what's a huila?

A. A huila is -- it's a hit, or it's a letter from another brother stating business about the family, about the SNM.

Q. Now, were you in jail when you received that huila?

A. Yes, sir.

Q. Did the huila come from inside the jail or outside the jail?

A. Outside the jail.

Q. How was it delivered to you from outside the jail?

A. It was delivered through a letter. And the letter -- it was -- the way we would do it, it was tic-tac-toe. And I decoded it. And it stated that Manuel Maldonado was located in Seg 3, and he needed to be taken care of, because he was a former dropout of the SNM.

Q. All right. So you mentioned the term tic-tac-toe. Was this in some sort of code?

A. Yes, it's a writing code we would use. So that way, like the administration, they wouldn't catch on. Like the STIU, the gang unit, they couldn't catch on to our messages being sent in the mail to each other.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



25

Q. At this point, Manuel Maldonado is in the same facility as you?

A. Yes, sir.

Q. Is he in the same pod or living area?

A. No, sir.

Q. How is it that you are able to gain access to him?

A. Well, at that time I was suspected for being an SNM Gang member, so I knew if I got in an argument with STIU, I would go to a -- you know, to the STG unit for Seg until holding, until they would do my writeup. At that time, it worked, I got into the Seg.

And when they were taking me in, I took the unit hostage. I assaulted a CO, took the keys from her; got in the security station and opened the doors. And we got Manuel Maldonado, me and another SNM member -- his name is Victor Silva, Sick Vic. We tried to stab him. The knife dulled and bent on us, but we severely beat him pretty bad. The knife, I think we got him a couple of times.

Q. Now, the jury's heard a name of a person named Sick Vic. Is this Sick Vic an SNM member or is Sick Vic an LC member?

A. No, Sick Vic, SNM member. Victor Silva,

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

26

he was from Las Vegas, New Mexico, but he was living in Albuquerque, New Mexico at the time.

Q. So this is a different Sick Vic?

A. Yes, sir.

Q. And Chaparro was a dropout?

A. Yes. He was someone we had been trying to kill for a long time.

Q. Did he survive the assault?

A. Yes.

Q. And here you're telling us about an assault, but it looks like the conviction was only for resisting, evading, or obstructing an officer.

A. Well, he refused to press charges on us. He didn't want to press charges. After he came out -- I think he was in a coma for a little bit. He came out and refused to press charges. He didn't want to testify against the SNM. So they couldn't get him to testify against me or the other SNM member that did that to him. So they charged me for battery on a peace officer.

So what I did is, the officer had made a mistake by allowing me onto the floor with no restraints and she had violated protocol. So we started -- with my lawyer, we started attacking them on that protocol. And so the case started falling

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

27

apart a little bit.

And it was like a lot of us know, we know how to manipulate the system, we know how to work the law in a lot of ways. And it worked. They landed up offering me a plea bargain for evading and obstructing a police officer and I took the misdemeanor, and I was done with the case.

Q. So after all this conduct, you basically ended up with a misdemeanor?

A. That was it.

Q. And did you use the rules of the jail against them to get out of your felony charges and into a misdemeanor charge?

A. Yes, I have, just like I've used them a lot of times.

Q. And so are there times when you and other SNM members use the rules of the prison against the administration?

A. That's what we do. That's what we do.

Q. Let me turn your attention to page 23111 of that same exhibit. Okay. So the result here, we have the resisting, evading, and obstructing an officer. And you told us that was a misdemeanor; is that correct?

A. Yeah, that's another one, yes.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

28

Q. Okay. Let me now turn your attention to page 23113 of that exhibit. Actually, let me turn to the following page. Okay, I'm going to circle here two charges, "aggravated battery," and it says "HHM," and in parentheses "GBH." Do you know what the full name of that charge is?
A. Yes, it's aggravated battery with great bodily harm.
Q. And does the HHM stand for against a household member?
A. Household member.
Q. So in simple terms, is it basically a crime of domestic violence?
A. Yes, sir.
Q. And the next charge indicates possession of a controlled substance, heroin?
A. Yes, sir.
Q. Do you remember what year this was?
A. That was in 2010 and 2011.
Q. I'm circling here "Date of offense November 7, 2010," for the domestic violence charge?
A. Yes, sir.
Q. February 27 of 2011 for the heroin charge?
A. Yes, sir.
Q. Let's start with the domestic violence

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

29

charge. First of all, was that a felony level offense?

A. Yes, sir.

Q. Who was the person that you assaulted there?

A. It was my wife. My ex-wife.

Q. All right. Why did you assault her?

A. Well, because she had broke the rules in the family, and they thought she was causing problems because she had started talking to another SNM member, and we've had these problems in the past.

Q. When you say they thought it was a problem, who was "they"?

A. The SNM members. Arturo Garcia, Anthony Baca, Styx. And before this happened with Styx and Julian, SNM members, and it caused a big problem within the family; brothers got murdered over it, brothers got stabbed over it, beat up over it. So they felt it needed to be taken care of before it got any further.

So as soon as I got out on parole, I --

Q. You hurt her?

A. Yes. Bad.

Q. And did you hurt her because it was

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

30

expected of you as an SNM member?

A. Yes, sir.

Q. And was this to avoid further dissention within the gang?

A. Yes, sir.

Q. So you wouldn't have another Styx and Julian situation?

A. Yes, sir.

Q. Did she eventually recover from her injuries?

A. In time, yes. In time, yes.

Q. Now, how did you end up with a possession of heroin charge in the same charge -- or the same case, I should say?

A. In 2011, I had pulled another SNM Gang member out to an address. We were trafficking narcotics. And that morning, two officers had came upon us at a gas station, it was a Love's gas station. And at that time I was lucky enough for -- his name is Robert Shanks, Shanky, he ended up assaulting one of the officers, so they paid more attention to him than me, and I ended up getting away.

And at that time, they found in his possession four ounces of heroin chopped up and

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 31

$2,700. And I think -- believe they found more heroin and a gun in the trunk.

Me, I had managed to escape with heroin on me, a gun on my waistband; it was a .45, and an amount of money. Four days later, they caught back up to me and they got me in possession of heroin and money, and they locked me up for it.

Q. And had you been selling those drugs?

A. Yes, I had been selling those drugs.

Q. Who did those sales benefit?

A. The SNM.

Q. At some point in time, did you -- well, did you know someone named Chris Garcia?

A. Yes, sir.

Q. Did you ever get drugs from Chris Garcia?

A. Yes, sir.

Q. Can you tell the members of the jury whether you ever sent drugs that you got from Chris Garcia into the jails or prisons?

A. Yes. In 2005, I would send -- I would meet another SNM member's wife halfway from Albuquerque to -- in Santa Fe. And I would send them ounces of heroin, ounces of cocaine. And one time we sent them a cellphone. That went on for a period of six months, five to six months.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

32

Q. Why was it just for that period of time in 2005?

A. Because I was only out for that period of time.

Q. And who did you send drugs in to?

A. I sent drugs in to Arturo Garcia, Dan Dan Sanchez, Enrique Roybal, and Benjamin Clark.

Q. Were those people SNM Gang members?

A. Yes, sir.

Q. You mentioned Dan Dan Sanchez. Do you see that person in the courtroom today?

A. Yes, sir.

Q. I see you squinting a little bit. Do you need glasses sometimes?

A. No, sir, I see him.

Q. What's he wearing?

A. He's right there. He's wearing glasses and a tan suit, and I don't know if it's a black or blue tie, white shirt.

Q. And is he one of the people you sent drugs in to?

A. Yes, sir.

Q. Why did you send him drugs?

A. Because that's what we do. That's what SNM does. We -- we're involved in the drug game.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

33

Q. What kind of drugs did you send into the prison?
A. At that time, I sent him heroin.
Q. I think you mentioned -- did you do that because it was expected of you?
A. Yes.
Q. I'm going to fast-forward a little bit in time and ask you if you -- if you find yourself in jail pending a murder charge in 2015?
A. Yes, sir.
Q. And what eventually happened to that murder charge?
A. I went to trial on it, they found me guilty on manslaughter.
Q. And when that case was pending, where were you housed?
A. I was housed at the MDC county jail in Seg 3.
Q. In December of 2015, I want to ask you if you remember something significant at the jail in terms of an increase in the jail population?
A. Yes. I went to trial that morning. When I left, the normal, the regular guys were there. When I came back, it was all different. They moved everyone out and they put all SNM Gang members in

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

34

there. At that time they were telling me Chris Garcia was my neighbor and they were telling me that they had just rounded all of us up on a RICO Act.

Q. And so before you knew it, you just had a bunch of SNM members in the jail with you?

A. Yes, sir.

Q. And you don't need to tell us what was said, but was there basically talk about the charges and what was going on with the gang?

A. Yes, there was talk. Chris Garcia told me, Man, they blew my door in at 4:30 this morning. Carnal, they got us all.

So at that time little whispers would go out on the tier. And they thought it was Crazo, which is Eric Duran. And the next morning I seen them in there shackling them all, handcuffing them, taking them. So I'm looking and seeing who is all there and who is not. And I seen a couple guys. I was like, Oh, at least they didn't get them, yet anyways. So that was basically it.

Q. Now, when -- do you eventually hear about what some of the charges are?

A. It was RICO. It was for murder. It was for a lot of murders that went unsolved that we had committed. And one of it was for Marcantel, that

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

35

they thought we were going to -- we were trying, I know, we were trying that for a while, the SNM was trying to take out one of the STG officers or the Secretary of Corrections.

Q. Why was that?

A. Because they weren't letting us -- they were keeping us locked down because of our violence. They weren't allowing us into general population with other prison inmates because we were assaulting them, murdering them, extorting them, bulldogging them. So they would keep us secluded and keep us in our own unit.

SNM thought they were losing ground on the lines. They thought they were losing power. They were losing respect. And they wanted to get back to those lines very badly. But the gang unit, the intelligence unit, wasn't allowing us to, as well as the Secretary of Corrections. And --

Q. Let me ask you this: If you're locked down, does that make it difficult to recruit other members?

A. Yes, it makes it difficult for a lot of things.

Q. What was the nature of the SNM Gang in prison? What were you guys about?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

36

A. Our nature was -- we live by the convict code. We sold drugs, we extorted, we murdered. Our motto was this: If you want something, you take it, you demand it, you don't ask for it. Respect comes from fear, nothing else. And that's how I was taught in the SNM, is to take -- when we wanted something, and don't let nobody tell us different. And anybody that stood in our way, they were going to either get assaulted or even murdered. That was the way the SNM motto was.

Q. So what kind of problems did that create when you were locked down just with each other?

A. Well, within each other, you have a bunch of band of, you know, sharks. We didn't have no one else to feed on. And throughout the years, we had created some kind of problems within ourselves, because there is no loyalty. They tell you there is loyalty when you come into the SNM. This is brotherhood. We're an organization. We're going to run New Mexico. We're going to run the streets, you know, all this. We're carnals. But it's not. There is no loyalty.

When I was in SNM, every day I feared for my life. I knew I couldn't trust none of my own brothers. Having a normal conversation with them

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

37

wasn't even having a normal conversation with them. It was just constant politicking, them trying to see who you riding with? What you doing? What you down to do? And it was constant --

MS. JACKS: Excuse me, Your Honor. This appears to be a narrative.

THE COURT: Why don't you try to do a little more Q and A.

MR. CASTELLANO: I'll break it up with questions, Your Honor.

A. Sorry about that.

BY MR. CASTELLANO:

Q. That's okay, Mr. Cordova.

So you talked about kind of living in fear on a regular basis. Did you carry a weapon with you?

A. At all times.

Q. What kind of weapon would you carry?

A. I carried a shank -- I carried two. I carried one up my rectum and I carried one on my person.

Q. For what purpose?

A. For -- to put in work on other rival gang members, or to protect myself from my own SNM Gang members.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

38

Q. Now, at any point in time, did carrying a shank in your rectum ever cause you medical problems?

A. Yes, I almost died from it. They had to -- in Southern New Mexico Correctional Facility -- had to take me, give me surgery. They had to -- I had lesions, they call lesions -- I had rips in my colon from keistering the shanks.

Q. And was it expected of members that they should carry weapons whenever they could?

A. Well, this is the SNM motto: You ain't a soldier if you don't condition yourself physically -- meaning mandatory workout routines -- and you don't bear arms. So it's required of us to bear arms at all times. Because you couldn't call yourself a real soldier if you didn't have a knife on you when you're in prison or a gun on you when you're in the streets.

Q. Now, when you -- you talked about living in fear, and kind of looking over your shoulder. What were you thinking about the SNM in the December 2015 timeframe? Where were you in terms of how you felt about the gang?

A. Mentally?

Q. Yes.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

39

A. There was times where I had regret. There was -- I remember the times I wanted to be an SNM member, I wanted to be respected just like they were. I wanted to have that loyalty, that brotherhood.

But once I became an SNM member, as years went by, I started to find out there was no loyalty in the SNM.

Q. How did that change your perspective? I mean, when you first joined, it probably sounded like a great idea.

A. It was, it did, it sounded very great.

Q. So I want to turn your attention now to going back to December 2015. Were you aware that the Javier Molina murder was one of the murders charged?

A. Yes, sir.

Q. When you saw people at the Metropolitan Detention Center, did you think anybody was missing, who should have been charged in that murder?

A. Yes, it was Carlos Herrera.

MS. JACKS: Objection. Calls for a conclusion based on hearsay.

THE COURT: Why don't you lay some foundation as to how he has the information.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE
MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

40

MR. CASTELLANO: I'd be happy to, Your Honor.

BY MR. CASTELLANO:

Q. Were you around when the Javier Molina took place, the murder took place?

A. Yes, sir.

Q. In which pod were you?

A. I was in yellow pod. The pod next to it. Blue pod is where the murder happened. I was in yellow pod.

Q. And was Carlos Herrera in that pod?

A. Yes, sir.

Q. I'll get into it later on, but did you know that he was involved in that murder?

A. Yes, sir.

Q. So when you went back to December of 2015, did you see him with all the other gang members?

A. No, sir.

Q. So, in your mind, was he someone who was missing, who should have been there?

A. Yes, sir. And I also knew, because we keep in contact --

MS. JACKS: Objection. No question pending.

THE COURT: Overruled. If you want to

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

41

elicit this testimony, you may.

BY MR. CASTELLANO:

Q. Please continue, sir.

A. All right. SNM word travels fast about how we're doing things. And at that time, Lazy was one of the real big influential members. So we knew that, hey, when you get back to the South, carnal, he'll be the one doing it, because they had moved us all from Las Cruces, New Mexico, and placed us at the Level 4 at the South in Santa Fe. So they knew that he'd be one of the ones holding down the car when I got there.

Q. What's the "car"?

A. The car is the clique, the SNM, the family.

Q. And same question about December of 2015. You mentioned that -- well, you said Lazy, is "Lazy" also known as Carlos Herrera?

A. Yes, sir.

Q. Do you see him in the courtroom?

MS. BHALLA: Your Honor, we stipulate to his identity.

THE COURT: Does that work for you, Mr. Castellano?

MR. CASTELLANO: It works just fine, Your

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

42

Honor. Thank you.

A. Yeah. I see him. He's behind you. He's in, I think, a blue, navy button-up shirt, and a blue suit.

BY MR. CASTELLANO:

Q. And when you saw the other SNM members at MDC, who else did you think was missing?

A. Rudy Perez.

MR. VILLA: Objection, lack of foundation.

THE COURT: Lay a foundation for this.

MR. CASTELLANO: Sure, Your Honor.

BY MR. CASTELLANO:

Q. Well, first of all, let me ask you: Who did you -- without saying why, who did you think was missing?

A. Rudy Perez.

MR. VILLA: Same objection, Your Honor. Move to strike.

THE COURT: Overruled.

BY MR. CASTELLANO:

Q. Okay. Now, let's get to why you thought Rudy Perez was missing.

A. Because I knew they had got the shanks from his walker used to murder Javier Molina.

MR. VILLA: Objection. It's based on

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

43

hearsay.

THE COURT: Why don't you lay a foundation for what he's about to say.

BY MR. CASTELLANO:

Q. Sure. Going back to the March 6 and March 7 of 2014 timeframe, did anybody ask you for a shank?

A. Yes.

Q. Who was that person?

A. 2014?

Q. Yes, when the Molina murder happened.

A. Yes, it was Dan Dan Sanchez.

Q. Did he tell you why he wanted a shank?

A. So we can hit this fool, he said. And he was talking about Javier Molina.

Q. Did you give him your shank?

A. No.

Q. Tell us about that conversation, please.

A. At that time, he called me to the door a few seconds, Hey, carnal, do you have a spare fierro? We need to hit this fool.

I said, No, I don't have a spare fierro. I just got mine, carnal.

And he said, All right. And he left from the door.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

44

Q. What kind of door is this?
A. It's a tier separation door between the pods. They're fire exits.
Q. And did you later hear back from Daniel Sanchez about shanks?
A. About 20 minutes later he comes back to the door and he tells me, "Never mind, carnal, we got them from Fat Ass downstairs."
Q. Who did you know Fat Ass to be?
A. Excuse my language. We knew it was Rudy Perez. We used to call him -- we never called it to him to his face, but, you know, we all have little nicknames that we clown on each other behind each other's back sometimes.
Q. So for these reasons, then, you noticed that both Carlos Herrera and Rudy Perez were missing from the picture?
A. Yes, sir.
Q. Now, going back to December of 2015, and then January of 2016, you mentioned that you were kind of burned out with the gang.
A. Yes. When I came back, I got to the north, Pup had gotten shipped out of state. Dan Dan had got shipped out of the state. Archie had got shipped out of state. At those time, those are

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

45

influential members. Everybody, it was like back to 2005, when the tabla started, everybody started fighting for power. Everybody was in their own little groups. And everybody was armed and against each other for power. They were -- they were politicking, is what we call it, in the yard: Who was going to run the car, who was going to be next on the tabla.

Q. How did you feel about that?

A. Heartbreaking.

Q. So in January of 2016, are you called into a room to meet with law enforcement personnel?

A. Yes, sir.

Q. Who do you meet with?

A. I meet with Bryan Acee; Lerner from the sheriff's department; and Mark Myers from the FBI. And there is Cupit from the STIU is in there. Gallardo is one of the STIU officers in there. And I'm pretty sure there was a couple more STIU officers in there.

Q. Now, did you expect to meet with anybody that day, or did you just get called into a room?

A. I knew eventually they were going to come and talk to me.

Q. Why did you think that?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

46

A. Because there was a RICO Act going on in the SNM. I knew what we were about. I knew the things we were doing, so -- and I knew what I was doing for the SNM, so I knew it was just a matter of time till they come talk to me.

Q. So what went through your mind when you walked into that room?

A. I had a lot of conflicting emotions inside me. I wanted to cooperate, but then I didn't want to cooperate. I felt about the shame on my reputation, how my family would look at me, how my friends, everybody in that lifestyle would look at me. But then there was another side of me where I just no longer wanted to be an SNM member no more.

Q. So you were, when you walked in, you were Billy Cordova, SNM soldier?

A. Yes, sir.

Q. And were you -- how did you feel about giving up that identity?

A. It was a hard decision. It was hard. But it was easy in the way that I had so much pressure on me, I was tired of living the way I was. I just, I wanted out. I wanted out.

Q. You knew there were other ways out, like the RPP Program, and things of that, right? Things

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

47

of that nature.

A. Yeah, but that's not really out.

Q. Why do you say that?

A. Because you walk away, but you don't walk away. It's -- how can I say it? You go to the RPP, right, and once you walk away, you're considered a dropout. They look at you as any other way. But there is no opportunity there. Once you go there, you're going to still get back out to the streets of Albuquerque, you're going to still have to be faced with the same things, probation and parole still kind of look at you the same way. So to me, that kind of really wasn't an option.

Q. What about to PC, or go into protective custody?

A. No, I didn't want to. I wasn't -- I didn't want to do that either.

Q. So did this suddenly seem to be the best option to you?

A. It seemed like the best option to me.

Q. So what -- tell us about that interaction in the room. Did they tell you they were looking at you?

A. Yes, sir.

Q. What did you think about that?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

48

A. Well, like I said, I just -- it was more about me just -- I wanted to get everything off my chest and just walk away. Because I knew the crimes I've done for SNM would come back to haunt me in later years. That's why I say RPP really wasn't a walking away tactic. And the FBI was there. I knew one day these things were going to come back and get me.

Q. About how long do you remember that first meeting being?

A. About four hours.

Q. And when you agreed to cooperate, did the FBI and the U.S. Attorney's Office agree to get you an attorney?

A. Yes, sir.

Q. And once you got that attorney, then did you tell us about other things that you had done in your past?

A. Yes, sir.

Q. Was that under what's called the protection of a Kastigar letter?

A. Yes, sir.

Q. When you were on the streets, I want to ask you about an LC member who was given a hotshot.

A. Yes, sir.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

49

Q. Tell us about that, please.

A. Yes, sir. This is around right when I got out of prison, out of Santa Fe South. I had gotten a call on my cellphone from Chris Garcia, another SNM Gang member. He tells me, There is a carnal you need to rap to, ay.

Q. What did that mean to you? Go talk to him?

A. And when they say "rap to," they say you need to see him, it's business. So I said, All right, carnal, where's he at?

And he said, Washa, he's going to call you.

So he calls me up. I go and meet him right there on Lafayette, between Aztec and Comanche. And he tells me, carnal, check it out. There is a sha sha, shaballa, that's a code word for LCer, a rival prison gang member, running around right here, carnal. And this is -- we need to take care of this. It's making us look bad.

And I said, All right, carnal, what's up? Where's he at?

Right now, he's trying to score some drogas.

Q. Why was he making you look bad?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

50

A. Because he's a rival prison gang member, and he's running around on our turf. That's not acceptable.

Q. He's running around doing what?

A. He's running around and kind of pushing his weight around with other drug dealers that we already had in our pocket. And he was making us look bad, so we needed to take care of him.

Q. Who is "we"?

A. Me and Anatacio -- no, it's Amador, Anatacio Amador, Boxer.

Q. Okay. What did you guys do?

A. He told me, Hey, carnal, this vato is over there right now trying to get some drogas from the little carnal's brother.

The carnal's name at that time, I believe, was either Smoky or Spooky, he was a carnal.

Q. What year is this?

A. This is 2005. And I said, He's trying to get some drogas.

He's all, What do you think, carnal? I think we should smoke this fool, give him a hotshot. I told him, man, it's better for us to -- at that time I had a painting company. I had my own business. I was selling a lot of drugs, I was real

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

51

successful at that time on the streets with the SNM.

I told him, I think it's better we just handle it clean, and get it done cleaner than messier. Because if we do it messy, it's going to mess up a lot of good things we got going for us right now.

Q. What do you mean by "clean" versus "messy"?

A. Clean is like a hotshot, maybe strangle him, make it look like he hung himself, a suicide. That way law enforcement won't be looking for a murder. They wouldn't be looking for someone who shot him or stabbed him.

So he says, All right, carnal; he's like you got some clavo, I got some chiva. He's all, I got some -- I had heroin on me at that time.

Q. What is chiva?

A. Chiva is heroin. It's, you know, a street slang word.

And he says, I got something I can put in it. We can take care of it that way.

I said, All right. So I handed him some heroin. He went into --

Q. Who handed who the heroin?

A. Boxer, Anatacio Amador.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 52

Q. Where did you guys go with the heroin?

A. Well, he went into the apartment. We knew some strippers from TDs; went into the apartment, and he mixed up a hotshot, came out. And he had ballooned up two separate heroin packages, one that had the hotshot, and one that was for the person that was going to give him the hotshot for us, we were paying him, more or less paying him to keep his mouth shut.

Q. You're paying who? Is this a third person now?

A. Yes, this is -- that's the other SNM member's little brother. And at that time, I had a 1995 sedan DeVille Cadillac, a white one with tinted windows. And we drove up to the house. We rolled down the window just a little bit, called the dude, said, Hey, we're out here.

So when he came out to the car, he went around to Boxer's side. Boxer said, Look, the black balloon is for you, Little Homie, all right? The red one is for that vato. Don't break into that one because it's bad, it's a hotshot. So make sure the vato gets it. Call us when the vato drops, and we'll take care of the rest.

Q. So did you give the drugs to this -- how

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

53

old is the kid?
A. The kid is probably about 19, 18.
Q. You send him back into the house with the drugs?
A. Yes.
Q. What happens?
A. Well, we leave, okay? At that time, my baby's mom -- we had the car seats in the Cadillac; she always used the Cadillac to do everything with my daughter, so she takes off in the Cadillac.
And he calls us back up and he says, Hey, this Vato has dropped. He's been in the bathroom already for a good minute and he hasn't answered. I think he's out.
Q. Is this the person you sent into the house with the bad drugs?
A. Yes. So, at that time, I had a few cars at that time on the streets. At that time we got into a separate car. I had a 1984 Regal, it was a lowrider. And we got into it, and I told him, Let's go. So we drove around to the back of the apartment complex, the back window, we went into the house, and we had to push our way into the bathroom.
Q. Why?
A. Because his legs were in the way of the

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

54

door, it was stopping the door from opening. We had to push our way into the bathroom. As soon as I got in the bathroom, it stunk, stunk bad. I don't know if the guy -- I think he defecated, like used the restroom on himself, whatever, so we got a sheet. We wrapped up the body in a sheet, and we took it out through the back window. I parked my car with the trunk right next to the back window so no one would see us, what we were doing; put him into the trunk.

And we were driving off, Boxer tells me, carnal, we're in a lowrider, we've got a dead body in the trunk; we look like gang members. We need to dump this body fast.

Q. That kind of vehicle is going to get someone's attention; is that correct?

A. Yes.

Q. What do you guys do with the body?

A. So we go around the corner. There was a church. And we dumped the body right there at the church.

Q. And did anything ever come of that? Did you ever hear anything about it after that?

A. No. I just know they had picked up the body, and that was it.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

55

Q. Did you -- and is this something you did for the SNM?

A. Yes.

Q. Why?

A. Because that's what was expected of us.

Q. I want to ask you about someone named Sammy Chavez.

A. Yes.

Q. And are you aware of him getting killed?

A. Yes, sir.

Q. What do you know about that?

A. Right. I was out on parole, it was in 2008. And at that time, I didn't know Sergio Rodriguez was a carnal. I knew him, he's a real good friend of mine from the neighborhood. And our gangs, our street gangs would kick it together, and I did juvenile time with him. So --

Q. This is Sergio Rodriguez?

A. Sergio Rodriguez. So we met up at the P.O.'s office, and I see him there. He tells me, hey, carnal, I need to rap to you.

I'm tripping out because he's calling me carnal. No one calls each other carnal unless they're a member of the SNM.

Q. What's the P.O.'s office?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

56

A. The P.O.'s office is located on Gold Street and Broadway.

Q. Is that for probation and parole officers?

A. Yes, sir. It's ISP, Intensive Supervision.

Q. So you run into him over there?

A. Yes.

Q. Did you know he was a brother at that time?

A. No, not until after he told me.

Q. And so what's this conversation you have?

A. So later on, we meet up. We meet up right there at 7-Eleven on Carlisle and Candelaria. And I follow him to his sister's house up the street. And we get down, we start talking. He's like, Hey, I'm a carnal.

I told him, I kind of figured, Homes, you were dressing that way. So what's up?

And he tells me, Well, Arturo Garcia, Juan Mendez, and these vatos, they brought me in, carnal, and they want me to take care of some stuff for them.

And I told him, Well, what's up?

And he tells me, This vato, Sammy Chavez, needs to go.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

57

Q. He is saying this vato, Sammy Chavez, needs to go?
A. Yes, This vato, Sammy Chavez, needs to go.
Q. What did you take that to mean?
A. It means he has to die.
Q. And what was the problem with Sammy Chavez?
A. Sammy Chavez, there was an issue back in the day with him and Hobbs, where he was supposed to move on another SNM Gang member. And it was unsuccessful. And at that time politics had changed. So Sammy had found himself kind of on the bad side of the politics. And Arturo Garcia had went up in the yard, at the North, and spoke for him, and said, Look, you guys ain't going to touch this vato.
And in return, he told Sammy, Just look out for me, ese, make sure I'm good when you get out. So when he got out to the streets, he started sending Arturo Garcia narcotics.
Q. So is this Sammy Chavez?
A. Yes.
Q. So Sammy Chavez is back on the streets. And where is Arturo Garcia?
A. He's in the Santa Fe prison at the Level

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

58

6, at PNM North.

Q. At this point, Arturo Garcia expects Sammy Chavez to send him drugs?

A. Yes. And he sent him a couple of times. But then he stopped sending him. Arturo Garcia felt disrespected because he put up his name for him and stopped other carnals from killing him. So at that time he's outraged, and he tells Sergio Rodriguez, You're a carnal now, you need to go out there and earn your bones, put in work and kill this vato.

Q. Did you advise Sergio Rodriguez in any way about how this should be done?

A. Yes. I told him, All right, carnal, if you're going to do it, try to give him a hotshot.

And he says, Nah, they don't want no hotshot. They want him done, they want him done good, to set an example.

I said, Okay, if I was to do it, make sure you take the gun apart, you wipe everything down. Because the smallest fingerprint left on the barrel or inside the slide could lead to that person that gave you the gun, and then that person can tell on you and get you convicted. So wipe the gun down. Make sure you mask up. Don't let -- in other words, you know, cover your face, have gloves on, make sure

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

59

you wear a long-sleeved -- either a sweater or a long-sleeved shirt. That way no GSR, gun residue, gets on you when the gun is fired.

Q. What does that mean?

A. GSR is gun residue. And I was just telling him to make sure he was covered up real good so none of it would get on him when he shoots him.

And I told him, Don't be clipping him. Shoot him till the gun is empty, and get up and walk away. And make sure you use a car that can't be linked back to you, or linked to anybody. Drive the car, don't burn it, because it causes too much attention. Just take it to a car wash, and make sure the quarter that you use is wiped down also. That way there is no skin cells for DNA. There is no fingerprints or nothing on the coin.

And you spray the inside of a car down with soap and water, and the outside, and that will kill all evidence, any kind of --

MS. JACKS: Objection, Your Honor. This again appears to be a narrative.

THE COURT: Why don't you do some Q and A.

MR. CASTELLANO: Sure, Your Honor.

BY MR. CASTELLANO:

Q. So why use soap and water and spray out

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

60

the inside of the car?

A. Because what it will do, it won't cause no attention, for one. I mean, you don't have a burning car, and people ain't gonna -- they're just going to think you're washing down a vehicle. And I told him, after that, you have another vehicle parked down the street, close to the car wash, and you walk down, you get in the vehicle.

Q. Why would you do that?

A. Because it's a better way for you to get away. It's less heat to you, you know. And to spray it down, you're getting rid of all the evidence without having to burn the car, or do anything fantastic, you know.

Q. What eventually happened?

A. What eventually happened is Sammy Chavez got murdered.

Q. Now, other than giving advice to Sergio Rodriguez, did you participate in that shooting?

A. No.

Q. And do you know whether Sammy Chavez was killed by shooting?

A. Yes.

Q. Where was he killed?

A. He was killed in Martineztown, where he

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

61

was found in a park.

Q. And why was this done?

A. They said that it was done because of Arturo's situation, Arturo Garcia.

Q. And Arturo Garcia was an SNM Gang member?

A. Yes, sir.

Q. Going back now to January of 2016. You're at the point where you've agreed to cooperate with law enforcement?

A. Yes, sir.

Q. And you've told the members of the jury that you believed that two people weren't arrested who should have been?

A. Yes, sir.

Q. As a result of that belief, did you agree to record these two people in jail?

A. Yes, sir.

Q. And who did you record first?

A. I recorded Rudy Perez first. It was over at the PNM North. It was in Q pod. I was in cell 2, he was in cell 1.

Q. Let me you ask a question about that. So you were already in jail for the manslaughter case?

A. Yes, sir.

Q. And so at that point they transported you

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

62

up to the North facility?
A. Yes, sir.
Q. And put you next to Rudy Perez?
A. Yes, sir.
Q. I'm looking for defense exhibit, I think it might be V24. Yes, Defense Exhibit V24, if we can see that, please.
While we're waiting for that to come up, Mr. Cordova, about how soon after you met with the FBI were you placed next to Mr. Perez to record him?
A. I'd say that same day.
Q. And so when you first met with him in January, when were you recording Mr. Perez?
A. I was recording him from I think sometime in February, for a few weeks after that.
Q. At this time let me show you V24. Okay. So looking at V24, do you see at the top where it says Rudy Lee Perez?
A. Yes, sir.
Q. And do you know that this is an offender location history chart?
A. Yes, sir.
Q. And what pod was it you said you were in?
A. 3A Q pod.
Q. Okay. I've underlined -- okay. Do you

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

63

see in the time period of October 20th, 2015, to April 18 of 2016, and it says here 3A, N3A Q101S?

A. Yes.

Q. What facility is that?

A. That's the North.

Q. And what is Q101?

A. That's the pod and cell he's in.

Q. And what cell were you in?

A. I was in the cell directly next to him, in cell 2.

Q. So is Rudy Perez in 101 and you're in 102?

A. Yes, sir.

THE COURT: Mr. Castellano, would this be a good time for us to take at least our first morning break?

MR. CASTELLANO: Yes, Your Honor.

THE COURT: All right. We'll be in recess for about 15 minutes. All rise.

(The jury left the courtroom.)

THE COURT: All right. We'll be in recess for about 15 minutes.

(The Court stood in recess.)

THE COURT: All right. Let's go on the record while Ms. Standridge is bringing in the jury. I want to talk to you a second about your

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

64

subpoenaing and -- a lot of witnesses. You know, the marshal has a limited amount of manpower. So if you're bringing witnesses in to talk to them, we may have to do a little bit of triage so that we make sure we got the witnesses here that are ready to testify.

And then those witnesses that you're wanting to talk to, if we don't have enough manpower to get them here, we may need to figure out something to do off-site. So all I'd encourage you to do, I'm not going to do any more than this: Talk to the marshals, tell them who you want to be here for calling witnesses. Seems to me that ought to be first.

If you've got people that you want to talk to you, you've got to go on down, you may have to figure out some other way to talk to them. But they've only got a limited amount of manpower. You don't want to run out of witnesses, so make sure that that's kind of the priority.

So work with them, tell them what you're doing. You don't have to tell me, you don't have to tell the Government. But tell them what you're doing so you make sure that you have the witnesses that are going to testify here and on time and ready

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

65

to go. And then those that you may be just wanting to talk to, to decide whether to call, maybe those people could go further down the list, so that if you had to you, could talk to them off-site.

All right. Ms. Bhalla?

MS. BHALLA: Yes, just briefly, Your Honor. Before we get into playing the recordings, we have an objection. Defendant Herrera has an objection to Exhibit 195. They're not about to get into that now, but I wanted to try to raise it to the Court's attention so that we can have it resolved before it gets played, so we're not going in and out like we were yesterday.

THE COURT: What is your objection on 195?

MS. BHALLA: It's a transcript, Your Honor, of a conversation regarding the Julian Romero hit. My client has never been charged with that. It hasn't been disclosed as a bad act and at this point we think it's more prejudicial than probative and misleading.

THE COURT: Are you objecting to the whole transcript or just a portion of it?

MS. BHALLA: You know, Your Honor, I think the whole thing deals with that. We certainly agree to striking the portions that deal -- doing it that

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

66

way, just the portions that deal with Mr. Romero. But my recollection is that the whole transcript's about Julian Romero. But --

THE COURT: Give me the lines that you're most focused on.

MS. BHALLA: May I approach?

THE COURT: Sure.

MR. CASTELLANO: Do you have the Bates numbers?

MS. BHALLA: It's -- sorry. It's Government's Exhibit 195. And it begins with Bates No. 20860, and goes through 20873.

THE COURT: Why don't you maybe make a copy of what you have and give it to Ms. Standridge.

The jury is already lined up here.

MS. BHALLA: Yes, Your Honor.

THE COURT: Why don't you just make a copy and give it to Ms. Standridge and I'll take a look at it.

MS. BHALLA: Yes, Your Honor.

THE COURT: All rise.

MR. CASTELLANO: And I'll have arguments about that later, Your Honor.

(The jury entered the courtroom.)

THE COURT: All right. Everyone be

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

67

seated.

All right. Mr. Cordova, I'll remind you that you're still under oath.

Mr. Castellano, if you wish to continue your direct examination, you may do so at this time.

MR. CASTELLANO: Yes, sir. Thank you.

At this time, Your Honor, I'd like to move, without objection, the admission of Government's Exhibits 768, 769, and 770. These are each physical location histories.

THE COURT: All right. Anybody have any objection? Not seeing or hearing any, Government's Exhibits 768, 769, and 770 will be admitted into evidence.

(Government Exhibits 768, 769 and 770 admitted.)

MR. VILLA: Could we just get which one --

MR. CASTELLANO: Sure. Your Honor, for the record, Exhibit 768 is the physical location history for Rudy Perez. 769 is the physical location history for Carlos Herrera. And 770 is the location history for Billy Cordova.

MR. VILLA: Thank you.

BY MR. CASTELLANO:

Q. Okay. Mr. Cordova, I didn't want to mark

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

68

on the defense exhibit, so I'm going to show you these, so it's easier to see them.

On the left-hand side is Exhibit 770. That's your location history. And the right-hand side, I'm going to put up Rudy Perez' location history.

I'm going to show you, there are highlights on these exhibits. On the left-hand side, the lower portion highlighted shows your location in Q pod from January 21, 2016, through February 9, 2016.

Do you see that, sir?

A. Yes, sir.

Q. And then that is in Q102. Do you see that?

A. Yes, sir.

Q. And is Q, Q pod?

A. Yes, sir.

Q. And is the N3A, is that housing unit 3A?

A. Yes, sir.

Q. Now, on the right-hand side for Rudy Perez -- I'm putting a little dot by the location history -- from 10/20 of '15 through 4/18 of '16, and it has N3A Q101S. Do you see that?

A. Yes, sir.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 69

Q. Okay. So you were saying earlier that Rudy Perez was in Q101 or cell 101 in Q pod?

A. Yes, sir.

Q. And you were in 102?

A. Yes, sir.

Q. And is it during this timeframe, January 21 through February 9, 2016, that you were housed next to Rudy Perez for the purpose of recording him?

A. Yes, sir.

Q. Now, when you were -- were you provided some sort of recording device to capture your conversations with Mr. Perez? Were you provided a recording device?

A. Yes, sir.

Q. Now, without describing that device for us, can you tell the members of the jury whether it had an on and off switch?

A. Yes, sir.

Q. Did it have any other buttons for rewinding or deleting information, anything like that?

A. No, sir, just an on and off switch. That was it.

Q. And who did you talk to about recording Mr. Perez? What discussions did you have with which

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

70

agents?

A. Which agents did I have --

Q. Yes. For example, did you talk to Agent Acee about this?

A. Yes, sir.

Q. And when you were provided with that device, what sort of instructions were you given?

A. That it was just an on and off switch.

Q. What were you supposed to be capturing?

A. Talking about the Molina hit.

Q. And what issues, if any, were there with battery power or battery life for that device?

A. It had AAA batteries. So I was concerned -- I know I needed to only record things when things needed to be recorded. Because, if not, I couldn't replace the batteries.

Q. And what was the problem with replacing batteries? Where were you?

A. I was in prison. But you can order them from canteen, but it takes a week to get to you. So it's -- I was real concerned about making sure the batteries were good.

Q. Did Agent Acee or someone else also express to you that you should be careful with capturing the relevant portions because you might

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 71

run out of battery life?

A. I don't recall.

Q. Before trial, have you listened to each of these recordings?

A. Yes, sir.

Q. And are they -- do they fairly and accurately reflect the conversations as you recorded them?

A. Yes, sir.

Q. And have you also reviewed the transcripts of the recordings?

A. Yes, sir.

Q. And for the most part, are they accurate?

A. Yes, sir.

Q. Have you noticed a few inaccuracies here and there?

A. No, sir.

Q. Okay.

MR. CASTELLANO: Your Honor, at this time, I'd move the admission of Government's Exhibit 176.

THE COURT: Any further discussion on 176?

MR. VILLA: Nothing further.

THE COURT: Not hearing anything further, Government's Exhibit 176 will be admitted into evidence.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

72

(Government Exhibit 176 admitted.)

MS. JACKS: And, Your Honor, we would request limiting instructions.

THE COURT: All right. This is going to be a conversation with Mr. Perez, and so you can only consider this tape in evidence in your deliberations against Mr. Perez and not as to any other defendants.

BY MR. CASTELLANO:

Q. Mr. Cordova, there is going to be on your left a screen which will have the transcript and then you will also hear the recording over the system?

A. All right.

Q. At this time, I'm going to begin playing -- before I begin playing Exhibit 176 for you, do some of these conversations start and stop mid sentence?

A. Yes, sir.

Q. Why is that?

A. Because when I felt there was something that needed to be recorded, I would turn it on. And then when I felt like there wasn't nothing that needed to be recorded, I would turn it off. Because of the batteries, I didn't -- I didn't want the

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

73

batteries to go dead on me and then not have -- you know, have it when I needed it, when something good came out.

Q. And as far as you knew, who at the prison knew that you had a recording device?

A. As far as I knew, just STIU. I don't --

Q. What types of problems could that have created for you in having a recording device in the prison?

A. What kind of problems? A lot.

Q. Like what kind?

A. Like are you saying from the inmates?

Q. Let's start with the inmates.

A. Be stabbed and murdered.

Q. And what about even from the correctional staff, possibly?

A. Probably go tell on me, or -- you know, those are chances I didn't want to take, you know, someone make a comment that I had a recording device. That's something you don't want to be talking about in prison, especially not in a facility like the North, Level 6.

Q. Level 6. Is that the maximum security facility in Santa Fe?

A. Yes, sir.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

Q. Okay. I'm going to start playing the recording. And we'll stop it from time to time to ask you some questions. Okay?

A. Yes, sir.

Q. Before it starts, there is a reference to someone giving Mr. Perez squina. What is squina?

A. Help, just helping him.

Q. And then is this a transcript of you and Rudy Perez?

A. Yes, sir.

Q. And are you identified as CHS, or Confidential Human Source, in this exhibit?

A. Yes, sir.

Q. Okay. Let's begin.

(Tape played.)

Q. Okay. You seem to be referencing a previous conversation. Is that accurate to say?

A. Yes, sir.

Q. And you mention -- or actually Mr. Perez says, "The Molina talk down there, it's between us, nah." Do you see that?

A. Yes, sir.

Q. Had you already spoken with Mr. Perez before these recordings started?

A. Yes, sir. There was discussions in the



75

yard about what was going on with the Molina murder.

Q. So did you believe that because you were in the pod next to him and you were an SNM member, that Mr. Perez may speak to you about what happened with the Molina murder?

A. Yes, sir.

Q. And when you first got there, did you have the recording device or did you have a little bit of time before you started recording?

A. I had a little bit of time. I think it was a week, a week or so. STIU pulled me out and went and acted like they were searching my cell, and left the recording device underneath my pillow.

Q. So during that time, then, had you had prior conversations with Mr. Perez?

A. Yes, sir.

Q. And had you already discussed the Molina homicide with him?

A. Yes, sir.

Q. And when he says "the Molina talk down there," is that referring to your discussions about Javier Molina?

A. Yes, sir.

Q. Let's continue, please.

(Tape played.)

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

76

Q. What are you talking about when you're talking about family business?

A. Well, he's saying that there was other individuals in the yard like throwing family business out there where people, other inmates that ain't part of SNM -- that's one thing about SNM, we're very secretive. And you're not allowed to talk outside the family about what goes on within the family. Don't matter if it's beefs, disagreements, anything. Anything that has to do with SNM stays within the family. You could be violated or you could be murdered for talking outside the family, what goes on with SNM business.

Q. When Mr. Perez says "business out there with everyone, you know, you don't do that."

A. Yeah, you don't.

Q. And did you know Mr. Perez to be an SNM member?

A. Yes, sir.

Q. Let's continue.

(Tape played.)

Q. You referenced somebody named Jess up above. Do you know who that was?

A. Jesse Sosa.

Q. And who is Jesse Sosa?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

77

A. Jesse Sosa is the person who Javier Molina was accused of ratting on.

Q. And can you tell us whether Jesse Sosa was an SNM member or was he somebody else?

A. No, he wasn't an SNM member.

Q. And had Jesse Sosa been to prison?

A. Yes, sir.

Q. Do you know what he was in prison for?

A. I don't know. I know he was real tight with some of the SNM members.

Q. And so I don't have to stop the recording, it's going to talk about fierros coming from the walker. Do you remember asking Mr. Perez about that?

A. Yes, sir.

Q. What are fierros?

A. Fierros are homemade prison shanks.

Q. And whose walker will you be asking about?

A. His walker.

Q. Okay. Let's continue.

(Tape played.)

Q. When you ask about the fierros from his walker, his response is "no." Do you know what he's responding no to?

A. I believe he's trying to stop me in mid

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

78

sentence -- no, wait a minute, let me tell you what's going on. That's when he states, he thinks that Trigger made a statement that the fierros came from his walker.

Q. Who is Trigger?

A. Trigger is a former SNM Gang member.

Q. Do you know his real name?

A. It's Jason Wright, I believe.

Q. Since you were there at the time, do you know if Jason Wright was in the same housing unit as you guys?

A. I can't recall.

Q. Okay. Let's -- and how are you speaking to Mr. Perez at this time, if your cells are next to each other?

A. Underneath the bunk there is a heater that runs underneath all our cells, through the wall. And I'm talking to him in the vent of the heater.

Q. And depending on the facility, can you communicate with people next door to you and sometimes even above or below you?

A. Yes. The people next door to you, you mostly want to communicate under the bunk so it stays more private. But if you want to talk upstairs, you can talk in the vent. It's the one

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

79

that -- it's like, how do I say it? It's the vent that sucks in the air; it circulates the air in the cell. So it's right above your desk, and you can talk into it up there. But that's if you mostly want to talk upstairs, to people above you.

Q. So when you asked him to speak up, why are you asking him to do that?

A. So I could record him better.

Q. Let's continue, please.

(Tape played.)

Q. Now, when Mr. Perez tells you, "I don't know nothing, I didn't see nothing," that's basically his story, what did you understand him to mean?

A. Well, basically, what he's telling me is, I ain't going to say nothing, I'm not going to rat: Hear no evil, see no evil, speak no evil. So what he's telling me is that's going to be my statement, and it's going to remain to be my statement. "Statement" which means what was given to the authorities, more likely the STIU, or whatever authorities interviewed him.

Q. Here, it sounds like he's already told you he denied to them that he knew anything about the shanks from his walker.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

80

A. Yeah. That's what we're supposed to do. We're supposed to deny anything like that to law enforcement. Even being a member of SNM, we're supposed to deny it.

Q. Let's continue.

(Tape played.)

Q. Okay. So is that what you're referring to? He's admitted to you -- and are you the only person he's told about this? Is that what he's telling you?

A. What he's saying is: You're the only person that I told this to, because you don't want to be bragging about murders to other brothers. It's a hear no evil, see no evil policy in the SNM.

And for him to even say, "Yeah, the shanks came from my walker," brothers can say, you know what? This vato is bragging, he needs to go, he'll be the next one to get hit.

So what he's stating is, Look, what I told you, I only told you. He don't want no one else knowing, you know, that he's talking about the shanks coming from the walker.

Q. When he says here in the transcript, he didn't know anything, it has an indication here that you kind of laughed.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

81

A. Well, what he's saying is, in other words, You know -- what I'm telling you is you know, and we're talking about this, but I don't know nothing. In other words, "I'm not telling you this." So that way other brothers won't -- you know what I mean -- find out that he's talking about the murder. Because we're not supposed to talk about things like that.

When things happen, they happen, and that's it. We go on, we don't talk about it, we don't brag about it. Because it can get brothers convicted. It can -- you know, it can land up in the authorities' hands, can land up -- you know, wrong people hearing it.

Q. And even though that is kind of an unwritten rule, are you aware of brothers sometimes talking about things that they've done?

A. Yeah, they do. But it's a very tight line. Because if you're bragging about what you've done, you know, it's frowned on. But it's okay amongst some brothers, if you're talking to them, if you're real close to them.

But if you're implicating other brothers that have done murders with you in that situation, then you shouldn't be talking about that. And

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 82

brothers -- what we call is campaigning, politicking against you. That can get you murdered. If I'm sitting there saying, Oh, yeah, me and Rudy, I gave the shanks to Rudy so he can hit this dude. That's like, oh, wait a minute, you shouldn't be saying stuff like that.

Now, if I'm saying, oh, I killed that vado or I killed this dude, that's a little different. You know, it's still frowned upon, but brothers, they can't politic against you, because you're not going to get no one else busted. You're going to get yourself busted, you know what I mean? But you still shouldn't be talking about it.

Q. Let's continue with the recording.

(Tape played.)

Q. So was there an indication here that other people were involved with the walker and the shanks?

A. What he's saying is when the other two that know -- he's saying the other two that know that he gave the shanks to whoever asked him for those shanks, those are the only ones that know. Anyone else didn't need to know.

Q. And he's pretty sure that they're not going to say anything?

A. Yes, he's pretty sure they're not going to

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

83

say nothing.

Q. Let's continue.

(Tape played.)

Q. What was Rudy Perez' physical condition where he says, "If I can't put in work for the family, I've got do my part"?

A. Well, right there where he says -- back up and he says, "derecho," all right; that's Spanish. He's saying straight. Right. When you say "derecho," that means okay, this is the way it is. All right?

If I'm not willing to put in work, if I can't put in work because of my condition, then I've got to be willing to play our part. In the SNM, we all have a part to play, no matter how big, how small. And if you can't play that position, then there could be repercussions.

In SNM, the motto is, once the placaso touches your skin, you go to work, and you continue to work and you put in work till the day you die. And the placaso is the Zia with the SNM in it. And that's what he means when he says, "I've got to do my part," because we all have a part to play in the SNM, no matter how big, no matter how small. And it continues to death.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

84

Q. Let me ask you this: When you were living in the pod in 2014, or I should say the pod next door, was -- did Rudy Perez use a walker even then?

A. Yes, sir.

Q. And did he have physical and other health problems?

A. Yes, sir.

Q. Did the brothers look out for him, as far as you knew?

A. As far as I knew, yes, sir.

Q. Who were some of the people who looked out for him?

A. Ronald Sanchez, he was his caretaker. The administration knew that. He would take him to medical in his wheelchair and he would wheel him back, because he didn't want the brother getting jumped on the compound, or anything happening to the brother, make sure he wanted to be safe.

There was other brothers, I understood, that would clean his cell for him, pretty much, yeah, take care of him. If he couldn't get his tray, they'd bring his tray to him, stuff like that.

Q. Who is Ronald Sanchez?

A. Ronald Sanchez is -- he's not an SNM member, but his brother is.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

85

Q. Who is his brother?

A. Dan Dan Sanchez.

Q. And were you -- if the Molina murder happened in blue pod, which pod were you in when that happened?

A. I was in yellow pod, I was in the pod next to it.

Q. Okay, let's continue.

(Tape played.)

Q. What does it mean that when he says, "you'd be a runner dog"?

A. A runner is somebody that does all the business for other big brothers on the line. So if there is brothers that had influence, that need to have things done; like, if they're in Seg, and I need to send huilas, messages, in or out of Seg; if I need to carry shanks and pass a shank to one part of the prison, and take it to the other part of the prison so a hit can go down; like if a drug deal needed to go on, and it needed it to be done right away, they would send me. I would be the one that would be doing all the dirty business for them. I would be a runner.

Q. So you'd be a younger, more fit, athletic type of guy?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

86

A. Yes. Because I'm real fast. I can get things done. So in those days, when we were on the line before they locked us down, that's how it was. You had runners. So sometimes there would be conflict, say all the brothers are having problems with the C Char Boys, Here, carnal, you need to take these three shanks across the compound. You would have to pass through checkpoints where there is COs on the compound looking out. But I'm fast. I can get past them, I can manipulate them easy. And I can get the shanks to where they need be, in case a war jumps off, they need to stab somebody.

Say there was -- you need to go collect this, this Vato owes $50 or drogas, this Vato owes $100, this guy owes this or that. So I go and I do all the collecting for them. Somebody did pay a third to the onda today. Because we tax everybody on the yard, a third that comes in of their drugs.

MS. JACKS: Objection, Your Honor. This is a narrative.

THE COURT: Why don't you do a little Q and A.

BY MR. CASTELLANO:

Q. Sure. What's the onda?

A. The onda is the SNM. It's our destiny.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

87

It's what the word comes from. It's our destiny.
Q. And so for someone like you, you would have a different job than Mr. Perez?
A. Yes, because I'm quick and I'm athletic and I would be a runner.
Q. Let's return to the recording.
(Tape played.)
Q. What does it mean to be a justified move?
A. A justified move is when a brother breaks the policies or the rules of the onda, and they need to move on him. And what he's meaning, is it justified, did he -- did he break the rules? Because sometimes there is personal beefs. Like I said, there is no true loyalty in the SNM. You know, there is rules, but rules get broken all the time.
Q. What's the significance of having paperwork?
A. The significance of having paperwork is a big deal. That's what we use to assassinate informants or people that have testified against other people.
Q. So if you have paperwork, does that help keep politics out of it? You can't just say, Hey, I know this brother's bad and you kill him, you later

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

88

find out it was just a personal beef, for example?

A. Yes. Paperwork, that ends all the politicking right there. You have it in black and white. That dude needs to go, and the black and white speaks volumes.

Q. Let's continue.

(Tape played.)

Q. Who is JR?

A. JR is Jerry Montoya.

Q. Is it your understanding that Jerry Montoya was also involved with the Molina murder?

A. Yes, sir.

Q. Did you know anything about any statements he made or anything like that?

A. There was talk when I got out -- when I got out I came back from the streets for the murder case. There was talks at the north in the yard, they had put us all right there at the North. And there was talks in the yard and people were saying this, saying that. They think this is going on. And to my understanding, that's what was being said.

Q. Let's continue.

(Tape played.)

Q. Who is Red?

A. Red is Timothy Martinez.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

89

Q. Was it your understanding that he was also involved in the Molina murder?

A. Yes, he was.

Q. Okay. Let's continue.

(Tape played.)

Q. A few things here. Who is Kreaper?

A. Kreaper is Jerry Armenta.

Q. And when he says, "You did right, dog."

And you go, "What do you mean?"

Do you remember why they told him he had done right?

A. Probably because he provided the shanks that killed Javier Molina.

Q. Then the recording ends there. Why does the recording end there?

A. It could have been a number of things: They probably were passing out chow that day, and opened my food port. I didn't want to see a CO seeing me with a recorder, you know. It could have been a couple of things. Maybe I needed to use the restroom, things like that.

Q. Do you remember anything specifically, though?

A. Anything specifically?

Q. Right. About why, on that occasion, it

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

90

stopped.

A. No, I can't. I can't recall.

Q. Okay. Let's turn next to Government's Exhibit 178.

MR. CASTELLANO: At this time, Your Honor, I move the admission of Government's 178.

THE COURT: Any other discussion on 178?

MR. VILLA: No, Your Honor.

MS. JACKS: No, Your Honor. We just request a limiting instruction.

THE COURT: All right. I think Government's Exhibit 178 -- let me, first of all, admit it.

(Government Exhibit 178 admitted.)

THE COURT: And I think it also relates to a conversation with Mr. Perez, so you can only use this evidence in your deliberations as to Mr. Perez and not as to the other three defendants.

Mr. Castellano.

MR. CASTELLANO: Thank you, Your Honor.

BY MR. CASTELLANO:

Q. Okay. Mr. Cordova, we're going to begin with the next recording.

(Tape played.)

Q. First of all, what's going on at the

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

91

beginning of this conversation?

A. He's saying that once it came out that he wasn't ratting, that the brothers didn't even give him an apology. They thought he was ratting because, when STIU sent certain people out of state, locked certain people down, there was an individual that had got caught up in the whole mess. And everybody's like, Well, how could that individual get caught up? You know, how did they know that he's the one that asked and got the shanks from him? You know. So they were like kind of thrown for a loop.

Q. So, for example, when some people are moved and other people aren't moved, that raises suspicion?

A. Yes, it does.

Q. And at some point, there was suspicion about Rudy Perez; is that true?

A. Yes, sir.

Q. And do you know who Bill and Jean are referred to in this transcript?

A. Probably just a way just to kind of clown, we're having conversation, like Bill and Jean, you know, just saying crazy stuff.

Q. So when you're using those names, are you

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

92

referring to anybody specifically?

A. No, just the people that were just probably talking down on him, and he didn't want to voice it too much about who was talking down on him, you know, so he just probably threw their words -- their names in it.

Q. Okay. Let's continue.

(Tape played.)

Q. All right. So someone is saying Rudy -- someone didn't think Rudy was strong enough to keep his mouth shut about this. Is that Trigger, or is it someone else?

A. I can't say, but I know there was -- you know, like I said, there was talks in the yard, different -- amongst different brothers that maybe thought because of his conditions, his health, that he wouldn't keep his mouth shut, that he might break and maybe he should be hit.

Q. So up above you're talking -- you're asking him about why people were talking. Is that what you're asking, why people are talking about him?

A. Yes, that's why I'm asking him that.

Q. Okay, let's continue.

(Tape played.)

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

93

Q. What does it mean to check somebody? You said he checked Trigger.

A. It's to defend your honor. When something is being said about you in the onda, or anybody, you check them, you let them know, hey, what the F? What's up?

In other words, letting them know, keep on running your mouth, I'm going to do something to you. So you've got to check them, you know what I mean? Stop them in their tracks.

Q. So is Mr. Perez then telling you that he defended his honor and he didn't stand for that?

A. Yes. He's stating to me that he defended his honor, and he checked the ones that were talking bad about him.

Q. Let's continue.

(Tape played.)

Q. So just so we understand what's going on at this point in time, at the time you record this conversation with Mr. Perez, was the -- what was going on with the state case with the Molina murder? Do you know if it was still just pending?

A. To be honest with you, I don't know if it was pending or -- I don't know what was going on, I can't recall.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

94

Q. That's okay. And when it says, "When everything went down and the discovery actually got there," what are you guys talking about when you refer to "discovery"?

A. Discovery are the -- it's the paperwork that's involving the case, legally. And the discovery, it's everything that pertains to a case legally. So it's all the paperwork that authorities have on you. And at that time when they got back the discovery, they seen that Rudy Perez, he hadn't ratted. So they said, no, you're good, bro, don't even trip, don't even worry about it.

Q. Let me ask you this. When discovery comes out and has all the police reports, does that eventually get back to the gang? Have you guys looked at people's paperwork?

A. Always. Always gets back to the gang. Always.

Q. And so when that happens, is that why paperwork is important, you figure either a guy is good or he's not good with the S?

A. Yes.

Q. And he says Baby G shot me with the -- he said Rudy, don't worry. It's exactly like you said. Who is Baby G?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

95

A. Baby G is Jonathan Gomez. And he had shot word back to Perez, like -- and whoever they got the discovery, maybe in the streets. Because I know we'll get the discovery, like from the county clerk's office. We'll call in a CR number, and they'll have it ready for us sometimes. Sometimes pay for it, sometimes you don't have to. And you have someone go pick it up. And we'll screen it, we'll go through it. And if the dude is good, he's good; if not, he gots to go.

Q. Okay. Let's continue.

(Tape played.)

Q. What's this talk about Rudy Perez staying in his cell?

A. I guess he was just staying in his cell. I can't really tell you why. Maybe just so it would look like he wasn't a part of it.

MR. VILLA: Objection. Speculation.

THE COURT: Well, why don't you lay some foundation for that?

BY MR. CASTELLANO:

Q. In other words, was he telling you, I don't know anything else because I just stayed in my cell?

A. He probably stayed in his cell on purpose

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

96

because he knew once the metal -- if the metal was found --

MR. VILLA: Objection, Your Honor. Speculation.

THE COURT: Well, why don't we do this. Ask him what he understands Mr. Perez to have said, and just leave it at that. He can give his understanding.

BY MR. CASTELLANO:

Q. What is your understanding about Mr. Perez' statements about staying in his cell?

MR. VILLA: Your Honor, he already said "I don't know, I can't say."

THE COURT: Ask him first if he knows what Mr. Perez is talking about, did it communicate any information to him.

A. Okay.

BY MR. CASTELLANO:

Q. So --

A. What I understand --

THE COURT: First of all, answer my question: Did you understand what he was saying when he made that statement?

THE WITNESS: Yes, I understood what he was saying.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

97

THE COURT: And did he communicate some information to you?

THE WITNESS: Yes, sir.

THE COURT: And what information did he communicate to you?

THE WITNESS: What the communication, what I thought it was, is that he stayed in his cell so that way, if the metal, the shanks were ever found, they couldn't say, Hey, it came from your walker, you had to be involved someway, somehow. It's an escape route. That way he can say, I'm in my cell, I don't know nothing, I didn't see nothing. That's what I took it as.

BY MR. CASTELLANO:

Q. All right. Let's continue.

(Tape played.)

Q. Okay. Do you know who Marijuano is?

A. Marijuano is, I know who he is. It's just going to take me a little while. That's a weird name, it's like Urquizo, his last name is Urquizo or something. Marijuano is, oh, man --

Q. We can move on. If it comes to you --

A. I know who Marijuano is.

Q. Is Marijuano an SNM Gang member?

A. Yes, sir.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

98

Q. And in March of 2014, did Marijuano come into your pod?

A. I know he was at the North with us. I know he was at the North with us. I've seen him in the yard. I would talk to him in the yard at the North, so I know he was there with us. I don't know if he was in the pod. But I think he was in the pod next to me.

Q. We'll come back to him.

A. All right.

Q. What is this talk about Marijuano?

A. Wait a minute. Where are you asking? 2014, March? Oh, I thought -- I'm sorry, I thought you meant 2016. Yes, he was in the same pod with me. In Southern? Yes, he was in the same pod with me, yellow pod. Sorry about that, sir.

Q. That's okay. And do you know what Rudy Perez is referring to when he mentions Marijuano? He says, "I'm not like Marijuano."

A. Marijuano was -- it was being said in the yard that Marijuano was bragging or talking about the paperwork on Javier Molina on the way down in the transport van. And he shouldn't have been talking about a mission, shouldn't have been talking about a hit. And his due, he was to bring the

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

99

paperwork down on Javier Molina. And I guess someone overheard him and Archie talking about the paperwork. And they shouldn't have been doing that.

Because that was -- that's real sensitive nature. When someone is going to get killed, the only people that need to know are the people handing down the hit and the people going on the mission.

Q. So Mr. Perez is basically saying I'm not going to have a big mouth like the other guys talking?

A. Yes. In other words, you won't catch him bragging in the yard that the shanks came from his walker because he ain't like Marijuano.

Q. Okay. Let's continue.

(Tape played.)

Q. He calls somebody Shadow here. Who is Shadow?

A. The other Shadow in the SNM organization is Roy Martinez.

Q. And what are you called?

A. I'm called Little Shadow.

Q. And is this where you're talking about earlier with people running their mouths?

A. Yes.

Q. Was there a concern about that?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

100

A. Yes, there was concern about that.
Q. Let's continue.
(Tape played.)
Q. Can you tell what he said there, where it's unintelligible in the transcript, "you and me catch" --
A. It says "You and me catch the carena." Carena is what we call in prison, it's a Spanish word like chain, the carena. The chain is the transport. So that's what he's talking about, if me and you catch transport today.
Q. Okay. Let's continue.
(Tape played.)
Q. I got the what?
A. The mensaje. That means the word, the message that was supposed to be brought down. He's talking about the paperwork that was given to Marijuano to bring down to Southern, and during, on the chain, on the transport, he was talking about it to another SNM member, Archie. He should have never been doing that, because Archie should have never known about the paperwork.
Q. Okay. Let's continue.
(Tape played.)
Q. So by midnight, these people already knew

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

101

who took the, is it mensaje again?
A. Yes, the message. The paperwork to hit Javier Molina.
Q. And two names are mentioned here: Marijuano and Archie.
A. Yes, Marijuano and Archie, those are the only two that knew at that time of the message going down there to hit Javier Molina.
Q. What's the distinction here? There is Marijuano, and then Archie is in the fed?
A. Well, what he's saying, because Archie got rounded up on the RICO. So at this time he's saying, you know, the other one's in the feds, which is Archie. And the other one is still here in 2A. 2A, I believe at that time -- I don't recall if 2A was at the South or 2A at the North, but I believe it was 2A at the South.
Q. So at this point in time had Archie Varela been charged and Marijuano not been charged?
A. I believe so.
Q. And the time you're having this discussion with Rudy Perez, is this after the first roundup in December, where a bunch of members were rounded up?
A. Yes, sir.
Q. At the point you have this discussion with

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

102

Mr. Perez, had he been charged in this case yet?
A. Who, Mr. Perez?
Q. Yes.
A. No, he hasn't been charged yet.
Q. Okay. Let's continue.
(Tape played.)
Q. Who is Spider?
A. Spider is another SNM, member of SNM organization.
Q. Do you know his name?
A. David Calbert.
Q. What are you saying, when you say "right, because he picked up the mensaje from Spider"?
A. Yes. From what I heard, he was one of them that picked up the mensaje from Spider and took it down there.
Q. Let's continue.
(Tape played.)
Q. Do you know what Mr. Perez is referring to when he says that the first time and then a second time? Somebody shot a kite down here, this is the first situation. And then he refers to the second time.
A. Right, he's saying --
Q. If you know.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 103

A. Yeah, to my understanding, yes.

Q. And did you know if Mr. Perez was pending investigation by STIU or the corrections system?

A. Yes, I knew that.

Q. Let's continue.

(Tape played.)

Q. Do you know what this discussion is about, filing grievances and what's going on here?

A. Yeah, they're trying to get Rudy Perez back down to Cruces.

Q. So is Cruces a lower level facility than Level 6?

A. Yes, it's our Level 4, it's our unit that we come out with each other. But it's only SNM Gang members down there.

Q. So it sounds like he's complaining about being locked down as long as he was; is that correct?

A. Yes. And there was other brothers helping him. That's what we do for each other. We'll file petitions. And we'll file with the administration to get us out. We'll go as far as filing habeases into the court system to get brothers out of lockup, back into general population with us.

Q. Was it indicated in here also that Blue

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

104

helped him with his grievance?

A. Yes.

Q. Who is Blue?

A. Blue is -- he's another SNM Gang member from Silver City; Mario -- Mario Rodriguez, or something like that, I think it is. I know it's Mario. And he helped him. Yeah, he helped him file a grievance so he can get out and come back with the brothers down here at Southern.

Q. Do you know who the person Wendy is here that's being talked about?

A. Wendy was the unit manager.

Q. And so would she then be involved in this process if you're moving people back and forth?

A. Yes, she would be a major player, because it goes through your caseworker first. They suggest it, then it goes through your unit manager. Then the unit manager does the paperwork through CBC to send you wherever you're going to go classified.

Q. Let's continue.

(Tape played.)

Q. What is PTH?

A. PTH is pending transfer to another facility.

Q. So at some point is he telling you that a

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

105

determination had been made to send him back from Santa Fe to Las Cruces?

A. Yes, sir.

Q. Let's continue, please.

(Tape played.)

Q. What's the significance of saying he's never disrespected the onda?

A. That means he's never broken no rules, he's never went against the family, he's never dropped a flag. It means he's always represented to the fullest.

Q. And up above, we see it throughout the transcripts, when someone says ya, si mon, what does that mean?

A. Si mon, just like saying all right, yeah.

Q. Let's continue.

(Tape played.)

Q. You asked him if one of the people was BB. Who is BB?

A. BB is Javier Rubio. He was a former SNM. He's part of the SNM organization. He was a member also.

Q. And do you know who Little Cruces is?

A. Yes. It will be hard to say him by name. But yes, I know who Little Cruces is. He's another

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

106

member of the SNM organization.

Q. And do you know what Mr. Perez' beef was with him? He said he didn't even want to --

A. I guess he was probably running his mouth, saying, oh, why -- just back to all these guys got shipped out of state, this guy got locked down, how come. You know, it's probably just insinuating that Rudy ain't strong enough to keep his mouth shut. And maybe Rudy needs to go, and might have been campaigning or politicking against him. That's sometimes how it turns out.

Q. Let's continue.

(Tape played.)

Q. What is Mr. Perez telling you here when he's talking about Crocodile and BB?

A. Well, because BB and Crocodile broke the rules. There was paperwork sent down there the first time, and Javier wasn't handling it. So they were going to be next to get hit, because it should have got handled the first time.

Q. Is that what he's referring to? It was never done the first -- the paperwork got sent down there.

A. Yes.

Q. So is it your understanding that he's

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 107

telling you the paperwork was already there and Molina didn't get handled?

A. Yes. The paperwork was down there. And to my understanding, the paperwork disappeared also. It will come up again.

Q. And do you know who Crocodile is?

A. Yes, Jesse Sedillo.

Q. And can you tell the members of the jury whether BB and Crocodile were down in Las Cruces when you were there in 2014?

A. Yes, they were down there. And they were given leadership in a pod. They were llaveros. The llaveros are in charge of knowing who has put in work, who has their bones, who was a certified carnal, if there is any paperwork on them; to make sure things get done, make sure that rules are kept and not broken. Basically, they're in charge of that tier.

Q. So is that a leadership position?

A. Yes, it's part of the tabla.

Q. And down below, there is talk about "vato was in green park for a minute." Do you know what pod they were in?

A. I think that's "pod." I think it's "green pod." Yeah, BB and Croc, they were in green pod.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

108

Q. And where was green pod in relation to yellow pod?

A. It's on the other side of yellow pod. Like blue pod is in the middle, and green pod is on one side and blue pod is on the other side. They are three-pod units.

Q. Let's continue.

(Tape played.)

Q. What does it mean to get put on the payment plan?

A. Means you're getting extorted by other brothers. He was -- to our understanding, that's what happened, is Javier Molina at the time --

MS. DUNCAN: Your Honor, I'm going to object. This is calling for hearsay.

THE COURT: What are you trying to prove with this?

MR. CASTELLANO: His explanation for the term.

THE COURT: Are you trying to elicit this out-of-court statement?

MR. CASTELLANO: Yes, Your Honor. It's his understanding of what the payment plan refers to.

THE COURT: Well, see if he can give his

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

109

understanding without maybe giving all the information received from others.

BY MR. CASTELLANO:

Q. Without saying what other people told you, just what is your understanding of getting put on the payment plan?

A. Well, I knew, I was down there. I seen Javier Molina. Every time he would go to the visit, he would hit his drugs. He would come back and there was two individuals that would go and get drugs from him. So he was paying his way, so that way the paperwork wouldn't come out and get him hit.

Sometimes, like I said, rules are broken, they're not always followed. But they were in leadership. No one was going to question their leadership at that time. And they thought maybe they can keep it under wraps, quiet, until they came out and they were extorting him for drugs.

Q. In a second here you're going to talk about a second time when Spider and Archie pushed the issue. What's the issue that's getting pushed?

A. Spider was up at the North and he was sending word down to Cruces, why hasn't this already happened. There is paperwork on this guy, this guy needs to get hit. It's making us look bad.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE
MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

110

Q. Let's continue then.

(Tape played.)

Q. Do you know what he's referring to when he said, "until the black and white's reproduced nobody can move on it"?

A. Yes, that's paperwork. And black and white, it's paperwork. It's a statement you give in the discovery, comes out in the discovery if you've ratted on somebody. And that's what happens when he's talking about there is black and white. Sometimes there will be people that will say: Be careful with this guy, because they know he's a rat, but they don't got the paperwork yet.

And see sometimes when they say be careful with them, it might be sensitive information that don't want to be said around certain individuals. Because if that guy is a suspected rat, they don't want administration or other law enforcement getting ahold of that information.

So that's probably -- that's what it means when -- if it's black and white, it's for sure. And what he's saying is when something is being said about somebody that's like that, they keep it in the back of their mind on reserve. That way, they're real cautious around that individual. They know how

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

111

to step around him. That way, they don't slip up and say something and then it comes back to haunt them.

Because if they do slip up and say information and a rat gets ahold of it, a rat, they can be subject for a hit, too. They can get done in just like the rat. Why? Because they were sloppy. They didn't keep their mouth shut.

MS. DUNCAN: Your Honor, I object to the narrative.

THE COURT: Why don't we do some more questions and answers.

MR. CASTELLANO: Sure, Your Honor.

BY MR. CASTELLANO:

Q. In other words, if there's suspicion about somebody, you're still going to be careful about him, right?

A. Yes, sir.

Q. Because if you say something sensitive around them and they end up being a rat, that could come back to haunt you?

A. Yes, because you knew he was a rat and you weren't careful.

Q. Let's continue.

(Tape played.)

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

112

Q. Jesse Sosa is who?

A. At that time Jesse Sosa -- no, he's not a member. I think we mixed him up. I think he don't know what Croc's name is and we were talking about Crocodile. So I think he's referring to Jesse Sedillo.

Q. And if it is Jesse Sosa, is that the person that Mr. Molina --

A. Yes, Jesse -- Javier Molina had ratted on him, and there was paperwork on him for that.

Q. So at this point you're not sure, he could have been --

A. Could have been anyone, but I'm pretty sure, because the way the conversation was going, it was Crocodile, but probably didn't know his last name, just knew him by Jesse. And they're both Jesses.

Q. Okay. Let's continue.

(Tape played.)

Q. Mr. Perez refers to getting validated. And once that happens, no movement, you get done dirty, what does it mean to get validated?

A. Validated is when the STIU, the gang unit validates you that you're an SNM Gang member. Once that happens, you're limited only to a Level 4

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

113

restriction housing unit with only SNM members.

And when we recruit new members into the SNM, we tell them, deny SNM to all law enforcement and try to get to lower levels. That way we can take control of the lines, and we can run things indirectly from lockup to Level 4s.

Q. So once you're validated, you're going to be limited to where you can go?

A. Yes. You're going only to be limited around brothers. And it's really not good, because it limits our resources in the SNM organization.

Q. Were you eventually validated?

A. Yes, I was eventually validated.

Q. Do you remember when that was?

A. I'm pretty sure it was in 2009.

Q. So you were an SNM member for a number of years before you were actually validated by the corrections system?

A. Yes. Because I knew how to my mouth shut. And I would never talk to STIU. I would be real careful who I let know who I was an SNM member and who needed to know. That way I could do what needed to be done for the organization on the linas.

Q. Let's continue with the recording.

(Tape played.)

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

114

Q. Do you know who Mr. Perez is speaking to when he refers to his lady and Baby G's ladies are roommates?

A. I can't recall. The only person that I knew that girlfriends were real tight with Baby G was only a handful of people. And to be honest with you, I can't really say.

Q. Okay. And Mr. Perez mentioned someone named Ace. Who is that?

A. Ace is another member of the SNM organization.

Q. And in a second he's going to mention somebody named Earn Dog?

A. Yes, he's another SNM member, Ernest Guerrero.

Q. Let's continue.

(Tape played.)

Q. There is mention here about somebody named Shotgun. Do you know who that is?

A. I believe -- I don't know if his last name is Ortega, it might be Ortega. But it's Eddie, Eddie Shotgun, he's another SNM, member of the SNM organization that's in the federal prison system. So an influential member in the federal prison system.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

115

MR. CASTELLANO: At this time, I'm going to move the admission of Government's Exhibit 180, Your Honor. This is a recording between Rudy Perez and Mr. Cordova.

THE COURT: Is there any other discussion on 180?

MR. VILLA: No, Your Honor.

THE COURT: All right. Government's Exhibit 180 will be admitted into evidence.

(Government Exhibit 180 admitted.)

MS. JACKS: And, Your Honor, again we'd request limiting instructions.

THE COURT: And as Mr. Castellano indicated, this telephone conversation or conversation -- recorded conversation between -- with Mr. Perez so you can only consider it, this evidence, in your discussions and deliberations as to the charges against Mr. Perez and not as to the other three gentlemen.

Mr. Castellano.

MR. CASTELLANO: Thank you, Your Honor.

BY MR. CASTELLANO:

Q. Let's begin with the recording.

(Tape played.)

Q. So this is another mention of the payment

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

116

plan. And you actually used the word extorting this time.

A. Yes.

Q. What are you referring to?

A. That was going on every time -- he says every time something would go down, what he's talking about is every time you go to a visit and come back, those two guys, BB and Croc, were at the door getting an issue from him so they were extorting him for drugs.

Q. Let's continue.

(Tape played.)

Q. All right. So the paperwork is there possibly a year before?

A. Yes.

Q. And Mr. Perez says we're not going to show it, so just make sure you show some love.

A. Yes. Well -- yes.

Q. What is that exchange, what for what?

A. Meaning we're not going to bring out your dirty laundry as long as you keep on paying us whatever we ask you of.

Q. Let's continue.

(Tape played.)

Q. What does it mean to be chaffa?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

117

A. It means -- to be chaffa means you ain't -- excuse my language -- but you ain't worth an F. It's what it means. In other words, you're a rat, you're a punk, you're PC, you're the worst of the worst of the convicts.

Q. Let's continue.

(Tape played.)

Q. Do you know what he's referring to when he said it was so sloppy?

A. Yes. Because usually it's not sloppy like that within the SNM.

Q. What is sloppy in this case?

A. Sloppy is they stabbed him, for one, when they could have strangled him. And it's happened before. They strangle them, they'll tuck them into their bed and won't find him for hours later, sometimes days later. Sloppy, he's talking about they let him out of the room, for one. They should have never left him out of the room.

For two --

Q. Who is he referring to?

A. He's referring to the guys that murdered Javier Molina. And he's referring to them and that it was done sloppy. It was a suicide mission. So in other words, they were going to get caught.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

118

Q. And do you know why SNM members might get sent on a suicide mission?

A. It could be for a number of things. Sometimes we clean up what we call trash. With trash, we'll have dirt on some people, we know they have paperwork on them. They messed up somewhere around the lines. And we'll send a rat to kill a rat. And then after that, we'll kill a rat. So it's --

Q. Let me ask you this: Were you aware of any issues with either Jerry Armenta or Jerry Montoya?

A. Yes, sir.

Q. First of all, Jerry Armenta, what was the concern about him?

A. The concern about him is that he had picked up what we call a chaffa charge. It was a sex charge, a sex assault charge. But he pled it down to distributing to the delinquency of a minor. Still, with that, distributing (sic) to the delinquency to a minor, that was still was a bad thing. So there was talks about him being chaffa.

Q. Would that be a good reason to send someone like him on a mission?

A. A suicide mission, yes.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

119

Q. What about Jerry Montoya?

A. Jerry Montoya, there was talks about -- there was paperwork on him from, I think, 2000, 1999, when he came to prison on his first murder. And that's what the talks were about him.

Q. Here, Mr. Perez does not want to say names, "somebody said them vatos," but he's not telling you the names. Is that kind of part of the rules?

A. Yes, it's part of the rules. You're not supposed to talk bad about brothers. It happens, like I said. You're not supposed to brag about things, especially not supposed to be talking about things like that we were discussing. That was a no-no, he should have been never doing that. But he did it anyways because he trusted me.

Q. I'm going to next play a short segment here and then I'll have some more questions for you.

(Tape played.)

Q. Okay. What does it mean to be less than one year to the house?

A. It means you're going home, you're going home within a year.

Q. Have you ever heard the term short to the door?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

120

A. Yes.

Q. Is that something that's similar?

A. Yes.

Q. And so what is Mr. Perez telling you about one vato being 47 days to the house?

A. Basically what he's explaining to me is that there was something more to the hit than what should have been, because good brothers would never be sent on a suicide mission like that.

If you're going home, the SNM wants to further their agendas, murder on the streets, because now we're getting locked down. So, in other words, those brothers weren't worthy of going out there, and they weren't trusted to go out there and further the organization of the SNM. So they thought they shouldn't have went home. They should have done more time, I guess.

Q. Do you know who was about 47 days to the house?

A. Yes, it was Jerry Armenta.

Q. And then a reference to one other dude being less than a year to the house.

A. To my understanding, that was Red or Jerry Montoya.

Q. And the next statement is, Red was only

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

121

two years to the house.

A. Yeah, Red was two years to the house then. I think it was Jerry Montoya, I think that was a year to the house.

Q. Who is Red?

A. Red is Timothy Martinez.

Q. And Blue was just a couple of years to the house. Who is Blue?

A. Blue is -- I don't know if it's Rodriguez, but I'm pretty sure it's Mario Rodriguez, to my understanding.

Q. And then Mr. Perez asked the question, "Why not send the vatos that are doing vida, homes?" What does that mean?

A. In other words: Why don't you send vatos that are doing what we call "all day." All day means you're doing a life sentence. A vida is a life sentence in prison.

Q. So if you're sending somebody who is doing life, there really aren't any consequences for them, I take it?

A. No, there is not.

Q. Okay. Let's continue.

(Tape played.)

Q. When Mr. Perez tells you, he's nobody, is

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

122

he just a soldier?

A. Yes, he's just a soldier, like I was.

Q. All right. So does he get to make those decisions about who gets killed like that?

A. No.

Q. As a soldier, is he supposed to do what he's told?

A. Yes.

Q. Let's continue.

(Tape played.)

Q. Do you know what the messages are he's referring to?

A. Yes. At that time there was word talking about they were going to -- supposed to let SNM back on the lines, but they were going to start locking up shot callers. At that point what we believe is that administration had received confidential information on Pup, Anthony Baca, and they were locking him up.

MS. DUNCAN: Your Honor, I'm going to object to this. This is hearsay, and I ask that the answer be stricken.

THE COURT: Are you trying to elicit this out-of-court statement?

MR. CASTELLANO: Yes, Your Honor. His

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

123

understanding of what Mr. Perez is saying about one message and leaving a couple out there on the table.

THE COURT: Well, I think we've got an agreement as to how we're doing these tapes. So as far as this conversation, Mr. Baca, I'll sustain the objection.

MR. CASTELLANO: That's fine.

BY MR. CASTELLANO:

Q. Let's continue with the recording.

(Tape played.)

Q. Just so there's no confusion, there is reference where he says, "When Shadow and them are around," is that you or the other Shadow?

A. That's the other Shadow.

Q. Okay. Let's continue.

(Tape played.)

Q. Did Mr. Perez give you his PIN number?

A. Yes, so I can make phone calls.

Q. So is he telling you that was a sign of trust when he gave that you information?

A. Yes. What people don't take in the streets as respect we take in prison very seriously, very seriously. Giving a PIN number like that, that's a big sign of trust and respect. Because at that time we were allowed four phone calls a month

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

124

because of our status. And to let me use one was a big sign of saying all right, I trust you.

Q. Let's continue.

(Tape played.)

Q. What are you communicating to him when you're saying, "I want to know what's up on the games"?

A. Because I want to know what's going on in the politic arena. That way I don't end up on the bad side or the wrong side of the politics. And myself end up in the hat, is what we call it. You get a ticket, means you're on the list to get murdered.

Q. Let's continue.

(Tape played.)

Q. Now, he said there are several other issues about you and me talked. What did you talk about?

A. If I can -- all right. The issues are about why that was done, the Javier murder. The issues -- there was a few issues out there.

For one, a message to the administration that if certain people weren't down there to stop certain things happening, this is what was going happen. Murders like this were going to occur.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

125

Another one was that the guys sent on a mission were to be smutted up on purpose. One of them wasn't in good standing in politics with a high ranking member in the SNM, and a couple other ones were because of chaffa charges and paperwork.

Q. And Mr. Perez actually communicated to you that he didn't hear one of the messages that you were talking about.

A. Yes. And one of the messages was that --

MS. DUNCAN: Your Honor, I'm going to object. This is hearsay.

THE COURT: Well, I think it's just as to Mr. Perez.

MR. CASTELLANO: And, actually, I'm referring --

MS. DUNCAN: Could I ask the Court to remind the jury of that limiting instruction.

THE COURT: Well, let me take care of your objection first.

MR. CASTELLANO: What I'm referring to, Your Honor, is the evidence that's already come in here up above where he says was that mission was supposed to send a message to the administration because they were starting that program. And I'm asking him whether or not Mr. Perez heard that.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

126

That's it.

THE COURT: And I think I'll overrule the objection.

All right. Again, these are just conversations with Mr. Perez, so you can only use this testimony and evidence as it relates to your discussions and deliberations as to Mr. Perez and not any other defendant.

Why don't we take our second morning break. I think it's a little early for lunch, so why don't we take our break and take a late lunch.

All right. We'll be in recess for about 15 minutes. All rise.

(The jury left the courtroom.)

THE COURT: All right. We'll be in recess for about 15 minutes.

(The Court stood in recess.)

(The jury entered the courtroom.)

THE COURT: All right. Everyone be seated.

All right. Mr. Cordova, I'll remind you that you're still under oath.

Mr. Castellano, if you wish to continue your direct examination of Mr. Cordova, you may do so at this time.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

127

MR. CASTELLANO: Thank you, Your Honor.
THE COURT: Mr. Castellano.
BY MR. CASTELLANO:
Q. Mr. Cordova, let's start where we left off here on Exhibit 180. I just wanted to make sure you and Mr. Perez had spoken about a few issues, but then when you raised the issue about the administration, he told you that he actually hadn't heard that message; is that correct?
A. Just the part that -- about the program.
Q. Okay.
A. It was the part about him starting an RPP Program for drop-out gang members. And what that would do to us is take us -- a little bit of power away from us.
Q. Why would that be?
A. Because our own people could only go to general population with us, and they could only be around us. So we felt we were losing a stronghold of that, that someone can slip up and break the rules and then run away from us. And we felt better control when we can be all together. That way if anybody messed up within the family, they're going to answer for their discretions against the onda.
And that's why we felt, what we said, that

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

128

program is a bad thing, because now brothers, if they feel that the confinement of being a gang member is too harsh for them, they can just say you know what? I don't want to be a gang member no more and walk away and go to a line. And some people will do that and some people won't, but we didn't like it.

Q. What does that mean, to go to the line?

A. Go to the line is to get general population privileges like regular inmates.

Q. You had mentioned earlier, so if you get validated as an SNM Gang member, the best you could do is Level 4?

A. Yes, sir.

Q. So if you go back to the line, can you do better than Level 4 and possibly get better living conditions?

A. Yes, sir.

Q. Let's continue with this recording.

(Tape played.)

Q. Okay. There are a few things here. The first is this discussion about addiction clouding people's minds. Was there ever a concern or criticism of leaders because of drug use and making bad decisions?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

129

A. Yes, sir.

Q. And who is Arturo?

A. Arturo is Arturo Garcia, Chopper, SNM member of the organization.

Q. And when Mr. Perez says, "I'm going to get off this floor a little bit, Brother," why would he be on the floor?

A. Because we were underneath the bunk talking through the vents of the heater.

Q. I'm going to turn your attention to Government's Exhibit 182.

MR. CASTELLANO: And, Your Honor, this is a transcript between Mr. Perez and Mr. Cordova. And at this time I move the admission of Government's Exhibit 182.

THE COURT: All right. Any other discussion on 182?

MS. JACKS: No, Your Honor. But we would request a limiting instruction.

THE COURT: All right. Government's Exhibit 182 will be admitted into evidence.

(Government Exhibit 182 admitted.)

THE COURT: And, again, this is a conversation or evidence that you can only consider and use in your deliberations against Mr. Perez and

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

130

not against any of the other defendants.

BY MR. CASTELLANO:

Q. Okay. Let's begin with the recording.

(Tape played.)

Q. Do you know who the two who were charged and the two who weren't charged?

A. Yes, sir.

Q. Who were the two that were charged?

A. The two that were charged were Jerry Armenta and Jerry Montoya.

Q. And who were the two who weren't charged?

A. Timothy Martinez and Mario Rodriguez.

Q. Did you know if Mario Rodriguez had been charged with any crimes from the Molina incident?

A. No one knew at that time. I didn't know.

Q. Well, do you know whether or not he was charged with the murder initially?

A. I knew he was charged with RICO, and it could have been leading to acts of that murder.

Q. What about when it was a state case?

A. When it was a state case, I believe I guess he wasn't charged.

Q. That's your understanding?

A. Yes, sir.

Q. Okay. Let's continue.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

131

(Tape played.)

Q. Do you know what he said? It looks like Karon, K-A-R-O-N, on the transcript. Did you catch that word that he said that?

A. It's Colorado. It could have been a code word that he knew about some other brother, and we're just --

Q. Did you know what he meant when he said that word? Was it just someone else who told him something?

A. Yes, it was another brother that told him something, probably just didn't want to -- make sure he wanted to say the right name or --

Q. Let's continue.

(Tape played.)

Q. Okay. Is this the same Kreaper who is Jerry Armenta?

A. Yes, sir.

Q. And is JR Jerry Montoya?

A. Yes, sir.

Q. And at this point, is there talk then by Mr. Perez about having seen paperwork related to them?

A. Yes, sir. They're talking about it.

Q. And was that uncommon to get, once again,

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

132

paperwork from some case or investigation?

A. It's the Javier Molina murder.

Q. And let's continue.

(Tape played.)

Q. What does it mean when he says he kind of threw rollo at Red?

A. He threw rollo at Red means was talking with Red. Rollo is just talking.

Q. Let's continue.

(Tape played.)

Q. What were you talking about there? You said, "that's why I'm telling you, that's what I'm talking to you about."

A. Because Baby G was real close with a certain individual that was a high ranking SNM member at the time.

Q. Who was he close to?

A. Anthony Ray Baca, Pup.

Q. And when it talks about dropping the charges in Cruces, were you aware that the state charges were dropped when the federal charges came about?

A. That's what they were saying. No one really knew that there was a fed case coming. We didn't know we were getting RICO'd. And at that

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

133

time, the state charges had been dropped, and people were kind of like, hmm, what's going on there?

Q. Let's move to the next recording. It's Exhibit 184 involving Mr. Perez and Mr. Cordova.

MR. CASTELLANO: So at this time, Your Honor, I'd move the admission of Government's Exhibit 184.

THE COURT: Any other discussion on that?

MR. VILLA: No, Your Honor.

THE COURT: All right. Government's Exhibit 184 will be admitted into evidence.

(Government Exhibit 184 admitted.)

MS. JACKS: And, Your Honor, again we would request a limiting instruction.

THE COURT: All right. Mr. Castellano has indicated this is just a conversation, another record conversation with Mr. Perez. So you cannot use this discussion as evidence against any of the other gentlemen, you can only use it in your discussion of the charges against Mr. Perez.

BY MR. CASTELLANO:

Q. Okay. Let's begin.

(Tape played.)

Q. All right. So if they go to court and testify against them, they are going to get them,

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

134

you know what I mean?

A. Yes.

Q. What does that mean?

A. That means that they were going to try to move on them in the courtroom. Either that, or that the federal government was going to convict them. So it was probably two things there, you know what I mean?

Q. So if these individuals go to court, what do the rules of the SNM require should happen to them?

A. They should get murdered.

Q. Okay. Let's continue.

(Tape played.)

Q. Okay. What is Mr. Perez telling you here about some other case?

A. He's telling me about another case that happened, I guess a similar case where some individuals had flipped and decided to testify for the federal government. And they gave, I guess, his cousin and some other guys 20 years in federal prison for what -- for their testimony.

Q. When he says, "If we could have found that puta, Michael Ray, that testified against him, my primos would have never done a day, Dog."

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

135

A. Yes. In other words, what he's stating there is that if they could have found him and murdered him before he got a chance to testify, they would have never gotten a day. And basically more or less that's what we're talking about, is those three individuals, if they can get a chance during a court hearing or court, and get them, to murder them, that way, they couldn't testify against the onda.

Because to our understanding is we don't want a RICO Act. We don't want the federal government interfering with our business because it makes harder than what we already have it. And we didn't want the FBI coming in and breaking up what we were trying to put together.

Q. Let's continue with the recording.

(Tape played.)

Q. Once again, there is a reference here to Jesse Sosa. Who is he?

A. That's the individual we were talking about before, that Javier Molina had ratted on or given up information to authorities about, about a robbery.

Q. Is Mr. Perez telling you that he actually didn't see the paperwork but that he'd heard about

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

136

it?

A. Yes, after the fact. After, I guess, the guy was murdered, that's when it all came out that the guy needed to get murdered because he was a rat.

Q. Let's continue.

(Tape played.)

Q. Is this the same Croc you referred to earlier, who was in the same pod with BB?

A. Yes, sir. That's Crocodile, Jesse Sedillo.

Q. That wasn't taken care of the year before?

A. Yes.

Q. Let's continue.

(Tape played.)

Q. You said that had something to do with that viaje?

A. Yeah. He was thinking it had something to do with it. Somehow Javier, whether a message was passed because Archie's boy was assassinated by another SNM Gang member in the streets.

Q. Who is Archie?

A. Archie is Mauricio. I really don't know his last name. Mauricio --

Q. That's okay. You know his first name is Mauricio?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

137

A. Yes, sir.
Q. What does it mean when he says something to do with that viaje? What's a viaje?
A. A viaje, it's like something to do with that stuff. Viaje could be that stuff or -- it's -- viaje is something. Basically viaje is something, Spanish for something. So when he's saying that viaje, he's saying whatever occurred with Archie's son, because Archie's son had been assassinated in the streets, had been shot to death by another SNM Gang member.
Q. Let's continue.
(Tape played.)
Q. "Yes, you know how I would have done it."
You said, "How would you have done it?"
And he said, "I'd give him a" --
A. "A doble."
Q. "A doble."
A. A doble is an overdose, it's a hotshot. Because the vato used a lot of drugs, so they figured just give him a hotshot.
Basically that's where SNM's stillo is. We try to do things as much as clean as possible, so that way law enforcement ain't onto our business. Because the things we do, we try to keep them very

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

138

secretly, because we know the things we do could get us prosecuted in federal court.

Q. Let's continue.

(Tape played.)

Q. "They switched them" -- did you hear what he said here?

A. The mensaje in Cruces.

Q. And what was the mensaje or the message that was switched in Cruces?

A. I guess why he was supposed to be murdered.

Q. Let's continue.

(Tape played.)

Q. Is this the dirty laundry you talked about earlier?

A. Yes. His charges, yes, sir.

Q. Let's continue.

(Tape played.)

Q. Okay. At that time what is Mr. Perez telling you about the time they took his pieces from his walker and being sick?

A. What do you mean?

Q. Right here he says, "I just got there. I just got out of the hole" or "hold, I was real sick." Was he sick at that time?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

139

A. When he got out of the hole, I can't recall.

Q. And what is he telling you here, though? "I just got out of the hole, I was real sick."

A. I guess that's what he means. He just got out of segregation. Whatever he had to go to Seg for, do Seg time for, a disciplinary report, got out of the hole and was sick.

Q. Okay. So if he was sick, was he able to physically participate in this murder?

A. No.

Q. And he told you here he was sick. Did he mention being scared?

A. No.

Q. Okay. Let's continue.

(Tape played.)

Q. So in other words, if physically you can't participate in this murder, what do you do?

A. That's what he said he said. He said physically, I couldn't participate in putting in work, so I had to do my part. And I had to give up the fierros to make the shanks out of the walker. That way -- because he's doing his part. He's doing his part.

MR. VILLA: Objection, Your Honor.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

140

Speculation.

THE COURT: Lay some foundation as to how he knows this.

BY MR. CASTELLANO:

Q. Okay. Mr. Cordova, do you see where he says, "everybody has to do their part?"

A. Yes, he states it right there. He says --

THE COURT: Just a second. Lay the foundation.

Q. Do you see where he says, "everybody has to do their part"?

A. Yes, sir.

Q. So are you speculating, or has he just told you that he feels like he needs to do his part?

A. No. He said --

MR. VILLA: Your Honor. There is different meanings to what that is. It could be to keep quiet.

THE COURT: He can give his understanding of it. Then you can deal with it on cross. So let's limit it to his understanding of what Mr. Perez said.

THE WITNESS: In the SNM organization, everybody has a part. It starts from the llavero; it starts from the top, from the jefe; to the tabla,

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

141

to the llaveros, to the soldiers. And we were soldiers. Physically, he couldn't put in work, so he did what he could for the carnals.

BY MR. CASTELLANO:

Q. Let me ask you this: When he says, "Physically I wasn't able to, but we all have to do our part."

A. Yes, that's what he means. He says physically, he was probably sick, had a cold or whatever was wrong with him, and he couldn't do it physically. So he did what he could for the brothers by producing the shanks to kill Javier Molina.

MR. VILLA: Your Honor, that's speculation. That's not what the testimony in this trial is.

THE COURT: Overruled.

BY MR. CASTELLANO:

Q. Let's continue.

(Tape played.)

Q. Did you hear what he said about flojas?

A. Flojas is stranding; can't leave the brother flojas. And that is one of the rules in the SNM organization; is you can't leave a brother flojas, stranded during a mission, because that is a

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

142

death sentence in the SNM.

Q. So, in other words, was he following the rules? He couldn't leave them flojas; he couldn't leave them without shanks?

A. Yes, sir.

Q. Let's continue.

(Tape played.)

Q. He says, "That vato, the one who ratted on the muerte." What's a muerte?

A. Muerte is Spanish for murder.

Q. Okay. Let's continue.

(Tape played.)

Q. There has been a discussion here about Jesse, which Jesse is this?

A. That's Jesse Sosa that time.

Q. Okay. Let's continue.

(Tape played.)

Q. Do you know what Mr. Perez is talking about here?

A. Yes. He's talking about Crocodile, Jesse Sedillo, that he was back around some of the brothers. And it was an issue about why the Molina murder didn't happen a year prior to that, why he didn't get killed before that. And it was an issue. And more than likely, Jesse Sedillo is going to have

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

143

to answer for that. Probably more than likely, they were going to kill him, too.

Q. Let's continue.

(Tape played.)

Q. Is this the same Spider known as David Calbert?

A. Yes, when he says he's going to have to address that issue meaning that --

MS. DUNCAN: Your Honor, this is nonresponsive as to Spider.

THE COURT: Overruled.

BY MR. CASTELLANO:

Q. Go ahead.

A. He's going to have to stab BB or Croc for not taking care of the mission a year prior to that. So that's what he means when he says he's going to have to address that issue. Spider was going to hit him, was going to move on him.

Q. Let's continue.

(Tape played.)

Q. When you say Archie went down there, papeles, no? There's a word next to it which says papers. Does papeles mean papers?

A. Yes, it's Spanish for papers. It's papeles, Spanish for paperwork, for paperwork on

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

144

people that rat on other people.

Q. Okay. Let's continue.

(Tape played.)

Q. Do you know what he's talking about when he talks about none of them deserving the right to say anything?

A. In other words, I guess they maybe haven't done as much as him or he felt he didn't deserve to call shots or tell him what to do or how to do it. You know what I mean? So in other words, he was using his intellect to determine who should have a say so, who shouldn't have a say-so on his part.

Q. Continue.

(Tape played.)

Q. Which tabla are you talking about?

A. I was trying to determine the tabla that was down there at the time of the Javier Molina murder, but he had given a different tabla. Tablas change, politics change, people change rank and position, you know, every few years; sometimes faster than that. It just depends who is in control of the ride at that time.

Q. When you say the tabla was there, are you referring to Southern at the time of the Molina murder, or a different time?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

145

A. I was referring to the Molina murder. But he had said some different names that was on the tabla at that time. Now, when I was there with him, so maybe he didn't catch what I was saying, and he was just talking about the tabla or the vatos that were -- or, excuse me, the guys that were in charge of the SNM organization at that time.

Q. When you say those are the ones that had the final say so, as the members of the tabla, is that the way it works?

A. Yes, the tabla are the gathering of people, five carnals, five brothers. And they make the decisions on big issues as far as other brothers getting murdered. Because you are not, by rules, allowed to put hands on another brother unless he has broken rules and violated policies within the SNM organization.

So when things like that get handed down, yes, they get handed down from the tabla to the llaveros. Then the llaveros, whatever they feel, the tabla -- they're the enforcers, put it that way, for the brothers in command. Then they hand out the brothers they feel are fit to go on those missions and that's how it gets passed down.

Q. Let's continue.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE
MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

146

(Tape played.)
Q. When he says, "Washa, baby been down 16, 17, 18 years now," do you know who he's referring to?
A. Yes. Is it Baby?
Q. Right here I'm circling on the screen.
A. Or is it BB? Can you go back, because it might be BB, or is it Baby.
Q. Let's see if we can go back a little bit.
(Tape played.)
A. I think he's talking about BB in that sense. I think he's talking about BB, and what he's stating is that the guy has done no murders yet for the onda. He's done some beatings; he's put in some work, however; maybe sliced a couple of people. Made sure things have gotten done when it comes to making sure violations, people get hit, or people get beat up. And -- but, in his eyes, he felt that he had no right to be in that position in the llavero, or tabla.
Q. So is he basically criticizing someone in the leadership role here?
A. Yes, sir.
Q. Let's continue.
(Tape played.)

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

147

Q. What did you say there when it says, "Like me I had an out beat"?

A. Because I was a brother who had my bones. I've put in a lot of work for the SNM at that time. And I had an out date. So brothers would feel a candidate like me would deserve to go home. It's a privilege to go home within the SNM organization when hits are being handed out.

And if your record is good, then the brothers tell you, Go home, and you continue on furthering the agenda for the SNM organization on the streets. And they thought it was -- I had an out date, in other words. And brothers, we would have those discussions of going out there and putting things together for SNM.

Q. So when it says, the transcript says, "I had an out beat," is it actually an out date?

A. Yes, sir, it's an out date.

Q. And the out date is the date you're getting out of prison?

A. Yes, sir.

Q. I just wanted to clarify that. Let's continue.

(Tape played.)

Q. All right. If you're going to move on

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

148

somebody, what's the problem with letting them out the door?

A. You just failed your mission.

Q. Why?

A. Because it's going to get dirty now. You're going to cause a tension and it might not get done. The dude might not die. So you're not supposed to ever let -- when you go in on a mission to kill someone, you make sure you kill them.

And if not, brothers look down on you and discriminate against you for that, you're considered weak. And that's not something that you want to be considered within the SNM, because then you could be next on the list. If that guy is supposed to die, you better make sure he's dead. That's the way it goes.

Q. Let's continue.

(Tape played.)

Q. What's your understanding of who went running down the stairs?

A. Javier Molina had broke out of his cell and went running down the stairs, and to my understanding it was Jerry Armenta chased him.

Q. Okay. Let's continue.

(Tape played.)

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

149

Q. What's he telling you when he's from the old school and he got schooled right?

A. Because we always have a motto within the SNM, "keep it old school." And the new school gangs are not -- are not like all SNM is. SNM, we're killers, we're people that are -- we're old school. We have old rules, old mottos, and we still abide by them. That's the way it will stay till -- SNM will always exist. That's why we stay old school. And you'll be schooled right and things will get done. That's the way it goes.

Q. That's what Mr. Perez is telling you, is that he got schooled right?

A. Yes. In other words, he will never rat, he will never talk about business that ain't supposed to be talked about, and he'll keep it old school and keep his mouth shut.

Q. Let's continue.

(Tape played.)

Q. What are you saying there about JR getting, is it a ban or a brand?

A. It's a tattoo. It's the Zia with the SNM in it. And you have to earn that tattoo. You have to draw blood or murder somebody for the SNM tattoo.

And when he got it tattooed behind here,

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

150

brothers were like, wait a minute, he hasn't killed nobody, he hasn't stabbed nobody. Now that carnal needs to earn that. So they were mad. That's the way it goes within the SNM. You cannot get SNM tattooed on you if you have not earned your bones. And they were mad about that. So they said, he's up next, he's going to earn his bones.

Q. All right. Let's continue.

(Tape played.)

Q. Who is this Julian that's referred to?

A. It's Julian Romero. He's another brother that disrespected another brother in the process by getting out and sleeping with his wife. And therefore he was violated for that. And they almost beat him to death for that in Cruces.

Q. And is that what this discussion is?

A. That's what this discussion is right now, yes.

Q. And when he says on that note that you said "before they moved on Julian, that was supposed to happen, that was first on the list," do you know what was first on the list?

A. Javier Molina was first on the list, then Julian.

Q. Let's continue.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

151

(Tape played.)

Q. Who is Ron Ron?

A. Ron Ron is Ronald Sanchez. That's the Ron Ron that was Rudy Perez's caretaker, would take him to medical on the wheelchair, and make sure he was tooken care of.

Q. If you know, do you know if Ron Ron was in blue pod the day that Javier Molina was murdered?

A. Yes, sir, he was.

Q. And so you had a discussion with Mr. Perez about what Ron Ron may have told him; is that correct?

A. Yes, sir.

Q. Okay. Let's continue.

(Tape played.)

Q. What's a ruca?

A. A ruca is a chollo slang word for girlfriend, wife, ruca.

Q. And when you're talking about Styx, is this Julian Archuleta and the whole incident between him and Julian Romero?

A. Yes, it's with Archuleta, Romero. Julian got out of jail, and this was -- it took about -- that's how the SNM works. It took about a good, a good 15, 14 years to catch up to him. And they

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

152

could never catch him. But finally they got a chance to get their hands on him. And they beat him up pretty bad, almost killed him over the incident.

Q. Let's continue.

(Tape played.)

Q. Was it your understanding that someone named Conrad hit Julian?

A. Yes. To my understanding, that was the individual, the other SNM member who moved on Julian Romero.

Q. Do you know Conrad's last name?

A. I can't tell you.

Q. That's okay. Let's continue.

(Tape played.)

Q. Why are you saying that's not personal? What are the reglas?

A. Because the rules states that you're not supposed to mess with another -- one SNM member ain't supposed to mess with another member in the organization's wife. And that's the rules. But the rules also states if it's personal like that, that's when the brotherhood can step back and them two brothers can kill each other by law within the organization.

Q. And when you say, "what are the reglas?"

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

153

What are reglas?

A. It's a Spanish term for rules, reglas.

Q. Okay. Let's continue.

(Tape played.)

Q. What's this deal with a person named Bishop? Up on top, he says, "I don't mean to bring up the past to make you mad at Bishop." He's using an example about personal versus family business.

A. Bishop? Can you replay that? Because he might not have been saying Bishop. It might have been -- let me see.

Q. Again, I'll ask you about someone named Evil or called Evil as well.

(Tape replayed.)

Q. Were you able to catch that?

A. At that time he's talking about another SNM member. I had a dispute with another SNM member, and that was the charge that I was charged for aggravated battery on a household member. My wife and another member of the SNM had started getting involved with each other romantically and it was going to cause problems and issues within the family. And that's what he's relating to. He's relating to the way I took care of it. And the way I took care of it was by taking care of her. And I

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

154

beat her very severely and badly over the incident. And that's what he's talking about there.

Q. That's why he says he doesn't mean to bring up the past, he's talking about you specifically?

A. He's talking about me specifically and my same personal issue between another member of the organization messing around with my wife. And the way I took care of it was quite different. Because with the Julian and Styx situation, brothers got murdered over it, brothers got stabbed over it. There was divisions, it was a mess. It was a bloody war.

Q. And then what is this deal with someone called Evil?

A. Evil is, who I think he's talking about is Evil from Farmington. I don't think it was Evil from Barelas. There is two Evils in the SNM organization. One of them is Randy something; the other one is -- I'm trying to think of his name. I can't remember. But I'm pretty sure it was Evil from Farmington. Because at that time that's who was in the system with us, was that Evil. I'll remember his name, but I can't -- I can't recall it. I'm sorry about that.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

155

Q. Let me ask you about the next part, which is there's talk about disrespecting a carnal, a good brother. How does respect work in the SNM?

A. He was telling the brother that had disrespected me, F them, that he had disrespected a good brother, which was me, by doing that, by messing around with my wife.

And I guess Evil was there. Evil had asked him, What's wrong, carnal? And he told them, that vato right there disrespected the little brother Shadow, Little Shadow. And fuck that. I'm sorry, excuse my language, F that dude.

So basically at that time -- this is how politics work within the SNM. When people start messing up, we throw as much things at them as can stick mentally while we're in lockup. And some individuals, they break and they'll PC on their own. And that's exactly what happened with that individual.

As time came, he went down to Southern New Mexico Correctional Facility and he admitted to the STIU that he had problems with me because over a situation with drugs and my wife. And it was problems. And I was down there, so STIU, they're smart enough to know, hey, this guy wants protective

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

156

custody or he just don't want to be down here. So at that time they locked him up. And there was --

MS. JACKS: Objection, Your Honor. This appears to be another narrative.

A. That's what it was.

THE COURT: All right. Break it up.

THE WITNESS: Sorry about that.

BY MR. CASTELLANO:

Q. And then with -- so are there times, then, when you want to get rid of somebody, you can do it without violence by making them PC and get out of the pod?

A. Yes, if you're -- there is, yes. There is some members that are real cunning, real twisting, conniving with their words, and they will politic against another brother until he breaks mentally.

Q. At that point the problem is solved, right, they're out of there?

A. Yes, sir.

Q. Let's continue with the recording.

(Tape played.)

Q. Now, when Mr. Perez tells you that he's "solid," what is he telling you?

A. That means he won't break for nothing, that means he's solid. He won't break. He won't

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

157

ever break the SNM rules and he will stick to the SNM code of silence and whatever else is expected of him.

Q. Okay. Let me turn your attention to another recording between you and Mr. Perez. It's Government's Exhibit 186.

MR. CASTELLANO: And at this time, I'd move the admission of Government's Exhibit 186, Your Honor.

THE COURT: Any further discussion on that, Mr. Villa?

MR. VILLA: No, Your Honor.

THE COURT: All right. Government's Exhibit 186 will be admitted into evidence.

(Government Exhibit 186 admitted.)

MS. JACKS: And again, Your Honor, we would request the limiting instruction.

THE COURT: And this does look like another conversation with Mr. Perez, so you can only use this as evidence in your deliberation as to the charges against Mr. Perez and not use it against any of the other three gentlemen.

BY MR. CASTELLANO:

Q. Okay. Let's begin.

(Tape played.)

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

158

Q. Do you know what Mr. Perez is referring to about, "we left a little piece getting bulky"? Do you remember that conversation?

A. Yes, I know I had it. Let me see. What he's talking about is a hiccup, a mess up within the onda, leave a little piece or leaving bulky, it's like kind of saying that we do, we're supposed to do things quick and clean when it comes to murders.

Q. On this one here, it starts mid sentence. So is this what you're talking about, sometimes you might be talking, you think something important might come up, and then you turn on the recording?

A. Yes, sir.

Q. Let's continue.

(Tape played.)

Q. Okay. What is this conversation about here?

A. He's stating -- again, he's saying, when I talk to you, it's de recha. Because there is brothers that don't trust other brothers in the organization. There is no true loyalty within the SNM. So you've got to be real careful on how you talk to people when you're politicking, because it can get you murdered. Or certain things you say, it can use it to politic against you in the future, if

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 159

they don't -- you know, if guys have fallout.

So what he's saying here is when I talk to you, I talk to you straight, like a brother. There is no barriers. We're truthful with each other. And that's what he's stating.

Q. And when you tell him "it stays at the borderline," what are you telling him?

A. In other words, those won't get crossed. We won't -- don't worry about it. What he says stays with me, and wouldn't cross over to other brothers' mouths or ears. And if there is ever politicking involved, this conversation will never come up.

Q. Okay. Let's continue.

(Tape played.)

Q. Okay. Mr. Cordova, this is Government's Exhibit 188. It's a conversation between you and Rudy Perez.

MR. CASTELLANO: At this time, Your Honor, I move the admission of Government's 188.

THE COURT: Any further discussion on 188?

MR. VILLA: No, Your Honor.

THE COURT: All right. Government's Exhibit 188 will be admitted into evidence.

(Government Exhibit 188 admitted.)

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

160

MS. JACKS: And again, Your Honor, a limiting instruction, please.

THE COURT: Again, this appears to be a conversation with Mr. Perez. So you can only use this evidence in your deliberations of the charges against Mr. Perez and not in your deliberations or consideration of the charges against the other three gentlemen.

Mr. Castellano.

MR. CASTELLANO: Thank you, Your Honor.

BY MR. CASTELLANO:

Q. At this time we'll begin Government's Exhibit 188.

(Tape played.)

Q. What's going on at this point, where there is clanging and background noise, if you remember?

A. The CO might be coming around opening the food ports to pass out chow, or yard, or showers. It could have been a number of things.

Q. What's the discussion about Kreaper and making sure he's out of the pod?

A. Well, what should have been -- well, he's explaining his version of how things should have been done cleaner. In other words, if they knew there was someone that wasn't worth a crap like

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

161

that, they should have either killed him or smashed him, got him out of the pod and then did the murder. That way there would have been no telling, there would have been no snitching.

Q. Continue.

(Tape played.)

Q. When he talks about cooking up a whole batch in his room, what does that refer to? He's going to be cooking up a whole batch in his own room, dawg?

MS. DUNCAN: Your Honor, can we approach for a moment?

THE COURT: You may.

(The following proceedings were held at the bench.)

MS. DUNCAN: I just want to be careful about this because we've redacted a portion of this that refers to Mr. Baca. And I know you've heard discussions about Mr. Baca. I'm not sure what the Government is intending to elicit.

THE COURT: What's the answer here?

MR. CASTELLANO: I'm not sure. I thought it was about them preparing the drugs in the cell. I could have that wrong.

MS. DUNCAN: I wasn't sure.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

162

THE COURT: Why don't you lead him through this. If he gives you the answer on the cell, then you've got your answer. If you don't get it, why don't you move on.

MR. CASTELLANO: I agree. It's not critical. And if he doesn't have the answer, I'll move on.

MS. DUNCAN: Thank you.

(The following proceedings were held in open court.)

THE COURT: All right. Mr. Castellano.

MR. CASTELLANO: Thank you, Your Honor.

BY MR. CASTELLANO:

Q. If you know, Mr. Cordova, when there is talk about cooking up a whole batch in the room, do you know if they're talking about the drugs they were preparing in Javier Molina's cell?

A. Yes, it could have been that.

Q. Okay.

A. That's basically what I think we were talking about.

Q. Okay. Let's continue.

(Tape played.)

Q. Okay. Do you know what he's talking about when he refers to Fred Dog?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE
MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

163

A. Yes.
Q. What is that?
A. He's talking about Fred Dog that was murdered by the organization, because Fred Dog was a rat.
Q. Okay. Let's continue.
(Tape played.)
Q. Do you know who Baby Rabs is?
A. Yes, Tommy Valdez; he's another member of the SNM organization.
Q. When you say Baby Conejo, who are you referring to?
A. Same thing, Baby Rabs. Conejo is just Spanish for rabbit.
Q. And then when you talk about the guys being in the feds, are you talking about them being in federal prison or getting charged federally?
A. Getting charged federally.
Q. And is that a result of -- since this is shortly after the roundup in this case, the first charge -- set of charges; is that what you're talking about?
A. I'm pretty sure that's what we're talking about.
Q. And then before we continue, you say

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

164

"another cut up a jura, too." What is a jura?

A. A jura is a cop.

Q. Let's continue.

(Tape played.)

Q. What are you talking about with the inner prison mail and Arturo?

A. There was another Arturo, and he was very outspoken about him being in command. He didn't care about administration, about STIU. And he would send things through inner prison mail on hits or hits that had been done, taking credit for things that he had did. He had liked to brag within the SNM. Sooner or later, that's why brothers were starting to get tired of him towards the end and they wanted to remove him from his power.

Q. Let's continue.

(Tape played.)

Q. Okay. Who are Pancho and Looney?

A. Pancho and Looney were two members that were assassinated by the SNM organization.

Q. And were they also members?

A. Yes, they were members. They were members of the SNM organization, but Wild Bill thought they needed to be removed from the organization so they removed them and killed them.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

165

Q. Let's continue.

(Tape played.)

Q. What do you mean when you give someone sopa, you get close to them and you handle business?

A. It's a prison term we use, because sopa, it's a soup; it's a canteen, item out of the canteen. And in the SNM, your killers come with smiles. They don't argue with you. They don't sit there -- it's not the movies. They embrace you as your brother, Hey, carnal, washa brother, and then they kill you. That's the way it goes within the SNM organization. That's policy.

If you sit there and argue with someone that's supposed to be hit, then they'll call you a rat. Why? Because you're letting the guy know --

MS. JACKS: Objection, narrative.

THE COURT: Why don't you break it up with a question.

BY MR. CASTELLANO:

Q. And so when Mr. Perez says he was giving Trigger squina, what is he referring to?

A. What he means is probably he was giving him squina, backing his play for whatever reasons. But I think Trigger couldn't come out yet, so he wasn't out in the open. And what I think they were

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

166

just trying to do was make him think it was okay. As then as soon as they came out, they would kill him, too. That way there wouldn't be no telling on that situation.

Q. Okay. Let's continue.

(Tape played.)

Q. When he says "the program," is that the dropout program?

A. Yes, sir.

Q. Okay. Let's continue.

(Tape played.)

Q. When he says "Even later on, I still had to do work on the streets, eh." What does he mean?

A. Even after he earned his bones, he still stayed going, he still stayed putting in work, and that's what should be expected of all the brothers.

Q. And "on the streets," is that inside a prison or outside a prison?

A. No, that's in the -- that's in the world, in the streets, free world.

Q. Okay. Let's continue.

THE COURT: Mr. Castellano, would this be a good time for us to take a lunch break?

MR. CASTELLANO: Sure, Your Honor.

THE COURT: All right. We'll be in recess

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

167

for about an hour, or whatever we need to get things done over the lunch hour.

(The jury left the courtroom.)

THE COURT: All right. We'll be in recess for about an hour. We'll see if our jurors can get over there and get back in that time.

See you then.

(The Court stood in recess.)

THE COURT: All right. Let's go on the record. Ms. Harris decided she's going to wait till after work, so that's the reason we've got all the jurors here. So I think we're ready to go. While we're lining up both Mr. Cordova and also the jury -- who do you have?

THE CLERK: I have the jury first.

THE COURT: All right. Go ahead and bring the jury in. All rise.

(The jury entered the courtroom.)

THE COURT: All right. Everyone be seated. Well, I appreciate all your hard work, being back and ready to go. I know that some of you aren't feeling well. I appreciate you hanging in there and we appreciate all the hard work you've done for us.

All right. I brought the jury in first.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

168

We'll bring in Mr. Cordova now.

All right. Mr. Cordova, if you'll come up and resume your place in the witness box, I'll remind you that you're still under oath.

THE WITNESS: Yes, Your Honor.

THE COURT: All right. Mr. Cordova. Mr. Castellano.

MR. CASTELLANO: Thank you, Your Honor.

BY MR. CASTELLANO:

Q. All right. Mr. Cordova, before the break, I think we were listening to Government's Exhibit 188. And so at this point I'm going to go ahead and continue playing that recording.

A. Yes, sir.

(Tape played.)

Q. And which Shotgun is he referring to, if you remember?

A. He's -- I'm pretty sure it's Eddie Ortega. He's another member of the SNM organization.

Q. And do you know Arturo Garcia also identified as Shotgun?

A. Yes. But it wasn't Arturo Garcia.

Q. This is a different Shotgun?

A. Different Shotgun.

Q. You said, "When you're asking about

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

169

Joker," you said, Hey, remember with Joker, remember we were rapping about"?

A. Yes, he was -- I think, to be correct, his name was Adolph Chavez. And he was murdered on the streets. He was assassinated. It was an ambush. And it still wasn't solved, so no one really knew what happened.

Q. Let's continue.

(Tape played.)

Q. Do you know who he's referring to when he talks about Little Leonard, the guy who shot him? Do you know that person?

A. Not personally; reputation, he's a former -- or he is an LC Gang member. He's a rival prison gang member.

Q. Okay. Let's continue.

(Tape played.)

Q. When you're asking about other LCers out there, who are LCers?

A. LCer was a rival prison gang that was on the prison yards before us. And SNM took over the prison yards from them by running them off the line, stabbing then, murdering them, getting them off the prison lines, and we took over.

Q. Okay. After you finished recording,

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

170

taking the recordings of Mr. Perez, were you also placed next to Carlos Herrera?

A. Yes, sir, I was.

Q. And before we get to those recordings, I want to ask you about any of the benefits you may have received in this case from being a confidential human source.

Do you recall being signed up by the FBI as a confidential human source?

A. Yes, sir.

Q. And do you recall that so far -- well, that you were paid $650 in CHS services?

A. Yes, sir.

Q. And about $100 worth of food, in terms of what's been credited to your account?

A. Yes, sir.

Q. And approximately $200 in phone expenses?

A. Yes, sir.

Q. And if you're aware -- I'll skip that. So this is a total of about $950; is that correct?

A. Yes, sir.

Q. Now, in addition to the money you received, have you been charged in this case?

A. No, sir.

Q. Also as part of your cooperation, did you

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

171

agree with Agent Acee to help provide gang training to law enforcement personnel?

A. Yes, sir.

Q. As well as to youthful offenders?

A. Yes, sir.

Q. As part of your cooperation, were you allowed tier time at the Level 6 facility?

A. Yes, sir.

Q. And being at the Level 6, were you given Level 4 privileges? Or what was your understanding of how that worked?

A. It was RPP status. I was waiting to go to the RPP Program. And I was just -- basically the privileges that RPP inmates received at the time.

Q. And as part of your cooperation, were you moved up the list in order to get to the RPP Program faster?

A. Yes, sir.

Q. What about phone calls?

A. Yes, I got phone calls as an RPP inmate, a lot more phone calls.

Q. And the contact visits?

A. Yes, sir, I received contact visits.

Q. And were you one of the people who was present for a holiday party in which you were served

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

172

pizza and drinks?

A. Yes, sir, I was.

Q. Who was allowed to attend that party?

A. My family.

Q. In terms of the contact visits, what were the normal rules for the contact visits?

A. The normal rules for the contact visits was sit across from your family, one kiss before, one kiss when you leave, and you can hold hands during the visit.

Q. And can you tell the members of the jury whether you abused those privileges?

A. Yes, I did abuse those privileges.

Q. How did you do that?

A. I had sexual relations with my wife in the visiting room.

Q. Who else was present in the room when that happened?

A. My daughters.

Q. How old were they?

A. At the time 11 and 12 years old.

Q. Now, by having sex with your wife, how did that actually happen?

A. I took advantage of the privileges. I seen flaws in the system, and wanted to be with my

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

173

wife, and -- in a romantic way, and --

Q. How did you have sex with your wife with the children in the room?

A. I had her sit on my lap, and I would cover her up with one of my shirts, so that way there was nothing exposed. And I would slide down her pants a little bit, and then we would have sex.

Q. So that basically happened with your wife sitting on your lap?

A. Yes, sir.

Q. Now, as a result of what happened, was that discovered eventually by Corrections personnel?

A. Yes, sir, it was, when the cameras were reviewed.

Q. And what were the consequences for you in terms of the Corrections Department?

A. I did six months in the hole, one year loss of all privileges, phone calls, everything, canteen, all that stuff.

Q. Did you lose any of your good time?

A. Yes, I lost all good time.

Q. And since you were signed up as a confidential human source, were you also terminated by the FBI as a source?

A. Immediately, yes, sir.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

174

Q. Was that in January of 2017?
A. Yes, sir.
Q. Getting back to these recordings, I want to go back to Government's Exhibit 769, which is Carlos Herrera's history, and your history. So 769 is on the left, Carlos Herrera. On the right is your placement history, which is Government's 770.
Okay. So I think you testified earlier that from right here, January 21 of 2016 to February 9 of 2016, that's when you were housed next to Rudy Perez; is that correct?
A. Yes, sir.
Q. And then from there it shows here Second District Court MDC. What is that?
A. It's for my manslaughter, my murder case.
Q. Did you then go to court for that case?
A. Yes, sir.
Q. For, it looks like, a week, the 9th through the 16th of February?
A. Yes, sir. I believe it was for presentence report.
Q. And then in February 16 of 2016 to March 18 of 2016, can you see the pod that you were moved to here on the right?
A. Yes, sir. It was at the South, the Level

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

175

4, it was 2A, L Pod, cell 2.

Q. When you say the South, is that the PNM South facility?

A. Yes, it's across the street from PNM North facility, Level 6.

Q. What cell were you in?

A. I was in cell L pod, 102.

Q. Now, I'm turning your attention to the dates of February 16th, 2016 to April 20th of 2016 for Carlos Herrera. Do you see here where he was in cell 101?

A. Yes, sir.

Q. So cell 101 and 102, were you once again neighbors with him?

A. Yes.

Q. And looking at the dates, it looks like from February 16 to March 18 you were next to him for approximately one month. Is that accurate?

A. Yes, sir.

Q. And during that time then, did you -- how did you record him?

A. The same way I recorded Rudy Perez. The cells are similar, set up the similar way. It was underneath the bunk through a heater vent, with more or less the same recording device, AAA batteries, an

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

176

on and off switch.

Q. Okay. Mr. Cordova, I'm going to turn your attention to Government's Exhibit 198, which is a conversation between you and Mr. Herrera.

MR. CASTELLANO: At this time, Your Honor, I'd move the admission of Government's Exhibit 198.

THE COURT: Any further discussion on that?

MS. JACKS: No further argument, Your Honor. We'd ask for a limiting instruction.

(Government Exhibit 198 admitted.)

THE COURT: All right. Not hearing any objection, Government's Exhibit 198 will be admitted into evidence. And I think this is a conversation with Mr. Herrera. So it can only be used in your deliberations as to the charges against Mr. Herrera and not as to the other three gentlemen.

MR. CASTELLANO: And for the record, we will be playing portions of that. The entire recording is being moved, though we're playing portions of it, Your Honor.

BY MR. CASTELLANO:

Q. Did you know Carlos Herrera by any other names?

A. Yes, Lazy.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

177

Q. So sometimes in these conversations, do you refer to him as Lazy?
A. Yes, sir.
Q. Did you know him to be an SNM Gang member?
A. Yes, sir.
MR. CASTELLANO: Your Honor, we're having trouble loading 198, so I'm going to move to another exhibit right now.
The next exhibit is Exhibit 196, and this is also a conversation between Carlos Herrera and Mr. Cordova. So at this time I move the admission of Government's 196, Your Honor.
THE COURT: Any objection on this?
MS. BHALLA: If I can just ask the Government, what's the transcripts number, Mr. Castellano?
MR. CASTELLANO: The Bates stamp number?
MS. BHALLA: Yes.
MR. CASTELLANO: Is 20874.
MS. BHALLA: Thank you, Your Honor. No objection.
THE COURT: Not hearing any further objection, Government's Exhibit 196 will be admitted into evidence.
(Government Exhibit 196 admitted.)

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE
MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

178

MS. JACKS: Your Honor, I believe our objections are already on the record. We just ask for a limiting instruction.

THE COURT: All right. Again, the Government has indicated that this will be a recording of Mr. Herrera and so you can only use this evidence in your deliberations as to the charges against him and not against the other three defendants.

Mr. Castellano.

MR. CASTELLANO: Thank you, Your Honor.

BY MR. CASTELLANO:

Q. I'm going to go ahead and begin playing Exhibit 196.

(Tape played.)

Q. Okay. To start out, he uses the word desmadre. What does that mean?

A. Desmadre, that's to create chaos, to mess something up, to dismantle something.

Q. And why are you talking about fear or why is he talking about fear at this point?

A. Because we felt like the SNM was losing grips on the extortion rackets in the streets and in prisons, and the fear that people had about --

MS. BHALLA: Your Honor, I object at this

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

179

point. This is editorializing by the witness. They can play the testimony, they can play the transcripts. It's up for the jury to decide what it means. And I understand the Court's rulings on previous issues, but I'd like to make a standing objection throughout the testimony of that nature, Your Honor.

THE COURT: All right. Well, I'll overrule the general objection. But let's try to make sure we ask questions so that the defendants can object and make sure that it doesn't become a narrative and go into fields that they don't have a chance to object to.

All right. Mr. Castellano.

MR. CASTELLANO: Thank you, Your Honor.

BY MR. CASTELLANO:

Q. Mr. Cordova, what's the importance of fear in the SNM?

A. It plays a big factor. It's what helps us further the agenda of the SNM organization.

And what he's talking about is putting fear back in all the other street gangs and prison gangs, to respect us. Respect the SNM.

Q. Was there discussion among the two of you that there was a concern that there might not be as

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 180

much fear of the SNM as there used to be?

A. Yes, there was. Because of the lockdown situation of the administration taking us off the general population lines, and that the talk was taking it to the streets and keeping it out there and putting fear in people out there by any means necessary, murder, whatever.

MS. BHALLA: Same objection, Your Honor.

THE COURT: Overruled.

BY MR. CASTELLANO:

Q. Now, there's going to be discussion here of the word "ranfla." What does that mean?

A. It's a Spanish word for car, and that's how we describe ourselves, as a car, in prison. The group, the organization, the SNM organization, we describe ourselves as a car, a ranfla.

Q. So you start talking about our car at some point, you're talking about the SNM?

A. Yes, sir, talking about the SNM organization.

Q. Let's begin with the recording.

(Tape played.)

Q. So what's this talk about things happening on the streets?

A. He's talking about we need to get out

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

181

there and don't advertise it to the general public, that way we can stay under the radar, under law enforcement, but we can recruit foot soldiers from the street gangs to do our dirty work for us, like the Mexican Mafia, like the Eme.

Q. He's talking about enforcing reglas. That's enforcing what?

A. Enforcing rules of the SNM organization.

Q. Let's continue.

(Tape played.)

Q. Now, when there is discussion of going to different barrios and collecting, what is that about?

A. That's the extortion rackets. We force people to pay us for selling drugs in the neighborhoods. If not, we take them to war; we'll kill them.

Q. And he also talks about vatos and Califa, what is Califa?

A. Well, he's talking about the Mexican Mafia there and the way they handle the Surenos. The Surenos out there pay taxes to the Eme, and is what the SNM is supposed to be in New Mexico. It's supposed to be the Mexican Mafia for New Mexico, because we're hooked up and tough with them guys in

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

182

California.

Q. And when Mr. Herrera uses the term "hynas," what does that refer to?

A. He's talking about using women, he's talking about using girls to communicate with brothers, put them on visiting lists and send them. We can send them into the prison system to send out hits, send out to do business for us.

They can even go in and try to hook up with like law enforcement, when they're coming in to visit, and get them on the team; that way we can find out where they live. We can use women for all kinds of different resources; get them into the motor vehicle department --

MS. BHALLA: Objection, narrative, Your Honor.

THE COURT: Let's ask a question.

THE WITNESS: Sorry about that.

BY MR. CASTELLANO:

Q. Let's turn to clip number 2.

(Tape played.)

Q. What is Mr. Herrera discussing in terms of drug use and the SNM and other gangs?

A. He bans it. He says he don't want people using drugs because it leads us to a downfall, to

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

183

messing up. You know, he wants us to be structured and organized like other organizations, and how we were in the past years.

Q. So in his opinion that he's expressing to you, have drugs created problems for the SNM?

A. Yes. Just like any other prison gang, yes, it creates problems because people tend to lack discipline when they get to the streets, tend to lack structure, and they make mistakes that they normally wouldn't make when they're sober and, you know, they're clean in the mind.

Q. Let's continue.

(Tape played.)

Q. Earlier there is a discussion of Boo-Boo. Who is Boo-Boo?

A. Boo-Boo is an SNM former member of the organization; that he was a Barelano, he's from Barelas. And basically what he's talking about --

MS. BHALLA: Objection, Your Honor. May we approach?

THE COURT: You may.

(The following proceedings were held at the bench.)

MS. BHALLA: I just want to make sure you guys aren't trying to elicit testimony about Carlos'

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

184

involvement in the --

MR. CASTELLANO: No.

THE COURT: Why don't you cut him off. Cut him off and lead him through this so we don't get --

MR. CASTELLANO: I only asked who he was, Your Honor.

MS. BHALLA: But he goes on. I just want to make sure.

THE COURT: Why don't you lead him through this without bringing up the other murder.

(The following proceedings were held in open court.)

THE COURT: All right. Mr. Castellano.

BY MR. CASTELLANO:

Q. All right. You mentioned Boo-Boo. And there is also mention of someone named Julian here.

A. What he's talking about is --

Q. Is that Julian Romero?

A. Yes, sir, it is.

Q. And was Julian Romero from the Barelas neighborhood in Albuquerque?

A. Yes, he was.

Q. I'm going to turn to the third clip. Let's begin with that one.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

185

(Tape played.)

Q. Do you know what happened in Las Cruces on the streets?

A. On the streets?

Q. Yes. It says, "Just cause of that shit that happened in Cruces." And then it says, "unintelligible streets, too." And there is talk about the RICO Act.

A. I think more or less what he's talking about there is --

MS. BHALLA: Objection, Your Honor, speculation. He thinks. He doesn't know.

THE COURT: Well, why don't you rephrase your question in terms of what he understood when he was talking to Mr. Herrera, Mr. Herrera to be talking about. So it's his understanding.

BY MR. CASTELLANO:

Q. What is your understanding about what Mr. Herrera is talking to you about, especially including mention of the RICO Act?

A. My understanding was we need to be more smarter, we need to be more tight knitted because the feds are investigating us now, and it's going to be hard for us to move further with the SNM.

The goals of the SNM we're trying to

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

186

achieve in the organization so we needed to be more low-key.

Q. Let me ask you this: At the point you had this conversation with Mr. Herrera, had he been charged in the federal case yet?

A. Not yet, no, sir.

Q. Let's turn to the next clip.

(Tape played.)

Q. When you asked Mr. Herrera if that's going to give us a boost up, what are you talking about?

A. What we're talking about is with the prison, state prison system, we were getting locked up; we were getting limited on the lines. But in federal prison, we would have free range on the lines.

And people from New Mexico that were disrespecting the SNM would be hit once they went to the federal system, because we would have more access to them, is what he thought.

Q. Let's continue.

(Tape played.)

Q. What's the problem with being a gang-related imposter?

A. Not good. You can't be a fake. You've got to be real with it, because in that game you'll

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

187

get murdered.

Q. Okay. Let's continue.

(Tape played.)

Q. So Mr. Herrera talks about "Chicano movement under us" and the foot soldiers. Is he talking about starting a new movement and recruiting additional members?

A. Basically, what he's talking about is getting all the barrios underneath us, all the street gangs, getting them underneath us, under one movement; in other words, being our foot soldiers, doing our dirty work for us. And, yes, when time comes, there will be new recruitments out of those ranks.

Q. Would this be one of the ways to possibly reorganize the SNM Gang?

A. Yes, it's the reorg -- well, it's always been a part of us. That's always been our movement. It's just, there has been times, because the administration catches on a little quicker, and they lock us down, and it sets us back a few years. So every time it sets us back, they got to start from scratch.

And they felt now that it was time we had to start from scratch again, because we were

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

188

losing -- with the RICO Act, it took a lot of our good --

MS. BHALLA: Objection, narrative.

THE COURT: Can we try another question?

BY MR. CASTELLANO:

Q. What effect did the RICO Act have on the gang?

A. Oh, it had a big impact. It set us back about 10, 15 years.

Q. Let's continue.

(Tape played.)

Q. What does Mr. Herrera mean when he says, "We're going to start putting in jale"?

A. He means start robbing, killing, extorting. That's jale. Jale, for us, is a job, and the job is to go in and be enforcers for the SNM and do whatever needs to be done to gain recognition within the street gangs out there. And we do it by the most brutal force necessary, because fear is what brings respect within the gang culture.

Q. When he says "these vatos from the S," is the S just a short form of SNM?

A. It's a short form of SNM, yes.

Q. And you mentioned two terms, one is Zia Keeskees and Zia manos. First of all, what is Zia

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

189

Keeskees?

A. Zia Keeskee is what I started off as, a prospect, a young brother that's being prepped to be a Zia mano. Once you are a Zia mano, you're a full-fledged SNM Gang member.

Q. Okay. I think we now have Exhibit Number 198 available, which is the first one we moved in. Let's go ahead and move back to that one and we'll begin playing Government's Exhibit 198.

(Tape played.)

MS. BHALLA: Can you give me the Bates number? I'm sorry.

MR. CASTELLANO: It's 20933.

MS. BHALLA: Thank you, sorry.

(Tape played.)

BY MR. CASTELLANO:

Q. What is this discussion of taking it to the streets and youngsters?

A. It's going out there and recruiting youngsters as young prospects as young as 11, 12, 13 years old, and we groom them. We groom them up to be either enforcers for the SNM. And we feel the ones that are the most elite, because that's what SNM is supposed to be about, be elite, we make them members, the ones that are the most feared, like we

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

190

are, we make them SNM members.

Q. Let's continue.

(Tape played.)

Q. Who are Alex and Juanito?

A. They're SNM members of the organization.

Q. And if you would have been a good SNM Gang member, would you have agreed with Mr. Herrera that you all have to do your part?

A. Of course.

Q. Let's continue.

(Tape played.)

Q. Who are you guys going to get?

A. We're going to get other rival gang members that don't want to take into the SNM influence. Whoever don't want to be under our command, we're going to force them so when he says get them, we're going to kill them.

Q. Let's continue.

(Tape played.)

Q. So has that been one of the problems with the SNM, is the sharks are feeding off each other?

A. Yes, the sharks are feeding off each other because we don't have no one to feed off of.

Q. And that's because you guys have largely been housed together in your own pods?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

191

A. Yes. Because the administration felt we were too much -- too dangerous to be on the general population line so they put us together just with ourselves.

Q. Let's continue.

(Tape played.)

Q. What's the importance of getting people to fall in line?

A. Very important. That's how an organization works, is people have to fall in line. And according -- to do that, you've got to do those things: Murder, stab people, assault people; they've got to fear you. And that's what the SNM is about: We're about fear, putting fear in people to respect us.

Q. When he uses the word "big homie," what is a big homie?

A. A big homie in terms is a made man. A made man is a mafioso. That means you're part of a clika, part of the SNM, when you're a big homie.

Little homies are guys that haven't made it to be a made man yet. You're under us. And a big homie calls shots.

Q. At this time I'm going to play for you Government's Exhibit 204, which is a conversation

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

192

between yourself and Carlos Herrera.

MS. BHALLA: May I have the Bates number?

MR. CASTELLANO: Starting at page 20918.

THE COURT: Any objection?

MS. BHALLA: No. Thank you.

THE COURT: Not hearing any objection, Government's Exhibit 204 will be admitted into evidence.

(Government Exhibit 204 admitted.)

MS. JACKS: And, Your Honor, I believe we've previously stated our objections. We'd ask for a limiting instruction.

THE COURT: All right. The Government is going to play a tape that involves conversations with Mr. Herrera. You can only use this evidence in your deliberations as to the charges against Mr. Herrera and not as to the other three gentlemen.

Mr. Castellano.

MR. CASTELLANO: Thank you, Your Honor.

BY MR. CASTELLANO:

Q. Let's begin playing Exhibit 204, please. This is the first clip.

(Tape played.)

Q. Okay. There are a few things here. What does it mean to be false ragging?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

193

A. That means that you're not really part of the organization; you're more a claimer than anything. You're fake.

Q. And when there is talk about giving someone a fierro, you either run with New Mexico or you run under our reglas.

A. That means the guys that are falling out of New Mexico that don't want to run under us, the SNM, they're going to ride under us or they're going to ride underneath the Eme, and the Eme is going to use them as crash dummies.

Q. What's a crash dummy?

A. Crash dummy is somebody that don't have respect and is forced and feared into doing things he don't want to do.

Q. Let's continue.

(Tape played.)

Q. What is basura?

A. He's saying basically they're trash because they're fake. They're not real Sureno. So if they want to ride Sureno and the Eme isn't going to recognize them because they only recognize us as big homies from the state of New Mexico, and if they want to ride under them, go ahead and they'll be trash. They'll get treated like trash. They'll be

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

194

crash dummies.

Q. Is basura the Spanish word for trash?

A. Yes, it is.

Q. I'm going to go ahead and cut that one short and move to the second clip.

(Tape played.)

Q. Just a little bit ago you mentioned bringing people together under the SNM. Is this further discussion of doing that?

A. Yes, this is further discussion of doing that.

Q. I'm going to go ahead and move forward to clip number 3. It's on page 20923.

(Tape played.)

Q. What's your understanding of when Mr. Herrera says everybody else started off sooner?

A. He's talking about the Mexican Mafia, the Latin Kings, big organizations that -- the Mexican Mafia is one of our main influentials. We started under their structure in the federal prison system.

MS. BHALLA: Objection. Narrative.

THE COURT: Overruled.

A. That's what he means when he says we started a little late, but we'll be all right. We'll be like the Eme one day. We'll get this state

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

195

under lock.

BY MR. CASTELLANO:

Q. Let me turn to clip number 4, also from Exhibit 204.

(Tape played.)

Q. What's a ticato?

A. A ticato is a heroin junkie.

Q. Okay. Let's continue.

(Tape played.)

Q. So what's this talking about, Holly Holm and Mayweather and taxing people?

A. Just being a comedian there, but basically he's saying there is no limits in what we can do by extorting people out there in the streets.

Q. Let's continue.

(Tape played.)

Q. Now, when Mr. Herrera talks about when they hear Syndicato, they flee. And you say that was 10, 15 years ago. Was there concern that SNM was losing some of its fear factor?

A. Yes, we were concerned we were losing our fear factor, so we needed to step up our game.

Q. Okay. Let's turn to the next clip on this exhibit, that's at 20926.

(Tape played.)

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

196

Q. What about the prostitutes and giving them jobs at the Correction Departments if they have clean records?

A. So we can infiltrate the Corrections Department and we can get more information on where -- what we wanted to do was murder certain STIU officers or put fear back in the Department of Corrections.

MS. BHALLA: Objection, Your Honor. That's just nowhere remotely. I'm sorry, but --

THE COURT: You can deal with that on cross. Overruled.

BY MR. CASTELLANO:

Q. Were you aware of hits on corrections officers?

A. Yes.

Q. Now, let me turn to Government's Exhibit 202, which is a conversation between you and Mr. Herrera. And this is page 20909.

MR. CASTELLANO: At this time, Your Honor, I would move the admission of Government's Exhibit 202.

THE COURT: Any further objections need to be made to this? Not hearing any, then Government's Exhibit 202 will be admitted into evidence.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

197

(Government Exhibit 202 admitted.)

MS. JACKS: Nothing further from us, but we would request a limiting instruction.

THE COURT: All right. This continues to be a conversation with Mr. Herrera, and so you can only use this evidence in your deliberation as to the charges against him. You cannot use it in any way against the other three gentlemen.

Mr. Castellano.

MR. CASTELLANO: Thank you, Your Honor.

BY MR. CASTELLANO:

Q. We'll begin playing Exhibit 202.

(Tape played.)

Q. So in this recording, Mr. Herrera talks about possibly injecting someone with someone else's insulin who is not diabetic. Would this be a version of a hotshot that you've told us about previously?

A. Yes, that's what we're talking about.

Q. I'm going to turn your attention now to Government's Exhibit -- let me check the number -- I believe it 192.

Mr. Herrera, I'm going to play another recording between you -- excuse me. Mr. Cordova, another recording between you and Mr. Herrera. This

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

198

is Government's Exhibit 192.

MR. CASTELLANO: And at this point, Your Honor, I move the admission of Government's Exhibit 192.

THE COURT: Any other discussion, anything else on this?

MS. BHALLA: Your Honor, I think that this deals with the previous objection that I raised earlier. So I don't know if you want me to address it quickly, or --

THE COURT: Well, I'm prepared to rule on 195, but do you have now additional ones as to 192?

MS. BHALLA: It's the same issue when 195 is included.

THE COURT: All right. Why don't you approach and I'll give you a ruling on 195.

(The following proceedings were held at the bench.)

THE COURT: All right. This relates to --

MR. CASTELLANO: I have 192, you had objected to 195.

MS. BHALLA: That's correct. But the basis of my objection in 195 was that it dealt with the Julian Romero incident, which hasn't been charged and hasn't been listed as a bad act.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

199

THE COURT: I haven't reviewed 192, but I have 195 in some detail. Let me give you my ruling on 195 and see if it resolves this.

MS. BHALLA: Okay.

THE COURT: Again, this is a conversation between Billy Cordova and Carlos Herrera. And if I understood your objection this morning to 195, you primarily were objecting to the introduction because it concerned the conspiracy to assault Julian Romero.

MS. BHALLA: Correct.

THE COURT: And that Mr. Herrera is not charged with conspiring to assault Mr. Romero. And the conspiracy to assault Mr. Romero was not disclosed as a prior Herrera bad act.

MS. BHALLA: Correct.

THE COURT: That's my understanding. I think that the exhibit should be admitted because it contains many Herrera statements that are relevant and probative of the charges against Mr. Herrera.

I do have an isolated Cordova statement on DeLeon 20861-62 indicating that Mr. Herrera was on the tabla. I think it should be redacted as inadmissible hearsay.

So other than that, let's start with Bates

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

200

numbers 20861 to 62. There what Mr. Cordova states is that he -- and that's this Earn Dog -- was saying "Ahh, I don't know fuckin know Lazy was on the tabla and just talking down and shit like that."

This statement explicitly asserts an assertion by Mr. Cordova that Mr. Herrera was on the tabla. That assertion is inadmissible hearsay so that needs to be redacted.

Going to pages 20863 through 67 here, where I think your objections are mainly targeted at, is that Mr. Herrera makes several lengthy statements about the assault on Julian Romero. I think those discussions were relevant to the charges against Mr. Herrera because it shows Mr. Herrera's role in the SNM. Mr. Herrera states that he argued that Romero, "needed a violation," but "didn't deserve to die." That's at DeLeon 20863 to 64. That Mr. Herrera's desires were carry into effect. Mr. Romero was assaulted but wasn't killed.

Mr. Herrera was an influential SNM member. Mr. Herrera's position in the SNM is relevant to whether he conspired to kill Mr. Molina to maintain or advance his position in the SNM. I think it's also relevant to whether Mr. Herrera approved, supervised the Molina murder. If Mr. Herrera was

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

201

not a high ranking member, he would not have been in a position to approve or supervise SNM operations.

I think Mr. Herrera's discussion is also relevant because it reflects Mr. Herrera's state of mind. I know that we're not going to admit this against the other defendants, but I still think it shows the breadth of what the discussions are and provides a potential motive for Mr. Herrera's participation in the Molina murder.

At 20866, he says "They have to realize carnal, reglas are reglas. It goes for Styx, too. It goes for anyone, carnal. For me, for you, for all of us. Rules are rules, carnal." And then it's unintelligible, "you got what you got coming."

Moving to 20869, Mr. Herrera's statements describe SNM standard practices and touch on Javier Molina in particular, that murder. The CHS, Mr. Cordova, "What I trip out on is that vato, hey that fool Javier was there for four fuckin years, carnal."

Mr. Herrera says, "I know," it's UI, brother. UI. How the fuck?! How the fuck told him. It's like," UI, "just like with anybody else and I told him, You know what? And that's why this ranfla is the way it's been. It's because you

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

202

have -- there was no fear. Nobody had fear back then," UI, fuckin" UI. "You have fear," UI, "because, you knew if -- if anything. You get home and you said anything stupid, you were done." And that's at DeLeon pages 20869.

Moving to 20870, Mr. Herrera also discusses the specifics of the Molina murder. The confidential informant states "Hey, but that shit was real though, huh?"

Mr. Herrera states, "Huh?"

The informant, "Them papeles were real, huh?"

Mr. Herrera states, "I put that on everything, brother. I know this," UI, "that's one thing me, and Alex, Dan Dan, even Cyclone," UI. "Spider, all of us, Blue, all of us, carnal, made that decision, carnal." It's," UI. Then, "That, it has to be legit. It has to be good, carnal. Now, that's why there was certain carnals; it wasn't about" UI. "As to say, um, was what it was, carnal, it was just a community of older brothers at the time that put together and made a decision together. You didn't have just one person just making decisions for everybody."

Then finally on 20871, Mr. Herrera's

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

203

statements also describe SNM racketeering activity. It says, "Now you're gonna to start paying, it's not saying that, that you're a punk, but you're gonna fuckin throw something in this," UI, "toward the" UI. "And this goes for everyone." UI "everyone outside this ranfla. That's what they started -- we started -- it's -- like, in other words, you get the clavo on the streets, you give a percentage to the big homie, which is us. What percentage then we distribute the drugs. And everybody sees that. They see that money gets," it's (unintelligible). "All the homies on the streets rallying up all the fuckin home girls, and the chiva taking it off the streets." Then it's unintelligible. "Putting em to work, carnal." (Unintelligible.) "Fuckin." (Unintelligible.) "Everybody" (unintelligible), "is we all need to do it. All of us have resource, carnal." A couple of unintelligibles. "But once you have that taken care of, everything is history." And that's 20871.

And drug dealing is racketeering activity according to the Government's charges, so these statements by Mr. Herrera are relevant to whether the SNM is an enterprise engaged in racketeering activity. So other than the one statement on 20861,

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

204

26, where Cordova is doing the statement, I think that's inadmissible hearsay. I'll otherwise admit 195.

Does that largely cover what you need off 192, as well?

MS. BHALLA: It does, Your Honor. But I would like to briefly be heard. The statement on 20870 where he said that this was specifics regarding the Molina murder, that's precisely why I want to keep it out. The conversation is about Julian Romero. It's very confusing. It appears to be about Javier Molina, but it's not. And I think that that's the reason we want it out.

THE COURT: Okay.

MS. BHALLA: It's misleading.

THE COURT: Well, even if it's about Julian Romero, as I indicated on those passages, which it was clear to me it was relating to the assault on him, I still think those are relevant here as to the charges against Mr. Herrera.

MS. BHALLA: And they may be relevant, Your Honor, but I think our position is that it's more prejudicial than probative in this particular situation.

THE COURT: Okay. I'll overrule that

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

205

objection.

MR. CASTELLANO: Make sure I have the right redactions.

THE COURT: Starts with the line "And he," and I think that's referring to this Earn Dog.

MR. CASTELLANO: Yes.

THE COURT: Then to the end of that, it says "like that." That needs to be redacted.

MR. CASTELLANO: We're fine with the Court's ruling. The only thing, we don't have that cut into two pieces, so we may need to take a second to actually redact that from the recording.

THE COURT: You're going to do 192. Then we'll take a break, and you can do 195.

MR. CASTELLANO: Yes, sir. Thank you.

MS. DUNCAN: Your Honor, Ms. Jacks has been making objections and asking for limiting instructions and renewing. I haven't been jumping up to repeat what she's saying. But Mr. Baca has joined all those objections.

THE COURT: And I'm making the instructions as to Mr. Baca, as well.

MS. DUNCAN: I just want to make sure for appellate purposes.

MR. CASTELLANO: I think the Court has

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

206

mentioned the other three defendants in each limiting instruction.

MS. DUNCAN: You have -- I want to make sure it's understood that we're joining. I just don't want to repeat Ms. Jacks.

THE COURT: Okay.

(The following proceedings were held in open court.)

THE COURT: All right. So Government's Exhibit 192 will be admitted into evidence.

(Government Exhibit 192 admitted.)

MS. JACKS: And, Your Honor, based on our previous arguments, we'd object and ask for the limiting instruction.

THE COURT: All right. Again, this is going to be a conversation with Mr. Herrera. And so you can only use this conversation in your deliberations as to the charges against him and not as to the other three gentlemen.

All right. Mr. Castellano.

MR. CASTELLANO: Thank you, Your Honor.

BY MR. CASTELLANO:

Q. At this time we'll begin playing Government's Exhibit 192.

While this is getting pulled up,

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

207

Mr. Cordova, were you aware that Robert Martinez, also known as Baby Rob, had renounced the gang?

A. Yes, sir.

Q. At some point do you have discussions with Mr. Herrera about that?

A. Yes, sir.

Q. How did you find out that he had renounced the gang?

A. I was there when he renounced. I was in the same pod with him. I was in X pod, 3B, and I was there when he renounced.

Q. Did he leave one day and never come back?

A. Yes, leave one day, and never came back. And to my understanding he gave up his weapon, his shank to the STIU and left.

Q. While we're waiting, what does it mean to be -- when you say everybody was up in hoops?

A. Everything was in groups. Everybody was plotting for the next power position, who was going to take over on being on the tabla, what needed to be done. And there was disagreements amongst groups of how they felt the SNM should be ran at that time.

THE COURT: Mr. Castellano, do you want to just take this tape up after the break?

MR. CASTELLANO: I think so, Your Honor.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

208

THE COURT: All right. We'll be in recess for about 15 minutes.

(The jury left the courtroom.)

THE COURT: All right. We'll be in recess for about 15 minutes.

(The Court stood in recess.)

THE COURT: All right. We'll go on the record. Anything we need to discuss before we bring the jury in, Mr. Beck?

MR. BECK: Your Honor, I just wanted to note for the record that during Mr. Cordova's testimony, when the recordings were playing with Mr. Perez, Mr. Perez was awake and coherent and paying attention to the screen. I was watching him closely. It didn't appear that his attorneys asked him questions or he asked questions of his attorneys. So just for the record on the motions that have been filed.

THE COURT: All right. Thank you, Mr. Beck.

How about from the defendants, anybody have anything? Mr. Lowry, Ms. Duncan?

MS. DUNCAN: Your Honor, I don't know if we have time to discuss it now, but we intended to call in the defense case witnesses regarding the

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

209

recent charges that Eric Duran incurred in Portland, since we couldn't ask him because of the Fifth Amendment. My understanding is that the Government is going to object to those witnesses, and because we would be flying them in from Oregon, we wanted to talk to the Court about that before we incur that expense.

THE COURT: What's the objection?

MR. BECK: Your Honor, the objection is I think the Court already concluded correctly that it's a collateral matter. Mr. Duran was asked questions about all of them. He answered -- I don't think he said no to those questions when he was asked about the allegations and his daughter, and whether witnesses found things. He said, I don't know that, which I think is truthful. So I don't think there is material to be impeached. If there is, it's impeachment with extrinsic evidence, which is improper for collateral matters under 608(b).

THE COURT: All right. I'll give it some thought.

MS. DUNCAN: Your Honor, if I can just point out, Rule 608 disallows intrinsic evidence bearing on the issues of truthfulness, character for truthfulness. But this is his bias. And bias is

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

210

never a collateral matter. And the jury is entitled to hear the full scope of Mr. Duran's misconduct in evaluating him as a witness and his bias.

THE COURT: All right. I'm leaning against it. But I'll give it some thought.

(The jury entered the courtroom.)

THE COURT: All right. Mr. Cordova, I'll remind you that you're still under oath.

THE WITNESS: Yes, Your Honor.

THE COURT: I'm having a little bit of computer problems, so they may be working on those up here, but we'll plow ahead.

Mr. Castellano, if you wish to continue. I think you were about to play Exhibit 192.

MR. CASTELLANO: That's correct, Your Honor.

BY MR. CASTELLANO:

Q. And I think we can begin playing it now.

(Tape played.)

Q. Okay. When you said you were at the North, is that the North facility in Santa Fe?

A. Yes, sir.

Q. And what are you talking about when you say Carlos's name came up and they should have waited?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

211

A. Well, his name came up and people were mad because SNM has been trying to get back in general population on the line for years. And we are almost there. They were going to let us back out to the line, but when Lazy and them called the hit on Javier Molina, it messed everything up. It set us back. So it made us look bad and people were like, We needed to be back out there. That should have waited.

Q. Okay. Let's continue.

(Tape played.)

Q. What is Mr. Herrera explaining to you when he made contact with Junior and Spider and others?

A. He's saying I'm in contact with all these other brothers that matter, so people that needed to know and needed to go on, they know. And the rest don't really need to know. That's what he meant.

So what he was saying is that the brothers that were in charge at the time, they were okay with what was going in the onda with him doing what he was doing.

Q. When you say doing what he was doing, what are you talking about?

A. Doing the Javier murder, calling that hit was a good thing, so they were okay with it.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

212

Q. Okay. Let's continue.

(Tape played.)

Q. Okay. What's this issue with Mr. Herrera talking about Earn Dog?

A. Earn Dog was having a change of heart within the organization. He wanted an okay from Herrera to give him -- to vouch for him, to validate it was okay for him to go ahead and do his own thing, and Herrera wouldn't. He wouldn't vouch for him. He was like, Either you're a carnal or if you're not, you'll get hit.

Q. All right. Continue.

(Tape played.)

Q. What's your understanding of what Mr. Herrera means when he said, "I don't deserve the llaves and I never wanted them, Dog"?

A. It's because they put him in an authority position on the tabla, and he didn't ask to get there. You don't ask to get there. People put you there.

Q. And what about Ogre, "how did they put Ogre in it?"

A. If I could listen to it one more time, I can tell you.

Q. Okay. If we could back it up just a

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 213

little bit.

(Tape replayed.)

Q. Going back to Ogre, were you able to better understand it from hearing it again?

A. I couldn't really understand it from hearing it.

Q. Let's move forward then to this discussion about Baby Rob and Crazo.

A. He was saying -- excuse my language -- they ditched out, because he's related to -- they renounced, they walked away from the onda.

Q. Okay. So this is what, February, March timeframe. Are people already aware then that Crazo has also basically left the gang?

A. Yes, they're aware of it. And the word is going around that he turned FBI informant.

Q. And so word got out that quickly?

A. Yes.

Q. And is Crazo also known as Eric Duran?

A. Yes, sir.

Q. Let's continue.

(Tape played.)

Q. What is Mr. Herrera talking about here?

A. He's talking about people that were talking about him. He's just saying that anybody

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

214

can talk like that and fuck the door -- excuse me, sorry, my language. To come out the door, like come to Level 4 and strap up; in other words, strap up is get a shank and take care of business. We can bend.

Q. It sounded like Mr. Herrera got more animated when you talked -- when you let him know people were talking about him and the decision to hit Molina.

A. Yes. He was -- and it's true, the people were, they were conflicted about us not coming out to the lines. They thought us coming out to the lines was more important than that one person getting handled right away.

So I think he knew he kind of jumped the gun on the Molina murder, calling the hit, and maybe he should have waited.

MS. BHALLA: Objection, speculation.

THE COURT: Well, I think he can state, and I think we need to put it in terms and ask the questions in terms, what do you think Mr. Herrera was saying. And if he's going beyond that, then I think he probably ought to stop.

BY MR. CASTELLANO:

Q. What do you think he was saying in response to the fact that you told him people

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

215

thought that he may have moved too soon?

MS. BHALLA: It's speculation, Your Honor. The same objection.

THE COURT: Well, I think he can answer this question. Overruled.

A. He was conflicted, I felt. I felt he knew he should have waited. We were coming out. We had been filing appeals, we'd been trying to get out to the prison line for quite some time. And with that Molina murder, it was going to set us back because we finally got administration that was willing to work with us and allow us back out to the prison population.

BY MR. CASTELLANO:

Q. Then after Molina, did you guys get locked down again?

A. Yes, we got locked down again for, I think it was a period of a year and a half, almost two years.

Q. Let's continue.

(Tape played.)

Q. What was the discussion about Mr. Herrera being heard about what Earn Dog told him?

A. Earn Dog was having conflicted emotions within himself. That he wanted maybe to go to the

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

216

program, the dropout program. And like I said, Lazy wasn't going to vouch for him. And when he states his values, because he had started showing weakness, he started reading the Bible, well, really reading the Bible, not just reading it for philosophy or strategy issues, he started reading it, believing in God. That's not good within the SNM. They don't believe in that.

Q. So at that point then that was something that hurt Mr. Herrera because he wanted to leave the S?

A. Yes.

Q. Let's continue.

(Tape played.)

Q. What is this discussion about, comes to Cruces and it should have gotten done cleaner?

A. At that time, the earliest was -- he was out of the loop on politics within the onda. Brothers had already seen he was showing weakness. I don't think he really knew what was going on. But he still had a say-so in the yard about they shouldn't have jeopardized brothers like that, on that Javier Molina hit, but that's the way they wanted it done. And, obviously, Earn Dog didn't know that.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

217

Q. And then there's talk about Mr. Herrera being on the tabla.

A. Yes.

Q. Were you aware of his status on the tabla?

A. Yes. I was aware of his status on the tabla at the time.

Q. What responsibilities would he have as a member of the tabla?

A. He is an influential member so he has a say-so on things that go on within the family, like hits, violations. That's where they come down from, they come down from the tabla. They sit down, they have a discussion. And if they feel it's justifiable, then they made sure they hand it down to the llaveros, and then the llaveros make sure it gets handled.

Q. Let's continue.

(Tape played.)

Q. Okay. A few things here. So Mr. Herrera mentions the name "Javier." What happened with Javier?

A. That's Javier Molina. And what he's talking about there, his brothers were criticizing the tabla because the way the hit went down. Like I said, we were coming out, we were getting a chance

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

218

by the administration in a few months to come out to the general population lines. And when that occurred, that set us back down. So the brothers were talking down on carnals that called it. He was one of them that called it. So they were like, why did he do that? And he's stating, why are they criticizing us? That's just what we do. We're the onda, you know what I mean?

Q. Okay. Let's continue.

(Tape played.)

Q. Okay. When there is discussion here by Mr. Herrera of saying it was wrong to kill a guy, which guy is this?

A. That's Javier Molina. And basically more or less what he's saying there is that --

MS. BHALLA: He answered the question already, Your Honor.

THE COURT: Overruled.

A. What he's saying is basically is this, he's saying we're the onda, that's what we do. We kill people, you know what I mean? So there was no need to wait, you know what I mean? So why would you feel bad about a guy getting killed? That's what we do. That's the onda.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

219

BY MR. CASTELLANO:

Q. Let's continue.

(Tape played.)

Q. Is this you, Shadow, or a different Shadow he's talking about?

A. He's talking about Big Shadow in that, picking up, it's not barrio, it's Bible. That's what he's saying there, he's talking about, is picking up that Bible, being a Christian, you know.

Q. And is that Roy Martinez?

A. Yes, it's Roy Martinez.

Q. Was there discussion about Roy Martinez picking up the Bible and studying it?

A. Yes. And that's why they were saying they wanted to kill that vato for turning Christian. Showing weakness, in other words.

Q. Let's continue.

(Tape played.)

Q. Okay. So is this a continued discussion about Roy Martinez when he's kicking with LC and going to prayer meetings?

A. Yes. At the North, it's a lockdown facility. What he means by kicking it with them is he was talking to him, you're not supposed to talk to rival gang members. And he was talking to him in

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

220

the yard. He was going to prayer meetings with some of them, and really giving his life to God at that time in his life.

Q. And what should have Roy Martinez done, if he was being a good SNM member, if he --

A. Yeah, he would have never done -- first of all, the Bible is your rules of the SNM. That is your religion. You are Syndicato. You don't believe in God, you don't believe in nothing else but that Bible and them rules is SNM.

Q. Let me ask you this, then: If Roy Martinez is following different rules and he's hanging out with LC, isn't he supposed to be hitting an LC member?

A. Yes, he's supposed to murder them on sight. Any rival gang member, you're getting with air and opportunity is what we call it, you hit them. If not, you can be hit for that, because you had opportunity to do it. And that's what we're supposed to do with SNM members.

Q. Let's continue with the recording.

(Tape played.)

Q. Who are you talking about here?

A. We're talking about Javier Molina. Me and Shadow had got into a political dispute because he

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

221

wanted me to do some things in segregation. When I got out of segregation, I didn't do them. It was a political move against me. When I got back in prison at the North, and he was trying to say I knew about the Javier Molina being a rat, and I should have did something about it. It was just a politic move against me.

So what I'm telling: Herrera hears that I didn't know about him until Herrera had showed me the paperwork and told me about it. That was it.

Q. Let's continue.

(Tape played.)

Q. What does he mean when he says "tap out"?

A. What he means is walk away from the SNM.

Q. Let's continue.

(Tape played.)

Q. A few things. Earlier when he says, right now everything is firme. What does that mean?

A. Huh?

Q. It's toward the top of the screen. "Everyone right now is firme."

A. What he's saying is that when the Javier murder went down, he feels that it's strengthened the SNM, because a lot of dudes started tapping out that were scared. And it got rid of a lot of what

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

222

he calls the negativity. Carnals that aren't willing to go and do what needs be done to further the agenda of the organization. So that's why he says everybody here now is firme. Everybody's on board. Everybody's down to put in work.

Q. Then he's asking the question, "Why are you mad at me, carnal?"

A. What he's saying -- he's telling people, whoever he was talking to, carnal, why are you mad at me when things are working good? Basically he felt what happened in Cruces with the Javier Molina murder is that it worked in the SNM's benefit. A lot of people tapped out that shouldn't have been around and that were weak and the strong are still there. The rest of us are firme.

Q. What about where he says, "Forgetting one thing, though, you got into a clika"?

A. Yes. And that's where he's talking about people showing weakness about people shouldn't be picking up the Bible. People shouldn't be talking about tapping out and walking away. You got into a clika. It's blood in, blood out, basically.

Q. Let's continue.

(Tape played.)

Q. Okay. Let's move to the next clip from

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

223

Government's Exhibit 192.

(Tape played.)

Q. What are you saying there about Javie and the papels?

A. Javier Molina, talking about Javier Molina that was murdered, that the paperwork where he ratted was down there for a while and no one did nothing. That's what I'm talking about.

Q. Let's continue.

(Tape played.)

Q. What is Mr. Herrera's response when you ask him -- or mention Javier Molina and the papers, paperwork?

A. He's just saying that, you know -- he's just saying fucking handle it, you know what I mean? It needs to get fucking handled. So that's why -- excuse my language. It got handled, it needs to be handled, and it got handled, you know. That's what he just says, things are getting better because things are getting done.

Q. Let's continue.

(Tape played.)

Q. What is this discussion here about feeling it's wrong to send the carnals in?

A. Because he's stating, if people are

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

224

talking bad about how he called the Molina hit, then why didn't they do better? Why didn't they get it done? In other words, I got it done, why didn't they get it done?

Q. Let's continue.

(Tape played.)

Q. Why are you telling him, you know, Javier was down there for four years?

A. Because I wanted to get him on recorder stating, yeah, I know he was down there for four years and no one did nothing. And why is anybody talking bad about me, I got it done. You know what I mean? So basically it's I'm just stating that Javier was a rat. He was down there for years, should have been handled. And it didn't get handled until Lazy made it happen.

Q. Let's continue.

(Tape played.)

Q. When you're saying they finally pushed the issue, what is that issue?

A. The Javier Molina hit.

Q. Let's continue.

(Tape played.)

Q. Who is Choke that you're asking about?

A. Choke is an older SNM member of the

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

225

organization. I want to say it's a Richard -- I can't recall his last name, but he's an older carnal, he has influence in the feds. He's one of the ones that calls it for the SNM line in the feds.

Q. Let's continue playing.

(Tape played.)

Q. Mutual respect with who?

A. The Eme, the Mexican Mafia from California.

Q. Let's continue.

(Tape played.)

Q. Okay. When he mentioned Grandma, do you know who Grandma is?

A. Yeah, it's a code word or code name for one of our former ranking members called Styx, Gerald Archuleta.

Q. Who is Garduno?

A. Garduno is another SNM member of the organization.

Q. Was Garduno arrested?

A. Yes, he was arrested on the RICO Act.

Q. Who is Juanito?

A. Juanito is Juan Mendez.

Q. And when it says, "Chris got hemmed up, too," who is that?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

226

A. Chris Garcia, another SNM member of the organization.
Q. And in a second here, you're going to say "I seen them all in the county, no?"
A. Yes, I did. I was in the middle of my murder trial. And the morning I left, and when I came back that afternoon, that night, everybody was gone. But everyone else that was in there was all SNM members, I tripped out. They were all -- and I know them all.
Q. Is that what you told us about earlier, you mentioned that you had gone to court and come back and a bunch of members were there?
A. Yes, sir.
Q. Let's continue.
(Tape played.)
Q. When Mr. Herrera says -- or it says drogos on there, but I think he says drogas on the recording.
A. Yeah, because he thinks he got them for drogas because Chris used to supply in Albuquerque every single SNM member that got out of prison, he was a big drug organizer and he would supply us with narcotics, heroin, cocaine in quantities, big quantities.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

227

Q. What are drogas?
A. Drogas are drugs, Spanish for drugs.
Q. Let's continue.
(Tape played.)
Q. Okay. When they're talking about "they don't want no part in his life," what is Mr. Herrera referring to?
A. I think he's saying they don't want no part of this life. In other words, he's talking about people getting hit with the RICO Act, like everyone else, like the Eme, the Nuestra familia, all them getting hit with RICO Acts. That's what happens when you're involved in an organization, being an organized gang member. The feds come in, and eventually they RICO you. And that's exactly what they're doing to us now.
Q. Let's continue.
(Tape played.)
Q. Okay. When he says, "In other words, we're doing it wrong. How are we doing wrong, because it wasn't done correctly?"
A. He's talking about the Javier Molina murder and how things are going within the SNM organization. And what he's talking about, when people talk negative, it's not like all the citizens

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
&
ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

228

see negative. What you guys see bad, we see as good. So what you guys see as good or positive, we see as negative.

When people start talking about oh, things shouldn't be done like this because we're going to be locked down, and, no, things should happen, people should get murdered, things should keep on going that way. Because that's what SNM is about. And that's what's positive for us, that's what's good for us.

So when he's saying people are being negative; in other words, he's talking about guys are showing weakness within the organization by talking against violent acts, and things that need to be done. And just because a RICO Act comes in, who cares, he's saying. This is what we do. We're from the onda, we're gang members, we're an organization. Ain't nothing going to stop us from being SNM, not even a RICO Act.

Q. Let's continue.

(Tape played.)

Q. Okay. What's this discussion about the paper and nobody asking anything, what's that about?

A. In other words, he's saying Javier Molina, you know, he was a rat. No one else ever got it

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

229

done. No one else ever asked for paperwork. So why are they being negative towards him when he got the paperwork, produced it, and got it done, is what he's basically saying.

Q. All right. Let's continue.

(Tape played.)

Q. What did you mean by that last statement?

A. In other words, he was making excuses of having a change of heart. And that's what I meant, is why is he using other people's changes of heart to justify his own thoughts of weakness.

Q. Okay. Let's move to the next clip.

(Tape played.)

Q. Did you say -- did you tell him to spit or to split?

A. Split.

Q. What does he mean there?

A. About Javier Molina, like what did you expect to happen? You wanted a rat to split, like leave, have the chance to escape, a rat, you know what I mean? It needs to be handled. So basically that's what he's saying, is things, they need to get done and that's the way they need to get done.

Q. Let's continue.

(Tape played.)

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

230

Q. Okay. If Javier is getting shown more love than him, how does the clavo play into it?
A. Because clavo, drugs has a big influence in prison. Even in the gang life, drugs has a big influence.
Q. Okay. Let's continue.
(Tape played.)
Q. Do you know anything about Andrew there at the end?
A. I can't recall what Andrew he's talking about.
Q. Let's move for the next clip.
(Tape played.)
Q. What are you talking about here? He says, "What did they tell you about the report?"
And you say, "Oh, about the fierros?"
A. About the fierros --
Q. What are fierros?
A. Fierros are shanks, they're knives. So basically if he had a report or something, that's probably what we were talking about.
Q. Okay.
(Tape played.)
Q. What got handled?
A. The Molina hit.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE
MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com


231

Q. Now, in a little bit you're going to ask whether the paperwork was real. And his response is "yeah." What paperwork are you referring to?

A. The paperwork on Javier Molina.

Q. And had you actually seen the paperwork yourself?

A. Yes.

Q. And so if you had seen the paperwork, why did you ask him if the paperwork was real?

A. Because I was trying to get him to state that he's the one that produced the paperwork to get Javier Molina hit.

Q. Let's continue and listen.

(Tape played.)

Q. And that's the Javier Molina paperwork?

A. Yes, sir.

Q. Let's turn to the next clip.

(Tape played.)

Q. What are you talking about here?

A. I went and I met his people. And I gave them some narcotics for him.

Q. Whose people?

A. Lazy's people. Herrera's people. And I showed his ex-girlfriend, I showed them how to send him the narcotics. I already had one made, and I

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

232

ran it down to them and showed them how to do it, and I was already sending some on the way.

Q. At that point, were you on the streets or in prison?

A. I was on the streets. I'd just got out of Las Cruces, New Mexico, Southern.

Q. And you said, "Then I showed her how I was doing it."

A. Yeah. I showed her how I was doing it, how I was sending drugs in to other brothers and to Lazy.

Q. Okay. Let's continue.

(Tape played.)

Q. Okay. Mr. Cordova, I'm going to move next to Government's Exhibit, I think it's 194 -- let me check the number. The next exhibit is Exhibit 194. This is a conversation between you and Mr. Herrera.

MR. CASTELLANO: And at this time, I'd move the admission of Government's Exhibit 194.

THE COURT: Any further discussion necessary on 194?

MS. BHALLA: No, Your Honor. Same objection.

THE COURT: All right. Government's Exhibit 194 will be admitted into evidence.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

233

(Government Exhibit 194 admitted.)

MS. JACKS: And, Your Honor, we previously stated our objections. We'd ask for the limiting instruction.

THE COURT: All right. It looks like this is another conversation with Mr. Herrera. So you can only use this evidence in your discussions and deliberations about the charges against Mr. Herrera and you cannot use it in any way against the other three gentlemen.

All right, Mr. Castellano.

MR. CASTELLANO: Thank you, Your Honor.

BY MR. CASTELLANO:

Q. We'll begin by playing the beginning.

(Tape played.)

Q. Okay. There is mention of a person named Cheech. Do you know who that is?

A. Yes, it's -- his last name is Martinez. He's another SNM member of the organization. Cheech.

Q. If you know, do you know how he was involved with the Molina murder?

A. Yes, he's the one that got the paperwork from Jesse Sosa. He produced it to Spider and then Spider passed it down the line.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

234

Q. Let's continue.
(Tape played.)
Q. And do you know what the retaliation is for here?
A. Yes, because he was a rat. In other words, why wait to retaliate on somebody that broke the rules of the organization. Just take care of it.
Q. Who is a rat?
A. Javier Molina. That's who we're talking about.
Q. And down below is a discussion of Blue and Spider.
A. Yes. See, Spider -- all right. Blue and Spider, I think they all got together and they discussed about things has to be justified within the organization and make sure that the black and white was real before it got done. Things like that.
Q. Let's listen to that part.
(Tape played.)
Q. Let's play the next segment.
(Tape played.)
Q. When you referred to asking Spider and asking Blue, what are you talking about?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

235

A. Because guys were talking -- everyone was in hoops at the North, Spider and Blue were there. So I was telling him, you know, you can ask them. You know, I was backing your play. I was telling them that you made sure things got done, and things got done as planned. And people were trying to -- you know, that whole situation that they should have waited. We were coming back out to the line.

And that's when I was telling Blue and Spider and them, well, he got it done. You know, when other guys passed up the opportunity to make sure Javier Molina got murdered, Lazy took care of it.

Q. When you said, "I didn't know carnal" and "that's when I knew carnal, when that shit got there," what are you talking about?

A. Because I didn't know about Javier Molina until the paperwork had gotten there. And Lazy had shown me and then let me know that you people know we're going to be on lockdown. That's when the murder happened, that day.

(Tape played.)

Q. Okay. When you're telling Mr. Herrera, "that's when I knew, you came up and you told me, carnal, let your people," is it go or know?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



236

A. Let your people know. That's basically when I found out is when he told me, look, when I seen the paperwork, and then afterwards right before it was going to happen, he told me, let your people know we're going to be on lockdown.

Q. Why would you be on lockdown?

A. Because Javier Molina was going to get murdered.

Q. When you say, "I told them vatos there was a rat that was there for four years," who were you talking about?

A. Javier Molina.

Q. Okay. Let's continue.

(Tape played.)

Q. When you say "that are on the G," what are you talking about?

A. Because he's talking about brothers hating on good brothers. People that want to get more privileges, they want to come out on tier time, they had contact visits. Those are the ones that we talk about that are being negative. Those are the ones we're talking about that are showing weakness. And the ones that are on the G shit -- excuse my language -- those are the ones that are making sure things get done, making sure people get murdered.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

237

The organization is moving forward in our goal of expanding, becoming a better SNM organization.

Q. Are you saying up here that you defended Mr. Herrera when you say, "And you're trying to say this carnal is not wrong, you know what I mean?" It's right here.

A. Yes, because they're trying to say he was in the wrong because it should have waited. The murder should have waited. And what I'm saying to him is I backed him up, "How is this carnal in the wrong when that Vato was down there for four years and nothing ever happened to him?"

Q. Okay. Let's continue.

(Tape played.)

Q. At this point is Mr. Herrera speaking about somebody else?

A. Yes. At this point, like as we're going along talking about negativity and how the onda, things need to be fixed. One of them was Julian Romero. That's who we're talking about here, that had broken the rules of the organization by messing with another member's woman.

Q. When he says, "I told Blue he's still a carnal, and he told me, I respect you," what is he talking about there?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

238

A. He's standing up for the other brother and saying look, the dude is still a carnal. And right here -- I'm pretty sure right here in this one we talk about the guy who deserves -- they thought he deserved to die, but he deserved a violation.

Q. Is that what Mr. Herrera believed?

A. Yes.

Q. Let's continue.

(Tape played.)

Q. Okay. Do you know who was banging at the door?

A. Yes. When -- now we're talking about Julian. When Julian was given the violation, was severely beaten, he started showing weakness, started screaming for the cop, banging on the door. So after that, everybody that was supporting him agreeing that he shouldn't die, he should get a violation, that's when everybody just turned their back and said this dude deserves to die now because he showed a cowardly act.

Q. Let's continue.

(Tape played.)

Q. When people say they're supporting Styx, are they basically choosing sides between Styx and Julian?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

239

A. Yes. Yes.

Q. Let's continue.

(Tape played.)

Q. Do you know what Mr. Herrera is talking about when he says, "I told him we need to move forward"?

A. Yes, he was talking about issues in the organization that needed to be solved, handled, and that we need to move forward as one car on the same agenda.

Q. Okay. Let's continue.

(Tape played.)

Q. When he says, "We told Conrad, 'handle it,' no," what is Mr. Herrera referring to?

A. Conrad moved on him, beat him up pretty bad, real bad.

Q. And he beat up Julian Romero?

A. Yes, he beat up Julian Romero.

Q. And did Mr. Herrera indicate that he was part of that order when he says, "We told Conrad handle it"?

A. Yes.

Q. And at that point did Carlos Herrera have the power to order something like that?

A. Yes. He was on the tabla.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

240

Q. Let's continue.

(Tape played.)

Q. Who is saying that, saying I don't deserve to die?

A. Julian. Julian is pleading his case with the tabla. And he's stating, you know, he was -- to my understanding, he was telling them, I'm a soldier. I put in work for this family. I've done for this family. I know I messed up, but I don't deserve to die.

In other words, just give me a violation and let me still make it right with the organization.

Q. Okay. Let's continue.

(Tape played.)

Q. And what do you understand Mr. Herrera to mean when he says "this ranfla is an S, not in his favoritism"?

A. In other words, he's saying that rules should not be broken for nothing. We shouldn't be favoritizing young brothers because of this or that, or because they've got money or drugs or influence, or because they've done hits themselves. They should all be held accountable for their actions. If they mess up, rules are rules.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

241

Q. Continue.

(Tape played.)

Q. Do you know who he's talking about when he says, "He's not a rat, he's never ratted." Who is that?

A. He's talking about Julian. He's talking about Julian was never chaffa in any way, except when he broke the rules. But because of the weakness he had shown when he was told to go to the shower and wash up after the violation, he did it. He called for help and the authorities came to help him. So after that, everyone backed up in supporting him so they were like -- he was hurt about that. He was heartbroken.

Q. Let's continue.

(Tape played.)

Q. What's the ranfla?

A. The ranfla is our car, the SNM is what he's stating. We all have to do our part, basically, for the SNM.

You guys already know, more or less, you know, how the organization probably runs. I've been up here explaining it all day and stuff. The jefe, the tabla, the llaveros, the soldiers. We all have a part to play. Whenever asked, we do it. We don't

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

242

show weakness, we die. That's the way the rules are.

Q. Let's continue with the next part.

(Tape played.)

Q. Somebody said "this is a clika." What does that mean?

A. In other words, if you're scared to pick up a life sentence or die, then you shouldn't join the clika, because this is what we do. We're on -- excuse my language. When he says we're on G shit; in other words, he's saying this is what we do. We murder, we extort, we bulldog. You know what I mean? We install fear in people. That's what we do. We're the clika.

Q. Let's move on to the next clip.

(Tape played.)

Q. Okay. Who is supposed to dispose of what?

A. Dan Dan was supposed to dispose of the shanks after the Molina murder, and Blue and him were having confrontation over that.

Q. Let's continue.

THE COURT: Would this be a good time for us to break for the evening, Mr. Castellano?

MR. CASTELLANO: Sure, Your Honor. Yes, sir.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

243

THE COURT: All right, ladies and gentlemen. I appreciate your hard work, your attention today. I hope those that are feeling poorly will get some rest and get some medical attention. I sure appreciate the way you're working, hard work you're putting in. We all appreciate it. We'll see y'all in the morning. All rise.

(The jury left the courtroom.)

THE COURT: All right. Everyone be seated for just a moment, then I'll let y'all go too.

I'm addressing Ms. Duncan's request for some ruling in advance about these witnesses they want to bring from California to deal with Mr. Duran. Normally, and my gut reaction was that this is collateral and is getting a little bit far afield. But I am a little bit sympathetic to, in this situation, the argument that Mr. Duran's invocation of the Fifth Amendment maybe deprived, just a little bit, the defendants of their rights under 608(b) to inquire into, and thereby obtain sworn testimony regarding the language of 608(b). Specific instances of a witness' conduct in order to attack the witness' character for truthfulness.

I think to avoid this thing getting out of

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

244

hand, I'm going to permit the defendants to call a single witness, and I think that will remedy any sort of deprivation. I don't think there has been any, but I want to avoid the appearance of it being any deprivation. Don't want to create a trial within a trial on what I think is a collateral matter.

But because of the unique circumstances here, to the extent that the existence of allegations against Mr. Duran created some incentive for him to lie, to curry favor with the FBI and thereby avoid consequences or prosecution or as a result of those allegations, I think the defendants' single witness would put those allegations in front of the jury.

The Court could exclude and will exclude additional witnesses and evidence as collateral, so it's kind of a one-shot thing; put it up, let's move on.

Additionally, I believe that the United States elicited on direct examination some of the evidence regarding Mr. Duran's child abuse allegations. There is an argument that in light of Mr. Duran's assertions of his right to remain silent, permitting the defendants to present a

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

245

limited amount of extrinsic evidence regarding those allegations is necessary under the rule of completeness embodied in Rule 106 and 611(a) of the Federal Rules of Evidence.

So I'm going to permit the defendants to call a single witness to testify regarding Mr. Duran's child abuse allegations, and then I think we'll bring that to an end. I think that will be enough to close any sort of gap here.

All right. I appreciate your all's hard work.

I don't know who is talking. Oh, okay. Yes, Mr. Jewkes. I was surprised to see you here this afternoon.

MR. JEWKES: That's tomorrow afternoon I'll be gone.

THE COURT: Oh, I'm sorry. Good.

MR. JEWKES: Your Honor, last evening just before we broke the issue arose regarding Eric Duran's involvement in money laundering and the Government was going to report back.

MS. ARMIJO: Well, I don't believe the Government was going to report back. I believe the Court asked us to review for Jencks and Giglio.

THE COURT: Why don't we deal with this in

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

246

the morning. Do review the materials and have a report for me in the morning.

MS. ARMIJO: Your Honor --

THE COURT: We'll be in recess.

(Proceedings concluded at 5:36 p.m.)

February 23, 2018

THE COURT: All right. Everyone be seated.

Well, good morning, ladies and gentlemen. We had a little difficulty getting Mr. Cordova here on time, so that's the reason for the delay. But we've been using the time well here, so we've been covering some issues so we've been continuing to work. So we may take a little bit earlier break, it may seem early to you, but we've been in here working while we were waiting for Mr. Cordova to arrive.

Thank you again for being here and on time and ready to go. I apologize for the gap, but it was not avoidable so I appreciate it.

I know, Ms. Harris, you went -- and you do have the flu, and we're sympathizing with you. I

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

247

sure appreciate you being here. If you need to wear your mask, don't be self-conscience about it. And you've got Tamiflu. It looks like you're feeling a little better today, so it must work.

But I appreciate you being a trooper and hanging in with us. So I really appreciate it. I appreciate all of you. And good Friday morning to you, and try to get a good day's worth of work in.

All right. Mr. Cordova, I'll remind you that you're still under oath.

Mr. Castellano, if you wish to continue your direct examination of Mr. Cordova, you may do so at this time.

MR. CASTELLANO: Yes, sir, thank you.

THE COURT: Mr. Castellano.

CONTINUED DIRECT EXAMINATION

BY MR. CASTELLANO:

Q. Mr. Cordova, we finished yesterday with Government's Exhibit 194. I'm going to go ahead and play the third clip from that recording. And before we start, there is a question you were going to ask, it says, "No, but they were just saying that he was supposed to dispose of those, no?" What are you referring to?

A. Dan Dan was supposed to dispose of the

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

248

shanks after Javier Molina got murdered.

Q. Is that what you're asking Mr. Herrera about?

A. Yes. That was the talk in the yard at the North. And he didn't dispose of them properly and there was issues there.

Q. Okay. Let's begin the recording.

(Tape played.)

Q. Okay. What's this discussion about letting somebody out of the room?

A. What he says is, "Yes, they effed by letting him out of the room."

Q. Who is "him" who got let out of the room?

A. Javier Molina, they let him out of the room when they were stabbing him. They weren't supposed to let him out of the room and they let him out of the room and he made it out, that's what caused everything, was a big mess.

Q. Is that why there is a discussion that it could have been done better?

A. Yeah. He says, "Could have been done better. Have we done better? Yes. We've done better and it could have been done better but needed to happen."

Q. What's this discussion about Archie

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

249

running, telling everybody?

A. Yeah, he was running, telling brothers, "Hey, this Vato's been here for a while, why hasn't he got handled?" And pushing the issue. But Lazy already knew, it's already going to get handled.

So the reason why it got done so fast and a little bit sloppy is because at that time, like we were saying before, there was brothers that weren't trusted in the onda at that time that needed to get tapped out. Because there was confidential information getting sent to administration and he didn't want that happening. And then another failed attempt would make him look embarrassed because he's on the tabla. It would embarrass him.

Q. And what would confidential information have done to the opportunity to kill Javier Molina?

A. The administration would have locked down Javier Molina. They would have missed their opportunity and things would have kept on going, kind of what they say is bad in the onda's brothers escaping their -- escaping their consequences for messing up.

Q. Okay. And now was Archie one of the people who had just arrived at the facility?

A. Yes, he arrived with Marijuano.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

250

Marijuano, I guess, brought down the paperwork. But they were discussing it in the van. They weren't supposed to be discussing that. That's what the recordings were saying between me and Rudy, when they were --

MS. BHALLA: Objection, Your Honor. I don't think this is responsive to the question.

THE COURT: Overruled.

A. All right. So that's why they were saying that.

THE COURT: Why don't you ask, though, another question.

MR. CASTELLANO: Sure, Your Honor.

THE COURT: And not be in a narrative.

BY MR. CASTELLANO:

Q. So was that some of the concern you mentioned earlier, that people were already talking about this when they shouldn't have been?

A. Yes. People shouldn't have been talking about it. Because the only people that should have known is the people taking the message, the people giving the message and handing out the hit. That's it.

Q. Let's continue with the recording.

MS. DUNCAN: Your Honor, I'm sorry.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

251

Before we continue with the recording, could we have a limiting instruction since we're starting over on the limited nature of this evidence?

MS. JACKS: I would join.

THE COURT: All right. And this is still a conversation with Mr. Herrera, correct?

MR. CASTELLANO: Yes, sir.

THE COURT: So the jury can only use this conversation in its deliberation as to the charges against Mr. Herrera and may not use them in their deliberations -- in your deliberations as to the charges against the other three gentlemen.

All right, Mr. Castellano.

MR. CASTELLANO: Thank you, sir.

BY MR. CASTELLANO:

Q. We'll continue with the recording.

(Tape played.)

Q. Okay. What wasn't going to happen on their watch?

A. He says that he didn't want that happening on their watch. He didn't want confidential information getting dropped to the administration. In other words, excuse my language, but it states it right there, it's some big-ass shit. He didn't want to be embarrassed because he was on the tabla. And

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

252

they would have made him look bad because he's on the tabla, he's an influential member.

MS. BHALLA: Your Honor, I'm going to object to the witness's interpretation of the statements. That's for the jury to decide. I understand the Court's ruling on the issue previously, but I want to renew the objection.

THE COURT: Well, put the questions in what he understands the conversation to be about. And if he's going beyond that, then probably he should stop.

MR. CASTELLANO: Yes, sir.

A. It is what I understand and it is what I know. I was an SNM member at the time.

BY MR. CASTELLANO:

Q. Let me ask you this --

THE COURT: Try to root it in the conversation that's being played.

Q. So if he says, "That ain't going to happen on our watch." So in other words, if Javier Molina doesn't get killed on his watch, does that make him look bad as a leader?

A. Yes, of course.

Q. Okay. Let's continue.

(Tape played.)

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

253

Q. So are you expressing to Mr. Herrera disappointment that Javier Molina had been there for four years and nothing had happened to him?

A. Yes.

Q. Let's continue.

(Tape played.)

Q. So you go back to asking about the paperwork; is that correct?

A. Yes.

Q. And when Mr. Herrera says, "Spider, all of us, Blue, all of us, made that decision, carnal," what was that decision?

A. That decision is that things have to be legit. Things can't be falsified. Because in the past, paperwork had been falsified in the organization and people got murdered over fake paperwork. So the paperwork had to be legit. And they made sure things had to be done right.

Q. So there had to be legitimate paperwork in order to justify the Molina murder?

A. Yes.

Q. Let's continue.

(Tape played.)

Q. Okay. So what's this discussion about leaks? Is this leaks within the SNM?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

254

A. Yes, he was talking about there was leaks, confidential information leaked out to the administration about the tabla that was around. Things being put together in the organization. And that's what -- basically what he's saying is people don't need to know. Those that need to know are the ones that know.

Q. Was the tabla SNM business?

A. Yes, that's -- those are the top five members that sit down. They discuss any big things going on within the family and they hand down the hits, they hand down the violations. And the llaveros make sure they get done.

Q. If it was SNM business then, was it something that the administration should have known about?

A. Yes.

Q. They should or should not have known?

A. No, they shouldn't have not known about. SNM business, no. Because we always denied to any law enforcement that we're even SNM, that SNM even exists.

We're a very secretive organization, and that's the way we like to keep it, off the radar from law enforcement. Even people in the streets

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

255

that don't know us, they don't need to know us. And we shouldn't advertise it like it's a street gang, because it not. It's an organization.

Q. Let me ask you this question before it comes up on the transcript. There is a mention of the word "gente." It said, "Our gente, that was there, carnal." What's the word "gente" mean?

A. Gente means people, it's Spanish for people.

Q. Let's continue the recording.

(Tape played.)

Q. Mr. Herrera mentioned two names here, Alex and Juanito. Who are those two people?

A. Those are two members of the SNM organization.

Q. Okay. Let's continue.

(Tape played.)

Q. Okay. What's the term clavo mean again?

A. Drugs.

Q. And what is he talking about, about "getting a percentage to the big homie"?

A. What he's talking about is taxing other street gang members or other gang members outside the ranfla, outside our organization, taxing them a percentage of all their drugs or any money they make

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

256

on the streets through drugs. And distributing it amongst the big homies and breaking it up amongst the organization, making sure the brothers that need to get a part of that action, they get a part of that action, a part of the cut.

Q. Let's move to the last clip from this exhibit.

(Tape played.)

Q. Okay. What was your understanding of the SNM's relationship with the Surenos?

A. Well, the California Surenos or real Surenos? And those are the ones we have respect with because they run under the Eme, the Mexican Mafia, we're real tight with that organization.

But the Surenos in New Mexico have no recognition by them. And so they're in our backyard, basically. They're in the SNM's backyard. So if they're not willing to respect us or pay rent the way they're supposed to, because they're in our backyard, then they'll get stabbed. That's what he's saying.

Q. I'm going to take you back to March 6th and 7th of 2014, and I'm going to start by showing you Government's Exhibit 162. Do you recognize this diagram?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

257

A. Yes. I'm pretty sure that's Southern.

Q. And I'm going to put three letters up here. Can you tell me if I've marked this correctly as blue pod, yellow pod and green pod?

A. Yes.

Q. And for the record, blue pod is the pod farthest south on the diagram; white pod is farthest west on the diagram, and green pod is farthest north on the diagram?

A. Yes.

Q. Did I get that right?

A. Yes.

Q. So I'm going to switch over to -- I'm going to go back to these location histories. Yours is Government's Exhibit 770, and Mr. Herrera's is Government Exhibit 769.

So starting with yours, which is on the left, on the screen here. Do you see what I've highlighted as 12/13 of '13 through 3/18 of '14?

A. Yes.

Q. And do you know what housing unit this is for you?

A. Yes.

Q. What housing unit is that?

A. I believe that is Southern New Mexico

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

258

Correctional Facility, and that's yellow pod. It runs by the top -- the top tier runs the lower level -- it starts with the lower numbers, cell 1, cell 2, I think, because the control centers are on the top and they look down. And the bottom tier goes to higher numbers. So it runs from 1 to 8. I was on one side of the top tier and he was on the other side of the top tier.

Q. When you say "he," who is the other person?

A. Carlos Herrera.

Q. I'm going to line up now his housing history next to yours. I've already highlighted the dates 4/24 of '13 through 1/17 of '16, and the numbers look similar to yours, SA1, then the letter A 108A. And his is SA1, the letter A 102A. So were you in the same housing unit with Mr. Herrera?

A. Yes. And in the same pod.

Q. And was your cell 108 and his cell 102?

A. Yes.

Q. And do you remember if you guys were on the same tier or different tiers?

A. No, we were on the same tier.

Q. I'm going to go back to Government's Exhibit 162. I'll put letters up here again for

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

259

blue, yellow and green pods.

Okay. So you and Mr. Herrera were in the yellow pod; is that correct?

A. Yes.

Q. I want to ask you about March 6th, what do you remember about Lupe Urquizo and Mauricio Varela arriving at the facility?

A. They arrived at the facility in yellow pod in the bottom tier. And they brought some paperwork down with them.

Q. How did you know they brought paperwork?

A. Well, I seen the paperwork, it was in Lupe's, something had to do with Lupe's paperwork. It was in between his legal paperwork. There was only a few pages, and it was in a Manila envelope. The Manila envelope was teared a little bit at the top. And it just stated something about him giving information about a robbery, I guess, that took place. Two individuals jumping in his car, one individual from the back seat handed something to the front seat.

The cops went looking for the car, found the car. And then ended up arresting him on, I think it was a PV or something, I don't know.

Q. When you say "him," who are you referring

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

260

to?

A. To Javier Molina. And then Javier Molina had assisted the authorities in that investigation by stating that yes, there was a robbery that took place. The guys jumped in his vehicle. The guy in the back handed something to the guy in the front and then he dropped him off. And that was it. And I think they arrested him for a probation violation or something.

Q. Who showed you the paperwork?

A. Lazy.

Q. Is Lazy Carlos Herrera?

A. Yes.

Q. Did you discuss the paperwork with him?

A. Yes.

Q. Do you know what happened to the paperwork? Did it stay in that pod or did it go anywhere else?

A. To be honest with you, I don't know. It might have went to green pod, but I don't know.

Q. So once you saw it, you weren't sure what happened to it from there?

A. No, I wasn't sure what happened to it from there.

Q. What discussion did you have with

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

  
261

Mr. Herrera about the paperwork?

A. He was just saying, "What do you think about this vato? Think he needs to go?" And I said, "The decision is up to you. You're the man. You call it." And he says, "You back me on this?" I said, "It's legit. I back you. I got you."

Q. So as a good brother, if you know that this appears to be a legitimate hit, did you basically give Mr. Herrera your approval or backing at least because it looked like it should have been done?

A. Yes, it's called political backing. So that way, if anything else comes down on him and, "Hey, why did this happen?" He can say, "Nah, we all -- I had good brothers even look at it and these good brothers even agreed with it." So it's a political backing is what it is.

Q. So to the extent he was looking for your backing, is it fair to say that you gave it to him?

A. Yes.

Q. And what else do you remember about the environment in the pod? In the recordings, for example, there was talk about Lupe Urquizo or Archie, I should say, running around talking to people.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

262

A. Well, we sat down right in front of Archie's cell.

Q. And is Archie Mauricio Varela?

A. Yes. Yes, and we sat down and he was saying through his window, "Why has that vato been here a long time?" Just stuff like that. Just indicating the vato had been there for a while, why hasn't he gotten taken care of?

And then after we went to lockdown for a count, they would let them out to shower because they're on orientation. And he was going to carnals' doors, like, "Why has this vato been here? Why hasn't he got handled?"

Q. Who is saying that?

A. Mauricio Varela.

Q. And so he's pushing the issue in the pod?

A. Well, the issue was already getting handled. What he was doing was just kind of letting brothers know, like, "Come on, man, how embarrassing is this. This guy has been here a while and he hasn't got handled. And good brothers like us are stuck in Santa Fe at the North? You know, it's a disgrace, come on."

Q. Did Mr. Herrera have a discussion with you shortly before the murder took place? Did he tell

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

263

you you should do something?
A. Yes. He told me, "Let your people know we're going to be on lockdown."
Q. And what did you take that to mean?
A. I already knew what it was. I let my people know at that time, "Hey, we're going to be on lockdown. I might not be able to call you for a while." That was it.
Q. All right. Why were you going to be on lockdown?
A. Because Javier Molina was going to get hit.
Q. Did you remember any other statements Mr. Herrera made about the hit happening, or that it was going to happen?
A. Yes. He said "Blue pod will take care of it -- blue pod will take care of it and Dan Dan will make sure it gets done."
Q. Why would he mention Dan Dan's name in conjunction with blue pod?
A. Because Dan Dan was an influential member at the time. I believe he was on the tabla and he had appointed a llaveroship at the time so he would make sure it got done.
Q. For each of them as llaveros, was it their

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

264

responsibility to make sure this got done?

A. Yes.

Q. Was that expected of them because they were leaders in the SNM?

A. Yes.

Q. You also mentioned a discussion before with Daniel Sanchez regarding shanks. What was that discussion?

A. I had the conversation with Lazy about the paperwork. And then maybe about an hour later, Dan Dan came to the door and says, "Hey, do you have a spare fierro?" I told him, "Jablay," just language, "what's up?" And he's like, "No, it's all good." Then he left.

The conversation only lasts for a few seconds. Then about maybe 20 minutes later, he came back and he tells me -- and excuse my language when I say this, I don't mean to, you know, insult you guys -- but he says, "We got them from Fat Ass downstairs. It's all good." At that time I was in the top tier talking to him at the door. We already knew who Fat Ass is downstairs. He's talking about Rudy Perez.

Q. After the Molina murder did you get moved anywhere or did you stay in the pod?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

265

A. I paroled. I stayed in the pod and I paroled a month and a half later to the streets.
Q. And then eventually did you find yourself back in prison discussing the Molina hit with other SNM members?
A. Yes, at the North.
Q. And what was your discussion about Daniel Sanchez?
A. Daniel Sanchez is -- Blue, I believe, was kind of hurt with him because he didn't dispose of the shanks properly after the hit went down, that was the talk.
MS. DUNCAN: Your Honor, I'm going to object. This is soliciting hearsay.
MS. JACKS: I also object and move to strike. It's blatant hearsay.
THE COURT: Well, I am going to strike it.
MR. CASTELLANO: I'll rephrase, Your Honor.
THE COURT: That and the prior sentence, prior testimony is correct, so strike those and the jury will not consider those.
BY MR. CASTELLANO:
Q. Let's focus on what you talked about and what you agreed to do. So are you having discussion

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

266

with SNM members about Daniel Sanchez?

A. Yes, sir.

Q. And from that discussion, did you have concerns about Daniel Sanchez not having disposed of the shanks like he was supposed to?

A. Well, any good brother would.

MS. JACKS: Objection, relevance.

THE COURT: Overruled.

A. Any good brother would, because when there is foul play within the onda, you leave a brother flojas, that's part of the rules. Not supposed to leave him stranded during the mission.

BY MR. CASTELLANO:

Q. So as a result of those discussions, how many SNM members were part of this discussion?

A. Probably about a good -- at that time we were all in the yard together, they had us all at once. And that talk was going amongst the whole -- probably the whole two pods.

Q. Now, as a result of these discussions, did you agree that something should happen to Daniel Sanchez or his brother?

A. If the brother --

MS. JACKS: Objection, Your Honor. I don't see the relevance of this entire line of

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

267

questioning.

THE COURT: I'm not following it, either. What is the relevance?

MR. CASTELLANO: This is the conspiracy to murder Daniel Sanchez for not following -- for not disposing the shanks, Your Honor. This has been testified to previously.

THE COURT: And what's the relevance of this?

MR. CASTELLANO: Relevance? Well, through the testimony, Mr. Armenta was supposed to give the shank to Daniel Sanchez and Daniel Sanchez did not take the shanks. And Armenta threw them in the trash can. And so this is the discussion from other members about Mr. Sanchez not following through with part of the plan.

THE COURT: All right. Overruled.

MS. JACKS: Well, Your Honor, I don't see how that relates to any of the charged crimes here.

THE COURT: Why don't y'all approach? Let's do this.

(The following proceedings were held at the bench.)

THE COURT: Tell me, if I allow this testimony in, what are you going to turn to the jury

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

268

and say in closings about how this is relevant to the charges here?

MR. CASTELLANO: Well, Daniel Sanchez had agreed -- there is already testimony that Daniel Sanchez agreed to get rid of the shanks, Armenta's shanks. Mr. Rodriguez was supposed to get rid of Jerry Montoya's shank. And Daniel Sanchez had agreed to do so as part of the murder conspiracy. That was one of the roles that Daniel Sanchez played. And I believe Mr. Rodriguez testified that when everything happened, Mr. Armenta turned to give the shank to Daniel Sanchez and Daniel Sanchez just told him to throw it in the trash. And so Mr. Rodriguez did not do as he was supposed to do as part of the murder conspiracy.

And we've already had one other witness, I believe Roy Martinez testified about this, that there was a discussion that they were going to hit Daniel Sanchez but Daniel Sanchez went out of state so the discussion turned to killing his brother Ronald Sanchez for his failure to back his brothers. There has already been testimony on this issue in this trial.

MS. JACKS: It's cumulative, but also the relevance.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

269

THE COURT: I think it's relevant. I think we're beginning to really run on fumes here. I can see a marginal relevance. Let's try to get in and out of here. I think we've made our point to the jury.

MS. DUNCAN: My other objection is: This is totally based on hearsay, whether he decided to hit Dan Sanchez based on what other people told him Dan Sanchez did or didn't do.

THE COURT: So if you want me to give a limiting instruction on this -- but I mean, if he's acting on things that are said, if you can avoid having him testify about what is said, you can avoid a limiting instruction. But if we can confine it to what he did, I don't think a limiting instruction is necessary. But I do think they are more commands than instructions, so they're not really hearsay -- just do something. So I'm not quite sure -- to the extent that there might be some, I can do a limiting instruction, but I think they're more commands than instructions, so they're not hearsay.

MS. DUNCAN: The marginal relevancy I'm talking about is only based on hearsay, based on someone telling him Daniel Sanchez was supposed to dispose of the shanks and he didn't, so hit him.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

270

I think that the answer is suggesting the truth of the hearsay that this witness relied on to decide that he wanted to hit Dan Sanchez.

THE COURT: Well, we'll just have to take it a question at a time. I can't label the entire category here as hearsay. Some of it seems to be instructions and directions and other, maybe, hearsay so --

MR. CASTELLANO: It goes to this witness' state of mind in terms of his agreement that certain things should be done within the S.

THE COURT: If it's coming in just for state of mind, if that's what you're trying to prove, then I think you're entitled to a limiting instruction.

MR. CASTELLANO: Which is fine. It's already in through another witness, so . . .

MS. JACKS: His state of mind is irrelevant. I mean, what is the relevance?

THE COURT: I prefer that we limit it to what he is doing.

MR. CASTELLANO: Sure.

THE COURT: If we can just say what he's doing rather than trying to get into the information itself, it would make a cleaner record.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

271

MR. CASTELLANO: That's fine.

THE COURT: Let's try to get in and get out of there. This is getting kind of marginally relevant.

(The following proceedings were held in open court.)

THE COURT: All right. Mr. Castellano.

BY MR. CASTELLANO:

Q. Based on these discussions, Mr. Cordova, did you agree that Mr. Sanchez or his brother should be hit for this failure?

A. What I told the brothers there is that if he --

THE COURT: Why don't you --

MS. JACKS: Objection. Nonresponsive.

THE COURT: Just hold on.

THE WITNESS: Yes.

THE COURT: Just answer the questions yes or no.

A. Yes.

THE COURT: Overruled.

MR. CASTELLANO: May I have a moment, Your Honor?

THE COURT: You may.

MR. CASTELLANO: Thanks, Your Honor. I

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

272

pass the witness.

THE COURT: Thank you, Mr. Castellano.

Who is going to go first? Mr. Villa?

MR. VILLA: Yes, Your Honor.

THE COURT: Mr. Villa.

MS. BHALLA: Your Honor, if I may? I apologize. Our monitor is not working over here, Your Honor.

THE COURT: All right. We'll try to get somebody up to look at it.

MR. VILLA: Thank you, Your Honor.

CROSS-EXAMINATION

BY MR. VILLA:

Q. Good morning, Mr. Cordova.

A. Good morning.

Q. You testified yesterday regarding the incident that you had at MDC in which you were able to open a cell door so that you could assault an inmate. Do you remember that?

A. Yes. At MDC, I did.

Q. And I think you talked about how, in that situation we saw your records that Mr. Castellano showed you, you were convicted of resisting arrest and that was it?

A. Evading and obstructing of a peace

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

273

officer, yes.

Q. Okay. And you might need to just get a little bit closer to the microphone so we can hear you.

A. Sorry about that.

Q. That's okay.

I believe it was your testimony that one of the ways you were able to do that, at least to get to the guards' keys, was you know how to manipulate the system?

A. Yes, that's part of the SNM rules, is we all were -- we're schooled on that.

Q. But you know how to manipulate the system?

A. Yes, I do.

Q. And I think you also testified one of the reasons that you were only convicted of the crime you were convicted of is you know how to work the law?

A. Yes.

Q. And it also just so happened that when Agent Acee came to see you in January of, I believe it was 2016, you were at MDC; right?

A. Yes.

Q. Same place where this other incident had occurred?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

274

A. Yes, sir.

Q. And Agent Acee told you he was looking at you for a RICO charge, didn't he?

A. Yes, sir.

Q. You had been in custody at that time at MDC for about a year and a month. Is that right?

A. No, that's not correct.

Q. How long had you been in custody at the time Agent Acee came to see you?

A. About a year and a couple of months.

Q. Okay. Excuse me. So you'd been at MDC come January 2016 for about a year and a couple months; right?

A. No, sir.

Q. Okay. I guess maybe we're just not understanding each other. At the time Agent Acee came to see you in January 2016, how long had you been in custody at MDC?

A. I'd been in custody from the end of November, or I should say Thanksgiving, to around that time, January.

Q. So are we just talking few months or are we talking a year and a few months?

A. No, we're talking a few months. I was in the Department of Corrections because I was

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

275

finishing off my parole.

Q. Before Agent Acee came to see you, when was the last time you'd been out on the street?

A. The last time was in December 3rd of 2014.

Q. And Agent Acee came to see you January of 2016?

A. I believe so.

Q. So the last time you'd been out on the street was a year and a month, give or take?

A. Yes, sir.

Q. And you had just gone to trial, had you not, on the murder charge?

A. Yes, sir.

Q. You were found guilty of manslaughter?

A. Yes, sir.

Q. And that was a case involving an individual named Ray Gurule; is that right?

A. Yes, sir.

Q. That's who you were found guilty of killing?

A. Yes, sir.

Q. Did you kill Mr. Gurule?

A. No, sir.

Q. So you're telling this jury that even though a jury found you guilty, you're not guilty?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

276

A. They found me guilty on aiding and abetting and manslaughter. Eight jurors thought I was innocent, four of them said something happened. It was more of an agreement to sit down and say, "Well, we feel there is some kind of fault there. He was around the area, and more than likely something happened, so we'll get him with aiding and abetting and manslaughter." That's what was done.

Q. So you're saying you were just around the area, something must have happened; and therefore, they convicted you of aiding and abetting manslaughter?

A. I was involved in the altercation that took place.

Q. That ended in Mr. Gurule's death?

A. Yes, sir.

Q. And the jury found you guilty for that?

A. Yes, sir.

Q. And at the time Agent Acee came to see you, you were awaiting your sentencing, correct?

A. Yes, sir.

Q. What was your sentence?

A. My sentence was -- I still had one more trial, as a matter of fact, to take place. It was a felon in possession of a firearm.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

277

Q. Mr. Cordova, let me get you to answer my question. My question was: What was your sentence on the manslaughter?

A. My sentence is seven years.

Q. Seven years. And then you had another trial that was coming up; right?

A. Yes.

Q. And Agent Acee came to see you while all this was going on, while you're in jail, and said that he was looking at you for a RICO Act?

A. Yes, sir.

Q. The RICO is the racketeering statute; right?

A. Yes, sir.

Q. You knew by then, didn't you, that many of the members of SNM had been indicted by the feds for RICO?

A. Yes, sir.

Q. Because you saw some of them just a couple months earlier at MDC; right?

A. Yes, sir.

Q. And Agent Acee told you that they had just picked up some SNM members on a RICO Act and that they were going to do a second indictment and they were looking at you for that?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

278

A. Yes, sir.
Q. He told you that you could be facing the death penalty, didn't he?
A. No, sir.
Q. He never told you that?
A. No, sir.
Q. Was there ever a point in time where anybody told you that you might be facing the death penalty?
A. No, sir.
Q. Did Agent Acee tell you you were facing a life sentence?
A. No, sir.
Q. Was there ever a point in time that anybody from the federal government told you you were facing a life sentence?
A. No sir.
MR. VILLA: Your Honor. I'd like to play for the jury Exhibit 747.
MS. BHALLA: Z.
MR. VILLA: Excuse me. Z47.
THE COURT: All right.
BY MR. VILLA:
Q. Before we get to that, Mr. Cordova, you've made phone calls to family members over the phone

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

279

through the prison and jail system?

A. Yes.

Q. You know that those phone calls are recorded?

A. Yes, sir.

Q. I'll go ahead and play this call, Mr. Cordova, that I'll represent to you was made on July 29, 2016.

(Tape played.)

Q. Did you hear the name that the inmate gave, Shadow?

A. Yes.

Q. Is that you?

A. Yes.

Q. And, I'm sorry, I'm just not picking you up on the mic very well.

A. Yes, sir.

Q. So Shadow is you?

A. Yes, sir.

Q. You recognize your voice?

A. Yes, sir.

Q. You recognize that prison recording?

A. Yes, sir.

Q. Please continue playing.

(Tape played.)

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

280

Q. Mr. Cordova, is that your voice?
A. Yes, sir, it is.
Q. And did you not just say, "The feds came and told me I'm facing another life sentence, possibly the death penalty"?
A. Yes, sir.
Q. You made that statement?
A. Yes, sir.
Q. Continue.
(Tape played.)
Q. Did you hear, Mr. Cordova, you say that "They're starting to threaten my family"?
A. Yes, sir.
Q. And you said that?
A. Yes, sir.
Q. Please continue.
(Tape played.)
Q. Did you hear the individual that you were speaking to?
A. Yes.
Q. Can you tell the jury who that is?
A. That's my wife.
Q. And what's your wife's name?
A. Crystal Salas.
Q. Crystal Salas?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE
MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

281

A. Yes.

Q. So Mr. Cordova, on July 29, 2016, you had this call with your wife Crystal?

A. Yes.

Q. And July 29, 2016 is after January of 2016, when Mr. Acee came to see you?

A. Yes.

Q. Please continue.

(Tape played.)

Q. Mr. Cordova, did you also hear yourself say that you were telling Crystal that you weren't weak or you weren't a pussy?

A. Yes, sir.

Q. You're saying that in the context of the fact that you cooperated with the federal government; right?

A. Yes, sir.

Q. And you decided to walk away from something that wasn't worth, in your words, "a fuck"?

A. Yes, sir.

Q. And that being the SNM?

A. Yes, sir.

Q. So in your mind, that was part of the reason for going to work for Mr. Acee?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

282

A. Yes, sir.

Q. And also, at least according to your conversation with your wife, you were threatened with a life sentence or the death penalty.

A. I lied. That's not what happened.

Q. You lied to your wife?

A. Yes, sir.

Q. Is that what you're telling the jury?

A. Yes, sir.

Q. And I'm sorry, I'm just not picking you up very well on the mike. Maybe if we turn it a little.

A. Yes, I lied to my wife.

Q. Now, you also said, did you not, that the feds had threatened your family; right?

A. Also, I lied.

Q. So you lied to your wife?

A. Yes, sir.

Q. Well, let's talk a little bit about those lies. You said -- at some point did you not tell your wife that they had threatened her?

A. I was telling her that through me.

Q. I understand. But you said to your wife that the feds were threatening to prosecute her?

A. At that time I was conflicted with what I

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

283

was doing.

Q. Mr. Cordova, let me get you to answer my question. Okay?

A. Yes.

Q. So you told your wife that?

A. Yes.

Q. And you told your wife that she could end up in jail?

A. Yes.

Q. Or potentially go to prison?

A. Yes.

Q. And you told her that that was one of the reasons you went to work for the federal government, to protect her?

A. Yes.

Q. That was a lie?

A. Yes.

Q. Did you not also tell your mother that the part of the deal you were getting from the feds is that they wouldn't go after your mother?

A. Yes.

Q. Because your mother had gotten in trouble, didn't she?

A. Yes.

Q. She got in trouble for trying to bring you

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

284

drugs to the prison?
A. Not me.
Q. To somebody in the prison?
A. Yes.
Q. And the state case for that was dismissed, was it not?
A. Yes, sir.
Q. But there hadn't been a federal case yet against your mom?
A. No, sir.
Q. And you told your mom that part of the deal you were getting was that she wasn't going to get prosecuted?
A. Yes, sir.
Q. And then Crystal wasn't getting prosecuted?
A. Yes, sir.
Q. Was that a lie to your mother too?
A. Yes, sir.
Q. And did you not tell Crystal that if they hadn't screwed with her -- and pardon my language -- hadn't messed with her and your mom, that you would have told them to go fuck themselves?
A. Yes, sir.
Q. And you're saying that's a lie too?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

285

A. Yes, sir.

Q. So let's go back then to when Agent Acee came. After he told you that they were looking at you for the second indictment, the second round of the RICO case, you ultimately made a decision to go work for the federal government; right?

A. Yes, sir.

Q. You certainly didn't want to get prosecuted for a RICO case?

A. No, sir.

Q. You didn't want to do more prison time, did you?

A. No, sir.

Q. And there was an agreement made that if you worked for the government, you would have immunity from anything that you had done for the SNM?

A. Yes, sir.

Q. Any of the crimes that we've heard over the last day or so?

A. Yes, sir.

Q. As a matter of fact, you have not been prosecuted for any of these crimes, have you?

A. No, sir.

Q. As you sit here today, the federal

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

286

government has not charged you with any crimes at all?

A. No, sir.

Q. And that was what you hoped for when you decided to go work for the federal government; right?

A. Yes, sir.

Q. Mr. Cordova, within just a couple of days, I think it was your testimony, of meeting with Agent Acee, you were moved to the Penitentiary of New Mexico, correct?

A. Yes, sir.

Q. From the Metropolitan Detention Center in Albuquerque?

A. Yes, sir.

Q. Your case in Albuquerque wasn't done, you still had to go to court to get sentenced; right?

A. Yes, sir.

Q. But the Government was able to move you to PNM and put you next to Mr. Perez; right?

A. I still owed parole in the Department of Corrections. That's where I was housed at. I was only at MDC for court on my trial for my murder. That was it. But I was originally housed at the Penitentiary of New Mexico in Santa Fe.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

287

Q. And when you got taken to PNM after you met with Agent Acee --

A. Taken back to PNM.

Q. Yes, sir. After meeting with Agent Acee, you were immediately placed right next to Mr. Perez?

A. Yes, sir.

Q. And that was in, I think it was the Q pod, correct?

A. Yes, sir.

Q. Previous to that, you had been at PNM in the fall of 2015, in the same area; right? PNM North.

A. Yes, sir.

Q. Were you in X pod at that time?

A. Yes, sir.

Q. And Mr. Perez was also in X pod for a period, wasn't he?

A. Yes, sir.

Q. And I think you just testified a little bit about some of the conversations that were going on, right there at the end of your direct examination, that basically both pods were sort of talking about Molina; right?

A. Yes, sir.

Q. And what happened down in Southern with

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

288

the murder; right?

A. Yes, sir.

Q. And who was involved?

A. Yes, sir.

Q. Who the players were?

A. Yes, sir.

Q. Everybody was just sort of talking about that in the fall of 2015?

A. Yes, sir.

Q. And you, of course, knew a little bit about what had happened because you'd been in -- at least had been in yellow pod when Mr. Molina was killed in the blue pod; right?

A. Oh, I knew what all happened. I was in the yard. After the murder when they would take us to yard and people would talk out there. And I was there when Lazy told me.

Q. No.

A. I'm just explaining, because you're saying that, you know.

Q. If I ask you to explain, you're happy to explain. But let me just get you to answer my question, okay?

A. All right.

Q. You had knowledge about Mr. Molina's death

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 289

not just from what you saw yourself, but what you heard from other people, correct?

A. Yes, sir.

Q. And you would agree with me that from the time Mr. Molina had been killed, that people were talking about it?

A. Yes, sir.

Q. So if we fast forward through 2014, after Mr. Molina is killed, and through 2015 in the fall, when you had been at the Penitentiary of New Mexico, you had a lot of information about the Molina homicide; right?

A. Yes, sir.

Q. And I think it was your testimony that before you got the recording device to record Mr. Perez, you were placed next to him for about a week; right?

A. Before? Yes.

Q. So you get to PNM, Mr. Perez is your neighbor; right?

A. Yes, sir.

Q. Then about a week goes by before they can give you this recording device?

A. Yes, sir.

Q. So you had an opportunity to speak to

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

290

Mr. Perez before you ever got the recording device?

A. Yes, sir.

Q. And you knew, did you not, at the time you started recording Mr. Perez, that there was rumors about Mr. Perez' cooperation?

MR. CASTELLANO: Objection, hearsay.

MR. VILLA: And again, Your Honor, this isn't being offered for the truth.

THE COURT: Well, we're just going to try to find out if there were rumors, you're not to consider the rumors. If he testifies that there are for the truth of the matter, you can only consider it for the fact that there was a rumor out there and that it existed. And then you can consider that if anybody acted on it. Why don't you ask, first of all, if he knows.

BY MR. VILLA:

Q. Mr. Cordova, did you know that there were rumors about Mr. Perez being a cooperator?

A. What was said is, "Why was Dan Dan shipped out of state?" Because Dan Dan got the --

Q. Mr. Cordova, let me ask you a yes or no question, okay? Before you start --

MS. JACKS: Strike the answer because it appears to be hearsay.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

291

THE COURT: Do you want that answer?

MR. VILLA: That was not what I was trying to elicit, Your Honor.

THE COURT: All right. So I'll strike the answer as nonresponsive. So the jury should not consider that testimony.

A. Yes. There was rumors.

BY MR. VILLA:

Q. Okay. Mr. Cordova, you understood there were rumors that Mr. Perez was cooperating?

A. Yes, sir.

Q. And meaning that he had talked to somebody about what happened with Molina?

A. Well, they didn't know that for sure. They were --

Q. No, no, no. I'm just trying to clarify that it was a rumor.

A. It was just an assumption because of the way things went down. That's all it was.

Q. The assumption was that Mr. Perez was cooperating.

A. Yes.

Q. And when I say "cooperating," I mean about Molina.

A. Yes.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

292

Q. As opposed to some other issue.
A. Yes, sir.
Q. Okay. And he was scared, wasn't he, about these rumors?
A. He didn't appear to be scared to me.
Q. Let me ask you this: You knew, before you started recording Mr. Perez, that he knew about the rumors?
A. Yes.
Q. And you used that, did you not, to get Mr. Perez to talk to you about Molina?
A. Yes.
Q. I think you described that as a pressure point.
A. Yes.
Q. So that was a pressure point that you used to get Mr. Perez to talk to you?
A. Yes.
Q. Because you were tasked by Agent Acee to try to get Mr. Perez to talk about Molina; right?
A. Yes, he asked me --
Q. The answer is yes; right, Mr. Cordova?
A. Yes.
Q. Okay. And do you agree with me that you understood that somebody was going to move on

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

293

Mr. Perez?
A. No.
Q. So --
A. Nobody was going to move on Mr. Perez.
Q. So you disagree that -- with the statement that they were going to move on Mr. Perez because he thought -- because they thought he was talking?
A. Yes.
Q. You disagree with that?
A. Yes.
Q. Do you agree -- do you disagree with the statement that they were going to move on Mr. Perez because they thought he was a cooperator?
A. Yes, I disagree because there was never proof.
Q. So Mr. Cordova, this isn't the first time you've testified about this, is it?
A. No, sir.
Q. You've given testimony in this case before?
A. Yes, when you guys pulled me out.
Q. So Mr. Cordova, the answer is yes; right?
A. What's yes?
Q. That you've given testimony in this case before? Yes or no.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

294

A. Yes.
Q. And the testimony was in this courtroom?
A. Yes.
Q. It might have been -- it was in this building?
A. It was in this building, I know that.
Q. In front of Judge Browning?
A. Yes, sir.
Q. And you took an oath to tell the truth at that hearing, correct?
A. Yes, sir.
Q. And you testified to Judge Browning?
A. Yes, sir.
Q. And I assume when you were testifying to Judge Browning that you took your oath to tell the truth seriously.
A. Yes, sir.
Q. It's the same oath that you took in this trial?
A. Yes, sir.
Q. The same oath that Judge Browning --
A. It's the same oath.
Q. Okay. Then let me ask you another question, Mr. Cordova. It's the same oath that Judge Browning reminds you about each time we come

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

295

back from a break?

A. Yes, sir.

Q. The oath that you're under right now?

A. Yes, sir.

MR. VILLA: May I approach, Your Honor?

THE COURT: You may.

BY MR. VILLA:

Q. Mr. Cordova, I'm showing you a transcript of that hearing that we had back in December. Do you remember that?

A. Yes, sir.

Q. It says up here that it's Billy Cordova?

A. Yes, sir.

Q. Okay. So I'm going to flip over to paper 241 of that transcript. Do you see this?

A. Yes, sir.

Q. Okay. I'm going to read your answer here. You said, "When we were at the North everybody was talking. They even thought he was talking." You're talking about Mr. Perez?

A. Yes, sir.

Q. "They were going to move on him because they thought he was talking."

A. Yes, sir.

Q. You said that?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

296

A. Yes, sir.

Q. Now, I'm going to flip over to page 242. Do you remember I asked you the question, "You used the term they were going to move on him; right? Did I say that right?"

A. Yes, sir.

Q. And you answered, "You said that right."

A. Yes, sir.

Q. And then I asked you, "And so they were going to move on him, meaning members of the SNM were going to move on Mr. Perez because they thought he was cooperating?"

And you answered, "Yes."

A. Yes.

Q. That was your testimony?

A. Yes, sir.

Q. Mr. Cordova, you would agree with me that that hearing occurred December 12, 2017?

A. Yes, sir.

Q. Is that when you gave that testimony that I just read to you?

A. Yes, sir.

Q. And maybe it was the 11th or the 13th, but around that time?

A. Around that time.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

297

Q. Right? And about that time, you used drugs in the prison where you were incarcerated, didn't you?
A. Yes, sir.
Q. You used Suboxone?
A. Yes, sir.
Q. Methamphetamine?
A. Yes, sir.
Q. Heroin?
A. Yes, sir.
Q. And spice?
A. Yes, sir.
Q. And spice is like synthetic marijuana; right?
A. Yes, sir.
Q. And all of those things that you used about that time when you gave that testimony are illegal; right?
A. Yes, sir.
Q. Did you use them during that hearing?
A. No, sir.
Q. Before that hearing?
A. Yes, sir.
Q. You used them before that hearing?
A. Not that day, but the time prior to it in

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

298

the prison system, yes.

Q. And we're talking just a couple of days before this hearing; right?

A. About two weeks before that hearing.

Q. Okay. About two weeks before that hearing you used those drugs?

A. Yes, sir.

Q. And you testified at that hearing about your drug use, didn't you?

A. Yes, sir.

Q. And you testified under that same oath, the same oath that you took today, that you hadn't used drugs in two years, didn't you?

A. No.

Q. So, time out. Your answer was no?

A. No.

Q. Okay. So you didn't give that testimony at that hearing?

A. You guys asked me, "When is the last time --

Q. Mr. Cordova, let me ask you the question, okay? To make sure you understand. It's a yes or no question. Are you telling this jury that you did not testify at that hearing that you hadn't used drugs in a couple of years?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

299

A. No.
Q. You didn't say that?
A. No.
Q. Mr. Cordova, I'm showing you the transcript again; right? Do you see it?
A. Yes, sir.
Q. And if you need to move the mic, that's fine. So Mr. Cordova, at that hearing I asked you the question: "Putting aside the prescription pill issue, I'm talking about illegal drugs. When was the last time you used an illegal drug?" I asked that question; right?
A. Yes, sir.
Q. And your answer was "An illegal drug? It's been a good minute." You said that; right?
A. Yes, sir.
Q. And I asked you, "What is a good minute?" Didn't I?
A. I think what I was understanding --
Q. Mr. Cordova, did I ask you: "What is a good minute?"
A. I might have misunderstood the question.
Q. Hang on. You'll get a chance to explain.
A. All right.
Q. Okay? But my question to you --

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

300

A. If that's what it says there, then that's what I said.

Q. Okay. And your answer was, "A good minute is like about a couple of years ago."

A. Yes, sir.

Q. You said that.

A. That's what it says.

Q. And then I asked you the question, "A couple years ago?" Right?

A. That's what it says.

Q. And you said, "Yes, sir"?

A. Yes, sir.

Q. And just to be sure, I asked you, "And you haven't used any illegal drugs or nonprescribed drugs intentionally since then; right?"

A. I guess that's what it says right there.

Q. And your answer was, "Yes, sir"?

A. Yes, sir.

Q. And I guess, Mr. Cordova, that when you gave those answers, you gave them under the same oath that you took today?

A. Yes, sir.

Q. The oath that Judge Browning gave you and reminded you about?

A. Yes, sir.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

301

Q. And you would agree with me that the drugs that you took before that hearing, that you just told the jury you took before that hearing, were illegal drugs?
A. Yes, sir.
Q. That were not prescribed?
A. Yes, sir.
Q. Nobody prescribed you Suboxone?
A. No, sir.
Q. Nobody prescribed you methamphetamine?
A. No, sir.
Q. Nobody prescribed you heroin?
A. No, sir.
Q. Nobody prescribed you spice?
A. No, sir.
Q. At the time you got next to Mr. Perez, you knew that he was not in good health?
A. Yes, sir.
Q. You knew that he had to go to medical quite often?
A. Yes, sir.
Q. And when he went to medical, they would take him out of the cell and take him away to go see a doctor or a nurse or somebody?
A. Yes, sir.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 302

Q. And you knew that at the time that you talked to Mr. Perez, the recordings that we saw is the timeframe we're talking about, that he took a lot of medication?

A. Yes, sir.

Q. You knew about at least three of them?

A. Yes, sir.

Q. And that he needed a wheelchair every time he had to leave the cell to go to medical or somewhere else?

A. Yes, sir.

THE COURT: Mr. Villa, would this be a good time? We've been going about an hour and a half, but the jury hasn't been in here that long, but I need to give Ms. Bean a break.

MR. VILLA: Yes, Your Honor.

THE COURT: Would this be a good place? All right. We'll be in recess for about 15 minutes. All rise.

(The jury left the courtroom.)

THE COURT: All right. We'll be in recess for about 15 minutes.

MR. VILLA: Can we take up something outside the presence of the jury after the recess?

THE COURT: Yeah, let's do it afterwards.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

303

(The Court stood in recess.)

THE COURT: All right. Let's go on the record. Mr. Villa, Ms. Fox-Young, you had something you want to raise before we bring the jury in?

MR. VILLA: Yes, Your Honor. And I'd like to do it outside the presence of the witness, so we could approach the bench, if you'd like.

THE COURT: Why don't y'all approach, here.

(The following proceedings were held at the bench.)

MR. VILLA: Your Honor, Mr. Cordova just testified that he was not being truthful at the suppression hearing. He testified that a couple weeks before the suppression hearing, he used Suboxone, methamphetamine, heroin and spice, and that he testified at the suppression hearing that he hadn't used drugs in over two years. And that this Court, in denying Mr. Perez' motion to suppress, found Mr. Cordova credible, I assume in part based upon his testimony and what the Court observed.

Now that he's admitted that he was not truthful at that hearing, we're asking you to reconsider your ruling and find Mr. Cordova was not credible and grant Mr. Perez' motion to suppress.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

304

THE COURT: All right. Well, I'll deny that motion. I didn't find Mr. Perez credible. Here, I don't know which is the truth, but I thought that his statements, which were corroborated in large part with the tapes that I've heard, were consistent with the truth. Still more so than what Mr. Perez' testimony was at the hearing. So I still think that, in large part, he was still truthful. I don't know on this particular issue, issues that you've raised this morning, whether he was telling the truth then or now, but I think the core issues that I had to decide at the motion to suppress, I still find his testimony because it's corroborated in large part by the transcripts and the tapes that I've reviewed. So I'll deny that request.

MS. BHALLA: Your Honor, if I may, just for the record. Defendant Herrera joins that motion for all of the reasons reiterated by Mr. Villa, but also in addition to the fact that part of the testimony was that he wasn't providing drugs to our client because he wasn't able to get drugs. Clearly that wasn't the case when he was using drugs two weeks before the suppression hearing, Your Honor.

MR. CASTELLANO: At a different facility.

THE COURT: All right.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

305

(The following proceedings were held in open court.)

THE COURT: To the extent Ms. Bhalla joined it, I'll deny that motion as well.

All right. All rise.

(The jury entered the courtroom.)

THE COURT: All right. Everyone be seated.

All right, Mr. Cordova. I'll remind you that you're still under oath.

Mr. Villa, if you wish to continue your cross-examination of Mr. Cordova, you may do so at this time.

MR. VILLA: Thank you, Your Honor.

THE COURT: Mr. Villa.

BY MR. VILLA:

Q. Mr. Cordova, before we took a break I was asking but Mr. Perez' health. In fact, you knew back in March of 2014, when Mr. Perez was in the blue pod in Southern New Mexico, that he had health issues?

A. Yes, sir.

Q. I believe on your direct testimony you talked about how Ron Sanchez was tasked with helping Mr. Perez, bringing him his food tray, take him

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

306

around on the wheelchair if he needed to go somewhere in the facility, true?

A. Yes, sir.

Q. Did you know whether Mr. Sanchez was actually being paid by the facility to do that?

A. I'm unaware of that.

Q. And it's true that Mr. Perez, during that time in the fall -- or, excuse me, in the spring of 2014, before Mr. Molina's death, he didn't go out of the cell very often, did he?

A. I don't know.

MR. CASTELLANO: Objection. Lack of foundation.

A. I wasn't in the pod.

THE COURT: Well, lay some foundation.

MR. VILLA: I think he just said he didn't know about that.

BY MR. VILLA:

Q. So you weren't in the blue pod to know whether he came out of his cell?

A. Not all the time. I didn't know that.

Q. When the yellow pod went out to the yard, did he go out to the yard with the blue pod?

A. Occasionally, yes, he'd go out sometimes.

Q. But not every time?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

307

A. Like I said, we were in different pods. But occasionally I would see him out there in the yard, yes.

Q. And did you see Mr. Perez out there in the yard?

A. There was times I seen him, yes.

Q. Was there times when you saw blue pod out in the yard but Mr. Perez was not in the yard?

A. Yes.

Q. When you saw Mr. Perez in the yard, he was, just from looking at him, you could tell that he wasn't in good health?

MR. CASTELLANO: Objection, relevance.

THE COURT: Overruled.

A. Yes, I knew he wasn't in all that condition, yes.

BY MR. VILLA:

Q. He used a walker or a wheelchair when he was out of the pod, that you knew?

A. Yes, sir.

Q. And then in the fall of 2015, when you were both at PNM North together, before you met with Agent Acee, you said you were in the pod with Mr. Perez in the X pod?

A. Yes, sir.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

308

Q. And his health was similar?
A. Same, yes, sir.
Q. And when you got put next to Mr. Perez in 2016 in the spring -- or, excuse me, in the winter, January and February, again, his health was the same?
A. Yes, sir.
Q. Having to go to medical a lot?
A. I don't know. I wasn't -- I never seen him leave to go to medical when I was there with him.
Q. Well, he had a -- outside of the pod -- excuse me, outside of the cell where you were next to him, they kept his wheelchair there; right?
A. Yes, sir.
Q. So you knew he still needed a wheelchair?
A. Yes, sir.
Q. And medical would often come to him and bring him medicine; right?
A. Yes, sir.
Q. That's how you understood that he got medicine brought to him on a daily basis?
A. Yes, sir.
Q. You also knew, did you not, that Mr. Perez had been in PNM North for a long time?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

309

A. Yes, sir.

Q. At the time that you started recording him and talking to him, you knew he had been there at least since the fall of 2015?

A. Yes, sir.

Q. And let me show you what's already been admitted, I believe it is Defendants' V24, Mr. Perez' location history. And we'll just go from June 2015 forward.

Mr. Cordova, have you ever seen -- I guess you saw them on your direct examination, but the physical location histories?

A. Yes, sir.

Q. And this is the location history, it's already been admitted into evidence for Mr. Perez. Do you see that?

A. Yes, sir.

Q. So starting at June 2015, it indicates here that Mr. Perez went to PNM. Do you see that?

A. Yes, sir.

Q. And he's placed -- the next line tells us that he's placed in the North, 3-B, X pod; right?

A. Yes, sir.

Q. And if you need to adjust the mike, don't hesitate.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

310

And then after that -- so he's there. Excuse me. He's there June 17th until October 20, 2015; right? In the X pod?

A. Yes, sir.

Q. And the next line up, from October 20 through April 18, he's then in the North 3-A Q pod; right?

A. Yes, sir.

Q. And the Q pod is where you were placed next to him; you were in cell 102 and Mr. Perez was in cell 101, correct?

A. Yes, sir.

Q. So at least according to this document, Mr. Perez was at PNM North from June 2015 through February when you were recording him?

A. Yes, sir.

Q. And then he was there a couple months after that, correct?

A. I don't know a couple months after that.

Q. Just according to this document.

A. Yes, sir.

Q. Now, the cell that -- and thank you for that document.

The cell that Mr. Cordova was in, and you were next to him, was in the bottom tier of the pod;

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

311

right?
A. Yes, sir.
Q. The pod has two tiers of cells, one on the bottom, one on the top?
A. Yes, sir.
Q. And I don't remember how many cells are on each tier. Do you remember?
A. Yes, sir.
Q. How many?
A. 12.
Q. So there is 12 on the bottom, 12 on top?
A. Six on bottom, six on top.
Q. I understand. So six cells on the bottom, six cells on the top?
A. Yes, sir.
Q. And cell 101 is, if you're looking at the cells, it's the far left-hand side, correct?
A. Yes, sir.
Q. So it's in the corner; right?
A. Yes, sir.
Q. And cell 102, the cell that you were in next to Mr. Perez, is immediately to the right of that?
A. Yes, sir.
Q. And if you're in your cell, cell 102,

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

312

you've got a neighbor on either side; right?
A. Yes, sir.
Q. And using those vents that you talked about on your direct, you could talk to either one of your neighbors?
A. Yes.
Q. But if you're in cell 101, like Mr. Perez was, he's only got a neighbor on one side?
A. Yes, sir.
Q. And at the time that you were talking to Mr. Perez and recording him, you were the only neighbor?
A. Yes, sir.
Q. And it wasn't just happenstance that you got put next to Mr. Perez. You were put next to him just days after meeting with Agent Acee?
A. Yes, sir.
Q. Telling him that, in exchange for not getting prosecuted in this case or in a RICO case, you could try to record Mr. Perez?
A. Yes, sir.
Q. And, in fact, the rumors that we talked about about Mr. Perez, you knew about those before you ever got next to Mr. Perez, because you'd heard about them in the year prior, in the fall of 2015?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

313

A. Yes, sir.
Q. When you're in PNM North, that's the highest level of restriction on an inmate; right?
A. Yes, sir.
Q. So you're in a cell. How big is the cell?
A. I don't know.
Q. How often do you get to get out of the cell?
A. An hour for five days a week. Five times a week, you come out for an hour. So Monday through Friday, you come out for an hour yard and you get your showers Monday through Friday. Saturday and Sunday, there is no movement.
Q. So that Monday through Friday is the hour, does that include the yard and the shower?
A. Yes. For them units, yes. For them two units, 3s are like that.
Q. All right. So while you were there, you get to go out of the cell all of one hour of 24 hours in a day?
A. You get your shower and then an hour rec.
Q. I see. Okay. So the shower doesn't cut into the hour time?
A. No, sir.
Q. The rec time is when you get to go

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

314

outside?

A. Yes, sir.

Q. You go outside and you're in a cage; right?

A. Yes, sir.

Q. The cages, we've heard some testimony, but are they about 7 by 7?

A. No, sir, they're bigger.

Q. They're bigger. Are there different size cages?

A. Yes, sir.

Q. Some are smaller, some are bigger?

A. Yes, sir.

Q. And Saturday and Sunday, you don't get to get out?

A. No, sir.

Q. We heard you talk about it on direct, while you're in those cells, you only get to make four phone calls a month?

A. It depends what status you're on. So I'm pretty sure it was four, right around four. SNM was on four because of the violence we were inflicting in the prison system, yes.

Q. So at that time while you were recording Mr. Perez, it was four calls?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

315

A. Yes, sir.
Q. No visits with family?
A. Yes, sir, there were visits. Four visits a month.
Q. Four visits. Not contact visits; right?
A. No, sir.
Q. The visits are over the phone?
A. No, through a glass.
Q. Through a glass. I understand.
So four visits a month, four phone calls a month. What other restrictions did you have while you were in there?
A. I don't know of any other restrictions. You're in your cell.
Q. And you don't get what we call tier time; right?
A. No, you get your TV in your cell, cable TV. And you get your radio.
Q. And tier time is when you actually get to come out of the cell and just walk along the tier?
A. Yes, sir.
Q. Which is not something you get while you're -- while you were there, at least at the time recording Mr. Perez?
A. Those units, no. But in other units, at

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
&
ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

316

the PNM North, yes, you get tier time.

Q. So the units that you were in while you were recording Mr. Perez, no tier time?

A. Yes, sir.

MR. VILLA: Your Honor, at this time I'd like to move Exhibit Q into evidence. It's a video from the PNM Q pod. I don't think there is an objection.

THE COURT: Any objection, Mr. Castellano?

MR. CASTELLANO: Exhibit Q, Your Honor?

THE COURT: Yes.

MR. CASTELLANO: No objection.

THE COURT: Anybody else have any objection? Not seeing any or hearing any, Defendants' Exhibit Q will be admitted into evidence.

(Defendants' Exhibit Q admitted.)

BY MR. VILLA:

Q. Now, Mr. Cordova I'm going to get this started. I'll represent to you that the video was taken, I believe in the summer of 2017. So I'll ask you some questions about if there is anything different. But we'll start the video now.

(Tape played.)

Q. Let's pause it there. So, Mr. Cordova,

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

317

I'm showing you Exhibit Q, it's a video. Can you see on your screen down at the bottom there is this time stamp?

A. Yes, sir.

Q. So just for the record, I'm going to refer to the time stamp when I pause it.

Right now I've paused it, it says the date is June 6, 2017, and the time is 14:46:04, correct?

A. Yes, sir.

Q. What we see in this picture are three cells. I'm just underlying the one, two and three, do you see that there?

A. Yes, sir.

Q. And Q101 that I've just circled, that's where Mr. Perez was?

A. Yes, sir.

Q. And there isn't any cell next to Mr. Perez on the left-hand side of this view, correct?

A. No, sir.

Q. Q102, that's where you were; right?

A. Yes, sir.

Q. And in Q102, you've got a neighbor on this side, Q103; and a neighbor on the other side, Q101?

A. Yes, sir.

Q. This is how it was when you were there

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

318

recording Mr. Perez in February?
A. Yes, sir.
Q. That's February of 2016?
A. I believe so.
Q. And by the way, that's about 23 months after the Javier Molina murder, correct?
A. Yes, sir.
Q. Let's continue playing.
(Tape played.)
Q. Please pause it.
I've stopped it now, Mr. Cordova, at 14:48:31, correct?
A. Yes, sir.
Q. And here is sort of a view into the cell Q102; the cell you were in; right?
A. Yes, sir.
Q. Does the cell look to be about the same size as it was when you were there?
A. Yes, sir.
Q. And I'm just going to draw a circle. This is a mattress; right?
A. Yes, sir.
Q. And the mattress is on top of, it's the bunk, isn't it?
A. Yes, sir.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

319

Q. And that's the same way it was when you were there?
A. Yes, sir.
Q. And it's underneath the bunk where the vents are; right?
A. Yes, sir.
Q. Please continue.
(Tape played.)
Q. Pause it there. And it just came a little bit out of view, but you get a little bit better view of what the cell Q101 looks like; right?
A. Yes, sir.
Q. And for the record, I paused it at 14:48:53; right?
A. Yes, sir.
Q. And is that cell -- I know it might be the opposite in terms of design, but it's about the same size as your cell; right?
A. Yes, sir.
Q. Let's continue.
(Tape played.)
Q. Let's pause it there. Mr. Cordova, we see here at 14:49:00 is the commode; right?
A. Yes, sir.
Q. And that's where you use the restroom when

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

320

you're in the cell?

A. Yes, sir.

Q. You don't get to come out of the cell for a restroom break or anything?

A. No, sir.

Q. Please continue.

(Tape played.)

Q. Pause it there, please.

Mr. Cordova, we got a little bit better shot. I've paused it now at 14:49:28, of the interior of the room. That's similar to your room, Q102; right?

A. Yes, sir.

Q. It's not any bigger or smaller that you can see?

A. No, sir.

Q. And up here at the top is a vent. I think you testified a little bit about this vent, that you can communicate through that vent with your neighbor; right?

A. Yes, sir.

Q. But the vents that you and Mr. Perez were communicating were the ones under the bed.

A. Through both vents you can communicate. That one, you can communicate with the one next to

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

321

you and the one upstairs. But if you want to be more private, you go underneath the bunk and talk underneath the bunk in the heater vent so that way you and your neighbor have a more private conversation.

Q. So what you're talking about here is the person above you, that would be the person upstairs on the upper tier?

A. Yes, sir.

(Tape played.)

Q. Pause it there, please. I've paused it at 14:50:06; right?

A. Yes, sir.

Q. This is the vent that we're talking about; right?

A. Yes, sir.

Q. We're in the cell that Mr. Perez was in, that's where he would have spoken to you so you could hear him?

A. Yes, sir.

Q. Let's continue.

(Tape played.)

Q. Pause it there, please. Mr. Cordova, we just saw in the video going into cell Q102. We've paused it at 14:56:32; is that right?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

322

A. Yes, sir.

Q. And I know that the items on the desk and other things might have been different than from when you were there, but the cell looks the same as it was when you were there?

A. Yes, sir.

Q. Let's continue.

(Tape played.)

Q. I'm going to pause it. So it just shot out of view, but just above the sink, did you see what looked like -- kind of like a spigot or faucet?

A. Yes.

Q. Can you tell me what that is?

A. It's for when people are multiply assaulting staff or they have medical issues where they must take showers every day, they'll have those in those kind of cells. That way they can shower on the weekend.

Q. I see. So the shower, if you don't use that, is outside of the cell; correct?

A. Yes.

Q. It's actually down at the end of the hallway?

A. Yes.

Q. Please continue.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

323

(Tape played.)

Q. Let's pause it here. Mr. Cordova, this is paused at 14:57:00; right?

A. Yes, sir.

Q. And we're looking at the vent underneath the bed in what was your cell; right?

A. Yes, sir.

Q. So when you were speaking to Mr. Perez, you were underneath your bed talking to him there?

A. Yes, sir.

Q. And the recording device that you had, you would just put it somewhere on the vent?

A. No, sir.

Q. Okay. Let me erase that. Tell me, where did you put the recording device?

A. Underneath the vent.

Q. Oh. So like down here?

A. Yes, sir.

Q. And I think as you testified with Mr. Castellano, you didn't always have it on when you were underneath there talking to Mr. Perez; right?

A. No, sir.

Q. Sometimes you're talking about other things, sometimes you're talking about this case and

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

324

you're waiting to get to the information that you want to record?

A. When we talked about this case is when I started recording.

Q. So you would turn it on and off when you're talking about the case?

A. When I thought there was something that needed to be recorded, that's when I turned it on and recorded it.

Q. But as you told the jury, the week before you had this recording device, you did talk to Mr. Perez about the Molina case?

A. Yes, sir.

Q. You just didn't have the recording device?

A. No, sir.

Q. Let's continue.

(Tape played.)

Q. Now, let's pause it there. Mr. Cordova, we can see a little bit here. I've paused it at 14:57:24, kind of like a grate underneath the heater; is that what that is?

A. It's, yeah, like a screen for the heater. Yeah.

Q. Is that where you were doing the recording?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

325

A. Yes, sir.
Q. And that's where you were doing the talking with Mr. Perez before you had the recording device?
A. Yes, sir.
Q. And you knew at the time, as you testified to the jury before the break, that Mr. Perez knew about these rumors against him?
A. Yes, sir.
Q. And I know you testified that -- well, you testified in the previous hearing, as I showed you, that they were going to move on him. You testified today that that wasn't going to happen. But the term "Moving on" somebody, what does that mean?
A. The talk was -- is that if he didn't --
Q. Mr. Cordova, let me get you to answer my question because I don't think you're answering it.
When you used the term "move on" somebody, what does that --
A. That means you're going to hit them.
Q. Let me finish the question. What does that term mean?
A. It means you're going to hit them.
Q. And "hitting" somebody means what?
A. It means to murder them.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
&
ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

326

Q. So to kill somebody?
A. Yes.
Q. And it's never good, is it, if you have a rumor against you that you might be cooperating with the Government?
A. No, sir.
Q. That's a rumor that could lead to you getting hit?
A. Yes, sir.
Q. Let's continue.
(Tape played.)
Q. Let's pause it there. And I think that's good for the video for now. So, Mr. Cordova, that cell that we saw was the same cell you were in when you recorded Mr. Cordova -- excuse me, when you recorded Mr. Perez?
A. Yes, sir.
Q. And at the time that you were there, you didn't get to get out of that cell but five times a week?
A. Yes, sir.
Q. Monday through Friday?
A. Yes, sir.
Q. As far as you know, the same rules applied to Mr. Perez while you were there?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

327

A. Yes, sir.
Q. And while he's talking to you, we saw some of it on the recording, we'll get into it in just a minute, but he told you that he was keeping his mouth shut and he wasn't talking to anybody; right?
A. Yes, sir.
Q. He denied that he had spoken to STIU?
A. Yes, sir.
Q. STIU, we've heard a lot about them, but that's the Security Threat Intelligence Unit?
A. Yes, sir.
Q. The folks that investigate gang activity inside the prison?
A. Yes, sir.
Q. And he knew that you had a pretty, at least at the time -- at least he thought -- you had a pretty big role in the SNM; right?
A. Not a big role, but I was a soldier, yes.
Q. You were pretty well known?
A. Yes, sir.
Q. He knew that you could spread the word that he wasn't cooperating?
A. Yes, sir.
Q. Because that might protect him from getting hit?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
&
ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

328

A. Incorrect.
Q. Well, at least he was trying to protect himself, wasn't he?
A. He was defending his honor, but --
Q. Well, let me ask the question. Yes or no, was he trying to protect himself?
MR. CASTELLANO: Objection. Calls for speculation.
THE COURT: Ask him if he knows first. Lay some foundation.
BY MR. VILLA:
Q. Do you know if, in the communications that you and Mr. Perez had, he was trying to protect himself?
A. I have no way of influence on getting one hit in the onda unless there is black and white. That's not my job.
Q. I'm not asking you about your influence. I'm asking you about whether -- you got to interpret a lot of these communications with Mr. Perez, so I'm asking you, was Mr. Perez trying to protect himself? Yes or no.
A. Protect his honor, yes.
Q. Protect his safety from getting hurt?
A. No.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

329

Q. So you don't know that?

A. No, I know he wasn't trying to do that because I can't get him hit on a rumor.

Q. You can't get inside Mr. Perez' head, can you?

A. No, sir.

Q. And based on all of the communications that you had with Mr. Perez, including before the recording and some in the recording, you thought that Mr. Perez had actually himself provided the piece from his walker; right?

A. Yes.

Q. But you don't actually know what happened, how that piece came off his walker and ultimately ended up in the hands of the men who killed Mr. Molina, do you?

A. I didn't see it.

Q. Okay. So that's what I'm asking. I'm not asking what people told you.

A. Yes.

Q. Okay. You don't know the person that actually took the piece off of Mr. Perez' walker because you didn't see it?

A. No, sir.

Q. You don't know what Mr. Perez said to that

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
&
ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

330

person at the time, because you weren't in the cell at the time?

A. No, sir.

Q. And in the yellow pod, at least at the time it happened, you weren't in earshot to be able to hear what Mr. Perez said?

A. I only knew what he told me. That was it.

Q. You knew what he told you in February of 2016?

A. I only knew what he said and what other individuals were talking about in the yard. That was it.

Q. Okay. And when I say, "What Mr. Perez told you," I'm talking about what he told you in February of 2016?

A. Yes, sir.

Q. Because he hadn't told you anything before you got put next to him; right?

A. No, sir.

Q. You said that you didn't have the ability to call a hit on somebody at the time you spoke to Mr. Perez; right?

A. Yes, sir. Not on another brother, no.

Q. Say that again.

A. I don't have the ability to call a hit on

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

331

a rumor on another brother. It's not part of the rules.

Q. Well, let me ask you this. It's the shot-callers that call hits according to you; right?

A. Yes.

Q. Were you a shot-caller at the time?

A. No, sir.

Q. So if there was a shot-caller in place, they could call a hit; right?

A. Only if there is black and white, yes.

Q. Well, according to you; but not necessarily according to every shot-caller in the SNM; right?

A. No. That's the way the rules are. You need proof, you need black and white.

Q. If the rules get followed?

A. Yes.

Q. Rules aren't always followed, are they?

A. In the past they weren't.

Q. Let's talk a little bit about that. There is a rule that you're not supposed to fraternize or have relations with another brother's wife or girlfriend; right?

A. Yes, sir.

Q. And so if you're in the SNM, you're

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

332

supposed to follow that rule?

A. Yes, sir.

Q. That rule isn't always followed, is it?

A. No, sir.

Q. As a matter of fact, it wasn't followed in your case, was it?

A. No, sir.

Q. Another SNM member had had some kind of relationship with your wife Crystal?

A. Yes, sir.

Q. And you found out about it?

A. Yes, sir.

Q. And you were going to kill your wife and the other SNM member, weren't you?

A. Yes, sir.

Q. But you then, and I don't want to get into the conversation, but then you had a conversation with Gerald Archuleta; right?

A. Yes, sir.

Q. The guy that goes by Styx?

A. Yes.

Q. And after that conversation, you decided you weren't going to kill them both?

A. Yes, sir.

Q. And then I think you got out of prison at

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 333

some point; right?

A. Yes, sir.

Q. And were back with your wife Crystal?

A. Yes, sir.

Q. And you testified about this on direct, you said that you beat her up pretty badly.

A. Yes, sir.

Q. And it's your testimony to this jury that that's something, that was an SNM beating that you inflicted?

A. You can say that.

Q. Well, I did say that. Would you say that?

A. Yes, sir.

Q. Okay. I mean, that's what you told the jury?

A. Yes, sir.

Q. And you were convicted of committing aggravated assault on your wife; right?

A. Yes, sir.

Q. Sent back to prison?

A. Yes, sir.

Q. True?

A. Yes, sir.

Q. It's true, is it not, that that's not what the police were told about the reason for you

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

334

beating up your wife?

A. No, it wasn't the reason.

Q. The SNM reason.

A. No.

Q. They were told something else?

A. Of course.

Q. And I think you said on direct examination that you beat your wife pretty badly?

A. Yes, sir.

Q. You -- in fact, you broke her jaw, didn't you?

A. Yes, sir.

Q. Broke her finger?

A. Yes, sir.

Q. Caused her internal injuries?

A. Yes, sir.

Q. Internal bleeding?

A. Yes, sir.

Q. Broken ribs?

A. Yes, sir.

Q. All for what you say was for the SNM?

A. Yes, sir.

Q. And that's the same wife that we heard you talking to on the phone; right?

A. Yes, sir.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

335

Q. That you were lying to about what was going on between you and Agent Acee?
A. Yes, sir.
Q. And so that took place I think 2010; is that right?
A. Yes, sir.
Q. And I guess at that point, when you got out of prison and it's 2010, you weren't disillusioned with the SNM?
A. No, sir.
Q. So much so that you would beat your own wife the way you did?
A. Yes, sir.
Q. And before that, you did some other things for the SNM that you didn't necessarily testify about on direct, did you?
A. Yes, sir.
Q. As part of some of the things you did in the SNM, you water boarded people, didn't you?
A. Yes, sir.
Q. Tell the jury what that is.
A. You get an individual, tie them up. You put a cloth over their face, a wet cloth. And then what it does is you pour water over their face so it drowns them just enough to keep them alive but not

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

336

to kill them. And it tortures them. It's painful. Water gets in their lungs and they've got to cough it back up.

Q. And you did that --

A. Yes, sir.

Q. -- to people?

A. Yes, sir.

Q. Human beings?

A. Yes, sir.

Q. Now, you testified a little bit about an individual named Arturo Garcia; right?

A. Yes, sir.

Q. Arturo Garcia was somebody who was an SNM member?

A. Yes, sir.

Q. And I think you said he was on the tabla?

A. Yes, sir.

Q. And you didn't necessarily like everything that Arturo Garcia was doing, did you?

A. No, sir.

Q. So you planned to kill him?

A. Yes, sir.

Q. And you at that time were a soldier; right?

A. Yes, sir.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

337

Q. You weren't a shot-caller?

A. No, sir.

Q. But you were going to kill a shot-caller?

A. Yes, sir.

Q. That's a pretty bold move, isn't it?

A. Well, none of the other brothers were agreeing to it.

Q. Yes or no, is it a bold move?

A. Yes, it is.

Q. And I imagine there is probably a rule in the SNM about a soldier trying to kill a shot-caller?

A. At that time he was already X'd out from being a shot-caller.

Q. Is there a rule? Yes or no.

A. Yes. But he wasn't a shot-caller at that time.

Q. Okay. There were some folks that were on Mr. Garcia's side; right?

A. Yes.

Q. And others that were on the side like you were on, that wanted to kill Mr. Garcia?

A. Yes, sir.

Q. And all of these folks were in the SNM?

A. Yes, sir.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

338

Q. So they weren't necessarily agreeing with each other about how to handle it, were they?
A. No, sir.
Q. And I think you testified about this a little bit on direct, that ultimately you concluded there is no loyalty in the SNM?
A. No, there's not.
Q. People don't necessarily follow along with what they're supposed to follow along with.
A. Nope.
Q. Or do what they're supposed to do?
A. Nope.
Q. And as a matter of fact, were you -- well, strike that.
Before you cooperated or agreed to help Agent Acee, was there a hit placed on you by the SNM?
A. There was -- I survived many political wars, yes.
Q. So the answer to my question is somebody in the SNM wanted to hit you?
A. Yes, sir.
Q. And that was in place at the time that you agreed to cooperate with Agent Acee?
A. No, sir.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

339

Q. You're saying it wasn't?
A. No, sir.
Q. Now let's talk a little bit about what Agent Acee could have charged you with. We talked about RICO; right?
A. Yes, sir.
Q. And isn't it true that you were being looked at by Agent Acee for the murder of Sammy Chavez?
A. Yes, sir.
Q. Sammy Chavez is a person that was killed in the streets of Albuquerque; I think you testified about that.
A. Yes, sir.
Q. You testified about how you explained in great detail to Sergio Rodriguez, another SNM member, how he should carry out the killing?
A. Yes, sir.
Q. Did you kill Sammy Chavez?
A. No, sir.
Q. You didn't do that?
A. No, sir.
Q. I think it was your testimony, and maybe I've got it wrong, but that you went to prison before it happened?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

340

A. Yes, sir.

Q. So you weren't able to do it?

A. No, sir.

Q. But it's true, though, that you bragged that you killed Sammy Chavez, didn't you?

A. No, sir.

Q. So if a witness came and testified that you bragged to them that you killed Sammy Chavez, you'd disagree with that?

A. Yes, I disagree with that.

Q. It wouldn't be good to brag about a murder that you didn't commit, would it?

A. Yes.

Q. And you told the Government, did you not, that Sergio Rodriguez killed Sammy Chavez?

A. Yes, sir.

Q. And you know that Sergio Rodriguez, as a result of that, has gotten charged with that murder?

A. I guess now he did, yeah. If you're saying.

Q. I don't know. I'm asking if you know that.

A. Oh, I don't know.

Q. You don't know?

A. You're the one telling me.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

341

Q. Okay. But you did tell the Government that?

A. Yes, sir.

Q. Because you think Sergio Rodriguez killed Mr. Chavez?

A. Yes, sir, I believe so.

Q. Would it surprise you to learn that Mr. Rodriguez was also in custody in prison at the time Mr. Chavez was murdered?

A. Yes, sir.

Q. That would surprise you?

A. Yes, sir.

Q. Because then just like you, he wouldn't be able to kill him?

A. Yes, sir.

Q. Now, you never did get charged or prosecuted in any way by the federal government having anything to do with the murder of Sammy Chavez?

A. No, sir.

Q. And you testified a little while ago on direct that you had some -- at least you claimed some involvement in the murder of Javier Molina; or at least you saw the paperwork?

A. Yes, sir.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

342

Q. But you've never been charged for anything related to that?

A. No, sir.

Q. You also testified about the robberies and things you were doing when you first came into the SNM?

A. Yes, sir.

Q. And the kidnapping?

A. Yes, sir.

Q. You've never been prosecuted by the Government for that, have you?

A. No, sir.

Q. That was the deal that you understood you were getting when you agreed to work for Agent Acee?

A. Yes, sir.

Q. But you deny that that deal also included protection for wife Crystal and your mother?

A. Yes, sir.

Q. Those -- what you told them on the phone, that wasn't true?

A. Yes, that wasn't true.

Q. Were you also being looked at for -- by Agent Acee for the murder of Shane Dix?

A. I wasn't aware of that.

Q. Did you murder Shane Dix?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

343

A. No, sir, I didn't.
Q. Did you brag that you murdered Shane Dix?
A. No, sir, I didn't.
Q. If a witness came in here to court and said that you bragged to them about the murder of Shane Dix, you would disagree with that?
A. Yes, sir.
Q. Because you shouldn't be bragging about things you didn't do?
A. Yes, sir.
Q. Now, let's talk about -- you testified about a murder that you committed on the streets of a Los Carnales member?
A. Yes, sir.
Q. And you testified that you guys -- you were working with some other members and you got some heroin that was poisonous and provided it to somebody to give to this Los Carnales member?
A. Yes, sir.
Q. And after you got word that the Los Carnales member was dead, you went into the apartment to get him; right?
A. Yes, sir.
Q. You had to push the door open to get his body?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

344

A. Yes, sir.
Q. And wrap it up. And I think you testified that you dumped it in a church.
A. Yes, sir.
Q. And isn't it true that before you dumped it, you actually pulled open the guy's eyelids to see if he was dead?
A. Yes, sir.
Q. And you dumped the body. And eventually the body got found.
A. Yes, sir.
Q. At a church?
A. Yes, sir.
Q. And you haven't been prosecuted for that?
A. No, sir.
Q. Because that's the deal that you understood you got for the work you did in this case?
A. Yes, sir.
Q. All right. Let me talk to you about some of these recordings you have of Mr. Perez.
I'm going to show you the transcripts and put them on your screen. The audio that you heard was Exhibit 176 and the transcript is identified as Exhibit 177.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

345

Do you see that there on your screen, Mr. Cordova?

A. Yes, sir.

Q. Do you remember this part where you're asking -- you're the CHS, and you're asking Mr. Perez about "the fucking fierros came from your walker. You think so?" Do you see that there?

A. Yes, sir.

Q. And Mr. Perez answers, "No. Because, see, what -- where they got me down here under investigation, because Trigger, the first one to give a statement, stating he believed that I literally gave him that piece, you know what I mean?"

A. Yes, sir.

Q. Now, when Mr. Perez says, "I literally gave him that piece," you understood that to mean like he actually took the piece from the walker and gave it to somebody?

A. I guess you can, yeah.

Q. So now let's go over to the next page.

So Mr. Perez -- let me ask you about this statement here that Mr. Perez made. "Anybody else in Cruces ask me, I didn't have nothing to do with nothing. I didn't know nothing and that's that.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

346

You hear me?" Do you see that?

A. Yes.

Q. And I think you told the jury that that's when Mr. Perez is essentially saying to you that he's not going to talk to anybody?

A. Yes, he's not going to rat to administration or law enforcement.

Q. And he says right before that sentence, "And, and, what I told you that day, you're the only one that heard -- admitted anything to, Shadow," right?

A. Yes, sir.

Q. So he's referring to a previous conversation that the two of you had?

A. Yes, sir.

Q. And this was the first time you actually recorded him; right?

A. Yes, sir.

Q. And so he's talking about what he told you happened?

A. Yes, sir.

Q. Was -- you're the only one he's told that to?

A. That's what he said.

Q. Not to STIU?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

347

A. Yes, sir.

Q. Not to the police?

A. Yes, sir.

Q. Because if he had said something to STIU and that made it into a report, that would be paperwork on Mr. Perez; right?

A. Yes, sir.

Q. And if that paperwork made it into the hands of somebody, they might want to kill Mr. Perez?

A. Yes, sir.

Q. And he knew that there were these rumors out there so he's telling you, I didn't talk to anybody else; right?

A. Yes, sir.

Q. So let's go down just a little bit. So now I'm going to direct your attention over here to this paragraph. And Mr. Perez says -- or, excuse me, you say, "But hey, carnal, when that -- who did that, carnal? Who got the shanks from your walker? You know what I mean? To make them -- to even send the carnals on a mission like that. Ah, that was fucking -- you know what I mean?" Do you see that there?

A. Yes.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

348

Q. Are you suggesting to Mr. Perez that that was kind of screwed up?
A. Yes, sir.
Q. I mean, we talked a little bit in your direct examination about sending people who were short timers, are going to get out of prison soon, to do this mission; right?
A. Yes, sir.
Q. But for Mr. Perez, at least as you understand it, he had -- he's telling you that a piece came from his walker?
A. Yes, sir.
Q. The walker that he had in his cell?
A. Yes, sir.
Q. And that after Mr. Molina got killed, it would be pretty well certain, wouldn't it, that somebody would notice a piece missing?
A. Yes, sir.
Q. That might put a target on Mr. Perez' back?
A. No, sir.
Q. So you don't -- I don't mean a target from the SNM, I mean a target from the people investigating the murder.
A. Yes, sir.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

349

Q. So they see in Mr. Perez' cell, you had a walker with a piece and now you don't, that puts Mr. Perez in trouble; right?

A. Yes, sir.

Q. Does it not? And you're commenting a little bit on that, "You know, that -- fucking, that was -- you know what I mean?" That's what you're saying; right?

A. Yes, sir.

Q. And then you said, "You think ay. I don't know, carnal, I trip out on the way everything went down. Do you feel me? Do you feel what I'm saying?"

A. Yes.

Q. When you say you "trip out on the way everything went down," you're talking about you're sort of surprised about how it all went down?

A. I wasn't surprised. I was just trying to get him to talk to me and tell me that the fierros came from his waker. That's all it was.

Q. When you say the term "trip out," what does that term mean?

A. That means you were surprised. But I wasn't surprised.

Q. Okay. So the term "trip out" means

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

350

surprised?
A. Yes, sir.
Q. And Mr. Perez says here, "Kay, watcha. They come to me and they're like look Big Dog, something has to be taken care of, but we need squina. You don't have to do nothing. You don't have to do nada. You don't have to do fuck. We just need that." Did I read that right?
A. Yes, sir.
Q. So I think you testified to the jury on direct that he's talking about we need that, the walker?
A. Yes, sir.
Q. And the word "squina" means help?
A. Yes, sir.
Q. Correct? So you can help, can you not, by being quiet and not ratting out your other brothers?
A. That's what's expected, yes.
Q. Okay. That's one way to give squina?
A. Yes, sir.
Q. So let me ask you about another thing. If somebody has decided in the SNM to do a hit, and another brother, a soldier like you or like you characterized Mr. Perez, says no, I don't agree, I'm not going to help, that could put them in trouble,

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 351

can't it?

A. Yes. Because they're part of the SNM organization.

Q. And if they say no, and they get in the way or they try to stop it or they interfere, they could get hit?

A. No, because that's not the agreement we make when we come into the organization.

Q. So you're saying if they interfere with a hit, they can't get hit themselves?

A. Yes, they can, because --

Q. They can get hit. Okay. That's the answer to my question.

Or, for instance, if Mr. Perez didn't want to give squina and decided, I'm going to tell STIU or I'm going to tell the CO in the pod that they just took this piece, that he could be in trouble; right?

A. Yes.

Q. Okay. So let's look at the rest of that paragraph, if we can. I believe it goes over to the next page.

And so Mr. Perez had just said, "We just need that, you know what I'm saying? Do you understand what I'm saying?" And you clarify, "They

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

352

just need that piece from the walker; right?"

A. Yes.

Q. And his answer was, "After that, I didn't know nothing, brother."

A. Yes.

Q. So he's saying I don't know nothing so I'm not going to say nothing?

A. He's saying, in other words, I'm not going to rat.

Q. Okay. And he says a little bit further down, right here, "I -- and I felt -- okay. If I can't -- if I can't put in the work for the family I got to be willing to be able to do my part no matter how little or how big. Do you feel me?"

A. Yes, sir.

Q. Okay. Big could be, "Let me unscrew this piece from my walker and make shanks out of it for you," right?

A. No.

Q. That wouldn't be big?

A. No.

Q. Well, what about if he said, "Let me unscrew these pieces from my walker and make shanks and kill Javier Molina for you." That would be pretty big, wouldn't it?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

353

A. If he did the hit himself, that's big.

Q. Okay. And little could be -- I'm just asking you what it could be, could be "I'm going to keep my mouth shut," right?

A. Yes.

Q. Let's go down just a little bit on that page. This is just a little further down.

MR. VILLA: And actually, can we just capture the question there, just above it?

Q. So Mr. Cordova, you asked the question, "Hey, but serio, from me to you, carnal, straight up, if it wasn't a justified move, would you have given them pieces to move on fucking Javier?" Right?

A. Yes.

Q. Because you thought he had actually given them the pieces himself; right?

A. Yes, he gave them the piece.

Q. And you have no idea whether Mr. Perez actually saw any paperwork on Javier Molina?

A. I didn't know.

Q. Because you weren't there?

A. No.

Q. And Mr. Perez says, "No, no. Cause I -- to me, that's not -- that wouldn't have been a

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

354

family move. That would have been a personal issue. Why am I going to jeopardize myself? And I did because they took my walker and I already had nothing for over a year. You know what I mean? Because they kept saying, well, you abused your walker. That's why you lost it. I didn't abuse fuck. You feel me?" I read that right?

A. Yes, what he's --

Q. I'm not asking you a question yet. The question was, "I read that right?" And you said "Yes." Right?

A. You read it right.

Q. Okay. So here's my question to you: Rudy Perez is in his cell and he's sick. And do you know if he was able, physically, to fight off somebody that wanted to come take that piece from his walker?

A. Then he should have never been an SNM member.

Q. That's not my question, Mr. Cordova. Do you know if he was physically able to stop somebody from taking that piece from his walker? Yes or no.

A. Yes, he was.

Q. You think he was?

A. Yes. I know he was.

Q. Okay. Now, if somebody who is a

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

355

shot-caller says, "We're going to do this move whether it's justified or not, whether you think it's justified or not," he's a soldier; he doesn't have any say over that, does he? Yes or no.

A. Is he only justifiable? Yes, he does have a say over it.

Q. Well --

A. If it's justifiable, yes, he does have a say over it.

Q. Well --

A. If it's justifiable, yes, he has a say over it.

Q. Here's the question I have. If the decision has already been made that it's going to happen, could Mr. Cordova -- excuse me, could Mr. Perez as a soldier by himself stop it?

A. The reason why I asked if it was justified, if he wouldn't give it to him or not --

Q. Mr. Cordova, you're not answering my question.

A. Because I wanted the jury to know.

MR. VILLA: Judge, this is nonresponsive. I'd ask the witness to instruct --

A. If it's justifiable --

THE COURT: Hold on. Hold on. You'll get

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

356

a chance. If Mr. Castellano wants to bring out information, he can. But for the present time, just listen to Mr. Villa's question and answer only his questions.

THE WITNESS: Sorry about that, Your Honor.

BY MR. VILLA:

Q. Let me ask you this: Do you understand my question?

A. Yes.

Q. You're trying to tell the jury that you think he could have done something about it?

A. Yes, he could.

Q. You answered my question.

A. If it wasn't a justifiable hit.

Q. You answered the question.

All right. Let me talk to you about the next one. The audio was 178, the transcript is 179.

Okay. Do you remember testifying about this yesterday, where you said, "Uh, no, no, no, that's Bill and Jean thought. They said that, that's why you said something, huh"? Do you remember that?

A. What about it?

Q. Do you remember that testimony yesterday?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

357

A. Yes, sir.

Q. And I think you testified that when you said, "That's Bill and Jean thought," you were just kind of messing around?

A. That's what I took it as. He was messing around.

Q. Okay. But this is you talking; right?

A. I might have been messing around. It's kind of like he said/she said stuff, instead using a guy's name and a girl's name, so Bill and Jean. It's like he said/she said.

Q. He said/she said, "Bill and Jean, they said that's why you said something, huh," right?

A. Yes.

Q. And you're referring to people saying that Rudy said something?

A. What I'm indicating there is that it's a he said/she said thing. So it's not justifiable. In other words, it will hold no weight within the family and politicking.

Q. The question I have for you is: You're referring to the rumors that Rudy said something.

A. Yes.

Q. About Molina?

A. Yes. It's a he said/she said thing. And

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

358

there is no way in politics, so you don't have to worry about it.

Q. Let's talk a little bit about that. You testified on direct that in 2015, the politics were all messed up in the SNM.

A. Yes, they were.

Q. And there was some people that got on the wrong side of the politics?

A. Yes, sir.

Q. So your idea of what the politics were wasn't the same as what some other people's idea was; right?

A. No, you're mis- -- you're misinterpreting it.

Q. Well, there is a disagreement over some of the politics; right?

A. Disagreements where politics are being -- yes, there was.

Q. And we've heard some other testimony about this in the trial but let me ask you this: There were some people that talked about how they were upset that people were moving on other brothers without paperwork.

A. Yes.

Q. And that was something in the politics

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

359

that people weren't happy about; right?
A. Yes. That would happen in the past.
Q. You answered my question, Mr. Cordova.
And just a little bit further down, Mr. Perez answers your question here when you're talking about the he said/she said. He said, "Yeah."
And you said, "Cause the shanks came from your walker."
And Mr. Perez said, "Yeah."
And you said, "That's why -- that's -- that's why the homies were thinking maybe you said something," right?
A. Yes.
Q. That's what you were getting at?
A. Yes.
Q. And I'm going to jump down just a little bit here, where Mr. Perez is saying -- he's referring to Trigger, right? And he said, "That's another SNM member"?
A. Yes, sir.
Q. He's saying that he told somebody, "I don't think Ra Ra is strong enough to keep his mouth shut about this." He's talking about himself; right? That Mr. Perez wasn't strong enough to keep

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

360

his mouth shut?
A. Yes, sir.
Q. You testified about that on direct?
A. Yes, sir.
Q. That he wasn't strong enough, maybe because of his health condition?
A. Yes, that was the talk.
Q. And you talked about how some people break; right?
A. Yes, sir.
Q. And maybe they haven't talked, but if they're weak or they're not strong enough or there is a fear that they might break, then they will go talk?
A. Yes, sir.
Q. And if somebody has that worry, there is one way to make sure that person doesn't talk; right?
A. Yes, sir.
Q. Hit them?
A. Yes, sir.
Q. Move on them?
A. Yes, sir.
Q. Let's go down just a little bit further. We've still got it in the view here.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

361

Right here, Mr. Perez tells you, "When everything went down and the discovery actually got there, Baby G shot me with -- we got -- he said, "Rudy, don't worry. It's exactly like you said. That's the honest to God's fuckin truth. I put that on my UI. I never said nothing, Shadow, and I never will, dog. Feel me?"

A. Yeah.

Q. So he's reiterating to you that he never said anything?

A. Yes. What he's reiterating to me --

Q. You answered my question. Okay? It was a yes or no question.

And he's referring back to discovery. You told the jury yesterday discovery is like the paperwork in the case; right?

A. Yes.

Q. And the paperwork he's actually talking about, the discovery is from the state case, the original state homicide charges against the -- Jerry Montoya and Jerry Armenta?

A. Yes, sir.

Q. Okay. But at this point in time that state case had been dismissed; right?

A. I don't know.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

362

Q. That's okay if you don't know. But at this point in time, the feds had done their first RICO indictment; right?
A. Yes, sir.
Q. And they had indicted some of the people accused in the Javier Molina murder; right?
A. At what -- at what point?
Q. At this point in time, in February when you're talking to Mr. Perez.
A. At that time when I'm talking to him, yes.
Q. Okay. Because you said that they indicted some people but not others, and that was the reason you were going after Mr. Perez and Mr. Herrera; right?
A. Yes, sir.
Q. Okay. And all of that discovery, you didn't necessarily know what was in all that new discovery?
A. No, sir.
Q. Okay. So the discovery that's referred to here is the discovery from the state?
A. Yes, sir.
Q. And in that case, as far as you knew, there was just a couple people charged in the murder?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

363

A. Yes, sir.

Q. Then the fed case happened, and there were more people charged in the murder?

A. Yes, sir.

Q. So if Mr. Perez had said something to somebody else, and it ended up in, like I say, STIU, and it ended up in paperwork, it might end up in the new discovery?

A. I don't know if he did. Did he?

Q. I'm just asking you, it's possible that that could happen?

A. I don't know why you keep on insinuating like he did say something as to that, so I was just --

Q. Well, you don't know, do you?

A. I don't.

Q. Okay. But if he had, it might end up in paperwork that could fall in the wrong hands?

A. All right.

Q. Could it?

A. Could it end up in the wrong hands, what do you mean?

Q. Meaning there is something, a statement comes out within a week or two after the Javier Molina murder, Mr. Perez talks to STIU and says

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

364

something. If that came out on paper, Mr. Perez could be in trouble?

A. Of course.

Q. Okay. Let's go over to page 20539. So, Mr. Cordova, this is a little later on in the same conversation. Mr. Perez says, "Uh, and like you say Shadow, that's -- that's not just our friendship but as my carnal, my friend, everything. I put that on my -- mi jita, the love of my life, man. I've never disrespected the onda, UI, against our rules. You feel me?"

A. Yes, sir.

Q. The onda refers to the SNM; right?

A. Yes, sir.

Q. And one of the rules of the SNM is not to talk?

A. Yes, sir.

Q. Not to say anything?

A. Yes, sir.

Q. So he's telling you here that he hasn't disrespected the onda or the rules?

A. Yes, sir.

Q. All right. I'm going to go to the next. So the audio was 180, the transcript is 181.

Mr. Cordova, this is the next recording,

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



365

and I'm on the first page. Mr. Perez here is telling you, "I tell you, all that came out afterwards, because, like I say, at first, I thought, oh, they're just homies. You know what I mean? You just showed some homies up cool, because other vatos UI them fuckers is true, eh?" So he's saying all that came out afterwards. He's talking about some of the facts regarding Javier Molina; right?

A. Yes, sir.

Q. So a lot of information that came out afterwards is something that you guys were talking about?

A. Yes, sir.

Q. So let's jump down here. It says, "Well, because I hear him say he had him on the payment plan, no?" Do you see that?

A. Yes, sir.

Q. I think you testified about that yesterday, you're talking about Javier Molina being on the payment plan?

A. No. He's being extorted.

Q. Javier Molina?

A. Yes, sir.

Q. He's being extorted by others because

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

366

there's this paperwork out there?

A. Yes, sir.

Q. And this is going back to why he wasn't killed earlier?

A. Yes, sir.

Q. And so this information is information that came out after the fact; right?

A. Yes, sir.

Q. You don't know that Mr. Perez knew anything about it until 2016?

A. Yes, sir.

Q. So now he says to you, "That didn't have to go down like that. It was so sloppy. Honestly, though, after everything was said and done, something, I'm not going to say who, somebody said them vatos was sitting on a two foundation. Do you feel me? Do you feel me?"

A. Yes, sir.

Q. What is a two foundation?

A. Probably a two-man crew, the guys that knew about it, should have had it done and they didn't. They were sitting on a two-man foundation extorting the individual for narcotics.

Q. Okay. And you have no idea whether Mr. Perez knew that himself or only found out about

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

367

it after the fact?

A. Correct.

Q. Let's go over to the next page. Okay. On this page, Mr. Perez is telling you, "I tell you, bro, just even talking about it now gets me mad, bro, because some of that shit is not right, eh, the way it was done. But I ain't nobody, homie, I'm just -- I'm just a motherfucker too." Do you see that?

A. Yes, sir.

Q. You told the jury yesterday he's talking about the way the Javier Molina murder went down?

A. Yes, sir.

Q. That it gets him mad?

A. No. What gets him mad is that we were coming out to the lines and that set us back.

Q. Okay. Well, he says, "The way it was done." He's talking about the way Javier Molina was done?

A. Yes. After everything was done, what happened afterwards.

Q. But my question to you is: He's talking about the way the Javier Molina murder was done?

A. Yes.

Q. Okay. And then he says, "But I ain't

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

368

nobody, homie," right?

A. Yes.

Q. Meaning he's just a little guy, he's not a shot-caller?

A. Yes, sir.

Q. "I'm just a motherfucker too," that's what he's saying?

A. Yes, sir.

Q. And you said here, "Oh, the same person that told you, hmm, you're on a suicide mission, probably the same person that told you was, you know, you know, carnal, you know that was over." The suicide mission was what you talked about yesterday, the sending those guys in with the video, on video camera and that sort of thing; right?

A. Yes, sir.

Q. Doing the stabbing instead of choking him out?

A. Yes, sir.

Q. And Mr. Perez was not happy about that, was he?

A. Yes, sir.

Q. He didn't agree with that?

A. Yes, sir.

Q. And he's making clear to you that he's not

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

369

the one that made the decision?

A. Yes, sir.

Q. Let's go to the last page. So Mr. Cordova, this is the same recording. Mr. Perez says, "I'm solid as a motherfucker, dog." Do you see that?

A. Yes, sir.

Q. And solid has different meanings, doesn't it? Solid could be I'm a good guy, I'm a good carnal, I'm a good brother, I'm a tough guy; right? It could mean that.

A. That's what it means.

Q. It could also mean I'm solid, I'm not going to tell?

A. All that is within a solid dude.

Q. You don't tell?

A. That one word means all of those.

Q. Okay. And you said, "Well, see, this is what I heard, ese, was that the mission was supposed to be to send a message to the administration because they were starting that program." So you're saying you heard the mission, the mission is the Javier Molina murder; right?

A. Yes, sir.

Q. And that was a message to the

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

370

administration about starting the dropout program; right?

A. Yes, sir.

Q. And Mr. Perez says, "I didn't hear that one"?

A. Yes, sir.

Q. And he's telling you he didn't know about that; right?

A. About that?

Q. About what you just said.

A. About the program?

Q. Yes.

A. Yes.

Q. Or that the message was supposed to be a message to the administration. He's saying I didn't hear that.

A. He's just saying that he didn't know it was going to be a message to the administration.

Q. He says down here, "I didn't hear that message. I didn't hear or see it, but they left several other issues on the table like that, like me and you have talked about."

A. Yes.

Q. And as far as you know, Mr. Perez was telling you the truth, that he didn't know that?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

371

MR. CASTELLANO: Objection. Calls for speculation.

A. I can't -- I can't verify that.

THE COURT: I guess he's saying he can't verify it.

MR. VILLA: And that was my question, whether he knows or not.

BY MR. VILLA:

Q. You don't know?

A. I don't know.

Q. All right. Let's go to the next, the audio recording that was played was 184 and the transcript is 185.

Okay. Mr. Cordova, here you're asking "That vato Jesse that was just here, that fool Jesse Sosa," right?

A. Yes, sir.

Q. Jesse Sosa was actually on the other side of you when you were recording Mr. Perez; right?

A. Yes, sir.

Q. You're talking about "Hey, that guy that was just here"?

A. Yes, sir. He left.

Q. He had already left?

A. Yes.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

372

Q. All right. And Mr. Perez says, "Yeah." And you said, "That's the paperwork they had that they used to hit that fool, huh," right?
A. Yes, sir.
Q. "Hit that fool," you're talking about Javier Molina?
A. Yes, sir.
Q. Rudy says, "I don't know," right?
A. Yes, sir.
Q. He says he doesn't know?
A. Yes, sir.
Q. He says, "I don't know, I've never seen it. I hear about it." And you said, "You only hear about it?" And he said "Yeah," right?
A. Yes, sir.
Q. He's telling you he didn't know about that paperwork.
A. Yes, sir.
Q. And you don't know if that's true or not, do you?
A. I don't.
Q. As far as you know, it is the truth?
A. I don't know that either.
Q. Okay. Let's go to the next page.
Mr. Perez, a little later in the

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

373

conversation says -- well, you said to him, "So that was it. It was the paperwork on Jesse Sosa." And he's saying, "that -- that -- that, that was part of it. And then Archie's boy was the other half." Right?

A. Yes.

Q. So he, like you and everybody else, had heard later about the paperwork on Jesse Sosa?

A. Yes, sir.

Q. Okay. And then you're asking him, "Well, what did -- what did Javier have to do with that mess?" You're talking about Archie's boy; right?

A. Yes, sir.

Q. So let's flip to the next page. And just -- there you go. Mr. Perez says, in response to that, "I don't know, brother, I don't know. I mean, that's why I'm telling you. I'm like in a way -- I don't even want to know, dog, because you know what I mean? So I just -- it's in my head, though. I'm always like, what the fuck with that? I don't ask nobody. I just -- I just keep -- keep my mouth, and I just thought about it, you know what I mean? And like I say, dog, that day I told them vatos not, like, think about that, and they basically told me, you know what? Ay, this is going

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

374

to happen regardless. Just stay out of it." Did I read that right?

A. Yes, sir.

Q. He's talking about the day of Javier Molina, isn't he?

A. Yes, sir.

Q. He's telling you that he was told, You know what? This is going to happen regardless. Just stay out of it.

A. Yes, sir.

Q. Let's go just a little further in the same conversation.

Okay. Mr. Cordova, again here Mr. Perez is talking about "47 days to the house." And we heard about that last -- yesterday, about how some of the people who were involved in the Javier Molina murder just were short timed to get out of prison; right?

A. Yes, sir.

Q. "47 days to the house" means 47 days till they get released from prison; right?

A. Yes, sir.

Q. And so Mr. Perez is talking to you about this; right?

A. Yes, sir.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

375

Q. And he says right here, "Like I say, they told me to shut up and just stay out of it and they did what they wanted to do. Then later on, suicide mission was there." Do you see that?

A. Yes, sir.

Q. And you said, "So why did you give them the pieces, carnal?"

He says, "Huh?"

You asked him, "Why did you give him the pieces if you didn't?"

He says "What?"

You said, "You should have just told them fuck you."

And Rudy says, "I just -- I just get out of it. Let them do their own thing. I was nobody. I was just -- fuck it."

And you say, "Yeah, but they fucking -- they got them from your fucking -- from your walker, carnal. Could have gotten you caught up, you know what I'm saying?"

Did I read that right?

A. Yes, sir.

Q. When you say "caught up," you mean get him in trouble; right?

A. Charged.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

376

Q. Charged. And Rudy says, "Oh, it did. It did. Look where I'm at." Right?

A. Yes, sir.

Q. And then you said, "Yeah." And then, "Yeah. They used those as the fierros, you know what I'm saying? That could -- shit could have gotten you -- yeah, I know this is where you're at, but still. You get what I'm saying? I don't understand that."

Then we'll go to the next page. Let's do a full answer.

And you said, "Carnal, it's all good though." Is it -- "it is what it is, ese, you know what I mean?"

And Rudy says, "That's -- that's -- that's why I say yeah, I just go there. I just got out of the hold and I was real sick." Do you remember that part?

A. Yes, sir.

Q. The hold, I think when we heard the audio, was the hole; right?

A. Yes, sir.

Q. The hole is often referred to as being in solitary confinement or being in some sort of administrative segregation?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

377

A. It's the same thing as the North. You go to your cell.

Q. You're there the whole time. Or you only get out like five days a week and stuff like that?

A. Yes, sir.

Q. And he says, "I was real sick," right?

A. Yes, sir.

Q. And he says, "So for me to actually participate in doing some dirt, physically I wasn't able to. But we all have to do our part, you know what I mean? One way or another, homes, everybody has to put their part. You feel me?"

And he says, "What do you mean?"

And he says, "Everybody has to do their part, homes." Do you see that?

A. Yes, sir.

Q. And one job he has to do is to keep quiet; right?

A. Keep quiet.

Q. Yes or no, is that one of the jobs?

A. That's one of the jobs, yes, sir.

Q. That's a part that he has to play, he has to be quiet; right?

A. Yes, sir.

Q. Let's go now in the same discussion.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

378

It's in the next one. Let's look at the next one. The audio is 186 and the transcript is 187. So here in this next conversation you have Mr. Perez says to you, "But you know, hey, I'm nobody. I keep right in the back and I keep my mouth shut the way I'm supposed to. And if I'm -- if needed for something, they'll bring it to my attention and I'll do my part. But if it don't concern me or whatever they got going on, it's their business. Do you know what I mean?"

A. Yes, sir.

Q. He's talking about the Molina case; right?

A. Yes, sir.

Q. That I'll keep my mouth shut the way I'm supposed to; right?

A. Yes, sir.

Q. "If it don't concern me or whatever they got going on, it's their business, do you know what I mean?" Right?

A. Yes, sir.

Q. The last one I want to talk to you about, Mr. Cordova, is the audio is 188 and the exhibit is 189 for the transcript. So in this conversation, Mr. Cordova, you talk to Mr. Perez and say, "Yeah, well, they say you need to be handled, so they got

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

379

it handled. So I don't know. Who knows the real truth behind some of that? But you know, you know what I'm saying? There's the truth, we know the truth. Me and you know the truth. You know what I mean?" Again, you're still talking about Molina; correct?

A. Yes, sir.

Q. And Mr. Perez says, "Um-hum."

You said, "But very few really know what happened there. You know what I'm saying?"

A. Yes, sir.

Q. You're talking about very few people know where the shanks came from?

A. No, we're talking about very few people knew what happened there about the murder.

Q. Part of that is where the shanks came from; right?

A. Yes, sir.

Q. And Mr. Perez says, "And none of that was right, brother. Yes, it had to be done, but it sure as fuck did not have to be done like that." Right?

A. About the murder?

Q. Yeah.

A. Yes, sir.

Q. So you heard him earlier say he'd never

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



380

seen the Javier Molina paperwork; right?

A. Yes, sir.

Q. And then later he's talking about the paperwork because by 2016, everybody is talking about it; right?

A. Yes, sir.

Q. And so he's saying well, if there's paperwork, then it had to be done; right?

A. Yes, sir.

Q. But here he says, "But it sure as fuck did not have to be done like that."

A. Yes, sir.

Q. So he's not agreeing with the way it was done.

A. He's not agreeing with it. It should have been cleaner, yes.

Q. He's not in agreement with how it was handled?

A. Yes, it should have been cleaner is what he's trying to state.

Q. Well, that's your interpretation. But you agree with me that he didn't agree the way the Javier Molina murder was handled?

A. No, that's what he said. It should have been done cleaner.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



381

Q. He doesn't get to make that decision; right?
A. No, he don't.
Q. Now, Mr. Cordova --
MR. VILLA: May I have just a second?
Q. I think you testified that you were closed by the FBI as an informant in January of this year?
A. No, last year.
Q. I apologize. It was January of last year?
A. Yes, sir.
Q. So it's January of 2017?
A. Yes, sir.
Q. When you're closed that means that you no longer work for the FBI; right?
A. Correct.
Q. And you were closed because you had violated rules?
A. Yes, sir.
Q. And one of the rules that you violated was having sex in the contact room?
A. Yes, sir.
Q. So you understood when the FBI opened you as an informant that you were supposed to follow all the rules; right?
A. Yes, sir.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

382

Q. And if you're out on the street that means don't break the law?

A. Yes, sir.

Q. If you're in prison, it means follow the rules of the prison?

A. Yes, sir.

Q. But you didn't do that?

A. No, sir.

Q. So let me show you --

MR. VILLA: I'm going to move to admit, Your Honor, Exhibit ADZ. It's a video from the contact room. I apologize, AD2. I believe it's without objection.

MR. CASTELLANO: It is the objection as previously noted, Your Honor.

THE COURT: All right. So I'll admit -- anybody else have any objection? All right. Not hearing any, Defendants' Exhibit -- I'm still not quite certain I know what it is.

MR. VILLA: I apologize. It's AD2. The Number 2.

THE COURT: A an in apple, D as in dog, 2.

MR. VILLA: Yes, Your Honor.

THE COURT: Defendants' Exhibit AD2 will be admitted into evidence.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

383

(Defendants' Exhibit AD2 admitted.)

BY MR. VILLA:

Q. Now, before I hit the start, Mr. Cordova, you know that there is video from the contact room where you were having sex with your wife?

A. I believe so.

Q. And you did that with your wife in front of your children?

A. Yes, sir.

Q. How old were your children?

A. 11 and 12.

Q. 11 and 12 years old?

A. Yes, sir.

Q. So you didn't say, "Leave the kids at home and come see me." The kids came with you?

A. Yes, sir.

Q. Let's go ahead and play it.

(Tape played.)

Q. Now, let's pause it there. Mr. Cordova, I paused it, October 30, 2016, 02:00:20 p.m. Right?

A. Yes, sir.

Q. Is that you and your wife?

A. Yes, sir.

Q. And then it's blurred out, but those two there are your children?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE
MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

384

A. Yes, sir.
Q. You can continue.
(Tape played.)
Q. Mr. Cordova, in the last clip that we saw, that was from January 1st of 2017?
A. Yes, sir.
Q. And in that particular clip you were engaged in sexual activity with your wife?
A. Yes, sir.
Q. But the children weren't there that time?
A. No, sir.
Q. They were there the other time?
A. They were there, they were escorted to the restroom.
Q. I understand. Now, after that happened, it was discovered that you did that; right?
A. Yes, sir.
Q. And Agent Acee came to see you?
A. He came to see me.
Q. After he came to see you, he closed you as a cooperator with the FBI?
A. Yes, sir.
Q. Right? Because you were breaking the rules?
A. Yes, sir.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

385

Q. So since that time, you have not done any other work for the FBI?

A. I believe no.

Q. Well, you believe or you don't?

A. No.

Q. You did or didn't do anything else for the FBI?

A. No.

Q. Right? Because you couldn't be trusted anymore?

A. You could say that, yes.

Q. And are you on speaking terms with your wife and children?

A. Yes.

Q. You still are?

A. Yes.

Q. We talked about some of the money that the FBI paid you.

THE COURT: I'll tell you what. Let me see what the jury wants to do. And if y'all have plans, anybody can pipe in here. Do you want to take a break and then do a later lunch? Or would you prefer to go ahead and just break now and take our lunch now?

How many of you prefer to -- I think I

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

386

messed everybody up last Friday by just taking an earlier lunch. How many of you would prefer to take a 15-minute break and then take our lunch in about an hour and a half after that? Looks like about everybody. Does that mess up any plans for counsel, parties, anybody?

All right. So why don't we take about a 15-minute break? We'll come back in and take a late lunch. All rise.

(The jury left the courtroom.)

THE COURT: All right. We'll be in recess for about 15 minutes.

(The Court stood in recess.)

THE COURT: All right. Let's go on the record. Is there anything we need to discuss before we bring the jury in, Mr. Beck?

MS. JACKS: Your Honor, just in terms of witness scheduling.

THE COURT: Hold on. Mr. Beck had something.

MR. BECK: No, Your Honor.

THE COURT: How about you, Ms. Jacks?

MS. JACKS: Just in terms of witness scheduling, are we going to take the lunch break at around 1:30?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

387

THE COURT: Yes.

MS. JACKS: So we'd resume at 2:30 after lunch?

THE COURT: That's correct.

MS. JACKS: Got it.

THE COURT: Anybody else from the defense side have anything? That's assuming we can get everybody in here. I think Mr. -- the witness, I think, wanted to talk to his attorney who is not here today. So there may be a delay there. I don't know.

THE WITNESS: No, I was stating earlier, I guess I misunderstood his question when he asked me about drug use. And the Government asked me, and I want to be honest with them, that's why told them yes, I had been using drugs. Not because I got busted using drugs, but because I wanted to be honest. And I thought I was honest.

The last time I must have misunderstood the question. When I was in the streets, I wasn't using drugs. I was on methadone. Since I've been back in the Department of Corrections, here and there I've done drugs. It's been kind of conflicting emotions within myself for doing this, you know.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

388

So if I -- you know, if I lied, I want to apologize. I didn't really understand the question last time, so sorry about that.

THE COURT: All right. All rise.

(The jury entered the courtroom.)

THE COURT: All right. Mr. Cordova, I'll remind you that you're still under oath.

THE WITNESS: Yes, Your Honor.

THE COURT: Mr. Villa, if you wish to continue your cross-examination of Mr. Cordova, you may do so at this time.

MR. VILLA: Thank you, Your Honor.

THE COURT: Mr. Villa.

BY MR. VILLA:

Q. Mr. Cordova, when we left off, we were talking about benefits. And so I want to talk a little bit about that. The video that we watched, that took place at the Penitentiary of New Mexico?

A. Yes, sir.

Q. And at the Penitentiary of New Mexico, you were in the North unit?

A. Yes, sir.

Q. And normally in the North unit you don't get contact visits; right?

A. Normally no.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

389

Q. But you got contact visits?
A. Yes, sir.
Q. And you were in a pod where there were other individuals who were working for the Government; right?
A. Yes, sir.
Q. And those individuals were given contact visits?
A. I can't confirm that or deny it.
Q. Okay. But you were all in the same pod together, correct?
A. Yes, sir.
Q. And I want to show you what's already been admitted as Defense's EJ. This is a letter, Mr. Cordova, that was dated August 26, 2016, to the warden German Franco. Was he the warden at the time you were there?
A. Yes, sir.
Q. And let me show you the second page of the letter. Have you ever seen this letter before?
A. Can you go back? I don't even know what the letter said.
Q. Let me show you. Before we go back, do you see here at the bottom it has your name?
A. Yes, sir.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

390

Q. And an NMCD number?
A. Yes, sir.
Q. That's your NMCD number, correct?
A. Yes, sir.
Q. And it's signed by you and these other individuals: Jerry Armenta, Benjamin Clark, Robert Martinez and Frederico Munoz?
A. Yes, sir.
Q. Those were all individuals who were in the pod with you at PNM North, correct?
A. Yes, sir.
Q. And all working for the Government?
A. Yes, sir.
Q. Okay. So we'll go back to the front of the letter so you can see it.
A. Yes, sir.
Q. So let's --
A. Yes, sir. I remember that.
Q. You've seen this letter?
A. I didn't see the letter, but --
Q. Do you remember it was written?
A. I remember the evening that took place.
Q. That was the party you told Mr. Castellano about?
A. Yes, sir.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

391

Q. Where your families were allowed to come?
A. Yes, sir.
Q. And that's not something that's normally allowed at PNM North, is it?
A. I don't think so. I don't know.
Q. Let me blow up this paragraph for you right there. So the letter says right here, "Each of us made the decision, according to his conscience, to reject the beliefs and values that motivated our shameful involvement in the SNM. Now we individually desire to become full and responsible participants in our society." Do you see that?
A. Yes. I didn't write that, though.
Q. But your name is on it; right?
A. Yes.
Q. And I presume on August 26, 2016 you desired to become a full and responsible participant in society?
A. Yes, sir.
Q. And August 26, 2016 is before the date of those videos we saw you with your wife and children?
A. Yes, sir.
Q. And it's before the time in December when you used the drugs that you testified about?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

392

A. Yes, sir.
Q. So after this letter went out and after that party, you did those things?
A. Yes, sir.
Q. By the way, the video that we saw was of your wife Crystal?
A. Yes, sir.
Q. The same wife who you attacked in 2010, correct?
A. Yes, sir.
Q. And I think I forgot to ask you about this when I was talking about that incident. You testified already that you broke her jaw. How many times did you hit her in the face?
A. I can't recall.
Q. More than once; right? Right?
A. I can't recall.
Q. You knocked her upper teeth in, didn't you?
A. Yes, sir.
Q. And broke her jaw?
A. Yes, sir.
Q. So you probably hit her more than once, didn't you?
A. Yes, sir.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

393

Q. And that's one of the convictions for which you were serving time in the prison system in New Mexico?

A. Yes, sir.

Q. And they allowed your wife despite that to come see you?

A. My wife has always been on my visiting list.

Q. Okay. But the prison is allowed to restrict you from getting visitors; right?

A. In that case, no, because that's a court issue.

Q. I'm not asking about your wife specifically. I'm asking you if you know whether the prison is allowed to restrict you from getting visitors?

A. Yes.

Q. And one of the people they restricted, like we talked about, is your mom?

A. Yes, sir.

Q. And I think it was your testimony that one of the reasons you did that is you saw a flaw in the system and you took advantage of it.

A. Yes, sir.

Q. Same sort of manipulation that you did

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

394

when you were able to attack that prisoner at MDC; right?

A. Yes and no.

Q. I mean, it's all manipulation, isn't it?

A. Yes, sir.

Q. Now, you testified under oath right before the break that you aren't working for the FBI anymore?

A. Yes, sir.

Q. And you weren't working for them after they closed you in January of 2017?

A. Yes, sir.

Q. Before that, you were getting money and benefits from the FBI; right?

A. Yes, sir.

Q. And they were putting it on prison books?

A. Yes, sir.

Q. They also gave some of that money to your wife Crystal?

A. I can't recall.

Q. You don't know if Agent Acee give her money for school supplies?

A. At this time I can't recall that.

Q. We can ask him about that. Let me ask you this. Did you get to decide whether the federal

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

395

government was going to charge you in this case or not?

A. Did I get to decide?

Q. Yes, sir.

A. No.

Q. So if you told your wife that you got to decide, would that be a lie to her?

A. Yes, sir.

Q. And you're saying you didn't get to make the decision about whether you could be charged in this case, enter a plea and have that time be concurrent to your state time?

A. I could have, but I didn't.

Q. So you did get that choice?

A. No, I didn't have a choice. But it could have happened.

Q. I see. It could have happened. But you're saying you didn't get that choice?

A. Didn't get that choice.

Q. But you told your wife you could make that choice, didn't you?

A. Yes, sir.

Q. And that was a lie?

A. Well, at that time I didn't know whether I was going to be charged or not.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

396

Q. Well, did you know at the time you told your wife whether you were being truthful with your wife?

A. I probably wasn't being truthful with my wife.

Q. Okay. And while you were under oath before we took the break, and you said that you had been terminated by the FBI and no longer using them, you were being truthful?

A. Yes.

Q. Isn't it true that in April of 2017, after you were closed, you were asked to record another individual?

A. Who was the individual?

Q. Do you agree that on April 1st and April 3rd, 2017 that you conducted recordings of a Gabriel Valdivia?

A. For STIU, yes.

Q. And you weren't working with FBI Agent Nancy Stemo?

A. To my knowledge, no. It was STIU that I had given the information to.

Q. Okay. So you deny that FBI Agent Nancy Stemo was involved in that process?

A. If she was, I had no knowledge of that.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

397

MR. VILLA: May I have just a moment, Your Honor?

THE COURT: You may.

MR. VILLA: I'll pass the witness.

THE COURT: All right. Thank you, Mr. Villa.

Ms. Bhalla?

MS. BHALLA: Yes, Your Honor.

THE COURT: Do you have cross-examination?

While you're coming up, let me mention, Richard Jewkes, Mr. Sanchez's lawyer, has left the courtroom to attend some funeral services. His girlfriend's mother passed away and the services are this afternoon in El Paso. So he's going to head down there.

But Ms. Jacks will ably represent Mr. Sanchez this afternoon in Mr. Jewkes' absence.

All right. Ms. Bhalla, if you have cross-examination, you may proceed.

MS. BHALLA: Thank you, Your Honor.

THE COURT: Ms. Bhalla.

CROSS-EXAMINATION

BY MS. BHALLA:

Q. Good afternoon, Mr. Cordova.

A. Good afternoon, Miss.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

398

Q. I believe that Mr. Villa just asked you about the recordings that you made in April of 2017. Do you recall that question?

A. Yes, ma'am.

Q. And you stated that you didn't know whether or not the FBI was involved with that; right?

A. Yes, ma'am.

Q. Okay. Isn't it true, Mr. Cordova, that every single time you've sat down with STIU involving the investigation in this case someone from the federal government has been there?

A. In this case?

Q. Yeah.

A. Yes.

Q. Okay. You also told Mr. Villa that you don't recall anybody giving money to your wife, Crystal; is that correct?

A. Right.

Q. So no one ever gave money to your wife?

A. To my knowledge, I can't remember.

Q. Okay. Would it refresh your memory to listen to a video about that?

A. Yes.

MS. BHALLA: I'm going to have us play,

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

399

Your Honor, Defendant's Exhibit Z, as in zebra, 51.

MR. CASTELLANO: Your Honor, before we play that, if she's refreshing recollection, the rules require that it be outside the presence of the jury.

THE COURT: All right, ladies and gentlemen. We're going to play this, but it will be outside your presence. All rise.

(The jury leaves the courtroom.)

THE COURT: Everyone be seated.

All right, Ms. Bhalla.

MS. BHALLA: Thank you, Your Honor.

(Tape played.)

BY MS. BHALLA:

Q. Pause it, please. Mr. Cordova, is that your voice?

A. Yes, ma'am.

Q. Can you please proceed?

(Tape played.)

Q. Can you pause it? Thank you. Is that your wife, Crystal?

A. Yes, ma'am.

Q. Okay. Thank you.

(Tape played.)

Q. I think that's enough.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

400

Does that refresh your recollection, Mr. Cordova?

THE COURT: Well, I think this probably ought to be in the presence of the jury now.

MS. BHALLA: Thank you, Your Honor.

THE COURT: All rise.

(The jury entered the courtroom.)

THE COURT: All right. Ms. Bhalla.

BY MS. BHALLA:

Q. Mr. Cordova, you had an opportunity to listen to a phone call you made to your wife; is that correct?

A. Yes, ma'am.

Q. And would you agree with me that that phone call was made in September of 2016?

A. I can't recall, but yes, it was made.

Q. Does that refresh your memory about whether or not anybody gave money to your wife?

A. At that time? I had so much stuff going through my mind, to be honest with you, I can't really recall it.

Q. I'm not asking whether or you recall the conversation. I'm asking you whether or not you asked the Government to give money to your wife.

A. I guess I did. It's right there.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 401

Q. Okay. Do you recall testifying in this courtroom in December of 2017?
A. Yes, ma'am.
Q. And that was two months ago?
A. Yes, ma'am.
Q. And you took an oath, didn't you?
A. Yes, ma'am.
Q. And you swore to tell the truth, didn't you?
A. Yes, ma'am.
Q. Do you recall that we asked you questions about whether or not anyone had given your wife money in this case. Do you recall?
A. Yes, ma'am.
Q. Okay. And your answer was "No."
A. Yes, ma'am.
Q. Okay. That wasn't true, was it?
A. No, ma'am.
Q. Mr. Cordova, did anyone from the federal government ask you to lie in this case?
A. No, ma'am.
Q. Did you tell anyone that the federal government had asked you to lie in this case?
A. No, ma'am.
Q. Could we please play Defendant's Exhibit

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

402

Z, as in zebra, 54.

(Tape played.)

Q. Is that you, Mr. Cordova?

A. Yes, ma'am.

Q. Okay. Is that your wife Crystal?

A. Yes, ma'am.

Q. The same wife that you beat up in 2010?

A. Yes, ma'am.

Q. Okay. Please move ahead. We need to play Z55, please.

We'll get to that call in a minute, Mr. Cordova.

A. All right, Miss.

(Tape played.)

Q. Is that you, Mr. Cordova?

A. Yes, ma'am.

Q. Is that your wife Crystal?

A. Yes, ma'am.

Q. Okay. Thanks.

(Tape played.)

A. Yes, that wasn't the FBI. That was administration in prison. And maybe I was going through some things at the time before I was an SNM Gang member.

Q. Before you were an SNM Gang member?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

403

A. Yes. And I did a lot of bad things.

Q. Okay. Mr. Cordova, you'll get the chance to explain those phone calls later.

A. All right, Miss. But that wasn't the FBI.

Q. Did you make the phone call?

A. Yes, ma'am.

Q. And then did you later call your wife and say, "I will do anything for the FBI." Did you tell her that? Anything at all.

A. Maybe being the truth, yes. I'm here to do my part, give them everything I did and everything they did.

Q. It's a yes or no question.

A. Yes, ma'am.

Q. Did you tell your wife that you would do anything for the FBI?

A. Yes and no.

Q. And did you tell your wife that the administration -- and I understand you have a different interpretation of that -- but that the administration wanted you to lie and to snitch. Did you say that to your wife? Yes or no.

A. It's not a different interpretation. It's the administration in prison.

Q. Mr. Cordova, you're aware that the FBI has

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

404

been working in conjunction with the New Mexico Department of Corrections in this case, aren't you? Yes or no.

A. They're two different.

Q. Yes or no?

A. Yes.

Q. When you met with Agent Acee, the conversation was about you giving him information on the Molina murder; is that correct?

A. Yes, ma'am.

Q. Okay. And I want to make sure I get your words correctly here, Mr. Cordova. But basically your understanding was that if you didn't give him information on the Molina murder, he had no reason to work with you. Do you recall saying that?

A. Yes, ma'am.

Q. Okay. And that was your understanding when you agreed to work with him; is that correct?

A. Yes, ma'am.

Q. The first debrief, at least with Agent Acee, that you attended in this case was on January 4th of 2016. Do you recall that?

A. Yes, ma'am.

Q. Okay. And I believe you testified on direct that that meeting was about four hours. Do

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

405

you recall that?

A. Yes, ma'am.

Q. And you testified that you knew they were going to call me out on the RICO charges. Do you recall saying that?

A. Yes, ma'am.

Q. And the only option you had was to cooperate with the federal government. Do you recall that statement on direct?

A. That's not the only option but that was one of them, yes.

Q. Well, they asked you specifically why you didn't do the RPP Program; didn't Mr. Castellano ask you that?

A. Why I didn't do the RPP Program?

Q. Did he ask you that question?

A. Yes, ma'am.

Q. Okay. And your answer was, there was no opportunity there when you just drop out; isn't that correct?

A. Yes, ma'am.

Q. Okay. And at this four-hour meeting that you had in January of 2016, never once, not ever did you ever tell anyone in the federal government that Carlos Herrera had a conversation with you before

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

406

the Molina murder about his role in the Molina murder, did he? You never said that to them, did you?

A. I can't recall.

Q. Would you like to look at the report?

A. Yeah.

MS. BHALLA: May I approach, Your Honor?

THE COURT: You may.

Q. Are you ready?

A. Yes, ma'am.

MS. BHALLA: May I approach, Your Honor?

THE COURT: You may.

BY MS. BHALLA:

Q. Would you agree with me, Mr. Cordova, that this report is about three pages and one quarter?

A. Yes, ma'am.

Q. Okay. And you talked about a lot of stuff in this report, didn't you?

A. Yes, ma'am.

Q. Okay. And nowhere in this report did you say that you knew about the Molina murder ahead of time, did you?

A. In that report? That's what it states and that's what's there.

Q. Yes or no.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

407

A. Yes and no, because I can't explain.

Q. You can't explain? Is there any discussion about the Molina homicide in this report, Mr. Cordova?

A. In that report, no.

Q. No. Do you think the federal government does a pretty good job taking notes usually? Isn't that kind of their job?

A. I'm not an FBI agent, I don't know.

Q. In August of 2015, you were housed with some other cooperators in this case, weren't you?

A. Yes, ma'am.

Q. And some of those cooperators were Eric Duran?

A. Yes, ma'am.

Q. Roy Martinez?

A. Yes, ma'am.

Q. Mario Rodriguez?

A. No, ma'am.

Q. All right. Do you recall attending a debrief in July of 2016 -- or actually, hold on, I might have given you the wrong one. It was in December of 2017, so just two months ago. Do you recall that debrief?

A. Two months ago?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

408

Q. Yeah. It's February of 2018. And you attended a debrief in December of 2017. Do you recall attending a debrief in December of 2017? Days, days after you provided testimony in this case.

A. I just know when I talk about the case, stuff like that, yeah, it's a debrief.

Q. Would you like to look at it?

A. Yes, ma'am.

MS. BHALLA: May I approach, Your Honor?

THE COURT: You may.

BY MS. BHALLA:

Q. If you can take a look at the front page. Take your time.

Mr. Cordova, may I please draw attention to the last page in the last paragraph.

A. Can I finish reading it, ma'am?

Q. Do you want to read the whole thing?

A. Yes, ma'am.

Q. That's fine.

Are you ready?

A. Yes, ma'am.

Q. Do you now recall that debrief?

A. Yes, it was a telephonic --

Q. It's yes or no.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

409

A. Yes.
Q. And during that conversation, you took the opportunity to explain to Agent Acee a number of cooperators that you were housed with in 2015. Do you recall that now?
A. Explain? A number of cooperators?
Q. You told him about a number of cooperators that you were housed with in 2015? Yes or no.
A. I can't recall.
Q. Would you like to look at the report again?
A. Yes, ma'am.
MS. BHALLA: May I approach, Your Honor?
THE COURT: You may.
A. Oh, yes. This was back in 2015. When I was housed with them, 3-B North X pod.
BY MS. BHALLA:
Q. And you relayed to Agent Acee that you were housed with Mario Rodriguez, correct?
A. Yes, ma'am, but he wasn't a cooperator at the time.
Q. Were you housed with Mario Rodriguez? That's the question. Yes or no.
A. In 2015, 3-B X pod, yes.
Q. Okay, thank you. And you were housed with

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

410

Eric Duran?

A. Yes, ma'am.

Q. And you were housed with Timothy Martinez?

A. Yes, ma'am.

Q. And you were housed with Jerry Montoya?

A. Yes, ma'am.

Q. And you were housed with Roy Martinez?

A. Yes, ma'am.

Q. Correct?

A. Yes, ma'am.

Q. And you testified previously that word travels fast in the SNM; right?

A. Yes, ma'am.

Q. And I'm not going to ask you what you said or what people told you, okay? But what you relayed to Agent Acee was that you had conversations about the Molina homicide with the people in your pod in 2015; isn't that true?

A. Yes, ma'am.

Q. Okay. And everybody was talking about the Molina homicide, weren't they?

A. Yes, ma'am.

Q. Let's fast forward to when you recorded my client, Carlos Herrera. Do you recall that time period?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

411

A. Yes, ma'am.

Q. And this is -- was in it March of 2016 or April of 2016? March or April, give or take?

A. March or April.

Q. Okay. So this was two years after the murder; is that correct?

A. Yes, ma'am.

Q. Okay. And part of the conversations that we listened to yesterday involved you telling Carlos Herrera that people were talking, in your words, shit about him. Do you recall that?

A. Yes, ma'am.

Q. Okay. What happens to a brother who leaves a brother stranded on a mission, according to you?

A. You get hit.

Q. That's right. And you had the opportunity to talk with all of those guys about the Molina homicide before you got put next to Carlos, didn't you?

A. Yes, ma'am.

Q. Okay. After you recorded Mr. Herrera, you attended another debrief on July 12 of 2016. Do you recall that meeting that you had with the FBI? I can show you the report if you don't remember.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

412

A. No, I remember.
Q. Okay. You do?
A. Yes, ma'am.
Q. And you discussed a number of things in that report, didn't you?
A. Yes, ma'am.
Q. And one of the things you discussed was that you began trying to explain to agents your drug trafficking history. Do you recall that?
A. Yes, ma'am.
Q. But they had to stop you and ask you to write a letter because it was too long to relay in one meeting?
A. Yes.
Q. Did you ever write that letter?
A. I'm pretty sure I did.
Q. Did you give it to the Government?
A. Probably.
Q. Yes or no, do you remember?
A. I can't recall, Miss.
Q. Do you remember writing it?
A. To be honest with you, no.
Q. Okay. And in this debrief that occurred roughly three months after you recorded my client, never once did you mention the Molina homicide, did

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

413

you? Do you want to take a look at it?
A. I just know I told them I knew about murders.
Q. In July of 2016, after you recorded my client, you made no statements to them about his involvement in the Molina murder, did you? Yes or no.
A. I can't recall.
Q. Would you like to look at the report?
A. Yes.
MS. BHALLA: May I approach?
THE COURT: You may.
A. It's not there, but I told --
Q. Hold on, I haven't asked you a question, Mr. Cordova.
MS. BHALLA: May I approach?
THE COURT: You may.
A. Yes, ma'am.
BY MS. BHALLA:
Q. Would you agree with me that this report is also three pages and a quarter?
A. I didn't write that report, so what's in that report is what's in that report.
Q. Would you agree with me that there is no discussion of the Molina homicide in this report?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

Yes or no.

A. In that report, no.

Q. Okay. There is a discussion about the Sammy Chavez murder, isn't there?

A. Yes, ma'am.

Q. And there is a discussion about an unknown Los Carnales Gang member; right?

A. Yes, ma'am.

Q. And there is a discussion about the Shane Dix murder, isn't there?

A. Yes, ma'am.

Q. And there is a discussion about the Michael Jiron murder, isn't there?

A. Yes, ma'am.

Q. No Molina?

A. In that report, no, ma'am.

Q. The way that you get a deal in this case is to give Agent Acee information on the Molina murder; right? That's what you testified to just a few minutes ago.

A. To be honest with them and tell them everything.

Q. Okay. And it wasn't until December of 2017 that you ever said anything about Carlos Herrera being involved in the Molina murder ahead of



415

time, did you? At least not in any of these reports.

A. I recorded him before that; right?

Q. Yeah.

A. And obviously we talked about it.

Q. But you never told the federal government that you had this conversation with Carlos Herrera before the Javier Molina homicide. That is the first time anyone has ever heard about it; right?

A. No, because I knew about it.

Q. You didn't tell it to the federal government, did you?

A. Yes.

Q. It's not in the reports, is it?

A. I don't know what to tell you, I don't write reports.

Q. Okay.

MS. BHALLA: May I have just a moment, Your Honor?

THE COURT: You may.

BY MS. BHALLA:

Q. Mr. Cordova, you testified with Mr. Castellano and Mr. Villa that you were able to use the system and manipulate the rules to get lighter sentences, didn't you?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

416

A. Yes, ma'am.

Q. And that's what you're doing in this case, isn't it?

A. Have I ever ratted before this case?

Q. No. Are you manipulating the rules to get what you want and to get out of trouble? Yes or no.

A. No, ma'am.

MS. BHALLA: Thank you, Your Honor. I pass the witness.

THE COURT: Thank you, Ms. Bhalla.

Ms. Jacks, do you want to go next?

MS. JACKS: Thank you, Your Honor.

THE COURT: Ms. Jacks.

CROSS-EXAMINATION

BY MS. JACKS:

Q. Mr. Cordova, I want to pick up sort of where Ms. Bhalla just left off. Because you've told us before under oath that when you see a weakness in the system, you exploit it; right?

A. Yes, ma'am, I did.

Q. And with respect to this case -- well, with respect to your role here as a government witness, you've managed to exploit that pretty well, haven't you?

A. I don't know. I don't know how you see

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

417

exploiting what I'm doing.

Q. Well, you've, A, avoided any sort of criminal charges for your activities in relation to the SNM Gang; right?

A. I'm also validating a death sentence by the SNM and other prison gangs out there.

Q. Excuse me, Mr. Cordova. I'm going to ask you to answer the question I ask, not the one you want to answer.

A. Yes, ma'am.

Q. So you've avoided getting any sort of criminal charges levied against you by becoming a government witness in this case; right?

A. Yes, ma'am.

Q. And you've gotten -- I think we've discussed, you've gotten more favorable conditions of confinement? Oh, you don't -- you haven't gotten more favorable conditions of confinement?

A. I'm not an SNM Gang member no more. I'm like every other inmate right now.

Q. My question, Mr. Cordova, is whether, as a result of your role as a government witness, you've been given more favorable confinement conditions?

A. No.

Q. All right.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

418

MS. JACKS: Can we have that letter, the pizza party letter, EJ. Is that somewhere around?

Q. Mr. Cordova, I think Mr. Villa discussed this letter with you, Defense Exhibit EJ. Do you recall that?

A. Yes, ma'am.

Q. A little bit earlier today?

A. Yes, ma'am.

Q. And can we go to the second page? You're a signatory to this letter; right?

A. That's not my signature, but I'm on that letter.

Q. Okay. Your name and your New Mexico Department of Corrections number is on that letter; right?

A. Yes.

Q. And your name and your Department of Corrections number was put on that letter because you were one of the people asking for the recognition that that letter was seeking; right?

A. Yes, ma'am.

Q. And who wrote the letter?

A. To be honest with you, I can't recall.

Q. Well, was it one of the people that signed the letter?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

419

A. There is no signatures on it.
Q. Well, was it one of the people listed as the person who the letter is from?
A. Who is the letter from?
Q. Well, the letter -- have you written letters before, Mr. Cordova?
A. Not many, Miss.
Q. Well, when you write a letter and then you sign off "Sincerely," comma, then do you generally put the name of the person who the letter is from?
A. I understand that, Miss, but there is not a signature there. That's a print.
Q. I understand that. But would you agree with me that after "Sincerely," there is a listing of five government witnesses?
A. Yes, ma'am.
Q. And the letter, have you read the letter?
A. Yes, ma'am.
Q. And the letter is asking the warden of the Penitentiary of New Mexico to provide a holiday party for these five government witnesses and their family; right?
A. Yes, ma'am.
Q. And the letter was written --
MS. JACKS: Can we go back to the first

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

420

page of the letter?

Q. The letter was requesting this holiday party because of how -- to celebrate sort of the government witnesses' cooperation and recognition of law enforcement that they've been working with; right?

A. Yes.

Q. Okay. I want to direct your attention to --

MS. JACKS: Can we have I think it's the third paragraph. Can I ask you to read the first sentence there in that third paragraph. You can read it out loud. Mr. Cordova, can I ask you to read that sentence out loud, beginning with "It is our desire"?

A. Do I gotta read it out loud?

Q. I'm asking you to.

A. I guess it states, "It's our desire to express genuine gratitude and respect for all the Corrections administration and staff and law enforcement personnel responsible for our current and wonderful circumstances. We believe" --

Q. Let me stop you. Just read the sentence I asked you to. So that sentence in the letter, that was sent, at least in part, on your behalf, says

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

421

that "We would like to express gratitude for our current and wonderful circumstances."

A. Yes, ma'am.

Q. So by agreeing to have your name appended onto this letter requesting this holiday celebration for your family, did you also agree that your current circumstances of incarceration were wonderful?

A. Yes, ma'am.

Q. And prior to becoming a Government witness, would you have described your circumstances of incarceration in the New Mexico State prison as wonderful?

A. No, ma'am.

Q. So tell us what sort of benefits you received, in terms of your conditions of confinement, as a result of being a Government witness.

A. It wasn't for being a Government witness. It was for no longer being an SNM Gang member. I was allowed out of the solitary confinement. And into an RPP dropout program, which I'm currently not out.

Q. And you got more phone calls with your family?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

422

A. Like a regular inmate, yes.

Q. You got money put on your commissary by the federal government?

A. Yes, that was a benefit. Yes.

Q. You got family contact visits?

A. That, I can't say if it was a benefit or not because --

Q. Well, Mr. Cordova, we just saw you engaging in sex --

A. I understand that.

Q. -- with your wife four times over a period of two months. Was that a benefit that you received because of your status as a Government witness?

A. I don't know.

Q. Well, how many other people do you know in the New Mexico Department of Corrections that are engaging in sex with their wives repeatedly?

MR. CASTELLANO: Objection.

THE COURT: Overruled.

A. Whenever the opportunity arises. People sneak into bathrooms and it happens. It occurs.

BY MS. JACKS:

Q. It was a situation, it was a benefit you got, a contact visit that you exploited for your own pleasures?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

423

A. Yes, ma'am. I exploited it.

Q. Now, in addition to the benefits you had already gotten, you expect to still get more benefits; right?

A. Do I expect to get more benefits?

Q. Yeah. Benefits don't just stop.

A. I'm not getting no benefits.

Q. Well, are you expecting some sort of benefits once you get out of prison?

A. No, ma'am.

Q. Well, let me direct you to a phone call on November 16, 2016 with your wife Crystal.

A. Yes, ma'am.

Q. You talked to her quite a bit; right?

A. Yes.

Q. And one of the things that you've talked to her about is what's going to happen to you when you finally get out of prison; right?

A. Yes, ma'am.

Q. And have you told her in these phone calls, and I'm going to specifically talk about this one on December 16 of 2016, that the Government is going to give money, feria, when you get out of prison?

A. That's part of a witness protection

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

424

program if I wanted to go into it.

Q. So the answer is yes, you did tell her that.

A. Yes.

Q. Did you tell her that the Government was going to line you up with a job when you get out of prison?

A. Yes, ma'am.

Q. Did you also tell her that they were going to get you a pad?

A. I guess. If that's what's there, that's what's there.

Q. What's a pad?

A. A house.

Q. So they're going to give you money, they're going to line you up with a job and they're going to get you a house?

A. Yes, ma'am.

Q. And isn't there something else you talked to her about that you were going to get when you got out of prison?

A. What is it?

Q. Well, what goes with a job, money and a house?

A. I don't know.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

425

Q. A car.
A. Right.
Q. Did you tell her they're going to get you a car too?
A. Probably.
Q. And they're just going to move you wherever you want to go and set you up with this car, this job, this money and this house; right?
A. Yes, ma'am.
Q. I want to talk to you about your meetings with Agent Acee. Because when you first met with Agent Acee, he came and told you that you were going to be charged in a racketeering prosecution; right?
A. He didn't say was going to be charged. They were looking at me.
Q. That you basically had a choice. You were at a fork in the road, and either you could be a defendant in a federal prosecution facing potential life sentence or the death penalty, or you could be a witness?
A. Yes, ma'am.
Q. And when you met with Agent Acee after that, did he tell you how it was that he wanted you to be a witness? Did he tell you what he wanted you to do?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

426

A. Explain yourself, like elaborate. What do you mean?

Q. Let me be a little bit more specific. When Agent Acee -- you showed some interest about being a witness rather than a defendant. Did Agent Acee talk to you about this idea he had about sending you into prison to make recordings of people?

A. I told him what I can possibly do and he asked me if I could record it for him. And I said yes.

Q. And did Agent Acee explain to you at that time why it was that he thought it was important that you record whatever conversations you were having?

A. So that way it's just not hearsay, it's actual proof and evidence for the federal government.

Q. You've been asked this question before; right?

A. What?

Q. This exact question about what Agent Acee told you, about why he wanted you to record conversations. You were asked this in December in hearings in the case in front of Judge Browning,

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

427

weren't you?

A. Yes, ma'am.

Q. Do you recall what your answer was at that time?

A. What was it?

Q. Well, it wasn't what you just said, was it?

A. No. Before you asked me if they coached me into being an informant. They didn't coach me. He asked me --

Q. Mr. Cordova, on December 12 of 2017, did you say the reason Agent Acee wanted you to wear a recording device --

MS. BHALLA: And I'm referring Court and counsel to that transcript at page 288, line 6.

Q. "Because my say-so, my word, wouldn't matter. So he needed me to get it on a recording."

A. You're a lawyer, would it matter?

Q. My question to you, Mr. Cordova, is, was that your testimony in December of 2017?

A. Yes, ma'am.

Q. So let's talk about the testimony that you've given today. Because today you've said -- you claimed for the first time that you actually saw the paperwork that Lupe Urquizo supposedly brought

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

428

down from the Penitentiary of New Mexico; right?
A. No.
Q. You've never said that before today, have you?
A. Yes, I have.
Q. When?
A. When we first started doing this, I knew about the murder.
Q. Wait a second. It's your testimony, your sworn testimony under oath, that you've previously said you've seen the paperwork?
A. Yes, I stated that even in December.
Q. Let me just go through this. Okay? On March 10th of 2014, right after the murder of -- the homicide of Javier Molina, were you interviewed by members of law enforcement?
A. When?
Q. March 10th of 2014.
A. Yes.
Q. Okay. And did you tell them you didn't know anything, you weren't even in the pod?
A. Was I an SNM Gang member?
Q. You answer my question. Don't ask questions.
A. I'm asking, was I active?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

429

MS. BHALLA: Excuse me. Your Honor, can the witness be instructed to answer the question rather than ask questions?

THE COURT: Yeah. Just answer her question. And if you don't understand, you can say "I don't understand." But probably --

THE WITNESS: I don't understand.

THE COURT: All right. You can say that.

BY MS. JACKS:

Q. Well, you can't fake not understanding a question. You understand that, Mr. Cordova.

A. It was in 2014?

Q. Answer that question. You understand that you can't sit up there and say you don't understand when you do; right?

A. Right. In 2014?

Q. Excuse me. Answer that question.

A. Oh, I understand what you're saying.

Q. All right. Then I'm going to ask the next question.

On March 10th of 2014, did you tell members of law enforcement that you didn't know anything about the homicide of Javier Molina because you weren't even in the pod?

A. Yes, ma'am.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

430

Q. Thank you. And on December 22nd of 2014, did you have contact with members of the STIU unit at the Penitentiary of New Mexico?

A. December 22nd?

Q. 2014.

A. No, ma'am.

Q. On January 4th of 2016, did you give an interview to the FBI?

A. 2000 when?

Q. 2016. This is your first contact with Agent Acee.

A. Yes, ma'am.

Q. And during that interview, which I think you've told us was four hours long, did you say anything about seeing paperwork that somebody supposedly brought down from the Penitentiary of New Mexico regarding Javier Molina?

A. No, ma'am.

Q. On February 9th of 2016, you were interviewed by the FBI; right?

A. Yes.

Q. And during that meeting, did you say anything to the FBI about actually seeing paperwork that was supposedly brought down regarding Javier Molina?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

431

A. I can't recall.

Q. What about February 16th, 2016, did you also have an interview with the FBI on that day?

A. Yes, ma'am.

Q. And during that interview, did you say anything about seeing paperwork regarding Javier Molina?

A. No, ma'am. I can't recall.

Q. Well, is it no, or is it you can't recall?

A. I can't recall.

Q. On July 12th of 2016, you had yet another interview with the FBI regarding this case; right?

A. Yes, ma'am.

Q. And the during that interview, did you say anything to the FBI about you seeing paperwork regarding Javier Molina?

A. On when?

Q. July 12th of 2016.

A. Yes, by that time, yes, for sure.

Q. You're for sure you talked about it then?

A. Yes, had to be.

Q. Just so that we can be accurate, Mr. Cordova, would you like to review a report of that interview with the FBI? Just to make sure. And perhaps --

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

432

A. Yes.
Q. -- point out to me where it was that you talked about seeing the paperwork.
A. Before -- I don't write the reports, so I don't know what's in the report or not.
Q. So you don't want to see it?
A. If it's not in there, then there's no point for me to even see it; right?
Q. My question is: Do you want to see the report or not?
A. No, ma'am.
Q. It's up to you.
A. I'm good.
Q. So let's move forward. On December 12th of 2017, we've already talked about this, you actually testified in a pretrial hearing in this case; right?
A. Yes, ma'am.
Q. And at any point during that hearing did you testify that you actually saw paperwork that had been brought down to Southern regarding Javier Molina?
MR. CASTELLANO: Objection, Your Honor. That wasn't the subject of that hearing and she knows that.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

433

THE COURT: Overruled. You can --
A. Yes, ma'am.
THE COURT: -- go out there on redirect.
BY MS. JACKS:
Q. You're saying you testified to that during that hearing?
A. Yes, ma'am.
Q. On December 15th of 2017, so that was just a few months ago, I think this was the telephonic interview that you had with Agent Acee. Do you recall that conversation?
A. Yes, ma'am.
Q. Did you tell Agent Acee on December 15, 2017 that you actually saw paperwork that was brought down to Southern regarding Javier Molina?
A. I don't think we talked about it then.
Q. So that's a no?
A. No, ma'am.
Q. And what about January 24th, 2018, did you say anything -- you had another meeting with prosecutors and the FBI on that day; right?
A. Yes, ma'am.
Q. And you didn't say anything in that meeting about seeing paperwork at Southern regarding Javier Molina, did you?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

434

A. I don't believe so, Miss.

Q. So today is the first time that you're saying that?

A. No, ma'am.

Q. And let's get your story -- let's get your story today straight, because I want to try to understand it. I think you said that you saw some paperwork that Mr. Herrera showed you?

A. Yes, ma'am.

Q. And can you tell me what day is it that you claim this actually happened?

A. It could have been either March 6th or March 7th. It was the same day the murder happened.

Q. Well, okay. You told me two days and then you told me one day. So let's --

A. I can't -- that's what I'm saying. I can't --

Q. Let me stop.

A. -- know for sure date.

Q. Let's see if we can't figure this out.

A. Yes, ma'am.

Q. Okay. According to the story that you're telling us today, did you see that paperwork the day that Mr. Molina was killed?

A. Yes.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

435

Q. Or the day before?

A. No, I seen it the day he was killed.

Q. Okay. And according to your story, when did you see it, what time of day?

A. Yes, I -- around, I would say, around 1:00 in the afternoon.

Q. Okay. So you're timing it after lunch?

A. Yes, ma'am.

Q. After -- so once you were released from your lunch lockdown?

A. Yes, ma'am.

Q. Prior -- so around 1:00, is there something that was happening in the pod that you're tying that time period to?

A. Yes, ma'am. I was sitting down in front of Archie, Archie's cell, and that's when Herrera was showing me the paperwork.

Q. So -- and 1:00 p.m. is your best estimate?

A. Yes, between 1:00 and 2:00.

Q. Okay. On March 7, 2014, between 1:00 and 2:00 p.m.?

A. Yes, ma'am.

Q. In yellow pod, is your story?

A. Yes, ma'am.

Q. And I think when Mr. Castellano asked you

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

436

the questions, you said it was more than one page, it was several pages?

A. It was a few pages. It was like in between some legal paperwork of Lupe Urquizo's paperwork, it was in the middle. It was in a Manila envelope. And all I remember, the Manila envelope was kind of ripped on the top, like to open it, when you open mail. That's all I remember.

Q. And what was in this Manila envelope, these few pages that you're talking about?

A. Yes, ma'am. It was just something about a robbery, about --

Q. I'm not -- I'm asking you not what the paperwork said right now. I'm asking you physically how it appeared.

A. Right, Miss.

Q. So just so that we get your version of things straight, you're saying that whatever it was, was a few pages?

A. Yes, ma'am.

Q. And it was white paper?

A. Yes, ma'am.

Q. Did it have typing on it?

A. Yes, ma'am.

Q. And was the typing black and white or was

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

437

it in color?

A. No, ma'am, it was in black letters.

Q. Black letters?

A. Yes, ma'am.

Q. And the pages were taken out of a Manila envelope with a rip on the top?

A. Yes, ma'am.

Q. And do you have an estimate of the number of pages that you're claiming you saw?

A. It was in the middle of legal work, right in the middle. And there was maybe about three or four pages that was paperwork, actual paperwork on Javier Molina. And what I remember from it is the -- his name was in bold letters, some of it was in bold letters. And that was it. That's all I can remember.

Q. So some of the writing, you say, was in bold?

A. Yes, ma'am.

Q. Was there any other colors on the paper that you're telling us about?

A. Not that I can remember, not that I can recall. The only thing I know is his name was underlined.

Q. Well, wait. You said bold.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

438

A. Bold letters. And his name was underlined. It stood out.

Q. Stop, okay? Because you said two different things so I want to make sure that we get this straight. You initially said it was bold; correct?

A. Yes, because it stood out.

Q. Let me stop you. And bold, so that we know we're speaking the same language, means that it's darker than the other printing on the paper. Is that what your understanding of bold is, Mr. Cordova?

A. No, his name was underlined is what I remember. That's what I can recall from the paperwork, his name was underlined. It was like bolded --

Q. Can you go back and answer the question that I asked?

A. Yes, ma'am.

Q. The question that I asked is, is your understanding of the term "bold" meaning that the printing is darker than the other print on the page.

A. No, what I mean is it stood out. His name was underlined.

Q. So what you're saying is that it wasn't

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

439

bold print, it was regular print but underlined?

A. No, it was -- it was -- I think it was a little bit darker, it was kind of bold. Because it stood out. All I know is the name, when I -- you can look through the paperwork right away. What stood out first right away was his name. I remember that. And I read through the paperwork and I was just, like, whatever.

Q. Mr. Cordova, I'm not asking you what your reaction was. I'm asking you what you're saying you saw.

A. That's what I saw.

Q. Do you understand the difference in that?

A. What I remember is his name stood out. And his name was underlined in the paperwork. And that's all I remember.

Q. You've said two different things, so I want to pick one.

A. Yes, ma'am.

Q. If you don't know, say you don't know.

A. No.

Q. But you've said two different things and I want to just register that, I want to make sure we have a chance to at least have a meeting of the minds as to what you're saying.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

440

A. Okay.

Q. Okay. So you've said it was bold.

A. Yes, ma'am.

Q. You said it stood out, and you said it was underlined.

A. Yes, ma'am.

Q. Okay. I just want to -- if -- according to you, I think we understand bold means darker than?

A. Yes, ma'am.

Q. So are you sticking with your story that it was bold?

A. What I'm trying to say is --

Q. Excuse me. Can you answer the question?

MR. CASTELLANO: Your Honor, he's trying to answer the question.

THE COURT: Well, I'll let Ms. Jacks control the witness. Overruled.

A. All right, Miss.

BY MS. JACKS:

Q. Can you answer the question?

A. All I remember --

Q. Are you sticking with your story that it was bold?

A. It stood out. That's all I know.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

441

Q. Okay. So you don't know if it was bold or if it was underlined; but for some reason you have an image of the name standing out?

A. Yes, because it was underlined.

Q. Okay. Mr. Urquizo -- I'm sorry, excuse me. Mr. Cordova, I'm not asking where you're housed, okay? But you were transported from somewhere down here to testify; right?

A. Yes, ma'am.

Q. And when did that transport occur? Are you looking at somebody in the back for answers?

A. What was it, like December? No, January, the beginning of January.

Q. And during the time that you've been awaiting to testify, have you been housed with other government cooperating witnesses?

A. Yes, ma'am.

Q. And can you list for us the ones that you remember being housed with?

A. BB.

Q. That would be -- do you know his real name?

A. Yeah, there is BB, Red, Blue, Crazo. Most of them guys I know by their nicknames. Most of us go by our nicknames so that's why --

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

442

Q. Why don't want give me the nicknames and then we'll go through and pair them up with the real names.

You said BB, Red, Blue and Crazo.

A. Yes, ma'am.

Q. So who else? Anybody?

A. Playboy. And that's it. That's all I can recall.

Q. So let's test my memory. BB, is that Javier Rubio?

A. Yes, it is, Miss.

Q. Red, is that Timothy Martinez?

A. Yes, ma'am. Yes, ma'am.

Q. Blue, is that Mario Rodriguez?

A. Yes, ma'am. Yes, ma'am.

Q. Crazo, is that Eric Duran?

A. Duran, yes, ma'am.

Q. And Playboy, is that Frederico Munoz?

A. I know it's Freddie. I don't know if his last name is Munoz. I know it's Frederico, though.

Q. And do you know whether each one of those people has previously testified in this trial?

A. To my knowledge, no, ma'am.

Q. Let's move on to another topic. And I want to talk to you -- well, first of all, I want to

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

443

ask you a question. I want to go back to the day that Javier Molina was killed.

A. Yes, ma'am.

Q. And you were housed in yellow pod; right?

A. Yes, ma'am.

Q. And Mr. Molina was housed in blue pod?

A. Yes, ma'am.

Q. Now, when the incident happened, when Mr. Molina was assaulted, did you see him run out of blue pod?

A. No, I seen the door open to his pod. And right at the door is where I seen him like, kind of like, you know what I mean? So when you look through the door, he's kind of like -- I thought he had came out, but what I came to see is he fell right there, right at the door, right where the door opens to the pod. Right there at the corner of the wall and the doorway, that's where I seen him.

Q. We've talked --

A. Kind of like coming out of the pod but not coming out of the pod. You get what I'm saying?

Q. We talked a little bit about your December 15th, 2017 interview with the FBI; right?

A. Yes, ma'am.

Q. And during that interview were you asked

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

444

about your observations the day that Mr. Molina was killed?

A. Yes, ma'am.

Q. And did you tell the FBI -- let's see, and this would have been Agent Acee.

A. Yes, ma'am.

Q. This was a meeting that -- actually, this was the telephonic meeting; right?

A. Yes, ma'am.

Q. Where Agent Acee was with your lawyer and then they called you?

A. Yes, ma'am.

Q. Did you tell Agent Acee on December 15th of 2017 that you observed Molina exit the blue pod with a nurse and corrections staff?

A. I said there was a nurse there, there was a nurse and staff.

Q. Let me --

A. The nurse had just left.

Q. Excuse me, Mr. Cordova. I'm going to ask you a question, you answer it. And then I'm going to ask you another question, and you're going to answer that. And then if there is some sort of explanation, Mr. Castellano can bring that out on redirect, okay?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

445

So the question is: On December 15th of 2017, did you tell the FBI, specifically Agent Acee, that you observed Molina exit the blue pod with a nurse and corrections staff?

A. Not -- not exit with them. I know they were around.

Q. So the answer, then, to the question would be no; right? If you didn't say it, the answer to the question is no.

A. That's probably what I told them, that's probably what I said.

Q. Okay. I'm going to ask the question again and I'm going to get an answer to it. And the answer is going to be yes or it's going to be no.

A. Yes, ma'am.

MR. CASTELLANO: Objection. Asked and answered.

MS. JACKS: It hasn't been answered.

MR. CASTELLANO: She didn't like the answer.

MS. JACKS: That's not correct.

THE COURT: Overruled.

BY MS. JACKS:

Q. Mr. Cordova, did you tell Agent Acee on December 15th of 2017 that you observed Molina exit

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

446

the blue pod with a nurse and corrections staff?

A. No, ma'am.

Q. Did you tell Agent Acee on December 15th of 2017 that you saw Molina fall down onto the ground right outside the door?

A. Right where the door opens outside.

Q. That's another question, that's a yes or no. Okay? So I'm going to ask it. The answers are either yes or no.

A. I guess.

Q. Did you tell Agent Acee on December 15th of 2017 that you saw Molina fall down onto the ground right outside the door?

A. Yeah. I seen him fall down right outside the door. I was looking out --

Q. Wait. That's not -- the question --

A. Yes.

Q. Okay. We need be very clear.

A. Yes, ma'am.

Q. The question is not what you saw or what you now say you saw. The question is what you told Acee on December 15th. Do you understand the distinction?

A. Yes, ma'am. Yes.

Q. So let's try it one more time.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

447

A. Yes, ma'am.
Q. On December 15th of 2017, did you tell Agent Acee that you saw Molina fall down onto the ground right outside the door?
A. Yes, ma'am.
Q. Okay. I want to talk to you a little bit about your testimony yesterday about Mr. Sanchez asking you for a shank.
A. Yes, ma'am.
Q. Okay. And maybe it was this morning, I can't remember if it was -- I think it was yesterday and again this morning. And I think what you told this jury was that either on March 6th or 7th, Daniel Sanchez asked you for a shank or a fierro.
A. Yes, ma'am.
Q. So I'm correctly stating what your testimony was here in this trial?
A. Yes, ma'am.
Q. First of all, did you tell that to the FBI at any point in 2014, during any of your interviews?
A. I can't recall, Miss.
Q. Did you tell that to the FBI or law enforcement at any point during 2015?
A. I can't recall, Miss.
Q. Did you tell that to the FBI or law

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

448

enforcement at any point during the year 2016?

A. I can't recall, Miss.

Q. Well, the first time you ever mentioned to anybody in law enforcement about Mr. Sanchez supposedly asking you for a shank was on this same December 15th, 2017 phone call, wasn't it?

A. I can't recall, Miss. I don't -- no, that was not the first time, I don't believe so.

Q. Well, when you brought it up on December 15th of 2017, did you say that Mr. Sanchez asked you for a shank on March 6th or 7th, right before Mr. Molina was killed?

A. Yes, ma'am.

Q. Let me ask you a question. This is a another one of those yes-or-no questions, and it regards what you told Agent Acee. Are you ready for it?

A. Yes, ma'am.

Q. So on December 15th of 2017, did you tell Agent Acee the following: While living in yellow pod in March 2014, Cordova had a fierro, or shank. About a week before Urquizo and Varela arrived, Daniel Sanchez asked Cordova for his shank?

A. Yes, ma'am.

Q. Do you agree with me that that's different

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

449

than what you've told this jury during this trial?

A. Yes, ma'am.

MS. JACKS: I have nothing further.

THE COURT: Thank you, Ms. Jacks.

Anything from Mr. Baca, Ms. Duncan?

MS. DUNCAN: No questions, Your Honor.

THE COURT: Thank you, Ms. Duncan.

All right. Mr. Castellano, do you have redirect?

MR. CASTELLANO: Yes, Your Honor.

REDIRECT EXAMINATION

BY MR. CASTELLANO:

Q. Mr. Cordova, if you didn't say anything to the FBI about the Molina murder, how did you find yourself next to Mr. Perez and Mr. Herrera? Did that magically happen without you telling them something about the Molina murder?

A. I told them about the Molina murder.

Q. And so when you told them, you testified yesterday you knew someone was missing when you saw the people come into MDC in December; is that correct?

A. Yes, sir.

Q. As so when that happened, once again, how did you find yourself next to Mr. Perez and

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

450

Mr. Herrera if you didn't say anything to the FBI about that?

A. Because they put me there because I told them about the murder.

Q. That would make sense, wouldn't it?

A. Exactly.

Q. Is it your testimony that you believe that each of these individuals would say something to you about the Molina murder because they were in fact involved with it?

A. Yes.

Q. And did each of them make admissions to you about their involvement in the Molina murder?

A. Yes.

Q. The defense attorneys asked you about -- Mr. Perez' attorney asked you about why you said certain things on the phone in terms of facing the death penalty and threats to your family. Why did you say things like that to your family on the phone?

A. My family come from the same background I come from. My mom is a Sabarenas (phonetic), Barelas. My dad used to run drugs. My family, they look down on rats. My whole life I was taught never to rat.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

451

I was conflicted. I was going through -- I didn't know my phone calls were going to be blown up like this. You know, it was just something to help me cope with what I was doing.

Q. Let me ask you this. How did people like your mom and your dad feel about you cooperating with the Government? Do they support that?

A. No, they don't. Before my wife didn't even support it until I kind of talked her into it. Then she was like, "I got you." You know what I mean? And like I said, you know, I thought they were private conversations with my family. I was going through a lot of conflicted emotions at the time.

Q. Let's talk about that. You told us yesterday that you were in a gang before age 10.

A. Yes, sir.

Q. And so what have you known your whole life?

A. Never to rat. And what civilians see as right, we see as wrong. What you guys see as wrong, we see as right. And my whole life I was taught that.

Q. So what were you conflicted about when you decided to cooperate with the Government?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

452

A. My whole reputation, everything I ever worked for, and I worked hard for it. I did years in solitary confinement for it. I've been stabbed. I've been beat up. I've been shot at. Been shot. I defended my neighborhood. I fought hard for my reputation. And to me, that's who I was. When I did this, I was just tired. I had enough.

Q. And when you -- before you cooperated, what would you have done to people like you?

A. I would have smashed them or I'd have killed them. And I have. I've smashed rats. I've done bad things to people that have doing what I'm doing, yes.

Q. Now, there is talk about rumors about moving on Rudy Perez. Would anyone have moved on Rudy Perez without paperwork?

A. No. Those are rumors. You just need black and white to prove it.

MR. VILLA: Objection. Your Honor, he's speculating about what other people might have done.

THE COURT: Well, he can give his understanding. He'll couch it in those terms.

BY MR. CASTELLANO:

Q. Like you said, at this point it was a he said/she said about what he may or may not have said

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

453

to law enforcement.

A. You can't move on another brother without that. Not in those times. Brothers were putting a stop to that.

Q. And Rudy Perez made pretty clear to you that he's a solid brother who follows the rules; isn't that true?

A. Yes.

Q. And did he tell you that when New Mexico State Police asked him about the shanks, that he said that he was in the shower when they disappeared? Did he tell you that?

A. That he was in the shower when they disappeared?

Q. He wasn't even there whenever the shanks gotten taken.

A. Yes. He told me he wasn't around when the shanks got taken.

MS. JACKS: Excuse me, Your Honor. To the extent that the cross-examination is referencing statements by Mr. Perez, we'd request limiting instructions.

THE COURT: Since these statements are part of telephone calls, I will give the limiting instructions. These are statements that we're going

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

454

over from the telephone calls, so you can only consider them as to Mr. Perez, not as to the other three gentlemen.

Mr. Castellano.

BY MR. CASTELLANO:

Q. Isn't that what a good brother does, he throws law enforcement off and doesn't make admissions?

A. Of course. That's why I denied it in 2014, when they came and asked me, of course I'm not going to tell.

Q. I was going to get to that. So in 2014, law enforcement approaches you about what you know about Molina. Were you a good SNM member at that time?

A. Yes, I was active. And of course I'm not going to rat to law enforcement and ruin my career. It's a career. When you're a gang member like we are, what you guys see, lawyers. Imagine, yourself, Mr. Castellano, right now, in your life, in your career, if you picked up a charge, how life breaking that would be; right?

Q. I understand your point.

A. Well, that's the same way I feel right now. I'm ratting. I'm a rat. In our world, I'm a

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

455

piece of junk. I'm worthless now. I'm scum. I threw all my reputation away. All my career.

And I know it's hard for some of these people to understand because they never lived it, but when I put it in them terms, if one of these individuals, these lawyers right now were to pick up a charge --

MS. JACKS: Excuse me, Your Honor. I don't think there is any question pending.

A. You know what I'm saying?

THE COURT: Well, let's go to a question and answer.

BY MR. CASTELLANO:

Q. I need you to listen very carefully to my questions. I'm going to give you lots of chances to explain things that the defense attorneys didn't let you. Okay?

A. Yes.

Q. I'm going to cover all those areas.

MR. VILLA: Objection, Your Honor, to the comment.

THE COURT: Let's not comment on the evidence. Just ask questions.

MR. VILLA: Well, it's the comment that the defense attorneys didn't let --

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

456

THE COURT: I said don't comment on it. So that's been taken care of, Mr. Villa.

Mr. Castellano.

BY MR. CASTELLANO:

Q. Mr. Cordova, we're going to take our time with this and I'm going to give you a chance to explain. Okay? I need you to listen very carefully to my questions and we're going to take them one at a time.

You were asked by Mr. Perez' attorney about Mr. Perez being sick and him having the walker and him having medications and things of that nature. Do you remember that?

A. Yes, sir.

Q. Now, when you asked him questions almost two years after the Molina murder, did he seem to have any problem understanding what you were asking him?

A. No, sir.

Q. Was that captured on the recordings?

A. Yes, sir.

Q. So even two years later with his illnesses and his medications, did he seem to have any problem understanding what you were saying?

A. No sir.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

Q. Or recalling what he did?
A. No, sir.
Q. You were asked about a previous question when you testified before this Court about using drugs. Do you remember that?
A. Yes, sir.
Q. Now, do you know how the defense attorneys know that you used drugs?
A. Because I was honest. I came forth and I said this is -- I've been messing up, man.
Q. Who did you tell that to?
A. I told that to you.
Q. And when you told that to me, did you know I would tell the defense attorneys about that?
A. Yes.
Q. So the only reason they know about it is because you told us?
A. Yes.
Q. And what was going on in your life at that point when you decided to use those controlled substances?
A. I made a very bad mistake in my life and I did what I did in that visiting room and I was stupid. I felt like everything I did -- because when I was a gang member, an SNM Gang member, I was



458

real well respected, not only with them but in the streets by other gang members. I had real respect in the streets.

Q. So how were you feeling about that then with this change to being a cooperating witness?

A. When I did that for the federal government and the stupid decision I made that day in the visiting room, I was like what am I doing? I'm still destroying everything I touch. Everything I'm touching, I'm still destroying it. You know, I'm not going to lie. There was times I wake up in my sleep saying I should have just pled the Fifth. I had conflicting emotions inside me. I was struggling myself because now I'm a rat.

Q. Were there times, then, where even you were still having some hesitation about cooperating?

A. Yes, there was.

Q. You were asked a question about beating your wife for the SNM. Was that SNM related?

A. Yes, it was.

Q. And does the SNM require you to put them first before anybody else?

A. You put them before anything else. Even before yourself, you're supposed to at all times.

Q. You were asked about whether you were

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

459

involved in the Shane Dix homicide. Do you remember that?

A. Yes. I wasn't involved.

Q. And did you provide law enforcement the names of the people who were involved?

A. Yes.

Q. Were those people charged?

A. Yes.

Q. When there is discussion about Rudy Perez cooperating, was there any proof at that time that he'd cooperated?

A. No.

Q. You were asked by Rudy Perez' attorney about whether doing a little includes keeping your mouth shut.

A. Yes.

Q. Do you recall that Rudy Perez did more than just keep his mouth shut?

A. Yes.

Q. What did he do?

A. He provided the shanks that were used.

MR. VILLA: Objection, Your Honor. It's mischaracterizing. This is what Mr. Perez said, not what he actually did.

MS. JACKS: I would join in that and ask

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

460

that it be limited as well.

THE COURT: Well --

MR. CASTELLANO: I'll be happy to rephrase, Your Honor.

THE COURT: Well, I've got a couple of objections here. I've given a limiting instruction, I'll give it again. These are conversation with Mr. Perez. You're not to consider them as to the other three defendants.

All right. Rephrase your question.

BY MR. CASTELLANO:

Q. What did Mr. Perez admit to you that he did?

A. He gave the shanks from -- the metal from his walker to produce the shanks to kill Javier Molina. So yes, he did more than just keep his mouth shut.

Q. In this case you talked about the paperwork that you saw. Did you receive a tablet in this case with any discovery on it?

A. No, sir. I was never charged, so --

Q. Do you even know if the paperwork is on the tablets?

A. I can't tell you. I've never seen the tablets. You guys have tablets.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

461

MR. CASTELLANO: If we can, can we pull up Exhibit 179? It's on the defense side. It's going to be Exhibit 179.

MS. JACKS: I thought defendants' exhibits started with letters?

MR. CASTELLANO: It's the Government's Exhibit 179, but it was shown by the defense today on the visualizer.

BY MR. CASTELLANO:

Q. Go to page -- once we get there, if we can go to page 20535, please.

Now, at any point did Mr. Perez tell you that he was worried that he was going to be hit over all this talk?

A. No.

Q. And when you mentioned to him that people were talking about him, did he at least defend his honor?

A. Yes.

Q. And did he tell you that he'd already spoken to other people and they told him that he was fine?

A. Yes.

Q. And I'm going to show you an example here on 20535, where it says "When everything went down

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE
MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

462

and the discovery actually got there, Baby G shot me with -- we got -- he said Rudy, don't worry, it's exactly like you said." Who is Baby G?

A. Baby G is another influential member in the SNM organization.

Q. So would you describe him as influential?

A. Yes.

Q. And who was Baby G close to?

A. Anthony Ray Baca, Pup.

Q. So all the way to the top, basically?

A. Yes, the jefe of the organization.

MS. BHALLA: I object to the characterization.

THE COURT: Overruled.

A. Yeah, he's the jefe of the organization.

BY MR. CASTELLANO:

Q. So in terms of him explaining to you the position he was in, did he seem to have any concern given the fact that Baby G told him he was fine?

A. Yes. No, he didn't have no concerns.

Q. Okay. Now, in Exhibit 185, there's a discussion about Jesse Sosa and the paperwork. And Mr. Perez said he heard about it. Do you remember that?

A. Yes.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

463

Q. So if you're talking about Jesse Sosa and paperwork, can you be talking about anything else other than Molina?

A. No.

Q. And as Mr. Perez was criticizing the way that the Molina murder went down, do you remember what he said about how he would have done it?

A. Yes.

Q. How was that?

A. Clean.

Q. And how would it have been clean? What was his idea about a clean hit?

A. Not jeopardizing the ride that way so we could have still came out to the lines.

Q. What do you remember him saying about, something about a hotshot?

A. Yes. He said I would have gave him a doble, a hotshot, killed him that way. He said he was -- if I was a drug addict and liked to use drugs, so it will be cleaner.

Q. Was that captured on the recordings?

A. Yes, sir.

Q. So did he say it shouldn't have happened or it should have just happened cleaner?

A. No, he never said it shouldn't have

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 464

happened, he said it should have happened cleaner.

THE COURT: Mr. Castellano, would this be a good point for us to take our lunch break?

MR. CASTELLANO: Yes, Your Honor.

THE COURT: All right. We'll be in recess for about an hour. All rise.

(The jury left the courtroom.)

THE COURT: All right. We'll be in recess for about an hour.

(The Court stood in recess.)

THE COURT: All right. We'll go on the record.

Is there anything we need to discuss before we bring the jury in? Anything I can do for you, Ms. Armijo?

MS. ARMIJO: No, Your Honor.

THE COURT: How about from the defendants? Anything we need to discuss, anything I can do for you?

MS. BHALLA: No, thank you, Your Honor.

MS. ARMIJO: Your Honor, I do have something.

THE COURT: Okay.

MS. ARMIJO: I believe after Mr. Cordova is done, which hopefully will be soon here, we have

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

465

two more witnesses and then the defense is going to start their case.

Ms. Jacks has indicated she's going to call an investigator, and she has basically what would be Jencks, what he's going to testify about, a report. As you know, we gave Jencks early in this case. We've requested it. And she said she's not going to give it to us until we rest. We request that now so we can start working on it since he will be a witness this afternoon.

MS. JACKS: And having just spoken with Ms. Armijo, I was on my way over to give her the report. It's not worth fighting over.

MS. ARMIJO: Okay.

And, Your Honor, just along those same lines, I believe I made a written request for Jencks a couple of days ago. I know we had the issue this morning that I believe has been resolved, but I just want to put on the record that if there is any Jencks or reports that any experts are relying on or anything else, that we request that to be disclosed right away.

THE COURT: Can the defendants live with that request?

MR. VILLA: Your Honor, I don't know what

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

466

Jencks is, because I think Jencks only applies to the Government. But certainly if there were a report, I could understand that.

THE COURT: Well, I think that's what Ms. Armijo is saying. It's not technically Jencks material, but it's a description of statements by the witness. Everybody agree to produce those as soon as possible?

MR. VILLA: Yes, Your Honor.

THE COURT: Do you agree with that, Mr. Lowry?

MR. LOWRY: Absolutely, Your Honor. The only thing we would have is the reports from the forensic expert, Tim Bryan. But they have everything that we've had. And we've agreed to give them -- to give it to them as soon as we get it. Other than that, I'm not aware.

THE COURT: Just do a mental checklist, and see if you remember any statements the witness made, and try to get them to the Government as soon as possible.

All rise.

(The jury entered the courtroom.)

THE COURT: All right. Mr. Cordova, I'll remind you that you're still under oath.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

467

THE WITNESS: Yes, Your Honor.

THE COURT: Mr. Castellano, if you wish to continue your redirect, you may do so at this time.

MR. CASTELLANO: Yes, Your Honor. Thank you.

BY MR. CASTELLANO:

Q. Okay. Mr. Cordova, turning to the time when you abused the contact visits at the prison. Do you remember that?

A. Yes, sir.

Q. And do you remember whether the FBI recommended that you be investigated for that both through New Mexico State Police and Child Protective Services?

A. Yes, sir.

Q. Were you charged with any crimes as a result?

A. No, sir.

Q. I'm going to draw your attention to Defendants' EJ. This is the letter about the pizza party. Do you remember that?

A. Yes, sir.

Q. So had you read this letter before?

A. I believe no.

Q. Did you write this letter?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

468

A. No, sir.
Q. Did you know what was in the letter?
A. No, sir.
Q. Now, despite the fact that you may not have read the letter beforehand, did you still have this pizza party?
A. Yes, sir.
Q. And were people allowed to visit you, including family?
A. Yes, sir.
Q. Was that a big deal to you?
A. What do you mean, "a big deal"? Like --
Q. Well, was it nice to have family visit you?
A. Yes, I appreciate it.
Q. And even though you didn't write the letter, did you also reject the beliefs and values of the SNM when you decided to become a cooperator?
A. Yes.
Q. And did you find your previous actions as an SNM Gang member shameful?
A. Yes, sir.
Q. Now, it talks about being a full and responsible participant in our society. Is that what you'd like to do?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

469

A. Yes.
Q. Are you perfect?
A. No.
Q. Do you still make mistakes?
A. All the time.
Q. And here it claims, "We are proud of our cooperation with NMCD and the FBI." For you, is that true or not?
A. To be honest with you, I wish I would never had to go out like this. I wish I would have never had to be a rat. I still have conflicting emotions about that.
Q. So even today, is it difficult for you to be doing something like this?
A. Of course.
Q. Pretty much immediately after this is discovered, the FBI cut you off as a confidential human source; right?
A. Yes, sir.
Q. And you were asked whether you recorded somebody named Gabriel Valdivia in April of 2017. Do you remember that?
A. Yes, sir.
Q. And even though you weren't getting compensation or anything from the FBI, did you agree

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

470

to do that for the corrections department?

A. Yes, sir.

Q. Who was Mr. Valdivia?

A. Valdivia, he was a real Sureno. He was hooked up in the federal system with the Mexican Mafia. And he thought I was still an active SNM Gang member so he tells me, "Hey, check this out, homie, I got word from my homies" --

Q. I won't ask you what he said. But let me ask you this. Did he tell you about incriminating things?

A. Yes. He told me about some stabbing. He's told me about some criminal activity and about joining up forces with the SNM. Kind of scared me.

Q. Were you able to capture some of the things that he said on recordings?

A. Yes.

Q. Earlier you were trying to make a distinction between working for the FBI and things you said the administration wanted you to do. Do you remember that? First of all, who are you referring to when you say the administration?

A. The administration is the prison. Like going to RPP, when you're there -- once you're there, that's why I say it's not like a real

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

471

opportunity because they expect for you to tell on everything. And you're so much under the microscope because you're an ex-prison-gang member, they expect you to to tell on every little thing. That's not the way I was raised.

Q. Is RPP part of the FBI?

A. No, sir.

Q. You were asked if you were housed next to Mario Rodriguez and other people who are cooperators in this case in 2015. When you were housed next to those people, were they cooperating?

A. No, sir.

Q. And do you recall that people weren't even charged in this case until December of 2015?

A. Correct, sir.

Q. So to say you were housed next to cooperators in 2015, did you know that any of them were cooperating at that time?

A. No, sir.

Q. Now, you were asked about people -- basically people talking smack about Carlos Herrera and he got talking on the recordings. Did you put words in his mouth?

A. No, sir.

Q. Are those words Carlos Herrera's words on

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

472

the recordings?

A. Yes, sir.

Q. Now, you were asked about benefits. And in your mind, were some of the things you received the result of renouncing SNM membership?

A. Yes, sir.

Q. Now, when you got paid from the FBI, that was a benefit, wasn't it?

A. Yes, sir.

Q. Now, when you got moved out of solitary confinement, was your understanding that was a result of cooperation or for renouncing the gang?

A. Renouncing the gang.

Q. What about getting moved into RPP?

A. Renunciation of the organization.

Q. What about your phone calls?

A. Renunciation of the organization. All administrative stuff.

Q. What about your contact visits?

A. Yes, the same thing, the renunciation of the organization and all administrative stuff, I believe.

Q. And when you abused the privilege for contact visits, did you get those anymore?

A. No, sir.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

473

Q. And what else did you get in terms of punishment from the Corrections Department?
A. I got six months in the hole in lockup. I got one year loss of all phone calls, all canteen privileges, all visits. All that stuff.
Q. You were also asked about the witness protection program.
A. Yes, sir.
Q. What's your understanding of that program?
A. My understanding to that program is that they help you for your first six months, get on your feet. That way they set you up so you could be a productive member of society instead of just throwing you out there. That's what's always been my understanding, is that. It's what they do with individuals, they take them, they change their name, their identity and they set them up with a job. And they start them off in an apartment and start them off with like a car or something, nothing fancy. But they help them. They give them like a hand up in society, that way they can go on and be better.
Q. What's your understanding of what happens basically once you get on your own two feet?
A. They cut you off. I think it's only a six-month process. By then, you've got to do

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

474

everything else on your own.

Q. What's your understanding if you violate the rules of that program?

A. The same thing. They terminate you.

Q. Now, are you in that program now?

A. No, sir.

Q. Do you hope to be in that program?

A. To be honest with you, at this point I don't -- I don't know.

Q. Are you even sure about that?

A. Right now, it's just -- everything that's going through me right now, I just -- it's hard. It's hard. I don't even know -- I don't know what I'm going to do when I get out. I don't.

All my life, I've lived this way, been a gang member. And now I don't have no credibility on the streets. I'm a felon. I'm all covered in tattoos. Tattoos that I earned by putting in work for the gang. So you can tell they're gang members tattoos. Ain't too many people going to trust me, you know, so it's kind of a hard decision.

Q. Do you have an SNM tattoo on your elbow?

A. All my tattoos are SNM except two of them.

Q. Can you show us your elbow, please?

A. (Witness complies.)

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

475

Q. And what is that tattoo basically on your forearm?
A. It's a Zia with SNM in it.
Q. Is that one of your SNM tattoos?
A. Well, yes, all of them are. My neck, my face, my arms. One on my chest.
Q. Now, how does that work out for you being a renounced member of the SNM gang with SNM all over your body?
A. It's not good. Because we're not only hooked up with SNM, we're hooked up with many other organizations around the United States, many other organizations. And I'll not only have a death sentence from the SNM, but every other organization that's out there. And if -- having these tattoos ain't good.
Q. Why might someone like you need the witness protection program?
A. Because I'm going to be -- I'm going to have a death sentence on my head by any real active gang member out there of any real organization. Because we all work together and network in the prison system.
MR. CASTELLANO: Can I have Government's Exhibit 162, please?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

476

Q. I'm not sure you'll be able to see it from this exhibit, Mr. Cordova, but I'm going to try. Going back to blue, yellow and green pods. You mentioned earlier you thought that you could see Javier Molina whenever he fell.

A. Yes, sir.

Q. How could you do that from there?

A. There's a door in yellow pod, it has a window on it. And you could look out in the horseshoe and you can see the door in blue pod, when it opens and shuts. And as it opened, like say you're coming out but you're not out, but right there at the wall and the doors is where I seen him fall down.

Q. You mentioned something that's a horseshoe. Is this considered the horseshoe?

A. Yes, sir.

MR. CASTELLANO: For the record, I have made a U shape around the officer station area on Government's Exhibit 162.

Q. And it looks like this is blue pod here. Is there a line of sight from yellow pod towards blue pod?

A. Yes, sir. Through the window of the pod door. It opens, look through the window, and you

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

477

can see when blue pod's door opens or shuts.
Q. Where do you recall seeing Javier Molina?
A. Up against this wall or -- I don't know if I can --
Q. Right here?
A. Yes. Right there on that wall, kind of where you're coming out of the door but not fully out of the door yet. I seen him right there.
Q. So that's the door to blue pod, is that correct? Where it opens up into the horseshoe?
A. Yes, sir.
Q. And from there -- now, did you see him walking out? There is mention of a nurse and Javier Molina in the report. What do you remember about the nurse and Javier Molina?
A. The CO sends the nurse out of the unit. Tells the nurse to leave.
Q. Out of which unit?
A. Out of 1-A, our unit.
Q. So out of yellow unit?
A. Yes.
Q. Was the nurse at that time giving out meds in your unit?
A. Yes. Yes, she was giving out meds. She was doing her rounds, giving out medication. And

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

478

one of the officers that are with her, when they started calling lockdown in the control center -- the control center is above the pods, they're yelling lockdown. And they're all looking into blue pod.

I go to the door and I peek out. And I'm looking, because the action, you can tell it's kind of going on right there. And the officer is telling the nurse, leave, boom, like get out of here, out of the unit door that's located right here. They tell her to leave.

And then they open blue pod, to go into blue pod, and that's when I seen Javier Molina.

Q. Now, we won't say where you're currently housed, but before trial, were you and other witnesses transported to a certain facility?

A. Yes, sir.

Q. Did you have any choice about --

A. No, sir.

Q. -- when or where you were transported?

A. No, sir.

Q. I want to ask you about your debriefs with the FBI. Do you remember first meeting with the FBI on January 4th of 2016?

A. I don't know the exact date, but around

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

479

that time, yes, sir.

Q. It's okay if you don't remember dates. If you need to see the report to refresh your recollection, let me know if you can't remember.

After that date, do you remember meeting with them three days later, on January 7th, 2016?

A. I know the first meeting, and yes, afterwards it was, yeah, a couple of days later.

Q. And then when you met with them on the first occasion, do you remember telling them things, basically -- first of all, about putting in work and what that means for the SNM?

A. Yes.

Q. Do you remember on that occasion whether you told them beginning in 2005 that you had purchased cocaine, purchased drugs from Chris Garcia and had gotten those into the prison for Daniel Sanchez and Benjamin Clark?

MS. JACKS: Objection. Beyond the scope of cross.

THE COURT: Overruled.

A. Yes, sir.

BY MR. CASTELLANO:

Q. And so back in January of 2016, you said these things to the FBI?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

480

A. Yes, sir.

Q. And during that meeting do you remember giving them SNM members' names and discussing internal SNM conflicts?

A. Yes, sir.

Q. Do you remember even telling them things about people like Leroy Torrez and the startup of the All Stars?

A. Yes, sir.

Q. Did you tell them about Arturo Garcia and issues with him?

A. Yes, sir.

Q. Is that when you had talked about actually killing Garcia in an effort to seize power and remove him?

A. Yes, sir.

Q. So does the defense know that you wanted to kill Garcia because that's what you told the FBI and it was in a report?

A. Yes, sir.

Q. Did you also tell the FBI on that occasion about narcotics trafficking?

A. Yes, sir.

Q. And so if you remember, do you remember this report being approximately three pages?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

481

A. I don't remember. I don't write the pages. I don't write the reports.

Q. And did you tell the FBI everything you knew about the SNM on that occasion?

A. Most of it, yes.

Q. Do you remember then next sitting down and speaking with the FBI on February 9th of 2016?

A. Yes, sir.

Q. Do you remember if on that occasion you told them about Rudy Perez and how he had provided his walker to make shanks for the Molina murder?

A. I remember at one point --

MR. VILLA: Objection to the characterization. What he said and what he did.

Q. I can refresh your memory if you don't remember the specific words, sir.

A. Can I see it?

Q. Sure.

MR. CASTELLANO: May I approach, Your Honor?

THE COURT: You may.

BY MR. CASTELLANO:

Q. Mr. Cordova, why don't you review this quietly to yourself. And once your memory is refreshed, you can let us know.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

482

A. Yes.

Q. And you see the date?

A. Yes.

Q. So first of all, do you remember that date being February 9th of 2016?

A. Yes, that's what the report says.

Q. What do you recall telling the FBI about Rudy Perez on that occasion?

A. That he provided the shanks that were used to kill Javier Molina from his walker.

MS. JACKS: Your Honor, to the extent that that's based on statements allegedly from Mr. Perez, we'd ask that that be limited.

THE COURT: It will be so limited. Just consider it in your discussions of the deliberations against Mr. Perez, not the other three gentlemen.

BY MR. CASTELLANO:

Q. Do you remember giving the FBI information about both Carlos Herrera and his mother, Geraldine Herrera?

A. Yes, sir.

Q. What do you remember telling the FBI about teaching Geraldine Herrera how to conceal Suboxone strips in the mail?

A. I met up with them at a Wendy's when I got

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

483

out of prison. I gave them some Suboxones. And I had one already made, made up. There is a way we do it in the mail, and I showed them. I gave it to them and I showed them how to do it. And I gave them some to do themselves.

Q. Do you remember providing any information to the FBI about the Freddie Sanchez murder?

A. Yes.

Q. Do you recall if you gave information to the FBI about Mr. Baca wanting to divide New Mexico into rayos or regions?

MS. DUNCAN: Your Honor, I'm going to object. This is beyond the scope of cross.

THE COURT: Overruled.

A. Yes, sir.

BY MR. CASTELLANO:

Q. And did you learn that information directly from Mr. Baca?

A. Yes, sir.

Q. Did you provide any information to the FBI about a 2005 situation involving Cipriano Garcia and a hotshot?

A. Yes, sir.

Q. Do you remember meeting again with the FBI for a half page report on February 16, 2016?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

484

A. No.
Q. If you don't remember, it's okay.
A. Repeat that. What was it?
Q. Do you remember meeting with the FBI again on February 16th of 2016?
A. The exact date, no, but more or less around that time I know that we had meetings.
Q. Would it help to refresh your recollection to see the report?
A. Yes, sir.
MR. CASTELLANO: May I approach, Your Honor?
THE COURT: You may.
A. I remember that.
BY MR. CASTELLANO:
Q. Is that February 16th of 2016?
A. Yes, sir.
Q. And do you remember providing information to the FBI about Sergio Rodriguez and his uncle, and the fact that they were supposed to kill someone called Big Paul?
A. Yes, sir.
Q. Do you recall giving information to the FBI about Manuel Benito's participation in the Felix Martinez murder?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

485

A. Yes, sir.

Q. And are you aware of whether or not Mr. Benito has been charged by the FBI in another case?

A. I don't know. I don't know.

Q. Do you recall giving information to the FBI on July 12th of 2016? You were asked about that on cross-examination.

A. I guess, yeah, it's there. If it's there, yeah, I give it.

Q. At that point do you recall giving information to them about the Sammy Chavez murder?

A. Yes, sir.

Q. And regardless of who did it, did Sammy Chavez get murdered?

A. Yes, sir.

Q. Did you also provide information to the FBI about the Los Carnales member who was killed by the hotshot?

A. Yes, sir.

Q. Did you also give information to them about the Shane Dix murder?

A. Yes, sir.

Q. And the Michael Giron murder?

A. Yes, sir.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

486

Q. Did you provide names that the FBI could look at to investigate them further?
A. Yes, sir.
Q. When you talked about your drug trafficking history, did you recall telling the FBI that one of the people you worked with was Chris Garcia?
A. Yes, sir.
Q. Do you remember the telephonic interview with Agent Acee on December 15th, 2017?
A. Yes.
Q. Do you know for sure?
A. Huh?
Q. Do you remember that date?
A. I don't remember the date, but I know we had a phone conference with my lawyer.
MR. CASTELLANO: May I approach the witness, Your Honor?
THE COURT: You may.
MS. DUNCAN: Your Honor, can we approach?
THE COURT: You may.
(The following proceedings were held at the bench.)
MS. DUNCAN: I object to this line of cross. I understand that Mr. Castellano has the

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

487

right to go through statements with this witness when he talked about Carlos Herrera or Rudy Perez, because that was brought up on cross. There are a bunch of statements in that Mr. Cordova -- not on cross, that have no statements about Mr. Herrera or Mr. Perez.

THE COURT: I think the defendant did a pretty good job of, you know, attacking Mr. Cordova about what he said to the FBI and when he said it and what he didn't say and things like that. So I think the Government is trying to rehabilitate him this way and I won't restrict it.

MS. DUNCAN: I understand that, Your Honor. But I didn't object on behalf of Mr. Baca, so I'm going to object to bringing in, "Did you say this about Mr. Baca." I don't think it's fair, given that I didn't make this challenge. And there are statements that didn't come in on direct.

THE COURT: Well, you know, there is a lot of statements made. If I started slicing and dicing and cutting into the Government's ability to rehabilitate him -- he was hit pretty hard on cross, and so I'm going to let him try to rehabilitate him how they can. If you need to recross, I'll certainly let you go into it.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
&
ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

488

MS. DUNCAN: Okay, thank you.

(The following proceedings were held in open court.)

THE COURT: All right. Mr. Castellano.

MR. CASTELLANO: Thank you.

BY MR. CASTELLANO:

Q. So Mr. Cordova, up to that point, it sounds like there was wide variety of topics and crimes that you discussed with the FBI. Is that fair to say?

A. Yes, sir.

Q. Now, in December of '15 -- December 15th of 2017, as we're approaching trial in this particular case, do you remember that Agent Acee called to ask specifically about the Molina homicide at that point?

A. Yes, sir.

Q. And at that point did you explain to him that in March of 2014, you mentioned names like Carlos Herrera, Lupe Urquizo and Mauricio Varela being in the pod with you?

A. Yes, sir.

Q. Do you recall if you shared with them the fact that Urquizo and Varela had brought paperwork on Molina?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

489

A. Yes, sir.

Q. And at that time do you remember sharing with the FBI the members of the people who were on the tabla at Southern at that time?

A. Yes, sir.

Q. Do those names include Daniel Sanchez and Carlos Herrera?

A. Yes, sir.

Q. Did you also provide information on people on the tabla at PNM?

A. Yes, sir.

Q. I want to ask you about a specific statement you were asked about, which talks about Mr. Sanchez giving you -- asking for a shank about a week before Urquizo and Varela arrived. Do you remember that?

A. I remember him asking me for one, yes.

Q. Do you remember in the July 15th report that it indicates that the request was about a week before the homicide?

A. Yes, sir.

Q. Do you remember clarifying that in a January 24th, 2018 report, in which you indicated that that was approximately March 6th or 7th of 2014?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

490

A. Yes, sir.

Q. So when this was going on in 2014, were you taking notes at the time?

A. Of course not.

Q. In other words, were you saying at 1:15 p.m., someone asked me this; at 2:15 p.m., I did that?

A. Put it this way. In that lifestyle, most -- half of the people we know by nicknames, because you don't want to know too much. Because when you know too much, certain things get leaked out, you don't want to be looked at. So no, I would never take notes. I never thought I would be doing this. I never thought I would be an informant rat.

Q. Do you recall giving a statement on December 15th of 2017 to Agent Acee about the fact that Daniel Sanchez told you not to worry about it because they'd gotten a fierro from a carnal's walker?

A. Yes, sir.

Q. Also on December 15th of 2017, in preparation for trial, did you at that time tell Agent Acee that Mr. Cordova -- that Mr. Herrera showed you the paperwork?

A. Yes, sir.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

491

Q. And said, "This is going to happen"?

A. Yes, sir.

Q. On that occasion did you also share with them the fact that Mr. Herrera told you to talk to your people because you were going to be locked down for a while?

A. Yes, sir.

MR. CASTELLANO: May I have a moment, Your Honor?

THE COURT: You may.

MR. CASTELLANO: Thank you, Your Honor. I pass the witness.

THE COURT: Thank you, Mr. Castellano.

Any defendants have recross? Mr. Villa?

MR. VILLA: Thank you, Your Honor.

THE COURT: Mr. Villa.

RECROSS-EXAMINATION

BY MR. VILLA:

Q. Mr. Cordova, I just want to follow up with you on a couple of things. You testified that the rumors that were going on about Mr. Perez at the time you recorded him wouldn't have been enough for the SNM to move on them; right?

A. Yes, sir.

Q. You did testify to that?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

492

A. Yes, sir.

Q. And was it your testimony when I questioned you earlier that that wasn't going to happen, they weren't going to move on Mr. Perez?

A. Because they didn't have evidence, no.

Q. But you agree that you testified on December the 12th, 2017 to Judge Browning that they were going to move on him because they thought he was talking?

A. That was the conversation.

Q. You testified to that on December the 12th, 2017, correct?

A. Yes.

Q. And you testified that they were going to move on him because they thought that he was cooperating?

A. Back then, yes.

Q. And I'm talking about your testimony under oath on December 12th, 2017.

A. Oh, back then, no. Before that.

Q. Well, time out. I'm asking -- Mr. Cordova, I'm asking you if that's what you testified to on December 12th.

A. Yes, sir.

Q. Okay. And getting back to the interview

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

493

that Mr. Castellano just talked to you about on December 15th, 2017, it's just three days later; right?

A. Yes, sir.

Q. The phone interview with your lawyer and Agent Acee.

A. Yes, sir.

Q. And in that particular interview, you told Agent Acee that the SNM had suspected that Mr. Perez had spoken to STIU?

A. Yes, sir.

Q. And you didn't say, "Gosh, what I testified to three days earlier, that wasn't right; they weren't going to move on him."

You didn't say that in that interview, did you?

A. 5I'm not understanding you.

Q. When you were interviewed on December 15th, 2017 by Agent Acee, you didn't say --

A. I understand what you're saying, but it feels like you're putting words in my mouth because you're speaking about SNM politics and something you don't understand.

Q. Well, Mr. Cordova, let me ask you about something I do understand. Okay? Is that all

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

494

right?

A. Yes.

Q. What I understand is you had a conversation with Agent Acee on December 15th, 2017; right?

A. Yes.

Q. And would you agree with me that in that conversation, you did not say to Agent Acee that your testimony on December 12th that they were going to move on Mr. Perez was not true?

A. Because they had no justification. They had no paperwork.

Q. No, no. My question to you is: In your conversation with Agent Acee, you didn't say that to him, correct?

A. I'm not understanding you.

Q. Okay. So you testified on December 12th of 2017 --

A. Yes.

Q. -- that they were going to move on Rudy; right?

A. Yes.

Q. Then you talked to Agent Acee three days later, on December 15th; right?

A. They weren't going to move on Rudy. That

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

495

was the talk. If he was a rat.

Q. Mr. Cordova, answer my questions, please. After you testified on December 12th, you talked to Agent Acee on December 15th; right?

A. I'm not understanding you.

Q. Okay, let's try it again. You testified under oath to Judge Browning on December 12th, 2017; right?

A. Yes.

Q. And I showed you the statements that you made in that hearing, didn't I?

A. So these are the same things that's in the recordings.

Q. Mr. Cordova --

A. Same stuff.

Q. Mr. Cordova --

A. Yeah.

Q. I showed you your testimony from that hearing, remember?

A. Yes.

Q. This morning I showed it to you; right?

A. And that I had already answered the question.

Q. Okay. And so the question was: At that hearing, you said they were going to move on

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

496

Mr. Perez; right? You said that. You testified to that on December 12th, did you not?

A. That's what's being said in the recordings. He knew that.

Q. I'm not asking you about --

A. There is no justification to it.

Q. Mr. Cordova, I'm not asking you about --

A. That was never a planned hit on Rudy Perez. I know what you're saying, what I testified to. If that's what's there, then that's what's there. I don't know. I don't know what to tell you.

Q. You were here. You testified; right?

A. Yes.

Q. So you ought to know what you testified about, shouldn't you?

A. Yes.

Q. And I showed you the testimony, didn't I?

A. Yes, sir.

Q. Was there any question in your mind that what I read to you was inaccurate?

A. No, sir.

Q. Okay. So that was December 12th.

A. Yes, sir.

Q. Now I'm talking about December 15th and

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

497

your conversation with Agent Acee.

A. Yes, sir.

Q. And in that conversation, you did not clarify anything about your testimony on December 12th, did you?

A. No, sir.

Q. Now let's talk about the drugs. Mr. Castellano asked you how it was that we knew you had used drugs a month and a half or so -- I guess you said it was a couple weeks before your testimony on December 12th; right?

A. Yes, sir.

Q. And you said to Mr. Castellano that you were honest, you came forth about that; right?

A. Yes, sir.

Q. You came forward with that information?

A. Yes, sir.

Q. Right?

A. Yes, sir.

Q. That's not what you testified to on December 12th when you were under oath to Judge Browning, is it?

A. No, sir.

Q. Now, Mr. Castellano asked you about a statement that Mr. Perez made about the piece from

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

498

his walker coming up missing when he was in the shower. Do you remember that?
A. Yes.
Q. He asked you if Mr. Perez had said that to you during the time that you recorded him; right?
A. During the time he recorded me?
Q. That you recorded Mr. Perez.
A. I can't recall.
Q. Okay. But you recall Mr. Castellano asking you that question, about whether Mr. Perez made that kind of statement to you while you were recording him?
A. Yes, sir.
Q. And you said he didn't make that kind of statement.
A. I didn't make that kind of statement?
Q. Well, I think if I understand your testimony on redirect, was when Mr. Castellano asked you, "Did Rudy Perez say that he told police that the walker -- the piece from the walker came up missing while he was in the shower," you said, "He didn't tell me that."
A. I can't recall.
Q. Okay. If he had told you that he had made a statement about it to the STIU, he'd be in

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

499

trouble, wouldn't he?
A. Of course.
Q. Especially if he said in the statement to the STIU something that would be considered snitching or ratting; right?
A. Yes, sir.
Q. That would be a big problem if Mr. Perez had done that; right?
A. Yes, sir.
Q. Now, Mr. Castellano asked you about February 9th, 2016, when you were interviewed by Agent Acee or other members of the federal government; right?
A. No.
Q. Just a minute ago, Mr. Castellano asked you about that February 9th, 2016 statement; right?
A. Yes, sir.
Q. And in that statement you told the federal government that Rudy provided the shanks to kill Molina; right?
A. Yes, sir.
Q. But you don't actually know how that piece came off of Mr. Perez' walker, do you?
A. Yes, I know.
Q. Well, you know what Mr. Perez told you

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

500

when you recorded him; right?

A. Exactly.

Q. And when you recorded him in February of 2016; right?

A. Exactly.

Q. You're assuming that what he told you is the truth, aren't you?

A. Exactly.

Q. But you don't know the truth because you weren't there?

A. Other members from the SNM --

Q. Mr. Cordova, let me get you to answer my question.

A. I wasn't there. I didn't visually see it.

Q. So you don't know how that piece from the walker actually came off the walker and made its way into the hands of the men that used it on Javier Molina, do you?

A. No, sir.

MR. VILLA: No further questions, Your Honor.

THE COURT: Thank you, Mr. Villa.

Anyone else have recross? Not seeing anybody, Mr. Castellano, do you have redirect?

MR. CASTELLANO: No, Your Honor.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

501

THE COURT: All right. Mr. Cordova, you may step down.

Is there any reason Mr. Cordova cannot be excused from the proceedings, Mr. Castellano?

MR. CASTELLANO: No, Your Honor.

THE COURT: How about the defendants? Anybody object to him being excused from the proceedings?

MR. VILLA: No, Your Honor.

THE WITNESS: All right.

THE COURT: You're excused from the proceedings. Thank you for your testimony.

THE WITNESS: Thank you, guys.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

502

UNITED STATES OF AMERICA

STATE OF NEW MEXICO

C-E-R-T-I-F-I-C-A-T-E

I, Jennifer Bean, FAPR, RDR, CRR, RMR, CCR, Official Court Reporter for the State of New Mexico, do hereby certify that the foregoing pages constitute a true transcript of proceedings had before the said Court, held in the District of New Mexico, in the matter therein stated.

In testimony whereof, I have hereunto set my hand on this 1st day of April, 2018.

_______________________________

Jennifer Bean, FAPR, RMR-RDR-CCR
Certified Realtime Reporter
United States Court Reporter
NM Certified Court Reporter #94
333 Lomas, Northwest
Albuquerque, New Mexico 87102
Phone: (505) 348-2283
Fax: (505) 843-9492
License expires: 12/31/18

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com