1

1          IN THE UNITED STATES DISTRICT COURT

2            FOR THE DISTRICT OF NEW MEXICO

3   UNITED STATES OF AMERICA,

4                 Plaintiff,

5       vs.            NO:  CR-15-4268 JB

6   ANGEL DELEON, et al.,

7                 Defendants.

8

9       Transcript of excerpt of testimony of

10                MANUEL ARMIJO

11            Thursday, February 1, 2018

12             Friday, February 2, 2018

13            Thursday, February 8, 2018

14

15

16

17

18

19

20

21

22

23

24

25




SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2

1                    I N D E X

2    EXAMINATION OF MANUEL ARMIJO

3     By Mr. Castellano                              3

4     By Mr. Villa                                  63

5     By Mr. Jewkes                                 72

6     By Mr. Maynard                                91

7     By Ms. Duncan                                 99

8     By Mr. Castellano                            110

9    EXAMINATION OF MANUEL JACOB ARMIJO

10    By Ms. Duncan                                119

11   EXAMINATION OF MANUEL JACOB ARMIJO

12   By Mr. Castellano                             125

13   By Ms. Duncan                                 137

14   By Mr. Jewkes                                 147

15   By Mr. Villa                                  157

16   REPORTER'S CERTIFICATE                        160

17                  EXHIBITS ADMITTED

18   Government 251-A Admitted                      55

19   Government 527, 508, 510, 512, 513, 515, 523, 51813224 and

                    Admitted
20
     Government 695 Admitted                       111
21

22

23

24

25

525



SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                        201 Third NW, Suite 1630
Santa Fe, NM 87501                               Albuquerque, NM 87102
(505) 989-4949                                          (505) 843-9494
FAX (505) 843-9492                                 FAX (505) 843-9492
                                                       1-800-669-9492
BEAN & ASSOCIATES, Inc.                     e-mail: info@litsupport.com
PROFESSIONAL COURT
REPORTING SERVICE

```
 1                    Thursday, February 1, 2018
 2              THE COURT:  All right.  Are you Mr.
 3   Armijo?
 4              THE WITNESS:  Yes.
 5              THE COURT:  If you'll come up and stand
 6   next to the witness box on my right, your left, Ms.
 7   Standridge, my courtroom deputy, will swear you in.
 8                     MANUEL ARMIJO,
 9        after having been first duly sworn under oath,
10        was questioned, and testified as follows:
11              MS. STANDRIDGE:  Please be seated.  State
12   and spell your name for the record.
13              THE WITNESS:  Manuel Armijo, M-A-N-U-E-L,
14   A-R-M-I-J-O.
15              THE COURT:  Mr. Armijo.  Mr. Castellano.
16              MR. CASTELLANO:  Thank you, Your Honor.
17                   DIRECT EXAMINATION
18   BY MR. CASTELLANO:
19        Q.   Good afternoon, Mr. Armijo.
20        A.   Good afternoon.
21        Q.   Are you known by any other names?
22        A.   Jake.
23        Q.   Do people sometimes call you Big Jake?
24        A.   Yes.
25        Q.   I want to ask you if you've been charged
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1   in relation to the SNM investigation.
 2        A.   Yes.
 3        Q.   And can you tell the members of the jury
 4   whether you were charged with racketeering and
 5   conspiracy?
 6        A.   Yes.
 7        Q.   Can you tell the members whether you've
 8   pled guilty to those charges?
 9        A.   Yes.
10        Q.   And related to those charges, have you
11   agreed to cooperate with the Government and to give
12   testimony to this jury?
13        A.   Yes.
14        Q.   Do you know what the SNM is?
15        A.   Yes.
16        Q.   What is it?
17        A.   Syndicato de Nuevo Mexico.
18        Q.   And what are they, or who are they?
19        A.   At one time we were the largest prison
20   gang in New Mexico.
21        Q.   And you said "we."  Did you include
22   yourself as an SNM Gang member at one time?
23        A.   Yes.
24        Q.   Can you tell the members of the jury when
25   you joined the gang?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1          A.    1993.

2          Q.    How is it that you became a member?

3          A.    I was approached by a member of the SNM

4    and later on recruited.

5          Q.    When you were approached by that member,

6    were you in prison or were you out of prison?

7          A.    I was in prison.

8          Q.    Why were you in prison, Mr. Armijo?

9          A.    I believe I was there for -- I want to say

10   an assault charge.

11         Q.    Before you were approached about joining

12   the SNM, were you a member of any other gangs?

13         A.    Yes, I was from Barelas.

14         Q.    And was Barelas also a gang?

15         A.    Yes.

16         Q.    Can you tell the members of the jury

17   whether that's a gang from the Barelas area of

18   Albuquerque?

19         A.    Yes.  It's from down in the Barelas area.

20         Q.    What happened that caused someone to

21   approach you to see about joining the gang?

22         A.    I had an attempt on my life by one of the

23   black inmates in the main facility.

24         Q.    What happened to you?

25         A.    They cut my throat.

SANTA FE OFFICE                                                                      MAIN OFFICE
119 East Marcy, Suite 110                                                      201 Third NW, Suite 1630
Santa Fe, NM 87501                                                               Albuquerque, NM 87102
(505) 989-4949                                                                             (505) 843-9494
FAX (505) 843-9492                                                               FAX (505) 843-9492



1-800-669-9492
e-mail: info@litsupport.com

6

```
 1        Q.    And what happened as a result of those
 2   injuries?  Where were you taken?
 3        A.    I was taken to the North, to the North
 4   facility.
 5        Q.    And when you say "the North facility," is
 6   that the North facility in Santa Fe?
 7        A.    Yes.
 8        Q.    And did you run into anybody you met while
 9   you were in the infirmary?
10        A.    No.
11        Q.    After you were assaulted by the black
12   inmate, how is that it someone came to approach you
13   and asked you about the SNM?
14        A.    One of the older guys from my gang, from
15   Barelas neighborhood, found out that it was me that
16   got moved on, and they were going to retaliate
17   against the blacks on my behalf.
18        Q.    Who was the person who approached you?
19        A.    Johnny Gallegos.
20        Q.    Was he known by any other names?
21        A.    Johnny Green Eyes.
22        Q.    What did you do in response to his
23   question to you about joining the gang?
24        A.    I told him I would think about it.
25        Q.    And did you think about it?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
1        A.    I did.

2        Q.    What decision did you make?

3        A.    I decided that that's where I wanted to

4  be; that's where I wanted to belong to.

5        Q.    So was there any kind of process you had

6  to go through in order to join the gang?

7        A.    Yes.

8        Q.    What was that process?

9        A.    I had to move on an LC member.

10       Q.    So you said a couple things there.  You

11 said you had to move on somebody.  What did that

12 mean?

13       A.    I had to assault, stab, or kill an LC

14 member.

15       Q.    And what does LC stand for?

16       A.    Los Carnales.  It's a rival prison gang.

17       Q.    So like you said, they were another gang

18 in prison?

19       A.    Yes.

20       Q.    And at that point in time, what was the

21 relationship between the SNM and the LC?

22       A.    There was no good terms there.

23       Q.    So did you have the opportunity to move on

24 or assault that LC gang member?

25       A.    No.
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                  201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                          FAX (505) 843-9492



1-800-669-9492
e-mail: info@litsupport.com

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        Q.    What happened?

 2        A.    I ended up getting in an altercation with

 3   the correction officer.

 4        Q.    And what happened as a result of that

 5   altercation?

 6        A.    I ended up back at the North facility.

 7        Q.    So where were you, then, before you got

 8   moved back to the North?

 9        A.    I was at the South in Santa Fe.

10        Q.    What happened once you got back up to the

11   North?

12        A.    I was asked what happened, and if I took

13   care of what I needed to take care of.  I told them

14   no.  I told them the reason.  I told them what

15   happened.

16        Q.    And was everybody okay with that, or what

17   came of it?

18        A.    They were okay with it.  They just said,

19   "You'll have time."

20        Q.    Did you stay at the North, or did you move

21   anywhere actually from that facility?

22        A.    I stayed at the North for a few months,

23   and then I was moved to Southern.

24        Q.    The Southern facility near Las Cruces?

25        A.    Yes.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1        Q.    What happened once you got down there?

2        A.    I was put into a pod with Angel Munoz.

3        Q.    Who was Angel Munoz?

4        A.    Angel Munoz was the leader of the SNM.

5        Q.    Did you eventually meet him?

6        A.    I met Angel at the North facility before

7   we got to Las Cruces.

8        Q.    How did you guys first get along when you

9   met?

10       A.    We got along good.

11       Q.    Did he have any issues with you joining

12  the gang at first?

13       A.    Yes, he did.

14       Q.    What was the problem, if any?

15       A.    He had said all the books were closed and

16  that they would be letting no SNM members in.

17       Q.    So like you said, when the books were

18  closed, they weren't signing up new members?

19       A.    Yeah.  They weren't bringing nobody in.

20       Q.    Did that change?

21       A.    Yes.

22       Q.    When did that change?

23       A.    Mostly there in Cruces, me and Angel got a

24  little closer.  It was my responsibility to watch

25  over him and take care of him.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.    And how is it that you found yourself in
 2   that position?  Were you pretty good at fighting?
 3        A.    I've always been a good fighter, and I'm
 4   big for my size.
 5        Q.    So what types of things would you do to
 6   protect Angel Munoz?
 7        A.    Just make sure nobody disrespect him, came
 8   near him, assaulted him, or anything of that sort.
 9        Q.    Now, what kind of -- how big is respect in
10   the prison system?
11        A.    It's very big.
12        Q.    So if somebody were to disrespect Angel
13   Munoz, what would have been your responsibility?
14        A.    I would have assaulted him on the spot.
15        Q.    At that point in time, when you were his
16   bodyguard, were you officially a member or were you
17   still kind of a prospect, seeking membership?
18        A.    More or less a prospect.
19        Q.    What else did you do for Angel Munoz?
20        A.    Collected drugs, money.
21        Q.    And was that within the prison system?
22        A.    Yes.
23        Q.    What type of drugs?
24        A.    Heroin, marijuana.
25        Q.    And at that point in time, who were you
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    collecting from?  Were you collecting from SNM

2    members or other inmates?  Who was it?

3         A.   Other inmates and also SNM members.

4         Q.   So is the leader of the SNM at that point,

5    or a leader -- were members expected to pay taxes to

6    Angel, or how did that work?

7         A.   Well, out of the respect, it was from SNM

8    Gang members mostly, were to kick down a percentage

9    of whatever they got to him.

10        Q.   So as you said, if they had something,

11   were they expected, then, to share it with Angel

12   Munoz?

13        A.   Yes.

14        Q.   Was drug distribution common in the prison

15   during that time?

16        A.   Yeah, very big.

17        Q.   And how big, at that point, was the SNM

18   and the drug trade in the prison?

19        A.   We're pretty big.

20        Q.   So about what time frame are we?  You

21   first entered in 1993?  Is it still the 1993 time

22   period, or a little bit later?

23        A.   Oh, '94, '95.

24        Q.   At what point were you recognized as an

25   official SNM Gang member?

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                            (505) 843-9494
FAX (505) 843-9492                                   FAX (505) 843-9492
                                                        1-800-669-9492
                                                e-mail: info@litsupport.com


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

12

```
 1        A.    I'd say about '95, '96.
 2        Q.    Did you have to do anything to be
 3   recognized at that point?
 4        A.    Yes.
 5        Q.    What did you have to do?
 6        A.    I assaulted a couple of LCs from a rival
 7   gang.
 8        Q.    How did you assault them?
 9        A.    I stabbed them.
10        Q.    With what?
11        A.    With a knife.
12        Q.    Now, when you say a knife, is it like a
13   kitchen knife, or is it another type of knife?
14        A.    It was a Bowie knife.
15        Q.    And was that in prison?
16        A.    No, it was in the streets.
17        Q.    Let me ask you that, then.  At one point
18   you're in prison with Angel Munoz.  Then at some
19   point, since you're talking about the streets, did
20   you get out of prison?
21        A.    Yes.
22        Q.    About when was that?
23        A.    '96.
24        Q.    All right.  I want to talk to you about
25   each of those assaults, then.  What can you tell us
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    about the first assault?

2        A.   I was at a party, and there was a guy

3    there bragging that he was from the LC.  He didn't

4    know I was an SNM Gang member.  And I lured him

5    outside and I ended up stabbing him.

6        Q.   Did anyone order you to stab him?

7        A.   No.

8        Q.   Why would you stab a rival gang member,

9    even on the streets?

10       A.   It was like a policy to hit on sight any

11   rival gang members.

12       Q.   So even on the streets.

13       A.   Yes.

14       Q.   And was that expected of you because you

15   were a member of the SNM?

16       A.   Yes.

17       Q.   Please tell us about the other assault.

18       A.   The other assault was -- used to be a

19   friend of mine.  We grew up together.  We're both

20   from the same gang, in the street, from Barelas.  He

21   ended up becoming an LC.  And I seen him in the

22   streets, and I ended up stabbing him also.

23       Q.   Just so the jury understands, you told

24   them you kind of grew up with him and you were

25   friends.  But did that matter if you guys are from

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1   rival gangs at that time?

 2        A.    No.

 3        Q.    After these two assaults, did anyone

 4   officially recognize you as an SNM Gang member?

 5        A.    Yes.

 6        Q.    Who was that?

 7        A.    Angel Munoz, Johnny Green Eyes, and Marty

 8   Barros.

 9        Q.    Now, you mentioned three names to us.  At

10   that point, were there any -- was there a certain

11   number of people who had to basically raise their

12   hand for you, or approve your membership?

13        A.    Yes, there has to be three.

14        Q.    All right.  Now, at that point, around the

15   1996 timeframe, did you ever get arrested for either

16   of these assaults on the LC gang members?

17        A.    No.

18        Q.    Were you ever charged for that conduct?

19        A.    No.

20        Q.    Now, at some point in time did Angel Munoz

21   also get out of prison?

22        A.    Yes.

23        Q.    About when was that; do you remember?

24        A.    I don't actually remember.

25        Q.    Was it before or after these assaults?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    It was after.

 2        Q.    And can you tell the members of the jury

 3   whether -- if you guys were both out on the

 4   streets -- anyone disrespected Angel Munoz?

 5        A.    Yes.  We went to -- I went to a party with

 6   him in Santa Fe, to his wife's family's party.  A

 7   guy became mouthing off to him.  I lured him around

 8   the back of the house, and I ended up stabbing him.

 9        Q.    And that was over disrespect?

10        A.    Yes.

11        Q.    Was that expected of you because of your

12   membership in the SNM?

13        A.    Yes.

14        Q.    Did you ever hear of a person named

15   Chaparro or Maldonado?

16        A.    Yes.

17        Q.    Who is that person?

18        A.    He's also a member of the SNM.

19        Q.    Has he always been a member of the SNM, as

20   far as you know?

21        A.    Yes.

22        Q.    And did he have any involvement with a

23   group called the All Stars?

24        A.    Yes.

25        Q.    What was his involvement with that group?
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                  201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492
                                                                     1-800-669-9492
                                                       e-mail: info@litsupport.com



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1          A.    He was one of the founders of it.
 2          Q.    And do you remember approximately when
 3   that happened?
 4          A.    No.
 5          Q.    So who were the All Stars?
 6          A.    They were what we would call at the time
 7   rejects from the SNM.  They were people that had
 8   been moved on; in other words, attacked, stabbed.
 9   They went off and started their own little clique.
10          Q.    Now, when they were attacked or stabbed,
11   were they attacked and stabbed by SNM members or
12   other people?
13          A.    By SNM members.
14          Q.    All right.  Why would the SNM assault some
15   of their own members?
16          A.    If they were no good, if they had
17   paperwork on them, child molesters.
18          Q.    Now, you mentioned the term "paperwork."
19   What are you referring to?
20          A.    If they were rats.
21          Q.    Now when you joined the S, did anyone
22   explain any rules to you?
23          A.    Yes.
24          Q.    What were those rules?
25          A.    There are so many of them.  There's just
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    rules to live by.  Just like people live by the

2    rules of life, we have our own rules to live by.

3         Q.    Let's begin with, like you said, rats or

4    snitching.  What was the rule about that?

5         A.    That was a big no.

6         Q.    What about sex offenders?

7         A.    That was definitely no.

8         Q.    What was the SNM stance on homosexual

9    behavior?

10        A.    It wasn't tolerated.

11        Q.    Would you consider the SNM a prison gang?

12        A.    Yes.

13        Q.    When people get out of prison, do some of

14   those people still operate as SNM Gang members?

15        A.    Yes.

16        Q.    Can an SNM -- or can a person become an

17   SNM Gang member on the streets, even when they're

18   not in prison?

19        A.    At that time, that didn't happen.  But

20   I've seen it happen.

21        Q.    All right.  Let's talk about that, because

22   you said at that time, then you've seen it happen.

23   So at some point in time, did the rules change a

24   little bit?

25        A.    I think they have.  I think they did.  A

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                           201 Third NW, Suite 1630
Santa Fe, NM 87501                                    Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                    FAX (505) 843-9492
                                                          1-800-669-9492

                                                  e-mail: info@litsupport.com

18

```
 1   lot of things got more lenient.

 2        Q.   And lenient in what way?

 3        A.   After a lot of the older guys started

 4   dying off, people just started, I guess, making up

 5   their own rules, their own bylaws.

 6        Q.   Were they considered -- could they still

 7   be considered rules of the SNM Gang?

 8        A.   Yes.

 9        Q.   What about taking orders from other

10   people?  If someone gave you an order to do

11   something, what did you have to do?

12        A.   You had to do it.

13        Q.   What if you disagreed with it?

14        A.   I guess it would depend on the situation.

15        Q.   What would be some of the examples?  Let's

16   say someone ordered you to stab an LC gang member

17   and you refused to do it.

18        A.   That would be a mandatory violation.

19        Q.   What would be the consequences or possible

20   consequences under those circumstances?

21        A.   I myself would get stabbed or killed.

22        Q.   I'm going to ask you if you knew somebody

23   named Chris Garcia.

24        A.   Yes.

25        Q.   How did you know him?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    I met him in prison.

 2        Q.    What do you know about him in terms of

 3   dealing drugs?

 4        A.    I knew he had access to a lot of drugs.

 5        Q.    Did you ever obtain drugs from him?

 6        A.    Yes.

 7        Q.    Do you know whether or not he supplied

 8   other SNM Gang members with drugs?

 9        A.    Yes.

10        Q.    What types of drugs would you get from

11   Mr. Garcia?

12        A.    Heroin.

13        Q.    And were you yourself a heroin user?

14        A.    Yes.

15        Q.    What types of drugs have you used in your

16   life?

17        A.    Methamphetamines, coke, and heroin.

18        Q.    I'm going to ask you about your

19   methamphetamine use.  When was it that you used

20   methamphetamine, or what time period?

21        A.    I would say about '99, 2000.

22        Q.    How long were you using methamphetamine?

23        A.    I'd say for about six, seven months.

24        Q.    What happened after that timeframe, the

25   six or seven months?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    I ended up going back to prison.
 2        Q.    Did you ever seek treatment for the
 3   methamphetamine use?
 4        A.    Yes.
 5        Q.    What did you do?
 6        A.    I started doing an outpatient treatment
 7   program.
 8        Q.    And were you able to kick that habit?
 9        A.    Yes.
10        Q.    When was the last time you used
11   methamphetamine?
12        A.    2012.
13        Q.    What kind of effect did that drug have on
14   you?
15        A.    Not good.
16        Q.    Did you consider it a pretty nasty drug?
17        A.    Yeah.
18        Q.    Now, in the prison system, you talked
19   about collecting drugs from other people.  Were you
20   also using in prison?
21        A.    Yes.
22        Q.    What was your drug of choice in prison?
23        A.    Heroin.
24        Q.    How would you use it?
25        A.    Intravenously.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.    Were needles common in prison?

 2        A.    Yes.

 3        Q.    Were they regular needles, or could you

 4  also convert things into needles?

 5        A.    I've seen people convert things, but

 6  they're usually from the infirmary.

 7        Q.    Has it been your experience that inmates

 8  also share needles?

 9        A.    Yes.

10        Q.    What kind of health problems has that

11  caused in the prison?

12        A.    Hepatitis C.

13        Q.    Does that cause the spread of hepatitis C

14  within the prison system?

15        A.    Yes.

16        Q.    What about tattooing in prison?

17        A.    There is plenty of it going on.

18        Q.    Now, is it against the rules to get a

19  tattoo in prison?

20        A.    No.

21        Q.    And how do you give someone a tattoo in

22  prison?

23        A.    Back in the day, they used -- it was just

24  like living in apartments.  Everybody had their own

25  room.  The guard came around every once in a great
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

22

```
 1    while to make sure everybody was alive, and that was

 2    it.

 3         Q.    And so could you have, for example, a

 4    tattoo machine, or did you have to make a tattoo

 5    machine?

 6         A.    No, make one.

 7         Q.    What would people make the machines out

 8    of?

 9         A.    Tape-recorders, little cassette players.

10         Q.    And then, if you know, what would they use

11    for a needle and for ink?

12         A.    Then they used to have bands and stuff, so

13    we'd get them from the guitar strings.  I've seen

14    them made out of paperclips.

15         Q.    What about weapons in prison?

16         A.    Yeah, there's plenty of those.

17         Q.    And what types of things are weapons made

18    from in the prison environment?

19         A.    Pieces of metal from the light fixtures,

20    vents, shampoo bottles.

21         Q.    How do you make a shampoo bottle into a

22    weapon?

23         A.    You slice it from top to bottom, you heat

24    it, and you turn it and you twist it and you stretch

25    it until it gets hard.  You cool it, and then you do
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   the same, and continue the process.
 2        Q.    In terms of when you were in prison in the
 3   SNM, was there any kind of policy on whether or not
 4   you should be carrying weapons or when you should be
 5   carrying weapons?
 6        A.    There was always one person that was in
 7   charge of the weapons.
 8        Q.    I want to talk about your time in prison.
 9   About how many years of your life have you spent in
10   prison?
11        A.    Altogether I've done like 27, 28 years
12   incarcerated.
13        Q.    How old are you now?
14        A.    44.
15        Q.    So when you first arrived in prison, what
16   can you tell the members of the jury about the
17   prison population in terms of whether you were mixed
18   with other inmates or whether the SNM was in its own
19   housing unit or pod?
20        A.    Then everybody lived together.  We were --
21   everybody was integrated.
22        Q.    And did that make it easier to assault
23   people if they were -- let's say, for example, you
24   had a rival gang member in your pod.
25        A.    Yeah.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   And what was your experience, then, if you
 2   had rivals within the same pod?  What would
 3   typically happen?
 4        A.   There was plenty of assaults.  They would
 5   get stabbed, even murdered.
 6        Q.   What would happen, for example, if you had
 7   a disparity in numbers in a pod?  Let's say you had
 8   ten SNM Gang members and four LC members.  How did
 9   that usually work out for the LC members?
10        A.   That would never happen.
11        Q.   Why do you say that?
12        A.   It just wouldn't happen.  They wouldn't be
13   in the same pod with an SNM member.
14        Q.   Why is that?
15        A.   They'd probably get stabbed or killed.
16        Q.   Was that your experience over the years,
17   that the SNM would stab and kill other inmates?
18        A.   Yes.  Not just for no reason.
19        Q.   Right.  So let's say it's another inmate
20   who was not a gang member.  If you're getting along
21   okay with that person, was there peace?
22        A.   Yes.
23        Q.   And what happens if the person was a rival
24   gang member?
25        A.   Then there would be a problem.
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                       (505) 843-9494
FAX (505) 843-9492                                             FAX (505) 843-9492
                                                                    1-800-669-9492
                                                           e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        Q.   Were there other gangs with which the SNM
 2   was at war during your time in prison?
 3        A.   Yes.
 4        Q.   Who were some of the other gangs?
 5        A.   Burquenos.
 6        Q.   Anybody else?
 7        A.   No.
 8        Q.   I want to take you to the year 2001.  Do
 9   you remember if you were in prison during that time?
10        A.   Yes.
11        Q.   Did you know anybody by the nicknames
12   Pancho or Looney?
13        A.   Yes.
14        Q.   How did you know each of those two people?
15        A.   I knew Frank from the Main, when I first
16   went to prison.  Looney, I just met him there in
17   Cruces when I got there.
18        Q.   What was Frank's name?
19        A.   Frank Castillo.
20        Q.   And was he the one also known as Pancho?
21        A.   Yes.
22        Q.   Do you know what happened to Pancho?
23        A.   Yes.
24        Q.   What happened to him?
25        A.   He got killed.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   When he got killed, were you in prison or
 2   were you out of prison?
 3        A.   I was in prison.
 4        Q.   So he was killed while you were there?
 5        A.   Not while I was there.  I was in prison,
 6   but I was just transferred from Southern to the
 7   North facility.
 8        Q.   So how soon after you left your facility
 9   was Frank Castillo killed?
10        A.   I'd say about two weeks.
11        Q.   Do you know if that was an SNM killing?
12        A.   Yes.
13             MS. DUNCAN:  Your Honor, I'm going to
14   object to this question unless the Government lays a
15   proper foundation for it.  I think it's calling for
16   hearsay.
17             THE COURT:  Okay.  Lay a foundation so we
18   can determine the source of his information.
19   BY MR. CASTELLANO:
20        Q.   Did you talk to anybody -- have you had
21   conversations with anybody who was responsible for
22   that killing?
23        A.   Yes.
24        Q.   And did that person tell you that it was
25   an SNM murder?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              MS. DUNCAN:  Your Honor, I'm going to
 2   object.  It's rank hearsay.
 3              THE COURT:  How are you going to avoid the
 4   hearsay problem?
 5              MR. CASTELLANO:  Um --
 6              THE COURT:  I'm just not seeing it.
 7   Sustained.
 8   BY MR. CASTELLANO:
 9        Q.  So can you tell the members of the jury
10   whether Frank Castillo was killed?
11        A.  Yes.
12        Q.  Was he your friend?
13        A.  Yes.
14        Q.  In what kind of pod was he when he was
15   killed?
16              MS. DUNCAN:  Your Honor, I'm going to
17   object.  This is also calling for hearsay.
18              THE COURT:  Well, lay some foundation.  He
19   may know the answer to this.
20   BY MR. CASTELLANO:
21        Q.  Were you living in the same pod with Frank
22   Castillo when you were in the same facility?
23        A.  We were in the same unit, but we were in
24   pods next to each other.
25        Q.  And who were the people living in those
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   pods at that time?

 2        A.    SNM members.

 3        Q.    Speaking of moving into pods, do you know

 4   what orientation is?

 5        A.    Yes.

 6        Q.    What is orientation?

 7        A.    It's where they put somebody before they

 8   move them into another pod.

 9        Q.    Just so the jury understands this, can you

10   tell them, if you're new to a pod and you're in

11   orientation, where do you go within that pod?

12        A.    What do you mean?

13        Q.    So do you move into the pod, but you're

14   not intermingling with the other inmates yet?

15        A.    Yeah.  They put you in a pod that's

16   segregated from everybody else until you see a

17   committee and they find out who are you and where

18   they're going to place you.

19        Q.    Do you know what the purpose is of the

20   orientation?

21        A.    To see if you have any enemies within the

22   system.

23        Q.    So in other words, if you're getting moved

24   into a new pod and you find out who is in there and

25   you're segregated -- if you're living with them, but
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1  you can't intermingle with them yet, does that give
 2  you a chance to get out of the pod if you don't want
 3  to be there?
 4       A.   Yes.
 5       Q.   Are you familiar with the term "checking
 6  it in" or "PC'ing"?
 7       A.   Yes.
 8       Q.   What do those terms mean?
 9       A.   When a person don't want to be in the pod
10  or facility, they'll either go to a CO or write a
11  note to the CO saying that their life is in danger
12  and they can't be in there.
13       Q.   And in a prison context, what do other
14  inmates think when somebody checks it in or goes
15  into protective custody?
16       A.   They're no good.
17       Q.   Was that a good thing or a bad thing?
18       A.   Bad thing.
19       Q.   And does that follow you somewhere else?
20  Do people hear whether someone is PC'd or not?
21       A.   Yes.
22       Q.   So can that create problems for you even
23  if you move for another pod or another facility?
24       A.   Yes.
25       Q.   Are you familiar with the term "kiting
```

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                Albuquerque, NM 87102
(505) 989-4949                                             (505) 843-9494
FAX (505) 843-9492                                   FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
1    somebody out"?

2         A.   Yes.

3         Q.   What does that mean?

4         A.   That's when someone writes a letter to the

5    COs, telling them that a certain person's life is in

6    danger, so they get moved out of the pod.

7         Q.   And you mentioned the term "COs."  Are

8    those the correction officers?

9         A.   Correction officers, yes.

10        Q.   Has it ever been your experience that

11   people just don't like somebody, and so they make

12   something up like that and get him kicked out of the

13   pod?

14        A.   Yes.

15        Q.   So would it be fair to say that's kind of

16   part of the politics that happens sometimes in

17   prison?

18        A.   Yes.

19             MS. DUNCAN:  Your Honor, I object to the

20   leading.

21             THE COURT:  Overruled.

22   BY MR. CASTELLANO:

23        Q.   You can go ahead and answer that, sir.

24        A.   Yes.

25        Q.   I want to talk to you about your or other
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   inmates' relationship with the corrections officers.
 2   Over the years you were incarcerated, what was
 3   generally the relationship between SNM members and
 4   corrections officers?
 5        A.   We basically left them alone.  They were
 6   there to do their job.  We're there to do our time.
 7        Q.   Now, was it ever your experience that
 8   inmates -- I'll focus on the SNM here -- tried to
 9   exploit the guards to get them to do things?
10        A.   Yes.
11        Q.   Like what?
12        A.   Bring in drugs.
13        Q.   Now, did you ever do that with a guard?
14        A.   No.
15        Q.   Did you ever receive drugs as a result of
16   someone else getting a guard to bring in drugs?
17        A.   Yes.
18        Q.   At some point in time, were you in the
19   Southern New Mexico Correctional Facility with
20   someone named Anthony Baca?
21        A.   Yes.
22        Q.   Do you remember the approximate time
23   period?
24        A.   2011 to 2012.
25        Q.   Will you tell the members of the jury
```

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                    201 Third NW, Suite 1630
Santa Fe, NM 87501                            Albuquerque, NM 87102
(505) 989-4949                                        (505) 843-9494
FAX (505) 843-9492                               FAX (505) 843-9492
                                                      1-800-669-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE
e-mail: info@litsupport.com

1  whether or not Mr. Baca had any kind of leadership

2  responsibility during that time?

3       A.   Yes.

4       Q.   What kind of responsibilities did he have?

5       A.   When he came back in the state, he took

6  the keys over.

7       Q.   All right.  You said a couple of things

8  there.  When he came back to state, are you saying

9  he went from the streets back into prison, or did he

10 actually come back from another state?

11      A.   Came back from another state, another

12 facility.

13      Q.   You also mentioned taking the keys.  What

14 does that mean?

15      A.   Taking over leadership.

16      Q.   Do you know the term "llavero"?

17      A.   Yes.

18      Q.   What does that mean?

19      A.   Someone who has the keys, who is driving

20 the car, which is the leader.

21      Q.   Now, in terms of the overall structure of

22 the SNM, were there people who were considered

23 higher up in the chain of command?

24      A.   Yes.

25      Q.   And who have those people been over the

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

33

```
 1   years that you knew?
 2       A.   Angel Munoz, Marty Barros, Juan Baca,
 3   Jacobo Armijo.
 4       Q.   So is that a different Jake Armijo than
 5   you?
 6       A.   Yes.
 7       Q.   What about someone named Gerald Archuleta
 8   or Styx?
 9       A.   Gerald Archuleta, Styx.  Razor Ramon.
10       Q.   What about Mr. Baca?
11       A.   Yes, Mr. Baca also.
12       Q.   So in an SNM pod when somebody comes and
13   takes the keys, what are their responsibilities for
14   that pod?
15       A.   It's to keep everybody in line and to make
16   decisions.
17       Q.   Have you ever been in charge of a pod
18   before?
19       A.   Yes.
20       Q.   About when was that?
21       A.   2010, '11 and '12.
22       Q.   Where was that?
23       A.   Las Cruces, New Mexico.
24       Q.   Now, as a person holding a leadership role
25   there, were you then also in charge of enforcing
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  discipline?

2       A.   Yes.

3       Q.   Okay.  So what's a violation?

4       A.   A violation is when someone messes up,

5  they more or less get assaulted.

6       Q.   Is that assaulted by their own gang?

7       A.   Yes.

8       Q.   Now, are there different levels of

9  violations?

10      A.   Yes.

11      Q.   So what would be kind of the range of

12 violations that someone could get?  What would be

13 kind of like the least severe to the most severe?

14      A.   A punch in the jaw to getting killed.

15      Q.   Now, in that 2010-to-2012 timeframe, did

16 you try to have a working relationship with

17 corrections officers?

18      A.   Yes.

19      Q.   For what purpose?

20      A.   To improve our living situation.

21      Q.   What type of discussions would you have

22 with them?

23      A.   More tier time, more rec, just more

24 privileges.

25      Q.   And were there times when you were able to

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                           Albuquerque, NM 87102
(505) 989-4949                                                    (505) 843-9494
FAX (505) 843-9492                                         FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1    negotiate with the corrections officers?

2         A.   Yes.

3         Q.   Now, were those the regular guards, or

4    were they the STIU officers?  Who would you have

5    spoken with?

6         A.   They were the STIUs.

7         Q.   Why would you speak to them as opposed to

8    the regular corrections officers?

9         A.   Because they were the ones that were in

10   charge of our unit.

11        Q.   Why is that?  Why STIU?

12        A.   Well, they're the security threat group.

13        Q.   Why would a security threat group be

14   involved with the SNM, just so the jury understands

15   that?

16        A.   They're the ones that -- they're like the

17   gang unit in the streets, but in prison.

18        Q.   Now, who was the biggest gang in the

19   prison system when you were there?

20        A.   SNM.

21        Q.   Who was the toughest?

22        A.   SNM.

23        Q.   Who was the most violent?

24        A.   SNM.

25        Q.   Now, when Mr. Baca reached the facility

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



1    where you were, did he try to make any changes?

2         A.   Yes.

3         Q.   What kind of changes did he try to make?

4         A.   Wanting everybody to exercise daily.  He

5    wanted everybody's name, address, phone numbers that

6    was an SNM member.  Anybody that got out, he wanted

7    them to send the drugs to him and not anybody else.

8    He just wanted a strict structure.

9         Q.   How did you feel about that?

10        A.   I didn't agree with a lot of things that

11   he brought to the table.

12        Q.   Now you mentioned sending drugs in.  When

13   you were out of prison, did you ever send drugs or

14   money into prison?

15        A.   I sent money.

16        Q.   Who did you send money to?

17        A.   Angel Munoz.

18        Q.   Why did you send Angel Munoz money?

19        A.   To help him out, just to make sure that he

20   was taken care of, that he had food to eat.

21        Q.   When you were in prison in the

22   2010-to-2012 timeframe, do you remember which pod

23   you were in?  And let me take you back.  Were you in

24   the Southern New Mexico Correctional Facility?

25        A.   Yes.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.    Which pod?

2      A.    I was in 1-A blue pod.

3      Q.    As best as you can remember, who was in

4  that pod with you?

5      A.    It was me, Stoner, Jerry Montoya, Javier

6  Molina, Joker, Rudy.  I think that's all I can

7  remember.

8      Q.    And during that time there -- well,

9  when -- when did you leave prison?

10     A.    2012.

11     Q.    So when you left prison, was Javier Molina

12 still alive?

13     A.    Yes.

14     Q.    When Mr. Baca -- did you know him by any

15 other names?

16     A.    Pup.

17     Q.    When you were housed with him or -- well,

18 you mentioned some other names.  Where was he, if he

19 wasn't in blue pod with you?

20     A.    He lived in yellow, and also green pod.

21     Q.    And so the members of the jury understand

22 kind of how the pods are set up, you mentioned three

23 different colors.  Are those three colors or three

24 pods in the same building?

25     A.    Yes.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1      Q.    And within that building, are the pods

2  separated by walls or something else?

3      A.    There is a wall, and then there's doors

4  that go through to connect to all -- each pod.

5      Q.    When you have doors between the pods, were

6  you able to communicate with people in the pod next

7  door?

8      A.    Yes.

9      Q.    How could you communicate with them?

10      A.    Like going up to the door and talking

11  through the crack, or there's a space under the door

12  about an inch high.

13      Q.    And since there is a gap under the door,

14  were you ever able to pass things under the door?

15      A.    Yes.

16      Q.    Were you able to do so without the

17  corrections officers catching you?

18      A.    Yes.

19      Q.    What type of things would you pass between

20  the pods?

21      A.    Anywhere from drugs to shanks.

22      Q.    What if you wanted to get a message from

23  one pod to the next?

24      A.    Yes.

25      Q.    What's a kite?

SANTA FE OFFICE                                                              MAIN OFFICE
119 East Marcy, Suite 110                                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                                Albuquerque, NM 87102
(505) 989-4949                                                              (505) 843-9494
FAX (505) 843-9492                                                   FAX (505) 843-9492
                                                                           1-800-669-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE
                                                          e-mail: info@litsupport.com

39

```
 1          A.     Just a letter, a regular letter.

 2          Q.     Have you ever heard the term "wila"?

 3          A.     Yes.

 4          Q.     What is that?

 5          A.     Same thing.  It's just a letter.

 6          Q.     So if you wanted to get a letter to the

 7    kite next door, what would you do?

 8          A.     Knock on the door, call somebody to the

 9    door, and slide it under.

10          Q.     Was that difficult to do?

11          A.     No.

12          Q.     And usually when you were in there, were

13    there guards in the room with you, or would they

14    sometimes kind of basically patrol and check on you

15    from time to time?

16          A.     They would come through like every hour

17    to -- every half hour to every hour.

18          Q.     So then, if you were in the pod and no

19    corrections officer's there, who else might be

20    watching you?

21          A.     The cameras.

22          Q.     And in terms of the layout of the pod, was

23    there anybody up above looking down into the pod?

24          A.     Yes.

25          Q.     Can you explain that for the members of
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    the jury?  Who was up there and what could you see

2    from inside the pod?

3         A.   It's like just a bubble, like a fish tank

4    with big glass on it, and they're just up there and

5    they can look down into the pod.

6         Q.   And what would you do -- if there is not a

7    corrections officer in the pod and just someone in

8    the bubble, what would you try to do to avoid being

9    caught passing something underneath the door?

10        A.   They really didn't -- really didn't care,

11   as long as it wasn't a shank or anything like that

12   that they could see.  But they hardly ever paid

13   attention.

14        Q.   And if somebody -- if you passed something

15   underneath the door and a corrections officer came

16   in, how easy or difficult would it be for them to

17   actually get that item -- let's say, a piece of

18   paper?  How quickly could it disappear?

19        A.   Oh, fast.

20        Q.   And how might an inmate make it disappear?

21        A.   Flush it down the toilet.

22        Q.   So if Mr. Baca is in a pod next to you, do

23   you remember if Carlos Herrera or Daniel Sanchez

24   were housed in that same housing unit at the same

25   time you were?

SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                       201 Third NW, Suite 1630
Santa Fe, NM 87501                                               Albuquerque, NM 87102
(505) 989-4949                                                            (505) 843-9494
FAX (505) 843-9492                                               FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    Carlos was.

 2        Q.    Was he in the same pod as you, or a

 3   different pod?

 4        A.    In the pod next to me.

 5        Q.    Did you know Mr. Baca to be an SNM Gang

 6   member?

 7        A.    Yes.

 8        Q.    What about Daniel Sanchez?

 9        A.    Yes.

10        Q.    How long have you known him?

11        A.    Daniel Sanchez?

12        Q.    Yes.

13        A.    I've known him for quite a few years.

14        Q.    Is that the Daniel Sanchez sitting in the

15   courtroom today?

16        A.    Yes.

17        Q.    What about Carlos Herrera?

18        A.    Yes.

19        Q.    Do you see him sitting in the courtroom?

20        A.    Yes.

21        Q.    And is he an SNM Gang member?

22        A.    Yes.

23        Q.    Do you know Rudy Perez very much?

24        A.    Yes.

25        Q.    How well do you know him?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

42

```
 1        A.   I've known him for, like, about a year in
 2   prison.
 3        Q.   So from your experience with Rudy Perez,
 4   can you say, one way or another, from your
 5   experience whether you know he's an SNM Gang member?
 6        A.   No.
 7        Q.   So you don't know, either way?
 8        A.   No.
 9             THE COURT:  Mr. Castellano, would this be
10   a good time for us to take our afternoon break?
11             MR. CASTELLANO:  Yes, Your Honor.
12             THE COURT:  All right.  We'll be in recess
13   for about 15 minutes.  All rise.
14             (The jury left the courtroom.)
15             THE COURT:  All right.  We'll be in recess
16   for about 15 minutes.  Can I get a copy of that
17   letter?  Is this 28th letter the late disclosure?
18             MR. BECK:  It is, Your Honor.  We filed it
19   with the Court, and I just printed out copies
20   downstairs.  We'll have that for you.
21             MS. BHALLA:  Your Honor, if I may really
22   quickly, before everybody leaves.
23             THE COURT:  No.
24             (The Court was in recess.)
25             THE COURT:  All right.  Let's go on the
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1   record.
 2            Ms. Bhalla, I think you had something to
 3   bring to the Court's attention.
 4            MS. BHALLA:  No, Your Honor.  I'm sorry, I
 5   thought that Mr. Beck was addressing a different
 6   letter.  I apologize.
 7            THE COURT:  Okay.  You know what it is?
 8   You've see it before?
 9            MS. BHALLA:  Sunday.
10            THE COURT:  Here's what I encourage
11   everyone to do.  I'm going to take a look at this
12   and make my own assessment.  And then obviously,
13   certain defendants are going to have different
14   concerns.  So however you want to feed them to me.
15   If you want to if -- you're at home at night or
16   something, you can send me a letter or something, so
17   I can at least consider the arguments.  Let me know
18   what you're thinking about these additional
19   disclosures.
20            MR. BECK:  Yeah.  Just for the record,
21   Your Honor, so I handed up docs 1715 and 1716.
22            THE COURT:  These are two different ones?
23            MR. BECK:  Yes.
24            THE COURT:  I thought it was two copies of
25   one.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1          MR. BECK:  1715, as it indicates in the

2    letter, are statements that we believe come under

3    the co-conspirator exception to hearsay.

4          THE COURT:  Which one is that?

5          MR. BECK:  That's 1715.

6          THE COURT:  Okay.  What's the other?

7          MR. BECK:  The other, 1716, is statements

8    that we believe are admissions against a party

9    opponent.  So instead of just disclosing them all

10   and letting Your Honor sort them out -- although I'm

11   sure you still will -- we tried to make it a little

12   easier for everyone.

13         THE COURT:  Admissions of a party

14   opponent.

15         MR. BECK:  I mean, I guess the first one

16   there, Javier Molina, that's not an admission by a

17   party opponent.  That would be --

18         THE COURT:  Excited utterance.  That one I

19   recall we addressed.  Some of these we may have

20   already discussed?

21         MR. BECK:  That's explained in the letter,

22   that some of them may have already been disclosed.

23   But we were disclosing them based on our pretrial

24   meetings.

25         THE COURT:  So you understand the two

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   letters I'm getting, Ms. Bhalla?
 2           MS. BHALLA:  Yes, Your Honor.
 3           MR. BECK:  And those were the letters that
 4   we produced Sunday afternoon, probably evening,
 5   maybe, timeframe, Sunday evening.  They were
 6   additional statements that we encountered in
 7   pretrial preparations, or perhaps some were
 8   disclosed previously.
 9           THE COURT:  When we're having bench
10   conferences, they can see the real-time there.  So
11   figure out some way, when you come up to the bench,
12   to cover up what's on the real-time, so we don't
13   have a discussion we shouldn't.
14           MR. BECK:  We will, Your Honor.  We'll put
15   a paper over it every time we come up.
16           THE COURT:  Okay.
17           MR. CASTELLANO:  Your Honor, if we can
18   find -- we have these reflective covers on the
19   screens, so they can't see it.  If we can find an
20   extra one, we'll place it over that.
21           THE COURT:  What do you have?
22           MR. BECK:  I don't think that's as
23   effective.  I think if you're looking straight on,
24   you can see it.  So we'll cover it up with a sheet
25   of paper every time we come up there.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1              MS. FOX-YOUNG:  Your Honor, was there a
 2   note from the juror that they could see the
 3   real-time?
 4              THE COURT:  Not a note, but they were
 5   saying when we're doing bench conferences, they can
 6   see that thing.  We just need to make sure it's
 7   covered up.  Is it easier to turn it around?
 8              MS. FOX-YOUNG:  Judge -- I'm sorry to
 9   interrupt, Your Honor.
10              MR. BECK:  I guess that would be a
11   question for Ms. Bean.  Is that all right?
12              MS. FOX-YOUNG:  Just for the record, I'd
13   like to make an inquiry as to whether the jurors
14   have been reading the real-time for the entirety of
15   the trial.
16              THE COURT:  Did you ask them?
17              THE CLERK:  They said they had not.  They
18   looked away.
19              MS. FOX-YOUNG:  They saw it and looked
20   away?
21              THE CLERK:  The one juror.
22              THE COURT:  Is that satisfactory, Ms.
23   Fox-Young?
24              MS. FOX-YOUNG:  That answers my question,
25   Judge.
```

SANTA FE OFFICE                                                      MAIN OFFICE
119 East Marcy, Suite 110                                 201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492                                             FAX (505) 843-9492
                                                                  1-800-669-9492

PROFESSIONAL COURT
REPORTING SERVICE                          e-mail: info@litsupport.com

```
 1              THE COURT:  All right.  All rise.  But do
 2   cover it up over there.  Keep it covered.
 3              (The jury entered the courtroom.)
 4              THE COURT:  All right.  Mr. Armijo, I'll
 5   remind you you're still under oath.
 6              THE WITNESS:  Yes.
 7              THE COURT:  Mr. Castellano, if you wish to
 8   continue your examination of Mr. Armijo, you may do
 9   so at this time.
10              MR. CASTELLANO:  Thank you, Your Honor.
11   I'm just showing them another exhibit.
12              THE COURT:  That's fine.  Take your time.
13              MR. CASTELLANO:  Thank you, Your Honor.
14              THE COURT:  Certainly.
15   BY MR. CASTELLANO:
16       Q.   All right, Mr. Armijo.  I earlier asked
17   you about someone named Gerald Archuleta, or Styx.
18   Do you recall that?
19       A.   Yes.
20       Q.   Can you tell the members of the jury
21   whether you've ever sent drugs to Mr. Archuleta?
22       A.   I sent Suboxone strips to him.
23       Q.   And when you send him the strips, was that
24   in prison, or was he living somewhere else?
25       A.   He was living in Tennessee.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

48

1       Q.    How did you send him the Suboxone strips?

2       A.    Just through regular mail.

3       Q.    Do you remember approximately when that

4  was?

5       A.    2014, 2015.

6       Q.    So when Mr. Archuleta moved out of state,

7  did you keep in touch with him?

8       A.    Yes.

9       Q.    How would you communicate with him?

10      A.    Through telephone.

11      Q.    And if you recall, approximately how many

12  times did you mail Suboxone strips to him?

13      A.    About three or four times.

14      Q.    And on each of those occasions, did you

15  use the mail?

16      A.    Yes.

17      Q.    And when you were in the prison system,

18  did you also use the mail back then?  In other

19  words, would you mail -- send mail in and out of the

20  prison system?

21      A.    To him?

22      Q.    Or anybody.

23      A.    Anybody?  Yes.

24      Q.    Who would you normally send mail to?

25      A.    To Gerald Archuleta and Angel Munoz.



SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                      201 Third NW, Suite 1630
Santa Fe, NM 87501                              Albuquerque, NM 87102
(505) 989-4949                                          (505) 843-9494
FAX (505) 843-9492                                  FAX (505) 843-9492
                                                     1-800-669-9492
                                              e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        Q.    And why would you write them?
 2        A.    Just to keep in contact with them, let
 3   them know how I was doing, and find out what was
 4   going on in there with them.
 5        Q.    So when you were using the mail, where
 6   were each of you located?
 7        A.    I was either in Albuquerque, they were in
 8   prison, or vice versa.
 9        Q.    Was that just for the purpose of updating
10   each other on the status of things?
11        A.    That, and just see how each other was
12   doing.
13        Q.    At any time did you guys ever discuss SNM
14   business, what the brothers were doing, or anything
15   like that?
16        A.    No.
17        Q.    Now, I asked you a little bit about the
18   All Stars earlier.  What ever happened to the All
19   Stars?
20        A.    They just faded out.
21        Q.    Why is that?
22        A.    They were really nobody, so they just
23   weren't recognized by anybody, really.
24        Q.    So when they tried breaking away from the
25   SNM, what was the SNM's response to them?
```

SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                   Albuquerque, NM 87102
(505) 989-4949                                                              (505) 843-9494
FAX (505) 843-9492                                                   FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

 1      A.   Kind of just shrugged it off.

 2      Q.   Were any members of the All Stars

 3 assaulted by any members of the SNM, that you know

 4 of?

 5      A.   Yes.

 6      Q.   Who was assaulted?

 7      A.   I know Chaparro was assaulted.  JR.  They

 8 were, I think, the two founders that started the All

 9 Stars.

10      Q.   And to the best of your recollection,

11 about how long did the All Stars last as an

12 attempted break-off group?

13      A.   About a year and a half, two years at the

14 most.

15      Q.   Now, were you aware of the, I guess I

16 would say, disagreement between Mr. Archuleta and

17 Julian Romero?

18      A.   Yes.

19      Q.   What was that about?

20      A.   Julian Romero got out of prison and he

21 went to go pick up drugs from Gerald Archuleta's

22 wife -- I think his wife at the time.  And he ended

23 up messing around with her, hooking up with her.

24      Q.   Do you know what the drugs were going to

25 be used for?  In other words, were they just for his

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492



1-800-669-9492
PROFESSIONAL COURT                                e-mail: info@litsupport.com
REPORTING SERVICE

1  use, or was he going to distribute them or sell them

2  to someone else?

3       A.   I think it was for his use and to send

4  back in.

5       Q.   When you say "send back in" --

6       A.   Back in the prison.

7       Q.   What effect did that have on the SNM, when

8  you had two members who were kind of in leadership

9  positions having a dispute like that?

10      A.   It caused a big disturbance between a lot

11 of people.

12      Q.   I don't want to put words in your mouth,

13 so you can tell me if I'm not stating this right.

14 Would you say that at times there were splits or

15 factions, some people would say they would follow

16 Julian more than Styx, Archuleta, for example?

17      A.   Yeah, there was -- Julian tried to get a

18 lot of the guys from Barelas that were in the S to

19 side with him.

20      Q.   And so even though there is kind of a

21 split within the gang, did the gang ever become two

22 gangs, or did it remain one gang?

23      A.   No, we always remained one gang.

24      Q.   So in other words, if you were going to go

25 to war with the LC, and you had guys who liked Styx

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1    more than Julian, and you were going to go to war

 2    with someone else, would the gang pull together and

 3    fight as one or as two?

 4         A.    Together.

 5         Q.    I'm going to ask you about tattoos.  Do

 6    you have any SNM-related tattoos?

 7         A.    I have two of them.

 8         Q.    What do they look like?

 9         A.    The Zia symbol with the SNM in the middle

10    of it.

11         Q.    What's the importance of the Zia symbol to

12    the SNM?

13         A.    It's our -- it represents our state.

14         Q.    And do you know people who are not SNM

15    members who have a Zia tattoo?

16         A.    Yes.

17         Q.    Do you know SNM members who have a Zia

18    tattoo without an S in it?

19         A.    Yes.

20         Q.    Do you know SNM members who don't have any

21    SNM tattoos?

22         A.    Yes.

23         Q.    So does the tattoo itself necessarily tell

24    you anything about whether someone is a member?

25         A.    Well, to have the tattoo, obviously, you

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   are a member.  Some of them don't; some of them

2   choose not to get it, so they don't get recognized

3   or validated.

4        Q.   That leads to my next question, then.  So

5   is there a distinction between being an SNM member

6   and being validated by the prison system?  Does that

7   make sense?

8        A.   Yeah.  Well, being validated is being

9   recognized by the, I guess, correction officers, by

10  the STIU.

11       Q.   And then what's the difference between

12  what the prison system thinks and what the SNM

13  thinks about membership?

14       A.   That's just so we know who's who.

15       Q.   In other words, can you be an SNM member

16  but not be validated by the prison system?

17       A.   Yes.

18       Q.   Do you recall if the prison system ever

19  considered you or validated you as an SNM member?

20       A.   Validated me?

21       Q.   Yes.

22       A.   I'm a validated SNM member.

23       Q.   So is it fair to say you're validated by

24  the prison, and separate from what the prison

25  thinks, you are an SNM Gang member?

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                  201 Third NW, Suite 1630
Santa Fe, NM 87501                                         Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 843-9492                                           FAX (505) 843-9492
                                                               1-800-669-9492
                                                        e-mail: info@litsupport.com



```
 1        A.   Yes.
 2             MR. CASTELLANO:   May I approach the
 3   witness, Your Honor?
 4             THE COURT:   You may.
 5   BY MR. CASTELLANO:
 6        Q.   Mr. Armijo, I'm going to show you what's
 7   page 63 of Exhibit 251.  I'll have you take a look
 8   at it and see if you recognize that.
 9        A.   Yes.
10        Q.   How do you recognize it?
11        A.   It's a picture of myself and other
12   members.
13        Q.   Do you know all the members in that
14   exhibit?
15        A.   Yes.  There's two people that ain't
16   members.
17        Q.   Okay.  Let's talk about that.  Thanks.
18        A.   Um-hum.
19        Q.   And is this a fair and accurate depiction
20   of the photo as you remember it when it was taken?
21        A.   Yes.
22             MR. CASTELLANO:   Your Honor, I move the
23   admission of Government's Exhibit 251.  I will note
24   this is a large exhibit, so this is page 63 of that
25   exhibit.  And it's Baca Bates stamped 7840.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              THE COURT:  So you're just introducing the
 2   one page out of it?
 3              MR. CASTELLANO:  That's correct.
 4              THE COURT:  Any objection?
 5              MR. VILLA:  Your Honor, I don't object to
 6   it, but I'm wondering, if it's just one page,
 7   whether it ought to be designated by a different
 8   number, or 251-A or something.
 9              MR. CASTELLANO:  I'm happy to designate it
10   any way that makes it clear.
11              THE COURT:  All right.  Why don't you make
12   it 251-A?  Not hearing any objection, Government's
13   Exhibit 251-A will be admitted into evidence.
14              (Government Exhibit 251-A admitted.)
15              MR. CASTELLANO:  With the Court's
16   permission, I'll publish that to the jury.
17              THE COURT:  You may.
18   BY MR. CASTELLANO:
19        Q.   For now, if we can just zoom in on the
20   picture.  While that's happening, Mr. Armijo, okay,
21   you mentioned some people there were members and
22   some people were not members; is that correct?
23        A.   Yes.
24        Q.   Now, it looks like they have numbers over
25   there.  So if we can start with Number 1, who is
```




SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    that person?

2         A.    That was Ralph Mendez, I think.  I don't

3    remember his last name.

4         Q.    While you're doing that, I'm going to have

5    you move the microphone.  I know you're looking at

6    the screen.  Move it in front of you so the jury can

7    hear you.

8         A.    Ralph.

9         Q.    And who is Number 2?

10        A.    Well, we called him Cookies.

11        Q.    That's the name you know him by?

12        A.    Yeah.

13        Q.    And are the people in the picture Number 1

14   and Number 2 -- are either of those people SNM Gang

15   members?

16        A.    Number 1, no.  Number 2, yes.

17        Q.    All right.  So why was Number 1 taking a

18   picture with the other people, just so we understand

19   that?

20        A.    We were all good friends.

21        Q.    Number 3?

22        A.    That's myself.

23        Q.    Is that a young you?

24        A.    Yes.

25        Q.    Number 4?



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

57

```
 1          A.    That's Angel Munoz.

 2          Q.    Number 5?

 3          A.    Joe Bojon, I think his last name.  Joe

 4  Bojon.  He's not an SNM member.

 5          Q.    Number 6?

 6          A.    I don't remember his name.  He's not an

 7  SNM member.  He was from El Paso, Texas.

 8          Q.    And Number 7?

 9          A.    He also -- I don't remember his name, but

10  he's not an SNM member.  He was originally from

11  California somewhere.  Norwalk, I think.

12          Q.    And is it common for inmates in prison to

13  take photos like this?

14          A.    Yes.

15          Q.    And what's the purpose of doing something

16  like this?

17          A.    Just for memories.

18          Q.    Have you in the past taken photos of just

19  you with a group of fellow gang members?

20          A.    Yes.

21          Q.    Now, Number 4 is who, again?

22          A.    Angel Munoz.

23          Q.    So tell us about Angel Munoz.  You told us

24  a little bit about him earlier, but how big was he

25  in the SNM?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

58

```
 1        A.    He was pretty big.  He was, I think, one
 2   of the founding fathers that founded the SNM.
 3        Q.    And did you consider yourself close with
 4   him?
 5        A.    Yes, very close.
 6        Q.    Did you discuss the history of the SNM
 7   with him?
 8        A.    Yes.
 9        Q.    And what do you know about how the SNM was
10   born?
11        A.    It was born after the riots, the '80
12   riots, that happened in the main.  They basically
13   got together, and it wasn't really, like, about, I
14   don't know, like gang membership.  It was really a
15   group of guys that took care of each other and that
16   tried to represent the inmates from the -- I guess
17   to get them more living conditions, you know what I
18   mean?  The living conditions, better living
19   conditions, better food, better everything.
20        Q.    And over time, what did the SNM become?
21   You said basically they were just guys looking out
22   for each other, a brotherhood?
23        A.    Yeah.  It was them against the
24   administration.
25        Q.    And how did that change over time?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   Drugs became a big issue.  I guess it's
 2   always drugs, always been a big issue inside the
 3   prison system.  They were easy to get in.  Everybody
 4   did them.  Everybody bought them.
 5        Q.   So would it be common for SNM Gang members
 6   to use drugs in prison?
 7        A.   Yes.
 8        Q.   Did that create problems in terms of
 9   holding everyone together and organization and
10   leadership?
11        A.   Yes.
12        Q.   And even with all the problems and the
13   politics and things like that, did the SNM still
14   remain a gang, and did you still look out for each
15   other?
16        A.   To a point, yeah.  At the end, to a point.
17   It got kind of pretty bad, to a point where
18   everybody was bickering with everybody, everybody
19   was taking sides.
20        Q.   Would you equate it to a dysfunctional
21   family?
22        A.   Yes.
23        Q.   Is that one of the problems you eventually
24   had with the gang?
25        A.   Yes.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.   All right.   Now, you mentioned Angel Munoz

2  as a founding father.   Who would be considered other

3  founding fathers of this gang?

4      A.   I mentioned them before.   Jacobo Armijo,

5  Marty Barros, Juan Baca.   Those are like the main

6  ones that I know of.

7      Q.   Did you know them personally?

8      A.   Yes.

9      Q.   Can you tell the members of the jury

10 whether you're currently in custody or currently on

11 conditions of release?

12     A.   I'm on conditions of release.

13     Q.   What does that mean?   Does that mean you

14 have to report to somebody who supervises you?

15     A.   Yes, I wear an ankle monitor bracelet.

16     Q.   What else do you have to do as part of

17 your conditions?

18     A.   Keep a job and stay out of trouble.

19     Q.   And I won't ask you where you work, but

20 are you currently working?

21     A.   Yes.

22     Q.   About how many hours a week do you work?

23     A.   About 40.   Close to 40 hours a week.

24 Maybe a little less some days, depending on the

25 times of year that it gets slow.

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                 Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                   FAX (505) 843-9492
                                                          1-800-669-9492
                                              e-mail: info@litsupport.com



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        Q.   I'm going to talk to you about any
 2   benefits you received from the Government in
 3   connection with your cooperation in this case.  Can
 4   you tell the members of the jury whether you
 5   received any money from the Government in exchange
 6   for any cooperation?
 7        A.   No.
 8        Q.   While you've been on conditions of
 9   release, have you violated those conditions at any
10   time?
11        A.   Yes.
12        Q.   How did you violate your conditions?
13        A.   A dirty UA.
14        Q.   Is a UA a urinalysis?
15        A.   Urinalysis test.
16        Q.   How many times have you had a dirty
17   urinalysis?
18        A.   Twice.
19        Q.   Do you recall if it was two times or three
20   times?
21        A.   Three times.
22        Q.   What did you test positive for?
23        A.   Heroin.
24        Q.   On these occasion and more recently, why
25   did you use heroin?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    I suffer from arthritis in my hands, feet,
 2   and back, and I was prescribed hydrocodones.  And
 3   when the hydrocodones weren't working as good, I
 4   started used heroin to kill the pain.
 5        Q.    How did you use the heroin?
 6        A.    Intravenously.  The last time I was just
 7   snorting it.
 8        Q.    Have you had any problems other than those
 9   three dirty urinalyses?
10        A.    No.
11        Q.    On any of those occasions were you
12   arrested for your violation of conditions of
13   release?
14        A.    Once.
15        Q.    And after your arrest, based on how were
16   doing, were you then released on conditions again?
17        A.    Yes.
18        Q.    When is the last time you were in prison?
19        A.    2012.
20        Q.    So have you been to jail or prison since
21   that time?
22        A.    Yes.
23        Q.    For what?
24        A.    Well, for the last dirty UA, and for the
25   roundup on the conspiracy charge for the
```



SANTA FE OFFICE                                        MAIN OFFICE
119 East Marcy, Suite 110                      201 Third NW, Suite 1630
Santa Fe, NM 87501                              Albuquerque, NM 87102
(505) 989-4949                                          (505) 843-9494
FAX (505) 843-9492                                  FAX (505) 843-9492
                                                      1-800-669-9492
                                              e-mail: info@litsupport.com

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1   racketeering.
 2        Q.   So both of those times related to this
 3   case?
 4        A.   Yes.
 5        Q.   Anything else?  It's been almost six years
 6   now?
 7        A.   That I've been out?  Yes.
 8             MR. CASTELLANO:  Your Honor, I pass the
 9   witness.
10             THE COURT:  Thank you, Mr. Castellano.
11             Do you want to go first, Mr. Villa?
12             MR. VILLA:  If I may, Your Honor.
13             THE COURT:  You may.
14             MR. VILLA:  Thank you, Judge.
15             THE COURT:  Mr. Villa.
16                         EXAMINATION
17   BY MR. VILLA:
18        Q.   Good afternoon, Mr. Armijo.
19        A.   Good afternoon.
20        Q.   So Mr. Armijo, you knew Rudy Perez?
21        A.   Yes.
22        Q.   You all were in prison together in the
23   Southern New Mexico Correctional Facility?
24        A.   Yes.
25        Q.   And I believe you said you were there
```




SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

64

```
 1   until 2012; is that correct?

 2        A.   Yes.

 3        Q.   You were in what we call the blue pod?

 4        A.   Yes.

 5        Q.   And during that time in the blue pod, Mr.

 6   Perez was there with you?

 7        A.   Yes.

 8        Q.   Do you remember what month you left in

 9   2012?

10        A.   That I left?

11        Q.   Yes, sir?

12        A.   March 2012.

13        Q.   All right, March.  So before you left, do

14   you recall Mr. Perez had health problems?

15        A.   Yes.

16        Q.   He had trouble with his legs, trouble

17   walking?

18        A.   Yes.

19        Q.   And at that time he was using a cane;

20   correct?

21        A.   Yes.

22        Q.   And he also had other health problems, had

23   to go to medical a lot?

24        A.   Yes.

25        Q.   And he oftentimes stayed in his room?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1        A.    Yes.

2        Q.    Slept a lot?

3        A.    Yes, he did.

4        Q.    Didn't always go outside for recreation?

5        A.    No.

6        Q.    While you were there, did you know Mario

7   Rodriguez?

8        A.    Does he have another name he goes by?

9        Q.    Sometimes he goes by the moniker Blue.

10       A.    No, I never met Blue until at the North

11   facility.

12       Q.    When did you meet Blue at the North

13   facility?

14       A.    I can't recall.

15       Q.    Was that after 2012?

16       A.    No.

17       Q.    Did you meet him before 2012?

18       A.    Before 2012.  But he wasn't in Cruces

19   while I was there.

20       Q.    I understand.  Did he have a reputation in

21   the SNM?

22       A.    Yes.

23       Q.    What was his reputation?

24       A.    I heard he was crazy and he was down to do

25   what he had to do.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.    He was crazy, meaning --
 2        A.    He handled his business.
 3        Q.    Scary guy?
 4        A.    Yeah.
 5        Q.    Would commit a lot of acts of violence?
 6        A.    That's what I would assume, yes.
 7        Q.    And at the time, in 2012, at least, and
 8   maybe 2011, Mr. Perez' reputation was mostly he was
 9   sick and in bed; right?
10        A.    Yes.
11        Q.    And he wasn't the leader?
12        A.    No.
13        Q.    He wasn't the llavero?
14        A.    No.
15        Q.    The llavero is the key-holder or someone
16   who has a leadership role in the pod?
17        A.    Yes.
18        Q.    You testified a little bit about kind of
19   the way things work with the gang, and I want to ask
20   you about that.  You testified about if somebody was
21   going to be moved on; right?  Do you remember that
22   term?
23        A.    Yes.
24        Q.    That means that they were going to be
25   either assaulted or murdered or attacked in some
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                 201 Third NW, Suite 1630
Santa Fe, NM 87501                                         Albuquerque, NM 87102
(505) 989-4949                                                    (505) 843-9494
FAX (505) 843-9492                                           FAX (505) 843-9492
                                                              1-800-669-9492
                                               e-mail: info@litsupport.com



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1  way; right?
 2       A.   Yes.
 3       Q.   And if certain members of the SNM decided
 4  to move on somebody, and other members of the SNM
 5  tried to stop them, what would happen to them?
 6       A.   I guess it would depend on who the other
 7  members were, and what evidence they had to move on
 8  that person.
 9       Q.   Well, let me ask you this.  If a group of
10  SNM members were conspiring to commit a murder and
11  another SNM member, who wasn't part of the
12  conspiracy, reported that to the authorities to try
13  to stop it, reported it to a CO or somebody, what
14  would happen to that SNM member?
15       A.   He'd probably get killed.
16       Q.   And if that SNM member was physically able
17  and tried to physically stop those other members
18  from committing a murder, what would happen to that
19  SNM member?
20       A.   He would probably be murdered along with
21  him.
22       Q.   You talked about making weapons and
23  shanks.  Do you remember that?
24       A.   Yes.
25       Q.   Was there a common name for a shank called
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

68

1   an ice pick?

2        A.   Yes.

3        Q.   What's an ice pick?

4        A.   Ice picks are used from pieces of the

5   fence.  They're better used because it's harder to

6   stop the bleeding from a puncture hole.

7        Q.   So you're not talking about an ice pick

8   that I might buy at the store to pick ice.

9        A.   No.

10        Q.   It's just a term that was used for certain

11   types of shanks?

12        A.   Yes.

13        Q.   And you said they were made out of the

14   fence.  You're talking about --

15        A.   The ice pick would be similar to a regular

16   ice pick that you would buy at the store.

17        Q.   So it would look like that?

18        A.   Yes.

19        Q.   So it was like a chain link fence?

20        A.   Yes, it could be.

21        Q.   Were there other things that folks made

22   ice picks out of?

23        A.   No, not really.  Just something real thin,

24   a thin piece of metal that could be real thinned-out

25   to look like an ice pick.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   And you testified that there was always
 2   somebody that's in charge of the weapons or the
 3   shanks; right?
 4        A.   Yes.
 5        Q.   So that person is responsible for knowing
 6   where they are or holding onto them?
 7        A.   Yes.
 8        Q.   Was that true when you were in the blue
 9   pod in 2012?
10        A.   Yes.
11        Q.   You testified that Javier Molina was in
12   the blue pod in 2012; correct?
13        A.   Yes.
14        Q.   Was he responsible for holding the shanks
15   at that time?
16        A.   No.
17        Q.   Do you know if he ever was?
18        A.   Not while I was there, no.
19        Q.   You talked about if somebody PCs
20   themselves -- and "PC" stands for protective
21   custody; right?
22        A.   Yes.
23        Q.   I think you testified on direct that's
24   when somebody says, "My life is in danger," and they
25   tell a CO or someone else in the prison so they can
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

70

1    get moved out of where they are; right?

2         A.   Yes.

3         Q.   But you said that oftentimes people hear

4    about that.

5         A.   Yes.

6         Q.   And so that person can be in danger for

7    PC'ing themselves; right?

8         A.   Yes.

9         Q.   They hear about it because things like

10   that spread fastly in the prison; right?

11        A.   Yes.

12        Q.   Spread fast, I guess I should say.  And

13   that includes among the members of the gang; rumors

14   can spread quickly, can't they?

15        A.   Yes.

16        Q.   And talking about that, you talked about

17   how if somebody is perceived to be a -- cooperating

18   with law enforcement, or a rat or snitch, they could

19   be killed; correct?

20        A.   Yes.

21        Q.   And you testified that oftentimes members

22   wanted to see paperwork about whether the person was

23   an informant; right?

24        A.   Yes.

25        Q.   But isn't it true that part of the

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

71

```
 1    division that you talked about in the SNM, the

 2    disagreements that took place, was whether you

 3    needed paperwork or not to move on somebody who you

 4    thought was a snitch?

 5         A.   Yes.

 6         Q.   So there were factions or groups of gang

 7    members who would be willing to move on somebody

 8    even without paperwork?

 9         A.   Yes.

10         Q.   So if there was a rumor that had spread

11    about somebody being an informant, they could be

12    moved on or killed even though maybe they weren't an

13    informant.

14         A.   Yes.

15         Q.   Did you often run across situations when

16    you were in the SNM where people took responsibility

17    for things they didn't do?

18         A.   Yes.

19         Q.   So they said that they played a role in

20    maybe a hit or an assault, but really they didn't?

21         A.   Yes.

22              MR. VILLA:  May I have just a moment, Your

23    Honor?

24              THE COURT:  You may.

25              MR. VILLA:  No more questions.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              THE COURT:  Thank you, Mr. Villa.
 2              Mr. Jewkes, do you have cross-examination
 3    of Mr. Armijo?
 4              MR. JEWKES:  Yes, Your Honor.  Your Honor,
 5    may it please the Court?
 6              THE COURT:  Mr. Jewkes.
 7                    CROSS-EXAMINATION
 8    BY MR. JEWKES:
 9         Q.   Good afternoon, Mr. Armijo.
10         A.   Good afternoon.
11         Q.   How are you, sir?
12         A.   Been better.
13         Q.   Mr. Armijo, you joined the SNM in 1993?
14         A.   Yes.
15         Q.   Correct?
16         A.   Yes.
17         Q.   And at that time, I believe you said, you
18    were the personal bodyguard to Angel Munoz?
19         A.   Yes.
20         Q.   How big a man was he in the SNM?  Was he
21    at the very top?
22         A.   Very top.
23         Q.   Very top?
24         A.   Very top.
25         Q.   He was the man.
```




SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    Yes.

 2        Q.    And you were his bodyguard.

 3        A.    Yes.

 4        Q.    This party that you went to in Santa Fe --

 5   there was some kind of wedding party for somebody in

 6   Angel Munoz' family; is that correct?

 7        A.    I didn't know what it was for.  I just

 8   know it was a party.

 9        Q.    Okay.  But you had problems with a couple

10   of guys?

11        A.    One.

12        Q.    One guy?  He disrespected Angel Munoz?

13        A.    Yes.

14        Q.    How did he go about doing that?

15        A.    He was drunk, just constantly talking down

16   to him.

17        Q.    And you stepped in?

18        A.    Yes.

19        Q.    You waited until he went behind the house;

20   correct?

21        A.    Yes.

22        Q.    And then what did you do, sir?

23        A.    I stabbed him.

24        Q.    Where did you stab him?

25        A.    In the body area.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.    Torso?

 2        A.    Yes.

 3        Q.    How many times?

 4        A.    About three, four times.

 5        Q.    What did you do with his body?

 6        A.    We left.  I didn't do nothing with it.

 7   Just left.

 8        Q.    Did the man live or die?

 9        A.    I assume he's still alive.  I've never

10   heard nothing about it.  I watch the news a lot, so

11   I've never -- nothing ever happened, came out about

12   it.  I'm sure I would have heard about it through

13   Angel's wife if he had died.

14        Q.    All right, sir.  Now, was it before that

15   or after that that you got your throat cut?

16        A.    It was before.

17        Q.    It was before?

18        A.    Yes.

19        Q.    So the incident in Santa Fe -- that

20   happened before you had some problems with some

21   African-Americans; is that correct?

22        A.    Can you repeat that?

23        Q.    If I understood you correctly, your throat

24   was cut by a black inmate.

25        A.    Yes.
```



SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                   Albuquerque, NM 87102
(505) 989-4949                                               (505) 843-9494
FAX (505) 843-9492                                     FAX (505) 843-9492
                                                        1-800-669-9492
                                                  e-mail: info@litsupport.com

```
 1       Q.    When I said African-American, I meant

 2   black.

 3       A.    Yes, I know.

 4       Q.    Where did that happen?

 5       A.    In the Santa Fe -- in the main facility.

 6       Q.    Now, this fight that you had with that

 7   black inmate -- was that political?  In other words,

 8   did it have -- was it gang business or was it

 9   personal?

10       A.    It was personal.

11       Q.    He disrespected you?

12       A.    Yes.

13       Q.    So the two of you locked horns.

14       A.    Yes.

15       Q.    That sort of thing happens in prison quite

16   a bit, doesn't it?

17       A.    Yes.

18       Q.    Personal disputes.

19       A.    Yes.

20       Q.    They call them personal beefs.

21       A.    Yes.

22       Q.    It's not always gang-related, is it?

23       A.    No.

24       Q.    If you're going to live in prison, you

25   have to stand up for yourself.  Would you agree with
```

SANTA FE OFFICE                                                                    MAIN OFFICE
119 East Marcy, Suite 110                                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                                 Albuquerque, NM 87102
(505) 989-4949                                                                     (505) 843-9494
FAX (505) 843-9492                                                                 FAX (505) 843-9492
                                                                                   1-800-669-9492
                                                                                   e-mail: info@litsupport.com



 1   that?

 2        A.    Yes.

 3        Q.    Or you go down.

 4        A.    Yes.

 5        Q.    You mentioned the name Daniel Sanchez.

 6        A.    Yes.

 7        Q.    Okay.  Now, I don't want to insult you,

 8   but you're an old-timer.

 9        A.    Yes.

10        Q.    Are you familiar with the term OTG?

11        A.    Yes.

12        Q.    You know what it means.  Old-time

13   gangster.

14        A.    Yes.

15        Q.    You've been around since the early '90s.

16        A.    Yes.

17        Q.    Did you ever know Daniel Sanchez?

18        A.    Yes.

19        Q.    Old Daniel Sanchez?

20        A.    Old?

21        Q.    Yeah.  There are two different Daniel

22   Sanchezes.

23        A.    Um-hum.

24        Q.    You know that; right?

25        A.    Yes.  One from Belen, and then Danny.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.    And this Danny.

 2        A.    Yes.

 3        Q.    Okay.  How well did you know old Daniel

 4   Sanchez?

 5        A.    Cowboy Dan?  I know him pretty good.

 6        Q.    Cowboy Dan?

 7        A.    That's what we called him.

 8        Q.    Some folks also called him Dan Dan.

 9        A.    Dan Dan, yes.

10        Q.    Okay.  This gentleman right here that you

11   pointed out -- where is he from?

12        A.    I don't remember.

13        Q.    You don't know?

14        A.    No.

15        Q.    Did you ever do time with him?

16        A.    Yes.

17        Q.    There was one brief period -- correct me

18   if I'm wrong -- in 1993, maybe '94, when the two of

19   you were together at PNM; correct?

20        A.    Yes.

21        Q.    How long were the two of you together?

22        A.    Not very long.

23        Q.    A short period of time?

24        A.    Yes.

25        Q.    And you really haven't had any dealings
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   with him or seen him since '94; isn't that correct?
 2        A.   No.
 3        Q.   No?
 4        A.   No.  We've ran into each other.  We've
 5   done a lot of time at the North.  He's been at the
 6   North facility for quite a few years, and so have I.
 7             MR. JEWKES:  If I may have just a moment,
 8   Your Honor?
 9             THE COURT:  You may.
10   BY MR. JEWKES:
11        Q.   You were asked a question, I believe it's
12   by Mr. Castellano, about when you're in the pod with
13   a bunch of guys, do you make something up -- in
14   other words, you lie -- and you can get in trouble
15   for that with the other guys.  Did I characterize
16   that correctly?
17        A.   No.
18        Q.   No?
19        A.   What do you mean by making up lies?
20        Q.   Saying you did things that you really
21   didn't.
22        A.   Oh, right.  Taking responsibility for
23   something that you didn't do?
24        Q.   Yes, sir.
25        A.   Yes.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1      Q.   And that's what I'm talking about.  You

2  can get in trouble doing that.

3      A.   Yes.

4      Q.   But yet, there are guys that do that,

5  don't they?

6      A.   Yes.

7      Q.   They make up stories.

8      A.   Yep.

9      Q.   And how many years have you done in prison

10 altogether?

11     A.   Did 22 years in prison.

12     Q.   So you've just about seen it all, haven't

13 you?

14     A.   Yes.

15     Q.   Been around all kinds of people.

16     A.   Yes.

17     Q.   And you get some of these guys, they want

18 to be somebody, so they make up stories.

19     A.   Yes.

20     Q.   You've seen that?

21     A.   Yes.

22     Q.   Mr. Armijo, I'm going to skip around some,

23 because I'm going to try and save us some time.

24          You were talking about the COs don't

25 really care about -- or didn't really care about

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                           Albuquerque, NM 87102
(505) 989-4949                                                          (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1   kites, as long as what was going under the doors

 2   wasn't shanks.  Did I characterize that correctly,

 3   or am I off base?

 4        A.   Kind of.  It wasn't really that they

 5   didn't care about kites.  They just rarely paid

 6   attention to what was going on in the pod.

 7        Q.   Why not?

 8        A.   As long as we were doing what we had to

 9   do, and behaving, they mostly sat up in the bubble

10   and played on their phones, really.

11        Q.   Where was that, sir?

12        A.   In the bubble, above.

13        Q.   Which unit?  North, South, Southern?  PNM.

14        A.   At all prisons.

15        Q.   All prisons?

16        A.   All prisons are like that.

17        Q.   Tell us about the COs.  What -- do they

18   work hard?

19        A.   I guess some of them do.  Some of them do

20   the job.  Some of them are just there to get a

21   paycheck and go home.

22        Q.   When you use the term "CO," we're talking

23   about correctional officers.

24        A.   Yes, sir.

25        Q.   And you've seen them sit up in that bubble
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                 Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 843-9492                                                 FAX (505) 843-9492
                                                                   1-800-669-9492
                                                                   e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

81

```
 1  and not really pay much attention to what's going on
 2  down below?
 3       A.   Yes.
 4       Q.   Do drugs ever change hands down below?
 5       A.   Oh, yes.
 6       Q.   Do those COs pay any attention to that?
 7       A.   No.
 8       Q.   Now, if a shank changes hands, somebody is
 9  liable to wake up; right?
10       A.   Not necessarily.
11       Q.   No?  Not necessarily?  So it's pretty much
12  anything goes, as long as we're not making too much
13  noise or creating too much of a disturbance.  Would
14  that be pretty accurate?
15       A.   Yes.
16       Q.   How prevalent are drugs inside the prison
17  system, Mr. Armijo?
18       A.   At a time, they were there constantly.
19       Q.   Suboxone?
20       A.   Nowadays, yes.
21       Q.   Yes.  How about the old days?  What was
22  prevalent?
23       A.   Heroin and marijuana.
24       Q.   What about meth?
25       A.   They came in occasionally, but that would
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   usually stay between the white guys.

 2       Q.   What about cocaine?

 3       A.   Like, occasionally.

 4       Q.   Cocaine is pretty expensive, isn't it?

 5       A.   Yeah.

 6       Q.   Always has been, hasn't it?  These

 7   Suboxone strips that you sent to Gerald Archuleta --

 8   how were you able to conceal them?

 9       A.   Can I use this?

10       Q.   Well, we'll ask the Judge.

11            MR. JEWKES:  May he?

12       A.   Just fold it up, put it in there, and put

13   it in the mail.

14       Q.   What keeps the strips from falling out?

15       A.   They're in an envelope.

16       Q.   So they're just loose?

17       A.   Yeah.  I was doing that while I was on the

18   streets, while I was free, so -- just a regular

19   letter.

20       Q.   Inmates like Suboxone because it's fairly

21   easy to conceal, is it not?

22       A.   Yes.

23       Q.   Okay.  You were asked about tattoos.

24       A.   Yes.

25       Q.   Once again, what are the popular SNM
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

83

```
 1   tattoos, Mr. Armijo?

 2        A.   The Zia with an SNM inside it.

 3        Q.   Okay.

 4        A.   That's it.

 5        Q.   That's it?

 6        A.   That's the only one that I know of.

 7        Q.   The Zia, which is the official --

 8        A.   New Mexico symbol.

 9        Q.   -- New Mexico symbol.  Yes, sir.  By the

10   way, did you know that it's -- if I'm not mistaken,

11   I think it's an old Zuni symbol.

12        A.   Yes.

13        Q.   It has some kind of religious

14   significance.

15        A.   Yes.

16        Q.   What if a guy has the Lord's Last Supper

17   tattooed on his abdomen?  Would that be an

18   indication he was SNM?

19        A.   No.

20        Q.   Myself, I would take that as a religious

21   scene.  Would you not also do that?

22        A.   Yes.

23        Q.   What about a tattoo of a charra?  You know

24   a charra?

25        A.   Yes.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

84

```
1        Q.   A Chihuahua cowgirl.

2        A.   Yes.

3        Q.   You've seen them.

4        A.   Yes.

5        Q.   The big hats and low-cut blouses.  You

6   know the story.

7        A.   Yes.

8        Q.   Is that an SNM symbol?

9        A.   No.

10       Q.   No?  It's fairly popular with young

11   Hispanic males.  Would you agree with that?

12       A.   Yes.

13       Q.   What about a tattoo of Pancho Villa on the

14   shoulder?

15       A.   No.

16       Q.   Not SNM?

17       A.   No.

18       Q.   Basically, that's Mexican folklore or

19   history, really.

20       A.   It's history, yes.

21       Q.   Yeah, Pancho Villa was a very well-known

22   general during the revolution.

23       A.   Yes.

24       Q.   Mr. Armijo, tell us how you know you're a

25   validated SNM member.  What happened in your life to
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   make you validated?

2        A.   I have the tattoos.  I have an SNM tattoo

3   on my body.

4        Q.   Okay.  But there have been incidences of

5   people that have SNM tattoos that were not true SNM

6   members; am I correct, or am I way off base there?

7        A.   I've never known to know one.

8        Q.   No?

9        A.   No.

10       Q.   So everybody who has SNM tattooed on them,

11  somewhere on their body, is a validated member?  Is

12  that your understanding?

13       A.   Yes.

14       Q.   There are no phonies running around?

15       A.   Of course.

16       Q.   Someone could have an SNM tattoo.

17       A.   Yes.

18       Q.   Wouldn't be too smart.  Just a few more

19  points, Mr. Armijo.  You also made mention, in

20  response to questioning from Mr. Villa there, about

21  rumors spread quickly in prison.

22       A.   Yes.

23       Q.   It's not at all uncommon for someone, an

24  inmate, to brag about something he didn't do to make

25  himself more elevated.  Would you agree with that?

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                         201 Third NW, Suite 1630
Santa Fe, NM 87501                                                Albuquerque, NM 87102
(505) 989-4949                                                         (505) 843-9494
FAX (505) 843-9492                                                 FAX (505) 843-9492
                                                                  1-800-669-9492
                                                                  e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1       A.   Yes.

2       Q.   And a lot of these rumors that spread

3   through the community -- I'm talking about the

4   prison community -- they are lies, are they not?

5       A.   A lot of them could be.

6       Q.   Okay.  What made you decide to cooperate,

7   Mr. Armijo, after 20-some-odd years?

8       A.   I kind of lost faith in everything that I

9   believed in.  And I have better things to do with my

10  life than to pussy-foot around in my old ways.  I've

11  grown up, in other words.

12      Q.   Well, I commend you for that, wanting to

13  improve your life.  But what was it?  The politics

14  that turned you off?

15      A.   Yeah, the politics, the back-stabbing, the

16  loyalty, just the common bullshit that goes on

17  nowadays, everybody wanting to be a leader.

18      Q.   How long have you been cooperating, sir?

19      A.   Since, like, about four months after the

20  incident happened that we got rounded up.

21      Q.   You pled guilty on March 1st of 2017.

22  Does that sound right?

23      A.   Yes.

24      Q.   And you did so with a plea agreement, did

25  you not?



SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                Albuquerque, NM 87102
(505) 989-4949                                           (505) 843-9494
FAX (505) 843-9492                                   FAX (505) 843-9492
                                                        1-800-669-9492
                                              e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

87

```
 1        A.   Yes.
 2        Q.   And are you expecting to receive any type
 3   of benefit for what you're doing?
 4        A.   Yes.
 5        Q.   All right, sir.  Please tell me what you
 6   expect to receive.
 7        A.   A reduced sentence.
 8        Q.   How much reduced?
 9        A.   Whatever is there.
10        Q.   Mr. Armijo, have you received any type of
11   money from the FBI since you agreed to cooperate?
12   Any type of financial assistance of any sort?
13        A.   No.
14        Q.   Have you received any kind of living
15   benefits?
16        A.   They rented me a room.  That was it, for
17   these last couple of days.
18        Q.   For your appearance here?
19        A.   Yes.
20        Q.   Have they helped you get employment?
21        A.   No.
22        Q.   Have they helped you relocate to someplace
23   to live?
24        A.   No.
25        Q.   Mr. Armijo, are you the same Manuel Jacob
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

88

1   Armijo that was convicted in 1991 on two counts of

2   aggravated assault out of the Second Judicial

3   District Court of Bernalillo County?

4        A.   1991?

5        Q.   That would have been in 1991.

6        A.   Probably, yes.

7        Q.   Probably?

8        A.   Yes.

9        Q.   Are you the same Manuel Jacob Armijo that

10  was convicted in 1994 for escape from jail in San

11  Juan County?

12       A.   Yes.

13       Q.   Are you the same Manuel Jacob Armijo who

14  was convicted of commercial burglary on November

15  1st, 1994, out of the Second Judicial District Court

16  of Bernalillo County?

17       A.   I could be.  I don't remember all my

18  charges, everything that I've been convicted of.

19       Q.   After you pled guilty this last time, do

20  you remember sitting down with a probation officer?

21       A.   Yes.

22       Q.   And the two of you went through much of

23  what we're talking about now; correct?

24       A.   Yes.  I went through it with my lawyer.  I

25  never went through it with the P.O., I mean, with

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                           201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                             (505) 843-9494
FAX (505) 843-9492                                     FAX (505) 843-9492
                                                          1-800-669-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE
                                              e-mail: info@litsupport.com

 1    the probation officer.

 2        Q.   Fair enough.  Fair enough.

 3             Are you the same Mr. Armijo who was

 4    convicted in March of 1998 for possession of

 5    methamphetamine out of the 11th Judicial District

 6    Court in San Juan County?

 7        A.   Yes.

 8        Q.   What about the same gentleman who, on June

 9    15, 2001, was convicted of distribution of a

10    controlled substance?

11        A.   Yes.

12        Q.   Okay.  The same gentleman who, on July 29,

13    2006, was convicted of possession of a controlled

14    substance, to wit: methamphetamine --

15        A.   Yes.

16        Q.   -- out of the Second Judicial District;

17    that would have been Albuquerque.

18             What about on January 26, 2007, receiving

19    and transferring a stolen vehicle, out of the Second

20    Judicial District Court?

21        A.   Yes.

22        Q.   Once again, on March 13, 2007, receiving

23    or transferring a stolen vehicle, out of the Second

24    Judicial District Court.

25        A.   I know there was a couple of those that I

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   did not do.  I know -- I think I have one
 2   transferring and receiving a stolen vehicle.
 3        Q.   Yes, sir.
 4        A.   Yes, sir.
 5        Q.   What about September 9, 2007, attempted
 6   battery on a peace officer out of the Second
 7   Judicial District Court of Bernalillo County?
 8        A.   No.
 9        Q.   You were not convicted on that?
10        A.   No.
11             MR. JEWKES:  May I approach counsel for
12   the Government?
13             THE COURT:  You may.
14             MR. JEWKES:  May I approach the witness,
15   Your Honor?
16             THE COURT:  You may.
17        A.   I don't think that's me.  If this is the
18   description of the person, that's not me.  It says
19   5'3".  I'm 6'3", so that would not be me.
20   BY MR. JEWKES:
21        Q.   If I were you, I'd have a little talk with
22   my probation officer.
23             MR. JEWKES:  I pass the witness.
24             THE COURT:  Thank you, Mr. Jewkes.
25             Mr. Maynard, do you have cross-examination
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   of Mr. Armijo?

 2              MR. MAYNARD:  Yes, Your Honor.  Thank you.

 3              THE COURT:  Mr. Maynard.

 4                      CROSS-EXAMINATION

 5   BY MR. MAYNARD:

 6       Q.    Mr. Armijo, when you were questioned by

 7   Mr. Castellano, and again by Mr. Jewkes, I believe

 8   you mentioned back-stabbing, the word back-stabbing.

 9       A.    Yes.

10       Q.    You'd kind of had enough of that.

11       A.    Yes.

12       Q.    Okay.  What did you mean by that?

13       A.    Just when one of your own brothers tries

14   to put a hit on you for apparently no reason at all,

15   kind of, it's a tipping point.

16       Q.    And a lot of people were putting hits on

17   each other for personal grudges.

18       A.    Yeah.

19       Q.    You saw that over the years.

20       A.    Yes.

21       Q.    You mentioned, in fact, that SNM started

22   to change when some of the old-timers left.

23       A.    When they died, yes.

24       Q.    Everybody wanted to be a boss?

25       A.    Yes.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.    Everybody wanted to make their own rules.

 2        A.    Yes.

 3        Q.    Now, when you joined, many years ago, what

 4   was the main reason?

 5        A.    I saw what another person was willing to

 6   do that really didn't know me, what they were

 7   willing to jeopardize.

 8        Q.    Was fear one of the reasons?

 9        A.    That I joined?

10        Q.    Yes.

11        A.    No.

12        Q.    You weren't afraid?

13        A.    No.

14        Q.    You didn't do it for protection?

15        A.    No.

16        Q.    Then why did you do it?

17        A.    I just told you.

18        Q.    Because other people were vulnerable?

19        A.    No.  Because I saw where their heart was

20   at and what they were willing to do to put their

21   life in jeopardy for me.

22        Q.    Okay.  So in your perception, at first, it

23   was something based on trust.

24        A.    Not trust, just --

25        Q.    Solidarity?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

93

```
 1        A.    Looking out for your own kind.

 2        Q.    Looking out for each other.

 3        A.    For each other.

 4        Q.    So there is some sort of protection in

 5   being part of a community.

 6        A.    There could be.

 7        Q.    Right.  Now, would it be fair to say that

 8   Angel Munoz many, many years ago was a key in you

 9   deciding to join?

10        A.    No.

11        Q.    No?

12        A.    No.

13        Q.    He had no influence on your decision?

14        A.    No.

15        Q.    And yet you committed violent acts to

16   protect his respect.

17        A.    Yes.

18        Q.    Just -- I'm trying to understand.

19   Thinking back, why did you do that?

20        A.    It was my duty.  It was what I was told to

21   do, what I was told -- how I was told to watch him

22   and make sure nothing happens to him.

23        Q.    Okay.

24        A.    And over the years, we got close and I've

25   earned a great amount of respect for him.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.    Now, you also used a term, "to move on
 2   somebody."
 3        A.    Yes.
 4        Q.    That doesn't necessarily mean to murder.
 5   It could mean to extort, could it not, or it could
 6   mean to assault?
 7        A.    It means to assault.
 8        Q.    All right.   Now, so what changed that
 9   happened over the years, as time went by, people
10   started putting hits on each other for personal
11   reasons, like a hit was put on you.
12        A.    Yes.
13        Q.    And that had no connection to the gang
14   itself.   It was just personal.
15        A.    I believe it was personal.
16        Q.    Right.   And in fact, if I understand your
17   testimony, that's why you felt the dispute between
18   Archuleta and Romero did a disservice to the SNM.
19        A.    Yes.
20        Q.    Because if someone can put a hit -- that
21   is, send out a rumor on someone --
22        A.    Well, a hit is not a rumor.
23        Q.    A hit is not a rumor?
24        A.    No.
25        Q.    Does it always have to be on paper?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    What?  A rumor or a hit?

 2        Q.    A hit.

 3        A.    A hit is somebody giving somebody else an

 4   order to assault somebody or physically hurt them,

 5   murder them, stab them, choke them to death.

 6        Q.    The order --

 7        A.    That's the hit.

 8        Q.    -- does it have to be in writing?

 9        A.    No.

10        Q.    And so it can be verbal?

11        A.    Yes.

12        Q.    And so it can be passed by voice, by

13   telephone?

14        A.    Or even mail.

15        Q.    Or mail?

16        A.    Yes.

17        Q.    But it can always be passed by

18   word-of-mouth from one person to another to another?

19        A.    Yes.

20        Q.    Right.  You also mentioned that people, in

21   your experience, would often take credit for some

22   kind of violent act or intimidation that they really

23   weren't responsible for, that they didn't do.

24        A.    Yes.

25        Q.    Why would they do that?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN &ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1      A.    I guess to gain recognition, to gain

2  respect.

3      Q.    So you would gain respect by taking

4  credit, well, for doing something that makes them

5  seem tough.

6      A.    Yes.

7      Q.    That makes it appear that they followed

8  some kind of rule even if they didn't.

9      A.    Yes.

10     Q.    And the person who does that might be in

11 fear that they would not seem tough enough if they

12 didn't take that credit.

13     A.    Could be.

14     Q.    You mentioned about protective custody and

15 kites.

16     A.    Yes.

17     Q.    So someone who asked for protective

18 custody would be seen as a coward and would lose

19 respect?

20     A.    Yes.

21     Q.    And if they lose respect, then they could

22 become the object of extortion, assaults.

23     A.    Yes.

24     Q.    And people would send out kites -- that

25 is, a message -- to the COs or the authorities that

SANTA FE OFFICE                                                           MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                  Albuquerque, NM 87102
(505) 989-4949                                                             (505) 843-9494
FAX (505) 843-9492                                                  FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1    there was a hit on somebody in order to make it
 2    appear that that person was asking for protective
 3    custody.
 4        A.    Yes.
 5        Q.    And that was a tactic to embarrass them
 6    and make them appear weak.
 7        A.    Yes.
 8        Q.    So in a nutshell, there was a constant
 9    politicking for respect within the prison system.
10        A.    Yes.
11        Q.    And not just among SNM members, but just
12    about any inmate.
13        A.    Yes.
14        Q.    Now, you spoke about a llavero, keys, or
15    something.
16        A.    Yes.
17        Q.    What do you mean by that?
18        A.    A llavero is someone that has the head
19    leadership, the one that has the say-so.
20        Q.    About what?
21        A.    About anything that goes on.  Any
22    decision-making.
23        Q.    In the prison system or the gang or --
24        A.    Yes.
25        Q.    How high up?  Covering the entire SNM?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

98

1        A.    Yes.

2        Q.    What if another person claims to be a

3   llavero and has a different opinion about what

4   should be done, for instance, about doing exercise

5   or anything?  How is that resolved?

6        A.    Sometimes it's not.

7        Q.    Now, when those disputes are not resolved,

8   does that give an opportunity to members to insert

9   their personal grudges and under cover of some kind

10  of SNM issue?  Let's assume somebody has a personal

11  grudge against Joe, and they know that some people

12  in influence and authority have a grudge against

13  Joe.

14       A.    Right.

15       Q.    Then they can gain respect by beating up

16  Joe.

17       A.    True.

18            MR. MAYNARD:  No further questions.

19            THE COURT:  Thank you, Mr. Maynard.

20            Ms. Duncan, do you have cross-examination

21  of Mr. Armijo?

22            MS. DUNCAN:  Yes, Your Honor.

23            THE COURT:  Ms. Duncan.

24

25

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                 Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 843-9492                                                 FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
1                    CROSS-EXAMINATION
2    BY MS. DUNCAN:
3         Q.    Mr. Armijo, you testified on direct
4    examination that you didn't agree with a lot of
5    things that Anthony Ray Baca was trying to do at
6    Southern; correct?
7         A.    Yes.
8         Q.    The truth is that you wanted to kill
9    Anthony Ray Baca; correct?
10        A.    Only after that he put a hit on me, yes.
11        Q.    You spoke with Agent Acee on February 24,
12   2017; correct?
13        A.    Yes.
14        Q.    And when you spoke to Mr. Acee, you talked
15   about this hit; correct?
16        A.    Yes.
17        Q.    You told him that you never told on Baca
18   or knew Baca to have snitched on you; correct?  But
19   that you did want to hit Mr. Baca?
20        A.    Only after he put a hit on me, yes.
21        Q.    So the answer is yes, you did want to hit
22   Mr. Baca?
23        A.    Yes, only after he put a hit on me.
24        Q.    And you said that you wanted to put a hit
25   on him because Mr. Baca was trying to mold the SNM
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   after some out-of-state gangs; correct?

2        A.   What was that?  Can you repeat that?

3        Q.   I can.  That you didn't care for Mr. Baca

4   because he tried to mold the SNM after some

5   out-of-state prison gangs.

6        A.   I didn't care for his ideas, no.

7        Q.   Now, when you were talking to Mr. Jewkes,

8   you denied being convicted in 2007 of attempted

9   battery on a peace officer; correct?

10       A.   Correct.

11       Q.   I'd like to show you --

12            MS. DUNCAN:  May I have a moment, Your

13   Honor?

14            THE COURT:  Certainly.

15   BY MS. DUNCAN:

16       Q.   For the record, I'm looking at Bates stamp

17   Baca 3926.

18            MS. DUNCAN:  May I approach, Your Honor?

19            THE COURT:  You may.

20   BY MS. DUNCAN:

21       Q.   If you could look at this document and

22   tell me if you recognize it.

23       A.   I might have.  I don't remember all my

24   charges.  I don't remember all the paperwork and my

25   history.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   Are you known as Manuel Jacob Armijo?

 2        A.   Yes.

 3        Q.   Are you also known as Jacob Armijo?

 4        A.   Yes.

 5        Q.   Jake Armijo?

 6        A.   Yes.

 7        Q.   Vincent Ray Lucero?

 8        A.   No.

 9        Q.   Raymond Lucero?

10        A.   No.

11        Q.   Big Jake?

12        A.   Yes.

13        Q.   And you testified you were 6'3"?

14        A.   Yes.

15        Q.   Is your birthdate in 1973?

16        A.   Yes.

17        Q.   I'd like to show you another document, but

18   I don't want to say your birth date on the record.

19   Is this your birthdate?

20        A.   No.

21        Q.   What's wrong with it?

22        A.   My birthday is 2/9/73.

23        Q.   You testified on direct about benefits

24   that you received.  I'd like to talk to you a little

25   bit about those.  You were charged with
```



SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                                (505) 843-9494
FAX (505) 843-9492                                      FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.                              1-800-669-9492
PROFESSIONAL COURT                          e-mail: info@litsupport.com
REPORTING SERVICE

```
 1   participating in a racketeering conspiracy on April
 2   21, 2016; correct?
 3        A.   Yes.
 4        Q.   And after your arrest, you asked the Court
 5   to release you pending trial; correct?
 6        A.   Yes.
 7        Q.   And the Court denied your request.
 8        A.   Yes.
 9        Q.   At the time, you were facing a maximum
10   sentence of 20 years?
11        A.   Yes.
12        Q.   At the time of your arrest, your home was
13   searched; correct?
14        A.   Yes.
15        Q.   And a firearm was found in your home.
16        A.   Yes.
17        Q.   You're a felon.
18        A.   Yes.
19        Q.   And it's illegal for a felon to possess a
20   firearm; correct?
21        A.   I did not possess a firearm.
22        Q.   Okay.  I'll move on.  The fact that the
23   firearm was discovered in your home was brought up
24   during the detention hearing; correct?
25        A.   I don't remember.
```

SANTA FE OFFICE                                                      MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                          (505) 843-9494
FAX (505) 843-9492                                               FAX (505) 843-9492
                                                                     1-800-669-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE                                    e-mail: info@litsupport.com

```
 1        Q.    And you have previously been convicted for

 2   escape; correct?

 3        A.    Yes.

 4        Q.    You escaped while you were being

 5   transported from the jail to court?

 6        A.    Yes.

 7        Q.    Ran away from a correctional officer?

 8        A.    Yes.

 9        Q.    And at the time that the Court was

10   considering whether to release you, you'd already

11   been convicted in 1991 of an aggravated assault;

12   correct?

13        A.    Yes.

14        Q.    And in 1994, of a commercial burglary?

15        A.    Yes.

16        Q.    1998, possession of methamphetamine?

17        A.    Yes.

18        Q.    2001, distribution of a controlled

19   substance, methamphetamine?

20        A.    Yes.

21        Q.    And you'd been sentenced to imprisonment

22   and probation for that offense; correct?

23        A.    Yes.

24        Q.    And while on probation, you violated the

25   terms of your probation; correct?
```




SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1       A.    Yes.

2       Q.    Because you used methamphetamine, and

3  you're not allowed to do that; correct?

4       A.    When was this?

5       Q.    This was in -- after your 2001 conviction

6  for distribution of a controlled substance.

7       A.    If that's what it says.

8       Q.    And you had also been convicted in 2005 of

9  a DWI?

10           MR. CASTELLANO:  Objection, Your Honor.

11      A.    No.

12           THE COURT:  Hold on.  Hold on.

13           MR. CASTELLANO:  It's improper

14  impeachment, Your Honor.  Impeachment is about

15  felonies or crimes of dishonesty.

16           MS. DUNCAN:  Your Honor, I'm not trying to

17  impeach him with his prior convictions.  I'm trying

18  to show the benefit the Government gave him by

19  assisting in his release pending trial, despite all

20  of these charges.

21           THE COURT:  Why don't you ask the

22  question, and let me see what the answer is.

23  BY MS. DUNCAN:

24      Q.    So at the time that the Court was

25  considering releasing you in this case, by then, you

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492                                            FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1   had been convicted in 2005 of a DWI?
 2        A.   No.
 3             THE COURT:  He's never been convicted.
 4   It's not a felony, is it?
 5             MS. DUNCAN:  No.  But I'm not using it to
 6   impeach his character, Your Honor.  I'm showing why
 7   he was detained pending trial.  And one of the
 8   reasons is because he has this long criminal history
 9   of both felonies and misdemeanors.
10             THE COURT:  Stick to the felonies.
11             MS. DUNCAN:  Okay.
12   BY MS. DUNCAN:
13        Q.   In 2006, you were convicted of possession
14   of methamphetamine; correct?
15        A.   Yes.
16        Q.   In 2007, receiving or transferring a
17   stolen vehicle?
18        A.   Yes.
19        Q.   We've already talked about the attempted
20   battery.
21             So you were detained pending trial in this
22   case; correct?
23        A.   Yes.
24        Q.   And your counsel filed a motion to
25   reconsider that decision.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1       A.   Yes.

2       Q.   Where you were asking to be released

3  pending trial.

4       A.   Yes.

5       Q.   And you had a hearing that was scheduled

6  in June of 2016; correct?

7       A.   Yes.

8       Q.   And you began cooperating with the

9  Government on June 28, 2016; correct?

10      A.   Yes.

11      Q.   And then the following day, you had your

12 hearing on the request to be released; correct?

13      A.   I don't know.  I don't know if I recall.

14      Q.   Let's see.  You were ultimately released

15 pending trial; correct?

16      A.   Yes.

17      Q.   And the Government withdrew its opposition

18 to your release after you began cooperating.

19      A.   Yes.

20      Q.   When you were released in June of 2016,

21 you signed an order setting conditions of release;

22 correct?

23      A.   Yes.

24      Q.   And when you signed that order, you were

25 promising to follow all of the conditions of your

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1  release.

2       A.    Yes.

3       Q.    And that was a promise that you made to

4  the Court.

5       A.    Yes.

6       Q.    And you broke that promise.

7       A.    Yes.

8       Q.    And you broke that promise by using heroin

9  on at least three occasions.

10      A.    Yes.

11      Q.    And that was in November of last year.

12      A.    Yes.

13      Q.    You pled guilty in March of last year;

14 correct?

15      A.    Yes.

16      Q.    And at the time you pled guilty, you pled

17 to an offense that carries a maximum penalty of 20

18 years; correct?

19      A.    Yes.

20      Q.    And your plea agreement includes what is

21 known as a 5K addendum; correct?

22      A.    I have no idea.

23      Q.    Do you remember having an addendum to your

24 plea agreement where you agreed to cooperate with

25 the Government?

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                 201 Third NW, Suite 1630
Santa Fe, NM 87501                                         Albuquerque, NM 87102
(505) 989-4949                                                       (505) 843-9494
FAX (505) 843-9492                                           FAX (505) 843-9492
                                                                  1-800-669-9492
                                                           e-mail: info@litsupport.com


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        A.    Yes.

 2        Q.    And you agreed to cooperate in the hopes

 3   that the Government would move for a lesser sentence

 4   for you?

 5        A.    Yes.

 6        Q.    And you understand that it's up to this

 7   table to file that motion to get you that lesser

 8   sentence; correct?

 9        A.    Yes.

10        Q.    You understand that in Federal Court there

11   are things called sentencing guidelines; correct?

12        A.    Yes.

13        Q.    And they look at the offense to which you

14   pled guilty and also to your criminal history;

15   correct?

16        A.    Yes.

17        Q.    And the sentencing guidelines in your case

18   recommend a sentence of life imprisonment; correct?

19        A.    I have no idea.  I have not reviewed that

20   with my lawyer.

21        Q.    You have or have not reviewed that with --

22        A.    Have not.

23        Q.    Nonetheless, you're expecting a sentence

24   of less than 20 years, correct, for testifying?

25        A.    Yes.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              MS. DUNCAN:  If I could have a moment,
 2   Your Honor?
 3              THE COURT:  You may.
 4   BY MS. DUNCAN:
 5        Q.   Mr. Jewkes asked you about an incident
 6   where you were at a party with Angel Munoz and lured
 7   another man outside; correct?
 8        A.   Yes, lured him to the back of the house,
 9   yes.
10        Q.   How did you lure him?
11        A.   Told him, let me talk to him.
12        Q.   Did you have to convince him to come out
13   with you?
14        A.   No, not really.  He was drunk.
15        Q.   And then when you got outside, what did
16   you do?
17        A.   Well, we were already outside.
18        Q.   So you lured him to the back of the house?
19        A.   Yes.
20        Q.   Away from other people?
21        A.   Yes.
22        Q.   What did you do when you got to the back
23   of the house?
24        A.   I stabbed him three or four times.
25        Q.   Show me how you stabbed him.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    Just straight.

 2        Q.    Three or four times?  And did he fall to

 3   the ground?

 4        A.    Yes.

 5        Q.    And what did you do after he fell to the

 6   ground?

 7        A.    Turned away and walked off.

 8        Q.    Did you remain at the party, or did you

 9   flee?

10        A.    We left.

11              MS. DUNCAN:  I have no further questions.

12              THE COURT:  Thank you, Ms. Duncan.

13              Mr. Castellano, do you have redirect of

14   Mr. Armijo?

15              MR. CASTELLANO:  Yes, Your Honor.

16              THE COURT:  Mr. Castellano.

17              MR. CASTELLANO:  May I approach the

18   witness, Your Honor?

19              THE COURT:  You may.

20                  REDIRECT EXAMINATION

21   BY MR. CASTELLANO:

22        Q.    I'll hand you what has been marked as 695,

23   and ask if you recognize it.

24        A.    Yes.

25        Q.    I'm going to have you look at the back
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   side as well.

2        A.   Okay.

3        Q.   Sir, does that document have your

4   signature on it anywhere?

5        A.   Yes.

6        Q.   Without telling us all the contents of the

7   document, is it the addendum to your plea agreement

8   which covers your cooperation in this case?

9        A.   Yes.

10            MR. CASTELLANO:  Your Honor, I'd move the

11   admission of Government's Exhibit 695.

12            THE COURT:  Any objection, Mr. Jewkes?

13            MR. JEWKES:  Let me look at it real quick,

14   Your Honor.

15            MR. CASTELLANO:  I'm showing the document

16   to Counsel.  It's Exhibit 695.  I'm moving its

17   admission at this time.

18            THE COURT:  Any objection?

19            MS. DUNCAN:  No, Your Honor.

20            MR. VILLA:  No objection.

21            MR. JEWKES:  No objection.

22            MS. BHALLA:  No objection.

23            THE COURT:  Government's Exhibit 695 will

24   be admitted in evidence.

25            (Government Exhibit 695 admitted.)

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492





BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    BY MR. CASTELLANO:

 2         Q.   Sir, we're going to take a look at your

 3    addendum.  Is this an addendum to the plea agreement

 4    you entered with the United States?

 5         A.   Yes.

 6         Q.   Okay.  Now, what was your understanding

 7    about cooperating in this case?  In other words, do

 8    you see paragraph 2 that says you agree to cooperate

 9    by giving truthful and complete information and

10    testimony concerning your participation and

11    knowledge of criminal activities?

12         A.   Yes.

13         Q.   Is that why you're here today, sir?

14         A.   Yes.

15         Q.   Do you understand that it creates problems

16    for you if you falsely implicate an innocent person

17    in the commission of a crime or exaggerate someone's

18    involvement?

19         A.   Yes.

20         Q.   You also understand it creates problem for

21    you if you falsely minimize someone else's

22    involvement?

23         A.   Yes.

24         Q.   And did you agree to testify as a witness

25    in either federal or state or grand jury
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   proceedings?

2       A.   Yes.

3       Q.   If I can see the back side of that

4   document, please.

5            Take a look at paragraph 6, Mr. Armijo.

6   Do you see where it says, "Upon completion of your

7   cooperation, the United States may move, pursuant to

8   5K1 and 18 United States Code, Section 3553(e), to

9   have the Court depart downward from the guideline

10  range or statutory minimum sentence."

11      A.   Yes.

12      Q.   So if the United States moves on your

13  behalf before sentencing, who makes the final

14  determination about your sentence?

15      A.   The Court, the Judge.

16      Q.   So is it your understanding that the judge

17  hearing your testimony is the judge who is going to

18  decide what your ultimate fate in this case is?

19      A.   Yes.

20      Q.   Now, what are some of the problems for

21  somebody who lies about their involvement and takes

22  responsibility for something they didn't do?  Can

23  there be consequences for that?

24      A.   Yes.

25      Q.   What kind of consequences?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

114

```
 1        A.    It could lead to their death.

 2        Q.    Now, you talked about the COs.  In terms

 3   of the SNM and the relationship with the corrections

 4   officers, what might happen if a corrections officer

 5   disrespects an SNM Gang member?

 6        A.    They could be assaulted.

 7        Q.    And especially -- what happens if you're

 8   in a group with other SNM Gang members, and the

 9   corrections officer assaults you in their presence?

10   I'm sorry, not assaults you.  Insults you.

11        A.    Usually take retaliation.  Usually

12   assaults him on the spot.

13        Q.    Now, Mr. Baca's attorney asked you about

14   wanting to kill Mr. Baca.  Do you remember that?

15        A.    Yes.

16        Q.    Can you tell us about the hit that Mr.

17   Baca put on you?

18             MS. DUNCAN:  Your Honor, I object, and ask

19   for a basis for his opinion.

20             THE COURT:  Why don't you ask how he

21   knows, without revealing anything that was said to

22   him?

23             MR. CASTELLANO:  All right.

24   BY MR. CASTELLANO:

25        Q.    Mr. Armijo, do you remember a certain
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   incident in the prison related to this incident?

2       A.   Yes.

3       Q.   And how are you aware of the circumstances

4   of that situation?

5       A.   A friend of mine came out of segregation

6   and was moved into my pod and right away told me

7   that he --

8            MS. DUNCAN:  Your Honor, I object.  This

9   is hearsay.

10           THE COURT:  Sustained.

11           MR. CASTELLANO:  Your Honor, this does go

12  to his state of mind and his motivation for wanting

13  to kill Mr. Baca.  The door was opened by the

14  defendants in this case.

15           THE COURT:  Well, I think they get enough

16  of a picture of what happened.  Sustained.

17  BY MR. CASTELLANO:

18      Q.   Let me move on to some -- without words --

19  actions that took place.  Without telling us any

20  words, did you hear any conversation related to you

21  and this hit?

22      A.   Yes.

23           MS. DUNCAN:  Your Honor, I object.

24           THE COURT:  Well, I won't let him get into

25  the nature of them.  We'll leave it at that.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

116

```
 1            MR. CASTELLANO:  I didn't ask for any -- I
 2  didn't ask for the words that were spoken, Your
 3  Honor.
 4  BY MR. CASTELLANO:
 5       Q.   I want to ask you if you overheard a
 6  conversation --
 7            THE COURT:  I think he said yes.  Let's
 8  move on.
 9       Q.   And related to that, did you see any
10  weapons produced?
11       A.   Yes.
12       Q.   And did you -- what did you do with that
13  weapon?
14       A.   I took it.
15            MR. CASTELLANO:  Pass the witness, Your
16  Honor.
17            THE COURT:  All right.  Thank you, Mr.
18  Castellano.
19            Do you have anything further?
20            MS. DUNCAN:  I do, Your Honor.
21            THE COURT:  I wonder if we ought to pick
22  up the witness in the morning?  What do you think?
23            MS. DUNCAN:  That's fine with me, Your
24  Honor.
25            MR. CASTELLANO:  Your Honor, we're also
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   going to be calling him next week.
 2           THE COURT:  All right.  Well, let's pick
 3   him up in the morning, and we'll see if there's
 4   going to be any more questions.
 5           All right.  Ladies and gentlemen, I
 6   appreciate your hard work.  See you at 8:30 in the
 7   morning.  And I appreciate the way you've gone about
 8   your task.  Y'all have a good evening.
 9           (The jury left the courtroom.)
10           THE COURT:  I passed out and filed this
11   morning the first batch of jury instructions, and I
12   will continue to work on those.  The handwritten
13   ones we marked as "first."  The typed ones that were
14   filed later in the day are also styled as "first."
15   They're the same.  I didn't review them in between.
16   I am proofing those.  I may change that so that
17   every set has its own number.  I'll talk to
18   Ms. Wild, and she'll tell me what to do on that.
19           Y'all have submitted an ostrich defense on
20   the knowingly instruction.  I can see why it might
21   be relevant, but I'm going to need some input from
22   everybody.  You're going to have to tell me what the
23   fact is that you're going to contend the defendants
24   knowingly were ignoring.  So give that some thought.
25   If you don't need that instruction or aren't going
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

**BEAN & ASSOCIATES**, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
**1-800-669-9492**
e-mail: info@litsupport.com

```
 1  to push it, then I'll listen to arguments whether it
 2  should be in or out.  But if you're going to advance
 3  it, I need to know what the fact is that you think
 4  that they were deliberately blinded to.
 5           MR. CASTELLANO:  We will, Your Honor.  And
 6  if necessary, we'll just wait to see how the
 7  evidence plays out.  I understand the Court's
 8  position.
 9           THE COURT:  All right.  But tell me what
10  the fact is you're going to contend they were
11  deliberately blind to.
12           All right.  I appreciate your hard work.
13  Have a good evening.
14           (Court was in recess.)
15              Friday, February 2, 2018
16           THE COURT:  All right.  Everyone be
17  seated.  Good morning, everyone.  I appreciate
18  everybody being back ready to go and on time.  I
19  appreciate counsel doing it as well.  Happy Friday.
20  Groundhog Day.  Does it feel like Groundhog Day yet?
21           I appreciate the way y'all have gone about
22  your task.  You've been a good bunch to work with,
23  and we'll try to get a good day's worth of work in
24  today and let you go for the weekend.
25           All right, Mr. Armijo, if you wish to
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    return to the witness box this morning, I'll remind

2    you that you're still under oath.

3            Ms. Duncan, I think you were

4    cross-examining, recross of Mr. Armijo.

5            MS. DUNCAN:  Thank you, Your Honor.

6            THE COURT:  Ms. Duncan.

7                    MANUEL JACOB ARMIJO,

8        after having been previously duly sworn under

9    oath, was questioned, and continued testifying as

10   follows:

11               CONTINUED RECROSS-EXAMINATION

12   BY MS. DUNCAN:

13       Q.   I just have a very few questions.  If I

14   could see Government's Exhibit 695, please.

15           Mr. Armijo, I'm showing you what was

16   admitted yesterday as Government's Exhibit 695.  I'm

17   on the second page, and I just wanted to ask you

18   about this paragraph 6.  Yesterday Mr. Castellano

19   was talking to you about the last sentence, that you

20   understood that ultimately the decision whether to

21   depart downward from the 20 years was up to the

22   judge; correct?

23       A.   Yes.

24       Q.   But before we get to that point, the

25   Government has to file its motion to seek a downward

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   departure; correct?

 2        A.   Yes.

 3        Q.   And you understand that the decision

 4   whether to file that motion is completely up to the

 5   people at this table?

 6        A.   Correct.

 7             MS. DUNCAN:  No more questions, Your

 8   Honor.

 9             THE COURT:  Thank you, Ms. Duncan.

10             Mr. Castellano, do you have redirect?

11             MR. CASTELLANO:  Your Honor, may we

12   approach?

13             THE COURT:  You may.

14             (The following proceedings were held at

15   the bench.)

16             MR. CASTELLANO:  We will be done with the

17   witness today.

18             THE COURT:  Is the defense ready to

19   proceed with the additional statements we discussed

20   yesterday or --

21             MS. DUNCAN:  No.

22             THE COURT:  Do you have any more

23   questions?

24             MR. CASTELLANO:  No, I'll just reserve.

25             MS. DUNCAN:  Thank you.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

 

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1               (The following proceedings were held in
 2    open court.)
 3               THE COURT:  All right.  Mr. Armijo, you
 4    may step down.  You'll be subject to recall, so
 5    you'll need to stay out of the courtroom while the
 6    trial proceedings are ongoing.  Thank you for your
 7    testimony.
 8               MR. CASTELLANO:  May Mr. Armijo leave the
 9    trial for now?  I know he's subject to recall, but I
10    don't think he'll be recalled this week.  Is that
11    okay with everyone?
12               MS. DUNCAN:  That's fine, Your Honor.
13               THE COURT:  I don't see any problem with
14    that.  You can leave the courthouse, but you will be
15    subject to recall.
16                    Thursday, February 8, 2018
17               THE COURT:  All right.  Mr. Castellano,
18    does the Government have its next witness or
19    evidence?
20               MR. CASTELLANO:  Yes, Your Honor.  The
21    United States re-calls Manuel Jacob Armijo.
22               MS. DUNCAN:  Your Honor, may we approach
23    before he starts the questioning?
24               THE COURT:  Mr. Armijo, if you'll come up
25    and stand next to the witness box, I'll remind you
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   you're still under oath.

2          (The following proceedings were held at

3   the bench.)

4          MS. DUNCAN:  Your Honor, I wanted to make

5   a record on calling Mr. Armijo to testify to the two

6   James statements, one allegedly made by Chris Garcia

7   and the other by Jonathan Gomez.  We objected before

8   that these statements do not fall within the

9   co-conspirator objection.  I just wanted to raise --

10  I know you're inclined to overrule.

11         THE COURT:  Did I rule on the chart on

12  these?

13         MS. DUNCAN:  No.  This is the one where

14  the Government sent us a letter on January 28

15  outlining these statements.  We objected to the late

16  disclosure.  And the Court ordered them not to ask

17  Mr. Armijo about the questions or about those two

18  topics when he testified last week, and indicated

19  they were bringing him back.

20         MR. CASTELLANO:  He said he would be

21  willing to give the defense more time, so we

22  recalled him now.  Just give the defense a change.

23         THE COURT:  Let me just refresh my memory

24  about the statements.  But I do recall a

25  conversation here.  Is it in the letter?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1          MS. DUNCAN:  It is.  It's in the James

2  letter.  I think it was towards the back, like at

3  the very end of the letter.

4          MR. LOWRY:  I'll get my letter.

5          MS. DUNCAN:  Okay.  It should be dated

6  January 28.

7          THE COURT:  That was the 28th, and this is

8  the one with the co-conspirator statements.

9          MS. DUNCAN:  See if I have it.

10          MR. CASTELLANO:  I can summarize the

11  issue, if it's easier.  The first one is:  Mr.

12  Armijo was in the Department of Corrections.  He

13  received word through Jonathan Gomez.  I think he

14  knows him as Baby G.  And Baby G told him Pup, Mr.

15  Baca, wanted Mr. Molina killed.  Mr. Armijo asked

16  for the paperwork.  They didn't have it, so he said

17  that he was not willing to follow through with that.

18  So the statement is that Mr. Baca told Baby G that

19  he wanted Mr. Armijo to murder Mr. Molina.

20          The second statement is one about December

21  2015, around that timeframe.  Mr. Armijo goes to

22  Chris Garcia's house to purchase drugs, and during

23  that conversation Mr. Garcia tells Mr. Armijo, Pup

24  has us on a mission, after he asked about Chuco, who

25  is Mandel Parker.  He asked that Mr. Armijo didn't

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  know anything about him.  Mr. Armijo said he'd given

2  him a ride one time before, didn't really know him.

3  And in the context of that conversation, Mr. Garcia,

4  Pup, has us on a mission to kill Marcantel.

5          MS. DUNCAN:  Your Honor, I just have the

6  pages of the letter regarding Jake Armijo.  It was

7  January 29.  It's at the very bottom and continues

8  on the next page.  That's it.

9          THE COURT:  Well, I thought we established

10  every element with all those people as part of the

11  separate conspiracy.  Unless I'm missing something,

12  I've ruled on every one of these as part of the

13  conspiracies.  They look like they're in furtherance

14  of it, but my memory is:  The only issue I had was

15  timing.  The letter was on the 28th and so close to

16  testimony needed more time.  Do you have anything

17  else on that?

18          MS. DUNCAN:  That was it.  I wanted to

19  preserve my objection.

20          MR. CASTELLANO:  The statements were

21  disclosed on the 12th.  We highlighted it in the

22  James letters.

23          MS. DUNCAN:  Thank you, Your Honor.

24          (The following proceedings were held in

25  open court.)



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1            THE COURT:  All right, Mr. Armijo.  I
 2   think I told you that you're still under oath.
 3            THE WITNESS:  Yes.
 4            THE COURT:  All right.
 5            Mr. Castellano, if you wish to conduct
 6   direct examination of Mr. Armijo, you may do so at
 7   this time.
 8            MR. CASTELLANO:  Thank you, Your Honor.
 9   May I have a few moments to show these exhibits to
10   defense counsel?
11            THE COURT:  You may.
12                 MANUEL JACOB ARMIJO,
13       after having been previously duly sworn under
14   oath, was questioned, and continued testifying as
15   follows:
16                 REDIRECT EXAMINATION
17   BY MR. CASTELLANO:
18       Q.   Good afternoon, Mr. Armijo.
19       A.   Good evening.
20       Q.   I didn't get a chance to ask you a
21   question on a few topics last week, so I wanted to
22   call you back to ask you about two or three
23   incidents.
24            Okay.  Do you recall when you were
25   previously housed in the Southern New Mexico
```




SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   Correctional Facility when you were still in prison?

2       A.   Yes.

3       Q.   And about when did you get out of prison?

4       A.   2012, March.

5       Q.   And before that time, in possibly 2011,

6   did you have a conversation with somebody you knew

7   as Baby G?

8       A.   Yes.

9       Q.   And do you know Baby G's real name?

10      A.   I don't recall his name.

11      Q.   So did you just know him as "Baby G"?

12      A.   Yes.

13      Q.   In which pod were you at the time?

14      A.   I was in blue pod.

15      Q.   And can you tell the members of the jury

16  if Javier Molina was living with you in that pod at

17  that time?

18      A.   Yes, he lived across from me.

19      Q.   And where was Baby G housed?

20      A.   He lived in yellow pod, which is next door

21  to blue pod.

22      Q.   I want to ask you about a conversation you

23  had with Baby G.  Do you remember him calling you to

24  the door in between the two pods?

25      A.   Yes.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   Can you tell the members of the jury what
 2   Baby G asked you or told you?
 3        A.   He called me to the door while we were out
 4   on tier time, and on the top tier.  I went to the
 5   door and asked him what was going on.  He told me
 6   that he got word from the North, from the North
 7   facility, that there was paperwork on Javier Molina,
 8   and that Pup wanted him hit.  I told him to show me
 9   the paperwork and send it over.
10        Q.   What was the purpose or the importance of
11   him showing you the paperwork?
12        A.   Well, without paperwork, there is a
13   possibility that people could just hold a grudge, or
14   personal reasons for them to have someone assaulted.
15        Q.   What happened when you asked for the
16   paperwork?
17        A.   He said he didn't have any.
18        Q.   What was your response to not having the
19   paperwork?
20        A.   I told him that nobody was going to do
21   anything to him.
22        Q.   And "to him," do you mean Javier Molina?
23        A.   Yes.
24        Q.   And what was his response?
25        A.   He just dropped it and said, "Okay."
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                      Albuquerque, NM 87102
(505) 989-4949                                                    (505) 843-9494
FAX (505) 843-9492                                          FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.    Now, what was your position in the board
 2   of directors at the time?
 3        A.    I was a llavero.
 4        Q.    So were you running blue pod at that time?
 5        A.    Yes.
 6        Q.    And did you give any orders to anyone in
 7   the pod after hearing the request for the murder but
 8   not having the paperwork?
 9        A.    Yes.
10        Q.    What was the order you gave to people in
11   the pod?
12        A.    That nobody was to touch him.
13        Q.    Now, as llavero of that pod, what would
14   have happened, had Baby G produced that paperwork to
15   you?
16        A.    Then we would have had to hit him.
17        Q.    Did you like Javier Molina?
18        A.    Yes.
19        Q.    Did it matter if you liked Javier Molina?
20        A.    No.
21        Q.    So running the pod -- was that your
22   responsibility, then, to make sure that happened?
23        A.    Yes.
24        Q.    I want to take you back to the December
25   2015 timeframe and ask you if you know a person
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    named Chris Garcia.
 2         A.    Yes.
 3         Q.    Was he an SNM Gang member?
 4         A.    Yes.
 5         Q.    Was he also a drug dealer?
 6         A.    Yes.
 7         Q.    During that timeframe, did you ever go to
 8    Chris Garcia's house to purchase drugs from him?
 9         A.    Yes, to his mother's.
10         Q.    What were you intending to purchase from
11    him?
12         A.    Heroin.
13         Q.    So were you still using heroin at that
14    time?
15         A.    Off and on.
16         Q.    All right.  And what happened when you
17    went to Chris Garcia's mother's?
18         A.    The first time I followed Mario Montoya
19    over there to his house, and Chris Garcia ended up
20    giving him some heroin, and me, and another guy that
21    was there.
22         Q.    Who was the other guy?
23         A.    Salamon Ramirez.
24         Q.    How is it that you ended up meeting with
25    Mario Montoya and then going to Chris Garcia's
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   mother's house?

 2        A.   I usually get it from Mario Montoya, and

 3   Mario said he didn't have anything, but he was on

 4   his way to Chris' to go pick up; to follow him over

 5   there.

 6        Q.   Did you do that?

 7        A.   Yes.

 8        Q.   What happened when you got to Chris

 9   Garcia's, or his mother's?

10        A.   We all talked for a while.  And then Chris

11   ended up giving Mario Montoya a gun.  Mario Montoya

12   put it under his shirt, and went and put it in the

13   trunk of his car.  Came back.  Chris Garcia ended up

14   giving him some heroin; gave some to Salamon

15   Ramirez.  Then they left.  And they came up to me,

16   and he continued to break me off a piece.

17        Q.   When you say "break me off a piece," what

18   do you mean?

19        A.   He just had a knife and he had like about

20   a golf-ball size of heroin.  With his knife, just

21   cut me off a piece.

22             MR. CASTELLANO:  May I approach the

23   witness, Your Honor?

24             THE COURT:  You may.

25
```



SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                         201 Third NW, Suite 1630
Santa Fe, NM 87501                                Albuquerque, NM 87102
(505) 989-4949                                          (505) 843-9494
FAX (505) 843-9492                                FAX (505) 843-9492
                                                      1-800-669-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE                        e-mail: info@litsupport.com

```
 1  BY MR. CASTELLANO:
 2      Q.   Mr. Armijo, I'm going to show you a number
 3  of exhibits and have you just look at them to
 4  yourself and see if you recognize the person in
 5  those exhibits.
 6      A.   Yes.
 7      Q.   How do you recognize those exhibits?
 8      A.   That's Chris Garcia.
 9      Q.   And are these photos a fair and accurate
10  depiction of the person you know to be Chris Garcia?
11      A.   Yes.
12           MR. CASTELLANO:  Your Honor, I move the
13  admission of these exhibits.  I'll give the Court
14  the numbers.  They're not sequential at this time.
15  Government's Exhibits 527, 508, 510, 511, 512, 513,
16  515, 523, 518, 524 and 525.
17           THE COURT:  Any objection from the
18  defendants?
19           MR. JEWKES:  May we examine, Your Honor?
20           THE COURT:  You may.
21           MS. JEWKES:  No objection on behalf of
22  Daniel Sanchez, Your Honor.
23           THE COURT:  Anyone else have any
24  objection?
25           MS. DUNCAN:  No, Your Honor.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1            MR. VILLA:  No, Your Honor.
 2            THE COURT:  You might listen carefully.
 3   There was a cough.  I want to make sure I got it
 4   right.  Government's Exhibits 527, 508, 510, 512,
 5   513, 515, 523, 518, 524 and 525 will be admitted
 6   into evidence.  Did I get those correct?
 7            MR. CASTELLANO:  You did, Your Honor.
 8   Thank you.
 9            (Government Exhibits 527, 508, 510, 512,
10   513, 515, 523, 518, 524 and 525 admitted.)
11            THE COURT:  Mr. Castellano.
12   BY MR. CASTELLANO:
13        Q.  Now, on that occasion you mentioned Chris
14   Garcia giving a gun to Mario Montoya?
15        A.  Yes.
16        Q.  Did he also give drugs to Mario Montoya
17   and Salamon Ramirez?
18        A.  Yes.
19        Q.  Can you tell the members of the jury
20   whether all four of you at that time were SNM Gang
21   members?
22        A.  Yes.
23        Q.  I'm showing you Government's Exhibit 527.
24   Is that Chris Garcia?
25        A.  Yes.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.    And is that the person you purchased drugs

 2   from?

 3        A.    Yes.

 4        Q.    I'm showing you Government's Exhibit 508.

 5   Do you recognize Mr. Garcia and some of his tattoos?

 6        A.    Yes.

 7        Q.    Government's Exhibit 510.  I'm going to

 8   circle something on his left side in that photo.  Do

 9   you recognize what I've circled there?

10        A.    Yes.

11        Q.    What is that?

12        A.    It's a Zia with an S inside.

13        Q.    What does that tattoo mean to you?

14        A.    It represents the Syndicato de Nuevo

15   Mexico.

16        Q.    Showing you Government's Exhibit 511.

17        A.    Yes.

18        Q.    And do you recognize Chris Garcia from the

19   back there?

20        A.    Yes.

21        Q.    Also Exhibit 512?

22        A.    Yes.

23        Q.    The tattoo on his right shoulder, which

24   says Duke City -- is that an Albuquerque thing, or

25   does it have anything to do with the SNM?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    Just an Albuquerque thing.
 2        Q.    Do you know Albuquerque as the Duke City?
 3        A.    Yes.
 4        Q.    I'm showing you Exhibit 513, and is that
 5   just a side view of Mr. Garcia?
 6        A.    Yes.
 7        Q.    Government's Exhibit 515.  I'm going to
 8   circle something on his abdomen here.  Do you see
 9   what I've circled there?
10        A.    Yes.
11        Q.    What is that, if you know?
12        A.    Where he got shot.
13        Q.    And I won't ask you about it today, but do
14   you know some of the history about how he got shot?
15        A.    Yes.
16        Q.    I'm showing you Government's Exhibit 523.
17   Is that just a closer view of that scar?
18        A.    Yes.
19        Q.    Next is Exhibit 518.  What do you see on
20   his hands there?
21        A.    NM.
22        Q.    And what significance does that have to
23   you?
24        A.    Just New Mexico.
25        Q.    And Exhibit 524.  What is that on his
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    lower back?

2         A.    Burque.

3         Q.    What does that mean?

4         A.    Albuquerque in Spanish.

5         Q.    And 525.  Is that just a picture of his

6    entire back?

7         A.    Yes.

8         Q.    Now, you told you about this time you got

9    drugs from Mr. Garcia.  Did you return to his house

10   about a week later?

11        A.    Yes.

12        Q.    Why did you do that?

13        A.    I called him earlier that day and asked

14   him if he had anything, some heroin, and he told me,

15   yeah, but to meet him at his mom's house.

16        Q.    Did you meet him on that day?

17        A.    Yes.

18        Q.    What happened when you went to his mom's

19   house?

20        A.    I met him there at his mom's.  He got into

21   my vehicle.  We just started talking.  While he was

22   breaking me off some heroin, he asked me if I knew

23   Chuco, Mandel Parker.  I told him, yes, that I had

24   met him once, had given his girlfriend and his

25   little girl a ride home.  I asked him why, what was

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                Albuquerque, NM 87102
(505) 989-4949                                          (505) 843-9494
FAX (505) 843-9492                                FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1   up.  And he said, "Because fucking Pup has us on a

2   mission."

3        Q.   Did he explain to you what that mission

4   was?

5        A.   Yes.

6        Q.   What was it?

7        A.   That they wanted him to hit Gregg

8   Marcantel.

9        Q.   Did you know who Gregg Marcantel was at

10   that time?

11        A.   No.

12        Q.   And had you been to prison since 2012?

13        A.   No.

14        Q.   Did he explain to you who Gregg Marcantel

15   was?

16        A.   Yes.  He was the Secretary of Corrections.

17        Q.   What did you think about that?

18        A.   I told Chris that he was stupid to listen

19   to anything that Pup had to say; that he was going

20   to be the downfall of everybody.

21        Q.   And did you know Mandel Parker to be an

22   SNM Gang member?

23        A.   Yes.

24             MR. CASTELLANO:  May I have a moment, Your

25   Honor?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1                 THE COURT:  You may.
 2                 MR. CASTELLANO:  Thank you, Your Honor.  I
 3     pass the witness.
 4                 THE COURT:  Thank you, Mr. Castellano.
 5                 Ms. Duncan, do you wish to cross-examine
 6     Mr. Armijo?
 7                 MS. DUNCAN:  I do, Your Honor.  Thank you.
 8                 THE COURT:  Ms. Duncan.
 9                     RECROSS-EXAMINATION
10     BY MS. DUNCAN:
11         Q.   Good afternoon.
12         A.   Good afternoon.
13         Q.   You first met Chris Garcia in prison in
14     the 2000s; correct?
15         A.   Yes.
16         Q.   And I think you testified he's an SNM
17     member?
18         A.   Yes.
19         Q.   And you didn't agree with him being made
20     an SNM member; correct?
21         A.   No.
22         Q.   Because you thought he was a snitch?
23         A.   No, I actually thought they were just
24     bringing him in because he had drugs.
25         Q.   Do you recall giving a statement to law
```




SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  enforcement on June 28, 2016?

2       A.   Yes.

3       Q.   And that was right after you decided to

4  cooperate in this case; correct?

5       A.   Yes.

6       Q.   And do you recall telling law enforcement

7  at that time that you didn't agree with Chris Garcia

8  being brought into the SNM, quote, "because he had

9  snitched on a prior case while on the streets"?

10       A.   Yes, that was another reason.

11       Q.   You testified that you bought heroin from

12  Chris Garcia; correct?

13       A.   Yes.

14       Q.   And did you do heroin with Chris Garcia?

15       A.   There's been a couple of times, yes.

16       Q.   And when is the last time that you did

17  heroin with Chris Garcia?

18       A.   I can't recall.

19       Q.   Was it within the last year?

20       A.   No.

21       Q.   Within the last two years?

22       A.   It was about a couple months before this

23  case, before the first sweep.

24       Q.   And do you recall when that first sweep

25  was?


SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    It was in December 2015, I think.

 2        Q.    Mr. Armijo, you also have used

 3    methamphetamine in the past; correct?

 4        A.    Yes.

 5        Q.    And you bought the methamphetamine from

 6    someone other than Chris Garcia?

 7        A.    Yes.

 8        Q.    And when you were using -- when were you

 9    using methamphetamine?

10        A.    2012, when I first got out of prison.

11        Q.    And you suffered hallucinations when using

12    methamphetamine; correct?

13        A.    No.

14        Q.    Do you recall being interviewed for a

15    presentence report in this case?

16        A.    No.

17        Q.    Do you recall reviewing a presentence

18    report that was provided to you for this case?

19        A.    I don't think me and my lawyers reviewed

20    it.

21        Q.    It was disclosed in October of 2017;

22    correct?

23        A.    What?

24        Q.    The presentence report was disclosed to

25    your lawyer in October of 2017; correct?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        A.   Oh, yes, yes.

 2        Q.   And so it's your testimony that in the

 3   last four months, you have not reviewed this

 4   document?

 5        A.   I don't think we have.

 6        Q.   You understand this is a document that

 7   Judge Browning will rely on in deciding your

 8   sentence in this case?

 9        A.   I assume so, yes.

10        Q.   Do you recall being interviewed by the

11   Evolution Group?

12        A.   Yes.

13        Q.   And that was in July of 2016?

14        A.   Yes.

15        Q.   And they completed a biosocial summary

16   report for you?

17        A.   Right.

18        Q.   Based on that interview?

19        A.   Yes.

20        Q.   And do you recall them concluding or

21   acknowledging that you had hallucinations when using

22   methamphetamine?

23        A.   They said I had hallucinations.

24        Q.   I'm asking you:  Do you recall them

25   telling you that, based on their interview of you?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    How would they know if I'd had
 2   hallucinations or not?
 3        Q.    I'm asking if you discussed that with
 4   Evolution Group.
 5        A.    No.
 6        Q.    Do you recall discussing with Evolution
 7   Group that you have trouble understanding,
 8   concentrating, and remembering?
 9        A.    Concentrating, yes.
10        Q.    Do you recall discussing with Evolution
11   Group that you have trouble controlling your violent
12   behavior?
13        A.    Yes.  At a time, yes.
14        Q.    And are you on any psychiatric medication?
15        A.    Yes.
16        Q.    What drugs are you on?
17        A.    Abilify.
18        Q.    And what is that intended to treat?
19        A.    Anger, PTSD.
20        Q.    And it's an antipsychotic drug; correct?
21        A.    Yes.
22        Q.    You testified that you went to Chris
23   Garcia's house with Mario Montoya; correct?
24        A.    Yes.
25        Q.    And Mario Montoya is also known as Poo
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1  Poo?
 2       A.   Yes.
 3       Q.   Mr. Montoya got close to Chris Garcia
 4  because you and Mr. Montoya planned to rob Chris
 5  Garcia; correct?
 6       A.   Yes.
 7       Q.   You planned to steal two kilos of cocaine
 8  from him?
 9       A.   Yes.
10       Q.   Tell us about that plan.
11       A.   It was a plan that we were going to do,
12  and it never happened.
13       Q.   Whose plan was it?
14       A.   Mine.
15       Q.   And when did you come up with this plan?
16       A.   I would say in the early 2000s.
17       Q.   In April of 2016 you were charged with a
18  RICO conspiracy; correct?
19       A.   Yes.
20       Q.   And there were a number of overt acts
21  charged in support of that; correct?
22       A.   Yes.
23       Q.   And those were things that the Government
24  alleged you did in support of the SNM; correct?
25       A.   Yes.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

```
 1        Q.   And one of those was ordering two people
 2   to murder a man named Michael Giron; correct?
 3        A.   It was alleged, yes.
 4        Q.   And it was alleged that you ordered that
 5   in conjunction with Chris Garcia; correct?
 6        A.   Yes.
 7        Q.   And at this time that you told the FBI,
 8   you first raised this conversation with Chris
 9   Garcia, you had been charged in that conspiracy;
10   correct?
11        A.   The conversation never happened.
12        Q.   The conversation that you had with the --
13   the first time you talked to the FBI about this
14   alleged conversation with Chris Garcia regarding
15   Gregg Marcantel; correct?
16        A.   Yes.
17        Q.   That first happened in June of 2016;
18   correct?  Your first conversation with the FBI?
19        A.   Yes.
20        Q.   So that was two months after you had been
21   charged in the RICO conspiracy?
22        A.   Yes.
23        Q.   And the Government was alleging that you
24   had committed a crime with Chris Garcia?
25        A.   Yes.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    Q.   And you knew from that indictment that Mr.

2  Baca and Chris Garcia were charged with a conspiracy

3  to kill Gregg Marcantel; correct?

4    A.   I knew when I first read it on the

5  internet, yes.

6    Q.   I'd like to talk to you about this alleged

7  conversation you had with Baby G.  I think you

8  testified that you didn't know his real name;

9  correct?

10    A.   Yes.

11    Q.   How long had you known Baby G?

12    A.   For about a year and a half.

13    Q.   And you did not like Baby G, did you?

14    A.   There was a time I did, up until Pup got

15  there to Southern.

16    Q.   At the time that you alleged Baby G had

17  had conversation with you, you did not like Baby G;

18  correct?

19    A.   I didn't have a problem with him at the

20  time we had the conversation, no.

21    Q.   Isn't it true that you believe that Baby G

22  conveyed the hit on you?

23    A.   Yes.

24    Q.   And that when you heard about this, you

25  collected a shank and told Baby G, "It's on"?

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                  201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                             FAX (505) 843-9492



1-800-669-9492
PROFESSIONAL COURT                          e-mail: info@litsupport.com
REPORTING SERVICE

```
 1        A.    Yes.

 2        Q.    Last week when we were talking, we

 3  discussed a conviction for battery on a police

 4  officer in 2008; correct?

 5        A.    Yes.

 6        Q.    And you couldn't recall if you had been

 7  convicted of that crime?

 8        A.    Right.

 9        Q.    Do you recall today that you were

10  convicted of that crime?

11        A.    Yes.

12        Q.    And at the time that this case was

13  charged, you believed that Gerald Archuleta was the

14  leader of the SNM; correct?

15        A.    Yes.

16        Q.    For what period of time do you believe

17  that Gerald Archuleta was the leader of the SNM?

18        A.    Up until he decided to work with the FBI.

19        Q.    And what do you base your opinion that

20  Gerald Archuleta was the leader of the SNM on?

21        A.    My opinion.

22        Q.    What's your opinion based on?

23        A.    That he is a leader of the SNM -- was.

24        Q.    Do you have a relationship with Gerald

25  Archuleta?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1          A.   Yes.
 2          Q.   In fact, you've provided drugs to Gerald
 3    Archuleta at his request?
 4          A.   No.
 5          Q.   I'm going to refer you again to the
 6    conversation that you had with the FBI in June of
 7    2016.  Do you recall talking to the FBI about
 8    keeping in touch with Gerald Archuleta after he
 9    moved to Tennessee?
10          A.   Yes.
11          Q.   And you told the FBI that Gerald Archuleta
12    would ask you for Suboxone because it was expensive
13    in Tennessee; correct?
14          A.   Yes.
15          Q.   And that you complied a few times;
16    correct?
17          A.   Yes.
18          Q.   And by complying, you meant that you sent
19    drugs to Gerald Archuleta to Tennessee?
20          A.   No.  I sent Suboxones.  Suboxones ain't a
21    drug.  Suboxones are to help people get off the
22    drug.
23          Q.   Suboxone is something you need a
24    prescription for; correct?
25          A.   Yes.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   It's a drug used to treat heroin

 2   addiction; correct?

 3        A.   Yes.

 4        Q.   And you sent that to Gerald Archuleta?

 5        A.   Yes.

 6             MS. DUNCAN:  If I could have a moment,

 7   Your Honor.

 8             No further questions, Your Honor.

 9             THE COURT:  Thank you, Ms. Duncan.

10             Mr. Jewkes, do you have cross-examination

11   of Mr. Armijo?

12             MR. JEWKES:  Yes, Your Honor.

13             THE COURT:  Mr. Jewkes.

14             MR. JEWKES:  Your Honor, may it please the

15   Court?

16             THE COURT:  Mr. Jewkes.

17                   RECROSS-EXAMINATION

18   BY MR. JEWKES:

19        Q.   Good afternoon, Mr. Armijo.

20        A.   Good afternoon.

21        Q.   You were here last week and testified, I

22   believe it was on Wednesday?

23        A.   Yes.

24        Q.   And if I recall correctly, you told us

25   that you joined the SNM in 1995?
```




SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    '93.

 2        Q.    And you were validated?

 3        A.    Yes.

 4        Q.    And how long were you a validated member

 5   of SNM?

 6        A.    I have no idea.  You'd have to ask the

 7   STIU.

 8        Q.    I'm sorry?

 9        A.    You would have to ask the STIU how long

10   they had me validated.

11        Q.    When did you leave prison?

12        A.    2012.

13        Q.    Okay.  Do you still consider yourself a

14   member of SNM?

15        A.    No.

16        Q.    Well, in that case, we're looking at close

17   to 20 years --

18        A.    Yes.

19        Q.    -- with SNM, give or take; would you agree

20   with that?

21        A.    Yes.

22        Q.    You testified a while ago that you knew

23   Javier Molina?

24        A.    Yes.

25        Q.    How much time did you serve with him?
```




SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1     A.    About a year and a half or so.

2     Q.    Where?

3     A.    Las Cruces, New Mexico, Southern.

4     Q.    And you liked him?

5     A.    Yes.

6     Q.    Did he have problems with other inmates --

7     A.    No.

8     Q.    -- that you could see?

9     A.    No.

10    Q.    No?  He was liked by everyone?

11    A.    Yes.

12    Q.    He wasn't mouthy?

13    A.    No.

14    Q.    He didn't rag on some of the other

15 inmates?

16    A.    We all kind of did that to each other.  It

17 was nothing to be taken serious.  It was just part

18 of doing time, part of us just clowning with each

19 other.

20    Q.    Are you just saying it's playful behavior?

21    A.    Yes.

22    Q.    Mr. Armijo, you were Angel Munoz's

23 bodyguard for a number of years; is that correct?

24    A.    Yes.

25    Q.    And you held that position because you



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1  were considered by the organization to be a heavy
 2  hitter?
 3        A.    Yes.
 4        Q.    You know what a heavy hitter is?
 5        A.    Yes.
 6        Q.    A heavy hitter is someone who can take
 7  human life.  Would you agree with that?
 8        A.    Yes.
 9        Q.    And during your career, can we safely
10  assume you have witnessed -- witnessed, aware of --
11  a number of hits?
12        A.    Yes.
13        Q.    And if you were called upon to do so,
14  could you plan a hit in a prison facility?
15        A.    Yes.
16        Q.    How would you do it?  What factors would
17  you look at, Mr. Armijo?
18        A.    Hum.
19        Q.    Hypothetically speaking.
20        A.    For one, the reason.
21        Q.    In other words, you have to have a reason
22  to take human life?
23        A.    Yes.
24        Q.    All right.  That's reason Number 1.
25  What's reason Number 2, if there is a reason Number
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                201 Third NW, Suite 1630
Santa Fe, NM 87501                                        Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                           FAX (505) 843-9492
                                                                   1-800-669-9492
                                                           e-mail: info@litsupport.com



1   2?

2        A.    There is just a reason Number 1.

3        Q.    Okay.  Let's talk about the factors in

4   planning.  Where do you do it?

5        A.    The least obvious place.  One place that's

6   somewhere where you won't get caught.

7        Q.    You don't want to get caught?

8        A.    Of course not.

9        Q.    You don't want to do it in front of

10  cameras, do you?

11       A.    No.

12       Q.    And do you do it in kind of an

13  out-of-the-way place?  Would you agree with that?

14       A.    Yes.

15       Q.    In a prison facility, what would be some

16  of the more out-of-the-way places, such as, say,

17  Southern New Mexico?

18       A.    There is no place out of the way.  There's

19  about three or four cameras in the unit.  There's a

20  guard in the bubble.  There's one that walks.  So

21  usually they have full range of the cameras.  The

22  cameras you can't really hide from.

23       Q.    All right.  So you and I are planning a

24  hit.  What are we going to use for weapons?  What's

25  the most effective weapon?

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                     201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492
                                                                    1-800-669-9492
                                                            e-mail: info@litsupport.com



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1       A.    A shank.

 2       Q.    A shank?

 3       A.    Yep.

 4       Q.    You like a shank better than, say, a

 5  ligature?

 6       A.    Do I?

 7       Q.    Yes, hypothetically speaking.

 8       A.    I would prefer, yes.

 9       Q.    A shank?

10       A.    Yes.

11       Q.    Why?

12       A.    It gets the job done faster.

13       Q.    So you're concerned about speed and

14  effectiveness?

15       A.    Yes.

16       Q.    And it's faster than using a ligature?

17       A.    Yes, but it's also a little dirtier.

18       Q.    Sure.  Because there's going to be blood?

19       A.    Yes.

20       Q.    And just for the record, in case anyone on

21  the jury doesn't know what a ligature is, can you

22  explain what a ligature is?

23       A.    A sheet tied up, braided up.

24       Q.    For the purpose of strangulation; right?

25       A.    Yes.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.    Okay.  Now, we've already decided we're

2  going to use a shank.  Maybe two shanks.  And where

3  are we going to try to catch our target?

4    A.    Probably in his room or in the shower.

5    Q.    When they go in the shower, it's locked,

6  isn't it?

7    A.    No.

8    Q.    You can nail somebody in the shower?

9    A.    Yes.

10   Q.    Actually, that would be better, because

11  there's not going to be any cameras inside that

12  shower.  Would you agree with that?

13   A.    Yes.

14   Q.    So as a professional -- you and I are

15  professionals.  All right?  What -- we want to get

16  it done quickly, cleanly, how many times do we nail

17  him?  How many times do we stab him?

18   A.    Once.

19   Q.    Once?

20   A.    That's all you need.

21   Q.    Can we get it done with one?

22   A.    Possible.

23   Q.    Where do we stab him?

24   A.    The neck or in the underarm.

25   Q.    In the neck, of course, we're talking

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                            FAX (505) 843-9492
                                                                    1-800-669-9492
                                                          e-mail: info@litsupport.com



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1   about a major artery.

2        A.   Yes.

3        Q.   Under the arm, we're talking about another

4   major artery.

5        A.   Yes.

6        Q.   Either way, it's a fairly quick death.

7   They bleed out quickly, don't they?

8        A.   Yes.

9        Q.   So if we're lucky, you and I can get the

10  job done, one wound, maybe two?  Would you agree

11  with that?

12       A.   Yes.

13            MR. CASTELLANO:  At this point, I'm going

14  to object as to beyond the scope of direct, Your

15  Honor.

16            THE COURT:  Overruled.

17  BY MR. JEWKES:

18       Q.   Okay.  There's going to be two of us doing

19  this, Mr. Armijo.  What part does each one of us

20  play to get this done effectively and efficiently?

21       A.   One to watch and one to do it.

22       Q.   Why do we need one to watch?

23       A.   To make sure nobody is coming.

24       Q.   Lookout?

25       A.   Yes.



SANTA FE OFFICE                                    MAIN OFFICE
119 East Marcy, Suite 110                   201 Third NW, Suite 1630
Santa Fe, NM 87501                           Albuquerque, NM 87102
(505) 989-4949                                        (505) 843-9494
FAX (505) 843-9492                               FAX (505) 843-9492
                                                      1-800-669-9492
                                            e-mail: info@litsupport.com

1      Q.    Okay.  And the hitter.  What does he do?
2  How does he do it?
3      A.    Just attack the person, get it done right
4  away.
5      Q.    From the front or the rear?
6      A.    From the rear.
7      Q.    Come up behind and get his forearm under
8  his chin?
9      A.    No, not really.
10      Q.    No?
11      A.    No.
12      Q.    Just take him head-on?
13      A.    There could be several ways.  I don't
14  know.
15      Q.    But nevertheless, if you and I know what
16  we're doing, we can get it done with at least a
17  couple of wounds; right?
18      A.    Yes.
19      Q.    How often in your 27 years in prison have
20  you seen inmates exhibit rage?
21      A.    Plenty.
22      Q.    Plenty?
23      A.    Yes.
24      Q.    A lot of guys are sore about being in
25  prison; right?

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                 Albuquerque, NM 87102
(505) 989-4949                                          (505) 843-9494
FAX (505) 843-9492                                 FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1      A.   Yes.

2      Q.   You'll have to excuse my voice.  I've got

3  a little issue with something.  A virus.

4      A.   All right.

5      Q.   A lot of people that go to prison are

6  angry, aren't they?

7      A.   Yes.

8      Q.   Some of them lose it, I guess, and some of

9  them don't?

10      A.   Yes.

11      Q.   Have you ever seen anyone in prison act

12  under rage?

13      A.   Yes.

14      Q.   Violent acts?

15      A.   Yes.

16      Q.   How often have you seen that, sir?

17      A.   Quite a few times.

18           MR. JEWKES:  I pass the witness.

19           THE COURT:  Thank you, Mr. Jewkes.

20           Anyone else?  Mr. Maynard?

21           MR. MAYNARD:  No questions, Your Honor.

22           THE COURT:  All right, Mr. Maynard.

23           Mr. Villa?

24           MR. VILLA:  Briefly.

25

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1                    RECROSS-EXAMINATION
 2  BY MR. VILLA:
 3       Q.   Good afternoon, Mr. Armijo.
 4       A.   Good afternoon.
 5       Q.   Mr. Castellano asked you if you were aware
 6  of the history about how Mr. Garcia was shot.
 7       A.   Yes.
 8       Q.   You said that you were?
 9       A.   Yes.
10       Q.   You know that he was shot by an individual
11  named Shane Dix?
12       A.   Yes.
13            MR. CASTELLANO:  Objection, calls for
14  hearsay.
15            THE COURT:  Ask him if he knows from any
16  source other than his own personal knowledge.
17            MR. VILLA:  Well, let me ask -- can I ask
18  if he has personal knowledge?
19            THE COURT:  You may.
20  BY MR. VILLA:
21       Q.   Do you have personal knowledge that
22  Mr. Garcia was shot by Shane Dix?
23       A.   I know he was shot by Shane Dix, yes.
24       Q.   Is that from what somebody told you or
25  from what you know yourself?
```



SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                   Albuquerque, NM 87102
(505) 989-4949                                               (505) 843-9494
FAX (505) 843-9492                                       FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    That's what Chris told me.

 2        Q.    From Mr. Garcia?

 3              THE COURT:  Sustained.

 4        Q.    Are you aware about Billy Cordova's role

 5   in the murder of Shane Dix?

 6              MR. CASTELLANO:  Objection, calls for

 7   hearsay.

 8        Q.    Through personal knowledge, not from what

 9   somebody told you.

10              THE COURT:  Why don't you answer these

11   questions yes, no, so we can avoid --

12        A.    Yes.

13        Q.    So you have personal knowledge about Billy

14   Cordova's role in the murder of Shane Dix?

15        A.    Yes.

16        Q.    And that comes from what somebody told you

17   or what you observed personally?

18        A.    What somebody told me.

19        Q.    So just what you've been told?

20        A.    Yes.

21              MR. VILLA:  Okay.

22              MR. CASTELLANO:  I'm going to object.

23   This is hearsay, but the witness doesn't understand.

24              THE COURT:  Yeah, I don't think he does,

25   either.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1          MR. CASTELLANO:  When we say firsthand
 2   knowledge, this is all hearsay.
 3          THE COURT:  Why don't you start with
 4   asking if the only place he's got this information
 5   is that somebody told him.
 6   BY MR. VILLA:
 7      Q.   So Mr. Armijo, your knowledge about Billy
 8   Cordova's role in the murder of Shane Dix is only
 9   what people told you?
10      A.   Yes.
11          MR. VILLA:  That's all the questions I
12   have.
13          THE COURT:  Thank you, Mr. Villa.
14          Mr. Castellano, do you have redirect of
15   Mr. Armijo.
16          MR. CASTELLANO:  No, Your Honor.
17          THE COURT:  All right.  Mr. Armijo, you
18   may step down.
19          Is there any reason that Mr. Armijo cannot
20   be excused from the proceedings, Mr. Castellano?
21          MR. CASTELLANO:  No, sir.
22          THE COURT:  Can he be excused by the
23   defendants?
24          MR. JEWKES:  Yes, Your Honor.
25          THE COURT:  All right.  Not hearing
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   anybody objecting, you are excused from the

2   proceedings.  Thank you for your testimony, Mr.

3   Armijo.

4

5   UNITED STATES OF AMERICA

6   STATE OF NEW MEXICO

7

8                  C-E-R-T-I-F-I-C-A-T-E

9        I, Jennifer Bean, FAPR, RDR, CRR, RMR, CCR,

10  Official Court Reporter for the State of New Mexico,

11  do hereby certify that the foregoing pages

12  constitute a true transcript of proceedings had

13  before the said Court, held in the District of New

14  Mexico, in the matter therein stated.

15       In testimony whereof, I have hereunto set my

16  hand on this 17th day of March, 2018.

17

18             _____

19             Jennifer Bean, FAPR, RMR-RDR-CCR
               Certified Realtime Reporter
20             United States Court Reporter
               NM Certified Court Reporter #94
21             333 Lomas, Northwest
               Albuquerque, New Mexico 87102
22             Phone:          (505) 348-2283
               Fax: (505) 843-9492
23             License expires:  12/31/18

24

25



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com