1

1              IN THE UNITED STATES DISTRICT COURT

2               FOR THE DISTRICT OF NEW MEXICO

3    UNITED STATES OF AMERICA,

4                    Plaintiff,

5         vs.              NO:  CR-15-4268 JB

6    ANGEL DELEON, et al.,

7                    Defendants.

8           Transcript of excerpted testimony of

9                    DAVID CALBERT

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2

```
 1                   I N D E X

 2   EXAMINATION OF DAVID CALBERT

 3   By Mr. Beck                                        3

 4   By Ms. Duncan                                     12

 5    By Ms. Fox-Young                                 14

 6   By Mr. Beck                                       18

 7   By Ms. Duncan                                     46

 8   By Ms. Fox-Young                                  61

 9   EXAMINATION OF DAVID CALBERT

10   By Ms. Fox-Young                                 101

11   By Ms. Jacks                                     114

12   By Ms. Bhalla                                    156

13   By Mr. Beck                                      158

14   By Ms. Duncan                                    164

15   REPORTER'S CERTIFICATE                           166

16                   EXHIBITS ADMITTED

17   Defendants' PS Admitted                           54

18   Defendants' EN Admitted                           64

19   Defendants' AC1, AC2, AC3, and AC4 Admitted      155

20   Government 692 and 693 Admitted                   31

21

22

23

24

25
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1            THE COURT:  All right, Mr. Beck.
 2            MR. BECK:  The United States calls David
 3  Calbert, Your Honor.
 4            THE COURT:  All right, Mr. Calbert.  If
 5  you'll come up to the witness box, and before you're
 6  seated, Ms. Standridge will swear you in.  So if
 7  you'll raise your right hand to the best of your
 8  ability there, Ms. Standridge will swear you in.
 9                    DAVID CALBERT,
10      after having been first duly sworn under oath,
11      was questioned, and testified as follows:
12            THE CLERK:  Please be seated, and state
13  and spell your name for the record.
14            THE WITNESS:  David Calbert.
15            THE COURT:  Mr. Calbert.  Mr. Beck.
16                  DIRECT EXAMINATION
17  BY MR. BECK:
18      Q.   Mr. Calbert, do you go by any other name?
19      A.   Spider.
20      Q.   When were you brought into the SNM Gang?
21      A.   It would have been about '98.
22      Q.   Where were you?
23      A.   In Hobbs.
24      Q.   How did you come to join the SNM?
25      A.   I was just asked to, and I ended up
```




SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   hanging around with these guys and got in by

 2   stabbing some enemy for the S to get in.

 3        Q.   Is that when you -- or how you earned your

 4   bones?

 5        A.   Yes.

 6        Q.   Was that an SNM stabbing?

 7        A.   Yes.

 8        Q.   Why?

 9        A.   Because he was a rival to the S.  There

10   was a little warrant for the white guys.  He ended

11   up going up to Hobbs, and we got him for that.

12        Q.   And I think you said you stabbed him?

13        A.   Yes.

14        Q.   What did you stab him with?

15        A.   A shank, a piece of metal from the mop

16   broom.

17        Q.   From the what?

18        A.   The mop broom.  A piece of metal.

19        Q.   Where did you keep that piece of metal?

20        A.   In my room, inside my mattress.

21        Q.   Did anyone help you with the assault?

22        A.   Yes.  I don't know his full name.  They

23   called him Utah.

24        Q.   Was that because it was an SNM assault?

25        A.   Yes.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   I want to show you a couple of photo, Mr.
 2   Calbert.
 3             MR. BECK:  Can we bring up what's been
 4   admitted as Exhibit 636?
 5        Q.   Is that you, Mr. Calbert?
 6        A.   Yes.
 7        Q.   Look at 637.  Is that you with your
 8   tattoos, Mr. Calbert?
 9        A.   Yes.
10        Q.   Have you gotten tattoos since then?
11        A.   Yes.
12        Q.   Where did you get those tattoos?
13        A.   On my chest, my arms.
14        Q.   Where were you located when you got those
15   tattoos on your chest and your arms?
16        A.   In Estancia.
17        Q.   Is it allowed to get tattoos in Estancia?
18   Are you allowed to do that?
19        A.   No.
20             MR. BECK:  Will you bring up Exhibit 638,
21   please?
22        Q.   What's that tattoo on your neck?
23        A.   It's a Zia with an S in it.
24        Q.   What does that mean?
25        A.   It means I'm part of the syndicate, SNM.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.    Is that the Syndicato de Nuevo Mexico?

 2        A.    Yes.

 3        Q.    What about on your chin in that picture?

 4        A.    That's an S also.

 5        Q.    Does that also stand for the SNM?

 6        A.    Yes.

 7        Q.    And Exhibit 640, please.  Is that the same

 8   S tattoo on your neck?

 9        A.    Yes.

10        Q.    Is that a spider web with a spider on your

11   neck next to it?

12        A.    Yes.

13              THE COURT:  Mr. Beck, I know we just got

14   started with Mr. Calbert.  But would this be a good

15   place for us to take our afternoon break?

16              MR. BECK:  It would, Your Honor.

17              THE COURT:  All right.  We'll be in recess

18   for about 15 minutes.  All rise.

19              (The jury left the courtroom.)

20              THE COURT:  All right.  We'll be in recess

21   for about 15 minutes.

22              (The Court stood in recess.)

23              THE COURT:  All right.  We'll go on the

24   record.  I don't think they're Rule 16 statements.

25   So I just don't think it's going to fall within 16
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    or 16-B.  So I don't think it's a Rule 16 problem.

2    But I do want to have -- outside the presence of the

3    jury, I can rely on inadmissible hearsay to

4    determine whether Mr. Joe Martinez is a

5    co-conspirator here, and so I think I'd rather hear

6    that outside the presence of the jury.

7              So the points I think I'm going to be

8    looking for is:  Is he close, and how he knows that.

9    I can rely on inadmissible hearsay for that.

10             And I can also -- I think it's a closer

11   call -- if you were to ask in front of the presence

12   of the jury, I'd have to think through whether if he

13   read the materials and knew what was in the

14   materials whether those would be in furtherance of

15   the conspiracy or not.  I think certainly him

16   bringing the paperwork is, but those additional

17   statements might not be co-conspirator statements.

18   And I'm not sure I see any other hearsay exception.

19             So I think I can rely on those to

20   determine whether he's a conspirator, but I think I

21   better hear that testimony outside the presence.  So

22   if you want to ask --

23             MR. BECK:  Sure.  I think the latter

24   statement, after -- I think the latter statement may

25   also be an excited utterance.  But we will get



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   there.
 2             THE COURT:  You're talking about when he
 3   says, "This is nothing," that part?
 4             MR. BECK:  That statement, and then the
 5   response that "Pup wants it done."
 6             THE COURT:  But this is nothing -- well,
 7   those are Mr. Calbert's statements.  He's here.
 8             MR. BECK:  "What is this?  This is
 9   nothing," are Mr. Calbert's statements, which I
10   think may be excited utterances or present sense
11   impressions.  Then --
12             THE COURT:  I think present sense.
13             MR. BECK:  Right.  And Mr. Martinez'
14   response, "Pup wants this done," I think may be an
15   excited utterance because he gets the impression
16   that Mr. Calbert is not going to take down the
17   paperwork, or doesn't want to follow through with
18   it.
19             THE COURT:  I'm not quite persuaded by
20   that, but I'll think about it.  Why don't you go
21   ahead and ask Mr. Calbert the questions.
22             Mr. Calbert, I'll remind you you're still
23   under oath.
24             Mr. Beck.
25   BY MR. BECK:
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   Mr. Calbert, the paperwork is important in
 2   an SNM-validated hit; is that right?
 3        A.   Yes.
 4        Q.   And you agreed to participate or help with
 5   the Molina murder by taking the Molina paperwork
 6   from the North facility to the South facility; is
 7   that right?
 8        A.   Yes.
 9             MS. DUNCAN:  Your Honor, I'd ask that the
10   Court instruct Mr. Beck not to lead the witness.
11             MR. BECK:  I won't lead, Your Honor.
12             THE COURT:  All right.
13   BY MR. BECK:
14        Q.   Did you read the paperwork?
15        A.   Yes.
16        Q.   What was it?
17        A.   It was just saying that he had called on
18   something, on a robbery or -- I don't remember
19   exactly what it was.  But it was somewhere along
20   them lines where he said who did what.  And it's
21   been a while.  I don't remember.
22        Q.   All right.  And you didn't think it was
23   very significant or --
24        A.   Yeah.
25        Q.   Did you think it was significant?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   No, it wasn't very significant.
 2        Q.   Is that statement to law enforcement -- is
 3   that still ratting or snitching?
 4        A.   Yes.
 5        Q.   Who provided you the paperwork?
 6        A.   Cheech.
 7        Q.   Do you know his real name?
 8        A.   I don't know his real name.  I just know
 9   him by Cheech.
10        Q.   And does he know the defendant Anthony Ray
11   Baca?
12        A.   Yes, he told me he did.
13        Q.   Does he know him well?
14        A.   He says he does.
15        Q.   Did he say if they interacted with each
16   other?
17        A.   Yes.  At that point he had told me that he
18   wanted me to send -- that Pup wanted me to send that
19   down, down South, carry it with me, so...
20        Q.   And by giving you the paperwork from Pup,
21   was Cheech also agreeing and participating to
22   further the Molina murder?
23        A.   Yes.
24        Q.   And why is that?
25        A.   Because he's making sure that I'm going to
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   take it.
 2        Q.   And when you said, "This is nothing," what
 3   did he say in response to you?
 4        A.   That's when he used Pup's name.  He told
 5   me he wanted me to do that.
 6        Q.   Do you know anything else about how close
 7   Cheech and Pup are?
 8        A.   No.  No.
 9        Q.   You didn't learn anything after this about
10   how close they are?
11        A.   I knew they talked on the phone.
12        Q.   How often?
13        A.   I'm not sure.  I knew from the computer.
14        Q.   The tablet?
15        A.   The tablet.  Yeah.  Now, I know.
16        Q.   You heard Cheech and Pup talking on
17   recorded statements on the tablets?
18        A.   Yes.
19             MR. BECK:  I think that's probably --
20             THE COURT:  Why don't you maybe inquire --
21   one of the things you said up here at the bench was
22   you might -- that Joe Martinez may have said some
23   things about he had read the paperwork and knew what
24   the contents were and those things himself.
25
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   BY MR. BECK:

2        Q.   Do you know whether Cheech read the

3   paperwork and knew the contents of it?

4        A.   He didn't tell me he did, but I'm pretty

5   sure, you know.

6        Q.   Why is that?

7        A.   Because he told me what it was about,

8   really.  It was paperwork on Molina, and so I

9   figured he read it.

10       Q.   He told you it was paperwork on Molina?

11       A.   Yes.

12       Q.   What does "paperwork" mean?

13       A.   It means him telling.

14       Q.   So he basically told you what the document

15   he was handing you is?

16       A.   Yes.  He didn't tell me word for word, but

17   he told me that's what it was.

18            THE COURT:  Anything further, Mr. Beck?

19            MR. BECK:  That's all, Your Honor.

20            MS. FOX-YOUNG:  Your Honor?

21            THE COURT:  Let me have Ms. Duncan go

22   first here.

23                    CROSS-EXAMINATION

24   BY MS. DUNCAN:

25       Q.   Mr. Calbert, at the time that you say that



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
& ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Cheech gave you the paperwork, you had never met Mr.

2    Baca at that point; correct?

3        A.    No.

4        Q.    You'd never seen Mr. Baca interact with

5    Cheech?

6        A.    No.

7        Q.    So the only thing that you know about the

8    relationship between Cheech and Mr. Baca is from

9    what Cheech told you; correct?

10       A.    Yes.

11       Q.    And then also from what you've reviewed in

12   the discovery?

13       A.    Yes.

14       Q.    And how long have you had your tablet?

15       A.    I'd say close to a year altogether,

16   because they took it away for a while.

17       Q.    And how much of the discovery on that

18   tablet have you reviewed?

19       A.    Well, most of it.  Most -- my case, really

20   you know, and some of the other cases.

21       Q.    And when you say "my case," what are you

22   referring to?

23       A.    The Paul Silva case.

24       Q.    How about the Javier Molina case?

25       A.    No, not too much, but I have.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



```
 1        Q.   You reviewed a call between Cheech and Mr.

 2   Baca; correct?

 3        A.   Yes.

 4             MS. DUNCAN:  I have no further questions,

 5   Your Honor.

 6             THE COURT:  How about you, Ms. Fox-Young?

 7             Thank you, Ms. Duncan.

 8             MS. FOX-YOUNG:  Your Honor, I do, but it's

 9   on the other issue.  Just very briefly, I'd ask at

10   the bench if I could voir dire on that issue, on Mr.

11   Perez' statement?  Just on the time.  It's two

12   questions.

13             THE COURT:  Just refresh my memory.  What

14   do you want to do?

15             MS. FOX-YOUNG:  I just want to ask him

16   about the timing of the statement with respect to

17   the Rule 16 question.

18             THE COURT:  Okay.  I don't remember the

19   issue, but go ahead.

20                    CROSS-EXAMINATION

21   BY MS. FOX-YOUNG:

22        Q.   Mr. Calbert, when did you receive a

23   Kastigar letter from the Government?

24        A.   A what?

25        Q.   The Kastigar letter.  Do you know what
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   that is?
 2        A.   No.
 3        Q.   When did you first sit down with the
 4   Government and talk to them?  Was that in the
 5   summer?
 6        A.   Oh, yeah.  It was right after I left
 7   Estancia, right before Estancia closed down.  I'm
 8   not sure what month it was.
 9        Q.   Okay.  "Right before" -- how many days
10   before Estancia closed down?
11        A.   I'd say a couple weeks, maybe.
12        Q.   And then was it after that that you say
13   Mr. Perez bragged to you about getting shanks for
14   the Molina murder?
15        A.   It was during that time there in Estancia.
16        Q.   So if that happened, did -- are you saying
17   that Mr. Perez bragged to you before you ever talked
18   to the Government?
19        A.   Yes.
20             MS. FOX-YOUNG:  Okay.  Thank you, Your
21   Honor.
22             THE COURT:  Thank you, Ms. Fox-Young.
23             Anybody else?  Ms. Jacks?  Mr. Maynard?
24   Anybody else?
25             MS. JACKS:  No, Your Honor.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1            THE COURT:  Do you have anything further,
 2   Mr. Beck?
 3            MR. BECK:  Yes, Your Honor.  I'll point
 4   out that also naming other members in the conspiracy
 5   is an act in furtherance of the conspiracy.  So both
 6   Cheech naming Pup -- well, not both.  I guess Cheech
 7   naming Pup is an act in furtherance of the
 8   conspiracy, as well.
 9            THE COURT:  Do you have any further
10   questions?
11            MR. BECK:  No.  Sorry, I do not.
12            THE COURT:  Well, I think you have
13   established by a preponderance of the evidence that
14   Joe Martinez is part of the conspiracy, so I'll
15   allow these statements.
16            All right, Ms. Standridge, do you want to
17   bring the jury in?
18            While she's getting the jury, anybody got
19   anything they need to say to me, want to say to me?
20   Anything we need to cover?
21            MR. BECK:  Getting out by 5:00?
22            THE COURT:  No.  Sorry.  I told you early
23   on, I have to say "No" a lot; right?
24            MR. BECK:  I know.  I thought I'd try.
25            MR. LOWRY:  Do you have any extra
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   Five-Hour Energy?
 2           THE COURT:  I haven't had one this week.
 3   Getting good rest.  Do you rest better in a trial or
 4   before the trial?
 5           MS. JACKS:  After.
 6           THE COURT:  I start sleeping better during
 7   than I did before.
 8           MR. JACK:  That's because we tire you out.
 9           THE COURT:  Once you get in the ball game,
10   it starts getting...
11           MR. JEWKES:  Your Honor, are we going to
12   have a little voucher relief fairly soon?  We have
13   investigators and whatnot that are getting antsy.
14           MR. BECK:  Vouchers?
15           MR. JEWKES:  Vouchers.  CJA vouchers.
16           THE COURT:  I don't have a single one on
17   my desk.  I'll talk to you before we leave.  The
18   problem that I had is the Fed Ex I sent here
19   yesterday has not arrived in Albuquerque.  And I
20   can't remember if it was Wednesday that was full of
21   vouchers or yesterday.  But the package I got today
22   didn't have any.  So every one I have is either in
23   Albuquerque or en route.  I don't have a single one.
24   I sat up here and got them all paid.  The problem
25   was, I put the Fed Ex slip into today's package
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    before I realized they had it.  So I don't have a

2    way to track.  But at the worse, it's going to hit

3    there Monday.  K'Aun is out of town anyway.  She's

4    in Lubbock today and she's probably the one

5    processing those.  But I paid them all.

6                    All right.  All rise.

7                    (The jury entered the courtroom.)

8                    THE COURT:  All right.  Everyone be

9    seated.

10                   On that last point, Mr. Jewkes, they had a

11   mechanical failure in El Paso with the plane, and so

12   the packages are in Memphis.

13                   MR. JEWKES:  They always do, Your Honor.

14   I have tracked down a Fed Ex package, a couple of

15   them, from the Court back to Albuquerque.

16                   THE COURT:  All right, Mr. Calbert, I'll

17   remind you that you are still under oath.

18                   Mr. Beck, if you wish to continue your

19   direct examination of Mr. Calbert, you may do so at

20   this time.

21                   CONTINUED DIRECT EXAMINATION

22   BY MR. BECK:

23        Q.   Mr. Calbert, why were you in Hobbs in

24   1998?

25        A.   That's where they sent me from RDC.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.    What's RDC?

 2        A.    Like you go to a certain prison to, like,

 3   verify your points and all that stuff, where they

 4   want you to go, medium or minimum or whatever.

 5        Q.    Okay.  Do you know what those three

 6   letters stand for, RDC?

 7        A.    No.

 8        Q.    At RDC, it sounds like they decide which

 9   facility they're going to send you to?

10        A.    Right.

11        Q.    And they sent you to Hobbs?

12        A.    Yes.

13        Q.    What I meant by my question is:  Why were

14   you sent to prison in 1998?

15        A.    Oh, okay.  It's for a shooting on the

16   street.

17        Q.    What do you mean, a shooting on the

18   street?  What happened?

19        A.    Just shooting from a motor vehicle.

20        Q.    What were you shooting at?

21        A.    Another person.

22        Q.    So is that what I would think of as a

23   drive-by shooting?

24        A.    Yeah, I guess.

25        Q.    Were you found guilty, or did you plead
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   guilty to aggravated assault with a deadly weapon?

 2        A.    Yes, I pled.

 3        Q.    I want to talk about other crimes that

 4   you've done because it was expected of you as an SNM

 5   member.  Did you assault or -- assault somebody in

 6   1998 or 1999?

 7        A.    Yes.

 8        Q.    Who was that?

 9        A.    Nick Olivas.

10        Q.    And did you do that because or by virtue

11   of your membership in the SNM?

12        A.    Yes.

13        Q.    Was that an SNM-ordered hit?

14        A.    Yes.

15        Q.    And what did you do to Nick Olivas?

16        A.    Just beat him up real bad.

17        Q.    How about in 2004?  Did you do another SNM

18   hit in 2004?

19        A.    Yes.

20        Q.    Who did you hit?

21        A.    Bandit.  I don't know his full name.

22        Q.    Is that Bandit?

23        A.    Yes.

24        Q.    Sometimes you lean away from the

25   microphone.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    Okay.  All right.

 2        Q.    Why was that an SNM hit?

 3        A.    Because he owed money.

 4        Q.    He owed money for what?

 5        A.    Drugs.

 6        Q.    He owed money to the SNM for drugs?

 7        A.    Yes.  Yes.

 8        Q.    Is that why he was assaulted?

 9        A.    Yes.

10        Q.    Did someone order you to assault him?

11        A.    Arturo Garcia.

12        Q.    Is Arturo Garcia an SNM member?

13        A.    Yes.

14        Q.    Now, I want to talk a little bit more

15   about that hit.  Where did it happen?

16        A.    On that maximum security right there at

17   the North.

18        Q.    When you say "the North," is that the

19   North facility at the Penitentiary of New Mexico?

20        A.    Yes.

21        Q.    In Santa Fe?

22        A.    Yes.

23        Q.    Is that what is sometimes referred to as

24   the Level 6 facility?

25        A.    Yes.  Now it is, yes.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

22

```
 1        Q.    And where did this happen at the North?

 2        A.    Right there in 3-B.

 3        Q.    3-B -- is that the pod it was in?

 4        A.    Yeah, the unit.  The unit.

 5        Q.    Did it happen there, or did it happen in

 6   the cages in the yard?

 7        A.    It happened on the way coming back from

 8   the yard.

 9        Q.    Tell me about that.

10        A.    I just was coming back.  I had been

11   looking for him for a few weeks.  And I pulled my

12   mirror off the wall and we went to the yard.  We

13   were in the yard, and he was coming -- we were

14   coming back like that.  And I got a little ahead of

15   him and I knew he was coming out of the cage.  I

16   jumped my cuffs, was almost in the front door, and

17   then I ran back to the yard and I pulled my knife

18   around my neck with the string to my back so when

19   they searched me and stuff, I can look like I don't

20   got no clothes on, and then, like, turn around, I

21   can swing it around.  And that's how I had it.  And

22   I pulled it off and I ran back to the yard, and I

23   caught him coming out of his cage, and I stabbed

24   him.

25        Q.    There are a couple of things I wanted to
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    go back to there.  What did you make the shank out

2    of?

3         A.   It was a piece of a stainless steel mirror

4    that was on the wall.

5         Q.   And how did you -- let me ask this

6    question.  When you're taken out from the Level 6

7    facility to the cages in the yard, are you searched?

8         A.   Yes.

9         Q.   Who searches you?

10        A.   The COs.

11        Q.   And how do they search you?

12        A.   They strip search you, take all your

13   clothes, and turn around, and squat and cough, and

14   all that.

15        Q.   So how did you hide a piece of your metal

16   mirror when they were having you turn around and

17   squat and cough?

18        A.   I had a piece of string around my neck.  I

19   just tied it to it and held on the back.  It was

20   kind of heavy, so I could -- when they told me to

21   turn and squat and cough, kind of used the weight of

22   it.  I turned around and put it to the front, and

23   squat and cough, and they never seen it.

24        Q.   Are you allowed to have string in the

25   Level 6 facility?

SANTA FE OFFICE                                                MAIN OFFICE
119 East Marcy, Suite 110                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                       Albuquerque, NM 87102
(505) 989-4949                                                   (505) 843-9494
FAX (505) 843-9492                                          FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    No.  I pulled it off my boxers.

 2        Q.    I think you said you jumped your cuffs.

 3        A.    Yes.

 4        Q.    What does that mean?

 5        A.    I jumped them to the front, like, from my

 6   back.  I thought I could just step through them, you

 7   know.

 8        Q.    So they were behind you, and then you

 9   jumped over them so that they went in front of you?

10        A.    Yes, yes.

11        Q.    So that stabbing of Gonzalez was in 2004.

12   Did you do another assault or stabbing for the SNM

13   in 2004?

14        A.    Yes, I had assaulted three COs also.

15        Q.    Was that an SNM hit?

16        A.    Yeah.  It was sanctioned, yes.

17        Q.    What do you mean, it was sanctioned?

18        A.    I asked if I could, and they gave me the

19   okay.

20        Q.    So if you're going to assault a CO, do you

21   have to ask permission?

22        A.    Yeah.  If you're going to assault anybody,

23   pretty much, you have to.

24        Q.    And that's when it becomes an SNM crime?

25        A.    Yes.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        Q.   What happened?
 2        A.   It all started over the phone, you know
 3   what I mean?  An argument for the phone and they
 4   started messing with me, and --
 5        Q.   Who is "they"?
 6        A.   Just the COs that work in there.  That
 7   Amanda, I guess her name was.
 8        Q.   Don't say any names.  Let's just say the
 9   COs.
10        A.   Okay.
11        Q.   So how did they start messing with you?
12        A.   Because I was sticking up for one of my
13   brothers, you know.
14        Q.   One of your brothers?  You mean one of
15   your SNM members?
16        A.   Yes, yes.
17        Q.   And what happened?
18        A.   Then they just took their focus onto me
19   and I ended up getting a shampoo bottle full of
20   feces and stuff and I threw it on them, threw it on
21   her, and she went and got the lieutenant and got him
22   involved.
23             And it just got out of hand from there.
24   And they started just messing with me, so I went and
25   I asked Arturo and Juanito, you know what I mean,
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                               201 Third NW, Suite 1630
Santa Fe, NM 87501                                        Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 843-9492                                           FAX (505) 843-9492
                                                              1-800-669-9492
PROFESSIONAL COURT                           e-mail: info@litsupport.com
REPORTING SERVICE


BEAN & ASSOCIATES, Inc.

```
1    these cops are messing with us, to see if I could

2    get the okay to do something.  And they told me

3    yeah.

4            So I went and got a knife, and when they

5    opened the door, they went to go take me and put me

6    in the strip cell, because I was going to protest

7    and stuff.  They came over there and I had put my

8    knife on the sink and then when they opened the door

9    halfway, I jumped them again, and I came out.  And I

10   ended up stabbing two of the COs, and the other one

11   just took off, and that was about it right there.

12        Q.   Was anyone else involved in this stabbing

13   with you?

14        A.   No, because it was -- like I said, it was

15   segregation.  So I kind of had to come out -- you

16   know what I mean, they only open one door at a time.

17   But I was already there on a three-man escort from

18   the assault previously.  So that's why it was three

19   COs there.

20        Q.   And then did you commit another crime in

21   prison in 2011 by virtue of your SNM membership?

22        A.   Yes.

23        Q.   What was that?

24        A.   I assaulted Paul Silva.

25        Q.   Did you stab Paul Silva?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    Yes.

 2        Q.    Did you stab him a lot of times?

 3        A.    Yes.

 4        Q.    Where did this happen?

 5        A.    In the South, right there in Santa Fe at

 6   Southern.

 7        Q.    The South facility at PNM in Santa Fe?

 8        A.    Yes.

 9        Q.    Did it happen in the rec yard?

10        A.    Yes.

11        Q.    And why did you stab Paul Silva?

12        A.    Just over politics, you know.  We just

13   weren't looking eye to eye on a lot of things, and

14   things got out of hand, disrespect, and it became a

15   personal thing.  And out of all that, I ended up

16   having enough, stabbing him in the yard.

17        Q.    So how is it a personal thing if it's

18   still for the SNM?

19        A.    Because a lot of people didn't like what I

20   did, you know.  I didn't really go ask, you know.  I

21   just really did it.  But it was over a lot of things

22   we weren't seeing eye to eye about, you know, so...

23        Q.    I think you said politics.  What were the

24   things you didn't see eye to eye on?

25        A.    This dude was running the pod and he was
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   coming over there to do certain things, having
 2   everybody -- I mean, who was really running the pod,
 3   you know what I mean?  That was the big thing about
 4   it.  I kind of didn't want nobody running it until
 5   we got to where we were going, where Pup was at, so
 6   he could -- you know what I mean?  Even everything
 7   out.  Because everything was in chaos, so I just
 8   wanted to get down over there so we could get
 9   everything straight and get everything together like
10   it's supposed to be, and he wasn't hearing it, you
11   know.
12       Q.   So did Paul Silva try to assert leadership
13   in the pod when he came in?
14       A.   Yes, yes.
15       Q.   And did you disagree with that?
16       A.   Yes, I disagreed.  I didn't want nobody
17   running nothing there, you know.
18       Q.   And I think you said once you get down to
19   where Pup is -- is Pup the defendant Anthony Ray
20   Baca behind me?
21       A.   Yes.
22       Q.   And is that the person in the back
23   right-hand side of the room?
24       A.   Yes.
25       Q.   What is he wearing?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    A blue suit, black suit.  I can't see that
 2   far.
 3            MR. BECK:  Let the record reflect Mr.
 4   Calbert indicated the defendant Anthony Ray Baca.
 5            THE COURT:  The record will so reflect.
 6   BY MR. BECK:
 7        Q.    Why did you want to wait to go where Pup
 8   was going to determine a leader?
 9        A.    Because the way the politics was, Arturo
10   had the keys there; he was making a mess of
11   everything, had everybody fighting, and there wasn't
12   no hope with them politics that were going around.
13   So I wanted, you know what I mean, to get somebody a
14   little bit smarter to put things together before I
15   fell in line, you know?
16        Q.    So you were looking at Mr. Baca as that
17   person who would put things together?
18        A.    Yes.
19        Q.    Did you expect him to pick a leader of the
20   pod?
21        A.    Well, we had already been over there in
22   Las Cruces, or over here in Las Cruces, so we
23   wouldn't have needed a leader because he would have
24   been it.
25        Q.    He would have been the leader?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        A.    Yes.

 2        Q.    Who else stabbed Paul Silva with you?

 3        A.    Mauricio Varela.

 4        Q.    Now, if there were documents in your

 5   prison file in which you said, "I'm not an SNM Gang

 6   member; I'm done with those guys," you said this in

 7   2009, why is that?

 8        A.    Because it's required of us to not talk to

 9   law enforcement about anything, validation or

10   anything like that, because for fear of your life,

11   you know what I mean, if anything gets out.

12        Q.    So that's a rule required by the SNM, not

13   to talk to correction officers?

14        A.    Yes.

15        Q.    So is that why those documents say that

16   you said you're not an SNM member?

17        A.    Yes.

18        Q.    Were you an SNM member in 2008?

19        A.    Yes.

20        Q.    Were you an SNM member in 2009?

21        A.    Yes.

22        Q.    Were you an SNM member in 2017?

23        A.    Yes.

24        Q.    I'm going to show you what's been marked

25   for admission, Government's Exhibits 692 and 693.
```

SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                                Albuquerque, NM 87102
(505) 989-4949                                                           (505) 843-9494
FAX (505) 843-9492                                                  FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1            MR. BECK:  May I approach the witness?

 2            THE COURT:  You may.

 3   BY MR. BECK:

 4       Q.   Do you recognize those documents I just

 5   handed you, Mr. Calbert?

 6       A.   Yes.

 7       Q.   Is that your plea agreement and addendum?

 8       A.   Yes.

 9            MR. BECK:  Your Honor, at this time the

10   United States moves into admission documents 629 and

11   693.

12            THE COURT:  Any objection from the

13   defendants?

14            MS. JACKS:  No objection.

15            MS. DUNCAN:  No, Your Honor.

16            MS. BHALLA:  No objection.

17            THE COURT:  Government's Exhibits 692 and

18   693 will be admitted into evidence.

19            (Government Exhibit 692 and 693 admitted.)

20            MR. BECK:  Bring up 692.

21   BY MR. BECK:

22       Q.   What is this document, Mr. Calbert?

23       A.   It's my plea agreement, what I pled guilty

24   to.

25       Q.   And did you plead guilty on September 28,
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   2017?

 2        A.   Yes.

 3        Q.   Did you plead guilty to all the charges

 4   that the federal government filed against you?

 5        A.   Yes.

 6        Q.   Document 693, please.

 7             Focus in on the top -- the bottom

 8   paragraph.  Is this the addendum to your plea

 9   agreement?

10        A.   Yes.

11        Q.   And what do you understand this document

12   to mean?

13        A.   That I pled guilty to both counts and that

14   I'm facing up to 30 years, and --

15        Q.   Let me ask you this question, Mr. Calbert.

16   Do you expect to receive some benefit from the

17   federal government for testifying here today?

18        A.   Yeah, I would think so, you know.

19        Q.   What do you have to do?

20        A.   To testify and whatever they need me to

21   do, you know.  Tell the truth.

22        Q.   All right.  Why did you decide to

23   cooperate in 2017?

24        A.   Because I just got tired of attempts on my

25   life, you know.  This last time was the last straw,
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    you know.

2         Q.   What happened the last time?

3         A.   They said they came up, but some bogus

4    paperwork that -- I don't know where they got it

5    from or what, but they said they had some paperwork.

6    So it was either, I'm going to have to keep going

7    and killing and doing all this, digging myself a

8    hole where I'm never going to climb out of it; or

9    this.  You know what I mean?  So there wasn't

10   nothing worth fighting for anymore, you know.   I

11   just decided to get out.

12        Q.   When you say they had paperwork and they

13   made an attempt on your life, are you referring to

14   other SNM members?

15        A.   Yes.

16        Q.   And by "paperwork," do you mean, as we

17   discussed earlier, a document where you cooperated

18   with law enforcement?

19        A.   Yes, yes.

20        Q.   Did that paperwork exist?

21        A.   Somebody must have typed it up, but like I

22   said, I've never done anything like that until right

23   now.

24        Q.   Have you already received some benefits?

25        A.   Yes.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   You began cooperating in August of last
 2   year.  Does that sound right?  August of 2017?
 3        A.   Yes.  I'm bad on dates.  But yeah, that
 4   sounds...
 5        Q.   Were you provided lunch that day from
 6   Blake's Lotaburger?
 7        A.   Yes.
 8        Q.   Did you -- and up to this point, have you
 9   received about $408.05 in benefits from the
10   Government?
11        A.   Yes, about.
12             MS. DUNCAN:  Your Honor, we object to this
13   leading.  He can ask the witness what benefits he
14   received without telling him what they are.
15             MR. BECK:  I can do that, Your Honor.
16             THE COURT:  All right.
17   BY MR. BECK:
18        Q.   What other benefits have you been provided
19   because of your cooperation?
20        A.   I just got to go to a better spot.  You
21   know what I mean?  I get my TV and my radio and
22   stuff like that.  More canteen, more calls, you
23   know.  That money, like I said.
24        Q.   Did you also get a visit with a family
25   member?
```



SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                 201 Third NW, Suite 1630
Santa Fe, NM 87501                                        Albuquerque, NM 87102
(505) 989-4949                                                    (505) 843-9494
FAX (505) 843-9492                                          FAX (505) 843-9492
                                                                1-800-669-9492
                                                          e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
1        A.    That's right.  I got a visit with my

2   people.

3        Q.    How many visits with your people did you

4   get?

5        A.    Just one.

6        Q.    Now, before you cooperated that day, did

7   you meet with another SNM member, Lupe Urquizo?

8        A.    Yes, yes.

9        Q.    And were his attorneys there?

10        A.    Yes, he was there.  She was there.

11        Q.    And did you -- and you met with them

12   before you met with Special Agent Acee; is that

13   right?

14        A.    Yes, yes.

15        Q.    Did y'all talk about this case?

16        A.    Yeah.  Well, pretty much, just like trying

17   to --

18        Q.    Without telling me what you said.

19        A.    Yes, we talked a bit about it, yes.

20        Q.    Then afterwards, did you talk to Special

21   Agent Acee?

22        A.    Yes.

23        Q.    And did you tell Special Agent Acee -- I

24   won't ask you that question.

25              I want to talk to you about 2014.  Where
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                          FAX (505) 843-9492
                                                                1-800-669-9492
                                                          e-mail: info@litsupport.com



```
 1   were you in the beginning of 2014?
 2        A.   Like I said, I'm bad with dates.  2014, I
 3   think I was at the South.  I'm not sure.
 4        Q.   At some point -- are you talking about the
 5   South facility at PNM?
 6        A.   Yes.  In Santa Fe, yes.
 7        Q.   Prior to that, at some point, were you at
 8   the North facility?
 9        A.   Yes.
10        Q.   Were you there after the Paul Silva
11   stabbing?
12        A.   Yes, over there.
13        Q.   At some point in the rec yard did you have
14   a conversation with a man named Cheech?
15        A.   Yes.  Yes.
16        Q.   What happened?
17        A.   Nothing.  He just said that like --
18        Q.   Hold on one second.
19             MS. DUNCAN:  Your Honor, I have an
20   objection as to hearsay.
21             THE COURT:  Well, let's see what the
22   question is going to be, Mr. Beck.
23             MR. BECK:  Sure.
24   BY MR. BECK:
25        Q.   Were you provided the paperwork on Javier
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1    Molina?

2        A.    Yes, yes.

3        Q.    Were you provided that paperwork from

4    Cheech?

5        A.    Yes.  Yes.

6        Q.    And what did the -- what was the Molina

7    paperwork, as I'm referring to it?

8        A.    Just that he told on some robbery.  He

9    robbed some old lady, and he was telling on the

10   people who were with him, who did what.  And it was

11   just a real quick sentence.  It wasn't nothing,

12   like, fantastic, you know.  It was paperwork.

13       Q.    Was it a letter?  Was it --

14       A.    It was a document from the police, like a

15   statement.

16       Q.    Was it a police report?

17       A.    Yeah.  It was a police report that he

18   made, you know.

19       Q.    And what happens when an SNM member has a

20   statement come out against someone else in a law

21   enforcement report?

22       A.    Well, the person who did it, they got a

23   hit on their life, you know.

24       Q.    Is that also referred to as a green light?

25       A.    Yes.

SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                      201 Third NW, Suite 1630
Santa Fe, NM 87501                                              Albuquerque, NM 87102
(505) 989-4949                                                              (505) 843-9494
FAX (505) 843-9492                                                  FAX (505) 843-9492
                                                                            1-800-669-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

e-mail: info@litsupport.com

```
 1       Q.   And with this paperwork, did you agree to
 2   take it and pass it to someone else?
 3       A.   Yes.  Yes.
 4       Q.   And was Javier Molina ultimately murdered?
 5       A.   Yes.
 6       Q.   So you participated in the agreement to
 7   make sure that Javier Molina got murdered?
 8       A.   Yes.
 9       Q.   And Cheech did -- I think you said Cheech
10   provided you the paperwork?
11       A.   Yes.
12       Q.   Did he tell you what it was?
13       A.   Yes.
14            MR. BECK:  Your Honor, I'm about to get
15   into the statement.  Do we need to approach?
16            THE COURT:  Well, I'll overrule the
17   objection.  Go ahead.
18   BY MR. BECK:
19       Q.   When you were outside in the yards with
20   Cheech, how did he give you this paperwork on Javier
21   Molina?
22       A.   He took it out there and just rolled it up
23   tight so it could fit through the holes in the cage,
24   and he just handed it to me like that when I passed,
25   you know?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1      Q.   I'm going to give you what's been admitted
 2 as Government's Exhibit 693.
 3           MR. BECK:  May I approach the witness,
 4 Your Honor?
 5           THE COURT:  You may.
 6 BY MR. BECK:
 7      Q.   If you can with those cuffs on, will you
 8 show me how he rolled up the paperwork when he
 9 passed it to you?
10      A.   Just like that, small, so it will fit
11 through the holes in the cages.
12      Q.   So you both were in cages?  Was he in the
13 cage next to you?
14      A.   Yeah, yes.
15           MR. BECK:  May I approach, Your Honor?
16           THE COURT:  You may.
17 BY MR. BECK:
18      Q.   He passed it through the cage?  Did he say
19 anything about the paperwork?
20      A.   He just said that he was telling, and that
21 was it.  He really didn't tell me exactly word for
22 word.  He just summed it up and said that they
23 wanted me to take it down there at first.  And I
24 told him, "No, this ain't even nothing."
25           And then when he threw Pup's name in
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    there, he said, "Yeah, Pup wants you to take it down
 2    there."
 3         Q.   He said, "Pup wants you to take it down
 4    there?"  Is that Mr. Baca?
 5         A.   Yes.
 6         Q.   And what did you understand Mr. Cheech to
 7    mean?
 8         A.   To take the paperwork down there?
 9         Q.   Yes.  What did you understand that he
10    meant?
11         A.   That pretty much, I was required to carry
12    the paperwork to make sure I get it over there to
13    Southern facility and over here.
14         Q.   So did you take that paperwork after that
15    from the North facility to the South facility?
16         A.   Yes.  Yes.
17         Q.   And what did you do with that paperwork
18    once you were at the South facility?
19         A.   I gave it to Lupe Urquizo.  He asked for
20    it, and I gave it to him.
21         Q.   Just for the record, do you know Cheech's
22    real name?
23         A.   I don't.
24         Q.   Is he an SNM member?
25         A.   Yes.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   After you were arrested by the federal
 2   government for the case you pled guilty to, were you
 3   incarcerated with -- let me ask that a different
 4   way.  After you were arrested for this case, did you
 5   have a discussion with the defendant Rudy Perez?
 6        A.   After, yes.  Yes.
 7        Q.   And is that Rudy Perez -- is he in the
 8   courtroom today?
 9             MS. DUNCAN:  Your Honor, we'll stipulate.
10             THE COURT:  Is that satisfactory?
11             MR. BECK:  That's satisfactory, Your
12   Honor.
13             THE COURT:  Mr. Beck.
14   BY MR. BECK:
15        Q.   Where did the discussion with Mr. Perez
16   happen?
17        A.   In the shower.  In the shower.
18        Q.   That's good.  In the shower.  And what did
19   Mr. Perez tell you?
20        A.   He just said that, man, out there -- he's
21   trying to make a joke, you know what I mean?  I
22   wanted credit for all this that went on, you know
23   what I mean, at first.  He said, well, after all
24   this came down, he said no, I don't want nothing to
25   do with it after all.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   So at first --
 2             MS. DUNCAN:  Your Honor, could we have a
 3   limiting instruction as to this testimony?
 4             MS. JACKS:  I would join.
 5             THE COURT:  It appears Mr. Calbert is
 6   testifying to statements that Mr. Perez made to him.
 7   You can only use these statements in deciding the
 8   charges against Mr. Perez.  You cannot use this
 9   evidence in any way in your deliberations as to the
10   other three defendants.
11             All right, Mr. Beck.
12   BY MR. BECK:
13        Q.   He told you he wanted to take credit for
14   this?
15        A.   Yeah, because he was crippled and can't
16   get around, so I guess he wanted to do something.
17        Q.   What do you mean, he wanted to do
18   something?
19        A.   To, like, put in and say, "I did
20   something, I put in," you know what I mean?  A piece
21   of metal or whatever, you know, from his walker.
22        Q.   So you understood him to mean he'd get
23   credit for putting in a piece of his walker?
24        A.   Yes.  Yes.
25        Q.   Now, earlier you said -- you testified
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   about crimes you did for the SNM.

2       A.   Yes.

3       Q.   Have you ever heard of putting in work?

4       A.   Yes.

5       Q.   What does that mean?

6       A.   Just either assaulting somebody or

7   stabbing somebody, killing somebody for the cause,

8   for the SNM.

9       Q.   What did you understand Mr. Molina -- or

10  excuse me.  What did you understand Mr. Perez to

11  mean when he said he wanted to get credit for his

12  walker?

13      A.   I took it that he just wanted to be part

14  of the thing that happened, the murder.  And I just

15  felt he wanted to be part of it, you know, because

16  he can't do nothing else.  He can't fight or -- like

17  I said, he's in a walker, a wheelchair.  I think he

18  just wanted to put in something, you know, to be

19  part of the team.

20          MR. BECK:  May I have a moment, Your

21  Honor?

22          THE COURT:  You may.

23  BY MR. BECK:

24      Q.   A couple more questions for you.  When you

25  met with Special Agent Acee and agreed to cooperate,

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                 201 Third NW, Suite 1630
Santa Fe, NM 87501                                         Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                             FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1   we talked about how you met with Lupe Urquizo and

 2   your attorneys before that?

 3        A.   Yes.  Yes.

 4        Q.   How long was the meeting?  Was it a short

 5   meeting or a long meeting?

 6        A.   It wasn't very long.  Maybe five minute or

 7   something.

 8        Q.   You said when you went down to the South

 9   facility at PNM, you gave Lupe Urquizo the

10   paperwork.  Do you remember that?

11        A.   Yes.

12        Q.   Why did you give him the paperwork?

13        A.   So he could take it down.  Because he was

14   going before I was.  I had just arrived there.  And

15   I gave it to him so he could take it.  They asked

16   for it, really, you know, so I gave it to him.  They

17   were going that day.  So they were on that bus.

18   They would have got down there faster, you know.

19        Q.   So Lupe Urquizo asked you for the

20   paperwork?

21        A.   Yes.

22        Q.   Did he know what it was?

23        A.   Yes.

24        Q.   And when you say "going down there," where

25   was he going?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



1      A.   Well, down here to Cruces.  To Las Cruces,

2  to the prison.

3      Q.   Is that the Southern New Mexico

4  Correctional Facility?

5      A.   Yes.

6      Q.   Was Javier Molina incarcerated at the

7  Southern New Mexico Correctional Facility then?

8      A.   Yes.

9      Q.   Is Lupe Urquizo an SNM member?

10     A.   Yes.

11     Q.   So you handed Lupe Urquizo the paperwork

12  and said they were going down.  Who is "they"?

13     A.   Mauricio Varela, Lupe.  And I think that's

14  all that went on that bus at that time.  It was just

15  them.

16     Q.   Is Mauricio Varela also an SNM member?

17     A.   Yes.

18          MR. BECK:  Pass the witness, Your Honor.

19          THE COURT:  Thank you, Mr. Beck.

20          Ms. Duncan, do you wish to cross-examine

21  Mr. Calbert?

22          MS. DUNCAN:  Yes, Your Honor.

23          THE COURT:  Ms. Duncan.

24

25

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1                    FURTHER CROSS-EXAMINATION
 2   BY MS. DUNCAN:
 3        Q.   Mr. Calbert, when did the conversation
 4   with Cheech happen?
 5        A.   It was right after the Silva case, what
 6   happened with Silva.  And they had put me in 1-B,
 7   away from everybody.  And I don't know what year it
 8   was.  Like I said, I'm real bad with dates and
 9   things like that.
10        Q.   How long was it between the time of that
11   conversation with Cheech and you moving to South?
12        A.   I would say maybe within that four to five
13   months.
14        Q.   You've never -- at that point you had
15   never met Mr. Baca; correct?
16        A.   No.
17        Q.   You had never had a conversation with him?
18        A.   No.
19        Q.   The recreation yard at PNM North, the
20   cells are -- the rec yards are separated by -- they
21   have gaps between the walls; correct?
22        A.   Yes.  Yes.
23        Q.   How far apart are those recreation cells?
24        A.   They're a little far away, about arm's
25   length.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   And you and Cheech were not in the same
 2   pod; correct?
 3        A.   No.
 4        Q.   And you've never been in the same pod as
 5   Cheech?
 6        A.   No.  No.
 7        Q.   When is the first time you met him?
 8        A.   A long time.  I've known him for years.
 9        Q.   Where did you meet him?
10        A.   I think it was in Las Cruces, over here in
11   the prison.
12        Q.   You talked to Mr. Beck a little bit about
13   your criminal history, and I'd like to talk some
14   more about it.  Your first conviction was in 1995
15   for possession of a controlled substance; correct?
16        A.   Yes.
17        Q.   Possession of methamphetamine?
18        A.   Yes.
19        Q.   And then your second conviction was in
20   1998, aggravated assault with a deadly weapon;
21   correct?
22        A.   Yes.
23        Q.   And that was the drive-by shooting you
24   mentioned?
25        A.   Yes.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.    Who was in the car that you shot at?

2      A.    Adam Smith and Jared Smith.

3      Q.    Who are Adam and Jared Smith?

4      A.    Just some guys from where I'm from.

5      Q.    And why did you shoot at them?

6      A.    They tried to run over my little brother.

7      Q.    Were either of them injured?

8      A.    No.

9      Q.    And you were also charged with possession

10 of a firearm by a felon; correct?

11     A.    Yes.

12     Q.    And this was based on your prior

13 conviction for possession of methamphetamine?

14     A.    Yes.

15     Q.    Next you were convicted in 2006 of

16 aggravated battery; correct?

17     A.    Yes.

18     Q.    And what were the circumstances of that

19 offense?

20     A.    That was on the sheet; right?

21     Q.    You tell me.

22     A.    Well, I don't -- I think it was the same

23 guys, Adam and Jared Smith.  I think that's the one

24 I got caught for.

25     Q.    And in -- I skipped one.  In 1999, you

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                            201 Third NW, Suite 1630
Santa Fe, NM 87501                                     Albuquerque, NM 87102
(505) 989-4949                                               (505) 843-9494
FAX (505) 843-9492                                      FAX (505) 843-9492
                                                          1-800-669-9492
                                              e-mail: info@litsupport.com



1  were convicted of possession of a weapon by a

2  prisoner; correct?

3       A.   Yes.   That was in prison.

4       Q.   What facility were you in when you --

5       A.   In Las Cruces.

6       Q.   And then you were convicted again in 2008

7  for the offense you described happening in 2004;

8  correct?

9       A.   Yes.

10      Q.   And in 2004, first you assaulted Anthony

11  Gonzalez; correct?

12      A.   Yes.

13      Q.   And I can't remember what name you called

14  him?

15      A.   Bandit.

16      Q.   Bandit.   Okay.   So I think you talked

17  about you were being escorted from the rec yard, and

18  Bandit was being escorted to the rec yard; correct?

19      A.   Yes.

20      Q.   And you were being escorted by a

21  correctional officer?

22      A.   Yes.

23      Q.   And you escaped that correctional officer?

24      A.   Yes.

25      Q.   And then jumped your cuffs, meaning you



SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                            201 Third NW, Suite 1630
Santa Fe, NM 87501                                    Albuquerque, NM 87102
(505) 989-4949                                               (505) 843-9494
FAX (505) 843-9492                                      FAX (505) 843-9492
                                                          1-800-669-9492
                                                  e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    brought your cuffs from the back to the front?

2         A.    Right.

3         Q.    Grabbed a shank and then stabbed Bandit;

4    correct?

5         A.    Yes.

6         Q.    How many times did you stab Bandit?

7         A.    Maybe three.  I think about three or

8    something like that.

9         Q.    And where on his body did you stab him?

10        A.    His neck.

11        Q.    One of the COs tried to intervene as you

12   were stabbing Bandit; correct?

13        A.    Yes.

14        Q.    And ended up pushing him into the fence to

15   protect him?

16        A.    Yes.

17        Q.    You ultimately were found guilty of

18   aggravated battery on those COs as well as

19   aggravated battery on Bandit; correct?

20        A.    Yes, I pled.

21        Q.    And then you were on prehearing detention

22   for that offense when you attacked the correctional

23   officers; right?

24        A.    Yes.

25        Q.    And so from your testimony it sounds like

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                   Albuquerque, NM 87102
(505) 989-4949                                               (505) 843-9494
FAX (505) 843-9492                                     FAX (505) 843-9492
                                                           1-800-669-9492
BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE
e-mail: info@litsupport.com

1  you wanted to attack the COs for personal reasons,

2  but had to get permission; is that right?

3      A.   No.  Because I was sticking up for my

4  brothers.  Like I said, it started with Lupe, you

5  know.

6      Q.   Lupe Urquizo?  You were sticking up for

7  Lupe Urquizo?

8      A.   Yes.

9      Q.   The person who you met with before you met

10 with the FBI?

11     A.   Yes.

12     Q.   And you actually served as a personal

13 representative for Mr. Urquizo when he had picked up

14 a disciplinary charge; correct?

15     A.   Yes.

16     Q.   Had you done that only once or on more

17 occasions?

18     A.   I think it was just that one time.

19     Q.   And I think you testified that you were

20 sticking up for him and then later they disrespected

21 you; correct?

22     A.   Yes.  They turned their attention to me.

23     Q.   So the officers came to your cell and

24 asked you to cuff up; correct?

25     A.   Yes.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1        Q.    And you put your hands through the food

2    port for them to put the cuffs on behind you?

3        A.    Yes.

4        Q.    And then as they opened the door, you once

5    again pulled your hands from your back to your

6    front?

7        A.    Yes.

8        Q.    And in addition to being known as Spider,

9    you're also known as Houdini; is that correct?

10       A.    That's what they said in the paper, yeah.

11       Q.    Then after you pulled your hands to the

12   front, you had a shank in your hand; correct?

13       A.    Yes.

14       Q.    And you chased Lieutenant Allen around the

15   pod with that shank?

16       A.    Yes.

17       Q.    And you stabbed him?

18       A.    Yes.

19       Q.    And then you turned your attention to a

20   Sergeant Gould; correct?

21       A.    Yes.

22       Q.    Chased him around the pod, as well, and

23   stabbed him?

24       A.    Yes.

25       Q.    And for that you were convicted of

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492                                               FAX (505) 843-9492
                                                                  1-800-669-9492
                                                          e-mail: info@litsupport.com



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1   multiple counts of aggravated assault on a peace
 2   officer, aggravated battery with a deadly weapon,
 3   and possession of a deadly weapon by a prisoner;
 4   correct?
 5        A.   Yes.
 6        Q.   And your sentences were enhanced because
 7   you had been convicted of previous felonies;
 8   correct?
 9        A.   Yes.
10        Q.   And then in this case you were charged
11   with the attack on Paul Silva; correct?
12        A.   Yes.
13        Q.   And that was about a power struggle
14   between you and Mr. Silva; correct?
15        A.   Yeah.  Yes.
16        Q.   And in that case, you and Mauricio Varela
17   attacked Mr. Silva in the rec yard; correct?
18        A.   Yes.
19        Q.   You stabbed Mr. Silva multiple times?
20        A.   Yes.
21        Q.   And Mr. Varela kicked him in the head?
22        A.   Yes.
23             MS. DUNCAN:  Your Honor, at this place I'd
24   like to --
25        Q.   You're aware that the attack on Mr. Silva
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1  was videotaped; correct?

 2        A.    Yes.

 3        Q.    And you've seen that videotape?

 4        A.    Yes.

 5        Q.    And that accurately reflects the attack

 6  that you committed on Mr. Silva?

 7        A.    Yes, yes.

 8              MS. DUNCAN:  Your Honor, that video is

 9  Defense Exhibit PS, and we would move to admit it at

10  this time.

11              MR. BECK:  No objection, Your Honor.

12              THE COURT:  All right.  Any objection from

13  the other defendants?  Not hearing any --

14              MS. FOX-YOUNG:  No, Your Honor.

15              MS. BHALLA:  No, Your Honor.

16              THE COURT:  All right.  Defendant's

17  Exhibit PS will be admitted into evidence.

18              (Defendants' Exhibit PS admitted.)

19              MS. DUNCAN:  If we could play that?

20              Your Honor, that video was produced in

21  discovery and we're going to try to play it without

22  the sound track.  If we could pause it, please,

23  here.  Take it back.

24  BY MS. DUNCAN:

25        Q.    So looking at the screen, can you tell us
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   which -- where are you in this video?  I apologize.
 2   The counter number is 6:5:21:781.
 3        A.   I'm the one on the right.
 4        Q.   And who is -- and do you have anything --
 5   you have a shank in your hand; correct?
 6        A.   Yes.
 7        Q.   And the person on the left is Mauricio
 8   Varela?
 9        A.   Yes.
10             MS. DUNCAN:  If you can continue the
11   video, please.
12             (Video clip played.)
13        Q.   How many times did you stab Mr. Silva?
14        A.   They told me 14.
15        Q.   And he was hospitalized for those
16   injuries; correct?
17        A.   Yes.
18        Q.   You pled guilty to two offenses related to
19   your attack on Mr. Silva; correct?
20        A.   Yes.
21        Q.   One was conspiracy to murder him?
22        A.   Yes.
23        Q.   And the other was assaulting him with a
24   dangerous weapon?
25        A.   Yes.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.    And for those two offenses you face a
 2   maximum sentence of 30 years?
 3        A.    Yes.  Yes.
 4        Q.    And you talked with Mr. Beck about an
 5   addendum to your plea agreement where you agreed to
 6   cooperate with the Government in this case; correct?
 7        A.    Yes.
 8        Q.    And you're expecting a reduced sentence as
 9   a result of that cooperation?
10        A.    I would think, yes.
11        Q.    And in that addendum you understand that
12   it's up to the Government, the people here, to
13   request that reduced sentence; correct?
14        A.    Yes.
15        Q.    And they don't have to; they only -- it's
16   completely up to them?
17        A.    Yes.
18        Q.    You're not charged with conspiracy to kill
19   Javier Molina; correct?
20        A.    No.
21        Q.    They didn't bring any charges against you?
22        A.    No, no.
23        Q.    Or with the murder itself?
24        A.    No.
25        Q.    Although you admit that you gave the
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1   paperwork to Lupe Urquizo, understanding that it
 2   would be used to authorize a hit; correct?
 3        A.   Yes.
 4        Q.   Now, in 2014 you filed a lawsuit against
 5   Gregg Marcantel; correct?
 6        A.   Yes.
 7        Q.   And it was a lawsuit complaining about the
 8   way the Department of Corrections was treating you
 9   and others in the wake of the Javier Molina murder?
10        A.   Yes.
11        Q.   And you were complaining because -- that
12   you had been locked down following that murder;
13   correct?
14        A.   Yes.
15        Q.   And had lost some of your privileges?
16        A.   Yes.
17        Q.   You'd been stripped of your property;
18   you'd lost visits with your family?
19        A.   Yes.
20        Q.   Lost phone calls?
21        A.   Yes.
22        Q.   Lost commissary?
23        A.   Yes.
24        Q.   And you were in segregation?
25        A.   Right.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.    And so you -- in filing the lawsuit, you
 2    were seeking a change in your conditions; correct?
 3        A.    Right.
 4        Q.    You wanted more phone calls?
 5        A.    Yes.
 6        Q.    More visits?
 7        A.    Yes.
 8        Q.    More showers?
 9        A.    Yes.
10        Q.    And you also sought monetary damages.  You
11    were seeking $1,000 a day for every day that you
12    were held in those conditions; correct?
13        A.    Yes.
14        Q.    And you signed that complaint before you
15    filed it; correct?
16        A.    Yes.
17        Q.    You signed it under penalty of perjury;
18    right?
19        A.    Yes.
20        Q.    And you signed saying you had reviewed
21    that complaint and everything in it was true --
22        A.    Yes.
23        Q.    -- and correct to the best of your
24    ability?
25        A.    Yes.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.    And then you filed it with the Court?

 2        A.    Yes.

 3        Q.    A Court much like this one?

 4        A.    Yes.

 5        Q.    And in that complaint you asserted, "This

 6   plaintiff" -- that would be you; correct?  You were

 7   the plaintiff in that lawsuit?

 8        A.    Right.

 9        Q.    "This plaintiff had no involvement in any

10   crime or disciplinary infraction with the murder

11   that took place at the Southern New Mexico

12   Correctional Facility on March 7, 2014"; correct?

13        A.    Yes.

14        Q.    And that would have been the murder of

15   Javier Molina?

16        A.    Yes.

17        Q.    So you swore under oath that you had no

18   involvement with the murder of Javier Molina;

19   correct?

20        A.    Yes, but that didn't go through.  I never

21   came of nothing because I didn't do it right.

22        Q.    But you nonetheless swore under oath that

23   you had nothing to do with it --

24        A.    Yeah.

25        Q.    -- in an effort to improve your
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   conditions.

 2        A.    Okay.  Yes.

 3        Q.    Correct?  And win some monetary damages?

 4        A.    Yes.

 5              MS. DUNCAN:  Your Honor, if I could have a

 6   moment?

 7              THE COURT:  You may.

 8   BY MS. DUNCAN:

 9        Q.    Actually, Mr. Calbert, when is your parole

10   date?

11        A.    It's already passed.  It was March '15,

12   but I'm doing parole right now in-house.

13              THE COURT:  Ms. Duncan, would you clear up

14   the last word that he just said?  Did he say

15   "hospital"?

16        Q.    You were talking about being on parole?

17   You're on parole right now?

18        A.    I'm doing in-house parole right now.

19        Q.    In-house parole.  And you're being

20   detained in this case until sentencing; correct?

21        A.    Right.

22        Q.    The sentence for which you're going to

23   face 30 years?

24        A.    Yes.

25              MS. DUNCAN:  I have no further questions,
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    Your Honor.

2              THE COURT:  Thank you, Ms. Duncan.

3              Ms. Fox-Young, do you wish to

4    cross-examine Mr. Calbert?

5              MS. FOX-YOUNG:  Yes, Your Honor.

6                 CONTINUED CROSS-EXAMINATION

7    BY MS. FOX-YOUNG:

8         Q.   Mr. Calbert, you know you're under oath

9    today?

10        A.   Yes.

11        Q.   And I think you testified a few minutes

12   ago that attack when you tried to kill Paul Silva --

13        A.   Yes.

14        Q.   -- that that was ordered by the SNM?

15        A.   No, it wasn't.

16        Q.   You told the Government that -- there was

17   just a certain way that Mr. Beck asked you, wasn't

18   this really done for the SNM?  And you said, yeah,

19   you were trying to curry favor, so it was for the

20   SNM; is that right?

21        A.    In a way it was.  In a way it wasn't.

22        Q.    In a way it wasn't, because actually, you

23   told the Government last August that it wasn't

24   sanctioned by the SNM leadership; right?  It had

25   nothing do with the SNM; isn't that right?

SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                               Albuquerque, NM 87102
(505) 989-4949                                                          (505) 843-9494
FAX (505) 843-9492                                               FAX (505) 843-9492
                                                                        1-800-669-9492
                                                               e-mail: info@litsupport.com



```
 1        A.    It did and it didn't, like I said.

 2        Q.    Did you or did you not tell the Government

 3   last August that it wasn't sanctioned?

 4        A.    Oh, yeah.

 5        Q.    That's right.  And you've been asked about

 6   some other situations where you decided to kill

 7   people; right?

 8        A.    Excuse me?  Say it again.

 9        Q.    You've been asked about some other

10   circumstances, some other past convictions where you

11   made the decision to kill people.

12        A.    No.

13        Q.    No?

14        A.    No.

15        Q.    Well, let's talk about -- was it Mr.

16   Gonzalez, a gentleman that you sent to the hospital

17   in Santa Fe?

18        A.    Okay.

19        Q.    Was that Mr. Gonzalez?

20        A.    Yes.

21        Q.    And that was in 2004; right?

22        A.    Yes.

23        Q.    And in that case, you made a shank and you

24   attacked Anthony Gonzalez.  Several times you struck

25   him in the neck and the body; is that right?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

63

```
 1        A.    Yes.
 2        Q.    And it was only when you were sprayed with
 3   some chemical agents that you stopped attacking him;
 4   right?
 5        A.    No, they didn't spray me.  No.
 6        Q.    Did they release some chemical agents into
 7   the air?
 8        A.    Not that time.
 9        Q.    Not that time?  A different time?
10        A.    Yes.
11              MS. FOX-YOUNG:  Your Honor, may I approach
12   the witness?
13              THE COURT:  You may.
14   BY MS. FOX-YOUNG:
15        Q.    Do you recognize this picture?
16        A.    Yes.
17        Q.    Will you tell me what it is?
18        A.    It's a hole in Anthony's, whatever,
19   Gonzalez's neck.
20        Q.    It's a hole in his neck that you made?
21        A.    Yes.
22              MS. FOX-YOUNG:  Your Honor, I'd like to
23   mark this as Exhibit EN.
24              THE COURT:  Before you turn it on, why
25   don't we see it?
```

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                   Albuquerque, NM 87102
(505) 989-4949                                                (505) 843-9494
FAX (505) 843-9492                                        FAX (505) 843-9492
                                                              1-800-669-9492
                                                  e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1              MR. BECK:  No objection.
 2              MS. FOX-YOUNG:  I'm sorry, Judge.  I
 3    shared it with the Government.
 4              THE COURT:  Anybody else have any
 5    objection?  Not hearing any, Defendant's Exhibit EN
 6    will be admitted into evidence.
 7              (Defendants' Exhibit EN admitted.)
 8    BY MS. FOX-YOUNG:
 9         Q.   That's Mr. Gonzalez's neck?
10         A.   Yes.
11         Q.   And how many times -- you said you stabbed
12    Mr. Gonzalez three times in the neck?
13         A.   No, once in the neck, and I think a couple
14    of times in the chest.
15         Q.   Oh, okay.  And those injuries to his chest
16    aren't pictured here?
17         A.   Right.
18         Q.   And you know you sent him to St. Vincent's
19    Hospital where he received treatment; right?
20         A.   Yes.
21         Q.   Do you know if he told anything to the
22    cops when they came to see him at the hospital?
23         A.   I don't think so.
24         Q.   Yeah, he didn't say anything; right?
25         A.   Right.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.    Because what would have happened to him if
 2   he had said something about what you did to him?
 3        A.    His own people probably would have got
 4   him.
 5        Q.    You or somebody else would have killed him
 6   again?  Tried to kill him again?
 7        A.    Or his own people.
 8        Q.    Who are his own people?
 9        A.    Surenos.
10        Q.    And you talked a little bit about an
11   incident with a correctional officer you attacked?
12        A.    Yes.
13        Q.    Do you remember his name?
14        A.    Alden.  I don't remember his whole name.
15   Allen something.
16        Q.    And when was that?
17        A.    It was about -- I think it was 2004.
18        Q.    What caused you to attack that
19   correctional officer?
20        A.    Like I said, the situation blew out of
21   control when I was sticking up for one of my
22   brothers because of the phone.  It started real
23   simple and then it ended up to that, you know.
24   Ended up a big thing, ended up putting their
25   attention on me, took it off him, for fighting for
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                       (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492
                                                                  1-800-669-9492

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE
e-mail: info@litsupport.com

1   the phone.  And their attention went on me and it

2   blew out of control.

3       Q.    And so that's why you made the decision to

4   attack him?

5       A.    Yes.  Well, I went and asked.  You know

6   what I mean?  I can't just do things by myself, you

7   know.

8       Q.    Who did you ask?

9       A.    I asked Arturo Garcia.  Well, I asked

10  Juanito, and he went and asked him.

11      Q.    So Mr. Calbert, that attack was on

12  December 29, 2004?

13      A.    Right.

14      Q.    In the evening, 5:25 p.m.?

15      A.    Yes.

16      Q.    And you recall -- at that time were you in

17  the Penitentiary of New Mexico?

18      A.    Yes, at the maximum security right there.

19      Q.    You were at X pod?

20      A.    Yes.

21      Q.    And you had your hands behind your back

22  and an officer cuffed you; is that right?

23      A.    Yes.

24      Q.    And then Lieutenant Allen ordered that

25  your door be opened?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    Yes.
 2        Q.    And you were sitting on the toilet and you
 3   figured out how to slip out of the cuffs; right?
 4        A.    Yes.
 5        Q.    And at that time you had somehow in your
 6   hand a homemade knife?
 7        A.    Yes.
 8        Q.    And you came charging out of your cell and
 9   began pursuing Lieutenant Allen; right?
10        A.    Yes.
11        Q.    And you were stabbing him.
12        A.    Yes.
13        Q.    And he ran away.  He ran over to the
14   shower stand, and you followed him, and you kept
15   stabbing him; right?
16        A.    Yes.
17        Q.    And then you charged a sergeant.
18        A.    Yes.  Yes.
19        Q.    And you stabbed him, too?
20        A.    Yeah.  He tried to stop it.
21        Q.    And in order to stop you, that's when they
22   used chemical agents; right?
23        A.    Yes.
24        Q.    And you took another stab at Lieutenant
25   Allen and continued chasing them; is that right?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

68

```
 1        A.    Yes.
 2        Q.    Then you started climbing over the table?
 3        A.    Yes.
 4        Q.    And as Lieutenant Allen backed away, he
 5   fell down, and you kept stabbing him.
 6        A.    Yes.
 7        Q.    Okay.  So when in that series of events
 8   did you ask anybody -- you made the decision in that
 9   moment that you were going to attack Lieutenant
10   Allen; right?
11        A.    It was an ongoing thing, you know.  It
12   happened --
13        Q.    I'd also like to ask you a little bit more
14   about your plea.  You pled to the assault of Paul
15   Silva; right?
16        A.    Yes.
17        Q.    And I think you said you understand that
18   the Government has entered into an agreement with
19   you.  That's that 5K document?
20        A.    Yes.
21        Q.    Whereby, based upon the stories that you
22   tell for the Government and the work you do for the
23   Government, they might help you in getting a reduced
24   sentence; is that right?
25        A.    Yes, they might.  Yes.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1      Q.   And they also have agreed not to charge

2  you for the murder or conspiracy to murder Javier

3  Molina?

4      A.   They didn't promise me nothing like that.

5  They never charged me for that.

6      Q.   They didn't charge you, even though you

7  told this jury that you're guilty of it a few

8  minutes ago?

9      A.   Right.

10      Q.   And that's because you're working for the

11  Government.

12      A.   Yes.

13      Q.   You talked about some benefits.  Mr. Beck

14  discussed about some benefits that you might have

15  received from the Government.  Do you remember

16  talking to your family about some things the

17  Government had promised you?

18      A.   Probably.

19      Q.   Yeah.  You know that those calls that you

20  make from the jail are all recorded; right?

21      A.   Yes.

22      Q.   Yeah.  And that the Department of

23  Corrections can listen to those calls?

24      A.   Yes.

25      Q.   And that they get produced to the defense?

SANTA FE OFFICE                                                                    MAIN OFFICE
119 East Marcy, Suite 110                                                      201 Third NW, Suite 1630
Santa Fe, NM 87501                                                             Albuquerque, NM 87102
(505) 989-4949                                                                          (505) 843-9494
FAX (505) 843-9492                                                                FAX (505) 843-9492

**BEAN & ASSOCIATES, Inc.**
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1       A.   Yes.

2       Q.   Through discovery?

3       A.   Yes.

4       Q.   And they go on the tablets, like the

5   tablets that -- the tablet that you had or maybe you

6   still have?

7       A.   I -- yes.

8       Q.   And on that tablet, you can listen to the

9   calls and you can read all the material in the case,

10  know the theories.  And so in your calls you told

11  some family members that you're only going to get

12  three years, didn't you?

13      A.   I don't remember that.

14      Q.   You don't remember that?  We can play that

15  call for you.  You told them about the TV that the

16  STIU officer gave you?

17      A.   Yes, because they lost mine.

18      Q.   So he wanted to make sure you had one.

19  You also talked about how hard it was to be facing

20  30 years.

21      A.   Yes.

22      Q.   And thinking that you wouldn't get out.

23  That was last June; right?

24      A.   Yeah.  Like I say, I'm bad on dates.  But

25  I probably could have said that, yes.

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   And then later, after you started working

 2   for the Government, you told your family that you

 3   were going to be home soon; right?

 4        A.   I hope.   I hope.

 5        Q.   You told them that you were going to be

 6   home soon and that you did things that you didn't

 7   think you were going to do, but it was all worth it;

 8   is that right?

 9        A.   Yeah.

10        Q.   Telling stories for the Government?

11        A.   Not telling stories.   Telling the truth.

12        Q.   And you told your family about how spoiled

13   the Government had you?

14        A.   Compared to what I was at.

15        Q.   You told them that you were spoiled and

16   that you were living pretty good.

17        A.   Yeah, compared to Estancia.

18        Q.   Mr. Calbert, you had been housed at one

19   time or another with an individual named Mario

20   Rodriguez; is that right?

21        A.   Yes.

22        Q.   Tell me when you were housed with Mr.

23   Rodriguez.

24        A.   I'm housed with him right now, but it's

25   been a few times I've been in there with him.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        Q.   I'd like to put up the Defendant's
 2   Exhibit -- I'm sorry, the Government's Exhibit 586.
 3            Is that Mr. Rodriguez?
 4        A.   Yes.
 5        Q.   So you're housed with him now?  You've
 6   known him a while?
 7        A.   Yeah, I could say.
 8        Q.   How long have you known him?
 9        A.   Maybe five years, somewhere around there;
10   ten years.  I don't know.
11        Q.   You guys kind of run together?
12        A.   Yeah.  Yeah.
13        Q.   Yeah.  And how about Tim Martinez?  Do you
14   know him?
15        A.   Yeah, I know him.
16        Q.   This is Government's Exhibit 561.  He's
17   kind of in your group with Mr. Rodriguez; right?
18        A.   Yeah, we're friends.  We're brothers.
19        Q.   You're housed with him now?
20        A.   Yes.
21        Q.   And you've known him for several years?
22        A.   Yes.
23        Q.   At some point were you housed with Mr.
24   Rodriguez and Mr. Martinez at Southern New Mexico
25   Correctional Facility?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    In Las Cruces over here?

 2        Q.    Yes.

 3        A.    No.

 4        Q.    Do you know that they were housed at

 5   Southern?

 6        A.    Yes.

 7        Q.    And they were housed there with Javier

 8   Molina; right?

 9        A.    Yes.

10        Q.    And let me ask you this.  Does Mr.

11   Rodriguez, who you looked at first -- does he have

12   kind of a signature move?  Does he have an action

13   that he likes to take when he's going after

14   somebody?

15        A.    Yeah.  He likes to bite the ears off.

16        Q.    He bites their ears off.  How many times

17   has Mr. Rodriguez bitten ears off, as far as you

18   know?

19        A.    I would think two, maybe; a couple of

20   times.  I'm not sure.

21        Q.    A couple of times.  Did he ever bite

22   Javier Molina's ear off?

23        A.    I'm not sure if that happened.

24        Q.    So at some point Mr. Rodriguez and Mr.

25   Martinez were down at the Southern New Mexico
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

 1   Correctional Facility.  And neither one of them

 2   really liked Javier Molina; right?

 3        A.   I guess Blue did.  Mario liked him.

 4        Q.   They didn't want him to be in charge?

 5        A.   That guy was kind of both of their

 6   friends, to tell you the truth.

 7        Q.   I know he was Mr. Martinez' friend.

 8        A.   Yeah.

 9        Q.   He was no friend of Mr. Rodriguez; right?

10        A.   I've always believed he was, you know.

11        Q.   And so when they were down there, did you

12   know if Mr. Rodriguez bit anybody's ears off at

13   Southern?

14        A.   No, I didn't hear nothing about that.

15        Q.   Where did he bite ears off?

16        A.   In the south, in Las Cruces.  I mean the

17   South in PNM, and at the North at PNM.

18        Q.   When was that?

19        A.   It's been a few years.  I'm real bad with

20   years, like I said.  I would ballpark it maybe 2016,

21   I'm thinking.

22        Q.   You know who Mr. Lupe Urquizo is?

23        A.   Yes.

24        Q.   He's kind of part of your group, too,

25   isn't he?



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    Yes.

 2        Q.    And anybody else in your group, your

 3   buddies?

 4        A.    Mauricio Varela.  He's pretty close.

 5        Q.    Okay.  And you guys have been kind of

 6   working to change the image of the SNM, haven't you?

 7        A.    We try.

 8        Q.    Yeah.  What do you do to change the image

 9   of the gang?

10        A.    Try to put things together, you know, and

11   try put some kind of structure, and have people

12   working out, and just simple things, because it's in

13   chaos.  It was in chaos for a while.

14        Q.    Right.  And so -- but you're all working

15   for the Government now; right?

16        A.    Yes.

17        Q.    All those people you just listed?

18        A.    Yes.

19        Q.    But you want to change the image of the

20   gang, and that's part of what the attack when you

21   tried to murder Paul Silva was about, was it not?

22        A.    It was -- we were bumping heads.

23        Q.    You wanted to show that you had the power,

24   you had the control, and you could take him out.

25        A.    One of the problems.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.    Okay.  One of the problems.

 2        A.    Yeah, there was a bunch of elements.

 3        Q.    That was one of the reasons that you

 4   attacked him.

 5        A.    Yes.

 6        Q.    The same thing for Mr. Varela?

 7        A.    Yes.

 8        Q.    So at some point you say that you told the

 9   Government that you were involved in the conspiracy

10   to murder Javier Molina?

11        A.    Yes.

12        Q.    And you told them about these other guys?

13        A.    Yes.

14        Q.    Okay.  And at some point you talked to the

15   Government about meeting with Lupe Urquizo to get

16   your stories straight; right?

17        A.    We was trying to make sure -- we talked

18   about the case, but he more or less wanted me to

19   come over to do what he was doing, you know.

20        Q.    He wanted you to tell the same story that

21   he was telling, and he told you what that was.

22        A.    We talked about what he talked about with

23   the Government about.  That was about it.

24        Q.    He made it pretty easy for you to say the

25   same thing; right?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1     A.   No.  I just wanted to know what he said

2  about me, you know.

3     Q.   Okay.  And all these guys, your buddies,

4  Mr. Rodriguez and Mr. Martinez and Mr. Varela and

5  Mr. Urquizo, you were all facing a life sentence for

6  the Molina case; right?

7     A.   They were.  I think they still are.

8     Q.   Well, and you've told the jury that you're

9  guilty on Molina, but you didn't get charged.  So

10  the Government has taken that off the table.  None

11  of you guys are facing life anymore; is that right?

12     A.   I would think they're not no more.  But I

13  never got charged in the first place.

14     Q.   Yeah, you never even got charged.  When

15  you --

16          MR. BECK:  Objection, Your Honor,

17  commenting on the evidence.  Was that a question?

18          THE COURT:  Well, I think it was okay.

19  But be careful.  Overruled.

20  BY MS. FOX-YOUNG:

21     Q.   Mr. Calbert, when you made the decision to

22  go to work for the Government in August -- I think

23  you said it was in August --

24     A.   I think so.

25     Q.   -- and you flushed that weapon down the

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&
ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   toilet at Torrance County --
 2        A.   Yes.
 3        Q.   -- were you using a lot of methamphetamine
 4   around that time?
 5        A.   No.
 6        Q.   Remember you're under oath.
 7        A.   Yes.
 8        Q.   You weren't using any meth?
 9        A.   No.
10        Q.   Okay.  And that wasn't making you at all
11   paranoid?
12        A.   No.
13        Q.   Okay.  You talked to the Government about
14   all the shanks, all the weapons that were present at
15   Torrance County, didn't you?
16        A.   No, I didn't.
17        Q.   Oh, you didn't?
18        A.   I told them about mine.
19        Q.   You don't remember telling the Government
20   that there were lots of shanks that people made out
21   of the metal from the lights at Torrance County?
22        A.   I told them about the ones I made.
23        Q.   Okay.  Do you remember telling them that
24   there were numerous homemade shanks at Torrance
25   County?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1       A.    Um, no.

 2       Q.    On August 22, 2017?

 3       A.    Yes.

 4       Q.    If I showed you a report that the

 5  Government made because, of course, the lawyers at

 6  this table were present for your interview; right?

 7       A.    They were present, yes.

 8       Q.    They were there when you told them all

 9  this stuff, when you talked about the shanks?

10       A.    About mine.

11       Q.    About your shank.  If I showed you a

12  report that they made after the conversation that

13  they had with you, would that refresh your memory?

14       A.    I would like to see that.

15            MS. FOX-YOUNG:  May I approach, Your

16  Honor?

17            THE COURT:  You may.

18  BY MS. FOX-YOUNG:

19       Q.    Do you see this section right here?

20       A.    I was telling them about mine.  They might

21  have misunderstood me.

22       Q.    Oh, okay.  Mr. Calbert, would you just

23  repeat what you just said?

24       A.    I said I was telling them about mine and

25  what I made, and you know what I mean, they probably
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    misunderstood.

2        Q.    Okay.  So maybe they got bad information

3    when they said that there were numerous shanks at

4    Torrance County?

5        A.    Yeah, I guess.

6        Q.    Okay.  In any event, you know about other

7    people who had weapons at Torrance County?

8        A.    Yeah, I did.

9        Q.    It was common --

10       A.    Right.

11       Q.    -- for people to have shanks at Torrance

12   County.  And you talked to the Government about the

13   fact that people could walk around freely at night

14   around the pods at Torrance County; right?  "People"

15   being the inmates who were held there?

16       A.    Yes.  Yes.

17       Q.    And it wasn't necessarily a safe place

18   with all those weapons.

19       A.    Yes.

20       Q.    You talked a little bit about the rumors

21   that circulate?

22       A.    Yes.

23       Q.    And I think you talked about what happens

24   to somebody who is thought be cooperating?

25       A.    Yes.  Yes.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1       Q.    What happens to them?

 2       A.    They get hit, they get stabbed, you know.

 3       Q.    They're in danger of getting killed.   Are

 4  you aware that there were rumors floating around

 5  among a number of inmates that Mr. Perez had

 6  cooperated?

 7       A.    Yes.   What it was, in the computer he

 8  had -- I guess he had a enemy list.

 9       Q.    Okay.   And so he was in danger, just like

10  anybody else who was thought to have cooperated?

11       A.    I'm pretty sure could have been.

12       Q.    Do you think he talked to you at Torrance

13  County?

14       A.    Um-hum.

15       Q.    And told you that he had wanted credit,

16  that he didn't want anything to do with it anymore?

17            THE COURT:   You'll have to speak --

18            THE WITNESS:   I'm sorry.

19  BY MS. FOX-YOUNG:

20       Q.    It's a little hard to pick up.   I'll ask

21  you again --

22            THE COURT:   I'll tell you what.   Do you

23  think we better pick this up --

24            MS. FOX-YOUNG:   One more question, Your

25  Honor, and I'll wrap up?

SANTA FE OFFICE                                           MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                    Albuquerque, NM 87102
(505) 989-4949                                               (505) 843-9494
FAX (505) 843-9492                                       FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1              THE COURT:  Go ahead.
 2  BY MS. FOX-YOUNG:
 3       Q.   You said you talked to Mr. Perez.  You
 4  described the fact that he was unable to physically
 5  defend himself; right?
 6       A.   Yes.
 7       Q.   And had trouble getting around; right?
 8       A.   Yes.
 9       Q.   And when -- you say you talked to him in
10  the shower and he told you that he wanted credit;
11  right?
12       A.   Right.
13       Q.   And you knew at that time that there were
14  rumors swirling that Mr. Perez had cooperated.
15       A.   Yeah, pretty much.
16       Q.   Yeah.  And so it was reasonable for him to
17  say something to protect himself, to maybe to take
18  credit for something that he hadn't done.  Is that
19  right?
20              MR. BECK:  Objection, Your Honor, calls
21  for speculation.
22              MS. FOX-YOUNG:  I think if the witness
23  knows.
24              THE COURT:  If he knows.  But ask him if
25  he knows before you ask him the question.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BY MS. FOX-YOUNG:

    Q.   Well, you told me that you know that when rumors are circulating, people are in danger.  Tell me, if you know, if it's reasonable, then, for somebody to take credit for something that maybe they didn't do, to protect themselves.

    A.   No, because -- they probably, yeah, but there's -- I've heard, you know what I mean, it's been around that that's what he's been saying from a long time already, you know.

    Q.   And it's been around that somebody was going to move on him, hasn't it?

    A.   No.

    MR. BECK:  Objection, Your Honor. Foundation and hearsay.

    THE COURT:  I think we do have a hearsay problem.

    MS. FOX-YOUNG:  All right, Your Honor.

    THE COURT:  Do you want to quit for the evening?

    MS. FOX-YOUNG:  Yes, Your Honor.

    THE COURT:  All right.

    Because we're going to take our first weekend break during the trial, I want to remind you of a few things that are especially important.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   Until the trial is completed, you're not to discuss
 2   the case with anyone, whether it's members of your
 3   family, people involved in the trial, or anyone
 4   else, and that includes your fellow jurors.  If
 5   anyone approaches you and tries to discuss the trial
 6   with you, please let me know about it immediately.
 7           Also, you must not read or listen to any
 8   news reports of the trial.  Again, don't get on the
 9   internet and do any research for purposes of this
10   case.
11           And finally, remember that you must not
12   talk about anything with any person who is involved
13   in the trial, even if it doesn't have anything to do
14   with the trial.
15           If you need to speak with me, simply give
16   a note to one of the court security officers or Ms.
17   Standridge.
18           I probably won't be repeating these next
19   week, but do keep them in mind each time we take a
20   break for the evening or the weekend.  Just keep
21   them in mind.
22           Looks like about eight of us are going to
23   make the same road.  Not all of us to Hobbs, but
24   dropping people off along the way; or Carlsbad or
25   Artesia.  Everybody be safe on their travels.  My
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    prediction is that Brady is going to get his sixth

 2    ring and 28/21.  So we'll see how smart I am on

 3    Monday.  Right?  I'm going to root for Philadelphia,

 4    though.  But I don't think we'll get it done.

 5    That's pretty hard to say if you're a Cowboy fan,

 6    but I'm going to root for Philadelphia.

 7              Y'all have a good trip.  Have a good

 8    weekend.  Get some rest.  See you at 8:30 on Monday

 9    morning.

10              (The jury left the courtroom.)

11              THE COURT:  All right.  Y'all have a good

12    weekend.

13              MR. LOWRY:  Judge, at lunch I was going to

14    make my record on the objections and I haven't been

15    able to.  May I?

16              THE COURT:  Okay.

17              MR. LOWRY:  Your Honor, we wanted to join

18    Ms. Jacks' objections throughout the day, and rather

19    than gobbling up courtroom time with the jury in

20    here, I wanted to put that on the record, so Mr.

21    Baca would join those on both Fifth and Sixth

22    Amendment grounds.  And Your Honor, I just think --

23    I'll look at it over the weekend.  But I've just --

24    given the cross inadmissibility of the evidence and

25    the limiting instructions and some of the statements
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   that were made, we're going to consider moving for a

 2   mistrial.

 3              THE COURT:  All right.  All right, y'all

 4   have a good weekend.

 5

 6

 7

 8              Monday, February 5, 2018

 9              THE COURT:  All right.  Good morning,

10   everyone.  I appreciate everybody being here and on

11   time.  The jury is here and ready to go.

12              Mr. Villa.

13              MR. VILLA:  When I arrived this morning, I

14   was informed by the United States marshals that Mr.

15   Perez is pretty ill.  I went downstairs to speak to

16   Mr. Perez.  He informs me that he got ill on

17   Saturday, some kind of flu.  He hasn't eaten since

18   Saturday.  He feels like he has a fever, head cold,

19   as well as diarrhea.  He's not able to control that.

20   As the Court has heard over the course of this case,

21   he's had a number of major surgeries in the

22   abdominal area and doesn't have the abdominal

23   muscles that you or I might, and so he's having a

24   lot of accidents.

25              And I guess that I've got a couple of
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    fears.  One is that he's not able to give his full

2    attention to the Court today; two, that the rest of

3    us at the table get what he has, along with perhaps

4    our co-counsel and we make this worse than it is.

5    And three, that he asked to see medical on Saturday.

6    They gave him some Tylenol.  He hasn't seen a

7    doctor.

8            Given his frail state of health, I think

9    that him having the flu is much more serious than

10   you or I having the flu.  We might be able to make

11   it through it.  But Mr. Perez is having a very

12   difficult time.  I think the only thing that I can

13   ask the Court to do is to give us a day, let him go

14   get seen by a doctor, and hope that his situation

15   improves and we can resume tomorrow.

16           THE COURT:  What's the Government's

17   thoughts on this?

18           MR. BECK:  Your Honor, the Government is

19   willing, ready, and able to proceed.  But I'm not

20   sure that that's the most compelling concern.  I

21   think the most compelling concern is:  The defendant

22   has the right to be here for the trial, and to be

23   present, both mentally and physically, for the

24   trial.

25           So with those concerns in mind, I've

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  spoken with Mr. Villa and Ms. Fox-Young, and it does

2  sound serious.  If we can -- if the marshals can

3  coordinate to get him to a doctor today and make

4  sure he's back ready tomorrow, I think that may be

5  the best way to proceed.  So the Government, as I

6  said, is ready and wants to proceed today, but the

7  United States doesn't want this to be an issue later

8  down the road.

9           MS. ARMIJO:  Your Honor, if I may just say

10  for scheduling purposes, I know that we are on

11  schedule, if not ahead of schedule.  I know that

12  I've had to move several witnesses up.  For example,

13  the medical examiner was going to be testifying

14  today, but I didn't have her scheduled till

15  Thursday.  So we have been juggling around witnesses

16  because we are kind of full speed ahead, now that

17  we're in trial and we're going and everything else.

18  So it's not as if we are behind schedule and this

19  will cause a great deal of delay.  And we are

20  concerned for Mr. Perez' situation.

21           But I just wanted to let the Court know as

22  far as where we are in trial.

23           THE COURT:  Any of the other defendants

24  have any thoughts on the issue?

25           MS. BHALLA:  I just don't want to get what

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   Mr. Perez has.  No offense to Mr. Perez, but I am a
 2   little worried if the lawyers start dropping like
 3   flies, we're going to have a problem, Your Honor.
 4            MR. LOWRY:  On behalf of Team Baca, Your
 5   Honor, I would second that concern.  I think I've
 6   gone through that, but my teammates haven't, and I
 7   think if we can avoid the catastrophe that could be
 8   pending, we should.  I agree with Ms. Armijo.  In
 9   our perspective, we are ahead of schedule, and I
10   think we're going to end much quicker than anybody
11   anticipated.
12            MS. JACKS:  We have no objection on behalf
13   of Mr. Sanchez.  And the only thing I would note is
14   that Mr. Perez is white as a sheet.
15            THE COURT:  Well, here's my concern,
16   though.  I don't know what one day is going to give
17   us.  If he's got the flu, he's got the flu.  I'm not
18   sure what that gives us.  I wish he'd been able to
19   see a doctor on Saturday, but I'm not sure what
20   anybody can do.  We've got some jurors that have
21   kind of gutted it out.  He's not going to be
22   testifying or anything today.  I'd rather just see
23   if we could see how it goes.  If we need to -- if
24   it's not going to work, you know, we're going to be
25   taking too many breaks or things like that, or it's
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

**BEAN & ASSOCIATES, Inc.**
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
**1-800-669-9492**
e-mail: info@litsupport.com

1  just not going to work, then we may have to rethink

2  it as the day goes on.

3          But I'm a little concerned about -- I'm

4  just not sure what a day does for us.  If they tell

5  him he's got the flu, what do we do tomorrow and

6  things like that.  I think we're just going to have

7  to gut through this a little bit.

8          MR. VILLA:  Your Honor, I'm no doctor.

9  I'm married to a nurse and know a little bit about

10  this stuff.  I know if they give him Tamiflu in a

11  certain period of time, it can have a significant

12  improvement on his health.  I don't know what the

13  time period is.  He did request to see medical on

14  Saturday because he was concerned about Monday.  I

15  know there is a window of time you've got to get

16  Tamiflu.  And if that window is today, he may be

17  healthy enough to proceed tomorrow as opposed to

18  getting worse or getting us into a real crisis

19  situation.

20          THE COURT:  Is there anybody from the

21  Marshal Service that can comment as to why he wasn't

22  given medical help on Saturday?  What could be done

23  today to maybe get somebody over here to help him

24  out?

25          THE MARSHAL:  Your Honor, Joe Castro at

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   the Marshal Service.  I understand that Mr. Perez

 2   saw a provider this morning.  I don't know the

 3   provider's hours on weekends, if they're on call.

 4   But he did see someone this morning, and we would

 5   make sure he gets seen immediately at the time he

 6   returns back to the facility.

 7            THE COURT:  How long was he seen by a

 8   provider this morning?

 9            MR. PEREZ:  Just a nurse.

10            THE MARSHAL:  How long were you with them?

11            MR. PEREZ:  (Snaps fingers.)

12            THE MARSHAL:  Not long, Your Honor.

13            MR. VILLA:  Mr. Perez is saying he saw a

14   nurse.  He didn't see a doctor.

15            THE COURT:  But sometimes that's --

16            THE MARSHAL:  I don't know if it's a

17   nurse, nurse practitioner.  Just some sort of

18   provider, Your Honor.

19            THE COURT:  Do you have somebody that

20   could swing by and see him here at the courthouse

21   today?

22            THE MARSHAL:  That's what the U.S.

23   Attorney's Office is requesting, and I've never seen

24   that happen.

25            THE COURT:  Would you try to make it?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   There's a lot of things unusual about this trial.

2          THE MARSHAL:  I could request it, yes,

3   Your Honor.

4          THE COURT:  If somebody could swing by,

5   I'd very much appreciate it.

6          MS. ARMIJO:  Your Honor, what I was

7   requesting is even maybe this morning -- and I don't

8   know, and I don't want to put the U.S. marshals out.

9   Maybe we could check to see if they are able to -- I

10  know this is unusual, but I was going to see if

11  maybe he could -- I know Memorial Medical Center

12  sees inmates.  If he could go to Memorial Medical

13  Center, I think all of us who have had been sick,

14  there's medications to stop bowel situations.

15  There's medicines for nausea.  Things even to make

16  him more comfortable.  And of course, they can test

17  him for the flu, and then we know what we're dealing

18  with.  If we have somebody here that has type A or

19  type B flu, that's an issue, too, and getting the

20  Tamiflu.

21          But there certainly are medications that

22  he can take that would make him more comfortable and

23  ease the situation.  So I don't know if we could

24  maybe take a break so the marshals can explore that

25  and to see if that's something they can do.  But I



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1  don't know.

 2          THE MARSHAL:  I can certainly take him to

 3  the hospital, Your Honor.

 4          MR. VILLA:  And Your Honor, I spend more

 5  time than you'd like to know fighting with various

 6  jail facilities trying to get my clients medical

 7  attention.  Taking him back to the Dona Ana

 8  Detention Center to get medical help is not a good

 9  idea.  I would second the notion that he needs to go

10  to an urgent care or something like that.  If he's

11  going to see a doctor, that's probably the fastest

12  way to get him to the doctor.

13          THE COURT:  Why don't you do this:  Why

14  don't you see if you can get somebody here.  Maybe

15  we'll take an early lunch break, and if we don't

16  have somebody here by then, you can take him over to

17  the hospital or take him somewhere.

18          THE MARSHAL:  Yes, Your Honor.

19          THE COURT:  But let's see if you can get

20  somebody over here to look at him, and see if they

21  can start prescribing some medicines or things like

22  that, and we'll maybe take an early lunch break

23  today.  And if we don't have somebody over here by

24  this point, then we can -- you can run him to the

25  hospital, and we'll just wait for him.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              THE MARSHAL:  Very well.

 2              MR. CASTELLANO:  Your Honor, the concern I

 3   have -- I'm all in favor of moving this trial, but

 4   the concern I have is if Mr. Perez has kind of

 5   gastrointestinal distress and feels the need to move

 6   quickly, he won't be able to move quickly, and he is

 7   shackled.  So I'm concerned that he may need to make

 8   a run for the bathroom.  He may trip.  He's going to

 9   be shackled.

10              THE COURT:  He can't run to the bathroom.

11   But Mr. Villa, Ms. Fox-Young, signal, and we'll

12   just -- I'll just dismiss the jury at that time.  I

13   won't hesitate to do it.  Okay?

14              MS. FOX-YOUNG:  Your Honor, just briefly.

15   You know, Counsel is in a difficult position because

16   we've all got to stay healthy through this trial,

17   too.  I've got a four-month-old baby at home and an

18   immunocompromised husband, and I want to be able to

19   sit and talk to my client through trial.  So we've

20   got a situation where we've got to get Rudy healthy

21   and we've got to stay healthy.  So we can't sit with

22   him this morning.  So I just hope the Court

23   understands.  I mean, he's coughing.  If he does

24   have flu and hasn't had Tamiflu, we could all be in

25   really bad shape really soon.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              THE COURT:  Well, we've just got a
 2   problem.  We've got men over here and at the defense
 3   table that are coming out of detention facilities.
 4   It's just a hard place as far as contagious
 5   diseases.  We all that work in the court system know
 6   that.
 7              MR. BECK:  The only other thing I'll add,
 8   Your Honor, is:  It also just concerns me of the
 9   spectacle if Mr. Perez has to raise his hand or --
10              THE COURT:  No, he just tells Mr. Villa or
11   Ms. Fox-Young, and they'll signal to me we need to
12   take a break.  It will be done automatically.
13              MR. BECK:  Do we have enough time for
14   that, Mr. Villa?  Ms. Fox-Young?  Do you think we
15   have enough time for him to indicate to you?
16              THE COURT:  Mr. Beck, that's just the way
17   it's going to work.  Okay?  All right.
18              All rise.
19              MS. FOX-YOUNG:  Your Honor, we just need
20   to get Mr. Perez dressed for court, if the jury is
21   going to come in.  I'm not sure where his
22   clothing -- can we just get him a jacket?
23              MR. VILLA:  Just bring the jacket.
24              THE COURT:  I looked at Mr. Perez'
25   arguments this morning on the impeachment.  I'm
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

**BEAN & ASSOCIATES, Inc.**
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
**1-800-669-9492**
e-mail: info@litsupport.com

```
 1  still not convinced that his credibility has been

 2  attacked under 806.  I'm also not convinced that 806

 3  comes into play until his credibility is attacked.

 4          Is Mr. Palomares going to come back, Mr.

 5  Beck, in any way?  I forgot to put Mr. Palomares on.

 6          MR. BECK:  I don't think we intend to

 7  recall him.

 8          THE COURT:  It might be that during the

 9  course of the trial, we might want to bring Mr.

10  Palomares up and put him on the stand or have him

11  testify here as to what he knows.  It might be just

12  a good record here.  If he's not going to testify

13  that anybody told him there was a threat on Mr.

14  Perez, or otherwise, it might just make for a clean

15  record here.  I'll leave it to you as to what it is,

16  but it might help the record if he were to come up

17  one day out of the presence of the jury and we see

18  if he has anything to say.

19          MR. BECK:  We can do that.  My

20  recollection of the record is, when he was asked if

21  he knew anything about a threat, he said, "I don't

22  know that."

23          THE COURT:  That's mine, too.  But we

24  might want to just plumb it a little better --

25          MR. BECK:  Understood, Your Honor.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              THE COURT:  -- to do that.  But I still
 2    think 806 is not available to a party opponent until
 3    his credibility is attacked.  And right at the
 4    moment you have everybody wanting his statements to
 5    be credible.
 6              MR. VILLA:  Well, Your Honor, it's the
 7    defense that's intending to impeach Mr. Perez'
 8    statements.
 9              THE COURT:  I know.
10              MR. VILLA:  We're entitled to impeach.
11              THE COURT:  I don't think so.  Nothing in
12    806 says that, you know, you can start supporting
13    his credibility on another statement that hasn't
14    been introduced into court.  Right now nobody is
15    attacking his credibility.  You're trying to get a
16    statement in.
17              Pull the door shut.  Does he have his
18    jacket?  Is that what he's going to wear today?
19              MS. FOX-YOUNG:  We're looking for a
20    jacket, and a mask.  I think the marshals went to
21    gather both of those things.
22              THE COURT:  Do you want to just explain in
23    your own words to the jury that he's sick today, or
24    what do you want to do?  Do you want me to do it?
25              MR. VILLA:  I think probably the Court.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1          THE COURT:  Okay.

2          MR. VILLA:  And Your Honor, I would just

3    say, while we've got a couple of minutes here, I

4    don't think that it's required that anyone else be

5    attacking the credibility of the statement that Mr.

6    Perez made to Agent Palomares in order for us to be

7    able to introduce statements that contradict the

8    statements made to Mr. Palomares, because as I

9    talked about in the brief and, you know, the senate

10   report and those sorts of things, there are other

11   reasons to bring in an impeachment statement to try

12   to help explain or help the jury understand the

13   statement that was introduced through Agent

14   Palomares.

15         THE COURT:  I disagree.  Take a look at

16   806.  It's not going to come into play until his

17   credibility is attacked.  Those are the cases that

18   you cited from the First and the Seventh Circuit.

19   And I read the advisory rule there.  But until it's

20   attacked in some way, I'm not sure you're entitled

21   to come in and bring in I guess what would be a

22   prior inconsistent statement.  Take a look at it.

23         MR. VILLA:  I'll look at it again, Your

24   Honor.

25         THE COURT:  I think you pushed it pretty

SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                           201 Third NW, Suite 1630
Santa Fe, NM 87501                                                  Albuquerque, NM 87102
(505) 989-4949                                                           (505) 843-9494
FAX (505) 843-9492                                                  FAX (505) 843-9492
                                                                        1-800-669-9492
                                                           e-mail: info@litsupport.com



```
 1   hard, and you probably exhausted it, but I still
 2   think that it's going to require somebody to attack
 3   his credibility.  And right now, nobody is doing
 4   that.
 5            Does anybody else have anything while
 6   we're waiting for the jacket to come up?
 7            Anything from the Government to discuss?
 8            MR. BECK:  No, Your Honor.
 9            THE COURT:  Ms. Jacks, anything?
10            MS. JACKS:  No.
11            THE COURT:  Mr. Lowry, anything about --
12            MS. ARMIJO:  I bet you're happy with the
13   football results.
14            MR. VILLA:  Looks like he's got his
15   jacket.  So we can bring the jury in.  He's going to
16   wear a medical mask.  So I think if the Court would
17   just explain that to the jury, we'd appreciate it.
18            THE COURT:  I will.  All rise.
19            (The jury entered the courtroom.)
20            THE COURT:  Everybody be seated.  I
21   appreciate you coming back and ready to go on time.
22   We needed to discuss a few matters this morning
23   after all of us being gone.  I appreciate your
24   patience.
25            I had a nice trip to Hobbs.  And got there
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   a little bit after the start of the game.  You don't
 2   want to take me to Las Vegas, do you?  I would have
 3   gotten it all wrong.  I was happy with the game.  I
 4   was glad to see Philadelphia win.  Brady's going to
 5   throw for 505 yards and score 33 points and lose.  I
 6   wouldn't have thought it would have happened.  So it
 7   was a fun game.  I got to spend a little time with
 8   my dad on -- his birthday is on Wednesday, but
 9   that's the best we can do.
10            I had a good weekend and I hope you had a
11   good weekend and I appreciate you being back.
12            As can you tell, Mr. Perez is going to
13   wear a mask.  He's not feeling well this morning, so
14   we might take some breaks to help him get through
15   the day, and maybe have some longer gaps here; see
16   if he may need medical attention or something like
17   that.  We'll just try to gut through it here a
18   little bit this morning, see how it goes.  But he's
19   going to wear a mask to not get anybody else sick.
20   And we know it's a tough time of year for people
21   like that.  And I appreciate Mr. Perez hanging in
22   there with us, and we'll see how it goes.
23            All right.  Is Mr. Calbert still our
24   witness?
25            MR. BECK:  Yes, he is.  I think he's being
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



**BEAN & ASSOCIATES**, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
**1-800-669-9492**
e-mail: info@litsupport.com

1  brought up.  I think they were just waiting for the

2  jury to clear.  So it may take a moment.

3          THE COURT:  All right.

4          All right, Mr. Calbert, if you'll return

5  to the witness box.  And I'll remind you,

6  Mr. Calbert, that you're still under oath.

7          All right.  Ms. Fox-Young, if you wish to

8  continue your cross-examination of Mr. Calbert, you

9  may do so at this time.

10          MS. FOX-YOUNG:  Thank you, Your Honor.

11          THE COURT:  Thank you, Ms. Fox-Young.

12                  DAVID CALBERT,

13      after having been previously duly sworn under

14      oath, was questioned, and continued testifying

15      as follows:

16              CONTINUED CROSS-EXAMINATION

17  BY MS. FOX-YOUNG:

18      Q.   Good morning, Mr. Calbert.

19      A.   Good morning.

20      Q.   Do you recall Friday afternoon you and I

21  were talking about a statement that you said Mr.

22  Perez made to you at Torrance County?

23      A.   Yes.

24      Q.   Okay.  And was that in 2017?

25      A.   Yes.



SANTA FE OFFICE                                    MAIN OFFICE
119 East Marcy, Suite 110              201 Third NW, Suite 1630
Santa Fe, NM 87501                       Albuquerque, NM 87102
(505) 989-4949                                      (505) 843-9494
FAX (505) 843-9492                          FAX (505) 843-9492
                                                    1-800-669-9492
                                         e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1        Q.    Okay.  And you know that Javier Molina
2   died in early 2014?
3        A.    Yes.
4        Q.    And so this statement that you say
5   Mr. Perez made to you -- that was at least three
6   years after Mr. Molina died, is it not?
7        A.    Yes.
8        Q.    And when Mr. Perez talked to you, he told
9   you he just wanted credit; right?  He wanted credit
10  for the piece?
11       A.    Yes, for putting something in.  Helping
12  out.  For helping out.
13       Q.    And he didn't give you any details about
14  how the walker piece was taken, did he?
15       A.    No.
16       Q.    And he didn't tell you that Mario
17  Rodriguez came to take it from him, did he?
18       A.    No, he didn't mention that.
19       Q.    And he didn't tell you, either, that he
20  was scared of Mario Rodriguez, did he?
21       A.    No.
22       Q.    Or that he would be next if he stopped
23  Mario?
24       A.    He didn't do that.
25       Q.    Because that would be weak?  He didn't

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                   Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                     FAX (505) 843-9492
                                                          1-800-669-9492
                                              e-mail: info@litsupport.com



```
 1  tell you that?

 2       A.   No.

 3       Q.   And all this happened after Rudy was

 4  charged; right?

 5       A.   Yes.

 6       Q.   Can you tell me when you were charged?  I

 7  know not in this case, but you were charged in

 8  another case.  Do you remember when that was?

 9       A.   Right; I was arrested at the first of all

10  this.  I don't know exactly what the date, you know

11  what I mean, but...

12       Q.   Late 2015?

13       A.   Might have been.

14       Q.   Okay.  And at some point after you were

15  arrested and charged, did you get a computer to use

16  that had the information from the case on it?

17       A.   Yes.

18       Q.   And that's what's called a tablet?

19       A.   Yes.

20       Q.   And do you still have that tablet?

21       A.   I just got it back, yes.

22       Q.   So you've had it since close to the time

23  that you were charged?

24       A.   On and off.

25       Q.   Okay.  And why was it taken away?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1      A.   Well, I guess something happened in

 2 Sandoval when they came and got everybody's, because

 3 somebody was tampering with them and whatnot.

 4      Q.   Do you know if that was somebody working

 5 for the Government who was tampering with them?

 6      A.   I can't say.  I don't know.

 7      Q.   So on that computer, that tablet, you were

 8 able to see the statements that other gang members

 9 working for the Government were making; right?

10      A.   There was a lot -- I looked at a lot of

11 them, but there was a lot more.

12      Q.   Right.  And so you knew that Mr. Perez had

13 been in solitary confinement next to Billy Cordova?

14           MR. BECK:  Objection, Your Honor.  I think

15 based on his last statement, I think this would all

16 be hearsay.

17           THE COURT:  It sounds like it would be,

18 Ms. Fox-Young.

19 BY MS. FOX-YOUNG:

20      Q.   Did you know -- you said that you knew

21 statements that some of the folks working for the

22 Government were making.  Did you know about

23 statements that Mr. Billy Cordova was making?

24      A.   Yes.

25      Q.   And did you know -- do you know what year

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   those pertained to?

 2        A.    I'm not sure.

 3        Q.    Do you know if they pertained to Mr.

 4   Perez?

 5        A.    I'm thinking some of them.

 6              MR. BECK:  Objection, Your Honor.  That

 7   would be hearsay.

 8              THE COURT:  Sustained.

 9              MS. FOX-YOUNG:  I won't elicit any further

10   if he doesn't know, Your Honor.

11   BY MS. FOX-YOUNG:

12        Q.    And so you told the Government about some

13   things that you say Mr. Perez told you.  You told

14   the Government in 2017, too; right?

15        A.    Yes.

16        Q.    After you'd had this computer for a couple

17   years?

18        A.    Yes.

19        Q.    And that was also after you'd sat down

20   with Lupe Urquizo and gotten your stories straight;

21   right?

22        A.    No, we didn't -- we talked about it, a

23   little bit, about it.  But that meeting was -- he

24   was trying to pretty much recruit me to go do what

25   he was doing.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.    Mr. Calbert, in terms of the timing, you

2   sat down with Mr. Lupe Urquizo before he talked to

3   the Government; right?

4      A.    Yes.

5      Q.    And you talked to him about this case?

6      A.    Not this part of it, but yes.

7      Q.    Okay.  And you knew, didn't you, that Mr.

8   Perez wasn't pleading guilty; that he was fighting

9   the case; right?

10      A.    Yes.

11      Q.    And you knew that unlike the killers

12   Armenta, Montoya, Rodriguez, and Martinez, he was

13   going to fight the case at trial?

14      A.    Yes.

15      Q.    And you knew that the Government would

16   like to hear you implicating Mr. Perez; right?  That

17   would give you a better deal?

18      A.    No, I figured, you know what I mean,

19   but...

20      Q.    Yeah, serve him up and you'd get a better

21   deal from the Government?

22      A.    There's a lot more other things that they

23   would probably rather like than that, you know what

24   I mean?

25      Q.    But you knew they'd like that.  Do you

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                 Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 843-9492                                                 FAX (505) 843-9492
                                                                   1-800-669-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE                                                  e-mail: info@litsupport.com

1    remember on Friday you and I were talking about some

2    phone calls that you made from the jail?

3        A.   Yes.

4        Q.   And I asked you about some of them.   I

5    asked you if you remembered talking to your family

6    members about getting home in three years.   Do you

7    remember me asking you that?

8        A.   Yeah, I remember that, yes.

9        Q.   Do you remember telling your family you'd

10   be home in maybe three years?

11       A.   Maybe my mom, you know, just trying to

12   comfort her.   She's having a real hard time with all

13   this.   So I tried a more comforting thing, rounding

14   things off.   It's not up to me. It's up to the

15   Government.

16       Q.   The folks at this table get to make a

17   decision and tell the Court how long you should

18   serve; right?

19       A.   Yes, ma'am.

20       Q.   Do you remember talking to anybody beside

21   your mom about getting a sweet deal?

22       A.   I don't know about a sweet deal.   Maybe a

23   deal.

24       Q.   Okay.

25            MS. FOX-YOUNG:   Your Honor, I'd like to

SANTA FE OFFICE                                                      MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                         (505) 843-9494
FAX (505) 843-9492                                                FAX (505) 843-9492
                                                                    1-800-669-9492
                                                          e-mail: info@litsupport.com


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

 1  play -- and I don't think the Government objects,

 2  and we've provided this to the Government.  This is

 3  going to be our Exhibit Z1.  I won't move it yet.

 4           MR. BECK:  Your Honor, I did not object

 5  based on his testimony last week.  However, I think

 6  that now there wouldn't be a reason -- doesn't sound

 7  like he needs refreshing of his recollection.  And

 8  he just explained he remembers that and why he said

 9  it.  It's not impeachment.  At this point it's just

10  hearsay.

11           THE COURT:  Why don't y'all approach so I

12  know what's on the tape?

13           (The following proceedings were held at

14  the bench.)

15           THE COURT:  What is on this Z1?

16           MS. FOX-YOUNG:  It's about a

17  one-and-a-half-minute recording of him talking to --

18  I believe it's his brother, not his mother, so...

19           THE COURT:  Oh, this is Calbert.

20           MS. FOX-YOUNG:  It's him.  And I think

21  you'll be able to identify his voice.  This is not

22  for impeachment.  It's very quick, and just what

23  he's getting and what he's been offered.  And I know

24  the Government hasn't had a chance to listen to it.

25  It's very short and the Government provided these

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

109

1  calls, thousands of them.

2       THE COURT:  What is the problem with it,

3  then?

4       MR. BECK:  I think it's hearsay.  You can

5  impeach with bias and motive, but you can't with

6  hearsay unless we're going to give a limiting

7  instruction that this isn't considered for the

8  truth; it's just bias and motive, and it would be

9  irrelevant.  I think she can ask him the

10  information.  If he doesn't remember, she can

11  refresh his recollection, but that takes place

12  outside of the jury.

13       THE COURT:  Well, why don't you set it up?

14  Why don't you set it up and see if he made these

15  statements?  If he made the statement, then I'll let

16  you impeach him with the statements and I'll give a

17  limiting instruction that this is to impeachment of

18  Mr. Calbert and they can't consider it to the truth

19  of the matter.  Is that acceptable?

20       MS. FOX-YOUNG:  That's fine.

21       THE COURT:  Why don't you set it up and

22  see if he needs to refresh his memory?  If he

23  doesn't, we'll go on.

24       MS. FOX-YOUNG:  If he doesn't, you'll

25  allow me to play at this time?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              THE COURT:  I'll allow you to play it.

 2              (The following proceedings were held in

 3   open court.)

 4              THE COURT:  Ms. Fox-Young.

 5              MS. FOX-YOUNG:  Thank you, Your Honor.

 6   BY MS. FOX-YOUNG:

 7        Q.   Mr. Calbert, you told me you recalled

 8   telling your mother you thought you were only going

 9   to get three years; is that right?

10        A.   Yes.

11        Q.   But you don't remember telling anybody

12   else?

13        A.   No.

14              MS. FOX-YOUNG:  Your Honor.

15              THE COURT:  Yeah, you can go ahead and

16   play it.

17              MR. BECK:  And Your Honor, will you

18   provide the instruction to the jury?

19              THE COURT:  This is just used to -- Ms.

20   Fox-Young, this functions -- this can only be used

21   to impeach Mr. Calbert.  It's not to consider it for

22   the truth of the matter of the statements that are

23   going to be made, but you can consider it in

24   determining whether Mr. Calbert is truthful or

25   credible or not.
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                     201 Third NW, Suite 1630
Santa Fe, NM 87501                                             Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492
                                                                  1-800-669-9492


PROFESSIONAL COURT
REPORTING SERVICE                                        e-mail: info@litsupport.com

```
 1              (Audio clip played.)
 2    BY MS. FOX-YOUNG:
 3         Q.   And Mr. Calbert, this is what you hear on
 4    your end when you make a call from the jail, is it
 5    not?
 6         A.   Yes.
 7         Q.   And this is just the recording that
 8    precedes every jail call that you make?
 9         A.   Yes.  Yes.
10         Q.   Okay.  Go ahead.
11              (Clip played.)
12         Q.   Is that your voice, Mr. Calbert?
13         A.   Yes.
14         Q.   Okay.  Go on.
15              (Clip played.)
16         Q.   Do you know who you were talking to on
17    that phone call?
18         A.   Yes.  That was my little brother.
19         Q.   Okay.  You have a couple of brothers?
20         A.   Yes.
21         Q.   And I think one of the first things you
22    said to him was you'd be out in a couple years,
23    three years at the worst; is that right?
24         A.   Yeah.  Just, like I said, comforting my
25    family.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1       Q.   But that's what you told them?

2       A.   Yes, yes.

3       Q.   And you also told him, did you not, that

4  they were going to come after you with another

5  murder charge; right?

6       A.   Yes.

7       Q.   And is the "they" the people at this

8  table?

9       A.   Yes.

10      Q.   And is that the murder charge for the

11 death of Javier Molina?

12      A.   Yes.

13      Q.   And you said they were going to "bury me,"

14 that you were through; right?

15      A.   Yes.

16      Q.   How did you know that?

17      A.   Because I was facing 30 right now, and I

18 knew, so if they did come on another charge, I would

19 have been done.

20      Q.   And they told you they were going to come

21 with another charge if you didn't tell stories for

22 them; right?

23      A.   No.

24      Q.   No, they didn't say that?  And you said,

25 "This is really the only way out, bro.  I got to
```

SANTA FE OFFICE                                                                    MAIN OFFICE
119 East Marcy, Suite 110                                                  201 Third NW, Suite 1630
Santa Fe, NM 87501                                                          Albuquerque, NM 87102
(505) 989-4949                                                                        (505) 843-9494
FAX (505) 843-9492                                                              FAX (505) 843-9492
                                                                                   1-800-669-9492
                                                                          e-mail: info@litsupport.com



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

 1    look out for myself"; right?

 2         A.   Yes.

 3         Q.   And when you said "This is really the only

 4    way out," you're talking about working for the

 5    Government?

 6         A.   Yes.

 7         Q.   So that's really what you're getting in

 8    exchange for working for the Government, isn't it?

 9         A.   I would expect, yes.

10         Q.   You're getting to walk on a murder charge?

11         A.   Like I said, I was never charged with that

12    in the first place.

13         Q.   You were never charged at all.  And you're

14    expecting a couple years, three years at the worse;

15    right?

16         A.   At the best, you know what I mean?

17         Q.   At the best.  And on Friday we talked

18    about stabbing Mr. Silva, which carries 30 years;

19    right?

20         A.   Yes.

21         Q.   But even though you've admitted to that

22    and even though you've admitted to being involved in

23    the murder of Javier Molina, three years at the

24    worse; right?

25         A.   Like I said, it's not up to me.  It's up

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492
                                                                  1-800-669-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

e-mail: info@litsupport.com

```
 1   to them people at the table and the Judge, so --

 2        Q.   And in fact, if you had been charged with

 3   the murder of Javier Molina, you would have been

 4   facing life; right?

 5        A.   I'm already facing life.

 6        Q.   And if you were convicted, you would have

 7   spent the rest of your life in prison?

 8        A.   I'm already facing 30 years.

 9        Q.   Three years at the best, right -- or three

10   years at the worst?

11        A.   My mom, I was comforting her, yeah.

12             MS. FOX-YOUNG:  Thank you, Your Honor.  No

13   further questions.

14             THE COURT:  Thank you, Ms. Fox-Young.

15             Ms. Bhalla, Mr. Maynard, do you have any

16   questions of Mr. Calbert?

17             MS. BHALLA:  No, Your Honor.  Thank you.

18             THE COURT:  How about you, Ms. Jacks?

19             MS. JACKS:  I do, Your Honor.  Thank you.

20             THE COURT:  Ms. Jacks.

21                  CROSS-EXAMINATION

22   BY MS. JACKS:

23        Q.   Mr. Calbert, you told us last week that

24   you go by the nickname Spider?

25        A.   Yes, ma'am.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

115

```
 1        Q.   Is that a name that you gave yourself, or
 2   is it a name that was given to you?
 3        A.   I gave myself.
 4        Q.   What was the thought behind giving
 5   yourself that name Spider?
 6        A.   It sounded cool.
 7        Q.   What about it sounded cool?
 8        A.   It just does.  It just does.
 9        Q.   It does?  Is a spider, the nickname
10   Spider, meant to put fear into other people?
11        A.   I'm sure it does, some.
12        Q.   Is it to suggest that you're a dangerous
13   person?
14        A.   Maybe.
15        Q.   Is it also to suggest that you may be a
16   person that can sneak up on somebody and surprise
17   them?
18        A.   I guess you could look at it like that.
19        Q.   Is that how you looked at it when you
20   named yourself Spider?
21        A.   No.
22        Q.   How did you look at it?
23        A.   Like I said, it sounded good.
24        Q.   Correct me if I'm wrong, but did you go to
25   prison in 1998?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1       A.   Yes.

2       Q.   And since 1998, have you ever been out of

3  custody?

4       A.   Yes.  Yes.

5       Q.   Okay.  So tell me, when did you get out of

6  custody after you went in in 1998?

7       A.   Must have been about maybe 2003, I'm

8  thinking.

9       Q.   And then you went back in?

10      A.   Yes.

11      Q.   And once you went back in, have you been

12  in prison that whole time?

13      A.   Since 2004, yes.

14      Q.   Now, Ms. Fox-Young was just asking you

15  some questions about the case that you were charged

16  with, and I just want to go over that a little bit.

17  Okay?  You were arrested in December of 2015 when

18  all these -- when a bunch of people allegedly from

19  SNM were arrested; right?

20      A.   Yes.

21      Q.   And you weren't charged in this case, but

22  you were charged in a different case; right?

23      A.   Yes.

24      Q.   And that case -- was the case number case

25  number 15-4269?



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        A.    I can't recall.

 2        Q.    Were you charged in that case with two

 3  crimes?

 4        A.    Yes.

 5        Q.    All right.  And were the two crimes the

 6  conspiracy to murder Paul Silva and assault with a

 7  deadly weapon on Paul Silva?

 8        A.    No.

 9        Q.    Okay.  What were the crimes?

10        A.    One I was doing time for at the time were

11  two COs and that Bandit.  I don't know his name.

12  Gonzalez?  Gonzalez, maybe.

13        Q.    Right.  And you told us about that last

14  week.

15        A.    Yes.

16        Q.    But my question is:  When you got arrested

17  in December of 2015 and you were charged in a

18  separate case, were the charges in that case related

19  to the assault on Paul Silva?

20        A.    What do you mean related?  Like --

21        Q.    Were you charged with conspiring to kill

22  Paul Silva?

23        A.    No, not yet.

24        Q.    And were you charged with assault with a

25  deadly weapon on Mr. Silva?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    No, it was just prison.  I was just in
 2   trouble in prison for it.  They hadn't brought
 3   charges on me.
 4        Q.    But in December of 2015, you were arrested
 5   on a new case; right?
 6        A.    It's the same case, yeah.  It was for
 7   that.
 8        Q.    It was for the assault on Paul Silva?
 9        A.    Yes.
10        Q.    The one we saw on the video last week?
11        A.    Yes.
12        Q.    And were there any co-defendants on your
13   case?
14        A.    Mauricio Varela.
15        Q.    So Mr. Varela was also accused of
16   assaulting Mr. Silva with you?
17        A.    Yes.
18        Q.    And Mauricio Varela -- is he an SNM Gang
19   member?
20        A.    Yes.
21        Q.    Does he go by the nickname of Archie?
22        A.    Yes.
23        Q.    All right.  So you were asked some
24   questions about Mr. Silva last Friday, and I want to
25   follow up on a few of those things.  Okay?  So the
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   assault on Mr. Silva, the one that we saw in the

2   video -- did that take place at the Penitentiary of

3   New Mexico South facility?

4        A.   Yes.

5        Q.   And that's in Santa Fe; right?

6        A.   Yes.

7        Q.   It's across the road from PNM North

8   facility?

9        A.   Yes.

10       Q.   So they're two separate facilities, but in

11   the same property in Santa Fe?

12       A.   Yes.

13       Q.   And the South is a Level 5 facility?

14       A.   Yes.

15       Q.   And the North is a Level 6?

16       A.   Yes.

17       Q.   Okay.  So did Mr. Silva come to your pod

18   at PNM South and claim he was running the show?

19       A.   Yes.

20       Q.   And did he come after you got rid of

21   Arturo Garcia, after he was removed from that pod?

22       A.   Yeah.  Yes.

23       Q.   I want to talk to you a minute about

24   Mr. Garcia, because you didn't like him, did you?

25       A.   No, I didn't.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        Q.    And why didn't you like him?

 2        A.    We were always arguing over something

 3   stupid.

 4        Q.    Wasn't part of the reason you didn't like

 5   him because he was taking drugs from people and not

 6   paying for it?

 7        A.    One of the reasons.

 8        Q.    And it caused some anger among people that

 9   were in the pod; right?

10        A.    Yes.

11        Q.    And was there something that you did or

12   that you did in connection with other people that

13   were living with you to get Mr. Garcia removed from

14   the pod?

15        A.    No.

16        Q.    Well, did you, quote, kite him out?

17        A.    No.

18        Q.    Do you know what "kite him out" means?

19        A.    I know what that means.

20        Q.    Tell me what that means, first of all.

21        A.    To go and say somebody is going to get hit

22   or something, send it through the mail to the STG or

23   whatever, and they take action and take them out of

24   there, whatever.

25        Q.    So what kiting somebody out means, if you
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    want to get somebody removed from the housing

2    unit --

3         A.    Yes.

4         Q.    -- you write a letter to the gang

5    correctional officers?

6         A.    Yes.

7         Q.    And you tell them, "Hey, this guy's life

8    is in danger"?

9         A.    Yes.

10        Q.    And whether it's in danger or not, the

11   gang unit responds to that; right?

12        A.    Right.

13        Q.    And they remove the guy from the housing

14   unit?

15        A.    They question everybody, see if there is a

16   problem.

17        Q.    And then maybe the guy is removed from the

18   housing unit?

19        A.    Yes.

20        Q.    So it's a way to try to manipulate the

21   prison correctional officers, to get somebody out of

22   your housing unit that you don't like.

23        A.    Yeah, for some people.

24        Q.    And that's known as kiting somebody out?

25        A.    Yes.

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                  201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                             FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1       Q.    Now, you're saying you didn't kite
2  Mr. Garcia out of the unit?
3       A.    No.
4       Q.    Did somebody else in your pod kite
5  Mr. Garcia out of the unit?
6       A.    I can't say, because people usually keep
7  it undercover when they're doing things like that.
8  But I'm pretty sure they did it.
9       Q.    Were you interviewed by the FBI and the
10 prosecutors in this case on August 22 of 2017?
11      A.    Yes.
12      Q.    Okay.  That was the interview that you had
13 with law enforcement after you were given an
14 opportunity to visit with Lupe Urquizo; right?
15      A.    Yes.
16      Q.    And did you tell the investigator -- I
17 guess it was Agent Acee -- or, no, Agent Neale and
18 some of the other prosecutors and the other
19 prosecutors that were there -- that Garcia was
20 transferred after another inmate kited him out?
21      A.    Like I said, I figured, you know what I
22 mean, like, somebody is not going to come tell me,
23 "Hey, I'm going to kite this guy out and you're
24 going to tag team on it."  They're not going to tell
25 everybody, you know.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   So after Garcia left, Silva came in and

2  claimed he was the new boss; right?

3    A.   Yes, on the orders of Arturo Garcia.

4    Q.   And how did that make you feel?

5    A.   In danger.

6    Q.   It made you feel in danger?

7    A.   Yes.

8    Q.   Did it eventually make you feel angry?

9    A.   Yeah.  There was a bit of feelings like

10  that also.

11    Q.   Did it make you feel angry because Silva

12  came in and was bossing people around, acting like

13  he had some sort of authority to run the show?

14    A.   Yes.

15    Q.   And you didn't recognize that authority,

16  did you?

17    A.   No.

18    Q.   And the longer he pushed, the more angry

19  you got?

20    A.   Yes.

21    Q.   And eventually you took enough of that and

22  you decided, hey, I'm going to get this guy.  And

23  you attacked him.

24    A.   That, and there's a lot of other elements

25  to that, why.  But that's one of the main reasons,

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    yes.

2         Q.   Well, eventually, you attacked him at

3    least in part because you were getting mad at him

4    trying to push you around.

5         A.   That's the main part, yes.

6         Q.   So was your stabbing of Silva something

7    that was sanctioned by the SNM?

8         A.   No.

9         Q.   All right.  Was it something that was

10   ordered by the SNM?

11        A.   Not that one, no.

12        Q.   And was it something that you did because

13   you were somehow trying to improve your status

14   within the SNM?

15        A.   Yes.  All for the cause, yes.

16        Q.   Well, you're saying that now.  But back

17   when you were interviewed, right after -- about a

18   week after the assault on Mr. Silva, you spoke to a

19   guy named Cory Henn from the STIU unit; right?

20        A.   After that happened?

21        Q.   Yes.

22        A.   Yes.

23        Q.   And you told Mr. Henn that "I'm doing me,"

24   didn't you?

25        A.   Yes, I did.

SANTA FE OFFICE                                                                              MAIN OFFICE
119 East Marcy, Suite 110                                                         201 Third NW, Suite 1630
Santa Fe, NM 87501                                                                 Albuquerque, NM 87102
(505) 989-4949                                                                                  (505) 843-9494
FAX (505) 843-9492                                                                       FAX (505) 843-9492
                                                                                               1-800-669-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE
                                                                                    e-mail: info@litsupport.com

```
1        Q.   And you told him that the assault on Silva
2   was your thing because you were mad at Silva.
3        A.   I was required to.
4        Q.   Now that's what you're saying.
5        A.   No, then.  Because you go and you talk to
6   the STG about anything like that, and that's your
7   life forfeit, you know what I mean?  That's just how
8   it is.
9        Q.   Did you tell Mr. Henn that you assaulted
10  Silva because you lost your temper?
11       A.   Yeah.
12       Q.   Now I want to ask you a couple of
13  questions about Mauricio Varela's involvement in the
14  assault on Silva.  Okay?  Mauricio Varela was a
15  friend of yours; right?
16       A.   Yes.
17       Q.   And people knew that you guys were -- you
18  hung out together and you were close?
19       A.   Right.
20       Q.   Right.  So when you attacked Silva in the
21  rec yard, was Silva with some other people that were
22  considered his friends or his buddies?
23       A.   Yes.
24       Q.   And when you stabbed Silva, did one of
25  Silva's friends shove Mauricio Varela?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

126

```
 1        A.    Yes.
 2        Q.    So because you were attacking Silva, one
 3   of Silva's friends decided to get into it with
 4   Mauricio?
 5        A.    Yes.
 6        Q.    And he shoved Mauricio off of a walkway?
 7        A.    Right.
 8        Q.    And they were wrestling around on the
 9   ground.
10        A.    Well, not him and the guy they pushed, no.
11        Q.    I'm sorry, I'm not understanding your
12   answer.
13        A.    One guy pushed him, and he grabbed the
14   other guy and fell over.
15        Q.    And that's how Mauricio Varela got
16   involved in the incident with Paul Silva?
17        A.    Yes.
18        Q.    That type of thing happens in prison;
19   right?
20        A.    Yes.
21        Q.    Like if you decide to move on somebody,
22   you can expect that person's friend to move on one
23   of your friends?
24        A.    Yes.
25        Q.    That's just a common occurrence when there
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1    is a physical altercation on the prison yard?

 2         A.   Yes.

 3         Q.   All right.  I'm going to move to another

 4    topic.  Okay?

 5              I want to go back to your arrest in

 6    December of 2015.  When you were -- well, did you

 7    fight your case from the time of that arrest up

 8    until August 22, when you met with Lupe Urquizo and

 9    then the FBI at the office in Albuquerque?

10         A.   Yes.

11         Q.   So you fought your case for almost two

12    years?

13         A.   Yes.

14         Q.   And ultimately, after you had that August

15    22 meeting in 2017 with Lupe and then the FBI, did

16    you enter a plea of guilty?

17         A.   Yes.

18         Q.   And was that done on September 28 of 2017?

19         A.   It might have been.

20         Q.   And I think you told us last week you pled

21    to two charges which gave you the potential of a

22    maximum sentence of 30 years.

23         A.   Yes.

24         Q.   But you pled with the expectation that you

25    would get a significant reduction in that sentence.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

128

```
 1        A.   Yes.

 2        Q.   In exchange -- as one of the benefits for

 3   being a Government witness.

 4        A.   Yes.

 5        Q.   Now, during the almost two years that you

 6   fought the case, were you provided -- I think Ms.

 7   Fox-Young asked you some questions about this.  Were

 8   you provided some of the materials that are known as

 9   discovery?

10        A.   Yes.

11        Q.   And can you just tell us briefly what

12   kinds of materials those are, like what that

13   consists of?

14        A.   Just people making statements, people --

15   discoveries of everybody's past, like...

16        Q.   Criminal history?

17        A.   Exactly.  And just videos, video camera,

18   action of situations and things like that,

19   cellphones, phone calls, you know.

20        Q.   So there were recordings, videos?

21        A.   Yes.

22        Q.   Some recorded statements?

23        A.   Yes.

24        Q.   Telephone calls that people made?  All

25   that stuff.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    Yes.

 2        Q.    Okay.  And would you agree with me, in

 3   addition to that, there were all sorts of law

 4   enforcement reports and other reports that were

 5   generated in connection with the case?

 6        A.    Yes.

 7        Q.    And let me go back a second.  When you got

 8   the discovery, how did you get it?  How did it come

 9   to you so you could read it and listen to it?

10        A.    On the iPad, like on the pad, I guess, the

11   Government --

12        Q.    It came on what's called a computer

13   tablet?

14        A.    Yes.

15        Q.    And is that something -- had you ever had

16   a tablet like that before?

17        A.    No, I didn't know how to use it, so I had

18   to -- took a while.

19        Q.    So you learned how to use it while you're

20   sitting there in your jail cell?

21        A.    Yes.

22        Q.    And you were able to use it; right?

23        A.    Yes, after a while.

24        Q.    And you used it to listen to all the

25   materials you were provided.  Or a lot of them.
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                           Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                             FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
1        A.    There is so much, there is no way to go

2   through all of it.  But yeah, I did some, yes.

3        Q.    Now, on your tablet you were only charged

4   in that one case regarding the assaults, on Mr.

5   Silva; right?

6        A.    Yes.

7        Q.    On your tablet, did you get only the

8   discovery materials related to the Silva assault, or

9   did you get stuff related to all the cases the

10  Government brought on December 3?

11       A.    I got everything to everybody, yes.

12       Q.    You got everything.

13       A.    Everything to everybody's case that's on

14  there, yes.

15       Q.    So it wasn't limited to your case.

16       A.    No.

17       Q.    And you were free to go through materials

18  that related to other people's cases.

19       A.    Yes.

20       Q.    And you could do that 24 hours a day,

21  seven days a week, if you wanted to?

22       A.    Yes.

23       Q.    Is it fair to say that you looked at the

24  materials that related to the homicide of Javier

25  Molina, the thing that we're talking about here
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   today?

 2       A.   Yes, I did.

 3       Q.   And you listened to audios that were

 4   related to that case?

 5       A.   Some of them, yeah.

 6       Q.   And you looked at videos?

 7       A.   Yes.

 8       Q.   And you read witness statements related to

 9   that case?

10       A.   Yes.

11       Q.   Even though -- okay.  And as you did that,

12   did you become aware that it was the Government's

13   claim or the Government's theory that somehow

14   paperwork must have been transferred from the

15   Penitentiary of New Mexico down to Southern New

16   Mexico Correctional Facility shortly before the

17   homicide?

18            MR. BECK:  Objection, hearsay, Your Honor.

19            MS. JACKS:  I'm asking about his state of

20   mind.

21            THE COURT:  Overruled.

22       A.   Repeat the question.

23   BY MS. JACKS:

24       Q.   Yeah, I'm asking, based on your review

25   that you conducted on these materials about the
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  Molina homicide --

2       A.   Yes.

3       Q.   -- did you become aware that the

4  Government was trying to claim that some paperwork

5  came down just before Molina was killed?

6       A.   I knew that because I took it.

7       Q.   Well, you're saying you took it.

8       A.   I knew that on there, too.  I seen it,

9  yes.

10      Q.   So you knew that was something the

11 Government was interested in.

12      A.   Yes.

13      Q.   I'm going to pause here a second because I

14 want to talk to you a little bit about how you made

15 the decision to become a Government witness.

16      A.   Okay.

17      Q.   And I guess really what we're focusing on

18 is that meeting with Lupe Urquizo on August 22 of

19 2017; right?

20      A.   Okay, yes.

21      Q.   And you were brought down to the FBI

22 office in Albuquerque on that date?

23      A.   Yes.

24      Q.   And you told us that you met with Lupe

25 before you met with the Government agents?

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                           Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                          FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   Yes.
 2        Q.   Now, at that time -- so in August of
 3   2017 -- what was your relationship with Lupe
 4   Urquizo?
 5        A.   He's a good friend of mine from back from
 6   my hometown.
 7        Q.   So was he a close friend?
 8        A.   Pretty close, yes.
 9        Q.   One of the people in -- one of the people
10   that you know that you're closest to?
11        A.   Yes.
12        Q.   And I think you told us last week about a
13   fight that you had with some correctional officers.
14   I guess you had a few.  It's the one where I think
15   you sprayed some feces on a female guard who was
16   giving you attitude?
17        A.   It was for him, because of him.
18        Q.   I just want to be clear about that.  Was
19   that a fight that you got into to defend Lupe
20   Urquizo's honor?
21        A.   No.  To defend the S's honor, yes.
22        Q.   And was it a fight that you got involved
23   with because of your relationship with Lupe Urquizo
24   specifically?
25        A.   That and because he's a brother.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   And had Mr. Urquizo also represented you

2  in disciplinary hearings within the prison system in

3  the past?

4    A.   I think one.

5    Q.   So he was someone that you had come to

6  rely on.  Is that fair to say?

7    A.   Yes.

8    Q.   Now, when you met with him in the FBI

9  office, were there any FBI agents present in the

10  room, or were you guys allowed to talk with each

11  other without law enforcement present?

12    A.   No, our lawyers were in there.

13    Q.   But your lawyers aren't law enforcement;

14  right?  They're representing you.

15    A.   No, they were standing outside the door.

16    Q.   Just so I'm clear, law enforcement was

17  outside the door?

18    A.   Yes.

19    Q.   But they weren't inside the room

20  participating in the conversation.

21    A.   No.

22    Q.   And during that meeting, did Lupe tell

23  you, "Look, this is your opportunity to avoid being

24  charged with a case that carries a life sentence"?

25    A.   Yeah, he said it would help.  It would

SANTA FE OFFICE                                           MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                   Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                     FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1   help, you know.

 2        Q.   Did he tell you you were going to be faced

 3   with a choice where you were going to either have to

 4   be a witness for the Government or a defendant in a

 5   case where you could get life imprisonment?

 6        A.   I was already facing that, so it wasn't

 7   really...

 8        Q.   Well, you weren't facing life.

 9        A.   Not that, you know.

10        Q.   Let's just be clear.  The assault on Mr.

11   Silva --

12        A.   Yes.

13        Q.   -- and the conspiracy to murder Mr.

14   Silva -- that case didn't carry a sentence of life,

15   did it?

16        A.   After 30 years, it might as well be 150.

17        Q.   But we want to give the jury -- at least I

18   want to give the jury the correct information.  What

19   you're saying is:  30 years may as well be life to

20   you?

21        A.   I'll be 80-some years old.  Who wants to

22   get out at that age?

23        Q.   But you would agree with me that 30 years

24   is not a life sentence?

25        A.   It is to some.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

136

```
 1        Q.    So Urquizo told you, "Look.  This is your
 2   opportunity and if you become a Government witness,
 3   you're going to get some benefit in terms of your
 4   case."
 5        A.    Yes.
 6        Q.    And in terms of not being charged with a
 7   new case, the murder of Javier Molina.
 8        A.    No.
 9        Q.    He didn't say that?
10        A.    No.  He didn't talk about that.
11        Q.    Did Mr. Urquizo tell you about other
12   benefits that the Government was willing to provide
13   if you signed up as a witness, like money, or
14   increased privileges, or family visits?
15        A.    Privileges and visits.  He didn't mention
16   money, no.
17        Q.    But he mentioned that you would have
18   better living conditions if you signed up to be a
19   Government witness?
20        A.    Yes.  It depends where I went, he said.
21   He said -- what he said is, "It's good over there
22   where I'm at.  You should try to ask them to put you
23   over there.  I got my TV."  Yeah, there was real
24   benefits.
25        Q.    So he was pleased with the benefits that
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   he had received, and he thought you would be

2   similarly pleased?

3         A.   Not all the way.  We're still in a box,

4   you know, so...

5         Q.   But my point is that what Mr. Urquizo was

6   telling you was that "If you sign up -- I'm getting

7   some stuff and you would want the stuff I'm getting,

8   so you should sign up."

9         A.   Yeah, I guess, in a way.

10        Q.   Did he tell you in that meeting that he

11  had told the Government that he was the person who

12  carried the paperwork from the Penitentiary of New

13  Mexico to Southern New Mexico Correctional Facility?

14        A.   I already knew that, because I'm the one

15  that gave it to him.

16        Q.   Did he tell you in that meeting that he

17  told that to the Government, is my question.

18        A.   I think he might have mentioned that.

19        Q.   Okay.  And did he also tell you that he

20  told the Government that you're the one who gave it

21  to him?

22        A.   Yes, he probably mentioned that.

23        Q.   After that meeting with Lupe Urquizo, did

24  you make a decision in your mind, All right, I'm

25  going to be a Government witness; I'm going to be a

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 843-9492                                          FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1   witness and not a defendant?
 2       A.   Yeah, probably around that time.  I think
 3   I had decided before that, you know.
 4       Q.   But that sealed the deal, the conversation
 5   with Mr. Urquizo?
 6       A.   I was already on the way out.  It was just
 7   like a surprise stop there, you know.  He was
 8   already there when he got there, so I wouldn't be
 9   taking that ride in the first place if I hadn't
10   decided something, you know.
11       Q.   Okay.  Well, did it make you, I guess,
12   feel more comfortable with the decision?
13       A.   There you go.
14       Q.   And more enthusiastic about moving
15   forward?
16       A.   Yeah.  That would be the word.
17       Q.   Now, I want to talk to you about this
18   testimony you gave last week about getting the
19   paperwork from Cheech.
20       A.   Right.
21       Q.   Okay?  So what you say -- what you told us
22   last week, what you claimed last week was that
23   Cheech gave you some paperwork on Molina; right?
24       A.   Right.
25       Q.   And you claim that you took that from PNM
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1   North facility to PNM South facility.

2        A.   Yes.

3        Q.   And that you ultimately gave it to Mr.

4   Urquizo.

5        A.   Yes.

6        Q.   Now, I just want to go back and talk a

7   little bit about Cheech.  Do you know who Cheech is,

8   his real name?

9        A.   I don't know his real name.  I'm thinking

10  Martinez is his last name, but I'm not sure.  I've

11  known him all his life as Cheech.

12           MS. JACKS:  Your Honor, I have a one-page

13  document, Bates No. 14077, that purports to have a

14  picture on it of an individual identified as Joe Pat

15  Martinez.  I'd like to just have this marked to show

16  the witness as the defense next in order.

17           THE COURT:  What do you want it marked as?

18           MS. JACKS:  I'm told our next is EP.  E as

19  in emergency, P as in Paul.  May I approach?

20           THE COURT:  You may.

21       A.   Yeah.

22  BY MS. JACKS:

23       Q.   Do you want to look any further?

24       A.   I know that's him.

25       Q.   So showing you this picture, is that the
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

 1    person that you know as Cheech?

 2         A.    Yes.

 3         Q.    And is his name Joe Pat Martinez?

 4         A.    Yeah, I guess that's his name.  I don't

 5    know.  Like I said, I have known him by Cheech all

 6    his life.

 7         Q.    And you recognize him from this picture on

 8    this piece of paper, Exhibit EP?

 9         A.    Yes.

10         Q.    Were you ever housed in the same housing

11    pod as Cheech?

12         A.    No.  He was always in the next pod.

13         Q.    And I think you told us last week that he

14    passed -- you're saying he passed you paperwork when

15    you were both housed in unit 1-B at PNM North?

16         A.    Yes.

17         Q.    And is that -- did unit 1-B have

18    recreation at the same time?

19         A.    Yes.  We would go out with other pods.

20    Sometimes it would reach to certain pods.  This one

21    whole pod and half of the next one, or something

22    like that.

23         Q.    How many pods were in unit 1-B at that

24    point?

25         A.    I think there was four.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1     Q.   So sometimes you would recreate with

2 people from other housing pods in that same unit

3 1-B?

4     A.   Yes.

5     Q.   So that's how you're saying you had this

6 contact with Cheech?

7     A.   Yes.

8     Q.   All right.  And when Ms. Duncan was asking

9 you questions last week, I think she asked you

10 how -- when was this supposed transfer of paperwork

11 in relation to you getting out of the PNM North and

12 heading to the South.  Do you recall those

13 questions?

14     A.   That was, like, right before -- like I

15 said, I'm bad with dates.  But I know it was within

16 three months, four months, within that time before I

17 left back to the South.

18     Q.   Okay.  And I think on Friday you said four

19 to five.  So the bottom line is:  It was fairly

20 shortly before you got transferred to the South that

21 you're saying this happened?

22     A.   Yes.

23     Q.   And at the time that you say Cheech gave

24 you this paperwork, did you know that you were going

25 to be transferred out of PNM North to the South?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   I figured I was close because I was

 2   fighting it to come back out, yes.

 3        Q.   So was that part of the reason you're

 4   claiming that Cheech had this reason to give you the

 5   paperwork, because he knew you were going to be

 6   moved?

 7        A.   Yes.

 8        Q.   And I just want to put some -- I want to

 9   try to understand the timeframe when you ended up in

10   unit 1-B.  And I think you might have been asked

11   those questions last week by Mr. Beck.  Did you go

12   to PNM North, unit 1-B, after the attack on Paul

13   Silva?

14        A.   Yes.

15        Q.   Or within a few weeks after the attack on

16   Paul Silva?

17        A.   Yes.

18        Q.   And Mr. Silva -- what was the date that

19   you attacked Mr. Silva?

20        A.   I think it might have been March, sometime

21   in March, maybe the 15th.  I'm not sure.

22        Q.   March 14, 2011?

23        A.   That might be.

24        Q.   Does that sound right?

25        A.   Sounds right, Yes.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   Then the next day you went to PNM North?

 2        A.   Yes.

 3        Q.   And sometime shortly after that, you were

 4   assigned to unit 1-B?

 5        A.   Yes.

 6        Q.   Do you remember the date that you were

 7   transferred from PNM North to the South?  When you

 8   got out of PNM North?

 9        A.   I don't remember the date, Miss.

10        Q.   Okay.  Was it a few weeks before the

11   Molina homicide?

12        A.   No, I think it was that week.

13        Q.   Was it in 2014 sometime?

14        A.   When I took the paperwork; right?

15        Q.   When you got transferred from PNM North to

16   PNM South.

17        A.   It might have been, yes.

18        Q.   Does the New Mexico Department of

19   Corrections keep records about where you were housed

20   when and where you're transferred?

21        A.   Yes.

22        Q.   Have you seen those records?

23        A.   No.

24        Q.   Do you think if you looked at those

25   records, that might help refresh your memory as to
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                         Albuquerque, NM 87102
(505) 989-4949                                                         (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1    when you were moved around to various places?

 2        A.   Like I said, I'm doing bad.  I can't keep

 3    up with the dates.  I never kept track of that

 4    because the time drags, so I just...

 5        Q.   So my question is -- I happen to have

 6    those records.

 7        A.   Okay.

 8        Q.   Do you think if you looked at them, that

 9    might help you be more accurate in court --

10        A.   Maybe.

11        Q.   -- and refresh your memory about when you

12    were moved?

13        A.   Yeah, maybe.

14             MS. JACKS:  Your Honor, I'd like to

15    approach and show the witness a document previously

16    marked V6.  And I'm not intending to publish it to

17    the jury at this time.

18             THE COURT:  V?

19             MS. JACKS:  V as in Victor.  May I

20    approach?

21             THE COURT:  You may.

22    BY MS. JACKS:

23        Q.   I'm going to put this --

24        A.   Where are we talking about?

25        Q.   Give me a second, Mr. Calbert.  I'm going
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1   to help you.  I know that's a lengthy document.  So
 2   first of all, let's take a look at this document and
 3   I just want you to take a look at the entry for
 4   March 15, 2011.  And that's about halfway down the
 5   first page.
 6        A.    Okay.
 7        Q.    Just tell me when you have found it.
 8        A.    All right.  I've got it.
 9        Q.    Okay.  So does that refresh -- can you
10   look up to me for a second?  Does that refresh your
11   memory as to when you were transferred to PNM North
12   after the assault on Paul Silva?
13        A.    Okay.  Yeah.
14        Q.    And was that March 15, 2011?
15        A.    Yes.
16        Q.    Let's go up the page and look at the
17   entries to February 13, 2014.  Don't tell me what
18   they say, but just take a look at them.  You're
19   going to go up the page.  Do you want me to come and
20   point it out to you?
21        A.    Yeah.  Would you?
22        Q.    Yeah, sure.  It's hard if you don't have a
23   finger to --
24        A.    Yeah, I can't.
25        Q.    So look -- I'm just going to mark a little
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   star by it.
 2        A.   All right.
 3        Q.   Have you had a chance to look at that?
 4        A.   Yes.
 5        Q.   All right.  So does that refresh your
 6   memory as to when you got out of the PNM North and
 7   went back to the South?
 8        A.   Yes.
 9        Q.   And did that happen on February 13 of
10   2014?
11        A.   Yes.
12        Q.   Okay.  And can you look at the entry just
13   below those entries that I just marked?
14        A.   Okay.
15        Q.   And does that refresh your memory that
16   just prior to your transfer from PNM North to PNM
17   South on February 13 of 2014, you were housed in the
18   North unit 1-B?
19        A.   Yes.
20        Q.   And were you housed there from May 2 of
21   2013 to February 13 of 2014?
22        A.   Yes.
23        Q.   Okay.  So if you got the paperwork, like
24   you've told us, from Cheech about four to five -- or
25   three, four, five months before you were transferred
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   back to the South facility, is that when that

2   transfer would have had to happen?

3       A.   I'd say within that time.

4       Q.   Okay.  So within that time period.

5   Between -- sometime between May 2 of 2013 and when

6   you were transferred to the South on February 13 of

7   2014?

8       A.   Yeah -- no, you're going to get me with

9   the dates, you know.

10      Q.   Well, the purpose of showing you those

11  records was to see if that refreshed your memory as

12  to the dates.

13      A.   I guess it don't.  You're going to get me

14  with the dates.  You know what I mean?  Like I said.

15      Q.   So I want to talk to you specifically

16  about this conversation you said you had with Cheech

17  when he supposedly gave you the paperwork.  Okay?

18      A.   Okay.

19      Q.   I think what you told us last week is you

20  were out in a recreation cage and he was in the cage

21  next to you.

22      A.   He was walking by.

23      Q.   He was walking by your cage on the way to

24  his?

25      A.   Yeah, coming outside.

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                   Albuquerque, NM 87102
(505) 989-4949                                               (505) 843-9494
FAX (505) 843-9492                                      FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   Was he being escorted by correctional
 2   officers?
 3        A.   Yes.
 4        Q.   And so according to your story, the
 5   correctional officers paused and let him converse
 6   with you?
 7        A.   No, he just stopped and slid the paper
 8   through the hole like that.
 9        Q.   And I think what you told us last week,
10   that based on your story, the paper was rolled up
11   kind of like a straw?
12        A.   It was wrapped up in his hand, rolled up,
13   because he's handcuffed in the back, so he can't
14   just carry it regularly so...
15        Q.   So are you saying it was rolled
16   lengthwise, so it was long and thin?
17        A.   Not thin enough to stick through the
18   little holes, but thin enough to stick through the
19   slot by the door.
20        Q.   And it was cylindrical, according to your
21   story.
22        A.   Yes.
23        Q.   And if you -- well, correct me if I'm
24   wrong.  I think you told us last week that it was a
25   single page of paper?
```

SANTA FE OFFICE                                                                MAIN OFFICE
119 East Marcy, Suite 110                                            201 Third NW, Suite 1630
Santa Fe, NM 87501                                                   Albuquerque, NM 87102
(505) 989-4949                                                              (505) 843-9494
FAX (505) 843-9492                                                    FAX (505) 843-9492
                                                                        1-800-669-9492
                                                             e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        A.   There was two of them.  I'm pretty sure
 2   there was two.
 3        Q.   Now you're saying there was two?
 4        A.   I'm pretty sure there was two.
 5        Q.   Did you tell us on Friday that it was one
 6   page?
 7        A.   I don't remember that.
 8        Q.   And initially, did you agree to transfer
 9   the paperwork?
10        A.   At first, no.  And then after a while, I
11   said yes.
12        Q.   So how long did you stand there?  How long
13   do you claim you stood there and talked with Cheech?
14        A.   To the hour.  It was an hour yard, so...
15        Q.   Okay.  So maybe -- so according to what
16   you're telling us, you're claiming he stuck the
17   paperwork through the cage and then somehow you had
18   a chance to talk to him after that?
19        A.   Yes.
20        Q.   Because he was in the neighboring cage.
21        A.   Yes.
22        Q.   And initially you told him, "I'm not doing
23   that"; right?
24        A.   Yeah, because I said, "This ain't really
25   nothing, you know?  I don't want to start any
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1    trouble.  You know what I mean?  For something so
2    small."
3         Q.   Okay.  So in an effort to convince you
4    that you needed to take this paperwork, Cheech
5    dropped Mr. Baca's name, didn't he?
6         A.   Yes.
7         Q.   You don't know if that was -- if Baca had
8    really told Cheech to do anything, do you?
9         A.   No.
10        Q.   It was just an effort by Cheech to get you
11   to do what he wanted you to do.
12        A.   Could have been.
13        Q.   According to your testimony, did you
14   unroll the paperwork and read it there while you
15   were in the rec cage next to Cheech?
16        A.   Yes, I just real quick glanced over.
17        Q.   And you're saying you took it back to your
18   cell; right?
19        A.   Yes.
20        Q.   And you had it for some period of time
21   before you got transferred to PNM South, didn't you?
22        A.   Yes.
23        Q.   So you read it, didn't you?
24        A.   Yes, I read it.
25        Q.   You looked at it?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1     A.    Yes.

2     Q.    And I want to ask you some questions about

3 what the paperwork supposedly looked like.  Was it

4 typed?  Printed?  Handwritten?

5     A.    It was typed.

6     Q.    And was it on -- was it on a blank sheet

7 of paper, just like a white sheet of paper, or was

8 it on paper that had lines or some sort of type of

9 form?

10     A.    Yeah, like a piece of Government paper,

11 you know what I mean?  Like typed, you know.

12     Q.    It was typed, but I want to talk about --

13     A.    A police report.  Like a police report.

14     Q.    So was it -- did you see, like, a stamp of

15 a police agency on it, or a logo somewhere on the

16 paper?

17     A.    I'm pretty sure there was a stamp at the

18 end or where some signature was, but --

19     Q.    There was a stamp or a signature at the

20 end?

21     A.    It was a signature with a stamp at the

22 end, but I couldn't remember exactly what it was.

23     Q.    Do you know what kind of signature?  Was

24 it supposedly Mr. Molina's signature or a police

25 officer's signature or --

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1       A.   I can't remember.

 2       Q.   What color was the printing?  Was it all

 3  black and white, or was there color?

 4       A.   Black and white, and then I think at the

 5  end there was some blue, maybe red at the end.  I'm

 6  not sure.

 7       Q.   So you recall seeing black and white and

 8  blue and red on the paper?

 9       A.   Yeah, on the stamp.

10       Q.   According to you?

11       A.   Yeah.

12       Q.   And what sort of information was contained

13  in the paperwork about the crime that Mr. Molina had

14  been involved in?  Anything?

15       A.   Yes, it just said that he was parked in

16  the Audi, and they went and robbed some lady and

17  robbed purses.  And I can't remember word for word,

18  but that's about -- something like that.

19       Q.   Have you said in the past that it

20  described a purse-snatching?

21       A.   Some kind of robbery, yeah.

22       Q.   My question is:  Have you said in the past

23  that it was a purse-snatching?

24       A.   Yes.

25       Q.   So what does a purse-snatching mean to
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1   you?

2        A.   I guess a robbery or strong-arm robbery,

3   I'm not sure.

4        Q.   So a strong-armed robbery is -- a robbery

5   is taking property from somebody by force or fear;

6   right?

7        A.   Yes.

8        Q.   So a strong-armed robbery would be a

9   robbery where you don't use a weapon; you just use

10  pure physical force?

11       A.   I can't say it wasn't with a weapon or

12  not.  I can't remember that.  It's been a long time.

13       Q.   When you say purse-snatching and

14  strong-armed robbery, does that mean to you that

15  somebody goes by where a lady is carrying a purse

16  and jerks it off her shoulder?

17       A.   I'm not saying that's what it was.  I'm

18  saying that's what it came back with, that they said

19  it came back with purses and I don't know what else.

20       Q.   And according to your story, what was it

21  or who was it that Molina supposedly said something

22  to?

23       A.   I guess it was law enforcement, when they

24  went and arrested him.

25       Q.   Well, what did the paperwork that you say

SANTA FE OFFICE                                           MAIN OFFICE
119 East Marcy, Suite 110                         201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                   FAX (505) 843-9492
                                                        1-800-669-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE                         e-mail: info@litsupport.com

 1   you saw say?

 2        A.   Like I said, I can't remember word for

 3   word.  Just -- what I told you is all I remember.

 4        Q.   Can you remember anything about what he

 5   supposedly said that was supposedly reflected on

 6   this paperwork?

 7        A.   He was saying what everybody's part was in

 8   that robbery.  He just said that he stayed in the

 9   car; he was the one driving.

10        Q.   And who did he supposedly say that to,

11   according to this paperwork that you said you read?

12        A.   To who or about?

13        Q.   To whom?

14        A.   I guess a police officer, I guess.

15        Q.   I'm not asking you to guess.  I'm

16   asking --

17        A.   I don't know.  I would have to guess, if

18   that was the question.

19        Q.   I'm asking you what the paperwork that you

20   say you saw said.

21        A.   I just finished telling you.

22        Q.   You don't know.

23        A.   No. I told you what I know.  That's what I

24   remember.

25        Q.   All right.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1            MS. JACKS:  Your Honor, I have four
 2   certified copies of judgment, sentence, and
 3   commitment for Mr. Calbert, and I'd just ask that
 4   those be marked and entered at this time.
 5            THE COURT:  All right.  Give me the
 6   numbers for them.
 7            MS. JACKS:  It's AC, as in Apple Charley,
 8   1 through 4.  And the first one is from March 25,
 9   1998; the second one is December 3, 1999; the third
10   one is January 11, 2006; and the last one, number 4,
11   is November 2, 2007.
12            THE COURT:  Any objection, Mr. Beck?
13            MR. BECK:  No objection.
14            THE COURT:  Any objection from any
15   defendant?
16            MS. BHALLA:  No, Your Honor.
17            THE COURT:  Hearing none, Defendants'
18   Exhibits AC1, AC2, AC3, and AC4 will be admitted
19   into evidence.
20            (Defendants' Exhibits AC1, AC2, AC3, and
21   AC4 admitted.)
22            MS. JACKS:  Thank you.  I have nothing
23   further.
24            THE COURT:  Thank you, Ms. Jacks.
25            Ms. Bhalla, do you have some questions?
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                  201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                             FAX (505) 843-9492
                                                                 1-800-669-9492
                                                      e-mail: info@litsupport.com




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1              MS. BHALLA:  I do, Your Honor.
 2              THE COURT:  Certainly.
 3                      CROSS-EXAMINATION
 4   BY MS. BHALLA:
 5        Q.   Mr. Calbert, you testified a little bit
 6   about the transfer of the paperwork at PNM North,
 7   and I had a couple of other questions for you about
 8   that.
 9              Last week -- I believe it was on Friday --
10   you mentioned when you were housed at PNM North, you
11   had a three-guard escort; is that correct?
12        A.   Yes.
13        Q.   And that was because of all the assaults
14   that you had with COs; is that correct?
15        A.   Yes.
16        Q.   And so is it fair to say that you were
17   supervised fairly closely when you were at PNM?
18        A.   No.  At times.
19        Q.   Yeah.  Well, it's the most secure prison
20   system that you can go to, right, in New Mexico?
21   It's Level 6?
22        A.   Yeah.  A lot of things happen there, so I
23   guess you could call it that, I guess.
24        Q.   Okay.  And when Cheech was brought out --
25   I just want to make sure I understand this -- he was
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                     Albuquerque, NM 87102
(505) 989-4949                                                   (505) 843-9494
FAX (505) 843-9492                                          FAX (505) 843-9492

**BEAN & ASSOCIATES, Inc.**

1-800-669-9492
PROFESSIONAL COURT                        e-mail: info@litsupport.com
REPORTING SERVICE

1   cuffed behind?

2        A.    Yes.

3        Q.    So he was walking this way?

4        A.    Yes, this way past me.

5        Q.    Past you?  How many guards were with him?

6        A.    One.

7        Q.    How many guards are out in the recreation

8   area?  Ten, twenty, thirty?

9        A.    None.

10       Q.    None?

11       A.    That one taking him.  They just changed to

12  two guards now.  Now that things have been

13  happening, they finally changed the policy to have

14  two COs for everything.

15       Q.    Okay.  But when he was walking with

16  Cheech, Cheech was cuffed behind his back?

17       A.    Yes.

18       Q.    And there was a CO walking with him?

19       A.    Yes.

20       Q.    And it's your testimony that, like this,

21  with a CO with him --

22       A.    Yes.

23       Q.    -- he passed the paperwork to you through

24  the fence?

25       A.    There you go.  Yes.

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                     Albuquerque, NM 87102
(505) 989-4949                                                (505) 843-9494
FAX (505) 843-9492                                        FAX (505) 843-9492
                                                             1-800-669-9492
                                                    e-mail: info@litsupport.com



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        Q.   And nobody did anything about that?

 2        A.   No.

 3             MS. BHALLA:  Nothing further, Your Honor.

 4   Thank you.

 5             THE COURT:  Thank you, Ms. Bhalla.

 6             Mr. Beck, do you have redirect of Mr.

 7   Calbert?

 8             MR. BECK:  Yes, Your Honor.

 9             THE COURT:  Mr. Beck.

10                  REDIRECT EXAMINATION

11   BY MR. BECK:

12        Q.   Mr. Calbert, I'm showing you the addendum

13   to your plea agreement.  Do you remember when we

14   talked about that on Friday?

15        A.   Yes.

16        Q.   And in paragraph 2, what does that

17   paragraph say to you?  What does it mean to you?

18        A.   That I have to say -- talk truthful and

19   the truth.

20        Q.   What happens if you don't talk truthfully

21   and say the truth?

22        A.   Then everything is off, you know.  I don't

23   get no benefits from nothing, you know.

24        Q.   Does that include the plea agreement that

25   you pled guilty to, for which you faced only 30
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   years?

 2        A.   Yes.

 3        Q.   Does that mean that we can go back, the

 4   Government can go back and charge you with the

 5   Molina murder if you don't testify truthfully?

 6        A.   Yes.

 7        Q.   On August 22, 2017, when you came to the

 8   FBI in Albuquerque, had you already decided to

 9   cooperate?

10        A.   Yes.

11        Q.   Did you ask to meet with Lupe Urquizo?

12        A.   I didn't, no.  But he was there, so he

13   asked.

14        Q.   And when you talked to him about this

15   case, did you find out he told us the truth?

16        A.   Yes.

17        Q.   Did that include that you passed the

18   paperwork to him?

19             MS. FOX-YOUNG:  Your Honor, objection,

20   leading.  It's been leading for a little while.

21        A.   Yes.

22             THE COURT:  Overruled.

23   BY MR. BECK:

24        Q.   Sorry.  Did that include that you passed

25   the paperwork to him?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        A.    Yes.

 2        Q.    Now, I think you talked a little bit about

 3   cooperation.   Is cooperation what you're doing now?

 4        A.    Yes.

 5        Q.    What are you doing now?

 6        A.    I'm testifying.

 7        Q.    And what's the punishment in SNM for

 8   cooperating?

 9        A.    It's death.

10        Q.    I think you talked with -- talked here on

11   cross-examination about Mr. Perez talking about

12   providing his walker.  Did he talk about this to

13   you?  Did he talk about the case only once, or did

14   he talk about the case multiple times while you were

15   together?

16             MS. JACKS:   Your Honor, I request a

17   limiting instruction.

18             THE COURT:   All right.  This evidence that

19   Mr. Beck is about to elicit can only be used against

20   Mr. Perez.  It cannot be used against any of the

21   other three gentlemen in the courtroom, the other

22   defendants.

23             All right, Mr. Beck.

24   BY MR. BECK:

25        Q.    Did Mr. Perez talk about this case only
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   once, or did he talk about it multiple times?

2       A.   Every time he was in the shower, every

3   time he got around people.  Couldn't shut him up.

4       Q.   I think with Ms. Jacks you were talking

5   about the Paul Silva assault that you pled guilty

6   to.  Do you remember that?

7       A.   Yes.

8       Q.   When you told Corey Henn that you did it

9   only for personal reasons, why did you tell him

10  that?

11      A.   Because I was required to; because you

12  don't talk to law enforcement.  If they find out, it

13  comes out on paper, and they'll kill you.

14      Q.   Who required you to, and who would kill

15  you?

16      A.   Just SNM in general.

17      Q.   With the SNM, were COs extremely strict

18  with y'all as the SNM, or were they a little bit

19  more permissive with you all as the SNM?

20      A.   Depends who we were dealing with.

21      Q.   Were they scared of you?

22      A.   Yes.

23           MS. DUNCAN:  Objection, Your Honor.  Calls

24  for speculation.

25           THE COURT:  Well, if he knows.

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 843-9492                                           FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1   BY MR. BECK:

 2        Q.   Do you know whether they were scared of

 3   you?

 4        A.   Yes.

 5        Q.   Were they scared of you?

 6        A.   Yes.

 7             MS. DUNCAN:  Your Honor, I don't know how

 8   he knows.  Objection, and ask it be struck.

 9             THE COURT:  Lay a foundation how he knows

10   that.

11   BY MR. BECK:

12        Q.   How do you know?

13        A.   He just said, dangerous --

14             MS. DUNCAN:  Your Honor, I --

15             THE COURT:  Sustained.

16             MS. JACKS:  Move to strike the previous

17   answer.

18             THE COURT:  I'll strike the previous

19   answer.

20   BY MR. BECK:

21        Q.   In your interactions with COs, do you

22   believe they're afraid of you, not from what they

23   said; just from what they did.

24             MS. DUNCAN:  Your Honor, I'm going to

25   object.
```

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                         201 Third NW, Suite 1630
Santa Fe, NM 87501                                Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                   FAX (505) 843-9492
                                                           1-800-669-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

e-mail: info@litsupport.com

 1          THE COURT:  If he can say what they did,

 2   only from what they did, not what he was told, he

 3   can answer.

 4          But why don't you lay a foundation that

 5   he's going to testify just from his knowledge of

 6   what they said?

 7   BY MR. BECK:

 8      Q.   You said that -- I think earlier you said

 9   you were escorted by three COs when you walked out

10   to the yard; is that right?

11      A.   Yes.

12      Q.   Did you observe how COs interacted and

13   acted with non-SNM inmates?

14      A.   Yes.

15      Q.   Did they act differently when they were

16   around you?

17      A.   Yes.

18      Q.   Did they act differently when they were

19   around the SNM?

20      A.   Yes.

21      Q.   How did they act differently?

22      A.   They were just real scared.  They just

23   didn't talk back.  They would talk to other inmates,

24   but they wouldn't say things and do things with all

25   of us, you know what I mean, like they do with all

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 843-9492                                            FAX (505) 843-9492

1-800-669-9492
PROFESSIONAL COURT                                  e-mail: info@litsupport.com
REPORTING SERVICE

1   the other inmates.

2      Q.   Does this include when they walked SNM

3   members out to the yard?

4      A.   Yes.

5      Q.   Mr. Calbert, if you know, what is Spider

6   in Spanish?

7      A.   La araña.

8           MR. BECK:  May I have a moment, Your

9   Honor?

10          THE COURT:  You may.

11          MR. BECK:  Nothing further, Your Honor.

12          Thank you, Mr. Calbert.

13          THE COURT:  Thank you, Mr. Beck.

14          Do you have something, Ms. Duncan?

15          MS. DUNCAN:  I do, Your Honor, if I could

16   just have a moment.

17          THE COURT:  Ms. Duncan.

18                  RECROSS-EXAMINATION

19   BY MS. DUNCAN:

20      Q.   Mr. Calbert, you testified that

21   correctional officers were afraid of you; correct?

22      A.   Yes.

23      Q.   And that there were three-men escorts to

24   move you around PNM North; correct?

25      A.   Sometimes.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1        Q.   And you repeatedly stabbed two

2   correctional officers; right?

3        A.   Yes.

4        Q.   And you threw feces at another

5   correctional officer?

6        A.   Yes.

7             MS. DUNCAN:   Thank you.   I have no further

8   questions.

9             THE COURT:   Thank you, Ms. Duncan.

10            Mr. Beck, anything further?

11            MR. BECK:   Nothing further, Your Honor.

12            THE COURT:   Mr. Calbert, you may step

13  down.

14            MS. FOX-YOUNG:   Your Honor, we'd like to

15  reserve this witness.

16            THE COURT:   All right.   You'll remain

17  outside of the courtroom, but you are subject to

18  re-call.   Thank you for your testimony.

19

20

21

22

23

24

25

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   UNITED STATES OF AMERICA

2   STATE OF NEW MEXICO

3

4                   C-E-R-T-I-F-I-C-A-T-E

5        I, Jennifer Bean, FAPR, RDR, CRR, RMR, CCR,

6   Official Court Reporter for the State of New Mexico,

7   do hereby certify that the foregoing pages

8   constitute a true transcript of proceedings had

9   before the said Court, held in the District of New

10  Mexico, in the matter therein stated.

11       In testimony whereof, I have hereunto set my

12  hand on this 12th day of March, 2018.

13

14                   _____

15                   Jennifer Bean, FAPR, RMR-RDR-CCR
                     Certified Realtime Reporter
16                   United States Court Reporter
                     NM Certified Court Reporter #94
17                   333 Lomas, Northwest
                     Albuquerque, New Mexico 87102
18                   Phone:          (505) 348-2283
                     Fax: (505) 843-9492
19                   License expires:  12/31/18

20

21

22

23

24

25

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com