1

1           IN THE UNITED STATES DISTRICT COURT

2             FOR THE DISTRICT OF NEW MEXICO

3    UNITED STATES OF AMERICA,

4                    Plaintiff,

5         vs.              NO:  CR-15-4268 JB

6    ANGEL DELEON, et al.,

7                    Defendants.

8

9         Transcript of excerpt of testimony of

10                   NORMAN RHOADES
                  February 5, 2018

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1                        I N D E X

2    EXAMINATION OF NORMAN RHOADES

3    By Mr. Castellano                                    4

4    EXAMINATION OF NORMAN RHOADES

5    By Ms. Jacks                                        87

6    By Mr. Maynard                                      91

7    By Mr. Villa                                        91

8    By Mr. Lowry                                       102

9    By Mr. Castellano                                  103

10   REPORTER'S CERTIFICATE                             105

11                   EXHIBITS ADMITTED

12   Government 1 Admitted                               67

13   Government 2, 3, and 7 Admitted                     79

14   Government 4 and 8 Admitted                         70

15   Government 9 and 10 Admitted                        69

16   Government 14 Admitted                              12

17   Government 16 Admitted                              14

18   Government 17 through 24 Admitted                   16

19   Government 25 through 37 Admitted                   21

20   Government 38 through 51 Admitted                   28

21   Government 52 through 64 Admitted                   35

22   Government 65 through 73 Admitted                   43

23   Government 74 through 83 Admitted                   48

24   Government 84 through 88 and 93 through 101         53
                   Admitted

25

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                 Albuquerque, NM 87102
(505) 989-4949                                            (505) 843-9494
FAX (505) 843-9492                                   FAX (505) 843-9492
                                                        1-800-669-9492
                                              e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1   Government 125 through 136 Admitted              57

2   Government 137 through 142 Admitted              63

3   Government 746 and 746-A Admitted                83

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              THE COURT:  All right.  Does the
 2   Government have its next witness or evidence?
 3              MR. CASTELLANO:  Yes, Your Honor.  The
 4   United States calls Norman Rhoades.
 5              THE COURT:  Mr. Rhoades, if you'll come up
 6   and stand next to the witness box on my right, your
 7   left, before you're seated Ms. Standridge, my
 8   courtroom deputy, will swear you in.
 9                     NORMAN RHOADES,
10       after having been first duly sworn under oath,
11       was questioned, and testified as follows:
12              THE CLERK:  Please be seated.  State and
13   spell your name for the record.
14              THE WITNESS:  My name is Norman Rhoades.
15              THE COURT:  Mr. Rhoades.
16              Mr. Castellano.
17              MR. CASTELLANO:  Thank you, Your Honor.
18   May I have a moment?  I need to make an arrangement
19   for the introduction of some of these exhibits.
20                   DIRECT EXAMINATION
21   BY MR. CASTELLANO:
22       Q.   Good morning.
23       A.   Good morning.
24       Q.   Please introduce yourself to the members
25   of the jury.
```




SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1         A.    My name is Norman Rhoades.

 2         Q.    What do you do for a living?

 3         A.    I'm employed with the New Mexico State

 4    Police.

 5         Q.    And can you tell us a little bit about

 6    your training and experience?

 7         A.    I've been employed with the State Police

 8    for -- I just passed my 37th year last December.

 9    Currently I'm assigned to our full-time Crime Scene

10    Unit.  I started in that position in 2005 when they

11    went full-time Crime Scene Unit.

12         Q.    All right.  What did they do before they

13    made the Crime Scene Unit in 2005?

14         A.    Prior to that we -- I was assigned to

15    investigations after I spent some time on patrol.

16    And in those days, we carried a caseload, but we

17    also did our own crime scene processing.  So we kind

18    of had dual responsibilities.

19         Q.    And what other positions have you held in

20    the New Mexico State Police?

21         A.    Well, like I say, I spent about 18 years

22    and some on the highways in uniform.  Then I went

23    into investigations.  I've been involved with

24    training and I was, years ago, assigned to our bomb

25    unit, our bomb team, and then I was a field training
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    officer.  Various positions like that.

2         Q.    What do field training officers do?

3         A.    They're assigned to -- and this is several

4    years ago.  Procedures have changed now.  But in

5    those days, field training officers were assigned to

6    ensure that each commissioned officer within a

7    district had received the required amount of

8    training.  And that requirement was set by the Law

9    Enforcement Academy.

10             THE COURT:  Mr. Castellano, we've been

11   going for a while.  Would this be a good time for us

12   to take our break?

13             MR. CASTELLANO:  Yes, Your Honor.

14             THE COURT:  All right.  Let's take a

15   recess for about 15 minutes.  All rise.

16             (The jury left the courtroom.)

17             THE COURT:  All right.  I guess the Dona

18   Ana County Detention Center advises the best they

19   can do is check Mr. Perez' vitals and give him Pepto

20   Bismol.  Health services administration advises it

21   is best Mr. Perez be taken to the ER to be tested

22   for the flu and given better meds for diarrhea than

23   Pepto Bismol and possibly an IV to rehydrate him.

24   The Marshal Service can get Mr. Perez to the

25   hospital over the lunch, so what we'll do, we'll

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   take a 15-minute break.  We'll go the morning and
 2   then we'll take a little bit earlier break if we can
 3   get in and out pretty quickly, and get him to an ER
 4   during the lunch hour, and we'll just have to wait
 5   and see how long it takes.
 6              MR. VILLA:  Yes, sir.  I've been privy to
 7   those emails from Mr. Castro.  I'd also ask him to
 8   call ahead to the ER, and assuming they don't have
 9   any more serious emergencies, let them know that his
10   health does not seem to be improving.  It seems to
11   be the same or getting worse.
12              THE COURT:  If you want to call ahead,
13   tell them we'll take a break about 11:45.  Get him
14   over there.  Fifteen minutes.  And then we'll just
15   wait.
16              THE MARSHAL:  Will do, Your Honor.
17              MR. VILLA:  Thank you, Judge.
18              (The Court stood in recess.)
19              THE COURT:  Ready to go?  All rise.
20              (The jury entered the courtroom.)
21              THE COURT:  All right.  Everyone be
22   seated.
23              All right, Mr. Rhoades, I'll remind you
24   that you're still under oath.
25              Mr. Castellano, if you wish to continue
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   your direct examination of Mr. Rhoades, you may do
 2   so at this time.
 3            MR. CASTELLANO:  Thank you, Your Honor.
 4            THE COURT:  Mr. Castellano.
 5   BY MR. CASTELLANO:
 6       Q.   What is your current rank or title?
 7       A.   Agent.
 8       Q.   Agent Rhoades, what types of training have
 9   you had in processing crime scenes?
10       A.   I've had training in various disciplines
11   of crime scenes, including bloodstain pattern
12   analysis, crime scene reconstruction, shooting scene
13   reconstruction, latent prints, evidence
14   identification, collection, preservation.  Just a
15   lot of various types of things that deal with crime
16   scene processing.
17       Q.   What's the importance of trying to
18   minimize the number of people who walk through a
19   crime scene?
20       A.   Primarily for cross-contamination of
21   evidence.
22       Q.   So in other words, if you minimize the
23   number of bodies, you minimize the chances that
24   there will be cross-contamination of what's in the
25   crime scene?
```

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                       201 Third NW, Suite 1630
Santa Fe, NM 87501                              Albuquerque, NM 87102
(505) 989-4949                                          (505) 843-9494
FAX (505) 843-9492                                  FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1          A.    That's correct.

 2          Q.    Were you on duty on March 7, 2014?

 3          A.    Yes, I was.

 4          Q.    What were your responsibilities on that

 5    day?

 6          A.    On that day I was again assigned to the

 7    Crime Scene Unit.

 8          Q.    Do you recall getting called out to the

 9    Southern New Mexico Correctional Facility in Las

10    Cruces?

11          A.    Yes, I do.

12          Q.    Why were you called out there?

13          A.    I was called out to process a crime scene

14    inside one of the units involving a death

15    investigation.

16          Q.    So given your position as a crime scene

17    investigator, what would your responsibilities be on

18    that occasion?

19          A.    I would get an idea of what the crime

20    scene consisted of so I would know what to take out

21    to the units and as far as things I would need.  And

22    that's dealing with the type of evidence that would

23    be available.  And at that point, then, I load

24    everything into my unit.  We have a crime scene

25    truck that has all of our supplies, but for scenes
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    out at the correctional facilities, I don't take the

2    truck, because usually we're escorted back inside.

3    So I try to get everything I can just to make one

4    trip in.

5        Q.   And what was the process you intended to

6    use to collect evidence on that occasion?

7        A.   Well, for the items that we took in for

8    evidence collection and identification would be, of

9    course, our camera, things dealing with the

10   collection of blood; sharp, pointed instruments;

11   then, of course, collection bags and stuff for any

12   other types of larger type of evidence.

13       Q.   And once you got to the facility, what did

14   you consider your crime scene?

15       A.   Once I got the briefing and a walk through

16   the crime scene, it was pretty much within a pod.

17   There was three pods within this unit, and the scene

18   was inside one pod.

19       Q.   I'm going to show you what's been admitted

20   previously as Government's Exhibit 13.  Do you

21   recognize that exhibit, Agent Rhoades?

22       A.   It appears to be an aerial view of the

23   correctional facility.

24       Q.   Let me now turn your attention --

25   actually, before I introduce the next exhibit, or

SANTA FE OFFICE                                             MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                   Albuquerque, NM 87102
(505) 989-4949                                             (505) 843-9494
FAX (505) 843-9492                                     FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1    introduce an exhibit, did you take photographs in
 2    this case, you or somebody with you?
 3         A.    Someone with me did.
 4         Q.    Can you tell us the process by which
 5    photographs were taken?
 6         A.    The process is to take overview
 7    photographs of the exterior part of a crime scene,
 8    and work our way in to medium shots, and then
 9    ultimately close-up or macro shots.
10         Q.    And ideally, when you're processing a
11    scene, do you try to take a photograph of evidence
12    as you first find it before it's disturbed at all or
13    processed?
14         A.    As we find it, yes.
15         Q.    What's the purpose of doing that?
16         A.    We want to show what the scene was when we
17    got there.
18         Q.    And then as you process the scene and move
19    things around, do you then sometimes take additional
20    photographs?
21         A.    Yes, we do.
22         Q.    Who was the person taking pictures on this
23    occasion?
24         A.    On this occasion it was, at the time, Chad
25    Casson, who was assigned to our crime scene unit.
```



SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                           Albuquerque, NM 87102
(505) 989-4949                                                    (505) 843-9494
FAX (505) 843-9492                                           FAX (505) 843-9492
                                                             1-800-669-9492
                                                             e-mail: info@litsupport.com

BEAN &ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        Q.    And as he took photographs, did you move
 2   through the scene together and allow him to take
 3   photographs while you were there processing the
 4   scene?
 5        A.    Yes.
 6        Q.    Before trial, have you had a chance to
 7   look at the photographs and can you tell the members
 8   of the jury if the ones we're going to introduce are
 9   a fair and accurate depiction of what you saw on or
10   about March 7, 2014?
11        A.    Yes, I did and I can.
12        Q.    I'm going to show you in a second here
13   Government's Exhibit 14, and actually with the
14   Court's permission I'll move the admission of
15   Government's Exhibit 14.
16             THE COURT:  Any objection from the
17   defendants?
18             MR. VILLA:  No objection.
19             MS. BHALLA:  No objection.
20             THE COURT:  Not hearing any objection --
21   Mr. Jewkes?
22             MR. JEWKES:  No objection.
23             THE COURT:  Government Exhibit 14 will be
24   admitted into evidence.
25             (Government Exhibit 14 admitted.)
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1            MR. CASTELLANO:  Thank you, Your Honor.
 2   BY MR. CASTELLANO:
 3       Q.   Looking at Government's Exhibit 14, is
 4   that basically a diagram of the aerial view we just
 5   saw on Government's Exhibit 13?
 6       A.   It appears to be, yes.
 7       Q.   On Government's Exhibit 14 I'm going to
 8   put a circle around the lower left-hand corner of
 9   the scene.  There are two buildings labeled 1-A and
10   1-B.  Do you recall if you responded to that area of
11   the prison?
12       A.   Yes, I did.
13       Q.   And you mentioned, for example -- I'm
14   going to circle building 1-A -- you mentioned there
15   was a building with three pods contained inside.  Is
16   that what you were discussing?
17       A.   Yes.
18       Q.   So this building here, 1-A, has three pods
19   contained within?
20       A.   Yes, it does.
21       Q.   And when you processed the scene, did you
22   process only one pod, or did you process multiple
23   pods?
24       A.   Only one pod in this case is where the
25   evidence was located at.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   And so you kind of answered that question
 2   but why did you only process one pod at that time?
 3        A.   To my understanding at the time, nothing
 4   occurred in any of the other two pods or any of the
 5   other units.
 6        Q.   So at that time, did you have any
 7   indication that there is any involvement from anyone
 8   or anything in the other two pods within that
 9   building?
10        A.   No.
11        Q.   Let me turn your attention now to
12   Government's Exhibit 16.
13             MR. CASTELLANO:  And I move the admission
14   of Government's Exhibit 16, Your Honor.
15             THE COURT:  Any objection from the
16   defendants?
17             Not hearing any objection from the
18   defendants, Government's Exhibit 16 will be admitted
19   into evidence.
20             (Government Exhibit 16 admitted.)
21   BY MR. CASTELLANO:
22        Q.   Looking at Exhibit 16, what can you tell
23   us about that door?
24        A.   This is the photo image of the exterior
25   side of the entrance into unit 1-A.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   And what do you see once you enter that
 2   first door labeled "1-A"?
 3        A.   From here when you step through that door,
 4   you enter an alternate area that has three doors
 5   that go into the other three pods.  And then right
 6   directly above you is the office area where the
 7   observation correctional officer is stationed.
 8        Q.   I'm going to show you what's already been
 9   admitted as Government's Exhibit 15.  Now, you
10   mentioned you moved through the 1-A door and you
11   have three other doors, one for each pod; is that
12   correct?
13        A.   Yes.
14        Q.   And in this exhibit what are we looking
15   at?
16        A.   This will be a photo image of the exterior
17   side of the B pod.
18        Q.   And during your time there, did you also
19   learn that B pod was known as the blue pod?
20        A.   Yes.
21        Q.   And did this become basically your crime
22   scene?
23        A.   Yes.
24             MR. CASTELLANO:  At this time, Your Honor,
25   just to move things along a little bit I'm going to
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   move en masse groups of photos starting with
 2   Government's Exhibit 17 to Government's Exhibit 24.
 3             THE COURT:  17 through 24?
 4             MR. CASTELLANO:  Yes, sir.
 5             THE COURT:  Any objections to those from
 6   the defendants?
 7             MR. VILLA:  No, Your Honor.
 8             MR. MAYNARD:  No, Your Honor.
 9             MR. JEWKES:  No, Your Honor.
10             THE COURT:  Not hearing any, Government's
11   Exhibits 17 through 24, inclusive without gaps, will
12   be admitted into evidence.
13             (Government Exhibits 17 through 24
14   admitted.)
15   BY MR. CASTELLANO:
16        Q.   Agent Rhoades, I next want to turn your
17   attention to Government's Exhibit 17.  What are we
18   looking at there?
19        A.   This is standing outside in the entry room
20   and looking to the doorway of the B pod.
21        Q.   So this is what you first saw when you
22   opened that B pod door?
23        A.   Yes, it is.
24        Q.   In the lower left-hand corner, it looks
25   like there is something on the ground and on the
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                  201 Third NW, Suite 1630
Santa Fe, NM 87501                                         Albuquerque, NM 87102
(505) 989-4949                                                    (505) 843-9494
FAX (505) 843-9492                                         FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1    wall.  Do you know what that is or what it was later

2    revealed to be?

3          A.    Blood.

4          Q.    Also on that exhibit you see some stairs

5    straight ahead.  Tell us about the layout of the

6    pod.

7          A.    The pod has two levels, an upper and lower

8    level, and walkways that lead into -- I believe

9    there's eight cells on the upper level and eight

10   cells on the lower level.  So what this image is

11   showing is the steps going up to the upper level.

12         Q.    Next is Exhibit 18.  What are we looking

13   at there?

14         A.    This is an image through the entrance of

15   the pod and the camera is panned a little bit to the

16   right of those steps, again just showing an

17   overview.

18         Q.    From the photograph, it looks like it's

19   dark inside the pod.  Is that just lighting?  Or

20   what can you tell us about that?

21         A.    I think that was from the flash not

22   getting in through the doorway and illuminating a

23   lot of the interior.

24         Q.    About what time were you called out to the

25   prison?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

18

```
 1        A.   I was called -- notified at around 6:00

 2   p.m.  And I believe I got out there around 8:00,

 3   8:00 p.m.

 4        Q.   In March, do you recall if it was getting

 5   dark at that time?

 6        A.   No, I don't.

 7        Q.   And if you recall, approximately what time

 8   did you start actually processing the pod as a

 9   scene?

10        A.   I believe it was around 8:00.  Let's see.

11   Let me think here.  8:00 or 9:00.  There was a

12   briefing before I actually got into the pod.

13        Q.   What's the need for the briefing once you

14   arrived?

15        A.   Helps us to kind of get an overview of

16   what type of evidence and a little bit of primarily

17   of what was learned of the investigation.  So it

18   kind of helps us to have an understanding of what

19   we're going to be confronted with in a crime scene.

20        Q.   At the point that you entered the pod,

21   were there any inmates in there?

22        A.   No.

23        Q.   Do you know whether they were moved

24   somewhere else?

25        A.   Yes, they were.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1        Q.   Let's take a look at number 19 next.  And
2   what is that?
3        A.   This is a photo image of the -- again,
4   standing out into the entryway photographing inside
5   the B pod, and again, panned over slightly to the
6   right.
7        Q.   Let's look at Government's Exhibit 20,
8   please.  Okay.  Same question.  What is this a
9   photograph of?
10       A.   This is a photograph now taken from inside
11  the pod, and it's an overview of the steps and it
12  shows part of the upper-level areas, upper and lower
13  areas.  Sorry.
14       Q.   I'm circling in Exhibit 20 what appears to
15  be a trash can of some sort.  First of all, is this
16  a trash can?
17       A.   Yes, it is.
18       Q.   Did that later become relevant to your
19  investigation?
20       A.   Yes, it did.
21       Q.   Okay.  Next is Exhibit 21.  Is that just a
22  larger picture of the pod itself?
23       A.   Yes, it is.
24       Q.   And once again, are you just trying to get
25  a layout of the pod before you actually start to

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                                (505) 843-9494
FAX (505) 843-9492                                    FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1   look closer for evidence of crime?

2        A.    That's correct.   Overview photos.

3        Q.    Exhibit 22, same question.

4        A.    This is an overview of the pod, again

5   panning around to the right; shows the steps and the

6   upper and lower level.

7        Q.    Let's look next at Exhibit 23.

8        A.    And this is also an overview of the pod,

9   panning slightly to the right, again showing both

10  levels.

11       Q.    And Exhibit 24?

12       A.    This is going to be panning a little bit

13  to the right from the last photo image and this is

14  going to show a microwave.   There is a TV screen and

15  looks like books, telephone, some other -- this is

16  part of the day area, I think they called it.

17       Q.    Okay.   This time I'm going to look at the

18  next group of pictures, Government's Exhibits 25

19  through 37.

20            MR. CASTELLANO:   And at this time the

21  Government moves the admission of Government's

22  Exhibit's 25 through 37.

23            THE COURT:   Any objection from the

24  defendants?

25            MS. DUNCAN:   No, Your Honor.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1          THE COURT:  Not hearing any objection,
 2   Government's Exhibits 25 through 37 inclusive
 3   without gaps will be admitted into evidence.
 4          (Government Exhibit 25 through 37
 5   admitted.)
 6   BY MR. CASTELLANO:
 7      Q.   Agent Rhoades, I'm going to show you
 8   Exhibit 25.  What's the idea behind this photograph?
 9      A.   This is going to be an overview, and again
10   panned a little bit to the right from the last
11   image.  It's showing the telephone, and that door is
12   a storage closet for -- I think they had, like, mops
13   and stuff like that in there.
14      Q.   I'm circling an object at the top of this
15   exhibit.  Do you know what that is?
16      A.   Yes, I do.
17      Q.   What is it?
18      A.   That's a surveillance or video camera.
19      Q.   Was it your understanding that there was
20   at some point video produced from one or more of
21   these cameras?
22      A.   Yes, I do.
23      Q.   And do you recall how many different views
24   you get from the camera or camera angles?
25      A.   No, I don't.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.    Next is Exhibit Number 26.  What is that?
 2        A.    This is going to be an overview of the
 3   inside of the entrance into the B pod.  It's kind
 4   of -- it's a side view of it.
 5        Q.    Government's Exhibit 26.  If you go
 6   through that door and turn to the left, are you
 7   exiting the pod?
 8        A.    Yes, you are.
 9        Q.    I'm again circling something on the floor
10   in Government's Exhibit 26.  What is that?
11        A.    That's blood.
12        Q.    Turning next to Exhibit 27, what are we
13   looking at there?
14        A.    This is an overview of the lower-level
15   cell doors.  You can see the steps, so these would
16   be kind of under the steps.
17        Q.    And Exhibit 28.  In this exhibit here, it
18   appears that there are some tables here in the open
19   area.  Is this the scene, once again, as you found
20   it when you entered the pod?
21        A.    Yes, it is.
22        Q.    I'm circling some items on the table.  If
23   you recall, do you remember what these two items are
24   on this middle table in that exhibit?
25        A.    I believe they were playing cards.
```



SANTA FE OFFICE                                                                    MAIN OFFICE
119 East Marcy, Suite 110                                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                                     Albuquerque, NM 87102
(505) 989-4949                                                                    (505) 843-9494
FAX (505) 843-9492                                                        FAX (505) 843-9492
                                                                              1-800-669-9492
                                                                    e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        Q.   And from your processing of the scene, did

 2   those appear to have any significance?

 3        A.   No.

 4        Q.   Next is Exhibit 28.

 5        A.   This is an overview of the day area as

 6   well as the lower cells.

 7        Q.   And next is Exhibit 30.

 8        A.   This is the entrance to cell 105.

 9        Q.   Do you know whose cell that was?

10        A.   I believe it was assigned to Javier

11   Molina.

12        Q.   As you were processing the scene, would

13   you try to take a picture of the outside of the cell

14   so that the rest of the pictures that followed,

15   you'd know it was pictures from the inside of the

16   cell?

17        A.   Yes.

18        Q.   Was that the idea?

19        A.   Yes.

20        Q.   Okay.  Let me hand you next Exhibit 31.

21   In this exhibit there appears to be an L-shaped

22   ruler.  What would you call that?

23        A.   They call it an L scale.  ABFO I think is

24   the proper name for it.  And it's in units of

25   measurements from millimeters and centimeters.
```

SANTA FE OFFICE                                                              MAIN OFFICE
119 East Marcy, Suite 110                                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                                      Albuquerque, NM 87102
(505) 989-4949                                                                    (505) 843-9494
FAX (505) 843-9492                                                          FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1    Q.   What's the purpose of using something like
2    this in processing a scene?
3    A.   We want to use this type of a scale and
4    take a photo image perpendicular so that any size or
5    dimensions can be accurately studied or reproduced,
6    mostly for lab analysis or some type of analytical
7    work.
8    Q.   Was there anything you were trying to
9    capture in Exhibit 31 that you recall?
10   A.   Just noticed some scratch marks and
11   disturbances on the floor.
12   Q.   And at this point in the investigation,
13   what significance might that have had to you?
14   A.   At that time we weren't really sure.  It
15   could have been from a struggle or some type of
16   movement.
17   Q.   Turning to Exhibit 32, same question.
18   What are you trying to look for in an exhibit like
19   this?
20   A.   This is similar to the previous
21   photograph.  It shows disturbance and scratch marks,
22   some gouges, it looks like, in the floor.
23   Q.   I'm going to circle something toward the
24   top center of the screen.  It looks like possibly a
25   horizontal line of some sort.  Are those the types

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                  201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                          (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1  of things you're looking for?

2      A.   Yes.

3      Q.   What might that mean to you?

4      A.   Well, again, just some type of a movement

5  scraping across the surface of the floor.  In this

6  picture we also have what could be a hair or a

7  fiber.

8      Q.   On your screen, could you go ahead and

9  touch the area you're talking about?  Is it within

10  that same circle?

11      A.   Yes, it is.

12      Q.   And what significance might that have for

13  investigation?

14      A.   Again, it's just documenting not just this

15  one area, but the area within the view of that

16  scale.  Scratching or movement in that area of the

17  floor.

18      Q.   Next is Exhibit 33.  Does Exhibit 33

19  capture anything in addition to what you've already

20  discussed with us?

21      A.   I'm not seeing anything different.

22      Q.   Exhibit 34?

23      A.   Exhibit 34, on the top, you can begin to

24  see maybe some indication of footwear impression.

25      Q.   If you can, can you please circle that?



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

```
 1        A.    (Witness complies.)
 2        Q.    And what significance would that have to
 3   you in processing the scene?
 4        A.    It would be documentation of footwear
 5   impression for any type of a footwear pattern
 6   analysis that the lab may be able to conduct with a
 7   submitted standard, of course.
 8        Q.    So if you have an occasion, there might be
 9   basically a footprint in there.  Would it help you
10   to collect other inmates' shoes to compare to
11   something like a pattern like this?
12        A.    Yes, it would.
13              MR. CASTELLANO:  For the record, the
14   witness has circled the top center of the screen.
15              THE COURT:  The record will so reflect.
16   BY MR. CASTELLANO:
17        Q.    Exhibit 35.  Same question.  Anything else
18   of significance that you see here?
19        A.    Not that I'm seeing, no.
20        Q.    Next is Exhibit 36.  What is it that you
21   notice about this photograph?
22        A.    In this photograph we're documenting gouge
23   marks in the floor.  They seem deeper.  And it looks
24   like a couple of gouge or chip marks.
25        Q.    What might that mean to you?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   Well, something heavy, or with a lot of
 2   force or energy struck that surface to chip that out
 3   or to gouge whatever that concrete surface or
 4   whatever it's made out of occurred.
 5        Q.   Next is Exhibit 37.  What do you see in
 6   this photograph?
 7        A.   This photo image shows more of the scratch
 8   marks but in the upper portion of the photo it shows
 9   blood drips.
10        Q.   I'm going to circle two darker spots
11   toward the top of this image.  Are those what you're
12   talking about when you say "blood drips"?
13        A.   Yes.
14        Q.   Was it your belief at that time that that
15   was blood?
16        A.   Yes.
17             MR. CASTELLANO:  The next set of exhibits
18   are Government's 38 through 51.  Your Honor, the
19   United States moves the admission of Government's
20   Exhibits 38 through 51.
21             THE COURT:  Any objection from the
22   defendants?
23             MR. VILLA:  No, Your Honor.
24             MR. JEWKES:  No, Your Honor.
25             THE COURT:  Not hearing any objection,
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   Government's Exhibit's 38 through 51 inclusive

 2   without gaps are admitted into evidence.

 3            (Government Exhibits 38 through 51

 4   admitted.)

 5   BY MR. CASTELLANO:

 6        Q.   Just so it's clear, since we haven't seen

 7   a picture of another door, is it your understanding

 8   these are photographs inside of Javier Molina's

 9   cell?

10        A.   Yes.

11        Q.   Let's turn next to Government's Exhibit

12   38.  Now, on this image it looks like the L-shaped

13   ruler is still on the floor.  Can you tell us

14   whether or not that's the same area that we looked

15   at in the previous photographs with at least a

16   couple of spots of blood?

17        A.   Yes, it is.

18        Q.   Now, I'm circling the L on that screen,

19   and within that circle do you see a number of drops

20   of something?

21        A.   Yes, I do.

22        Q.   What is that?

23        A.   They're going to be drops of blood.

24        Q.   The same question as before:  When you

25   take this photograph -- or Agent Casson, who is with
```

SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                                Albuquerque, NM 87102
(505) 989-4949                                                              (505) 843-9494
FAX (505) 843-9492                                                   FAX (505) 843-9492
                                                                        1-800-669-9492
                                                              e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1    you -- do you try to capture the scene as it was
 2    when you entered the cell?
 3         A.    That's correct.
 4         Q.    Next is Exhibit 39.  Same question.
 5    Within this L, are we now looking at multiple drops
 6    of what appear to be blood?
 7         A.    Yes.
 8         Q.    And the same question as before.  Does
 9    this ruler now help you measure the size of the
10    drops of blood, if necessary?
11         A.    Yes, it does, as well as the distance
12    between each drop.
13         Q.    Next is Exhibit 40.  What are we looking
14    at in this exhibit?
15         A.    This is going to be an overview.  The
16    green bag and those items are on top of the clothes
17    hamper.
18         Q.    Anything else of significance, or is this
19    just to show what's in that room?
20         A.    Yes, it's just an overview of how the room
21    was when we walked in.
22         Q.    Take a look at Exhibit 41.  Anything else
23    you see there?
24         A.    It's just showing, of course, the scale
25    with the drips of blood, and the work -- or bench or
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1  desk.

2        Q.   Okay.  Now let's turn to Exhibit 42.  If

3  you can tell from that picture, what are we looking

4  at?

5        A.   We're looking at a cast-off bloodstain.

6        Q.   What is a cast-off bloodstain?

7        A.   That's going to be a bloodstain put into

8  free flight, and then it comes into contact with the

9  surface, usually, then it becomes an elliptical

10 shape.

11       Q.   From your training and experience, do you

12 know how drops like that are created?

13       A.   By being flung off of a bloody object.

14       Q.   In other words, if there is something on

15 the object and the object is moved, does it then, as

16 you stated, fling something in the air?

17       A.   Yes, if you have a bloody object, you

18 swing back and you stop.  The blood then will

19 continue off of that object, creating a cast-off

20 pattern.

21       Q.   From this particular picture, can you tell

22 where this is in the cell?

23       A.   This is going to be on a vertical part of

24 the wall, right near that bench that was in the

25 previous image.

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                      201 Third NW, Suite 1630
Santa Fe, NM 87501                                             Albuquerque, NM 87102
(505) 989-4949                                                       (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1      Q.   Let's take a look at 43.  That may help

2  out a little bit.  Okay.  Now, do we have an idea --

3  in this picture, it looks like there is a corner.

4  I'm highlighting a corner here.  Is this the corner

5  of a wall and the ground underneath?

6      A.   Yes, it is.

7      Q.   And in Exhibit 43 is this the same

8  cast-off pattern you previously talked about?

9      A.   Yes, it is.

10     Q.   Looking at Exhibit 44, is this the same

11 blood or different blood in a different part of the

12 cell?

13     A.   It's a different bloodstain in a different

14 part of the cell.

15     Q.   And next is Exhibit 45.  Looks like in

16 this photograph toward the center there is

17 another -- I'll call it just the L ruler.  What are

18 you measuring there or what are you trying to show?

19     A.   It's hard to tell in this.  This is an

20 overview inside and an orientation to the location

21 of that scale.  In this image it's hard to tell.

22 I'm seeing what appear to be gouge marks on the

23 floor.

24     Q.   Let's take a look at Exhibit 46.  Now, on

25 46, does this appear to be what you were trying to

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                           Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 843-9492                                           FAX (505) 843-9492
                                                                 1-800-669-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE                              e-mail: info@litsupport.com

1  measure in 45 or using that for reference?

2      A.   Actually, when you get down toward the L

3  part of the scale, you can see a bloodstain on the

4  floor.

5      Q.   Can you circle that for us, please?  You

6  made a circle towards where the L is, where the

7  perpendicular lines are in the L; is that correct?

8      A.   Yes.

9      Q.   Did you also believe that to be blood?

10     A.   Yes.

11     Q.   Next is Exhibit 47.  What are we looking

12 at in this exhibit?

13     A.   This is an image when you walk into the

14 pod, you can see the bottom parts of the steps, and

15 you can see toward the left side would be the

16 entrance to the pod.

17     Q.   So for reference, if you went towards this

18 and turned left, you could walk out of the pod?

19     A.   Yes.

20     Q.   Actually, I'll show you the next picture.

21 Do you see there is an L here?  Let me go back one

22 more to 47.  I'm circling the L on the floor.  Once

23 you take that picture, do you then try to take a

24 closer picture so we know where this was taken

25 within a room?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1       A.   Yes, we do.

2       Q.   I'm also circling towards the left three,

3  I'll call them, smudges:   Two on the wall and one on

4  the floor.   Do you recall what those were?

5       A.   Yes, I do.   Blood.

6       Q.   Based on your investigation, whose blood

7  did you believe that to be?

8       A.   Mr. Molina's blood.

9       Q.   Turning now to Exhibit 48, is this a

10  closer picture of what we saw in 47 with the L on

11  the ground?

12       A.   Yes, it is.

13       Q.   And the same question.   What are you

14  trying to capture here?

15       A.   We are photographing those drips of blood.

16       Q.   For the record, I'm circling what appear

17  to be circles in this exhibit.   Are those what you

18  believe to be drops of blood?

19       A.   Yes.

20       Q.   Okay.   Turning to Exhibit 49, is this what

21  you mentioned in the other photograph is blood on

22  the floor and the wall?

23       A.   Yes.

24       Q.   Next is Exhibit 50.   In the previous

25  picture you had the L on the ground.   Is this the

SANTA FE OFFICE                                    MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                 Albuquerque, NM 87102
(505) 989-4949                                     (505) 843-9494
FAX (505) 843-9492                                 FAX (505) 843-9492
                                                   1-800-669-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE
                                                   e-mail: info@litsupport.com

34

1    same L now measuring a blood smear?

2        A.    Yes, it is.

3        Q.    What term would you use for that type of

4    blood pattern, if there is a term?

5        A.    Actually there are several events within

6    there.  One bloodstain.  You have a pooling of

7    blood.  You have what appears to be a drip into drip

8    of blood that's causing a pool.  And then you have a

9    smear, and you have what appears to be capillary

10   action, which is an object placed in blood, then

11   pulled away from it, so you have a distinct pattern

12   created after that's done.

13       Q.    Next is Exhibit 51.  What have you done in

14   this picture?

15       A.    We placed the L scale on the vertical

16   portion of the wall, bracketing that blood area.

17       Q.    And what, if any, significance does that

18   type of pattern have to you?

19       A.    It just shows that there was a bloody

20   object placed against that surface and in some type

21   of a lateral motion.

22            MR. CASTELLANO:  The next set of exhibits

23   will be Government's Exhibits 52 through 64, and at

24   this time the Government moves the admission of

25   Government's 52 through 64.

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                  201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                            FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1              THE COURT:  Any objection from the
 2   defendants?
 3              MR. VILLA:  No, Your Honor.
 4              MR. MAYNARD:  No, Your Honor.
 5              THE COURT:  Not hearing any objection from
 6   the defendants, Government's Exhibits 52 through 64
 7   inclusive and without gaps will be admitted into
 8   evidence.
 9              (Government Exhibits 52 through 64
10   admitted.)
11   BY MR. CASTELLANO:
12        Q.   Let's look next at Exhibit 52.  Can you
13   tell us what we're looking at in this exhibit?
14        A.   That's going to be an image of a smear of
15   blood on the inside of the pod entrance door.
16        Q.   So if we go through this door, are we
17   exiting the pod?
18        A.   Entering the pod.  Then you'd see it on
19   the interior side of the door.
20        Q.   Just so I'm clear, this picture is of the
21   door on the inside of the pod?
22        A.   Yes.
23        Q.   And what's the purpose of measuring here,
24   and were you trying to capture anything else in this
25   exhibit?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    A.    No.  We were trying to capture that

2 bloodstain with the scale.

3    Q.    Next is Exhibit 53.  Is Exhibit 53 close

4 to Exhibit 52 on that door?

5    A.    Yes, it is.

6    Q.    And what, if any, significance do these

7 markings have on the door?

8    A.    The upper one appears to be a partial,

9 maybe some type of a latent print, I don't know,

10 from the finger, maybe from the palm side, given its

11 linear shape.

12    Q.    If it looks like something that might be a

13 fingerprint, why would that be important to you?

14    A.    For any type of comparison.

15    Q.    Next is Exhibit 54.  What are we looking

16 at?

17    A.    This is an overview image depicting the

18 trash can next to the steps.

19    Q.    Why did the trash can become important to

20 you?

21    A.    We had found and collected some evidence

22 from inside of it.

23    Q.    Let's then turn to Exhibit 55.  What is

24 this?

25    A.    This is a photo image looking straight

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                       Albuquerque, NM 87102
(505) 989-4949                                                    (505) 843-9494
FAX (505) 843-9492                                          FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1   down into the trash container.
 2        Q.   Now, with Exhibit 55, can you tell the
 3   members of the jury whether this is as you found it,
 4   or had this been disturbed at any point where it was
 5   found?
 6        A.   At this point it had been disturbed as
 7   this photograph was taken.
 8        Q.   Okay.  Can you explain that, please?
 9        A.   We did our overviews and documented the
10   visible evidence and then the -- I forget the name
11   of their unit from the Corrections -- helped us to
12   search for evidence at that point.  This is evidence
13   we don't know exists yet; and with the understanding
14   that as they find it to then stop and let us know so
15   we can document it.  But at that point in searching,
16   items are moved from on top of it or whatever the
17   case might be.
18        Q.   So when this photograph was taken, was it
19   your understanding that something may have been
20   found underneath this and the picture was taken to
21   try to show what it looked like before anything was
22   removed?
23        A.   That's correct.
24        Q.   Let's look at Exhibit 56.  Anything of
25   significance you see at this point in the
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492                                            FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1   photography, number of pictures that were taken?

2       A.   This is looking down.  You can see part of

3   a handle of a sharp-edged instrument.

4       Q.   Can you circle that for us, please?

5       A.   I believe it's going to be in this area.

6       Q.   Let's go ahead and turn then to Exhibit

7   57.  Now, Exhibit 57 has a marker with a Number 1 on

8   it.  What is the purpose of that marker?

9       A.   These markers are used to identify

10  specific items of evidence we collect.  This Number

11  1 identified a chip bag that we collected as

12  evidence Number 1.

13      Q.   At that point in time, did the chip bag

14  seem to have some importance to you?

15      A.   Yes, it did.

16      Q.   What did you think was the significance at

17  that point in time?

18      A.   It appeared -- the way it was placed on

19  top of that sharp-edged instrument, it appeared to

20  be placed there for concealment purposes.  So it was

21  photographed and collected for the possibility of

22  latent prints or even DNA evidence on it.

23      Q.   Look at Exhibit 58.  What do we now see in

24  this exhibit?

25      A.   Now, you can clearly see the handle of a

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



1    sharp-edged instrument, so --

2        Q.   I'm going to circle something that's in

3    what I would call the lower left corner of the trash

4    can in that exhibit.  Have I circled what you

5    believe to be the sharp instrument?

6        A.   Yes.

7        Q.   And what can you tell us about that?  It

8    looks like there is some string?

9        A.   There was string on one end of it.

10   Opposite, the sharp point was wrapped in plastic,

11   possibly, if I remember correctly, cardboard, pieces

12   of cardboard.

13       Q.   Now, looking at Exhibit 59, is that a

14   better view of the sharp instrument that was in the

15   previous exhibit?

16       A.   Yes.

17       Q.   And at this point it looks like it's been

18   moved; is that correct?

19       A.   Yes, it has been.

20       Q.   Is that so you could get a better

21   photograph of it in its entirety?

22       A.   Yes, and the area that it was collected

23   from.

24       Q.   And you mentioned a sharp point.  I'm

25   circling at the end of that black instrument the

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                 Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 843-9492                                                 FAX (505) 843-9492



PROFESSIONAL COURT                                                 1-800-669-9492
REPORTING SERVICE                                                  e-mail: info@litsupport.com

40

1  tip.  How would you describe the tip of that object?

2       A.   It seems to be worked down to a point; by

3  whatever means, I don't know.

4       Q.   And what did the object appear to be, in

5  terms of plastic or metal?  What can you tell us

6  about that?

7       A.   It appeared to be some type of a metal,

8  and that could be a hard aluminum or some type of a

9  metal like that.

10      Q.   Next is Exhibit 60.  There is a Number 2

11 in this exhibit, what is the Number 2 for?

12      A.   It's identifying this sharp-edged

13 instrument as evidence item Number 2.

14      Q.   So if you write a report, does this help

15 you remember and memorialize where items were taken

16 as pieces of evidence?

17      A.   Yes, and this number will follow that item

18 if it goes to the lab and different places, so that

19 helps us track that specific item of evidence.

20      Q.   In terms of the numbering, then, as you

21 indicated, is it important that the Number 2 remain

22 Number 2 throughout so you can keep track of what

23 this piece of evidence is?

24      A.   Yes.

25      Q.   Let's look at Exhibit 61.  What is that?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      A.   This is a photograph of the sharp-edged

2  instrument collected as Number 2, and it's placed

3  inside of a knife box, which will be packaged with

4  evidence tape.

5      Q.   What's the purpose of the ruler in this

6  picture?

7      A.   This will show the length of that

8  sharp-edged instrument.

9      Q.   Would it be fair to say this instrument is

10  approximately 9 and a half inches?

11      A.   Yes.

12      Q.   Looking at Exhibit 62, what is this?

13      A.   This is a close-up photograph of the

14  handle portion of the sharp-edged instrument.

15      Q.   Can you tell the members of the jury

16  whether this string in the photograph is somehow

17  attached to the sharp instrument?

18      A.   It appears to be taped on or wrapped in

19  with the plastic.

20      Q.   Now, are you familiar with other names?

21  We've been calling it a sharp instrument.  Are you

22  familiar with other names that this is called?

23      A.   We refer to it as slang as a shank.

24      Q.   Exhibit 63.  What's the purpose of this

25  exhibit?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      A.    This is going to be a close-up of the

2   handle of the sharp-edged instrument marked as

3   Number 2 evidence, and it's showing a scale.  You

4   can see -- well, there's present some reddish stain

5   on there that appeared to be blood, so we're marking

6   that with a scale.

7      Q.    If you can, please circle the stain that

8   you're referring to.

9      A.    (Witness complies.)  I think this was in

10  these two areas here.

11     Q.    So you've made a circle between the one

12  and two-and-a-half centimeter mark and another one

13  between the three-and-a half and 5-centimeter mark

14  on that ruler; is that about right?

15     A.    Yes.

16     Q.    Okay.  Exhibit 64.  Same question.  What

17  are you measuring or looking at here?

18     A.    This image will be the same as the

19  previous one.  Again, marking what we believe to be

20  blood on the handle of that evidence item Number 2.

21         MR. CASTELLANO:  The next exhibits begin

22  with 65 through 73.  At this time the Government

23  moves the admission of 65 through 73, Your Honor.

24         THE COURT:  Any objection from the

25  defendants?

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                      Albuquerque, NM 87102
(505) 989-4949                                                  (505) 843-9494
FAX (505) 843-9492                                      FAX (505) 843-9492

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE
1-800-669-9492
e-mail: info@litsupport.com

```
 1              MS. DUNCAN:  No, Your Honor.
 2              THE COURT:  Not hearing any objection,
 3  Government's Exhibits 65 through 73 inclusive
 4  without gaps are admitted into evidence.
 5              (Government Exhibits 65 through 73
 6  admitted.)
 7  BY MR. CASTELLANO:
 8      Q.    Agent Rhoades, let's take a look at
 9  Exhibit 65.  What are we looking at?
10      A.    This is going to be an overview image of a
11  shower.  I think the upper level, if I remember
12  correctly.
13      Q.    Do you remember if this pod had an
14  upper-level shower and a lower-level shower?
15      A.    I believe it did, if I remember correctly.
16      Q.    Is it your recollection that this is the
17  upper-level shower?
18      A.    Yes, and -- I think it was.
19      Q.    Some other pictures may refresh your
20  recollection here in a second, so I'll move forward.
21  Before I do that there are some things.  I'm making
22  a circle on the bottom of the shower.  And can you
23  see a drain hole there?
24      A.    Yes.
25      Q.    What are the other items that are
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  referenced in this picture?

2      A.   You can see some pieces of plastic, pieces

3  of cardboard laying around the drain.

4      Q.   Let's look at Exhibit 66.  Is this now a

5  closer view of the previous exhibit?

6      A.   Yes, it is.

7      Q.   What are you trying to capture here?

8      A.   Again, the overall image to include the

9  plastic and the cardboard.  You can also see around

10  some of the plastic is a ligature of some type

11  similar to what was on the evidence item Number 2,

12  the sharp-edged instrument from the trash container.

13      Q.   I'm going to circle an item in the lower

14  right-hand corner.  You mentioned the term

15  "ligature."  What does that refer to?

16      A.   A string or a shoestring, a cord of some

17  type.  Just kind of a generic term.

18      Q.   And just comparing that string versus the

19  shank that was found in the trash can, did they

20  appear to be similar in nature?

21      A.   Appeared to be, yes.

22      Q.   Exhibit 67.  This is just now a closer

23  view of Exhibit 66?

24      A.   Yes, and then if you look inside one of

25  the holes in the drain, at the lower left you can



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1   see a piece of an object showing through there.
 2        Q.   Let's see if we can see it better in
 3   Exhibit 68.  Is that a better view?
 4        A.   Yes, it is.
 5        Q.   If you can circle the object you were
 6   referring to.
 7        A.   (Witness complies.)
 8        Q.   If this were a clock, I'll call it the
 9   circle that is about 7:00 o'clock on the clock face.
10   What's inside of that circle that you drew?
11        A.   Once we're able to retrieve it, it turned
12   out to be another sharp-edged instrument.
13        Q.   And when you say that, do you mean -- are
14   you referring to a shank?
15        A.   Yes, a shank.
16        Q.   Now, you said once you were able to
17   retrieve it.  How easy or difficult was it to get
18   that out of there?
19        A.   We actually had to go down through the
20   back side of the pod into a working area or crawl --
21   walk space, if you will, where the drainage -- I
22   think they have traps to catch evidence and stuff.
23   So that was dismantled, and this was collected from
24   the back side of the drain, actually.
25        Q.   Looking at Exhibit 69, there is now a
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                           Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                           FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1  marker with a Number 3 on it.  Is that -- did you

2  mark that for the same reason?  You collected

3  evidence, you identified where it came from?

4        A.    Yes.

5        Q.    And Exhibit 70.  Is that a closer view of

6  the items which would be labeled Exhibit 3 for your

7  purposes?

8        A.    Yes.  The shank was collected from here,

9  was collected as evidence item 3.  The plastic, the

10  cardboard inside the shower that you're looking at,

11  was collected as evidence item Number 3A.

12        Q.    Turning to Exhibit 71, what are we looking

13  at in this exhibit?

14        A.    This is the back side of that shower.

15  That pipe was disconnected and then that shank was

16  retrieved from inside that pipe.

17        Q.    And is that the one that we saw in the

18  shower?

19        A.    Yes, it is.

20        Q.    Turning to Exhibit 72, what is that?

21        A.    That will be the shank in the shower.

22        Q.    Exhibit 73?

23        A.    This was a rope that we identified and

24  collected from cell number 105.

25        Q.    And why would you have collected something



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1    like that from the cell?

2        A.   We had noticed what appeared to be blood

3    saturated inside or within the rope fibers.

4        Q.   I'm circling near the Number 3 on the

5    ruler you have on here at the marker 4, there is

6    something on that rope.  What is that?

7        A.   That's going to be what appeared to be

8    blood soaked into the fibers of that rope.

9        Q.   Now, did you later learn that was or

10   wasn't blood, or is that what you suspected at the

11   time?

12       A.   That's what we expected at the time.

13       Q.   Had you been to this facility before?

14       A.   Yes, I have.

15       Q.   For what purpose?

16       A.   Similar investigations.

17       Q.   And have you been out there before for a

18   homicide?

19       A.   Yes.

20       Q.   And in the previous homicide, can you tell

21   the members of the jury whether a rope or a ligature

22   was used?

23       A.   Yes.  I've been on some that ligature was

24   used for strangulation.

25            MR. CASTELLANO:  Turning to the next set

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    of exhibits, Exhibits 74 through Exhibit 83 are the

2    next batch.  And at this time, Your Honor, I'd move

3    the admission of 74 through 83.

4            THE COURT:  Any objections from the

5    defendant?

6            MR. VILLA:  No, Your Honor.

7            MS. DUNCAN:  No, Your Honor.

8            THE COURT:  All right.  Government's

9    Exhibits 74 through 83 will be admitted into

10   evidence.

11           (Government Exhibits 74 through 83

12   admitted.)

13   BY MR. CASTELLANO:

14       Q.   Turning to Exhibit 74, Agent Rhoades, what

15   are we looking at?

16       A.   This is a pair of sweat pants that were

17   soaking in some water inside that sink.  This is

18   cell number 111.

19       Q.   If you recall, do you recall whose cell

20   was number 111?

21       A.   No, I don't recall.

22       Q.   What was the significance of this pair of

23   pants?

24       A.   This pair of pants had what appeared to be

25   blood saturated into the fabric.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1       Q.    And since you have the Number 5 there, did
2   you collect that as evidence?
3       A.    Yes.
4       Q.    Turning to Exhibit 75, is this what you
5   stated as cell 111 where the pants were collected?
6       A.    Yes.
7       Q.    Exhibit 76.  What are we looking at in
8   this exhibit?
9       A.    This commode inside of cell 111 had strips
10  of plastic floating inside the water.
11      Q.    And since we have the marker 6 on this
12  exhibit, what is it that you collected here?
13      A.    That strip of plastic.
14      Q.    Why was that significant to you at that
15  time?
16      A.    It seemed consistent with the type of
17  plastic that the shanks' handle were wrapped in.
18      Q.    Turning now to Exhibit 77, why have we now
19  gone back to this exhibit, if you remember -- or to
20  the trash can, I should say?
21      A.    This will be the trash can from before
22  next to the steps.  From further searching from the
23  correctional officers, they located another shank
24  deep further down inside of this trash container.
25      Q.    I'm going to circle something that's at
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   the tip of a plastic bottle in this exhibit.  What

2   have I circled there?

3        A.   That's going to be one of the ends of a

4   shank.

5        Q.   And since the Number 7 is there, did you

6   collect that as Exhibit 7 for your purposes?

7        A.   Yes.

8        Q.   Now turning to Exhibit 78, do you remember

9   who this person is?

10       A.   No, I don't.

11       Q.   Do you remember why this person is dressed

12   this way?

13       A.   After we had finished processing the pod,

14   then each of the inmates assigned to that pod were

15   brought into another office, one at a time, and they

16   were photographed and their clothing were collected.

17   To my understanding, this was the clothing each of

18   them were dressed in during the time of the stabbing

19   incident.

20       Q.   Is that what they were asked to do, was

21   put on the clothing that they were wearing at the

22   time?

23       A.   That or that remained in the...

24       Q.   What's the purpose of showing the hands?

25       A.   Just to show if there is any, or lack of

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                           FAX (505) 843-9492
                                                                  1-800-669-9492

                                                        e-mail: info@litsupport.com

51

```
 1   any, blood or injuries.
 2        Q.   Turning to Exhibit 79, do you remember who
 3   this person was?
 4        A.   No, I don't.
 5        Q.   Do you remember if the picture was taken
 6   because he was one of the people in that pod?
 7        A.   Yes, that's correct.
 8        Q.   And as best as you can tell, was he
 9   supposed to be wearing what he was wearing at the
10   time of the Molina murder?
11        A.   That's my understanding, yes.
12        Q.   Exhibit 80.  Was this taken for the same
13   purpose?
14        A.   Yes.
15        Q.   Do you remember who this person was?
16        A.   No, I don't.
17        Q.   Exhibit 81.  Did you know who this person
18   was?
19        A.   No, I don't.
20        Q.   And just so it's clear, if you were there
21   to process the scene, was it your job to interview
22   anybody?
23        A.   No.
24        Q.   Or was it your job to identify anybody?
25        A.   No.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1     Q.   So at this point are you just identifying

2  by photographs and other ways what or who was there

3  on that occasion?

4     A.   Yes.  And the clothing taken from each of

5  these individuals was packaged and their name is

6  associated with it.  So it's in my report, but I

7  couldn't tell you offhand who they are.

8     Q.   Do you remember about what time these

9  photos were taken?  What time of the day or night?

10    A.   It was the early morning hours.  I think

11 we actually finished around 4:30 a.m.  May have

12 gotten started around 1:30, 2:00.

13    Q.   So once this process started, you stay on

14 scene, then, to continue to document everything that

15 was found there?

16    A.   Yes.

17    Q.   Exhibit 82.  Do you know anything about

18 this person other than what you documented here or

19 in your report?

20    A.   No.

21    Q.   Exhibit 83, same question.

22    A.   No, I don't know.

23         MR. CASTELLANO:   Okay.  The next set is

24 Exhibits 84 through 88, and 93 through 101.  The

25 Government at this time moves the admission of those

SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492
                                                                    1-800-669-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE
                                                           e-mail: info@litsupport.com

53

1   two sets of exhibits.

2           THE COURT:  All right.  Any objection from

3   the defendants?

4           MR. VILLA:  No, Your Honor.

5           MS. DUNCAN:  No, Your Honor.

6           THE COURT:  All right.  Government's

7   Exhibits 84 through 88 and 93 through 101 inclusive

8   without gaps will be admitted.

9           (Government Exhibits 84 through 88 and 93

10  through 101 admitted.)

11  BY MR. CASTELLANO:

12      Q.  Agent Rhoades, let's take a look at

13  Exhibit 84.  This is another picture of the

14  bloodstains in the doorway to the pod?

15      A.  Yes, it is.

16      Q.  Exhibit 85.  What are we looking at there?

17      A.  I believe this is going to be an image of

18  one of the bloodstains inside the doorway.

19      Q.  Exhibit 86?

20      A.  This is going to be an image of the shank

21  collected from the shower.

22      Q.  87.  Now that we have the ruler there,

23  does that help us with the dimension of that shank?

24      A.  Yes, it does.

25      Q.  Exhibit 88.  What is that there?  I'm

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   circling an object that runs diagonally from the top

2   center to the right center of this exhibit.

3        A.   You know, I haven't seen these photos.  I

4   don't know.  It looks like a long metal object.

5        Q.   Let's take a look at Exhibit 93 next.

6   This is a photograph of what?

7        A.   Looks like it's a photo of the lower

8   portion of the steps.

9        Q.   So are these the steps in the pod if

10  you're walking from the top tier to the bottom tier?

11       A.   It appears to be, yes.

12       Q.   And Exhibit 94.  I'm circling some objects

13  on the blue door.  Are these maybe some of the

14  stains that you documented earlier?

15       A.   Yes, this would be the interior of the pod

16  door.

17       Q.   Exhibit 95?

18       A.   This will be the entrance coming into the

19  pod, showing the blood.

20       Q.   Exhibit 96?

21       A.   It will be the same image as before except

22  taken from just outside the pod.

23       Q.   Looking at Exhibit 97, can you tell us

24  what that is?

25       A.   That's standing outside of that cell

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                          FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1    looking into it.
 2         Q.   Do you recall what number cell this was or
 3    which cell it was?
 4         A.   No, I don't, and I can't see it on the
 5    door, if it's written there.
 6         Q.   And what, if any, significance does this
 7    puddle of water have at the bottom of the picture?
 8         A.   I don't know.
 9         Q.   So at this point, if you don't know the
10    facts, are you just documenting in case it becomes
11    important later on?
12         A.   Yes.  We'll document, again, as we find
13    the scene.
14         Q.   I'm showing you Exhibit 98.
15         A.   This is going to -- you can see the lower
16    part of the steps at the top of the photo image, and
17    it's going to be documenting some of the bloodstains
18    on the floor.
19         Q.   And Exhibit 99?
20         A.   That's going to be an image of the shank
21    collected from the trash can.
22         Q.   Exhibit 100?
23         A.   That would be a photo image of the point
24    of the shank.
25         Q.   And I'll show you the shank in a little
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

56

```
1    bit.  But if you recall, was there anything that
2    caught your attention at the tip of this, the shank
3    in Exhibit 100?  If you can't tell from the picture,
4    I'll show you the shank in a little bit.
5        A.   Not to my recollection.  I don't see
6    anything.
7        Q.   Next is Exhibit 101?
8        A.   That's a photo image of the shank.
9        Q.   Now, you took some photographs of the pod.
10   I want to ask you if you recall, from being in the
11   pod, whether there were doors that connected blue
12   pod to the pod that was next door to it.
13       A.   I believe there was a door on the upper
14   tier, if I remember correctly, that connected to the
15   next pod.
16       Q.   If I could have the visualizer for a
17   second, please.  Thank you.
18            I'm showing you what's been admitted as
19   Defendants' Exhibit E, as in echo, 17 and I'm
20   showing you also here cell 105 for reference.  Now,
21   cell 105 you said was Javier Molina's cell?
22       A.   Yes.
23       Q.   Then you mentioned you believe there was a
24   door on the upper tier.  Is this the door that you
25   were referring to?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    Yes.
 2        Q.    When you were taking photos at the scene,
 3   did that door have any significance to you?
 4        A.    Not at that time, no.
 5        Q.    Did you document anything about that door?
 6        A.    No.
 7        Q.    And at the point you were at the scene,
 8   did you have anything that pointed you to the cell
 9   next door when you were investigating on March 7
10   into the hours of March 8, 2014?
11        A.    No.
12        Q.    I'm going to turn your attention now to,
13   if I can see the numbers, Exhibit 125 through
14   Exhibit 136.  Let start there.
15            MR. CASTELLANO:  Your Honor, at this point
16   I move the admission of Government's Exhibits 125
17   through 136.
18            THE COURT:  Any objection from the
19   defendants?
20            MS. DUNCAN:  No, Your Honor.
21            MR. VILLA:  No, Your Honor.
22            THE COURT:  Not hearing any objection,
23   Government's Exhibits 125 through 136 inclusive
24   without gaps are admitted into evidence.
25            (Government Exhibits 125 through 136
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    admitted.)

2    BY MR. CASTELLANO:

3         Q.    Agent Rhoades, beginning with Exhibit 125,

4    what can you tell us about what's shown in that

5    exhibit?

6         A.    This is a pair of boxer shorts that had

7    been cut, and this is showing some saturated blood

8    up on the upper left.

9         Q.    Do you know whose boxer shorts these were?

10        A.    These were relinquished to me from Agent

11   Jonathan Butler.  He was sent to the ER to collect

12   evidence from Mr. Molina.

13        Q.    Why were photographs taken of this type of

14   material or these items?

15        A.    We'll document any blood or types of

16   defects from clothing removed from decedents or

17   victims from these type of investigations.

18        Q.    When you received the item, as you stated

19   a second ago, was it actually cut off?

20        A.    At some point, yes.

21        Q.    Turning to Exhibit 126, does it look like

22   where the ruler is measuring at the L -- does that

23   look like an elastic waistband?

24        A.    Yes.

25        Q.    So what's in Exhibit 126?



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

59

```
 1        A.    It's -- we're documenting the bloodstains
 2   saturated into that clothing with a scale.
 3        Q.    And do you recall on which day you
 4   documented this information?
 5        A.    I have it in my report.  It would be,
 6   like, maybe the following day, possibly.
 7        Q.    Is your recollection, without seeing your
 8   report, this is still within maybe a day or so of
 9   the Molina homicide?
10        A.    Yes.
11        Q.    Looking at Exhibit 127, same thing.  Are
12   you now in this image documenting anything that
13   might contain blood or other significance?
14        A.    Yes, we are, with the scale.
15        Q.    Exhibit 128, same question.  Are you just
16   documenting things at this point?
17        A.    Yes, we're documenting what appears to be
18   blood saturated into the fabric of those shorts.
19        Q.    Turning to Exhibit 129.  Still documenting
20   any evidence of blood or other material?
21        A.    Yes, and this image also shows the cut in
22   the shorts.
23        Q.    So for the record, between the number 7
24   and 8 on the ruler, is this the cut you're referring
25   to?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

60

1      A.   Yes.

2      Q.   All right.  Turning to Exhibit 130, this

3  looks like a different type of material here.  So

4  what are we looking at in this exhibit?

5      A.   This is going to be now photographing a

6  suspected bloodstain saturated into a pair of sweat

7  pants.  I think they may have been sweat shorts, cut

8  short.

9      Q.   What was your understanding of who these

10  sweat pants belonged to?

11      A.   From Javier Molina.

12      Q.   Next is Exhibit 131-T.  Are you once again

13  documenting any indications of blood or other

14  evidence on his clothing?

15      A.   Yes, the suspected blood.

16      Q.   Next is Exhibit 132.  What are we looking

17  at here?

18      A.   This is a T-shirt collected from Javier

19  Molina.

20      Q.   I've just circled various areas on the

21  shirt.  From the picture it looks like they're a

22  different color from the shirt.  I just made three

23  circles on the right, bottom center, and left of

24  this item of clothing.  What is that?

25      A.   That's going to be what we believe to be

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1  blood saturated into the fabric.

 2      Q.   Let's look at Exhibit 133.  Same thing.

 3  What do the different colors on this clothing tell

 4  you?

 5      A.   Again, saturated blood.  And we're also

 6  now documenting defects in the shirt.

 7      Q.   What type of defects?

 8      A.   Like cuts.  Some are near circular, some

 9  are elongated within the fabric of the shirt.

10      Q.   Okay.  From this exhibit, can you -- are

11  you able to make a circle around anything that you

12  just referred to as any defects?

13      A.   Yes.

14      Q.   Go ahead and circle those, please, or at

15  least a few examples.

16      A.   (Witness complies.)

17      Q.   That's toward the bottom center and then

18  toward the left you've made some circles there.  And

19  what is your understanding of what you circled?

20      A.   My understanding?

21      Q.   Yes.  What is that?

22      A.   My understanding is it's holes or defects

23  made from stabbing action.

24      Q.   Looking at Exhibit 134, you have another

25  measuring L, I'll call it, or ruler.  What are you

SANTA FE OFFICE                                            MAIN OFFICE
119 East Marcy, Suite 110                        201 Third NW, Suite 1630
Santa Fe, NM 87501                               Albuquerque, NM 87102
(505) 989-4949                                        (505) 843-9494
FAX (505) 843-9492                               FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

 1    trying to capture there?

 2         A.   We're again documenting with the scale the

 3    blood, but also defects in his shirt.

 4         Q.   Can you circle one of those defects for

 5    us, please?

 6         A.   Above that is the Number 3 and to the left

 7    of that is Number 2 on the ruler, kind of where they

 8    intersect.

 9         Q.   Is that a hole in the shirt?

10         A.   Yes.

11         Q.   Turning to Exhibit 135, is this the same

12    thing?  You're now measuring bloodstains and holes

13    in the shirt?

14         A.   Yes.

15         Q.   And 136.  Do you see any other holes

16    depicted in this exhibit?

17         A.   Yes, right near the L part of the scale.

18         Q.   And then I'll circle an area right there.

19         A.   Yes.

20         Q.   Is that another hole in the shirt?

21         A.   Yes.

22              MR. CASTELLANO:  Okay.  The next set of

23    exhibits is Exhibits 137 through 142.  At this point

24    I move the admission of Government's Exhibits 137

25    through 142.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1            THE COURT:  Any objection from the

 2   defendants?

 3            MR. VILLA:  No objection.

 4            MR. MAYNARD:  No, Your Honor.

 5            THE COURT:  Not hearing any objection,

 6   Government's Exhibits 137 through 142 will be

 7   admitted into evidence.

 8            (Government Exhibits 137 through 142

 9   admitted.)

10   BY MR. CASTELLANO:

11       Q.   Turning to Exhibit 137, what are we

12   looking at there?

13       A.   This is a photo image from the T-shirt.

14   And it's a larger hole.

15       Q.   There also appears to be a white ring on

16   the fabric.  What is that and what's its purpose?

17       A.   We use that to help highlight some of the

18   defects in the shirt, just to help show their

19   position.

20       Q.   Let's look at Exhibit 138.  Is this the

21   shirt now laid out on the table?

22       A.   Yes, it is.

23       Q.   Exhibit 139.  Now, you're here documenting

24   other holes and also showing the ring on there

25   indicating another hole on this piece of fabric?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1      A.   That's correct.

2      Q.   Also Exhibit 140.  In between the ones on

3 this exhibit, is there another hole?

4      A.   Yes.

5      Q.   Let's look at Exhibit 141.  Now, it

6 appears in the lower right-hand corner of this

7 exhibit there is a Number 5.  Do you recall where

8 you previously had a picture of some pants with a

9 Number 5 by it?

10      A.   Yes, I do, in the sink in cell 111.

11      Q.   What's the purpose of taking this exhibit?

12      A.   This is an overview of those pair of pants

13 laid out so we could examine and photograph possible

14 bloodstains and other things on the pants.

15      Q.   When you first found these pants, were

16 they dry or were they wet?

17      A.   They were wet.

18      Q.   And when you found them, could you tell if

19 there was anything else -- well, they were wet and

20 they were in a sink; is that correct?

21      A.   Yes.

22      Q.   What else do you remember seeing in that

23 sink?

24      A.   There was water in the sink with kind of a

25 reddish tint to it.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   Looking at Exhibit 142, since there is the
 2   Number 5 here, are these the same pants?
 3        A.   Yes, they were.
 4        Q.   Did you have to dry these pants out before
 5   you did anything else with them?
 6        A.   Yes, they were dried I think overnight.
 7        Q.   Agent Rhoades, I want to now turn your
 8   attention to some of the exhibits in this case.  I
 9   think you testified earlier, if you had a number, it
10   was something that you had either collected or
11   otherwise documented in a report; is that correct?
12        A.   Yes.
13             MR. CASTELLANO:  May I approach the
14   witness, Your Honor?
15             THE COURT:  You may.
16   BY MR. CASTELLANO:
17        Q.   Agent Rhoades, I want to show you what's
18   been marked as Government's Exhibit 1.  Can you tell
19   us what that is?
20        A.   This is going to be that bag of chips that
21   was on top of the first shank in the trash can next
22   to the steps.
23        Q.   Was this the exhibit that also had a
24   Number 1 by it in the photograph?
25        A.   Yes, it is.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   How do you know it's the same thing you
2  collected?
3    A.   Well, it appears to be the same thing, and
4  packaged with it is a brown paper bag with my
5  evidence label on it.
6    Q.   And when you first packaged it, did you
7  store that in the brown paper bag that's contained
8  within the plastic bag?
9    A.   Yes.  Not the plastic bag; but I collected
10  and packaged this in the brown paper bag.
11    Q.   What was the purpose initially of storing
12  it in a paper bag as opposed to a plastic bag?
13    A.   Evidence preservation.  DNA.  A plastic
14  bag will develop condensation, moisture that could
15  destroy DNA.  So everything with DNA evidence is
16  packaged in paper so it can breathe, basically.
17    Q.   And that plastic bag -- does it appear to
18  be in the same condition as when you collected it?
19    A.   Pretty much, yes.
20        MR. CASTELLANO:  Your Honor, I'd move the
21  admission of Government Exhibit 1.
22        THE COURT:  Any objection from the
23  defendants?
24        MR. VILLA:  No, Your Honor.
25        MS. DUNCAN:  No, Your Honor.

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492                                            FAX (505) 843-9492

 

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1              THE COURT:  Not hearing any objection,
 2   Government Exhibit 1 will be admitted into evidence.
 3              (Government Exhibit 1 admitted.)
 4              MR. CASTELLANO:  And as best as I can
 5   right now, I'm going to publish these to the jury,
 6   if that's okay, Your Honor, using the visualizer.
 7              THE COURT:  You may.
 8   BY MR. CASTELLANO:
 9       Q.   Since this was collected, are you aware
10   that it had any significance in this case other than
11   possibly covering the contents of the trash can?
12       A.   Not to my knowledge, no.
13       Q.   Agent Rhoades, I don't know if you have
14   gloves.  Do you need gloves?  I'm going to hand you
15   some other exhibits.  I'm going to show you
16   Government's Exhibits 9 and 10.
17              MR. CASTELLANO:  May I approach the
18   witness, Your Honor?
19              THE COURT:  You may.
20   BY MR. CASTELLANO:
21       Q.   Agent Rhoades, I'm going to show you what
22   have been marked as Exhibits 9 and 10.  If you'll
23   begin with Exhibit 9, then I'll turn your attention
24   to Exhibit 10.  Have you had a chance to look at
25   those exhibits?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1      A.   Yes.

2      Q.   Can you please tell us what Government's

3  Exhibit 9 is?

4      A.   9 is going to be the sweat pants that we

5  saw in the previous photographs.

6      Q.   Those are documented in the photographs?

7      A.   Yes.

8      Q.   And the next exhibit?

9      A.   Exhibit 10 is going to be a white pair of

10  boxer shorts, again observed in the photographs

11  previously.

12      Q.   And is there a paper bag contained within

13  that plastic bag for each of those exhibits?

14      A.   Yes, there is.

15      Q.   When you initially collected this

16  evidence, was it stored in the paper bags?

17      A.   Yes.

18      Q.   And for purposes of the trial, has it been

19  placed in the plastic bags so the members of the

20  jury could see it?

21      A.   Yes.

22      Q.   And are those the same items you collected

23  from the crime scene on or about March 7, 2014?

24      A.   Yes, they are.

25           MR. CASTELLANO:  Your Honor, I'd move the

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    admission of Government's Exhibits 9 and 10.
 2            THE COURT:  Any objection?
 3            MR. VILLA:  Could we get clarification on
 4    9?  We've seen photos of two different sweat pants,
 5    so I just want to try to clarify which ones he's
 6    referring to.
 7        A.   These will be the gray ones collected from
 8    the hospital from Mr. Molina.
 9            MR. VILLA:  No objection.
10            MR. MAYNARD:  No objection.
11            THE COURT:  Not hearing any objections,
12    the Court will admit Government's Exhibits 9 and 10.
13            (Government Exhibits 9 and 10 admitted.)
14    BY MR. CASTELLANO:
15        Q.   Showing you on the visualizer Government's
16    Exhibit 9, are you able to see on this exhibit what
17    appear to be drops of blood?
18        A.   Yes.
19        Q.   And are those the types of things that you
20    were documenting in the photographs that the jury
21    has already seen?
22        A.   Yes.
23        Q.   Looking at Exhibit 10, are these Javier
24    Molina's boxer shorts that were collected?
25        A.   Yes.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   The same thing.  There appear to be
 2   discolorations.  Is that what you believe to be the
 3   blood that was on the boxer shorts?
 4        A.   Yes.
 5             MR. CASTELLANO:  Your Honor, at this time
 6   I move the admission of Government's Exhibits 4 and
 7   8.
 8             THE COURT:  Any objection from the
 9   defendants?
10             MS. DUNCAN:  No, Your Honor.
11             MR. MAYNARD:  No, Your Honor.
12             MR. VILLA:  No, Your Honor.
13             THE COURT:  Not hearing any objection,
14   Government's Exhibits 4 and 8 will be admitted into
15   evidence.
16             (Government Exhibits 4 and 8 admitted.)
17   BY MR. CASTELLANO:
18        Q.   I'm going to show you Exhibit 4, but if
19   you need to see it closer, please let us know.  I'm
20   showing you here Government's Exhibit 4.  If you
21   can, can you tell us what Exhibit 4 is or contains?
22        A.   This would be the rope collected from cell
23   105 that had what appeared to be saturation of blood
24   into it.
25        Q.   Now, on this exhibit there is a label on
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    here.  Can you explain that to the members of the

2    jury in terms of why it's labeled and what the label

3    is for?

4        A.   That's going to coincide with the evidence

5    marker in the photographs, the Number 4.

6        Q.   When it says item Number 4, when the

7    members of the jury see in Exhibit 4 in the

8    photographs, this should be the same thing?

9        A.   Yes.

10       Q.   I'm also showing you here -- I'm

11   indicating kind of a red spot there on the bottom of

12   this exhibit.  Is that what you initially had

13   thought was possibly blood?

14       A.   I believe so.  I remember it being darker,

15   but that could be it.

16       Q.   And when you collect this evidence, do you

17   then put the stickers on it for purposes of future

18   identification?

19       A.   Yes, they'll have our case number, who it

20   was collected by, the date, time, things like that.

21       Q.   The white label on this exhibit -- is this

22   your label?

23       A.   Yes, it is.

24       Q.   I'm going to now refer you to a yellow

25   label on there that says "Northern Forensic

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  Laboratory."  Do you know where that label comes

2  from?

3       A.   That's their label.

4       Q.   And if you know from working with them,

5  what's the purpose of the forensic laboratory having

6  its own label?

7       A.   They have their own numbering system that

8  they use to identify and track evidence that they've

9  analyzed.

10      Q.   Looking now at Exhibit -- Government's

11 Exhibit Number 8, what are we looking at in this

12 exhibit?

13      A.   That's the --

14      Q.   And I'll show you the label here, if it

15 helps.

16      A.   That's going to be the T-shirt that we

17 examined from Mr. Molina -- collected from him, that

18 has what appears to be a lot of saturated blood and

19 the defects that appear to be from a shank or a

20 stabbing motion.

21      Q.   This item is labeled JM-1 where it says

22 item number.  Are you able to see that?

23      A.   Yes.

24      Q.   What was the purpose of labeling the items

25 like this with the letters and a number?

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                        Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                          FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1     A.   It helps us to identify who it was

2 collected from.  In this case, JM would indicate or

3 be consistent with Javier Molina.

4     Q.   If you had collected other items from

5 Javier Molina would they then be numbered JM-2, -3,

6 and -4?

7     A.   Yes.

8           THE COURT:  Mr. Castellano, would this be

9 a good time for us to take our lunch break?

10          MR. CASTELLANO:  Yes, sir.

11          THE COURT:  We're going to break a little

12 early today.  Mr. Perez is going to run over to see

13 the doctor.  So we may have a little bit of an

14 extended lunch break.  So if you've been wanting to

15 try a restaurant and didn't think you had enough

16 time, or run some errands, go ahead and do that.

17 We'll shoot for being back in an hour but if you

18 come back, you may be waiting.  So we'll wait for

19 everybody.  Have a good lunch.

20          All rise.

21          (The jury left the courtroom.)

22          THE COURT:  All right.  Y'all have a good

23 lunch.  We'll shoot for an hour, but it may take

24 longer.

25          (The Court stood in recess.)

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                        201 Third NW, Suite 1630
Santa Fe, NM 87501                               Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                  FAX (505) 843-9492
                                                        1-800-669-9492
                                              e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1           MS. FOX-YOUNG:  Your Honor, can we make a
 2    brief record before the jury comes in?
 3           THE COURT:  Why don't you wait till Mr.
 4    Baca gets in?
 5           MR. MICKENDROW:  We're waiting for two
 6    more defendants, Your Honor, Baca and Herrera.
 7           THE COURT:  All right.
 8           Mr. Villa.  We'll go on the record.
 9           MR. VILLA:  Thank you, Your Honor.  Mr.
10    Perez has returned from the hospital.  I haven't
11    been able to look at all of the paperwork, because I
12    guess it's the United States Marshal's policy that I
13    can't.  So I would ask Mr. Mickendrow to provide
14    more information.
15           From what I understand, Mr. Perez had a
16    fever of 101.6.  He had a chest x-ray that the
17    doctors were concerned about.  He was given five
18    different prescriptions, given a little bit of apple
19    juice.  He still hasn't eaten since Saturday.
20           I would ask that the Court delay the trial
21    until tomorrow and we see how Mr. Perez is doing.
22    Some of the prescriptions that he's been given by
23    the doctor have not been filled yet.  I understand
24    the marshals are going to work to get those filled.
25    But I think he's got to be competent and got to be
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  able to assist counsel, and he's having a very

2  difficult time.  This morning he was having trouble

3  staying awake, having trouble concentrating.  Had a

4  very large, pounding headache, he was telling me.

5  So I think in support of this request, I'd ask Mr.

6  Mickendrow to provide whatever additional

7  information he has from Mr. Perez' paperwork.

8           THE COURT:  Do you have any additional

9  information?

10          MR. MICKENDROW:  I think Mr. Villa summed

11  it up well.  They were just concerned about the

12  chest x-ray.  They did the flu test.  It came back

13  negative for the flu.  But they said it's possible

14  that if they didn't catch it early, it would have

15  progressed into the flu.  So they did give five

16  different prescriptions.  They want him on a

17  nebulizer both morning and evening.  And he'll have

18  an inhaler here in court after that, and then he's

19  on antibiotics, as well as a couple of allergy

20  medications to try and clear up the drainage that's

21  going on.  So hopefully, that will clear up the

22  chest issue.

23          THE COURT:  Thank you.  Sounds like he's

24  doing better, doesn't have the flu, doesn't have

25  pneumonia.  So I think we better plow ahead.  If he



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1   runs into problems, alert the Court and we'll --

 2            All rise.

 3            MS. FOX-YOUNG:  Your Honor, I have one

 4   exhibit that I'd like to move into evidence before

 5   the jury comes out.  I probably could do it in 10

 6   seconds, or I can do it at another break.

 7            THE COURT:  Let's do it at another break.

 8            (The jury entered the courtroom.)

 9            THE COURT:  All right.  Everyone be

10   seated.

11            Mr. Rhoades, I'll remind you that you're

12   still under oath.

13            Mr. Castellano, if you wish to continue

14   your direct examination of Mr. Rhoades, you may do

15   so at this time.

16            MR. CASTELLANO:  Thank you, Your Honor.

17            THE COURT:  Mr. Castellano.

18   BY MR. CASTELLANO:

19      Q.   Agent Rhoades, I'm going to show you what

20   has been marked as Government's Exhibits 2, 3 and 7.

21            MR. CASTELLANO:  May I approach, Your

22   Honor?

23            THE COURT:  You may.

24   BY MR. CASTELLANO:

25      Q.   I'm going to give you 2 and 3 and I'll
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   also give you Exhibit 7.  Agent Rhoades, let me have

2   you look at those briefly, and I'll ask you if you

3   can tell us if you know what's contained within

4   those boxes.  And as you're talking about each one,

5   please tell us the exhibit number you're looking at.

6        A.   On the box marked Exhibit 7, which will be

7   my item number 7, it's going to be a box containing

8   one of the shanks collected from the pod.

9        Q.   And if you remember, where was that shank

10  collected?

11       A.   This one was collected further down into

12  the common area, trash container.

13       Q.   So if you recall, there is a photograph,

14  and it almost looked like there was a piece of metal

15  coming out of a plastic drinking bottle?

16       A.   Yes.

17       Q.   Is that the one that would be referenced

18  in Exhibit 7?

19       A.   Yes, it is.

20       Q.   And please turn to Exhibit 2.

21       A.   Okay.  Exhibit 2 is going to be my

22  evidence Number 2 and it's going to be a shank that

23  was collected from the common area of the trash can

24  inside the common area, and it's going to be the one

25  that was underneath the chip bag.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1     Q.    And the jury looked at the layers of the

2  trash.  This is the shank that was on top; or the

3  higher-up shank, I should say?

4     A.    Yes, it is.

5     Q.    Please turn to the next exhibit.

6     A.    Exhibit Number 3 is going to be my

7  evidence number 3 and this is going to be the shank

8  that was collected from the upper shower in the

9  drain.

10     Q.    And let me have you open those and take a

11  quick look at them to see if they are in the same or

12  substantially similar condition as when you

13  retrieved them or collected them.

14     A.    Number 7 will be the same, Number 2 will

15  be the same, and Number 3 will be the same.

16          MR. CASTELLANO:  Your Honor, at this time

17  we'd move the admission of Government's Exhibits 2,

18  3, and 7.

19          THE COURT:  Any objection from the

20  defendants?

21          MS. DUNCAN:  No, Your Honor.

22          MR. VILLA:  No, Your Honor.

23          MR. MAYNARD:  No, Your Honor.

24          THE COURT:  Not hearing any objection,

25  Government's Exhibits 2, 3, and 7 will be admitted

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    into evidence.
 2              (Government Exhibit 2, 3, and 7 admitted.)
 3              MR. CASTELLANO:  May I publish those to
 4    the jury over the visualizer here?
 5              THE COURT:  You may.
 6    BY MR. CASTELLANO:
 7         Q.   Agent Rhoades, I'm showing you
 8    Government's Exhibit 2.  I'm going to open up the
 9    contents of the box here.  I'm showing you the shank
10    here in Government's Exhibit 2.  Can you see the top
11    of that exhibit where it's pointed?  Do you see
12    where there looks like something like thread on
13    there?
14         A.   Yes, looks like threading.
15         Q.   And also contained in the exhibit is
16    something -- you may recall this from earlier --
17    pieces of plastic and a string?
18         A.   Yes.
19         Q.   I'm now showing you Government's Exhibit
20    3.  Now, based on the way this is shaped, do you
21    recall which shank this was?
22         A.   This would be from the shower, the drain
23    in the shower.
24         Q.   Next I'm going to show you Government's
25    Exhibit 7.  Was this the other piece that was in the
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   bottom of the trash can, if you recall?

 2        A.   Yes, it is.

 3        Q.   And can you see on here some sort of

 4   threading at the end of this metal also?

 5        A.   Yes.

 6        Q.   Now, in the picture there is a plastic

 7   bottle.  Can you tell the members of the jury

 8   whether the bottle in this box was the bottle

 9   depicted in that photograph?

10        A.   Yes, it is.

11        Q.   And what can you tell us about the paper

12   towels on the inside of the bottle?

13        A.   I didn't pull any of those out.  It was

14   collected as is.  So it just appeared like it's

15   paper towels.

16        Q.   So this is as you found it?

17        A.   Yes.

18        Q.   I'm going to ask you:  Recently you were

19   asked to look at a shoe belonging to Mario

20   Rodriguez?

21        A.   Yes.

22        Q.   And did you know, when you were looking,

23   what you were looking for?

24        A.   Yes, I did.

25        Q.   What did you believe you were looking for?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

81

```
 1        A.    A shank.
 2        Q.    Now, can you tell the members of the jury
 3   when you collected items on March 7 and 8 of 2014,
 4   whether that included items, personal items,
 5   belonging to people in the pod?
 6        A.    Yes, it was.
 7        Q.    And did that include their clothing and
 8   their shoes?
 9        A.    Yes.
10        Q.    I'm going to show you what have been
11   marked as Exhibits 746 and 746-A.
12              MR. CASTELLANO:  May I approach, Your
13   Honor?
14              THE COURT:  You may.
15   BY MR. CASTELLANO:
16        Q.    Turn first to Exhibit 746.  Can you tell
17   us what that is?
18        A.    Exhibit 746 is going to be the right
19   Reebok shoe collected from Mario Rodriguez's
20   clothing.
21        Q.    And until recently, did you have any
22   reason to look any closer at that shoe?
23        A.    No.
24        Q.    And what did you do with that shoe?
25        A.    Initially, along with the rest of the
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   articles of clothing, it was relinquished into the

2   evidence vault at the State Police office.

3       Q.   And had it been sitting in the vault from

4   the time it was seized up until more recently?

5       A.   Yes.

6       Q.   And recently what did you do with that

7   shoe once you heard something about a shank?

8       A.   I searched -- I wasn't initially told

9   which shoe, so I took both the left and the right,

10  and began searching for a shank within the cloth

11  portion of the back of the shoe, where I understood

12  it was located.

13      Q.   And how easy or difficult was it to search

14  for any items contained within?

15      A.   The cloth portion wasn't too difficult.  I

16  was able to cut it with a knife.  The sole part of

17  rubber was more difficult, with a knife, to cut into

18  and look.

19      Q.   And as a result of your searching, did you

20  eventually find something in that shoe?

21      A.   Yes, I did.

22      Q.   How were you able to find that item?

23      A.   I took an electronic saw and just started

24  dicing through it.  So when I cut down through the

25  heel of the right shoe, then I hit the metal shank.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   And let me turn your attention to Exhibit
 2   746-A.  You've used the term "shank."  Can you tell
 3   the members of the jury whether what's contained in
 4   746 is what you found within the shoe?
 5        A.   746-A is the shank that was found and
 6   collected from the shoe.
 7             MR. CASTELLANO:  Your Honor, I'd move the
 8   admission of Government's Exhibits 746 and 746-A, as
 9   in alpha.
10             THE COURT:  Any objection from the
11   defendants?
12             MR. VILLA:  No, Your Honor.
13             THE COURT:  Not hearing any objections,
14   Government's 746 and 746-A will be admitted into
15   evidence.
16             (Government Exhibits 746 and 746-A
17   admitted.)
18   BY MR. CASTELLANO:
19        Q.   If you can for the members of the jury,
20   please pull the shoe out of the bag, 746, give a
21   quick look at the shoe, and tell them what you did.
22        A.   So what I did -- it's in several pieces.
23   Initially I cut off and through the cloth portion of
24   the shoe.  And then I went with the electric saw,
25   and then I cut through the back part of shoe.  And
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    that's where I -- the saw hit part of that metal

2    shank sticking out.  It was actually embedded in

3    this way.  And right above that gray color tab you

4    can see.

5            MR. CASTELLANO:  May I approach the

6    witness, Your Honor, to retrieve the exhibits?

7            THE COURT:  You may.

8    BY MR. CASTELLANO:

9        Q.   Agent Rhoades, how many times did you have

10   to search this shoe to find the contents?

11       A.   Twice.

12       Q.   What happened the first time you searched?

13       A.   The first time, I understood that it was

14   in the cloth in the back part of it.  So that's when

15   I cut it with a knife.  And then I observed in some

16   of the tabs some holes in it, so then I attempted to

17   cut through and did cut through part of that, but I

18   did not see anything.

19            The second time is when I took the -- I'd

20   learned more about where it was located, so then I

21   took an electric saw and cut down straight through

22   the back of the shoe, and that is when I discovered

23   it.

24       Q.   Was that on two different dates or

25   occasions?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    Yes.

 2        Q.    I'm going to show you the content of the

 3   box which is 746-A, and I'll ask you if that's what

 4   you found inside the shoe.

 5        A.    Yes, it is.

 6              MR. CASTELLANO:   Your Honor, at this time

 7   I may have more questions of this witness.  I think

 8   the defense has agreed to let us put on Dr.

 9   Kastenbaum out of order.  She has to be somewhere

10   tomorrow.  So I think with the Court's permission

11   and counsel's, we'll have Agent Rhoades come off the

12   stand and we'll have Dr. Kastenbaum testify.

13              THE COURT:   Is that acceptable to the

14   defendants?

15              MR. VILLA:  Yes, Your Honor.

16              THE COURT:   All right.  Mr. Rhoades,

17   you'll need to stay outside of the courtroom until

18   you're called back in to testify.  Thank you for

19   your testimony.

20

21   (Break in testimony; resumption on same day.)

22

23

24

25
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&
ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

86

1          MR. CASTELLANO:  Your Honor, we're
2   re-calling Agent Rhoades at this point.
3          THE COURT:  All right.  Mr. Rhoades, if
4   you'll come up and return to the witness box.
5          Mr. Rhoades, I'll remind you you're still
6   under oath.
7          All right, Mr. Castellano, if you wish to
8   continue your direct examination of Mr. Rhoades, you
9   may do so at this time.
10          MR. CASTELLANO:  May I have a moment, Your
11   Honor?
12          THE COURT:  You may.
13          MR. CASTELLANO:  I was just checking my
14   exhibits.  At this point I pass the witness.
15          THE COURT:  Thank you, Mr. Castellano.
16   Mr. Jewkes, are you going to -- Ms. Jacks?
17          MS. JACKS:  I'm going to do it, Your
18   Honor.
19          THE COURT:  All right, Ms. Jacks.
20
21
22
23
24
25



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1                  NORMAN RHOADES,

 2       after having been previously duly sworn under

 3       oath, was questioned and continued testifying as

 4       follows:

 5                  CROSS-EXAMINATION

 6  BY MS. JACKS:

 7       Q.   Good afternoon, Mr. Rhoades.

 8       A.   Good afternoon.

 9       Q.   I want to start by asking you some

10  questions about the shoe that you found the shank

11  in, the shoe that you had to cut out -- I think

12  that's Exhibits 746 and 746-A.  When did you perform

13  that analysis, or when did you start?

14       A.   When I actually started to cut in the shoe

15  I think was the 24th or 25th of January.

16       Q.   So just a few days ago?  Last week?

17       A.   A week or so, yes.

18       Q.   And the first time you examined the shoe,

19  you were looking for some sort of shank in it and

20  you couldn't find it?

21       A.   Yes.

22       Q.   Then you went back the same day or a

23  different day?

24       A.   It was the next day.

25       Q.   So the 25th of January?
```




SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    A.   Yes, I think it was the days -- and it's

2  on the evidence labels -- I believe it was the days

3  of the 24th and 25th.

4    Q.   And I want to ask you some questions about

5  the video surveillance at Southern New Mexico

6  Correctional Facility.  When you went out the

7  evening of the Molina homicide, did you notice that

8  there were video cameras?

9    A.   Yes.  And I'm aware that they are, whether

10  they work or not sometimes.

11    Q.   I'm sorry?

12    A.   Whether they're working or not, I know

13  that there are surveillance cameras each time that

14  I've gone out in the past.

15    Q.   Okay.  In B pod, the pod where the Molina

16  homicide occurred, how many cameras were in that

17  unit?

18    A.   I don't know.  It could have been two, but

19  I couldn't say for sure.

20    Q.   Is there anything you could review that

21  might help refresh your memory?

22    A.   It would just be the overall photographs

23  that we took of inside the pod.

24    Q.   You say you think there may have been two.

25  Is that because you recall seeing video footage from

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                      201 Third NW, Suite 1630
Santa Fe, NM 87501                                              Albuquerque, NM 87102
(505) 989-4949                                                            (505) 843-9494
FAX (505) 843-9492                                               FAX (505) 843-9492
                                                                      1-800-669-9492
                                                              e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1   two cameras?
 2        A.   I really didn't have anything to do with
 3   the video part of it.
 4        Q.   That's actually where I was going to go.
 5   When you were out there taking photographs and
 6   documenting the situation with the crime scene, you
 7   did notice that there were video cameras; right?
 8        A.   Yes.
 9        Q.   And did you ask anybody which cameras
10   were -- which, if any, cameras were operational that
11   day?
12        A.   No, I didn't.
13        Q.   And did you make any effort to recover any
14   of the video footage from those cameras at or around
15   the time of the homicide?
16        A.   I did not, no.
17        Q.   Did you make any inquiry about any other
18   sort of video?  For example, how long the video
19   might have been stored or whether there was video
20   from other pods?
21        A.   No.  Really, anything dealing with the
22   video was assigned to other agents.
23        Q.   Okay.  Other agents from the New Mexico --
24        A.   State Police.
25        Q.   -- State Police.  Okay.  Exhibits 2, 3 and
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   7 are actually items that you booked into evidence;

 2   right?

 3        A.   Yes.

 4        Q.   And those are potential weapons you

 5   recovered the night of the Molina homicide from B

 6   pod?

 7        A.   Yes.

 8        Q.   Did you talk to anybody about a possible

 9   source of where those weapons or potential weapons

10   could have come from?

11        A.   No.

12        Q.   Did anybody -- did you interview anybody

13   at the prison regarding what's called the wheelchair

14   program where inmates refurbish wheelchairs and

15   walkers for charity?

16        A.   No, I did not.

17        Q.   Are you aware that such a program exists?

18        A.   No.

19        Q.   Are you aware if such a program existed

20   back in March of 2014?

21        A.   No.

22        MS. JACKS:   Thank you.  I don't have

23   anything further.

24        THE COURT:   Thank you, Ms. Jacks.

25        Anyone else wish to ask questions?  Go
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1  ahead, Mr. Maynard.
 2            MR. MAYNARD:  Just a couple of questions.
 3            THE COURT:  Certainly, Mr. Maynard.
 4                    CROSS-EXAMINATION
 5  BY MR. MAYNARD:
 6       Q.   Mr. Rhoades, I take it from the answers to
 7  the questions just a moment ago, did you make any
 8  inquiry into the operation or records of cameras in
 9  any of the adjoining pods?
10       A.   No, I did not.
11       Q.   No?  Okay.  And to your knowledge, no
12  camera footage was ever preserved from the other
13  pods?
14       A.   I'm not aware of anything, no.
15            MR. MAYNARD:  No questions.
16            THE COURT:  Thank you, Mr. Maynard.
17            Mr. Villa.
18                    CROSS-EXAMINATION
19  BY MR. VILLA:
20       Q.   Good afternoon, Agent Rhoades.
21       A.   Good afternoon.
22       Q.   Let me take you back to Exhibit 74.  Do we
23  have those?  And that's Exhibit 74.  And I think it
24  was your testimony that these pants were in a sink
25  in cell 111; correct?
```

SANTA FE OFFICE                                           MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                 Albuquerque, NM 87102
(505) 989-4949                                            (505) 843-9494
FAX (505) 843-9492                                    FAX (505) 843-9492
                                                     1-800-669-9492
                                              e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        A.    Yes.

 2        Q.    And I can't remember if you testified if

 3   you knew whose cell was cell 111.

 4        A.    I could not recall, no.

 5        Q.    Does it refresh your recollection that the

 6   cell was Mario Rodriguez' cell?

 7        A.    I don't know.

 8        Q.    And those are the pants that you saw, and

 9   ultimately found some blood on those pants; correct?

10        A.    Yes.

11        Q.    Did you do any testing of the blood?

12        A.    No, I did not.

13        Q.    You just turned that over to the lab?

14        A.    All the evidence was relinquished to

15   then-Agent Palomares, who was the lead on that case.

16   And so from me to him, and then he would facilitate

17   anything being sent to the lab.

18        Q.    So let me take you to Government's 79.

19   This is a photograph that you took of one of the

20   individuals inside blue pod; correct?

21        A.    Agent Casson actually took the photo.  I

22   was present when it was taken.

23        Q.    And do you know this individual to be

24   Mario Rodriguez?

25        A.    I don't know.  These photos were not taken
```

SANTA FE OFFICE                                                MAIN OFFICE
119 East Marcy, Suite 110                                      201 Third NW, Suite 1630
Santa Fe, NM 87501                                             Albuquerque, NM 87102
(505) 989-4949                                                 (505) 843-9494
FAX (505) 843-9492                                             FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.                                        1-800-669-9492
PROFESSIONAL COURT                                             e-mail: info@litsupport.com
REPORTING SERVICE

93

1  in the blue pod.  Actually, they were taken in an
2  office somewhere else in the facility.
3       Q.   Did you take the individuals over to this
4  office?
5       A.   No.
6       Q.   Do you know how they got there?
7       A.   They were escorted by correction officers.
8       Q.   And is it true that everybody in the pod
9  got escorted by corrections officers?
10      A.   Yes.
11      Q.   So let me show you Government's 586.  Does
12 that look like the same individual who was in the
13 photograph I just showed you, Government's 79?
14      A.   Looks similar, yes.
15      Q.   And this picture, which has already been
16 admitted as evidence, indicates that this individual
17 is Mario Rodriguez?
18      A.   Yes.
19      Q.   So do you now remember that the individual
20 who Agent Casson photographed while you were present
21 in Government's 79 is Mario Rodriguez?
22      A.   I could say it looks similar to him, yes.
23      Q.   And you're saying that based on the photos
24 you're seeing, not necessarily your memory from that
25 night?


SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

94

```
 1        A.    Yes.
 2        Q.    So I'll talk to you about the shoe you
 3   collected that you found the shank in.  That just
 4   occurred, say, a month ago; is that right?
 5        A.    About a month, yes.
 6        Q.    And the reason you looked into that shoe
 7   is because you got information there might be a
 8   shank in the shoe?
 9        A.    Yes.
10        Q.    And you knew that the shoe had been taken
11   from Mario Rodriguez; right?
12        A.    Yes.
13        Q.    It took you a couple of times, but
14   ultimately you got into the shoe and you took out
15   that shank that you recovered that the jury got to
16   see just a minute ago?
17        A.    Yes.
18        Q.    Were you told to look in Mario Rodriguez'
19   shoe for the shank, were you given any reason why
20   you were looking at it?
21        A.    Just to recover and document a shank that
22   was hidden in a shoe.
23        Q.    Did you recognize that shank as what is
24   often called an icepick?
25        A.    I really didn't make any similarities to a
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1   specific object other than a piece of metal.
2        Q.   I think was it your -- I may be going too
3   far.  Let me know.  Was it your testimony that that
4   piece of metal appeared similar to, like, metal from
5   a fence or a gate?
6        A.   I don't think that was my testimony.
7        Q.   Okay.  Other than the shanks that we've
8   talked about today, we saw three boxes that you
9   recovered from the blue pod and the one you
10  recovered from Mario Rodriguez's shoe.  Did you
11  recover any more shanks from the blue pod?
12       A.   No.
13       Q.   Did you look for any more shanks from the
14  blue pod?
15       A.   I did.  Primarily the correctional
16  officers -- they have a specialized unit -- assisted
17  in searching blue pod.
18       Q.   Is that the STIU, or the Security Threat
19  Investigation Unit?
20       A.   Yes, I think that's it.
21       Q.   While you were there, were you made aware
22  of the discovery of any other shanks?
23       A.   No.
24       Q.   I'm going to take you to Government's 22,
25  please.  This is one of the photos you took of blue
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

 1   pod that you talked about in your direct testimony;

 2   correct?

 3        A.   Yes, it is.

 4        Q.   And I'm going to circle here cell 115.  Do

 5   you see that there?

 6        A.   Yes.

 7        Q.   Now, I'll represent to you there has been

 8   in court testimony that Mr. Perez was in this cell

 9   at the time of the Javier Molina killing.  Were you

10   ever made aware of that?

11        A.   No, I was not.

12        Q.   Did you ever take any photographs inside

13   cell 115 for any reason?

14        A.   There were photographs taken, just

15   overviews, inside the cells that the doors were

16   open.  And I don't recollect any specific

17   photographs other than that being taken in cell 115.

18        Q.   In cell 115 were you ever asked to take as

19   evidence a walker?

20        A.   No.

21        Q.   Did you photograph a walker?

22        A.   Not to my knowledge, no.

23        Q.   Did you see a walker in there?

24        A.   No.

25        Q.   At any point in the course of your

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    investigation at Southern New Mexico, did you ever

2    see a walker?

3         A.   No.

4         Q.   Were you ever asked to photograph a

5    walker?

6         A.   No.

7         Q.   Were you ever asked to take as evidence a

8    walker?

9         A.   No.

10             MR. VILLA:   Okay.  If we could clear the

11   screen, please.

12        Q.   Did you ever determine whether any of the

13   surveillance video had an angle into room 115?

14        A.   No.

15        Q.   Were you provided any information about

16   how the pieces of metal shanks that you found in the

17   trash can or the shower drain -- how they got there?

18        A.   No, I was not.

19        Q.   So you don't know who put the shank into

20   the shower drain?

21        A.   No.

22        Q.   Or the trash can?

23        A.   No.

24        Q.   Let me take you back to Government's

25   Exhibit 82.  Do you know that to be a photograph of

SANTA FE OFFICE                                         MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                            (505) 843-9494
FAX (505) 843-9492                                   FAX (505) 843-9492



PROFESSIONAL COURT
REPORTING SERVICE
1-800-669-9492
e-mail: info@litsupport.com

98

```
 1   Mr. Perez, Rudy Perez?
 2         A.   No.   When I reviewed this, I don't -- I
 3   can't put a name to him.
 4         Q.   Okay.   And I just want to make sure it's
 5   clear, because we haven't seen all the photos.   But
 6   photographs were taken of everybody who was in that
 7   pod?
 8         A.   Yes.
 9         Q.   Regardless of whether they were suspected
10   to be involved in the crime or not?
11         A.   Yes.
12         Q.   And belongings were taken from all the
13   individuals in the pod; correct?
14         A.   Yes.
15         Q.   When I say "belongings," I mean personal
16   belongings, like clothing.
17         A.   The clothing that they wore into this
18   office that were photographed, they were collected.
19         Q.   So it didn't matter if you thought they
20   were actually involved in Mr. Molina's killing; you
21   wanted to collect everybody's clothing that they
22   were wearing to see if there was any evidence on
23   there?
24         A.   That's correct.
25         Q.   And photograph everybody that was in the
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  pod?

2      A.   Yes.

3      Q.   There was a video that was recovered by

4  Agent Palomares that the jury has seen showing the

5  attack on Mr. Molina.  Did you ever watch that

6  video?

7      A.   I watched it that night in one of their

8  offices, just a fast real-time, and this was the

9  only time that I've seen that video.

10     Q.   Were you ever given information about who

11 the individuals were on the video?

12     A.   No.

13     Q.   You knew who Mr. Molina was?

14     A.   The victim, yes.

15     Q.   And the individuals who are seen on the

16 video actually attacking Mr. Molina -- were you

17 provided information about who they were?

18     A.   No.

19     Q.   I'm going to take you back quickly to 749,

20 the pants in the sink of cell 111.  There were some

21 photos we see later of the same pants out to dry;

22 correct?

23     A.   Yes.

24     Q.   And I noticed that those pants weren't

25 introduced by the Government during your testimony;

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    is that correct?
 2         A.    That's correct.
 3         Q.    The actual physical pants themselves?
 4         A.    Yes, that's correct.
 5         Q.    But you took custody of those pants;
 6    correct?
 7         A.    Yes.
 8         Q.    And you still have them?
 9         A.    Yes.
10         Q.    Do you have them here with you today?
11         A.    No.
12         Q.    Are they back at the evidence room?
13         A.    Yes, at the State Police office.
14         Q.    And are you familiar with everything
15    that's in the evidence room with respect to this
16    case?
17         A.    I don't have it all memorized, but we have
18    the evidence custody list that I can refer back to.
19         Q.    And you would agree with me that nowhere
20    in that evidence room is a walker?
21         A.    Not that I had anything to do with, no,
22    and I'm not aware of one.
23         Q.    You haven't seen one in there related to
24    this case?
25         A.    Right.  Well, I don't go into the evidence
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   vault.  The evidence custodian will do that.  But
 2   I'm not aware of a walker being inside there.
 3        Q.   Was it the Government that asked you which
 4   items to bring here today?
 5        A.   Yes.
 6        Q.   And so the Government didn't ask you to
 7   bring the pants that were found in cell 111 that had
 8   blood on them?
 9        A.   No.
10        Q.   Did they tell you not to bring them?
11        A.   No.
12             MR. VILLA:  May I have just a moment?
13             THE COURT:  You may.
14   BY MR. VILLA:
15        Q.   Agent Rhoades, the shank that was
16   recovered from Mario Rodriguez's shoe just a month
17   or so ago -- did you do any forensic testing on that
18   shank?
19        A.   I did not, and I don't believe it was ever
20   submitted to the lab.
21        Q.   When it gets submitted to the lab, you
22   know that they can, for instance, swab it for DNA?
23        A.   Yes.
24        Q.   And the DNA might reveal who touched it or
25   if there is blood on it or things like that?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    Yes.

 2        Q.    But you didn't do that?

 3        A.    No.

 4        Q.    And as far as you know, nobody else did

 5   that?

 6        A.    That's correct.

 7        Q.    So you just found it in the shoe, put it

 8   in the box that's been admitted as part of the

 9   evidence, and that's it?

10        A.    Relinquished it to the evidence vault

11   under Agent, now Sergeant, Palomares' evidence.

12             MR. VILLA:  No more questions, Your Honor.

13             THE COURT:  Thank you, Mr. Villa.

14             Mr. Lowry?

15                   CROSS-EXAMINATION

16   BY MR. LOWRY:

17        Q.    Just a quick follow-up on that forensic

18   question.  Do you have any evidence whatsoever,

19   photographic or anything, from what you reviewed at

20   the scene to indicate that that shank taken out of

21   the tennis shoe is related to the Molina case?

22        A.    No, I don't.

23             MR. LOWRY:  No further questions, Your

24   Honor.

25             THE COURT:  Thank you, Mr. Lowry.
```



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1            Mr. Castellano, do you have redirect of
 2  Mr. Rhoades?
 3            MR. CASTELLANO:  Yes, Your Honor.
 4            THE COURT:  Mr. Castellano.
 5            MR. CASTELLANO:  May I approach the
 6  witness, Your Honor?
 7                  REDIRECT EXAMINATION
 8  BY MR. CASTELLANO:
 9      Q.   Agent Rhoades, I'm showing you what's been
10  marked as Government's Exhibit 5.
11      A.   Oh, okay.
12      Q.   Do you recognize that exhibit?
13      A.   Yes, I do.
14      Q.   What is this?
15      A.   That is the green sweat pants.
16      Q.   Is that exhibit available to the defense
17  if they want to introduce it today?
18      A.   Yes, it is.
19      Q.   And all the other evidence collected in
20  this case -- is that available to the defense if
21  they want to move its admission at trial?
22      A.   Yes, it is.
23      Q.   And if they ask you to bring it, are you
24  willing to bring any of those items for the defense?
25      A.   Yes.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   And they asked you questions about
 2   follow-up.  Was your job to do anything other than
 3   process the scene on that occasion?
 4        A.   No.
 5             MR. CASTELLANO:  I pass the witness, Your
 6   Honor.
 7             THE COURT:  All right.  Thank you, Mr.
 8   Castellano.
 9             All right.  Mr. Rhoades, you may step
10   down.
11             Is there any reason that Mr. Rhoades
12   cannot be excused from the proceedings, Mr.
13   Castellano?
14             MR. CASTELLANO:  No, Your Honor.
15             THE COURT:  From the defendants'
16   standpoint, can Mr. Rhoades be excused?
17             MR. VILLA:  Yes, Your Honor.
18             MR. MAYNARD:  Yes, Your Honor.
19             MR. LOWRY:  Yes, Your Honor.
20             MS. JACKS:  Yes.
21             THE COURT:  All right.  You're excused
22   from the proceedings.  Thank you for your testimony.
23
24
25
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   UNITED STATES OF AMERICA

2   STATE OF NEW MEXICO

3

4            C-E-R-T-I-F-I-C-A-T-E

5       I, Jennifer Bean, FAPR, RDR, CRR, RMR, CCR,

6   Official Court Reporter for the State of New Mexico,

7   do hereby certify that the foregoing pages

8   constitute a true transcript of proceedings had

9   before the said Court, held in the District of New

10  Mexico, in the matter therein stated.

11       In testimony whereof, I have hereunto set my

12  hand on this 15th day of March, 2018.

13

14       _____

15       Jennifer Bean, FAPR, RMR-RDR-CCR
         Certified Realtime Reporter
16       United States Court Reporter
         NM Certified Court Reporter #94
17       333 Lomas, Northwest
         Albuquerque, New Mexico 87102
18       Phone:      (505) 348-2283
         Fax: (505) 843-9492
19       License expires:  12/31/18

20

21

22

23

24

25


SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com