1

1          IN THE UNITED STATES DISTRICT COURT

2            FOR THE DISTRICT OF NEW MEXICO

3    UNITED STATES OF AMERICA,

4               Plaintiff,

5       vs.          NO:  CR-15-4268 JB

6    ANGEL DELEON, et al.,

7               Defendants.

8

9       Transcript of excerpted testimony of

10               JULIAN ROMERO

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2

1                      I N D E X

2  EXAMINATION OF JULIAN R. ROMERO

3   By MR. BECK                                    3

4  REPORTER'S CERTIFICATE                          54

5                   EXHIBITS ADMITTED

6  Government 494, 670, 671, 672 Admitted          8

7  Government 760Admitted                          21

8  Government 761Admitted                          19

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              THE COURT:  All right.  Does the
 2   Government have its next witness or evidence?
 3              MR. BECK:  Yes, Your Honor.  The United
 4   States calls Julian Romero.
 5              THE COURT:  Mr. Romero, if you'll come up
 6   and stand next to the witness box on my right, your
 7   left, before you're seated my courtroom deputy, Ms.
 8   Standridge, will swear you in.
 9                      JULIAN R. ROMERO,
10       after having been first duly sworn under oath,
11       was questioned, and testified as follows:
12              THE CLERK:  Please be seated.  State and
13   spell your name for the record.
14              THE WITNESS:  Julian R. Romero,
15   J-U-L-I-A-N, Romero, R-O-M-E-R-O.
16              THE COURT:  Mr. Romero.  Mr. Beck.
17                      EXAMINATION
18   BY MR. BECK:
19       Q.   Good morning, Mr. Romero.
20       A.   Good morning.
21       Q.   Are you now or have you been a member of
22   the Syndicato de Nuevo Mexico?
23       A.   Yes.
24       Q.   Who brought you in?  And just get a little
25   closer to the microphone, please.  Who brought you
```




SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    into the SNM prison gang?

2        A.    Juan Baca.

3        Q.    And was that in 1981?

4        A.    It was '81, '82.  I can't really recall

5    too much of that, but around '81, '82.

6        Q.    And how did you know Juan Baca before that

7    time?

8        A.    He was an old-timer from my barrio,

9    Barelas, in Albuquerque, and I just met him there at

10   the county jail.  I didn't know him before that.

11       Q.    When you say "barrio," does that mean your

12   street gang?

13       A.    It means the place I was raised.

14       Q.    Were you a member of the Barelas Street

15   Gang before you became an SNM member?

16       A.    Yes, I was.

17       Q.    How did Mr. Baca tell you to join the SNM?

18       A.    Well, it happened -- I guess he had seen

19   me running around the pod and stuff, and he seen how

20   I got along with all the rest of the inmates and

21   that stuff.  And to me, I think he seen me as a

22   person that had, you know, a little charisma, maybe,

23   talked to the other guys and got along with

24   everybody.  And he called me to his cell and he

25   introduced himself, I introduced myself, and we did

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                             FAX (505) 843-9492

BEAN
& ASSOCIATES, Inc.                                          1-800-669-9492
PROFESSIONAL COURT                              e-mail: info@litsupport.com
REPORTING SERVICE

5

1  a little bit of heroin.  And this was after the

2  penitentiary riot, and he told me he wanted to start

3  a gang in New Mexico, at the Santa Fe prison.

4      Q.   And what did he tell you about starting

5  that gang at the Santa Fe prison?

6      A.   Well, he gave me some of the bylaws.  He

7  gave me, like, it would take somebody that had been

8  in the penitentiary, like, three years, didn't have

9  any prior, being an informant, the cream of the

10  crop, you know, of the people, of the inmates that

11  were there.

12      Q.   And what do you mean by "cream of the

13  crop"?

14      A.   Well, the -- more or less the good guys,

15  you know, the guys that had potential to be leaders

16  and, you know, to get things together, you know.

17      Q.   You mean some of the strongest prisoners

18  at the Penitentiary of New Mexico?

19          MS. DUNCAN:  Your Honor, I'm going to

20  object.

21          THE COURT:  What's the objection?

22          MS. DUNCAN:  Leading.

23          THE COURT:  Overruled.

24  BY MR. BECK:

25      Q.   I said, did you mean some of the strongest

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1  prisoners at the Penitentiary of New Mexico?

2       A.   Some of the smartest, maybe.

3       Q.   And what did you -- and so you met Mr.

4  Baca at the county jail.  What happened after the

5  county jail?

6       A.   Well, after the county jail -- well,

7  during the county jail, he gave me the bylaws, and

8  he told me get together with a few people from Santa

9  Fe.  It was going to take a little bit of violence

10  because we had to get rid of another gang that had

11  been -- prior to this, there was Nuestra Familia.

12  They were called the Nuestra Familia, and there was

13  a few stragglers there.  And he said that it was

14  going to take a little bit of violence, so get

15  together with a few guys that he named.  And so I

16  went up there and --

17       Q.   Hold on one second.  Did he know that you

18  were being sent from the county jail to the

19  Penitentiary of New Mexico very soon?

20       A.   Yes.  I had got eight years.

21       Q.   And what happened, then, after this

22  conversation with Mr. Baca about taking out the

23  Nuestra Familia with violence?  What happened when

24  you got up to the Penitentiary of New Mexico?

25       A.    I met with the people that he told me to

SANTA FE OFFICE                                                                          MAIN OFFICE
119 East Marcy, Suite 110                                                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                                               Albuquerque, NM 87102
(505) 989-4949                                                                              (505) 843-9494
FAX (505) 843-9492                                                                     FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

 1    meet with.

 2         Q.   And who were those people?

 3         A.   One was Henry Clark, Tomas Clark, Tomas

 4    Campos.  I think he's deceased.  Steve Baca, Pollo;

 5    he's deceased.  And Animal, Steve Martinez; he's

 6    deceased.

 7              And he told me to get together with these

 8    guys and to start -- to give them the bylaws that he

 9    ran down to me about trying to get some people

10    together, the smartest ones, maybe a little bit

11    strong, too, you know.  And he told me it was going

12    to take a little bit of violence because we had to

13    get rid of the Nuestra Familia.  So I got together

14    with those people up there, and I ran it down to

15    them, and they all agreed to it, and that's how the

16    SNM formed.

17         Q.   So after this conversation with Mr. Baca,

18    when you go up to the Penitentiary of New Mexico and

19    get together with these other seven inmates that you

20    named, was that the beginning, including you, of the

21    first eight SNM members?

22         A.   That was the beginning.

23         Q.   And approximately what time period was

24    this?  What year?

25         A.   This was in '82.



SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                201 Third NW, Suite 1630
Santa Fe, NM 87501                                       Albuquerque, NM 87102
(505) 989-4949                                                  (505) 843-9494
FAX (505) 843-9492                                         FAX (505) 843-9492
                                                            1-800-669-9492
                                                    e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1      Q.   Now, Mr. Romero, I'm going to show you a

2  couple photos here.  Give me one second.

3           MR. BECK:  Your Honor, may I approach the

4  witness with what's been previously marked for

5  identification purposes as Government's Exhibits

6  494, 670, 671, and 672?

7           THE COURT:  You may.

8           MR. BECK:  Your Honor, the United States

9  moves for the admission of Government's Exhibits

10 494, 670, 671, and 672.

11          THE COURT:  Any objection?

12          MS. DUNCAN:  No, Your Honor.

13          THE COURT:  Not hearing any objection,

14 Government's Exhibits 494, 670, 671, and 672 will be

15 admitted into evidence.

16          (Government Exhibits 494, 670, 671, 672

17 admitted.)

18          MR. BECK:  Your Honor, may I publish to

19 the jury beginning with Government's Exhibit 670?

20          THE COURT:  You may.

21 BY MR. BECK:

22     Q.   Mr. Romero, what's depicted in the

23 photograph in front of you on the screen?

24     A.   My mug shot.

25     Q.   And in what year was that mug shot taken?



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   It doesn't say there, but I figure it was
 2   around '82, '81, around there.
 3        Q.   I'm going to circle the bottom right on
 4   that.
 5        A.   1980, yeah.
 6             MS. DUNCAN:  I'm so sorry to interrupt,
 7   but our screen has just gone down.
 8             THE COURT:  What has gone down?
 9             MS. DUNCAN:  Our monitor has gone down.
10   Thank you.
11   BY MR. BECK:
12        Q.   Mr. Romero, I'm now going to show you
13   what's been admitted as Government's Exhibit 671.
14   What is that a photograph of?
15        A.   That's also me.
16        Q.   What year was this mug shot taken of you?
17        A.   1990.  1990.
18        Q.   And I'm going to show you Government's
19   Exhibit 672.  What is this a photograph of?
20        A.   That's me.
21        Q.   And in what year was this photograph
22   taken?
23        A.   I don't know, but I think it was about
24   1990, around there.  I can't read the sign right
25   there.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.   Does it say 2010 on the bottom right of
2  that?
3      A.   Yes, 2010.  That's it, about.
4      Q.   Were you incarcerated in the New Mexico
5  Department of Corrections in 2010?
6      A.   In 2010, yes, I was.
7      Q.   And I'm going to show you what's been
8  admitted as Government's Exhibit 494.  What is this
9  a photograph of?
10     A.   It a photograph of me with the other
11 members of the SNM.
12     Q.   All right.  And where are you in that
13 photograph?
14     A.   I'm the one in the middle, sitting down.
15     Q.   I just circled the person sitting down.
16 Is that you?
17     A.   Yes, that's me.
18     Q.   Was this photograph taken inside a prison
19 facility?
20     A.   Yes, it was.  Excuse me.  Could you go
21 back to that?
22     Q.   Sure.
23          MR. BECK:  Can you put it back up?
24     A.   That isn't in New Mexico, I don't think.
25     Q.   That is not in New Mexico?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      A.    No.

2      Q.    Were you incarcerated outside of New

3  Mexico?

4      A.    Yes, I was.  I was in Oregon State Prison

5  for a while.

6      Q.    Is that where that is?

7      A.    I can't recall where that was at.  It just

8  doesn't look like New Mexico to me, and the

9  clothes -- we never wore clothes like that in New

10 Mexico.

11     Q.    Okay.  But this is a photograph of you

12 inside of a prison?

13     A.    That is me, yeah.

14     Q.    Thank you, Mr. Romero.  When was the first

15 time you went to prison?

16     A.    1977.  August of 1977.

17     Q.    And how old were you in August of 1977?

18     A.    I was 18 years old.

19     Q.    And where were you on your 21st birthday?

20     A.    I was in prison at Santa Fe, New Mexico.

21     Q.    And what happened at that time?

22     A.    Well, at that time was the worst prison

23 riot in the history of New Mexico.  It was a

24 gruesome riot.

25     Q.    And were you incarcerated at the

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                           201 Third NW, Suite 1630
Santa Fe, NM 87501                                   Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                    FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1   Penitentiary of New Mexico, what some people refer

2   to as the Old Main, during that prison riot?

3        A.   Yes, I was.

4        Q.   To your knowledge -- you were one of the

5   founding members of the SNM; is that right?

6        A.   Yes.

7        Q.   Was the SNM around at the time of the

8   prison riot?

9        A.   At that time, no, it wasn't.

10       Q.   Did it come to be formed after the prison

11  riot?

12       A.   It was formed after the prison riot.

13       Q.   I want to talk to you about some of the

14  crimes that you've committed in relation to the SNM.

15  Did you at some point assault someone named Gilbert

16  Saavedra?

17       A.   Yes, I did.

18       Q.   Was that around 1982?

19       A.   Yes, it was.

20       Q.   What happened?

21       A.   He was part of the Nuestra Familia, and he

22  was one that had to be taken out, taken out of the

23  population.

24       Q.   What is the Nuestra Familia?

25       A.   That's a gang in Northern California,

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                Albuquerque, NM 87102
(505) 989-4949                                           (505) 843-9494
FAX (505) 843-9492                                  FAX (505) 843-9492

1-800-669-9492
e-mail: info@litsupport.com

1  Fresno, all that.

2      Q.   Were there Nuestra Familia members

3  incarcerated within the New Mexico Department of

4  Corrections?

5      A.   Yes, but that was way before I got there.

6  They got that formed by a guy named -- I guess his

7  name -- I don't guess.  I know his name was Richard

8  Valdez.  And he started recruiting some people.

9          And could I have a glass of water, please?

10     Q.   Sure, right in front of you.

11         And why did you, as an SNM member, target

12 Gilbert Saavedra, who is a Nuestra Familia member?

13     A.   It was an order from Juan Baca.

14     Q.   Is that the same Juan Baca who sent you up

15 to the Penitentiary of New Mexico to form the SNM

16 Prison Gang?

17     A.   Yes.

18     Q.   Approximately two years later, in 1984,

19 did you again do an assault for the SNM?

20     A.   Yes, I did.

21     Q.   Tell us about that.

22     A.   His name was Steve Baca.  And it came out

23 through the word and everything that he is an

24 ex-Nuestra Familia.  And he jumped the fence and

25 came over to the SNM.  And that's not something that

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   you're supposed to do.  You're not supposed to jump

2   from one gang to another.  And so Juan Baca sent the

3   word out there that he had to get hit.  And he sent

4   the word to somebody else, but the guy that he sent

5   the word to just didn't want to do it.  And so me

6   and a guy named Sam Guevera took it upon ourselves

7   to do it.

8        Q.   And what did you do to Mr. Baca?

9        A.   We walked into the cell and we stabbed

10  him.

11       Q.   And why was the SNM targeting Nuestra

12  Familia gang members?

13       A.   Well, Juan Baca, when he went -- after the

14  riot, he went to California.  I forget the name of

15  the -- Soledad or something like that.  It was in

16  California.  And while he was up there, he ran into

17  a couple of people that were with the Los Carnales,

18  and Los Carnales were saying that Juan Baca was --

19       Q.   Let me stop you there, and maybe I'll ask

20  a better question.

21       A.   Go ahead.

22       Q.   Was the SNM targeting Nuestra Familia

23  because they were a rival gang of the SNM at that

24  time?

25       A.   Yes.  That's why we were targeting them.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1      Q.    And I don't think we -- what did you do
 2 before that, in 1982, to Gilbert Saavedra?
 3      A.    What did I do before that to Gilbert?
 4      Q.    Yes.  How did you perform the assault?
 5 How did you assault him?
 6      A.    On Gilbert Saavedra?
 7      Q.    Yes.
 8      A.    Well, me, Henry Clark, and Angel Carreon
 9 waited till 3:00 in the morning.  And he was asleep,
10 and I tried to stick him in the neck and go to the
11 top of his head, and I missed, and I hit him here,
12 and it came out the back of his ear and missed his
13 brain, so I didn't kill him.  But I tried to.  And
14 Henry and Angel -- they threw their weapons and just
15 didn't do anything, you know.
16      Q.    So you stabbed Gilbert Saavedra through
17 the chin and out through the ear?
18      A.    Yes.
19      Q.    In 1986, did you call a hit for the SNM?
20      A.    In 1986, did I call a hit?
21      Q.    Yes.
22      A.    I didn't call a hit, but I think that's --
23 you're referring to a person named ^Troca?
24      Q.    Yes.
25      A.    He was hit before he even came out of cell
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   block 3, because he tried to assault Angel Munoz
 2   while we were in cell block 3.  He tried to stick
 3   him with a broom stick.  So he had a green light on
 4   him when he came out.  So that, right there, was
 5   just anybody that could get him, the closest one to
 6   him, you know.
 7        Q.   And who was Angel Munoz?
 8        A.   He was another SNM member.
 9        Q.   And in 1994, were you involved in an
10   incident with a man named Huesos?
11        A.   In 19- --
12        Q.   '94?
13        A.   '94, with Huesos?
14        Q.   Yes.
15        A.   No, I don't recall that.
16        Q.   All right.  We'll come back to that.
17        A.   Sure.
18        Q.   As one of the founding SNM members, did
19   you bring in or recruit other SNM members?
20        A.   Yes, I did.
21        Q.   And who did you recruit or bring in?
22        A.   I just recruited a couple more members.
23   It was Jesse Chavez, a guy named Javier ^Parra.  And
24   after that, I didn't recruit anybody else.
25        Q.   Did you recruit Billy Garcia?
```

SANTA FE OFFICE                                      MAIN OFFICE
119 East Marcy, Suite 110                    201 Third NW, Suite 1630
Santa Fe, NM 87501                             Albuquerque, NM 87102
(505) 989-4949                                       (505) 843-9494
FAX (505) 843-9492                               FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1      A.   No, I did not recruit him ^^Parra maybe
 2 back there?^^  ^^I don't think so.  MS.^^
 3      Q.   And I think you told us a little bit about
 4 this before.  But what is the criteria -- what was
 5 the criteria for membership in the SNM when you were
 6 recruiting and bringing in members?
 7      A.   It was that a person had to have at least
 8 three years in the penitentiary.  He couldn't have
 9 any prior -- you know, like, being an informant; he
10 couldn't be a person that ran from a fight.  He
11 couldn't have any weakness in him.  And he had to be
12 pretty smart.  You know, we wanted the cream of the
13 crop.  I don't know if you understand what I mean by
14 "the cream of the crop," but he had to be a pretty
15 stand-up person, you know.
16      Q.   And what would happen if an SNM member
17 that you brought in did not participate in an SNM
18 hit when he was ordered to?
19      A.   He would get hit.
20      Q.   Is there any symbolism associated with the
21 SNM prison gang?
22      A.   Could you repeat that?
23      Q.   Is there any symbol associated with the
24 SNM prison gang?
25      A.   Yes, there is a symbol.
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                            FAX (505) 843-9492




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
1       Q.   And what is that symbol?
2       A.   It's the Zia symbol with an S and NM in
3   it.
4       Q.   And how did that symbol come to be?
5       A.   Juan Baca told me to design some kind of a
6   symbol to represent the SNM.  But he said you didn't
7   have to put it on, if you didn't want to.  You know,
8   you could have been a sleeper, or whatever.  And I
9   just designed what I thought would be a good design,
10  you know.  So me and this other guy -- I can't
11  remember his last name.  He was from Texas.  And his
12  first name was Tony, but I can't remember his last
13  name.  And we got together and we designed it.
14      Q.   So you and Tony designed the Zia with the
15  S in it, the SNM symbol?
16      A.   Yes.
17      Q.   All right.
18           MR. BECK:  Your Honor, at this time, the
19  United States moves to admit Government's Exhibit
20  761.
21           THE COURT:  Any objection?
22           MR. VILLA:  No, Your Honor.
23           THE COURT:  Not hearing any objection,
24  Government's Exhibit 761 will be admitted into
25  evidence.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1                (Government Exhibit 761 admitted.)

 2                MR. BECK:  May I publish to the jury, Your

 3    Honor?

 4                THE COURT:  You may.

 5    BY MR. BECK:

 6         Q.    Mr. Romero, I'm showing you Government's

 7    Exhibit 761.  Who are these photographs of?

 8         A.    Those photographs are of me.

 9         Q.    All right.

10                Are these your tattoos?

11         A.    Yes, those are my tattoos.

12         Q.    And in this photograph at the top right,

13    it looks like your right side of your abs or your

14    lower ribcage, there is a circle of a tattoo.  What

15    is that tattoo?

16         A.    That's just a flower.

17         Q.    That's just a flower?

18         A.    Yes.

19         Q.    Okay.  Do you have a tattoo of the Zia

20    with an SNM symbol on there?

21         A.    No, I don't.

22         Q.    How does the SNM interact with drugs

23    inside the prisons?

24         A.    The way the SNM deals with drugs in the

25    penitentiary is, if anybody is bringing in drugs, a
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                    (505) 843-9494
FAX (505) 843-9492                                           FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1  quantity of drugs, we usually get a cut out of it.

2  And we'll buy some and put it in so they can buy

3  some more and...

4       Q.   And by "We get a cut of it," do you mean

5  the SNM gets a cut of it?

6       A.   Yes.

7       Q.   And do you get a cut of it from SNM

8  members as well as non-SNM members?

9       A.   Yes.

10      Q.   And have you purchased drugs from SNM

11  members before?

12      A.   Yes, I have.

13      Q.   Are you a drug addict, Mr. Romero?

14      A.   Right now I'm taking Suboxone.

15      Q.   Before you were taking Suboxone, were you

16  a drug addict?

17      A.   Yes, I was a drug addict.

18      Q.   And right now, how often do you take

19  Suboxone?

20      A.   Now, I take Suboxone -- I take one a day.

21      Q.   Is that one strip?

22      A.   One strip a day.

23      Q.   And when did you start using drugs?

24      A.   When did I start using drugs?  When I was

25  16 years old.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1      Q.    And when did you stop by going on
 2 Suboxone?
 3      A.    About two years ago.
 4           MR. BECK:  Your Honor, at this time the
 5 United States moves to admit Government's Exhibit
 6 760.
 7           THE COURT:  Any objection?
 8           MR. VILLA:  No objection.
 9           THE COURT:  All right.  Not hearing any
10 objection, Government's Exhibit 760 will be admitted
11 into evidence.
12           (Government Exhibit 760 admitted.)
13           MR. BECK:  May I publish to the jury, Your
14 Honor?
15           THE COURT:  You may.
16 BY MR. BECK:
17      Q.    Mr. Romero, I'm showing you Government's
18 Exhibit 760.  Do you recognize what's depicted in
19 this photograph?
20      A.    What do you mean by that?
21      Q.    Are you familiar with a penitentiary pack
22 or a pen pack?
23      A.    Am I what?
24      Q.    Are you familiar with a penitentiary pack
25 or a pen pack?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    A pen pack?
 2        Q.    Yes.  Are you familiar with that term?
 3        A.    No, I'm not familiar with it.
 4        Q.    All right.  I'm going to go to page Bates
 5   48395, and it may take a moment.  This is a rather
 6   thick one.
 7              Mr. Romero, are you familiar with this
 8   judgment, sentence, and commitment?
 9        A.    Yes.
10        Q.    And what is this?
11        A.    It's a plea bargain that I took for the
12   burglary.
13        Q.    All right.  So in this document, in 1978,
14   were you convicted, after a guilty plea, of
15   residential burglary, larceny, and escape from jail?
16        A.    Yes, I was.
17        Q.    And how old were you in 1978?
18        A.    In '78, I think I was, like, 19.
19        Q.    And on the bottom of that page, continued
20   onto the next page, were you sentenced to two to 10
21   years for each of those counts?
22        A.    Yes, I was.
23        Q.    Now, I'm going to move backwards in your
24   penitentiary pack to Bates 48393.  In 1983, were you
25   convicted of armed robbery and aggravated battery?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   Yes, I was.
 2        Q.   And for those sentences, were you
 3   convicted and sentenced to prison for a total of
 4   seven years?
 5        A.   I think it was eight years.
 6        Q.   And at the bottom here, it says, "Two
 7   years of said sentences shall be suspended and
 8   defendant is to serve a total of seven years"?
 9        A.   Yes, two years were suspended then, yeah.
10        Q.   Now I'm going to move back to 1987 on
11   page -- Bates No. 48391.  Four years later, in 1987,
12   were you convicted of auto burglary?
13        A.   Yes.
14        Q.   And were you sentenced to 18 months in
15   prison for that conviction?
16        A.   Yes, I was.
17        Q.   I'm going to move back to Bates No. 48388.
18   Five years later, in 1992, were you convicted of
19   commercial burglary and shoplifting?
20        A.   Yes.
21        Q.   Were you sentenced to five and a half
22   years with one and a half years suspended, for a
23   total of four years?
24        A.   Yes, I was.
25        Q.   I'm going to move back to Bates No. 48385.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   In 1995, were you convicted of breaking and

2   entering?

3       A.   Yeah.

4       Q.   And were you sentenced to nine and a half

5   years with one and a half years suspended, for a

6   total of eight years?

7       A.   Yes.

8       Q.   I'm going to move back to Bates No. 48383.

9   In 2000, was your probation revoked and were you

10  sentenced to nine and a half years with credit for

11  eight and about three-quarter years, for a total of

12  210 more days' incarceration?

13      A.   Yes.

14      Q.   Now I'm going to move back now to Bates

15  No. 48378.  In 2004, were you convicted of

16  trafficking in heroin?

17      A.   Yes, I was convicted of that.

18      Q.   And were you sentenced to 18 years, five

19  months, with eight years and five months suspended,

20  for a total sentence of 10 years?

21      A.   Yes.

22      Q.   And Bates No. 48373.  In 2005, one year

23  later, were you sentenced to 18 months'

24  incarceration for a failure to appear?

25      A.   Yes.



SANTA FE OFFICE                                    MAIN OFFICE
119 East Marcy, Suite 110              201 Third NW, Suite 1630
Santa Fe, NM 87501                      Albuquerque, NM 87102
(505) 989-4949                                    (505) 843-9494
FAX (505) 843-9492                          FAX (505) 843-9492
                                                1-800-669-9492
                                      e-mail: info@litsupport.com

```
 1        Q.    Mr. Romero, when did you get out of the
 2   New Mexico Corrections Department?
 3        A.    The last time I got out was October 2015.
 4   Yeah, 2015.
 5        Q.    Approximately how much of your life have
 6   you spent incarcerated?
 7        A.    Approximately, I'd say, like, 32 years,
 8   off and on; 33, maybe.
 9        Q.    Mr. Romero, when did you decide or agree
10   to cooperate in this federal case?
11        A.    When did I decide?
12        Q.    Yes.
13        A.    Well, I was doing jail time, and I talked
14   to a couple of federal agents, and they ran down the
15   RICO Act to me.  And the SNM that I was acquainted
16   with before it turned into a creature that I never
17   even thought it would, you know, become.
18        Q.    What do you mean?
19        A.    People were getting in through the air
20   vents; people were saying they were in the SNM
21   without anybody bringing them in; and people were
22   going on their own agenda.  There was no
23   organization -- or, you know, there was a whole --
24   everybody was just hating on each other, you know,
25   and I didn't want any part to do with it.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   And did you agree to cooperate in this

2 case after you spoke to federal agents in 2015?

3    A.   Yes.

4    Q.   As part of your agreement in this case,

5 has the federal government paid you for work that

6 you've done in this case?

7    A.   Have they paid me?

8    Q.   Yes.

9    A.   Yes.

10    Q.   And were those payments in exchange for

11 times when you would come and meet with the FBI to

12 talk to them?

13    A.   Yes.

14    Q.   Do you know how much you've been paid by

15 the FBI?

16    A.   I never added it up.  No, I don't.

17    Q.   Would $2,855.43 sound about right?

18    A.   I don't know about the 43 cents.  They

19 never gave me pennies.  But it sounds about right on

20 the thousands.

21    Q.   Sometimes when you met with FBI agents,

22 would they provide you food or buy you fast food?

23    A.   Sure, when I was -- yes.

24    Q.   I want to talk to you about Gerald

25 Archuleta.  Do you know who that is?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1          A.    Yes, I know that, yes.

 2          Q.    Who is Gerald Archuleta?

 3          A.    He's an SNM member.

 4          Q.    Does he also go by the name Styx?

 5          A.    Yes.

 6          Q.    And how do you know Gerald Archuleta,

 7   aside from the fact that he's an SNM member?

 8          A.    When I came back from Oregon, from out of

 9   state, in '98, I met him at the North facility.  I'd

10   known him a little bit prior to that, but not that

11   good.  And then we both got out around 2000, around

12   there, and we hung around, just briefly.  And he

13   came back, was doing time.  And his girlfriend -- me

14   and her got together, and me and him had problems

15   with that, you know.  Well, he had a problem with me

16   on it, you know.

17          Q.    So I want to talk to you a little bit more

18   about that.  Did you and Mr. Archuleta communicate

19   while he was incarcerated, and did you communicate

20   through another person?

21          A.    No, I never communicated with another

22   person.

23          Q.    How did it come about that you got

24   together with Mr. Archuleta's girlfriend?

25          A.    We just started hanging around together,
```



28

```
 1   and I think me and her had more in common than she
 2   had with Gerald Archuleta.
 3        Q.   Did you know at the time that she was
 4   Gerald Archuleta's girlfriend?
 5        A.   Yes, I did.
 6        Q.   And approximately what time period or what
 7   year was this that you got together with Mr.
 8   Archuleta's girlfriend?
 9        A.   About 2000, 2001.
10        Q.   And what happened when you got together
11   with Gerald Archuleta's girlfriend?
12        A.   What do you mean, what happened?
13        Q.   Did Mr. Archuleta do anything about that?
14        A.   He did several things.  He tried to -- you
15   know, he just -- I mean, what anybody would do if
16   somebody got with my girlfriend and I was
17   incarcerated.  I would hate on that person, you
18   know.  But he tried to throw false paperwork on me
19   that I was an informant, tore off the name.  Me and
20   the guy had the same name.  He tried to get a lot of
21   guys to go against me, and it started to form
22   another SNM; out with the old and in with the new.
23   And it was just all kinds of things, you know; just
24   different ideas going around.
25        Q.   I want to talk to you about a couple of
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    those things.  When you say he tried to put out

 2    false paperwork on you, do you mean that he had

 3    tried to make it look like there was paperwork that

 4    you had snitched?

 5         A.   There was a guy named Julian Romero, and

 6    he's younger than I was.  And he did a burglary of

 7    somebody else named Frank Richards.  And through

 8    there, I guess he tore off the date of birth.  I

 9    don't know how he did it.  But he sent it around,

10    said, "Look.  Julian Romero is an informant."

11              So everybody fell for it and that's where

12    a lot of people started throwing me under the bus

13    and stuff, you know.

14         Q.   And in your experience with the SNM --

15    well, let's see.  You joined the SNM in

16    approximately 1981 or 1982; is that right?

17         A.   In 1982.  It was in 1982.

18         Q.   And are you still a member today, or have

19    you renounced your membership?

20         A.   I don't want to spill this all over the

21    place.  I don't want to make it look like I peed on

22    myself.

23              Ask me that again.

24         Q.   Are you still a member of the SNM today?

25         A.   I'm going to be a member till the day I
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    die, even if it's as an informant or whatever.  You

2    don't get out of the SNM until the day you die, no

3    matter what, even if you're an informant, if you

4    went out with somebody else's girlfriend, any kind

5    of -- anything.  It's for life.

6         Q.    Okay.  So if you joined in 1982, and it's

7    2018, have you been a member of the SNM for about 36

8    years?

9         A.    Yes.

10        Q.    And in those 36 years, what happens if

11   there is paperwork saying that an SNM member

12   informed to police or to authorities?  What happens

13   to that SNM member?

14        A.    Well, if somebody wants to take up the

15   slack there and they want to come in and shoot me or

16   try to stab me behind my back or whatever, it will

17   happen.

18        Q.    So does that mean that it's an automatic

19   green light or hit put on someone if there is

20   paperwork showing they informed?

21        A.    Of course.  Yes.

22        Q.    So did Mr. Archuleta put a green light on

23   you after you got together with his girlfriend?

24        A.    Mr. Archuleta put a green light on me as

25   soon as he could.  Yeah, it was around there.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   You talked about different SNM groups

2  forming.  Was there a group that sort of followed

3  you, and a group that followed Mr. Archuleta?

4    A.   I heard something about All Stars or

5  something, but I never really followed it, because

6  the SNM can't split like that, you know.  It's

7  just -- like I say, it turned into a creature that I

8  just couldn't understand anymore, because of people

9  that were not really -- you know, just out of it and

10 everything; just got into the SNM and were saying

11 they were SNM.  And so, yeah, another group started.

12 You know, it just got out of hand, you know.

13   Q.   So Mr. Romero, I think you answered my

14 next question first.  Although there was some

15 division in the SNM, was it still one SNM Gang?

16   A.   It will always just be one SNM.

17   Q.   And I think you said that you agreed to

18 cooperate while you were still incarcerated; is that

19 right?  When the federal agents came and talked to

20 you; is that right?

21   A.   Yes.

22   Q.   And you said that you got out of prison

23 the last time in October of 2015.

24   A.   It was around that time, yes.

25   Q.   In 2016, was there a federal complaint

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   filed charging you with conspiracy to distribute
 2   Suboxone for the time period of March 2012 to
 3   October of 2015?
 4        A.   Yes, there was.
 5        Q.   And at some point, was that complaint
 6   dismissed?
 7        A.   Yes.
 8        Q.   And October 2012 to October 2015 -- that's
 9   before you agreed to cooperate in this case; is that
10   true?
11        A.   Yes.
12        Q.   Where were you July 13 of 2015?
13        A.   July 13, 2015?  I was in Las Cruces, at
14   the penitentiary in Las Cruces.
15        Q.   Is that the Southern New Mexico
16   Correctional Facility?
17        A.   Yes, it is.
18        Q.   And where were you housed?  In what pod?
19        A.   I can't recall.  I know it was yellow pod,
20   but I can't remember the exact number of the pod.
21        Q.   Was it an SNM pod?
22        A.   Yes, it was an SNM pod.
23        Q.   And I think you said -- was it yellow pod?
24        A.   Yes.
25        Q.   Who else was in the pod with you, that you
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   remember?
 2         A.   I really didn't know them that good,
 3   but -- I can't recall their names.  I think one was
 4   named Pete.  That's the only one that I remember.
 5   There was four -- there was eight people in there
 6   with me.
 7         Q.   Is that Pete Aronda?
 8         A.   No, 16 people with me.  Yeah, Pete Aronda
 9   was in there.
10         Q.   Was Jerry Montoya in there with you?
11         A.   He was in there for a while, but then they
12   moved him back to lockup at the North facility.
13         Q.   Was Lupe Urquizo in that pod?
14         A.   Yes, he was.
15         Q.   Was Christopher Chavez, or Critter, in
16   that pod with you?
17         A.   He had already gotten out, final.
18         Q.   Was Baby G, or Jonathan Gomez, in there
19   with you?
20         A.   Yes, he was there.
21         Q.   Was Conrad Villegas in there with you?
22         A.   Yes, he was in there.
23         Q.   Was Mario Rodriguez in there with you?
24         A.   Yeah.
25         Q.   And are all those SNM members?
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                  201 Third NW, Suite 1630
Santa Fe, NM 87501                                           Albuquerque, NM 87102
(505) 989-4949                                                       (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492



1-800-669-9492
PROFESSIONAL COURT                            e-mail: info@litsupport.com
REPORTING SERVICE

1      A.    Yes.

2      Q.    How do you know Conrad Villegas?

3      A.    Well, he used to ask me to make phone

4  calls to his -- to his wife, to find out where she

5  is, through my wife.  He was having my wife make

6  phone calls to see what's going on, why wasn't she

7  sending money, and stuff.  So I was doing him favors

8  like that.  We were getting along pretty good, you

9  know.

10     Q.    And so were you helping him out by having

11 your wife contact his wife?

12     A.    I was trying to help him out, yeah.

13     Q.    Did your wife help put money on Conrad

14 Villegas' books?

15     A.    No, I never heard of that.

16     Q.    What happened on July 13 of 2015?

17     A.    I can't recall too good.  All I know is, I

18 just got -- I just got knocked out.  I don't know.

19 I don't know -- that day -- that day just leaves my

20 mind, you know?  I got cold-cocked, I guess.  I

21 don't know.

22     Q.    Before July 13, 2015, were you and the

23 other members of the yellow pod in lockdown status?

24     A.    Yes.

25     Q.    And what does "lockdown status" mean?

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                      201 Third NW, Suite 1630
Santa Fe, NM 87501                                              Albuquerque, NM 87102
(505) 989-4949                                                          (505) 843-9494
FAX (505) 843-9492                                                 FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1        A.    23 hours a day in their cell, maybe 15

2   minutes for a shower, and an hour for yard, and the

3   rest inside your cell.  And anytime you left your

4   cell, you were handcuffed.

5        Q.    And was the New Mexico Corrections

6   Department taking you and yellow pod off of lockdown

7   on July 13, 2015?

8        A.    Yes, they were talking about taking us

9   off, and they did.

10       Q.    So at rec time on July 13, 2015, was that

11  the first time that you were allowed to be on the

12  tier with other SNM members at the same time?

13       A.    Yes.

14       Q.    And what happened on July 13, 2015, as

15  soon as you were allowed out on the tier with other

16  members of the SNM for the first time?

17       A.    Like I say, you know, hearsay is no good

18  in here, you know.  But I hear that I just got

19  knocked out, and I can't remember too much.

20       Q.    What do you remember?

21       A.    Just being on the hospital gurney, being

22  sewed up around my eyes and being helicoptered to El

23  Paso.

24       Q.    Do you remember being let out of your

25  cell?



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1       A.    Yes, I remember being let out.

2       Q.    And what do you remember happening at that

3  time?

4       A.    Just I was talking to somebody, and from

5  that point on, it just goes blank on me.

6       Q.    And what's the next thing you remember

7  after talking to somebody?

8       A.    Waking up on a gurney, being sewed up,

9  like I said, you know, around my eyes and stuff.

10      Q.    Were you -- do you remember being

11  transported to Memorial Medical Center here in Las

12  Cruces?

13      A.    Yes, I remember the helicopter ride.

14      Q.    Do you remember talking to anyone in the

15  hospital room?  Any corrections officers?

16      A.    No.

17      Q.    At some point do you remember being

18  transferred from Memorial Medical Center to El Paso,

19  a hospital in El Paso?

20      A.    Yes, I remember being transferred over

21  there.

22      Q.    And how were you transferred?

23      A.    The helicopter.  I never went back to the

24  hospital.  Never went back to the hospital.

25      Q.    I'm going to show you what's been admitted

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                           (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1    as Defendant's Exhibit G1.  Do you recognize what's

 2    depicted in that photograph?

 3         A.   Yes.  There's two cells, and a trash can

 4    in the middle or something.

 5         Q.   Where is this?

 6         A.   That looks like red pod.

 7         Q.   Do you know that this is 1-A A pod, or

 8    yellow pod, in the Southern New Mexico Correctional

 9    Facility?

10         A.   This is -- I'm pretty sure 1-A is where we

11    were housed at.  But that looks like red pod.

12         Q.   All right.  Let me show you Defendant's

13    Exhibit G2.  Do you remember what cell you were

14    housed in on July 13, 2015?

15         A.   I can't remember the number, but I was at

16    the end, right next to the shower.

17         Q.   Let me show you Government's Exhibit G4

18    and G5.

19         A.   I was in 113.

20         Q.   You were in cell 113 here?

21         A.   Looks like.

22         Q.   All right.  And I'm circling "113" here on

23    Defendant's Exhibit G5.  Just to the left of that,

24    where there's a grated door open, is that the

25    shower?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   Yes.

 2        Q.   And I'm going to play for you Government's

 3   Exhibit 269.

 4             (Video clip played.)

 5        Q.   Have you ever seen this video, Mr. Romero?

 6        A.   I've never seen the video.

 7        Q.   Okay.  Do you know what we're looking at

 8   here?

 9        A.   Looks like 1-A C pod.

10        Q.   Okay.  Go ahead and play the video.

11             (Video clip played.)

12        Q.   So I think -- does this refresh your

13   recollection as to where you were housed on July 13,

14   2015?

15        A.   It looks like I was under 1-A.

16             MR. BECK:  Please press pause.

17        A.   The one right there in the corner, by the

18   door, the bottom tier.

19        Q.   So I paused this video.  It says Channel

20   7, 7/13/2015, 14:37:10:906.  And I'm circling right

21   under "1-A C pod" here.  Is that the cell that you

22   were housed in on July 13, 2015?

23        A.   That's the cell I was housed in.

24        Q.   So when I was showing you those exhibits

25   of yellow pod --
```




SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    It was at the end, right before you went
 2   out to the yard.  And then the shower is right
 3   there.
 4        Q.    So you weren't housed in that cell, but it
 5   was a similar layout here in the green pod; is that
 6   right?
 7        A.    All those pods were similar.
 8        Q.    Is that a yes?
 9        A.    Yes.
10             MR. BECK:  Please press "play."
11             (Video clip played.)
12        Q.    So is that you depicted in the middle of
13   this screen here, having just come out of now the
14   shower room?
15        A.    Yes.
16             MR. BECK:  Please press pause.
17        Q.    So now it's at 14:37:30:906.  Do you know
18   who the two gentlemen in the front bottom left of
19   this screen are?
20        A.    One is Pete Aronda, but I don't know who
21   that other one is.  It's grainy.  I can't --
22        Q.    And which one is Pete Aronda?
23        A.    The bald one.
24        Q.    So is that the gentleman in gray that I
25   circled there on the left of the screen in front of
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   the TV?

 2       A.    Yes.

 3       Q.    And where are you in this frame?

 4       A.    It looks like I'm over there on that --

 5   under the tier, talking to somebody in the window.

 6       Q.    Do you know who you're talking to?

 7       A.    I don't remember who that was.

 8       Q.    Okay.  And so I'm circling the person

 9   right in the middle in front of the door in the

10   greens.  Is that you?

11       A.    That's me.

12             MR. BECK:  Please press play.

13             (Video clip played.)

14             MR. BECK:  Please press pause.

15       Q.    I stopped the video here at 14:38:22:921.

16   What just happened?

17       A.    What just happened?

18       Q.    Yes, sir.

19       A.    It looks like somebody came in and I fell

20   down.

21       Q.    Right.  Do you remember that?

22       A.    It's real fuzzy in my mind.

23             (Video clip played.)

24       Q.    And as the video is playing, what do you

25   see happening on the screen back there with you?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        A.    Looks like somebody is helping a drunken
 2   person get up.
 3        Q.    Do you know if you were assaulted on July
 4   13 of 2015?
 5        A.    Just by hearsay and what I've heard.  But
 6   I can't remember that too good.
 7        Q.    Does this video look like you're being
 8   assaulted?
 9        A.    Like I said, it looks like somebody got me
10   and just helping me up or doing something with me
11   there.  I don't know.  I can't see nobody doing this
12   or doing that or anything.  It's real grainy.  But
13   yeah, it sort of looks like I'm getting the crap
14   knocked out of me.
15        Q.     I paused the video at 14:40:18:921.  What
16   do you see in the bottom left-hand side of the
17   screen under 1-A C pod that I just circled for you?
18        A.    It looks like I'm struggling to getting
19   up.
20        Q.    And what do you see just below you and to
21   what would be your right there?
22        A.    Just the sidewalk.  I just see a sidewalk.
23   I don't see anything else.
24        Q.    You don't see a red spot in that screen?
25        A.    Yes, I see a red spot on the floor.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.    All right.

 2              (Video clip played.)

 3        Q.    I just paused it at 14:40:48:921.  It

 4   looked like you got up on the stoop there and talked

 5   to the other two gentlemen in the frame.  Do you

 6   remember that?

 7        A.    I don't remember that.

 8              (Video clip played.)

 9        Q.    I stopped it at 14:41:06:890.  It looked

10   like you walked into the back of the pod there.

11   What's in the back of the pod?

12        A.    Looks like the shower and the back door.

13        Q.    All right.  And then you grabbed -- what

14   do you have in your hands right now?

15        A.    Looks like my towel.

16        Q.    Do you remember walking into the shower

17   and grabbing a towel?

18        A.    I don't remember, but it looks like I got

19   something white in my hands.

20              (Video clip played.)

21        Q.    I paused the video at 14:41:37:906.  And

22   you just exited the frame.  What is -- what would be

23   to the right of this frame where you just walked

24   out, if you know?

25        A.    That would be the stairway you go to the
```




SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   front door.
 2       Q.   Do you remember going up that stairway to
 3   the front door?
 4       A.   No, I don't remember that.
 5       Q.   Mr. Romero, how long were you in the
 6   hospital?
 7       A.   Three days.  I'm pretty sure it was three
 8   days.
 9       Q.   And what happened?  What injuries resulted
10   from this assault?
11       A.   Well, they did the usual, MRI, checked
12   behind my brain, checked to see if I had any broken
13   bones in my face.
14       Q.   And what did they find?
15       A.   Just that -- they just found blood clots
16   all over my eyes and in my nose, and one of my teeth
17   were missing, and stuff like that.
18       Q.   Did they find an indentation in your head?
19       A.   Just a bunch of cuts up here where they
20   had sewed me up, where I had stitches.
21       Q.   Do you remember that they found an
22   indentation in your head?
23       A.   No.
24       Q.   In the complaint that was filed in federal
25   court in 2016, why were you charged with the
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   conspiracy to distribute Suboxone?  What did you do?
 2        A.   I got some Suboxone through a letter, and
 3   I was trying to make a little bit of canteen money
 4   and stuff.  And I had a friend that was out there in
 5   population that was sending me some sometimes in my
 6   laundry bag and stuff like that.
 7        Q.   So were you charged with conspiracy to
 8   distribute Suboxone because you were getting
 9   Suboxone into the prison from the outside?
10        A.   It was already in when I was getting it.
11        Q.   Were you getting it through the mail?  Is
12   that what you said?
13        A.   I got one through the mail.
14        Q.   And did you get approximately 60 hits of
15   Suboxone?
16        A.   Approximately.
17        Q.   And were you an SNM member on the inside
18   of the prisons at that time?
19        A.   Like I said, I'm an SNM member till the
20   day I die.
21        Q.   Did you sell the Suboxone inside of the
22   prison?
23        A.   Just for canteen.  But I'm mostly -- I'm
24   not going to say generous, but I try to help out as
25   many people as I can.  I'm not selfish with it.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.    So did you distribute the Suboxone to
 2   other SNM members?
 3        A.    Yes, I helped other people.
 4        Q.    And was that part of the charges in this
 5   conspiracy to distribute Suboxone?
 6        A.    Yes.
 7        Q.    You said you've been on Suboxone for the
 8   last two years; is that right?
 9        A.    Yes.
10        Q.    Are you now prescribed Suboxone?
11        A.    Yes.
12        Q.    And so when you said you've been on
13   Suboxone for the last two years, are you taking that
14   as prescribed?
15        A.    Yes.
16        Q.    I think we talked about, in 2004, you were
17   convicted of possession of heroin?
18        A.    For trafficking heroin.
19        Q.    For trafficking?
20        A.    Yes.
21        Q.    How did that conviction come about?
22        A.    That conviction came about -- a friend of
23   mine gave me a ride home.  Him and his girlfriend
24   were selling heroin and rock cocaine.  And the
25   police said that there was an armed robbery that
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1  happened at the store close by and that we fit the

 2  description.  And they got permission to check the

 3  truck, and they found a .357 magnum gun in there,

 4  and a vial with some heroin and some rock cocaine in

 5  it.

 6      Q.   In 2003 were you shot?

 7      A.   Yes.

 8      Q.   And who shot you?

 9      A.   That would be hearsay.  I don't know who

10  shot me.  But like I say, hearsay would be thrown

11  out of court.

12          MS. DUNCAN:  Your Honor, I object.

13          THE COURT:  He was shot.  We'll leave it

14  at that.

15      A.   I was shot.

16          MR. BECK:  May I have a moment, Your

17  Honor?

18          THE COURT:  You may.

19  BY MR. BECK:

20      Q.   Have you been interviewed or questioned by

21  anyone else about this case, if you remember?

22      A.   About which case?

23      Q.   About this case, about this SNM case.

24      A.   Yes.

25      Q.   By whom?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    Have I been interviewed?

 2        Q.    By anyone outside of the Government.  By

 3   anyone outside of the Government, if you remember.

 4        A.    No.

 5        Q.    You don't remember?

 6        A.    No, I don't.

 7        Q.    You don't remember being asked about this

 8   case by anyone else?

 9        A.    No, I don't remember anyone else asking me

10   about it.

11             MR. BECK:  Pass the witness, Your Honor.

12             THE COURT:  Thank you, Mr. Beck.

13             Who wants to -- Ms. Duncan?

14             MS. DUNCAN:  Your Honor, can we approach

15   briefly before --

16             THE COURT:  You may.

17             (The following proceedings were held at

18   the bench.)

19             MS. DUNCAN:  Your Honor, attorney Dean

20   Clark just walked into the courtroom, who represents

21   one of the cooperating witnesses in this case.  And

22   so I'd ask the Court to admonish him in the same way

23   it has previous counsel.

24             MS. ARMIJO:  His client is not testifying

25   in this trial.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              THE COURT:  Are you okay, then?
 2              MS. DUNCAN:  Okay.  Thank you.
 3              MS. BHALLA:  Are we going to take a recess
 4    at 10:00?
 5              THE COURT:  We can take it now.
 6              MS. BHALLA:  My client needs to use the
 7    restroom.  Sorry.
 8              (The following proceedings were held in
 9    open court.)
10              THE COURT:  All right.  Why don't we go
11    ahead and take our recess now?  We'll be in recess
12    about 15 minutes.  All rise.
13              (The jury left the courtroom.)
14              THE COURT:  All right.  We'll be in recess
15    for about 15 minutes.
16              (Court was in recess.)
17              THE COURT:  All right.  We'll go on the
18    record.  Is there anything we need to discuss before
19    we bring the jury in, from the Government?
20              MS. ARMIJO:  No, Your Honor.  Thank you.
21              THE COURT:  All right.  I'm about to
22    circulate -- I'll probably get it to you pretty
23    quickly.  I want my clerks to take a look at the
24    Perez additional redactions or objections.  So I'm
25    about ready to go on those.  So you might give me a
```

SANTA FE OFFICE                                           MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                      FAX (505) 843-9492

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1   little guidance as to what is next.  I did that one
 2   first, because I think y'all did it first, but --
 3   why don't y'all come up here for a second?
 4             (The following proceedings were held at
 5   the bench.)
 6             THE COURT:  The woman with the long hair,
 7   sitting with Ms. Molina, is an assistant to Steve
 8   Almanza, the attorney for Tim Garcia.  I guess I
 9   can't see any problem with that.  Anybody have any
10   problem with that?  I didn't know who she was.
11             MS. DUNCAN:  We'd ask you to admonish her,
12   since Mr. Timothy Martinez is on re-call.
13             MS. BHALLA:  Your Honor, can I bring up
14   something else?
15             THE COURT:  Hold on.  Ma'am, you're with
16   Steve Almanza, the attorney for Timothy Martinez?
17             ASSISTANT TO MR. ALMANZA:  Yes, Your
18   Honor.
19             THE COURT:  I'm not going to exclude you
20   from the courtroom, but I have been telling the
21   counsel that are sitting in that they're not to go
22   back and be a conduit for what's taking place here.
23   Because Timothy Martinez -- Timothy Martinez is
24   still subject to re-call, so we don't want witnesses
25   talking to him about what's being done here in the
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  courtroom.  And so I don't want you or Mr. Almanza

2  to do that with Timothy Martinez.  So you can't be a

3  conduit for what's going on in here to Mr. Timothy

4  Martinez.  Do you understand that?

5            ASSISTANT TO MR. ALMANZA:  Understood,

6  Your Honor.

7            THE COURT:  All right.

8            MS. BHALLA:  If I may, I think the

9  Government wants to introduce some exhibits or

10 publish them to the jury, the redacted transcripts

11 and the redacted audios of my client's conversations

12 with Gerald Archuleta.  And I haven't gotten a

13 chance to review those yet.  And so I'm not saying

14 that I'm going to necessarily object, but I'd like

15 the opportunity to review them first, because I

16 haven't had the chance to listen to the redacted

17 audio or to read the redacted transcripts.

18            THE COURT:  Well, you better move pretty

19 quick.

20            MS. BHALLA:  They've never been provided

21 to me.

22            THE COURT:  I thought they had been

23 provided.

24            MR. BECK:  The redacted transcripts and

25 the redacted audio were provided to counsel.

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                 Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 843-9492                                                 FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1              THE COURT:  A week ago.  I think two weeks
 2  ago.
 3              MS. BHALLA:  I didn't get a copy of the
 4  redacted audio.
 5              THE COURT:  We're working with that stuff.
 6              MS. BHALLA:  Yeah, I haven't --
 7              THE COURT:  You're about to see my first
 8  order on Mr. Perez', so I don't know what --
 9              MS. BHALLA:  I got what you guys have
10  produced, but --
11              MR. BECK:  That's what it is.
12              THE COURT:  I guess my current thoughts
13  are, they've been out long enough.  If you don't
14  have redactions, the train is going to kind of
15  leave.  But it's not going to happen for a minute,
16  so go ahead and bring the jury in and y'all can
17  discuss.  But you better start looking at that
18  promptly, because I'm about to make my first rulings
19  on it.
20              MS. BHALLA:  Okay.
21              THE COURT:  All right.  All rise.
22              (The jury entered the courtroom.)
23              THE COURT:  All right.  Everyone be
24  seated.
25              Mr. Romero, I'll remind you that you're
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   still under oath.
 2           And let's see.  Ms. Duncan, you were going
 3   to bring your cross-examination of Mr. Romero.
 4           MS. DUNCAN:  Your Honor, Mr. Baca does not
 5   have any questions for Mr. Romero.
 6           THE COURT:  Thank you, Ms. Duncan.
 7           Ms. Bhalla, do you have anything?  Mr.
 8   Maynard?
 9           MR. MAYNARD:  Your Honor, I think not.
10           THE COURT:  All right.
11           Mr. Villa?  Ms. Fox-Young?
12           MR. VILLA:  No questions, Your Honor.
13           THE COURT:  Ms. Jacks?  Mr. Jewkes?
14           MS. JACKS:  No questions, Your Honor.
15           THE COURT:  All right.  You may step down,
16   Mr. Romero.
17           Is there any reason that Mr. Romero cannot
18   be excused from the proceedings?  Mr. Beck?
19           MR. BECK:  Not from the Government, Your
20   Honor.
21           THE COURT:  How about from the defendants?
22   Ms. Duncan?
23           MS. DUNCAN:  No, Your Honor.
24           THE COURT:  Anyone else?
25           All right.  You are excused from the
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   proceedings.   Thank you for your testimony.

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1  UNITED STATES OF AMERICA

2  STATE OF NEW MEXICO

3

4              C-E-R-T-I-F-I-C-A-T-E

5      I, Jennifer Bean, FAPR, RDR, CRR, RMR, CCR,

6  Official Court Reporter for the State of New Mexico,

7  do hereby certify that the foregoing pages

8  constitute a true transcript of proceedings had

9  before the said Court, held in the District of New

10 Mexico, in the matter therein stated.

11     In testimony whereof, I have hereunto set my

12 hand on this 12th day of March, 2018.

13

14              _____

15              Jennifer Bean, FAPR, RMR-RDR-CCR
                Certified Realtime Reporter
16              United States Court Reporter
                NM Certified Court Reporter #94
17              333 Lomas, Northwest
                Albuquerque, New Mexico 87102
18              Phone:        (505) 348-2283
                Fax: (505) 843-9492
19              License expires:  12/31/18

20

21

22

23

24

25

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com