1

1              IN THE UNITED STATES DISTRICT COURT

2               FOR THE DISTRICT OF NEW MEXICO

3    UNITED STATES OF AMERICA,

4                   Plaintiff,

5         vs.            NO:  CR-15-4268 JB

6    ANGEL DELEON, et al.,

7                   Defendants.

8

9         Transcript of excerpt of testimony of

10                  FREDERICO MUNOZ

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1                          I N D E X

2     EXAMINATION OF FREDERICO MUNOZ

3     By Ms. Armijo                                    3

4     EXAMINATION OF FREDERICO MUNOZ

5     By Ms. Armijo                                   23

6     By Ms. Duncan                                   57

7     By Ms. Jacks                                    63

8     By Ms. Armijo                                   72

9     REPORTER'S CERTIFICATE                          75

10                      EXHIBITS  ADMITTED

11    Government 619 through 627 Admitted             51

12    Government 697Admitted                          49

13    Government 698Admitted                          50

14    Government 737Admitted                           8

15

16

17

18

19

20

21

22

23

24

25

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                            201 Third NW, Suite 1630
Santa Fe, NM 87501                                     Albuquerque, NM 87102
(505) 989-4949                                                (505) 843-9494
FAX (505) 843-9492                                        FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1                    Wednesday, February 14, 2018
 2              THE COURT:  All right.  Ms. Armijo, does
 3    the Government have its next witness or evidence?
 4              MS. ARMIJO:  Yes.  Frederico Munoz.
 5              THE COURT:  Mr. Munoz, before you're
 6    seated, raise your right hand to the best of your
 7    ability there, and Ms. Standridge, my courtroom
 8    deputy, will swear you in.
 9                      FREDERICO MUNOZ,
10        after having been first duly sworn under oath,
11        was questioned, and testified as follows:
12              THE CLERK:  Please be seated.  State and
13    spell your name for the record.
14              THE WITNESS:  My name is Frederico Munoz,
15    F-R-E-D-E-R-I-C-O, M-U-N-O-Z.
16              THE COURT:  Mr. Munoz, Ms. Armijo.
17              MS. ARMIJO:  Thank you, Your Honor.
18                     DIRECT EXAMINATION
19    BY MS. ARMIJO:
20        Q.   Mr. Munoz, are you now or have you ever
21    been a member of the Syndicato de Nuevo Mexico?
22        A.   Yes.
23        Q.   What is the Syndicato de Nuevo Mexico?
24        A.   It was and is the largest gang in the
25    state of New Mexico.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4

1      Q.    And what sort of things do they do?

2      A.    Everything from theft to murder.

3      Q.    Does it operate inside the prisons or

4 outside?

5      A.    Predominantly in the prison system, and

6 outside, yes.

7      Q.    And when -- how old were you when you

8 became a member?

9      A.    I was 16.

10      Q.    Now, you talked a little bit how you

11 became a member.  Did you run into some problems as

12 a teenager, with the law, I should say?

13      A.    Yes, ma'am.  In the juvenile system I was

14 stealing cars a lot.  I was given chances.  I never

15 learned.  So the juvenile court judge sentenced me

16 as a juvenile to the adult prison system.

17      Q.    And at what age did you go into the adult

18 prison system?

19      A.    I arrived at RDC for a diagnostics and

20 evaluation when I was 15.  So right before I turned

21 16, I arrived.

22      Q.    Now, did you already have a way in to the

23 SNM, so to speak, at that age?

24      A.    Yes, I did.

25      Q.    Okay.  Tell us about that.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   I was dating my sister's friend, who was
 2   the niece of a very senior and prominent member of
 3   the gang at that time.
 4        Q.   And who was her uncle?
 5        A.   Joe Marty Barros.
 6        Q.   And did you eventually meet Marty Barros?
 7        A.   Oh, yes.
 8        Q.   And what was your understanding of his
 9   position in the SNM?
10        A.   He was one of the main members.  He had
11   decision-making authority, right below the main guy,
12   Angel Munoz.
13        Q.   So when you went into the prison system as
14   a juvenile, did you actually have people waiting for
15   you, so to speak?
16        A.   Yes, I did.
17        Q.   Did anybody speak up for you and did you
18   officially become a member at that age, or was it
19   later?
20        A.   Even before my very first day in the state
21   prison system, my girlfriend, the niece of Marty,
22   had already communicated my arrival in the state
23   system, so he knew that I was going to be showing up
24   and he communicated through her to me that they
25   would be looking out for me when I got there.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.   And is that what you found when you went
2  into the prison system?
3      A.   Yes, ma'am.
4      Q.   And did anybody actually officially raise
5  their hand up for you and support you in, or was it
6  just automatic?
7      A.   There was no -- the way you describe it,
8  it wasn't like that.  It was more of like an ongoing
9  thing where the very, like, very first prominent guy
10  spoke up for me, who was Billy Garcia, and he
11  indicated to me, when I first met him in the RDC
12  facility in Grants, that if I'm going to be in the
13  system and I'm going to be around these guys, then I
14  have to be a brother, and that's how it happened.
15      Q.   And what was Billy Garcia's position, if
16  any, at that time?
17      A.   He was one of the main members of the
18  brotherhood at that time.
19      Q.   What year are we talking about?
20      A.   We're talking about 1996.
21      Q.   And did you spend very long initially in
22  the prison, or did you get out while you were still
23  a juvenile?
24      A.   After my diagnostics, I was returned back
25  to the juvenile district court.  And my evaluation



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    didn't go the way it would if somebody wanted to get

2    out.  I was reckless and careless, so I was sent

3    back immediately to the state prison system for four

4    and a half years, I believe, and for the auto

5    thefts.  So I was officially committed to the state

6    prison system at that time.

7         Q.   And how old were you then?

8         A.   I was 16.  So I served about a year,

9    maybe, and I was released in the summer of 1996.

10        Q.   Okay.  And is that before or after the

11   four-and-a-half-year commitment?

12        A.   That was -- if that sentence -- some of it

13   was suspended.

14        Q.   Okay.  So you got a four-year -- you know

15   what?  I'm not really sure that the jury has ever

16   understood this.  Can you tell the jury what your

17   understanding is of receiving -- I'm just going to

18   use some numbers -- 10 years, but some of it is

19   suspended.  What does that mean?

20        A.   In my particular case, I was sentenced to

21   four and a half years and I believe the judge

22   suspended all but 18 months of that, meaning a

23   portion of that sentence would be served on

24   probation upon my release.

25             MS. ARMIJO:  I'm going to move for the



SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                   Albuquerque, NM 87102
(505) 989-4949                                                 (505) 843-9494
FAX (505) 843-9492                                     FAX (505) 843-9492
                                                              1-800-669-9492
BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE
                                               e-mail: info@litsupport.com

```
 1    admission of Exhibit Number 737 without objection.
 2              THE COURT:  Any objection?  Not hearing
 3    any, Government's Exhibit 737 will be admitted into
 4    evidence.
 5              (Government Exhibit 737 admitted.)
 6              MS. ARMIJO:  And may we please display
 7    Government's Exhibit 737?
 8              THE COURT:  You may.
 9    BY MS. ARMIJO:
10        Q.   All right.  Mr. Munoz, do you see the
11    screen in front of you?
12        A.   Yes, ma'am.
13        Q.   And what is it that we're looking at, if
14    you're familiar with the item?
15        A.   It's a document from Special Agent Bryan
16    Acee requesting from the state prison system my
17    status information, my judgment and sentence, my
18    identification, and fingerprint cards.
19        Q.   And does this actually appear to be from
20    the Corrections Department to him regarding your
21    convictions?
22        A.   Yes, ma'am.
23        Q.   And I'm going to go to the fourth page of
24    that, which is Bates stamped 8565.  Are you familiar
25    with this item?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   Yes.
 2        Q.   All right.  Does this appear to be the
 3   first page of, in this case, January 16 of 1996 for
 4   trafficking -- I'm sorry, receiving or transferring
 5   a stolen vehicle?
 6        A.   Yes, ma'am.
 7        Q.   Is that the case that you were just
 8   talking to us -- or one of the cases you were
 9   talking to us about?
10        A.   Yes, it is.
11        Q.   All right.  And if we could go to the next
12   page.
13             All right.  Is this what you were talking
14   about earlier, which is, some of it was suspended
15   and you were sent to serve one year in the
16   Corrections Department?
17        A.   Yes, ma'am.
18        Q.   And is that when you went officially into
19   the Corrections Department?
20        A.   Yes, it is.
21        Q.   Now, do you recall which facility you
22   first went into?
23        A.   I was sent to the minimum restrict unit in
24   Los Lunas, New Mexico.
25        Q.   And did you come into contact with SNM
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1    members while there?
 2         A.   Yes, I did.
 3         Q.   Who did you come into contact with?
 4         A.   George Borrego and Adrian Silva, who were
 5    two members at that time.
 6         Q.   Were you sent anywhere else, or did you
 7    spend your time there?
 8         A.   I was transferred from the facility in Los
 9    Lunas, New Mexico, to Torrance County Detention
10    Facility, which was primarily housing state
11    prisoners at that time.
12         Q.   And again, were you housed with SNM
13    members there?
14         A.   Yes, but he was not living in the same
15    unit as was I.
16         Q.   All right.  Who was it that was living
17    there at the time?
18         A.   Samuel Silva.
19         Q.   And does he have a nickname?
20         A.   Rabbit.
21         Q.   So where did you go after spending time
22    there?  Were you then released again?
23         A.   I was paroled, and I returned to
24    Albuquerque, where I was born and raised.  And I
25    moved in with Marty Barros' niece, Mona, and I spent
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   the time that I was out with her.  And I cut off my
 2   ankle bracelet and I went on the run.  And I was
 3   arrested at the State Fair, and immediately sent
 4   back to the state prison system.
 5        Q.   All right.  How long were you out that
 6   time, if you can recall, approximately?
 7        A.   About six months.
 8        Q.   So you cut off the ankle bracelet.  So did
 9   you know that they were looking for you, so to
10   speak?
11        A.   Yes, I did.
12        Q.   Okay.  So you get sent back.  And how old
13   are you when you're sent back?
14        A.   I'm 16.
15        Q.   And was that for a parole violation?
16        A.   Yes, ma'am.
17        Q.   And when you get sent back, where do you
18   go?
19        A.   I go back to the Western New Mexico
20   Correctional Facility, which is where you're
21   returned when you violate your probation.  And from
22   there, I was sent to the Southern New Mexico
23   Correctional Facility.
24        Q.   Is that here in Las Cruces?
25        A.   Yes, ma'am.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.    And were you housed with any SNM members
 2   there?
 3        A.    Yes, I was.
 4        Q.    Who were you housed with?
 5        A.    A lot of them.
 6        Q.    Any leaders in particular?
 7        A.    Yes.   Enrique Clark; we called him Baby
 8   Henry.   He had command of the facility.
 9        Q.    And how long did you stay at Southern?
10        A.    About 33 days.   And I was placed into Seg
11   for assault and transferred to the Main unit.
12        Q.    Okay.
13        A.    In Santa Fe.
14        Q.    And the assault that you committed -- what
15   was that over?
16        A.    It was really a personal matter.   A young
17   guy and I, we had a conflict with an older big --
18   pretty big white guy, and we decided to jump him.
19   And we failed in our attempt.   But for that I was
20   placed into Seg.
21        Q.    And how old were you at the time?
22        A.    I was 16 still.
23        Q.    Now, had anybody explained to you -- you
24   talked about what SNM was.   Did you know, did you
25   consider yourself -- or were you considered a member
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   at that time?
 2         A.    Yes, I was.
 3         Q.    And did you know the rules of the SNM?
 4         A.    Yes, I did.
 5         Q.    What were the rules, as you understood it?
 6         A.    To obey without question any of the
 7   commands I was given by the boss of the facility,
 8   and to conduct myself in certain manners that were
 9   in line with the rules of the family.
10         Q.    Okay.  When you say "the family," who are
11   you referring to?
12         A.    Talking about the SNM.
13         Q.    Do they have any rivals?
14         A.    Inferior ones, but yes, we did.
15         Q.    Did you say inferior ones?
16         A.    Yes.
17         Q.    Meaning SNM was the dominant prison gang?
18         A.    There is no question about that.
19         Q.    Who are some of the rivals?
20         A.    The Los Carnales.  That was probably our
21   main recurring enemy for a long time, but they never
22   really could do anything to us.
23         Q.    Now, you talked about what SNM was in
24   general.  What about -- what did it mean to you as a
25   16-year-old being a member?
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                 Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 843-9492                                                 FAX (505) 843-9492



PROFESSIONAL COURT                                                 1-800-669-9492
REPORTING SERVICE                                                  e-mail: info@litsupport.com

```
 1        A.    It was the most amazing thing ever for me
 2   at the time.   It was like a celebrity thing for me.
 3   It was my life.   I defined my identity around it.
 4        Q.    Did you eventually get moved to a
 5   different facility?
 6        A.    Yes.   I stayed in segregation for about a
 7   month, serving disciplinary time for the assault.
 8   And then, when I completed my disciplinary time, the
 9   administration transferred me to the state pen in
10   Santa Fe, Old Main unit.
11        Q.    All right.   And when you were there, did
12   you have an opportunity to meet -- to be with SNM
13   members?
14        A.    Yes, I did.
15        Q.    And did you meet any of the leaders there?
16        A.    Yes, I did.
17        Q.    Who did you meet?
18        A.    Anthony Ray Baca, Pup.
19        Q.    Pup?
20        A.    Anthony Ray Baca, yes, ma'am.
21        Q.    Is Pup his nickname?
22        A.    Yes, ma'am.
23        Q.    Do you know where he gets the nickname
24   from?
25        A.    I do not.
```

SANTA FE OFFICE                                                      MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                             Albuquerque, NM 87102
(505) 989-4949                                                          (505) 843-9494
FAX (505) 843-9492                                                 FAX (505) 843-9492
                                                                    1-800-669-9492
                                                          e-mail: info@litsupport.com



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        Q.    Had he already had that nickname when you
 2   met him?
 3        A.    Yes.
 4        Q.    And how did you know -- where in the
 5   scheme of things was he?  You said he was a leader?
 6        A.    Yes, he was the boss.
 7        Q.    Was there anybody above him?
 8        A.    Just one guy, but he was not at the
 9   facility.
10        Q.    Who was above him?
11        A.    Angel Munoz.
12        Q.    And so did you have an opportunity to talk
13   to Pup?
14        A.    Just briefly one time in the visiting
15   room, and that was it.
16        Q.    Were you given any -- what was your
17   position then at the Main?
18        A.    I was a soldier.
19        Q.    Okay.  Explain what a soldier is.
20        A.    A soldier is the guy who is the combat arm
21   of the leadership.  I do the bidding of the boss.
22        Q.    And who gave you that role?
23        A.    That is the role of every member who joins
24   the gang.
25        Q.    At some point did you -- you said you were
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   a soldier.  Have you ever heard the term "violation

2   crew"?

3        A.   Yes, ma'am.

4        Q.   What is that?

5        A.   It was a squad that was assigned to

6   inflict floggings and beatings on members of the

7   group who violated the rules of the leadership.

8        Q.   And who came up with that?

9        A.   That came up -- that was designed by Pup

10  and his lieutenants.

11       Q.   Okay.  And were you assigned to that?

12       A.   Yes, ma'am, I was.

13       Q.   By whom?

14       A.   By Pup and his three subordinates.

15       Q.   Who were his three subordinates at the

16  time?

17       A.   They were Baby Rob and Robert Martinez,

18  Shaun Ural, and Freddie Sanchez, Fred Dog.

19       Q.   Now, do you see Anthony Baca in the

20  courtroom today?

21       A.   Yes, ma'am.

22       Q.   And where is he?

23       A.   He is the gentleman in the suit with the

24  bald head, who is looking at me right now.

25       Q.   What color is his suit?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    His suit looks to me like it's navy blue,
 2   gray.
 3             MS. ARMIJO:  May the record reflect the
 4   identification of the defendant?
 5             THE COURT:  The record will so reflect.
 6   BY MS. ARMIJO:
 7        Q.    Now, did you actually do work for the
 8   violation crew?
 9        A.    Yes, I did on two occasions.
10        Q.    Now, what year are we talking about now?
11        A.    This was in 1997.  So shortly -- I would
12   say February or March.
13        Q.    While you were still there at the Main?
14        A.    Yes, ma'am.
15        Q.    And what sort of things did you do?
16        A.    For the violation crew, or just --
17        Q.    The violation crew.
18        A.    Well, on the two occasions that I
19   mentioned, I was taken to the education building for
20   one event, and outside in a blind spot, so to speak,
21   from the towers, the other one, and for exactly one
22   minute myself and another member assaulted the two
23   guys who had violated the rules.
24        Q.    Now, you said two people that had violated
25   the rules.  What rules are we talking about?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1      A.   Just the general rules or any specific
 2 rule that the leadership had set.  In this
 3 particular case, they were supposed to attend a
 4 meeting at the yard and they didn't do so, so they
 5 were penalized for that.
 6      Q.   All right.  Now -- and so the penalty for
 7 not attending a meeting was a beating?
 8      A.   Yes, ma'am.  There were occasions where
 9 somebody, a brother, committed an infraction that
10 didn't require his death or it wasn't severe enough
11 that he was to be killed, so Pup and the leadership
12 designed a system where minor violations would
13 result in a beating, so to speak, at the end of
14 which the brother was forgiven, or counseled not to
15 do that again.
16           MS. DUNCAN:  Your Honor, I'd like to
17 object.  May we approach for a moment?
18           THE COURT:  You may.
19           (The following proceedings were held at
20 the bench.)
21           MS. DUNCAN:  Your Honor, this witness has
22 testified that he met Pup only once briefly in a
23 visitation room.  And he keeps -- when Ms. Armijo is
24 asking him questions, he keeps saying "Pup and his
25 lieutenants."  We've been given no notice of any



SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                         201 Third NW, Suite 1630
Santa Fe, NM 87501                                 Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                   FAX (505) 843-9492
                                                          1-800-669-9492
                                               e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1   James statements, so these statements by his

2   lieutenants are hearsay.  So we'd ask that the Court

3   exclude any hearsay statements related to Mr. Baca.

4           THE COURT:  Well, you probably need to lay

5   some foundation.  These don't seem to come under any

6   exception.  So he's going to probably have to

7   testify from personal knowledge.  So you'll have to

8   lay a foundation.  Then you'll have to make a

9   judgment as to whether you think it's enough or not.

10  Individually, we'll probably have to take them one

11  at a time.

12          MS. DUNCAN:  Okay.  Thank you.

13          (The following proceedings were held in

14  open court.)

15          THE COURT:  All right.  Ms. Armijo.

16  BY MS. ARMIJO:

17      Q.   Mr. Munoz, you indicated that -- let me go

18  back just a little bit -- that you had been placed

19  on the violation crew by Anthony Baca?

20      A.   Yes, ma'am.

21      Q.   How is it that you know he placed you on

22  the violation crew?

23      A.   I was given the assignment explicitly by

24  Baby Rob, who was one of the members of his --

25  Anthony Ray Baca's tabla.  And I was told by Robert

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1   Martinez --

2          MS. DUNCAN:  Your Honor, I object.  He's

3   about to elicit hearsay.

4          THE COURT:  Are you trying to elicit this

5   out-of-court statement?

6          MS. ARMIJO:  Let me ask a couple more

7   questions, Your Honor.

8          THE COURT:  Okay.

9   BY MS. ARMIJO:

10     Q.   Did what Robert Martinez told you have an

11  impact on you as far as what you were doing for the

12  gang?

13     A.   They spoke on behalf of the boss.

14     Q.   Well, what I'm saying is, you were -- and

15  I don't want to get into what you were told by

16  Robert Martinez yet.  But did whatever he told

17  you -- did that cause you to do something on behalf

18  of the gang?

19     A.   Yes, ma'am.

20          MS. ARMIJO:  So your Honor, at this time I

21  would seek the statements for the impact it had on

22  this witness.

23          THE COURT:  All right.  I'll give a

24  limiting instruction on this.

25          MS. DUNCAN:  Thank you, Your Honor.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1            THE COURT:  I'm not exactly sure what the
 2   statement is going to be, but whatever it is, you
 3   can't consider it for the truth of the matter.  You
 4   can only consider it for the impact that it had on
 5   Mr. Munoz, and maybe explain why he did what he did.
 6   But you can't consider these statements that you're
 7   about to hear for the truth of the matter.
 8            All right.  Ms. Armijo.
 9   BY MS. ARMIJO:
10       Q.   And what was it that Robert Martinez told
11   you?
12       A.   He told me that myself and another guy who
13   I knew were going to be violating some brothers for
14   breaking rules.
15       Q.   And is that what you referred to as the
16   violation crew?
17       A.   Yes.
18       Q.   And what was your understanding as to
19   where this order came from?
20            MS. DUNCAN:  Your Honor, I'm going to
21   object.  This is based on hearsay.
22            THE COURT:  Well, I think it's the same
23   understanding.  Why don't we do this?  Why don't we
24   take this up in the morning.  We're at closing time.
25            I'm going to take my Valentine out to the
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   Double Eagle.  I've been out there once or twice, so
 2   that's where I'm going to take her.  We knew each
 3   other in first grade.  So she wasn't the girl next
 4   door, but she was the girl around the block.  So we
 5   are celebrating 40 years.  So I'm going to spend
 6   some time with her.  I bet she's not going to kiss
 7   me sounding like this.  I bet she'll stay away.
 8            Y'all have a good evening.  I hope y'all
 9   have a good Valentine's Day.  All rise.
10            (The jury left the courtroom.)
11            THE COURT:  Mr. Munoz, you're in the
12   middle of your testimony, so don't talk to anybody
13   about your testimony or what's occurring in this
14   trial or anything like that.  Okay?
15            THE WITNESS:  Yes, sir.
16            THE COURT:  All right.  You have a good
17   evening.
18            THE WITNESS:  You, too.
19            THE COURT:  All right.  Y'all have a good
20   evening.  See y'all tomorrow.  Thanks for your hard
21   work.
22            (The Court stood in recess.)
23
24
25
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1                Thursday, February 15, 2018
 2           THE COURT:  All right.  Is Mr. Munoz
 3  prepared to retake the stand?
 4           MS. ARMIJO:  I think so, Your Honor.
 5           THE COURT:  Let's see if we can get him in
 6  here.
 7           All right.  Mr. Munoz, if you'll come up
 8  and go ahead and be seated, I'll remind you that
 9  you're still under oath.
10           THE WITNESS:  Yes, sir.
11           THE COURT:  All right.
12           Ms. Armijo, if you wish to continue your
13  direct examination of Mr. Munoz, you may do so at
14  this time.
15           MS. ARMIJO:  Thank you.
16           THE COURT:  Ms. Armijo.
17                FREDERICO MUNOZ,
18      after having been previously duly sworn under
19      oath, was questioned, and continued testifying
20      as follows:
21           CONTINUED DIRECT EXAMINATION
22  BY MS. ARMIJO:
23      Q.  Mr. Munoz, I believe we were discussing
24  maybe your criminal history yesterday, and when you
25  were -- joined the SNM.  Now -- and I believe we
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   were still when you were a teenager.  So I want to

2   go back to, let's see, 1997.  You were talking about

3   you were on a violation crew.  Do you recall that?

4        A.   Yes, ma'am.

5        Q.   Now, when you were doing that, how long

6   did you stay, as far as that prison time, while you

7   were on that violation crew?

8        A.   All the way up until the Department of

9   Corrections locked up many of the members of our

10  gang and sent them to the North unit after a

11  stabbing which resulted between the Aryans and our

12  guys.  So no more than two months.

13       Q.   At that point, do you parole out in 1998?

14  Does that sound about right?

15       A.   Yes, ma'am.

16       Q.   And when you get out, how long do you last

17  on the streets?

18       A.   Nine days.

19       Q.   Did you subsequently get another -- pick

20  up another charge for armed robbery?

21       A.   Yes, ma'am.

22       Q.   Actually, I believe it's already in

23  evidence, Exhibit 737, and if we could go to -- how

24  long were you sentenced to the Department of

25  Corrections for that?



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      A.    Nine years.

2      Q.    And was any of that suspended?

3      A.    I don't believe so, ma'am.  It's possible,

4  but I think I served at least half of it.

5      Q.    Now, when you picked up that armed

6  robbery, where were you being held pending that

7  charge?

8      A.    At the Bernalillo County Detention Center

9  in Albuquerque, New Mexico.

10      Q.    And were there other SNM Gang members

11  there?

12      A.    Yes, ma'am.

13      Q.    Now, prior to going to -- is it called

14  BCDC?

15      A.    It was.  The new jail is Metropolitan

16  Detention Center.  But the old one downtown is

17  Bernalillo County Detention Center, BCDC.

18      Q.    BCDC.  Prior to going to BCDC, did you

19  have an opportunity to meet Angel Munoz?

20      A.    Yes, ma'am.

21      Q.    And who is Angel Munoz?

22      A.    He was the most senior member of the SNM.

23      Q.    And how did it come about that you were

24  able to meet him?

25      A.    There was a federal judge that was



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1   overseeing the inmate population at the Bernalillo

2   County Detention Center.  If the jail population

3   exceeded a certain number, the City would receive a

4   fine.  So the remedy or the solution to the jail was

5   to send handfuls of us prisoners from each of the

6   floors to various jails over the weekend, so as to

7   remain under the cap.  So a few times during that

8   circumstance, I was chosen to go spend the weekend

9   at a county jail, say, in McKinley County, Milan,

10  which was the 4C, Cibola County Correctional Center.

11  And at that time, when I went on one of those

12  weekends, I met with Angel Munoz, who was finishing

13  up his sentence in the State at Milan.

14       Q.   And when you did so, did he give you any

15  instructions as far as -- did he know that you were

16  going to -- you were being housed at BCDC pending

17  the resolution of your armed robbery?

18       A.   Yes.  We spoke when I would go outside to

19  the rec yard.  I would approach his window, which

20  was situated such that I could talk to him while I

21  was having my recreation, so we would talk the whole

22  time I was there.

23       Q.   And did he give you any instructions as

24  far as something for you to do when you went back to

25  BCDC?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      A.    Yes, ma'am.

2      Q.    And what instructions were those?

3      A.    He asked me first who was all there, to

4  give him a list of, by name, everybody who was

5  there.  I did that.

6            One of the guys that I mentioned was being

7  targeted by Angel and the family because he had a

8  dual membership in the SNM and also in the Nuestra

9  Familia prison gang, which was systematically

10 removed by our brothers over the years.  And he

11 joined our gang, which is a sin, a crime, so when

12 Angel found out that the guy was over there, he told

13 me to kill him.

14     Q.    What guy was that?

15     A.    His name was Felix Martinez.

16     Q.    And when you say he told you to kill him,

17 is there a term for that?

18     A.    He said to take him out.

19     Q.    Now, prior to around this time, or before

20 this time, you've mentioned Angel Munoz.  Had you

21 met Gerald Archuleta yet?

22     A.    Yes, I had.

23     Q.    And who is Gerald Archuleta?

24     A.    He was at that time also a senior member

25 of the SNM, somebody who I considered to be the

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                    FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
1   senior most, behind Angel Munoz and Mr. Baca and
2   Marty Barros.
3        Q.   And where did you meet him?
4        A.   I met him for the very first time at the
5   Main unit, in 1997, after the stabbing -- when three
6   of our brothers got stabbed by the Aryans.  The
7   Department of Corrections locked up a lot of our
8   brothers and sent them to the Level 6, which at that
9   time was just maximum security.  And at that point
10  they allowed Gerald Archuleta to come to the general
11  population for orientation, and that's the first
12  time we met.
13       Q.   Now, going back to 1998, you had
14  instructions regarding Felix Martinez.  Did he have
15  a nickname within the gang?
16       A.   Animal.
17       Q.   And did you follow through with your
18  orders?
19       A.   Yes, I did.
20       Q.   Did you have assistance?
21       A.   Yes, I did.
22       Q.   Who did you have assistance from?
23       A.   Two more of our brothers named Leonard
24  Lujan and Manuel Benito, Panther.
25       Q.   And what did you all do?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

29

```
 1        A.   I organized a hit, an operation.  And the
 2   three of us went into Felix's room around 3:00 in
 3   the afternoon, after a count, and I strangled him.
 4        Q.   Did you strangle him with anything?
 5        A.   With a sheet.
 6        Q.   Were you given directions as to how to
 7   kill him or not?
 8        A.   Oh, it was a recommendation, but it made
 9   sense to me, so I followed it.
10        Q.   And whose recommendation was it?
11        A.   It was Angel's.
12        Q.   What did he say as far as the
13   strangulation?
14        A.   He said, "Just strangle him.  It's
15   quieter.  It's not messy."
16        Q.   And what did Leonard Lujan and Manuel
17   Benito do?
18        A.   Leonard mostly helped me by restraining
19   Felix so that he couldn't get out of the situation.
20   And Manuel Benito was assigned -- I assigned him to
21   watch the door so that nobody could come in and
22   observe what we were doing.
23        Q.   Now -- and were you successful?
24        A.   Yes, I was.
25        Q.   Now, and I guess I should ask, Leonard
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Lujan and Manuel Benito -- are they SNM members?

2         A.   Yes, they are.

3         Q.   And were they being held at the Bernalillo

4    County Detention Center, as well?

5         A.   Yes, we all lived on the same floor

6    together.

7         Q.   Do you know if his body was discovered

8    right away or not?

9         A.   I believe it was discovered about -- we

10   killed him around 3:00 in the afternoon.  They did

11   not discover him until around 10:00, 10:15, during

12   an emergency count procedure.

13        Q.   Okay.  10:15 at night?

14        A.   Yes, ma'am.

15        Q.   All right.  Now, were you -- did they find

16   out -- "they" being law enforcement -- find out that

17   you were involved with that right away, or did that

18   come sometime later?

19        A.   It came approximately seven years later.

20        Q.   So you remained at the Bernalillo County

21   Detention Center and eventually do you get convicted

22   of the armed robbery?

23        A.   Yes, I do.

24        Q.   And when you get convicted of armed

25   robbery, where are you sent?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   I was sent back to RDC, which was the
 2   reception facility for the state prison in Grants.
 3   And from there I was sent to the PNM South unit, in
 4   Santa Fe, New Mexico.
 5        Q.   Would that have been maybe level -- what
 6   was it then, 5?
 7        A.   There was no such thing as a level program
 8   in 1998, so it was just a medium security prison.
 9        Q.   Now, did you meet more -- was that where
10   SNM Gang members were being held, if you recall?
11        A.   Yes, ma'am.
12        Q.   Did you have an opportunity to meet even
13   more SNM Gang members upon that imprisonment?
14        A.   Yes, ma'am.
15        Q.   Do you know Daniel Sanchez?
16        A.   Yes, ma'am, I do.
17        Q.   And do you see him in the courtroom today?
18        A.   Yes, I do.
19        Q.   Where is he?
20        A.   He's the gentleman with the glasses, to
21   the far left of the table.
22        Q.   And what is he wearing?
23        A.   He's wearing a dark blue -- looks like a
24   shirt with a red tie, and glasses.
25             MS. ARMIJO:  May the record reflect
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   identification of Daniel Sanchez?

 2           THE COURT:  The record will so reflect.

 3   BY MS. ARMIJO:

 4       Q.   And how do you know Daniel Sanchez?

 5       A.   From both of our mutual membership in the

 6   gang.

 7       Q.   When did you meet him?

 8       A.   I believe we first met in 1996, at the

 9   Southern New Mexico Correctional Facility, here at

10   the state pen.

11       Q.   And did you have an opportunity to be with

12   him again after that?

13       A.   At the North unit in 1998, we were in the

14   same pod on the same tier.

15       Q.   Now, did you -- and did you continue your

16   quest as a soldier, so to speak, once you got back

17   to PNM?

18       A.   Yes, ma'am.

19       Q.   And was there anyone in particular that

20   you were under?

21       A.   Gerald Archuleta.

22       Q.   What was Gerald's role back then in 1998?

23       A.   I mean, he had command authority.  When no

24   one else was around senior to him or with equal

25   status, he was making decisions for all of us
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   everywhere I've ever been.
 2        Q.   So did you take orders from him?
 3        A.   Yes.
 4        Q.   And did that continue throughout the time
 5   that you've been -- were in SNM?
 6        A.   Yes, ma'am.
 7        Q.   Now, do you get released a few years
 8   later?
 9        A.   Yes, ma'am.  In 2001 I was paroled from
10   the North unit in Santa Fe.
11        Q.   And you actually go out onto the streets?
12        A.   Yes.
13        Q.   And were you on parole?
14        A.   Yes.
15        Q.   Did you still -- even though you were out
16   on parole and on the streets, were you still an SNM
17   Gang member?
18        A.   Yes, I was.
19        Q.   Did an incident happen in 2003 that ended
20   up landing you back into prison?
21        A.   Yes, it did.
22        Q.   And what happened?
23        A.   I was at a barber shop in the North
24   Valley, in Albuquerque, New Mexico, with another
25   member of our gang, and he advised me that a guy who
```

SANTA FE OFFICE                                                        MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                 Albuquerque, NM 87102
(505) 989-4949                                                           (505) 843-9494
FAX (505) 843-9492                                                  FAX (505) 843-9492
                                                                    1-800-669-9492
                                                              e-mail: info@litsupport.com



```
 1   walked into the barber shop was a member of our
 2   rival gang.
 3        Q.    And which rival gang was that?
 4        A.    That would be the Los Carnales.
 5        Q.    And did you, in fact, know the person or
 6   not?
 7        A.    I did not know him.  I don't believe he
 8   knew me, either.  We looked at each other.  Didn't
 9   recognize him.
10        Q.    What significance does it have to see
11   somebody on the street that is possibly a Los
12   Carnales?
13        A.    For my purposes -- and no one had ever
14   stopped me of this notion -- we were in a full-blown
15   war, and it was an ongoing war.  It didn't matter
16   the location, the venue.  If you see a rival, you
17   have to act on it.
18        Q.    Okay.  So what happened?  What did you do?
19        A.    I confronted him.  I asked him who he was.
20   He approached me and he stated his gang, he
21   announced his identity, his membership in his gang.
22   And so I killed him.
23        Q.    How did you kill him?
24        A.    I shot him.
25        Q.    And what gang -- did he, in fact, announce
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1   to you that he was Los Carnales?

 2       A.   Yes, ma'am.  Those were his last words.

 3       Q.   And you shot him there at the barber shop?

 4       A.   Yes, ma'am.

 5       Q.   And so do you eventually get convicted of

 6   that, as well?

 7       A.   Yes.  I received a life sentence for that.

 8       Q.   Now, prior -- and have you been

 9   incarcerated ever since then?

10       A.   Yes, I have.

11       Q.   Prior to going back in for that incident,

12   were you involved in a shooting regarding Julian

13   Romero?

14       A.   Yes, ma'am.  I shot him.

15       Q.   Okay.  Who is Julian Romero?

16       A.   He -- Julian was also a very senior member

17   of the SNM who, as far as I understand, was there at

18   the very beginning, the genesis of the SNM Gang.

19   But he spent a lot of his time out of the state, so

20   I didn't know him that well until the last few years

21   of 1997, '98, when I first met him.

22       Q.   And then you had an opportunity to meet

23   him?

24       A.   When he came back from -- I believe he was

25   in Oregon, they returned him to the North unit where
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  most of us were at.  And it was Gerald who

2  introduced me to him.

3      Q.    "Gerald" being Gerald Archuleta?

4      A.    Yes, ma'am.

5      Q.    And when Gerald introduced him to you, did

6  he and Julian -- were they getting along at that

7  time?

8      A.    Oh, yeah.  They had a great deal of

9  affection for each other, to my observation.

10      Q.    At some point in time did that come to an

11  end?

12      A.    Yes, it did.

13      Q.    And how so?

14      A.    Because Julian began to have a romantic

15  relationship with Gerald's wife.

16      Q.    Based upon -- is that allowed in the SNM?

17      A.    It is not.

18      Q.    And why not?

19      A.    Because it creates dysfunction.  It

20  creates suspicion, distrust between the brothers.

21  And Angel Munoz did not want that, and he stated

22  explicitly that that should not happen between

23  brothers.

24      Q.    As a result of that, what did Gerald

25  Archuleta do?



SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                             FAX (505) 843-9492
                                                               1-800-669-9492
                                                         e-mail: info@litsupport.com

 1     A.   He began to campaign to everybody that

 2 Julian has to get dealt with, meaning get killed,

 3 removed, taken out.

 4     Q.   As a result of that, did he give you any

 5 explicit orders when you were on the street?

 6     A.   Yes.  He told me if I found him -- to look

 7 for him, and if I find him, to shoot him.

 8     Q.   And based upon who Gerald was to you, were

 9 you going to -- were you planning on following those

10 orders?

11     A.   Oh, yes, ma'am.  I considered it a lawful

12 order, and I accepted it, and I began to look for

13 Julian.

14     Q.   Did you eventually find him?

15     A.   Yes, I did.

16     Q.   Do you recall when this was,

17 approximately?

18     A.   I would say about 30 -- exactly a month

19 before the barber shop murder, so I would say

20 towards the end of March of 2003.

21     Q.   And what happened?

22     A.   I, along with another member of the SNM,

23 went driving in a rental car at the address I was

24 provided that Julian would be at.  I made a few

25 circuits around the block.  I finally saw him

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

 
BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   approaching his house.  And I pulled up.  I was in
 2   the passenger seat.  And I had a 9 millimeter
 3   handgun.  I called him, "Julian."  He was leaning in
 4   the right front driver's side door of the vehicle
 5   talking to somebody.
 6        Q.   And did he respond?
 7        A.   Yes, he looked up, and he said, "Who is
 8   that?"  And he didn't identify me right away.  He
 9   began to approach the vehicle.  And I was waiting
10   for him to walk up to the window, and I was going to
11   shoot him in the head.  But my brother, who was with
12   us at the time --
13        Q.   Who was that?
14        A.   That would be Shiman Pacheco.  He sort of
15   jumped the gun, got a little antsy, and began to
16   yell, "Shoot him, shoot him."  So I started shooting
17   before I was ready.
18        Q.   And so did you actually end up hitting
19   Julian Romero?
20        A.   Yes, ma'am.
21        Q.   Where did you hit him?
22        A.   I believe in the torso and the leg.
23        Q.   Did he survive?
24        A.   Yes, he did.
25        Q.   And was that crime ever investigated, that
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   you know of?
 2        A.   Not to my knowledge, because I reported to
 3   the PO officer the very next day, and there was
 4   nothing came about it.
 5        Q.   And then you said that was approximately
 6   about a month before the barber shop murder?
 7        A.   Yes, ma'am.
 8        Q.   So I'm going to show you again Exhibit
 9   737, and if we could go to the ninth -- I believe
10   eighth page of that.
11        A.   I don't see anything on this monitor.
12        Q.   No, it will come up.
13             Actually, go to the page before.
14             All right.  Do you see the document now?
15   Is it showing on your monitor?
16        A.   Yes, ma'am.
17        Q.   All right.  And does that appear to be
18   part of the conviction that you received back in
19   2004?
20        A.   Yes, ma'am, for the barber shop murder.
21        Q.   And if we could go to the next page,
22   please.  And you indicated that you received a life
23   sentence?
24        A.   Yes, ma'am.
25        Q.   Okay.  And is that indicated there on what
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   is Bates stamped 8569?

2       A.   Yes.

3       Q.   Now -- and so then after receiving this

4   conviction, you then returned back into the prison

5   system; correct?

6       A.   Yes.  I was returned back to the state

7   penitentiary in Santa Fe, New Mexico.

8       Q.   And I'm going to go ahead and go to the

9   same document, Bates 8573.  Now, you indicated

10  earlier that the murder that you committed in 1998

11  on Animal -- that you were not initially prosecuted

12  on that case; is that correct?

13      A.   It was a cold case.  It was classified as

14  a cold case by the Albuquerque Police Department.

15      Q.   And then did the investigation pick up and

16  eventually you were investigated for that murder

17  sometime around 2007?

18      A.   Yes, ma'am.

19      Q.   And as a result of that, did you end up

20  taking a guilty plea?

21      A.   Yes, ma'am.

22      Q.   And I'm going to go, then, to the very

23  next page.  And does this reflect there first-degree

24  murder where you received a life sentence?

25      A.   Yes, it does.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   All right, now.  Thank you.  Now, when you
 2   went back after the barber shop murder to
 3   Corrections, what were things like, as far as you
 4   and the SNM?
 5        A.   I think emotionally I was no longer
 6   invested in the gang.  I lost my passion for it.  I
 7   spent some time in a relationship with a female, and
 8   I began to enjoy that lifestyle.  I started to
 9   compare that sort of normalcy with the previous
10   eight years of my life, and I didn't want that
11   anymore.  I just didn't know how to exit from it.  I
12   didn't have an exit strategy, so I lingered and I
13   stayed representing my gang.
14             And when I got back to PNM, the state pen,
15   I began to lose my love and my respect for Gerald,
16   who was my boss at the time, based on some things
17   that were occurring.
18        Q.   And I'm going to ask you about those
19   things.  Did something occur when you went back up
20   with Gerald Archuleta that made you not look up to
21   him as you once had?
22        A.   Yes.
23        Q.   What happened?
24        A.   I think the biggest thing for me was that
25   Gerald was negotiating a peace treaty with the LC,
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                             FAX (505) 843-9492
                                                               1-800-669-9492
                                                          e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    the Los Carnales gang, while he was simultaneously

2    calling my cellphone while I was out there in

3    society, telling me to find these guys and keep the

4    war up and shoot them and represent him.

5            So I felt like as if he was using me

6    essentially in that the work, so to speak, killing

7    for the gang -- he made my work meaningless, and I

8    didn't like that.

9        Q.   All right.  And so you resented the fact

10   that you killed on sight a Los Carnales, only to

11   find out that there was possibly a peace treaty

12   going on?

13       A.   Oh, yes, ma'am.  I mean, I just come back

14   to the state prison with a life sentence for killing

15   guys who are representing the very same gang that

16   I'm observing Gerald and other brothers of mine

17   interacting with civilly.  I didn't like that.

18       Q.   Now, do you know Carlos Herrera?

19       A.   Yes, I do.

20       Q.   And I don't know -- if we did discuss this

21   yesterday, I'm sorry -- do you see him in the

22   courtroom today?

23       A.   Yes, ma'am.  He is, to my line of sight,

24   directly behind you.

25            MS. BHALLA:  Your Honor, we stipulate.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              THE COURT:  Does that work for you, Ms.
 2   Armijo?
 3              MS. ARMIJO:  Yes, Your Honor.
 4              THE COURT:  All right.  Ms. Armijo.
 5   BY MS. ARMIJO:
 6       Q.   And is he an SNM Gang member?
 7       A.   Yes, he is.
 8       Q.   And when did you first meet him?
 9       A.   I first met Carlos in RDC in Western New
10   Mexico, when I very first began my criminal career;
11   and then again at the state penitentiary down the
12   road here in Las Cruces in 1996.
13       Q.   Now, you indicated that after pleading
14   guilty to life and going back in, that you started
15   to look at things differently as far as your life in
16   the SNM.  Now, at some point did you actually decide
17   to leave the gang?
18       A.   Yes, I did.
19       Q.   And when was that?
20       A.   It was really right around that time when
21   I got back and I saw things with Gerald that I
22   didn't like.  But again, I pretty much was a coward.
23   I didn't have the courage or the bravery to announce
24   that I didn't want to have anything to do with it no
25   more, so I stayed a member.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              It was in 2007 -- I believe it was 2007 --
 2    it may have been the beginning of 2008 -- when MSNBC
 3    came through the facility doing a documentary.  They
 4    come to various prisons and ask guys if they would
 5    tell their story.  And I agreed to do that.
 6         Q.   And when you did that, did you not speak
 7    kindly of the SNM?
 8         A.   I just stated what I felt about it, and
 9    that I no longer wanted to have anything to do with
10    it, that I was out of it, yes.
11         Q.   Then at that point, were you moved away
12    from the SNM?
13         A.   No, ma'am.  The Department of Corrections
14    just changed my classification from involuntary
15    segregation to now I was in danger because of my
16    commentary on the show.  But they remained -- they
17    would not send me out of state, so I was still
18    living at the state pen with all of the guys that I
19    was criticizing in the program.
20         Q.   Now, at some point did you decide to
21    cooperate with the federal government?
22         A.   When I made that decision to exit the gang
23    publicly, I accepted who I was after that, and I
24    made myself available to any law enforcement agency,
25    whether it was the federal agency, the state prison
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                    (505) 843-9494
FAX (505) 843-9492                                           FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE
1-800-669-9492
e-mail: info@litsupport.com

 1   investigators.  If anybody needed to talk to me, I

 2   was willing to talk to them, yes.

 3        Q.   And did you talk to various people?

 4        A.   Sure.  Representatives of STIU questioned

 5   me about things, some folks from the federal

 6   government, in 2008.

 7        Q.   And were you eventually arrested in a case

 8   separate from this one that you're here testifying

 9   on, but a different one with other individuals in

10   April of 2016 on a RICO conspiracy?

11        A.   You mean the very beginning of this

12   overall case?  Is that what you're --

13        Q.   Yes, I mean, were you aware that there

14   have been various roundups and various indictments

15   into the SNM?

16        A.   I was at the drop-out yard in Clayton, New

17   Mexico, when -- I believe when this began.  Now, the

18   day before the very first takedown, I was approached

19   by representatives of the federal government about

20   it, yes.

21        Q.   Okay.  And then at that point was that in

22   December of 2015, if you recall?  And you may not

23   recall.

24        A.   I just know that the day of the takedown,

25   it was broadcast all over the local media in

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                           201 Third NW, Suite 1630
Santa Fe, NM 87501                                   Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                     FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1    Albuquerque.  All I know is that about two days

2    before that, I had my very first conversation with

3    Mark Myers, who was deputy secretary of the state

4    prison system, and an STIU officer who stated that

5    the federal government was in the process of taking

6    down the SNM Gang.

7        Q.   And at that point, you were already

8    removed in a different facility?

9        A.   Yes, I was returned back to the Level 6

10   without ever any accusation of any kind of

11   misconduct where I was at.  But I presume it had to

12   do with this case, because the day of my placement

13   from the facility I was at to the North was, I

14   think, the day this federal investigation began.

15       Q.   And at some point in April of 2016, were

16   you indicted?

17       A.   Yes, ma'am, I was.

18       Q.   And did you plead guilty?

19       A.   Yes, I did.

20       Q.   Now, did you actually plead guilty to

21   slightly different charges than you were indicted

22   for; do you recall?  I should say -- and I'll

23   explain it --

24            MS. ARMIJO:  I'm going to move for the

25   admission of Exhibits 696 through 698.


SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              THE COURT:  Any objection from the
 2   Defendants?
 3              MS. ARMIJO:  Your Honor, may we approach?
 4              THE COURT:  You may.
 5              (The following proceedings were held at
 6   the bench.)
 7              THE COURT:  What do you have there?
 8              MS. DUNCAN:  Your Honor, I don't object to
 9   the plea agreement; or if there is an addendum, I
10   don't object to that.  I object to this information
11   because it has the language, common language, in the
12   indictment that we asked the Court to strike about
13   the history and background of the SNM.
14              THE COURT:  What's the other document?
15              MS. DUNCAN:  It has the factual basis.  It
16   doesn't implicate us.  I don't mind.
17              THE COURT:  Have you redacted this the
18   same way as the others?  So there is no problem?
19              MS. DUNCAN:  No.
20              THE COURT:  697.  Anybody else have any
21   problem with it?  So Government's Exhibit 697 will
22   be admitted.
23              MS. ARMIJO:  The issue with the
24   information -- he didn't plead straight up to the
25   charge.  He pled to more.  He pled to an information
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   because -- for his sentencing exposure to be greater
 2   than he was actually indicted.  That's the point I'm
 3   bringing out with the information.
 4            THE COURT:  Why don't you do this?  If you
 5   want to make the point -- and I'll certainly let you
 6   make the point -- why don't you put this in front of
 7   him, say, "You didn't pled to the indictment, right?
 8   You pled to an information.  You pled for more than
 9   what's in the indictment?"
10            Then let's just not put this in.
11            MS. ARMIJO:  Okay.
12            MR. VILLA:  Your Honor, I guess I forgot
13   about it, too, but could you say something to the
14   jury about Ms. Fox-Young?  She's with a sick baby.
15            THE COURT:  I'll do it.
16            (The following proceedings were held in
17   open court.)
18            THE COURT:  Mr. Villa reminds me we got so
19   excited about Valentine's Day and Ms. May, I didn't
20   do what I promised I would do about Ms. Fox-Young.
21   She's got a little four-month-old baby that's with
22   her down here in Las Cruces.  So she's been working
23   during the day and been going back to the apartment
24   in the evening.  The baby was sick today, and so
25   with all the things going on, I just excused her.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   And so we'll probably see her later, but that's
 2   where she is, if you wanted to know.  The baby
 3   wasn't feeling well.
 4              All right.  Ms. Armijo.
 5        Q.   And Your Honor, I believe there was no
 6   objection to 697.
 7              THE COURT:  I admitted 696, I think.
 8              MS. ARMIJO:  No, 697.
 9              THE COURT:  I'm not sure I made a ruling
10   on the third document.  I said what we were going to
11   do on the information.
12              MS. ARMIJO:  The plea agreement?
13              THE COURT:  The plea agreement is 697?
14              MS. ARMIJO:  Yes.
15              THE COURT:  So it's admitted into
16   evidence.
17              (Government Exhibit 697 admitted.)
18              MS. ARMIJO:  And I believe there is also
19   an addendum, which is 698.
20              THE COURT:  Anybody have any problem with
21   the addendum?
22              MS. DUNCAN:  No, Your Honor.
23              THE COURT:  So not hearing any objection,
24   Government's Exhibit 698 will also be admitted into
25   evidence.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1                  (Government Exhibit 698 admitted.)
 2   BY MS. ARMIJO:
 3        Q.   And I'm going to show you, Mr. Munoz,
 4   Exhibit Number 696.
 5             MS. ARMIJO:  May I approach, Your Honor?
 6             THE COURT:  You may.
 7   BY MS. ARMIJO:
 8        Q.   Are you familiar with that document?
 9        A.   Yes, I am.
10        Q.   All right.  And did you, in fact, plead
11   guilty -- instead of pleading guilty to your
12   indictment that you were indicted on, did you plead
13   guilty to an information and expose yourself to a
14   greater sentence than you had been indicted on?
15        A.   Yes.
16        Q.   All right.  I'm going now to Exhibit
17   Number 697, the first page.  Does this appear to be
18   your plea agreement?
19        A.   Yes, ma'am.
20        Q.   And then the next page.  You indicated
21   that you had pled guilty to a racketeering
22   conspiracy.  Does that sound correct?
23        A.   Yes.
24        Q.   And then you pled guilty to a greater
25   charge that could receive a punishment of up to
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

51

```
 1   life; is that correct?

 2        A.   Yes.

 3        Q.   And is that actually reflected on this

 4   page?

 5        A.   Yes, ma'am, it is.

 6        Q.   All right.  And I'm also going to show you

 7   Exhibits Number 619 through 627.

 8             MS. ARMIJO:  With no objection, Your

 9   Honor?

10             THE COURT:  No objections to 619 through

11   627?

12             Not hearing any objections, Government's

13   Exhibits 619 through 627 will be admitted into

14   evidence.

15             (Government Exhibits 619 through 627

16   admitted.)

17   BY MS. ARMIJO:

18        Q.   And can we please show 619?  All right.

19   What is it that we're looking at here?

20        A.   That is me.

21        Q.   Okay.  And that is on your arrest date of

22   April 28 of 2016?

23        A.   Yes.

24        Q.   Do you have any tattoos, I should ask?

25        A.   Yes, I do.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1        Q.    Do you have any SNM tattoos?

2        A.    Yes, ma'am, I have three of them.

3        Q.    We're going to go to 620.  Is this a

4  photograph of you?

5        A.    Yes, ma'am.

6        Q.    Can you see any of the SNM Gang tattoos on

7  you?

8        A.    Yes, the center of my chest.

9        Q.    Okay.  I'm going to Exhibit 621.  And is

10 that a picture of the Zia symbol with the S?

11       A.    Yes, ma'am.

12       Q.    Do you also have an NM in it?

13       A.    Yes, ma'am, it does.

14       Q.    And then we're going to go to Exhibit

15 Number 622.  What is it that we're looking at here?

16       A.    That's just -- the "thug" is the thug life

17 tattoo that I have on my forearms.  You see one

18 portion of that here.  Then the Zia symbol on my

19 wrist has the initials SVP for Street Gang, South

20 Valley Pajaritos.

21       Q.    Let's go to 623, please.  Is that the

22 other tattoo you're talking about?

23       A.    Yes, with the street gang on it.

24       Q.    Okay.  And then if we could go to 624,

25 what is that?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   That's the other part of the thug life
 2   tattoo.  And then directly below that, in cursive,
 3   are the letters "SNM," and below that is an
 4   ugly-looking bar code with my state prison number.
 5        Q.   Okay.  And so I'm circling what's between
 6   "life" and, as you state, the "ugly-looking bar
 7   code."  Is that SNM?
 8        A.   Yes, ma'am.
 9        Q.   And can we go, please, now to Exhibit 625?
10   I'm sorry, we're on 626.  And what is it that we're
11   looking at here?
12        A.   A tattoo with the word "Sindicato."
13        Q.   And what does that stand for?
14        A.   That's the syndicate.
15        Q.   And lastly, 627.  And what is that?
16        A.   That's just a Playboy bunny.
17        Q.   What is your nickname?
18        A.   Playboy.
19        Q.   Who gave you that name?
20        A.   My sister's friends.
21        Q.   All right.  Thank you.
22             Since cooperating with the Government,
23   have you received money for being -- or while you
24   were signed up with the Government, did you receive
25   money as part of your assistance?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    Yes.
 2        Q.    Do you recall approximately how much that
 3   was?
 4        A.    I don't recollect, ma'am.  I would say on
 5   a quarterly basis about $250.
 6        Q.    Okay.  And do they put it on your books on
 7   a quarterly basis?
 8        A.    Yes.
 9        Q.    And I say "books," on --
10        A.    Inmate account system.
11        Q.    Okay.  Now, have you -- did you have a
12   tablet in this case?
13        A.    Yes.
14        Q.    And what was the tablet for?
15        A.    For the discovery for this case.
16        Q.    And were you being housed with other
17   cooperators at Sandoval County?
18        A.    Yes, ma'am.
19        Q.    At some point in time did you tamper with
20   that tablet?
21        A.    Yes, I did.
22        Q.    And by "tamper," what do you mean?
23        A.    I reset the tablet to the original Windows
24   10 format.
25        Q.    And what would that allow you to do?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    Access the entire function of the Windows
 2   10 operating system.
 3        Q.    And by doing so, were you able to be on
 4   the internet?
 5        A.    Yes, ma'am.
 6        Q.    Did you also lose the ability at that
 7   point to review the discovery?
 8        A.    Yes.  When you reset it, the discovery
 9   gets erased, the entire C drive.
10        Q.    Were you allowed to do that?
11        A.    I never saw any rule proscribing against
12   it.  I'm pretty sure it was implicit that we don't
13   do that sort of thing.  But when it was discovered
14   that there was Wi-Fi across the street, the
15   temptation was too great not to.
16        Q.    So when you did it, you knew that was
17   probably something you weren't supposed to do?
18        A.    Right.
19        Q.    And what sort of things did you look at on
20   the internet?
21        A.    Pornography.  I downloaded a lot of video
22   games, music video, and songs, like, MP3 files for
23   music.
24        Q.    Now, I may not have mentioned this.  I'll
25   ask you now.  During your time with the Corrections,
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   I know you mentioned that the SNM was involved in a
 2   lot of different crimes.  Were they involved in
 3   drug-trafficking?
 4        A.   Yes.
 5        Q.   And did you yourself partake in any drug
 6   activities while you have been with the Department
 7   of Corrections?
 8        A.   While I was an active member, throughout
 9   the span of my career in the SNM, I flirted with
10   heroin, weed.  Since I've left the gang and I've
11   been free to make my own choices and decisions apart
12   from everybody, I haven't messed around with any
13   kind of drugs.
14        Q.   And when you say "messed around," that
15   means you haven't taken --
16        A.   I haven't used them, yes, ma'am.
17        Q.   And the murders that you committed, that
18   you have received life sentences for -- were those
19   committed for the SNM?
20        A.   That was the only reason I did either one
21   of those things, ma'am.
22             MS. ARMIJO:  If I may just have a moment,
23   Your Honor?
24             THE COURT:  You may.
25             MS. ARMIJO:  Pass the witness.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

57

```
 1              THE COURT:  Thank you, Ms. Armijo.
 2          Ms. Duncan, do you want to take the lead
 3   here?  Ms. Duncan.
 4              MS. DUNCAN:  Yes, Your Honor.
 5                   CROSS-EXAMINATION
 6   BY MS. DUNCAN:
 7      Q.   Good afternoon, Mr. Munoz.
 8      A.   Good afternoon.
 9      Q.   I think you testified that you met Mr.
10   Baca in early 1997; correct?
11      A.   Yes.
12      Q.   And a few months after you met him, he was
13   transferred out of the housing unit where you were
14   living; correct?
15      A.   Well, at the facility.
16      Q.   Transferred out of the facility.
17      A.   Yes.
18      Q.   And then at the end of 1997, he was
19   actually transferred out of state; correct?
20      A.   Yes.
21      Q.   And Mr. Baca was out of state until
22   approximately 2008; correct?
23      A.   I believe he returned, but I never saw him
24   or interacted with him.  I can't tell you exactly
25   when.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   Fair enough.  So you saw him in 1997, and
2  then you never saw him again; is that correct?
3    A.   Yes.
4    Q.   And Ms. Armijo asked you about the plea
5  agreement that you entered in this -- or not in this
6  case, but in a related case; correct?
7    A.   Yes.
8    Q.   And you indicated that you had pled to a
9  charge greater than you had originally been charged
10  with; right?
11    A.   Right.
12    Q.   And the purpose of charging you in that
13  federal case was to get you into federal custody;
14  correct?
15    A.   Yes.
16    Q.   And the plan was, having brought you into
17  federal custody, that they could release you as soon
18  as your state sentence was over; correct?
19    A.   You might have to clarify that for me.
20    Q.   Sure.  The idea was they would charge you
21  federally, so you'd be serving a federal sentence;
22  right?
23    A.   Yes.
24    Q.   And then they could transfer you into the
25  Federal Bureau of Prisons?


SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    Immediately.

 2        Q.    You're currently serving a state sentence;

 3   correct?

 4        A.    I'm serving two state life sentences.

 5        Q.    So when those sentences were over, once

 6   you're in federal custody, you could be released

 7   sooner than had you stayed in state custody;

 8   correct?

 9        A.    No, ma'am.  I must serve, by law, the

10   entire 30-year life sentence.  You don't earn good

11   time.  It makes no difference where I'm at, what

12   facility, whether it's in New Mexico or not.

13        Q.    But you're aware that New Mexico can waive

14   its jurisdiction over your sentence; correct?

15        A.    I'm not aware of that.  By which you mean,

16   I will be transferred to serve my sentence

17   elsewhere, but the time still runs.

18        Q.    Let me --

19        A.    In other words, the federal government

20   doesn't take me into custody and, wink, wink, let me

21   out to the streets while the State thinks I'm

22   serving a life sentence elsewhere.

23        Q.    Do you recall a conversation with your

24   mother where you talked about the plan that you had

25   to be charged federally and taken into federal
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  custody?

2       A.   I might have discussed that sort of thing

3  with her, sure.

4       Q.   And the plan was, you'd explain to Judge

5  Browning that you'd only been charged to go into

6  federal custody; correct?

7       A.   Yes, ma'am.

8       Q.   And that, under the plan, that the

9  Government would say that they thought you should go

10 home as soon as your second conviction is up;

11 correct?

12      A.   Yes.

13      Q.   And you told your mother you thought that

14 would be about a year and a half?

15      A.   Okay.  I know what you're talking about.

16 The discussion that you're talking about was a

17 separate idea that I had that had nothing to do with

18 this legal plea agreement that I signed.  What I was

19 hoping to do or look into was the idea of having my

20 sentence commuted through Governor Martinez.  But

21 that was obviously just a pipe dream that would

22 never come about.

23      Q.   Well, it wasn't just your pipe dream,

24 though; you talked to Mark Myers about it; correct?

25      A.   Yes, I did.



SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                 201 Third NW, Suite 1630
Santa Fe, NM 87501                                        Albuquerque, NM 87102
(505) 989-4949                                                    (505) 843-9494
FAX (505) 843-9492                                          FAX (505) 843-9492
                                                              1-800-669-9492

BEAN & ASSOCIATES, Inc.                          e-mail: info@litsupport.com
PROFESSIONAL COURT
REPORTING SERVICE

1    Q.   And he is an employee of the Department of

2    Corrections?

3    A.   Not anymore.

4    Q.   Right.   Because he's now working with the

5    federal government in prosecuting this case;

6    correct?

7    A.   I don't know that status, ma'am.   I only

8    know that the last time Mark Myers and I spoke, he

9    said he was leaving the state Corrections

10   Department.   He was no longer going to be chief of

11   staff or deputy secretary.

12   Q.   But you understand that he is a task force

13   officer with the federal government?

14   A.   I knew he was all the way up until the

15   time of his leaving the State.   As to what he's

16   doing right now, I have not had any conversations

17   with anybody about his status, ma'am.

18   Q.   You had a conversation with him about this

19   clemency idea; correct?

20   A.   Yes.

21   Q.   And he told you that he thought you should

22   have your lawyer draft up a clemency petition to

23   submit to Governor Martinez; correct?

24   A.   Yes, that he would take to her personally.

25   Q.   And he would meet with her to discuss the

SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                           201 Third NW, Suite 1630
Santa Fe, NM 87501                                                   Albuquerque, NM 87102
(505) 989-4949                                                             (505) 843-9494
FAX (505) 843-9492                                                    FAX (505) 843-9492
                                                                       1-800-669-9492

PROFESSIONAL COURT
REPORTING SERVICE                                              e-mail: info@litsupport.com

 1    clemency petition?

 2        A.    Yes, ma'am.

 3        Q.    And that Prosecutor Armijo would also

 4    speak to the Governor on your behalf with the

 5    clemency petition?

 6        A.    I never had a discussion with Ms. Armijo

 7    about that.  I was hoping to have that sort of

 8    conversation in the ensuing months.  But again, when

 9    Mark Myers announced that he was leaving, for my own

10    purposes I looked at it, like, well, then, the idea

11    is dead with it.

12        Q.    When you spoke to Mark Myers, he told you

13    that Ms. Armijo had agreed to that; correct?

14        A.    He said that he spoke to various folks --

15              MS. ARMIJO:  Objection.  Calls for

16    hearsay.

17              THE COURT:  Well, what are you trying to

18    prove?  What are you trying to do with it?

19              MS. DUNCAN:  Your Honor, Mr. Munoz had a

20    conversation with his mother where they discussed

21    this clemency petition and promises that were made

22    to him.  And one of those promises was that members

23    of the prosecution would advocate on his behalf to

24    Governor Martinez for commutation.

25              THE COURT:  What are you trying to prove

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   with his statement?  Are you trying to prove the
 2   truth of it?  If it is, I'm going to have to sustain
 3   the objection.
 4            MS. DUNCAN:  I guess it's his expectation,
 5   Your Honor, so --
 6            THE COURT:  Well, I think that you're
 7   trying to, I think, prove the truth of the
 8   statements out of court, so I'll sustain the
 9   objection.
10            MS. DUNCAN:  Now, Your Honor, could I have
11   one moment, please?
12            THE COURT:  You may.
13            MS. DUNCAN:  I have no further questions,
14   Your Honor.
15            THE COURT:  Thank you, Ms. Duncan.
16            Anyone else have cross-examination of Mr.
17   Munoz?
18            MR. MAYNARD:  No, Your Honor.
19            THE COURT:  All right.  Mr. Villa?
20            MS. JACKS:  I do, just briefly.
21            THE COURT:  All right, Ms. Jacks.
22                   CROSS-EXAMINATION
23   BY MS. JACKS:
24       Q.   Mr. Munoz, you wrote sort of a life
25   history out for Agent Acee, didn't you?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      A.   Yes, ma'am.

2      Q.   And it was about 46 pages?

3      A.   Maybe 42.

4      Q.   42?

5      A.   46.  I'll stipulate to that.

6      Q.   You took your time with it, and you went

7  through sort of your criminal lifestyle from the

8  time that you were a very young teenager up until

9  today?

10     A.   Yes, ma'am.

11     Q.   And I just have a couple of questions

12  about that that I want to follow up with you on.

13  First of all, do you remember what you said about

14  your role in being the driving force behind

15  virtually all of the internal SNM bloodshed for 1998

16  to 2007?

17     A.   Yes.

18     Q.   And what did you say?

19     A.   That I was advocating and campaigning to

20  do a lot of the hits on the brothers that needed to

21  be dealt with, within the feuding that was existing

22  in the SNM between various members.

23     Q.   And that you considered yourself the

24  driving force behind that violence?

25     A.   Yes.

SANTA FE OFFICE                                                      MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                           Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492                                               FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
1          Q.    Was that true?

2          A.    Yes.

3          Q.    Okay.  That's still true?

4          A.    Yes.

5          Q.    And what did you say about your alliance

6     with Gerald Archuleta, who we've been calling Styx?

7          A.    That he was my boss.  He was my commander.

8     I was devoted to him and his leadership.  So if he

9     assigned me a job, I was going to do it, whatever it

10    was.

11         Q.    Did you say that you and Styx drove and

12    dominated the SNM narrative?

13         A.    Yes.

14         Q.    Now, within that context, I want to talk

15    to you about a particular assault -- well, actually

16    a particular homicide, I think.

17         A.    Okay.

18         Q.    And that is the homicide of David Padilla.

19         A.    I don't know about a David Padilla being

20    killed, ma'am.

21         Q.    Assaulted?

22         A.    Yes, at the main unit in 1997, yes.

23         Q.    Yes.  This is some time ago.

24         A.    Yes.

25         Q.    I guess I want to start just by talking
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    about, was David Padilla somebody who you

2    participated in an assault on?

3         A.   Yes, I assaulted him.  I set that whole

4    thing in motion.  And I conducted the assault on

5    him, yes, ma'am.

6         Q.   And was David Padilla somebody that you

7    had an issue with?

8         A.   I didn't know him, other than the

9    allegation that he was a member of the rival LC

10   Gang.

11        Q.   And so because he was from a different

12   gang, you thought that the actions of -- your action

13   should be to assault him or try to kill him?

14        A.   Yes, ma'am.

15        Q.   And do you remember what Styx thought

16   about that idea?

17        A.   He stated to me and other brothers that he

18   had had a conversation with David while they were

19   still at the orientation, being classified, whether

20   the department was going to determine if they were

21   going to come up to the general population or not.

22   They had a conversation, Gerald and David, and that

23   Gerald was satisfied with David's explanation that

24   he was not part of the gang, and we were to leave

25   him alone.

SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                           201 Third NW, Suite 1630
Santa Fe, NM 87501                                                  Albuquerque, NM 87102
(505) 989-4949                                                            (505) 843-9494
FAX (505) 843-9492                                                    FAX (505) 843-9492

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.    That you should work to leave him alone?

 2        A.    That we were to leave him alone.

 3        Q.    Okay.  So that was a command by the person

 4   that you considered your leader within SNM?

 5        A.    Who I had just met.  I had just met him,

 6   yes, ma'am.  But yes, that is the same guy.

 7        Q.    So Styx told you and other people, "Leave

 8   this guy alone"?

 9        A.    Yes.

10        Q.    "Don't assault him"?

11        A.    Yes.

12        Q.    And what did you take it upon yourself to

13   do?

14        A.    To assault him anyway.

15        Q.    And did you have trouble -- well, why,

16   first of all?

17        A.    Well, because just not even a month or two

18   before that, three of our members were stabbed by

19   three -- or a handful of Aryan Brotherhood

20   representatives in that very same cell block and

21   location where I was living at.  And our brothers

22   were deceived in much the same way that I felt David

23   could have possibly been deceiving Styx about his

24   membership, that everything was going to be okay.  I

25   did not want to wake up the next morning with a
```

SANTA FE OFFICE                                                              MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                   Albuquerque, NM 87102
(505) 989-4949                                                                 (505) 843-9494
FAX (505) 843-9492                                                      FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1  knife in my throat.  So I figured, my calculation

2  was, I'm going to do to this guy -- to him before he

3  can do it to me.

4         Q.   Kind of like the best defense is a good

5  offense?

6         A.   Exactly.

7         Q.   And in spite of the fact that -- I guess

8  the fact that Styx told you not to, that didn't stop

9  you from doing it?

10        A.   I considered it.  It was risky.  A few

11 other brothers who heard that, when I approached

12 them that I was going to do it, probably advised me

13 not do it; that it would be a bad idea.  So again, I

14 didn't want to get stabbed or assaulted, so I

15 decided I'm going to go ahead and assault the guy

16 first.

17        Q.   And was also part of your calculation in

18 deciding to do it that if you were successful, it

19 could only enhance your reputation?

20        A.   Yes, ma'am.  Sure.

21        Q.   So you had something personal to gain by

22 doing this.

23        A.   Yeah, I had a personal motive.  I mean, I

24 was a new member.  I was trying to build my

25 portfolio, so to speak.

SANTA FE OFFICE                                                      MAIN OFFICE
119 East Marcy, Suite 110                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                           Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                            FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   And did you recruit some other people to
 2  help you --
 3        A.   Yes.
 4        Q.   -- assault Mr. Padilla?
 5        A.   Yes.
 6        Q.   And were those also people that were
 7  associates or members of SNM?
 8        A.   Yes, ma'am, with the exception of one guy
 9  who was new.  He was a prospect.  So I had him
10  participate to see if he was willing to do that sort
11  of thing.  But all the other members that were
12  present for that assault were brothers in the SNM,
13  yes.
14        Q.   And did the people that you recruited to
15  help you -- did they know that Styx had said not to
16  assault this guy?
17        A.   Yes.
18        Q.   And they didn't care, and helped you
19  anyway?
20        A.   Yes, ma'am.
21        Q.   I want to ask you a question about the
22  murder of a guy known as Anthony Apodaca.
23        A.   Okay.
24        Q.   You wrote about that in your biography,
25  too; right?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    Yes.

 2        Q.    What was his nickname?

 3        A.    Popeye.

 4        Q.    And was Popeye killed?

 5        A.    I believe so, yes.

 6        Q.    By somebody that was in SNM?

 7        A.    Yes, ma'am.

 8              MS. ARMIJO:  Objection, foundation.

 9              THE COURT:  Well, lay some foundation for

10   it.

11   BY MS. JACKS:

12        Q.    Well, did you write in your biography

13   about the murder of Popeye?

14        A.    Yes.

15        Q.    And what was the source of your

16   information?

17        A.    A guy named Ivan Trujillo who told me that

18   before --

19              MS. ARMIJO:  Objection.

20              THE COURT:  Don't tell us what he said.

21              Set up the next question.

22   BY MS. JACKS:

23        Q.    Well, without telling us what Mr. Trujillo

24   told you, did you provide some information -- well,

25   let me go back.  Regarding the murder of Popeye, did
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   you pass on any sort of information regarding Styx
 2   or Gerald Archuleta's involvement in ordering that
 3   murder?
 4        A.   Yes, I did.
 5        Q.   You did?
 6        A.   Yes, ma'am.  His death, ma'am, has never
 7   been officially listed as a murder.
 8        Q.   Popeye's?
 9        A.   Yeah.
10        Q.   It's an accident?
11        A.   It was an overdose.
12        Q.   And is it your belief, as you sit here
13   today, that that was something that was ordered by
14   Gerald Archuleta, Styx, as the boss of the SNM?
15             MS. ARMIJO:  Objection, foundation.
16             THE COURT:  Lay a foundation if he knows
17   this information from personal knowledge.
18             MS. JACKS:  I think he's established he
19   only knows it from somebody else, so --
20             THE COURT:  Well, then we better --
21   sustained, then.
22             MS. JACKS:  I think that's it, Mr. Munoz.
23   Thank you.
24             THE WITNESS:  You're welcome.
25             THE COURT:  Thank you, Ms. Jacks.  I think
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   that's everybody.

 2           Ms. Armijo, do you have redirect of Mr.

 3   Munoz?

 4                   REDIRECT EXAMINATION

 5   BY MS. ARMIJO:

 6      Q.    Did you ever discuss or request of the

 7   prosecution team specifically anything for clemency

 8   of your crime?

 9      A.    No, ma'am.

10      Q.    Do you know, did Mark Myers tell you, in

11   fact, that he was retiring?

12      A.    Yes, ma'am.

13      Q.    When are you parole-eligible?

14      A.    In theory, I will parole from the first

15   conviction of murder in 2037, to the remainder of

16   the second life sentence, which will expire -- I'm

17   sorry, in 2033, the 30 years will finish on the

18   first murder.  If the parole board elects to parole

19   me from that, I will have to serve the remainder of

20   the second life sentence, which will expire or run

21   the 30-year point in 2037.  That will be the

22   earliest time at the state level I could parole.

23      Q.    And at the state level for parole, that is

24   not mandatory parole; correct?

25      A.    No, ma'am.  It just means that I go before
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1   a board, and I lobby them and beg them to release
 2   me.
 3          Q.    And you indicated that the move regarding
 4   David Padilla was risky.  Why was it risky?
 5          A.    Because I was defying the guy that was
 6   about to come to our facility and run it.
 7          Q.    That being Gerald Archuleta?
 8          A.    Yes, ma'am.
 9          Q.    Why did you feel that you had to do that?
10          A.    Because I didn't want to get stabbed.  I
11   mean, I look at it, like, I would rather be
12   insubordinate and disobey my boss than get stabbed.
13          Q.    And ultimately, after you did that, you
14   indicated that you were building your portfolio.
15   What did you mean by that?
16          A.    I was developing street credit, prison
17   credit.  I was demonstrating to my brothers and
18   everybody else that I was a serious person, even
19   though I was young; that I would do those sort of
20   things.
21          Q.    And does doing murders increase your
22   status in the SNM?
23          A.    Absolutely.
24          Q.    And do they help you with your status and
25   even increase your status?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1        A.    Not only within the SNM, but across all of

2    the criminal community.

3        Q.    And that applies specifically to the SNM?

4        A.    Yes, ma'am.

5              MS. ARMIJO:  I believe that's all I have.

6    Thank you, Your Honor.

7              THE COURT:  Thank you, Ms. Armijo.

8              All right.  Mr. Munoz, you may step down.

9              Is there any reason that Mr. Munoz cannot

10   be excused from the proceedings?  Ms. Armijo?

11             MS. ARMIJO:  No, Your Honor.

12             THE COURT:  How about from the Defendants?

13   Can he be excused?

14             MS. DUNCAN:  Yes.

15             THE COURT:  Not hearing any objection, you

16   are excused from the proceedings.

17             THE WITNESS:  You have a good day.

18

19

20

21

22

23

24

25

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   UNITED STATES OF AMERICA

 2   STATE OF NEW MEXICO

 3

 4              C-E-R-T-I-F-I-C-A-T-E

 5        I, Jennifer Bean, FAPR, RDR, CRR, RMR, CCR,

 6   Official Court Reporter for the State of New Mexico,

 7   do hereby certify that the foregoing pages

 8   constitute a true transcript of proceedings had

 9   before the said Court, held in the District of New

10   Mexico, in the matter therein stated.

11        In testimony whereof, I have hereunto set my

12   hand on this 12th day of March, 2018.

13

14              _____

15              Jennifer Bean, FAPR, RMR-RDR-CCR
                Certified Realtime Reporter
16              United States Court Reporter
                NM Certified Court Reporter #94
17              333 Lomas, Northwest
                Albuquerque, New Mexico 87102
18              Phone:        (505) 348-2283
                Fax: (505) 843-9492
19              License expires:  12/31/18

20

21

22

23

24

25
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com