IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | |
| ) | |
| Plaintiff,  ) | CRIMINAL NO. 15-4268 JB |
| ) | |
| vs.  ) | |
| ) | |
| ANGEL DELEON, et al.,  ) | |
| ) | |
| Defendants.  ) | |

MOTION FOR WRIT OF HABEAS CORPUS AD TESTIFICUNDUM
FOR TEMPORARY CUSTODY OF WITNESS

The United States of America respectfully moves that the Court order the Clerk of this Court to issue a Writ of Habeas Corpus ad Testificundum directing the Sheriff or Warden of the Cibola County Correctional Center, Milan, New Mexico, to surrender JAMES GARCIA to the United States Marshals Service for the District of New Mexico or his authorized representative and that the United States Marshal or his authorized representative be directed to bring JAMES GARCIA to the United States Courthouse for the District of New Mexico for the purpose of testifying in the above-captioned case.

JAMES GARCIA will be returned to the Cibola County Correctional Center at the conclusion of the hearing or proceeding for which his appearance is required.

Respectfully Submitted,

FRED FEDERICI
United States Attorney, Acting
Under Authority Conferred by 28
U.S.C. § 515

*Electronically filed on 4/4/2018*
MARIA Y. ARMIJO
Assistant United States Attorney
200 N. Church Street
Las Cruces, New Mexico 88001
(575) 522-2304 – Tel.