1

1          IN THE UNITED STATES DISTRICT COURT

2            FOR THE DISTRICT OF NEW MEXICO

3   UNITED STATES OF AMERICA,

4                 Plaintiff,

5       vs.            NO:  CR-15-4268 JB

6   ANGEL DELEON, et al.,

7                 Defendants.

8

9        Transcript of excerpt of testimony of

10                ROBERT MARTINEZ

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2

I N D E X

EXAMINATION OF ROBERT MARTINEZ

By Ms. Armijo                                    3

By Ms. Duncan                                   72

By Mr. Maynard                                  90

By Mr. Villa                                    97

By Ms. Armijo                                  106

REPORTER'S CERTIFICATE                         113

EXHIBITS ADMITTED

Defendants' Y1 Admitted                         83

Defendants' Z16 Admitted                        80

Defendants' Z16 Withdrawn                       82

Government 244 Admitted                          5

Government 276 and 277 Admitted                 53

Government 665 and 666 Admitted                 15

Government 686 and 687 Admitted                 69

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1            THE COURT:  All right.
 2            Ms. Armijo, does the Government have its
 3  next witness or evidence?
 4            MS. ARMIJO:  Yes, Your Honor.  Robert
 5  Martinez.
 6            THE COURT:  Mr. Martinez, before you're
 7  seated, raise your right hand to the best of your
 8  ability there, and Ms. Standridge, my courtroom
 9  deputy, will swear you in.
10                      ROBERT MARTINEZ,
11       after having been first duly sworn under oath,
12       was questioned, and testified as follows:
13            THE CLERK:  Please be seated.  State and
14  spell your name for the record.
15            THE WITNESS:  Robert Martinez.
16  R-O-B-E-R-T, M-A-R-T-I-N-E-Z.
17            THE COURT:  All right.  Mr. Martinez.
18            Ms. Armijo.
19            MS. ARMIJO:  Thank you, Your Honor.
20                 DIRECT EXAMINATION
21  BY MS. ARMIJO:
22       Q.   Mr. Martinez, have you ever been a member
23  of the Syndicato de Nuevo Mexico?
24       A.   I have and I am -- well, I have.
25       Q.   You have?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1        A.    Yeah.

2        Q.    What is that?

3        A.    It's a prison gang that was created after

4   the 1980 riot, and a family -- supposed to be a

5   family.  In reality, we're all a bunch of killers.

6        Q.    Now, when did you join -- are there any

7   other names for it, other than Syndicato de Nuevo

8   Mexico?  Does it have any other shorter names?

9        A.    No, it doesn't.

10       Q.    What about SNM?

11       A.    SNM, the letters S-N-M from the alphabet,

12  or just the letter S.

13       Q.    You've heard it referred to as SNM or the

14  S?

15       A.    The S.

16       Q.    And when did you join SNM?

17       A.    1988.

18       Q.    And were you in prison at the time?

19       A.    I was.

20       Q.    And who brought you in, if anybody?

21       A.    I can't honestly say I was brought in.  I

22  mean, I've always -- ever since I started doing

23  time, I've always been associated with somebody,

24  associated with the SNM in one way or another, even

25  before I knew what the SNM was.



SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                Albuquerque, NM 87102
(505) 989-4949                                          (505) 843-9494
FAX (505) 843-9492                                  FAX (505) 843-9492
                                                      1-800-669-9492
                                              e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1       Q.   And so in 1986 -- you indicated it was
 2  1986, then, that you think you officially became a
 3  member?
 4       A.   '88.
 5       Q.   1988, sorry.  1988?
 6       A.   '88.
 7       Q.   Now, I guess that leads us to talk
 8  about -- continue talking about the S.  Did you do
 9  something --
10            MS. ARMIJO:  Move for the admission of
11  Exhibit Number 244, without objection, Your Honor.
12            THE COURT:  All right.  Any objection?
13            Not hearing any objection from the
14  Defendants, Government's Exhibit 244 will be
15  admitted into evidence.
16            (Government Exhibit 244 admitted.)
17  BY MS. ARMIJO:
18       Q.   And can we please go to the first page of
19  244?
20            All right.  And you may not have had an
21  opportunity to review this document, but do you see
22  that it has your name on that document?
23       A.   Yes, ma'am.
24       Q.   And is that your NMCD number?
25       A.   Yes, ma'am.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

6

1     Q.   All right.  So I'm going to start first
2 with going back to what is Bates stamp 8956.
3     A.   It's kind of hard for me to see without my
4 glasses.
5     Q.   Oh, sorry.  Let's see --
6          THE COURT:  Do you use these, or do you
7 use something prescription?
8          THE WITNESS:  I have prescription,
9 bifocals.  I have, like, this close, it just looks
10 like blotches.  The further I am away from it, the
11 better I can see it.
12 BY MS. ARMIJO:
13     Q.   All right.  You know what?  I can actually
14 hand -- if I hand it to you, will you be able to see
15 it a little bit better?
16          THE COURT:  Does the witness know it's up
17 there?
18          MS. ARMIJO:  Yes.  But if he can see
19 that -- I have a hard time reading that.
20     A.   I can see it a little bit.
21          MS. ARMIJO:  May I approach the witness,
22 Your Honor?
23          THE COURT:  You may.
24     A.   Yeah, I can see it a little better.
25



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   BY MS. ARMIJO:
 2        Q.   A little better now.  All right.  And were
 3   you convicted in 1983 of a robbery?
 4        A.   I was.
 5        Q.   All right.  And does that appear to be the
 6   judgment and sentence in relationship to that?
 7        A.   Yes, ma'am, it does.
 8        Q.   And how old were you in 1983?
 9        A.   18.
10        Q.   And how old are you now?
11        A.   I'm going to be 54, now, in March.
12        Q.   Do you have a nickname within the gang?
13        A.   Do I have what?
14        Q.   A nickname in the gang?
15        A.   They call me Baby Rob.
16        Q.   All right.  Now, after receiving that, the
17   robbery, do you also have a conviction for
18   second-degree murder?
19        A.   I do.
20             MS. ARMIJO:  And I'm going to ask to
21   display 8960, please.
22             May I approach the witness, Your Honor?
23             THE COURT:  You may.
24   BY MS. ARMIJO:
25        Q.   All right.  And does that appear to be
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

8

```
 1   your conviction for second-degree murder?

 2        A.   Yes, ma'am, it does.

 3        Q.   And this occurred -- do you recall when

 4   this occurred approximately?

 5        A.   1988.

 6        Q.   And what were you sentenced to; do you

 7   recall?

 8        A.   39 and a half years.

 9        Q.   All right.  And then I'm going to go to --

10   and then based upon that, were you sent to prison?

11        A.   I was.

12        Q.   All right.  Now I'm going to go to Bates

13   8964.

14             MS. ARMIJO:  If I may approach, Your

15   Honor?

16             THE COURT:  You may.

17   BY MS. ARMIJO:

18        Q.   Are you familiar with this?

19        A.   Yes, ma'am, I am.

20        Q.   And how so?  Is this the judgment of

21   yours?

22        A.   Yes, ma'am, it is.

23        Q.   And does it indicate for aggravated

24   battery with a deadly weapon and possession of a

25   deadly weapon by a prisoner from 1984?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        A.   Yes, ma'am, it does.

 2        Q.   I'm sorry, 1994?

 3        A.   Yes, ma'am, it does.

 4        Q.   All right.  And how long were you

 5   sentenced in this case, if you recall?

 6        A.   That one --

 7        Q.   And we can go --

 8        A.   About 25 and a half years.

 9        Q.   All right.  And I'm going to go to the

10   next page.  Was there also a conspiracy count?

11        A.   Yes, ma'am.

12        Q.   And so the sentence in this was

13   approximately how long, do you recall?

14        A.   25 and a half.

15        Q.   And did this occur while you were

16   incarcerated?

17        A.   Yes, ma'am, it was.

18        Q.   Okay.  And we'll get into the facts in a

19   moment.

20             And then next we're going to go into Bates

21   8967.

22             MS. ARMIJO:  If I may approach, Your

23   Honor?

24             THE COURT:  You may.

25
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   BY MS. ARMIJO:

 2        Q.   Is that another conviction of yours?

 3        A.   Yes, ma'am, it was.  Yes, ma'am, it is.

 4        Q.   And is that from 2002?

 5        A.   Yes, ma'am.

 6        Q.   Is this for aggravated battery?  It

 7   appears to be -- let's see.  Oh, I should say -- and

 8   I believe in the second paragraph, it was convicted

 9   pursuant to a finding of guilty of aggravated

10   battery?

11        A.   Yes, ma'am, it is.

12        Q.   Okay.  And it indicates that occurred in

13   March of 2000.  And it might be in front of you, as

14   well, if that helps you.  There we go.

15        A.   Yeah, that's better.

16        Q.   Thank you.

17        A.   March 15, 2000.

18        Q.   Yes.

19        A.   Yeah.

20        Q.   And I believe right here it says

21   conspiracy --

22        A.   To commit aggravated battery, a fourth

23   degree felony.

24        Q.   Where did that crime occur?

25        A.   Santa Fe County.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1      Q.    Okay.  Was that while you were

2  incarcerated?

3      A.    Yes, ma'am.

4      Q.    And how long did you receive on that; do

5  you recall?

6      A.    Nine and a half.  Nine and a half years.

7      Q.    Let's go to page 8969, and maybe we can

8  bring that up a little bit.

9      A.    Okay.  Yeah.  It's 20 and a half years.

10     Q.    Okay.  And it indicates that that's going

11 to be served consecutive to one of your other cases?

12     A.    Okay.  I was incorrect.  That was

13 committed in Southern New Mexico Correctional

14 Facility.  That happened here at Southern.

15     Q.    Okay.  And it's 20 years consecutive to --

16 it says your number is 94-580; is that correct?

17     A.    Yes, it's consecutive.

18     Q.    Okay.  And then, going to Bates 8971 --

19 all right.  And if we can -- this appears to be from

20 2008, battery on a peace officer?

21     A.    Yeah.  That was in Santa Fe for the nine

22 and a half years.

23     Q.    Okay.  And then I believe -- can we get

24 the bottom blown up a little bit?

25          Is this the one that you were confusing

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                   Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                    FAX (505) 843-9492
                                                          1-800-669-9492
                                              e-mail: info@litsupport.com



PROFESSIONAL COURT
REPORTING SERVICE

12

1   earlier?

2       A.   Yes, ma'am.

3       Q.   All right.   Then, actually go to page 8973

4   of this document.   Mr. Martinez?

5       A.   Yes, ma'am.

6       Q.   How many years do you still have to go?

7       A.   How many years do I still have to do?   I'm

8   doing 25 and a half now, seeing the parole board in

9   2026.   Then I have to jump to the 20 and a half,

10  which I have to do 85 percent of that, so 18 years

11  of that.   And then after that, when I jump to the

12  nine and a half, I have to do 85 percent of that.

13  So that's seven years of that.   So altogether, about

14  25 more years.

15      Q.   Excuse me.   Did you actually at one point

16  calculate when you would be parole-eligible

17  potentially, if everything goes well with you, with

18  the parole board?

19      A.   Actually, I never even thought about it.

20  Are you talking about at the time I committed these

21  crimes or --

22      Q.   Oh, no, just recently, or any time.

23      A.   I never really thought about it.   I never

24  thought I'd get out.

25      Q.   All right.   Because in order for you to



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1   move from one sentence to the next, you have to be
 2   granted parole; is that correct?
 3        A.   Yes, ma'am.
 4        Q.   And then you indicated -- I believe you
 5   have the year -- so let's see, you have how much
 6   left on -- or when is your next one?
 7        A.   On the 25 and a half that I'm doing now.
 8        Q.   Okay.
 9        A.   I'm hoping to see the parole board in
10   2026.
11        Q.   Okay.  And then, if you're granted
12   parole -- is that discretionary, I should ask, or do
13   you know?
14        A.   You mean up to the parole board?
15        Q.   Yes.
16        A.   Yeah -- well, I mean, I think I'll be
17   granted parole, regardless.  But I mean, that's what
18   I'm expecting.
19        Q.   And then you start another sentence?
20        A.   I do.
21        Q.   And how long is that one?
22        A.   20 and a half.
23        Q.   20 and a half years?
24        A.   Yes, ma'am.
25        Q.   And that would start potentially in the
```

SANTA FE OFFICE                                    MAIN OFFICE
119 East Marcy, Suite 110                 201 Third NW, Suite 1630
Santa Fe, NM 87501                          Albuquerque, NM 87102
(505) 989-4949                                    (505) 843-9494
FAX (505) 843-9492                            FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1  year 2026; correct?

2       A.    2026.

3       Q.    And then --

4       A.    Add 18 years to --

5       Q.    Then 18 years on top of that; is that

6  correct?

7       A.    Yes, ma'am.

8       Q.    All right.  Sorry.  I don't trust my math.

9       A.    2034.

10      Q.    So we have 2026, we are eight years to

11  that one; and then 20.5, and then 18.5.  So that's

12  47 years?

13      A.    It's 2044, right.

14      Q.    That's approximately, if it's eight years

15  from now, until the year 2026; correct?

16      A.    Right.

17      Q.    And then you have 20.5 years on the other

18  one; correct?

19      A.    With 18 years to do on that one.

20      Q.    With 18 years to do on that one?

21      A.    Yeah.

22      Q.    So out of the 20 years, you're going to do

23  18, or you have another sentence on top of that?

24      A.    No, 20 years.  I'll do 18.

25      Q.    So you'll do 18 years out of the 20.  And



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   is that it?  You have one more?

 2        A.   Nine and a half.

 3        Q.   Okay.  Plus nine.  Okay.  So 35 more

 4   years, approximately?

 5        A.   Okay, 35.

 6        Q.   Would that be about right?

 7        A.   Yeah.

 8             MS. ARMIJO:  I'm also going to move at

 9   this time to admit Government's Exhibits 666 and

10   665, without objection.

11             THE COURT:  Any objection to those two

12   exhibits?

13             Not hearing any, Government's Exhibits 666

14   and 665 will be admitted into evidence.

15             (Government Exhibit 665 and 666 admitted.)

16             MS. ARMIJO:  And can we please show 665?

17   BY MS. ARMIJO:

18        Q.   Mr. Martinez, what are we looking at?

19        A.   That's a picture of me when I was 18 years

20   old.

21        Q.   All right.  And let's go to Exhibit 666.

22   What is that a picture of?

23        A.   Of me, in 1988.

24        Q.   All right.  Thank you.

25             Now, so after the murder that you
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   committed, is that when you went in, and you've been
 2   in since then; is that correct?
 3        A.   Yes, ma'am.
 4        Q.   And how old were you when you committed
 5   the murder?
 6        A.   I was 22.
 7        Q.   And so you've been in since then; is that
 8   correct?
 9        A.   Yes, ma'am.
10        Q.   And all of those other felonies were
11   committed while in the Corrections Department?
12        A.   They were.
13        Q.   Now, you talked a little bit about the
14   SNM.  What sort of rules did the SNM have when you
15   joined?
16        A.   What kind of rules?
17        Q.   Do they have any rules?
18        A.   I mean, as far as structure, I mean, there
19   was always somebody -- depending on what facility
20   you were in at that time, there was the Main
21   facility, the South facility, there was Central,
22   there was Southern.  And depending what facility you
23   were in, depending on who was calling the shots,
24   there was always somebody there that was going to
25   call the shots.  As far as reglas, we call them
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   rules and regulations.

 2        Q.   Yes.

 3        A.   We never really had that, other than,

 4   number one, you can't be a rat.  You can't be a

 5   child molester.  Those were the two main ones.  Or

 6   sexual crimes.

 7        Q.   Okay.  So you can't be a child molester;

 8   is that right?

 9        A.   That's right.

10        Q.   And you can't be a rat.  What does a rat

11   mean?

12        A.   Snitching; what I'm doing.

13        Q.   All right.  And that's one of the big

14   rules that you can't break; is that correct?

15        A.   That's true.

16        Q.   And what is the penalty for that?

17        A.   Death.

18        Q.   Now, you indicated that there's different

19   facilities, and that there's usually a person that's

20   kind of in charge.  Is there a term for that?

21        A.   Jefe, shot-caller; usually just those two.

22        Q.   If you've been in since '88, you've been

23   in the SNM in the '80s, '90s, the 2000s, and into

24   the 2000-teens.  So that's over the course of four

25   decades?
```

SANTA FE OFFICE                                           MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                    Albuquerque, NM 87102
(505) 989-4949                                               (505) 843-9494
FAX (505) 843-9492                                     FAX (505) 843-9492
                                                        1-800-669-9492
                                               e-mail: info@litsupport.com



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        A.   Yes, ma'am.

 2        Q.   Not that I want to age you any.

 3        A.   That's fine.

 4        Q.   Have you seen changes in the SNM over that

 5   time period?

 6        A.   A lot of changes.

 7        Q.   Now, have you heard of the term "tabla"?

 8        A.   Yes, ma'am, I have.

 9        Q.   What's tabla within the SNM?

10        A.   Yes, it was.

11        Q.   What is it?

12        A.   It's a group.  It's like a group of three

13   brothers.  It's like the tabla, usually there was

14   five, but sometimes we had three.  And those band of

15   brothers were the ones who more or less called the

16   shots for the SNM.

17        Q.   And would there be -- so there was a

18   tabla.  Would there be at times an overall leader?

19        A.   There would be, and depending on who it

20   was.

21        Q.   When you joined, who was the overall

22   leader?

23        A.   At that time, Marty Barros, Felipe

24   Cordova, old-timers.

25        Q.   And from what you understand, were those
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 843-9492                                            FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1   the people that actually started SNM when it
 2   started?
 3         A.    No.
 4         Q.    Who were the starting members, if you even
 5   know?
 6         A.    We call them our godfathers.  That was
 7   Juan Baca, Tom Coval, Tomas Campos, Kedrick Duran.
 8   These are people that go back before the riot,
 9   during the riot, and they were the ones that created
10   the SNM.
11         Q.    And then -- so you mentioned several
12   people.  Did you know of a -- were you ever on the
13   tabla?
14         A.    I was.
15         Q.    When did you first get on the tabla?
16         A.    '90s.  I'd say throughout the '90s into
17   the 2000s.
18         Q.    And who were different people on the tabla
19   with you?
20         A.    There was me, there was Rupert Zamora,
21   Arturo Garcia, Ray Baca -- well, Arturo Garcia,
22   Rupert Zamora.  Who else?  Fernie Hernandez.
23   Because it varied through the years.
24         Q.    Would it vary on where you were located?
25   For instance, would there be a different tabla at
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Southern versus the North at PNM?

2         A.   Not necessarily.  Because sometimes you

3    drive up to Southern, and there would just be one

4    shot-caller; there would be just one person there

5    that would call the shots.

6         Q.   All right.  Was the tabla above the

7    shot-callers of the different facilities?

8         A.   That depended on whether or not he was

9    doing his job.

10        Q.   "He" being who?

11        A.   Whoever that shot-caller was.  I mean,

12   hypothetically, like if I drove up to Southern and

13   we had a shot-caller there and he wasn't doing his

14   job, I would step up and do it.

15        Q.   "You" being somebody on the tabla?

16        A.   Or me being in the SNM, for the amount of

17   years I've been in there.

18        Q.   Have you ever heard of a person named

19   Billy Garcia?

20        A.   I have.

21        Q.   Was he ever on the tabla or a leader of

22   sorts?

23        A.   He was a leader.  He was never on the

24   tabla, but he was a shot-caller.

25        Q.   All right.  Now you mentioned somebody by

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1  the name of Ray Baca?
 2        A.    Right.
 3        Q.    Who is Ray Baca?
 4        A.    We call him Pup.  He's sitting in the
 5  back, with the bald head.
 6        Q.    Okay.  What is he wearing?
 7        A.    Looks like a black sweater.
 8              MS. ARMIJO:  May the record identify
 9  Anthony Baca?
10              THE COURT:  The record will so reflect.
11  BY MS. ARMIJO:
12        Q.    Okay.  Is his first name Anthony, and his
13  middle name Ray?
14        A.    Yes, ma'am.
15        Q.    Does he more commonly go by Ray Baca, as
16  opposed to Anthony?  You mentioned Ray Baca.
17        A.    He goes by Pup.  I've always known him as
18  Pup.
19        Q.    Do you know how he got the nickname Pup?
20        A.    I don't.
21        Q.    And was he or is he a leader of the SNM?
22        A.    Yes, he is.
23        Q.    And do you recall when you first met him?
24        A.    I've known him for 30 years, if not
25  longer.  I mean, we used to live -- when I came back
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1  on my parole violation, 39 and a half years, we

 2  lived together in cell block 4, north side, for a

 3  little while.  And off and on throughout the years

 4  we've lived together.

 5      Q.   And so -- and you've known him since what

 6  year, I'm sorry, could you say again, approximately?

 7      A.   We lived together in '88.  I've known him

 8  for like, 30 years, if not more.

 9      Q.   So did you -- do you know whether or not

10  Pup had a structure within the SNM?

11      A.   He did.  We did.

12      Q.   "We did," you said?

13      A.   He did, we did.  I mean --

14      Q.   Was he above you?

15      A.   Yes, he was.

16      Q.   All right.  And you mentioned that

17  throughout different times -- and I'm going to go

18  now to the '90s --

19      A.   Okay.

20      Q.   -- you were on the tabla at that time?

21      A.   I was throughout the '90s, when he was out

22  of state.  When he was out of state was more or less

23  when the tabla was created.

24              THE COURT:  Ms. Armijo, could we take

25  these up after the break?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1              MS. ARMIJO:  Sure.
 2              THE COURT:  Let's be in recess about 15
 3     minutes.  All rise.
 4              (The jury left the courtroom.)
 5              THE COURT:  All right.  We'll be in recess
 6     for about 15 minutes.
 7              (The Court stood in recess.)
 8              THE COURT:  All right.  Anything we need
 9     to discuss before we bring the jury in?  Ms. Armijo?
10     Mr. Beck?
11              MR. BECK:  Yes, Your Honor.
12              THE COURT:  There is something?  Go ahead.
13              MR. BECK:  So with regard to the issue
14     yesterday with Mr. Baca, I think I've got the
15     evidence that we need under 104(b) to now bring in
16     the murder conviction.  And I'd direct the Court to
17     our exhibit, Government's Exhibit 305, which is a
18     recorded conversation by Mr. Baca.  That's one that
19     hasn't been admitted yet, but will be admitted.
20              THE COURT:  Will be admitted?
21              MR. BECK:  Yes.
22              THE COURT:  What pages do I need to look
23     at?
24              MR. BECK:  It's a rather short transcript.
25              THE COURT:  Do you have a copy for me?  I
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN & ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  can probably dig it out.  But do you have a copy for

2  me?

3          MR. BECK:  I have a copy that I can give

4  to you.

5          THE COURT:  This is Exhibit 305?

6          MR. BECK:  This is Exhibit 305.  It's not

7  marked on here, but it's what is Exhibit 305.  And

8  the context of the conversation should make clear

9  that it is an SNM --

10          THE COURT:  Who is talking on this one?

11          MR. BECK:  It's Mr. Baca and Eric Duran.

12          THE COURT:  All right.  If you'll give me

13  a copy of the transcript.

14          Ms. Duncan, do you know what he's talking

15  about?

16          MS. DUNCAN:  Yes, Your Honor.  I know the

17  conversation he's talking about.  It's a

18  conversation from Mr. Baca and Eric Duran.  I agree

19  that they're talking about the murder for which Mr.

20  Baca was convicted.  I completely disagree with the

21  way that he's characterizing it as an SNM-involved

22  hit.  And I don't think it meets the burden under

23  Rule 104.

24          THE COURT:  All right.  I'll take a look

25  at it.  Give it to Ms. Standridge up here.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1            MR. BECK:  There may be.  Well, we'll

 2   clear it up.  The Court will see.

 3            THE COURT:  All right.  All rise.

 4            (The jury entered the courtroom.)

 5            THE COURT:  All right.  Mr. Martinez, I'll

 6   remind you that you're still under oath.

 7            Ms. Armijo, if you wish to continue your

 8   direct examination of Mr. Martinez, you may do so at

 9   this time.

10            MS. ARMIJO:  Thank you, Your Honor.

11            THE COURT:  Ms. Armijo.

12   BY MS. ARMIJO:

13       Q.   Mr. Martinez, I believe we were talking

14   about the tabla a little bit before the break, and

15   we were talking about Anthony Ray Baca.  Now, at

16   some point was he moved out of state?  And I'm going

17   to go back into the 1990s.

18       A.   He was sent out of state twice.

19       Q.   Okay.  The first time that he was sent out

20   of state, was something created, as far as the SNM,

21   for purposes of running the SNM?

22       A.   If I'm correct, that was the '90s, or I

23   would say, yeah, that's when we created the tabla.

24       Q.   Okay.  And now, even though there was the

25   tabla, who was on top of the tabla?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    Nobody.

 2        Q.    What about Mr. Baca?

 3        A.    If he was to come back from out of state,

 4   he would be.

 5        Q.    Okay.  So he was out of state and the

 6   tabla was created to run the SNM; correct?

 7        A.    Correct.

 8        Q.    And when he got back into the state, he

 9   would be on top of the tabla, so to speak?

10        A.    Well, he'd probably be -- with him and the

11   respect that he had from all the brothers, he'd

12   probably be the only shot-caller.

13        Q.    Okay.  So there would be no need for a

14   tabla?

15        A.    No.

16        Q.    Now, do you know Daniel Sanchez?

17        A.    I do.

18        Q.    And do you see him in the courtroom today?

19        A.    The gentleman with the glasses, blue

20   sweater, red tie.

21             MS. ARMIJO:  May the record reflect

22   identification of the Defendant Daniel Sanchez?

23             THE COURT:  The record will so reflect.

24   BY MS. ARMIJO:

25        Q.    And how do you know Daniel Sanchez?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    SNM.   I consider him a brother, a carnal;
 2   I've known him for about, I'd say, 20 years maybe.
 3        Q.    And did he have a nickname within the
 4   gang?
 5        A.    Dan Dan.
 6        Q.    How about Carlos Herrera?
 7        A.    I know him, as well.
 8        Q.    Do you see him in the courtroom today?
 9        A.    He's behind you.   He's wearing a blue
10   jacket, light blue shirt.
11             MS. ARMIJO:   May the record reflect
12   identification of Carlos Herrera?
13             THE COURT:   The record will so reflect.
14   BY MS. ARMIJO:
15        Q.    How long have you known Carlos Herrera?
16        A.    I'd say about 15 years, maybe.
17        Q.    Did he have a nickname in the gang that
18   you know of?
19        A.    Lazy.
20        Q.    And referring to Daniel Sanchez, did I
21   already ask you?   I'm sorry, did he have a nickname?
22        A.    Did he have a what?
23        Q.    Did he have a nickname within the gang?
24        A.    Everybody knew him as Dan Dan.
25        Q.    Now, when we discussed your criminal
```

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                            201 Third NW, Suite 1630
Santa Fe, NM 87501                                   Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                     FAX (505) 843-9492
                                                        1-800-669-9492
                                                 e-mail: info@litsupport.com



```
1   history, you indicated that after your second-degree
2   murder, all of those were committed within the
3   Department of Corrections?
4        A.   Yes, ma'am.
5        Q.   Were any of those related to SNM activity?
6        A.   I would say the 20 and a half that I
7   picked up here in Southern in 2002, and I would say
8   the one here in Southern --
9        Q.   And what was --
10       A.   -- in 2002.
11       Q.   -- that related to?
12       A.   You're talking about the victim, or what
13   were the circumstances to the crime?
14       Q.   The circumstances.
15       A.   I can't remember his name.  But the dude
16   we assaulted killed one of our brothers in -- I
17   think it was 1991, north side, cell block 5.  The
18   carnal's last name was Pacheco.  And he had been
19   walking the line in Southern for a couple of years
20   when I drove up.  So -- and I took it upon myself to
21   take care of family business.
22       Q.   Okay.  You said a couple of things I want
23   to cover.
24       A.   Okay.
25       Q.   You said "walking the line."  What does
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    "walking the line" mean?

2         A.   In general population, general population,

3    just going to work, going to school, going to the

4    yard, going to the gym.

5         Q.   Okay.  So that's different from being in

6    segregation?

7         A.   Yes, ma'am.

8         Q.   And then you mentioned that he had killed

9    an SNM brother?

10        A.   Yeah.

11        Q.   So you took it upon yourself to do

12   something about that?

13        A.   At the time, the shot-callers there in

14   Southern, they called him Sexy Walker.

15        Q.   They called him what?

16        A.   They called him Sexy Walker.  That was his

17   nickname.  His name was Leno G.  And the other one

18   was -- his nickname was Tibo, Nick Chavez.  They

19   were the ones that were running the line at Southern

20   at that time.  I had drove up.  I did a week in

21   orientation.  Then I went to the line for a week.

22             And I was out in the yard one day, and

23   they come up -- there was a couple of brothers out

24   there -- there was a couple brothers out there in

25   the yard.  I was working out by myself.  A couple

SANTA FE OFFICE                                         MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                   Albuquerque, NM 87102
(505) 989-4949                                                (505) 843-9494
FAX (505) 843-9492                                      FAX (505) 843-9492



1-800-669-9492
PROFESSIONAL COURT                      e-mail: info@litsupport.com
REPORTING SERVICE

1   brothers come up to me, tell me, "Hey, isn't that

2   the guy that killed the carnal Pacheco in '91?"

3       Q.   Then what did you do?

4       A.   At that time, I told them, "I don't know.

5   You tell me."

6            And that's when they said, "That's him.

7   That's him."

8            I ran around looking for a shank.  I

9   couldn't find one.

10      Q.   So what did you do?

11      A.   Picked up a rock and busted his head open.

12      Q.   And did he survive?

13      A.   Yes, he did.

14      Q.   Now, some of your convictions, or at least

15  one of them was for aggravated assault on a peace

16  officer?

17      A.   Yeah.

18      Q.   What did that entail?

19      A.   2000s, 2005, -6, -7, there at the North

20  facility, everybody was pretty much going at each

21  other.

22      Q.   When you say "everybody," what are you

23  referring to?

24      A.    I mean, people were slipping cuffs, people

25  were slipping their handcuffs, and going at rivals.

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                    (505) 843-9494
FAX (505) 843-9492                                          FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1  And I moved on a couple of COs.

2      Q.   When you say you "moved on a couple COs,"

3  what do you mean?

4      A.   Sliced them; you know, tried to assault

5  them.

6      Q.   And is that something that, during that

7  time period, was common with the SNM?

8      A.   If the CO disrespected you, I would say it

9  was.

10      Q.   Well, let me talk a little bit about

11  disrespect.  As an SNM Gang member, if somebody

12  disrespects you, can you just let that go, or do you

13  have to do something about it?

14      A.   Well, it will make you look bad.

15      Q.   Okay.

16      A.   It will make you look weak.

17      Q.   So then what do you have to do if somebody

18  disrespects you?

19      A.   You have to do what you have to do, beat

20  them down, stab them, whatever.  I mean, because --

21  I mean, to me, if I'm with one of my brothers and

22  somebody starts bad-mouthing him, starts talking

23  shit to him and he doesn't do anything, in my eyes

24  he looks weak.  And I don't want a brother like

25  that.

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                    201 Third NW, Suite 1630
Santa Fe, NM 87501                             Albuquerque, NM 87102
(505) 989-4949                                         (505) 843-9494
FAX (505) 843-9492                                 FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.    Okay.  Starting in the 1990s, were drugs
 2   part of SNM culture?  I don't mean starting, but I'm
 3   referring to the 1990s.
 4        A.    That's always been our habit.  Drugs have
 5   always been our habit.
 6        Q.    Did you know anybody named Dennis
 7   Trujillo?
 8        A.    I did.  He's passed away.
 9        Q.    And who was Dennis Trujillo?
10        A.    He was a brother.  They called him White
11   Bear.  He was a carnal.
12        Q.    And where was he in the 1990s, do you
13   recall?
14        A.    He lived -- at that time I lived in cell
15   block 3.  He lived south side, cell block 4.
16        Q.    And what unit are we talking about?
17        A.    Old Main facility.
18        Q.    And the Old Main facility -- do you know
19   what year that closed?
20        A.    If I'm correct, I think it closed, like,
21   '97, I think.
22        Q.    And was that where the riots took place?
23        A.    Yes, ma'am.
24        Q.    Now, paperwork.  What's paperwork in
25   relationship to the SNM?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1      A.   If you're a rat, there is paperwork on

 2 you.  It comes -- like me, for example, I'm

 3 testifying in this case.  They get paperwork on me.

 4 They can go around showing it to other brothers,

 5 tell them, "Hey, look, Baby Rob is a rat."

 6           And right there, I put a target on my

 7 back.  I'm marked for death, in other words.

 8      Q.   Okay.  What can paperwork consist of?

 9      A.   What do you mean?

10      Q.   Does it have to be a certain item, like a

11 police report, or could it be your testimony here

12 today?

13      A.   Statements or tape recordings.

14 Statements, transcripts, tape recordings.  That's

15 usually what it consists of.

16      Q.   Now, I want to go back to 2013 -- well,

17 no, let me go back to 2011.  Where were you housed;

18 do you recall?

19      A.   2011, I was probably at the North

20 facility.  That's where I've done the majority of my

21 time.

22      Q.   Okay.  At the North facility?

23      A.   Yes, ma'am.

24      Q.   One quick question about the Main.  We

25 were talking about Dennis Trujillo.  Had he brought
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                201 Third NW, Suite 1630
Santa Fe, NM 87501                                        Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                        FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1   drugs into the Main?

 2        A.    One of the main ones.

 3        Q.    One of the main ones bringing drugs into

 4   the Main?

 5        A.    Yes.

 6        Q.    And did he distribute -- "he" being Dennis

 7   Trujillo -- did he distribute those drugs to other

 8   people?

 9        A.    Yeah.

10        Q.    And "other people" being other inmates?

11        A.    Yeah.  Yes, ma'am.

12        Q.    Now, Javier Molina.  Do you know who that

13   was?

14        A.    I knew the name.  But I've never done time

15   with him.

16        Q.    Okay.  And I believe we were talking

17   about -- let's go to 2011.  Do you know somebody by

18   the name of Alex Sosoya?

19        A.    I do.

20        Q.    Who was Alex Sosoya?

21        A.    He was a carnal.  He was a carnal -- or is

22   a carnal.

23        Q.    Okay.  And I notice you say he was or

24   is --

25        A.    I say "was," because I renounced.  I'm no
```

SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                       201 Third NW, Suite 1630
Santa Fe, NM 87501                                                Albuquerque, NM 87102
(505) 989-4949                                                              (505) 843-9494
FAX (505) 843-9492                                                  FAX (505) 843-9492
                                                                          1-800-669-9492
                                                              e-mail: info@litsupport.com



```
 1   longer a part of the SNM.  And I say he was, or he

 2   is.  He's on the streets.  But he's a carnal.

 3        Q.   Did you have issues with him?

 4        A.   I did.

 5        Q.   When did those issues start?

 6        A.   I'd say around 2005, -6, -7, somewhere

 7   around there.  We were at the North facility.  We

 8   were all there.  They have housing units.  1A, 1B,

 9   2A, 2B, 3A, 3B.  I'm in 3B V pod.  He's in, I think,

10   W or X pod.  I get a knock on the wall one day.  And

11   Carlos Herrera was my neighbor.  And he tells me

12   underneath the bunk, he says, "Hey, if dude gives

13   you something," he tells me, "be careful."

14            I told him, "What are you talking about?"

15            And Carlos Herrera told me, he said that

16   he was out in the yard running his mouth, talking to

17   the other brothers saying that I, along with Gerald

18   Archuleta and Arturo Garcia -- that we're the ones

19   that had the onda all fucked up, and all they care

20   about is getting high, and the onda would be much

21   better off if we were out of the picture.

22            So to me, I took that to mean that no

23   matter how you word it, you're talking about trying

24   to take me out.  So I put a green light on him.

25        Q.   Okay.  You said several things I want to
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com




BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

 1  go back on.

 2      A.   Okay.

 3      Q.   Talk about the onda.  What's that?

 4      A.   The family, the SNM.

 5      Q.   And you mentioned that several people

 6  there talked about you and Arturo Garcia?

 7      A.   Right.

 8      Q.   And do you know Arturo Garcia's nickname?

 9  And if you don't remember it, that's fine.

10      A.   I can't remember it right off the top of

11  my head.  Shotgun.

12      Q.   And Gerald Archuleta?

13      A.   I know him.  They call him Styx.

14      Q.   And you mentioned that you had issues with

15  the three of you.  Were you all part of the tabla?

16      A.   We were.

17      Q.   And you mentioned that Carlos Herrera

18  knocked on your wall.  Were you referring to -- did

19  you share a common cell with him?

20      A.   We were neighbors.

21      Q.   And could you talk through the vents, or

22  under -- you could talk through --

23      A.   You could talk through the vent, you could

24  talk underneath the bunk, and then you could talk at

25  the door.  But he called me underneath the bunk.

SANTA FE OFFICE                                                MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                   Albuquerque, NM 87102
(505) 989-4949                                                (505) 843-9494
FAX (505) 843-9492                                       FAX (505) 843-9492
                                                           1-800-669-9492



PROFESSIONAL COURT
REPORTING SERVICE                          e-mail: info@litsupport.com

```
1        Q.    Okay.  And you can communicate that way?

2        A.    Yes, ma'am.

3        Q.    All right.  So Carlos Herrera told you

4   something that led you to believe that, for lack of

5   better terms, Alex Sosoya was disrespecting you; is

6   that correct?

7        A.    He was putting -- to me, he was talking

8   about trying to take me out.  In other words, trying

9   to get me killed.

10       Q.    So what did you do in turn?

11       A.    I put a green light on him.

12       Q.    Now, was that green light acted upon

13  initially?

14       A.    By me.

15       Q.    Okay.  Did it take some time for you to be

16  able to act on that?

17       A.    It did.

18       Q.    Okay.  And when was it that you were able

19  to act on that green light?

20       A.    I think it was 2011.

21       Q.    Okay.  And where were you?

22       A.    In South facility in Santa Fe.

23       Q.    Okay.  So you mentioned that this issue

24  that came up was a few years before, at least;

25  correct?
```



SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                         201 Third NW, Suite 1630
Santa Fe, NM 87501                                               Albuquerque, NM 87102
(505) 989-4949                                                    (505) 843-9494
FAX (505) 843-9492                                               FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   Correct.

 2        Q.   And so I'm assuming that you weren't

 3   living with Mr. Sosoya that whole time?

 4        A.   He was living next door to me in one of

 5   the other pods.

 6        Q.   That whole time?  Or did you separate and

 7   then find yourselves, in 2011, in the same vicinity

 8   again; do you recall?

 9        A.   He ended up paroling.  Then he ended up

10   coming back on parole.  And when he came back on his

11   parole violation, we were living together in S pod.

12        Q.   Okay.  And would that be, then, in 2011,

13   approximately?

14        A.   That was before 2011.  That was before he

15   and I went to the South facility.  We were both

16   there together there at the North.

17        Q.   And did the problems remain?

18        A.   He confronted me.  He asked me if I put a

19   green light on him.  And I told him yes, and I told

20   him why.

21        Q.   All right.  And then what happened?

22        A.   I just told him, you know, "I'm not going

23   to talk shit about you.  I'm not going to disrespect

24   you.  When the time comes, we'll handle our

25   business."
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              And it continued like that for a little
 2   while.  Then eventually, I ended up going to the
 3   South facility.  And then he showed up, they put him
 4   as my neighbor.
 5        Q.   Did that work out very well?
 6        A.   Not in the long run.
 7        Q.   Tell us what happened.
 8        A.   While he was my neighbor, and I knocked on
 9   the wall and he asked me, he goes, "Who is that?"
10              I told him, "Figure it out."  I told him,
11   Look, I told him, "They're going to keep you on
12   orientation for two weeks.  When you come out, we'll
13   go in the yard and we'll talk about this."
14              I guess he tried to intimidate me or
15   something, because he said, "Well, I'm kind of a big
16   guy."
17              I told him, "That doesn't mean nothing,"
18   so --
19        Q.   Was he bigger than you?
20        A.   He was.
21        Q.   And was this disagreement between you two
22   known amongst other SNM members that were with you?
23        A.   It was.  I mean, to me, it was SNM
24   business.  At that time, I was one of the
25   shot-callers, and to me it was SNM business.
```



SANTA FE OFFICE                                           MAIN OFFICE
119 East Marcy, Suite 110                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                Albuquerque, NM 87102
(505) 989-4949                                            (505) 843-9494
FAX (505) 843-9492                                   FAX (505) 843-9492
                                                       1-800-669-9492
                                              e-mail: info@litsupport.com

 1  Because, like I said, it doesn't matter how he

 2  worded it.  To me, he's talking about taking out the

 3  hit.

 4      Q.   Do you know somebody by the name of Mario

 5  Rodriguez?

 6      A.   I do.

 7      Q.   Was he living with you at the time?

 8      A.   He was.

 9      Q.   Was he -- did you make him aware of this

10  situation?

11      A.   I did.

12      Q.   Or was he aware of the situation?

13      A.   He knew about it.

14      Q.   And did there come a point in time when

15  the two of you acted upon this issue that you had

16  with Alex Sosoya?

17      A.   We did.

18      Q.   And how is it that he was involved, if you

19  know?  I mean, did he say, you know, "I'm going to

20  support you," did you recruit him, or --

21      A.   I didn't recruit him.  I mean, he was a

22  brother.  But he was a soldier.  He was down to do

23  whatever needed to be done.

24      Q.   Did he tell you, in fact, that he wanted

25  to have your back on this issue?

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                    (505) 843-9494
FAX (505) 843-9492                                          FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   I mean, I had -- when we were all there,
 2   it was me, Blue, and a couple other brothers;
 3   another brother named Robert Lovato, Sr., and
 4   Benjamin Clark.  We were all living on the top tier.
 5   And I went to each and every one of them and told
 6   them, "You know what, fall back.  I'll take care of
 7   this by myself."
 8             Every one of them said okay, except Blue.
 9   Blue said, "No, fuck that.  I'm going with you."
10   Excuse the language, but --
11        Q.   That's okay.  Is that what he said?
12        A.   Yeah.
13        Q.   Okay.  Now, so there was an incident,
14   then, that -- outside in the rec yard?
15        A.   Yes, ma'am.
16        Q.   And what happened?
17        A.   We moved on him.  I mean, we were in the
18   yard.  The COs -- it so happened the Deputy Warden
19   happened to escort us to the yard that day.  And as
20   soon as they put us in the yard, we started playing
21   basketball.  And I guess maybe about 10, 15 minutes
22   passed by.  We stopped playing basketball for a
23   little while.  We had brothers in the next yard to
24   us.
25        Q.   Okay.  Were they separated from you?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    There is the top tier.  They didn't mix
 2   the bottom tier with the top tier.  And when we went
 3   to the yard, we were in separate yards and we were
 4   separated by chain link fences.
 5        Q.    Okay.
 6        A.    So during that break, a few of the
 7   brothers went up and started talking to brothers in
 8   the other yard.  And I kind of stood back.  And I
 9   don't know what happened, but I guess a couple of
10   the brothers started arguing, and Churo happened to
11   be standing by the basketball court, and I seen Blue
12   move towards him, and I knew what he was going to
13   do.  I could see he was going to move on him.  So he
14   did.  He hit him from behind.  And I came and hit
15   him from the side.
16        Q.    Okay.  Churo.  Who is Churo?
17        A.    Alex Sosoya.
18        Q.    So you saw Blue kind of go after him --
19        A.    I did.
20        Q.    -- and then you joined in?
21        A.    I did.
22        Q.    And did you all have any weapons?
23        A.    We had homemade shanks.  They were melted
24   plastic, melted plastic out of hot pots.  We had hot
25   pots at that time, which we used to heat up water in
```

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                     FAX (505) 843-9492
                                                        1-800-669-9492
                                                 e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1  our cells.  And we melted them down and made shanks

2  out of them; wrapped pieces of cloth around them,

3  and used those.

4       Q.   Did you actually stab Sosoya?

5       A.   I lost possession of mine.  When I first

6  jumped on him, mine fell out of my hand and he

7  grabbed ahold of it.  Well, he was never able to use

8  it.

9       Q.   Okay.  And did you then start attacking

10  him?

11       A.   We did.  We continued attacking him until

12  I got hit in the head with -- one of them gas

13  grenades hit me in the head.  And it was like gas is

14  what affected me, that stopped me from assaulting

15  him.

16       Q.   Is it fair to say that Corrections had to

17  use a great deal of nonlethal items to try and stop

18  the fight?

19       A.   They said they were within seconds of

20  using live rounds.  So I would say yeah.

21       Q.   And did you end up having to go to the

22  hospital?

23       A.   I spent two days in the hospital.

24       Q.   What injury did you have?

25       A.   When the gas grenade hit me in the

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                           Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                            FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

 1  forehead, it busted my forehead open.  When they

 2  gave me a CAT scan, they said the pressure of it

 3  hitting me in the forehead caused the front of my

 4  brain to bleed.  And if it continued to bleed, I

 5  could slip into a coma.

 6      Q.   So you were hospitalized for two days?

 7      A.   I was.

 8      Q.   And are you aware -- or did you see Mario

 9  Rodriguez, if he did anything to Alex Sosoya?

10      A.   He was the one that choked him out.

11      Q.   And did you see him bite his ear or not?

12      A.   I couldn't see that.

13      Q.   Were you made aware of that later?

14      A.   Yeah.

15      Q.   So after that incident, did you get in

16  trouble with Corrections for that?

17      A.   I got sent back to the North facility for

18  a couple of years.

19      Q.   And that was in 2011?

20      A.   Yes, ma'am.

21      Q.   Okay.  North facility being the highest

22  level?

23      A.   Level 6 at that time.

24      Q.   And then do you eventually make your way

25  down to the South again?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    I went back to the South in 2013.
 2        Q.    When you went back to the South in 2013,
 3   do you recall if you heard anything -- or maybe you
 4   heard about it before -- I don't want to put words
 5   into your mouth.  Did you hear anything about
 6   paperwork in reference to Javier Molina?
 7        A.    I did.
 8        Q.    And what was your understanding --
 9              MS. DUNCAN:  Your Honor, I'm going to
10   object.  This calls for hearsay.
11              THE COURT:  I think you're going to have
12   to tie it down a little bit better than just say
13   "heard."  So do you want to lay some foundation
14   before I hear this?
15              MS. ARMIJO:  Certainly, Your Honor.  Let
16   me ask a few other questions first.
17              THE COURT:  Don't state what you've heard
18   until I've decided that.  Okay?
19              THE WITNESS:  Okay.
20              THE COURT:  Just answer her question.
21              THE WITNESS:  All right.
22   BY Ms. Armijo:
23        Q.    And again, at this point, I don't want you
24   to say what you heard, but if you could just answer
25   a couple of these questions.
```

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                 Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                     FAX (505) 843-9492
                                                        1-800-669-9492



```
 1        A.   Okay.

 2        Q.   Did you hear information about Javier

 3   Molina and paperwork?

 4        A.   I did.

 5        Q.   Okay.  Based upon what you heard, did you

 6   have a conversation with other SNM members about the

 7   paperwork and what should be done about it?

 8        A.   I did.

 9        Q.   And was that conversation that you had at

10   the time -- were you a leader still in SNM?

11        A.   Yes, ma'am.

12        Q.   And was that conversation in reference as

13   to what should be done with the paperwork?

14        A.   Yes, ma'am, it was.

15        Q.   And did that conversation involve people

16   such as -- and this is just yes or no -- did that

17   conversation involve Lupe Urquizo, if you recall?

18        A.   Yes, ma'am, it did.  It involved --

19        Q.   Okay.  Tell me the people that involved,

20   without telling me the conversation.

21        A.   It involved Lupe Urquizo.  They call him

22   Marijuano, and Mario Rodriguez, Blue; and Archie

23   Varela.  They call him Pumba.

24        Q.   And the conversation that you had -- was

25   there a discussion about the paperwork and what
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    should be done, or about the paperwork?

2        A.   We had discussed -- I mean, because the

3    rumor --

4        Q.   I don't want to get into what the rumor

5    was.

6        A.   Okay.  Well, the discussion was that if

7    either one of -- any of us four ended up in Las

8    Cruces, we were supposed to take care of that.

9        Q.   Okay.

10       A.   In other words, we were supposed to take

11   care of business and take him out.

12       Q.   Okay.  And when was this conversation?

13       A.   In 2013, when we were at the South.

14       Q.   Okay.  And do you know -- did you know

15   where the paperwork was at that time?

16       A.   I didn't.

17       Q.   Did you know if anybody was going to the

18   South -- Southern.  I'm sorry.  You were at the

19   South.  Was there anyone going to Southern?

20       A.   After we had that conversation, Mario

21   Rodriguez ended up going to -- coming to Southern

22   first.

23       Q.   Okay.  And then do you know, eventually,

24   whether or not Mauricio Varela or Lupe Urquizo went

25   down south?

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                      201 Third NW, Suite 1630
Santa Fe, NM 87501                                              Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                             FAX (505) 843-9492
                                                                  1-800-669-9492

PROFESSIONAL COURT
REPORTING SERVICE                                        e-mail: info@litsupport.com

```
 1        A.   I think it was after -- if I'm correct,
 2   and I remember correctly, Blue left -- came to
 3   Southern right before the holidays of 2013.  It was
 4   around that year.  And then right after the holidays
 5   is when Mauricio Varela and Lupe Urquizo -- they
 6   both came down to Southern together.
 7        Q.   All right.  And had you known about -- and
 8   when you're saying "take care of it," what are you
 9   referring to?
10        A.   Taking care of business.  In other words,
11   taking him out.
12        Q.   Taking him out, meaning killing him?
13        A.   Killing him.
14        Q.   Okay.  And so was there a hit out on
15   Javier Molina, as far as you knew?
16        A.   Yeah.  Yes, ma'am.
17        Q.   And do you know -- since you had this
18   conversation about, you know, it being acted on, do
19   you know how long that hit had been outstanding?
20        A.   It actually -- it had been out there at
21   least a year prior to his murder taking place.
22        Q.   All right.  Now, were you at the south
23   when Javier Molina was killed?
24        A.   I was.
25        Q.   And what happened when Javier Molina was
```

SANTA FE OFFICE                                    MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                 Albuquerque, NM 87102
(505) 989-4949                                     (505) 843-9494
FAX (505) 843-9492                                 FAX (505) 843-9492
                                                   1-800-669-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE
e-mail: info@litsupport.com

1  killed?  Anything about your housing situation?

2       A.   I got sent back to the North facility.  I

3  was on my way to Southern, I was on my way down here

4  at that time.  I was just waiting to see the

5  committee.  But when that took place, Gregg

6  Marcantel locked us all up back at the North

7  facility.

8       Q.   Okay.  And just so that we're clear,

9  you're talking about -- and the jurors have heard

10 there is the North, the South, and then Southern.

11 Is it fair to say that North is Level 6, and

12 Southern Level 5 at that time?

13      A.   Yes, ma'am.

14      Q.   And then Southern being Level 4?

15      A.   Southern was Level 4, for us.

16      Q.   So would you then start -- if you were at

17 Level 6, as an SNM Gang member, was it your hopes to

18 eventually make your way down to Level 4 at

19 Southern, to have more privileges?

20      A.   Yes, ma'am.

21      Q.   And were there a lot of SNM members being

22 housed at the time, in 2014, at Southern?

23      A.   We had one housing unit.  They had one

24 housing unit that was specially -- I guess you could

25 say specially made for us.  We were separated from



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   the rest of the population.  We had our own little
 2   yard.  In other words, we couldn't mix with anyone,
 3   with the rest of the general prison population.
 4        Q.   Now, you went back up then, after the
 5   Javier Molina murder, to the North lockup?
 6        A.   Yes, ma'am.
 7        Q.   And how long did you stay locked up?
 8        A.   I'm -- I was going to say I'm still locked
 9   up today, but --
10        Q.   I should say up North.
11        A.   I would say over a year.
12        Q.   And how did you feel about that?
13        A.   I mean, I kind of figured after that
14   incident happened, maybe we'd be locked down three
15   months, six months.  But once it went into a year, I
16   mean, at that time --
17        Q.   Were you happy about it?
18        A.   No, I wasn't.
19        Q.   Now, you mentioned Gregg Marcantel locked
20   you down.  Who was Gregg Marcantel?
21        A.   He was Secretary of Corrections.
22        Q.   And at some point in time, in -- so that's
23   2014, you're locked down for over a year, so now
24   we're into 2015.  Were you still a leader?
25        A.   I was.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   And do you know somebody by the name of
 2   Roy Martinez?
 3        A.   Yes, ma'am, I do.
 4        Q.   What is his nickname?
 5        A.   They call him Shadow.
 6        Q.   Was he in the gang?
 7        A.   Yes, ma'am, he was.
 8        Q.   Was he a leader?
 9        A.   He was.
10        Q.   So we're now into 2015.  Did you decide to
11   do something about the situation?
12        A.   Yes, ma'am, we did.  I mean, because at
13   that time, after Gregg Marcantel locked us up, he
14   had shipped Dan Dan, Pup, and Archie Varela out of
15   state.  And so around that time, I mean, we were mad
16   that he had kept us locked up at that time.  So at
17   that time we told ourselves, you know, Fuck him; he
18   wants to exert his authority, let's exert ours.
19        Q.   What do you mean by exert your authority?
20        A.   We put a hit on him.
21        Q.   When you say "put a hit on him," what do
22   you mean?
23        A.   Wanted to have him killed.
24        Q.   And who is "he"?
25        A.   Mr. Gregg Marcantel, Secretary of
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Corrections.

2         Q.   So what did you decide to do?

3         A.   I wrote a couple letters to a couple

4    brothers on the streets.  I didn't know -- at that

5    time I wasn't writing to very many people, I wasn't

6    talking -- I wasn't using the phone at all, and I

7    didn't know too many people on the streets.  I knew

8    a couple of brothers on the streets.  And the ones

9    that I did know out there, I decided I would write

10   them a letter and tell them it was time for them to

11   step up.

12        Q.   All right.

13             MS. DUNCAN:  Your Honor, can we approach

14   for a minute?

15             THE COURT:  You may.

16             (The following proceedings were held at

17   the bench.)

18             MS. DUNCAN:  Your Honor, I think you've

19   ruled on this, but I would like to preserve our

20   objections to this being hearsay.

21             THE COURT:  You'll have to remind me what

22   these are.

23             MS. DUNCAN:  These are the letters that

24   Mr. Martinez wrote to alleged SNM members on the

25   street regarding the hit on Gregg Marcantel.

SANTA FE OFFICE                                                           MAIN OFFICE
119 East Marcy, Suite 110                                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                              Albuquerque, NM 87102
(505) 989-4949                                                              (505) 843-9494
FAX (505) 843-9492                                                  FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1              THE COURT:  Government's Exhibits.
 2   Anybody else have anything they want to say on this?
 3   Government's Exhibits 277 and 276 will be admitted
 4   into evidence.
 5              MS. DUNCAN:  I'm sorry.  Just a moment.
 6              MR. LOWRY:  Pardon me, Your Honor.  No,
 7   these letters were written in response to Eric
 8   Duran's solicitation of the --
 9              THE COURT:  I know that's your argument
10   and stuff.  But I'll let the jury make that one out.
11              MS. DUNCAN:  I don't want to keep
12   interrupting.  Can I have a standing objection to
13   the co-conspirator statements, given that we did not
14   get them?
15              THE COURT:  All right.
16              (The following proceedings were held in
17   open court.)
18              THE COURT:  All right, Ms. Armijo.
19              MS. ARMIJO:  All right.  I move for the
20   admission of 276 and 277.
21              THE COURT:  They are admitted into
22   evidence.
23              (Government Exhibit 276 and 277 admitted.)
24   BY MS. ARMIJO:
25        Q.   Mr. Martinez, you indicated that you
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492





PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   decided to write letters?

2        A.   Yes, ma'am.

3        Q.   How did that come about?

4        A.   You mean how did the topic come up?

5        Q.   Well, no.  How did you decide that you

6   wanted to send letters out to people on the street

7   to move on this hit?  Is that something that you

8   came up with yourself, or --

9        A.   Not by myself.  I mean, Roy Martinez, Eric

10  Duran -- I mean, we were all neighbors.  And the

11  whole idea came about is -- that there had been a

12  hit put on Dwayne Santistevan.

13       Q.   And who is Dwayne Santistevan?

14       A.   At that time he was head of STIU.

15       Q.   And what hit had been put out on him?

16       A.   What hit had been put on him?

17       Q.   Yes.  You said that there had a hit out on

18  him.

19       A.   Yeah.

20       Q.   Tell us about that.

21       A.   That there had been a hit on him for

22  making comments about Anthony Ray Baca; that he had

23  made comments that he couldn't sleep well at night

24  knowing he was walking the line.  And that's when

25  Pup had put a hit on him.

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                           Albuquerque, NM 87102
(505) 989-4949                                                       (505) 843-9494
FAX (505) 843-9492                                             FAX (505) 843-9492
                                                                    1-800-669-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE                            e-mail: info@litsupport.com

```
 1        Q.    Okay.
 2        A.    So we would talk about that.  And that's
 3   when Gregg Marcantel's name came up.  And then
 4   that's when we decided, Well, might as well just
 5   throw him in there, too.  So --
 6        Q.    All right.  Now, did you know about the
 7   hit on Dwayne Santistevan prior to your writing
 8   these letters and including Gregg Marcantel in on
 9   the hit?
10        A.    I did.
11        Q.    And how long had the hit on Dwayne
12   Santistevan been outstanding?
13        A.    That I don't know.
14        Q.    Was it before you wrote these letters and
15   had conversations with Eric Duran and Roy Martinez?
16        A.    It was.
17        Q.    And is it something that you knew about?
18        A.    I did.
19        Q.    And you indicated that Ray Baca put that
20   hit out?
21        A.    Yes.
22        Q.    And I'm first going to go to Exhibit
23   Number 276.  And if we enlarge that, okay, does that
24   look like your writing?
25        A.    It is.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1        Q.    Did you write this?

2        A.    I did.

3        Q.    All right.  And who is Ruben?

4        A.    His name is Ruben Rojos.  They call him

5   Gemini.  He's a carnal.  He's a brother, as well.

6        Q.    And was he out on the street?

7        A.    He was.

8        Q.    Was your plan to get this letter out to

9   Ruben on the street?

10       A.    It was.

11       Q.    And when was this written, if you can

12   recall?

13       A.    It was -- when was it?  I would say like

14   early 2015.

15       Q.    So this says, "Ruben" -- and if I'm

16   misreading this, tell me, okay?

17       A.    Okay.

18       Q.    "Ruben, I'm going to make this simple.  We

19   the big homies got together and decided that it's

20   time for you vatos who constantly get out."  Is that

21   what that says?

22       A.    Yes, ma'am.

23       Q.    And "vatos" means what?

24       A.    Brothers.

25       Q.    Okay.  "And come back expecting to be

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                 Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 843-9492                                                 FAX (505) 843-9492

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1   welcomed with open arms to step up and show your

2   loyalty to the family.  These days are done."

3       A.    Those days.

4       Q.    "Those days are done.  We're tired of" --

5       A.    Would you like me to read it?

6       Q.    Sure.  Go ahead.

7       A.    "We're tired of seeing you vatos get out

8   and do nothing for the onda.  We've come together

9   and decided that it's time for us to send a message

10  to these fools, and it's your responsibility to" --

11      Q.    Hold on.  She's going to make that bigger

12  again.  I wasn't sure if you could see it very well.

13      A.    Okay.  "Tired of seeing you vatos get out

14  and do nothing for the onda.  We've come together

15  and decided that it's time for us to send a message

16  to these fools and it's your responsibility to

17  deliver it.  We want Gregg Marcantel, Secretary of

18  Corrections, and Dwayne Santistevan to be taken out.

19  The details you can figure out on your own.  But

20  know this:  If you decide to ignore this order or

21  fail to even make an attempt, we do have a number of

22  brothers who have been directed to reach out to you.

23  And if for some reason or another they can't get

24  ahold of you, they've been instructed to reach out

25  to your other family members.  We're counting on

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                  201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                          FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

 1   you, so don't let us down."

 2        Q.    Okay.   And you indicate here that if

 3   you -- they'll "reach out to your family members,"

 4   what did you mean by that?

 5        A.    In other words, if they can't get ahold of

 6   you, they're to hit your mom, your dad, your

 7   brother, your sister, your son, your daughter,

 8   anybody, any family member.

 9        Q.    All right.   So you meant business by

10   writing this.

11        A.    Yes, ma'am.

12        Q.    Now, I'm going to show you Exhibit Number

13   277.   All right.   And this one is to a person by the

14   name of Sammy.   Do you know who Sammy is?

15        A.    Sammy Griego, yes, I do.   He's a carnal,

16   as well.

17        Q.    Was he out on the streets in early 2015?

18        A.    He was.

19        Q.    All right.   And what did you say to Sammy?

20        A.    "Sammy, straight and to the point.   We the

21   big homies got together and decided that we were

22   going to give you one opportunity to make things

23   right with us and the rest of the familia.   We've

24   decided that Gregg Marcantel, Secretary of

25   Corrections, and Dwayne Santistevan need to be taken

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   out, and it's your responsibility to step up and get
 2   this done.  It's time you show your loyalty to the
 3   family.  The details and everything you can work
 4   out.  Know this:  If you should fail to step up and
 5   take care of this, we do have a number of brothers
 6   who have been instructed to reach out to you.  And
 7   if they can't get ahold of you, then they've been
 8   instructed to reach out to your other family
 9   members.  So don't let us down.  We know that you
10   are probably in contact with Grandma.  The same
11   thing goes for him.  He needs to step up and assist
12   you in this matter.  We're on."
13        Q.   Okay.  Now, I wanted to ask you about a
14   couple of things.  You say, "We the big homies."
15   Who are you referring to?
16        A.   Talking about me and Roy.
17        Q.   Okay.  Is "big homies" the term for
18   leaders or --
19        A.   Yeah, shot-callers.
20        Q.   Okay.  Then you say, "We're going to give
21   you an opportunity to make things right with us."
22   What did you mean?
23        A.   He had some problems with a few brothers
24   throughout the years, and he's bumped heads with a
25   lot of brothers.  And I was willing to back his
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   play, if he was willing to complete this.
 2        Q.   So you're giving him a chance to redeem
 3   himself, so to speak?
 4        A.   Yes, ma'am.
 5        Q.   Then you say the same kind of things
 6   about, If you don't do this, we know where your
 7   family lives; is that right?
 8        A.   Brothers have been instructed to reach out
 9   to other family members.
10        Q.   Okay.  And what did you mean by that?
11        A.   Same thing.  If they can't get ahold of
12   him, reach out to mom, dad, brother, sisters, any
13   other family member.
14        Q.   And you write in here, "We know that
15   you're probably in contact with Grandma."  Who is
16   Grandma?
17        A.   Gerald Archuleta, Styx.
18        Q.   Does he also have the nickname "Grandma"?
19        A.   I know him as Grandma.
20        Q.   Okay.  Is he also called Styx?
21        A.   Yes.  The majority of brothers -- well,
22   the majority of the prison population knows him as
23   Styx.  But --
24        Q.   Why do you know him as Grandma?
25        A.   Because his grandmother, I gave him the
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   nickname Grandma, because his grandmother used to

2   come and visit him at the Main.

3        Q.   So you personally started calling him

4   Grandma?

5        A.   Yes, ma'am.

6        Q.   Did others know that nickname, as well,

7   within the SNM?

8        A.   A few that he was closer to.

9        Q.   Okay.  And so you write both of these

10  letters to be sent out?

11       A.   Yes, ma'am.

12       Q.   And who do you give them to?

13       A.   Eric Duran.

14       Q.   And when you gave them to Eric Duran, what

15  was your expectation?

16       A.   He told us he could -- I mean, my first

17  thought was, Well, how are we going to get 'em out?

18  And he said he would send them out through legal

19  mail, because they're not allowed to open our legal

20  mail or look at our legal mail.  So I gave it to

21  him.

22       Q.   And was it your intent, when you sent

23  these out, for these to end up going out on the

24  streets, for this to be carried out?

25       A.   Yes, ma'am.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1       Q.   Now, and this was early 2015?

2       A.   Yes, ma'am.

3       Q.   And was that what you wanted done?  You

4   wanted Dwayne Santistevan and Gregg Marcantel

5   killed?

6       A.   Yes, ma'am.

7       Q.   Now, at some point in 2015, did something

8   happen where you went and decided -- you changed

9   your mind as far as your own life?

10       A.   That's correct.

11       Q.   Okay.  Tell us about that.

12       A.   I just got tired.  I just got tired.  I've

13   been doing this shit for over 30 years.  And like I

14   said, off and on throughout the years.  The family

15   has changed.  The onda has changed.  I mean, when I

16   first came in, we were all close.  I'm talking when

17   Jerry Romero, a bunch of old-timers.  When I was a

18   youngster, the onda was -- had a lot of respect

19   throughout the prison system and prison population

20   and among the brothers.  You didn't have any inner

21   fighting with brothers.  We were a family.  If one

22   of us needed help, the other was there to help you.

23       Q.   And did --

24       A.   And off and on throughout the years that

25   changed, and it got to the point where you could be

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   talking to one brother face-to-face, the way I'm

2   looking at you now, and then as soon as you turn

3   your back, I'm talking to this other brother and

4   we're talking about killing you.  And that's how it

5   was.  The last few years that I was in this family,

6   that's how it was.

7           And when I renounced, I had struggled back

8   and forth, wavered back and forth, should I or

9   shouldn't I?  Should I or shouldn't I?  Because this

10  is all I've known.  This is my whole life.  Prison

11  has been my whole life.

12      Q.   So you said you renounced?

13      A.   I renounced.

14      Q.   When did you renounce?

15      A.   In May 2015.

16      Q.   What did you do?

17      A.   I just came in from the yard.  And I told

18  the CO, "Tell Wendy Perez" -- she's our unit manager

19  at the North.  I told the CO, "Tell Wendy Perez I

20  want to talk to her."

21          And when they pulled me into her office,

22  the Deputy Warden happened to be in there at that

23  time.  I just walked in and I told her, "I'm done."

24  I told her, "I'm done.  I want out."

25      Q.   Did you give her anything?

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                 Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 843-9492                                                 FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

 1       A.   Gave her a shank.  I had a shank
 2   keistered, and I gave it to her.
 3       Q.   So one day in May -- did you say what date
 4   it was?  May 2015?
 5       A.   May 2015.
 6       Q.   Okay.  You indicated you wanted to talk to
 7   Wendy Perez.  Did she work with Corrections?
 8       A.   She did.  She was the unit manager.
 9       Q.   Okay.  And was she also a caseworker?
10   Does that sound right?  Unit manager, caseworker?
11       A.   She's unit manager.  She oversees -- we
12   have a case worker and we have a unit manager.  She
13   more or less oversees what the caseworker does.
14   She's the one that refers you for release from the
15   North, and that's -- she's more like the Main boss.
16       Q.   Did you feel comfortable going to her and
17   renouncing to her?
18       A.   I did.
19       Q.   And you said that you went into her
20   office, and you gave her your shank?
21       A.   Not right away.  I mean, when I first went
22   in, like I said, I told her -- I looked at her, and
23   I told her, "I'm done.  I'm tired of this and I want
24   out."  I looked at her, and I told her, "You know,
25   there is no ulterior motives here.  I'm tired.  I

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                      201 Third NW, Suite 1630
Santa Fe, NM 87501                                             Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492
                                                                    1-800-669-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE
e-mail: info@litsupport.com

1    want out."

2         Q.    And what happened then?

3         A.    There was a lieutenant in there with the

4    Deputy Warden.  And the lieutenant tells me, "Well,

5    if you're going to do this, there are steps you're

6    going to have to take."

7              And told him, "What are you talking

8    about?"

9              He asked me right straight out, he says,

10   "Where's the piece?"  Because they knew I had a

11   shank, but they couldn't find it.

12        Q.    Okay.

13        A.    He asked me, he said, "Where's the piece?

14             I told him, "It's in me."

15             And he says, "Well, we're going to need

16   that."  And I gave it to him.

17        Q.    And then did you have to subsequently talk

18   to STIU?

19        A.    I did.

20        Q.    And did you, in fact, do that?

21        A.    I did.

22        Q.    And after that, were you subsequently

23   moved?

24        A.    They moved me from 3A to the other side of

25   the facility, in 1A, where I was around nobody that

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                  201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1    I knew.

2         Q.    And what was your -- you said that you

3    were tired.  Were there any other outside forces

4    that made you do that?  Meaning did anybody tell you

5    you should do this?  Did any law enforcement come up

6    to you and say, you know, you should cooperate?  Or

7    was that something you did all on your own?

8         A.    No, ma'am.  Like I say, I had been

9    struggling weeks prior to that.  I had been wavering

10   back forth:  Should I?  Shouldn't I?  Should I?

11   Shouldn't I?  And then I says, "You know what?  Fuck

12   it.  I'm out."  And I did it myself.

13        Q.    Now, while you were in with the SNM, I

14   guess given that you wanted out, did you know that

15   there might be consequences for your doing that?

16        A.    I knew that right away, that given the

17   opportunity, that they would move on me.

18        Q.    So at some point in time, were you

19   eventually contacted by the FBI that summer of 2015

20   or that fall?

21        A.    I was.  I mean -- well, see, when I was

22   moved, I was on disciplinary.

23        Q.    Okay.

24        A.    So I had to finish the two weeks'

25   disciplinary.  And see, at that time the deputy

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  director of adult prisons had came to talk to me.

2       Q.   And who was that?

3       A.   His name is Anthony Romero.  He pulled me

4  into the office, and tells me, "I just came to see

5  if what I'm hearing is true."

6            And I told him, "Yeah, it's true.  I'm

7  out.  I'm tired."

8            And he was going to send me out of state.

9  He was going to send me out of state.

10           So when I went back, I think it was, like,

11 about a week later, that Wendy Perez came to me and

12 had me sign paperwork to put me back on Level 6, to

13 start my process of trying to send me out of state.

14 And when she leaves the office, she tells me, "Well,

15 STIU wants to talk to you."

16           So they came into the office.  And the

17 first thing they told me is, "They're coming for

18 you."

19           I told them, "What are you talking about?"

20           "The FBI, they're coming for you.  No

21 matter what you do, they're coming for you."  He

22 says, "Do you want to talk to them?"

23           And I kind of mentioned -- because there

24 are other members, other brothers who had renounced,

25 I mentioned to him, "Why didn't you approach

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492                                            FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1   Benjamin Clark, or why didn't you approach Tommy

2   Valdez?"

3           He goes because, "Because you're

4   historical," because I've been in it for such a long

5   time.  "Yes or no, do you want to talk to them?"

6           And I said, "Yes."

7       Q.   And so then was that -- and then after

8   that, did you eventually talk with the FBI?

9       A.   I did.

10      Q.   Now, were you eventually indicted in this

11  case?

12      A.   I was.

13      Q.   Were you indicted also in a separate case

14  with Mario Rodriguez for the Alex Sosoya incident?

15      A.   I was for that one and a VICAR charge.

16      Q.   Okay.  VICAR being Violent Crime in Aid of

17  Racketeering?

18      A.   Yes, ma'am.

19      Q.   Now, I'm going to show you Exhibit Number

20  686 and 687, which I'm going to move to admit, Your

21  Honor, without opposition.

22          THE COURT:  Any defendant have an

23  objection?

24          Not hearing any objection, Government's

25  Exhibit 686 and 687 will be admitted into evidence.

SANTA FE OFFICE                                                      MAIN OFFICE
119 East Marcy, Suite 110                                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                              Albuquerque, NM 87102
(505) 989-4949                                                         (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492



1-800-669-9492
e-mail: info@litsupport.com

```
 1              (Government Exhibit 686 and 687 admitted.)

 2   BY MS. ARMIJO:

 3       Q.    And if we could first go to 686, Mr.

 4   Martinez.

 5       A.    Yes, ma'am.

 6       Q.    We're looking -- do you recognize this

 7   document?  And if you can't see it, we're going to

 8   blow up here the first part of it.

 9       A.    That's my plea agreement.

10       Q.    And does it have the two case numbers on

11   top for the two different cases that you were

12   facing?

13       A.    Yes, ma'am.

14       Q.    Then I'm going to go to the second page.

15   All right.  And does that indicate that in one case

16   you were pleading guilty to Counts 9 and 10, which

17   were violent crimes in aid of racketeering for the

18   conspiracy to murder, and that would be in reference

19   to Gregg Marcantel and Dwayne Santistevan?

20       A.    Yes, ma'am.

21       Q.    And then in the other case, did you plead

22   guilty to conspiracy to murder and assault resulting

23   in serious bodily injury and assault with a

24   dangerous weapon?

25       A.    I did.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1      Q.    And is that the crimes that you committed

 2  with Mario Rodriguez on Alex Sosoya?

 3      A.    Yes, ma'am.

 4      Q.    Let me ask you, did you also sign an

 5  addendum?  If we can go to 687, did you also sign an

 6  addendum that indicates that should you testify

 7  truthfully, that the United States may move for a

 8  reduction in your sentence?

 9      A.    Yes, ma'am.

10      Q.    All right.  And is there any agreement

11  that you have with the United States as to what your

12  sentence should be?

13      A.    No, ma'am.

14      Q.    Given the amount of -- and your state time

15  that you have, I believe we indicated it's a little

16  bit over 30 years still before you're

17  parole-eligible, possibly?

18      A.    My state time will exceed my federal time.

19      Q.    So I guess you really don't want the

20  United States, then, to try and reduce your time

21  if --

22      A.    I mean, I can still get out, but I'll be

23  in my late 80s, I mean, what, another 30-something

24  years.

25      Q.    And have you been signed up as an FBI

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                           201 Third NW, Suite 1630
Santa Fe, NM 87501                                     Albuquerque, NM 87102
(505) 989-4949                                                (505) 843-9494
FAX (505) 843-9492                                       FAX (505) 843-9492



PROFESSIONAL COURT
REPORTING SERVICE
1-800-669-9492
e-mail: info@litsupport.com

1    confidential human source?

2         A.    I have.

3         Q.    And as part of that, do they give you

4    money on your books quarterly?

5         A.    They do.

6         Q.    And did you receive your tablet?

7         A.    I did.

8         Q.    You still have your tablet?

9         A.    I do.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.   Did you partake in any of the activities

2  which would enable you to use the internet?

3      A.   No, ma'am.

4      Q.   Your tablet -- you can still look at the

5  discovery and you still have access to it?

6      A.   Yes, ma'am.

7           MS. ARMIJO:  If I may just have a moment,

8  Your Honor.

9           THE COURT:  You may.

10          MS. ARMIJO:  No further questions.

11          THE COURT:  Thank you, Ms. Armijo.

12          Ms. Duncan, do you have cross-examination

13 of Mr. Martinez?

14          MS. DUNCAN:  I do, Your Honor.

15          THE COURT:  Ms. Duncan.

16                CROSS-EXAMINATION

17 BY MS. DUNCAN:

18     Q.   Good afternoon, Mr. Martinez.

19     A.   Good afternoon.

20     Q.   You testified on direct that Mr. Baca put

21 a hit on Dwayne Santistevan; correct?

22     A.   Yes, ma'am.

23     Q.   And that that hit existed before the hit

24 on Gregg Marcantel?

25     A.   Yes, ma'am.


SANTA FE OFFICE                                    MAIN OFFICE
119 East Marcy, Suite 110                    201 Third NW, Suite 1630
Santa Fe, NM 87501                           Albuquerque, NM 87102
(505) 989-4949                                    (505) 843-9494
FAX (505) 843-9492                           FAX (505) 843-9492
                                             1-800-669-9492
                                        e-mail: info@litsupport.com

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    Q.   You learned about this alleged hit on

2  Dwayne Santistevan from Eric Duran; correct?

3    A.   Yes, ma'am, that's true.

4    Q.   You did not hear about it from Anthony

5  Baca?

6    A.   No, ma'am, I did not.

7    Q.   And Eric Duran first told you about this

8  alleged hit in 2015; correct?

9    A.   That's correct.

10    Q.   Around the time that he was talking to you

11  about bringing the SNM back to its former glory;

12  correct?

13    A.   I don't think he used the words "former

14  glory," but I know he told me about the hit on

15  Dwayne Santistevan.

16    Q.   Sort of establishing the presence of the

17  onda is one of his purposes; correct?

18    A.   He never said that to me.

19    Q.   And Eric Duran is the one who told you

20  about this alleged comment Mr. Santistevan had made

21  about he couldn't sleep at night because of Mr.

22  Baca.  Correct?

23    A.   That's true.

24    Q.   So is it fair to say that everything you

25  know about this alleged hit Mr. Baca put on Dwayne

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

74

```
1   Santistevan came from Eric Duran?
2        A.   That's true.
3        Q.   I would like to go back a little bit to
4   your testimony about when you first got into PNM
5   back, I think you said, 1983.
6        A.   Yes, ma'am.
7        Q.   And how old were you at that time?
8        A.   I was 18.
9        Q.   And that was -- 1983 was just a few years
10  after the prison riots; correct?
11       A.   That's correct.
12       Q.   And the PNM Main was still a pretty
13  dangerous place, wasn't it?
14       A.   I didn't -- I started my time in '83 here
15  in Southern.  I came to Southern first.  I did 1984,
16  1985 here in Southern.  Then I went to the North
17  facility.  I mean, then I got sent to Santa Fe.  I
18  had to go to the North facility to do a month first,
19  then I went to the line.
20       Q.   And when you got -- so when you went to
21  the line, would you say that PNM main was a somewhat
22  dangerous place?
23       A.   I would say that.
24       Q.   And there were other inmates there who
25  took you under their wing; correct?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   Well, I mean, I wouldn't say they -- well,
 2   give me schooling.  I guess you could say that, that
 3   they schooled me.
 4        Q.   And looked out for you a little bit?
 5        A.   In a way, yeah.
 6        Q.   Was one of those people known as Old Dan
 7   Dan?
 8        A.   That's true.
 9        Q.   Do you know Old Dan Dan's real name?
10        A.   Daniel Sanchez.
11        Q.   And did he have a nickname for you, Old
12   Dan Dan?
13        A.   I don't ever remember him giving me a
14   nickname.
15        Q.   Do you remember him calling you chavalon?
16        A.   I was never his chavalon.
17        Q.   How about Pat Esquibel?
18        A.   His name is Pate Esquibel.  I know him,
19   too.  He's another old-timer.
20        Q.   Is he someone who took you under their
21   wing, looked out for you?
22        A.   When I hit the Main facility, I was like
23   21; 20, 21 years old.  And I ran with the older
24   convicts, and Dan Dan, Daniel Sanchez, and Pate
25   Esquibel were two of them.  They schooled me.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1      Q.   And we're talking the old Dan Dan, not

2  this Mr. Sanchez?

3      A.   That's true.

4      Q.   And in those early days, would you agree

5  that people within the SNM looked out for each

6  other?

7      A.   That's true.

8      Q.   And to be vulnerable in prison was

9  dangerous; correct?

10     A.   Predator or prey.  That's what prison life

11 is about.  You're either going to be the predator or

12 you're going to be the prey.

13     Q.   And if you have a family or friends with

14 you, then you're more safe than if you walk alone;

15 correct?

16     A.   I would say that's true.

17     Q.   And you also talked about disrespect as an

18 SNM member, and that it could be a problem, that you

19 had to stand up for yourself so you wouldn't seem

20 weak.  Do you remember that?

21     A.   That's true.

22     Q.   Isn't that true for all inmates, that

23 being seen as weak puts you in danger?

24     A.   I would say that's true, too.

25     Q.   I'd like to go back to the alleged hit on

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    Dwayne Santistevan and Gregg Marcantel.  Now, at the

2    time that you were having this discussion with Eric

3    Duran and Roy Martinez, your primary goal was to go

4    out of state; correct?

5         A.    I wanted to go out of state, yes.

6         Q.    And you had sent a letter out that was

7    intercepted by STIU; correct?

8         A.    I don't know what letter you're talking

9    about.

10        Q.    You had this idea about hitting Gregg

11   Marcantel, and you wanted the administration to find

12   out about it because they would ship you out of

13   state.

14        A.    That wasn't the letter.

15             I mean, they moved us from unit -- Housing

16   Unit 3A to 3B, in, like -- right after the holidays,

17   2014, early 2015, they moved us from Housing Unit 3A

18   to 3B.

19             And at that time, STIU was pulling us into

20   Wendy Perez' office at that time, I guess to see how

21   we were or see where our frame of mind was at.  And

22   as I was leaving the office -- because at that time

23   I did want to go out of state.  I mean, they were

24   keeping us locked down for a year or two.  I wanted

25   to go out of state.  And when I was in the office,

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                    (505) 843-9494
FAX (505) 843-9492                                          FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1   when I was getting ready to leave the office, I

2   leaned over, as I was getting ready to leave, I told

3   them, "I was going to say something, but never

4   mind."

5              But STIU Myers said, "Go ahead and say

6   it."

7              I looked at him and I told him I was going

8   to make it my mission in life to see that

9   motherfucker in a pine box.

10             And he tells me, "What motherfucker?"

11             And I told him, "Gregg Marcantel."  And

12   then I left the office.

13             And my whole purpose in putting that

14   message out there was to push administration's

15   hands, to push the issue with administration so they

16   could send me out of state.  And that was the whole

17   reason behind that.

18        Q.   Thank for you clarifying that.

19        A.   Okay.

20        Q.   So that's something that you -- when you

21   were talking with Eric Duran and Roy Martinez about

22   this plot against Gregg Marcantel, you discussed

23   that conversation you had had with STIU; correct?

24        A.   It was around the same time, yes, that's

25   true.

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1      Q.   And you and Roy kind of argued about it;
 2  correct?
 3      A.   We did.
 4      Q.   Roy's whole purpose -- Roy was very
 5  serious about the hit, making a hit on Gregg
 6  Marcantel; correct?
 7      A.   Well, Roy wanted to go out of state, as
 8  well.  And I was just as serious about it as he was.
 9      Q.   Now, you said that you have the tablet in
10  this case with the discovery?
11      A.   Yes.
12      Q.   And that tablet contains recordings that
13  Eric Duran made of your conversations with him and
14  with Roy Martinez; correct?
15      A.   That's true.
16      Q.   Have you listened to those recordings?
17      A.   I have.
18      Q.   And those recordings -- are they true and
19  accurate representations of conversations you had
20  with Eric Duran and Roy Martinez?
21      A.   I didn't listen to Roy's.  I listened to
22  mine.
23      Q.   Did you listen to a conversation in which
24  you were talking to Mr. Martinez and Mr. Duran about
25  wanting to go out of state?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1          A.   I do.   I told him to, "Shut the fuck up."

2   Because Eric Duran lived between us.   And Roy

3   Martinez lived on one side of him, and I lived on

4   the other side of him.   And this was when I came

5   back from the office, after throwing that comment

6   out there, and Eric Duran was living in between us

7   and we're trying -- and we're both talking to him at

8   the same time.   That's when I tell Eric to tell Roy,

9   "Tell him to 'Shut the fuck up.'"

10         Q.   And why were you telling Mr. Martinez to

11  shut up?

12         A.   Because I was trying to say something.

13         Q.   Okay.   Fair enough.

14              (Laughter).

15              MS. DUNCAN:   Your Honor, at this time I

16  would move admission of Defendants' Exhibit Z16.

17              THE COURT:   Any objection, Ms. Armijo?

18              MS. ARMIJO:   No, Your Honor.

19              THE COURT:   All right.   Any other

20  defendant?

21              MR. JEWKES:   No, Your Honor.

22              THE COURT:   Not hearing any objection,

23  Defendants' Exhibit Z16 will be admitted into

24  evidence.

25

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                     201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                            FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1               (Defendants' Exhibit Z16 admitted.)
 2   BY MS. DUNCAN:
 3       Q.    And Mr. Martinez, I will represent to you
 4   this is a recording of a conversation that you had
 5   with Roy Martinez and Eric Duran at PNM.
 6       A.    Okay.
 7       Q.    And can you tell us, before we play it,
 8   when the three of you were talking, where were you?
 9       A.    We were in our cells.  We were in X pod.
10   Roy lived in X2.  Eric was in X3.  I was in X4.
11       Q.    So Eric Duran was in the middle?
12       A.    Yes, ma'am.
13       Q.    So when the three of you were talking,
14   would Eric Duran sort of repeat what you said to Roy
15   so he could hear it?
16       A.    Sometimes, that's true.
17       Q.    Was it difficult for you and Roy to hear
18   each other directly?
19       A.    I couldn't hear him.  He was too far away.
20       Q.    And how were you communicating with Mr.
21   Duran?
22       A.    We were talking underneath our bunk.
23       Q.    Was that through vents?
24       A.    A heater; they have a heater underneath
25   the bunk, and we would talk through that.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1            MS. DUNCAN:  If we could start playing --

 2   Your Honor, just a moment.  Your Honor, we did have

 3   the wrong -- so I would withdraw Z16, and instead,

 4   move the admission of Y1.

 5            THE COURT:  All right.  Any objection to

 6   the withdrawal of Z16?

 7            MS. ARMIJO:  No, Your Honor.

 8            MR. VILLA:  Your Honor, I would just say I

 9   believe Z16 was identified as a call that was played

10   for Tim Martinez.  I don't object to the withdrawal.

11   Just so the record is clear, that's what that was.

12            THE COURT:  Was it played?

13            MR. VILLA:  It was played, Your Honor.  It

14   wasn't admitted, but it was played.

15            THE COURT:  So Z16 will be withdrawn.

16            (Defendants' Exhibit Z16 withdrawn.)

17            THE COURT:  And what's the new exhibit,

18   Ms. Duncan?

19            MS. DUNCAN:  Y1, Your Honor.

20            THE COURT:  Any objection to that, Ms.

21   Armijo?

22            MS. ARMIJO:  No, Your Honor.

23            THE COURT:  Anybody else have an

24   objection?

25            Defendants' Exhibit Y1 will be admitted
```




SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   into evidence.

 2            (Defendants' Exhibit Y1 admitted.)

 3            (Tape played.)

 4   BY MS. DUNCAN:

 5       Q.   Who is speaking there?

 6       A.   That's Eric Duran.

 7       Q.   And when he says -- he said that you guys

 8   put out the hits but the primary goal is to try to

 9   keep it a secret, who is he talking about?

10       A.   Are you talking about the hits?

11       Q.   Well, I believe that Mr. Duran just said,

12   "He said that you guys put out the hits, but the

13   primary goal is to try to keep it a secret, and not

14   really tell them on you guys."  Is he talking about

15   Roy Martinez?

16       A.   He's talking about administration.  He

17   doesn't want administration to get wind of it.

18       Q.   And who is "he" in that?  Roy Martinez

19   doesn't want the administration to get wind of it;

20   correct?

21       A.   Correct.

22       Q.   Thank you.  Keep playing.

23            (Tape played.)

24            MS. DUNCAN:  Is everyone able to hear

25   this?  I can put a transcript down.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.    Are you able to hear it, Mr. Martinez?

 2        A.    I can hear.   It's kind of hard, but I can

 3   hear it a little bit.

 4              (Tape played.)

 5        Q.    Again, who is that speaking?

 6        A.    That's me talking.

 7              (Tape played.)

 8        Q.    So there you said, "Hey, tell him I

 9   thought his priority was to try to get shipped out."

10        A.    Because at that time he and I were

11   discussing getting sent out, trying to get

12   administration to send us out of state.   Because,

13   like I say, Gregg Marcantel had had us all locked up

14   for over a year, and we didn't know how long he was

15   going to keep us locked up.   So we had both talked

16   about it in the yard, about trying to push the issue

17   with administration.

18        Q.    And so making this threat against Mr.

19   Marcantel is a way to get yourself shipped out of

20   state?

21        A.    Okay.   We wanted him hit.   But, yes, that

22   is a way for that to happen.   But if we can

23   successfully get that done, then so be it.

24        Q.    So you wanted both things?

25        A.    Correct.
```

SANTA FE OFFICE                                           MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                   Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                     FAX (505) 843-9492
                                                          1-800-669-9492
                                               e-mail: info@litsupport.com



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        Q.   Who is that last voice we heard right
 2   before Eric Duran said "What is"?  Is that Roy
 3   Martinez?
 4        A.   I'd have to hear it again.
 5        Q.   Play it again.
 6             (Tape played.)
 7        A.   That's my voice.
 8        Q.   That's your voice?
 9        A.   Yes, ma'am.
10        Q.   That last voice, "That's the primary
11   goal" -- is that Roy Martinez?
12        A.   Yes, ma'am.
13        Q.   Okay.  Keep going.
14             (Tape played.)
15        Q.   So there you said, "I thought he wanted to
16   go out of state."  Were you referring to Roy
17   Martinez?
18        A.   Yes, ma'am.
19        Q.   And is Roy Martinez also known as Shadow?
20        A.   Yes, ma'am.
21        Q.   Thank you.
22             (Tape played.)
23        Q.   Right there you said, "Come on, come on,
24   you and I know damn well that's not going to
25   happen."
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                  201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                          FAX (505) 843-9492




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1            What did you mean there?

 2      A.   That the ones who would really step up to

 3  do that -- I mean, when all that came about and we

 4  were talking about it, I threw that comment out

 5  there, because -- how should I word this -- within

 6  our family there is -- within our family I'd say

 7  there's a handful that had the balls to actually do

 8  that, who would actually do that.  And to me, when I

 9  threw that comment out there, that's what I was

10  referring to.  Because half of our brothers -- to

11  me, half of our brothers aren't worth a fuck.

12  They're weak; haven't busted a grape.  And the ones

13  who would step up and be willing to do that were

14  locked up.

15            (Tape played.)

16      Q.   Right.  I think you said, "I hope that the

17  administration can get wind of it.  That way they

18  can come and" -- is that correct?

19      A.   I don't think I said that.  That I hope

20  administration gets wind of it?

21      Q.   We can go back.

22      A.   I don't think I said that.

23      Q.   So there I think you said, "What better

24  way to get shipped out of state then go in there and

25  tell them, 'Hey, look, I'm going to make this my
```

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                     FAX (505) 843-9492
                                                          1-800-669-9492
                                              e-mail: info@litsupport.com



1  sole mission in life.'"  That's what you said in the

2  meeting with STIU; correct?

3      A.   That's true.

4      Q.   And this wasn't the first time that you

5  had tried to use a disciplinary infraction to get

6  yourself moved from one facility to another;

7  correct?

8      A.   I don't know what you're talking about.

9      Q.   Was there a point when you were in

10 Southern New Mexico Correctional Facility with

11 Gerald Archuleta?

12     A.   You're talking in -- off and on throughout

13 the years.

14     Q.   And was there a point when you and Mr.

15 Archuleta were in Southern New Mexico Correctional

16 Facility together, and you wanted to get back to

17 PNM?

18     A.   I think that was in -- that's true, I

19 think that was -- if I'm correct, I think that was

20 in '96.

21     Q.   And so the two of you decided that you

22 would attack another inmate in the hope that you

23 would then be sent up to Seg, which is in PNM;

24 correct?

25     A.   That's true.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.   And the first inmate that you targeted --

2  there were three of you who targeted the inmate;

3  correct?

4      A.   That's true.

5      Q.   It was you, Mr. Archuleta, and who else?

6      A.   His name was Jesse Trujillo.  They called

7  him Terminator.

8      Q.   And so what did you do -- so who is the

9  inmate you targeted?

10     A.   I didn't know who he was.  Us three were

11 walking the yard.  Us three wanted to get sent back

12 to Santa Fe.  We were walking the yard.  And I don't

13 know who the guy was, but Jesse Trujillo said that

14 he had some kind of sex crime.  So we attacked him.

15 And Jesse Trujillo was the only one that got caught

16 in that incident, and Gerald and I got away.

17          They had a softball game in the yard that

18 day, and we were picking out other victims.  And

19 Gerald -- there was some white boy that Gerald had

20 bumped heads with.  And I told Gerald, "Let's just

21 pick up that baseball bat and whack him across the

22 head."

23          Gerald said, "No, I don't want to kill

24 him.  I just want to go back to Santa Fe."

25          So we just ended up assaulting him.

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                    FAX (505) 843-9492
                                                          1-800-669-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE
e-mail: info@litsupport.com

```
 1        Q.    And when that didn't work, when you and

 2   Mr. Archuleta were not shipped to Santa Fe, did

 3   you --

 4        A.    We were.

 5        Q.    You were later shipped to Santa Fe?

 6        A.    Within a day or two.

 7        Q.    Of that initial assault?

 8        A.    Yes, ma'am.

 9        Q.    You were housed with Mr. Baca in the

10   1990s; correct?

11        A.    The last time I was housed -- I mean, the

12   last time I was in the same facility as -- last time

13   I can remember being with Pup was in -- about a year

14   before they shut the Main facility down.  I had got

15   out of the North first, and he got out after me.  He

16   was living in cell block 6, and I was living in cell

17   block 3.

18             That's the last time I can remember,

19   because that's when they had an incident in cell

20   block 5, where a couple of white boys moved on three

21   of our brothers.  They locked the facility down.

22   The administration ended up locking all SNM down.

23   Pup got sent out of state.  I got sent back to the

24   North.  So the last time I can remember being in the

25   same facility or being around him is a year -- I'd
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1    say '96, '97, right before they shut the Old Main
 2    facility down.
 3              MS. DUNCAN:  May I have a moment, Your
 4    Honor?
 5              THE COURT:  You may.
 6              MS. DUNCAN:  No further questions.
 7              THE COURT:  Thank you, Ms. Duncan.
 8              Mr. Maynard, do you have cross-examination
 9    of Mr. Martinez?
10              MR. MAYNARD:  Yes, Your Honor.
11              THE COURT:  Mr. Maynard.
12                    CROSS-EXAMINATION
13    BY MR. MAYNARD:
14        Q.    Mr. Martinez, I'd like to just clarify a
15    few points for the jury.
16        A.    Okay.
17        Q.    Going over your direct examination earlier
18    this afternoon and the cross-examination, you
19    mentioned at one point in response to a question
20    from Ms. Duncan that in the prison system you're
21    either a predator or you're prey.  Do you remember
22    that?
23        A.    I do.
24        Q.    You do?
25        A.    Yeah.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.    And what do you mean by that?
 2        A.    I mean, in prison somebody who is weak,
 3   somebody who doesn't stand up for themselves,
 4   they're taken advantage of a number of different
 5   ways.  They can be sexually assaulted, they can have
 6   their commissary taken, make them pay rent.
 7        Q.    Extortion?
 8        A.    Yeah, extortion.
 9        Q.    Right.  Now, you also mentioned -- if I
10   heard correctly, you mentioned that half of the
11   brothers are weak.  Were you referring to brothers
12   in the SNM or in a particular gang or organization?
13        A.    SNM.
14        Q.    SNM.  So what do those half who are weak
15   do between predator and prey?
16        A.    I mean, because like I was telling Ms.
17   Armijo earlier, off and on throughout the years, the
18   SNM has changed.  When I first came in '88,
19   throughout the '90s, into the early 2000s, we were
20   solid.  You knew who your brother was.  You knew you
21   could count on him to have your back if something
22   went down.
23        Q.    Well --
24        A.    But throughout the years, late 2000s, late
25   2000s that changed.  You didn't know who -- you
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1  didn't know who your brother was.

2        Q.    Well, so do you mean that, back then, all

3  the SNM members were predators?  There were no prey?

4        A.    What I mean -- I used the word solid.  In

5  other words, you knew you can trust him, that he

6  wasn't going to go rat on you, or if something

7  happened, he wouldn't turn around and run the other

8  way.

9        Q.    So it was different in the sense that

10 there was more trust?

11       A.    True, true.

12       Q.    But so you have a situation where instead

13 of having predator or prey, you have half the people

14 who are somewhere in between; they're weak, but they

15 may not be prey, or they may not be predators?

16       A.    I mean, what are you talking?  I don't

17 know what you're talking about.

18       Q.    Well, I'm just trying to get clarification

19 of where those half who are weak stand.  Are they

20 predators, or do they become prey?

21       A.    I mean, because, look, like I said, in the

22 later years, a person could become -- a person could

23 become a brother, a carnal, just because you had a

24 family member who was in the family, or because you

25 hit -- or because you brought a lot of drugs, you

SANTA FE OFFICE                                                              MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                  Albuquerque, NM 87102
(505) 989-4949                                                              (505) 843-9494
FAX (505) 843-9492                                                  FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1   were automatically made a carnal.

 2           And when I came in, you had to earn your

 3   bones in order to become a carnal.  In other words,

 4   you had to spill blood in order to come in.

 5           In the later years, that --

 6       Q.   You didn't have to earn your bones.

 7       A.   They didn't have to do that.  They could

 8   either get drugs, or because they had a family

 9   member that was a carnal, they were automatically a

10   carnal.

11       Q.   I understand.

12           THE COURT:  Mr. Maynard, what I'm

13   proposing is we take about a 15-minute break, and

14   come back and go about a half-hour.  Does that work

15   for you?

16           MR. MAYNARD:  That's fine.

17           THE COURT:  All right.  We'll be in recess

18   about 15 minutes.  All rise.

19           (The jury left the courtroom.)

20           THE COURT:  All right.  We'll be in recess

21   for about 15 minutes.

22           (Court stood in recess.)

23           THE COURT:  All right.  We'll go on the

24   record here.  Anything we need to discuss before Ms.

25   Standridge brings in the jury?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1           MS. ARMIJO:  No, Your Honor.

2           THE COURT:  Mr. Maynard, do you have

3   anything to discuss?

4           MR. MAYNARD:  Just a little cross.

5           THE COURT:  All right.  How about any of

6   the other defendants?  Anything they need to

7   discuss?

8           MR. BECK:  Your Honor, did you look over

9   Government's --

10          THE COURT:  Oh, yeah, I did.  Well, the

11  transcript, I think, helps you in ways that you

12  don't need help on.  I think it makes it look like

13  Mr. Baca killed Mr. Velasquez because Mr. Velasquez

14  disrespected Mr. Baca.  I think it also establishes

15  that he didn't act alone.  But I still don't see

16  anything in here about SNM orders or SNM requiring

17  the hit.

18          Give me just a few seconds here.  Let me

19  finish up and tell you my thoughts, then you can

20  argue it out a little later.  It might have

21  incidentally bolstered the SNM's reputation.  I'll

22  agree with you that the murder may have bolstered

23  the SNM's reputation as a powerful and violent gang.

24  But again, I think that shows the relevance of it.

25  But I don't think that it makes the murder an SNM



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    hit.  And so I'm still not seeing the evidence

2    that's necessary to get you to that point and the

3    jury get to that point.  It's just sticking it out

4    there and hoping they'll connect the dots, and I'm a

5    little worried about that.

6                 MR. BECK:  What we've got in that

7    conversation --

8                 THE COURT:  Let me do this:  Let me let

9    you argue it out another time.  But you did ask, and

10   I read it, and those are my thoughts.  All rise.

11                (The jury entered the courtroom.)

12                THE COURT:  All right.  Mr. Martinez, I'll

13   remind you that you're still under oath.

14                Mr. Maynard, if you wish to continue your

15   cross-examination, you may do so at this time.

16                MR. MAYNARD:  Thank you, Your Honor.

17   BY MR. MAYNARD:

18        Q.   Just a few questions.  Mr. Martinez, I

19   want to move forward a little bit, I don't know

20   exactly, around 2011, 2012, 2013.  You mentioned in

21   answer to some questions a moment ago or half an

22   hour ago you were discussing Javier Molina, and you

23   were together with Mario Rodriguez and Lupe Urquizo.

24        A.   Yes, sir.

25        Q.   And were you discussing some paperwork or

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                   Albuquerque, NM 87102
(505) 989-4949                                               (505) 843-9494
FAX (505) 843-9492                                     FAX (505) 843-9492
                                                          1-800-669-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE                        e-mail: info@litsupport.com

```
 1   rumors of paperwork?

 2        A.   I don't think we were discussing

 3   paperwork.  I mean, I think it was -- all of us

 4   understood that the paperwork had been out there, or

 5   the rumor that the paperwork had been out there for

 6   at least a year.  We were discussing that if either

 7   one of us, or any of us four were to go to Southern,

 8   we were supposed to take care of it.

 9        Q.   And by "take care of it," you mean the

10   three of you decided to order -- basically issue a

11   hit, as they call it?

12        A.   Yes, sir.

13        Q.   Okay.  And you were up north at the time,

14   the three of you?

15        A.   Yes, sir.

16        Q.   And in PNM North or South?

17        A.   I was at the South.

18        Q.   Near Santa Fe?

19        A.   Yeah.

20        Q.   And at that time, Mr. Molina was in

21   Southern, down here near Las Cruces?

22        A.   He was.

23        Q.   So the three of you made that decision

24   sometime in 2012 or 2013, maybe -- the timing is not

25   critical -- but the three of you made that decision
```

SANTA FE OFFICE                                         MAIN OFFICE
119 East Marcy, Suite 110                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                Albuquerque, NM 87102
(505) 989-4949                                            (505) 843-9494
FAX (505) 843-9492                                   FAX (505) 843-9492
                                                        1-800-669-9492
                                            e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1   together?
 2        A.   I think the hit on him was -- had been out
 3   there for a year prior to it actually happening.
 4        Q.   Well, the three of you made the decision
 5   to endorse that, if it was already out?
 6        A.   That's true.
 7        Q.   And sometime later Mario Rodriguez was
 8   transferred south?
 9        A.   That's true.
10             MR. MAYNARD:  That's all, Your Honor.
11             THE COURT:  Thank you, Mr. Maynard.
12             Anyone else?  Mr. Villa?
13             MR. VILLA:  Yes, Your Honor, briefly.
14             THE COURT:  Mr. Villa.
15                     CROSS-EXAMINATION
16   BY MR. VILLA:
17        Q.   Can we see Government's 586.  It's already
18   been admitted.
19             Good afternoon, Mr. Martinez.
20        A.   Good afternoon.
21        Q.   I'm showing you Government's Exhibit 586.
22   That's Mario Rodriguez; right?
23        A.   Yes, sir.
24        Q.   And this is the individual that you just
25   were talking to Mr. Maynard about; you had a
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1   conversation with him in 2013, along with Lupe

2   Urquizo and Mauricio Varela; correct?

3        A.   That's true.

4        Q.   That conversation took place in Santa Fe

5   at PNM?

6        A.   PNM South, South facility.

7        Q.   And the four of you agreed that whoever

8   got to the South first would take care of Javier

9   Molina?

10       A.   That's true.

11       Q.   Meaning kill him?

12       A.   True.

13       Q.   And that was based on, as you just said,

14   this discussion about a rumor that there was

15   paperwork on Mr. Molina?

16       A.   That's true.

17       Q.   Paperwork that he had informed to law

18   enforcement?

19       A.   That -- yeah, true, that's true.

20       Q.   So based on that rumor, you all came to

21   this agreement, this understanding?

22       A.   Well, the rumor was that the paperwork had

23   been down there a year before; that it had been

24   given to three brothers:  Benjamin Clark; they call

25   him Cyclone.  BB, Javier Rubio.  And they call him

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                      Albuquerque, NM 87102
(505) 989-4949                                                  (505) 843-9494
FAX (505) 843-9492                                         FAX (505) 843-9492
                                                          1-800-669-9492
                                                   e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

1  Little Cruces -- I don't know his real name.  That

2  they had got ahold of the paperwork a year prior to

3  that, but that they sat on it and nothing was ever

4  done.

5       Q.   This is the rumor that you all were

6  discussing?

7       A.   We didn't discuss that.  But we discussed

8  that if either of us four showed up in Las Cruces,

9  that we would make sure it was taken care of.

10      Q.   Got it.  And Mario Rodriguez, who we're

11  seeing here on Government's 586 -- that's the same

12  Mario Rodriguez that attacked Alex Sosoya with you;

13  correct?

14      A.   That's true.

15      Q.   I think it was your testimony that

16  occurred, like, in 2011; right?

17      A.   2011.

18      Q.   And you said you went up on the top tier,

19  because that's where you were, and went to each of

20  the other brothers up there and said, "I'll take

21  care of this.  Back off."

22           And all of them said, "Okay," except Mario

23  Rodriguez?

24      A.   That's true.

25      Q.   Mario wanted to help?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

100

```
 1        A.    That's true.

 2        Q.    He did help?

 3        A.    That's true.

 4        Q.    You told us that when you were out in the

 5   yard at PNM South, that's where the attack on Sosoya

 6   occurred; correct?

 7        A.    Yes, sir.

 8        Q.    Isn't it true that the plan that you and

 9   Mario came up with to attack Sosoya was, you wanted

10   to wear him down on the basketball court, get him

11   tired first, then attack him?

12        A.    I don't think that was our plan.  I mean,

13   we were going to move on him, I mean, but we didn't

14   discuss, "Hey, let's play basketball, get him tired,

15   then we'll hit him."  We didn't discuss that.  We

16   discussed, "When we go to the yard, we'll move on

17   him."

18        Q.    And Mario moved first?

19        A.    He did.

20        Q.    He went after him first?

21        A.    He did.

22        Q.    You guys got into this fight and it got to

23   the point that they're shooting teargas at you;

24   right?

25        A.    That's true.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1     Q.   I think you said you got hit in the head

2   with the gas can?

3     A.   That's true.

4     Q.   So that pretty much took you out of the

5   fight?

6     A.   It did.

7     Q.   But Mario Rodriguez kept fighting;

8   correct?

9     A.   He was choking him out.

10    Q.   He was choking Mr. Sosoya?

11    A.   Yeah, he was choking him out.  Yeah, he

12  was wrapped around him.

13    Q.   I think Ms. Armijo asked you if you saw

14  Mario bite Mr. Sosoya's ear off.  And you said you

15  didn't.

16    A.   I didn't see that.  The gas had hit me, so

17  I didn't see anything after that.

18    Q.   You heard about it later?

19    A.   Yeah.  When the State Police showed up at

20  the hospital and asked me about it.

21    Q.   Did you ever hear Mario Rodriguez bragging

22  about biting his ear off?

23    A.   No.

24    Q.   Now, you would agree with me that one of

25  the charges you pled guilty to in this case in your

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492
                                                                    1-800-669-9492
                                                           e-mail: info@litsupport.com



1    plea agreement was for the assault on Mr. Sosoya?

2        A.    That's true.

3        Q.    Mario Rodriguez was included in that

4    indictment?

5        A.    That's true.

6        Q.    You had agreed to cooperate and testify

7    against Mario Rodriguez, didn't you?

8        A.    That's true.

9        Q.    And in fact, the trial was going to be

10   scheduled, I think, in October of last year, maybe

11   early November last year; right?

12       A.    I don't know about that, but I know it was

13   supposed to take place here just recently.

14       Q.    Not long ago?

15       A.    Yeah, not long, about a couple months.

16       Q.    And right before that trial, Mario

17   Rodriguez went to work for the Government and

18   entered a plea agreement himself; right?

19       A.    That's true.

20       Q.    So you didn't have to testify against him?

21       A.    I didn't.

22       Q.    But you were going to?

23       A.    I was.

24       Q.    At the time of the 2011 hit on Sosoya, you

25   were a shot-caller; right?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1        A.    I was.
2        Q.    Meaning if you called a shot, if you said,
3   "Hit somebody," it had to get done?
4        A.    True.  That's usually how it works.
5        Q.    And the point, at least before Sosoya,
6   before the Sosoya assault, Mario Rodriguez -- he
7   wasn't a shot-caller yet, was he?
8        A.    Mario has never been a shot-caller.
9        Q.    He never ran the pod at any point in time?
10       A.    He's a soldier.
11       Q.    As far as you know.
12       A.    He's a soldier.
13       Q.    And a soldier's job is, if the shot-caller
14   tells them what to do, they do it?
15       A.    True.
16       Q.    Before you're a shot-caller, you start off
17   as a soldier; right?
18       A.    That's usually the way it works.  But in
19   my case, being a shot-caller, I wouldn't tell
20   anybody to do something I wouldn't do myself.  The
21   only time I would do that is if a carnal was in a
22   position to do it and I wasn't.  If I was there, I
23   would tell him, "Hey, come on, let's go," or, "Hey,
24   watch my back," or, "Hey, I want to do this by
25   myself."  That's how I worked.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   If somebody like Mario Rodriguez, as a
 2   soldier, wanted to work themselves up to becoming a
 3   shot-caller, they'd have to put in work; right?
 4        A.   That's true.
 5        Q.   And elevate their reputation in the S?
 6        A.   That's true.
 7        Q.   You testified, I think, at the beginning
 8   of your direct examination that one of the rules or
 9   one of the issues y'all deal with is somebody who is
10   a sex offender; right?
11        A.   I said that?
12        Q.   Sex offender -- they can't be in the SNM?
13        A.   Rapists or child molesters.
14        Q.   Rapists or child molesters?
15        A.   Rapists or child molesters.
16        Q.   And I mean, that's generally true in
17   prison; right?  If someone is a rapist or a child
18   molester, they can be attacked, whether it's a gang
19   or not; right?
20        A.   Say that again.
21        Q.   I mean, isn't that generally true in
22   prison, that folks who are rapists or child
23   molesters are in danger of being attacked?
24        A.   That's usually how it works.
25        Q.   Did you know that Mario Rodriguez had a
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   sex offense for a rape?

 2        A.   I did.

 3        Q.   And that would make it harder for him to

 4   become a leader in the SNM, wouldn't it?

 5        A.   I don't know.  That's kind of hard to

 6   answer.  I would have to say -- well, I mean,

 7   because I know him, and I would consider him to be

 8   one of the best soldiers we have, because he

 9   wouldn't hesitate to pick up a knife and stab

10   somebody, or try to take somebody out.  He wasn't

11   scared to do that.

12             And like I mentioned earlier, 90 -- I'd

13   say 75 percent of our brothers have never done that,

14   and wouldn't do that.  He was one that wouldn't

15   hesitate.  So I mean, if we were still in the SNM,

16   and he was continuing to put in work, and he wanted

17   to become a shot-caller, I'd back him.

18        Q.   You'd back him because of what you just

19   said:  He wouldn't hesitate to pick up a shank and

20   stab somebody?

21        A.   Sure.

22        Q.   And he was tough; right?

23        A.   True.

24        Q.   Wasn't afraid of violence?

25        A.   True.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

 1       Q.   And your view of him, though, might not be

 2   the same as others in the SNM, because he has a sex

 3   offense; right?

 4       A.   That might be true, too.

 5            MR. VILLA:   That's all the questions I

 6   have, Judge.

 7            THE COURT:   Thank you, Mr. Villa.

 8            Ms. Jacks?   Mr. Jewkes?

 9            MR. JEWKES:   We have no questions.

10            THE COURT:   Ms. Armijo, do you have

11   redirect of Mr. Martinez?

12                    REDIRECT EXAMINATION

13   BY MS. ARMIJO:

14       Q.   Just for clarification, you talked about

15   an old Dan Dan.   That is a different person from the

16   Dan Dan that you referred to in court today?

17       A.   Yes, ma'am.

18       Q.   And when you were talking -- let's see,

19   Eric Duran -- Ms. Duncan was talking to you about

20   Eric Duran, and even played a phone call -- not a

21   phone call, a recording -- between you and Shadow,

22   Roy Martinez, and Eric Duran.   When that recording

23   was made, were you aware that you were being

24   recorded?

25       A.   I didn't.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   Were you aware that Eric Duran was working

2  with law enforcement?

3    A.   I didn't.  Had I have known that, I would

4  have tried to kill him.

5    Q.   Was Eric Duran a leader in the SNM?

6    A.   No.

7    Q.   What was his position, if any?

8    A.   He got dope.  That's all he ever did.

9    Q.   Was get dope?

10   A.   Yeah.

11   Q.   You talked a little bit about different

12 people -- I guess times changing, people used to

13 always have to earn their bones; is that right?

14   A.   Yeah.

15   Q.   And then you talked about how there are

16 some SNM members who just got a lot of drugs.  Is

17 that true?

18   A.   True.  I mean, like I said, 99.9 percent

19 of us are all dope fiends, and just because somebody

20 hit a clavo, brought drugs in through the visits, we

21 would make them a carnal.

22   Q.   Chris Garcia -- is he an SNM member?

23   A.   He is.

24   Q.   And what was his value to SNM?

25   A.   Dope.

SANTA FE OFFICE                                                                MAIN OFFICE
119 East Marcy, Suite 110                                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                                           Albuquerque, NM 87102
(505) 989-4949                                                                        (505) 843-9494
FAX (505) 843-9492                                                              FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   Now, you talk a lot about old school, so
 2   to speak.  And we talked about how many years, and
 3   you've seen a change in the SNM.  Is it fair to say
 4   that you're kind of one of the older generations
 5   that's around now of the SNM?
 6        A.   That's true.
 7        Q.   And it's kind of hard to -- maybe
 8   sometimes older generations don't like what new
 9   generations are doing with things?
10        A.   Yeah, that's true.
11        Q.   Would predator and prey -- was SNM -- were
12   they predators or prey?
13        A.   Okay.  See, the way I interpreted that
14   question when he presented it to me was, is that we
15   ran around bulldogging everybody, taking shit from
16   everybody, taking everybody's dope.  And that wasn't
17   necessarily true.  You know, that wasn't
18   necessarily -- I mean, I didn't do that.  I never
19   did that.  And I know a lot of my older brothers
20   never did that.
21             I mean, predator and prey.  Within prison
22   life, you can't be seen as weak, I mean, because if
23   you're seen as weak, you're going to be taken
24   advantage of.  And there's number of different ways
25   a person can take advantage of you, you know what I
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1   mean, hundreds of different ways, you know.
 2         Q.   Now, you talked about how -- you said, you
 3   know, a large percentage are dope fiends.  Were you
 4   ever one of those that was really involved heavily
 5   in the drug --
 6         A.   Yes, I was.  I've sold -- I mean, I used
 7   to have my wife, who I was married to back in the
 8   '90s, I used to have my wife bring me in dope.  And
 9   I was supporting her from inside.  I mean --
10         Q.   How did you meet your wife?
11         A.   Through Anthony Ray Baca's wife.
12         Q.   Okay.  Was this a jailhouse romance sort
13   of thing?
14         A.   It was.
15         Q.   And so Anthony Ray Baca's wife introduced
16   you to a woman that you married while you were
17   incarcerated?
18         A.   Yes, ma'am.
19         Q.   And what would she do?
20         A.   She'd bring me in dope.  I mean, it
21   started at the South -- it started in the North,
22   where she would come and visit me three times a
23   week.  And at that time she was selling her food
24   stamps and ABT cards to buy me -- we called them
25   medios, street papers of heroin.  And it went from
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1   street papers of heroin to grams of heroin, quarter

 2   ounces of heroin.

 3        Q.   And was that -- did you at some point

 4   divorce her, or did that relationship end?

 5        A.   After about a year.  She got strung out.

 6        Q.   Now, you mentioned the term "busted a

 7   grape"?

 8        A.   Yes.

 9        Q.   What does that mean?

10        A.   Earning your bones.  I mean, it's another

11   word for, like -- it's like a brother who never did

12   anything.  I mean, I know brothers who have been in

13   the onda for years, for years, years, years.  Can I

14   use an example?

15        Q.   Sure.

16        A.   Let's talk about Jerry -- they call him

17   Plaz.

18        Q.   Montoya?

19        A.   Montoya.  Jerry Montoya.  I mean, before

20   he committed that murder with Javier Molina, he did,

21   like, 13, 14, 15 years before -- that's the first

22   thing I've ever known him to do.

23        Q.   So that would be an instance where

24   somebody had to earn their bones?

25        A.   Yeah.  I mean, although he was a carnal
```

SANTA FE OFFICE                                           MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                     FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1  for all them years -- and I mean, he got dope here

2  and there, but --

3       Q.   And you talked about how there are some

4  weak members, so to speak.  Would a weak SNM member

5  be appointed a leader of a pod at the different

6  facilities, or in order to be a leader of a pod,

7  would you be strong?

8       A.   Not necessarily.  Because there have been

9  people who have been so-called pod bosses that never

10  earned that position, that never earned that

11  position.  To me, in order to be a shot-caller or a

12  pod boss, you had to at least put in work to do it.

13       Q.   And that's your idea of being -- a good

14  requirement for being a pod boss?

15       A.   Yeah.

16       Q.   And you talked about the paperwork and the

17  discussion at the South that you had with Mario

18  Rodriguez and others, and talking about going down

19  south, and how there was a rumor that there was

20  paperwork already down there.  Is the paperwork

21  important in order for the hit to be carried out?

22       A.   That's the only way it can be carried out.

23       Q.   And as you mentioned, Mario Rodriguez was

24  a soldier.  Would he take orders from leaders since

25  he wasn't a leader at that time?

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                             FAX (505) 843-9492
                                                                  1-800-669-9492
                                                          e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        A.    Yeah.

 2        Q.    Would he have to take --

 3        A.    He would have to.  I mean, yeah, he would

 4   have to.  In other words, like, okay, me being a

 5   shot-caller, somebody needs to earn their bones, I

 6   send them on a mission.  He didn't do it, then we

 7   take him out.  You do him or we do you.

 8        Q.    And that's the way the SNM -- it's the

 9   motto for the SNM?

10        A.    Yes.

11              MS. ARMIJO:  May have a moment, Your

12   Honor?

13              THE COURT:  You may.

14              MS. ARMIJO:  Nothing further.  Thank you.

15              THE COURT:  Thank you, Ms. Armijo.

16              All right.  Mr. Martinez, you may step

17   down.

18              Is there any reason that Mr. Martinez

19   cannot be excused from the proceedings?  Ms. Armijo?

20              MS. ARMIJO:  No, Your Honor.

21              THE COURT:  Anybody from the defendants

22   have any objection to him being excused?

23              MS. DUNCAN:  No, Your Honor.

24              THE COURT:  Not hearing any objection from

25   the defendants, you're excused from the proceedings.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Thank you for your testimony.

2

3    UNITED STATES OF AMERICA

4    STATE OF NEW MEXICO

5

6              C-E-R-T-I-F-I-C-A-T-E

7         I, Jennifer Bean, FAPR, RDR, CRR, RMR, CCR,

8    Official Court Reporter for the State of New Mexico,

9    do hereby certify that the foregoing pages

10   constitute a true transcript of proceedings had

11   before the said Court, held in the District of New

12   Mexico, in the matter therein stated.

13        In testimony whereof, I have hereunto set my

14   hand on this 12th day of March, 2018.

15

16        _____

17        Jennifer Bean, FAPR, RMR-RDR-CCR
          Certified Realtime Reporter
18        United States Court Reporter
          NM Certified Court Reporter #94
19        333 Lomas, Northwest
          Albuquerque, New Mexico 87102
20        Phone:          (505) 348-2283
          Fax: (505) 843-9492
21        License expires:  12/31/18

22

23

24

25

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com