1

1        IN THE UNITED STATES DISTRICT COURT

2          FOR THE DISTRICT OF NEW MEXICO

3   UNITED STATES OF AMERICA,

4              Plaintiff,

5      vs.          NO:  CR-15-4268 JB

6   ANGEL DELEON, et al.,

7              Defendants.

8

9      Transcript of excerpt of testimony of

10              JOSEPH SAINATO

11       March 1, 2018, and March 2, 2018

12

13

14

15

16

17

18

19

20

21

22

23

24

25

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1                  March 1, 2018

 2

 3            THE COURT:  All right.  Ms. Jacks, how do

 4   you wish to proceed?  Do you want to call your first

 5   witness?

 6            MS. JACKS:  I guess so.  Just a minute.

 7   May I confer with Mr. Jewkes?

 8            THE COURT:  You may.

 9            MS. JACKS:  Your Honor, we'll start with

10   FBI Agent Sainato.

11            THE COURT:  Mr. Sainato, if you'll come up

12   and stand next to the witness box on my right, your

13   left, before you're seated, my courtroom deputy, Ms.

14   Standridge, will swear you in.

15                     JOSEPH SAINATO,

16       after having been first duly sworn under oath,

17       was questioned and testified as follows:

18            THE CLERK:  State and spell your name for

19   the record.

20            THE WITNESS:  Yes, ma'am.  My name is

21   Joseph Sainato.  It's J-O-S-E-P-H, Sainato,

22   S-A-I-N-A-T-O.

23            THE COURT:  Mr. Sainato.  Ms. Jacks.

24   BY MS. JACKS:

25       Q.   Good afternoon, Agent Sainato.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3

```
1        A.   Good afternoon.

2        Q.   On January 22nd of 2018, did you

3   participate in an interview with a government

4   witness by the name of Lupe Urquizo?

5        A.   Yes, ma'am.

6        Q.   And who else was present at that

7   interview?

8        A.   Matthew Beck from the U.S. Attorney's

9   Office.

10       Q.   And what about FBI Agent Nancy Stemo?  Was

11  she also there?

12       A.   She was not.

13       Q.   She was not?

14       A.   No, I don't believe so.

15       Q.   Did you prepare a 302 in connection -- or

16  was a 302 -- excuse me.  Was a 302 prepared in

17  connection with that interview?

18       A.   Yes, ma'am.

19       Q.   And do you have a copy of it with you

20  there today?

21       A.   No, ma'am, I do not.

22            MS. JACKS:  Your Honor, I have a page

23  that's Bates stamped 51485, that's dated January 22,

24  2018.  May I approach the witness?

25            THE COURT:  You may.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              MS. JACKS:  Is Mr. Beck handling this
 2   matter?  Because I think he's a witness, and I would
 3   actually ask that he be excluded.
 4              THE COURT:  How does the Government and
 5   Mr. Beck feel about that?
 6              MR. BECK:  I don't think so.  I mean, I
 7   don't think I need to be excluded.  We've had -- in
 8   this trial, we've had a defense investigator testify
 9   with the defense attorney, with whom he was present
10   with one other person.  So I don't think that I need
11   to be excluded, but --
12              THE COURT:  Well, I think I have to rely
13   heavily upon the Government's representations as to
14   what occurred here, and Mr. Beck's representations
15   are going to be necessary, so I'm not going to
16   exclude him.  The Government can decide how they
17   want to handle this hearing, but I think I'm going
18   to have to rely heavily upon the representations of
19   the Government whether they're in sworn form or
20   otherwise.
21              So I'll deny the request to exclude him.
22              MS. JACKS:  Well, Your Honor, who is going
23   to be conducting this examination from the
24   Government?
25              MS. ARMIJO:  Mr. Castellano and I will be
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   doing it.  We're trying to decide that right now.
 2   But it will be one of us.  She can show us the
 3   document.
 4           MS. JACKS:  Your Honor, given that the
 5   Court is disinclined to excuse Mr. Beck, we'd like
 6   to call him first, and then we'll take the other
 7   witnesses.
 8           THE COURT:  Any objection to that, Mr.
 9   Beck?
10           MR. BECK:  Yes, Your Honor.  I mean,
11   that's the whole purpose behind having an agent
12   there.  But if they're going to call me and if the
13   Court is inclined, I'd like a 15-minute recess to
14   prepare for that.  I did not prepare for any of
15   this.  But just a 15-minute recess to talk with
16   someone in our office.
17           THE COURT:  All right.  Well, we'll take a
18   15-minute break.
19           MS. JACKS:  Your Honor, I'd ask that Mr.
20   Beck be ordered not to speak with Agent Sainato or
21   Agent Stemo regarding this issue during the recess.
22           MR. BECK:  I don't oppose that order, Your
23   Honor.
24           THE COURT:  All right.  So ordered.
25           (The Court stood in recess.)
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1            THE COURT:  All right.  If everybody is
 2   ready to go, we'll go on the record.
 3            Ms. Armijo, it looks like you have
 4   something to say.
 5            MS. ARMIJO:  I do, Your Honor.  The
 6   defense cannot call Mr. Beck without first complying
 7   with Touhy.  As you know, DOJ employees are subject
 8   to Touhy.  And so our office is not going to allow
 9   him to testify without Touhy being complied with.
10            That being said, we feel that there are
11   other witnesses available to testify about this
12   issue.  We have Agent Sainato and Ms. Stemo
13   available.  And that is the whole reason why we have
14   agents sit in on pretrial interviews, on debriefs,
15   so that the United States does not become a witness
16   to these meetings.
17            And so we can certainly proceed with that.
18            The good or bad faith issue is not really
19   an issue at this point.  What the Court should be
20   focusing in on is whether or not, if there is a
21   breach, if it's material; and whether it's -- what
22   the proper remedy should be, if the Court finds that
23   there is one, is if there's sufficient time to make
24   use of the information.
25            And of course, we would argue that there
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  is sufficient time, even if the Court grants them

2  the time over the weekend, or more time to deal with

3  this issue.

4          So if the Court wants to proceed with the

5  hearing, we would request that we start with Agent

6  Stemo, or Agent Sainato who was on the stand, and

7  that the defense comply with Touhy.

8          THE COURT:  Thank you, Ms. Armijo.

9          MS. ARMIJO:  Thank you, Your Honor.

10          THE COURT:  Ms. Jacks, how do you wish to

11  proceed?

12          MS. JACKS:  Your Honor, I would request a

13  continuance of 20 minutes.  I'll provide a Touhy

14  letter and provide it to the Government within that

15  time period.

16          THE COURT:  Let's go ahead and take up the

17  witnesses.  If y'all want to go that way, you can.

18  I guess what I'd ask Ms. Armijo, you know, I have

19  discovery disputes all the time.  We've had lots of

20  discovery disputes since I've been in the case.

21  We've always gotten representations from the

22  Government.

23          Would Mr. Beck be willing to at least

24  answer questions, not under oath, but just as an

25  attorney for the Department of Justice?  The

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

8

```
1   defendants can direct their questions to the Court.
2   But if Mr. Beck is willing to answer them, just as
3   an officer of the Court?
4           MS. ARMIJO:  I believe, Your Honor, that
5   if you want me to go and call and see if that would
6   be allowed, I certainly will do so.  I feel
7   uncomfortable, just given the conversation that we
8   had with our administration, agreeing to that.
9           But certainly if Ms. Jacks is going to be
10  preparing that, or during that time I can
11  certainly -- or one of us, Mr. Castellano or I, can
12  go out and call and find that information out.  If
13  the Court wants to proceed, one of us can do that.
14          THE COURT:  Well, let's go ahead with the
15  two FBI agents that we have, and then let's go --
16  y'all got people that can probably check on that
17  while we're doing it and get letters ready.  But
18  let's go ahead and use our time to get the testimony
19  from the FBI agents.
20          MS. JACKS:  Well, Your Honor, I just spoke
21  with Ms. Bhalla and asked her to take either Agent
22  Stemo or Sainato on the issue of the bag of Mario
23  Rodriguez' property.  And while she's doing that,
24  I'll prepare the Touhy letter and submit it to the
25  Government.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              THE COURT:  All right.  So who do you want
 2  to call, Ms. Bhalla?
 3              MS. BHALLA:  I think that the -- you know,
 4  I may ask the Government for a representation as to
 5  who the best witness would be to ask about the box.
 6  Because my recollection is that Agent Stemo is the
 7  one who reviewed it.  If that's the case, we'll
 8  start with Agent Stemo.  If Sainato is the one who
 9  reviewed it, we can start with Agent Sainato.
10              THE COURT:  All right.  Is he still in the
11  courtroom, or does he need to be brought in the
12  courtroom?
13              MS. ARMIJO:  I will get him, Your Honor.
14              THE COURT:  All right.  Mr. Sainato, if
15  you'll come up and resume your place in the witness
16  box.  I'll remind you that you're still under oath.
17      A.   Yes, sir.
18              THE COURT:  Ms. Bhalla, if you wish to
19  commence your examination, you may do so at this
20  time.
21              MS. BHALLA:  Thank you, Your Honor.
22              THE COURT:  Ms. Bhalla.
23                   DIRECT EXAMINATION
24  BY MS. BHALLA:
25      Q.   Good afternoon.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

10

1        A.    Good afternoon, ma'am.

2        Q.    Tell me how you say your last name so I

3   don't butcher it.

4        A.    Sainato.

5        Q.    Agent Sainato, we're going to talk to you

6   about the property box that belonged to Mario

7   Rodriguez.  Did you get a chance -- can you tell us

8   how you came to know about that box's existence or

9   how you found it?

10        A.    I can start at the beginning.

11        Q.    I'd appreciate that.

12        A.    Sure, ma'am.  The time line is kind of

13   just based off of my memory.  And my best

14   recollection is that it was just starting to warm up

15   in Santa Fe, so I'm ballparking, maybe like June of

16   2017.  I was at the penitentiary of New Mexico, PNM,

17   with Task Force Officer Chris Cupit, and we were

18   made aware that there was still some SNMers that had

19   property in PNM's storage.

20        Q.    Okay.

21        A.    And so we decided while we were there,

22   that we would take a look at it to see what was

23   there.  It was kind of a nonevent, so I'm fuzzy

24   on --

25        Q.    Is that when you found Mario Rodriguez'

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   box?
 2        A.    It was actually a bag, ma'am.
 3        Q.    A bag?  Sorry.
 4        A.    But yes.
 5        Q.    And that was in June of 2015?
 6        A.    '17.
 7        Q.    '17.  Sorry.  See, I'm getting a little
 8   tired today.  Okay.
 9        A.    I'm ballparking that, ma'am.
10        Q.    Okay.  June of 2017.  Did you all go
11   through that bag at that time?
12        A.    No.  We went through some other property.
13   And that was his.
14        Q.    Do you know who -- in addition to Mario
15   Rodriguez' bag, were there other bags belonging to
16   SNM members, or boxes, or whatever you want to call
17   it?
18        A.    There was other property that we looked
19   at.  Who it belonged to, I don't recall.
20        Q.    Okay.  You don't recall.  Did you all have
21   a warrant?  What prompted you to go look for the
22   property?
23        A.    We were just made aware that it was there.
24        Q.    Who made you aware of it?
25        A.    I don't recall.  It was one of the other
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   STIU officers.
 2        Q.   So was it an STIU?  It was somebody who
 3   worked for STIU?  It wasn't another FBI agent?
 4        A.   Correct.
 5        Q.   Okay.  And so STIU made you aware that
 6   there was some property belonging to some SNM
 7   members?
 8        A.   Correct.
 9        Q.   And when you went to review that property,
10   what was your understanding of the purpose of
11   reviewing that property?
12        A.   Just to see what was there, ma'am.
13        Q.   Okay.  Why did you go?  Why did you want
14   to go look at it?  Did you receive information that
15   it might be material or relevant to the case?
16        A.   No.
17        Q.   Okay.  You were just told to go look
18   through it?
19        A.   We were just told that it was there.
20        Q.   Okay.
21        A.   And if we wanted to look through it, we
22   could.
23        Q.   And did you look through it at that time?
24        A.   We looked through some of it there.  What
25   it actually was, it was inmate property, ma'am.  It
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                       (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1   was mostly clothes, shoes, books.
 2        Q.   Okay.
 3        A.   The only thing that sticks out in my
 4   mind -- and I know you're going to ask me, and I
 5   don't remember who it belonged to -- was that was
 6   the first time I'd ever seen what was called a
 7   fishing line, and Mr. Cupit explained to me what
 8   that was.  And I had never seen that before.
 9        Q.   What did you do with the property after
10   you went to see what was there?
11        A.   Which property?
12        Q.   The property -- so I'm assuming that this
13   property was at PNM, correct?
14        A.   One more time.  I'm sorry.
15        Q.   It was at PNM?
16        A.   Correct.
17        Q.   Okay.  And when you went to view the
18   property -- and you did view the property, or at
19   least some of it?
20        A.   Yes, ma'am.
21        Q.   What did you do with it after you reviewed
22   it?
23        A.   Left it where it was.
24        Q.   And where exactly was it in PNM?
25        A.   They have a storage room, for lack of a
```



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

14

1   better word.

2       Q.   Okay.  Is it near the STIU offices?  Is it

3   associated with the STIU offices?

4       A.   No.  I believe it was in one of the

5   facilities.

6       Q.   Okay.

7       A.   I don't recall specifically.

8       Q.   At that time, did you look through the

9   property belonging to Mario Rodriguez?

10      A.   I don't recall if he had more than one

11  bag.  I would guess that he did, but I don't know.

12      Q.   Would it help you, and would it maybe

13  refresh your recollection if I showed you some of

14  the property, as to what was there and what you may

15  have reviewed?

16      A.   Are you referring to the documents?

17      Q.   Yes.

18      A.   That, I did not review that day.

19      Q.   Okay.  Were you made aware of the

20  existence of those documents that day?

21      A.   I discovered them, yes, ma'am.

22      Q.   Okay.  So you discovered those documents

23  in June of 2017?

24      A.   Correct.

25      Q.   Did you type up any kind of a report or

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    memorialize your review of that property on that

2    date?

3         A.    No, ma'am, I did not.

4         Q.    Did anyone else with you make any kind of

5    report regarding the property that you reviewed that

6    day?

7         A.    Not to my knowledge.

8         Q.    Not to your knowledge?

9         A.    No.

10        Q.    That's fine.  And did you go through the

11   documents and look at them?

12        A.    Those documents?

13        Q.    Mario Rodriguez' documents?

14        A.    Not that day, no.

15        Q.    Okay.  Did you ever go through Mario

16   Rodriguez' documents?

17        A.    I would, again, ballpark maybe two days

18   later, a couple days later.

19        Q.    Okay.  So tell me about -- so you went,

20   you looked at them, and you saw that they were

21   there.  You left, you came back, and that's when you

22   reviewed the documents.  Is that fair?

23        A.    No.

24        Q.    Okay.  When did you review the documents?

25        A.    Again, several days later.

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                       (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   Several days later.  And why did you come
 2   back to review the documents several days later?
 3        A.   I didn't come back to review them.
 4        Q.   Well, how did you review them?
 5        A.   I took them with me to the FBI office.
 6        Q.   Okay.  So several -- okay.  So when you
 7   left PNM, you took the documents with you?
 8        A.   Yes, ma'am.
 9        Q.   And they were kept at the FBI office?
10        A.   Correct.
11        Q.   And that was in June of 2017, give or
12   take?
13        A.   Approximately, yes, ma'am.
14        Q.   And once you got the documents to the FBI
15   office, what did you do with them?
16        A.   I put the bag, I'm assuming, on my desk or
17   near my desk to review at a later time.
18        Q.   Okay.  And did you review them at a later
19   time?
20        A.   I started to say, several days later Task
21   Force Officer Cupit and I flipped through them
22   quickly.
23        Q.   Okay.
24        A.   Didn't catch anything of note that we were
25   potentially interested in at the time.
```

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                    Albuquerque, NM 87102
(505) 989-4949                                                (505) 843-9494
FAX (505) 843-9492                                       FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

 1      Q.   When you say "potentially interested,"
 2 what specifically were you looking for?
 3      A.   Honestly, ma'am, we were looking for --
 4 well, at least I can't speak for Mr. Cupit, but I
 5 was just mainly flipping through to look for legal
 6 documents or discovery material.
 7      Q.   And what would you consider to be
 8 discovery material?
 9      A.   Specifically, what I was looking mainly
10 and hoping to find that day was paperwork that would
11 indicate somebody else had cooperated with law
12 enforcement.
13      Q.   Okay.  Were you looking for other
14 materials that may be relevant in your investigation
15 into the Javier Molina homicide?
16      A.   If the Javier Molina paperwork was there,
17 that would have been something that we'd be
18 interested in.
19      Q.   Okay.  And that's the only thing that you
20 were looking for?
21      A.   Or other discovery material.
22      Q.   Or other discovery material.  Were you
23 aware that there was in fact discovery material in
24 that box?
25      A.   No, ma'am.  Was there?

SANTA FE OFFICE                                                      MAIN OFFICE
119 East Marcy, Suite 110                                  201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492                                           FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1      Q.   Yes.  And maybe what I can do is show you

 2  the documents that were in there, and maybe it will

 3  refresh your memory, or maybe you'll remember

 4  reviewing them, or maybe you won't.

 5          But would it help for you to see what

 6  we're referring to?

 7      A.   Sure.

 8      Q.   Okay.

 9          MS. BHALLA:  May I approach, Your Honor?

10          THE COURT:  You may.

11          MS. BHALLA:  Your Honor, I think for

12  purposes of everybody's convenience, it might be

13  easier for everybody if we marked these as exhibits

14  just for purposes of this hearing.  Mr. Castellano

15  indicated he may want to use these, as well.  So

16  does anybody have any objection to my doing that?

17          MR. CASTELLANO:  I agree to that, Your

18  Honor.

19          THE COURT:  Well, I don't mind marking

20  them, but it will just look like we were dealing

21  with the pretrial motions.  Let's just start with

22  the Defendants' Exhibit A.

23          MS. BHALLA:  Okay.

24          THE COURT:  Does that work for you?

25          MS. BHALLA:  It makes me happy.  I don't
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   like keeping track of the other numbers.
 2             THE COURT:  All right.  So let's do this:
 3   Defendants' Exhibit A -- and this will be -- I'm
 4   going to call this, for lack of anything else, Brady
 5   hearing exhibit.
 6             MS. BHALLA:  Okay.  Thank you, Your Honor.
 7             THE COURT:  Ms. Bhalla.
 8   BY MS. BHALLA:
 9        Q.   Did that refresh your recollection at all
10   as to whether or not you recall seeing those
11   documents in Mario Rodriguez' property?
12        A.   To a degree.
13        Q.   To a degree.  Can you explain to us what
14   you mean by that?
15        A.   You know, I didn't catch which one was
16   numbered what.
17        Q.   Oh, I'm sorry.
18             MS. BHALLA:  Just for the record, Your
19   Honor, I've identified Defendants' Exhibit A and
20   Defendants' Exhibit B.  Let me take those back to
21   the witness so he can describe them.  I apologize.
22             THE COURT:  All right.
23             MR. CASTELLANO:  Your Honor, since this is
24   a hearing for the Court, I don't object to using the
25   visualizer if Ms. Bhalla wants to do that in order
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    to avoid kind of going back and forth.
 2              MS. BHALLA:  Thank you.
 3              MR. CASTELLANO:  That will give the Court
 4    a chance to look at the document, as well.
 5              THE COURT:  Okay.
 6              MS. BHALLA:  Thank you.
 7    BY MS. BHALLA:
 8         Q.   This is what's been marked, Agent, as
 9    Defendants' Exhibit A.  Can you tell us what that
10    is, please?
11         A.   That looks like notes of some sort.  I
12    don't believe that that was in Mr. Rodriguez'
13    property.  I think that somehow may have gotten
14    mixed in when I was hurriedly making copies for the
15    defense yesterday.
16         Q.   Okay.  So is it your testimony that this
17    was not in fact contained in Mario Rodriguez'
18    property?
19         A.   I don't believe it was, ma'am.
20         Q.   Okay.  And would it surprise you to know
21    that it was represented to at least the defense
22    counsel that it was in fact contained in Mr.
23    Rodriguez' property?
24         A.   Very much so.
25         Q.   Would you agree with me that this is
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    discovery related to the Javier Molina homicide, or

2    that it contains information relating to the Javier

3    Molina homicide?

4         A.   Not specifically, no, ma'am.

5         Q.   Well, or that it contains information

6    related to the RICO investigation which involves

7    three separate cases?

8         A.   I suppose in generalities, sure.

9         Q.   Well --

10        A.   It looks like shorthand notes to me,

11   ma'am.

12        Q.   Right.  And I think that those notes

13   detail -- correct me if I'm wrong -- but the number

14   of CHSs developed by the FBI within the SNM Gang;

15   correct?

16        A.   Yes.

17        Q.   Okay.  The number of undercover drug and

18   firearm buys in the investigation of this overall

19   RICO VICAR case?

20        A.   Yes.

21        Q.   The number of wiretaps in this case?  And

22   when I say "this case," I mean the overall federal

23   investigation into the SNM.

24        A.   Sure.

25        Q.   Okay.  And how many hours of recordings of

SANTA FE OFFICE                                                                MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                    Albuquerque, NM 87102
(505) 989-4949                                                                  (505) 843-9494
FAX (505) 843-9492                                                      FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1   the ELSUR device are in this case?

 2        A.   That is also on this document.

 3        Q.   Okay.  And this document goes on to list

 4   other information related to the FBI's investigation

 5   of the SNM RICO case; correct?

 6        A.   I don't disagree.

 7        Q.   Okay.  Thank you.

 8             Moving on, I'm going to show you what's

 9   been marked as Defendants' Exhibit B.  Do you

10   recognize this document?

11        A.   Vaguely.  Again, the amount of paperwork

12   in this stack was voluminous.

13        Q.   Okay.  And that's okay.  I'm not trying to

14   trick you.  Do you know or do you recall whether or

15   not you found this document in Mario Rodriguez'

16   property?

17             And if you don't recall, that's fine.

18        A.   It looks somewhat familiar, but I couldn't

19   say for sure.

20        Q.   Okay, that's fine.  Would you agree with

21   me that this document details the video surveillance

22   footage captured in the Javier Molina homicide?

23        A.   Yes, ma'am.

24        Q.   I'm going to now show you what I'm going

25   to mark as Defendants' Exhibit C, and ask you if you
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   recall seeing this document in Mr. Rodriguez'
 2   property.
 3              MS. BHALLA:  Does the Government have an
 4   objection to me just putting this up on the Elmo?
 5              MR. CASTELLANO:  I don't, Your Honor.
 6              THE COURT:  Okay.  Thank you.
 7   BY MS. BHALLA:
 8        Q.   Can you see that okay where you are?
 9        A.   Yes, ma'am.
10        Q.   Do you recall seeing this letter or like
11   the outside of the letter in Mario Rodriguez'
12   property?
13        A.   Yes, ma'am.
14        Q.   Okay.  And would you agree with me that's
15   a letter from Robin Martinez to Timothy Martinez?
16        A.   Yes.
17        Q.   And it's not addressed to Mario Rodriguez?
18        A.   Correct.
19        Q.   But it was in Mario Rodriguez' property?
20        A.   Correct.
21        Q.   Okay.  Thank you.  I'm going to take you
22   to one of the pages in this document.  Do you recall
23   reading this letter contained in Mario Rodriguez'
24   property?
25        A.   No, ma'am, I don't.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1       Q.    Okay.  Is this the first time that you've
2  read this letter?
3       A.    I haven't read it yet.
4       Q.    Okay.  If you haven't read it, that's
5  fine.  I think that's my question.  Have you read
6  this letter before?
7       A.    No, ma'am.
8       Q.    How familiar are you with the Javier
9  Molina investigation?
10      A.    Generally.
11      Q.    Okay.  I mean, did you attend a lot of the
12 debriefs?  Did you have any information about like
13 what the FBI was looking for in the investigation?
14 How involved were you with this prosecution?
15      A.    In general, a lot of specifics that have
16 come about in the last month or so I'm not involved
17 in.
18      Q.    So is it fair to say that, you know, when
19 you were reviewing this box, you may not have
20 been -- let's put it this way:  When you attended
21 your training, did you attend your training at
22 Quantico?
23      A.    Yes, ma'am.
24      Q.    Did they talk to you about what Brady
25 information is or what Giglio information is?

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                 Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 843-9492                                                 FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    Yes.
 2        Q.    And what's your understanding of what that
 3   is?
 4        A.    My understanding of Brady is, it's
 5   exculpatory evidence that would be beneficial to the
 6   defense.
 7        Q.    Okay.
 8        A.    Giglio would be impeachment material.  And
 9   correct me if I'm wrong, ma'am.
10        Q.    No, no.  I'm just trying to figure out
11   what your knowledge is.  That's it.  It's not a
12   quiz.  Don't worry.  You won't be graded.  I just
13   want to know if that's your understanding?
14        A.    Yes, ma'am.
15        Q.    Okay. and --
16              MR. JEWKES:  Your Honor, if we might have
17   the agent speak up just a little bit, please?
18              THE WITNESS:  Get a little closer.  Is
19   that better, sir?
20              MR. JEWKES:  Yes.
21   BY MS. BHALLA:
22        Q.    So just -- I don't want you to have to
23   read the whole letter.  I don't want to waste
24   everybody's time.  But can you just read the
25   highlighted portion to yourself, and I'm going to
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  ask you some questions about it.

2       A.   Okay.

3       Q.   Are you ready?

4       A.   Okay.

5       Q.   Are you aware that part of the allegations

6  or part of what happened in this case is that there

7  were several defendants charged in state court, and

8  that was Timothy Martinez, Jerry Montoya, and Jerry

9  Armenta?  Are you aware of that at all?

10      A.   Yes, ma'am.

11      Q.   And are you aware that there was some

12 communication between Jerry Armenta and Jerry

13 Montoya about one of them taking the rap for the

14 murder in the state case?

15      A.   That sounds vaguely familiar.

16      Q.   So would you agree with me that if Mario

17 Rodriguez was in possession of letters from Timothy

18 Martinez and his wife discussing the fact that their

19 versions of the stories don't match up, that that

20 would be relevant and material to the defense in

21 this case?

22      A.   Potentially, yes, ma'am.

23      Q.   Potentially.  Okay.  Thank you.  I'm going

24 to refer you to another page of this letter.  We're

25 still in Defendants' Exhibit C.  Can you take a

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   moment to just read that highlighted portion.  You
 2   don't have to read it out loud.
 3        A.   Okay.
 4        Q.   Do you know who Monster is?
 5        A.   I don't.
 6        Q.   If Monster were a code name for one of the
 7   government witnesses in this case, do you think that
 8   this might be material and relevant to the defense
 9   of this case?
10        A.   If Monster were a code name for a
11   government witness?
12        Q.   Yes.
13        A.   Potentially.  I don't know who that is,
14   ma'am.
15        Q.   Okay.  Thank you.
16        A.   So I'm clear, that letter was from Timothy
17   Martinez's wife?
18        Q.   That letter, I'll represent to you --
19   would you like to see the envelope again?
20        A.   That was all from that same --
21        Q.   Yes, it's all from the same letter.
22        A.   No, I don't need to.
23        Q.   And you would agree with me that that
24   letter was not addressed to Mario Rodriguez?
25        A.   If that was in that envelope, then, no,
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1  ma'am.
2       Q.   I'm going to show you what's been marked
3  as Defendants' Exhibit D for purposes of this
4  hearing.  Does that also appear to be a letter from
5  Robin Martinez to Timothy Martinez?
6       A.   Yes, ma'am.
7       Q.   And did you see or review this letter in
8  the property box belonging to Mario Rodriguez?
9       A.   I don't believe I had time to review the
10 letters.  But I did see several envelopes addressed
11 to Timothy Martinez.
12      Q.   And when you saw those envelopes addressed
13 to Timothy Martinez, those were not -- those letters
14 weren't meant for Mario Rodriguez?  Do you know?  I
15 mean, they weren't addressed to Mario Rodriguez,
16 were they?
17      A.   No.
18      Q.   But they were in Mario Rodriguez'
19 property?
20      A.   Correct.
21      Q.   I want to direct your attention to the
22 bottom highlighted paragraph in this letter.  And
23 you know what?  Do you mind just reading that out
24 loud where it starts "Yes"?
25      A.   At the bottom?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1       Q.   Yes.
 2       A.   "Yes, I will send this" -- I can't make
 3  that out.
 4       Q.   I think it says "deal."
 5       A.   "Yes, I will send this deal on to B.  Does
 6  he know what really happened?"
 7       Q.   And do you know who B is?
 8       A.   I don't.
 9       Q.   If he were -- if B is referring to Mario
10  Rodriguez, do you think that this would be
11  beneficial and material for the defense to have
12  before the trial of this case?
13       A.   If that's who they're referring to,
14  potentially, yes, ma'am.  I don't know the context
15  of that letter.
16       Q.   Okay.  And would you agree with me that
17  it's difficult for us to try to ascertain the
18  context of this letter now, before trial in this
19  case?
20       A.   I can't speak for you, ma'am.
21       Q.   It's difficult for you to glean the
22  context of it, seeing it right now, isn't it?
23       A.   Yes, ma'am.
24       Q.   Okay.  Thank you.  I'm going to show you
25  one more letter that's been marked as Defendants'
```



SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                        201 Third NW, Suite 1630
Santa Fe, NM 87501                               Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                   FAX (505) 843-9492
                                                              1-800-669-9492
BEAN & ASSOCIATES, Inc.               e-mail: info@litsupport.com
PROFESSIONAL COURT
REPORTING SERVICE

1    Exhibit E.  Is that another letter from Robin

2    Martinez to Timothy Martinez?

3         A.   It appears that way.

4         Q.   Okay.  And was this another one of the

5    letters that you saw in the box or -- I'm sorry, I

6    keep calling it a box -- in the bag of Mario

7    Rodriguez' property?

8         A.   I saw several, two or three.

9         Q.   Two or three?

10        A.   I believe so.

11        Q.   Okay.  I'm just going to ask you a couple

12   of questions about this letter.

13             MS. BHALLA:  Your Honor, what I think I'll

14   do, this has already been marked as an exhibit.  I

15   think we've gone over some of the materials in the

16   others.  I think that's sufficient.  I'll move on to

17   the next one, Your Honor.

18        Q.   I'm going to show you what's been marked

19   as Defendants' Exhibit F.  Okay, here we go.  Can

20   you read that okay?

21        A.   On the monitor, ma'am?

22        Q.   Are you ready?

23        A.   Yes.

24        Q.   Sorry.  Would you agree with me that

25   that's a letter from Mario Rodriguez to the county

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                Albuquerque, NM 87102
(505) 989-4949                                            (505) 843-9494
FAX (505) 843-9492                                   FAX (505) 843-9492

                                                      1-800-669-9492
PROFESSIONAL COURT                    e-mail: info@litsupport.com
REPORTING SERVICE

```
 1  clerk?

 2      A.   Yes, ma'am, it appears that way.

 3      Q.   And it's dated November 19th of 2014?

 4      A.   Correct.

 5      Q.   And this is a letter that was written

 6  after the Javier Molina homicide?

 7      A.   Yes.

 8      Q.   Are you aware that the allegation in this

 9  case is that Mario Rodriguez had paperwork passed to

10  him and that's part of why the Javier Molina murder

11  happened, at least according to the Government?

12      A.   Yes, I'm familiar with that.

13      Q.   And if in fact Mario Rodriguez was

14  requesting case materials on other murders, or case

15  materials on other cases, right, so he's -- would

16  you agree with me that he's writing to the clerk,

17  asking for information contained in the Court file?

18      A.   Yes.  It appears, yes.

19      Q.   Okay.  And you don't know, do you, what

20  the case he's requesting is about?

21      A.   I don't.

22      Q.   But that might be something we would want

23  to know, right?

24      A.   Potentially, yes.

25      Q.   Yeah.  And that might be material and
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   relevant to the defense of this case if Mario
 2   Rodriguez was requesting information on -- let's
 3   just call this another homicide case?
 4        A.   If that's what it is.  I don't know what
 5   it is, ma'am.  But I'll agree with you.
 6        Q.   Okay.  And would it be even more important
 7   if Mario Rodriguez was never a suspect or never
 8   implicated in that murder, and he was trying to get
 9   paperwork or case materials on someone other than
10   himself?
11        A.   Say that one more time.
12        Q.   If he were trying to get information about
13   a case that had nothing do with him, and it was
14   about somebody else or somebody else's case,
15   wouldn't that be even more important in the context
16   of the Javier Molina homicide?
17        A.   Potentially, yes.
18        Q.   Potentially.  Let's look at the next one,
19   Defendants' Exhibit G.  Can you just take a moment
20   the read that, please.
21        A.   Okay.
22        Q.   Would you agree with me that's another
23   letter from Mario Rodriguez to the county clerk?
24        A.   Yes.
25        Q.   And would you agree with me that it's
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                 Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 843-9492                                                 FAX (505) 843-9492
                                                                   1-800-669-9492
                                                                   e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1 referencing the same case number as the previous
2 letter?
3        A.   I would have to look at them next to each
4 other, but if you say --
5        Q.   That's probably better for the record
6 anyway.  Let's do that.  Can you tell us when you
7 find the case number.  I can help you look.
8        A.   905-CR-2007-724.
9        Q.   And is that the same case number in
10 Defendants' Exhibit G?
11        A.   905-CR-2007-724.  Yes, ma'am.
12        Q.   And would you agree with me that this
13 letter to the clerk is dated December 20th of 2014?
14        A.   Yes.
15        Q.   And would you agree with me that this
16 letter occurred after the Javier Molina homicide?
17        A.   Yes.
18        Q.   And would you agree with me that in this
19 letter, Mario Rodriguez represents, at least to the
20 clerk, that the case materials in the discovery or
21 the case file in this particular CR number is
22 related to an appeal that is material or has
23 something to do with him?
24        A.   I'll just read the sentence that you're
25 referring to.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

34

```
 1        Q.   Sure.
 2        A.   It says, "I need these records for legal
 3   reasons regarding a legal defense for a appeals
 4   process."
 5        Q.   Okay.  Now, if in fact this letter did not
 6   have anything to do with an appeal for Mario
 7   Rodriguez, would that be important to your
 8   investigation?
 9        A.   Yes.
10        Q.   And it's something you would want to know
11   more about?
12        A.   Potentially.
13        Q.   Don't you want to know pretty much
14   everything there is to know when you're
15   investigating a homicide?
16        A.   Yes.
17        Q.   So would you agree with me if Mario
18   Rodriguez were representing, at least to the Court,
19   that he was interested in paperwork that didn't have
20   anything to do with him, that that would be
21   something you guys would be interested in as FBI
22   agents?
23        A.   If.  Yes, ma'am.
24        Q.   Yes.  Okay.  Thank you.  I'm going to show
25   you what's been marked next as Defendants' Exhibit
```

SANTA FE OFFICE                                           MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                             (505) 843-9494
FAX (505) 843-9492                                    FAX (505) 843-9492
                                                         1-800-669-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

e-mail: info@litsupport.com

1    H, and given that this is a lengthy document I may

2    approach just to go over this with you, if that's

3    all right.

4              Would you agree with me that this

5    Defendants' Exhibit H contains addresses and

6    identifying information for various lawyers and at

7    least one judge?

8         A.   Yes, ma'am.  This looks like the address

9    book that was in Mr. Rodriguez' property.

10        Q.   So you were aware then that Mario

11   Rodriguez' property contained an address book with

12   people's personal information in it or personal

13   addresses?

14        A.   Are you referring to this page

15   specifically, or in general?

16        Q.   In general.  But we can refer to this page

17   specifically, if that's easier.

18        A.   I don't know if there is any home

19   addresses.  Those look more like P.O. boxes and

20   mailing addresses.  They look more like P.O. boxes,

21   mailing addresses, office addresses.  I don't think

22   anything on there is a home address.  But correct me

23   if I'm wrong.  I believe that's the courthouse,

24   ma'am.

25        Q.   Okay.  And if we look through this to the

SANTA FE OFFICE                                                                    MAIN OFFICE
119 East Marcy, Suite 110                                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                                            Albuquerque, NM 87102
(505) 989-4949                                                                          (505) 843-9494
FAX (505) 843-9492                                                               FAX (505) 843-9492
                                                                                     1-800-669-9492
                                                                            e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1   next page, would you agree with me that Jerry
 2   Montoya and Jerry Armenta are listed in that address
 3   book?
 4        A.   Their names are there, yes.
 5        Q.   Would you agree with me that it appears
 6   that their date of the birth and their Social
 7   Security numbers are listed on this address book?
 8        A.   I see Jerry Montoya's Social Security
 9   number.  Is Armenta's -- I can't make that out.
10        Q.   Okay.  Let's take it question by question.
11   Do you see Jerry Montoya's Social Security number on
12   this document?
13        A.   I don't know that that's his, but there is
14   a Social Security number listed next to his name.
15        Q.   And next to Jerry Armenta's name there is
16   a long number with several digits that could -- or
17   could it be a Social Security number?
18        A.   Possibly.
19        Q.   In this address book, it appears that
20   there is a legend that details four directions, four
21   seasons, four parts of the day, and four divisions
22   of life.  Would you agree with me that that is
23   contained in this document?
24        A.   Yes, ma'am.
25        Q.   Are you aware that Mario Rodriguez
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  previously testified that he was given some sort of

2  map or plan from one of the defendants in this case

3  detailing divisions similar to the divisions

4  contained in this address book?

5       A.   No, ma'am.  I don't know what Mr.

6  Rodriguez testified to.

7       Q.   Okay.  If Mr. Rodriguez provided that

8  testimony, do you think that this information would

9  be something that the defendants would have used in

10  assessing his testimony?

11      A.   I could agree with that -- could you

12  repeat the question.  I'm sorry.

13      Q.   Yes.  I may have to get it read back to

14  me.  Would you agree with me that if Mr. Rodriguez

15  testified about some sort of similar division of the

16  SNM, or division of responsibilities, as is

17  contained in this address book, that it would have

18  been relevant or material to the defendants' ability

19  to assess that testimony or to cross-examine him on

20  those statements?

21      A.   Again, I don't know what Mr. Rodriguez

22  testified to.  But potentially.

23      Q.   Okay.  I'm going to show you another page

24  in this address book, and it lists J. Ray Armenta.

25  Do you know who that is?

SANTA FE OFFICE                                                              MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                  Albuquerque, NM 87102
(505) 989-4949                                                              (505) 843-9494
FAX (505) 843-9492                                                  FAX (505) 843-9492



PROFESSIONAL COURT
REPORTING SERVICE                              1-800-669-9492
                                               e-mail: info@litsupport.com

1        A.    I don't.

2        Q.    Okay.  It also lists Montoya.  Is that

3   correct?

4        A.    The name "Montoya" is written there.

5        Q.    And does it appear to have FBI numbers or

6   case numbers or some sort of other identifying

7   information in that address book?

8        A.    They don't look like FBI numbers.  Oh,

9   there is -- "FBI" is written there.  I would agree

10  with you that they're some sort of identifying

11  numbers.  I don't know what they are.

12       Q.    I'm going to show you the next page.  It

13  appears that Timothy Martinez's name is written

14  down.  Does it contain what appears to be his Social

15  Security number?

16       A.    There is a number next to it that looks

17  like a Social Security number, as well as a date of

18  birth.  I don't know if that's his or not.

19       Q.    Okay.  I'm going to move on to Defendants'

20  Exhibit I.  Are you aware whether or not Mr.

21  Rodriguez made threats to any of the other

22  government witnesses in this case when he was

23  attempting to get them to participate in the Javier

24  Molina murder?

25       A.    I don't know.

SANTA FE OFFICE                                                              MAIN OFFICE
119 East Marcy, Suite 110                                            201 Third NW, Suite 1630
Santa Fe, NM 87501                                                    Albuquerque, NM 87102
(505) 989-4949                                                                (505) 843-9494
FAX (505) 843-9492                                                      FAX (505) 843-9492
                                                                          1-800-669-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

e-mail: info@litsupport.com

```
1        Q.   Okay.  And you're going to have to follow
2   me a little bit on this.  I know that you don't know
3   the answer, but I want to pose to you a
4   hypothetical.
5             If that testimony came out, that Mario
6   Rodriguez had frightened other people into
7   cooperating in the murder of Javier Molina, do you
8   think that his admission to making other threats or
9   to intimidating other inmates on previous occasions
10  would be relevant and material as part of the
11  investigation in this case?
12       A.   Hypothetically, I suppose so.
13       Q.   Okay.  So I'm going to direct your
14  attention, then, to Defendants' Exhibit I.  Does
15  this look like some of the pages and pages and pages
16  of materials that were found in Mario Rodriguez'
17  property bag?
18       A.   It looks like it, yes.
19       Q.   So that looks like some of the writing
20  that you reviewed?
21       A.   Yeah.
22       Q.   I'm not going to hold it against you if
23  you didn't read all of it.  It was painful.  But
24  does it at least look like some of it that you read?
25       A.   It appears to be, ma'am.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   Can you please read the highlighted
 2   sections?
 3        A.   Can you slide it up?
 4        Q.   Yes.  Sorry.
 5        A.   Thank you.  Would you like me to read it
 6   out loud?
 7        Q.   Yes, please.
 8        A.   What's highlighted is, "Plus he was scared
 9   of me.  Even when I was asleep he was scared.  One
10   day" --
11        Q.   Oh, I skipped -- can you read the whole
12   thing?  I'm sorry.
13        A.   Where would you like me to start?
14        Q.   Just keep going down.
15        A.   "One day during count he told me he
16   couldn't sleep.  Why is that?  He told me it was
17   because of me.  He went on to explain that I" --
18        Q.   Okay.  I think that's good enough for that
19   page.  I'm going to go on to the next page and ask
20   you to read the bottom highlighted paragraph.  Can
21   you see it okay?
22        A.   Yes, ma'am.  "I was written up for assault
23   and threats.  I threatened to smash him first chance
24   I got.  I fought as much as I could down the tier
25   steps and out the pod.  I heard a homie yell out for
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    them to leave me alone."

2         Q.   So do you think that the fact that Mario

3    Rodriguez admitted to framing another inmate and

4    that another inmate was afraid of him and that he

5    was written up for threats and assaults would be

6    relevant and material, given the hypothetical that I

7    posed to you in this case?

8         A.   I don't know the context of those

9    writings, ma'am.  When I was thumbing through them,

10   it looked like a lot of them were for a creative

11   writing class that he was taking.  But I'll agree

12   with you that, yes.

13        Q.   Okay.  Did you happen to see letters

14   written from Gerald Archuleta to Mario Rodriguez

15   contained in Mario Rodriguez' property?

16        A.   I didn't catch that.

17        Q.   So you didn't review those letters?

18        A.   No.

19        Q.   If I represented to you that Gerald

20   Archuleta testified that he didn't -- he wasn't part

21   of the SNM -- let me ask you this way:  Are you

22   aware that when he was released from custody, Gerald

23   Archuleta was relocated to Tennessee?

24        A.   Yes.

25        Q.   And were you aware that he denied having

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    any contact with SNM members when he was in

2    Tennessee?

3          A.    I can't say to that.  I'm not sure.

4          Q.    And that's okay.  I'll ask it to you this

5    way:  If he testified that he had limited or that,

6    you know, he didn't really have contact with many

7    SNM members when he was in Tennessee, and he wrote

8    letters while he was in Tennessee to SNM members,

9    don't you think that that would tend to show that he

10   wasn't telling the truth about that?

11         A.    Again, I don't know what his testimony

12   was, but I agree with your hypothetical.

13         Q.    Okay.  So if that was his testimony, it

14   would have been important for us to see the letters

15   proving that what he testified to wasn't true?

16         A.    Yes.

17         Q.    Okay.  And I'm going to go ahead and mark

18   that letter as Defendants' Exhibit J, and I'll show

19   that to you, to the agent.  Did you get a chance to

20   take a look at that letter?

21         A.    Yes.

22         Q.    You'd agree with me that it doesn't have

23   Gerald Archuleta's name on it, correct?

24         A.    Correct.

25         Q.    Okay.

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                 Albuquerque, NM 87102
(505) 989-4949                                          (505) 843-9494
FAX (505) 843-9492                                 FAX (505) 843-9492
                                                   1-800-669-9492
                                              e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

```
 1        A.    And you did point to a 913 or 931?

 2        Q.    Yeah.

 3        A.    Okay.

 4        Q.    And, you know, I'll represent to you that

 5   that's a Tennessee area code.

 6        A.    I'll take your word for it.

 7        Q.    You may not have known that, but knowing

 8   that there is a phone number directed to an SNM

 9   member that contains a Tennessee area code, do you

10   think it's logical, or at least practical, to assume

11   that there's a high probability that this letter

12   could have come from Gerald Archuleta?

13        A.    Potentially, yes.

14        Q.    Okay.  Thank you.  Did you get a chance --

15   did you notice that there were other inmates'

16   property contained in Mario Rodriguez' property?

17        A.    Other than those three letters to Timothy

18   Martinez, no.

19        Q.    And the letter from -- the letter from

20   somebody else that I just showed you, Defendants'

21   Exhibit J?

22        A.    Oh, I'm sorry.  Are you considering

23   letters not written by Mr. Rodriguez to not be his

24   property?

25        Q.    No, not necessarily.  I'm just asking
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                               201 Third NW, Suite 1630
Santa Fe, NM 87501                                       Albuquerque, NM 87102
(505) 989-4949                                                    (505) 843-9494
FAX (505) 843-9492                                          FAX (505) 843-9492
                                                                 1-800-669-9492
                                                        e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
1   if -- that's a good point.  You're right about that.
2   Did you get a chance to -- or did you ever notice
3   that there were commissary order forms from Mauricio
4   Varela in his property?
5        A.   I don't believe I saw that.
6        Q.   Okay.  Would it refresh your recollection
7   if I showed that one to you?
8        A.   Probably not.
9        Q.   That's okay.  I'm going to show you
10  anyway, just in case, and if it doesn't refresh your
11  recollection, that's fine.  I'm going to show you
12  what's been marked as Defendants' Exhibit K.  Do you
13  recall seeing Mauricio Varela's commissary form in
14  Mario Rodriguez' property?
15       A.   Prior to you just showing it to me, no,
16  ma'am.
17       Q.   Okay.  Now that you've seen it, do you
18  recall seeing it at the time that you went through
19  Mario Rodriguez' property?
20       A.   No, ma'am.
21       Q.   Okay.  That's fine.
22            MS. BHALLA:  May I have a moment, Your
23  Honor?
24            THE COURT:  You may.
25       Q.   I just have a couple of follow-up
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1   questions, but I think we're done with the exhibits.

2   I'll leave them up here.  Agent Sainato, after you

3   reviewed the documents, did you do anything with

4   them after that?

5        A.   Are you talking about when I initially had

6   them in summer of '17?

7        Q.   Yeah, I -- and let me just do this:  Let

8   me make sure I understand your testimony.  So in the

9   summer of 2017, after you found the documents at PNM

10  or after you were alerted to their existence -- you

11  don't remember who alerted you to their existence?

12       A.   I don't.

13       Q.   Okay, that's fine.  But in any event, it

14  caused you to go to PNM to take a look at the

15  documents or to see what was there?

16       A.   I believe we were already at PNM, if I

17  remember correctly.  And while we were there on an

18  non-related matter, we just went down to that room

19  to see what was there.

20       Q.   Okay.  But you went down to that room to

21  see what was there because someone alerted you to

22  the fact that there was property there?

23       A.   That is what I remember.

24       Q.   Okay.  And after -- at some point you went

25  back and picked it up and took it to your office; is

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1   that fair to say?

 2       A.   No, ma'am.  We went through what was -- we

 3   went through some of it there the day of.

 4       Q.   Okay.

 5       A.   The reason that I took this bag is because

 6   it was the only thing that could potentially warrant

 7   some more --

 8       Q.   Investigation?

 9       A.   I don't want say investigation, just a

10   closer look.

11       Q.   Okay.  So at least in June of 2017, when

12   you saw the documents, you thought:  Okay, maybe

13   this is something we should look at?

14       A.   I wanted to -- again, like I said before,

15   I wanted to just flip through to see if there was

16   any legal documents or discovery material.

17       Q.   And that prompted you to take those

18   documents to your office?

19       A.   So that I didn't have to stand in the

20   prison and do it, yes, ma'am.

21       Q.   I totally get that.  But you took them to

22   your office, is my question?

23       A.   Yes.

24       Q.   And when you were at your office, you at

25   least flipped through them to see if there was

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                           Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492
                                                                   1-800-669-9492
                                                       e-mail: info@litsupport.com



 1   anything relevant to the case?

 2       A.   Quickly, but yes, ma'am.

 3       Q.   Okay.  And after you flipped through it

 4   quickly, what did you do?

 5       A.   I went through it with Task Force Officer

 6   Cupit, and we kind of didn't see anything offhand

 7   that looked like discovery material or anything, so

 8   I placed them in a box that I had at my desk to

 9   return to PNM at some point.

10       Q.   And did you ever return this to PNM?

11       A.   No, ma'am.  It got mixed in with another

12   box under my desk, and I subsequently forgot that it

13   was there.

14       Q.   How did you discover the box after that,

15   and when did you discover the box after this?

16       A.   Let's see.  So I went to a three-week SWAT

17   training, for three weeks of February, and I got

18   back last week.  And the box that -- this box in

19   question was inside of contained accessories and

20   parts to my ballistic vest.

21       Q.   Okay.

22       A.   And because I had the SWAT stuff recently

23   on my mind, I went through that box to see what I

24   had and if I needed anything, or just to kind of

25   gear check, gear maintenance inspection.  That's

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   when I discovered that box containing the property
 2   was still there.
 3       Q.   And I think you said that was last week?
 4       A.   That was on Friday of last week, so the --
 5   I'd have to look at a calendar.
 6       Q.   Just this past Friday?
 7       A.   Yes, ma'am.
 8       Q.   And once you saw the box, did you go
 9   through it again?
10       A.   No, ma'am.  I was going off memory.  I
11   recalled it just being letters to friends and
12   family, and I want say creative writings from -- or
13   like class writings, essays.
14       Q.   Okay.
15       A.   And I didn't think that it would be
16   important or relevant.  So I gave it to Officer
17   Cupit to take back.
18       Q.   To PNM?
19       A.   Correct.
20       Q.   And then do you know what Officer Cupit
21   did with the box?
22       A.   I was alerted on Sunday that he'd given it
23   to Agent Stemo to bring down to Las Cruces.
24       Q.   And that's the last that you know of the
25   box or the bag?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1     A.    No.   When they alerted me on Sunday

2  evening, the 25th maybe -- I'm guessing on the

3  date -- I received a call Sunday evening from Agent

4  Stemo and Mr. Cupit with regards to that property.

5  And Agent Stemo informed me that she'd found a

6  document in there as she was going through it just

7  to make sure there was no contraband in it before

8  she gave it back.   She alerted me that there was a

9  document with statements about the Molina homicide.

10          When I was alerted to that, I immediately

11  called the case agent, Mr. Acee, or Special Agent

12  Acee, and informed him what we had discovered.   And

13  then I drove to the office and called AUSA Armijo to

14  alert her as to what we'd found, as well.   I then

15  read -- or I had read the document that Agent Stemo

16  had found, and immediately wrote a report which I --

17  there was nobody there to approve on Sunday evening,

18  so I wrote it in an e-mail and sent it, along with a

19  scanned copy of that document, to Ms. Armijo, Mr.

20  Castellano, and Mr. Beck.

21          MS. BHALLA:   Okay.   I think that's all I

22  have right now, Your Honor.   But I think a couple of

23  other people may have questions for the agent, if I

24  may pass the witness.

25          THE COURT:   All right.   Thank you, Ms.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   Bhalla.

 2          MS. BHALLA:  Thank you, Your Honor.

 3          THE COURT:  Anyone else have direct

 4   examination of Mr. Sainato.

 5          Mr. Villa.

 6   BY MR. VILLA:

 7      Q.  Good afternoon, Agent Sainato.

 8      A.  Good afternoon.

 9      Q.  So when you received the documents at PNM

10   and took them to your office, I guess for

11   convenience sake to review them there, did you

12   prepare a 302 for that?

13      A.  No, sir.  I was waiting to see if I found

14   anything relevant before preparing a report.

15      Q.  And when did you prepare a report

16   concerning the relevance of those documents?

17      A.  Are you referring to the report I wrote on

18   Sunday?

19      Q.  You tell me.  I don't know when you wrote

20   your report.  Did you write a report before Sunday?

21      A.  No, sir.

22      Q.  So you received the documents in the

23   summer from PNM, right?

24      A.  Right.

25      Q.  Took them to your office?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492





PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1     A.    Right.

 2     Q.    Conducted a review?

 3     A.    If we can call it that.  I flipped through

 4  it.

 5     Q.    Flipped through them.  And at the time,

 6  Mario Rodriguez had not entered into an agreement to

 7  cooperate with the Government yet, had he?

 8     A.    Correct.  He was not cooperating.

 9     Q.    So potentially there was evidence in this

10  stack of documents that could be used against him.

11  You didn't know, did you?

12     A.    No, sir.

13     Q.    So, I mean, there might have been some

14  documents in there that potentially inculpate Mr.

15  Rodriguez in the two cases in which he was charged

16  by the federal government, right?

17     A.    Correct.

18     Q.    But you only flipped through them?

19     A.    Correct.

20     Q.    And you only wrote a report about the

21  contents of those documents on Sunday?

22     A.    Correct.

23     Q.    And didn't write any other reports

24  concerning the acquisition of this property?

25     A.    Correct.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.    Now, you testified, I think, at one point
 2   when Ms. Bhalla was showing you some documents, that
 3   some of the letters Mr. Rodriguez wrote, you didn't
 4   have time to review those?
 5        A.    That's correct.
 6        Q.    Did you ask another agent the review them?
 7        A.    At one point, when we had it here in the
 8   last couple of days, Agent Stemo went through some
 9   of it with me.
10        Q.    That was the only time you asked?
11        A.    Yes.
12        Q.    Did you inform anybody other than -- well,
13   let's back up.  We know Officer Cupit knew, because
14   he helped you look at some of the documents in June,
15   right?
16        A.    Correct.
17        Q.    Who else knew you had them at that time?
18        A.    I don't believe anybody.  I'm not sure.
19        Q.    When was the next time you informed
20   anybody that you had those documents?
21        A.    I suppose Sunday, the 25th.
22        Q.    But the documents remained under your desk
23   until this past weekend?
24        A.    Yes, sir.
25        Q.    From the time you took them?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        A.    Yes.

 2        Q.    That's your desk in the Albuquerque

 3   office?

 4        A.    Yes, sir.

 5        Q.    Is that the desk that you work at pretty

 6   much on a regular basis?

 7        A.    Yes, sir.

 8        Q.    And you've been working on the SNM

 9   investigation for how long?

10        A.    Approximately two-and-a-half years.  Two

11   years, two-and-a-half years.

12        Q.    You knew in June, when you got Mr.

13   Rodriguez' property, that he was charged in two

14   separate indictments; correct?

15        A.    Yes, sir.

16        Q.    And did you have any long vacation time

17   between June and this past weekend, that you weren't

18   at your desk?

19        A.    No, sir.

20        Q.    So you're pretty much at your desk every

21   day that you were there working in Albuquerque?

22        A.    Yes, sir.

23        Q.    You don't have any other desks, do you?

24        A.    No, I don't.

25        Q.    Was there anything obstructing your view
```

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                            201 Third NW, Suite 1630
Santa Fe, NM 87501                                    Albuquerque, NM 87102
(505) 989-4949                                                 (505) 843-9494
FAX (505) 843-9492                                      FAX (505) 843-9492
                                                              1-800-669-9492
                                              e-mail: info@litsupport.com



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1  of this bag of material that was under your desk

2  that -- you know, you put your mountain bike under

3  there, or something, and you couldn't see it?

4       A.   I believe I said earlier that it was in

5  another box that had that gear and other stuff in

6  it; had rifle bags, backpacks, just general SWAT

7  gear under there, as well.  So it's not like it was

8  just sitting on my desk and I looked at it every

9  day.  So it was kind of in a corner, and I'd

10  forgotten about it.

11       Q.   It was on top of your desk or under your

12  desk?

13       A.   Under.

14       Q.   How big is your desk?

15       A.   I don't know.  It's an L-shaped desk,

16  regular cubicle sized.

17       Q.   Not like a giant desk or oversized or

18  anything like that?

19       A.   I see what you're getting at.  No, sir,

20  it's not.

21       Q.   Does the desk have sides so that you can't

22  see under it unless you're sitting behind it?

23       A.   No, sir.

24       Q.   So if you're standing at the side of the

25  desk, you can see under it?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1       A.   Yes, sir.
 2       Q.   And if you're standing at the other side
 3  of the desk, can you see under it?
 4       A.   We're splitting hairs.  You can see under
 5  it from most of the points of view in my cubicle,
 6  yes.
 7       Q.   So is it like -- is it a 360 view?  Can
 8  you walk around the desk?
 9       A.   No.  It's a cubicle.
10       Q.   It's a cubicle.
11       A.   Yes.
12       Q.   So how many sides are there?  Three sides?
13       A.   Yes.
14       Q.   Can you see under all three sides?
15       A.   No.  I have filing cabinets kind of on the
16  end caps.
17       Q.   I assume you were made aware that Mario
18  Rodriguez cooperated with the Government October 24,
19  2017?
20       A.   I don't know the exact date, but that
21  sounds accurate.
22       Q.   Did you become aware of his cooperation
23  the day that he cooperated?
24       A.   I'm not sure.
25       Q.   How did you learn about his cooperation?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

56

```
 1        A.    Through the other agents.  I don't
 2   remember specifically, but I was made aware of his
 3   cooperation.
 4        Q.    Were you present for any of his debriefs
 5   or interviews?
 6        A.    No, sir.
 7        Q.    When the 302s and other material from the
 8   debriefs and interviews came out, did you read them?
 9        A.    No, I did not.
10        Q.    Now, you mentioned, referring to Mr.
11   Rodriguez' writings, that they appeared to be
12   creative writings?
13        A.    That was my recollection.
14              MR. VILLA:  Your Honor, could I approach
15   and show him a couple of documents and ask if he's
16   seen them?
17              THE COURT:  You may.
18        Q.    The first document has a Bates number on
19   it, does it not?
20        A.    It does.
21        Q.    And it's U.S. v. DeLeon et al., 52007
22   through 52022?
23        A.    That is what you're showing me.
24        Q.    And I'll let you look at it.  Just for
25   reference, it's a document entitled, "The writings
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1    of Mario Rodriguez"?

 2         A.   It is titled that.

 3         Q.   Can you take a look at that and let me

 4    know if you've ever seen that before?

 5         A.   This doesn't look familiar at all, sir.

 6    Most of what was in there was handwritten, and this

 7    is typed.

 8         Q.   I'm not telling you that it did or didn't

 9    come from that box.  I'm just asking if you've ever

10    seen it before?

11         A.   No, I have not seen this at all.

12         Q.   Were you aware of Mario Rodriguez'

13    writings, outside of the letters we've been talking

14    about today?

15         A.   No, sir.

16         Q.   I'll show you the second one.  This is

17    Bates Numbers 51999 through 52002, right?

18         A.   Correct.

19         Q.   And it's entitled, "An essay by Mario

20    Rodriguez, Inmate Level 6"?

21         A.   It is.

22         Q.   I'll let you look at that, if you'd like.

23    Agent Sainato, have you ever seen that document

24    before?

25         A.   No, sir.



SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                  201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 843-9492                                             FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   And you would agree with me that Level 6,
 2   you're aware through your investigation, is at PNM?
 3        A.   Correct.
 4        Q.   And that's where you went to obtain the
 5   documents that you obtained from Mario Rodriguez?
 6        A.   That is where I got them, yes.
 7        Q.   And I'll represent to you that the two
 8   documents I just showed up were produced by the
 9   Government February 5th, 2018, about a week into
10   this trial.  Are you aware that these documents were
11   being produced?
12        A.   No, sir.
13        Q.   And it's your testimony that the two
14   documents I just showed you were not in the
15   documents that were contained in this bag that sat
16   on your desk?
17        A.   I don't believe they were.  I don't know.
18        Q.   You're not sure because you're not 100%
19   familiar with the 800, 900 pages that were in there,
20   correct?
21        A.   That's correct.
22        Q.   Let me show you one more.
23             MR. VILLA:  May I approach, Your Honor?
24             THE COURT:  You may.
25        Q.   Well, I'll mark this, sir, as a
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1   Defendants' Exhibit, but this looks like one of the
 2   writings of Mario Rodriguez that you looked through?
 3        A.   It looks like it, yes, sir.
 4        Q.   Then I've highlighted here a statement
 5   that says, "I just laughed at him.  His cowardice
 6   amused me back then.  I thrived off being feared.  I
 7   enjoyed it.  Even if he was a middle-aged sissy, all
 8   that mattered was he feared me."
 9             Did I read that right?
10        A.   Yes, sir.
11        Q.   Getting back to Ms. Bhalla's questioning
12   of you about the allegations in this case, it's your
13   testimony that you weren't aware that Mario
14   Rodriguez made a statement to Nancy Stemo that when
15   he took Mr. Perez' piece from Mr. Perez' walker to
16   make the shanks to kill Javier Molina that Mr. Perez
17   appeared scared and in fear?
18        A.   Again, I don't know what Mr. Rodriguez
19   testified to.
20        Q.   Well, I wasn't asking you about his
21   testimony.  I'm asking you about the statement he
22   made to Nancy Stemo October 24, 2017.
23        A.   I didn't read that report, sir.
24        Q.   Did Nancy Stemo talk to you about the
25   report?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      A.    I don't recall.

2      Q.    Agent Acee?

3      A.    I don't recall that either.

4      Q.    But you do know that they talked to you

5  about the fact that they had cooperated and

6  debriefed with the federal government?

7      A.    Yes, I knew he was cooperating.

8      Q.    Okay.

9           MR. VILLA:  And, Your Honor, actually the

10  document I showed Agent Sainato, I won't mark and

11  admit.  But I would like to mark as next Defendants'

12  Exhibit L and ask that it be admitted.  I'll show it

13  to Mr. Castellano.

14           Your Honor, Mr. Castellano informs me that

15  he does not object.

16           THE COURT:  Anyone else have any

17  objection?  Not seeing or hearing any, Defendants'

18  Exhibit L will be admitted.

19           MR. VILLA:  I'll show Ms. Duncan.  I don't

20  think there is any objection, Your Honor.

21           THE COURT:  Not hearing any objection,

22  Defendants' Hearing Exhibit L will be admitted into

23  evidence.

24           (Defendants' Exhibit L admitted into

25  evidence.)



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2abd2e5597af3008

```
 1           MR. CASTELLANO:  May I have a moment, Your
 2   Honor?  There's some email addresses and things of
 3   that nature.  I'd just ask that it be redacted.  It
 4   doesn't have to be today, but before it becomes part
 5   of the record, I would just seek redaction of those
 6   materials.
 7           THE COURT:  Is that all right with you,
 8   Mr. Villa?
 9           MR. VILLA:  Your Honor, there's no
10   objection.  This is an email that was prepared
11   purportedly by Agent Sainato, to Ms. Armijo, Mr.
12   Castellano, and Mr. Beck, describing the situation
13   with the box, and it's a forwarded to -- or an email
14   sent to Ms. Fox-Young, via a forward, as well as a
15   lot of others.  So there are a lot of emails on
16   there that we can have redacted before it's provided
17   to the Court to be admitted, if that's okay.
18           THE COURT:  Okay.  That's fine.
19           MR. VILLA:  And may I approach one more
20   time?
21           THE COURT:  You may.
22   BY MR. VILLA:
23       Q.  Agent Sainato, I'm showing you Defendants'
24   Exhibit L.  It's been admitted.  Take a look at that
25   on the second page.  Is that an email that you wrote
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   to all three United States Attorneys?
 2        A.   Yes, ma'am -- or sir.  Sorry.
 3        Q.   And you wrote it on February 25, 2018?
 4        A.   Correct.
 5        Q.   And this concerns what you've been
 6   testifying about with the box?
 7        A.   Correct.
 8        Q.   The last thing I want to show you, since
 9   I'm up here, you talked with Ms. Bhalla about some
10   of the information Mr. Rodriguez had, including
11   other people's personal information, right?
12        A.   We spoke about that, yes.
13        Q.   Okay.  So I'm showing you a page from this
14   box, I guess, or the bag.  Does this appear to have
15   Mr. Perez' name, Social Security number, date of
16   birth, some other number, and home address?
17        A.   Again, I don't know Mr. Perez' identifiers
18   or address offhand.  But I agree with you that that
19   appears to be that way.
20        Q.   It looks like a Social Security number?
21        A.   Correct.
22        Q.   It looks like a date of birth?
23        A.   Yes.
24        Q.   And it looks like a home address in
25   Carlsbad?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        A.   It's an address, yes, sir.

 2             MR. CASTELLANO:  Your Honor, before we

 3   proceed, my understanding from Ms. Fox-Young is that

 4   that document was also filed as Docket 1844.  I

 5   would just seek either sealing of that document or

 6   redactions to that document, as well.

 7             THE COURT:  How do you want to proceed?

 8   Do you want to do it as redactions or seal it?

 9             MR. VILLA:  Sealing seems like the easiest

10   way to do it.

11             THE COURT:  All right.

12             MR. VILLA:  Just the exhibit.

13             THE COURT:  Without any objections,

14   Document 1844 will be sealed.

15             MS. FOX-YOUNG:  Your Honor, perhaps just

16   1844-1, the exhibit to Document 1844.

17             THE COURT:  What do you want, Mr.

18   Castellano?  Do you want the whole thing sealed, or

19   just Document 1?

20             MR. CASTELLANO:  I don't know what the

21   rest of that document is, Your Honor.

22             THE COURT:  What's the rest of it, Ms.

23   Fox-Young?

24             MS. FOX-YOUNG:  It's the motion to

25   dismiss, Your Honor.
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                  201 Third NW, Suite 1630
Santa Fe, NM 87501                                           Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                             FAX (505) 843-9492
                                                                  1-800-669-9492
                                                          e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1          THE COURT:  This is a document that Mr.

2    Perez just filed within the last few minutes, I

3    guess.  Do you want to take a look at it, Mr.

4    Castellano?

5          MR. CASTELLANO:  Please, Your Honor.

6          THE COURT:  All right.  I'll hand it back

7    to Ms. Standridge.  She can show it to you.  That's

8    my copy, so if you'll give it back to me when you

9    have a chance.

10          MR. VILLA:  I don't know if we want to

11    just seal this exhibit in lieu of redacting it.

12    We'd be happy to redact.  It's the same thing, the

13    same document.

14          THE COURT:  I think we've already decided

15    to redact your document.  Now we're deciding what to

16    do with this one, whether we're going to seal this

17    one or just seal the attachment to it.

18          MR. CASTELLANO:  Your Honor, I'm fine with

19    just sealing the attachment, which is 1844-1.

20          THE COURT:  Any objection to that?

21          MS. FOX-YOUNG:  No, Your Honor.

22          THE COURT:  1844-1 will be sealed, but the

23    motion itself will not be sealed.

24          MS. BHALLA:  Your Honor, for the record,

25    the defendants' exhibits that we discussed for

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   purposes of this hearing should probably also be

2   sealed, and I would request that from the Court.  I

3   don't think anybody would have objection to that.

4          THE COURT:  Do we want all those exhibits

5   sealed?  I mean, they're not filed anywhere.  I

6   don't know how you seal something in a hearing like

7   this.

8          MS. BHALLA:  I guess my only concern, Your

9   Honor, is that some of those appear to be Social

10  Security numbers.  I just want to make sure that we

11  do something to protect that information, however

12  the Court --

13         THE COURT:  Well, I think what Mr. Villa

14  and Mr. Castellano and the rest of the lawyers are

15  doing is, they're redacting the documents and then

16  submitting to the Court redacted copies.  Do you

17  want to proceed that way?

18         MS. BHALLA:  Yes, Your Honor, that sounds

19  good.  Thank you.

20         THE COURT:  All right.  We'll do it that

21  way, then.

22         MR. VILLA:  Since they've already been

23  admitted, perhaps we can sit down with the

24  Government, agree on the redactions, and then get

25  them back to the Court, if that's okay.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1                THE COURT:  Well, Ms. Bhalla didn't move
2   the admission of any exhibits -- no?  None.
3                So all we have is yours in evidence, Mr.
4   Villa.
5                MR. VILLA:  Well, then I guess we could
6   redact them and then move them at a point when
7   they're redacted.
8                THE COURT:  Okay.
9                MR. VILLA:  If that's what Ms. Bhalla
10  wants to do.
11               MS. BHALLA:  That sounds good.  Thank you.
12               MR. VILLA:  Your Honor, the last thing I'd
13  like to do, we've been able to in the last few hours
14  have the entire set of documents that were obtained
15  from the Government in this box scanned in.  They're
16  all onto a flash drive.  I don't want to admit 900
17  paper documents.
18               I have a flash drive that I would like to
19  identify, I guess, as Exhibit M, and move to admit.
20  And I'm happy to give the Government a chance to
21  review it.
22               THE COURT:  All right.  Are you moving
23  that admission at this time?
24               MR. VILLA:  Yes, I am.
25               THE COURT:  Any objection, Mr. Castellano?

SANTA FE OFFICE                                                        MAIN OFFICE
119 East Marcy, Suite 110                                      201 Third NW, Suite 1630
Santa Fe, NM 87501                                             Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1              MR. CASTELLANO:  No, Your Honor.  We would
 2   just ask for a copy of the flash drive, please.
 3              THE COURT:  All right.  So what's the
 4   exhibit number?  Is it M?
 5              MR. VILLA:  It's Exhibit M as in Mary.
 6              THE COURT:  Anybody else have any
 7   objection?  Not hearing any, Defendants' Exhibit M
 8   will be admitted into evidence.
 9              (Defendants' Exhibit M admitted into
10   evidence.)
11              MR. VILLA:  And we will provide a copy of
12   that flash drive to the United States.
13              And I'll pass the witness, Your Honor.
14              THE COURT:  All right.  Thank you, Mr.
15   Villa.
16              Anyone else?  Ms. Duncan?
17              MS. DUNCAN:  Thank you.
18                    DIRECT EXAMINATION
19   BY MS. DUNCAN:
20        Q.   Good afternoon, Agent Sainato.
21        A.   Good afternoon, ma'am.
22        Q.   I just wanted to follow up a little bit
23   about the search that you conducted in June of 2017.
24   With respect to Mr. Rodriguez' property, I think
25   that you testified that the bag was in a box.
```




SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    First of all, I wouldn't call it a search.
 2   It was in a clear plastic bag.
 3        Q.    Did you take all the documents that were
 4   in the clear plastic bag?
 5        A.    Yes.
 6        Q.    Did you search or look at anyone else's
 7   property on that day?
 8        A.    A couple others.  Who specifically -- I'm
 9   sure that's next -- I don't know.
10        Q.    It is.  Do you recall if it was property
11   belonging to government witnesses in this case?
12        A.    Again, I don't recall at all.  I think I
13   said before it was mostly personal effects, hygiene,
14   clothes, shoes, books, stuff of that nature.
15        Q.    And I think that you said that you did not
16   write a report of what property or documents you
17   looked at that day; is that right?
18        A.    That's correct.
19        Q.    Do you know if TFO Cupit did?
20        A.    I don't know.
21        Q.    Did you receive any kind of a receipt when
22   you took Mario Rodriguez' property?
23        A.    I did not.
24        Q.    So am I correct in understanding that
25   there is no documentation that exists of you looking
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    at that property in June 2017, or taking it back to

2    FBI headquarters?

3         A.   No, I don't believe so.

4         Q.   We were looking at some letters from --

5    where are the defense exhibits?  Here we go.  Thank

6    you.  I just wanted to look at these Timothy

7    Martinez letters.

8              I'm looking at Defendants' Exhibit C, and

9    I just wanted to note for the record the dates on

10   these documents.  So for Defendants' Exhibit C, is

11   it correct that this letter is dated October 23,

12   2015?

13        A.   Correct.

14        Q.   And that was about a month or a little bit

15   more than a month before the first set of

16   indictments were issued in this case; correct?

17        A.   I don't recall offhand, but I'll take your

18   word for it.

19        Q.   Do you recall that the first indictments

20   came in December of 2015?

21        A.   The first ones, yes.

22        Q.   In that first indictment, several of the

23   defendants were charged with the murder of Javier

24   Molina; correct?

25        A.   I believe so.

SANTA FE OFFICE                                                      MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                          (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492
                                                                    1-800-669-9492
e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
1        Q.   As was Mr. Rodriguez?

2        A.   Yes.

3        Q.   And then if we could look at Defendants'

4   Exhibit D.  And this is a letter from Timothy

5   Martinez' wife to Timothy Martinez, correct?  Or

6   from Robin Martinez to Timothy Martinez?

7        A.   If it was in that envelope --

8        Q.   Yes.

9        A.   Yes, I believe so.

10       Q.   And the date on that letter, Defendants'

11  Exhibit D, is October 22, 2015; correct?

12       A.   Correct.

13       Q.   The last one would be Defendants' Exhibit

14  E.  And the date on that letter is October 23, 2015;

15  correct?

16       A.   Yes.

17       Q.   And do you know if the state case was

18  still pending at the time these letters were

19  written?

20       A.   I don't know.

21       Q.   I know you said you don't think there are

22  any documents related to your looking at that

23  property on June 2017.  Do you know if there are any

24  documents relating to just you visiting PNM on that

25  day?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    I don't know.

 2        Q.    Any receipts or reports or anything like

 3   that?

 4        A.    Again, I don't recall.

 5        Q.    And I think you probably testified to

 6   this, and I just missed it, but when you were

 7   searching or looking at this property, that was at

 8   PNM Level 6; correct?

 9        A.    I'm not sure which facility it was.  It

10   was at PNM.

11        Q.    And you said that I think it was a

12   property room?

13        A.    For lack of a better word, yeah.

14             MS. DUNCAN:  Could I have a moment, Your

15   Honor?

16             THE COURT:  You may.

17             MS. DUNCAN:  No further questions, Your

18   Honor.

19             THE COURT:  Thank you, Ms. Duncan.

20             Ms. Jacks, do you have direct examination

21   of Mr. Sainato?

22             MS. JACKS:  I do, thank you.

23             THE COURT:  Ms. Jacks.

24                   DIRECT EXAMINATION

25   BY MS. JACKS:
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.   So, Agent Sainato, I'm going to start

2  asking you questions about this Mario Rodriguez

3  property.  We're going to start there.  Okay?  First

4  of all, let me just ask you about -- let me make

5  sure I'm clear about the property.  You don't know

6  whether you went to PNM North or South on this day

7  that you viewed the property in June of 2017?

8      A.   No.

9      Q.   But it was one of those facilities?

10      A.   I was at PNM.

11      Q.   Well, I mean, were you at -- but you don't

12  know which facility at PNM you were at?

13      A.   I don't recall, ma'am.

14      Q.   And as you're driving down the road, when

15  you come to the fork in the road, did you go right

16  or did you go left?

17      A.   Again, ma'am, I don't recall.

18      Q.   When you went into the facility, did you

19  have to present some sort of credentials and sign in

20  that you were entering the facility?

21      A.   Again, I don't recall.

22      Q.   So you might have just badged your way in?

23      A.   Again, I don't recall.

24      Q.   When you went, did you go specifically for

25  the purpose of looking at property of individuals



SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                     FAX (505) 843-9492
                                                          1-800-669-9492
                                                   e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1  that had been there?

2      A.   I don't believe so.  I think I was there

3  on an unrelated matter.  But, again, I don't recall

4  specifically.

5      Q.   How did you know that you needed to go to

6  the property room and look at something?

7      A.   I believe I testified previously that we

8  were made aware by one of the other STIU officers.

9      Q.   So you might have just bumped into

10 somebody in the hallway and they said, "Oh, hey,

11 we've got some property you might want to look at"?

12     A.   I don't recall the specifics, ma'am, but I

13 would speculate that we were in the STIU office.

14     Q.   Well, if you prepared a report about your

15 official conduct on that day, you might have

16 something to refresh your memory, right?

17     A.   I suppose so, ma'am.

18     Q.   But you don't have anything that you can

19 refresh your memory with?

20     A.   I do not.

21     Q.   Do you keep a daily log of your activity

22 as an FBI officer?

23     A.   No, ma'am.

24     Q.   With respect to -- you looked at property

25 from more than one individual; is that right?



SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                 Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                    FAX (505) 843-9492
                                                            1-800-669-9492
                                              e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        A.    I believe so, yes.
 2        Q.    And did you seize property from more than
 3   one individual?
 4        A.    No, ma'am.
 5        Q.    So the only property you actually left
 6   whatever institution you were in with was this bag
 7   of property that supposedly belonged to Mario
 8   Rodriguez?
 9        A.    Correct.
10        Q.    And with respect to the other people's
11   property that you looked at, do you know whether it
12   was property that belonged to Government cooperating
13   witnesses or to defendants in the case?
14        A.    I don't know, ma'am.
15        Q.    Now, I guess I want to understand what is
16   it that you think your duties to conduct a
17   Brady-Giglio review encompass?
18        A.    Could you rephrase?
19        Q.    What is a Brady-Giglio review?
20        A.    That's a pretty general question.  I just
21   want to answer it specifically to what you're asking
22   me.
23        Q.    Do you agree that as an FBI agent, you
24   have a duty to preserve and document evidence that
25   could be favorable to a criminal defendant?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    Yes, ma'am.

 2        Q.    And what do you call that?

 3        A.    A Brady-Giglio review.

 4        Q.    Is there any difference, in your mind, in

 5   looking at property that belongs to a defendant

 6   versus looking at property that belongs to a

 7   government witness?

 8        A.    Potentially.

 9        Q.    Right.  Because a defendant, you might

10   just be looking for evidence against him, right?

11        A.    That's correct.

12        Q.    But if you're looking at property of a

13   government witness, you have a special duty to look

14   for evidence that might be actually favorable to a

15   criminal defendant?

16        A.    That's correct.

17        Q.    Now, how many times, if at all, were you

18   asked by prosecutors in this case to conduct a Brady

19   or Giglio review of evidence that you had seized?

20        A.    I don't know specifically.

21        Q.    Were you ever asked?

22        A.    Yes.

23        Q.    When?

24        A.    I don't recall.

25        Q.    How many times?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   I don't recall.

 2        Q.   Well, is it more than one?

 3        A.   I don't know.

 4        Q.   Well, do you document that anywhere?

 5        A.   When the prosecutors ask us to do --

 6        Q.   A Brady-Giglio review?

 7        A.   I don't believe so.

 8             THE COURT:  Ms. Jacks, I need to give Ms.

 9   Bean a break.

10             MS. JACKS:  That's fine.

11             THE COURT:  We'll take it now.  We'll be

12   in recess for about 15 minutes.

13             (The Court stood in recess.)

14             THE COURT:  Mr. Sainato, I'll remind you

15   that you're still under oath.

16             THE WITNESS:  Yes, Your Honor.

17             THE COURT:  Ms. Jacks, if you wish to

18   continue your direct examination of Mr. Sainato, you

19   may do so.

20             MS. JACKS:  Thank you, Your Honor.

21   BY MS. JACKS:

22        Q.   Agent Sainato, when you took the property

23   that you were told belonged to Mario Rodriguez, did

24   you get any sort of receipt or sign any sort of

25   receipt for the prison?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    I don't recall.
 2        Q.    So you might have just taken the bag and
 3   thrown it in the trunk of your car and not
 4   acknowledged receipt of anything to anybody?
 5        A.    I suppose.
 6        Q.    When you took the bag sometime in June of
 7   2017, that was supposedly the property of Mario
 8   Rodriguez, did you tell anybody else?
 9        A.    Obviously, Task Force Officer Cupit was
10   aware.
11        Q.    He was there when you did it, right?
12        A.    Correct.
13        Q.    And was he actually working at the prison
14   at that time?
15        A.    No.  He was a task force officer with us.
16        Q.    He went to the prison with you?
17        A.    Correct.
18        Q.    Did he sign any sort of receipt?
19        A.    I don't know.
20        Q.    So you drove up from Albuquerque to PNM
21   together?
22        A.    I believe so.
23        Q.    So once you got the property, you drove
24   back to your office in Albuquerque?
25        A.    That would be logical.
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                      Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                          FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   Do you remember what you did?

 2        A.   I don't remember.  This was kind of a

 3   nonevent.

 4        Q.   Well, it may be a nonevent to the FBI, but

 5   when you -- well, did you take the materials to your

 6   office the same day that you went to PNM or a

 7   different day?

 8        A.   I believe it was the same day.  I don't

 9   recall specifically.

10        Q.   Well, you said that at some point you

11   looked through it, right?

12        A.   Yes, ma'am.

13        Q.   I don't know.  You looked through it,

14   flipped through it.  You characterize it both ways,

15   right?

16        A.   I don't know, specifically.  But I flipped

17   through it, yes, ma'am.

18        Q.   Where did that search take place?

19        A.   I believe we looked through it at the FBI

20   office.

21        Q.   So at your cubicle at the FBI office in

22   Albuquerque?

23        A.   I believe so, yes, ma'am.

24        Q.   And you say "we."  Who else looked through

25   it with you?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    Officer Cupit and I.
 2        Q.    And what was it that you were looking for?
 3        A.    Like I said previously, specifically, I
 4   can't speak for Mr. Cupit, but I was looking for
 5   discovery material.
 6        Q.    You mean like materials that have been
 7   distributed by the Government in discovery that
 8   perhaps were in the possession of Mr. Rodriguez
 9   improperly?
10        A.    Correct.
11        Q.    So you were looking for like Bates stamped
12   materials?
13        A.    What the inmates would refer to as
14   paperwork, but yes, ma'am.
15        Q.    But specifically the paperwork in this
16   case?
17        A.    Or for others.
18        Q.    When -- at any point after you took the
19   property did you make some sort of notation in
20   either a chain of custody document or a property log
21   or a report of any type that you had seized property
22   in connection with this investigation?
23        A.    The intention wasn't to seize it, ma'am.
24   It was just to go through it in the office rather
25   than standing in the prison.  I intended to take it
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   back to PNM.  I just forgot to.

2        Q.   So the answer to my question is:  No, you

3   never completed any sort of document that you had --

4   that you were in possession or had seized materials

5   related to this investigation?

6        A.   No.

7        Q.   Nothing?

8        A.   Knowing what I know now, I wish I had, but

9   no, ma'am.

10       Q.   And you said that the documents -- well,

11  did you ever, between the time that you and Task

12  Force Officer Cupit looked through the documents and

13  the time that you looked through them again last

14  Sunday, had you looked at them at all?

15       A.   No, ma'am.

16       Q.   Nothing in between?

17       A.   Correct.

18       Q.   So when you found out that -- I think you

19  said you did find out sometime after October 24,

20  2017, that Mario Rodriguez was now a government

21  cooperator?

22       A.   Correct.

23       Q.   And so at no time after you found out

24  Mario Rodriguez was now a government witness did you

25  ever perform a Brady-Giglio analysis of those

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492                                            FAX (505) 843-9492



PROFESSIONAL COURT
REPORTING SERVICE
1-800-669-9492
e-mail: info@litsupport.com

1  documents?

2      A.   Like I said previously, I forgot that I

3  was in possession of them, so no.

4      Q.   So you never looked through them after

5  October 24, 2017, until Sunday?

6      A.   Correct.

7      Q.   Did the prosecutors in this case -- after

8  Mario Rodriguez became a government witness, did any

9  of the prosecutors in this case ever contact you and

10  ask you if you were in possession of any materials

11  regarding Mr. Rodriguez, and ask you to subject them

12  to a Brady-Giglio review?

13      A.   I don't think personally.  But we were

14  asked, as agents, to do that.

15      Q.   So you were asked, and you just didn't do

16  it?

17      A.   Well, again, remember, I didn't know that

18  I had it.  I'd forgotten that it was under my desk.

19      Q.   And what was it that you say made you

20  discover these documents under your desk, or under

21  part of your cubicle last Sunday?

22      A.   I didn't find it last Sunday.  I

23  discovered it on Friday.

24      Q.   And what was it that made you discover it

25  last Friday?



SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                             (505) 843-9494
FAX (505) 843-9492                                    FAX (505) 843-9492
                                                       1-800-669-9492
                                              e-mail: info@litsupport.com

```
 1        A.    Like I said previously, I had gotten back

 2   that week from a SWAT training.  And that box was

 3   inside of another box that contained gear for my

 4   ballistic vest.  And having that training on my

 5   mind, I looked to see what I still had in that box,

 6   gear-wise, and that's when I discovered the box that

 7   I had put Mr. Rodriguez' property into.

 8        Q.    So I want to ask you some questions about

 9   some of the documents that Ms. Bhalla introduced.

10   And I want to start with Defendants' Exhibit B.  And

11   can you read -- I just put it up on the Elmo.  Can

12   you read that?

13        A.    Yes.

14        Q.    Or do I need to enlarge it?

15        A.    No, I think I can see it.

16        Q.    And would you agree with me that that

17   looks like notes regarding the video from the Molina

18   homicide?

19        A.    That is what it appears, yes.

20        Q.    And it relates various activities of

21   various people to what's going on, on the video, at

22   particular times, right?

23        A.    I don't know specifically what it is,

24   ma'am, but it looks like a recount of the video.

25        Q.    It looks like what?
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                    (505) 843-9494
FAX (505) 843-9492                                           FAX (505) 843-9492
                                                                 1-800-669-9492
                                                          e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        A.    A recount of the video.
 2        Q.    Okay.  Are you aware that Mr. Rodriguez
 3   testified in this trial that he had not -- he'd only
 4   reviewed the video three times?
 5        A.    No, ma'am, I don't know what Mr. Rodriguez
 6   testified.
 7        Q.    Are you aware that he testified in this
 8   trial that certain things happened at particular
 9   times on the video?
10        A.    Again, I don't know what he said in his
11   testimony.
12        Q.    Do you think that the fact he was in
13   possession of a document specifying particular times
14   and particular things that happened might be
15   relevant to determine where his testimony
16   originated?
17        A.    I see what you're getting at.  But, again,
18   he wouldn't have had this past early summer of 2017.
19   But I'll agree with you that, yes, it would.
20        Q.    I mean, it could have -- if he'd read it
21   and taken notes on it or memorized it, he certainly
22   could have been quoting times based on what's in
23   this document, wouldn't you agree?
24        A.    If he memorized it, perhaps.
25        Q.    Or took notes off it that you don't have?
```

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                            201 Third NW, Suite 1630
Santa Fe, NM 87501                                    Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                      FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    I suppose.
 2        Q.    Okay.  So you would agree that this
 3   document might be relevant in confronting Mr.
 4   Rodriguez about some of his testimony, if he
 5   testified about particular things happening at a
 6   particular time in the video?
 7        A.    Hypothetically, I'll agree with you, yes,
 8   ma'am.
 9        Q.    I'm going to ask you about the letters,
10   and I think they've been marked as Defendants'
11   Exhibits C, D, and E.  I'm just going to show you
12   the first page of Defendants' Exhibit C.  And this
13   is the envelope that the letter came in.  And do you
14   see who the letter is from?
15        A.    Yes.
16        Q.    And who is that?
17        A.    Looks like Robin Martinez.
18        Q.    And do you know that Robin Martinez is
19   also known as Robin Lovelace, L-O-V-E-L-A-C-E?
20        A.    No, ma'am.
21        Q.    Were you investigating a Robin Lovelace?
22        A.    Not to my knowledge.
23        Q.    Did you investigate a Robin Lovelace in
24   regards to dealing drugs or setting up drug deals
25   for government witness Eric Duran?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN &ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   I don't recall that.  I don't know.
 2        Q.   Did you -- have you read these letters
 3   that are allegedly from Robin Martinez or Robin
 4   Lovelace to Timothy Martinez?
 5        A.   Not other than what was highlighted in
 6   defense's exhibits.
 7        Q.   Would you agree that some of the letters
 8   contain information that appear to be trying to pass
 9   information between various individuals involved in
10   the Molina homicide?
11        A.   I don't know, ma'am.  I haven't read them
12   in their entirety.
13        Q.   Okay.  Do you know why Mario Rodriguez was
14   in possession of letters that were addressed to
15   Timothy Martinez?
16        A.   No.
17        Q.   Do you think the fact that a government
18   witness is in possession of materials from
19   essentially a co-defendant in his own -- in his
20   homicide case might be relevant to that individual's
21   credibility?
22        A.   Potentially.
23        Q.   Would you agree with me that if defendants
24   get together to get their stories straight, that
25   that certainly is something that could affect the
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    jury's evaluation of whether they're telling the

2    truth?

3         A.   I suppose so.

4         Q.   Did you ever tell any of the prosecutors

5    here that you were in possession of letters from

6    Robin Martinez, also known as Robin Lovelace?

7         A.   I don't know that she goes by that name.

8    But to answer your question, no, I didn't know I was

9    in possession of them.

10        Q.   I want to ask you about Defendants'

11   Exhibits F and G.  And let's start with F.  These

12   are some letters that were found, that appear to be

13   addressed to a county clerk by Mario Rodriguez, do

14   you agree with me?

15        A.   Yes.

16        Q.   And in this letter, pretrial hearing

17   Exhibit F -- actually, it looks like G comes

18   before -- let me show you G.  Okay.  This is another

19   letter to the county clerk that appears to be from

20   Mario Rodriguez?

21        A.   If that's a question, yes.

22        Q.   Okay.  Let me just zoom in.  Do you see

23   this line right here where Mr. Rodriguez writes, "I

24   need these records for legal reasons regarding a

25   legal defense for an appeals process"?

SANTA FE OFFICE                                                           MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                 Albuquerque, NM 87102
(505) 989-4949                                                          (505) 843-9494
FAX (505) 843-9492                                                 FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1     A.   Yes, ma'am.  These are the ones that Ms.

2     Bhalla highlighted earlier.

3     Q.   Are you aware that -- do you know whether

4     the records he was requesting actually involved a

5     crime that he had committed or had been accused of?

6     A.   I don't know.

7     Q.   And if Mr. Rodriguez falsely represented

8     that his request for records was due to a legal

9     proceeding of his own, that that might be relevant

10    in assessing his credibility?

11    A.   I suppose so.

12    Q.   I mean, if he's lying to a court clerk and

13    a Court, saying, "I need these records for my own

14    appeal," and they have nothing to do with him, don't

15    you think that might show that he's engaged in some

16    sort of other nefarious purpose by requesting these

17    records?

18    A.   On December 20, 2014, yes, ma'am, I agree

19    with you.

20    Q.   Do you know why Mr. Rodriguez might be in

21    possession of names, addresses, Social Security

22    numbers, other personal information for various

23    co-defendants in his cases?

24    A.   No.

25    Q.   Do you know why he might be in possession

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   of telephone numbers for individuals associated with
 2   those co-defendants?
 3        A.   No.
 4        Q.   Do you think one reason he might have that
 5   information is so that he could continue to speak
 6   and have contact with his co-defendants so that he
 7   can get his story straight?
 8        A.   Well, that's pure speculation.  It could
 9   also be that they're members of the same gang, that
10   they're friends.  It could be any reason, so I can't
11   agree with you on that one.
12        Q.   You're saying pure speculation.  You're an
13   investigator, right?
14        A.   Yes, ma'am.
15        Q.   You had these documents in your possession
16   for seven months, didn't you?
17        A.   Yes.
18        Q.   And Mario Rodriguez is your witness, isn't
19   he?
20        A.   As the Government, yes.
21        Q.   And how many attempts did you make to
22   question Mr. Rodriguez about the contents of this
23   property that you seized in June 2017?
24        A.   Well, again, I'd forgotten that I had it,
25   so none.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   And I'm not sure.  I think I asked you who
 2   you told or who else knew about this, and you
 3   mentioned Mr. Cupit; is that right?
 4        A.   That's right.
 5        Q.   Did you ever tell Agent Acee or Agent
 6   Stemo, who were working with you on the case, that
 7   you had seized property from Mario Rodriguez?
 8        A.   I don't recall.
 9        Q.   Did you ever tell any of the prosecutors
10   in this case who you were working with that you had
11   seized property belonging to Mario Rodriguez?
12        A.   Again, I wouldn't use the word "seized."
13   But I don't believe they knew that I had that.
14        Q.   How would you like me to ask about it?
15   That you took property from PNM that belonged to
16   Mario Rodriguez and left it under your desk for
17   seven months?
18        A.   "Seized," to me, implies like a legal
19   authority needed.  But we can go with "took from PNM
20   and left under my desk."
21        Q.   Well, why did you take the materials from
22   PNM?
23        A.   So that I could review it in my cubicle,
24   rather than standing in a prison facility.
25        Q.   And to determine if, in fact, you could
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1  use it as evidence in this case, right?
 2       A.   Again, I was thumbing through it to look
 3  for legal paperwork, discovery material.
 4       Q.   To see if you could use that as evidence
 5  in this case; correct?
 6       A.   Yes.
 7       Q.   Now, you testified earlier that some of
 8  the materials in this bag appeared to be creative
 9  writing from Mr. Rodriguez.  Do you recall that
10  testimony?
11       A.   Yes, that's what it appeared to be.
12       Q.   And I think Mr. Villa showed you some
13  examples of creative writing of Mr. Rodriguez that
14  appear to have been typed?
15       A.   I don't believe that came from the bag.
16       Q.   Well, I know that's your testimony.  I
17  want to ask you a few questions about that.
18       A.   Okay.
19       Q.   Do you know where those came from?
20       A.   Looked like it came from the discovery in
21  this case.
22       Q.   Because it's Bates stamped?
23       A.   Yes.
24       Q.   But do you know where it came from before
25  the Government Bates stamped it?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    No, ma'am.

 2        Q.    And so you're just using the fact that

 3   it's Bates stamped meaning that it's the discovery

 4   in this case?

 5        A.    I was going off the fact that Mr. Villa

 6   kind of alluded to that.  But I guess to answer your

 7   question, yes.

 8        Q.    Well, is it possible that those documents

 9   came from the bag that was under your desk?

10        A.    I would say that's highly improbable.

11        Q.    Who else had access to that bag under your

12   desk?

13        A.    I don't believe anybody would.

14        Q.    Well, it wasn't locked, right?

15        A.    Correct.

16        Q.    Anybody could have walked by and looked

17   through it at any time?

18        A.    I suppose.

19        Q.    And you said it's not probable that those

20   documents came from the bag under your desk, but

21   it's possible?

22        A.    I would be very surprised.

23        Q.    Did you ever take an inventory of what was

24   in the bag?

25        A.    No, ma'am.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.    And have you read the documents that are

2  Mr. Rodriguez' personal items?  Have you read

3  through them at this point?

4      A.    In their entirety?

5      Q.    Any portion?

6      A.    I've read through what I could this week.

7      Q.    Pieces of it?

8      A.    Correct.

9      Q.    Do you agree with me that there are

10  documents in there, that Mario Rodriguez writes he

11  wanted to become a leader of the SNM?

12      A.    I didn't see that.

13      Q.    Are there documents in there that say

14  Mario Rodriguez was trying to advance his status or

15  improve his position within the SNM?

16      A.    I don't believe so; at least, not to my

17  knowledge.

18      Q.    Are there documents in that bag in which

19  Mario Rodriguez, in his own writing, acknowledged

20  that he was required to register as a sex offender?

21      A.    I don't know.

22      Q.    Do you know that he testified at about

23  this trial, upon the Government examination, that he

24  didn't know he had to register as a sex offender?

25      A.    Again, ma'am, I don't know what he

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1    testified to.

 2         Q.   But do you know whether there are

 3    documents in that bag in which Mario Rodriguez, in

 4    his own writing, admits that he raped an inmate in

 5    the county jail, the Grant County jail?

 6         A.   I didn't read that, but if you know where

 7    they're at, you could put it up on the exhibit

 8    monitor.

 9         Q.   So you don't know whether there's

10    documents in there where he admits that he raped a

11    guy in the Grant County jail?

12         A.   No, ma'am.

13         Q.   Do you know whether he was asked about

14    that at this trial?

15         A.   No.

16         Q.   Do you know whether he denied personally

17    raping the individual at Grant County jail?

18         A.   Ma'am, I'll consistently tell you:  I

19    don't know what he testified to.

20         Q.   I want to mark another exhibit.  What's

21    our next in order?  N?  So showing you what's been

22    marked as Defendants' Exhibit N, is this one of the

23    documents you read?

24         A.   I don't know.

25         Q.   Do you know that Mario Rodriguez committed

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                         (505) 843-9494
FAX (505) 843-9492                                            FAX (505) 843-9492
                                                                     1-800-669-9492
                                                            e-mail: info@litsupport.com



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1   sort of a high-profile assault on a correctional

 2   officer?

 3        A.   No, I don't.

 4        Q.   That was on TV?

 5        A.   I did not.

 6        Q.   In this letter -- I guess you have to read

 7   it.  Do you want me to come up there with it so you

 8   can read it, or can you read it off the Elmo?

 9        A.   Do you want me to read the whole page or

10   just a specific section?

11        Q.   Why don't you start with where you can

12   see, "He asked me my name."  Just read it to

13   yourself through the highlighted portion.

14        A.   Where are we?  Oh, at the top.  Okay.

15   Okay.

16        Q.   So you would agree that this writing

17   purports to be a rehash of a conversation between

18   Mario Rodriguez and another prison inmate, right?

19        A.   I don't know what it is, ma'am.  The stuff

20   that I saw was pretty creative in nature.  But,

21   yeah, I guess this looks like a story about a

22   conversation.

23        Q.   And about a conversation about assaulting

24   some member of law enforcement, right?

25        A.   Yes.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.   And he brags, doesn't he, that he told

2   every detail of this assault on a law enforcement

3   officer with adrenalized pride?

4      A.   Is that what that says?

5      Q.   Looks like he had a problem with the

6   spelling.

7      A.   I don't know if I'd use the word "brags,"

8   but he wrote that.  Or it looks like he wrote that.

9      Q.   What do you think "adrenalized pride"

10  means?

11     A.   I have no idea.

12     Q.   I have another exhibit.  Can that be O.

13  Thank you.  Now, do you know whether Mario Rodriguez

14  was asked questions during this trial about his

15  ability to manipulate the prison system in the State

16  of New Mexico?

17     A.   Consistently, ma'am, I don't know what he

18  testified.

19     Q.   Would you agree with me that to the extent

20  that someone has the ability to manipulate the

21  prison system within the State of New Mexico, that

22  might be a relevant fact in assessing their

23  credibility?

24     A.   Could you rephrase?  That was long.

25     Q.   Do you think if somebody had the ability



SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                 Albuquerque, NM 87102
(505) 989-4949                                            (505) 843-9494
FAX (505) 843-9492                                    FAX (505) 843-9492
                                                        1-800-669-9492
                                               e-mail: info@litsupport.com

1   to manipulate correctional officers in the

2   correctional establishment, that might be relevant

3   to an assessment of their credibility?

4        A.   I suppose.

5        Q.   Well, this is a case where the crimes

6   occurred in prison, right?

7        A.   Correct.

8        Q.   And the witnesses were all in prison,

9   right?

10       A.   I don't know if I'd say -- I don't know if

11  all of them were.  But I'll agree with you that

12  there were witnesses in prison.

13       Q.   Many.

14            So showing you what's been marked

15  Defendants' Exhibit O, and I just highlighted a

16  portion of this, but does Mr. Rodriguez write about

17  his ability to manipulate the system by, quote,

18  "hatching a plan to make his cell mate PC?"

19       A.   I agree with you that that's what that

20  says.

21       Q.   And make my cell mate PC means make my

22  cell mate do what?

23       A.   I would speculate that that means going

24  into protective custody.

25       Q.   To request to go into protective custody?

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   Right.

 2        Q.   And Mario Rodriguez writes here that he

 3   did that so he could get his homie as a bunky?

 4        A.   Yes.

 5        Q.   What's a bunky?

 6        A.   I would speculate that that's a cell mate.

 7        Q.   I have another writing.  I'd like to mark

 8   it as Defendants' Exhibit P.

 9             Agent Sainato, I'm going to ask you to

10   read, I think, the first full paragraph on this

11   exhibit as it's up there on the Elmo.  It starts

12   with, "I got a soda pop" -- and read through that

13   paragraph and the next paragraph.

14        A.   Okay.

15        Q.   And would you agree that this writing

16   concerns an assault that Mario Rodriguez claims to

17   have done on a correctional officer?

18        A.   Yes.

19        Q.   What did he use as a weapon?

20        A.   According to this, a can of soda in a

21   sock.

22        Q.   In a sock.  And he hit the correctional

23   officer in the face, right?

24        A.   In the head, I think is what it said.  But

25   yes.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1     Q.    In this writing, he refers to -- he said,

2  "I should have used the lock in the sock and drank

3  the pop.  But then again, with the damage I did with

4  the pop, maybe I'm lucky I didn't.  The soda pop

5  exploded at first contact, detaching Officer

6  Griego's retina, and destroying his vision forever."

7          Would you agree with me that's what he

8  wrote?

9     A.    Yes.

10    Q.    Does that seem to be bragging about his

11  assault on a correctional officer?

12    A.    Certainly recounting it.

13    Q.    And recounting it in a way that he's

14  saying that that was a good use of the soda pop?

15    A.    That's speculative, but yes.

16    Q.    Well, he writes, "I should have used the

17  lock in the sock and drank the pop.  Then again,

18  with the damage I did with the pop, maybe I'm lucky

19  I didn't"?

20    A.    Is there a question?

21    Q.    Well, doesn't that sound to you like

22  bragging?  Maybe I'm lucky I didn't because look at

23  what I accomplished?  Isn't that what he's saying?

24    A.    I'll agree with you.

25    Q.    And I want to show you one more writing

SANTA FE OFFICE                                    MAIN OFFICE
119 East Marcy, Suite 110                    201 Third NW, Suite 1630
Santa Fe, NM 87501                            Albuquerque, NM 87102
(505) 989-4949                                      (505) 843-9494
FAX (505) 843-9492                            FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

 1  from Mr. Rodriguez.  We'll mark this Defendants'

 2  Exhibit Q.  Again, I'm going to ask you to look at

 3  the highlighted portion.  Why don't you read for us

 4  what Mr. Rodriguez wrote in this writing, if you

 5  can.

 6       A.   "I am in constant need for conflict

 7  and" -- I can't make that one out.

 8       Q.   "Enemies."

 9       A.   "Enemies.  Otherwise, I wage war upon

10  myself."

11       Q.   And do you know that part of the defense

12  in this trial is that Mr. Rodriguez, in fact,

13  initiated the murder of Javier Molina?

14       A.   No, I don't know that.

15       Q.   And do you think a person who is in

16  constant need for conflict and enemies might be

17  someone who is -- that that information might be

18  important for somebody assessing whether Mr.

19  Rodriguez initiated the attack on Mr. Molina?

20       A.   Ma'am, are you representing all of these

21  as if they came from a journal?  Some of these came

22  from songs, creative stories.  I don't know the

23  context of this specific statement.

24       Q.   But you had these documents for seven

25  months, right?

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                      Albuquerque, NM 87102
(505) 989-4949                                                (505) 843-9494
FAX (505) 843-9492                                       FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    Under my desk, but yes, ma'am.
 2        Q.    So you could have read them, right?
 3        A.    Had I known that I had them.  And in
 4   hindsight, I wish I had read them.
 5        Q.    And you could have gone and talked to
 6   Mario Rodriguez, your witness, and asked him about
 7   these writings, right?
 8        A.    Again, had I known that I was in
 9   possession of them.  And as I started to say, in
10   hindsight, I wish that I had recalled and had gone
11   through them more thoroughly when I first took
12   custody of them.
13        Q.    So you want us to believe that when you
14   found out that Mr. Rodriguez was a government
15   witness, sometime after October 24, 2017, you didn't
16   remember you had a sack of his property under your
17   desk?
18        A.    You can believe whatever you want, ma'am.
19   I'm telling you the truth.
20             MS. JACKS:  Your Honor, I have some
21   questions regarding the interview with Mr. Urquizo.
22   But at this point I'd like to break with this
23   witness and call Mr. Beck to the stand.  I think
24   they've had time to confer with counsel.
25             THE COURT:  What's the Government's
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  position on those two requests?

2          MS. ARMIJO:  Your Honor, the United States

3  is still -- the Touhy requests have to go up the

4  chain, and it's still being considered, but we do

5  need time.  In reference to Ms. Jacks' motion, we

6  are requesting time to respond to it.  Because she

7  doesn't cite any Tenth Circuit law.  The outrageous

8  Government conduct we feel does not apply to this

9  case.  And I can cite to her motion -- I can cite a

10 case for the Court.

11          In addition to that, we don't believe that

12 Matt Beck -- the Touhy letter, by the way, was for

13 Castellano and Beck, as well.  But there is no

14 reason why Mr. Castellano should even be involved in

15 it.

16          Additionally, we believe that the

17 witnesses should be the agents.  But if you're

18 asking specifically if we're ready to respond to the

19 Touhy request, we are not.

20          THE COURT:  All right.  Well, I don't

21 think I can compel them at the present time to be

22 witnesses.  I still think that one way to maybe

23 resolve this is just to allow them to proceed as

24 attorneys and discuss any questions.  They've always

25 answered fully any questions about their production.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1  And it seems to me that would be a better way to go
 2  than trying to get them under oath.  But if you want
 3  to pursue that route, then I think we need to
 4  continue to ask these witnesses questions, so we can
 5  figure out how to get back to the trial.
 6           MS. JACKS:  If I can just have a moment?
 7           THE COURT:  You may.
 8           MS. JACKS:  Your Honor, I'm informed by
 9  Ms. Duncan that she has some limited recross or --
10  yeah, redirect, based on the questions that I asked
11  regarding Ms. Lovelace.
12           THE COURT:  Well, y'all are still on
13  direct.  So do you want --
14           MS. JACKS:  Maybe I'll defer to her on
15  that topic, and then we'll proceed with the next
16  subject area with this witness.
17           THE COURT:  Okay.  All right.  Ms. Duncan,
18  I consider y'all still on direct, so if you have
19  questions, go ahead.
20           MS. DUNCAN:  I'll be very brief, Your
21  Honor.
22           THE COURT:  Ms. Duncan.
23           MS. DUNCAN:  Thank you, Your Honor.
24
25
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1                  REDIRECT EXAMINATION
 2    BY MS. DUNCAN:
 3         Q.   Agent Sainato, I just wanted to follow up
 4    on the questions Ms. Jacks asked you about Robin
 5    Martinez, a/k/a Robin Lovelace.  You indicated that
 6    you weren't aware there was an FBI investigation of
 7    Robin Lovelace in connection with the SNM?
 8         A.   Doesn't sound familiar.  It's definitely
 9    not something I handled.
10         Q.   Okay.
11              MS. DUNCAN:  If I could approach.  For the
12    record, I'm showing the Government what's been Bates
13    numbered as 41172.
14              THE COURT:  Why don't you see who's behind
15    that door.
16              THE CLERK:  It's from the clerk's office,
17    but the jury is all here.
18              MS. DUNCAN:  May I approach, Your Honor?
19              THE COURT:  You may.
20    BY MS. DUNCAN:
21         Q.   I'm showing you what's Bates numbered
22    DeLeon 31516.
23         A.   Okay.
24         Q.   Do you recognize that document, Agent?
25         A.   My name is on it, but I don't recall
```



SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                               201 Third NW, Suite 1630
Santa Fe, NM 87501                                       Albuquerque, NM 87102
(505) 989-4949                                                    (505) 843-9494
FAX (505) 843-9492                                          FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

 1  writing that.

 2       Q.   Do you recall working with Eric Duran to

 3  make recordings of defendants in this case and also

 4  drug buys on the street?

 5       A.   Recordings, yes.  I recall only one drug

 6  buy.

 7       Q.   Were you involved in that, arranging for

 8  Mr. Duran to be able to call people on the street

 9  and then introducing undercover agents to those

10  people?

11       A.   I was involved in the operations, not in

12  the logistics of setting that up.

13       Q.   Do you have any doubt that you wrote this

14  report, Agent Sainato?

15       A.   No, ma'am.

16            MS. DUNCAN:  Your Honor, for the record, I

17  would like to mark this as an exhibit to the

18  hearing.  I don't know what we are.  Exhibit R.

19       Q.   Agent Sainato, this report documents

20  contact between Eric Duran and a Robin Lovelace,

21  correct?

22       A.   I think it did, yes.

23       Q.   And it was -- the contact was about buying

24  drugs from Ms. Lovelace; correct?

25       A.   I no longer have it in front of me.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.    Oh, I can give it back to you.
 2        A.    Wow.  I really don't remember this, but
 3   yes, that's what it says.
 4        Q.    And according to your report, Mr. Duran
 5   introduced an undercover employee to Ms. Lovelace
 6   via telephone; correct?
 7        A.    That's what my report says, yes.
 8        Q.    And you had identified that Ms. Lovelace
 9   was not a member of the SNM Gang; however, she was
10   believed to sell drugs to gang members, correct?
11        A.    Again, yes.
12        Q.    And ultimately, the Government did not
13   pursue this undercover drug deal with Ms. Lovelace;
14   correct?
15        A.    I don't believe so.
16        Q.    And are you aware that Mr. Duran alleged
17   that he learned of Ms. Lovelace's ability to sell
18   him drugs through Timothy Martinez?
19        A.    I'm sorry.  Can you say that one more
20   time?
21        Q.    Sure.  Were you aware that Mr. Duran
22   learned of Ms. Lovelace's ability to supply him with
23   drugs from Timothy Martinez?
24        A.    No, ma'am.
25        Q.    If I could get that back.  Did you
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   participate in any of the interviews with Mr. Duran
 2   in 2015?
 3        A.   I don't recall off the top of my head.
 4        Q.   Do you recall ever participating in an
 5   interview in which Katherine Brusuelas was also
 6   present?
 7        A.   What date was that?
 8        Q.   That would be May 20, 2015.
 9        A.   I didn't get to Albuquerque until July of
10   2015, so that was prior to my graduating the FBI
11   Academy.
12        Q.   Fair enough.
13             MS. DUNCAN:  Your Honor, at this time I
14   move the admission of Defendants' Exhibit R.
15             THE COURT:  Any objection, Mr. Castellano?
16             MR. CASTELLANO:  I'm sorry.  May I see the
17   document?
18             THE COURT:  It's R.
19             MR. CASTELLANO:  No objection, Your Honor.
20             THE COURT:  Anybody else have any
21   objection?
22             MS. JACKS:  No.
23             THE COURT:  Not seeing or hearing any,
24   Defendants' Exhibit R, hearing Exhibit R, will be
25   admitted into evidence.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com


1              (Defendants' Exhibit R admitted into
2     evidence.)
3              MS. DUNCAN:  Your Honor, I have no further
4     questions.
5              THE COURT:  Thank you, Ms. Duncan.
6              Ms. Jacks, do you wish to continue your
7     examination?
8              MS. JACKS:  I do, Your Honor.
9              THE COURT:  Ms. Jacks.  Before I move on,
10    I'll go ahead and move in the exhibits that I marked
11    and questioned the witness about, which is I think M
12    through Q.
13             Any objection to those, Mr. Castellano?
14             MR. CASTELLANO:  No, Your Honor.
15             THE COURT:  Any objection from anybody
16    else?  Not seeing or hearing any, Defendants'
17    Exhibits for the hearing M, N, O, P, and Q are
18    admitted into evidence.
19             (Defendants' Exhibits M, N, O, P, and Q
20    admitted into evidence.)
21             MS. JACKS:  At this point, I have two
22    exhibits that I'd like to mark.  One is an FBI 302,
23    January 22, 2018.  And the other is an attachment to
24    an email that was sent to me last night, that was
25    identified as Agent Stemo's notes from that meeting.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1  It's a four-page document, Bates stamped 54285

 2  through 54288.  What are our next two?  So the 302

 3  will be S, and the notes will be T.

 4          THE COURT:  Any objection to those,

 5  Mr. Castellano?

 6          MR. CASTELLANO:  Your Honor, I was

 7  speaking to Ms. Bhalla.  She had some questions for

 8  me.  Can I see the documents real quick?

 9          MS. JACKS:  Sure.

10          MR. CASTELLANO:  I didn't hear what was

11  said.

12          MS. JACKS:  And may I approach the

13  witness, Your Honor?

14          THE COURT:  Yeah.  Did you have a position

15  on those, Mr. Castellano?

16          MR. CASTELLANO:  No objection, Your Honor.

17          THE COURT:  All right.  Anybody else have

18  any objection?  Not hearing any, Defendants'

19  Exhibits S and T will be admitted into evidence.

20          (Defendants' Exhibits S and T admitted

21  into evidence.)

22          MS. JACKS:  Thank you.  I'm just going to

23  give them to the witness so that he can refer to

24  them if he needs to while he's testifying.

25          THE WITNESS:  Thank you, ma'am.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1            THE COURT:  Let's talk a second about the
 2   jury.  The jury has all returned.  I guess I'm
 3   increasingly concerned about the delay in this
 4   trial.  What is the proposal about kind of what
 5   we're doing and where we're going, Ms. Jacks?
 6            MS. JACKS:  Well, Your Honor, I thought
 7   what we were doing is having an evidentiary hearing
 8   regarding the two issues about the Government's
 9   failure to disclose; the first being the
10   900-whatever pages that were allegedly --
11            THE COURT:  Well, here's somewhat my
12   problem, is I thought that what we were going to do
13   is y'all were going to use this opportunity to do
14   some discovery, so that y'all could prepare to then
15   decide what to do with these exhibits in the trial.
16   I don't have a feel that's what's going on here.  So
17   we've kind of gone two hours with what I think was
18   what everybody considered the minor witness on this,
19   and I feel like something else is going on here, not
20   discovery.
21            MS. JACKS:  I don't know that I can answer
22   for everyone.  I thought this was a motion to
23   determine the extent -- the reason, the extent, and
24   nature of the Brady violation that we've alleged
25   with respect to Mr. Sanchez.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              THE COURT:  The questioning has not been
 2   extremely helpful to the Court on that aspect.
 3              MS. JACKS:  What I'd like to do is proceed
 4   with this witness.
 5              THE COURT:  How long do you expect to take
 6   with this witness?
 7              MS. JACKS:  Twenty minutes, depending on
 8   his memory.
 9              THE COURT:  Then what are we going to do?
10              MS. JACKS:  Call Agent Stemo.
11              THE COURT:  And how long is that going to
12   take?
13              MS. JACKS:  I would estimate approximately
14   the same.
15              THE COURT:  Twenty minutes?
16              MS. JACKS:  On this issue, yes.
17              THE COURT:  Does everybody think we can
18   have the jury back in here in 45 minutes?
19              MS. DUNCAN:  Your Honor, I know that we
20   don't plan to question Agent Sainato about the
21   report Ms. Jacks is going to question him about.  We
22   would have some questions for Agent Stemo.  I'm
23   guessing maybe ten minutes.  We're not going to
24   repeat anything that Ms. Jacks does, obviously.
25              THE COURT:  Is that in addition to her
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

**BEAN & ASSOCIATES, Inc.**
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
**1-800-669-9492**
e-mail: info@litsupport.com

```
 1  estimate of 45 minutes?
 2          MS. DUNCAN:  So ten minutes in addition to
 3  her estimate.
 4          THE COURT:  What's your thoughts, Mr.
 5  Castellano?
 6          MR. CASTELLANO:  Cross-examination is
 7  going to add time, as well.  I'd say at least 20
 8  minutes.
 9          THE COURT:  Well, if I bring the jury back
10  in at 8:30 in the morning, can I have a commitment
11  from everybody that we're going to be done with this
12  hearing?
13          MS. JACKS:  At least with the witnesses
14  that are presently here.  I'm still requesting to
15  call Mr. Beck.  And according to the documents, Mr.
16  Castellano was present as well.  So depending on
17  what develops this afternoon, I may still be seeking
18  to call him at some point tomorrow.
19          THE COURT:  What do you think the chances
20  are you're going to be allowed by DOJ to testify in
21  this case, Mr. Castellano?  Mr. Beck?  Ms. Armijo?
22          MR. CASTELLANO:  May we have a moment,
23  Your Honor?
24          THE COURT:  You may.
25          MS. ARMIJO:  Your Honor, I think that the
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN & ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   issue is whether or not the testimony is necessary,
 2   and that's the analysis that our office is currently
 3   going through, running up the chain.  Our position
 4   is that for a Brady-Giglio violation, either AUSA's
 5   testimony is not necessary.  And it certainly
 6   doesn't apply for outrageous Government conduct.
 7   And that's what we would put in a written response.
 8   But we certainly feel that their testimony is not
 9   necessary, and that's something that -- why it's
10   taking time, and they're going through the analysis
11   right now.
12             THE COURT:  Do you think it's likely in
13   the morning, since I'm unfamiliar with this kind of
14   scenario, do you think it's unlikely that Mr. Beck
15   and Mr. Castellano are going to be released by DOJ
16   to testify in this hearing?
17             MS. ARMIJO:  I would assume so, based on
18   the case law as we see it and our response to it.
19             THE COURT:  So you think if I bring the
20   jury back at 8:30 in the morning, it's very likely
21   the hearing will be concluded and we can begin with
22   the case?
23             MS. ARMIJO:  Yes.  I don't think that
24   there will be testimony from either AUSA.
25             THE COURT:  Well, unless the defendants
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1  have strong feelings about this, what I propose is
 2  let the jury go, let you have the afternoon to
 3  continue to examine the witnesses, and taking the
 4  Government's representation, which I don't have any
 5  reason to doubt, we'll begin at 8:30 in the morning
 6  with taking of testimony.
 7              Is it all right if Ms. Standridge just
 8  goes back and releases them for the evening?
 9  Anybody have an objection to that?  And we can
10  continue with our work?
11              MS. JACKS:  I have no objection.
12              THE COURT:  All right.  Is that all right,
13  Ms. Armijo?
14              MS. ARMIJO:  Yes, Your Honor, that's fine.
15              THE COURT:  Not hearing any other
16  objection, I'm going to have Ms. Standridge just
17  tell them to be back at 8:30 in the morning.
18              MR. CASTELLANO:  Your Honor?
19              THE COURT:  Yes.
20              MR. CASTELLANO:  So we can plan for
21  tomorrow, is the defense requesting witnesses in
22  custody tomorrow being produced so they can continue
23  examination of them; for example, Mario Rodriguez,
24  so we can get the word out?
25              THE COURT:  Do you want to get any
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1   witnesses here?  Any of the defendants want any of
 2   those witnesses here tomorrow?
 3           MS. JACKS:  Your Honor, as I said in my
 4   filing, we've made certain tactical decisions with
 5   respect to the cross-examination of the Government's
 6   witnesses and with respect to the defenses that
 7   we're pursuing.  And I think to, after six weeks of
 8   trial, ask us to, you know, reassess that and start
 9   calling witnesses back, it's not going to -- I don't
10   see how that could happen.
11           So the only person I'd be requesting for
12   tomorrow is Agent Stemo, I think, at this point.
13           THE COURT:  Well, let me put it this way,
14   and I'll see if the Government would agree with
15   this:  If you think that there is any chance that
16   you're going to call in your case any additional
17   witnesses, what I would propose to do is you just
18   tell me.  You don't have to tell me you're going to
19   call them.  You just have to say you want them here
20   in case you work this afternoon, work tonight, work
21   even tomorrow, and decide that you want to call
22   them.
23           And I think the Government would be
24   willing to just have them here.  And if you decide
25   you don't want to call them in your trial, then you
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1   don't have to.  But if you want them here, they'll

2   be here.  I don't think anybody will hold anybody --

3   hold it against anybody if you decide tomorrow you

4   don't want them.

5              Is there anybody that wants anybody?

6              MS. DUNCAN:  Your Honor, could we just

7   have a few minutes for the defense to confer?

8              THE COURT:  Oh, certainly.  Sure, y'all

9   talk.

10             MS. FOX-YOUNG:  Your Honor, while we're

11  conferring, I'd just ask for a representation from

12  the Government that all of the agent notes have been

13  produced?  We received more of Agent Acee's notes

14  this morning at 9:18 a.m. by email.  And it's been

15  kind of a drip, drip, drip of notes.  So I don't

16  know if there are going to be more produced, or if

17  this is all of them.

18             THE COURT:  Anybody want to respond to

19  that?

20             MR. BECK:  Yes.  What was requested by Mr.

21  Lowry's motion, which the Court was inclined to

22  grant, either for production to the Court or

23  production to you, we have produced all the notes to

24  the defense responsive to that request.

25             THE COURT:  To that motion?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              MR. BECK:  Yes.
 2              MR. VILLA:  Your Honor, a point of
 3    clarification.  If we ask that anyone be brought,
 4    that does not undo in any way the agreement we have
 5    with respect to the Government being done with their
 6    rebuttal witnesses?
 7              THE COURT:  No, I think that still holds.
 8              MR. VILLA:  Okay.
 9              THE COURT:  I'm getting an affirmative
10    nod.
11              MS. ARMIJO:  Yes, Your Honor.
12              THE COURT:  I think at the present time we
13    should assume that the Government has rested both in
14    its case-in-chief and its rebuttal.
15              MR. VILLA:  Thank you, Judge.
16              THE COURT:  Let me go back to you,
17    Ms. Fox-Young.  Mr. Beck's representation, is that
18    sufficient to answer your question?
19              MS. FOX-YOUNG:  With respect to Mario
20    Rodriguez, Lupe Urquizo, and Tim Martinez, then it's
21    my understanding that the Government is representing
22    that all the agent notes have been turned over.  I'd
23    ask that all the agent notes be turned over for all
24    of the cooperating witnesses in this case.  And I'm
25    not sure whether or not that's happened.  I'd like
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    representation from the Government as to whether it

2    has.

3              MS. ARMIJO:  Your Honor, I think that the

4    notes that have been disclosed are specific to Mr.

5    Lowry's motion that we had initially said -- or the

6    Court had said to give to the Court to review.  In

7    lieu of giving it to the Court, we just went ahead

8    and supplied it to the defense.  We have not gone

9    after that.  We did ask agents to review notes.  And

10   so that is what has been produced.

11             THE COURT:  Well, I guess at this point,

12   particularly given my review of Agent Stemo's, where

13   you have, if I understand what I have, about

14   two-and-a-half pages of notes and three paragraphs

15   of a 302.  And I may not be understanding what I

16   have.  So if that's the case, it concerns me that

17   we're looking at agent notes that are extensively

18   longer than the 302s.  And so it seems to me that

19   those are going to fall within Jencks statements.

20             And so I guess for the present time, I

21   would -- the witnesses that you have called, I think

22   you need to either produce, or if you disagree with

23   where I have drawn the line, and want me to review

24   it, produce the notes of the agents.  Because I

25   would consider those to be Jencks statements.  And I

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   think that what had been produced today, if I

2   understand what I have, seems to confirm the reason

3   that I have required agent notes in the past.

4          So I know it wasn't within the scope of

5   what Mr. Lowry requested, but let's see if there is

6   anything further that needs to be produced.  I'll so

7   order that.

8          MS. ARMIJO:  All right, Your Honor.  And

9   just so we're clear, it's as to the cooperating

10  witnesses that have testified.  And we will make

11  that inquiry.

12         THE COURT:  It would be the agents' notes

13  of their interviews or meetings with your witnesses

14  that haven't been produced to date.

15         MS. ARMIJO:  Okay.  Thank you, Your Honor.

16  We'll get on that.

17         MR. LOWRY:  Your Honor, can I have a point

18  of order on this, that I don't disagree with

19  Mr. Beck.  I went through with the production, and

20  as far as can I tell, all the FBI agent notes

21  relevant to those interviews have been produced.

22  But I'd also ask that the task force officers that

23  were associated with those interviews have their

24  notes be produced.

25         And I know that the Court, early on, made

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  a finding that the Department of Corrections was

2  within the realm of the prosecution agency of the

3  Department of Justice for the purposes of this

4  trial.  And I don't know that Adam Vigil or

5  Christopher Cupit took notes.  But I'd like the

6  Government, at least to make due diligence to

7  inquire and see if they did.

8        THE COURT:  Cupit and who?

9        MR. LOWRY:  It was Captain Cupit.

10       MR. BECK:  We included -- I mean, as a

11 task force officer, we include them as FBI, so we

12 did make inquiry as to his personal notes.

13       THE COURT:  So given Mr. Lowry's

14 representation, it doesn't sound like you expect to

15 produce any more documents; am I correct?

16       MR. BECK:  I don't think so.  I don't know

17 about Adam Vigil.  He was a task force officer, but

18 I don't think he attended any of those.

19       MR. LOWRY:  Well, Adam Vigil was at the

20 initial interview with Lupe Urquizo on February 24,

21 2017.

22       MR. BECK:  We'll make inquiry.

23       THE COURT:  Okay.  Does that --

24       MR. LOWRY:  Yes.

25       THE COURT:  -- given what you know, and

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   what you have, we're in good shape now?

 2              MR. LOWRY:  Yes, Your Honor.

 3              THE COURT:  And are you satisfied, Ms.

 4   Fox-Young, as well?

 5              MS. FOX-YOUNG:  Yes, Your Honor.  Thank

 6   you.

 7              THE COURT:  Did y'all reach a decision as

 8   to whether you want the Government to have anybody

 9   here tomorrow, just in case you want to call them,

10   Ms. Jacks?

11              MS. JACKS:  Your Honor, we have not

12   reached a consensus.  I think maybe some of the

13   testimony this afternoon may help us do that.

14              THE COURT:  Okay.  Can y'all wait a little

15   bit and see?

16              MS. ARMIJO:  Yes.  I know that Corrections

17   usually requires that we tell them by 4:00, so we

18   would probably need to know sooner rather than

19   later, because they have to come up with operation

20   plans.  And we also have to notify the marshals.

21   I'm not as concerned with the Marshal's office, but

22   Corrections does need to come up with an operations

23   plan to bring people, especially because they're not

24   expecting to.

25              THE COURT:  Well, let me ask the
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1  Government this:  What do you think about just
 2  bringing those people that you think may end up
 3  being witnesses here?  And if the defendants need
 4  them, they can use them; and if they don't, they can
 5  take them back tomorrow.  What would you think about
 6  that, since we're at 4:15?
 7          MS. ARMIJO:  We could go ahead and try to
 8  figure out who it is that they may.  But if at the
 9  end of the day they could please let us know, then
10  we can cancel it or --
11          THE COURT:  Okay.  Could we do that, Ms.
12  Jacks?  They'll go ahead and make arrangements to
13  get the people here, but if you decide that you
14  definitely know you don't want them, you'll tell
15  them, so they can cancel them?
16          MS. JACKS:  I think that sounds workable.
17          THE COURT:  Okay.  Does that work, Ms.
18  Bhalla?
19          MS. BHALLA:  Yes, Your Honor.
20          THE COURT:  All right.  So we'll go that
21  way.
22          All right.  Let's see.  We have Mr.
23  Sainato on the stand.  I think you wanted to
24  continue the questioning, Ms. Jacks?
25          MS. JACKS:  I do, Your Honor.  And I want
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    to move to the interview of Lupe Urquizo on January

2    22nd.

3                    REDIRECT EXAMINATION

4    BY MS. JACKS:

5         Q.    So Agent Sainato, you have Exhibits S and

6    T up there, right?

7         A.    Yes, ma'am.

8         Q.    So let me ask you a few just preliminary

9    questions.  Did you participate in an interview of

10   government witness, Lupe Urquizo, on January 22,

11   2018?

12        A.    I did.

13        Q.    And who else was present during that

14   interview?

15        A.    It was Mr. Beck, Mr. Urquizo's attorney

16   whose name is Camunez -- I can't remember

17   specifically her last name.  And then I believe Mr.

18   Castellano was in and out during that interview.

19        Q.    And what about FBI Agent Nancy Stemo?

20        A.    She was not present.

21        Q.    Can I ask you to take -- there is a 302

22   prepared regarding that particular meeting; correct?

23        A.    Looks like Exhibit S is that 302.

24        Q.    Is that the 302 that was prepared in

25   connection with that interview of Mr. Urquizo?



SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                  201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                           FAX (505) 843-9492
                                                                  1-800-669-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE                                   e-mail: info@litsupport.com

1        A.    I believe so, yes.

2        Q.    Well, is there something I can do to help

3    you be more certain?

4        A.    Give me a second to read it.

5        Q.    Please.

6        A.    Yes, ma'am, that is it.

7        Q.    Who authored that 302?

8        A.    Agent Stemo did.

9        Q.    So that would mean that she was present

10   during the meeting, right?

11       A.    No, she was not.  She wrote the report.

12       Q.    So Agent Stemo wrote a 302 regarding an

13   interview with Mr. Urquizo that she did not

14   participate in?

15       A.    Off of my notes, yes, ma'am.

16       Q.    So you took notes during the interview?

17       A.    Yes, ma'am.

18       Q.    So should it be your name at the bottom?

19   Should your name be included on the 302?

20       A.    This is the first I'm seeing it.  And it

21   looks like she just listed FBI personnel.  So my

22   name is not on there.

23       Q.    And your name is not on the line for the

24   person who authored it, is it?

25       A.    No, ma'am.

SANTA FE OFFICE                                                        MAIN OFFICE
119 East Marcy, Suite 110                                     201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492                                            FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.    How did you take notes during the meeting

 2   with Mr. Urquizo on January 22, 2018?

 3        A.    On my laptop.   I type them.

 4        Q.    And looking at what's been marked as

 5   Defendants' Exhibit T, the four-page document, does

 6   that appear to be the notes that you're now saying

 7   you took on January 22, 2018?

 8        A.    Yes.

 9        Q.    And do you know that those were provided

10   to us last night with the representation that they

11   were taken by Agent Stemo?

12        A.    No, I did not.

13        Q.    So how long is the 302 that Agent Stemo

14   prepared in regards to that meeting with Mr.

15   Urquizo?

16        A.    It's approximately a page.

17        Q.    Not even a whole page, right?

18        A.    Correct, four paragraphs.

19        Q.    Four paragraphs, about two-thirds of the

20   page?

21        A.    Yes.

22        Q.    And your notes are four pages of

23   single-spaced typing?

24        A.    Yes, ma'am.

25        Q.    Now, I want to discuss some questions
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  about the interview with Mr. Urquizo on January 22,

2  2018.  During that interview, did Mr. Urquizo talk

3  about the Molina homicide?

4      A.  He did.

5      Q.  And during that interview, did he talk

6  about what happened once he got to Southern New

7  Mexico Correctional Facility?

8      A.  May I refer to my notes?

9      Q.  Sure.  Do you want to take a minute to

10  look through your four pages of notes before I ask

11  you these questions?

12      A.  If you could zero me in on what spot

13  you're talking about, it would expedite it, or I

14  could read them in their entirety.

15      Q.  Agent Sainato, you knew you were going to

16  be called to testify about this interview?

17      A.  No, ma'am.  I was under the impression I

18  being called to testify about the Rodriguez

19  property.

20      Q.  Let me give you a minute.  Or why don't

21  you take some time to review the notes and the 302,

22  and let me know when you're ready to answer

23  questions.

24      A.  Okay.

25      Q.  Thank you.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    Thank you.

 2        Q.    So I'm going to ask you some questions

 3   about what Mr. Urquizo told you regarding the things

 4   that happened at Southern New Mexico Correctional

 5   Facility after he got there on March 6.

 6        A.    Okay.

 7        Q.    And if you need to refer to your notes,

 8   just let me know.

 9        A.    Okay.

10        Q.    So first of all, during that interview did

11   Mr. Urquizo tell you that when he got down to

12   Southern New Mexico Correctional Facility there was

13   no property officer on duty?

14        A.    I just read that in my notes, yes, ma'am.

15        Q.    Well, do you have a recollection of it,

16   other than having just read it in your notes?

17        A.    So this was a pretrial interview, and it

18   was being led by Mr. Beck.  And I was taking notes

19   as quickly as I could.  So my recollection of what

20   was actually said is going to be spotty.  But I took

21   pretty detailed notes.  So I would represent that

22   whatever is on the notes is what was discussed.

23        Q.    Okay.  You'll agree with me that the notes

24   are substantially longer than the 302?

25        A.    Yes.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.    And you were basically taking
 2   contemporaneous notes on your laptop as Mr. Beck was
 3   conducting the interview?
 4        A.    Yes.
 5        Q.    And were you writing things down in your
 6   notes that were not said?
 7        A.    No, ma'am.
 8        Q.    You were writing things as they were said?
 9        A.    Correct.
10        Q.    So when you testify today, you're
11   testifying just from your notes?  Or you're
12   testifying from your notes and your memory of the
13   interview?
14        A.    Mostly the notes, ma'am.  If there is
15   something I remember specifically from that
16   conversation, I'll let you know.
17             MS. JACKS:  Your Honor, again, I'm going
18   to renew my -- the other two witnesses to this
19   conversation are the prosecutors, Mr. Beck and Mr.
20   Castellano.  And I'm again going to move for their
21   exclusion.  If this agent is only testifying about
22   what's in his notes, then those are really the only
23   two witnesses that can testify about what was
24   actually said.  And for them to -- I just think it's
25   improper for them to be getting a preview of what
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1  the testimony is, and hear the testimony of each

2  other.

3          THE COURT:  Well, I'm going to deny the

4  request.  I think they're attorneys, and I'm going

5  to have to accept their representations and

6  truthfulness to try to determine these issues.

7          MS. JACKS:  And you certainly understand

8  Mr. Sanchez' position, that while they're attorneys,

9  they're attorneys that held on to notes that

10 certainly appear to be on their face exculpatory for

11 over a month, and didn't present them to the defense

12 until 22 days after the witness' testimony was

13 completed in this trial.

14         THE COURT:  Well, it seems to me that all

15 the evidence I've heard this afternoon has been to

16 the contrary; that they weren't aware of anything

17 that -- here until this weekend.  So I can't agree

18 with you that what you said there is --

19         MS. JACKS:  Well, I'm assuming what the

20 Court --

21         THE COURT:  -- that the attorneys held on

22 to the notes.  I haven't heard anything.

23         MS. JACKS:  Well, in my motion to dismiss,

24 what I represented is these notes, which are now

25 Exhibit T, were presented to us last night.  They're

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   notes from a meeting with Mr. Urquizo on January 22,
 2   2018, as this witness just testified.  And the notes
 3   on their face are exculpatory.  As I filed --
 4            THE COURT:  I understand your position.
 5            MS. JACKS:  Okay.  Thank you.
 6            THE COURT:  I misunderstood what you said.
 7            MS. ARMIJO:  Your Honor, if I may, I have
 8   an email from my supervisor.  I wanted to inform the
 9   Court because it's different than what they
10   previously told me.
11            THE COURT:  Okay.
12            MS. ARMIJO:  So our position is that we
13   believe that Mr. Beck's testimony is not relevant.
14   Outrageous Government conduct doesn't apply here
15   because the conduct at issue doesn't relate to the
16   creation of the crime or coercion to commit the
17   crimes.  And we have a case on that.  It's the Dyke
18   case, which is a Tenth Circuit case that I believe
19   was written by now-Justice Gorsuch.  The issue is
20   Giglio and the good faith/bad faith of a prosecutor
21   is not relevant to Giglio.
22            If the Court wants to question Mr. Beck on
23   the issue personally, of course, that is preferable
24   to having Mr. Beck testify.  And if the Court is
25   still inclined to have -- oh, and here's the cite,
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
1   718 F.3d 1282.  Again, that's 718 F.3d 1282.

2           If, Your Honor, if you're still inclined

3   that you want Matt to testify, and if you ask if our

4   office objects on Touhy grounds, we may then comply.

5   But our position is still that, as I stated before,

6   we don't think it's relevant.  And certainly, if the

7   Court has questions for Mr. Beck, the Court can

8   inquire.  And that's preferable to testimony.

9           THE COURT:  All right.  So I don't know

10  how you want to proceed.

11          MS. JACKS:  I'm prepared to proceed with

12  the testimony of this witness.

13          The case law that I cited regarding

14  outrageous Government conduct, I'm not alleging that

15  they created this crime.  What I'm saying -- and I

16  think the defense -- or the assertion has been a way

17  to challenge any sort of Government conduct that

18  violates the Due Process Clause of the Constitution.

19          So it's my position that, by withholding

20  notes for 22 days after a witness testifies, that

21  appear on their face to be exculpatory, in an effort

22  to gain a tactical advantage at trial is outrageous.

23  And it's just a separate claim on top of the

24  Brady-Giglio violation.

25          THE COURT:  All right.  Well, go ahead.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   If you want to proceed with your direct examination
 2   of Mr. Sainato, go ahead and do that.
 3           MS. JACKS:   Thank you.
 4   BY MS. JACKS:
 5       Q.    Agent Sainato, did Mr. Urquizo tell you on
 6   January 22, 2018 that when he arrived at Southern,
 7   he was put into yellow pod?
 8       A.    May I?
 9       Q.    Do you need to refer to your notes?
10       A.    I do, ma'am.
11       Q.    Okay.  I think that would be at page
12   54287.
13       A.    Yes, ma'am.
14       Q.    And did he also tell you that, as he was
15   on his way to yellow pod, he passed Blue on the way
16   to the pod?
17       A.    Again, if I may.  I think what I wrote was
18   they passed blue pod on the way in.
19       Q.    Okay.  I'm sorry.  And did he tell you as
20   they passed blue pod, he spoke to Blue, Red, and
21   Jerry Montoya?
22       A.    Yes, ma'am.
23       Q.    And who is Blue?
24       A.    Mario Rodriguez.
25       Q.    And who is Red?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1        A.    My understanding, Timothy Martinez.

2        Q.    And Jerry Montoya?

3        A.    Yes.

4        Q.    So he told you on his way in, he spoke to

5   those three individuals?

6        A.    That's what I wrote, yes, ma'am.

7        Q.    Did he tell you then that he spoke to the

8   same three individuals through the door between the

9   pods?

10        A.    If I may.  I wrote that:  Correction

11   officer went into Mr. Urquizo's cell to shake it

12   down.  And Urquizo spoke to the trio, referenced

13   Blue, Red, and Jerry Montoya through the door

14   between the pods.

15              Yes, ma'am.

16        Q.    Did Mr. Urquizo tell you that Rodriguez

17   asked him if he had the paperwork for Molina?

18        A.    Yes.

19        Q.    Did Mr. Urquizo tell you on that date that

20   Mr. Rodriguez passed a note under the door which

21   asked about the Molina paperwork?

22        A.    That's what I wrote in my notes.  I don't

23   remember specifically, but that's what I wrote.

24        Q.    Did he also tell you that Rodriguez --

25   that in the note, Rodriguez said he wanted to have

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                       Albuquerque, NM 87102
(505) 989-4949                                                    (505) 843-9494
FAX (505) 843-9492                                          FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1    Timothy Martinez, Jerry Montoya, and Jerry Armenta

2    do the hit on Molina?

3         A.   That's also in my notes, yes.

4         Q.   And you were writing what was said while

5    you were in the room?

6         A.   Yes.

7         Q.   Did Mr. Urquizo tell you the next day

8    Mario Rodriguez sent him a note saying Molina would

9    be hit or killed that afternoon?

10        A.   Again, that's what I have in my notes.

11        Q.   And, again, you were writing what was said

12   in the room, right?

13        A.   Yes, ma'am.  I was typing the conversation

14   that was going on.

15        Q.   Did Urquizo say again at that time Mario

16   Rodriguez said Jerry Montoya, Jerry Armenta, and

17   Timothy Martinez were going to be tasked with doing

18   the hit?

19        A.   Again, that's what I wrote down from the

20   conversation.

21        Q.   And did he tell you that according to what

22   Rodriguez told him, it was Daniel Sanchez's job to

23   cover the camera?

24        A.   Again, I'll say that that's what's in my

25   notes from the conversation, yes, ma'am.

SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                      201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492
                                                                 1-800-669-9492
                                                        e-mail: info@litsupport.com



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

134

```
1      Q.   And did he tell you that he showered, got

2   back to his cell, and shortly thereafter he heard

3   noises that made him know that Molina -- the hit on

4   Molina had happened?

5      A.   Yes, that's also in my notes.

6      Q.   Let me just go back, because I missed a

7   sentence.  Prior to Mr. Molina being killed, did

8   Urquizo tell you that he actually took the paperwork

9   and attached a letter to it and slid it under his

10  door to Mr. Herrera?

11     A.   Where are we at, ma'am?

12     Q.   Back on 54287.

13     A.   Where at on the page?

14     Q.   The second to the last paragraph.

15     A.   Could you repeat the question one more

16  time?

17     Q.   Yes.  Did Mr. Urquizo tell you that prior

18  to Mr. Molina being killed, that he got paperwork

19  from his property and attached a note to it and slid

20  it under his door to Carlos Herrera?

21     A.   I wrote, "Rodriguez passed Urquizo a note

22  under the door which also asked if he had the Molina

23  paperwork or the Montoya paperwork."

24     Q.   My question is:  Did Mr. Urquizo tell you

25  that the next day, the day after he got to Southern
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  New Mexico Correctional Facility, that he got the

2  paperwork and wrote a letter and attached it to the

3  paperwork and slid it under the door to Carlos

4  Herrera?

5       A.   Oh, I'm sorry.  The next paragraph.  That

6  is what I wrote, ma'am.  Again, I was typing.  I

7  don't remember.  But that is what I wrote from the

8  conversation.

9       Q.   Okay.  You were in the room and you could

10  here what was said, right?

11       A.   Yes, ma'am.

12       Q.   And you were writing on your computer what

13  was said during the conversation?

14       A.   Yes, ma'am.

15       Q.   Did Mr. Urquizo tell you during that same

16  conversation that he got the paperwork back from

17  Herrera before Mr. Molina was killed?

18       A.   On the next page?

19       Q.   Yes.

20       A.   Yes, ma'am, that's in my notes.

21       Q.   And did Mr. Urquizo tell you on January

22  22, 2018, that after the murder happened, that he,

23  Mario Rodriguez, David Calbert, Robert Martinez, and

24  Roy Martinez all discussed hitting or killing Daniel

25  Sanchez?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    A.   Yes, ma'am.  That's also in my notes from

2    the conversation.

3        Q.   And did he tell you the reason they were

4    discussing hitting or killing Daniel Sanchez was

5    because he did not participate in the Molina

6    homicide or even cover the camera like he was

7    supposed to?

8        A.   That is what I wrote down, yes, ma'am.

9        Q.   And you were writing down what was said

10   during the conversation, weren't you?

11       A.   Yes, ma'am.

12       Q.   And did Mr. Urquizo also discuss with you

13   that there was some concern about their ability to

14   get to Mr. Sanchez so they discussed killing his

15   brother instead?

16       A.   That, I do remember, yes, ma'am.

17            MS. JACKS:  May I just have a moment?

18            THE COURT:  You may.

19       Q.   Okay.  Agent Sainato, I just want to go

20   back over the things that I asked you about, and ask

21   you if that's in the 302 that is Exhibit S.

22       A.   Okay.

23       Q.   So let's start with:  Does the 302 that is

24   Exhibit S, that purports to document this

25   conversation, say that there was no property -- that

SANTA FE OFFICE                                      MAIN OFFICE
119 East Marcy, Suite 110                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                 Albuquerque, NM 87102
(505) 989-4949                                            (505) 843-9494
FAX (505) 843-9492                                  FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1    Urquizo said there was no property officer on duty

2    when he got to Southern?

3         A.   Are you asking if that's in the 302?

4         Q.   Right.

5         A.   No.

6         Q.   Does the 302 say anything about him

7    speaking to Blue, Red, and Jerry Montoya as he

8    passed blue pod?

9         A.   No.

10        Q.   Does it say anything about him speaking to

11   Blue, Red, and Jerry Montoya through the door

12   between the pods thereafter?

13        A.   No, ma'am.

14        Q.   Does it say anything about Rodriguez

15   asking him about the paperwork for Molina?

16        A.   No, ma'am.

17        Q.   Does it say anything about Rodriguez

18   passing a note under the door, stating that it was

19   his plan to have Timothy Martinez, Jerry Montoya,

20   and Jerry Armenta do the hit on Molina?

21        A.   That is not in the 302.

22        Q.   I'm sorry.  I didn't hear.

23        A.   It's not in the 302.

24        Q.   Does the 302 say anything about Mr.

25   Urquizo passing the paperwork, along with a letter,



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1 under the door to Mr. Herrera?

2      A.   No, ma'am.

3      Q.   Does the 302 say anything about Rodriguez

4 sending a letter to Mr. Urquizo, saying that Molina

5 would be hit that afternoon?

6      A.   No, ma'am.

7      Q.   Does the 302 say anything about Mr.

8 Urquizo telling you that Mario Rodriguez told him

9 Jerry Montoya, Jerry Armenta, and Timothy Martinez

10 were tasked with the hit?

11      A.   No, ma'am.

12      Q.   Does the 302 say anything about the task

13 that Daniel Sanchez was assigned, to cover the

14 camera?

15      A.   No.

16      Q.   Does the 302 say anything about the

17 discussion that Mr. Urquizo reported having after

18 the murder with Mario Rodriguez, David Calbert,

19 Robert Martinez, and Roy Martinez about killing Mr.

20 Sanchez?

21      A.   No, ma'am.

22      Q.   And does the 302 say anything about the

23 discussion, the further discussion about killing Mr.

24 Sanchez, because he did not participate in the

25 Molina homicide or even cover the camera like he was



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    supposed to?

2         A.   No, ma'am.

3              MS. JACKS:  I have nothing further.

4              THE COURT:  Thank you, Ms. Jacks.

5              We kind of broke up the defendants.  Did

6    anybody else have any direct that they wanted

7    before -- not seeing any, Mr. Castellano, are you

8    going to conduct the cross-examination of Mr.

9    Sainato?

10             MR. CASTELLANO:  I'm starting with the

11   first part of the hearing regarding the box of

12   documents.

13             MS. JACKS:  Your Honor, I would object to

14   Mr. Castellano or Mr. Beck questioning Agent Sainato

15   about the conversation with Lupe Urquizo.  They're

16   both witnesses.

17             MR. CASTELLANO:  That's why I'm starting

18   with the box of documents, Your Honor.  This is

19   going to be broken in two pieces.

20             THE COURT:  Okay.

21             MR. CASTELLANO:  And do we have all of the

22   exhibits?  I don't know if I have all of them.

23             MS. JACKS:  I think they're stacked up

24   there.

25



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1                  CROSS-EXAMINATION

2    BY MR. CASTELLANO:

3         Q.   Agent Sainato, let me try to go through

4    these one at a time, starting with Defendants'

5    Exhibit A.  Do you know where this document came

6    from?

7         A.   I believe it's Agent Acee's notes on

8    briefing the director.

9         Q.   So do you recognize these as his notes

10   from his meeting this week?

11        A.   Yes, sir.

12        Q.   Do you know how these got into the box?

13        A.   Not a clue.  Actually, I don't believe

14   they were in the box.  I think it somehow got mixed

15   in when we were making copies of all the materials.

16        Q.   Okay.  So Defendants' Exhibit A, can you

17   affirmatively state that this was not part of Mario

18   Rodriguez' property?

19        A.   Yes, sir.

20        Q.   Let me take that one off.  Defendants'

21   Exhibit B.  I don't know if you're familiar with the

22   discovery in this case or the state case, but does

23   it look like a summary of what was captured on

24   cameras?

25        A.   Yes.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.    And are you aware of the fact that Mr.

2  Rodriguez was charged in the state case first?

3      A.    No.

4      Q.    And if he was charged in the state case,

5  would it be fair to assume he got discovery from the

6  state case?

7      A.    Yes.

8      Q.    Given the fact that this document doesn't

9  have a Bates number on it, would it lead you to

10 conclude that he got this from another source?

11     A.    I suppose.

12     Q.    So if he was in a state case, and they had

13 discovery, then this could be related to the state

14 case?

15     A.    Correct.

16          MR. CASTELLANO:  Before I go forward, Your

17 Honor, I need to just make the record because I'm

18 not sure the source of this information.  I believe

19 Ms. Jacks questioned Agent Sainato about Robin

20 Martinez, also known as Robin Lovelace.  I think

21 Mr. Jewkes previously represented --

22          MR. JEWKES:  Right here.

23          MR. CASTELLANO:  -- previously represented

24 Ms. Lovelace.  So I want to make sure we clear up

25 any issues regarding any potential conflicts.  She's

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                      Albuquerque, NM 87102
(505) 989-4949                                                    (505) 843-9494
FAX (505) 843-9492                                          FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

142

```
 1  represented by him previously in that case, which is

 2  a wiretap case.

 3          THE COURT:  Is this a wife?  A girlfriend?

 4  What is this?

 5          MR. CASTELLANO:  The Robin Martinez was

 6  listed on the numbers that we're going to be talking

 7  about here in a second.  Actually, let me show you.

 8  Defendants' Exhibit C is one of the letters they

 9  referred to, which is a letter from -- purportedly

10  from Robin Martinez to Timothy Martinez.  And Ms.

11  Jacks asked if Robin Martinez was also known as

12  Robin Lovelace.  And my understanding is that

13  Mr. Jewkes represented Ms. Lovelace in the

14  investigation for which they've been asking about.

15          So we don't have to do it today, but I

16  just need to bring it up with the Court that we may

17  need to address that at some point.

18          THE COURT:  Okay.

19          MR. JEWKES:  Your Honor, if we may?

20          THE COURT:  You may.

21          MR. JEWKES:  I'd like to get into it

22  today.

23          THE COURT:  Well, go ahead and say

24  whatever you want to say on it.

25          MR. JEWKES:  Your Honor, I was appointed
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  by the Court in 2015 to represent Ms. Lovelace.

2          THE COURT:  Was this a case up here in Las

3  Cruces, or --

4          MR. JEWKES:  Yes, sir.

5          THE COURT:  A federal case?

6          MR. JEWKES:  Yes, sir, Judge Brack,

7  presiding judge, a very large methamphetamine case.

8  My client, Ms. Lovelace, made it clear to me that

9  she didn't want to go to trial.  We negotiated the

10  case.  She got a fairly lengthy prison sentence.

11  She did not cooperate.

12          About a week or 10 days before this trial

13  started, I got a call from Ms. Armijo, asking me if

14  Robin had given me any information about the SNM

15  case.  Prior to that, I was aware or at least I

16  thought she was dating someone in SNM, because I had

17  been warned of that by some other member of the U.S.

18  Attorney's Office, and I believe it was Terry

19  Abernathy; is that correct?

20          MS. ARMIJO:  Ms. Abernathy is the one who

21  prosecuted Robin Lovelace.  It was a wiretap

22  investigation.

23          MR. JEWKES:  At that time I inquired, I

24  believe of Ms. Abernathy, as to -- because I was

25  concerned as to whether or not there was a conflict,

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1  because I told her I represented a defendant who has

2  been indicted in the SNM case.  I never got an

3  answer back.

4          So at any rate, about a week or 10 days

5  before jury selection in this case, so that would

6  have been, I'm guessing, mid January, past January,

7  Ms. Armijo asked me what, if anything, Robin had

8  told me about SNM, Timothy Martinez, so on.  And I

9  responded, "Nothing," because that's the case.  Ms.

10 Lovelace was not particularly interested in talking

11 to me about SNM.  All she was worried about was her

12 case.

13         So now, based on the latest document dump

14 we got, I have to ask myself why the Government was

15 so concerned, just before jury selection, about

16 whether or not Ms. Lovelace had given me

17 information.  Because it's apparently becoming

18 somewhat apparent that she and Timothy Martinez were

19 fabricating stories, if it's to be believed, what's

20 in that discovery.

21         So I wanted to make that disclosure to the

22 Court.  Yes, I did represent Ms. Lovelace.  She

23 would not discuss her love life with me or the fact

24 that she was at one time dating an SNM member --

25 well, I take it back.  I got kind of a warning from

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  the U.S. Attorney's Office about Ms. Lovelace's

2  relationship, and so I did lecture Ms. Lovelace

3  about getting involved in something like that.

4           Apparently, the US Marshal service was

5  concerned because there were telecommunications

6  between Ms. Lovelace and someone in SNM.  And they

7  never would give me his name.  It's very apparent

8  now who it was.

9           But anyway, that's the extent of my

10 knowledge about Ms. Lovelace and the SNM.

11          Your Honor, I'll answer any questions.

12          THE COURT:  All right.  I don't think I

13 have any at the present time.  This is all catching

14 me a little cold.

15          MR. JEWKES:  I know.  I know.

16          THE COURT:  All right.  Thank you,

17 Mr. Jewkes.

18          Why don't we do this, Mr. Castellano.  I

19 need to give Ms. Bean a little break, so why don't

20 we let her rest her fingers, and then we'll resume

21 with your cross-examination of Mr. Sainato.

22          All right.  We'll be in recess for a few

23 minutes.

24          (The Court stood in recess.)

25          THE COURT:  All right.  We got everybody

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                 Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 843-9492                                                 FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1  back.  Looks like everybody has got a defendant and

 2  attorneys.  All right.

 3           Mr. Sainato, I'll remind you that you're

 4  still under oath.

 5           THE WITNESS:  Yes, Your Honor.

 6           THE COURT:  Mr. Castellano, if you wish to

 7  continue your cross-examination of Mr. Sainato, you

 8  may do so at this time.

 9           MR. CASTELLANO:  Thank you, Your Honor.

10  BY MR. CASTELLANO:

11      Q.   Agent Sainato, did you know that -- well,

12  even when you had this box, that Robin Lovelace and

13  Robin Martinez were the same person?

14      A.   No, sir.

15      Q.   I'm showing you Defendants' R.  And this

16  is your report at the bottom that says, on September

17  1st:  Due to external circumstances, the UCE did not

18  meet Lovelace and the transaction did not take

19  place.

20           Do you remember that?

21      A.   Not really, sir.  I was maybe a little

22  over a month out of the Academy on that date.  I

23  don't -- until I was shown that exhibit, I did not

24  remember that report.

25      Q.   Do you recall that the operation was
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1  called off because the agents found that she was

 2  part of a wiretap investigation?

 3       A.   No, I did not know that.

 4       Q.   Actually, let me show you that one more

 5  time.  It does says:  Due to external circumstances,

 6  case agents called off that operation?

 7       A.   Yes, sir.

 8       Q.   This is Defendants' C, the letter

 9  purportedly between Robin Martinez and Timothy

10  Martinez, dated 10/22 of '15.  Do you know if you

11  read this letter at all?

12       A.   Did I?

13       Q.   Yes.

14       A.   Not until it was on the screen.

15       Q.   So when you had the box of documents, was

16  this something you would have been looking for in

17  terms of correspondence between people?

18       A.   No, not specifically.

19       Q.   And when you saw the name Monster in

20  there, would you know if that was an a/k/a for

21  somebody or a nickname?  Would that have any meaning

22  to you?

23       A.   No, I don't know who Monster is.

24       Q.   And would you know whether or not Monster

25  was the same person as B, or whether they were

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                   FAX (505) 843-9492
                                                          1-800-669-9492
                                              e-mail: info@litsupport.com



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    different people?

2        A.    I don't.

3        Q.    So on the next page where it says, "I hope

4    our Monster will keep in touch with us when he

5    leaves," did you know who that was and where he was

6    going?

7        A.    No, sir.

8        Q.    As far as you can tell, by just glancing

9    at it, does it look like anything more than a letter

10   between two people?

11       A.    That's what it looks like on its surface.

12       Q.    Turning to Defendants' D, which is

13   purportedly another letter between Robin Martinez

14   and Timothy Martinez, does it have any significance

15   to you that one inmate's mail was in another

16   inmate's property?

17       A.    No, sir.

18       Q.    Did you know whether that was even a

19   violation of prison rules, or whether it was

20   allowed?  What did you know?

21       A.    I don't.

22       Q.    Were you familiar with any prison rules on

23   whether or not that was permitted?

24       A.    No, sir.

25       Q.    I'm showing you the first page of that

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    letter.  Does it look like anything else, dated

2    10/23 of '15, other than a letter between two

3    people?

4         A.   Not on its surface, no, sir.

5         Q.   On the second page, which is highlighted,

6    when it says, "Yeah, I would like to know what ole

7    boy had to say, but you already know that his

8    version of the story does not match up to the

9    evidence or to everyone else's statements," did that

10   have any significance to you?

11        A.   I don't know what that's referring to, no,

12   sir.

13        Q.   So at the bottom where is says, "Why did

14   they move you again, and they left our Monster over

15   there by hisself.  That's messed up," did you have

16   any idea what that meant or what that referred to?

17        A.   No, sir.  I don't know who Monster is.

18        Q.   The same thing with Defendants' E, another

19   letter between Robin Martinez and Tim Martinez,

20   apparently also dated on 10/23 of '15.  Did this

21   appear to you to be anything more than a letter

22   between two people?

23        A.   No, sir.

24        Q.   And on the next page of that exhibit where

25   it's highlighted, "Tell our Monster" -- and there is

SANTA FE OFFICE                                                              MAIN OFFICE
119 East Marcy, Suite 110                                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                                     Albuquerque, NM 87102
(505) 989-4949                                                              (505) 843-9494
FAX (505) 843-9492                                                      FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1   something between "B" and "hello."  Do you know if

2   that's "Monster" and "B," or if it's just "Monster"

3   and some scribble?

4        A.   I don't know.

5        Q.   Can you tell whether or not Monster and B

6   are even the same person?

7        A.   No, sir.

8        Q.   The next page is highlighted.  "Let me

9   know if you talk to the attorney.  I really want to

10  know."

11            Does that mean anything to you?

12       A.   No, sir.

13       Q.   On Defendants' F, dated November 19th of

14  2014, if that was a request for documents by Mario

15  Rodriguez, are you aware of whether he was an active

16  SNM member in November of 2014?

17       A.   I believe he was.

18       Q.   And if he was seeking documents on

19  somebody who had cooperated in the case, would that

20  be consistent with an SNM member trying to figure

21  out who is ratting?

22       A.   Yes, sir.

23       Q.   And, in fact, wouldn't it be his duty to

24  seek out rats and potentially kill them?

25       A.   That's my understanding.

SANTA FE OFFICE                                                                                    MAIN OFFICE
119 East Marcy, Suite 110                                                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                                                      Albuquerque, NM 87102
(505) 989-4949                                                                                        (505) 843-9494
FAX (505) 843-9492                                                                          FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   Is that inconsistent with SNM membership?

 2        A.   No, sir.

 3        Q.   I'll ask the same thing of Defendants' G.

 4   Would you be surprised if an active SNM member was

 5   seeking out information on other people in other

 6   cases?

 7        A.   No, sir.

 8        Q.   And seeing a cause number, were you aware

 9   of whether or not he was a co-defendant in that case

10   seeking information?

11        A.   I don't know what that cause number

12   relates to.

13        Q.   And Defendants' I.  This is the one where

14   it says at the bottom, "Plus he was scared of me.

15   Even when I was asleep he was scared.  One day

16   during count he told me that he couldn't sleep.  Why

17   is that?"

18             Was Mario Rodriguez known as a scary guy?

19        A.   I don't know.

20        Q.   Did you ever hear rumors of him biting

21   people's ears off?

22        A.   Yes, sir.

23        Q.   Did you know that he had a reputation that

24   was brought up in trial as a scary person?

25        A.   No, sir.  This is my first time in this
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    courtroom.

2        Q.   And so you didn't see a video of him

3    stabbing someone and then biting his ear off; is

4    that correct?

5        A.   I have seen a video of him stabbing

6    somebody in a prison facility.

7        Q.   And that's pretty scary, isn't it?

8        A.   Yes, sir.

9        Q.   They marked Defendants' J, but nothing is

10   highlighted.  Did that have any significance to you?

11       A.   No, sir.

12       Q.   And when you initially reviewed the

13   documents, do you know if you even saw this

14   document?

15       A.   No, sir, I don't recall it.

16       Q.   And Defendants' K, do you know the

17   significance of one inmate having a commissary form

18   with another inmate's name on it?

19       A.   No, sir.

20       Q.   Do you know if that's a violation of rules

21   or what any of this information means?

22       A.   No, sir.

23       Q.   And did you know the connection between

24   Mauricio Varela, whose name is on here, and Mario

25   Rodriguez?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1        A.    I believe them both to be SNM members.

2        Q.    I'm showing you Defendants' H.  There are

3   some names highlighted on it, including Jerry

4   Armenta and Jerry Montoya.  Did you know those to be

5   SNM Gang members along with Mr. Rodriguez?

6        A.    Yes, sir.

7        Q.    On this page is also something referring

8   to four directions, north, south, east, west; four

9   seasons; four parts of the day; and four divisions

10  of life.  Did that mean anything to you?

11       A.    Not before the initial examination when I

12  was made aware of it.

13       Q.    And so what's your understanding now of

14  that information?

15       A.    That it relates to SNM prose, for lack of

16  a better word.

17       Q.    And so if it had something to do with the

18  structure of the organization, would that be

19  consistent with SNM membership?

20       A.    Yes, sir.

21       Q.    And are you aware of whether Mr. Rodriguez

22  testified about the organization as explained to him

23  by Mr. Baca?

24       A.    I don't know what Mr. Rodriguez testified

25  to.

SANTA FE OFFICE                                                      MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                       (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1    Q.    Also, on the next page it looks like at

2    the bottom, highlighted, is "Mauricio Varela."  Did

3    you see that name a little bit ago on the commissary

4    form?

5    A.    Yes, sir.

6    Q.    And were you aware of whether or not Mr.

7    Varela was moved out of state after the Molina

8    murder?

9    A.    I don't recall specifically.

10   Q.    And do you recognize his name as that of

11   another SNM Gang member?

12   A.    As far as I know, there is only one

13   Mauricio Varela.

14   Q.    So would you be surprised if an SNM Gang

15   member had in his address book names and addresses

16   of other SNM Gang members?

17   A.    Not particularly, no, sir.

18   Q.    Let me show you another exhibit, which is

19   Defendants' H.  Is it basically an address book?

20   A.    Yes.

21   Q.    So does it have in it tabs and things of

22   that nature consistent with an address book?

23   A.    Yes, sir.

24   Q.    Now, turning to that exhibit, it does have

25   the name on here, "Honorable Darren Kugler."  Did

SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                               Albuquerque, NM 87102
(505) 989-4949                                                          (505) 843-9494
FAX (505) 843-9492                                               FAX (505) 843-9492



1-800-669-9492
e-mail: info@litsupport.com

1   you know that was a state district judge?

2          A.    No, sir.

3          Q.    Did you know that 201 West Picacho is the

4   address to the State District Courthouse here in Las

5   Cruces?

6          A.    Not until I looked it up, but I'm aware of

7   that now, yes, sir.

8          Q.    So you're aware that is not a judge's home

9   address, but a business location?

10         A.    Correct.

11         Q.    Defendants' P.  This refers to Mr.

12  Rodriguez, apparently from the writing, hitting an

13  officer in the face with a sock with a soda can

14  inside.  Do you see that?

15         A.    Yes.

16         Q.    Are you aware that he was actually

17  cross-examined on that incident at trial?

18         A.    No, sir.  Again, I wasn't present.

19         Q.    And Defendants' Q says, "I'm in constant

20  need for conflict and enemies.  Otherwise, I wage

21  war upon myself."

22                What meaning does that have to you?

23         A.    Sounds poetic.  I don't know.

24         Q.    And, in fact, do the other statements on

25  that page seem somewhat poetic to you?

SANTA FE OFFICE                                                                MAIN OFFICE
119 East Marcy, Suite 110                                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                               Albuquerque, NM 87102
(505) 989-4949                                                          (505) 843-9494
FAX (505) 843-9492                                                 FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   Yes, sir.
 2        Q.   One part says, "to not be dismissed by the
 3   gravity of our either lifes or lies"?
 4        A.   Yes, sir.
 5        Q.   I don't know what exhibit this is.  There
 6   is a 149 in the lower left-hand corner of this
 7   document.  So there is a claim in here that someone
 8   was written up for assaults and threats.  Would that
 9   be consistent with what SNM Gang members do?
10        A.   I would say so, yes, sir.
11        Q.   Would you be surprised if an SNM Gang
12   member was written up for assaults or threats?
13        A.   No, sir.
14        Q.   Or for any act of violence?
15        A.   No, sir.
16        Q.   The same thing with Defendants' N, talking
17   about, "I did every " -- looks like maybe -- "detail
18   with a" -- that's the one that's hard to read --
19   "pride."  Does this purport to be some sort of
20   conversation?  Does it look like there's a
21   question/answer conversation on this page?
22        A.   Yes, sir.
23        Q.   Do you know why that is?
24        A.   No, sir.
25        Q.   And if somebody is proud about committing
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1  an act of violence as an SNM member, is that

2  something that surprises you?

3       A.   No, sir.

4       Q.   The same thing with Exhibit O, referring

5  to, "myself and homie were hatching a" -- can you

6  read that?  "A plan to make the other person PC so

7  he could have a homie as his bunky."  Would you be

8  surprised if an SNM member bulldogged somebody to

9  get him out of his cell?

10      A.   No, sir.

11      Q.   Looking at Defendants' L, is this the

12  email you sent as quickly as you could after finding

13  out about the documents?

14      A.   Yes, sir.

15      Q.   And did you try as best you could to

16  document what happened to the documents, how you got

17  them, and how they were misplaced?

18      A.   Yes, sir.

19      Q.   Now, when you obtained those documents,

20  did you -- what was the purpose?

21      A.   Like I said before, we were made aware

22  that there was property of several SNMers.  We took

23  a look at it just to see what was there.  Like I

24  said before, it was kind of a nonevent.  It was just

25  shoes, books, clothing, hygiene products.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1            The only thing that caught my eye was this

2    stack of documents.  So I, instead of standing in

3    the prison facility, going through them, I took them

4    back to my cubicle to go through.

5       Q.    And once you had them in your possession,

6    did you know if you had authority to look through

7    the documents of a charged defendant?

8       A.    I believe I did.

9       Q.    Why did you think that?

10      A.    Because it was inmate property.

11      Q.    So that was something you thought you did

12   not need a warrant for to search; is that correct?

13      A.    Correct.  Particularly that we're looked

14   at as the same as Corrections, and they have the

15   authority to do that, as well.

16      Q.    Now, you said you were looking for certain

17   documents in legal material.  So if you had the

18   document in your hand, how quickly would you look

19   through them to determine if it was something that

20   might be of use to you?

21      A.    Like a deck of cards, shuffle through.

22   Maybe a little bit more.  But just kind of a quick

23   scan.

24      Q.    What is something that you thought would

25   have caught your eye when you reviewed the



SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                        201 Third NW, Suite 1630
Santa Fe, NM 87501                               Albuquerque, NM 87102
(505) 989-4949                                           (505) 843-9494
FAX (505) 843-9492                                   FAX (505) 843-9492
                          BEAN                       1-800-669-9492
                     &ASSOCIATES, Inc.        e-mail: info@litsupport.com
                    PROFESSIONAL COURT
                      REPORTING SERVICE

1    documents?

2        A.   Discovery material, anything that would be

3    described as paperwork.

4        Q.   When you say "paperwork," does that have a

5    specific meaning in terms of a case like this?

6        A.   Yes, sir.

7        Q.   What does that mean?

8        A.   "Paperwork" is what I understand the SNM

9    uses to confirm a hit on somebody.

10       Q.   There is a discussion here of purportedly,

11   in Defendants' J, about a letter coming from Styx.

12   Do you remember that?

13       A.   Yes, sir.

14       Q.   And were you aware of the fact that there

15   has been testimony in this case that Styx did have

16   contact with people in the SNM from out of state?

17       A.   I don't know what the testimony in this

18   case is.

19       Q.   Or that Jake Armijo testified he sent

20   Suboxone to Mr. Archuleta?

21       A.   I don't know what Mr. Armijo testified to.

22       Q.   Or the fact that somebody called Mr.

23   Archuleta after Julian Romero was assaulted?

24       A.   I did not know that.

25       Q.   So once you looked through this -- and I

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492                                                FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1   understand the Court will use a different standard

2   here -- but once you looked at this, was there

3   anything of significance to you when you looked

4   through the box?

5        A.   I did not note anything, no, sir.

6        Q.   And as insignificant as it was to you,

7   were you actually going to return these documents

8   and the whole box of material back to the Department

9   of Corrections?

10       A.   Yes, sir.

11       Q.   Why is that?

12       A.   Because that's where it belonged.

13       Q.   And so did it have any significance to you

14  once you looked through it?

15       A.   No, sir.

16            MR. CASTELLANO:  May I have a moment, Your

17  Honor?

18            THE COURT:  You may.

19            MR. CASTELLANO:  Thank you, Your Honor.  I

20  think I'm ready to pass the witness.  I just need to

21  check my notes real quick.

22            Do you have a photocopy of the address

23  book?  I'm going to mark that as Government's

24  Exhibit 1 for this hearing and move its admission.

25            THE COURT:  That's the materials that are

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   in the exhibits here?
 2            MR. CASTELLANO:  Yes, sir.  I will try to
 3   find --
 4            THE COURT:  You're just pulling out the
 5   address portion?
 6            MR. CASTELLANO:  I'm actually introducing
 7   the whole book.  And it's Defendants' H, and the
 8   book.  So Defendants' H is a photocopy of the
 9   contents of the address book.
10            THE COURT:  All right.  So Defendants'
11   Exhibit -- are you making it your own?
12            MR. CASTELLANO:  Yes.  This will be
13   Government's Exhibit 1.
14            THE COURT:  Any objection to Government's
15   Exhibit 1 coming into evidence?
16            MS. JACKS:  No.
17            MS. DUNCAN:  No, Your Honor.
18            MS. BHALLA:  No, Your Honor.  I think
19   that, you know, what I had spoken to Mr. Castellano
20   about with this particular exhibit, that we may want
21   to redact the Social Security information.  I don't
22   know.  Because that is contained in the address
23   book.
24            THE COURT:  All right.
25            MS. BHALLA:  And that's why I waited to
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   move those into admission until we had a chance to

2   look at the redactions.  I don't know if the

3   Government still intends to do that or not.

4           MR. CASTELLANO:  I think, Your Honor, I

5   don't know if the Court needs to do anything else

6   with this book since the Court has a photocopy of

7   the contents.  I just wanted the Court to be able to

8   see the book as is.

9           THE COURT:  If you don't have any

10  objection, why don't I admit it, and then if we need

11  to come back and do something, we can.

12          MS. BHALLA:  That's fine, Your Honor.

13  Thank you.  And if the Government is going to move

14  that into admission, then I can withdraw Defendants'

15  Exhibit H.  I think that might be a more legible

16  copy for the Court, in any event.

17          THE COURT:  Now, you know you haven't

18  moved --

19          MS. BHALLA:  I know.  I was waiting, Your

20  Honor, to give Mr. Castellano a chance to review

21  those exhibits for those issues.  I was going to do

22  that when he finished with this witness, Your Honor.

23          THE COURT:  All right.  So I'll admit

24  Government's Exhibit 1, will be admitted into

25  evidence.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1                    (Government's Exhibit 1 admitted into
 2      evidence.)
 3                    MR. CASTELLANO:  Thank you, Your Honor.
 4      And I don't have any objection to Defendants' H
 5      being admitted, as well, if the Court needs to use
 6      it for another purpose, since the book, itself,
 7      probably will not be -- the contents, itself, may
 8      not be part of the record.  So it may be a more
 9      complete record with the defendants' exhibit, as
10      well.
11                    THE COURT:  Do you want to go ahead and
12      move your H, Ms. Bhalla?
13                    MS. BHALLA:  Yes, Your Honor.
14                    THE COURT:  Any objection to that?  Not
15      seeing any, Defendants' Exhibit H will be admitted
16      into evidence.
17                    (Defendants' Exhibit H admitted into
18      evidence.)
19                    MR. CASTELLANO:  And with that, I pass the
20      witness.
21                    THE COURT:  All right.  Thank you, Mr.
22      Castellano.  Ms. Armijo.
23                    MR. CASTELLANO:  I pass to Ms. Armijo.
24                    THE COURT:  All right.  Ms. Armijo.
25                    MS. ARMIJO:  Thank you, Your Honor.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

 

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1                    CROSS-EXAMINATION
 2   BY MS. ARMIJO:
 3        Q.   Agent Stemo, (sic) I don't know if it's up
 4   here.  Do you recall sitting in on an interview --
 5   well, let me ask you -- let me go back before that.
 6   Do you recall the week before trial that you and
 7   other agents came into town for the purpose of
 8   assisting with pretrial interviews?
 9        A.   Yes, ma'am.
10        Q.   I'm sorry?
11        A.   Yes.
12        Q.   And was part of that process agents would
13   sit in, and if there was any new information, then
14   agents would then write a 302 for the purpose of
15   disclosure to the defense?
16        A.   Yes.
17        Q.   And is that the purpose that you sat in
18   the interview with Lupe Urquizo?
19        A.   That was my understanding.
20        Q.   And --
21             THE COURT:  Ms. Armijo, just so I know
22   where I am in this, what is the date of this 302?
23             MS. ARMIJO:  Your Honor, I was looking for
24   it.
25             THE WITNESS:  Ms. Armijo, I think they're
```



SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                 Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                    FAX (505) 843-9492
                                                            1-800-669-9492
                                                 e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    Exhibits S and T.

2             MS. JACKS:  Your Honor, it's January 22,

3    2018.

4    BY MS. ARMIJO:

5        Q.   All right.  And I'm looking at Defendants'

6    Exhibit S.  Does this appear to be a 302 written

7    about that meeting with Mr. Urquizo?

8        A.   Yes, ma'am.

9        Q.   Also present at the meeting, in addition

10   to Matt Beck, was Mr. Urquizo's attorney, defense

11   attorney?

12       A.   Yes, ma'am.

13       Q.   And was the person that was doing the

14   questioning, was that Mr. Beck?

15       A.   Yes.

16       Q.   And as a result of the -- and during that

17   interview --

18            THE COURT:  Can I ask a question, just so

19   I'm on the right track?  When you were saying, Ms.

20   Jacks, that the Government's attorneys had sat on

21   notes for seven months, what were you referring to?

22            MS. JACKS:  Well, I think there might be a

23   misunderstanding.  The things that were sat on for

24   seven months were the Mario Rodriguez property

25   documents that I think this witness was just



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1  questioned about by Mr. Castellano.
 2          The report that -- the Lupe Urquizo
 3  interview notes were sat on by the Government
 4  between January 22nd and last night.
 5          THE COURT:  So you're withdrawing the
 6  statement that the attorneys sat on the Mario
 7  Rodriguez box for seven months?
 8          MS. JACKS:  You're correct, Your Honor.  I
 9  mean, if I said that, I misspoke.  Because it was
10  the FBI that sat on that for seven months, not these
11  attorneys.
12          These attorneys sat on the notes of the
13  Lupe Urquizo interview from January 22nd until
14  February 28th, 22 days after Mr. Urquizo testified.
15          THE COURT:  All right, Ms. Armijo.  Thank
16  you, Ms. Jacks.
17          Ms. Armijo.
18          MS. ARMIJO:  Thank you, Your Honor.
19  BY MS. ARMIJO:
20      Q.   And so does this appear to be a 302 that
21  was written by another agent?
22      A.   Yes.
23      Q.   Yes?
24      A.   Yes, ma'am.
25      Q.   And in doing so, did you provide that
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   agent with your notes which are Exhibit T?

2        A.    Yes, ma'am.

3        Q.    And I guess that begs the question, then:

4   Why is it that another agent wrote a 302 based upon

5   your sitting in on the interview?

6        A.    My understanding was that I was supposed

7   to take copious notes.  I wasn't sure.  I'd never

8   done a pretrial interview before.  I waited for word

9   from Mr. Beck as to whether or not a 302 needed to

10  be generated.  By the time we got word on that, I

11  was out of the office and couldn't write the report

12  myself, so I sent my notes to Agent Stemo to

13  generate the report.

14       Q.    So you didn't understand that you were

15  supposed to write a 302, but at some point you were

16  requested by the U.S. Attorney's Office to produce a

17  302?

18       A.    Yes, ma'am.

19       Q.    And the purpose of that 302 was to provide

20  new information to the defense about possible

21  statements that had not previously been disclosed?

22       A.    That's correct.

23       Q.    I guess initially you didn't understand

24  that that was the purpose of agents sitting in,

25  potentially?

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                      FAX (505) 843-9492



1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    I wasn't entirely clear.  I just knew I
 2   was supposed to take notes on the interview.
 3        Q.    Okay.  And then, when you learned that
 4   there was information that needed to be disclosed to
 5   the defense, you were out of town; is that right?
 6        A.    I was out of the office, yes, ma'am.
 7        Q.    Okay.  Out of the office.  And so then you
 8   tasked Special Agent Stemo with actually taking
 9   information from your notes that would be new
10   information that needed to be disclosed?
11        A.    Yes.
12        Q.    And that's what was done, and that's why
13   we have Agent Stemo writing this, so that it could
14   be disclosed?
15        A.    Correct.
16        Q.    And the date of this -- it looks like the
17   date it was drafted was 1/28/2018; is that correct?
18        A.    Yes.
19        Q.    All right.  And so did you after -- so you
20   were out of the office, and this was done by Agent
21   Stemo.  And then after that, was your understanding
22   that Agent Stemo basically covered what you were
23   supposed to do?
24        A.    Yes, ma'am.
25        Q.    And I believe you indicated -- and I'm
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   looking at Exhibit T -- going back to Exhibit Number
 2   S, were you aware that the U.S. Attorney's Office
 3   was diligently trying to get any new information out
 4   to the defense?
 5        A.    I believe so.
 6        Q.    Would that be the purpose of trying to get
 7   a new 302 out -- by 302, a new report out with
 8   additional information?
 9        A.    That would be logical, yes, ma'am.
10        Q.    Okay.  And is this the first time that
11   you -- when did you start as an FBI agent?
12        A.    I graduated the Academy in July, end of
13   July 2015.
14        Q.    And then did you come to Albuquerque on
15   your first assignment?
16        A.    Yes, ma'am.
17        Q.    And so is this case -- was this the first
18   time that you prepared in pretrial interviews, as
19   far as assisting and getting witnesses ready?
20        A.    Yes.
21             THE COURT:  Ms. Armijo, I think we're
22   going to have to shut her down for the night.
23             MS. ARMIJO:  Okay, your Honor.  Thank you.
24             THE COURT:  Let me make a couple of
25   comments.  One is, remember, I need to see letters
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    from everyone, emails, something about these jury

2    instructions.  So you have a clean set.  I haven't

3    been able to proof them today because there has been

4    a lot of paper coming at me.  So what you have is

5    what I'm taking home tonight, too.  So start sending

6    me emails, letters.  Tell me what your comments are.

7            I think this issue right here that we've

8    been focused on this afternoon, I think it's going

9    to take too much thought for me to make a very quick

10   decision on whether to grant it or deny it.  I'm

11   doing the best I can to absorb a lot of information

12   here.  But the chances are, you know, I'm not going

13   to be able to make a very informed decision about

14   materiality, how it affected strategy.  I'll listen

15   to the Government as to how much came in through

16   other sources.

17           So I do encourage everybody to work this

18   evening and overnight and in the morning, to come up

19   with curative remedies to moving forward so that we

20   can bring this evidence to a conclusion and get the

21   case to the jury.  That doesn't mean this issue goes

22   away.  But I do encourage us to focus on the fact

23   that, realistically, I'm not going to do anything

24   hastily on this motion.  And so let's really focus

25   on curative remedies and solutions to trying to get

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  the evidence in and bringing the trial to a

2  conclusion.

3          All right.  Y'all have a good evening.

4  I'll see you at 8:30 in the morning.

5          MS. JACKS:  Your Honor, with that in mind,

6  I would ask that Agent Sainato and Agent Stemo be

7  available tomorrow to testify before this jury.

8          THE COURT:  Well, yeah, I think you were

9  planning on them being here, right?

10         MS. ARMIJO:  Yes, Your Honor.

11         And if we could know by the defense who

12  they want.  I did send a list.  I requested three

13  people:  Mario Rodriguez, Timothy Martinez, and Lupe

14  Urquizo.

15         Because it was sent after 4:00, they won't

16  be transported until after 8:00.  But we would like

17  to know if we need to cancel that.

18         THE COURT:  They'll be here pretty early

19  though, right?

20         MS. ARMIJO:  Well, without giving their

21  location --

22         THE COURT:  Sure.

23         MS. ARMIJO:  -- they'll be here in the

24  morning.

25         THE COURT:  Okay.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              MS. ARMIJO:  But if they could let us know

 2   if they still want us to bring those people, or if

 3   they want us to cancel.

 4              THE COURT:  If you know you don't want

 5   them, that's all --

 6              MS. JACKS:  I do know that I don't want

 7   them.  This is Jacks on behalf of Sanchez.

 8              THE COURT:  You know you don't want them?

 9              MS. BHALLA:  Defendant Herrera does not

10   want them, either, for the record.

11              MS. DUNCAN:  Defendant Baca does not want

12   them.

13              MR. VILLA:  We don't need anybody, Your

14   Honor.

15              THE COURT:  All right.  So you can release

16   those three.

17              Is there anybody that you do want?

18              MS. JACKS:  Sainato and Stemo.

19              THE COURT:  Okay.

20              MS. JACKS:  And a curative instruction,

21   unless the Court grants our motion.

22              THE COURT:  When you say "curative

23   instruction," what are you talking about?

24              MS. JACKS:  I'll submit a proposed

25   instruction tonight.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1           MS. BHALLA:  Just so the Court's aware,
2    I've been working on a proposed instruction, as
3    well.  I would like to go ahead and move the
4    exhibits that we talked about in the motion today
5    into evidence.
6           THE COURT:  Any objection to A through K?
7    And I think we already have H in.
8           MR. CASTELLANO:  No objection, Your Honor.
9           THE COURT:  All right.  Anybody else have
10   an objection?  So A through K, minus H, which is
11   already in, will be admitted into evidence.
12          MS. BHALLA:  Thank you, Your Honor.
13          (Defendants' Exhibits A, B, C, D, E, F, G,
14   I, J, and K admitted into evidence.)
15          MR. CASTELLANO:  Your Honor, if we rest
16   tomorrow and the instructions are read, are we going
17   to close on Monday?
18          THE COURT:  You know, I think that would
19   probably be a good idea.
20          MR. CASTELLANO:  Okay.
21          MS. BHALLA:  Thank you, Your Honor.
22          THE COURT:  Let me just -- if that's where
23   we're going, let me plant a couple of seeds in your
24   mind.  It would seem to me, a lot of times -- it
25   would seem to me you would want me to get out of the

SANTA FE OFFICE                                                                                    MAIN OFFICE
119 East Marcy, Suite 110                                                                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                                                              Albuquerque, NM 87102
(505) 989-4949                                                                                              (505) 843-9494
FAX (505) 843-9492                                                                                  FAX (505) 843-9492
                                                                                                         1-800-669-9492

PROFESSIONAL COURT
REPORTING SERVICE                                                                   e-mail: info@litsupport.com

```
 1    way tomorrow.
 2              And this is the reason:  When you take
 3    what you requested as closings, it's right at a full
 4    day, and you don't need me taking up a bunch of time
 5    at the beginning.
 6              So I know there has been some requests to
 7    try to, as best we can, to have all the closings on
 8    a single day.  And I know that y'all are wanting,
 9    Mr. Villa, to expand a little bit your closings,
10    which will probably make it a long day.
11              And I'm not sure we can do it.  I'm not
12    making any promises.  But it seems to me it would be
13    wise to get me out of the way tomorrow so that I
14    don't clog up.
15              Because if I go on Monday, somebody is
16    going to get pushed over till Tuesday, with the
17    current schedule.  So it would seem to me that it
18    might be in everybody's interests to get me out of
19    the way tomorrow.  You have a set for your closings,
20    and then y'all hog all day on Monday.
21              And so does that sound like something to
22    shoot for?
23              MR. VILLA:  We don't need you here Monday,
24    Judge.
25              THE COURT:  What?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              MR. VILLA:  We don't need you here Monday.

 2              THE COURT:  I'll be around.  I want to

 3      watch the show.  But that means, really do take a

 4      look at these things tonight so I can be working on

 5      those in the morning and try to be in good shape for

 6      you.

 7              MR. LOWRY:  Your Honor, on that point, if

 8      we have edits, should just we send them to the

 9      Court?

10              THE COURT:  Yeah, just send them in.  If

11      y'all can talk, you need to work out, but the more

12      you can do, the better, so I'll be in good shape in

13      the morning.

14              MR. LOWRY:  Thank you, Your Honor.

15              THE COURT:  All right.  Have a good

16      evening.

17

18

19

20

21

22

23

24

25
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1                      March 2, 2018

 2

 3            MS. FOX-YOUNG:  Your Honor, we'll call FBI

 4   Agent Sainato.

 5            THE COURT:  Mr. Sainato, if you'll come up

 6   and stand next to the witness box on my right, your

 7   left, before you're seated, my courtroom deputy,

 8   Ms. Standridge, will swear you in.

 9                      JOSEPH SAINATO,

10        after having been first duly sworn under oath,

11        was questioned and testified as follows:

12            THE CLERK:  Please be seated.  State and

13   spell your name for the record.

14            THE WITNESS:  My name is Joseph Sainato,

15   J-O-S-E-P-H, Sainato, S-A-I-N-A-T-O.

16                    REDIRECT EXAMINATION

17   BY MS. JACKS:

18        Q.   Good afternoon, Agent Sainato.

19        A.   Good afternoon, Ms. Jacks.

20        Q.   Can you tell the jury how you're employed?

21        A.   I'm a Special Agent for the FBI.

22        Q.   And how long have you been an FBI Special

23   Agent?

24        A.   I started the Academy in February of 2015,

25   so about three years.
```




SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   And were you assigned to assist in the

2    FBI's investigation on this particular case?

3    A.   Yes, ma'am.

4    Q.   And as part of your job, in helping out

5    with this case, did you participate in an interview

6    with Lupe Urquizo?

7    A.   Yes, ma'am.

8    Q.   On -- and let me give you the date.   On

9    January 22, 2018?

10   A.   Yes, ma'am.

11        MS. JACKS:   Your Honor, I have --

12   Q.   And did you also take notes?

13   A.   I did.

14   Q.   And can you tell us how you took notes

15   during the interview?

16   A.   This was the pretrial interview for Mr.

17   Urquizo, so I had my laptop and I was taking notes

18   on my laptop.

19   Q.   And you were taking the notes

20   contemporaneously with the discussion with Mr.

21   Urquizo?

22   A.   Yes, ma'am.

23   Q.   And you were typing things out in your

24   notes as they were said?

25   A.   Correct.

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492
                                                               1-800-669-9492
                                                        e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1      Q.   And you've had a chance to -- let me do

2  this.   I'm going to mark the FBI 302 and your notes

3  just in case you need to refer to it during your

4  testimony.

5      A.   Thank you, ma'am.

6           MS. JACKS:  So can we have the defense

7  next in order?  Your Honor, I'm going to mark the

8  FBI 302 GC, G as in Good, C as in Charlie.  And I'll

9  mark -- that's a one-page document, and I'll mark

10 the four pages of Agent Sainato's notes GD, G as in

11 Good, D as in Dog.

12          And, Your Honor, may I approach and give

13 these to the witness?

14          THE COURT:  You may.

15 BY MS. JACKS:

16     Q.   Now, Agent Sainato, if you need to refresh

17 your memory, just let me know, and I'll give you the

18 time and try to direct you to the area of those

19 documents you might need.

20     A.   Thank you.

21     Q.   But first of all, did you prepare the

22 official 302, the FBI report of the interview?

23     A.   No, ma'am.

24     Q.   Who prepared that?

25     A.   Agent Stemo.



SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                            FAX (505) 843-9492
                                                                  1-800-669-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE
                                                         e-mail: info@litsupport.com

179

```
 1        Q.    And did Agent Stemo participate in the
 2   interview with Lupe Urquizo on that day?
 3        A.    She did not.
 4        Q.    So can you just -- is that normal, or is
 5   it unusual to have that happen?
 6        A.    That's not our normal procedure.  It was
 7   an extraneous circumstance.
 8        Q.    So how did Agent Stemo prepare the 302, if
 9   she didn't participate in the interview?
10        A.    I sent Ms. Stemo my notes.
11        Q.    So you emailed them to her?
12        A.    Yes, ma'am.
13        Q.    Now, I want to ask you some questions
14   about what Mr. Urquizo told you during the course of
15   that interview.
16        A.    Yes, ma'am.
17        Q.    And if you need to refer to your notes,
18   that's fine.
19        A.    Okay.
20        Q.    You'd agree with me that the 302 is
21   significantly shorter than your notes, right?
22        A.    That's correct.
23        Q.    There's a lot of information contained in
24   your notes that is not contained in the 302?
25        A.    Yes, ma'am.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   And the notes that we're discussing, those

 2   were provided to me on Wednesday evening, February

 3   28th, at about 7:15 in the evening?

 4        A.   I have no idea when you got them, ma'am.

 5        Q.   Okay.

 6             MS. JACKS:  Your Honor, I'd offer a

 7   stipulation, then, with the Government that those

 8   notes were emailed to me Wednesday, February 28th,

 9   at approximately 1915 hours.

10             THE COURT:  Is that going to be you, Ms.

11   Armijo?

12             MS. ARMIJO:  Yes, Your Honor.  I would say

13   evening.  Without looking at the email, I don't want

14   to give an exact time, but I can certainly check my

15   emails to see, to verify.  But right now, I don't

16   have that in front of me.  But would I say evening.

17             THE COURT:  Is that all right?

18             MS. JACKS:  That's fine.

19             THE COURT:  All right.

20   BY MS. JACKS:

21        Q.   So, Agent Sainato, I want to ask you just

22   a few questions about what Mr. Urquizo said during

23   that pretrial meeting that you were essentially

24   transcribing.

25        A.   Okay.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.   So during that meeting, was it discussed

2   with Mr. -- was the Molina homicide discussed with

3   Mr. Urquizo?

4      A.   Yes, it was.

5      Q.   And did he tell you that just prior to the

6   Molina homicide, the day prior, he was transferred

7   to Southern New Mexico Correctional Facility?

8      A.   Yes.

9      Q.   I saw you sort of looking in the air.

10      A.   Can I check my notes real quick?

11      Q.   Yes, I want you to.  And I think it would

12   be at Bates page 54287, which is page 3 of your

13   notes, and it would be the --

14      A.   Third to last?

15      Q.   Yes, third to last paragraph.

16      A.   Yes, ma'am.

17      Q.   Okay.  And did he tell you -- did he tell

18   you when he got to Southern New Mexico Correctional

19   Facility there was no property officer on duty?

20      A.   That's correct.

21      Q.   And did he tell you that as he was being

22   escorted to his unit -- well, did he tell you he was

23   placed in yellow pod?

24      A.   Let me just double-check that real quick.

25   I'm sorry.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1      Q.    I think it's in the same paragraph you
 2  were just looking at.
 3      A.    Thank you.  Yes, ma'am.
 4      Q.    So did he tell you that he was escorted to
 5  yellow pod, where he was to be housed?
 6      A.    He did.
 7      Q.    And did he say anything happened on the
 8  way to yellow pod?
 9      A.    He said he passed the door to blue pod.
10      Q.    Okay.
11      A.    That's where he encountered three
12  individuals.
13      Q.    And who were the three individuals that he
14  encountered?
15      A.    I believe it was Mario Rodriguez, Timothy
16  Martinez, and I'm going to have to check on the
17  third.  I'm sorry.
18      Q.    Okay.
19      A.    Jerry Montoya.
20      Q.    And did he tell you that he spoke to them
21  at that time, as he passed blue pod?
22      A.    I believe so, yes.
23      Q.    And did he tell you anything about Mario
24  Rodriguez later passing him a note under the door
25  between blue pod and yellow pod?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1        A.    I'd have to double-check on that, as well.
2   I'm sorry.
3        Q.    Okay.
4        A.    Thank you.  Yes, ma'am, he did.
5        Q.    And did he tell you that the note that
6   Rodriguez passed him was asking about paperwork on
7   Javier Molina?
8        A.    I'm sorry?  One more time.  Thank you.
9   Yes, ma'am, he did.
10       Q.    And in the note, did the note say anything
11  about Rodriguez's desire to have certain people move
12  on or hit Javier Molina?
13       A.    I believe it did.
14       Q.    Do you want to double-check?
15       A.    I'll do that for you.  Yes, ma'am.
16       Q.    What did it say?
17       A.    The note said that Mr. Rodriguez desired
18  to have Timothy Martinez, Jerry Montoya, and Jerry
19  Armenta do the hit.
20       Q.    So the note that Rodriguez wrote said that
21  Rodriguez wanted to have Timothy Martinez, Jerry
22  Montoya, and Jerry Armenta do the hit?
23       A.    Yes, ma'am.
24       Q.    On Javier Molina?
25       A.    Yes.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   Sometime the next day -- so this would be

2  the day that Mr. Molina was killed -- did Mario

3  Rodriguez send Mr. Urquizo another note?

4    A.   Let me refer to my notes, please.

5    Q.   I think this is in the last paragraph on

6  that same page.

7    A.   Thank you.  Yes, ma'am.

8    Q.   And according to that note, did Mr.

9  Rodriguez communicate to Mr. Urquizo that Jerry

10  Montoya, Jerry Armenta, and Timothy Martinez were

11  going to be tasked with participating in the

12  homicide?

13    A.   Yes, ma'am.

14    Q.   And did the note also say that Daniel

15  Sanchez was assigned the task of covering the

16  camera?

17    A.   I believe so, but let me double-check real

18  quick.

19    Q.   Of course.

20    A.   Thank you.  Yes, ma'am, he did.

21    Q.   During that same interview, did Lupe

22  Urquizo discuss things that happened after Mr.

23  Molina was murdered?

24    A.   Yes.

25    Q.   And did he tell you specifically that he,

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                 Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 843-9492                                                 FAX (505) 843-9492



1-800-669-9492
PROFESSIONAL COURT
REPORTING SERVICE                                         e-mail: info@litsupport.com

1   Lupe Urquizo, Mario Rodriguez, David Calbert, Robert

2   Martinez, and Roy Martinez discussed hitting or

3   killing Daniel Sanchez after the Molina murder?

4              MS. ARMIJO:  Your Honor, at this time

5   we're going to object.  This is not impeaching

6   anybody.  This is just pure hearsay.

7              THE COURT:  Who would it be impeaching,

8   Ms. Jacks?

9              MS. JACKS:  Well, Your Honor, this was

10  evidence that was withheld from us until Wednesday

11  night, so it was my understanding that this was at

12  least some bit of a remedy that the Court was

13  permitting because the Government withheld this

14  evidence.

15             THE COURT:  Well, I think we've still got

16  to conduct it pursuant to the Rules of Evidence, so

17  if it's not impeaching --

18             MS. JACKS:  Well, it does impeach Mr.

19  Urquizo because, if I may, this statement is that --

20  this statement involves wanting to kill Mr. Sanchez

21  for two reasons.

22             MS. ARMIJO:  Your Honor, may we approach

23  instead of just blurting out what she thought before

24  the jury?

25             THE COURT:  All right.  Why don't you

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                            FAX (505) 843-9492

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1  approach.
 2          MS. JACKS:  Well, it should be brought
 3  before the jury, and it should have been brought --
 4          THE COURT:  Let's approach.
 5          (The following proceedings were held at
 6  the bench.)
 7          THE COURT:  Is there any way, if it's only
 8  going to impeach the witnesses, you can ask your
 9  question limited to that one person, rather than
10  listing out all the other people where we don't have
11  statements that it would impeach?
12          MS. JACKS:  I can do that.
13          THE COURT:  Any issue with that, Ms.
14  Armijo?
15          MS. ARMIJO:  Well, it depends on who
16  they're going to impeach.
17          THE COURT:  Give the name again.
18          MS. JACKS:  Mr. Urquizo, because Mr.
19  Urquizo said that the reason they wanted to hit
20  Daniel Sanchez was because he didn't cover the
21  cameras.  And according to this statement, which we
22  didn't have at the time, Mr. Urquizo testified he
23  said it was for two reasons; one, because Sanchez
24  didn't participate in the homicide, and, two,
25  because he didn't cover the cameras.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

187

```
 1              MS. ARMIJO:  And that goes straight to --
 2   they had the opportunity to call Mr. Urquizo to do
 3   that, and they chose not to.
 4              THE COURT:  Well, I still think they can
 5   impeach Urquizo through this witness if that's a
 6   statement that was made to or in front of Mr.
 7   Sainato.  So I'll allow that impeachment.
 8              MS. BHALLA:  I don't have any problem with
 9   Ms. Jacks asking these questions, and I think it is
10   fair game.  But part of the problem with the late
11   discovery is that it is an issue where that 302 also
12   has some conversations about Carlos Herrera that we
13   haven't brought out, and I don't want them to be
14   brought out.
15              THE COURT:  Let's see what Ms. Jacks does.
16   You're not waiving any objection.
17              MS. JACKS:  I specifically did not ask
18   about those.
19              THE COURT:  You can object if she gets
20   there.
21              MS. BHALLA:  I'm not worried about Ms.
22   Jacks.  I'm worried about the Government's
23   cross-examination.
24              THE COURT:  Approach before you get into
25   that, because right at the moment I think it would
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    be beyond the scope.

 2              MS. BHALLA:  Thank you, Your Honor.

 3              THE COURT:  All right.  Ms. Jacks.

 4              (The following proceedings were held in

 5    open court.)

 6    BY MS. JACKS:

 7         Q.   Thank you.  Excuse me, Agent Sainato.

 8    Before the break, I was asking you about the

 9    discussion that occurred involving Mr. Urquizo after

10    the Molina murder.  Do you remember where we were?

11         A.   Yes, ma'am.

12         Q.   What I want to ask you is:  Did Mr.

13    Urquizo tell you that there was a discussion that he

14    engaged in with some other inmates about hitting or

15    killing Daniel Sanchez?

16         A.   Yes, ma'am.

17         Q.   And did he tell you that there were two

18    reasons that people were discussing hitting or

19    killing Daniel Sanchez after the Molina murder?

20         A.   I remember one.

21         Q.   Well, I'll ask them to you separately.

22    Did he tell that one of the reasons that they wanted

23    to kill Daniel Sanchez was because he did not

24    participate in the Molina homicide?

25         A.   I'll check my notes on that one.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.   That would be at Bates 54288, fourth

2  paragraph.

3      A.   Thank you.  Yes, ma'am.  That's accurate.

4      Q.   And did he also tell you that the other

5  reason they talked about killing Daniel Sanchez was

6  because he didn't cover the camera, that he didn't

7  do the job he'd been tasked with, covering the

8  camera?

9      A.   That's correct.

10     Q.   And did he say anything about discussions

11  regarding killing Daniel Sanchez's brother?

12     A.   Yes.

13     Q.   Because they couldn't get to Daniel

14  Sanchez, so they talked about killing his brother,

15  Ronald?

16     A.   Correct.

17     Q.   And that was because Daniel Sanchez didn't

18  participate in the homicide and didn't cover the

19  cameras?

20     A.   Correct.

21     Q.   Now, I have a few more questions about the

22  content of the FBI 302.

23     A.   Okay.

24     Q.   So if you need to look at that to refresh

25  your memory, just let me know.  Okay?  So first of

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                   Albuquerque, NM 87102
(505) 989-4949                                                (505) 843-9494
FAX (505) 843-9492                                      FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1    all, in the FBI 302 is there any mention about the

2    fact that when Lupe Urquizo got to Southern, there

3    was no property officer on duty?

4          A.   No, ma'am.

5          Q.   Is there any mention in the 302 regarding

6    this interview that when Mr. Urquizo passed blue pod

7    on the way to yellow pod, he spoke to Mario

8    Rodriguez, Timothy Martinez, and Jerry Montoya?

9          A.   No, ma'am.

10         Q.   Is there anything in the FBI 302 that says

11   that -- that documents what Mr. Urquizo told you on

12   that day that he said Mario Rodriguez passed him a

13   note under the door which expressed Mr. Rodriguez'

14   desire to have Timothy Martinez, Jerry Montoya, and

15   Jerry Armenta kill Javier Molina?

16         A.   No, ma'am.

17         Q.   Is there anything in the FBI 302 regarding

18   that January 22, 2018, interview that reflects that

19   Mr. Urquizo told you that the next day Mario

20   Rodriguez sent him a note saying that Javier Molina

21   would be killed that afternoon?

22         A.   No, ma'am.

23         Q.   Is there anything in the FBI 302 that

24   reflects that Mr. Urquizo told you in that note Mr.

25   Rodriguez, Mario Rodriguez, said that Jerry Montoya,

SANTA FE OFFICE                                                        MAIN OFFICE
119 East Marcy, Suite 110                                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                              Albuquerque, NM 87102
(505) 989-4949                                                              (505) 843-9494
FAX (505) 843-9492                                                  FAX (505) 843-9492
                                                                        1-800-669-9492
                                                              e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1   Jerry Armenta, and Timothy Martinez were tasked with

2   the actual killing?

3        A.   Let me look real quick.  I don't think so.

4        Q.   At the FBI 302?

5        A.   Yes, ma'am.  No, ma'am.

6        Q.   I mean, according to Urquizo, Rodriguez

7   told him that he had assigned Montoya, Armenta, and

8   Timothy Martinez roles in the actual killing of

9   Javier Molina, right?

10       A.   Could you say that one more time?

11       Q.   I said according to that interview, Lupe

12   Urquizo told you that Mario Rodriguez said that --

13   let me go back.  Lupe Urquizo told you that Mario

14   Rodriguez had told him that Rodriguez had assigned

15   Montoya, Armenta, and Timothy Martinez to actually

16   perform the murder?

17       A.   Yes, ma'am.

18       Q.   And there is nothing about that in the

19   302?

20       A.   No, ma'am.

21       Q.   And is there anything in the 302 regarding

22   the fact that on that date, Lupe Urquizo told you

23   that Mario Rodriguez had told him the day of the

24   Molina murder that Mr. Sanchez, Daniel Sanchez, had

25   been tasked with covering the cameras?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    In the 302 or in the --
 2        Q.    In the 302.  We know it's in your notes.
 3   You just testified to it.  Is there anything in the
 4   302 about that?
 5        A.    No, ma'am.
 6        Q.    And is there anything in the 302 regarding
 7   the discussion that Lupe Urquizo had with others
 8   after the Molina murder about hitting Daniel
 9   Sanchez?
10        A.    No, ma'am.
11        Q.    And is there anything in the 302 about the
12   discussion among those people being that Daniel
13   Sanchez -- they wanted to kill Daniel Sanchez
14   because he did not participate in the Molina
15   homicide or cover the camera like he was supposed
16   to?
17        A.    That is not in the 302.
18        Q.    Nothing in the 302?
19        A.    No, ma'am.
20              MS. JACKS:  If I could have a moment?
21              THE COURT:  You may.
22              MS. JACKS:  I have nothing further.  Thank
23   you.
24              THE COURT:  Thank you, Ms. Jacks.  Any
25   other defendants have direct examination of Agent
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  Sainato?

2          MR. VILLA:  No, Your Honor.

3          MS. DUNCAN:  No, Your Honor.

4          THE COURT:  All right.  Ms. Armijo.

5                  CROSS-EXAMINATION

6  BY MS. ARMIJO:

7      Q.   Agent Sainato, what was the purpose of

8  writing -- and just to be clear, the 302 that

9  Ms. Jacks was referring to was not written by you,

10 correct?

11     A.   Correct.

12     Q.   Who was it written by?

13     A.   Special Agent Stemo.

14     Q.   And at whose request was that 302 written?

15     A.   The U.S. Attorney's Office.

16     Q.   Okay.  So let's go back to that interview

17 that you sat in on.  What was the point of that

18 meeting?

19     A.   It was a pretrial interview.

20     Q.   Okay.  And so who was in charge of that

21 meeting, of asking questions?

22     A.   Mr. Beck.

23     Q.   Okay.  And were you there primarily to

24 take note if there was any new information?

25     A.   That's correct.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        Q.   And then that's the notes that you were
 2   referring to, to refresh your recollection?
 3        A.   Yes, ma'am.
 4        Q.   And then did you subsequently go out of
 5   town?
 6        A.   I left the following week.  There was a
 7   break between when -- I'd ask Mr. Beck if he wanted
 8   a 302 written, because I'd never done a pretrial
 9   interview before.  It took him a couple of days to
10   get back to me.  By that time, I was either out of
11   town or just about out of town.  I can't remember
12   the exact timeline.  But I wasn't able to write the
13   report, so I sent the notes to Agent Stemo to write
14   the 302.
15        Q.   Was the purpose of a 302 just to provide
16   new information?
17        A.   I believe that's what it was, yes, ma'am.
18        Q.   All right.  And I'm going to --
19             MS. JACKS:  Objection.  It doesn't sound
20   like this witness knows.
21        Q.   Is that your understanding?
22        A.   That is my understanding, yes, ma'am.
23        Q.   All right.  And I'm going to show you
24   Bates starting 43638.
25             MS. ARMIJO:  May I approach the witness,
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1   Your Honor?

 2              THE COURT:  You may.

 3        Q.   I want you to look at this document and

 4   see if it is a debrief report regarding Lupe Urquizo

 5   on March 6th of 2017?

 6        A.   Yes, ma'am.  This looks like a 302 written

 7   by Special Agent Acee on March 6, 2017, reference

 8   Lupe Urquizo.

 9        Q.   All right.  And in reference to that, are

10   you aware if some of the questions that Ms. Jacks

11   asked you about, that were not included in the 302

12   that Nancy Stemo wrote, if they are actually

13   included in here?

14        A.   I haven't read that report in its

15   entirety.

16        Q.   All right.  And I'm first going to ask you

17   about page 2 of this report.  You could read that

18   second to last paragraph to yourself.

19        A.   Yes, ma'am.

20        Q.   And it was information in that report that

21   was previously reported about Mr. Urquizo and what

22   pod he was placed in and who came up and spoke to

23   him?

24        A.   Yes, ma'am.

25        Q.   And then going to page 6 of that report.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              MS. ARMIJO:  If I may approach, Your
 2   Honor?
 3              THE COURT:  You may.
 4       Q.   I'm sorry.  Go to page 4.
 5              MS. BHALLA:  May we get a page number, Ms.
 6   Armijo?
 7              MS. ARMIJO: Yes.  I'm sorry.  43640.
 8   BY MS. ARMIJO:
 9       Q.   If you look at that last paragraph.  Was
10   there previous information in there already about
11   letters that Mario Rodriguez wrote to Mr. Urquizo
12   and sent him under the door?
13       A.   Yes, ma'am.
14       Q.   All right.  And specifically, does that
15   indicate that --
16              MS. JACKS:  Object to counsel reading from
17   the 302.  This witness didn't write it.  He wasn't
18   present at the interview.  It would be hearsay.
19              THE COURT:  Let's not read out of it.
20   Let's do our questions differently than that.
21   BY MS. ARMIJO:
22       Q.   All right.  You have that in front of you?
23       A.   Yes, ma'am.
24       Q.   Does Mr. Urquizo indicate anything in
25   there about the letter that Mr. Rodriguez sent to
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1   him underneath the door?

 2        A.   Yes, ma'am.

 3        Q.   And does that letter include information

 4   as to who wrote the letter to him?

 5        A.   If I may look at the report?

 6        Q.   Yes, please do.

 7        A.   Yes, ma'am.

 8        Q.   And who wrote the letter?

 9             MS. JACKS:  Object to this witness

10   reading.  This would be hearsay.  He did not

11   participate in the interview, and he did not write

12   the report.

13             THE COURT:  It does seem like it's

14   secondhand.  I mean, if he didn't write the 302, I

15   think his notes are something else, but the 302

16   would not be his, so I sustain the objection.

17             MS. ARMIJO:  Okay, Your Honor.  We're

18   offering it not for the truth of the matter

19   asserted, but for the reasoning that it's not

20   included in another report that he was just --

21             MS. JACKS:  The information that Ms. --

22             THE COURT:  Well, I sustained the

23   objection.

24   BY MS. ARMIJO:

25        Q.   All right.  Going to page 4 of the report,
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   which is 43641.  And, again, just read that to

 2   yourself.  Is there also information there regarding

 3   Mr. Sanchez?  And I don't want to get into the

 4   contents of it, but was there information in there

 5   regarding Mr. Sanchez and his involvement in Molina?

 6        A.   Yes, ma'am.

 7        Q.   And lastly, on Bates 43643.  Is there also

 8   information in that report in reference to Ronald

 9   Sanchez getting hit?

10        A.   Yes, ma'am.

11        Q.   So going back to the report that was

12   generated specifically after Mr. Beck was meeting

13   with Mr. Urquizo, what was the purpose of just

14   limiting it to these things?

15             MS. JACKS:  Objection, Your Honor.  I

16   don't think this witness prepared the 302, so I'm

17   not sure what the basis of his knowledge would be.

18             THE COURT:  Well, I think you're going to

19   have to lay some foundation for the question.  I'm

20   not sure I see yet how he can answer that question.

21   BY MS. ARMIJO:

22        Q.   Did Mr. Beck ask you to write a 302?

23        A.   He did.

24        Q.   And were you unable to do that?

25        A.   I was.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1      Q.   So did you task somebody else with doing

 2 so?

 3      A.   Yes.

 4      Q.   And in doing so, did you convey what was

 5 the purpose of it, since you had been tasked with

 6 it? Let me ask it a different way.  Since you had

 7 been tasked with it and you were unable to do so,

 8 did Ms. Stemo then do that task for you?

 9      A.   Yes.

10      Q.   So what was the point in making that 302?

11      A.   My understanding, what Mr. Beck wanted in

12 the 302 was just new information that was not

13 previously covered in other debriefs of Mr. Urquizo.

14      Q.   And I'm going to show you -- and these are

15 letters dated January 28th to the attorneys in this

16 case.

17           MS. ARMIJO:  May I approach the witness,

18 Your Honor?

19           THE COURT:  You may.

20      Q.   And I'm first going to start with one

21 letter.  I'm not going to ask you to read anything

22 out loud, but does it appear to be dated January 28,

23 2018?

24      A.   Yes, ma'am.

25      Q.   Does it appear to be to the defense
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    attorneys in this case?

2        A.   Yes, ma'am.

3        Q.   And in there, again not reading it out

4    loud, does it appear to have information that Lupe

5    Urquizo provided?

6        A.   Yes, ma'am.

7        Q.   And I'm going to show you another letter

8    dated January 28th, as well.

9        A.   Yes, ma'am.

10       Q.   Does it appear to be addressed to the

11   defense attorneys in this case?

12       A.   Yes, ma'am.

13       Q.   Just to be clear, this is a letter from

14   the Government to -- I believe from the Government

15   to the defense attorneys.

16       A.   Okay.

17       Q.   Is that correct?

18       A.   Yes, ma'am.

19       Q.   And does this second letter also have

20   information about Lupe Urquizo's statement?

21       A.   Yes, ma'am.

22       Q.   Now, lastly, going specifically to your

23   notes, do you still have those in front of you?

24       A.   Yes, ma'am.

25       Q.   Okay.  Now, Ms. Jacks was asking you

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  questions specifically about page 3 of that

2  document, and she's talking about Mr. Rodriguez'

3  note that Urquizo indicated that he received.  Do

4  you recall that?  I believe it's the third paragraph

5  from the bottom.

6        A.   Yes, ma'am.

7        Q.   Now, does the note actually say that

8  Rodriguez had the desire to have Timothy Martinez,

9  Jerry Montoya, and Armenta do the hit?  Or does it

10 just say that there was -- that the note stated the

11 desire to have Timothy Martinez, Jerry Montoya, and

12 Jerry Armenta do the hit?

13       A.   If I may refer?

14       Q.   Sure.  And, again the distinction being

15 Rodriguez's desire, his desire, or the desire?

16       A.   My notes say the desire.

17       Q.   All right.  And it doesn't indicate who

18 actually came up with the plan, does it?

19       A.   No.

20       Q.   And it doesn't indicate if there was

21 anybody -- who the desire referred to, does it?

22       A.   No, ma'am.

23       Q.   All right.  And then in reference to Ms.

24 Jacks' question about -- going now to the last page,

25 I believe, of your notes, in talking about the



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   question that Ms. Jacks asked you about whether or
 2   not there was a hit on Daniel Sanchez because he did
 3   not participate in the Molina murder or even cover
 4   the camera like he was supposed to.  Let me ask you
 5   a couple of questions about that.
 6           Are you aware that Mr. Sanchez had been
 7   tasked with taking a shank from one of the persons
 8   that had actually stabbed Mr. Molina?
 9           MS. JACKS:  Objection, Your Honor.  That's
10   treating the testimony -- well, it's assuming facts
11   not in evidence and treating the testimony as if it
12   is a foregone conclusion.
13           THE COURT:  Well, let me ask him if -- why
14   don't you word it in terms of is he aware of any
15   evidence that does that.
16           MS. ARMIJO:  You know, Your Honor, I'll
17   ask it as a hypothetical, maybe.
18           THE COURT:  Well, I'm not sure we're
19   interested in hypotheticals with this witness.  If
20   you want to ask it my way, either ask it my way or
21   don't --
22           MS. ARMIJO:  Yes, I will, Your Honor.
23   BY MS. ARMIJO:
24       Q.   Are you aware of whether or not, as part
25   of the plan to kill Jerry Montoya -- I'm sorry -- to
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   kill Javier Molina, if the shanks -- if Daniel
 2   Sanchez was supposed to take one of the shanks?
 3        A.   I think there was some mention of it that
 4   I just read in that report.  But prior to a couple
 5   minutes ago, no, ma'am.
 6        Q.   Okay.  You read it in the other report
 7   that I gave you, the other debrief?
 8        A.   Just now, yes, ma'am.
 9        Q.   Okay.
10             MS. JACKS:  I would move to strike all of
11   that as hearsay.
12             THE COURT:  Well, yeah, that wasn't really
13   the question I was trying to -- I thought was
14   appropriate.  So I'll strike the question and the
15   answer.
16             MS. ARMIJO:  All right.
17   BY MS. ARMIJO:
18        Q.   Now, what your report indicates is that
19   Sanchez did not participate or even cover the camera
20   like he was supposed to, correct?
21             MS. JACKS:  Objection.  Counsel is not
22   reading -- she's omitting words.  The report reads
23   differently than what Ms. Armijo just read.
24             THE COURT:  Let me let you deal with that
25   on redirect.  Overruled.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



```
 1           MS. JACKS:  I don't think she should be

 2   allowed to misrepresent what's in the notes to this

 3   jury.

 4           THE COURT:  It's overruled.

 5           MS. ARMIJO:  Sorry, Your Honor.  There was

 6   an objection before for reading from it.

 7   BY MS. ARMIJO:

 8       Q.   Does the report, to be fair -- I'll read

 9   right from it since there won't be an objection to

10   it -- indicate that there was a hit, about hitting

11   Daniel Sanchez because he did not participate in the

12   Molina homicide or even cover the camera like he was

13   supposed to do?

14       A.   Yes, ma'am.

15       Q.   Okay.  Now, that doesn't indicate whether

16   or not Mr. Sanchez had any involvement in calling

17   the hit, does it?

18           MS. JACKS:  Objection, calls for a

19   conclusion.

20           THE COURT:  Well, if he knows.

21       A.   Could you state it again?  I'm sorry.

22       Q.   That does not necessarily -- that does not

23   reference anything about whether or not Mr. Sanchez

24   actually called the hit?

25       A.   That statement does not, no.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.    Okay.  Because would you agree that

2  someone can call a hit, and then there could also be

3  somebody that actually participates in actually

4  doing the murder?

5            MS. BHALLA:  Objection, speculation and

6  compound.

7            MS. JACKS:  And also, participation would

8  include calling.

9            THE COURT:  Let me rule on one objection

10  at a time.  I'm going to sustain.  It's really not

11  helping us to find out what he thinks about these

12  things, so it's sustained.

13  BY MS. ARMIJO:

14      Q.    Mr. Urquizo never said that Daniel Sanchez

15  was not involved, did he?

16            MS. JACKS:  Objection, misstates the

17  testimony.

18            THE COURT:  Overruled.

19      A.    I'm sorry?

20      Q.    Mr. Urquizo never told you during that

21  pretrial -- or I should say told Mr. Beck during

22  that pretrial interview that Daniel Sanchez was not

23  involved in the Molina murder?

24            MS. JACKS:  Objection, misstates the

25  testimony.



SANTA FE OFFICE                                                      MAIN OFFICE
119 East Marcy, Suite 110                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                             FAX (505) 843-9492
                                                                 1-800-669-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE
                                                          e-mail: info@litsupport.com

```
 1              THE COURT:  Overruled.
 2      A.   Could you do it one more time?  I'm sorry.
 3      Q.   Mr. Urquizo, during the interview that Mr.
 4  Beck had with him, he never told you that Daniel
 5  Sanchez was not involved in the Javier Molina
 6  murder?
 7      A.   Correct.
 8              MS. ARMIJO:  If I may have a moment?
 9              THE COURT:  You may.
10              MS. ARMIJO:  That's it.  I pass the
11  witness.
12              THE COURT:  All right.  Thank you, Ms.
13  Armijo.
14              Ms. Jacks, do you have redirect of Agent
15  Sainato?
16              MS. JACKS:  Just a few questions.
17              THE COURT:  Ms. Jacks.
18                   REDIRECT EXAMINATION
19  BY MS. JACKS:
20      Q.   Agent Sainato, while Ms. Armijo was asking
21  you questions, did she show you an FBI 302 from
22  March 6, 2017?
23      A.   She showed me a 302.  I can't remember the
24  specific date on it, but that sounds right.
25      Q.   Okay.  But it was a report of a prior
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    interview with Mr. Urquizo?

2        A.   Yes, ma'am.

3        Q.   And were you present during that

4    interview?

5        A.   I was not.

6        Q.   Did you prepare that 302?

7        A.   No, ma'am.

8        Q.   And had you even seen it prior to today?

9        A.   No, ma'am.

10       Q.   Okay.  Now, Ms. Armijo asked you some

11   questions about what Mr. Beck asked you to do in

12   terms of preparing a 302 documenting the interview

13   that you participated in, in January of 2018.  Do

14   you recall those questions?

15       A.   Yes, ma'am.

16       Q.   And specifically, I think what she asked

17   you about was:  Did Mr. Beck tell you to just

18   include, quote, "new information"?

19       A.   That's what she asked me, yes, ma'am.

20       Q.   You didn't prepare the report, right?

21       A.   No, ma'am.

22       Q.   And in order to know what information

23   might be, quote, "new," you would have had to go

24   back and read all the previous FBI 302s regarding

25   interviews with Mr. Urquizo, right?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   If I was preparing the report, yes, ma'am.
 2        Q.   Okay.  Because otherwise, you wouldn't
 3   know what was new, right?
 4        A.   Correct.
 5        Q.   And while you were looking at that report
 6   that Ms. Armijo showed you, did you notice whether
 7   it said anything about Mr. Sanchez not participating
 8   in the homicide of Javier Molina and not covering
 9   the cameras?
10        A.   I looked at it quite briefly, ma'am.
11        Q.   Well --
12        A.   Could you restate?
13        Q.   Yeah.  I mean, the point is, there's
14   nothing in that 302 that says Mr. Urquizo said Mr.
15   Sanchez did not participate in the Molina homicide
16   and did not cover the cameras?
17        A.   I can't really say what's not in that 302.
18   I'm sorry.
19        Q.   It's lengthy?
20        A.   Correct.
21        Q.   And you didn't have a chance to read it up
22   there on the witness stand?
23        A.   Correct.
24        Q.   Okay.  I want to just try to make sure I
25   understand what your role in the interview in
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    January 2018 was with respect to Lupe Urquizo.

2         A.   Okay.

3         Q.   So during the interview, you were the

4    person that was tasked with taking notes, right?

5         A.   Correct.

6         Q.   And you took that job seriously?

7         A.   Yes, ma'am.

8         Q.   And you attempted to be as accurate as

9    possible?

10        A.   Yes, ma'am.

11        Q.   And it sounds like the way that you took

12   notes by just typing them into your computer was

13   almost like you were transcribing the interview?

14        A.    I wouldn't say transcribing.  That would

15   involve more like what these ladies are doing here.

16   I was summarizing as we went.

17        Q.   Okay.  And summarizing every topic that

18   was discussed during that interview?

19        A.   Yes, ma'am.

20        Q.   And did you make an attempt to do that as

21   accurately as possible?

22        A.   I did.

23        Q.   And did you make an attempt not to leave

24   anything out?

25        A.   Yes, ma'am.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1        Q.   And you've had a chance to review those

2   notes both yesterday and today, right?

3        A.   Yes, ma'am.

4        Q.   And are they accurate notes of that

5   interview with respect to Mr. Urquizo?

6        A.   Yes, ma'am.

7        Q.   And you would agree with me that they're

8   much more detailed than the FBI 302 that was

9   ultimately prepared?

10       A.   Yes, ma'am.

11       Q.   And the four pages are single-spaced,

12  right?

13       A.   Yes.

14       Q.   It's a lot of information?

15       A.   It is.

16       Q.   And do you recall -- and I'm just asking

17  from your recollection of that interview -- how long

18  you sat there and spoke with Mr. Urquizo back in

19  January of 2018?

20       A.   I don't recall.

21       Q.   Can you give us an estimate?  Like was it

22  more than an hour?  Was it more than two hours?

23       A.   More than an hour.  I don't know if two.

24       Q.   So somewhere, probably, between an hour

25  and two hours?
```



SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492                                               FAX (505) 843-9492
                                                                   1-800-669-9492
                                                              e-mail: info@litsupport.com

1      A.    That's fair.

2      Q.    And I think you testified, when Ms. Armijo

3  asked you, that Lupe Urquizo never said Daniel

4  Sanchez was not involved?

5      A.    I said that.

6      Q.    Do you recall that testimony?

7      A.    Yes, ma'am.

8      Q.    So I have a few questions about that.

9  First of all, Mr. Urquizo told you that he discussed

10 with other people killing Daniel Sanchez after the

11 Molina murder, right?

12     A.    Yes, ma'am.

13     Q.    And he told you that they discussed that

14 because Daniel Sanchez did not participate in the

15 Molina homicide?

16     A.    That's correct.

17     Q.    Or even cover the camera like was supposed

18 to do?

19     A.    Yes, ma'am.

20     Q.    And Mr. Urquizo also told you that Mario

21 Rodriguez tasked Mr. Sanchez with covering the

22 camera?

23     A.    If I may refer to my notes for that one?

24     Q.    Of course.

25          MS. ARMIJO:  Ms. Jacks, are you referring

SANTA FE OFFICE                                           MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                 Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                   FAX (505) 843-9492
                                                        1-800-669-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE                           e-mail: info@litsupport.com

1    to a certain page?

2           MS. JACKS:  54287.

3       Q.   Last paragraph.  I think I asked you about

4    this.  I did ask you.

5       A.   Yes, ma'am.  Thank you.

6       Q.   That was supposed to be his job?

7       A.   Correct.

8       Q.   And other --

9           MS. ARMIJO:  Your Honor, that incorrectly

10   reflects what he wrote.  I'd ask that Ms. Jacks --

11      Q.   I'll read what you wrote.  Did you write

12   in your 302 that Daniel Sanchez was supposed to

13   cover the camera?

14      A.   I did.

15      Q.   And did you write in your 302 that that

16   was information provided to Mr. Urquizo by way of a

17   note written by Mario Rodriguez?

18      A.   I didn't write the 302, ma'am.

19      Q.   I'm sorry.  The notes.  I'm sorry.  Let me

20   reask the question.  Did you write in your notes

21   that that information was contained in a note that

22   Mario Rodriguez passed to Lupe Urquizo?

23      A.   I believe so.

24      Q.   And did that note also assign roles to Mr.

25   Montoya, Mr. Armenta, and Mr. Martinez?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    A.    Yes, ma'am.

2    Q.    In regards to the discussion that day

3    about the Molina homicide, other than saying that

4    Daniel Sanchez was supposed to cover the camera, did

5    Mr. Urquizo tell you anything else about Daniel

6    Sanchez playing a role or being assigned a role in

7    that crime?

8    A.    Not that I can recall.

9         MS. JACKS:  I have nothing further.

10        THE COURT:  Thank you, Ms. Jacks.

11        Does any other defendant have any redirect

12   of Mr. Sainato?  All right.  You may step down.

13   Thank you for your testimony.  Is there any reason

14   that the agent cannot be excused, Ms. Jacks?

15        MS. JACKS:  Yes, he may be.  Thank you.

16        THE COURT:  All right.  Can he be excused

17   from the Government's standpoint, Ms. Armijo?

18        MS. ARMIJO:  Yes, Your Honor.

19        THE COURT:  All right.  You are excused

20   from the proceeding, not hearing any other

21   objection.

22

23

24

25



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  UNITED STATES OF AMERICA

2  STATE OF NEW MEXICO

3

4              C-E-R-T-I-F-I-C-A-T-E

5      I, Jennifer Bean, FAPR, RDR, CRR, RMR, CCR,

6  Official Court Reporter for the State of New Mexico,

7  do hereby certify that the foregoing pages

8  constitute a true transcript of proceedings had

9  before the said Court, held in the District of New

10 Mexico, in the matter therein stated.

11     In testimony whereof, I have hereunto set my

12 hand on this 30th day of March, 2018.

13

14 _____

15 Jennifer Bean, FAPR, RMR-RDR-CCR
   Certified Realtime Reporter
16 United States Court Reporter
   NM Certified Court Reporter #94
17 333 Lomas, Northwest
   Albuquerque, New Mexico 87102
18 Phone:        (505) 348-2283
   Fax: (505) 843-9492
19 License expires:  12/31/18

20

21

22

23

24

25

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com