FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

18 APR -4 PM 1:42

CLERK-LAS CRUCES

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CRIMINAL NO. 15-4268 JB |
| ) | |
| vs. ) | |
| ) | |
| ANGEL DELEON, et al., ) | |
| ) | |
| Defendants. ) | |

ORDER FOR WRIT OF HABEAS CORPUS AD TESTIFICUNDUM
FOR TEMPORARY CUSTODY OF WITNESS

Upon the motion of the United States Attorney, Acting Under Authority Conferred by 28 U.S.C. § 515 for a Writ of Habeas Corpus ad Testificundum directed to the Sheriff or Warden of the Cibola County Correctional Center, Milan, New Mexico, it is

ORDERED that the Clerk of this Court is hereby authorized to issue a Writ of Habeas Corpus ad Testificundum directing the Sheriff or Warden of Cibola County Correctional Center to surrender JAMES GARCIA, SSN ending 0576, to the United States Marshal for the District of New Mexico or his representative in order that the JAMES GARCIA may be taken to the United States Courthouse for the District of New Mexico for the purpose of testifying in the above-captioned case before the Honorable James O. Browning, United States District Judge on April 5, 2018, at 8:00 AM.

JAMES GARCIA is to be returned to the Cibola County Correctional Center at the conclusion of the hearing or proceeding for which his appearance is required.

_____
UNITED STATES MAGISTRATE JUDGE