IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) CRIMINAL NO. 15-4268 JB |
| vs. | ) ) ) |
| ANGEL DELEON, et al., | ) ) |
| Defendants. | ) |

WRIT OF HABEAS CORPUS AD TESTIFICUNDUM
FOR TEMPORARY CUSTODY OF WITNESS

THE PRESIDENT OF THE UNITED STATES OF AMERICA:

TO: Sheriff or Warden of Cibola County Correctional Center, Milan, New Mexico, and to the United States Marshal or his authorized representative

GREETINGS:

You are hereby commanded to deliver JAMES GARCIA, SSN ending 0576, a prisoner in your custody at the Cibola County Correctional Center to the United States Marshal for the District of New Mexico, or his representative.

The United States Marshals Service is commanded to produce JAMES GARCIA for the purpose of testifying before the Honorable James O. Browning, United States District Judge, United States District Courthouse, 100 N. Church Street, 320 Tortugas Courtroom, Third Floor, on April 5, 2018, at 8:00 AM.

JAMES GARCIA is to be returned to the Cibola County Correctional Center at the conclusion of the hearing or proceeding for which his appearance is required.

WITNESS the Honorable _Gregory B. Wormuth_, Magistrate Judge of the United States District Court for the District of New Mexico, at Las Cruces, New Mexico, this _4th_ day of April 2018.

_____
Matthew J. Dykman, Clerk

_____
UNITED STATES MAGISTRATE JUDGE