THIS PAGE LEFT INTENTIONALLY BLANK FOR PURPOSES OF SEPARATING EACH OF THE COMMUNICATION THREADS



FW: Documents regarding price per page per real time feed
Jennifer Bean
to:
James_Browning, Lincoln_J_Sorrell, Cari_Waters, Carol_Bevel, K'Aun_Wild
03/31/2018 12:58 PM
Cc:
"'Dusti Brown of Bean & Associates, Inc'", behka
Hide Details
From: "Jennifer Bean" <jbean@litsupport.com> Sort List...
To: <James_Browning@nmcourt.fed.us>, <Lincoln_J_Sorrell@nmcourt.fed.us>, <Cari_Waters@ca10.uscourts.gov>, <Carol_Bevel@nmcourt.fed.us>, <K'Aun_Wild@nmcourt.fed.us>
Cc: "'Dusti Brown of Bean & Associates, Inc'" <dbrown@litsupport.com>, <behka@aol.com>

2 Attachments

      

image001.png   Calculation of price per page per feed for real time transcripts.docx   Costs per page per feed.xlsx

Hi Judge, I was made aware that an 89-page document was filed on this issue yesterday.
I would respectfully request that these two documents attached be added to the filing.

Thank you!

Jennifer

**From:** Dale C Alverson [mailto:DAlverson@salud.unm.edu]
**Sent:** Saturday, March 31, 2018 12:38 PM
**To:** jbean <jbean@litsupport.com>
**Subject:** Documents regarding price per page per real time feed

See attached

**Dale C. Alverson, MD**
Medical Director
UNM Center for Telehealth
933 Bradbury Dr. SE
Suite 2209
Albuquerque, NM  87106
(505) 272-8633
dalverson@salud.unm.edu



UNM Center for Telehealth
UNM Medical Group, Inc.

CONFIDENTIALITY NOTICE

THIS ELECTRONIC MAIL TRANSMISSION MAY INCLUDE INFORMATION GENERALLY AND/OR PROTECTED, INDIVIDUALLY IDENTIFIABLE HEALTHCARE INFORMATION THAT IS CONFIDENTIAL AND PRIVILEGED BY STATE AND/OR FEDERAL LAWS, RULES AND/OR REGULATIONS INCLUDING, WITHOUT LIMITATION, THE HIPAA PRIVACY STANDARD, AND/OR THE ATTORNEY-CLIENT OR ATTORNEY WORK PRODUCT PRIVILEGE.  IT IS THE POLICY OF THE UNIVERSITY OF NEW MEXICO HEALTH SCIENCES CENTER THAT THE SENDER DID NOT INTEND THIS TRANSMISSION TO BE SENT TO OR RECEIVED BY ANY UNAUTHORIZED PERSONS AND IS NOT WAIVING THE CONFIDENTIALITY OR PRIVILEGED NATURE OF SUCH INFORMATION.  IF YOU ARE NOT THE INTENDED RECIPIENT OF THIS ELECTRONIC MAIL TRANSMISSION AND THEREBY RECEIVED THIS ELECTRONIC MAIL TRANSMISSION IN ERROR, PLEASE IMMEDIATELY DELETE IT FROM YOUR COMPUTER SYSTEM WITHOUT COPYING IT.  IN ADDITION, PLEASE NOTIFY THE SENDER BY REPLY E-MAIL OR BY CALLING THE SENDER AT (505) 272-8633.  THIS WAY, WE CAN CORRECT OUR ADDRESS FOR THE INTENDED RECIPIENT.

Calculation of price per page per feed for real time transcripts

There appears to be a fundamental error in the price per page per real time feed when there are 5 feeds based on the following:

1. The current calculations demonstrate an incremental increase in the price per page per real time feed as the number of feeds increase with only exception being at 5 feeds as noted below:
    - 1 feed = $3.05/page
    - 2 feeds=$4.20/page (2.10/page x2)
    - 3 feeds=$6.30
    - 4 feeds=$8.40
    - **5 feeds=$7.50 (1.50/page x5)**
    - 6 feeds=$9.00
    - 7 feeds=$10.50
    - 8 feeds=$12.00
    - 9 feeds=$13.50
    - 10 feeds=$15.00

A reasonable solution that honors the underlying premise of incremental increases in cost per page per feed:

2. If the formula for 4 feeds was applied to a reasonable formula for 5 feeds, then the incremental increase in price per page per real time feed continues that follows the underlying premise as previously noted with real time feeds greater than 5 feeds calculated as above:
    - 1 feed= $3.05
    - 2 feeds=$4.20
    - 3 feeds=$6.30
    - 4 feeds=$8.40
    - **5 feeds=$8.70 ($1.74/page; midpoint between 4 and 6 feeds)**
    - 6 feeds=$9.00 ($1.50/page)
    - 7 feeds=$10.50
    - 8 feeds=$12.00
    - 9 feeds=$13.50
    - 10 feeds=$15.00

3. In conclusion, the price per page per feed at 5 feeds should be $8.70/page consistent with the incremental increases in cost per page per real time feed and is the midpoint between 4 and 6 feeds (See attached graphic tables).


4/2/18

## Federal Court: Costs per page per real time feed

### Using current intepretation

| Feeds | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| Costs | $3.05 | $4.20 | $6.30 | $8.40 | **$7.50** | $9.00 | $10.50 | $12.00 | $13.50 | $15.00 |



### Using logic model for incremental increases in costs per page per feed

| Costs | $3.05 | $4.20 | $6.30 | $8.40 | **$8.70** | $9.00 | $10.50 | $12.00 | $13.50 | $15.00 |
|---|---|---|---|---|---|---|---|---|---|---|





THIS PAGE LEFT INTENTIONALLY BLANK FOR PURPOSES OF SEPARATING EACH OF THE COMMUNICATION THREADS



**Re: FW: Documents regarding price per page per real time feed**
James O Browning   to: Jennifer Bean                                                      04/03/2018 01:38 PM
Cc: behka, Cari_Waters, Carol_Bevel, "'Dusti Brown of Bean & Associates, Inc'", K'Aun_Wild, Lincoln_J_Sorrell, Matt Dykman
Bcc: James O Browning

Jennifer,

Sure.

Jim

---

"Jennifer Bean"         Hi Judge, I was made aware that an 89-page doc...        03/31/2018 12:58:58 PM

From:     "Jennifer Bean" <jbean@litsupport.com>
To:       <James_Browning@nmcourt.fed.us>, <Lincoln_J_Sorrell@nmcourt.fed.us>, <Cari_Waters@ca10.uscourts.gov>, <Carol_Bevel@nmcourt.fed.us>, <K'Aun_Wild@nmcourt.fed.us>
Cc:       "'Dusti Brown of Bean & Associates, Inc'" <dbrown@litsupport.com>, <behka@aol.com>
Date:     03/31/2018 12:58 PM
Subject:  FW: Documents regarding price per page per real time feed

Hi Judge, I was made aware that an 89-page document was filed on this issue yesterday.
I would respectfully request that these two documents attached be added to the filing.

Thank you!

Jennifer

**From:** Dale C Alverson [mailto:DAlverson@salud.unm.edu]
**Sent:** Saturday, March 31, 2018 12:38 PM
**To:** jbean <jbean@litsupport.com>
**Subject:** Documents regarding price per page per real time feed

See attached

**Dale C. Alverson, MD**
Medical Director
UNM Center for Telehealth
933 Bradbury Dr. SE
Suite 2209
Albuquerque, NM  87106
(505) 272-8633
dalverson@salud.unm.edu

cc: A dw
    Carl
    K A

THIS PAGE LEFT INTENTIONALLY BLANK FOR PURPOSES OF SEPARATING EACH OF THE COMMUNICATION THREADS



**Re: FW: Documents regarding price per page per real time feed**

James O Browning  to: Lincoln J Sorrell                                    04/03/2018 01:38 PM

Cc: Cari Waters, Matt Dykman, K'Aun Wild, Jennifer Bean, Mark A Valdez
Bcc: James O Browning

Lincoln,

What does Cari recommend that we do? If she agrees with my interpretation, then someone needs to submit a CJA voucher with the correct amount of payment.

Jim

---

| Lincoln J Sorrell | Your Honor, Please let me know what action, if... | 04/02/2018 08:46:06 AM |

From:     Lincoln J Sorrell/NMD/10/USCOURTS
To:       James O Browning/NMD/10/USCOURTS@USCOURTS
Cc:       Jennifer Bean/NMD/10/USCOURTS@USCOURTS
Date:     04/02/2018 08:46 AM
Subject:  Re: FW: Documents regarding price per page per real time feed

---

Your Honor,

Please let me know what action, if any, you would like me to take at this point.

Thank you.

Lincoln Sorrell
Deputy-in-Charge
US District Court, District of New Mexico
100 N. Church St., Ste. 280
Las Cruces, New Mexico  88001
(575) 528-1417
(575) 323-4793

---

| "Jennifer Bean" | Hi Judge, I was made aware that an 89-page doc... | 03/31/2018 12:58:58 PM |

THIS PAGE LEFT INTENTIONALLY BLANK FOR PURPOSES

OF SEPARATING EACH OF THE COMMUNICATION THREADS



**Re: FW: Documents regarding price per page per real time feed**

Lincoln J Sorrell  to: James O Browning                04/03/2018 02:50 PM

Cc: Cari Waters, Jennifer Bean, K'Aun Wild, Mark A Valdez, Matt Dykman

Judge Browning,

Cari agrees with your interpretation (see below for ease of reference.)   Jennifer has already re-submitted a new CJA 24 for all parts of the trial ordered by Ms. Duncan.  Jennifer has done so at the rates set out below (four feeds to CJA counsel totalling 6.00 per page) so you should now have that in your eVoucher inbox for final approval.

*Judge Browning wrote on 3/20/18:*

(1) The correct cost will be $1.50 per page
(2) CJA will pay for 4 pages ($6.00)
(3) USA will pay for 1 page ($1.50)
Total: $7.50.

The April 14, 2011 memorandum makes this clear. See Ex. A (highlights and underline added). The bad break is at 5. She is better to do 4 ($8.40) or 6 ($9.00). 5 only gets $7.50, which does not make sense, but appears to be the AO rate.

Lincoln Sorrell
Deputy-in-Charge
US District Court, District of New Mexico
100 N. Church St., Ste. 280
Las Cruces, New Mexico  88001
(575) 528-1417
(575) 323-4793

---

| James O Browning | Lincoln, What does Cari recommend that we do... | 04/03/2018 01:38:19 PM |
|---|---|---|

| | |
|---|---|
| From: | James O Browning/NMD/10/USCOURTS |
| To: | Lincoln J Sorrell/NMD/10/USCOURTS@USCOURTS |
| Cc: | Cari Waters/CA10/10/USCOURTS@USCOURTS, Matt Dykman/NMD/10/USCOURTS@USCOURTS, K'Aun Wild/NMD/10/USCOURTS@USCOURTS, Jennifer Bean/NMD/10/USCOURTS@USCOURTS, Mark A Valdez/NMD/10/USCOURTS@USCOURTS |
| Date: | 04/03/2018 01:38 PM |
| Subject: | Re: FW: Documents regarding price per page per real time feed |

Lincoln,

What does Cari recommend that we do?  If she agrees with my interpretation, then someone needs to submit a CJA voucher with the correct amount of payment.

Jim

| | | | |
|---|---|---|---|
| Lincoln J Sorrell | Your Honor, Please let me know what action, if... | | 04/02/2018 08:46:06 AM |

| | |
|---|---|
| From: | Lincoln J Sorrell/NMD/10/USCOURTS |
| To: | James O Browning/NMD/10/USCOURTS@USCOURTS |
| Cc: | Jennifer Bean/NMD/10/USCOURTS@USCOURTS |
| Date: | 04/02/2018 08:46 AM |
| Subject: | Re: FW: Documents regarding price per page per real time feed |

Your Honor,

Please let me know what action, if any, you would like me to take at this point.

Thank you.

Lincoln Sorrell
Deputy-in-Charge
US District Court, District of New Mexico
100 N. Church St., Ste. 280
Las Cruces, New Mexico  88001
(575) 528-1417
(575) 323-4793

| | | | |
|---|---|---|---|
| "Jennifer Bean" | Hi Judge, I was made aware that an 89-page do... | | 03/31/2018 12:58:58 PM |

| | |
|---|---|
| From: | "Jennifer Bean" <jbean@litsupport.com> |
| To: | <James_Browning@nmcourt.fed.us>, <Lincoln_J_Sorrell@nmcourt.fed.us>, <Cari_Waters@ca10.uscourts.gov>, <Carol_Bevel@nmcourt.fed.us>, <K'Aun_Wild@nmcourt.fed.us> |
| Cc: | "'Dusti Brown of Bean & Associates, Inc'" <dbrown@litsupport.com>, <behka@aol.com> |
| Date: | 03/31/2018 12:58 PM |
| Subject: | FW: Documents regarding price per page per real time feed |

Hi Judge, I was made aware that an 89-page document was filed on this issue yesterday.
I would respectfully request that these two documents attached be added to the filing.

Thank you!

Jennifer

**From:** Dale C Alverson [mailto:DAlverson@salud.unm.edu]
**Sent:** Saturday, March 31, 2018 12:38 PM
**To:** jbean <jbean@litsupport.com>
**Subject:** Documents regarding price per page per real time feed

See attached

Dale C. Alverson, MD
Medical Director
UNM Center for Telehealth

933 Bradbury Dr. SE
Suite 2209
Albuquerque, NM  87106
(505) 272-8633
dalverson@salud.unm.edu



CONFIDENTIALITY NOTICE

THIS ELECTRONIC MAIL TRANSMISSION MAY INCLUDE INFORMATION GENERALLY AND/OR PROTECTED, INDIVIDUALLY IDENTIFIABLE HEALTHCARE INFORMATION THAT IS CONFIDENTIAL AND PRIVILEGED BY STATE AND/OR FEDERAL LAWS, RULES AND/OR REGULATIONS INCLUDING, WITHOUT LIMITATION, THE HIPAA PRIVACY STANDARD, AND/OR THE ATTORNEY-CLIENT OR ATTORNEY WORK PRODUCT PRIVILEGE. IT IS THE POLICY OF THE UNIVERSITY OF NEW MEXICO HEALTH SCIENCES CENTER THAT THE SENDER DID NOT INTEND THIS TRANSMISSION TO BE SENT TO OR RECEIVED BY ANY UNAUTHORIZED PERSONS AND IS NOT WAIVING THE CONFIDENTIALITY OR PRIVILEGED NATURE OF SUCH INFORMATION. IF YOU ARE NOT THE INTENDED RECIPIENT OF THIS ELECTRONIC MAIL TRANSMISSION AND THEREBY RECEIVED THIS ELECTRONIC MAIL TRANSMISSION IN ERROR, PLEASE IMMEDIATELY DELETE IT FROM YOUR COMPUTER SYSTEM WITHOUT COPYING IT. IN ADDITION, PLEASE NOTIFY THE SENDER BY REPLY E-MAIL OR BY CALLING THE SENDER AT (505) 272-8633.  THIS WAY, WE CAN CORRECT OUR ADDRESS FOR THE INTENDED RECIPIENT.


---------------------
Click below to report this message as spam
for Lincoln_J_Sorrell@nmcourt.fed.us
Report This As Spam


---------------------
Click below to report this message as spam
for Lincoln_J_Sorrell@nmcourt.fed.us
Report This As Spam
[attachment "Calculation of price per page per feed for real time transcripts.docx" deleted by Lincoln J Sorrell/NMD/10/USCOURTS] [attachment "Costs per page per feed.xlsx" deleted by Lincoln J Sorrell/NMD/10/USCOURTS]