IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CLERK'S MINUTES

*BEFORE DISTRICT JUDGE JAMES O. BROWNING (IN LAS CRUCES)*

| | | | |
|---|---|---|---|
| **CASE NO.:** | No. CR 15-4268 JB | **DATES:** | April 4-5, 2018 |
| **CASE CAPTION:** | *USA v. DeLeon, et al.* | | |
| **CRD:** | C. Bevel | **COURT REPORTER:** | J. Bean |

| | | | | |
|---|---|---|---|---|
| **COURT IN SESSION:** | 8:34am | **COURT IN RECESS:** | 12:06pm | 3 hr. 32 min |
| | 1:06pm | | 5:37pm | 4 hr. 31 min |
| | **Day 2:** | | **Day 2:** | |
| | 8:32am | | 12:04pm | 3 hr 37 min |
| | 1:06pm | | 5:51pm | 4 hr 45 min |
| | | | | **16 hr. 22 min** |

**TYPE OF PROCEEDING:** Motion Hearing (see below)/Pretrial Conference (continuation from 3/12-16/18)

**COURT'S RULING/DISPOSITION:**

1. Sealed Emergency, Partially Unopposed Motion to Withdraw as counsel, to sever and to Continue (1959) **DENIED WITHOUT PREJUDICE**
2. Motion in Limine Regarding Alleged Bad Acts (1308)
3. Motion in Limine Regarding Alleged Bad Acts (1528)
4. Motion in Limine Regarding Alleged Bad Acts 1531)
5. Motion in Limine Regarding Alleged Bad Acts (1602)
6. Motion to Dismiss (1283)
7. Defendant Edward Troup's Motion to Dismiss (PreIndictment Delay) (1284)
8. United States Motion in Limine to Exclude Extrinsic Evidence in Violation of Federal Rule of Evidence 403 (1754)
9. United States Motion in Limine to Preclude Cross-Examination of Special Agent Acee on Unrelated Conduct (1871)
10. United States Notice of Proposed James Statements for Trial 2 (1903)
11. Sealed Motion to Quash Ex Parte Writ of Habeas Corpus ad Testificandum for Custody of Inmate Fred Quintana and Request for Emergency Telephonic Hearing (1919) **DENIED**
12. Notice of Objection to Proposed Courtroom Seating Arrangement (1936) **WITHDRAWN**
13. Motion to Bifurcate Counts 4 & 5 From Counts 13 and 13-16 (1948) **INCLINED TO DENY**
14. United States Motion in Limine (1977) **GRANTED**
15. Motion in Limine to Admit Out-of-Court statements Made by Adrian Burns (1978) **GRANTED**
16. Restricted Motion to Obtain Physical and Mental Health Records (1985)
17. Notice to Court. Request for Order Compelling Disclosure and Motion to Strike Certain Witnesses (1993)

18. Edward Troup's Objection to the Government's Notice of Other Crimes or Bad Acts Pursuant to Rule 404(b) (1994)
19. Motion for Order to Show Cause Why the Custodian for Bernalillo County Sheriff's Department Should not be Held in Contempt (1996)**WITHDRAWN**
20. Restricted Motion to Strike Government Witnesses Brian Rascon and Raymond Rascon (2011)
21. Restricted Motion to Strike Government Witness Benjamin Clark (2012)
22. United States Sealed Opposed Motion in Limine Regarding Statements Against Penal Interest Under Rule 804(B)(3) (1912)

**ORDER CONSISTENT WITH COURT'S RULING TO BE PREPARED BY:**   Court

| **ATTORNEYS PRESENT FOR PLAINTIFF(S):** | **ATTORNEYS PRESENT FOR DEFENDANT(S):** |
|---|---|
| Maria Armijo/Randy Castellano/ Matthew Beck, AUSAs | Brock Benjamin (for Deft. Joe Lawrence Gallegos) |
| | Cori Harbour-Valdez/Patrick Burke (for Deft. Edward Troup) |
| | Robert Cooper/James Castle (for Deft. Billy Garcia) |
| | Jeff Lahann/Joe Shattuck (for Deft. Allen Patterson) |
| | John Granberg (for Deft. Christopher Chavez) |
| | Billy Blackburn (for Deft. Arturo Arnulfo Garcia) |
| | Donovan Roberts/Lisa Torraco (for Deft. Andrew Gallegos) |

**COURT:**   Calls case.  Counsel enter appearances, defendants present in custody.  Cynthia Gilbert, paralegal, present for defense team.

**COURT IN SESSION:**

| | |
|---|---|
| 8:34am | Court addresses counsel regarding privacy covers and visibility of leg restraints. All attorneys move to jury box to view privacy screens covering defendants tables. |
| 8:41am | Court addresses counsel regarding order of motions to be addressed. |
| 8:43am | Mr. Davidson addresses Court, argues in support of Sealed Motion Doc. 1959. |
| 8:47am | Mr. Blackburn addresses Court, argues in support of Mr. Davidson's motion to withdraw. Request Court continue trial to July trial with other related defendants.  Informs Court of conflict with witness, James "Daffy" Garcia. |
| 8:59am | Mr. Burke addresses Court regarding conflict of Mr. Davidson and Mr. Blackburn. |
| 9:00am | Ms. Armijo responds, concerned with Mr. Blackburn's conflict regarding witness Garcia. |
| 9:03am | Court directs government to file a motion regarding disqualification of Mr. Blackburn. Court concerned about late issues being raised. |
| 9:04am | Ms. Armijo indicates conflict was raised orally in December hearings. Ms. Armijo has |

| | |
|---|---|
| | nothing further on Mr. Davidson's motion. |
| 9:05am | Bench conference with counsel. |
| 9:56am | Court addresses all counsel, Court will deny Mr. Davidson's motion without prejudice. |
| 9:58am | Mr. Burke addresses Court regarding Mr. Blackburn's conflict. |
| 9:59am | Court responds, suggests counsel speak during break. |
| 9:59am | Mr. Castle requests hand written notes taken during James Garcia's debrief be turned over as soon as possible. |
| 10:00am | Court recommends counsel discuss, Court to address Defendant's Billy Garcia's Bad Acts. |
| 10:01am | Court in recess. |
| 10:31am | Court in session. |
| 10:32am | Court will address Billy Garcia's Bad Acts Motion, Doc. 1308, appendix A. |
| 10:32am | Mr. Castle addresses Motion. |
| 10:47am | Mr. Castellano responds. |
| 11:28am | Court addresses counsel regarding Bad Acts, Doc. 1528, Mr. Blackburn wishes to move motion to later after he and Ms. Armijo continue to narrow those issues. |
| 11:28am | Court addresses J. Gallegos Motion in Limine Doc 1602. |
| 11:31am | Ms. Armijo responds re: J. Gallegos Motion in Limine Doc. 1602. |
| 11:33am | Mr. Brock responds. |
| 11:34am | Court addresses Mr. Brock and Ms. Armijo. |
| 11:46am | Ms. Armijo and Ms. Harbour-Valdez address juror excusals. |
| 11:48am | Court has removed the jurors that counsel have agreed should be excused for hardship. Court to provide a random seating chart to counsel before Monday. Keeping in mind that not all jurors listed may be present. |
| 11:54am | Mr. Cooper asks when chart might be available. |
| 11:54am | Court addresses counsel regarding court's denial of excusal which were left in the pool. Ms. Armijo and Ms. Harbour-Valdez to meet and confer regarding denied excusals. Ms. Armijo requests larger note pads for jurors to take notes on. |
| 11:58am | Mr. Castle addresses the need for Agent Acee's testimony, Agent Acee not present for hearings. |
| 12:00pm | Mr. Beck responds, Agent Acee's testimony was completed on March 16, 2018. |
| 12:00pm | Mr. Castle has re-direct for Agent Acee. |
| 12:02pm | Mr. Beck indicates Agent Acee is not available today. |
| 12:03pm | Mr. Burke requests 10 minutes on re-direct for Agent Acee. |

| | |
|---|---|
| 12:05pm | Mr. Castle and Mr. Burke agree that testimony could be completed by phone with Agent Acee. |
| 12:05pm | Ms. Torraco requests counsel be allowed to bring their own chairs. |
| 12:06pm | Court in recess. |
| 1:06pm | Court in session. |
| 1:10pm | Court addresses counsel regarding seating charts, chairs and notepads. |
| 1:13pm | Mr. Beck addresses Court regarding contact with witness James Garcia and Mr. Glazener, government will call James Garcia as a witness. |
| 1:21pm | Mr. Blackburn addresses court about possibility of James Garcia waiving the conflict. |
| 1:24pm | Mr. Beck responds. |
| 1:27pm | Mr. Castle responds. |
| 1:30pm | Mr. Beck addresses Court regarding Doc. 1909, responds filed last night, Doc. 2051. |
| 1:40pm | Mr. Castle responds. |
| 1:45pm | Court takes up Phillip Sapien's Sealed Motion to Quash Ex Parte Writ of Habeas Corpus ad Testificandum for Custody of Inmate Fred Quintana, Doc. 1919. |
| 1:45pm | Mr. Castle calls witness Fred Quintana, witness sworn. Mr. Quintana's attorney Philip Sapien present. |
| 1:45pm | Mr. Castle conducts direct examination of witness Fred Quintana. |
| 1:50pm | Mr. Burke conducts direct examination of witness Fred Quintana. |
| 1:54pm | Mr. Grandburg conducts direct examination of witness Fred Quintana. |
| 1:55pm | Mr. Beck conducts cross examination of witness Fred Quintana. |
| 2:01pm | Mr. Castle conducts re-direct examination of witness Fred Quintana. |
| 2:03pm | Mr. Burke conducts re-direct examination of witness Fred Quintana. |
| 2:07pm | Court excuses witness Fred Quintana. |
| 2:08pm | Mr. Castellano addresses Court regarding statements. |
| 2:10pm | Mr. Castle calls witness Andrew Armijo, witness sworn. |
| 2:11pm | Mr. Castle conducts direct examination of witness Armijo. |
| 2:30pm | Mr. Beck conducts cross examination of witness Armijo. |
| 2:31pm | Court in recess. |
| 2:53pm | Mr. Beck resumes cross examination of witness Armijo. |
| 3:02pm | Court excuses witness Mr. Armijo. |
| 3:02pm | Mr. Cooper addresses Court regarding Ms. Gibson, she has returned to TorC. Will be back tomorrow. Mr. Cooper calls Edgar Rosa, task force agent, witness sworn. |
| 3:03pm | Mr. Cooper conducts direct examination of witness Edgar Rosa. |

| | |
|---|---|
| 3:19pm | Mr. Beck conducts cross examination of witness Edgar Rosa. |
| 3:28pm | Mr. Cooper conducts re-direct examination of witness Edgar Rosa. |
| 3:30pm | Court excuses witness Edgar Rosa. |
| 3:30pm | Mr. Castle calls witness Juan Barela, witness sworn. |
| 3:30pm | Mr. Castle conducts direct examination of witness Barela. |
| 3:41pm | Mr. Castellano conducts cross examination of witness Barela. |
| 3:47pm | Mr. Castle conducts re-direct examination of witness Barela. |
| 3:48pm | Court excuses witness Barela. |
| 3:49pm | Mr. Castle addresses Court regarding next motion Doc. 1754 |
| 3:50pm | Mr. Beck responds. |
| 3:52pm | Court inclined to allow, it will be up to defendants. |
| 3:53pm | Mr. Burke nothing to add. |
| 3:54pm | Ms. Armijo addresses Court, believes jury does not want to see extrinsic evidence. |
| 3:54pm | Court addresses United States' Motion in Limine to Preclude Cross-Examination of Agent Acee on Unrelated Conduct. Doc. 1871 – at present time counsel will not go in to that. If the door is opened, will address it at that time via bench conference. |
| 3:57pm | Court addresses counsel on James statements and additional briefing related to Doc. 1903. Court addresses counsel on Mr. Sapien's motion regarding Fred Quintana, motion Doc. 1919 is effectively **denied**. |
| 4:01pm | Mr. Castle responds, documents 1936 and 1996 are withdrawn. |
| 4:02pm | Court addresses counsel on Doc. 1948 Motion to Bifurcate Counts 4 & 5 from Counts 1-3 and 13-16. |
| 4:05pm | Mr. Benjamin responds regarding defendant J. Gallegos position. |
| 4:06pm | Mr. Castle argues in support of Motion to Bifurcate Doc. 1948. |
| 4:09pm | Ms. Torraco argues in support of bifurcation of Counts 4 & 5. |
| 4:24pm | Mr. Castellano argues against bifurcation. |
| 4:32pm | Court in recess. |
| 4:51pm | Court in session. |
| 4:52pm | Court addresses counsel regarding sequencing and counsel can create their own seating chart. Court indicates Mr. Glazener will be here tomorrow at 10am with witness James Garcia. |
| 4:54pm | Ms. Armijo addresses sequence for jurors. |
| 4:54pm | Court will have seating chart Monday morning. |
| 4:56pm | Court addresses counsel regarding letter received from Mr. Fallick, regarding Leroy |

|  |  |
|---|---|
|  | Lucero's appearance and testimony tomorrow. Court will file letter on the docket. |
| 4:58pm | Mr. Castle addresses court regarding spill over testimony of witnesses related to Counts 4 & 5. |
| 4:59pm | Court is likely to deny bifurcation. |
| 5:00pm | Court will take up United States Motion in Limine Doc. 1977. |
| 5:01pm | Mr. Castellano addresses court in support of Motion. |
| 5:02pm | Court inclined to grant the motion. |
| 5:06pm | Mr. Benjamin responds. |
| 5:11pm | Ms. Torraco responds, filed response shortly before noon, Doc. 2066. |
| 5:11pm | Court has reviewed the response. |
| 5:12pm | Ms. Torraco argues against motion. |
| 5:15pm | Mr. Castellano responds. |
| 5:21pm | Court will grant the motion Doc 1977. |
| 5:26pm | Ms. Torraco addresses Court, clarifying what can be said related to ultimate finding by State Magistrate Judge. |
| 5:28pm | Court takes up Motion in Limine to Admit Out-of-Court Statements Made by Adrian Burns, Doc. 1978. Court inclined to grant motion. |
| 5:29pm | Ms. Armijo argues in support of Motion in Limine. |
| 5:31pm | Mr. Benjamin responds, argues against Motion in Limine. |
| 5:33pm | Ms. Torraco responds, argues against Motion in Limine. |
| 5:35pm | Court addresses counsel regarding statement of the case, time for closing arguments, and spiral notebooks for jurors. |
| 5:36pm | Counsel agree to spiral notebooks. |
| 5:37pm | Court will order 18 and a few extras. |
| 5:37pm | Court in recess. |

**DAY 2: 4/5/18**

|  |  |
|---|---|
| 8:32am | Court in session. |
| 8:33am | Court addresses Mr. Roberts on anything further on Burns statements. Court grants Motion Doc. 1978. |
| 8:33am | Mr. Benjamin responds, will draft a limiting instruction for the Court's review. |
| 8:35am | Court clarifies statement that will be admitted. |
| 8:40am | Ms. Torraco addresses Court. |
| 8:43am | Mr. Beck addresses Court with Agent Acee's notes from James Garcia debrief. |
| 8:55am | Court addresses Mr. Beck and request rough draft of factual basis for James Garcia's |

| | |
|---|---|
| | plea. |
| 8:56am | Mr. Beck reads factual basis for James Garcia plea. |
| 9:15am | Mr. Burke addresses Court responds to hand written notes of Agent Acee. |
| 9:27am | Ms. Harbour-Valdez addresses Court. |
| 9:36am | Mr. Castle addresses Court. Requests the plea agreement proposed for James Garcia to be disclosed to defense counsel, could be subject to protective order. |
| 9:46am | Mr. Burke responds, requests more time to consult with Ms. Harbour-Valdez. |
| 9:50am | Ms. Harbour-Valdez request more time to consult with Mr. Burke. |
| 9:50am | Mr. Castle responds, addresses Court. |
| 9:54am | Court addresses Mr. Beck regarding concerns about James Garcia pleading guilty tomorrow. |
| 9:55am | Mr. Beck responds, has concerns about witness James Garcia pleading guilty. |
| 9:58am | Court directs Mr. Beck to provide a copy of draft of factual basis for plea to the Court. |
| 9:58am | Mr. Beck to provide copies. Mr. Beck does not object to ex parte meeting with Mr. Castle. |
| 9:59am | Court directs Mr. Beck to provide CRD with copy of plea agreement. (Marked as exhibit 1) |
| 10:00am | Mr. Blackburn indicates witness James Garcia's attorney Mr. Glazener is here. |
| 10:01am | Court in recess. |
| 11:11am | Agent Acee appears telephonically. |
| 11:22am | Mr. Castle conducts re-direct of Agent Acee. |
| 11:54am | Mr. Castle moves to admit exhibits AA and AB, no objections by defense. |
| 11:54am | Court admits exhibits AA and AB. |
| 11:54am | Mr. Beck conducts re-cross examination of Agent Acee. |
| 12:03pm | Defendants have no further questions for Agent Acee. |
| 12:04pm | Court excuses Agent Acee. |
| 12:04pm | Court in recess. |
| 1:06pm | Court in session in ex parte conference with Mr. Castle. |
| 1:18pm | Court in recess. |
| 1:26pm | Court addresses Deputy Gunter regarding doors open for defense counsel at 7:30am and not removing defendants via the transport out of the building while jurors are leaving. |
| 1:35pm | Ms. Harbour-Valdez addresses Court regarding sequential list. |
| 1:36pm | Court indicates the list will be coming shortly. |

| Time | Event |
|---|---|
| 1:37pm | Ms. Armijo responds. |
| 1:37pm | Mr. Cooper calls witness Joshua Mirka, witness sworn, present with counsel Ms. Gibson. |
| 1:37pm | Mr. Cooper conducts direct examination of witness Mirka. |
| 1:45pm | Mr. Beck conducts cross examination of witness Mirka. |
| 1:49pm | Mr. Cooper conducts re-direct of witness Mirka. |
| 1:50pm | Court excuses witness Joshua Mirka. |
| 1:50pm | Mr. Beck addresses Court with concerns of written transcript seen by witness Mirka in custody. |
| 1:52pm | Court responds, perhaps the US Marshal can check with the facility and see what paperwork is in Lujan's cell. |
| 1:53pm | Mr. Cooper responds. |
| 1:54pm | Court directs that the taint team be in communication with the US Marshal regarding what is found. |
| 1:55pm | Ms. Armijo addresses court regarding numerous materials being found in possession of defendant Rudy Perez. |
| 1:56pm | Court to speak to taint team telephonically this afternoon regarding materials be |
| 2:02pm | Mr. Castle calls witness Joseph Otero, witness sworn. |
| 2:02pm | Bench conference with counsel. |
| 2:08pm | Mr. Castle conducts direct examination of witness Otero. |
| 2:14pm | Mr. Beck conducts cross examination of witness Otero. |
| 2:15pm | Mr. Castle conducts re-direct examination of witness Otero. |
| 2:16pm | Court excuses witness Otero. |
| 2:17pm | Mr. Castle calls witness Leroy Lucero, witness sworn. |
| 2:17pm | Mr. Castle conducts direct examination of witness Leroy Lucero. |
| 2:23pm | Mr. Beck addresses court regarding Kastigar letter provided to witness Lucero, indicates witnesses attorney Mr. Fallick availability by phone. |
| 2:23pm | Court addresses witness Lucero regarding protections of Kastigar letter. |
| 2:23pm | Mr. Castellano addresses Court regarding witness Lucero not feeling well. |
| 2:24pm | Mr. Castle continues with direct examination of witness Lucero. |
| 2:49pm | Court in session. |
| 2:50pm | Court addresses counsel regarding taint attorneys availability by phone. |
| 2:55pm | Court addresses taint attorney Mr. Eicker telephonically regarding materials at detention facility in hard copy that should not be. |

| | |
|---|---|
| 3:06pm | Mr. Cooper addresses Court, objects to blanket search of defendants cells. |
| 3:07pm | Ms. Armijo responds. |
| 3:08pm | Court directs that counsel provide a list including cooperators to CRD |
| | Mr. Castle resumes direct examination of witness Leroy Lucero. |
| 3:17pm | Mr. Benjamin conducts direct examination of witness Leroy Lucero. |
| 3:22pm | Mr. Beck conducts cross examination of witness Leroy Lucero. |
| 3:30pm | Mr. Castle conducts re-direct examination of witness Leroy Lucero. |
| 3:36pm | Court excuses witness Leroy Lucero. |
| 3:37pm | Court will address defense Notice to Court, Request for Order Compelling Disclosure to Motion to Strike Certain Witnesses. Doc. 1993. |
| 3:38pm | Mr. Castle addresses Doc. 1993. |
| 3:39pm | Mr. Beck responds, notes have been turned over. |
| 3:40pm | Mr. Castle continues. |
| 3:48pm | Mr. Benjamin addresses Court. |
| 3:49pm | Court addresses Edward Troup's Objections Doc. 1994 |
| 3:49pm | Mr. Castellano responds. |
| 3:50pm | Mr. Burke responds. |
| 3:56pm | Court address counsel, inclined to allow as indicated on the record. |
| 4:04pm | Court takes up Restricted Motion to Strike Government Witnesses Brian Rascon and Raymond Rascon Doc. 2011. |
| 4:04pm | Mr. Burke addresses Motion. |
| 4:05pm | Mr. Beck responds, no pen packet existed until today, will disclose to defendants. |
| 4:06pm | Court will deny Motion Doc. 2011. |
| 4:07pm | Court addresses Restricted Motion to Strike Government Witness Benjamin Clark Doc. 2012. |
| 4:08pm | Mr. Beck responds. |
| 4:16pm | Court in recess. |
| 4:33pm | Court in session. |
| 4:38pm | Court addresses counsel regarding sequential order, attempts to telephonically conference Ms. Wild. |
| 4:39pm | Ms. Armijo and Ms. Harbour-Valdez to call Ms. Wild directly now, outside the courtroom. |
| 4:39pm | Court addresses Deputy Marshal Adrian Gunder regarding timing for arrival of attorneys, defendants and jurors. |

| | |
|---|---|
| 4:41pm | Mr. Burke continues on Restricted Motion to Strike Government Witness Benjamin Clark Doc. 2012. |
| 4:43pm | Court denies Restricted Motion to Strike Government Witness Benjamin Clark Doc. 2012. |
| 4:44pm | Court inquires about time for closings – M. Armijo 3 hours combine, Mr. Benjamin 1.5 hr, Burke- 1. 15 min, Cooper – 2 hrs, Lahann 1.15 min, Grandburg- 1 hr 45 min, Blackburn 1 hr 15 min Torraco 1 hr. |
| 4:40pm | Court addresses statement of the case - directs by 10 am tomorrow defendants get back to the Government by 3:00, and then either file something agreed to by the end of business tomorrow, or send Court competing statements of the case indicating what your differences are, and then I'll try to prepare one over the weekend<br>No objections to voir dire. Court addresses conflict with Billy Blackburn. |
| 4:50pm | Mr. Blackburn responds. |
| 4:56pm | Deputy Gunder addresses Judge regarding taint team. Court will not give any further direction. |
| 4:57pm | Court addresses Mr. Blackburn and conducts colloquy with Arturo Garcia regarding conflict free counsel. |
| 4:57pm | Defendant responds yes, wishes to make a voluntary waiver and keep Mr. Blackburn as counsel. |
| 5:05pm | Court addresses counsel on United States Sealed Opposed Motion in Limine Regarding Statements Against Penal Interest Under Rule 804(B)(3) Doc. 1912. |
| 5:08pm | Mr. Beck responds. |
| 5:08pm | Mr. Castle will submit a small, less than five page summary argument about the application of 804(b)(3) to the specific statements. |
| 5:10pm | Mr. Beck address Claims Chart re: Billy Garcia and Troup's Motions to Dismiss. Previously emailed to jobproposed text |
| 5:11pm | Mr. Cooper addresses court with CJA matters. |
| 5:31pm | Mr. Blackburn addresses Court ex parte. |
| 5:51pm | Court in recess. |