# UNITED STATES DISTRICT COURT
### District of New Mexico

*USA v. DeLeon, et al.*  Case No. CR 15-4268 JB
EXHIBIT AND WITNESS LIST

| **Presiding Judge:**<br>James O. Browning | **Plaintiff's Counsel:**<br>Maria Armijo/Randy Castellano/Matt Beck, AUSA's | **Defendant's Counsel:**<br>see minutes |
|---|---|---|
| **Pretrial Motions Hearing Dates:**<br>April 4-5, 2018 | **Court Reporter:**<br>Jennifer Bean | **Courtroom Deputy/Law Clerk:**<br>Carol Bevel |

| Plf. No. | Def. No. | Date Offered | Marked | Admitted | Description of Exhibits and Witnesses |
|---|---|---|---|---|---|
| | | | | | **Wednesday, April 4, 2018** |
| | A | 4/5/18 | | Yes | Cori Harbour-Valdez hand written notes from Daffy Garcia meeting |
| | | | | | |
| | AA | 4/5/18 | | Yes | FBI 302 dated 1/22/02 bates label 43684 |
| | AB | 4/5/18 | | yes | FBI 302 dated 3/21/18 re: bates label 61829 |
| 1 | | 4/5/18 | | Yes | Draft plea agreement for James Garcia |
| | | | | | |
| | | | | | ***END*** |