IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

Plaintiff,

v.                                                    No. CR 15 -4268-JB

ANGEL DELEON, et al,

       Defendants.

_____

## ORDER FOR PRODUCTION
_____

THIS MATTER comes before the Court upon Defendants' request for draft Presentence Investigation Reports (PSIR) and criminal history assessments regarding government witness Leonard Lujan and notes concerning any statements concerning statements Mr. Lujan made regarding offense conduct in the aforementioned case. Defendant Billy Garcia requests any drafts, probation notes or other documentation related to the preparation of Mr. Lujan's PSIR.

Billy Garcia's request for the disclosure of this witness's PSIR, and relevant notes or documents, is immediately pertinent to preparation for the trial, which is already underway, in the aforementioned case.

IT IS THEREFORE ORDERED that United States Probation shall immediately produce any draft PSIRs, probation notes or other documentation related to the preparation of Leonard Lujan's PSIR, to attorneys for the government for redaction and disclosure of personal identifying information.

Counsel for Mr. Garcia shall not share any produced materials with the defendants.

IT IS SO ORDERED.

_____
U.S. District Court Judge