IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

Plaintiff,

v.                                                          No.  CR 15-4268-JB

ANGEL DELEON, et al,

    Defendants.

_____

**ORDER TO SHOW CAUSE**
_____

    THIS MATTER comes before the Court upon Defendants' request for draft Presentence Investigation Reports (PSIR) and criminal history assessments regarding several government witnesses and notes concerning any statements concerning statements made by those witnesses to U.S. Probation regarding offense conduct.  Defendant Billy Garcia moves this Court to issue a citation to the following defense counsel for witnesses to show cause why any drafts, probation notes or other documentation related to the preparation of their client's PSIR shall not be released to counsel for the government for their redaction of personal identifying information. The witnesses and defense counsel for said witnesses are as follows:

Mr. Frederico Munoz, represented by Mr. Louis Lopez (llopez@lelopezlaw.com)

Mr. Eugene Martinez, represented by Mr. Doug Couleur (doug@couleurlaw.com)

Mr. Billy Cordova, represented by Mr. John Samore (samorejfm@aol.com)

Mr. Robert Martinez, represented by Mr. C.J. McElhinney (cjm@cjmlawfirm.com)

Mr. Gerald Archuleta, represented by Mr. George Harrison (ghlaw707@gmail.com)

Billy Garcia's request for the disclosure of these witnesses' PSIRs is immediately pertinent to preparation for the trial, which is already underway, in the aforementioned case.

IT IS THEREFORE ORDERED that, within two business days of this Order, Counsel for the aforementioned witnesses shall show cause as to why any PSIRs, draft PSIRs, probation notes or other documentation related to the preparation of their client's PSIR, other than personal identifying information, should not be released to defendant Billy Garcia with a protective order that such materials shall not be shared with the defendants.

IT IS SO ORDERED.

_____
U.S. District Court Judge