## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA
        Plaintiff,

v.                                                                       NO. CR 15-4268-JB

ANGEL DELEON, ET AL.,
        Defendants.

### THIRD AMENDED ORDER ALLOWING DEFENSE STAFF TO BRING IN CELLPHONES INSIDE THE COURTHOUSE

      IT IS HEREBY ORDERED that the following people are authorized to pass through security with their cellphones and are further authorized to access and use their cellphones in accordance with Court rules for the duration of proceedings in this matter:

For Defendant Joe Lawrence Gallegos:

    Bill Elliott, investigator
    Sonia Salazar, paralegal

For Defendant Edward Troup:

    Charles Asbury, investigator
    Eda Gordon, jury consultant
    Raquel Rodriguez, paralegal
    Stephanie Viera, legal assistant

For Defendant Billy Garcia:

    Susan Cooper, paralegal
    Cynthia Gilbert, paralegal
    Laura Koch, paralegal
    Celeste Rankin, legal assistant
    Troy Sanchez, investigator
    Benjamin Wood, investigator

For Defendant Allen Patterson:

    Karsyn Lahann, legal assistant
    Robert Torres, paralegal
    Aadarsh Prasad, paralegal

Estefano Vargas, paralegal
Annette Morales, paralegal
Charles Burns, paralegal

For Defendant Christopher Chavez:

Vianey Arzate, paralegal

For Defendant Andrew Gallegos:

Andriana Estrada, paralegal

**Approved:**

_____
United States District Judge