

**Dianna Luce**
District Attorney
Fifth Judicial District
Lea, Eddy & Chaves Counties

LEA COUNTY
100 N. Main Avenue, #7C
Lovington, NM 88260-4060

301 N. Dalmont Street
Hobbs, NM 88240-8335
Phone: 575-397-2471
Fax: 575-397-6484

EDDY COUNTY
102 N. Canal Street, Suite 200
Carlsbad, NM 88220-5750
Phone: 575-885-8822
Fax: 575-887-3516

CHAVES COUNTY
400 N. Virginia Avenue, Suite G-2
Roswell, NM 88201-6222
Phone: 575-622-4121

April 16, 2018

Robert R. Cooper Law Firm
1011 Lomas Blvd. NW
Albuquerque, NM 87102

Re: State vs Robert Lovato cause number D-506-CR-200100299
State vs. Juan Mendez cause number D-506-CR-200200328
State vs. Michael Montoya cause number D-506-CR-200200130
State vs. Carlos Herrera cause number D-506-CR-200200296

To Whom It May Concern:

This is in response to the subpoena served on April 13, 2018 after 1:00 pm in United States v. Deleon et al. Case no. 15-CR-4268-JB. Due to the District Attorney's Spring Conference, April 17-19, 2018 in Ruidoso, NM, which has been previously scheduled, our office is unable to complete the copies as requested. Our office has copied the files of Juan Mendez and Michel Montoya, as well as some documents for the file of Carlos Herrera that were located in the other defendants files. Our office currently is in possession of a floppy disc that we do not have equipment to open or copy at this time. Additionally, there are 4 videos and 15 cassette tapes that we have been unable to locate in the allotted time.

At this time, we have not located the files for Carlos Herrera and Robert Lovato. As previously stated, due to time constraints we are unable to travel to District Court, in Lovington, NM to make copies of the District Court's files, which are likely in microfiche format. Please contact my office if you have any questions.

Sincerely,
Dianna Luce
District Attorney

CC: Roxane C. Castillo, Paralegal Specialist
United States Attorney's Office
200 North Church Street
Las Cruces, NM 88001

EXHIBIT 2