IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. CR-15-4268-JB |
| ) | |
| ANGEL DE LEON, et al, ) | |
| ) | |
|   9.  JAVIER ALONSO, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF OBJECTION

Defendant Javier Alonso, through counsel, respectfully objects to the disclosure of his Physical and Mental Health Records maintained by the New Mexico Department of Corrections.

DATED:   April 23, 2018.

                                          Respectfully submitted,

                                          NATHAN D. CHAMBERS LLC
                                          By:     s/Nathan D. Chambers
                                          Nathan D. Chambers
                                          303 16th Street, Suite 200
                                          Denver, Colorado 80202
                                          (303) 825-2222
                                          Attorney for Defendant, Javier Alonso

## CERTIFICATE OF SERVICE

    I hereby certify that on April 23, 2018, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification of such filing to counsel of record.

        NATHAN D. CHAMBERS LLC
        By:    s/Nathan D. Chambers
        Nathan D. Chambers
        303 16th Street, Suite 200
        Denver, Colorado 80202
        (303) 825-2222
        Attorney for Defendant, Javier Alonso