IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CRIMINAL NO. 15-4268 JB |
| ) | |
| vs. ) | |
| ) | |
| ANGEL DELEON, et al., ) | |
| ) | |
| Defendant. ) | |

**MOTION FOR WRIT OF HABEAS CORPUS AD TESTIFICUNDUM**
**FOR TEMPORARY CUSTODY OF WITNESS**

The United States of America respectfully moves that the Court order the Clerk of this Court to issue a Writ of Habeas Corpus ad Testificundum directing the Sheriff or Warden of the Valencia County Detention Center, Los Lunas, New Mexico, to surrender RAYNA BLEA to the United States Marshals Service for the District of New Mexico or his authorized representative and that the United States Marshal or his authorized representative be directed to bring RAYNA BLEA to the United States Courthouse for the District of New Mexico for the purpose of testifying in the above-captioned case.

RAYNA BLEA will be returned to the Valencia County Detention Center at the conclusion of the hearing or proceeding for which her appearance is required.

Respectfully submitted,

FRED FEDERICI
Attorney for the United States,
Acting Under Authority Conferred
by 28 U.S.C. §515

*Electronically filed 4/23/2018*
MARIA Y. ARMIJO
Assistant United States Attorney
200 N. Church Street
Las Cruces, NM 88001
(575) 522-2304 – Tel.