IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                             NO. CR 15-4268 JB

ANGEL DELEON, et al.,

    Defendant.

### ORDER FOR WRIT OF HABEAS CORPUS AD TESTIFICUNDUM
### FOR TEMPORARY CUSTODY OF WITNESS

Upon the motion of the United States Attorney for a Writ of Habeas Corpus ad Testificundum directed to the Sheriff or Warden of the Valencia County Detention Center, Los Lunas, New Mexico, it is

ORDERED that the Clerk of this Court is hereby authorized to issue a Writ of Habeas Corpus ad Testificundum directing the Sheriff or Warden of Valencia County Detention Center to surrender RAYNA BLEA, SSN ending 2375, to the United States Marshal for the District of New Mexico or his representative in order that RAYNA BLEA may be taken to the United States Courthouse for the District of New Mexico for the purpose of testifying in the above-captioned case before the Honorable James O. Browning, United States District Judge on Monday, April 30, 2018, at 8:00 AM.

RAYNA BLEA is to be returned to the Valencia County Detention Center at the conclusion of the hearing or proceeding for which her appearance is required.

_____
United States District Judge