IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ANGEL DELEON, et al.,

    Defendant.

NO. CR 15-4268 JB

## WRIT OF HABEAS CORPUS AD TESTIFICUNDUM
## FOR TEMPORARY CUSTODY OF WITNESS

THE PRESIDENT OF THE UNITED STATES OF AMERICA:

TO:    Sheriff or Warden of Valencia County Detention Center, Los Lunas, New Mexico, and to the United States Marshal or his authorized representative

GREETINGS:

You are hereby commanded to deliver RAYNA BLEA, SSN ending 2375, a prisoner in your custody at the Valencia County Detention Center to the United States Marshal for the District of New Mexico, or his representative.

The United States Marshals Service is commanded to produce RAYNA BLEA for the purpose of testifying before the Honorable James O. Browning, United States District Judge, United States District Courthouse, 100 N. Church Street, 320 Tortugas Courtroom, Third Floor, on Monday, April 30, 2018, at 8:00 AM.

RAYNA BLEA is to be returned to the Valencia County Detention Center at the conclusion of the hearing or proceeding for which her appearance is required.

WITNESS the Honorable James O. Browning, District Judge of the United States District Court for the District of New Mexico, at Albuquerque, New Mexico, this 27th day of April 2018.

_____
For  MITCH ELFERS
ACTING Clerk, U.S. District Court

_____
United States District Judge