IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

Plaintiff,

v.                                                                              No. CR 15-4268-JB

JOE LAWRENCE GALLEGOS
EDWARD TROUP
BILLY GARCIA
ALLEN PATTERSON
CHRISTOPHER CHAVEZ
ARTURO ARNULFO GARCIA
ANDREW GALLEGOS,

Defendants.

## SUPPLEMENTAL PROTECTIVE ORDER

This matter is before the Court upon defendant Billy Garcia's filing of Motion for Order Authorizing Disclosure of Records to Experts (Doc. 2166). The defense moves the entry of a protective order, supplemental to the original Stipulated Protective Order (Doc. 1721), to facilitate the production of the Bureau of Prisons Forensic Evaluation of Eugene Martinez (Doc. 596 sealed), Dr. Eric Westfried's Forensic Neuropsychological Competence to Stand Trial Evaluation (Doc. 938 Sealed), Dr. James Harrington's Competency to Stand Trial Evaluation,

trial testimony of Eugene Martinez, competency hearing testimony regarding Eugene Martinez, and any other mental health records of Eugene Martinez that may subsequently be produced pursuant to Court order or agreement of the parties.

All aforementioned materials under this protective order will be disclosed to above defendants' counsel only, and may not be further disclosed, disseminated or discussed without the Court's leave, other than as follows:

a. Above defendants' counsel may disclose the aforementioned materials to members of the legal team, including, but not limited to, their retained defense investigator, law clerk(s), paralegals, legal assistants and expert witness(es), if any. Above defendants' counsel may also disclose aforementioned materials to experts not retained by the defense.

All other conditions of the previous Protective Order (Doc. 1721), shall stand regarding the dissemination and utilization of these materials.

_____
United States District Judge