

**Order on motion to dismiss**

Jim Gmail   to:   jobproposedtext, Randy.Castellano, Maria.Armijo, Robert Cooper, Matthew.Beck2, Patrick J Burke, Cori A. Harbour-Valdez,   04/27/2018 04:58 PM

The court has often asked if there are particular motions the parties wish an order regarding. Billy Garcia is requesting that the court issue an oral or written order on the motions to dismiss, the supplement thereto and the motion for intermediate sanctions. This is necessary in order for the defense to plan their case in chief and make appropriate offers of proof if relief is denied.

Thank you,

Jim Castle

Sent from my iPhone--------------------
Click below to report this message as spam
for jobproposedtext@nmcourt.fed.us
http://quarantine.nmd.circ10.dcn/.rs?id2ß5SH2Y1SYgtmvGEpWh