1

1             IN THE UNITED STATES DISTRICT COURT

2               FOR THE DISTRICT OF NEW MEXICO

3    UNITED STATES OF AMERICA,

4                      Plaintiff,

5         vs.              NO:  CR-15-4268 JB

6    ANGEL DELEON, et al.,

7                      Defendants.

8

9         Transcript of excerpt of testimony of

10                   FELIPE GONZALEZ

11          April 19, 2018, and April 20, 2018

12

13

14

15

16

17

18

19

20

21

22

23

24

25

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

PROFESSIONAL COURT
REPORTING SERVICE

1                    I N D E X

2   EXAMINATION OF FELIPE GONZALEZ

3   By Mr. Castellano                                3

4   By Mr. Castellano                                20

5   By Mr. Granberg                                  36

6   By Mr. Lahann                                    43

7   By Mr. Castellano                                49

8   By Mr. Granberg                                  55

9   REPORTER'S CERTIFICATE                           58

10                   EXHIBITS ADMITTED

11  Government 9 Admitted                            52

12  Government 10 Admitted                           53

13

14

15

16

17

18

19

20

21

22

23

24

25

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1          THE COURT:  All right.  Mr. Beck, does the

 2   Government have its next witness or evidence?

 3          MR. CASTELLANO:  Yes, Your Honor.  The

 4   United States calls Felipe Gonzalez.

 5          THE COURT:  Mr. Gonzalez, if you'll come

 6   up and stand next to the witness box on my right,

 7   your left, before you're seated, my courtroom

 8   deputy, Ms. Bevel, will swear you in.

 9                  FELIPE GONZALEZ,

10      after having been first duly sworn under oath,

11      was questioned and testified as follows:

12          THE CLERK:  Please be seated.  Please

13   state your name for the record.

14          THE WITNESS:  My name is Felipe Gonzalez.

15          THE COURT:  Mr. Gonzalez.  Mr. Castellano.

16          MR. CASTELLANO:  Thank you, Your Honor.

17                  DIRECT EXAMINATION

18   BY MR. CASTELLANO:

19      Q.   Good afternoon.

20      A.   Good afternoon, sir.

21      Q.   Did you ever work for the State Police?

22      A.   Yes, I did.

23      Q.   When did you work for the State Police?

24      A.   I started my career with State Police back

25   in 1993.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1        Q.    In 1993?

2        A.    Yes, sir.

3        Q.    Did you eventually retire from that

4    agency?

5        A.    Yes, I did.

6        Q.    When did you retire?

7        A.    I retired in November of 2013.

8        Q.    Will you tell us a little bit about your

9    training and experience as a New Mexico State police

10   officer?

11       A.    Yes.  I attended a 16-week Academy back in

12   '93 through the State Police Academy.  I was in --

13   got my commission and I was stationed as my first

14   duty station in Gallup, New Mexico.  I worked there

15   as a patrol officer for almost four to five years

16   before I transferred back to the Las Cruces area.

17       Q.    And once you finished your term in Gallup,

18   did you then remain in Las Cruces for the rest of

19   your career?

20       A.    That is correct.

21       Q.    And what other positions did you hold as a

22   state police officer?

23       A.    In 2000, I transferred into the

24   investigations section of the state police.

25       Q.    Did that require any additional training

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    when you moved into investigations?

2        A.   It pretty much was based -- we did some

3    initial -- initial training, your background, cases

4    you investigated.  You have to, you know, go before

5    an oral panel, kind of like that, and you get

6    selected to become an agent or criminal

7    investigator.

8        Q.   Were you on duty on March 26 of 2001?

9        A.   Yes, I was.

10       Q.   And can you tell the members of the jury

11   if you recall being called out to the Southern New

12   Mexico Correctional Facility that day.

13       A.   Yes, I was.  That day I was called.

14       Q.   What time did your day start in terms of

15   getting involved with this case?

16       A.   In this particular case, I believe we got

17   the call about 9:00 in the morning.

18       Q.   What was the initial information you had?

19       A.   We had got information of an incident that

20   happened at the Southern New Mexico Correctional

21   Facility.  They had found a deceased body.  So I was

22   assigned to that case by Sergeant Jose Ramirez, who

23   was the supervisor at the time.  So I proceeded to

24   that location to conduct the investigation.

25       Q.   And for those who don't know, is the New

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                               201 Third NW, Suite 1630
Santa Fe, NM 87501                                        Albuquerque, NM 87102
(505) 989-4949                                                    (505) 843-9494
FAX (505) 843-9492                                           FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1  Mexico State Police a state police force statewide

2  for New Mexico?

3       A.   Yes, that's correct.

4       Q.   Is New Mexico State Police responsible for

5  investigating crimes at the penitentiaries?

6       A.   That is correct.

7       Q.   Is that why your agency was called to the

8  pen on that date?

9       A.   Yes, sir.  If it's a state-run facility,

10  as well.  So they normally would always -- on any

11  particular type of incident, they would always call

12  state police to investigate.

13       Q.   All right.  What did you do when you first

14  got assigned to the investigation?

15       A.   When I first got there, I believe I met

16  with some of the personnel initially.  Shortly

17  thereafter, I believe we had another call that there

18  night have been another deceased body.  And they

19  dispatched another agent, and the sergeant also

20  arrived at the scene.  I kind of waited for them at

21  the scene there.  Then we met up with the staff, who

22  gave us some preliminary information about the

23  incident.

24       Q.   What time did you arrive at the facility?

25       A.   I believe -- it's been a long time -- it

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1  probably was around 9:45, close to 10:00, probably
 2  right around that time.
 3       Q.   Would it help you refresh your
 4  recollection to take a look at your report?
 5       A.   Yes, it would.
 6            MR. CASTELLANO:  May I approach the
 7  witness, Your Honor?
 8            THE COURT:  You may.
 9  BY MR. CASTELLANO:
10       Q.   It's Bates 735.  I'll go ahead and have
11  you look at that.  When your memory is refreshed,
12  let me know, please.
13       A.   Okay.  Yeah, 9:55.
14       Q.   Okay.  So around 9:55, is when you arrived
15  at the facility?
16       A.   Correct.
17       Q.   What arrangements did you make once you
18  arrived there?
19       A.   I believe at the time we met up -- I met
20  with the deputy warden, one of the lieutenants, and
21  the sergeant, just getting initial information.
22  Shortly thereafter, I believe Agent Rhoades showed
23  up at the facility, as well as Sergeant Ramirez.  We
24  met up with the deputy warden.  I believe it was
25  Warden Nance at the time; Lieutenant Jim Moore at
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1  the time, as well.  And then from there, they gave

2  us the information.

3          We proceeded to do a walk-through of both

4  scenes, and I believe we did a walk-through of the

5  initial scene regarding -- the deceased, Frank

6  Castillo, had been identified.

7          And then we went to the other section of

8  the facility, which was my particular case, which

9  was the Rolando Garza case.  And also we just kind

10 of went in there, walked through the scene,

11 everything had already been taped off; nobody was

12 allowed in there.

13         And then we looked in the window, observed

14 the bodies, and then we kind of left that particular

15 area and went to another part of the building to

16 gather more information, and started doing

17 interviews with correctional officers as well as

18 inmates.

19     Q.   What was the purpose of doing an initial

20 walk-through?

21     A.   You always do an initial walk-through to

22 see what you observe there at the scene, make sure

23 it's been contained, make sure there is nobody

24 there, nobody walking around that can contaminate

25 the scene.  So that's kind of what our main priority

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   is, to make sure that that scene has been contained

2   before we start the crime scene processing.

3       Q.   Was Agent Rhoades initially assigned to

4   support you as the case agent for the Garza

5   homicide?

6       A.   I think initially he was, because we're at

7   the state police office.  Basically what happens,

8   we're there, we're getting all our equipment, you

9   know, cameras, whatever we might need, as we're

10  getting tape recorders, whatever we would need to go

11  down there.  So we gather all that.

12          So I was the first one to leave the state

13  police office, and I believe Agent Rhoades was also

14  going to go out there and assist as well.  But

15  during that time, we got another call that there was

16  another deceased body, as well.

17      Q.   How did that change things?  You went from

18  a supporting role to what role after that?

19      A.   As a case agent to that particular case.

20      Q.   So then were you each then assigned to

21  your own homicide?

22      A.   That is correct.

23      Q.   And even though you had your own

24  homicides, each, did you do a walk-through together,

25  just to kind of confer with each other and check

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    things out?

2        A.    Yes, that's kind of what we did, as well

3    as we had the supervisor present at that time, as

4    well, and we kind of did that together, just so we

5    can collect information and gather information and

6    see if there was any commonalities in both cases.

7        Q.    Why would you have looked for

8    commonalities out at the prison that day?

9        A.    Because it would give us information as

10   far as, you know, what would we be looking at, and

11   in order to collect evidence and, you know, help us

12   with the case, for the most part.

13       Q.    And had you yourself responded to crimes

14   before at that facility?

15       A.    Yes, I had.

16       Q.    Had you ever responded to a double

17   homicide at that facility?

18       A.    Not a double homicide, no, sir.

19       Q.    Was anyone else called out to assist you

20   and Agent Rhoades with documenting the evidence out

21   there?

22       A.    Yes, I believe we had Officer -- Agent

23   Albert Venegas was an agent at the time.  He was

24   also assigned to assist -- I believe it was Agent

25   Alex Horcasitas, as well, was assigned.  And then we

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                         201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                    FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1  had our crime scene techs which were assigned, which

2  was Agent Wesley LaCuesta and Agent Robert Duncan.

3       Q.   You mentioned having cameras and things of

4  that nature that you possibly gathered before going

5  out.  What was the need for calling the crime scene

6  techs out there?

7       A.   Because they're usually -- at this

8  particular time, we had established a crime scene

9  unit, and they were part of that crime scene unit,

10  which had a little more expertise on

11  crime-processing, collecting of evidence.  And that

12  usually kind of frees the agent to do other duties,

13  as well, while those scenes are being processed, and

14  that's why we bring them in.  At the time, they had

15  more expertise than I did as far as crime scene

16  processing.  They had, you know, been trained with

17  crime scene processing and had done a lot more

18  scenes than myself and Agent Rhoades probably.

19       Q.   And where were they coming from?

20            MR. CASTLE:  Your Honor, if we could

21  approach the bench.

22            THE COURT:  Certainly.

23            (The following proceedings were held at

24  the bench.)

25            MR. CASTLE:  Your Honor, several of us

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   noticed two of the jurors were asleep, seats 6 and
 2   7.
 3            THE COURT:  I watched them back there.
 4   Are you talking about the ones that lean over?
 5            MR. CASTLE:  I can't remember their names.
 6   The one right next --
 7            THE COURT:  In the back?  Some of them I
 8   was watching, they lean over and write.
 9            MR. CASTLE:  Next to the empty seat.
10            THE COURT:  Do you want to call it a day?
11            MR. CASTLE:  I think so.  I think we ought
12   to keep an eye.  That's my concern with
13   Mr. Castellano's testimony.
14            THE COURT:  Riveting.
15            MR. CASTELLANO:  I'm destroying them.
16            MR. BECK:  I will point out that I have
17   seen juror number 6, Ms. Nitterauer; she closes her
18   eyes a lot and still moves.  I think she listens a
19   lot with her eyes closed.  Is that the one?
20            MR. CASTLE:  The gentleman next to her.
21            MR. BECK:  That was Randy's fault.
22            MR. CASTELLANO:  I think they call it
23   living, breathing flesh.
24            (The following proceedings were held in
25   open court.)
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1            THE COURT:  All right.  I think we're
2   going to call it quits.  The room is getting a
3   little warm and I think everybody wants to call it a
4   day.  All right.  I appreciate everybody's hard
5   work.  You might check those missile tests coming in
6   from Alamogordo.  I think there are going to be some
7   tomorrow.  Those of you coming in might need to come
8   in a little early, and we'll try to have some
9   refreshments to occupy you.
10           Be safe, and we'll see you tomorrow at
11   8:30.
12           (The jury left the courtroom.)
13           THE COURT:  How long, Mr. Beck, are you
14   thinking your record on this Jaramillo issue -- how
15   much time are you looking for?
16           MR. BECK:  I would think between Special
17   Agent Acee's testimony and argument, I would say an
18   hour, but knowing cross-examination, I would say we
19   should plan for two.
20           THE COURT:  Well, see if you can give me
21   as much as you can tonight.  You said you had some
22   cases you were going to send me.  Try to do as much
23   of it as you can sending stuff to me.  Do you know
24   of anything on your James statement that --
25           MR. BECK:  I mean, that's a nonissue right
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492
                                                                   1-800-669-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE                              e-mail: info@litsupport.com

1  now.  Those are all Mike Jaramillo's, Criminal's,
2  new statements.
3           THE COURT:  Okay.
4           MR. BECK:  It's just a chart of what's in
5  the 302 that --
6           THE COURT:  Okay.  So this would all be if
7  he testifies?
8           MR. BECK:  Right.
9           THE COURT:  And nothing new if he doesn't?
10          MR. BECK:  Right.
11          THE COURT:  All right.  Well, we will see
12  you in the morning.  Y'all have a good evening.  I
13  appreciate everybody's hard work.
14
15
16
17
18
19
20
21
22
23
24
25

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1                       April 20, 2018
 2              THE COURT:  All right.  Good morning,
 3    everyone.  I appreciate everybody being here and
 4    ready to go and on time.  Yesterday, Mr. Beck
 5    requested some time during the day in the afternoon.
 6    I guess put Mr. Acee on the stand and spend hours
 7    with that, as well as probably argument on the
 8    Michael Jaramillo issue.  What are the defendants'
 9    thoughts on that?
10              MS. HARBOUR-VALDEZ:  Your Honor, I'm just
11    now reading the brief that was filed this morning,
12    but I'm assuming we're going to want to respond to
13    this.
14              THE COURT:  Okay.  What's your thoughts
15    about spending time this afternoon with an
16    evidentiary hearing with Mr. Acee?  And I think he
17    was estimating a couple of hours.
18              MR. CASTLE:  I'm not sure what the purpose
19    of the evidentiary hearing is.  I mean, it seems to
20    be an issue of law.
21              MR. BECK:  I tend to agree with Mr.
22    Castle.  Once the Court said, "Get me some things,"
23    and I did overnight, I tend to agree with Mr. Castle
24    that I don't think an evidentiary hearing is needed
25    or really applicable in this case.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1              THE COURT:  All right.  Well, let me just
 2    keep reading your brief.  I got it this morning,
 3    and --
 4              MR. BECK:  If you still want to give us a
 5    couple hours this afternoon, I won't mind.
 6              THE COURT:  All right.  Is there anything
 7    else we need to discuss before we bring the jury in?
 8    Anything else I can do for you, Mr. Beck?
 9    Mr. Castellano?
10              MR. BECK:  No, Your Honor.
11              THE COURT:  How about from the defendants?
12              MR. BENJAMIN:  Yes, Your Honor.
13              THE COURT:  Mr. Benjamin.
14              MR. BENJAMIN:  Your Honor, I believe I'll
15    let Ms. Armijo sit down because she's --
16              MS. ARMIJO:  That's okay.
17              MR. BENJAMIN:  I believe next week the
18    Government plans on launching into Adrian Burns.
19    And one of the witnesses, Angela Gallegos -- that's
20    Joe's daughter, Joe Gallegos -- I filed a notice,
21    Your Honor, I think it was the first or second day
22    of trial regarding her.  At some point in time --
23    and I guess I really don't want to deal with the
24    medical issues so I don't really want to deal with
25    that in open court.  But Ms. Armijo and I need to
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1   have some of the Court's time regarding essentially
 2   their subpoena, because there are some issues with
 3   her medical that I don't want -- that I want to make
 4   the Court aware of before the Government tries to
 5   enforce subpoenas, or if we find an alternate means
 6   of compliance, or something like that.
 7            THE COURT:  I saw the brief.  I'll have to
 8   find it.  What are the issues?
 9            MR. BENJAMIN:  She's in the middle of a
10   high-risk pregnancy and due in two weeks.
11            THE COURT:  What is the issue for the
12   Court to decide?
13            MR. BENJAMIN:  Compliance, Your Honor.
14   There's appointments and also a letter that I
15   provided, an additional letter that I provided the
16   Government from her care provider regarding travel.
17   She is in Los Lunas or the area, so it's three
18   hours.
19            THE COURT:  Yeah.  I mean, are you trying
20   to prevent her from testifying?
21            MR. BENJAMIN:  I'm trying to raise an
22   issue that -- and I provided a stipulation that
23   wasn't accepted.  There is a -- she's essentially a
24   foundation witness for a piece of evidence for the
25   Government, and so I guess I'd like to be able to
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1   put some items on the record.

2           THE COURT:  Okay.  Well, chances are,

3   given what you've described -- I'll try to find that

4   brief.  I probably will not.

5           MR. BENJAMIN:  It's more than just a

6   one-page notice, Your Honor, with an attachment to

7   it.

8           THE COURT:  I'm probably not going to, you

9   know, preclude the Government from subpoenaing her,

10  so --

11          MR. BENJAMIN:  I guess -- they've

12  subpoenaed her, Your Honor.  The issue is whether or

13  not she's going to be required to come down.

14          THE COURT:  I think she better plan on it,

15  given what you've said.

16          MR. BENJAMIN:  I guess once the Court has

17  that, I think we can address that.

18          MS. ARMIJO:  We're looking for the

19  witness, Your Honor.

20          THE COURT:  All right.  We'll go ahead and

21  get the jury in.  Which witness are you --

22          MS. ARMIJO:  Felipe Gonzalez.

23          THE COURT:  You're going to go back to Mr.

24  Gonzalez?

25          All right, all rise.

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                        201 Third NW, Suite 1630
Santa Fe, NM 87501                               Albuquerque, NM 87102
(505) 989-4949                                           (505) 843-9494
FAX (505) 843-9492                                FAX (505) 843-9492



1-800-669-9492
e-mail: info@litsupport.com

19

```
 1                (The jury entered the courtroom.)
 2                THE COURT:  All right.  Everyone be
 3    seated.  Good morning, everyone.  Good Friday
 4    morning.  Looks like a pleasant morning before the
 5    winds pick up.  We didn't have any missiles or
 6    anything like that.
 7                Ms. Bevel said she got you cookies and
 8    croissants.  She said you only want donuts once a
 9    week.  That's one more day a week than I should have
10    donuts.
11                I'm glad everybody is back and working
12    hard.  And I appreciate all the attorneys and
13    parties and all the jurors being here on time so we
14    can keep things on track.
15                All right.  Mr. Gonzalez, I'll remind you
16    that you're still under oath.
17                Mr. Castellano, if you wish to continue
18    your direct examination of Mr. Gonzalez, you may do
19    so at this time.
20                MR. CASTELLANO:  Yes, sir.  Thank you.
21                THE COURT:  Mr. Castellano.
22
23
24
25
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1                    FELIPE GONZALEZ,
2         after having been previously duly sworn under
3         oath, was questioned, and continued testifying
4         as follows:
5                    CONTINUED DIRECT EXAMINATION
6    BY MR. CASTELLANO:
7         Q.   Good morning, Mr. Gonzalez.
8         A.   Good morning.
9         Q.   Yesterday you were talking about -- I
10   think we left off talking about collection of
11   evidence and the crime scene team.  Were you aware
12   of a crime scene team that was in Las Cruces at that
13   time as they were currently set up?
14        A.   No, we didn't have, per se, a crime scene
15   team in Las Cruces.  Myself and Agent Rhoades would
16   do crime scene investigation in this area, but we
17   had our main investigators out of the Albuquerque
18   area.
19        Q.   Has that changed over the years?
20        A.   Yes, it has.  Yes, sir.
21        Q.   During your time at the facility, I want
22   to ask if you took a statement from Christopher
23   Chavez at 2:30 p.m. on March 26, 2001.
24        A.   Yes I did.
25        Q.   Before you took that, did you read him his
```

SANTA FE OFFICE                                           MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                            (505) 843-9494
FAX (505) 843-9492                                    FAX (505) 843-9492
                                                       1-800-669-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE                          e-mail: info@litsupport.com

1   rights?

2        A.   Yes.

3        Q.   Did he agree to waive his rights and tell

4   you something?

5        A.   Yes, he did.

6        Q.   What did he tell you -- first of all,

7   where did you meet him for this discussion?

8        A.   We were still in the facility, the

9   education building, one of the buildings there

10  within the facility.

11       Q.   And do you recall why it was the education

12  building?  Why did you meet there?

13       A.   I think that's where we staged to conduct

14  interviews regarding the investigation.

15       Q.   So when you said it was staged for the

16  interview, did the corrections officers basically

17  bring you inmates one at a time so you could meet

18  them?

19       A.   That is correct.

20       Q.   Is that where you met Mr. Chavez?

21       A.   That's correct.

22       Q.   What did he tell you about Rolando Garza

23  and news of his death?

24       A.   It's been a long time.  I'm trying to

25  remember.  I know.  I believe he mentioned that he

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  didn't know much, didn't have any news, it was news

2  to him about the murder, and he had a pretty short,

3  brief statement.  It wasn't a whole lot.  He

4  indicated that, I think, in the morning he got up in

5  the morning after the cells were opened.  I believe

6  he went to breakfast, and I do remember him saying

7  he did go and sit down with another inmate by the

8  name of Eugene Martinez.

9      Q.   He said he had ate chow with Eugene

10 Martinez?

11     A.   Yes.

12     Q.   And do you recall the last time Mr. Chavez

13 told you that he had seen inmate Garza?

14     A.   Yes, that was in the night before.  He

15 said he was -- this was the first statement, the

16 first statement, because I believe I reinterviewed

17 him again a couple weeks later, as well.  So this

18 particular interview was a short interview, and

19 that's pretty much what he said.  He did remember

20 seeing him the night before.  In the morning, like I

21 said, he got up after the cells opened, went to

22 breakfast.

23     Q.   And so was the last time he had seen the

24 person known as Looney, Mr. Garza -- the last time

25 he'd seen him alive was at bedtime?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   Yeah, it would have been right around, you

 2   know -- right before lockdown.

 3        Q.   Was this information you placed in a

 4   report?

 5        A.   Yes.

 6        Q.   Now, you mentioned that there was a second

 7   statement?

 8        A.   Correct.

 9        Q.   What can you tell us about that statement

10   in terms of timing, for starters?

11        A.   It was a little lengthier.  We had got

12   some additional information from other inmates, so

13   we were trying to -- I think we got some information

14   from other inmates that there was some drug use

15   during that time.  And when I talked to him, he did

16   admit to using heroin during that -- during that --

17   that particular interview, right before going to

18   bed, I believe it was.  He pretty much stated he

19   kind of stayed by himself that evening in his cell

20   doing heroin.

21        Q.   Was that second interview in April of

22   2001?

23        A.   I'm not sure.  I think that one was on

24   the -- maybe a few weeks later.  I'm not sure.

25        Q.   Would it refresh your recollection to take
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1   a look at the report?

 2        A.   Yes, please.

 3             MR. CASTELLANO:  May I approach, Your

 4   Honor?

 5             THE COURT:  You may.

 6   BY MR. CASTELLANO:

 7        Q.   Mr. Gonzalez, I'll have you read the

 8   following pages to yourself and when your

 9   recollection is refreshed, let us know.

10        A.   I believe this interview on this report

11   shows April 26.  April 26.  There was some

12   interviews done on, I believe, the first -- April

13   4th.  But I believe Mr. Chavez's interview the

14   second time is on April 26.  Is that the one you're

15   talking about?

16        Q.   Yes.  And do you have in that report any

17   notation about what Mr. Chavez told you during the

18   second interview?

19        A.   Let me look at that.  Yes, this is the

20   same interview I was referring to.

21        Q.   April 26, 2001?

22        A.   That's correct.

23        Q.   And was March 26, 2001, a Monday?

24        A.   I believe it was, yes, sir.

25        Q.   Did Mr. Chavez tell you about some of the
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1   events on the previous day, which was Sunday?

 2        A.   Yes.  On that one, I believe he said he

 3   got up on Sunday morning about 8:00.  He went to his

 4   work detail.  And then after that, I think he went

 5   to the recreation and played basketball for kind of

 6   the rest of that evening, I believe, until the next

 7   day.

 8        Q.   And do you remember approximately what

 9   time he said he was back in his cell on Sunday, the

10   day before the murders?

11        A.   According to my report, it would have been

12   about 9:30 p.m.

13        Q.   Is that the point he told you about using

14   heroin before bedtime?

15        A.   Right.  That's correct.

16        Q.   Did you ask him anything about any fights

17   or disagreements the night before?

18        A.   Yes, I did, and he said that there was no

19   arguments or anything going on between the other

20   inmates, which that was kind of contrary of what we

21   had received from another inmate.

22        Q.   And you asked him that information because

23   you had some other information from the

24   investigation?

25        A.   Right.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   I also want to ask you, going back to
 2   March 26, 2001, whether you spoke to someone named
 3   Allen Patterson.
 4        A.   Yes, sir.
 5        Q.   Did you also read him his rights before
 6   you asked him questions?
 7        A.   Yes, I did.
 8        Q.   Did he waive his rights and agree to talk
 9   to you?
10        A.   Yes, he did.
11        Q.   Did this interview also take place at the
12   education building?
13        A.   I'm almost certain it did, yes, sir.  I
14   have to look at my notes, but I'm almost certain it
15   did.
16        Q.   What do you recall Mr. Patterson telling
17   you about the last time he saw inmate Garza?
18        A.   Again, this was the initial -- the initial
19   interview with him was kind of short, not a whole
20   lot of information, but I do recall him saying that
21   he did remember seeing Mr. Garza at the time, the
22   night before, as well.  And then he also said they
23   were watching a particular movie, Conan the
24   Barbarian.  I believe that's the movie they were
25   watching at the time.  He did recall that.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1        I did remember him also -- I think he

2   mentioned that in the morning he did get up to go

3   have breakfast.  But I believe he said after the

4   doors opened or were unlocked, I think specifically

5   he stated that he remained in his cell for, like, 30

6   minutes before actually going to chow, or breakfast,

7   that they would call it, and that was pretty much

8   his statement.

9        Q.   And did he tell you anything about the

10  tone of the pod, whether things seemed normal to

11  him?

12       A.   I think the same thing from him.  He

13  mentioned that everybody was kind of going and

14  coming out of the pod, pretty normal.

15       Q.   At some point did you interrupt the

16  interviews to start the processing of the scene?

17       A.   Yes, sir.  We pretty much -- we did

18  interviews on and off, probably, with correctional

19  officers, inmates.  I have to look at my list as far

20  as that went, but I think towards -- I think I

21  remember meeting with one of our crime scene

22  investigators, technicians, as well, probably around

23  7:00 in the evening.

24       Q.   And as part of your investigation, did you

25  collect DNA from everyone in the pod?

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                  201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                          FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   Yes, I did, sir.

 2        Q.   What was the purpose of collecting a DNA

 3   sample?

 4        A.   We knew there was -- you know, there could

 5   be evidence in the scene, in the actual cells as

 6   well.  We knew there were some stains, red stains,

 7   other type of stains.  So you know, any type of

 8   trace evidence.  So we collected those samples to

 9   compare, you know, with any evidence that would have

10   been obtained.

11        Q.   I want to show you now Government's

12   Exhibit 19, which has already been admitted.  Do you

13   recall this scene or this photograph?

14        A.   Yes, I do, sir.

15        Q.   And is this Mr. Garza as you recall first

16   finding him?

17        A.   That's exactly correct.

18        Q.   I also want to show you Government's

19   Exhibit 50.  Do you recall finding this in someone's

20   cell?

21        A.   Yes, that was a wash towel, I believe.

22   I'd have to check my report.  I'm not too sure which

23   cell it came from or who collected it at this time.

24   Might have been Agent Venegas.

25        Q.   Even though you don't remember
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    specifically where it came from, did you submit this

2    for testing to the laboratory?

3        A.   Yes, sir.

4        Q.   Let me show you also Government's Exhibit

5    49.  What is that item?

6        A.   That one appears to be a couple shoelaces

7    tied together, for the most part.

8        Q.   Is that the shoelace found in Mr. Chacon's

9    cell?

10       A.   That is correct, sir.

11       Q.   Let me turn to Exhibits 34 and 35.  Okay.

12   What are we looking at in Exhibit 34?

13       A.   I believe that's the neck area of Rolando

14   Garza.

15       Q.   Okay.  Let me show you also Exhibit 35.

16   I'm circling on this exhibit some kind of red marks

17   there I would call an abrasion.  Now, turning back

18   to Exhibit 49, did you visually inspect Government's

19   Exhibit 49?

20       A.   Yes, I did.

21       Q.   From your visual inspection, did there

22   appear to be any blood or skin?

23       A.   On that particular item, there didn't

24   appear to be anything consistent with bloodstains.

25   It could have been other human fluids; I couldn't



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1    tell.  But as far as just to the eye, there was not.

2         Q.   Even though you inspected this visually

3    and there didn't appear to be material on there, did

4    you still submit this item to the laboratory for

5    testing?

6         A.   Yes, sir, I did.

7         Q.   There is also mention of a white T-shirt

8    with unknown stains in Mr. Chacon's cell. I don't

9    know if you remember that or not.

10        A.   Yes, I do remember there were several

11   items that were collected from Mr. Chacon's cell.

12   I'd be happy to look at inventory forms.  I know

13   there were items collected, additional items

14   collected, and that seems consistent with what was

15   collected.

16        Q.   The question I have was whether or not you

17   submitted that item for testing, as well.

18        A.   I believe, yes, sir, I did.

19        Q.   Do you recall if Allen Patterson had any

20   scratches or abrasions on his body?

21        A.   I remember -- I believe -- I'm not sure if

22   it was that particular day or the day after, I

23   believe I was informed by a couple of correctional

24   officers that they did notice that he had -- might

25   have had a minor scratch on one of his knees or so.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1      Q.    What about Eugene Martinez?

 2      A.    Same thing.  I think he might have had a

 3  scratch.  I'm not sure exactly where or what

 4  location.  It might have been by his elbow area.

 5  I'm not real sure on that.

 6      Q.    And if you can, I want to ask you if you

 7  can give us the names of all of the people, all of

 8  the inmates, who were in the pod on March 26, 2001.

 9  And if you need to review your report, I can let you

10  refresh your recollection.

11      A.    Yeah, could you do that for me, please?

12            MR. CASTELLANO:  May I approach, Your

13  Honor?

14            THE COURT:  You may.

15  BY MR. CASTELLANO:

16      Q.    If you find the number first, I'll ask you

17  how many inmates were living in the pod on that day.

18      A.    Thirteen, sir.  I mean there are

19  several -- let's see, I can --

20      Q.    If you find it, I want to ask you the name

21  as well as the cell number.

22      A.    I mean, this report has the ones we

23  interviewed.  But I believe there was, like, a list

24  on -- a list of the inmates that were in the pod,

25  housed in the pod.  I can read these out if you

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                      201 Third NW, Suite 1630
Santa Fe, NM 87501                                              Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492                                               FAX (505) 843-9492
                                                                   1-800-669-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

e-mail: info@litsupport.com

```
 1   want, if that's what your --

 2        Q.   Yes, please.

 3        A.   I don't think this is going to be all of

 4   them, but I know Christopher Chavez was housed

 5   there.  Allen Patterson was also housed there.

 6   Eugene Martinez was housed there.  Jesse Tony Ibarra

 7   was housed there.  Felix Reyes was housed there.

 8   Ray Molina was housed there.  Vito Ortiz was housed

 9   there.  Martin Chacon was also housed there.  Joseph

10   Otero was also housed there.  I believe Lorenzo

11   Mora, as well.  I'm not sure -- Jeremiah Baca,

12   Augustine Saenz.  I'm not sure how many -- I lost

13   count on them.  I'm not sure.

14        Q.   I think that's 12.

15        A.   That's 12.

16        Q.   And would Mr. Garza be the 13th?

17        A.   Yes -- well, I --

18             MR. GRANBERG:  Objection, Your Honor.

19   Leading question on that last one.

20             THE COURT:  Try to do open-ended

21   questions.

22             MR. CASTELLANO:  Sure.

23        A.   I'm not -- I don't remember if it would

24   have been 13 plus Mr. Garza, or if that would have

25   been 12 plus Mr. Garza.  I'm not -- I can't
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    remember, to be honest with you.

2    BY MR. CASTELLANO:

3        Q.    Did you have a chance to interview

4    Mr. Molina?

5        A.    Yes, I did.

6        Q.    You won't be able to tell us what he said,

7    because it would be hearsay.  I want to ask about

8    his demeanor when you interviewed him.

9        A.    Again, Mr. Molina I interviewed a couple

10   or three times during the course of this

11   investigation.  The most -- the second interview

12   that I interviewed him, he had a little more

13   information to provide, and his demeanor was

14   pretty -- he was pretty down.  He was kind of upset,

15   and it was indicated that he was willing to

16   cooperate and testify to what he heard and what

17   happened during that time.

18       Q.    Now, when you say he was down and upset,

19   was that regarding the topic of Mr. Garza's death?

20       A.    That is correct.  I believe at the time he

21   was getting ready to get paroled out or be released,

22   and he was pretty -- I know he was pretty concerned

23   and was pretty upset, because you know, he really

24   thought, you know, the other inmates were friends

25   and after what they did --



SANTA FE OFFICE                                    MAIN OFFICE
119 East Marcy, Suite 110                 201 Third NW, Suite 1630
Santa Fe, NM 87501                         Albuquerque, NM 87102
(505) 989-4949                                   (505) 843-9494
FAX (505) 843-9492                           FAX (505) 843-9492
                                              1-800-669-9492
                                    e-mail: info@litsupport.com

```
 1              MR. CASTLE:  Objection.  Hearsay, Your
 2   Honor.
 3              THE COURT:  I think you'd better direct
 4   the questions.
 5   BY MR. CASTELLANO:
 6      Q.   The main point I want to ask you is
 7   whether or not he appeared upset about Mr. Garza's
 8   death.
 9      A.   Yeah, he was pretty, pretty down and upset
10   about it, yes, sir.
11      Q.   Did you -- eventually, did this case go
12   cold?
13      A.   Yes.  I mean, we suspected who was
14   involved.  Obviously, we did collect some evidence.
15   There was some evidence that was collected,
16   submitted to the lab.  I don't believe -- we weren't
17   able to aid in any follow-up with that evidence.
18   So, yes, at that point it did go cold.
19      Q.   At some point in 2007, did you have a
20   chance to meet somebody named Leonard Lujan?
21      A.   Yes, sir.
22      Q.   Once again, you won't be able to tell the
23   jury what he said, because it's hearsay.  But did
24   you take a statement from him?
25      A.   Yes, we did.  As a matter of fact, that
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1  particular interview, myself and Agent Norman

2  Rhoades met with another detective up in

3  Albuquerque, and we met with him and his attorney,

4  and he provided a statement for us, yes, sir.

5       Q.   And did the statement at least cover the

6  topic of the Castillo and Garza murders?

7       A.   Yes, it did.

8       Q.   Also after you took that statement from

9  him, did you also, shortly after that or maybe a few

10  months, show Mr. Lujan any photo arrays?

11       A.   Yes, I did.

12       Q.   Once again without telling us names, did

13  he at least point out people to you who he claimed

14  were involved with the homicides?

15       A.   Yes.  Yes, he did.

16            MR. CASTELLANO:  May I have a moment, Your

17  Honor?

18            THE COURT:  You may.

19            MR. CASTELLANO:  Thank you, Your Honor.  I

20  pass the witness.

21            THE COURT:  All right.  Thank you

22  Mr. Castellano.

23            Do any of the defendants have

24  cross-examination of Mr. Gonzalez?  Mr. Granberg?

25            MR. GRANBERG:  Thank you, Your Honor.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              THE COURT:  Mr. Granberg.
 2                  CROSS-EXAMINATION
 3   BY MR. GRANBERG:
 4        Q.    Agent Gonzalez?
 5        A.    Yes, sir.
 6        Q.    My notes yesterday reflect that you have
 7   been a detective or working with the state police
 8   since 1993; is that correct?
 9        A.    Yes, sir.
10        Q.    And prior to receiving your certification,
11   did you take any sort of training in witness
12   interviews?
13        A.    Yes, I did.
14        Q.    Now, would it be fair to say that had the
15   murder occurred on the outside of the prison
16   grounds, that the interview would have been
17   recorded?
18        A.    Yeah, more; yes, sir.  Yeah.  It just
19   depends on the situation of the case and what we're
20   interviewing, yes, sir.
21        Q.    And if a statement is given, would the
22   affiant of the statement normally sign it?
23        A.    You mean the actual statement?
24        Q.    The actual statement.  If a statement is
25   given to you, does the person giving you the
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1  statement sign it saying it's true and correct,

2  saying those are his own words?

3       A.   Sometimes.  Not all the time, yes, sir.

4       Q.   So when you responded to Southern in 2001,

5  did you have police equipment in your car?

6       A.   I don't.

7       Q.   Let me narrow it down.  Equipment such as

8  a camera.

9       A.   Yes.

10      Q.   Did you have a tape-recording device?

11      A.   I did, yes, sir.

12      Q.   Did you take the tape-recording device in

13 with you when you took these interviews in the

14 library?

15      A.   No.  And normally --

16      Q.   No?

17      A.   No.

18      Q.   But you could have; correct?

19      A.   Yes, sir.

20      Q.   And certainly if -- and certainly you

21 didn't have Mr. Chavez sign a statement, did you?

22      A.   No, I did not.

23      Q.   And you didn't record his statement?

24      A.   I don't recall if I did or not.  I'm not

25 seeing anything that would have been a taped



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
1   statement.  I know we went back and there was other
2   interviews that we did that we did record.
3        Q.   But the statement that he gave on the 26th
4   was not recorded?
5        A.   I don't believe it was, no, sir.
6        Q.   What about the second statement that he
7   gave on April -- later on in April?  Did you record
8   that one?
9        A.   I don't -- I don't -- to be honest with
10  you, I don't remember if I did.
11       Q.   But you could have?  You had advance
12  notice at that point that you were conducting a
13  murder investigation, and it would have been
14  important to you to record these statements?
15       A.   That's correct.
16       Q.   Can we jump to Government's 49.  One
17  second.  Agent Gonzalez, you have on your screen
18  Government's Exhibit 49.  That's the shoelace;
19  correct?
20       A.   It looks like it's more than just one
21  shoelace, but yes.
22       Q.   And that is a shoelace that was found in
23  Martin Chacon's cell?
24       A.   Yes, sir, I believe that's correct.
25       Q.   Were you the person that found the
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   shoelace, or was it someone else?

 2        A.   That was someone else, sir.

 3        Q.   Did you have the -- it looks like there's

 4   some discoloration on one end of the loop.  Do you

 5   see that?

 6        A.   Not very specific.  I'm not sure which

 7   area you're talking about.

 8        Q.   Let's see if I can draw on here.  I think

 9   it would be, like, right around here.  Do you see

10   that?

11        A.   You mean like a discoloration, like -- I

12   don't.

13        Q.   Do you see a discoloration on that part of

14   the shoestring?

15        A.   It seems maybe a little darker, maybe.  I

16   can't really tell if it's just a shadow on the photo

17   or what.  I'm not sure.

18        Q.   Do you know if that shoestring was tested

19   for trace evidence?

20        A.   Everything, yes, sir, I submitted to the

21   lab for DNA, serology testing.  So I would have to

22   say yes, I submitted it to the lab to be tested for

23   any type of a DNA.

24        Q.   And as far as -- to your knowledge, was

25   Mr. Chavez's blood or any sort of bodily fluids
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                          FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1    tested for that shoestring?

2        A.    They would have been compared with the

3    samples of DNA that I took from all the inmates.   It

4    would have.

5        Q.    And there's no positive match, was there?

6            MR. CASTELLANO:   Objection, calls for

7    hearsay.

8        Q.    That you know of.

9            MR. CASTELLANO:   Still calls for hearsay.

10            THE COURT:   I think he would have to have

11    got that information from some other source, so

12    sustained.

13    BY MR. GRANBERG:

14        Q.    Mr. Gonzalez, are you familiar with

15    Lawrence Tafoya?   He's a warden.

16        A.    I do recall his name, yes, sir.

17        Q.    You do.   And are you familiar with one of

18    the inmates by the name of Augustine Saenz?

19        A.    Yes, he was also, I believe, housed in the

20    same unit.

21        Q.    Okay.   Do you remember being tasked by

22    Lawrence Tafoya to go interview Augustine Saenz

23    regarding a statement that he gave regarding the

24    murder?

25        A.    I'd have to look at my report.   I'm not



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   sure.  I don't really recall much of his interview

2   and what was tasked, for the most part.

3        Q.   If I were to provide you a statement,

4   would it refresh your recollection?

5        A.   Yes, it would.

6             MR. GRANBERG:  Your Honor, may I approach?

7             THE COURT:  You may.

8        A.   This seems to be more like a memo, for the

9   most part.  It mentions my name, but it's not part

10  of my report.

11  BY MR. GRANBERG:

12       Q.   But do you remember doing what the warden

13  asked you to do?

14       A.   I don't remember.  We would have done some

15  follow-up.  I don't remember, to be honest.

16       Q.   So you don't recall?

17       A.   I could have.  I might have.  I don't

18  remember.  I know that's just a memo.  I know we

19  went back and interviewed him.  I'd have to only go

20  by what my report states on Mr. Saenz.

21       Q.   So just to loop back regarding the tape

22  recording, if the interview had been done back in

23  2001 of a murder that occurred outside of prison

24  grounds, it probably would have been recorded?  Is

25  that fair to say?



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   It depends.  Yeah, there's times we do
 2   record them.  There are times we don't.  It just
 3   depends.
 4        Q.   You certainly had the technology to do it?
 5        A.   Correct.
 6        Q.   You certainly had the device with you,
 7   probably not on your person, but in your car, at
 8   least; correct?
 9        A.   Correct.
10        Q.   And you didn't do it during any of these
11   interviews?
12        A.   Hum.
13        Q.   Well, let me narrow it down.  You didn't
14   do it on the interview of March 26; correct?
15        A.   I know it was taped for Mr. Molina, I
16   believe.
17        Q.   And you didn't do it for Mr. Chavez'
18   interview later in April; correct?
19        A.   I'm trying to remember if we did or I
20   didn't.  Yeah, I don't -- it's been a long time, to
21   be honest.
22        Q.   That's probably no.
23             MR. GRANBERG:  Your Honor, I'll pass the
24   witness.
25             THE COURT:  Thank you, Mr. Granberg.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1            MR. SOLIS:  Could I have a word with Mr.
 2   Granberg?
 3            THE COURT:  Certainly.
 4            MR. GRANBERG:  Your Honor, I'll pass the
 5   witness.
 6            THE COURT:  Thank you, Mr. Granberg.
 7            All right.  Anyone else?  Mr. Lahann.
 8                    CROSS-EXAMINATION
 9   BY MR. LAHANN:
10        Q.   Good morning, Agent Gonzalez.  How are
11   you?
12        A.   Good morning, Mr. Lahann.
13        Q.   Okay.  So there were a number of items
14   that were collected and sent to the lab in this
15   case; isn't that right?
16        A.   That is correct.
17        Q.   For example, you sent the pillow case, the
18   sheet, the two blankets, the other sheet, the shoes
19   and the shoelace from Mr. Garza's cell; isn't that
20   right?
21        A.   That's correct.
22        Q.   And you sent that to a lab to have DNA
23   testing, and you also said serology testing, which I
24   can't pronounce, but can you describe what that is?
25        A.   That's just like body fluids and stuff, as
```

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                    FAX (505) 843-9492

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1    well.
 2         Q.    Okay.   Looking for blood?
 3         A.    Well, body fluids.   It could be saliva, it
 4    could be other types of bodily fluids.
 5         Q.    So any of the things that a human being
 6    excretes?
 7         A.    Yes.
 8         Q.    So you sent all that stuff from
 9    Mr. Garza's cell.   And then there were items that
10    were found throughout the pod, not just from
11    Mr. Patterson's cell, not just from Mr. Chacon's
12    cell, but from probably a handful of people that you
13    collected evidence; isn't that correct?
14         A.    Can you be a little more specific on that
15    as far as -- I mean, are you talking just
16    specifically within the facility or --
17         Q.    Within the pod that you were
18    investigating.
19         A.    Okay.
20         Q.    Do you recall all the items that you took?
21         A.    What I recall, I know there was items from
22    Mr. Garza's cell and from Mr. Chacon's cell, as
23    well.   I'm not sure there was other stuff that was
24    collected by the correctional officers from other
25    inmates.   I think those are the main items that were
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  collected for the most part, yes, sir.

2       Q.   The main items.  Okay.  And I think you

3  said during Mr. Castellano's questioning you sent

4  all those items up to the lab to test for bodily

5  fluids and DNA, and nothing that came back helped

6  you in following up on your investigation; isn't

7  that right?

8       A.   That is correct.

9       Q.   Okay.  You talked about heroin, people

10  using heroin.  How is heroin usually used?

11       A.   Maybe a form of syringe, I would say.  I

12  never used drugs, so I couldn't tell you.

13       Q.   Well, in all your years of law

14  enforcement, you've come across people that have

15  used heroin; isn't that right?

16       A.   That's correct.

17       Q.   And typically it's done with a syringe?

18       A.   Right.

19       Q.   And typically it leaves something called

20  track marks; isn't that right?

21       A.   For the most part, yes, sir.

22       Q.   You said that there was a big shakedown,

23  you guys had all the inmates out of the pod, every

24  cell was searched; isn't that right?

25       A.   Yeah, for the most part, yes, sir, from

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   what I recall, yes.
 2        Q.   Were any syringes found?
 3        A.   Not that I was aware of.
 4        Q.   Was any heroin found?
 5        A.   Not that was brought to my attention, no,
 6   sir.
 7        Q.   Well, you were the lead investigator on a
 8   criminal case involving a murder inside a pod at the
 9   Southern New Mexico Correctional Facility.
10        A.   Right.
11        Q.   I understand that there were -- you
12   weren't the only one going from cell to cell
13   searching; isn't that right?
14        A.   That's correct.
15        Q.   But the people that were searching, like
16   Officer Venegas and the corrections officers -- I
17   mean, they understood that you guys were looking for
18   evidence; isn't that right?
19        A.   That's correct.
20        Q.   Okay.  And as a case agent, no heroin, no
21   syringes were found; isn't that right?
22        A.   None that was brought to my attention, no,
23   sir.
24        Q.   Okay.  No shanks were found; isn't that
25   right?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   Nothing that was brought to my attention.
 2        Q.   No possible other weapons other than that
 3   shoestring that was seen; isn't that right?
 4        A.   That's correct.
 5        Q.   All right.  Let's talk about the prison
 6   environment.  You've been out to the prison or other
 7   prisons in New Mexico several times; isn't that
 8   right?
 9        A.   Yes, sir.
10        Q.   Would it be fair to say it's not a
11   comfortable environment?
12        A.   Yes, sir.
13        Q.   It doesn't have padded chairs like counsel
14   over here are seated at or some of the other folks
15   in the courtroom.  It doesn't have leather chairs
16   and soft bedding; isn't that right?
17        A.   Yes, sir.
18        Q.   Mainly it's made out of concrete and
19   steel; isn't that right.
20        A.   Yes, sir.
21        Q.   A lot of hard edges.
22        A.   Yes, sir.
23        Q.   Through your investigation, you became
24   aware of some funny business with some of the folks,
25   some of the inmates from the pod, who were supposed
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                 Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 843-9492                                                 FAX (505) 843-9492
                                                                   1-800-669-9492



1  to be working in kitchen duty; isn't that right?

2       A.   The only thing I recall, there was

3  questions on who was called out or who was supposed

4  to be called out.  It seems to me like there was

5  probably knowledge of what was going on and maybe

6  people were trying to get an alibi or something.  I

7  don't know, that's kind of what I kind of remember;

8  those things were happening with the crew that was

9  supposed to be going to work.  And that's kind of --

10 if that's what you're talking about -- I'm not sure

11 that's what you're kind of talking about.

12      Q.   That's why you followed up and you

13 actually interviewed the kitchen staff in this case;

14 isn't that right?

15      A.   I believe the kitchen staff was

16 Mr. Ibarra; he was the main one.  I'm not sure there

17 was another one.

18      Q.   Would that have been Mr. Chacon?

19      A.   Correct.  Yes, them two.

20           MR. LAHANN:  Thank you.  No further

21 questions.

22           THE COURT:  Thank you, Mr. Lahann.

23           Any defendants have any questions of Mr.

24 Gonzalez?

25           All right.  Mr. Castellano, do you have



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1   any redirect of Mr. Gonzalez?
 2             MR. CASTELLANO:  Yes, Your Honor.
 3             THE COURT:  Mr. Castellano.
 4             MR. CASTELLANO:  May I have a moment, Your
 5   Honor.
 6             THE COURT:  You may.
 7             MR. CASTELLANO:  May I approach the
 8   witness, Your Honor?
 9             THE COURT:  You may.
10                  REDIRECT EXAMINATION
11   BY MR. CASTELLANO:
12        Q.   You were asked about items submitted for
13   testing, Mr. Gonzalez.  I'm going to show you
14   Government's Exhibits 8, 9 and 10.  And can you tell
15   us whether you recognize those items?
16        A.   Yeah, they look like the property that
17   came from Mr. Garza's cell.  I believe his clothing,
18   what he had on at the time, the bed sheets, socks,
19   shirt.  This is a wash cloth.  I think these have
20   been repackaged from the original, so I'm not sure
21   what else is in here, but...
22        Q.   Do you see the original packaging inside
23   there in the brown paper bag?
24        A.   Yes, sir.
25        Q.   Beginning with Government's Exhibit 8,
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   let's take them one at a time.
 2       A.   Okay.  This is 8.
 3       Q.   Tell us what's contained within that
 4   exhibit, please.
 5       A.   This one appears to have some -- like a
 6   towel.  There's also, like, looks like a white paper
 7   sheet or something.  I'm not sure what that one is
 8   about.  I don't see anything else in there.
 9       Q.   Are you aware from the packaging whether
10   that was collected from Mr. Garza's cell and
11   submitted as evidence?
12       A.   This one has an initial of EM.  I'm not
13   sure what that.  I'm not --
14           MR. COOPER:  Your Honor?
15           THE COURT:  Yes.
16           MR. COOPER:  May I approach?
17           THE COURT:  You may.
18           (The following proceedings were held at
19   the bench.)
20           MR. COOPER:  I just noticed that
21   Mr. Gallegos didn't have a lawyer, Joe Gallegos.
22   So --
23           THE COURT:  What happened?
24           MR. COOPER:  I'm not sure.  But I think we
25   probably ought to wait for just a second.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              THE COURT:  Did they both step out?

 2              MR. COOPER:  Must have.

 3              MS. HARBOUR-VALDEZ:  Your Honor, would you

 4   like me to step out and --

 5              THE COURT:  Yes.  See what's going on.

 6              MR. COOPER:  Thank you.

 7              THE COURT:  All right.

 8              MR. COOPER:  Thank you.

 9              (The following proceedings were held in

10   open court.)

11              THE COURT:  All right, Mr. Castellano.

12              MR. CASTELLANO:  Thank you, Your Honor.

13   For the record, I'm having the witness take a closer

14   look at the exhibits.

15         A.   Shorts.

16              THE COURT:  Do you want this on the record

17   or off the record?

18              MR. CASTELLANO:  No, sir, I'm just having

19   him get familiar with the exhibits.  Thank you.

20              (A discussion was held off the record.)

21   BY MR. CASTELLANO:

22         Q.   Let me turn your attention to Exhibits 9

23   and 10.  Tell us which one you're looking at,

24   please.

25         A.   This is Exhibit 9.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN
ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1      Q.   What can you tell us about Exhibit 9?

2      A.   Looks like it's either a gray shirt,

3  shorts, a bed sheet, and some socks.  That's kind of

4  what I can see from here.

5      Q.   Were those items collected from Mr. Garza?

6      A.   Yes, they're the ones that appear to be

7  consistent with what was in Mr. Garza's cell.

8           MR. CASTELLANO:  Your Honor, I move the

9  admission of Government's Exhibit 9.

10           THE COURT:  Any objection?  Not hearing or

11  seeing any objection, Government's Exhibit 9 will be

12  admitted into evidence.

13           (Government Exhibit 9 admitted.)

14  BY MR. CASTELLANO:

15      Q.   Mr. Gonzalez, I'll have you look next at

16  Exhibit 10, please.

17      A.   Correct.  These appear to be Mr. Garza's

18  pants that the he had on at the time, and it still

19  has his belt.

20      Q.   So are those the pants and belt we see

21  from the photographs of Mr. Garza?

22      A.   Yes.

23      Q.   And were those also collected as part of

24  your evidence?

25      A.   Yes.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              MR. CASTELLANO:  Your Honor, I move the
 2   admission of Government's Exhibit 10.
 3              THE COURT:  Any objection?  Not seeing or
 4   hearing any objection, Government's Exhibit 10 will
 5   be admitted into evidence.
 6              (Government Exhibit 10 admitted.)
 7   BY MR. CASTELLANO:
 8       Q.   Mr. Gonzalez, you were asked about
 9   syringes and track marks.  Do you know where inmates
10   in prison inject themselves with syringes?
11       A.   I mean, I mean --
12              MR. GRANBERG:  Objection, Your Honor.  I
13   think he's calling for speculation without
14   foundation.
15              MR. CASTELLANO:  And I'm asking if he
16   knows.
17              THE COURT:  This is just a yes/no answer.
18       A.   Yeah.  Yes.
19   BY MR. CASTELLANO:
20       Q.   Let me ask you this.  Oftentimes people
21   will think about people injecting themselves in the
22   arms, so when they ask about track marks, they often
23   refer to --
24              MR. GRANBERG:  Objection, Your Honor.
25   Leading.
```




SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1            THE COURT:  Well, let me see what the

 2   question is.

 3            Go ahead and finish the question.

 4   BY MR. CASTELLANO:

 5      Q.   The question is:  Oftentimes people think

 6   about people getting injections in their arms, but

 7   is that always the case from your experience?

 8      A.   I think that's the normal, what we, you

 9   know, perceive as far as how it's injected.  But I'm

10   sure there're other forms of injection into the

11   body, yes, sir.

12      Q.   You were asked about whether or not

13   syringes or heroin were found in the pod.  Are you

14   aware of ways that inmates get rid of property?

15      A.   Yes, sir.  Getting back to that, and those

16   that contain cells, yes, evidence is disposed of

17   probably on a daily basis, you know, whether they're

18   drugs, paraphernalia --

19            MR. GRANBERG:  Objection, Your Honor.  Is

20   there any foundation to this?

21            THE COURT:  I think the way he's

22   answering, sustained.

23   BY MR. CASTELLANO:

24      Q.   Are you aware of each those inmates having

25   toilets in their cells, for example?

SANTA FE OFFICE                                        MAIN OFFICE
119 East Marcy, Suite 110                        201 Third NW, Suite 1630
Santa Fe, NM 87501                               Albuquerque, NM 87102
(505) 989-4949                                          (505) 843-9494
FAX (505) 843-9492                                FAX (505) 843-9492
                                                     1-800-669-9492

BEAN
& ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE                     e-mail: info@litsupport.com

```
 1        A.   Yes, sir.

 2             MR. CASTELLANO:   Pass the witness, Your

 3   Honor.

 4             THE COURT:   Thank you, Mr. Castellano.

 5             Do you want to recross, Mr. Granberg?

 6             MR. GRANBERG:   Yes, Your Honor.

 7             THE COURT:   Mr. Granberg.

 8                     RECROSS-EXAMINATION

 9   BY MR. GRANBERG:

10        Q.   Agent, the bags in front of you are

11   evidence that were collected from the scene?

12        A.   That's correct, sir.

13        Q.   Was there any evidence collected from

14   Mr. Chavez' cell?

15        A.   I don't recall there was any evidence that

16   came from his cell, yes.

17        Q.   No bloody shoestrings, no bloody towels,

18   no bloody T shirts, none of that; correct?

19        A.   Not that I recall, no, sir.

20        Q.   Now, when you reinterviewed everybody

21   later in April, there were claims of drug use,

22   heroin use; is that correct?

23        A.   That's correct.

24        Q.   Did you go back and follow up with prison

25   officials to request urine tests?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    No, I did not.

 2        Q.    Certainly the urine or the body would

 3   contain some trace evidence of heroin use if heroin

 4   was being used.  Wouldn't that be fair to say?  It's

 5   a yes or no.

 6        A.    Yeah, it depends on the timeframe.  I

 7   don't know.

 8        Q.    It would be yes or no.

 9        A.    Possibly, yes, sir.

10        Q.    That wasn't done.  Certainly possession of

11   heroin in prison grounds is against prison policy;

12   correct?

13        A.    That's correct.

14        Q.    And possession of heroin is even against

15   state law; is that correct?

16        A.    That's correct.

17        Q.    And nothing was done to ascertain whether

18   heroin was actually being used; is that correct?

19   You didn't chase down that lead?

20        A.    No, that --

21              MR. GRANBERG:  Pass the witness, Your

22   Honor.

23        A.    No, sir.

24              THE COURT:  Thank you, Mr. Granberg.

25              Mr. Castellano, any redirect?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              MR. CASTELLANO:  No, Your Honor.
 2              THE COURT:  All right.  Mr. Gonzalez, you
 3    may step down.
 4              Is there any reason that Mr. Gonzalez
 5    cannot be excused from the proceedings,
 6    Mr. Castellano?
 7              MR. CASTELLANO:  No, sir.
 8              THE COURT:  Can he be excused?
 9              MR. LAHANN:  Your Honor, I would ask he be
10    held under subpoena.  He can go back to his normal
11    business, but I would ask that he be subject to
12    recall.
13              THE COURT:  All right.  Then you'll need
14    to stay outside the courtroom during the
15    proceedings.  You are subject to recall, but you're
16    free to leave the courthouse.  Thank you,
17    Mr. Gonzalez.  Thank you for your testimony.
18              THE WITNESS:  Yes, sir.
19
20
21
22
23
24
25
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    UNITED STATES OF AMERICA

2    STATE OF NEW MEXICO

3

4              C-E-R-T-I-F-I-C-A-T-E

5        I, Jennifer Bean, FAPR, RDR, CRR, RMR, CCR,

6    Official Court Reporter for the State of New Mexico,

7    do hereby certify that the foregoing pages

8    constitute a true transcript of proceedings had

9    before the said Court, held in the District of New

10   Mexico, in the matter therein stated.

11       In testimony whereof, I have hereunto set my

12   hand on this 1st day of May, 2018.

13

14              _____

15              Jennifer Bean, FAPR, RMR-RDR-CCR
                Certified Realtime Reporter
16              United States Court Reporter
                NM Certified Court Reporter #94
17              333 Lomas, Northwest
                Albuquerque, New Mexico 87102
18              Phone:        (505) 348-2283
                Fax: (505) 843-9492
19              License expires:  12/31/18

20

21

22

23

24

25

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com