1

1          IN THE UNITED STATES DISTRICT COURT

2            FOR THE DISTRICT OF NEW MEXICO

3   UNITED STATES OF AMERICA,

4                  Plaintiff,

5        vs.              NO:  CR-15-4268 JB

6   ANGEL DELEON, et al.,

7                  Defendants.

8

9        Transcript of excerpt of testimony of

10                  NORMAN RHOADES

11          April 19, 2018, and April 20, 2018

12

13

14

15

16

17

18

19

20

21

22

23

24

25



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1                    I N D E X

 2   EXAMINATION OF NORMAN RHOADES

 3   By Mr. Castellano                            3

 4   By Mr. Sindel                               70

 5   By Mr. Castle                              129

 6   By Mr. Shattuck                            160

 7   By Mr. Burke                               163

 8   By Mr. Castellano                          166

 9   By Mr. Burke                               181

10   By Mr. Sindel                              183

11   By Mr. Castle                              188

12   REPORTER'S CERTIFICATE                     194

13                  EXHIBITS ADMITTED

14   Government 115 Admitted                     41

15   Government 116 Admitted                     44

16   Government 117 Admitted                     43

17   Government 119 Admitted                     47

18   Government 120 Admitted                     49

19   Government 121 Admitted                     50

20   Government 128, 129, 131-139, 141-146,      20

21           170 and 171 Admitted

22   Government 152 Admitted                    119

23

24

25
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1              THE COURT:  All right.  Is Mr. Rhoades
2   here?
3              MR. BECK:  Yes, Your Honor.
4              THE COURT:  All right.  Mr. Rhoades, if
5   you'll come up and stand next to the witness box on
6   my right, your left, before you're seated, my
7   courtroom deputy Ms. Bevel will swear you in.
8                     NORMAN RHOADES,
9        after having been first duly sworn under oath,
10       was questioned, and testified as follows:
11             THE CLERK:  Please be seated and please
12   state your name for the record.
13             THE WITNESS:  My name is Norman Rhoades.
14             THE COURT:  Mr. Rhoades, Mr. Castellano.
15             MR. CASTELLANO:  Thank you, Your Honor.
16                    DIRECT EXAMINATION
17   BY MR. CASTELLANO:
18       Q.   Good morning.
19       A.   Good morning.
20       Q.   Would you please tell the members of the
21   jury what you do for a living?
22       A.   I'm currently employed with the New Mexico
23   State Police, and I'm assigned to our crime scene
24   unit.
25       Q.   What does it mean to be a member of the
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  crime scene unit?

2      A.   It's a full-time position within the State

3  Police department.  So our duties entail responding

4  to mostly violent crimes and processing the

5  collection of evidence, identification, and

6  extending often into reconstruction.

7      Q.   How long have you been employed with the

8  State Police?

9      A.   I passed 37 years in December, so 37 and

10  some months.

11      Q.   Can you tell us a little bit about your

12  training and experience?

13      A.   When I came on with State Police in 1980,

14  I was assigned to patrol, where I remained until

15  1999.  And at that point then I went into criminal

16  investigations, until around 2005, when I got onto

17  and was assigned to the criminal scene unit.

18      Q.   Before you were a member of the crime

19  scene unit, did you have basic instruction and

20  training on handling crime scenes?

21      A.   Yes, I did.

22      Q.   And then, once you became a member of the

23  crime scene unit, did you then basically make that

24  as a specialty?

25      A.   Yes.  Being a part of the crime scene

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    unit, then that entails our assignments.

2        Q.    Were you working on March 26 of 2001?

3        A.    Yes, I was.

4        Q.    And what were your responsibilities back

5    in 2001?

6        A.    In 2001 I was assigned to our criminal

7    investigation section.

8        Q.    What were your responsibilities in that

9    section?

10       A.    We had -- I was assigned criminal

11   investigations, and primarily limited to felony

12   investigations.  There were some misdemeanors, but

13   primarily felony, and also in those days we

14   processed crime scenes more, I guess, on a part-time

15   basis, I guess, for lack of a better term.

16       Q.    On that occasion were you notified -- you

17   and/or your coworkers notified of a homicide or two

18   at the Southern New Mexico Correctional Facility?

19       A.    Yes.

20       Q.    And as a result, what were you initially

21   supposed to do in relation to receiving that

22   information?

23       A.    Well, initially we had received a call of

24   a deceased inmate at Southern New Mexico

25   Correctional Facility.  And so I was assigned to

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   assist the case agent for that investigation.  And

2   then just a very short time later I received a call

3   that there was a second inmate found deceased.  So

4   at that point I was assigned to be the case agent or

5   the lead investigator for that second inmate.

6        Q.   Who was the person you were supposed to

7   initially back up?

8        A.   Agent Felipe Gonzalez.

9        Q.   Was he supposed to be the original case

10  agent when there was only one homicide?

11       A.   Yes.

12       Q.   When the second one came in, you were

13  assigned your own case?

14       A.   Yes.

15       Q.   When you received the first call out, did

16  you begin responding to the penitentiary, or were

17  you still gathering everything to go out there?

18       A.   I was at our office, so I was getting my

19  stuff to go.

20       Q.   And then did you receive word of the

21  second homicide before you left the office?

22       A.   Yes, I did.

23       Q.   Where did you go in response to this call?

24       A.   When I left our office, I drove to the

25  correctional facilities.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   Can you tell the members of the jury where
 2   those facilities are?
 3        A.   It's going to be located off I-10, west of
 4   Las Cruces.
 5        Q.   Here in New Mexico?
 6        A.   Yes.
 7        Q.   I want to show you what's been admitted as
 8   Government's Exhibit 860.  Do you recognize these
 9   facilities?
10        A.   Yes, I do.
11        Q.   What happened when you first responded to
12   the penitentiary?
13        A.   After I arrived there?
14        Q.   Yes.
15        A.   I went into an office and met with several
16   of our investigators and several members of the
17   correctional staff.
18             THE COURT:  Mr. Castellano, before we get
19   into this, would this be a good time for us to take
20   our break?
21             MR. CASTELLANO:  Sure, Your Honor.
22             THE COURT:  Let me ask the jury, would you
23   like to take a 15-minute break and work through the
24   lunch hour and have a late lunch?  How many of you
25   would prefer that?  You know the options.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

8

1           Okay.  Looks like -- well, they're going

2   up there.

3           Does that work for the lawyers?  Does that

4   work for the parties?  So why don't we take about a

5   15-minute break, and we'll come back in and work

6   through the lunch hour, and get out of here about

7   1:15.  All rise.

8           (The jury left the courtroom.)

9           THE COURT:  Mr. Beck, take a look at 18

10  USC Section 3432.  It says, "A person charged with

11  capital offenses is entitled to a witness list three

12  entire days" -- that's the quote -- "before trial,

13  excluding weekends and holidays."

14           Now, what I don't see is any statutory

15  definition of capital offense.  But then, when you

16  look at Black's Law Dictionary -- which Brian Garner

17  is the editor-in-chief now -- he says that defines

18  capital offense as a crime for which the death

19  penalty may be imposed.

20           MR. BECK:  I think that statute operates

21  with learned counsel, and once the penalty was

22  declined in this case once, it was declined by the

23  United States, it's no longer a capital case.

24           MR. SINDEL:  I disagree with that, Your

25  Honor.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1                THE COURT:  Y'all look at it.
 2                MR. SINDEL:  It's a capital offense.
 3                THE COURT:  Because right now, if the
 4   defendants' interpretation is correct and we have a
 5   violation by adding Jaramillo at this point, if
 6   you're correct, then there is no violation.  But I
 7   do think we have an issue there.
 8                All right.  See you in about 15 minutes.
 9                (The Court stood in recess.)
10                THE COURT:  All right.  I think we have
11   everybody.  Do you want to go ahead and line them
12   up?  I think we've got each defendant and an
13   attorney for each defendant.
14                Take a look at some statutes and rules.
15   My concern about not classifying this as a capital
16   offense -- I'm not saying I'm prepared to do that --
17   is then it seems to me there is going to be an
18   interplay with the statute of limitations here.  So
19   you're going to have to take the position, if I'm
20   wrong, that these are capital offenses, to try these
21   cases.
22                So I gave you 3432, the witness list.
23   Then, if you look at 18 USC 3282(a), it talks about
24   any offense, not capital, and then 18 USC 3281,
25   quote, "any offense punishable by death."  So when
```

SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                  Albuquerque, NM 87102
(505) 989-4949                                                                    (505) 843-9494
FAX (505) 843-9492                                                      FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1    you go to 3282(a), it says, "No person shall be

2    prosecuted, tried, or punished for any offense, not

3    capital, unless the indictment is found or the

4    information is instituted within five years next

5    after such offense shall have been committed."

6            And then 3281 says, "An indictment for any

7    offense punishable by death may be found at any time

8    without limitation."

9            And then 3005, the learned counsel, is

10   that "whoever is indicted for treason or other

11   capital crimes shall be" -- blah, blah, blah -- and

12   then "one counsel, at least one, shall be learned in

13   the law applicable to capital cases."

14           And then capital case, "each side has 20

15   peremptory challenges when the Government seeks the

16   death penalty."  So that's about all I got as far as

17   what's a capital case in the statute or rules.  But

18   take a look at those, because it seems to me that

19   you're going to run into yourself on the statute of

20   limitations, if they say it's a capital case.

21           MR. BECK:  Your Honor, I'll look at those

22   statutes.  I mean, there is no dispute the

23   Government provided a witness list.  And the

24   Government listed Michael Jaramillo during voir

25   dire.  They're saying that he wasn't listed as a

SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                 Albuquerque, NM 87102
(505) 989-4949                                                            (505) 843-9494
FAX (505) 843-9492                                                  FAX (505) 843-9492



PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1   witness.
 2              THE COURT:  But that's not what this says.
 3   It says, "three entire days before trial starts."
 4   So anyway, just think about it.  I'm not making any
 5   rulings.  All rise.
 6              (The jury entered the courtroom.)
 7              THE COURT:  All right.  Everyone be
 8   seated.
 9              All right.  Mr. Rhoades, I'll remind you
10   that you're still under oath.
11              Mr. Castellano, if you wish to continue
12   your direct examination of Mr. Rhoades, you may do
13   so at this time.
14              MR. CASTELLANO:  Yes, sir.  Thank you.
15              THE COURT:  Mr. Castellano.
16   BY MR. CASTELLANO:
17       Q.   And before we go any further, what is your
18   title or rank?
19       A.   Agent.
20       Q.   Agent Rhoades, before the break, we were
21   looking at Exhibit 860.  Let's see if we can bring
22   that back up on the screen.  Do you recognize this
23   exhibit as the facilities at the Southern New Mexico
24   Correctional Facility?
25       A.   Yes, I do.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.    And then when you first got there, you
 2   said you did something.  What was it that you did
 3   when you first arrived?
 4        A.    I was inside of an office and I met with
 5   correctional personnel and other State Police
 6   investigators who had responded.
 7        Q.    What's the purpose of doing that?
 8        A.    To get a briefing of what occurred, what
 9   they knew, and the information that we would need
10   for investigation for follow-up.
11        Q.    I'm circling on Exhibit 860 a portion that
12   has Paul 1 and in parentheses 5A.  Next to it.  Is
13   that the facility or the building on the property
14   that you eventually responded to?
15        A.    Yes, it looks like it is.
16        Q.    I'm going to show you what's been admitted
17   as Exhibit 123.  Is that the front of the building
18   of Paul 1, or P-1 unit?
19        A.    Yes, it is.
20        Q.    Now, when you arrived at the facility,
21   approximately what time was it?
22        A.    I got there about 10:00 a.m.
23        Q.    And the photograph -- it looks like it's
24   dark or nighttime; is that correct?
25        A.    Yes.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   So is it fair to say that this was taken
 2   much later that day?
 3        A.   Yes, it is.
 4        Q.   So once you had this kind of briefing with
 5   corrections officials and other officers, what was
 6   the plan you put together?
 7        A.   At that point we kind of separated out
 8   between the two investigations, and each one kind of
 9   funneled off into its own direction, knowing there
10   would be some overlap with various primary
11   correction personnel.
12             So on my investigation, then, I obtained
13   information from correctional personnel relating to
14   who was assigned to P-1 blue, and any logs that
15   correctional officers kept were provided as far as
16   the times of who went in, who went out, things like
17   that.
18        Q.   What was the purpose of doing that?
19        A.   Just to get kind of get a feel for who
20   would be inside that pod during the time of the
21   murder; and if anybody was in there that shouldn't
22   be, would be on the log, things like that.  Just to
23   kind of get an idea what was going on around that
24   time.
25        Q.   I know it's been a long time now, but if
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                       (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1   you remember, do you recall whether or not inmates

2   were in their cells when you arrived to that pod?

3       A.   And that I don't remember.

4       Q.   I'm going to show you Government's Exhibit

5   124, which has been admitted.  Now, a second ago you

6   said it was P-1 blue pod.  Looking at this, do you

7   think it a different pod from the colors?

8       A.   It could be green.  It's been a while.

9       Q.   In that exhibit, on the second floor there

10  is a door that has some red tape on it.  I'm

11  circling the door for you.  Is that the door you

12  responded to?

13      A.   Yes, it is.

14      Q.   And it looks like there's some strips of

15  tape from -- I'm also highlighting those across,

16  between the door and the wall?

17      A.   Yes.

18      Q.   And when you got there, were those already

19  in place?

20      A.   Yes, they were.

21      Q.   From your experience as an investigator,

22  what's the purpose of putting something like that

23  across a door?

24      A.   That's evidence tape, adhesive evidence

25  tape, so it's going to seal the door.  And there

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                   Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                     FAX (505) 843-9492
                                                         1-800-669-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE
                                             e-mail: info@litsupport.com

```
 1   should be a date and initials of who applied it, who
 2   put it there.  And then if it's broken, we'll know
 3   that that door has been breached, and maybe the
 4   crime scene.
 5        Q.   Is that the door as you found it when you
 6   arrived at the facility?
 7        A.   Yes, it is.
 8        Q.   I'll show you Government's Exhibit 125,
 9   and it looks like a stairwell to a second floor with
10   tape across it?
11        A.   Yes.
12        Q.   Is that also the scene as you found it
13   when you arrived?
14        A.   Yes, it is.
15        Q.   I'm going to ask you about some of the
16   things you saw when you first entered the door or
17   opened the door in Government's Exhibit 127.  Do you
18   recall if that's the scene as you found it?
19        A.   Yes, it looks pretty close to it.  I did
20   not open the door when I got there that morning.  I
21   just looked through the window, is all.
22        Q.   Then when you got there, at that point you
23   weren't part of the crime scene team.  Did you have
24   to call in the team?
25        A.   Yes.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   Where was that team coming from?
 2        A.   They responded -- there was two
 3   investigators that responded out of Albuquerque.
 4             MR. SINDEL:  I'm sorry, I couldn't quite
 5   hear that.
 6        A.   There were two investigators for the crime
 7   scene that responded out of Albuquerque.
 8             MR. SINDEL:  Thank you.
 9   BY MR. CASTELLANO:
10        Q.   And do you remember at what point those
11   people arrived?
12        A.   Not precisely.  It was later toward the
13   evening, I think, late afternoon.
14        Q.   For those that don't know, the drive time
15   or distance -- are Albuquerque and the correctional
16   facility about three to three and a half hours
17   apart, driving time?
18        A.   Yes.
19        Q.   So you said you first saw this person that
20   you looked through the window to the cell?
21        A.   Yes, that's correct.
22        Q.   So do you remember approximately how long
23   it was before that cell was opened to process the
24   scene?
25        A.   It could have been eight or nine hours
```

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                    Albuquerque, NM 87102
(505) 989-4949                                               (505) 843-9494
FAX (505) 843-9492                                      FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1   later.
 2        Q.   So did you wait for the team to arrive
 3   before the door was opened?
 4        A.   Yes.  I didn't open the door.  They did,
 5   the crime scene team did.
 6        Q.   At that point, is this a picture looking
 7   through the doorway into the cell?
 8        A.   It appears to be taken from inside the
 9   cell.
10        Q.   And was the person in the cell identified
11   as Frank Castillo?
12        A.   Yes.
13        Q.   So if you were there for that period of
14   time before the cell was open and it was processed,
15   what were you doing in the meantime?
16        A.   In the meantime, I was conducting
17   interviews.
18        Q.   And who were you interviewing?
19        A.   I'd interviewed some of the first
20   responding personnel and some correctional
21   personnel, and then the inmates assigned to that
22   pod.
23        Q.   And I'm not going to ask you names.  In
24   terms of interviewing inmates, did some inmates give
25   you statements and others not?
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                     201 Third NW, Suite 1630
Santa Fe, NM 87501                                           Albuquerque, NM 87102
(505) 989-4949                                                       (505) 843-9494
FAX (505) 843-9492                                             FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    That's correct.

 2              MR. CASTELLANO:  May I have a moment, Your

 3   Honor?

 4              THE COURT:  You may.

 5   BY MR. CASTELLANO:

 6        Q.    Agent Rhoades, I'm showing these

 7   photographs to defense counsel, then I'll show them

 8   to you.

 9              MR. CASTELLANO:  Thank you, Your Honor.

10   At this time I'm going to move the admission of

11   Government's Exhibits 128, 129, 131 through 139,

12   Exhibits 141 through 146, and Exhibits 170 and 171.

13              THE COURT:  All right.  Any objection from

14   the defendants?

15              MR. SINDEL:  Your Honor, I don't have any

16   particular objection other than the fact that since

17   this individual, Mr. Rhoades, didn't take those

18   photographs, I would hope that the Government would

19   be able to supplement with a time when the actual

20   photographs would have been taken.  Otherwise, I

21   have no other objection.

22              THE COURT:  All right.  Are you going to

23   be able to do that, Mr. Castellano?

24              MR. CASTELLANO:  I don't know, Your Honor.

25   The only foundation that requires is a fair and
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  accurate depiction of the photographs taken that

2  day.  And we may have another witness -- I'm told we

3  do have another witness that could give the

4  timeframe.

5          THE COURT:  Does that work?

6          MR. SINDEL:  If there's no other witness,

7  it's hard to determine really if it's a fair and

8  accurate depiction of what this individual saw, or

9  what some other person who has taken the photograph

10 I think he said eight or nine hours later.  We just

11 don't know.  So I have a foundational --

12         THE COURT:  Why don't you do this?

13 Without showing them to the jury, why don't you show

14 them to him and lay the foundation, then we'll go

15 from there.

16         MR. CASTELLANO:  Sure.  The additional

17 exhibit will be Exhibit 122, if I haven't added that

18 to the list.

19         THE COURT:  All right.

20         MR. CASTELLANO:  May I approach the

21 witness, Your Honor?

22         THE COURT:  You may.

23 BY MR. CASTELLANO:

24     Q.   Agent Rhoades, I've handed you that stack

25 of exhibits.  I'll have you look at those quietly to

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                  FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1   yourself, and ask if they are a fair and accurate

2   depiction of what you saw on or about March 26,

3   2001, and maybe into the hours of March 27.  Have

4   you had an opportunity to look at those exhibits?

5        A.   Yes, I did.

6        Q.   And are each of them a fair and accurate

7   depiction of what you saw on March 26, 2001?

8        A.   I think everything except for Government's

9   Exhibit 122, which is an identification sheet that

10  is used -- should be the first photograph before

11  taking photos of the crime scene.  This -- I --

12  that's going to be something the photographer wrote

13  out, so...

14            MR. CASTELLANO:  Your Honor, with the

15  exception of Government's Exhibit 122, I move the

16  admission of each of those exhibits.

17            THE COURT:  Anything further on that, Mr.

18  Sindel?

19            MR. SINDEL:  No additional objections,

20  Your Honor.

21            THE COURT:  All right.  So I'm going to

22  admit Government's Exhibits 128, 129, 131, 132, 133,

23  134, 135, 136, 137, 138, 139, 141, 142, 143, 144,

24  145, 146, 170 and 171.  122 will not be admitted.

25            (Government Exhibits 128, 129, 131-139,

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    141-146, 170 and 171 admitted.)
 2              MR. CASTELLANO:  May I retrieve the
 3    exhibits?
 4              THE COURT:  You may.
 5    BY MR. CASTELLANO:
 6        Q.   Exhibit 122 has not been admitted, but are
 7    you familiar with exhibits like that?
 8        A.   Yes, I am.
 9        Q.   And have you made exhibits like that
10    yourself?
11        A.   Yes, I have.
12        Q.   What's the purpose of making something
13    like that?
14        A.   It ties a particular set of photographs
15    into a specific investigation, outlines the case
16    number, location, time, date, things of that nature,
17    who the photographer is.
18        Q.   And without telling us the contents of
19    that exhibit, is that what that exhibit is or
20    contains?
21        A.   Yes.
22              MR. SINDEL:  Your Honor, there is an
23    indication on 122 of the time.  That may alleviate
24    some of my concerns.  I just didn't notice any time
25    on that exhibit.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1            MR. CASTELLANO:  There is no time on the
 2   exhibit, Your Honor; just the date.
 3   BY MR. CASTELLANO:
 4       Q.   Okay, Agent Rhoades, once you got into
 5   that cell, did you help either process the scene or
 6   oversee those who were processing the scene?
 7       A.   I did not assist with it.  I just oversaw
 8   or observed.
 9       Q.   When you oversee, are you pointing out
10   things that may be relevant and asking the people to
11   take photographs of those items?
12       A.   Yes, that's correct.
13       Q.   So as the case agent, are you responsible
14   for overseeing this process?
15       A.   Not in every investigation, but when I'm
16   on the scene, I'm the case agent.  Yes, I am.
17       Q.   Let me begin with Government's Exhibit
18   128.  First of all, can you tell us what this is, if
19   you know, and where you found it?
20       A.   It's going to be a handwritten note that
21   had been torn, and it was collected from the trash
22   can.
23       Q.   And did the note have any significance to
24   you at the time, or did you just collect it in case
25   it became important later on?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


**BEAN & ASSOCIATES, Inc.**
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
**1-800-669-9492**
e-mail: info@litsupport.com

```
 1        A.    At the time, it didn't have any
 2   significance.
 3        Q.    Let me turn your attention to Exhibit 129.
 4   Is this the same note we saw in the previous
 5   exhibit?
 6        A.    Yes, it is.
 7        Q.    Now there appears to be a letter A above
 8   that note.
 9        A.    Yes.
10        Q.    Can you tell the members of the jury what
11   the purpose is -- first of all, who put that there?
12        A.    I don't know.
13        Q.    Do you know what the purpose is of having
14   something like that in a crime scene?
15        A.    Yes, I do.
16        Q.    What's the purpose?
17        A.    Whenever we collect evidence, we're going
18   to place down an evidence number or letter to
19   identify that piece of evidence, and it will be
20   tracked from the crime scene into our vault, to the
21   lab, and back.
22        Q.    In other words, if you have an item A in
23   your police report, you know what item A refers to?
24        A.    That's correct.
25        Q.    Let me show you Government's Exhibit 141.
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                  201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492                                             FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1  And do you know what we're looking at in that

2  exhibit?

3       A.   That appears to be like tobacco, cigarette

4  tobacco, maybe.

5       Q.   And is there anything in there for the

6  purpose of making cigarettes or rolling cigarettes?

7       A.   Looks like maybe cigarette paper in that

8  package next to it.

9       Q.   Let me show you next Government's Exhibit

10 143.  Do you know what we're looking at in that

11 exhibit?

12      A.   Yes, I do.

13      Q.   What is that?

14      A.   That's going to be -- and this is taken

15 from inside the pod up on the second level, the

16 balcony, walkway.  And it's going to be the area of

17 the control center on the top, and the entrance into

18 the pod on the bottom.

19      Q.   I'm circling a door on the left-hand side

20 of that exhibit.  Is that the door that is the

21 entrance-and-exit door to the pod?

22      A.   I believe it is, yes.

23      Q.   I'm now circling kind of a glass-looking

24 area.  What have I circled there?

25      A.   That's going to be where the control

SANTA FE OFFICE                                                              MAIN OFFICE
119 East Marcy, Suite 110                                           201 Third NW, Suite 1630
Santa Fe, NM 87501                                                   Albuquerque, NM 87102
(505) 989-4949                                                              (505) 843-9494
FAX (505) 843-9492                                                   FAX (505) 843-9492
                                                                        1-800-669-9492
                                                              e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1   officer is housed.

 2        Q.   Are you aware of whether or not

 3   corrections officers refer to that as the bubble?

 4        A.   They could.  I don't recall offhand.

 5        Q.   And did you have a chance to go up into

 6   that area of the pod to look around?

 7        A.   I don't remember going up into that area,

 8   no.

 9        Q.   Have you been into one of those areas

10   before?

11        A.   Maybe once on another investigation.  I

12   don't remember specifically.

13        Q.   So ultimately, the question will be:  Do

14   you know what you can see inside that bubble?  If

15   you don't know, it's okay.

16        A.   I don't know firsthand, no.

17        Q.   Let me turn your attention next to Exhibit

18   144.  Is that just a closer view of the note that

19   was found in the cell?

20        A.   Yes, it is.

21        Q.   When I say "the cell," was that in Frank

22   Castillo's cell?

23        A.   Yes.

24        Q.   Exhibit 142.  What are we looking at in

25   that exhibit?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      A.   This is a close-up of the head and

2   shoulders of Frank Castillo, laying face-down on his

3   bunk.

4      Q.   Since he's laying face-down as he was in

5   other photographs, does this lead you to believe

6   that this is a picture of the body before the

7   investigators moved it in any way?

8      A.   Yes.

9      Q.   And when you entered the pod, was it your

10  understanding that medical staff had at least moved

11  the body to take vitals or check on Mr. Castillo?

12     A.   Yes.

13     Q.   After that time, when was the body next

14  moved?

15     A.   The next time, to my knowledge, it was

16  moved -- and that's based on the body being sealed

17  in the cell and the seals not broken -- would be

18  later that evening after OMI, the medical

19  investigators, arrived.

20     Q.   Can you explain that to the members of the

21  jury about why you would or wouldn't move the body

22  before OMI arrives?

23     A.   By our state law, the medical

24  investigator, Office of Medical Investigator, has

25  jurisdiction over the body.  So we do not interact

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492                                               FAX (505) 843-9492
                                                                      1-800-669-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

e-mail: info@litsupport.com

```
 1   with the body until they are present and authorize
 2   us to do so.
 3        Q.   Do you remember approximately what time it
 4   was that OMI arrived?
 5        A.   I think around 9:30, 10:00, somewhere in
 6   there.
 7        Q.   A.m. or p.m.?
 8        A.   That would be p.m.
 9        Q.   So 9:00 or 10:00 in the evening?
10        A.   Yes.
11        Q.   So like you said, as best you know, did
12   this body remain in this position until that night?
13        A.   That's correct.
14        Q.   I'm now going to show you Exhibit 145.
15   What's different about the body in this picture?
16        A.   At this point, the body had been rolled
17   onto the back and placed into a body bag on the
18   floor next to the cot or the bed.
19        Q.   I'm going to put a line down the screen
20   here.  On the left hand of the line, what is that?
21        A.   On the left hand is the bed.
22        Q.   Is that where Mr. Castillo was facing
23   downward?
24        A.   Yes.
25        Q.   And then he was rolled over for purposes
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1  of putting him into a body bag?

 2      A.   Yes, and further examination.

 3      Q.   You'll probably be asked questions about

 4  the discoloration on his body.  I've circled his

 5  torso where his hands are crossed.  Have you seen

 6  things like that before?

 7      A.   Yes, I have.

 8      Q.   In what circumstances have you seen the

 9  discoloration of the body?

10      A.   At some period after death, the blood

11  begins to settle by a gravitational process into the

12  other cells of the body and begins a staining

13  action, red stain.  And over a period of time, it

14  becomes set within the tissue, so you can't push it

15  out.  A lot of times you push your finger on the

16  stain, initially it will turn white; you'll push the

17  blood out of those capillaries.  But in time it's

18  set there and it won't do that.  And it's called

19  lividity, or rigor mortis is another term for it.

20      Q.   I'm going to circle Mr. Castillo's legs

21  here where it looks like there's discoloration but

22  then lighter colors around where his knees are.

23  Does that come from pressure on the tissue and the

24  blood not settling?

25      A.   That's correct.

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                        201 Third NW, Suite 1630
Santa Fe, NM 87501                               Albuquerque, NM 87102
(505) 989-4949                                         (505) 843-9494
FAX (505) 843-9492                                FAX (505) 843-9492
                                                      1-800-669-9492
                                              e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

```
 1        Q.    I'm also going to circle his hands.  If he
 2   had been lying on his hands, would that be
 3   consistent, as well, with the blood not pooling or
 4   collecting there?
 5        A.    Probably the parts of the hands that's in
 6   direct contact with the surface.
 7        Q.    I'm showing you next Government's Exhibit
 8   146.  Is this once again Mr. Castillo?
 9        A.    Yes, it is.
10        Q.    And what is that -- it looks like it's
11   around his face area, the cloth?
12        A.    This is a combination of ligature, a mesh
13   bag I think they use for laundry.  And there was,
14   like, a sweat cap intermingled with that.
15        Q.    I'll ask you the same question about the
16   discoloration where you can see a marking, a line
17   around his arm.  That looks like it's a lighter
18   color than where pooling had occurred.
19        A.    Yes.
20        Q.    In the bags over here, can you tell
21   whether or not this laundry bag and ligature had
22   been collected for evidence?
23        A.    Yes, it was.
24        Q.    Showing you next Government's Exhibit 131,
25   what are we looking at in that exhibit?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN & ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   These are the knees of Frank Castillo, and
 2   it's depicting scrapes and abrasions and injuries
 3   like that.
 4        Q.   Let me show you also 132.
 5        A.   This is also a photograph of the knees of
 6   Frank Castillo, also depicting scrapes and abrasions
 7   and things.
 8        Q.   All right.  Do you know necessarily when
 9   those got there, or how they got there?
10        A.   No, I don't.
11        Q.   Can you tell whether or not they looked
12   fresher or older, for example, whether there was
13   scabbing or anything like that?
14             MR. SINDEL:  I'll object unless there is
15   some training for him to make a determination.
16             THE COURT:  Let's take out the word
17   "anything like that," because that's a little broad.
18   Scabbing, I think a layperson could probably do it.
19   BY MR. CASTELLANO:
20        Q.   Could you determine whether or not the
21   wounds I'm circling, for example, were scabbing, or
22   were there any signs of scabbing?
23        A.   I don't really recall.
24        Q.   Turning next to Exhibit 134, is this where
25   you can see once again what you've described as a
```

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                            201 Third NW, Suite 1630
Santa Fe, NM 87501                                     Albuquerque, NM 87102
(505) 989-4949                                                    (505) 843-9494
FAX (505) 843-9492                                       FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1  ligature and then the laundry bag?

2      A.   Yes.

3      Q.   When you use the term "ligature," what do

4  you mean?

5      A.   Like a ligature could be a string or a

6  small rope, or some type of shoelace, things like

7  that.

8      Q.   And generally in what context do you use

9  the term "ligature"?

10      A.   For me, I use it in terms of -- depending

11  on the investigation, a strangulation.  Then if this

12  is around the neck, then we'll refer to it as a

13  ligature.

14      Q.   Next is Exhibit 135.  Can you tell what

15  we're looking at in that exhibit?

16      A.   This is going to be a photo image of the

17  bed of Frank Castillo, and you can see the sheet, a

18  mesh blanket, and it also looks like there's what

19  appears to be blood on them.

20      Q.   And can you tell whether or not that was

21  at the foot of the bed or the head of the bed we're

22  looking at there?

23      A.   That's going to be the foot.

24      Q.   And can you tell whether or not those

25  blood marks are similar to or line up with the blood

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1    marks on his knees?

 2         A.   Yes, they do.

 3         Q.   Let me go back to Exhibit 132 real

 4    quickly.  I'm circling two marks on his knees.  Can

 5    you tell from the exhibit whether those appear, at

 6    least from the pictures, to line up?

 7         A.   Yes, they do.

 8         Q.   Does that give you some idea about when

 9    those marks might have been left on the bed?

10         A.   It's possible.  It would be a conclusion

11    on my part.

12         Q.   Turning to Exhibit 136, what's depicted in

13    that photograph?

14         A.   This is the photo of the back end of the

15    cell depicting the window, the commode, and a sink.

16         Q.   Does that give us some idea of the

17    dimension or the size of the cell?

18         A.   It does, yes.

19         Q.   Exhibit 137?

20         A.   This is going to be an image of the desk

21    inside of the cell, and it's showing what I believe

22    is tobacco that we looked at earlier.

23         Q.   I'm circling something on -- I'll call it

24    the countertop.  Is that what you referred to, what

25    we saw in an earlier picture?

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                        201 Third NW, Suite 1630
Santa Fe, NM 87501                               Albuquerque, NM 87102
(505) 989-4949                                   (505) 843-9494
FAX (505) 843-9492                               FAX (505) 843-9492
                                                 1-800-669-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

e-mail: info@litsupport.com

```
 1        A.   Yes.

 2        Q.   I'm also circling at least a few boxes on

 3   this exhibit that look like they are blacked-out or

 4   redacted.  Do you know what's behind those

 5   redactions?

 6        A.   Yes, I do.

 7        Q.   What is it?

 8        A.   There was photo images of nude women.

 9        Q.   So those photographs of nude women have

10   been covered up in this exhibit?

11        A.   Yes, they have.

12        Q.   Turning to Exhibit 138, are we now looking

13   from the other side of the room towards the doorway?

14        A.   Yes.

15        Q.   And I'm going to ask you the same question

16   about blacked-out boxes on that exhibit.  Were those

17   also photos of nude women?

18        A.   Yes, they were.

19        Q.   The next is Exhibit 139.  Is this another

20   picture of Mr. Castillo?

21        A.   Yes, it is.

22        Q.   On the side of his body as he's laying

23   face-down here, I'm going to kind of circle some

24   more discoloration around his shoulders and the

25   right side of his body.  Do you know whether that's
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                            FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1   part of the blood pooling, or can you tell whether

2   that's scrapes or abrasions?  Do you know anything

3   from looking at this photograph?

4        A.    I remember sensing it's the lividity.

5        Q.    Turning to Exhibit 171.  Okay, what is

6   this exhibit here?

7        A.    This is going to be a layout of P-1 unit.

8   So it's depicting the control center and the three

9   pods that's connected to it.

10       Q.    I'm going to circle something in the

11  middle of this diagram.  Have I circled what you've

12  identified as the control center?

13       A.    Yes.

14       Q.    And then I'm going to also draw some lines

15  here, moving from the center to the left at about

16  9:00 on -- this is a watch face, and 12:00 on a

17  watch.  What lines have I drawn there and what do

18  they tell us about the pods?

19       A.    Those lines are going to be representative

20  of the wall separating each of the pods.

21       Q.    And so also on here it looks like there's

22  blue pod; I'm going to put a B there; yellow pod and

23  green pod.  Have I accurately labeled those?

24       A.    Yes, according to this diagram, they are.

25       Q.    And is green pod where you found

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                       Albuquerque, NM 87102
(505) 989-4949                                                    (505) 843-9494
FAX (505) 843-9492                                       FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1    Mr. Castillo?

2         A.   Yes, it is.

3         Q.   Let me move to the next exhibit, which is

4    Exhibit 170.  Okay.  What are we looking at in

5    Exhibit 170?

6         A.   This is a diagram of the green pod.

7         Q.   So is this basically one-third of the

8    housing unit, just showing one pod?

9         A.   Yes, it is.

10        Q.   Now, on the outer perimeter of this

11   diagram I'm circling in the upper right-hand corner

12   of that building two numbers:  2209 and, below it,

13   1109.  Can you tell the members of the jury what

14   those numbers represent?

15        A.   Those numbers are going to represent the

16   individual cell numbers.  One will be from the lower

17   level, and one will be the one above it on the upper

18   level.

19        Q.   And do you remember if the numbers

20   beginning 2, for example, 2209 -- if that's the

21   second floor; and 1109, the cell immediately below

22   it on the first floor?

23        A.   Yes, I believe so.

24        Q.   So for example, as a result of getting

25   these numbers and looking at corrections records,

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                             FAX (505) 843-9492
                                                                1-800-669-9492
                                                          e-mail: info@litsupport.com



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    could you tell who was housed in which of these

2    cells?

3         A.   Yes.

4         Q.   Is that what you did as part of your

5    investigation?

6         A.   Yes.

7         Q.   When you talked to the inmates and the

8    corrections officers, did you talk to the

9    corrections officers first or the inmates?

10        A.   I think I talked to the correction

11   officers first.

12        Q.   Why would you do things in that order?

13        A.   To get more of a foundation of how things

14   were during that time.  They could provide who was

15   aware and things of that nature.

16        Q.   And would that give you more information

17   then when you questioned any inmate that you did?

18        A.   Yes.

19        Q.   Do you remember what time approximately

20   that you began the interviews of the other inmates?

21        A.   I'd have to refer back to the reports.  It

22   could have been in the early afternoon.

23        Q.   Would it help to refresh your recollection

24   to look at your report?

25        A.   Yes, it would.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1              MR. CASTELLANO:  May I approach the
2    witness, Your Honor?
3              THE COURT:  You may.
4         A.   It's on the floor right there.
5    BY MR. CASTELLANO:
6         Q.   I'm handing you a black three-ring binder.
7    Is this the binder containing reports from your
8    investigation?
9         A.   Yes.
10        Q.   If you'd refresh your recollection so
11   defense counsel knows, can you tell us, when you
12   find it, the date or something identifying about the
13   report so they know which one you're looking at?
14        A.   Yes, I can.  This report is going to be
15   labeled the original report.  So as case agent, I'm
16   going to write the original, and everybody else
17   involved with this investigation that does a report,
18   theirs will become a numbered supplement report.
19   And that should be noted on their report, as well.
20        Q.   What's the date on your report?
21        A.   The date it was admitted was June 22, '01,
22   and approved June 25, '01.
23        Q.   You're refreshing your recollection by
24   reviewing your report.  I'll ask you what time you
25   started inmate interviews and what time you
```



SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                         Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                            FAX (505) 843-9492
                                                                  1-800-669-9492
                                                          e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

 1  finished.

 2      A.   The first inmate interview would be at

 3  approximately 3:00 p.m.

 4      Q.   At what point did you finish those

 5  interviews?

 6      A.   The last inmate interview is going to be

 7  approximately 6:51 p.m.

 8      Q.   And also how many people did you

 9  interview -- were the people interviewed people

10  within the pod?

11      A.   Yes.

12      Q.   Did you interview any inmates outside of

13  the pod?

14      A.   No.

15      Q.   So how many people did you approach for

16  purposes of interviews?

17      A.   Inmate-wise?

18      Q.   Yes.  I just need a number, not names.

19      A.   I'm thinking around -- I can count them

20  real quick.  I want to say 12 or 13.

21      Q.   If you wouldn't mind counting to make sure

22  we have an accurate number, please.

23      A.   I'm counting 12.

24      Q.   What did you do after the interviews?

25      A.   After the last interview then I at some

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                    FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1    point went over to the pod where the crime scene

2    unit was.

3         Q.    So you said you went to the pod.  Did

4    you -- at that point in time, did you interview the

5    inmates at a location outside of the pod?

6         A.    Yes.

7         Q.    Where was that?

8         A.    It was inside of an office, and I don't

9    remember the location of that office.

10        Q.    Were they each brought to you one at a

11   time?

12        A.    Yes, they were.

13        Q.    At some point did you meet with Officers

14   Duncan and LaCuesta?

15        A.    Yes, I did.

16        Q.    About what time was that?

17        A.    It was in the evening.  I want to say

18   around -- I don't know.  8:30, 9:00, maybe, and that

19   would be p.m.

20        Q.    You said your report was dated June 22 of

21   2001.  Were you doing other things between March of

22   2001 and June 2001, when you finalized your report?

23        A.    Yes, I was.

24        Q.    What types of things were you doing?

25        A.    Well, on this case -- I had several cases

SANTA FE OFFICE                                                              MAIN OFFICE
119 East Marcy, Suite 110                                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                                 Albuquerque, NM 87102
(505) 989-4949                                                                (505) 843-9494
FAX (505) 843-9492                                                       FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

 1    going during this time, but on this case I was doing

 2    follow-up.  I think I was getting some information,

 3    meeting with the correctional staff, trying to

 4    compile evidence, and see what needed to be sent out

 5    to the lab, things like that.

 6         Q.   And then when you finished compiling all

 7    this information, did you then put it all into one

 8    report?

 9         A.   Well, I made this initial report, and then

10    I completed supplement reports down the line.

11         Q.   Agent Rhoades, I'm going to show you some

12    physical exhibits as well as the photographs, but

13    I'm going to show the defendants first.

14              Agent Rhoades, I think these will be

15    admitted without objection, but what I'm going to do

16    is present them to you and have you look at them.

17    First, without showing it to the jury, look at each

18    one to yourself and tell us what exhibit number it

19    is.

20         A.   Exhibit 115.

21         Q.   What is Exhibit 115?

22         A.   It's going to consist of the torn note and

23    the evidence bag that it was sealed in.

24         Q.   Remind us where that was found.

25         A.   In the trash can.

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                  201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                          (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   Of whose cell?

 2        A.   Of Frank Castillo's.

 3             MR. CASTELLANO:  Your Honor, I move the

 4   admission of Exhibit 115.

 5             THE COURT:  Any objection from the

 6   defendants?

 7             MR. SINDEL:  No objection, Your Honor.

 8             THE COURT:  Not seeing or hearing any

 9   objection, Government's Exhibit 115 will be admitted

10   into evidence.

11             (Government Exhibit 115 admitted.)

12   BY MR. CASTELLANO:

13        Q.   If you can please grab the next exhibit

14   and tell us first what exhibit number it is.

15        A.   Exhibit 117.

16        Q.   What is that exhibit?

17        A.   This is going to be one of the sheets

18   collected from the bed of Frank Castillo?

19             MR. SINDEL:  May we have Mr. Castellano

20   ask this witness if he was the one that collected it

21   or whether it was an evidence technician; and if

22   there is any indication on the evidence stickers as

23   to the time those items were collected?

24             THE COURT:  Do you have any problems

25   asking those questions?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1           MR. CASTELLANO:  No, Your Honor.
 2   BY MR. CASTELLANO:
 3      Q.   Mr. Rhoades, did you hear that question?
 4      A.   Part of it.
 5      Q.   Were you part of recovering this exhibit,
 6   and are there any notations about dates or times of
 7   collection?
 8      A.   I did not collect the evidence.  There is
 9   a label on that that shows who collected it, and the
10   date, but I don't see where they put the time on it.
11      Q.   Are you familiar with the process of
12   collecting that type of information?
13      A.   Yes, I am.
14      Q.   And as far as you can tell from looking at
15   the exhibit, has it been altered or changed in any
16   material way from when you saw it?
17      A.   Just that it was placed in this bag and
18   folded up differently.
19      Q.   Also on March 26, 2001, by the collection
20   or evidence team?
21      A.   Yes, and then later into this plastic bag.
22   The initial bag was this paper bag inside.
23      Q.   Right.  Can you explain that to the
24   members of the jury as to why there is a paper bag
25   inside the bag, and why it's in the bag that we have
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    now?

2         A.   When we collect evidence, depending on

3    what type of evidence, most of it is collected and

4    placed into paper bags so it doesn't destroy any

5    latent prints or DNA evidence.  Later, for the

6    purposes of court, then after the lab is completed

7    with the examination of it and analysis of it, then

8    it's placed into the plastic bag for presentation.

9         Q.   In other words, is it in the plastic bag

10   now so we can see what's contained in the bag?

11        A.   That's correct.

12             MR. CASTELLANO:  Your Honor, I'd move the

13   admission of 117I.

14             THE COURT:  Objection?

15             MR. SINDEL:  No objection.

16             THE COURT:  Not seeing or hearing

17   anything, Government's Exhibit 117 will be admitted

18   into evidence.

19             (Government Exhibit 117 admitted.)

20   BY MR. CASTELLANO:

21        Q.   Please turn to the next exhibit and tell

22   us what the number is.

23        A.   It's going to be Exhibit 116.

24        Q.   And what is that exhibit?

25        A.   This is going to be the other sheet

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   removed from Frank Castillo's bed.

2       Q.   As far as you can tell from the package

3   and the markings, was it collected in the same

4   manner and on the same date?

5       A.   Yes.

6            MR. CASTELLANO:   I move the admission of

7   Exhibit 116.

8            THE COURT:   Any objection?

9            MR. SINDEL:   No objection, Your Honor.

10           THE COURT:   Not seeing or hearing any,

11  Government's Exhibit 116 will be admitted into

12  evidence.

13           (Government Exhibit 116 admitted.)

14  BY MR. CASTELLANO:

15      Q.   Agent Rhoades, please grab the next

16  exhibit.

17      A.   Exhibit 118.

18      Q.   What is that exhibit?

19      A.   This is going to be the mesh blankets.

20  I'm thinking there may be two of them in here.   This

21  was collected from the bed of Frank Castillo.

22      Q.   As far as you can tell from the markings

23  and the packagings, was it collected in the same

24  manner and on the same date?

25      A.   This package does not contain the paper

SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                      201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                          (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492
                                                                    1-800-669-9492
                                                              e-mail: info@litsupport.com



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1   bag it initially came in.  It may be in the box

2   here.  This is just inside of the plastic bag.

3       Q.   Is there an indication that that's what

4   the -- from looking at that, is there an indication

5   that that's what was found in Frank Castillo's cell

6   on that date?

7       A.   An indication on this package is what

8   you're referring to?  Nothing written, no.

9       Q.   Okay.  I'll wait on that one and see if we

10  have other packaging.

11          Can you grab the next exhibit, please?

12  This will be Exhibit 119.  What is that exhibit?

13      A.   This is going to consist of -- I think I

14  referred to it as a sweat cap and some ligatures

15  that was around the neck of Frank Castillo.  It's

16  also going to contain a small envelope from the

17  Office of the Medical Investigator labeled "24 hairs

18  unsuitable," I believe it says.

19      Q.   Can you tell from any markings associated

20  with that whether or not that was collected on or

21  about March 26 of 2001 from Frank Castillo?

22      A.   Yes, and the label actually says March 27.

23      Q.   Since it says March 27 on there, do you

24  remember what time you eventually finished the

25  processing of the crime scene team?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    A.   It could have been past midnight that this
2  label was made.  I think they completed it earlier
3  than midnight.  But there is a process after the
4  scene, so I relinquish where the evidence is
5  packaged, sealed, and relinquished over to me,
6  transferred over to me.
7          MR. CASTELLANO:  At this time, I move the
8  admission of Exhibit 119.
9          THE COURT:  Any objection?
10          MR. SINDEL:  Your Honor, I think I'm going
11  to object to this.  I can't see it.  But I believe
12  it may be part of the ligature that was collected
13  during the course of the autopsy.  And therefore, I
14  think there needs to be foundation as to
15  circumstances, if I'm correct, that the ligature was
16  actually collected.
17          THE COURT:  Do you want to lay a further
18  foundation here?
19          MR. CASTELLANO:  I could ask some
20  additional questions.
21          THE COURT:  All right.
22  BY MR. CASTELLANO:
23    Q.   Agent Rhoades, do you recall on March 27,
24  2001, submitting certain items or receiving them
25  from OMI?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   Yes, I do.

 2        Q.   And can you tell the members of the jury

 3   whether when Mr. Castillo was removed from the

 4   scene, he was removed with the ligature around his

 5   neck?

 6        A.   Yes.

 7        Q.   And on March 27 of 2001, did you receive

 8   that back from OMI?

 9        A.   Yes.

10        Q.   And was there paperwork including things

11   such as the chain of custody that indicated it was

12   sent from OMI and back into your custody?

13        A.   Yes.

14             MR. CASTELLANO:  Your Honor, at this time

15   I move the admission of 119.

16             THE COURT:  Is that sufficient?

17             MR. SINDEL:  It is, Your Honor.

18             THE COURT:  All right.  Anybody else have

19   objection?  Not seeing or hearing any, Government's

20   Exhibit 119 will be admitted into evidence.

21             (Government Exhibit 119 admitted.)

22   BY MR. CASTELLANO:

23        Q.   While I'm talking about things received

24   from OMI on March 27 of 2001, did that also include

25   Mr. Castillo's boxers, shorts, and his socks?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      A.   Yes, it does.

2      Q.   And are those contained within that box

3  next to you?

4      A.   Yes.

5      Q.   As well as the fishnet laundry bag with

6  clothing inside?

7      A.   Yes.

8      Q.   And did you receive what's referred to as

9  a body standard?

10      A.   Yes.

11      Q.   What is that?  What does that mean?

12      A.   That's like a blood spot, fingernail

13  clippings.  A lot of times things like that are

14  collected from OMI for the purposes of additional

15  analysis; DNA, primarily.

16      Q.   Okay.  Please turn to the next exhibit.

17      A.   This will be Exhibit 120.

18      Q.   What is it?

19      A.   It's going to be the mesh laundry bag and,

20  looks like, a white towel.

21      Q.   Is that the mesh bag I asked you about a

22  moment ago, about it going to OMI with the body and

23  being sent back to you?

24      A.   Yes.

25           MR. CASTELLANO:  At this time, I move the

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                           Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                            FAX (505) 843-9492



1-800-669-9492
PROFESSIONAL COURT
REPORTING SERVICE                            e-mail: info@litsupport.com

```
 1   admission of Exhibit 120.

 2             THE COURT:  Any objection?

 3             MR. SINDEL:  No objection.

 4             THE COURT:  Anyone else?  Not seeing or

 5   hearing any objection, Government's Exhibit 120 will

 6   be admitted into evidence.

 7             (Government Exhibit 120 admitted.)

 8   BY MR. CASTELLANO:

 9        Q.   What's the next exhibit, Agent Rhoades?

10        A.   This will be Exhibit 121.

11        Q.   What's contained within that exhibit?

12        A.   It's going to be a pair of white socks, a

13   pair of gray shorts, and a pair of plaid, looks

14   like, undershorts.

15        Q.   Are those the items that I asked you about

16   that you received back from OMI on March 27 of 2001?

17        A.   Yes.

18        Q.   And do those also go with the body to OMI

19   and then were they returned to you?

20        A.   Yes, they were.

21        Q.   Your Honor, I move the admission of

22   Exhibit 121.

23             THE COURT:  Any objection?

24             MR. SINDEL:  No objection.

25             THE COURT:  Not hearing any objection,
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  Government's Exhibit 121 will be admitted into

2  evidence.

3           (Government Exhibit 121 admitted.)

4  BY MR. CASTELLANO:

5      Q.   So tell us about that process, Agent

6  Rhoades.  If something like the ligature has

7  potentially evidentiary value but it's wrapped

8  around someone's neck, how does it work in terms of

9  it being sent out to OMI, then being returned to you

10 for purposes of other testing?

11     A.   Evidence like that is -- well, any

12 clothing or anything attached to the body eventually

13 is returned to us -- or to me in this case.  At that

14 point, I'll make a determination what may have some

15 evidentiary value, forensic value, and what type,

16 and then submit it to the lab.

17     Q.   And did you submit items to the lab on

18 April 18 of 2001?

19     A.   Somewhere around there, I believe so, yes.

20     Q.   If you recall, what did you send to the

21 lab?  So are we distinguishing also a crime

22 laboratory from OMI?  Are those two different

23 places, for example?

24     A.   Yes, it would come from OMI to me, and

25 then to the lab, and then back to me.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   And if you recall, what items did you send
 2   them for testing?
 3        A.   I believe the ligatures, anything around
 4   the neck was submitted.  I think the sheets were, if
 5   I remember correctly.  Possibly his clothing, and
 6   maybe the blankets.
 7        Q.   Did you attempt to collect DNA samples
 8   from any of the inmates in the pod?
 9        A.   Yes, I did.
10        Q.   And do you recall who agreed and who did
11   not agree to submit DNA samples?
12        A.   I'd have to refer back to my report.  I
13   have it documented who submitted.  It was a
14   voluntary swab standard.
15        Q.   And would it help to refresh your
16   recollection to look at those notes?
17        A.   Yes, it would.
18        Q.   I'll have you look at those notes to
19   yourself now, and if there is any kind of Bates
20   number or anything else on there so we can identify
21   it, please let us know.
22             MR. SINDEL:  Your Honor, may we approach?
23             THE COURT:  You may.
24             (The following proceedings were held at
25   the bench.)
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN &ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1            MR. SINDEL:  Your Honor, I would assume
 2   that he's going to -- there is going to be testimony
 3   that Mr. Gallegos and some other individuals had
 4   refused to give a voluntary sample.  At this point
 5   in time there was no court order.  There was no
 6   search warrant.  There was no legal process
 7   whatsoever.  Mr. Gallegos didn't have the assistance
 8   of or advice of counsel.  Therefore, it's our
 9   position that it implicates his Fifth Amendment
10   rights and should not be commented on.
11            THE COURT:  Are you trying to elicit that
12   testimony?
13            MR. CASTELLANO:  I want to get a list of
14   those who agreed and those who didn't, without
15   getting any statements or anything that they said.
16            THE COURT:  Do you have any problem with
17   that?  Just a list?
18            MR. SINDEL:  Yes.  But also I would point
19   out to the Court that his was not found, so it's
20   also an issue of relevance.
21            THE COURT:  How do we do this?  It does
22   seem to me that it is appropriate for them to say,
23   without any sort of comment or something, "Did you
24   get blood samples from this person, this person,
25   this person?  And did you check them out?"  And they
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  all came back negative.  Just leave it at that,

2  without doing a list that doesn't have those --

3  highlighting to the jury that some people did not

4  get tested.

5          MR. CASTELLANO:  I'm not sure I was

6  following that.  I think, first of all --

7          THE COURT:  I think what Mr. Sindel is

8  saying is that if you say, well, these people did

9  and these people didn't, it's the same thing.  So

10 can we just do the positive?  You've got tests from

11 these people, it came back negative, and not talk

12 about it in the negative, that certain people did

13 not give blood?

14         MR. CASTELLANO:  We could.  I think the

15 agreement not to agree to DNA testing -- I don't

16 think that's a comment on the right to silence.  I

17 think it's nontestimonial.  Looking at tattoos or

18 somebody wearing a mask in court, if they look like

19 a person the bank teller saw at the crime scene.  I

20 think it's a little different.  I think the jury

21 will figure it out regardless.  They'll hear all the

22 names in the pod:  Who did you take a sample from,

23 but to highlight it --

24         MR. SINDEL:  I prefer to highlight than

25 the other.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1              THE COURT:  Okay.  Could you live with
2   that?
3              MR. SINDEL:  I will have to, yes.
4              THE COURT:  Okay.  Why don't you just ask
5   him who he took samples from and tested, and come
6   back.  If you want to make a run after lunch at the
7   case law -- but it strikes me that it's getting
8   close to commenting on the right to silence, and
9   things.  But --
10             MR. CASTELLANO:  And I don't think I will
11  ask this witness the result of testing.  I don't
12  think defense counsel can ask about the result of
13  testing because he is not the person who can
14  properly answer that question.
15             MR. SINDEL:  I agree with that.  I think
16  it has to come from lab personnel.
17             THE COURT:  You're just going to list the
18  people he took samples from?
19             MR. CASTELLANO:  Yes.
20             MR. SINDEL:  Thank you, Judge.
21             (The following proceedings were held in
22  open court.)
23             THE COURT:  All right.  Mr. Castellano.
24             MR. CASTELLANO:  Thank you, Your Honor.
25
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  BY MR. CASTELLANO:

2      Q.   Let me modify my question a little bit,

3  Agent Rhoades, and ask you:  From whom did you

4  collect DNA samples on March 26, 2001?

5      A.   It's actually going to be -- and I'm

6  looking at the part of my report -- it's going to be

7  listed here, April 5, 2001, that the swab samples

8  were collected.

9      Q.   Thank you for that clarification.  So is

10 it fair to say you went back a few days later, or --

11 right, maybe a couple weeks later to collect DNA

12 from some of the inmates?

13     A.   Yes.

14     Q.   Okay.  With that clarification, please

15 tell us who provided a DNA sample.

16     A.   The inmates that provided the DNA sample

17 were Edward Troup, Victor Felix, Ruben Romero, Angel

18 DeLeon, Richard Lopez, Michael Jaramillo, Chris

19 Pacheco, Eddie Garcia.

20     Q.   What was that last name?

21     A.   Eddie Garcia.

22     Q.   Thank you.

23     A.   Gabriel Sanchez and Robert Romero.

24     Q.   Was that ten individuals?  Did I count

25 that correctly?



SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                           Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                             FAX (505) 843-9492
                                                                 1-800-669-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE
                                                      e-mail: info@litsupport.com

56

```
 1        A.   Yes.

 2        Q.   When you finished this investigation, who

 3   were your suspects?  Without telling us what anybody

 4   said, who were your suspects for the Castillo

 5   murder?

 6             MR. SINDEL:  Your Honor, this is entirely

 7   based on all kinds of hearsay, all kinds of

 8   conclusions, and it's irrelevant and immaterial who

 9   his suspect was.

10             THE COURT:  I'd be inclined to agree.

11   Sustained.

12   BY MR. CASTELLANO:

13        Q.   Do you know what a cold case is, Agent

14   Rhoades?

15        A.   Yes, I do.

16        Q.   What is that?

17        A.   A cold case often refers to homicide

18   investigation, murder investigation, a case that

19   over some period of time there is no more follow-up

20   on it; it's pretty much shelved, no more work done

21   on it, and it's unsolved.

22        Q.   At some point did the Castillo homicide

23   become a cold case?

24        A.   Yes, it did.

25        Q.   This happened in 2001.  Did you eventually
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   get to meet somebody who provided information about

 2   this homicide in 2007?

 3        A.   Yes, I did.

 4        Q.   Tell us about how that happened.

 5        A.   In August of 2007, then I was notified by

 6   Albuquerque police detective Rich Lewis, who

 7   informed me that he had received --

 8             MR. SINDEL:   I object to anything that

 9   Richard Lewis --

10             THE COURT:   Are you going to try to elicit

11   what he said?

12             MR. CASTELLANO:   I can rephrase, Your

13   Honor.

14             THE COURT:   All right.   Why don't you ask

15   another question?

16   BY MR. CASTELLANO:

17        Q.   Did you get a call from Rich Lewis?

18        A.   Yes, I did.

19        Q.   And who did he work for?

20        A.   He was employed with the Albuquerque

21   Police Department.

22        Q.   And do you know what his responsibilities

23   were with the police department?

24        A.   He was assigned their cold-case unit.

25        Q.   Did he call you to provide information to
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    you?

2         A.   Yes, he did.

3         Q.   Did he call to have you meet with

4    somebody?

5         A.   Yes, he did.

6         Q.   Did you meet with somebody after having

7    discussions with him?

8         A.   Yes, I did.

9         Q.   Who was the person you met with?

10        A.   I met with Leonard Lujan?

11        Q.   I won't ask you what he said, because it's

12   hearsay.  But did Leonard Lujan give you a statement

13   about what happened regarding the Castillo and Garza

14   murders in 2001?

15             MR. SINDEL:  That's hearsay, describing

16   exactly what's in the statement.

17             THE COURT:  I think probably we've gone as

18   far with this as we need.  Sustained.

19   BY MR. CASTELLANO:

20        Q.   I'll ask you, did you take a statement

21   from Leonard Lujan?

22        A.   Yes, I did.

23        Q.   I also want to ask you -- I won't go into

24   this yet, but were you involved in the investigation

25   of a homicide regarding Freddie Sanchez in 2007?

SANTA FE OFFICE                                           MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                     FAX (505) 843-9492
                                                          1-800-669-9492
                                              e-mail: info@litsupport.com



```
 1       A.    Yes, I was.

 2       Q.    What were your responsibilities at that

 3  time?

 4       A.    At that time and for that investigation I

 5  was assigned to the crime scene unit, and that was

 6  my function.

 7            MR. CASTELLANO:  May I have a moment, Your

 8  Honor?

 9            THE COURT:  You may.

10            MR. CASTELLANO:  Thank you, Your honor.

11  I'm going to pass the witness at this time, but I'll

12  let the Court know, because we're not on the Freddie

13  Sanchez murder, that we will be recalling Agent

14  Rhoades for that testimony later in the trial.

15            THE COURT:  All right.  Let me see counsel

16  up here at the bench.

17            (The following proceedings were held at

18  the bench.)

19            THE COURT:  How do the defendants want to

20  proceed?  Do y'all want to do your cross or do you

21  want to wait?  What's your preference?

22            MR. SINDEL:  My preference would be to

23  wait.  There is a lot of stuff that I have, but I

24  can be ready tomorrow.

25            THE COURT:  Okay.  Would that work for
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   y'all?  Recall him tomorrow, so they can do their

2   cross?

3            MR. CASTELLANO:  Are we putting another

4   witness on the stand?

5            THE COURT:  We're going to put Lujan here.

6            MR. BECK:  I think what --

7            THE COURT:  Let's do this:  We'll continue

8   him in the morning.  What do you want me to say?  Do

9   you want me to say we're doing some adjusting of

10  witnesses to help with witness scheduling, and he'll

11  be back tomorrow for cross?  Does that work for you?

12           MR. SINDEL:  That does.  It's all the

13  prosecution's fault.  If you could add that, if you

14  would.

15           THE COURT:  You'd like me to add a lot,

16  wouldn't you?

17           MR. SINDEL:  I'm working --

18           MR. CASTELLANO:  Call it the luck of the

19  Irish.

20           MR. SINDEL:  I'm not Irish.

21           MR. CASTELLANO:  Neither am I.

22           THE COURT:  While we're up here, there is

23  a case I'll add to my list of things for you to look

24  at.  It's an old case.  It's Chief Judge Winter from

25  the Fourth Circuit, United States v. Watson, 496

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   F.2d 1125, 1973.  He seems to indicate that after
 2   Furman, it didn't eliminate all the capital offense
 3   cases, so those things still apply.  So what he had
 4   in this case, he applied the two learned counsel to
 5   all the cases that had -- that were capital, were
 6   punishable by death at that time.  Furman, of
 7   course, they didn't even have a death penalty case,
 8   so there is case law going the other way.  But it is
 9   an interesting interpretation here.  After Furman,
10   they repealed all the statutes.  Some basis for
11   interpreting --
12           MR. BECK:  I mean, I'm not sure how we
13   come down on that.
14           The second question is:  If it's a capital
15   case, what's the remedy?  And the remedy is just
16   time for them to prepare for witnesses.  It's not
17   exclusion of a witness.  A violation of the statute
18   doesn't invoke the exclusionary rule unless there is
19   a Fourth or Fifth Amendment violation.
20           THE COURT:  Let's do this:  We'll pick
21   this up.  Y'all have another witness you want to
22   call?
23           MR. BECK:  We have another witness.
24           THE COURT:  All right.
25           MR. SINDEL:  You don't want to call.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              MR. BECK:  I think we're trying to get in
 2   the evidence here, and hopefully, that will get us
 3   to the end of the day.  And we might have to call
 4   later on today --
 5              THE COURT:  Do they know who you're about
 6   to call?
 7              MR. BECK:  Robert Duncan, and I think
 8   Felipe Gonzalez, one of those two.
 9              MR. SINDEL:  Matt, just so I have some
10   thought process, it would be my preference to -- if
11   I do this officer tomorrow -- which will take some
12   time to prepare for that -- I won't have to worry
13   about preparing for Lujan and trying to cogitate the
14   other issues that surround my cross-examination of
15   him.
16              THE COURT:  Are you going to try to put
17   Lujan on today?
18              MR. BECK:  We're trying not to put Lujan
19   on today --
20              THE COURT:  You're trying not to?
21              MR. BECK:  -- but we're scrambling to find
22   people that can get in here.
23              THE COURT:  Well, it sounds like you
24   wouldn't have to cross them anyway right now.  Why
25   don't we go ahead and get somebody started, and
```

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                 Albuquerque, NM 87102
(505) 989-4949                                            (505) 843-9494
FAX (505) 843-9492                                  FAX (505) 843-9492

**BEAN & ASSOCIATES, Inc.**
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1   we'll take a lunch break.  Then we'll go from there.
 2   If they have more information by 2:30 --
 3            MR. CASTELLANO:  May I inquire, on Phillip
 4   Gonzales, if they've made a decision?  He's working
 5   and wants to get back to work.  Are they going to be
 6   recalling him?  I guess the only issue was whether
 7   there would be cross-examination.
 8            MR. SINDEL:  I don't have anything on
 9   Gonzales.  He did the Garza --
10            MR. CASTELLANO:  Phillip Gonzales.
11            THE COURT:  Do you need him?
12            MR. SINDEL:  The search warrant -- I
13   haven't looked at that, with everything else.  I can
14   do that over the lunch hour.
15            MR. CASTELLANO:  Maybe we can finish him
16   today?
17            MR. SINDEL:  Yes.  It's liquid.
18            THE COURT:  It's trial work.
19            (The following proceedings were held in
20   open court.)
21            THE COURT:  All right.  We're working on
22   some scheduling of witnesses here.  So what's going
23   to happen is, Mr. Rhoades is going to step down, and
24   we're not going to do the cross-examination right
25   this minute.  He's going to be back tomorrow and
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    cross-examined by the defendants.  The Government is

2    going to call another witness we need to get on the

3    stand.  I think his name is Mr. Duncan; is that

4    correct?

5              MR. BECK:  Yes.

6              THE COURT:  So Mr. Rhoades, you may step

7    down.  You're in the middle of your examination,

8    about to be crossed, so don't discuss your testimony

9    with anyone.  But you are free to leave the

10   courthouse because you're not going to be called

11   back today.

12             THE WITNESS:  All right.

13             THE COURT:  Thank you, Mr. Rhoades.

14             THE WITNESS:  Do I leave the evidence

15   there?

16             THE COURT:  Just leave that there.

17

18

19

20

21

22

23

24

25

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1                      April 20, 2018
 2              THE COURT:  Does the Government have its
 3  next witness or evidence?
 4              MS. ARMIJO:  Your Honor, Mr. Rhoades will
 5  take the stand again, but he's going for
 6  cross-examination at this time.
 7              THE COURT:  Okay.
 8              MS. ARMIJO:  We'll go get him.
 9              THE COURT:  Mr. Rhoades, if you'll come
10  and resume your place in the witness box, I'll
11  remind you you're still under oath.
12              Mr. Sindel, are you going to cross-examine
13  Mr. Rhoades?
14              MR. SINDEL:  Your Honor, may we approach?
15              THE COURT:  You may.
16              (The following proceedings were held at
17  the bench.)
18              MR. SINDEL:  Yesterday Your Honor
19  referenced the Rubicon.  And this individual did
20  interview Mr. Jaramillo, so I mean, we may -- this
21  is, as far as I can tell, the banks of the river.
22  I'm not going to ask him any questions on it.  But I
23  just want to, out of all caution, make sure that the
24  Court's aware that this individual is the first one
25  we've had that has any information concerning the
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

66

```
1   statements made by Mr. Jaramillo.

2            THE COURT:  If Mr. Jaramillo were to

3   testify in this case, would you do anything

4   differently in your cross-examination here of

5   Mr. Rhoades?

6            MR. SINDEL:  I don't intend to ask him any

7   questions.

8            THE COURT:  Either way?

9            MR. SINDEL:  I would say this:  I'm going

10  to ask -- and I can say it right now -- I'm going to

11  ask he be subject to recall, just in case.

12           THE COURT:  Let's do that, and that will

13  give me a little bit more time to absorb -- and I

14  understand y'all are preparing a response to the

15  Government's brief that I got this morning.

16           MR. SINDEL:  You're looking at me, but you

17  should be looking at him.

18           THE COURT:  I did.  All right.  So

19  we'll --

20           MR. CASTELLANO:  Approach because

21  Mr. Jaramillo's responses would be hearsay

22  regardless of whether or not he's a witness.  So I

23  think that's right, we can't get into his statements

24  either way at this point.

25           MR. SINDEL:  If you object, we can't get
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   into it.
 2              THE COURT:  So we'll proceed that way.
 3   Why don't we take all this up at the break?  Is that
 4   all right?
 5              MR. SINDEL:  Sure.
 6              (The following proceedings were held in
 7   open court.)
 8              THE COURT:  All right.  Let's go ahead and
 9   take our morning break.  We'll be in recess for
10   about 15 minutes.  All rise.
11              (The jury left the courtroom.)
12              THE COURT:  All right.  We'll be in recess
13   for about 15 minutes.  Mr. Benjamin, did you say --
14   I got your notice.  Did you say there was some
15   material from doctors or things?
16              MR. BENJAMIN:  There should have been
17   Exhibit A, Your Honor.
18              THE CLERK:  I'll look it up.
19              THE COURT:  Look at 2067.  If there is
20   something else -- there is no reference to any
21   exhibits.
22              MR. BENJAMIN:  May I approach, Your Honor?
23   Because my staff --
24              THE COURT:  If there is something else I
25   need to look at, let me know, but that's what I dug
```

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                      201 Third NW, Suite 1630
Santa Fe, NM 87501                              Albuquerque, NM 87102
(505) 989-4949                                        (505) 843-9494
FAX (505) 843-9492                               FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1  out.

2           THE CLERK:  What document number is it?

3  2067?

4           MR. BENJAMIN:  And he's right, there is no

5  exhibit referenced in here.

6           THE COURT:  So there is something I need

7  to look at.

8           MR. BENJAMIN:  There should have been.

9           (The Court stood in recess.)

10          THE COURT:  I think every defendant is in

11  the room.  We've got a lawyer for each one.

12          Mr. Benjamin, did you determine if there

13  was anything else I have?

14          MR. BENJAMIN:  It doesn't appear.  I'm

15  trying to pull up the document and it doesn't appear

16  it was attached like I intended it to be.  So I will

17  give the Court and Ms. Armijo a copy.  Ms. Armijo

18  has been e-mailed a copy.

19          THE COURT:  What's your thoughts on this?

20          MS. ARMIJO:  He indicated it was just a

21  foundation witness, but the stipulation he sent me

22  yesterday had all sorts of opinions and more.  I

23  sent him a stipulation that really would have been

24  one foundation sentence and, I don't know if they've

25  accepted that.



SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                 201 Third NW, Suite 1630
Santa Fe, NM 87501                                        Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                            FAX (505) 843-9492
                                                                   1-800-669-9492
                                                         e-mail: info@litsupport.com

```
 1              MR. BENJAMIN:  I apologize.  I haven't
 2   seen that.
 3              THE COURT:  Well, y'all look at that, and
 4   let me know if there is something I need to decide.
 5              All right.  All rise.
 6              (The jury entered the courtroom.)
 7              THE COURT:  All right.  Let's talk about
 8   something very important.  That's lunch.  Some of
 9   the party are wanting to make arrangements and stuff
10   for lunch, so to help them plan, everybody wants to
11   know what y'all, the jurors want to do.  So my
12   thoughts are that we would go about quarter till
13   12:00, and we can either take a 15-minute break then
14   and go an hour and a half and have a late lunch; or
15   we can just take our lunch break at 11:45.  How many
16   of you want to take your lunch break at 11:45?  How
17   many want to do a late lunch?
18              So parties, for planning your lunch plans,
19   plan on us taking lunch at 1:30.
20              Mr. Rhoades, I'll remind you you're still
21   under oath.
22              Mr. Sindel, if you wish to cross-examine
23   Mr. Rhoades, you may do so at this time.
24              MR. SINDEL:  I do, Your Honor.
25              THE COURT:  Mr. Sindel.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492





PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1                    NORMAN RHOADES,

 2          after having been previously duly sworn under

 3          oath, was questioned, and continued testifying

 4          as follows:

 5                    CROSS-EXAMINATION

 6   BY MR. SINDEL:

 7          Q.   Good morning.

 8          A.   Good morning.

 9          Q.   I introduced myself to you just a few

10   minutes ago.  We've never met before; is that right?

11          A.   That's correct.

12          Q.   Now, you don't know this, but I'm not from

13   New Mexico.  I'm not from any of the bordering

14   states.  I'm from Missouri.  So there may be some

15   things I ask you about, there may be some acronyms

16   that you use that are unfamiliar to me, so just bear

17   with me.  Is that okay?

18          A.   Sure.

19          Q.   I guess the first thing is, when was it

20   that you know of that you, a supervisor, or anyone

21   else connected with either the Department of

22   Corrections or law enforcement contacted the OMI?

23   And before we answer that question, what is the OMI?

24          A.   OMI is Office of the Medical Investigator.

25          Q.   Okay.  And then their function would be to
```

SANTA FE OFFICE                                                      MAIN OFFICE
119 East Marcy, Suite 110                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                             FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1    investigate suspicious deaths?

2         A.   They actually will -- yeah, you could say

3    suspicious deaths.  I think they respond to other

4    deaths, as well.

5         Q.   But I mean, they can respond to suicides,

6    they can respond if necessary to automobile

7    accidents, to what appears to be a homicide, or

8    anything that has a certain level of suspicion that

9    requires an additional investigation?

10        A.   That's correct.

11        Q.   Okay.  Now, when did you or anyone else

12   that you were aware of contact the OMI about what

13   you were -- what you had been dispatched to take

14   care of?

15        A.   I don't know when they were notified.  I'm

16   not sure who notified them.

17        Q.   Well, would that have been something that

18   would have been appropriate for someone either in

19   your capacity, or your supervisor, to make sure that

20   they were notified immediately?

21        A.   Nowadays that's --

22        Q.   Not nowadays.

23        A.   But back in that day, no.

24        Q.   Okay.  Was there, in fact -- is there, in

25   fact, a statute that covers this particular

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                       Albuquerque, NM 87102
(505) 989-4949                                                    (505) 843-9494
FAX (505) 843-9492                                           FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1   situation?

2       A.   The statute that I'm aware of gives the

3   OMI the authority over the body.

4       Q.   Correct.  And that statute says that when

5   any person comes to a sudden violent or untimely

6   death -- which is obviously what you believed

7   happened with Mr. Castillo?

8       A.   Yes, sir.

9       Q.   -- or is found dead and the cause of death

10  is unknown, anyone -- anyone who becomes aware of

11  the death shall report it immediately to law

12  enforcement authorities.  Is that your understanding

13  what the statute says?

14      A.   Yes, sir.

15      Q.   Or the office of the state or district

16  medical investigator, which would be the OMI?

17      A.   Yes.

18      Q.   And the public official so notified -- so

19  it can go either from the OMI people or the police;

20  correct?

21      A.   That's correct.

22      Q.   -- shall in turn notify either/or both the

23  appropriate law enforcement authorities or the

24  office of the state or district medical

25  investigator.  The state or district medical

SANTA FE OFFICE                                                           MAIN OFFICE
119 East Marcy, Suite 110                                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                               Albuquerque, NM 87102
(505) 989-4949                                                          (505) 843-9494
FAX (505) 843-9492                                                 FAX (505) 843-9492
                                                                     1-800-669-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE
e-mail: info@litsupport.com

1    investigator or a deputy medical investigator under

2    his direction shall, without delay, view and take

3    legal custody of the body; correct?

4         A.   Yes.

5         Q.   So when was it that you're aware of that

6    anyone followed that particular statute?

7         A.   I don't know.

8         Q.   Okay.  When was it that you were aware of

9    that someone from the OMI, the investigative team,

10   showed up at the prison to do their work?

11        A.   I think I first saw them around 9:30,

12   10:00, maybe as late as 10:30 p.m. that night.

13        Q.   Would that be more than 12 hours after you

14   were initially dispatched to the area?

15        A.   I'm thinking so, yes.

16        Q.   Would, in your opinion, that meet any

17   definition of "immediate"?

18        A.   By how I understand the statute you read,

19   it would, that law enforcement was notified

20   immediately.

21        Q.   But doesn't it say then if law enforcement

22   is notified, they have to immediately notify the

23   Office of the Medical Investigator?

24        A.   I don't know.  I'd have to read the

25   statute, I guess, and study it.

SANTA FE OFFICE                                                                   MAIN OFFICE
119 East Marcy, Suite 110                                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                                         Albuquerque, NM 87102
(505) 989-4949                                                                      (505) 843-9494
FAX (505) 843-9492                                                          FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

 1       Q.    "The public official so notified shall in

 2  turn notify either/or both the appropriate law

 3  enforcement authorities."  That would be you guys;

 4  right?

 5       A.    Yes.

 6       Q.    Or the office of the state or district

 7  medical investigator; correct?

 8       A.    Yes.

 9       Q.    So that the obligations for that run both

10  ways.  If the investigator gets notified, they call

11  you.  If you get notified, you call them; right?

12       A.    "Them" meaning the OMI?

13       Q.    Yes.

14       A.    Yes.

15       Q.    And what the OMI does is they do things

16  like take the internal body temperature of the

17  deceased?

18       A.    Yes, I believe that's one function they

19  do.

20       Q.    And they also evaluate any physical

21  characteristics that might contribute or be

22  important to determining the manner and means of

23  death?

24       A.    Yes.

25       Q.    And that is their area of expertise?

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                           FAX (505) 843-9492
                                                                  1-800-669-9492
                                                          e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        A.   That's their function.  I don't know
 2   expertise, but that's their function.  That's their
 3   training.
 4        Q.   Well, you don't have a bunch of idiots out
 5   there doing that, do you?
 6        A.   Hopefully not.
 7        Q.   You understand -- you've seen them work,
 8   haven't you?
 9        A.   Yes, I have.
10        Q.   They seem to be well-trained and capable?
11        A.   For the most part, yes.
12        Q.   Okay.  For the most part.  Are there some
13   people that just stumble around and don't know what
14   they're doing that work for the State of New Mexico
15   at the OMI department?
16        A.   I've run across on a few occasions either
17   they were untrained, apathetic appearing, or not
18   aware of their function.  Not often, but there have
19   been at times in my career.
20        Q.   What about the people that responded to
21   the prison facility?  Did they seem to be
22   appropriately trained and capable?
23        A.   Yes, they are very capable.
24        Q.   Okay.  So whatever you've seen from other
25   employees of that particular department, that wasn't
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    apparent in anything you saw at the facility?

2         A.    No.

3         Q.    Now, did you understand that -- and

4    everything I'm going to ask you I think is going to

5    be related to Mr. Castillo.  Okay?

6         A.    Okay.

7         Q.    So if I don't use his name in the

8    introduction, you know who I'm talking about.

9         A.    Okay.

10        Q.    Did you understand that someone had moved

11   Mr. Castillo's body before you actually arrived at

12   the scene?

13        A.    Yes, I did.

14        Q.    And was that the physician Rebecca (sic)

15   Stellman?

16        A.    Her or the nurse, one of the two that

17   first responded, yes.

18        Q.    And they had rolled him over in order to

19   check his vital signs; is that correct?

20        A.    That's what I understood, yes.

21        Q.    And do you understand that they initially

22   said when they got there, he was facing the wall?

23        A.    I thought they said he was face-down.

24        Q.    Okay.  Do you have any indication -- you

25   brought your report with you, didn't you?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

77

```
 1        A.   Yes, I did.

 2        Q.   You reviewed that before testifying; is

 3   that correct?

 4        A.   Yes.

 5        Q.   Is there anything in your report that

 6   indicates that -- and you interviewed her, the

 7   doctor; right?

 8        A.   Yes, I did.

 9        Q.   And was there anything in your report

10   concerning what she claims she had observed at the

11   time she initially entered Mr. Castillo's cell?

12             MR. CASTELLANO:  Objection, calls for

13   hearsay.

14             THE COURT:  Well, I think it would.

15   Sustained.

16             MR. SINDEL:  I just really asked if it was

17   in the report at this point.

18             THE COURT:  Well, I think it was a

19   different question.  You were --

20             MR. SINDEL:  I'll rephrase it.

21   BY MR. SINDEL:

22        Q.   Is there an indication in the report

23   concerning your interview of Rebecca Stellman?

24        A.   Yes, sir, there is.

25        Q.   And as far as you're concerned, would your
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    notes from that particular report be the most

2    accurate reflection of what she told you?

3         A.   Yes.

4         Q.   Okay.  Now, when you -- you come from the

5    same facility I think that Officer Venegas comes

6    from, the same police department?

7         A.   Yes.

8         Q.   And if he told you you guys are

9    well-staffed and well-equipped, would that be

10   accurate?

11        A.   It's adequate.  We could be better

12   equipped and staffed.

13        Q.   Agent, there is hardly a police department

14   in the country that couldn't ask for more equipment

15   or better facilities; right?

16        A.   That's correct.

17        Q.   Sometimes, you know, you're the stepchild.

18        A.   It seems so.

19        Q.   But did you have available to you

20   tape-recorders at your police department?

21        A.   Yes.

22        Q.   Did you have cameras?

23        A.   Some of the agents did, yes.

24        Q.   Did you have a camera that was available

25   to you?

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                 Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 843-9492                                                 FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    I think I did.  I don't specifically
 2   recall.  It was an old one if I did.
 3        Q.    Do you know how to use a camera?
 4        A.    I do now, yes.
 5        Q.    Did you know how to use a camera then?
 6        A.    Not that well.  Training was pretty much
 7   nil on it.
 8        Q.    Well, if you want to take a picture, do
 9   you normally just point the camera at the thing and
10   press the shutter?
11        A.    If it's on automatic mode, yes.
12        Q.    Did you take a camera inside the facility?
13        A.    No.
14        Q.    Did you ask any of the other officers if
15   they had a camera that could be used inside the
16   facility?
17        A.    No.
18        Q.    Now, would it be fair to say that, you
19   know, in terms of doing an investigation, what you
20   want to do is preserve what you can see with your
21   eyeballs through some means?
22        A.    That's correct.
23        Q.    Like a camera?
24        A.    Yes, sir.
25        Q.    And so that -- and that especially in
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    situations of suspicious death, you want to kind of

2    preserve and record certain things as soon as

3    possible?

4         A.    Ideally, yes.

5         Q.    But there wasn't anybody that -- as far as

6    you know, there wasn't anybody there taking any

7    photographs until Mr. Duncan arrived from

8    Albuquerque?

9         A.    To my knowledge that is true.

10        Q.    And to your knowledge, does the Department

11   of Corrections also have cameras, video recorders,

12   things like that, so they can preserve certain

13   events that occur within the prison walls?

14        A.    Yes, they do.

15        Q.    Do you know whether or not anyone from the

16   Department of Corrections ever reached down into a

17   locker and pulled out a video camera or a camera in

18   order to take pictures early in the morning so that

19   information was well-preserved?

20        A.    Not that I recall, no.

21        Q.    And did you ask any of the other officers

22   who were there conducting the investigations

23   assisting you in that regard whether they could

24   either secure a camera or walk out to their car to

25   get a camera or anything like that?

SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                  Albuquerque, NM 87102
(505) 989-4949                                                              (505) 843-9494
FAX (505) 843-9492                                                    FAX (505) 843-9492
                                                                        1-800-669-9492
                                                              e-mail: info@litsupport.com




PROFESSIONAL COURT
REPORTING SERVICE

```
 1        A.    No, I did not.

 2        Q.    So the first time that you're aware of

 3   that anyone came in there with a camera in order to

 4   properly preserve the scene that you had observed

 5   was when Mr. Duncan, awash with coffee, showed up?

 6        A.    That they entered the scene?

 7        Q.    That anyone ever took a photograph.

 8        A.    To my recollection, that was the first

 9   photos taken, when Robert Duncan arrived.

10        Q.    Did one of the things that you did that

11   day include securing logs and information about the

12   inmates?

13        A.    Yes, it was.

14        Q.    And you were aware -- let me ask you.  I

15   don't mean to assume.  Have you been involved in

16   other investigations at the various prison

17   facilities in the past?

18        A.    Yes, I have.

19        Q.    So when you walk through those doors, you

20   kind of know what to anticipate, what to expect?

21        A.    Yes, except this was my first time for a

22   prison homicide, so...

23        Q.    Okay.  Had you gone to the prison

24   facilities for other things other than a homicide,

25   other criminal acts?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    A.    I might have, but I don't recall.  I was

2  fairly new into investigations during this time.

3    Q.    Okay.  So in other words, this might be

4  your first time to have the egg broken?

5    A.    Yes, sir.

6    Q.    So forgive me for saying so, but I think

7  you did a pretty thorough job.  You then went in

8  there -- were you aware that they had certain logs

9  about inmate movements?

10    A.    I became aware of that when we briefed

11  with the corrections officers after I arrived there,

12  that they had logs and different things.

13    Q.    And when you say "correction officers,"

14  were those kind of the men on the line or were those

15  supervisors who would have more of a global view of

16  how that institution was run?

17    A.    It would be the supervisors or the

18  administrative staff.

19    Q.    So you know, knowing what you needed to

20  do, you went in there and said, "Okay, give me an

21  idea of what I'm looking at here, and what I can

22  find out that might assist me in making a proper

23  assessment of what happened and why."

24    A.    That's correct.

25    Q.    And did you get information that led you

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    then to try to secure logs concerning inmate

 2    movements?

 3         A.   Yes.

 4         Q.   You wanted to know who was in the

 5    particular pod, Mr. Castillo's pod; right?

 6         A.   That's correct.

 7         Q.   You wanted to know when they came in and

 8    when they left?

 9         A.   Yes.

10         Q.   And you wanted to know, in particular,

11    when their doors were locked and when they were

12    open?

13         A.   That's correct.

14         Q.   Your assumption had to be, if Mr. Castillo

15    was in his cell and his door is locked and no one

16    else is with him, nothing could have happened to him

17    during that period of time, because it was obvious

18    it's a homicide; right?

19         A.   Yes, sir.

20         Q.   You had no belief in any sense that he had

21    self-inflicted these wounds; right?

22         A.   No.

23         Q.   So that was an important step that you

24    wanted to assess and determine.  Did you also learn

25    from those supervisors the job functions and
```

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                   Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                     FAX (505) 843-9492
                                                         1-800-669-9492
                                              e-mail: info@litsupport.com



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1   requirements of the correctional officers that would
 2   have been there in the pod from the time, from March
 3   25, all the way through the time that the deceased
 4   was first found?
 5        A.    That's correct.
 6        Q.    So you know, you're trying to lock in a
 7   period of time when this could have occurred.
 8        A.    Yes.
 9        Q.    That was important, wasn't it?
10        A.    Yes, it was.
11        Q.    And that remained sort of a fluid concept
12   during the course of your entire investigation,
13   didn't it?
14        A.    Yes.
15        Q.    And so when you went to interview the
16   staff that were there and had those
17   responsibilities, do you remember the names of the
18   people that you talked to?
19        A.    Some of them, yes.  Others, I'd have to
20   refer back to my report.
21        Q.    If at any time you feel the need to
22   refresh your memory from 17, 18 years ago, go right
23   ahead.  I don't have any problem with it.  Because
24   I've got this thing, too, just like you do.  So I
25   don't want to stop you from refreshing your memory.
```

SANTA FE OFFICE                                                           MAIN OFFICE
119 East Marcy, Suite 110                                      201 Third NW, Suite 1630
Santa Fe, NM 87501                                              Albuquerque, NM 87102
(505) 989-4949                                                          (505) 843-9494
FAX (505) 843-9492                                               FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1  But there were -- there was a person that you

2  understand was in the, quote, unquote, "control

3  center"?

4      A.   Yes.

5      Q.   And had you sat up there, stood up there

6  in the control center and determined what you could

7  visualize, what you could see from there?

8      A.   No, I don't believe I got up into that.

9      Q.   Did you talk to the individual in the

10 control center?

11     A.   Yes, I did.

12     Q.   Did you understand from talking to the

13 supervisors and the individuals who actually man

14 that position that the idea is to take a -- they get

15 the panorama of the cells that are in front of them

16 so they can see any activities that's either

17 suspicious or maybe even just normal?

18     A.   That's correct, yes.

19     Q.   So there is sort of this one guy who has a

20 panorama, and he's in the control center.  And do

21 you remember who it was that was in the control

22 center?

23     A.   I believe it was -- his last name was

24 Pedraza.

25     Q.   Pedraza.  James Pedraza?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    Yes.
 2        Q.    And also at the prison there are various
 3   shifts that work, you know.  Just like any factory
 4   that's open 24 hours day, they have a day shift, an
 5   afternoon shift, then what you call a graveyard
 6   shift; right?
 7        A.    Yes.
 8        Q.    When does the graveyard shift start, if
 9   you recall?
10        A.    I believe it's around 10:00 p.m. to 6:00
11   a.m., if I remember correctly.
12        Q.    Got it.  And then so 10:00 p.m. to 6:00
13   a.m., that's a primary area of your focus, isn't it,
14   at least one of them?
15        A.    One of them, yes.
16        Q.    I mean, after you'd done some
17   investigation, you weren't looking for people that
18   were in that afternoon shift of March 25; right?
19        A.    That's correct.
20        Q.    You had narrowed the focus of your
21   investigation to sometime during the evening hours
22   of March 25 up until the early morning hours of
23   March 26?
24        A.    Yes.
25        Q.    And the other people that then worked
```

SANTA FE OFFICE                                    MAIN OFFICE
119 East Marcy, Suite 110                    201 Third NW, Suite 1630
Santa Fe, NM 87501                             Albuquerque, NM 87102
(505) 989-4949                                        (505) 843-9494
FAX (505) 843-9492                               FAX (505) 843-9492
                                                      1-800-669-9492
                                              e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1    there regularly with the inmates on that pod -- one
 2    of them is called a rover?
 3         A.   Yes.
 4         Q.   So you wanted to interview anyone who was
 5    in the control center from 10:00 p.m. to 6:00 a.m.;
 6    correct?
 7         A.   Yes.
 8         Q.   And anyone who was in the control center
 9    from 6:00 a.m. to the time the body was found?
10         A.   Yes.
11         Q.   And you did that; right?
12         A.   Yes, I did.
13         Q.   And was there anything that you learned
14    from the individuals in the control center that
15    assisted you in any way in trying to determine
16    exactly when this homicide occurred?
17         A.   No.
18         Q.   So then the next group of people that are
19    out there are called rovers.
20         A.   Yes.
21         Q.   And did you understand that the
22    responsibility of the rover was to actually be on
23    the tier or inside the pod?
24         A.   At least on an hourly basis, yes.
25         Q.   Right.  In other words, the guy in the
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   control center, he's sort of up and away; he's even
 2   with the second floor?
 3        A.    Yes.
 4        Q.    And Mr. Garcia's (sic) body was found on
 5   the second floor.  That's where his cell was
 6   located; right?
 7        A.    Yes.
 8        Q.    And there is somebody, the rover, who goes
 9   around from cell to cell and does whatever his
10   duties require?
11        A.    That's correct.
12        Q.    And did you understand from talking to the
13   supervisors and what you understood about the
14   regulations and rules of the prison that one of the
15   main duties of a rover was to check inmates inside
16   their cell?
17        A.    That's correct.
18        Q.    And you understood from talking to the
19   supervisors that an inmate count, one, has to be
20   done regularly?
21        A.    Yes.
22        Q.    Two, has to be done carefully?
23        A.    Yes.
24        Q.    And three, has to be verifiable?
25        A.    Yes.
```



SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                           Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492              BEAN                           FAX (505) 843-9492
                               & ASSOCIATES, Inc.              1-800-669-9492
                               PROFESSIONAL COURT         e-mail: info@litsupport.com
                               REPORTING SERVICE

89

1    Q.    Because they don't want, "Uh-oh, we've
2    lost somebody"; right?
3    A.    That's correct.
4    Q.    If they lost somebody, then that could be
5    a problem for the entire community.
6    A.    Could be, yes.
7    Q.    So that was another area where you wanted
8    to make sure that you focused your attention?
9    A.    That's one, yes.  Some of that is one of
10   them.
11   Q.    And did you talk to the rovers who were
12   assigned to this particular pod both on the 10:00
13   p.m. to 6:00 a.m. shift and the 6:00 a.m. to around
14   9:00 a.m. shift?
15   A.    Yes, I did.
16   Q.    Do you remember the names of the rovers
17   who actually had that responsibility?
18   A.    I remember two of them, and I think I
19   remember the third one.
20   Q.    Was there a gentleman named Jesus
21   Sandoval?
22   A.    Yes.
23   Q.    Do you remember which one he was
24   responsible for, which shift?
25   A.    His shift was on the morning of the 26th,

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                    FAX (505) 843-9492
                                                            1-800-669-9492
                                            e-mail: info@litsupport.com



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1   from 6:00 a.m. past the 9:00.

 2       Q.   From 6:00 a.m. to when the body was

 3   discovered; correct?

 4       A.   Yes.

 5       Q.   And do you remember the name of the

 6   individual who had the responsibility for checking

 7   the cells from 10:00 p.m. to 6:00 a.m.?

 8       A.   Yes, I do.

 9       Q.   And can you tell the jury what his name

10   was?

11       A.   His name is Marciela --

12       Q.   Garcia?

13       A.   Garcia, yes.

14       Q.   It's not a test.  All right.  You got, as

15   a detective, to focus on what you think is the most

16   important part of this case of any investigation,

17   especially a homicide.

18       A.    It was one of the important aspects, I

19   felt.

20       Q.   And certainly talking to the individual

21   who had the responsibilities of making sure that the

22   count was accurate -- that was important?

23       A.   Yes.

24       Q.   Did you understand from talking to the

25   supervisors and from the correctional officers there
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   on the ground that one of their obligations not only

2   was to count to see if someone was in his cell, but

3   whether they were living, breathing flesh?

4           MR. CASTELLANO:  Objection.  Calls for

5   hearsay.  His understanding is based on what other

6   people told him.

7           THE COURT:  I think his understanding here

8   would be that.  So sustained.

9   BY MR. SINDEL:

10      Q.   Let me ask you this.  Would it seem to be

11  reasonable to you as an investigator that one of the

12  things a rover would have to do is make sure that if

13  an inmate was in there, it was a living inmate?

14      A.   Yes, it would.

15      Q.   And that that inmate could either be a

16  dummy or they could be, like Mr. Castillo, dead?

17      A.   That's correct.

18      Q.   So that was something that you -- at least

19  from your perspective, it would have been important

20  to do?

21      A.   Yes.

22      Q.   And had you heard the phrase "living,

23  breathing flesh" before I said it?

24      A.   I had heard the phrase "moving flesh."

25      Q.   And was that in connection with the

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    responsibilities of the rover?

2         A.   Yes, it was.

3         Q.   And did you understand that the rover

4    basically did hourly checks of the cells in the pod?

5         A.   Yes.

6         Q.   And they would go to the lower cells and

7    they would go to the upper cells and make sure that

8    the inmate was there and the inmate was alive?

9         A.   That's correct.

10        Q.   And if they had some questions, did you

11   understand that they had some alternatives or other

12   avenues to pursue, other than just looking inside

13   through the window?

14             MR. CASTELLANO:   Objection, calls for

15   hearsay.

16             THE COURT:   Well, if he can answer the

17   question without reference to hearsay.   You might

18   ask the question a different way.

19             MR. SINDEL:   I'll try a little different.

20   BY MR. SINDEL:

21        Q.   There are these windows in the door;

22   right?

23        A.   Yes.

24        Q.   Did you understand that also the rovers

25   had flashlights?

SANTA FE OFFICE                                    MAIN OFFICE
119 East Marcy, Suite 110                   201 Third NW, Suite 1630
Santa Fe, NM 87501                          Albuquerque, NM 87102
(505) 989-4949                                   (505) 843-9494
FAX (505) 843-9492                          FAX (505) 843-9492
                                                1-800-669-9492
                                          e-mail: info@litsupport.com



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        A.    Yes.
 2        Q.    And did you understand in terms of making
 3   the assessment of the viability or whether the
 4   individual was alive inside the cell, they had other
 5   ways to determine that, besides looking in at the
 6   object laying there in the bed?
 7        A.    Yes, I did.
 8              MR. CASTELLANO:   Hearsay, Your Honor.   May
 9   we approach?
10              THE COURT:   You may.
11              (The following proceedings were held at
12   the bench.)
13              THE COURT:   I just don't know what's in
14   his head.   He may be walking around watching them.
15   He's there 12 hours a day.   He may have observed.
16   And on the other hand, he may have gotten this -- I
17   don't know what's --
18              MR. CASTELLANO:   I agree.   I think if he's
19   observed things with his own eyes, that is fair
20   game.   But Agent Rhoades is not a corrections
21   officer.   I let a certain amount of hearsay in, but
22   every time he says --
23              THE COURT:   How long was he out there,
24   days and hours?
25              MR. SINDEL:   Twelve hours on this day.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              MR. CASTELLANO:  The whole day.
 2              THE COURT:  Would you be willing to do
 3    this?  Would you tell him that you're going to ask
 4    him a series of questions about his understanding,
 5    what he knows, so that we can get his information in
 6    front of the jury in a proper way?  If he saw them
 7    and observed these things, he can testify about
 8    that.  If, instead, he got the information from
 9    other people, he's to alert you that somebody told
10    him; and that what he thinks he observed, he can
11    testify about it.
12              MR. CASTELLANO:  Right.  Because this
13    whole line of questioning is based on his
14    understanding, which is largely from interviews of
15    what people told him.  I agree, if he observed
16    things with his own eyes, I think that is fair game.
17              MR. SINDEL:  I think theoretically we're
18    beating around the bush because they have listed on
19    the witness lists the rovers who have those
20    responsibilities.  We've already heard from
21    Mr. Roark.  I'll do whatever you want me to do.
22              THE COURT:  The Government is letting some
23    hearsay in and not others, so I've got to do my job.
24    So why don't you just ask him if he had that
25    understanding.  If he saw it, saw these things
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   happening and he could testify about it, fine.  And
 2   if it's just something somebody told him, then he's
 3   got to alert you.  Does that work?
 4             MR. CASTELLANO:  Yes, sir.
 5             THE COURT:  Let's try that.
 6             MR. SINDEL:  All right.
 7             (The following proceedings were held in
 8   open court.)
 9             THE COURT:  Mr. Rhoades, you're going to
10   be asked a series of questions by Mr. Sindel.  You
11   were out there at the facility a fair amount.  So if
12   you saw these things and can testify from your
13   observations, you can testify.  If, on the other
14   hand, it was just something somebody told you, then
15   you're going to have to tell Mr. Sindel that "That's
16   something that somebody told me," and we'll see if
17   Mr. Castellano wants to object.  But that's probably
18   the way we're going to have to proceed.  All right?
19             THE WITNESS:  Yes, sir.
20             THE COURT:  So if you saw it, you can
21   answer Mr. Sindel's question.  If you just were told
22   it, tell him, and then we'll see what Mr. Castellano
23   has to say.
24             THE WITNESS:  Yes, sir.
25             THE COURT:  Mr. Sindel.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   BY MR. SINDEL:
 2        Q.   How many hours were you out there that day
 3   on March 26, 2001?  Let me ask you this.  Let me
 4   rephrase, and you can stop me.  Were you there until
 5   the early morning hours of March 27?
 6        A.   Seems like it.  I have to refer back to my
 7   report when I left there.
 8        Q.   If we heard testimony that Mr. Duncan was
 9   there until after midnight, would that be consistent
10   with your memory -- you were there when Mr. Duncan
11   was there; correct?
12        A.   Yes, sir.
13        Q.   Your obligations as an investigating
14   officer is to allow them to do their work, but there
15   may be certain things you want them to focus on;
16   right?
17        A.   That, and I want to be there to observe
18   what's going on, as well.
19        Q.   When Mr. Duncan is doing his job, you may
20   not be bossing him, but you're contributing to what
21   he does.
22        A.   Contributing or at least observing, yes.
23        Q.   And did you do that?
24        A.   Yes, I did.
25        Q.   So if he said he was there until after
```

SANTA FE OFFICE                                                     MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                           Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                            FAX (505) 843-9492
                                                              1-800-669-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE                         e-mail: info@litsupport.com

 1  midnight, you know, and having breaks and food

 2  breaks and coffee breaks and everything else, that

 3  would be consistent -- or you wouldn't dispute that?

 4       A.   That's correct.

 5       Q.   And that's not the first time that you

 6  went to that institution in order to further your

 7  investigative efforts, was it?

 8       A.   No.

 9       Q.   During the course of, you know, a long

10  period of time, you returned there and made some

11  observations?

12       A.   Yes, I did.

13       Q.   You also interviewed people over a period

14  of time?

15       A.   Yes, sir.

16       Q.   When you were there, did you -- you said

17  you didn't go in the control center.  Did you ever

18  visualize or see anybody in the control center, a

19  correctional officer?

20       A.   Yes, I did.

21       Q.   All right.  So you would see, you know,

22  those guys up there doing their job?

23       A.   Yes.

24       Q.   And during the many, many times you went

25  there, the 12 or 13 hours or 14 hours you spent from

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1  March 26 to March 27, did you also see rovers
 2  performing their function?
 3       A.   I'm sure they did.  I don't recall.  I
 4  probably didn't pay much attention to them.
 5       Q.   But when you see -- you could see them
 6  going from cell to cell for the counts; right?
 7       A.   Yes, there was a lot of -- when I was
 8  there during that time, there were a lot of
 9  corrections officers in and out, so I wasn't really
10  paying attention to what they were specifically
11  doing.
12       Q.   But the other thing is when you would go
13  there on times other than this March 26 to March 27,
14  you would also be in a situation to observe their
15  performance of their obligations and duties even if
16  it was a casual observation?  I'm not saying you're
17  writing it down, but you're watching it.
18       A.   If I were in the pod, yes.  I don't
19  remember after this date coming back for follow-up.
20  I don't recall going back into the cell or the pods.
21       Q.   I'm not talking specifically about that
22  pod.  But did you ever see any rover in any pod
23  performing their function of checking on the
24  inmates?
25       A.   I don't specifically recall seeing it.
```

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                    FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.    Well, did you in your investigation focus
 2   with Mr. Sandoval and with Mr. Garcia on what you
 3   understood to be their obligations to do cell
 4   checks?
 5        A.    Yes, I did.
 6        Q.    And would it be fair to say that in
 7   focusing on that, you were aware of those
 8   obligations?
 9        A.    Yes.
10        Q.    And that it became at some point very
11   important for you to determine whether the duties
12   and responsibilities were carried out?
13        A.    Yes.
14        Q.    And were you ever in the institution --
15   and I'm talking about that day or any other day --
16   when they called count?
17        A.    I don't recall anything, no.
18        Q.    If you were there for 12 hours, do you
19   think for that whole time they never counted any of
20   the inmates?
21        A.    They might have.  I don't recall being
22   aware of it, though, specifically.
23        Q.    Okay.  But you have no question in your
24   mind that that was one of their primary functions,
25   was to ensure that they had the same number of
```

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                Albuquerque, NM 87102
(505) 989-4949                                            (505) 843-9494
FAX (505) 843-9492                                   FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

 1    inmates there as they had on their books?

 2        A.    Yes.

 3        Q.    Now, when you got there at 9:00, were

 4    there any inmates in that pod, either in their cells

 5    or wandering around?

 6        A.    There was none wandering around, and I

 7    don't recall if they were inside or not.

 8        Q.    Well, did you understand, at least, and

 9    did you want to be in a position where you had

10    access to the tier without concern for someone

11    messing around with possible evidence?

12        A.    That would be correct, yes.

13        Q.    And there was red tape that we saw on the

14    door, and there was yellow tape that we saw on the

15    stairway.  Would it be fair to say that in your

16    training and in your carrying out your

17    responsibilities, especially at a homicide scene,

18    you want to make sure that it's kept as pristine as

19    possible until you've done your investigation?

20        A.    Yes.

21        Q.    Until you've taken the photographs?

22        A.    That's correct.

23        Q.    And until you've made sure that you've

24    looked hither and yon for any possible evidence?

25        A.    That's correct.

SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                              Albuquerque, NM 87102
(505) 989-4949                                                          (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492
                                                                      1-800-669-9492
                                                              e-mail: info@litsupport.com



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        Q.    And was there anything -- in other words,
 2   your obligations and duties, did you follow them
 3   that day?
 4        A.    Did I follow that --
 5        Q.    Yeah, did you do that that day?
 6        A.    Yes, I did, as far as I can recall.
 7        Q.    You certainly didn't want a bunch of
 8   inmates coming in and tracking through what could be
 9   evidence; right?
10        A.    That's correct.
11        Q.    And you certainly didn't want them in a
12   position where they could dispose of something after
13   your investigation had begun; correct?
14        A.    Yes.
15        Q.    And in terms of the investigation, did the
16   investigation include looking in the inmates'
17   individual cells for items that might be pertinent
18   or relevant to your investigation?
19        A.    Yes, it would be.
20        Q.    You wanted to see if there was clothing or
21   shoes that had blood on it or anything like that?
22        A.    That's correct.
23        Q.    You wanted to see if there were any
24   indications that there might be weapons pertinent to
25   your investigation?
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                            FAX (505) 843-9492
                                                              1-800-669-9492
                                                   e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        A.    That's correct.
 2        Q.    Because your responsibility is to
 3   Castillo, but you've got two dead bodies on your
 4   hands, don't you?
 5        A.    Yes, sir.
 6        Q.    So do you recall whether or not, when you
 7   would go into a cell in order to search it to make
 8   sure that you'd done your job, there was an inmate
 9   who was sitting there on the bed?
10        A.    I don't believe I went into any other
11   cells.
12        Q.    Do you know whether or not the Department
13   of Corrections officials, guards, and their
14   investigative team had done that appropriate
15   investigation?
16        A.    I don't know.
17        Q.    Is there anything in your report to
18   indicate, you know, "We never did look in the
19   cells"?
20        A.    No.
21        Q.    And you understood, at least, that
22   Department of Corrections, after you talked to the
23   supervisors and familiarized yourself with their
24   regulations and rules in the department -- that they
25   also were capable of doing an investigation?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1       A.   Yes.

2       Q.   They have a team of people who are trained

3    to do an investigation even if it's internal to the

4    prison setting?

5       A.   Yes.

6       Q.   Is there anything in your report saying,

7    "Well, you know what, they just didn't do anything,

8    they didn't do diddly, and none of these cells were

9    checked"?

10      A.   No.

11      Q.   And is there anything that you have in

12   your report that indicates that either you or the

13   other officers that were there or the investigative

14   team for the Department of Corrections didn't do

15   everything possible to make sure that they had

16   secured whatever relevant evidence there was?

17      A.   No, nothing in my report indicates that.

18      Q.   And when you left there in the early

19   morning hours of March 27, were you satisfied that

20   you had done -- and the rest of your team had done

21   what was appropriate to further your investigation?

22      A.   During that phase of it.  But I knew there

23   were going to be some other things to pursue.

24      Q.   I mean, you weren't done.

25      A.   No.



SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                            201 Third NW, Suite 1630
Santa Fe, NM 87501                                     Albuquerque, NM 87102
(505) 989-4949                                                   (505) 843-9494
FAX (505) 843-9492                                         FAX (505) 843-9492
                                                             1-800-669-9492
                                                     e-mail: info@litsupport.com

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    Q.   No doubt about that; right?  But at least

2  that first obligation and duty that you and the

3  Department of Corrections had was to preserve the

4  scene and investigate what you could that had been

5  done?

6    A.   Yes.

7    Q.   And you had also -- as far as you know,

8  the inmates had been evaluated and checked to

9  determine if they had any injuries?

10    A.   Yes.

11    Q.   And if there were injuries, you understood

12  at least, just like Mr. Duncan said yesterday, we

13  were certainly taking a photograph of any injuries

14  that we saw on any of the inmates?

15    A.   That's correct.

16    Q.   Because when you went in there, you didn't

17  suspect Mr. Sandoval or Mr. Garcia or Mr. Pedraza,

18  the correction officers, of having been responsible

19  for this death; right?

20    A.   That's correct.

21    Q.   You had a finite group of individuals that

22  you focused on?

23    A.   Yes.

24    Q.   The inmates; right?

25    A.   Yes.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   So each inmate would be evaluated and

2    determined if they had injuries.  That determination

3    that -- would be documented; correct?

4    A.   Yes.

5    Q.   All right.  Now, you were aware either

6    before your arrival or as soon as you arrived that

7    this was a ligature strangulation?

8    A.   Yes.

9    Q.   And so that somebody had put the noose or

10   a knot or a rope or a laundry bag around these

11   individuals' -- at least Mr. Castillo's neck, and

12   deprived him of oxygen until he died?

13   A.   Yes.

14   Q.   And you understood at least that in order

15   to do that, that would require someone using their

16   hands and a significant amount of force?

17   A.   That's correct.

18   Q.   And in terms of Mr. Castillo, you had no

19   reason to believe that he was infirm, weak, or

20   incapable; correct?

21   A.   That's correct.

22   Q.   If he was described by the medical

23   examiner as well-developed, you wouldn't have any

24   argument with that, would you?

25   A.   No.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1        Q.    Did you receive any information or see any
2    photographs that my client -- and I need to tell
3    you, because this is the first time I've told you, I
4    represent Joe Lawrence Gallegos.   Okay?
5        A.    Okay.
6        Q.    You recognize the name, don't you?
7        A.    Yes, I do.
8        Q.    Did you receive any indication or any
9    evidence, either physical evidence or photographic
10   evidence, that he had any injuries to his hands?
11       A.    Not that I recall.
12       Q.    Now, we've had a little bit of testimony
13   about rigor mortis.   You know what that is, don't
14   you?
15       A.    Yes, I do.
16       Q.    You knew what that was kind of before you
17   became a police officer?
18       A.    Yes.
19       Q.    And as a homicide detective, you've
20   become, unfortunately, more and more familiar with
21   what happens to a body after death?
22       A.    Yes.
23       Q.    And rigor mortis -- is it fair to say that
24   that's where the muscles stiffen and the individual
25   doesn't flop around, but actually is frozen in the
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   pose he was left in at the time he died?

2        A.   Yes.

3        Q.   And that was particularly true of

4   Mr. Castillo; correct?

5        A.   That's -- I guess that would be something

6   I didn't see but I just understood.

7        Q.   You've seen the photographs taken by

8   Mr. Duncan; right?

9        A.   Yes.

10       Q.   And they show his hands in an unusual

11   posture up by his chest; right?

12       A.   Yes.

13       Q.   And were you aware that when he was turned

14   over, in the video his hands are sort of locked in a

15   position, his arms and hands?

16       A.   Yes.

17       Q.   You've seen the video?

18       A.   No.

19       Q.   Okay.  But that's what's going to happen

20   after death, sort of the process occurs; and that's

21   one of the processes; right?

22       A.   Yes.

23       Q.   And there's another thing, is that it's

24   got "mortis" after, which is a Latin phrase I think

25   for death, a livor mortis; correct?



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        A.    Yes.

 2        Q.    And do you understand from your training

 3   and your observations that livor mortis can occur

 4   over a period of time after an individual dies?

 5        A.    Yes.

 6        Q.    You understand from your training and your

 7   observations that basically what happens is the

 8   blood vessels and capillaries in the body begin to

 9   dissolve and the blood is no longer encapsulated by

10   our veins and arteries, but actually flows into the

11   tissues?

12        A.    That's correct.

13        Q.    And when it flows into the tissues, you

14   know, just like anything else, it flows with

15   gravitational pull?

16        A.    Yes.

17        Q.    So if I pour the water out, it's not going

18   to go up; it's going to go down?

19        A.    That's correct.

20        Q.    So the lowest part of the body, that's

21   where the blood will generally settle?

22        A.    Yes.

23        Q.    And Mr. Castillo, when you observed him,

24   had, you know, obvious signs of livor mortis on his

25   right side and on his belly or stomach or chest?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      A.   Yes.  And I'm thinking about one of the

2   photos I observed yesterday showing that.

3      Q.   In those photos it's pretty obvious;

4   correct?

5      A.   Yes.

6      Q.   Did you understand that the process of

7   livor mortis, you know, sort of once the blood has

8   escaped from the vessels and the capillaries and

9   settled, it stops, it's over; right?  It all fills

10  up and that's it?

11     A.   That's correct.

12     Q.   Did you conduct interviews with all the

13  staff that you felt you needed to talk to to get as

14  much information as possible about what had happened

15  on March 25 through March 26?

16     A.   Yes, I had.

17     Q.   And did you also interview some of the

18  inmates that were there on the pod, that lived there

19  at that time?

20     A.   Yes, I did.

21     Q.   Now, as part of your investigation, did

22  you also attend the autopsy?

23     A.   No.

24     Q.   Did you have an opportunity to speak with

25  any of the forensic pathologists who conducted the



SANTA FE OFFICE                                    MAIN OFFICE
119 East Marcy, Suite 110                201 Third NW, Suite 1630
Santa Fe, NM 87501                       Albuquerque, NM 87102
(505) 989-4949                                  (505) 843-9494
FAX (505) 843-9492                        FAX (505) 843-9492
                                              1-800-669-9492
PROFESSIONAL COURT              e-mail: info@litsupport.com
REPORTING SERVICE

BEAN & ASSOCIATES, Inc.

```
 1    autopsy?

 2        A.    I don't recall speaking to them, no.

 3        Q.    Do you ever speak with Dr. Zumwalt?

 4        A.    Yes, I have.

 5        Q.    And did you speak to him particularly

 6    about this case?

 7        A.    Oh, yes, I did.

 8        Q.    And just so the jury knows, we call them,

 9    in Missouri, where I'm from, medical examiners.

10    What do you call the medical practitioner who does

11    the autopsies?

12        A.    I call them a pathologist.

13        Q.    Okay.  So you have worked with

14    pathologists in the past?

15        A.    Yes.

16        Q.    You have worked with Dr. Zumwalt in the

17    past?

18        A.    Yes.

19        Q.    You have come to respect and rely on his

20    findings?

21        A.    Yes.

22        Q.    And one of the things you wanted to find

23    out from Dr. Zumwalt is:  What can you tell me about

24    when this individual may die from the scientific

25    facts that you can develop during the autopsy?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   Yes.

 2        Q.   And some of the -- you know, in an

 3   autopsy -- have you ever seen an autopsy?

 4        A.   Yes, I have.

 5        Q.   And they start with an initial -- the

 6   evaluation and examination of the body?

 7        A.   Yes.

 8        Q.   They're looking for any injuries,

 9   lacerations, bruises, anything?

10        A.   Yes.

11        Q.   Those things that are apparent from the

12   outside of the body?

13        A.   Yes.

14        Q.   And then eventually they end up examining

15   the internal organs?

16        A.   That's correct.

17        Q.   And did you talk with Dr. Zumwalt about

18   his observations and evaluations as to -- or his

19   observations as to this particular body?

20        A.   Yes, I did.

21        Q.   And had you -- prior to this, when you had

22   done your interview of Mr. Garcia and Mr. Sandoval,

23   did they tell you anything about their observations

24   during the course of their roving through this pod?

25        A.   Yes, they did.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1     Q.   Initially they told you that they had

2   evaluated and examined the individuals in the

3   particular cell, especially Mr. Castillo; correct?

4          MR. CASTELLANO:   Objection, calls for

5   hearsay.

6          THE COURT:   I think it is.  Sustained.

7   BY MR. SINDEL:

8     Q.   Would it be fair to say when you walked

9   out of that prison that night or the early morning

10  hours of the 27th, you had in your head, at least,

11  some indication from Sandoval, who was one of the

12  rovers, and from Garcia, who was other rover, what

13  they said they had observed?

14    A.   Yes, I did.

15    Q.   And then after you talked to Dr. Zumwalt,

16  did you feel that it was absolutely necessary that

17  you interview these guys again?

18    A.   Yes, I did.

19    Q.   And when you went to interview them again,

20  did you tell them certain things that Dr. Zumwalt

21  had related to you?

22    A.   Eventually, during the second interviews,

23  I did.

24    Q.   And that's because you wanted to confront

25  them about what they had told you in the initial

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                           Albuquerque, NM 87102
(505) 989-4949                                                    (505) 843-9494
FAX (505) 843-9492                                           FAX (505) 843-9492



1-800-669-9492
e-mail: info@litsupport.com

PROFESSIONAL COURT
REPORTING SERVICE

```
 1   interviews?

 2        A.    That's correct.

 3        Q.    You wanted to say something about, "Look,

 4   the scientific evidence doesn't hold up with what

 5   you initially told me"?

 6              MR. CASTELLANO:  Objection, calls for

 7   hearsay.

 8        Q.    That's a close one.

 9              THE COURT:  Overruled.

10        Q.    Right?

11        A.    Yes.

12        Q.    That's what you confronted them with?

13        A.    Yes.

14        Q.    "This is what you told me, and that

15   doesn't make sense if the science is accurate"?

16        A.    That's correct.

17        Q.    Did they change, then, what they told you?

18        A.    Yes, they did.

19        Q.    And what you learned -- did you learn

20   anything to indicate to you that Mr. Garcia and

21   Mr. Sandoval had not appropriately checked and

22   determined whether Mr. Castillo was alive during the

23   late evening hours of March 25?

24              MR. CASTELLANO:  Objection, calls for

25   hearsay.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1            THE COURT:  I think this is just a yes/no
 2   answer, and probably anything else may be
 3   problematical.  But you can answer this question.
 4        A.   Yes.
 5   BY MR. SINDEL:
 6        Q.   And that would be for both of the
 7   correctional officers?
 8        A.   Yes.
 9        Q.   And that would cover the entire time from
10   lockdown at 10:30 until discovery of the body at
11   somewhere around 9:00?
12        A.   Yes.
13        Q.   Did you feel that after you learned --
14   concerning the discrepancies between their first
15   interview and the second interview, that you had to
16   reevaluate the time of death?
17        A.   Yes, I did.
18        Q.   Did you believe that after obtaining all
19   this information, all this evidence, that you could
20   not determine whether or not the homicide had
21   occurred in the early morning hours of March 26 or
22   the late evening hours of March 25?
23        A.   That's correct.
24        Q.   You also talked to a gentleman we heard
25   from yesterday named Chris Barela.  Do you remember
```

SANTA FE OFFICE                                           MAIN OFFICE
119 East Marcy, Suite 110                       201 Third NW, Suite 1630
Santa Fe, NM 87501                               Albuquerque, NM 87102
(505) 989-4949                                            (505) 843-9494
FAX (505) 843-9492                                   FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1  him?  This isn't a test.  I can tell you --

2      A.   There was a Chris Barela with corrections

3  I talked to, yes.

4      Q.   Let me just say, Chris Barela testified

5  yesterday that he was the guard who was the --

6           MR. CASTELLANO:  Objection to referring to

7  another witness's testimony.

8           THE COURT:  Let's not paraphrase in front

9  of him.  It sort of circumvents the rule.

10 BY MR. SINDEL:

11     Q.   If we heard testimony that Chris Barela

12 went into that cell at around 9:00 to determine if

13 Mr. Castillo was alive, would that be consistent

14 with what you learned during your investigation?

15     A.   At 9:00 in the-

16     Q.   March 26, 9:00 a.m.

17     A.   And saw Mr. Castillo alive?

18     Q.   No, dead.

19     A.   Oh, dead?  Yes, it would be.

20     Q.   And at least in your investigation, do you

21 recall whether or not there was any indication that

22 Mr. Barela actually went into the cell, kicked the

23 mattress, and didn't get any response from

24 Mr. Castillo?

25     A.   Nothing I firsthand observed, no.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1      Q.   I didn't asked if you observed it.  Did
 2  you learn that?
 3      A.   Yes, I did.
 4      Q.   And did you also -- in part of your
 5  investigation that occurred there on March 26 into
 6  the wee hours of March 27 and later, did you also
 7  talk to medical staff about what they'd observed and
 8  seen?
 9      A.   Yes, I did.
10      Q.   All those things you included in your
11  report?
12      A.   Yes.
13      Q.   It's important in your report to be as
14  accurate as possible.
15      A.   Yes, it is.
16      Q.   You know, because you've got a couple
17  things a report does.  Number one, it preserves what
18  you were told or what you had seen; correct?
19      A.   Yes.
20      Q.   And sometimes in terms of that report,
21  you've got to come into a courtroom 17 years later
22  and answer questions by the prosecution; correct?
23      A.   Yes.
24      Q.   And you have to use that report to say,
25  you know, I've been through a whole lot in that 17
```

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                     Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                     FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

 1  years.  I've seen a lot of things.  I have to

 2  refresh my memory.

 3       A.   That's correct.

 4       Q.   And that's the way you can also adequately

 5  answer the questions I ask you.

 6       A.   Yes.

 7       Q.   And that's what you've done here.

 8       A.   Tried to, yes.

 9       Q.   And I'm not asking you to memorize it, but

10  you reviewed it before testifying.

11       A.   Yes, I did.

12       Q.   Were you aware of a laundry bag that was

13  recovered after the autopsy from Mr. Castillo,

14  around Mr. Castillo's neck?

15       A.   Yes.

16            MR. SINDEL:  May I approach, Your Honor?

17            THE COURT:  You may.

18  BY MR. SINDEL:

19       Q.   I'm going to show you what's Government's

20  Exhibit 120.  Is this exhibit consistent with the

21  laundry bag that was recovered from around the neck

22  of Mr. Castillo?  And I know you have to look at a

23  bunch of stuff on it.  You can believe me or not.

24  We've heard testimony.

25       A.   Yes, it is.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1       Q.    And is there a tag on that laundry bag

2   with a name on it?

3       A.    Yes, there is, appears to be.

4       Q.    And it's sort of written there in black

5   magic marker or something?

6       A.    Yes.

7       Q.    What's the name on that laundry bag?  It's

8   hard to see it.

9       A.    I'm seeing the last part of a name that's

10  consistent with Pancho, and then Castillo.

11      Q.    And you know, if I pulled it out of there,

12  you could open it completely up and see every single

13  letter.  We won't do that unless there is some

14  dispute.

15            Did you understand that Mr. Castillo's

16  nickname was Pancho?

17      A.    Yes, I did.

18            MR. SINDEL:  Your Honor, I'd like to pull

19  up, for the jury and the witness to observe,

20  Government's Exhibit 152.  I think we have an

21  understanding with Mr. Castellano that there is no

22  objection to the admission of that photograph.

23            THE COURT:  Mr. Castellano, no objection?

24            MR. CASTELLANO:  Yes, I haven't seen it,

25  but if it's as represented, there is no objection.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1            THE COURT:  Any objection from any other

 2   defendant?

 3            MR. SINDEL:  I want to make sure I haven't

 4   done something -- you know, pop up something that's

 5   not appropriate.

 6            MR. CASTELLANO:  I haven't seen it.

 7            THE COURT:  Government's Exhibit 152 will

 8   be admitted into evidence.

 9            (Government Exhibit 152 admitted.)

10            MR. CASTELLANO:  No objection, Your Honor.

11            THE COURT:  All right.  152 will be

12   admitted into evidence.

13            MR. SINDEL:  May we publish for the jury

14   Government's Exhibit 152?

15            THE COURT:  I think it's already up.

16   BY MR. SINDEL:

17      Q.   There it is.  Does that seem to be

18   consistent with the bag that I've shown you in

19   Government's Exhibit 120?

20      A.   Yes, it does.

21      Q.   And the tag that you had referred to -- is

22   that it right there?

23      A.   Yes.

24      Q.   And that clearly says Pancho and Castillo?

25      A.   Yes.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1     Q.   And did you understand that the inmates

2  would keep their laundry bags in their cells for

3  collection of laundry and to be able to do laundry

4  on a regular basis?

5     A.   That was my understanding, yes.

6     Q.   And did you understand that each

7  individual inmate would have an individual laundry

8  bag?  In other words, each individual got their own

9  laundry bag?

10     A.   Yes.

11     Q.   Would it be apparent to you through your

12  investigation that somebody took that laundry bag

13  that was in Mr. Castillo's cell and wrapped it

14  around his neck until he was dead?

15     A.   Yes.

16     Q.   During the course of your investigation,

17  did you also learn or obtain information concerning

18  inmates and their assignments to certain work

19  details?

20     A.   Some of them I believe I did, yes.

21     Q.   Was there information concerning kitchen

22  details?

23     A.   Yes.

24     Q.   Were you ever in the service, Army, Navy?

25     A.   Oh, no.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   Okay.  But you knew from your observations

2  that the kitchen detail would go in to start the

3  process of making breakfast for the rest of the

4  institution?

5    A.   Yes.

6    Q.   They might go before breakfast because

7  they needed to do that as their work

8  responsibilities?

9    A.   Yes.

10    Q.   Now, there was a piece of paper that was

11  recovered from the trash can and photographed by

12  Mr. Duncan that was, I think, torn in four pieces,

13  had some names on it.  Did you ever determine if

14  there was any significance to that?

15    A.   No, I did not.

16    Q.   Did you ever take any item of clothing

17  from the -- or items of clothing from the inmates

18  there in that particular pod or unit?

19    A.    Not on that day.  But later on,

20  Corrections relinquished several articles of

21  clothing to me from inmates within that pod.

22    Q.   And did you understand that these were

23  articles of clothing that they thought might have

24  some suspicious stains, marks, or biological fluids?

25    A.   Yes, I did.

SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                              Albuquerque, NM 87102
(505) 989-4949                                                              (505) 843-9494
FAX (505) 843-9492                                                  FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

 1     Q.   And then, you know, because of what's
 2  happened during the course of our careers, there has
 3  been a significant advancement in what science can
 4  do with biological material?
 5     A.   Yes.
 6     Q.   You know, whereas at one time they could
 7  type it as the blood, now they can say who it came
 8  from?
 9     A.   That's correct.
10     Q.   And do you recall whether or not at any
11  time there was a shirt that was taken from Joe
12  Gallegos that was subsequently reviewed by the
13  laboratory or examined by the laboratory?
14     A.   Could have been.  There were several
15  articles.  I don't recall specifically what, from
16  who.
17     Q.   I don't know if your pages are like mine,
18  okay, so I don't want to -- Bates 138.
19         MR. SINDEL:  Your Honor, may I approach?
20         THE COURT:  You may.
21  BY MR. SINDEL:
22     Q.   Like I said, the way they do these things
23  when they give us all this paper, we've got 70
24  thousand pages or more, they do what they call a
25  Bates No.  Are you familiar with a Bates No.?



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   No, I'm not.

 2        Q.   It's a numbering system that they use and

 3  it appears there at the bottom and that's Bates No.

 4  138; correct?

 5        A.   Yes.

 6        Q.   It says at the top -- there is a little

 7  hole there, but "New Mexico supplemental report" and

 8  that's page 7 of 9?

 9        A.   Yes.

10        Q.   And I don't want you to have to look

11  through your massive notebook.  I'll put that up

12  myself.  Is there any indication here in this

13  paragraph -- can you read that to yourself, please?

14        A.   Okay.

15        Q.   Does that paragraph indicate that certain

16  items of clothing was taken from Mr. Gallegos and

17  preserved for you in evidence?

18        A.   Yes, it was.

19        Q.   And the reason for that is, well, there

20  might be biological material or something that links

21  him to this homicide; right?

22        A.   That's what we wanted to check.

23        Q.   And you take that to the laboratory to

24  say, "Hey, guys, run what you can on this, get us

25  what you can, and see if there is anything of
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                     201 Third NW, Suite 1630
Santa Fe, NM 87501                                             Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492                                               FAX (505) 843-9492
                                                                  1-800-669-9492
                                                          e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

 1  evidentiary value"?

 2      A.   Yes.

 3      Q.   Did you feel that during the course of

 4  this timeframe you had done a fairly thoroughly

 5  investigation?

 6      A.   As far as I could determine, I did.

 7      Q.   When you want to conclude your

 8  investigation and you want to present it to the

 9  prosecuting authorities to make an assessment or

10  determination as to whether they want to pursue it

11  in court, are there certain responsibilities and

12  requirements that you have, and what paperwork you

13  have to fill out, things like that?

14      A.   Yes.

15      Q.   And did that include requesting for them

16  to recite and then to go to a Court to get a warrant

17  for someone's arrest?

18      A.   Yes.

19      Q.   And does that also include preparing

20  affidavits concerning your request for a warrant?

21      A.   Yes, it does.

22      Q.   The purpose of that is to provide the

23  Court with -- or the prosecutor first; right?  You

24  take it to the prosecutor first?

25      A.   Yes.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   It's up to the prosecutor whether to take

2  it to court or not?

3    A.   Yes, that's correct.

4    Q.   And then you provide them with an

5  affidavit that says, "Look, you know, I'm swearing

6  to tell the truth.  This is the truth.  This is what

7  I found out during my investigation."

8    A.   That's correct.

9    Q.   And then you also give them a statement of

10  facts in support of a criminal complaint?

11    A.   Yes.

12    Q.   And do you understand that a criminal

13  complaint is the very first step in the process of

14  bringing a case to court against a person or

15  persons?

16    A.   Yes.

17    Q.   And did you, in fact, take to the

18  prosecuting attorney for Dona Ana County here in the

19  state of New Mexico an affidavit for an arrest

20  warrant for Angel DeLeon?

21    A.   Yes, I did.

22    Q.   And did you -- in part, had you focused on

23  Mr. DeLeon because of what you had, the DNA report

24  that you had received from the laboratories?

25    A.   Yes.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1     Q.   And after you took that to them -- let me

2   start again.   I think at one point in time you had

3   prepared a PowerPoint or something to that effect on

4   this case; is that true?

5     A.   Yes, that is.

6     Q.   And did you use that as a tool for

7   instructing other officers, or was it something used

8   in the presentation before the district attorney, or

9   what was it?

10    A.   I think I created it to use as a

11  presentation to the prosecuting office, district

12  attorney, to kind of bring the main points of the

13  investigation together.

14         MR. SINDEL:   May I approach the witness,

15  Your Honor?

16         THE COURT:   You may.

17  BY MR. SINDEL:

18    Q.   I wanted to show you an unmarked exhibit.

19  It's a whole bunch of pages; right?   Is that the

20  PowerPoint presentation that you prepared in

21  connection with the investigation of the death of

22  Frank Castillo?   You can look at it.

23    A.   Yes, if you don't mind.

24    Q.   No, no, please.

25    A.   The first page looks like it, yes.

SANTA FE OFFICE                                                              MAIN OFFICE
119 East Marcy, Suite 110                                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                                     Albuquerque, NM 87102
(505) 989-4949                                                                     (505) 843-9494
FAX (505) 843-9492                                                         FAX (505) 843-9492
                                                                              1-800-669-9492
                                                                     e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

```
 1        Q.    There is nothing there about me, is there?

 2        A.    Not that I put there, no.  Yes, it would

 3   be it.

 4        Q.    So that's part of your presentation.  And

 5   I'm going to show you another unmarked exhibit,

 6   which is -- the first page is labeled.  Would you

 7   look through that briefly?

 8              And is that consistent with some -- I

 9   mean, you didn't obviously read it, but is that the

10   materials you presented to the -- the district

11   attorney?  Is that what you call them here?

12        A.    Yes.

13        Q.    Is that what you prepared to present to

14   the district attorney on Mr. DeLeon?

15        A.    Yes, it is.

16        Q.    I'll show you Exhibit AO.  Is that the

17   document that you previously referred to that was

18   taken to the district attorney concerning the

19   possibility of pursuing a prosecution against

20   Mr. DeLeon?

21        A.    Yes, it is.

22        Q.    And I'm going to now show you what's been

23   marked as Defendants' Exhibit AP.  And is that the

24   PowerPoint demonstration that you had previously

25   referred to?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1        A.   Yes.

2              MR. SINDEL:  Your Honor, we would offer

3    into evidence Defendants' Exhibit AO and AP.

4              THE COURT:  Any objection, Mr. Castellano?

5              MR. CASTELLANO:  Yes, Your Honor.  I

6    object to hearsay, and I think we need to approach

7    the bench.

8              THE COURT:  I think they probably would

9    be, so I will not admit AO and AP.

10             MR. SINDEL:  You will not admit them?

11             THE COURT:  Did you want to approach,

12   Mr. Castellano?

13             MR. CASTELLANO:  Not based on that answer,

14   Your Honor.

15             THE COURT:  You can talk me out of it.

16             MR. CASTELLANO:  I'm good.

17             MR. SINDEL:  Well, I could try to talk you

18   out of it.  But I did approach Mr. Castellano to try

19   and be, for the last time, gracious; so he knew what

20   I was doing.

21             I think that's all I have.

22             THE COURT:  Thank you, Mr. Sindel.

23             MR. SINDEL:  Thank you so much for bearing

24   with me.  I appreciate it.  Safe travels, sir.

25             THE WITNESS:  You too.

SANTA FE OFFICE                                                                    MAIN OFFICE
119 East Marcy, Suite 110                                                     201 Third NW, Suite 1630
Santa Fe, NM 87501                                                            Albuquerque, NM 87102
(505) 989-4949                                                                       (505) 843-9494
FAX (505) 843-9492                                                             FAX (505) 843-9492



1-800-669-9492
e-mail: info@litsupport.com

PROFESSIONAL COURT
REPORTING SERVICE

```
 1            THE COURT:  All right.  Any other
 2   defendants?  Mr. Castle?
 3                  CROSS-EXAMINATION
 4   BY MR. CASTLE:
 5        Q.   Good morning, Agent Rhoades.
 6        A.   Good morning.
 7        Q.   I think earlier you testified that you
 8   were the lead investigator for the Castillo
 9   investigation; is that right?
10        A.   Yes, it is.
11        Q.   But in your investigation, would I be
12   correct in stating that it kind of bled over into
13   also the investigation of the death of Mr. Garcia in
14   some ways?
15        A.   In some ways, yes.
16        Q.   So for example, if you're interviewing a
17   witness, you wouldn't just ask him about the one
18   homicide; you would talk about both?
19        A.   I think for me, when I interviewed, I
20   primarily focused on Castillo.
21        Q.   When you do an investigation like this, do
22   you keep an open mind about what possibly could
23   happen?
24        A.   Yes.
25        Q.   We've heard a phrase I think recently in
```

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                            (505) 843-9494
FAX (505) 843-9492                                    FAX (505) 843-9492
                                                        1-800-669-9492
                                                e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1    modern culture about following the evidence wherever
 2    it leads.  Are you familiar with that phrase?
 3         A.   Yes, I am.
 4         Q.   Is that kind of the approach that you take
 5    when you're investigating a case like this?
 6         A.   Yes.
 7         Q.   Question everything?  Would that be
 8    another tactic?
 9         A.   Yes.
10         Q.   Now, when you first began your
11    investigation, was one of the possible theories that
12    you were looking into that perhaps Mr. Castillo and
13    Garza -- well, let me go back.  Were they both -- in
14    your investigation, did you determine both were part
15    of a prison gang called the SNM?
16         A.   Yes.
17         Q.   And was one theory you looked at the
18    possibility that maybe a rival prison gang killed
19    these two inmates?
20         A.   I think we're looking more at, from the
21    same gang, from what I understood was, the SNM Gang
22    was primarily what was housed at Southern.
23         Q.   So -- and there wasn't any gang warfare
24    that happened after; is that right?
25         A.   Not to my knowledge, no.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        Q.   Because right after the murders, if,
 2   perhaps, the Los Carnales Gang went to war against
 3   the SNM, that might indicate that there was some
 4   kind of connection in that?
 5        A.   It could have, yes.
 6        Q.   But none of that happened?
 7        A.   No.
 8        Q.   Now, in your investigation in the early
 9   days and perhaps even month after the murders, did
10   you develop several leads that an inmate by the name
11   of Leroy Lucero had called the hits?
12             MR. CASTELLANO:  Objection, calls for
13   hearsay.
14             MR. CASTLE:  Your Honor, it's admissible
15   on a number of grounds, if the Court would like me
16   to address this.
17             THE COURT:  Well, you had better approach,
18   if you've got some grounds.
19             (The following proceedings were held at
20   the bench.)
21             THE COURT:  Do you have any leads besides
22   these people telling him?  Do you have any
23   nonhearsay leads?
24             MR. CASTLE:  I have -- well, I don't call
25   them hearsay leads, but if that's what the Court is
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE
e-mail: info@litsupport.com

1    calling them, I'll adopt that term.  The Tenth

2    Circuit case, United States v. Freeman, 816 F.2d

3    558, a 1987 case.  The Court found that in that case

4    the Government introduced statements made by local

5    police officers and their confidential informants to

6    the investigating agent in the case.  In that case

7    the defendants argued the statements were hearsay

8    and should not have been admitted.  The Tenth

9    Circuit determined the statements were properly

10   admitted for a nonhearsay use.

11            THE COURT:  Well, I think if you're trying

12   to get in his state of mind, I think I can give a

13   limiting instruction, because how he did his

14   investigation -- I think I would have to give a

15   limiting instruction because any of the leads that

16   he's relying on can't be relied upon by the jury for

17   the truth, but they just indicate how Mr. Rhoades

18   went about his investigation.

19            MR. CASTLE:  For the record, I would ask

20   to also offer them for the truth of the matter.  I

21   did a brief, and I'm not sure what the number is,

22   concerning the right to present a defense in this

23   case.  The Court has heard a lot of evidence that a

24   lot of these leads ended up being lost by the

25   Government or by the police and perhaps the FBI.

SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                                Albuquerque, NM 87102
(505) 989-4949                                                            (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492
                                                                          1-800-669-9492
                                                            e-mail: info@litsupport.com



1  And so I want to pursue that aspect of it as well.

2  I'm getting the impression I'm going to lose on that

3  argument.

4           THE COURT:  Yeah, I read the brief.

5  Probably you're asking for me to relax the rules of

6  evidence in that brief, and I won't.  But I will

7  allow him to explain how he does the investigation.

8  So I'll --

9           MR. CASTLE:  Judge, just one last thing.

10  In Kyles versus Whitley, the Supreme Court case, the

11  Supreme Court said that it was proper for the

12  defense to discredit the police method employed in

13  assembling the case and it cast the investigation as

14  shoddy, and in that case it was about bringing out

15  information concerning an informant that possibly

16  could have been an alternate suspect.  And there is

17  other case law I can rely on, but I can probably

18  make that record later.

19           THE COURT:  It will certainly discredit

20  him.  I'm not going to preclude that approach to

21  him, so --

22           MR. CASTLE:  Okay.

23           THE COURT:  I'll let you do that as

24  robustly as the rules of evidence allow.  I'll allow

25  the question, because I think it is going to be



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1   relying on perhaps some things that were told him.
2   But I will instruct the jury not to rely upon
3   anything that was told him for the truth of the
4   matter.
5           MR. CASTELLANO:  The problem with the line
6   of questioning is that it will open the door to the
7   other defendants in this case or, for example,
8   yesterday I asked if he had suspects as a result of
9   his investigation.  That was objected to, I think,
10  as hearsay and irrelevant.  But that is the same
11  line of questioning.  It also opened the door to
12  Billy Garcia's name coming out because it's another
13  name that was given to him as a lead.  So I think
14  once he goes there, other leads that he took, the
15  defendants' names in this courtroom.  So I just --
16  once that happens, if we're talking about his
17  investigation, it's going to lead to these
18  defendants' names.
19          MR. CASTLE:  Well, I think that's because
20  if that is a Confrontation Clause issue, then, Your
21  Honor, it's not present -- the difference, the
22  defense is presenting evidence regarding the
23  Government's leads.
24          THE COURT:  Well, I did sustain the
25  objection yesterday when the defendants said did he
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

135

```
 1   have specifics.  How do I square what you're trying
 2   to do here with what I did yesterday?
 3           MR. CASTLE:  Well, I think there is a
 4   Confrontation Clause issue, but also they were not
 5   offering it for a nonhearsay purpose.  And so I
 6   think the case law is that it's not being offered
 7   for a nonhearsay purpose, impeaching that is not,
 8   you know, an approved method.  But I am going to
 9   indicate to him that one of his possible leads was
10   that Billy Garcia ordered it.  I'm not going to hide
11   from that fact at all.
12           THE COURT:  Let me do this.  I think that
13   this particular question -- we'll take them one at a
14   time.  This particular question is acceptable with a
15   limiting instruction to the jury, so I'll give it
16   now and I'll just take them one at a time.
17           MR. CASTLE:  Thank you.
18           THE COURT:  We're going to go only a few
19   more minutes.
20           (The following proceedings were held in
21   open court.)
22           THE COURT:  All right.  I'm going to allow
23   this question.  And Mr. Rhoades may have gotten some
24   of this information from other people that caused
25   him to -- in fact, he began to focus on Mr. Lucero.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1  You can't consider anything that was told him for

2  the truth of the matter.  You can only consider it

3  for the purpose of helping you understand why

4  Mr. Rhoades did his investigation.  So anything that

5  was said to him that may be implied or implicit in

6  this question.  You can't consider it for the truth

7  of the matter.  You can only consider it to

8  understand why Mr. Rhoades did what he did.

9          All right.  Do you need the question

10 again?

11         THE WITNESS:  Yes, please.

12         THE COURT:  The question is:  In your

13 investigation in the early days and perhaps even

14 months after the murders, did you develop several

15 leads that an inmate by the name of Leroy Lucero had

16 called the hits?  That's a yes/no question at this

17 point.

18     A.  Ah --

19 BY MR. CASTLE:

20     Q.  Would you prefer if I showed you the

21 documents?

22     A.  Yes.  The name is not familiar to me right

23 now.

24         MR. CASTLE:  May I approach the witness,

25 Your Honor?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              THE COURT:  You may.
 2   BY MR. CASTLE:
 3        Q.   Agent Rhoades, before we go into these
 4   documents, were you working with the Department of
 5   Corrections in your investigation?
 6        A.   Yes, I was.
 7        Q.   And are there individuals that are part of
 8   the security threat intelligence group, the STIU,
 9   that would work and provide information to you all?
10        A.   Yes.
11        Q.   And the kinds of information generally,
12   some of it would be from informants they've
13   developed; is that right?
14        A.   Yes.
15        Q.   And some of it might be a tip they got?
16        A.   Yes.
17        Q.   Or rumors?
18        A.   Yes.
19        Q.   Or maybe a kite that was sent, that they
20   received?
21        A.   Yes.
22        Q.   Now, I want to bring to your attention
23   certain documents.  First of all, looking at page
24   131, do you recognize that as a cover sheet of your
25   investigation?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        A.   Yes, I do.
 2        Q.   And I want to go to the third page.  I
 3   want to take a look at that.  I'm going to show you
 4   a series of documents.
 5        A.   Okay.
 6        Q.   I'm also showing you a document which is
 7   dated August 13, 2001.  I take it that was -- your
 8   investigation was still going on in 2001?
 9        A.   Yes, it was.
10        Q.   If I could have you look at that and just
11   look at that first paragraph there.  Don't read it
12   out loud.  Just read it to yourself.
13             And I'll show you page 12 of a report
14   dated September 25, 2001, and I'll just go to the
15   second page and the second-to-the-last paragraph.
16   If you could read that to yourself.
17             THE COURT:  Mr. Castle, could he look at
18   these maybe during the break?
19             MR. CASTLE:  That would be fine.
20             THE COURT:  Why don't we take our
21   15-minute break and come back at 12:00, and work
22   through the lunch hour and take a late lunch.
23             All right.  We'll be in recess for about
24   15 minutes.
25             (The jury left the courtroom.)
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1              THE COURT:  All right.  We'll be in recess
2  for about 15 minutes.
3              (The Court stood in recess.)
4              THE COURT:  All right.  I think we've got
5  everybody in the courtroom.  All the defendants, a
6  lawyer for each defendant.  Is there anything we
7  need to discuss before we bring the jury in?  From
8  the Government?
9              MR. CASTELLANO:  No, Your Honor.
10             THE COURT:  How about from the defendants?
11 Any issues we need to discuss?
12             MS. HARBOUR-VALDEZ:  No, Your Honor.
13             (The jury entered the courtroom.)
14             THE COURT:  All right.  Everyone be
15 seated.
16             All right, Mr. Rhoades, I'll remind you
17 that you're still under oath.
18             Mr. Castle, if you wish to continue your
19 cross-examination, you may.
20             MR. CASTLE:  Thank you, Your Honor.
21 BY MR. CASTLE:
22     Q.  Agent Rhoades, I think when we last left
23 off, I was showing you a page.  Will you take my
24 word for it, it's page 1278?  Apparently it cut off
25 on the bottom of the page.  Did you see this
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1   document?

 2        A.   Yes.

 3        Q.   Did you have an opportunity to review

 4   that?

 5        A.   Yes.

 6        Q.   Also showing you page 27899, April 10th,

 7   2001, did you have an opportunity to review that

 8   during the break?

 9        A.   Yes, sir.

10        Q.   The next one being page 19135 of

11   discovery, this is actually a report prior to the

12   homicides, February 23, 2001.  Did you have an

13   opportunity to look at that?

14        A.   Yes, I did.

15        Q.   And then the final one -- no, I guess it's

16   not the final.  19126, a report dated July 11, 2001.

17   Do you see that report?

18        A.   Yes.

19        Q.   And is that a Department of Corrections

20   report?

21        A.   Yes, it is.

22        Q.   Were you able to look at the third page of

23   that --

24        A.   Yes.

25        Q.   -- concerning Mr. Lucero?  And the final
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    one is page 45007.  Is that, again, a report from

2    the Department of Corrections?

3         A.   Yes, it is.

4         Q.   That's a report dated March 28, 2001,

5    which is just two or three days after the murders?

6         A.   Yes.

7         Q.   You had an opportunity to review that?

8         A.   Yes.

9         Q.   Now, after reviewing those reports, does

10   it refresh your memory as to whether there were some

11   leads that indicated that Leroy Lucero may have

12   called the hits?  In other words, ordered the

13   murders, orchestrated the murders?

14        A.   Yes.  What was documented in my report was

15   information I'd received from Corrections.  Several

16   of those documents I don't believe I've seen.

17        Q.   Would those have been the FBI reports?

18        A.   And some of Corrections, yes.

19        Q.   So if you didn't see them, is that because

20   they didn't give them to you?

21        A.   That would be correct, yes.

22        Q.   Is that concerning to some extent?

23        A.   Well, I felt like at the time that they

24   had their side of it going.  In my position as a law

25   enforcement investigator, I'm not going to have the



SANTA FE OFFICE                                                                  MAIN OFFICE
119 East Marcy, Suite 110                                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                                      Albuquerque, NM 87102
(505) 989-4949                                                                    (505) 843-9494
FAX (505) 843-9492                                                         FAX (505) 843-9492
                                                                              1-800-669-9492
                                                                      e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1  same level of interaction with the inmates or

2  Corrections, nor do I have the knowledge.  So I knew

3  that they were conducting investigations down the

4  line that I would hope that we'd get back together

5  on at some point.

6       Q.   So the Corrections Department might have,

7  let's say, developed some informants and sources of

8  information within the prison that you wouldn't be

9  able to do, you know, in your capacity; is that

10 right?

11      A.   That's correct.

12      Q.   And so did you rely upon them to conduct

13 that part of the investigation and give you the

14 information after they collected it?

15      A.   Yes.

16      Q.   When they developed informants that had

17 information, let's say, for example, on Mr. Lucero,

18 what did you do or what were the instructions to the

19 Department of Corrections to do to make sure that

20 the name of that informant was preserved for the

21 future in case people wanted to interview them?

22      A.   I'm not sure what their procedure was.

23 And I know that several I could not interview.  They

24 wouldn't talk to me or anything.  So I was pretty

25 much letting them run their course without

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  interfering, with the expectation at some point all

2  that information would be brought in and kind of

3  hashed out.

4       Q.   Let's go back to these pages of materials.

5  The one at page 133.  Without going into what was

6  said about Mr. Lucero, can you tell us whether you

7  received that information during your investigation?

8       A.   Yes, and this is my report on it.

9       Q.   And do you know who that -- that's

10 concerning some kind of informant; right?  A source?

11      A.   Yes.

12      Q.   An inmate source?

13      A.   Yes.

14      Q.   What was done to -- well, do you know the

15 name of that source?

16      A.   The name of the source?  No, I don't.

17      Q.   Did you ever interview that source?

18      A.   No, not to my knowledge.

19      Q.   And do you know whether the name of that

20 person was ever kept in your records so that that

21 person could be located and found later on?

22      A.   Not to my knowledge.  I don't recall ever

23 having that source's identity revealed to me.

24      Q.   Would it be important to keep the name of

25 that person for the future?

SANTA FE OFFICE                                    MAIN OFFICE
119 East Marcy, Suite 110                   201 Third NW, Suite 1630
Santa Fe, NM 87501                            Albuquerque, NM 87102
(505) 989-4949                                          (505) 843-9494
FAX (505) 843-9492                               FAX (505) 843-9492
                                                        1-800-669-9492
                                              e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
1        A.    Yes, it would be.

2        Q.    There has been some talk about cold cases.

3   Sometimes cases don't get solved for 10, 15, 20

4   years, or maybe not at all; right?

5        A.    That's correct, yes.

6        Q.    So it's important to document the file

7   with critical information concerning people who

8   might know what happened?  Would that be fair?

9        A.    Yes.

10        Q.    And that's so that perhaps if a case is

11   ever prosecuted 15, 20 years down the line, people

12   can find that person and then bring them to court to

13   testify in front of a jury?

14        A.    Yes.

15        Q.    Now, this particular --

16        MR. CASTLE:  I think, Your Honor, that the

17   instruction is probably appropriate at this time

18   given the Court's ruling.  I'm offering these next

19   statements not for --

20        THE COURT:  Why don't you give me a

21   question, and then I'll know a little bit more of

22   what --

23   BY MR. CASTLE:

24        Q.    Did the source of information in this

25   particular document indicate that Leroy Lucero
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  called the hits on inmates Castillo and Garza?

2          THE COURT:  Well --

3          MR. CASTELLANO:  Object to hearsay.

4          THE COURT:  Yeah, I think that question is

5  just being offered for the truth.  I think you've

6  already asked that question earlier.  That was

7  proper and I gave you the instruction.

8          MR. CASTLE:  Well, Your Honor, the only

9  thing I would argue is that the degree of detail

10  this person gave would cause a greater need for law

11  enforcement to retain their identity, and so it goes

12  to, you know, if law enforcement didn't follow a

13  lead that's basically --

14          THE COURT:  Well, you can ask the next

15  question.  I think you've got a next question.

16  Let's try that one, the one that you had.

17  BY MR. CASTLE:

18      Q.   This inmate, without saying what exactly

19  they said, did they give details on the exact number

20  of assailants that were involved in each hit and how

21  many people knew of the hit?

22      A.   Yes, they did.

23      Q.   But as of your knowledge, that informant

24  or that person is now -- no one knows who that is

25  that gave that information?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    A.   Well, I never got the name, nor did I push

2   for it at that time, because I realized that there

3   is a lot of -- when you're dealing with confidential

4   informants, sources, there is a lot of

5   confidentiality and trust that you have to build,

6   and I didn't want to breach that with the

7   Corrections, so I just left it at the source,

8   expecting at some point we would get back together

9   and bring all this information, and then they may

10   have kept it in their files.  Had we had that

11   meeting and I got that information, then I certainly

12   would have kept it in my files.

13         MR. CASTLE:  Would the Government be

14   willing to stipulate that the identity of that

15   informant is not known?

16         MR. CASTELLANO:  I don't know which one

17   you're talking about.  So we'd have to sit down --

18         MR. CASTLE:  DeLeon 133.

19         MR. CASTELLANO:  I can't say at this

20   point, Your Honor.  If they point it out to me from

21   the record, we will stipulate.

22         MR. CASTLE:  I'll point it out and perhaps

23   we can do it later at the trial, Your Honor.

24         THE COURT:  All right.

25

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1  BY MR. CASTLE:

 2       Q.   Let me show you 19128.  This is a State of

 3  New Mexico Department of Corrections report; is that

 4  right?

 5       A.   Yes.

 6       Q.   July 11, 2001?

 7       A.   Yes.

 8       Q.   And it's concerning confidential sources

 9  on the murder of inmates Frank Castillo and Rolando

10  Garza; is that right?

11       A.   Yes.

12       Q.   I want to go to page 19128.  Is there a

13  person that they gave the number of source 13 -- is

14  that the number that's been given to this

15  individual?

16       A.   Yes.

17       Q.   And in your work, they'll often -- when

18  they have an informant, they use some kind of

19  alphanumeric designation for that informant without

20  their actual name in a report; is that right?

21       A.   Yes, it is.

22       Q.   That's so that it doesn't accidentally get

23  distributed and someone could be put at risk.

24       A.   That's correct.

25       Q.   But they're supposed to keep a separate
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   log of informants, what they -- not what the
2   alphanumeric designation is with the actual names of
3   the informant; is that right?
4        A.   I'm not sure how the corrections agency or
5   other agencies handle their confidential informants
6   or sources.  But what you're saying how it's done is
7   similar to how we handle it.
8        Q.   So that's the way that the New Mexico
9   State Police would handle it?
10       A.   Yes.
11       Q.   And other law enforcement agencies?
12       A.   To my knowledge, the ones I know firsthand
13  about do similar practices, yes.
14       Q.   Again, in regards to this inmate, is this
15  someone who, without getting into the details, is
16  providing information concerning Mr. Lucero and
17  another inmate and activities that they were engaged
18  in right before the murders took place?
19       A.   Yes, it does.
20       Q.   And is that information -- I take it it's
21  something that would be important in your
22  investigation; is that right?
23       A.   Yes.
24       Q.   And did you receive this report from the
25  Department of Corrections?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   I don't recall seeing it before, no.

 2        Q.   Is that something you would have wanted to

 3   have in your investigation?

 4        A.   I would like to collect everything

 5   relating to my investigation.  In a case like this,

 6   it's kind of -- I don't want to say fragmented, but

 7   branching out, such as Corrections following their

 8   part where I can't go.

 9        Q.   Sure.

10        A.   So I realize that's going to happen, and

11   documentation is going to be created along that

12   route.  Hopefully at some point I would like to get

13   copies of that down the line somewhere.

14        Q.   I think you had talked about in 2007 there

15   being an interview you conducted with Leonard Lujan.

16        A.   Yes.

17        Q.   And without going into the contents of

18   that, I've read it and there's no questions about

19   Leroy Lucero.  Is that perhaps because you received

20   some of these reports from the Department of

21   Corrections and the FBI?

22        A.   Yes, I received information regarding him,

23   which is documented in my report.  But at that time

24   there was no other substance, if you will, to

25   follow-up on, so...
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                  201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                            FAX (505) 843-9492
                                                                  1-800-669-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

e-mail: info@litsupport.com

1      Q.    I want to show you page 19135.  It's a

2   State of New Mexico Corrections report dated

3   November 24, 2000.  Without going into the contents

4   of this, this is information that came in, I think,

5   actually February 23, 2001; is that right?

6      A.    Yes.

7      Q.    So that would have been less than a month

8   before the murders?

9      A.    Yes.

10      Q.    And without going into all the details,

11   does it go over essentially who was the, you know,

12   perhaps head of the SNM at that point in time at

13   that facility?

14      A.    Yes, it does.

15      Q.    Did you get that report from the

16   Department of Corrections?  Did they give that to

17   you, that you recall?

18      A.    Not that I recall.

19      Q.    In fact, in the discovery in this case --

20   when we say discovery, it went to all the lawyers;

21   right?

22      A.    Yes.

23      Q.    When you looked at your file, were those

24   all really low numbers?  In other words, you gave

25   them your entire file, right, and they copied it?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    A.   Yes, I believe I scanned my file into a

2  PDF file and presented it to the U.S. Attorney that

3  way.

4    Q.   And when you looked at that, those are all

5  low numbers under, say, 2000; is that right?

6    A.   You're referring to the year?

7    Q.   No, the page numbers.

8    A.   Oh, could be.  Yes.

9    Q.   So we're looking at 19135, that's probably

10  not from your files, would that be fair to say?

11    A.   I think so.  I don't recall that being in

12  the file.

13    Q.   You've given that file to the Government.

14  So if it was in your file, they'd be able to show

15  you a page from that.  Would that be fair to say?

16    A.   Yes.

17    Q.   Here's one 27899, an FBI report, April 10,

18  2001.  That would have been a little over two weeks

19  from the day of the murders?

20    A.   Yes.

21    Q.   And with regard to this report, without

22  going into the details, it's concerning Mr. Lucero?

23    A.   Yes, it is.

24    Q.   And it also actually talks about

25  Mr. Garcia, too, Billy Garcia.  Is that right?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   Yes, it does.
 2        Q.   So in the early going of your
 3   investigation there were also tips that were coming
 4   in pointing at Billy Garcia; is that right?
 5        A.   Yes.
 6        Q.   And there were tips on various different
 7   individuals?
 8        A.   Yes, that's correct.
 9        Q.   Some who are not here today?
10        A.   Yes.
11        Q.   Or that weren't even charged with these
12   offenses?
13        A.   Yes.
14        Q.   Without going through every report, would
15   I be correct that the only one that was part of your
16   file is this first report that I gave?  Do you want
17   to take a look at them again?
18        A.   Which is my supplement, and to my
19   knowledge, there may be one or two of these others
20   inside my report.  This case was reassigned from me
21   to another investigator in 2003, so some things may
22   have been added after that.
23        Q.   Okay.  Thank you.  Mr. Sindel showed you a
24   PowerPoint.  Do you recall that?
25        A.   Yes.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.   I think you said that that was something

2  you put together for presentation to some

3  prosecutors; do you recall that?

4      A.   Yes, it was.

5      Q.   And it included information concerning

6  your 2007 interview with Mr. Lujan?

7      A.   Yes.

8      Q.   Which prosecutors did you present that to?

9      A.   That was prepared to present it to -- if I

10  remember correctly, we went up to Albuquerque to do

11  an overview to the FBI, U.S. Attorney's Office.  The

12  Third Judicial District Attorney from here in Las

13  Cruces attended and there was a roomful of a lot of

14  people.  Those are the ones that I remember that

15  attended.

16      Q.   Was it just the Castillo murder that was

17  presented, or was it also the Garza murder?

18      A.   The Garza.  Felipe Gonzalez went up with

19  me, as well.

20      Q.   Did he do a similar PowerPoint that went

21  through the evidence that was available?

22      A.   I'm thinking he did.  I don't recall

23  specifically.

24      Q.   The end result of that, were you aware of

25  whether the Third Judicial District Attorney's

SANTA FE OFFICE                                                      MAIN OFFICE
119 East Marcy, Suite 110                                  201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492                                               FAX (505) 843-9492
                                                                   1-800-669-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE                         e-mail: info@litsupport.com

```
 1   Office filed any charges against anyone?
 2        A.    They did not, no.
 3        Q.    And how about the United States Attorney's
 4   Office?
 5        A.    Eventually, yes.
 6        Q.    Do you know in your investigation whether
 7   you or the people working with you went and
 8   interviewed Leroy Lucero?
 9        A.    I don't know.
10        Q.    Some of the documents I showed you
11   indicated that Mr. Lucero had gotten orders from
12   Angel Munoz.  Did you see that?
13        A.    Yes, I did.
14        Q.    Did anyone interview Mr. Angel Munoz?
15        A.    I don't know.
16        Q.    Does that name sound familiar as an
17   important person in the SNM Gang?
18        A.    I vaguely remember that name coming up
19   during the investigation.
20        Q.    Did you conduct any investigation into --
21   well, let me back up.  At the Department of
22   Corrections they record inmates' phone calls; right?
23        A.    Yes.
24        Q.    If you had a particular suspect -- well,
25   strike that.  Do you recall whether anyone went back
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   and listened to Mr. Lucero's phone calls to see
 2   whether anything suspicious occurred in the content
 3   of those calls?
 4        A.   At the time, it was my understanding that
 5   was going to be one function of the correctional
 6   personnel, is to go back and review phone calls.
 7        Q.   Did they give you copies of lots of phone
 8   calls?
 9        A.   I don't think I got any type of log or
10   anything.
11        Q.   Did you get any type of mail from
12   Mr. Lucero that had been collected?  Well, let me
13   ask you this.  Does Department of Corrections
14   collect mail of inmates and review it and copy it if
15   it has any suspicious material in it?
16        A.   I believe they do, yes.
17        Q.   Do you know whether anyone looked at
18   Mr. Lucero's mail to see if it had anything
19   suspicious?
20        A.   No, I don't.
21        Q.   Or Mr. Lujan's, for that matter?
22        A.   No.
23        Q.   And I take it that's same thing with
24   Mr. Lujan's phone calls?
25        A.   Yes.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1     Q.   Now, one of the reasons you listen to

2   phone calls is that shortly before a murder, if an

3   inmate is calling and says, "Look, I'm not going to

4   be able to call for you a long while, Mom," or the

5   wife, or something like that, it might indicate that

6   they knew the murder was about to occur.

7     A.   That, or there's codes, code words that

8   they listen for, as well.

9     Q.   Right.  But I mean, inmates want to let

10   their loved ones know if they're going to be locked

11   down for a long period of time.  Would that be fair

12   to say?

13     A.   I don't know.

14     Q.   Well, the facility was locked down for a

15   considerable length of time after these two murders;

16   is that right?

17     A.   Yes.

18     Q.   And the inmates were not allowed to make

19   any calls out; is that right?

20     A.   I don't know that.

21     Q.   Now, we've heard about early tips or

22   information concerning Billy Garcia and Leroy

23   Lucero; is that right?

24     A.   Yes.

25     Q.   Would it be right, there were no early



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1    tips pointing the finger toward Leonard Lujan?

2         A.    That would be correct.

3         Q.    You didn't conduct an interview of Leonard

4    Lujan, did you?

5         A.    I did in 2007.

6         Q.    I'm sorry.  Not in 2001?

7         A.    No.

8         Q.    When you talked to Mr. Lujan in 2007, I'm

9    not going to get into all the details, but did he

10   indicate that there -- did he describe a meeting he

11   had with Billy Garcia in which he said that the

12   Department of Corrections had it on video and had

13   taken photographs of that meeting?  Did he say that

14   to you?

15             MR. CASTELLANO:  Objection, calls for

16   hearsay.

17             MR. CASTLE:  I'm not offering it for the

18   truth, Your Honor.  I'm offering it to see if he

19   went out and tried to collect.

20             THE COURT:  Well, I think we can just ask

21   those questions without getting into the statements

22   that were made.  So I think you can ask him after

23   the conversation did he do anything.  But I think

24   we're getting a lot of statements that I'm not sure

25   an instruction is going to help a lot with.
```

SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                         201 Third NW, Suite 1630
Santa Fe, NM 87501                                                   Albuquerque, NM 87102
(505) 989-4949                                                              (505) 843-9494
FAX (505) 843-9492                                                  FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

BY MR. CASTLE:

    Q.   Either before you talked to Mr. Lujan or

after, did you ever locate any video taken that

showed Mr. Garcia and Mr. Lujan meeting out in the

yard or any other place in the facility?

    A.   No.

    Q.   Or how about still photos?

    A.   No.

    Q.   Did you in your investigation interview an

individual by the name -- there was an inmate at the

facility at the time by the name of Jason Hoster.

    A.   No.

         MR. CASTLE:  Your Honor, if I could have

just a moment.

         THE COURT:  You may.

BY MR. CASTLE:

    Q.   Sir, did you ever interview an inmate by

the name of Jimmie Gordon?

    A.   No, I did not.

    Q.   Agent, I'm going to show you Exhibits AS,

AQ, AR, and AT.  Are those some of the documents

that I was showing you in my exam?

    A.   Yes.

    Q.   There is information from informants

provided to either the Department of Corrections,

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    the FBI, or in this case to you; is that right?

2         A.   Yes, it is.

3         Q.   And they would memorialize what was said

4    at that time?

5         A.   Yes.

6              MR. CASTLE:  I'm moving for the admissions

7    of AS, AQ, AR and AT at this time.

8              THE COURT:  Any objection, Mr. Castellano?

9              MR. CASTELLANO:  May I see the exhibits,

10   Your Honor?

11             THE COURT:  You may.

12             MR. CASTELLANO:  Your Honor, I would

13   object to hearsay and also object to the fact that

14   there is redacted information here which may also be

15   pertinent, but the primary reason is these are law

16   enforcement reports which are hearsay.

17             THE COURT:  I'm not going to admit these,

18   so objection sustained.

19             MR. CASTLE:  Thank you, Your Honor.  No

20   other questions, Your Honor.

21             THE COURT:  Thank you, Mr. Castle.  Any

22   other defendant have questions of Mr. Rhoades?

23             MR. SHATTUCK:  Yes, sir, briefly.

24             THE COURT:  Mr. Shattuck.

25             MR. SHATTUCK:  May it please the Court?

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                  201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                          FAX (505) 843-9492
                                                                    1-800-669-9492
                                                          e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1              THE COURT:  Mr.  Shattuck.
 2                   CROSS-EXAMINATION
 3  BY MR. SHATTUCK:
 4       Q.    Are you still Agent Rhoades?
 5       A.    Yes, sir.
 6       Q.    Agent Rhoades, I'm going to show you --
 7  first of all, I'll ask you a question.  In
 8  conjunction with your overall investigation of the
 9  murders, did you request that drug tests be taken
10  from some of the people that lived in those cells?
11       A.    No, I did not.
12       Q.    You didn't do that?
13       A.    No.
14       Q.    Okay.  Did you review any drug tests after
15  or during the course of your investigation?
16       A.    No.
17       Q.    Now, you started this investigation March
18  26?
19       A.    Yes.
20       Q.    And you didn't write your report until
21  June 22; is that correct?
22       A.    I think you're right, yes.
23       Q.    Who is Rich Libicer?
24       A.    At the time, he was a former investigator
25  with me out of my office.
```




SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1        Q.   And you guys -- did you review each
2   other's reports and review the evidence?  Because I
3   notice that he approved your report.  So you're the
4   one who wrote it from everything you had gathered.
5   He reviewed that and then he approved that report?
6        A.   Yes.  Sometimes the sergeant was
7   out-of-pocket, so he assigned somebody to take his
8   place, which included approving reports.
9        Q.   They don't just rubber-stamp those
10  reports, do they?
11       A.   No, they shouldn't.
12       Q.   Now, you started your investigation; you
13  were aimed in a direction as to what had happened
14  and how things had gone.  You continued your
15  investigation, and then you learned from part of
16  that investigation that you needed to go back
17  because there were some things that were wrong.
18  Isn't that correct?
19       A.   Yes.
20       Q.   And I'm not going to go into what was told
21  to you or anything, but I'm going to show you the
22  first page of what's entitled Department of Public
23  Safety cover sheet.  It's Bates stamped 131.
24            MR. SHATTUCK:  May I approach, Your Honor?
25            THE COURT:  You may.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              MR. SHATTUCK:  I just stumbled up here.
 2              THE COURT:  That's fine.
 3    BY MR. SHATTUCK:
 4         Q.   Does that appear to be the first page of
 5    your report?
 6         A.   Of supplement number 5.
 7         Q.   You filed your initial report as well as a
 8    bunch of supplements on that June date; is that
 9    correct?  That's when you published these?
10         A.   I don't remember.  I'd have to look on the
11    supplement reports when they were submitted or
12    written.
13         Q.   At least this report.
14         A.   The original, yes.
15         Q.   Yes, sir.  And that's what this is, the
16    original.  It's a supplement, but -- this is a copy,
17    of course.  But it's a supplement, but it's what you
18    turned in.
19         A.   Yes.
20         Q.   Can you tell me the date of the incident
21    of the death of Mr. Castillo on your report?  Do you
22    need to see it again?
23         A.   I think it was --
24         Q.   Here, I'll bring it to you.
25         A.   It was the 26th.
```

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                           201 Third NW, Suite 1630
Santa Fe, NM 87501                                   Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                     FAX (505) 843-9492
                                                          1-800-669-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE
e-mail: info@litsupport.com

```
 1        Q.    Let's make sure.

 2        A.    Oh, March 25, 2001.

 3        Q.    And the time?

 4        A.    It notes 2200, which would equate to 10:00

 5   p.m.

 6        Q.    So after all this investigation, when you

 7   wrote this report, it was your opinion that the

 8   incident took place March 25 at 10:00 p.m.; is that

 9   correct?

10        A.    I believe so, yes.

11              MR. SHATTUCK:  Thank you.  I have no

12   further questions.

13              THE COURT:  Thank you, Mr.  Shattuck.

14              Anyone else?  Mr. Burke.

15                    CROSS-EXAMINATION

16   BY MR. BURKE:

17        Q.    Agent Rhoades, a handful of questions,

18   some of which may be a bit repetitious.

19   Mr. Castillo was strangled with his own laundry bag;

20   true?

21        A.    Yes.

22        Q.    When you went to get DNA samples, inmate

23   Edward Troup gave you his DNA sample; true?

24        A.    Yes, he did.

25        Q.    The cord on the laundry bag had Angel
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    DeLeon's DNA on it; correct?

2         A.    Yes.

3         Q.    As a result of that, you prepared an

4    affidavit for the arrest of Mr. DeLeon?

5         A.    Yes, I did.

6         Q.    In that affidavit you noted that Dr.

7    Zumwalt concluded, as you just said, that the

8    homicide occurred the evening before March --

9              MR. CASTELLANO:   Objection, hearsay.

10             THE COURT:   I think you can get what he

11   thought at the time without getting into the

12   statements.   Sustained.

13   BY MR. BURKE:

14        Q.    As you just testified, you thought at the

15   time March 25, 10:00 p.m. was the date and time of

16   the homicide?

17        A.    Around 10:00 p.m., 10:00 to 10:30, yes.

18        Q.    And then after you prepared and submitted

19   your affidavit to the district attorney's office,

20   there was no prosecution at that time; is that true?

21        A.    Yes, that's correct.

22        Q.    Then, years later, you prepared a

23   PowerPoint which summarized the evidence again, this

24   time including the statements of Mr. Lujan; is that

25   true?



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   Yes.
 2        Q.   And that was a rather professional -- it
 3   was a 50-page PowerPoint.  You did the very best you
 4   could to summarize in as thorough a way as possible
 5   the evidence that was available at that time.  Is
 6   that a fair statement, sir?
 7        A.   That was the intent, yes.
 8        Q.   And there was no prosecution in 2008; is
 9   that true?
10        A.   That's true.
11        Q.   Or 2009?
12        A.   That's correct.
13        Q.   Or 2010?
14        A.   That's correct to my knowledge, yes.
15        Q.   And all the way up until December of 2015.
16        A.   That's possible.  I don't know the exact
17   date when charges were filed.  Probably somewhere
18   around there.
19             MR. BURKE:  That's all I have.
20             THE COURT:  Thank you, Mr. Burke.
21             Any other defendant have cross-examination
22   of Mr. Rhoades?
23             All right, Mr. Castellano.  Do you have
24   redirect of Mr. Rhoades?
25             MR. CASTELLANO:  Yes, thank you.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1            THE COURT:  Mr. Castellano.
 2                  REDIRECT EXAMINATION
 3  BY MR. CASTELLANO:
 4      Q.   Agent Rhoades, you testified that you had
 5  prepared an arrest warrant and an affidavit in
 6  support of that warrant for Angel DeLeon; is that
 7  correct?
 8      A.   Yes.
 9      Q.   And that's because he's the one person
10  whose DNA matched the crime scene for Mr. Castillo?
11      A.   Yes.
12      Q.   When you talked to Leonard Lujan in 2007,
13  that was consistent with what he told you, wasn't
14  it?
15            MR. CASTLE:  Objection, Your Honor,
16  hearsay.
17            THE COURT:  Sustained.
18  BY MR. CASTELLANO:
19      Q.   Did that surprise you?  In 2007 -- did you
20  have any surprises when you talked to Leonard Lujan
21  in 2007?
22      A.   No, not really.
23      Q.   Did you eliminate Angel DeLeon as a
24  suspect after speaking with Leonard Lujan in 2007?
25      A.   Did I eliminate him?
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                             FAX (505) 843-9492
                                                                1-800-669-9492
                                                        e-mail: info@litsupport.com




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        Q.   Correct.

 2        A.   No.

 3        Q.   When you presented these cases for

 4   prosecution, did you have Eugene Martinez as a

 5   witness in your case?  Eugene Martinez, the same one

 6   involved with the Garza murder.

 7             MR. GRANBERG:  Objection, Your Honor.

 8   Leading question.

 9             THE COURT:  Overruled.

10   BY MR. CASTELLANO:

11        Q.   You can answer, sir.

12        A.   I'm thinking not.  I don't recall having,

13   really, any witnesses other than Mr. Lujan.

14        Q.   What about someone named Manuel Jacob

15   Armijo?  Did you have him as a witness?  Also known

16   as Big Jake?

17        A.   No, I don't recall that.

18        Q.   Did you have anyone named Javier Alonso as

19   a witness?

20        A.   I don't recall that either.

21        Q.   What about Leonard Lujan?

22        A.   Him, I did.

23        Q.   So you had your one witness, then?

24        A.   Yes.

25        Q.   Did you have Leroy Lucero as a witness
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  back then?

2       A.   No.

3       Q.   So did you know what he would say about

4  who was running the prison when he arrived and when

5  he left?

6       A.   No, I don't have any knowledge about that.

7       Q.   And were you aware that he left the prison

8  three days before the murders happened?

9       A.   No, I wasn't aware of it.

10      Q.   If you checked the logs, were you aware of

11 whether or not Billy Garcia arrived at the prison

12 about 18 days before the murders happened?

13      A.   I would if I saw the documentation of

14 that.

15      Q.   And were you aware that Billy Garcia was

16 the highest-ranking member in the prison when he

17 arrived?

18      A.   Later in the investigation, that's what I

19 understood, yes.

20           MR. CASTLE:   That's hearsay, but I'll let

21 it go.

22           THE COURT:   Sustained.

23 BY MR. CASTELLANO:

24      Q.   Now, what types of informants are there in

25 terms of what they're willing to do in terms of

SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                               Albuquerque, NM 87102
(505) 989-4949                                                   (505) 843-9494
FAX (505) 843-9492                                               FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.                                          1-800-669-9492
PROFESSIONAL COURT                                               e-mail: info@litsupport.com
REPORTING SERVICE

1  giving information or testifying?  What's been your

2  experience?

3      A.   Most of the informants I had were

4  confidential, just giving information; they didn't

5  want to get involved, they didn't want to be

6  exposed, but they would give avenues of maybe

7  getting to the point in a different direction,

8  minimizing their part.

9           Some informants were willing to testify

10  for exchange of getting a lighter sentence and

11  charges they had, whatever, something in it for

12  them.  Very few, but some, will come forward and

13  give information and be willing to testify to it.

14      Q.   And why is that, in your experience?

15      A.   A lot of fear, mostly.  They don't want to

16  have retaliation or something happen to them or

17  their family members.

18      Q.   What about in a prison setting?

19      A.   My experience with that -- and I have not

20  developed any informants in the prison -- but a fear

21  factor is a lot, from what I've been told by

22  inmates.

23           MR. GRANBERG:  Objection, Your Honor.

24  Hearsay.

25           THE COURT:  Sustained.  He can give his

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1   experience, but he can't relate what they're telling
 2   him.
 3   BY MR. CASTELLANO:
 4        Q.   You touched on it a little bit, but what
 5   are some of the motivations for people who provide
 6   information?
 7        A.   Some of the motivations is in exchange,
 8   something for them back.
 9        Q.   Are there citizen informants who just do
10   it because they just want to help law enforcement?
11        A.   Yes.
12        Q.   Are there some who get paid?
13        A.   Yes.
14        Q.   Are there some who are just trying to
15   point you in the right direction?
16        A.   Yes.
17        Q.   And when you get that information, what do
18   you have to do with it?  Do you believe it right out
19   of the gate, or do you have to evaluate it?
20        A.   No, for me, if I get information, I prefer
21   it to be substantiated somehow, either by physical
22   evidence or something to shore it up.
23             MR. CASTELLANO:  May I approach the
24   witness, Your Honor?
25             THE COURT:  You may.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1  BY MR. CASTELLANO:

2      Q.   This is marked 19126 at the bottom.   And

3  is this one of the documents you were shown a little

4  bit ago.  Or was yours redacted?

5      A.   The one I looked at was redacted.

6      Q.   Do you see in this report information

7  about Leroy Lucero?

8      A.   Yes.

9      Q.   Can you tell us whether the information

10 from that informant is inconsistent with the

11 information you had earlier about what Leroy Lucero

12 was doing?

13          MR. CASTLE:  I'm going to object, Your

14 Honor.  That can only be answered based on hearsay.

15          THE COURT:  I agree.  Sustained.

16 BY MR. CASTELLANO:

17     Q.   Did you ever see this document beforehand

18 when you were investigating?

19     A.   No, I don't recall seeing it.

20     Q.   So if there are names of other people

21 charged in this case, would that have also assisted

22 you in terms of having leads?

23     A.   Probably so, yes.

24     Q.   And without saying the names, do you see

25 people's names in this document?  Once again,

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   without saying the name, are the names in this
 2   document involving defendants in this case?
 3              MR. BURKE:  Objection, Your Honor.
 4              THE COURT:  Sustained.
 5   BY MR. CASTELLANO:
 6        Q.   So if you had those names, would that have
 7   also furthered your investigation?
 8        A.   Could have, yes.
 9        Q.   Would you consider having those names
10   leads?  Had that information been provided to you,
11   would those also have been considered leads for you?
12        A.   Yes, they would have.
13        Q.   And so you said something about
14   Corrections having its own informants.  What was it
15   that was different from their system versus any
16   informants you had, that you're aware of?
17        A.   Their informants, it's different.  Mine is
18   out on the streets.  They're free to do what they
19   want in different locations.  Theirs are probably
20   more -- obviously more accessible, and a lot more
21   interaction between them.
22        Q.   And do you know, from looking at those
23   reports, what their intent was in giving their
24   information or their motive?
25        A.   No, I don't.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.   For example, could this be somebody who

2  could be an enemy of somebody they named to law

3  enforcement?

4      A.   Yes, it could be.

5      Q.   Without looking at the document which

6  wasn't yours, do you know why the information was

7  provided in any of these documents?

8      A.   What I recalled reading there was, one did

9  not like the other, things like that.

10      Q.   And in 70,000 pages of discovery in this

11  case, do you know how many informants have been

12  listed and/or named?

13           MR. CASTLE:  Could he lay some foundation?

14           THE COURT:  It's just a yes/no.  This is a

15  foundational, so if he doesn't know, he can say he

16  doesn't know.

17      A.   And I don't know.

18  BY MR. CASTELLANO:

19      Q.   In other words, do you have any idea?

20      A.   No.

21      Q.   Are you aware that some of the informants

22  in this case have been named and identified?

23      A.   Yes.

24      Q.   Now, when you have a murder in a pod, such

25  as in this case, do all of the people in the pod

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    immediately become suspects?

2        A.   Yes, that's correct.

3        Q.   And why would that be?

4        A.   They were the ones either in there while

5    the pod was locked down, or they had access to it.

6            MR. SINDEL:  Mr. Castellano, would you

7    mind moving that microphone a little closer to your

8    mouth?

9            MR. CASTELLANO:  Okay.

10   BY MR. CASTELLANO:

11       Q.   So what I want to do, Agent Rhoades -- and

12   I can refresh your memory if you don't have the

13   information right at hand, I'm going to ask you who

14   were the people living in P-1 green pod, which is

15   Frank Castillo's pod.

16       A.   To get them all, I'd have to look at the

17   report for a list of them.  I know -- I can name

18   some of them.  Lawrence Trujillo.  I think Robert

19   Romero was there.  Edward Troup, Joe Gallegos, Angel

20   DeLeon.  I think Chris Pacheco lived in there.

21   Michael Jaramillo.

22       Q.   Did you say Ruben Romero?

23       A.   There could have been a couple of last

24   name Romeros in there.  Ruben was one.  Felix.

25   Victor Felix.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.    And we talked about Frank Castillo

2    already.  Do you know how many Romeros were in that

3    pod?

4    A.    Two, maybe three.

5    Q.    Would it help to refresh your recollection

6    to look at the report for the remaining names?

7    A.    It would.

8         MR. CASTELLANO:  May I approach, Your

9    Honor?

10        THE COURT:  You may.

11   BY MR. CASTELLANO:

12   Q.    Once you refresh your recollection, I'm

13   also going to ask you about the cell numbers where

14   they were located.

15   A.    Okay.  Did you want me to read the names?

16   Q.    Yes, please.  The name and the cell

17   number?

18   A.    Frank Castillo, cell number 2204.  Angel

19   DeLeon, 2207.  Ralph Romero, 1107.  Richard Lopez,

20   2206.  Lawrence Torres, 1104.  Joe Gallegos, 2209.

21   Victor Felix, 22 -- this one I was not sure.  From

22   Corrections, I had 2209 twice, so I don't know if

23   that was his cell or not.  Eddie Garcia, 1101.

24   Robert Romero, 1102.  Edward Troup, 1103.  Gabriel

25   Sanchez, 1108.  Chris Pacheco, 1109.  Michael

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   Armijo, 2203.  And Ruben Romero, 2208.

2        Q.   How many inmates total including

3   Mr. Castillo?

4        A.   There's going to be 14.

5             MR. CASTELLANO:  May I retrieve the

6   exhibit, Your Honor?

7             THE COURT:  You may.

8   BY MR. CASTELLANO:

9        Q.   When you were putting together the

10  timeline about when the homicide may or may not have

11  occurred, I'm going to ask you about a statement you

12  took from Edward Troup.  First of all, do you

13  remember taking a statement from Edward Troup on

14  March 26, 2001?

15            MR. BURKE:  Objection, Your Honor.  Beyond

16  the scope.

17            THE COURT:  Overruled.

18            MR. SINDEL:  May we have a limiting

19  instruction, Your Honor?

20            THE COURT:  Well, I think right now it's

21  just:  Did you remember taking a statement?  So

22  there is no statement.  It's just yes/no.

23        A.   Yes.

24  BY MR. CASTELLANO:

25        Q.   And did you provide him his Miranda

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                 201 Third NW, Suite 1630
Santa Fe, NM 87501                                        Albuquerque, NM 87102
(505) 989-4949                                                   (505) 843-9494
FAX (505) 843-9492                                          FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1   warnings before you took a statement from him?

 2        A.   Yes.

 3        Q.   Did he agree to talk to you?

 4        A.   Yes, he did.

 5        Q.   What I want to ask you is what he told

 6   you, when was the last time he saw Frank Castillo

 7   alive?

 8             THE COURT:  All right.  Now, this question

 9   you are entitled to a limiting instruction.  This

10   can only be used against Mr. Troup.  It can't be

11   used against any other defendant in your

12   deliberations.  You can only use it in your

13   deliberations as to the charges against Mr. Troup.

14   BY MR. CASTELLANO:

15        Q.   If you don't recall, I can refresh your

16   recollection with the report.  So first of all, do

17   you recall what he said?

18        A.   No, I don't.

19             MR. CASTELLANO:  May I approach, Your

20   Honor?

21             THE COURT:  You may.

22        A.   Okay.

23   BY MR. CASTELLANO:

24        Q.   Do you recall what Mr. Troup told you

25   about when was the last time he saw Mr. Castillo?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1        A.    Yes, at around 10:30 in the day room the

2   previous night.

3        Q.    So 10:30 p.m. the night before?

4        A.    Yes.

5        Q.    Were you aware when lockdown was for the

6   night?

7        A.    It was around 10:30 p.m.

8        Q.    You were asked about the requirement to

9   contact OMI.  Do you recall that?

10       A.    Yes, I do.

11       Q.    What was your recollection -- Mr. Sindel

12   was reading something to you.  Did that sound

13   familiar, what he was reading to you?

14       A.    Yes, it did.  I hadn't read that statute

15   in years and years, but it sounded familiar.

16       Q.    Did it sound like it was the statute

17   regarding who should be contacted when there is a

18   death?

19       A.    Sounded like it, yes.

20       Q.    Do you recall who should be contacted?  It

21   was an either/or.

22       A.    Law enforcement or the OMI.

23       Q.    And were you contacted that morning?

24       A.    Yes, I was.

25       Q.    Now you were asked about whether you were
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  looking at a different gang or the same gang.  Do

2  you recall that in terms of who was responsible for

3  the murders?

4       A.   Yes.  I don't recall the word "gang,"

5  but...

6       Q.   And so from your investigation and the

7  leads that you developed, what was your opinion

8  about whether this was done by the same gang as

9  Castillo and Garza or a different gang?

10      A.   Oh, gang, yes.  By the same gang.

11      Q.   When it came to being the case agent and

12 then the crime scene people arriving at the scene,

13 was there a division of labor between you and

14 others?

15      A.   Yes, there was.

16      Q.   What was the division of labor?

17      A.   My function was the investigative side of

18 it, whereas their function was the crime scene,

19 physical evidence side of it.

20      Q.   What were your overall responsibilities as

21 the case agent?

22      A.   Well, to eventually, when things were

23 completed, get evidence reports and information and

24 pull all that together.

25      Q.   Now, in items of committing a crime, would

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  it make more sense to use Mr. Castillo's own laundry

2  bag or someone else's laundry bag?

3          MR. SINDEL:  I object, Your Honor.

4          THE COURT:  Sustained.

5  BY MR. CASTELLANO:

6     Q.   Would that be a good idea, to use your own

7  laundry bag?

8          MR. SINDEL:  Objection.  The same

9  objection.

10         THE COURT:  Sustained.

11  BY MR. CASTELLANO:

12    Q.   If someone else's laundry bag had been

13  used, would you have focused your attention on that

14  person?

15    A.   It would have put them in the spotlight,

16  yes, as the prime suspect.

17    Q.   Earlier you said the name Leroy Lucero was

18  not familiar to you?

19    A.   I didn't recollect it at the time I was

20  asked, no.

21    Q.   Do you know why that is?

22    A.   Yes, I do.

23    Q.   Why is that?

24    A.   During this investigation, there were so

25  many names coming in, some with seemingly substance

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                           201 Third NW, Suite 1630
Santa Fe, NM 87501                                   Albuquerque, NM 87102
(505) 989-4949                                            (505) 843-9494
FAX (505) 843-9492                                   FAX (505) 843-9492



1-800-669-9492
e-mail: info@litsupport.com

1    to it which may have been documented in a report,

2    such as Leroy Lucero; others just didn't really pan

3    out.  But there was so much going on, so many names,

4    it's hard to recollect all of them, even if they are

5    documented in reports.

6              MR. CASTELLANO:  May I have a moment, Your

7    Honor?

8              THE COURT:  You may.

9              MR. CASTELLANO:  Thank you, Your Honor.  I

10   pass the witness.

11             THE COURT:  Thank you, Mr. Castellano.

12             Mr. Burke.

13                  RECROSS-EXAMINATION

14   BY MR. BURKE:

15       Q.   Agent Rhoades, I wanted to clarify what my

16   client said you to.

17             MR. BURKE:  May I approach the witness?

18             THE COURT:  You may.

19   BY MR. BURKE:

20       Q.   Bates 68591.  Is that your handwriting?

21       A.   Yes, it is.

22       Q.   And what he said was, "Last night before

23   count," and then there is a dash, "2230."  Those are

24   your numbers; right?

25       A.   Yes.

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                       (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1     Q.   All right.  He didn't say "Last night

2  before count at 2230"?

3     A.   No.  He probably said 10:30.

4     Q.   Yeah.  Before count.

5          When Lujan spoke to you and anybody else

6  back then, he didn't mention Edward Troup, did he?

7          MR. CASTELLANO:  Objection, calls for

8  hearsay.

9          MR. BURKE:  The Government raised Lujan on

10  redirect.

11          THE COURT:  Overruled.

12  BY MR. BURKE:

13     Q.   He didn't mention Edward Troup, did he?

14     A.   No, I don't think he did.

15     Q.   All right.  And then the prosecutor

16  mentioned the name -- had you testify to the name

17  Lawrence Torres.  He didn't give you his DNA, did

18  he?

19     A.   No, I don't believe he did.

20          MR. BURKE:  Thanks.

21          THE COURT:  Thank you, Mr. Burke.

22          Mr. Sindel, did you have questions?

23          MR. SINDEL:  Just a few.  We've heard that

24  before.

25

SANTA FE OFFICE                                                                    MAIN OFFICE
119 East Marcy, Suite 110                                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                                            Albuquerque, NM 87102
(505) 989-4949                                                                          (505) 843-9494
FAX (505) 843-9492                                                                FAX (505) 843-9492
                                                                                      1-800-669-9492
PROFESSIONAL COURT                                           e-mail: info@litsupport.com
REPORTING SERVICE

```
 1                    RECROSS-EXAMINATION
 2   BY MR. SINDEL:
 3        Q.    Let's go to the statute that he suggested
 4   to you only required an individual to contact you or
 5   the OMI.   Remember that question?
 6        A.    Yes, I do.
 7        Q.    I hate to do this again but let's sort of
 8   go through that statute line by line.   When any
 9   person -- that would be the Department of
10   Corrections, that would be Mr. Burke who just
11   questioned you -- any person; right?
12        A.    Right.
13        Q.    Comes to a sudden violent or untimely
14   death or is found dead and the cause of death is
15   unknown anyone, again any person, any citizen,
16   anybody who becomes aware of the death shall report
17   it immediately to law enforcement authorities or the
18   office of the state or district medical
19   investigator.
20             Does that line and sentence seem to
21   indicate that it is the responsibility of people,
22   anyone who comes across someone who is dead, to give
23   a report either to law enforcement or to the
24   district medical investigator?
25        A.    Yes.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   Okay.  So we have that as part of the
 2   responsibility in the statute.  The public officials
 3   so notified -- that would be law enforcement or the
 4   OMI; right?  The public official so notified?
 5        A.   Yes.
 6        Q.   Shall in turn notify either/or both the
 7   appropriate law enforcement authorities or the
 8   office of the state or district medical
 9   investigator.  Now, does that sentence tell you that
10   whichever of those two entities gets the
11   information, they are to contact the other entity?
12        A.   Yes.
13        Q.   So you're not disputing the fact that
14   someone, whether it was you or Mr. Gonzales or
15   Mr. Duncan or Mr. Supervisor in your department, had
16   an obligation to contact the Office of the Medical
17   Investigator as soon as you knew about it correct?
18        A.   I'd have to look at the statute to see if
19   it says "immediately."  If so, you're correct.
20        Q.   I'll read it to you and if you still need
21   to see it, you are welcome to do it.  "Shall report
22   it immediately."
23        A.   Then you're correct.
24        Q.   I'm not blaming you, because there was a
25   lot of people that were there who had their finger
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    on this case; right?

2         A.   Yes.

3         Q.   But as far as you know, Mr. Castillo's

4    body was there for a good 12 or more hours before

5    anybody from the medical examiner's office walked

6    in.

7         A.   That's correct.

8         Q.   And he could have there been as long as

9    somewhere around 10:00 p.m. or so the night before?

10        A.   Yes.

11        Q.   Okay.  Now, there are certain -- how can I

12   say it -- things that you can do with informants,

13   cooperators, people who are jumping on the gravy

14   train; right?  Collaborators and co-conspirators.

15   There are a certain amount of things you can offer

16   them for incentive; right?

17        A.   Yes, if everything lines out.  I couldn't

18   offer them leniency.  That would, of course, have to

19   come through prosecutors.

20        Q.   So you are limited in what you can offer,

21   and the authorities may be limited to what they can

22   offer.

23        A.   Yes.

24        Q.   Would it be fair to say that most of the

25   time you are working with state authorities?

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                           Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                           FAX (505) 843-9492
                                                                    1-800-669-9492
                                                              e-mail: info@litsupport.com



```
 1        A.   Yes.

 2        Q.   As far as you know, are the state

 3   authorities in a position where they can give

 4   somebody a financial reward or pay them money for

 5   information?

 6        A.   Yes.

 7        Q.   Is it a repeating practice that the

 8   prosecuting attorney for Dona Ana pays people just

 9   for their information or testimony?

10        A.   That -- from their office, I don't know.

11        Q.   Would it be unusual for that office to pay

12   money to people for their cooperation?

13        A.   I would think so.

14        Q.   As far as you know, they named off Eugene

15   Martinez, Manuel Jacob Armijo, Javier Alonso,

16   Leonard Lujan, Leroy Lucero.  Were you in a position

17   to offer them money in order to come forward with

18   testimony?

19        A.   No.

20        Q.   And in those five people I named, were you

21   in a position to say, "Look, if you come forward,

22   we'll cut your sentence"?

23        A.   No.

24        Q.   Were you in a position to say, "If you

25   come forward, we'll just forgive you murders and
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1  assaults and sexual assaults, we'll just forgive
 2  them"?
 3        A.    No, I was not.
 4        Q.    And were you in a position to offer some
 5  of these people complete immunity from their
 6  horrible acts?
 7        A.    No.
 8        Q.    And were you in a position to tell some of
 9  these people, "We can give you a new identity"?
10        A.    No.
11        Q.    And were you in a position to let these
12  people get a new identity and let them walk among
13  us?
14        A.    No.
15        Q.    And in terms of the circumstances, you
16  said he asked you, do you try to seek corroboration
17  of the physical evidence to what some of these
18  collaborators or co-conspirators are telling you?
19        A.    That's correct.
20        Q.    And if they are meeting together in a
21  group, can they then get their story together?
22        A.    They should be able to, yes.
23        Q.    And if they can see what Big Jake said or
24  they can see what Leroy said or they can see what
25  Leonard said, it's possible that they can also try
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                             FAX (505) 843-9492
                                                                 1-800-669-9492
                                                          e-mail: info@litsupport.com



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1  to tune their stories so they ring the same bell?

2       A.   Yes.

3       Q.   That's a danger, isn't it?

4       A.   Well, it would -- to me, it would minimize

5  the credibility of that statement, yes.

6       Q.   And one of the reasons you interviewed

7  every single person separately was to avoid that

8  kind of contamination.

9       A.   Yes.

10      Q.   To avoid that kind of spillover?

11      A.   Yes.

12      Q.   Because that means you couldn't trust the

13 final product.

14      A.   That's correct.

15           MR. SINDEL:  That's all I have.

16           THE COURT:  Thank you, Mr. Sindel.

17           Mr. Castle.

18           MR. CASTLE:  Thank you, Your Honor.

19                    RECROSS-EXAMINATION

20 BY MR. CASTLE:

21      Q.   There were some questions about whether

22 you had access to three different people, one being

23 Eugene Martinez, one being Manuel Jacob Armijo, and

24 the third being from Leroy Lucero; is that right?

25      A.   Yes.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1      Q.   With regards to Eugene Martinez, are you

 2  sure that he wasn't interviewed, or would you like

 3  to look at discovery to take a look?

 4      A.   I may, because I don't remember, for me,

 5  interviewing him.

 6           MR. CASTLE:   If may I approach the

 7  witness?

 8           THE COURT:   You may.

 9  BY MR. CASTLE:

10      Q.   Page 738.  Would I be correct that

11  Mr. Martinez actually was interviewed?

12      A.   Yes, he was.

13      Q.   And that was March 26 at 8:35 p.m. in the

14  afternoon; is that right?

15      A.   Yes.

16      Q.   Do you know whether Manuel Jacob Armijo

17  was even in the prison in March of 2001?

18      A.   No, I don't.

19      Q.   You didn't interview him, though; right?

20      A.   No.

21      Q.   So if he had come up on the radar as

22  someone of some importance in the case, you probably

23  would have interviewed him?

24      A.   Yes.

25      Q.   How many cells were in the pod that you

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    were investigating?

2         A.   I don't recall.  I know it wasn't full.

3    So I don't know, what, 22 total.  I could be wrong,

4    but somewhere around there.

5         Q.   Of the people at least in that pod,

6    inmates Chris Pacheco and Lawrence Torres did not

7    give a DNA sample; is that right?

8         A.   I believe so, yes.

9         Q.   You believe they did, or you believe that

10   they did not?

11        A.   Did not.

12        Q.   When you presented the case, it sounds

13   like despite finger-pointing at various people as

14   potential suspects, the only one that you tried to

15   get charges on was someone who you had DNA evidence

16   on?

17        A.   Yes.

18        Q.   So just people telling you it was this

19   person or that person wasn't enough for your

20   investigation?

21        A.   No.

22        Q.   Now, there were some questions from the

23   Government a few minute ago about the various, I

24   guess, informants that might have been interviewed.

25   Do you recall that?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    Yes.
 2        Q.    Do you recall on June 11, 2001, an inmate
 3   by the name of Toby Romero was interviewed?
 4        A.    No, I don't recall it.
 5        Q.    Does that name sound familiar?
 6        A.    No, I don't recollect it.
 7        Q.    Let me see if I can -- it's been a long
 8   time, so it may be somebody that --
 9              I'll show you a document on my computer,
10   if I could.  Does this appear to be a report from
11   the FBI dated June 11, 2001, or at least a
12   transcript?  Do you see that?
13        A.    Yes, I do.
14        Q.    It's between Special Agent Pedersen and
15   then somebody who is marked as CW?
16        A.    Yes.
17        Q.    Were you aware that -- or are you now
18   aware that Mr. Lucero also went by the name of
19   Smurf?
20        A.    I am now, yes.
21        Q.    This report talks about Smurf, et cetera.
22   Were you even given this transcript by the FBI?
23        A.    No, I don't believe I was.
24        Q.    Are you aware that Mr. Romero is now dead?
25        A.    No, I'm not.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1       Q.   But that would have been somebody that at

2   least you would imagine, the United States

3   Attorney's Office, who you were presenting the case

4   to -- when was it did you present that case?

5       A.   To the U.S. Attorney's Office?

6       Q.   Yes.

7       A.   We did a presentation about it in 2007.

8       Q.   So they certainly would have had access to

9   the FBI interviews and things of that nature.

10      A.   Yes.

11      Q.   And Mr. Romero, for that matter, if they

12  had wanted to?

13      A.   I would think, yes.

14      Q.   And the other informants that were on the

15  documents I showed you that the FBI had interviewed?

16      A.   I would think so, yes.

17      MR. CASTLE:   I have no further questions.

18      THE COURT:   Thank you, Mr. Castle.

19      Mr. Castellano, do you have redirect of

20  Mr. Rhoades?

21      MR. CASTELLANO:   No, Your Honor.

22      THE COURT:   All right.   Thank you

23  Mr. Castellano.

24      All right.   Mr. Rhoades, you may step

25  down.   You are going to be subject to recall, so

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   you'll need to stay outside of the courtroom, but

2   you're free to leave the courthouse and go about

3   your business until when and if you're needed to

4   come back in.

5            THE WITNESS:  Thank you.

6            THE COURT:  Thank you for your testimony.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   UNITED STATES OF AMERICA

2   STATE OF NEW MEXICO

3

4                C-E-R-T-I-F-I-C-A-T-E

5       I, Jennifer Bean, FAPR, RDR, CRR, RMR, CCR,

6   Official Court Reporter for the State of New Mexico,

7   do hereby certify that the foregoing pages

8   constitute a true transcript of proceedings had

9   before the said Court, held in the District of New

10  Mexico, in the matter therein stated.

11      In testimony whereof, I have hereunto set my

12  hand on this 1st day of May, 2018.

13

14      _____

15      Jennifer Bean, FAPR, RMR-RDR-CCR
        Certified Realtime Reporter
16      United States Court Reporter
        NM Certified Court Reporter #94
17      333 Lomas, Northwest
        Albuquerque, New Mexico 87102
18      Phone:        (505) 348-2283
        Fax: (505) 843-9492
19      License expires:  12/31/18

20

21

22

23

24

25

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com