## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,
          Plaintiff

v.                                                      No. 15-CR-04268-JB

ANGEL DELEON *et al*,
          Defendant.

## ENTRY OF APPEARANCE FOR INTERESTED PARTY
## NEW MEXICO CORRECTIONS DEPARTMENT

COMES NOW Kevin L. Nault, Deputy General Counsel, and enters his

appearance for the New Mexico Corrections Department as an interested party in the

above-captioned matter.

RESPECTFULLY SUBMITTED

          /s/
Kevin L. Nault
Deputy General Counsel
New Mexico Corrections Department
P.O. Box 27116
Santa Fe, NM  87502
(505) 827-8690

**Certificate of Service**

I certify that a true and accurate copy of the foregoing was served on all parties

through the Courts CM/ECF system on the date of filing.

          /s/
Kevin L. Nault