

US v. DeLeon, No. 15-CR-4268-JB
Cori A. Harbour-Valdez
to:
Carol_Bevel
05/07/2018 06:55 AM
Cc:
"Armijo, Maria (USANM)"
Hide Details
From: "Cori A. Harbour-Valdez" <charbour@harbourlaw.net>
To: Carol_Bevel@nmcourt.fed.us
Cc: "Armijo, Maria (USANM)" <maria.armijo@usdoj.gov>

1 Attachment



US v Deleon Trial Calendar May 2018 updated 050418.docx

Carol,
Please find attached the updated trial calendar. Both sides have reallocated time based on witnesses being scratched and/or carry-over time from B. Clark and S. Gonzales.
Thank you,
Cori

*Cori A. Harbour-Valdez*
THE HARBOUR LAW FIRM, P.C.
*1522 Montana Avenue, 3rd Floor*
*El Paso, Texas 79902*
T: 915.544.7600
F: 915.975.8036

*Licensed in Texas & New Mexico*

**Texas** *SuperLawyer* **2008-2017**

P Please consider the environment before printing this email.

--------------------
Click below to report this message as spam
for Carol_Bevel@nmcourt.fed.us
Report This As Spam

Trial days=7.0-7.25 hours/day

## May 2018

◀ Apr 2018                                                                                             Jun 2018 ▶

| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|---|---|---|---|---|---|---|
|  |  | 1 | 2 | 3 | 4 | 5 |
| 6 | 7<br>Ruben Hernandez 1.6, 2.0<br>Norm Rhoades .75, 1.5<br>Javier Alonso 2.0, 3.0<br><br>TOTAL 10.85-7.25=3.6 to carry<br>(.6 direct, 3.0 CX) | 8<br>Javier Alonso .6, 3.0<br>Leroy Lucero 1.5, 4.5<br><br>TOTAL=9.6-7.0=2.6 to carry (CX) | 9<br>Leroy Lucero 2.6 CX<br>Michael Jaramillo 1.75, 2.0<br>Fred Quintana, .5, 3.25<br><br>TOTAL=10.1-7.0=3.1 to carry (CX) | 10<br>Fred Quintana 3.1 CX<br>James Mulheron .5, 1.0<br>Gerald Archuleta 1.5, 5.0<br><br>TOTAL=11.1-7.0=4.1 to carry (CX) | 11<br>Gerald Archuleta 4.1 CX<br>Frederico Munoz 1.0, 4.5<br><br>TOTAL=9.6-7.0=2.6 to carry (CX) | 12 |
| 13 | 14<br>Frederico Munoz 2.6 CX<br>Tim Martinez 1.0, 4.75<br><br>TOTAL=8.35-7.25=1.1 to carry (CX) | 15<br>Tim Martinez 1.1 CX<br>John Montano 1.0, 1.75<br>Sammy Griego 1.0, 3.0<br><br>TOTAL=7.85-7.0=.85 to carry (CX) | 16<br>Sammy Griego .85 CX<br>Ross Zumwalt 2.0, 1.5<br>Chris Cupit .75, .75<br>Billy Cordova 1.0, 2.5<br><br>TOTAL=9.35-7.0=2.35 to carry (CX) | 17<br>Billy Cordova 2.35 CX<br>Acee 2.5, 5.0<br><br>TOTAL=9.85-7.0=2.85 to carry (CX( | 18<br>Acee 2.85 CX<br><br>4.15 DEFENSE CASE | 19 |
| 20 | 21<br>DEFENSE CASE | 22<br>DEFENSE CASE | 23<br>DEFENSE CASE<br><br>GOVT REBUTTAL | 24<br>COURT'S INSTRUCTIONS<br>CLOSING ARGUMENTS<br>Govt 3.0 combined<br>Brock 1.5<br>Cori 1.25<br>Jim 2.0 | 25<br>CLOSING ARGUMENTS<br>Jeff 1.25<br>John .75<br>Billy 1.25<br>Lisa 1.0 | 26 |
| 27 | 28<br>HOLIDAY | 29 | 30 | 31 |  |  |

More Calendars from WinCalendar: Jun 2018, Jul 2018, Aug 2018