

US v. DeLeon, No. 15-CR-4268-JB
Cori A. Harbour-Valdez
to:
Carol_Bevel
05/07/2018 10:09 PM
Cc:
"Armijo, Maria (USANM)"
Hide Details
From: "Cori A. Harbour-Valdez" <charbour@harbourlaw.net>
To: Carol_Bevel@nmcourt.fed.us
Cc: "Armijo, Maria (USANM)" <maria.armijo@usdoj.gov>

1 Attachment



US v Deleon Trial Calendar May 2018 updated 050718.docx

Carol,
Please find attached the updated trial calendar.
Thank you,
Cori


*Cori A. Harbour-Valdez*
*THE HARBOUR LAW FIRM, P.C.*
*1522 Montana Avenue, 3rd Floor*
*El Paso, Texas 79902*
*T: 915.544.7600*
*F: 915.975.8036*

*Licensed in Texas & New Mexico*

**Texas *SuperLawyer* 2008-2017**

**P** Please consider the environment before printing this email.


--------------------
Click below to report this message as spam
for Carol_Bevel@nmcourt.fed.us
Report This As Spam

Trial days=7.0-7.25 hours/day

| | May 2018 | | | | | |
|---|---|---|---|---|---|---|
| ◄ Apr 2018 | | | | | | Jun 2018 ► |
| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
| | | **1** | **2** | **3** | **4** | **5** |
| **6** | **7** | **8**<br>Leroy Lucero 1.0, 6.0<br><br>TOTAL=7.0 | **9**<br>John Montano 1.0, 1.5<br>Raymond Rascon 1.0, 1.5<br>Frederico Munoz 1.0, 4.5<br><br>TOTAL=10.5-7.0=3.5 to carry (CX) | **10**<br>Frederico Munoz 3.5 CX<br>Tim Martinez 1.0, 4.0<br><br>TOTAL=8.5-7.0=1.5 to carry (CX) | **11**<br>Tim Martinez 1.5 CX<br>Sammy Griego 1.0, 2.5<br>Chris Cupit .75, .75<br>Michael Jaramillo 1.75, 2.0<br><br>TOTAL=10.25-7.25=3.0 to carry (1.0 direct, 2.0 CX) | **12** |
| **13** | **14**<br>Michael Jaramillo 1.0, 2.0<br>Fred Quintana .5, 3.25<br>Ross Zumwalt 2.0, 1.5<br><br>TOTAL=10.25-7.25=3.0 to carry (1.5 direct, 1.5 CX) | **15**<br>Ross Zumwalt 1.5, 1.5<br>Gerald Archuleta 1.5, 5.0<br><br>TOTAL=9.5-7.0=2.5 to carry (CX) | **16**<br>Gerald Archuleta 2.5 CX<br>Billy Cordova 1.0, 2.5<br>Acee 2.5, 4.5<br><br>TOTAL=13.0-7.0=6.0 to carry (1.5 direct, 4.5 CX) | **17**<br>Acee 1.5, 4.5<br>1.0   DEFENSE CASE<br><br>TOTAL=7.0 | **18**<br>DEFENSE CASE | **19** |
| **20** | **21**<br>DEFENSE CASE | **22**<br>DEFENSE CASE | **23**<br>DEFENSE CASE<br><br>GOVT REBUTTAL | **24**<br>COURT'S INSTRUCTIONS<br>CLOSING ARGUMENTS<br>Govt 3.0 combined<br>Brock 1.5<br>Cori 1.25<br>Jim 2.0 | **25**<br>CLOSING ARGUMENTS<br>Jeff 1.25<br>John .75<br>Billy 1.25<br>Lisa 1.0 | **26** |
| **27** | **28**<br>HOLIDAY | **29** | **30** | **31** | | |

More Calendars from WinCalendar: Jun 2018, Jul 2018, Aug 2018