1

1          IN THE UNITED STATES DISTRICT COURT

2            FOR THE DISTRICT OF NEW MEXICO

3    UNITED STATES OF AMERICA,

4                  Plaintiff,

5        vs.              NO:  CR-15-4268 JB

6    ANGEL DELEON, et al.,

7                  Defendants.

8

9              Transcript of excerpt of

10               OPENING STATEMENTS

11                April 12, 2018

12

13

14

15

16

17

18

19

20

21

22

23

24

25

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2

```
 1            THE COURT:  All right.  Good morning,
 2   everyone.  I appreciate everybody being here and
 3   ready to go.
 4            Let me go over a couple of things with
 5   you.  We do have all the jurors here, so Mr.
 6   Swantner is here.  They didn't report him to be
 7   happy, but he is here.
 8            He told Ms. Wild -- I talked to Ms. Wild
 9   maybe about 10 minutes ago -- she's headed back to
10   Albuquerque this morning -- that he sent a letter to
11   the clerk's office, he says two months ago, that
12   outlined his problems with his work.  I think we've
13   all looked at the questionnaire.  I just can't
14   remember if he had a letter attached or not.  Y'all
15   are shaking your heads "No."
16            Anyway, I think he's re-sent it, so I
17   should have it in a little bit.  I'll look at it.  I
18   don't see any problem with me reading it and
19   distributing it and filing it.  I don't have it
20   right at the moment.  I don't know if Ms. Wild is
21   needing to email it.
22            He then also -- last night, he sent some
23   emails about 6:00 and 10:00 -- Ms. Wild said she
24   skimmed them, and she thinks that probably I should
25   not see those right at the present time -- as you
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    know, Ms. Wild and Ms. Bevel don't share everything

2    that comes their way.  That allows her to talk to

3    y'all, sometimes, and try to work out stuff without

4    it being ex parte.  And the same way with him; I

5    don't know what he's saying.

6            So, again, when we get those emails, I'll

7    have Ms. Bevel look at those.  Maybe, when Ms. Wild

8    gets back up there, they can consult and we can

9    figure out what to do with those.  I don't know any

10   more about it than that.  So we'll see what the

11   letter says, but as we probably know, the emails,

12   we'll kind of have to sort it out and see where he

13   is.

14           Is there anything we need to discuss

15   before we bring the jury in?  Anything I can do for

16   you?  Ms. Armijo?

17           MS. ARMIJO:  Your Honor, I believe that we

18   had requested this to be moved, and we were told to

19   wait for Robert, that he was over there assisting.

20   And we waited, and he left.

21           THE COURT REPORTER:  No, he's right here.

22   He's still here.

23           MS. ARMIJO:  Oh, okay.  So we need it

24   turned around.  We can do it, but we were told to

25   wait.

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                 Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 843-9492                                                 FAX (505) 843-9492
                                                                   1-800-669-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE                                                  e-mail: info@litsupport.com

4

```
 1              THE COURT:  All right.  So Robert is here,
 2  so he can do that while we're talking.  Anything
 3  else from the Government's standpoint we need to
 4  discuss?  Anything else I can do for you, Ms.
 5  Armijo?
 6              MS. ARMIJO:  No, Your Honor.  Thank you.
 7              THE COURT:  How about from the defendants?
 8  Anything you need to discuss?  Mr. Blackburn?  Mr.
 9  Davidson?  How's your wife doing, Mr. Davidson?
10              MR. DAVIDSON:  Thank you, Your Honor.  It
11  looks like April is going to be a better month than
12  March.
13              THE COURT:  I'm so glad.  Good for you.
14  Would you like to be introduced right at the
15  beginning, anything along those lines?  Would you
16  like me to call on you?  What would you like to do
17  on that score?
18              MR. DAVIDSON:  If you'd introduce me, that
19  would be fine.
20              THE COURT:  All right.  I'll indicate that
21  -- do you want me to say anything about why you
22  weren't here?
23              MR. DAVIDSON:  That I had to be in
24  Albuquerque for medical appointments with my wife,
25  would be fine.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1               THE COURT:  All right.  I will try to put

2  it that way.

3               MR. DAVIDSON:  Thank you, Your Honor.

4               THE COURT:  I think everybody else here

5  has been introduced.  I'm going to introduce --

6               MR. BLACKBURN:  I don't know if Mr. Solis

7  was.

8               MR. SOLIS:  I was not.  But whatever your

9  choice is, your Honor.

10              THE COURT:  Well, I saw you yesterday.

11 Did we not --

12              MR. SOLIS:  That's fine.

13              THE COURT:  Let me introduce you, as well.

14              Carol, do you want to get them lined up so

15 they'll be in order?

16              (The jury entered the courtroom.)

17              THE COURT:  All right.  Everyone be

18 seated.

19              Good morning, ladies and gentlemen.  I

20 appreciate you being back and ready to go and on

21 time.  And I appreciate counsel and the parties

22 doing the same.  That's a good way for us to start,

23 by being on time.

24              Before we begin opening arguments, let me

25 introduce you to a few new people.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1            Mr. Blackburn had mentioned to you earlier
 2   in the week that his co-counsel, Scott Davidson,
 3   would be joining him today to represent Mr. Arturo
 4   Garcia.  Mr. Davidson's wife has had some rather
 5   challenging health problems, so he was down there a
 6   little bit earlier in the week with her on some
 7   medical issues.  So we're glad to have Mr. Davidson
 8   with us today.
 9            And also, just one paralegal down from him
10   is Ed Solis.  Mr. Solis was here yesterday and was
11   not introduced as co-counsel with Mr. Granberg for
12   Mr. Christopher Chavez.  So we're glad to have Mr.
13   Solis here.
14            And my law clerk just returned from
15   Washington, D.C., where he was sworn in, and they
16   require him to have an ethics exam.  So he's good
17   and ethical today, after doing his ethical reviews
18   for the D.C. Law.  Brendan Hammond grew up in
19   Albuquerque, went to Albuquerque Academy, then went
20   to University of Denver, then Georgetown Law School.
21   He had a gap year, before he started clerking with
22   me, with a Washington, D.C. law firm.  But now he's
23   back in New Mexico with me for a year, and he's
24   rethinking about going to D.C.  But he's got one
25   foot there and one foot back in New Mexico, so we'll
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   see if green chile wins.

2           All right.  Ms. Armijo, do you have an

3   opening statement for the Government?

4           MS. ARMIJO:  Yes, Your Honor.

5           THE COURT:  Ms. Armijo.

6           MS. ARMIJO:  Counsel.  May it please the

7   Court.

8           THE COURT:  Ms. Armijo.

9           MS. ARMIJO:  Loyalty, honesty, respect,

10  death.  The words of defendant Arturo Garcia, a

11  leader in the Syndicato de Nuevo Mexico.  Those

12  words mean a lot more than just plain words written

13  on a piece of paper that he wrote.  The Syndicato de

14  Nuevo Mexico, or the SNM, as you will hear, is the

15  largest prison gang in the New Mexico Corrections

16  Department history.

17          The SNM is about respect, power, and

18  control.  The only way to ensure that the SNM

19  maintains all those things is through one thing, and

20  that one thing is violence, unadulterated violence

21  that sends a message to all to hear it.  During the

22  course of this trial, you will hear testimony about

23  how the SNM was borne out of one of the bloodiest

24  prison riots in United States history.  In the 1980s

25  it gained in numbers until it eventually became the

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  largest prison gang in New Mexico, controlling the

2  prisons through acts of violence, acts of extortion,

3  and controlling the drugs.

4          The SNM ran the prisons, in part, because

5  of their large numbers.  New Mexico Corrections

6  Department had to do something to try and gain

7  control and get ahold of things.  They created a

8  special security threat group, a special unit

9  designed specifically to deal with prison gangs.

10  They created a system to validate prisons gangs and

11  to officially recognize them as a security threat

12  group.  And the SNM was validated because things

13  were simply out of control.

14          The violence raged on over the decades,

15  and Corrections would do the best they could do to

16  control it, but they were fighting a losing battle

17  as the violence went on.  And the SNM would continue

18  to thrive, building its empire over the years.  Like

19  any organization, it has a structure.  And like any

20  organization, it has fluctuated over time.

21          But throughout the decades, there are

22  certain groups that have always been in:

23  Associates, or non-gang members, who associate with

24  the gang and help the cause.  Prospects, who are

25  persons that are interested in becoming members.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  Soldiers, members that commit the violence, at the

2  request of the leaders, to enforce the rules.

3  Hitters, members that were successful in trafficking

4  drugs in the SNM, for the SNM, and supplying members

5  with drugs, as well, and also using drugs as a means

6  of controlling people, including correctional

7  officers.  Keyholders, and you will hear about

8  persons at different facilities that were in

9  control, calling the shots, so to speak, at each

10 different facility.  And, of course, the main

11 leaders.

12         As with any organization, throughout the

13 years there are always factions, but the main goals

14 of the SNM have never wavered -- respect through

15 violence, and control through drugs.

16         Like any other organization, the SNM has

17 its rules.  For the most part, at least one person

18 has to bring you into the gang and stand up for you,

19 to vouch for you.  You cannot -- cannot -- have been

20 a member of a rival gang in the past.  You have to

21 do work for the gang or earn your huevos, so to

22 speak.  And by that, you have to be willing to

23 commit acts of violence at any time in the name of

24 the gang.

25         This is true even if you are out on the

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  streets.  Just because you are released from custody

2  doesn't mean your membership ends.  You still have

3  to put in work on the streets, whether that be drug

4  activity, such as trafficking drugs to assist the

5  gang; hitting or killing other rival gang members on

6  site; taxing or extorting drug dealers; and making

7  certain that you are not in any way disrespected.

8          Because once you are an SNM Gang member,

9  you are a member for life; blood in, blood out.

10  Which means every reflection on you is a reflection

11  on the gang.  When you become an SNM Gang member,

12  you live by their laws.  They're not society laws.

13  The leaders of the SNM are your Gods, and SNM is

14  your religion, inside and out of prison.

15          And you will also hear testimony that

16  there is no morality in the SNM, other than

17  enforcing their own rules; making sure members

18  adhere to the rules; making sure there aren't any

19  weak links; and making sure nobody disrespects them.

20          Violations of these rules will get you

21  killed.  Cooperation of any type will get you

22  killed.  Being a member of any gang -- being a rival

23  of any gang member gets you killed.  And

24  disrespecting an SNM Gang member, which is a

25  reflection on the SNM, gets you killed.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1          And you will hear testimony that the SNM

2     has no problem enforcing these rules, even if it

3     means you've killed your good friend, your brother,

4     your carnal.  The rules are the rules, and you must

5     pay for any violation, and you will hear that people

6     have paid with their lives.

7          You will hear about four different murders

8     in this case, all committed in the aid of

9     racketeering activity; in other words, in the name

10    of the SNM.  And I believe that during the course of

11    voir dire, you heard a lot about that, how these

12    just aren't regular crimes; they're crimes that are

13    committed in the aid of the racketeering activity.

14    The racketeering enterprise in this case is the

15    Syndicato de Nuevo Mexico.

16         Now, the New Mexico Corrections Department

17    has several facilities all over the state.  You will

18    hear about some of those prison facilities in

19    particular.  There is the Penitentiary of New

20    Mexico, or PNM, up in Santa Fe.  And within PNM,

21    there is a North facility and a South facility.  And

22    there is also the Southern New Mexico Correctional

23    Facility.  Southern New Mexico Correctional

24    Facility, or Southern, is located in Dona Ana

25    County, outside of the city limits, the City of Las

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Cruces limits.  It is really a compound of different

2    buildings, different units that house inmates within

3    that unit.

4            In early March, 2001, defendant Billy

5    Garcia, a leader in the SNM, went to Southern with a

6    mission, to have two members murdered at the same

7    time.  Rolando Garza and Frank Castillo, SNM Gang

8    members, murdered by the hands of their own carnals,

9    strangled to death for alleged violations of SNM

10   rules.

11           Two murders on the same day.  The SNM was

12   sending a message, a message that would be

13   understood by all, a message that said power,

14   respect, and fear.

15           The Paul One Unit and the Ocean One Unit

16   are close in proximity to each other.  They are --

17   and they housed member of the SNM at that time in

18   2001.

19           SNM member Rolando Garza, also known as

20   Looney, discovered in his cell in the Paul One Unit

21   at approximately 8:30 a.m. by correctional officers.

22   He was face down on his bed, made to look like he

23   was sleeping.  Rolando Garza was murdered by SNM

24   members for breaking the rule of belonging

25   previously to a rival gang.  You will hear about how

SANTA FE OFFICE                                                                    MAIN OFFICE
119 East Marcy, Suite 110                                                      201 Third NW, Suite 1630
Santa Fe, NM 87501                                                            Albuquerque, NM 87102
(505) 989-4949                                                                         (505) 843-9494
FAX (505) 843-9492                                                              FAX (505) 843-9492

**BEAN
& ASSOCIATES**, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1   one of their sworn enemies is the Los Carnales.

2          SNM member Frank Castillo, also known as

3   Pancho, discovered in his cell in the Ocean One Unit

4   at approximately 9:00 a.m. by correctional officers,

5   half an hour after Rolando Garza was discovered.  He

6   was in a different unit, lying face down on his bed,

7   with the appearance that he was sleeping.  Castillo

8   was murdered at the direction of defendant Billy

9   Garcia, as well.

10          And as an SNM Gang member, you have the

11  power to make others do what you want; and as an SNM

12  leader at the time, members had to follow his

13  orders.

14          New Mexico State Police was called out.

15  Despite efforts to determine who killed Castillo and

16  Garza no arrests were made in the investigation, but

17  there were a few things that were known for certain.

18  Both were murdered by strangulation, and both were

19  members of the SNM.  And it obviously was a

20  calculated event.

21          The law enforcement got a break in 2007,

22  six years later.  SNM member Leonard Lujan was

23  pleading guilty to killing SNM member Felix

24  Martinez, who was known as Animal.  Martinez had

25  been killed back in the late '90s by SNM Gang

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    members Leonard Lujan, Frederico Munoz, and Manuel

2    Benito on an order that came from the leader of the

3    SNM.  Martinez had been strangled to death.  And

4    that started what would become the MO for the SNM

5    for many years to come, including what happened to

6    Castillo and Garza.

7              Lujan had agreed to meet with law

8    enforcement and provided them with details about the

9    murders in 2001.  Specifically, Lujan told police

10   that defendant Billy Garcia gave him orders to have

11   Frank Castillo and Rolando Garza murdered.  Billy

12   Garcia wanted them killed on the same day, and he

13   wanted them both to be strangled to death.

14             At that time, defendant Billy Garcia, who

15   was known as Wild Bill, was a leader and would be

16   the one who would be able to ensure that the rules

17   would be followed, that the hits would occur.

18             And so in March of 2001, when defendant

19   Billy Garcia made his way down from -- down to

20   Southern from the Penitentiary of New Mexico, he did

21   exactly what he wanted to do.  He did exactly what

22   he needed to do.  He told Leonard Lujan to ensure

23   that Frank Castillo and Rolando Garza were killed

24   and needed to be killed by strangulation.  So the

25   orders went out, and hit teams were assembled.

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                      Albuquerque, NM 87102
(505) 989-4949                                                (505) 843-9494
FAX (505) 843-9492                                        FAX (505) 843-9492

**BEAN**
**&ASSOCIATES**, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1          Rolando Garza was killed by Eugene

2     Martinez, defendant Allen Patterson, and defendant

3     Christopher Chavez, in his cell.  And Frank Castillo

4     was killed by Angel DeLeon, defendant Joe Gallegos,

5     and defendant Edward Troup.  You will hear from the

6     medical examiner that both homicide victims were

7     killed from strangulation.

8          On Father's Day, June 17, 2007, SNM member

9     Freddie Sanchez, also known as Fred Dawg, was

10    incarcerated in the 1-A pod of Southern New Mexico

11    Correctional Facility.  He was found dead that day.

12    Freddie Sanchez had been left on his bed, after

13    being strangled, with the appearance he had been

14    sleeping.

15         Defendant Arturo Garcia, also known as

16    Shotgun, a leader in the SNM, had called the hit.

17    He wanted Freddie Sanchez to be killed.  A one-time

18    leader in the SNM, it was believed that Freddie

19    Sanchez had violated the SNM rule of providing

20    information to law enforcement.  For this, he was

21    killed by the SNM.

22         By this time in 2007, in order to kill a

23    member based on cooperation, you needed paperwork.

24    You needed proof that someone was actually

25    cooperating with law enforcement, to murder them.

SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                                Albuquerque, NM 87102
(505) 989-4949                                                              (505) 843-9494
FAX (505) 843-9492                                                  FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1   So the paperwork was sent to Ben Clark, also known

2   as Cyclone, an inmate at Southern.  Clark was a

3   member of the SNM who had a position with SNM that

4   enabled him to make certain that defendant Arturo

5   Garcia's orders were in fact carried out.

6           And they were carried out on that weekend

7   by defendant Edward Troup, who is also known as

8   Huero Troup, Javier Alonso, who is also known as

9   Wineo.  Freddie Sanchez was strangled to death,

10  again at the hands of his alleged carnals, while

11  Ruben Hernandez covered the camera.  Freddie

12  Sanchez's body wasn't discovered until late Sunday

13  morning.

14          And so six years after the Castillo and

15  Garza murders, the SNM used strangulation once again

16  to send a message to all.

17          But the importance of power and respect of

18  the SNM is not limited to the prison walls.  It

19  extends to the streets, which means that violence

20  that is needed -- that is needed for the respect and

21  power extends to the streets.  Which brings us to

22  some of the remaining counts.

23          Adrian Burns.  On November 12 of 2012,

24  Adrian Burns was a drug dealer in the Belen and Los

25  Lunas area, and he supplied drugs to defendants Joe

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  and Andrew Gallegos.  Specifically, he commonly

2  supplied them with heroin.  His body was found dead

3  near a river.  The vehicle he was driving had been

4  torched, and his body was found outside of it on the

5  ground, partially burned and handcuffed.

6         Prior to being murdered, Burns was not

7  happy with the fact that defendants Joe and Andrew

8  Gallegos owed him money for the drugs that he had

9  been selling them.  And he even told a friend of

10 theirs, just two days before he was killed, to stop

11 buying drugs on their behalf.  Little did he know

12 that by disrespecting defendants Joe and Andrew

13 Gallegos, both SNM Gang members, would be a death

14 sentence to him.

15         On Monday, November 12, 2012, in the

16 evening, Adrian Burns left his home to go to the

17 Gallegos residence in Los Lunas to pick up money

18 that they owed him and to deliver drugs to them.

19 This was highly unusual, because Burns would never

20 go to the Gallegos residence to do any type of drug

21 transaction.  Normally, they would meet in public

22 places.  So it was something that was very unusual.

23         But Adrian left and was never seen again

24 alive.  His girlfriend, Amber Sutton, was worried

25 about him.  She started calling him frantically that

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   night, to no avail.  And her worst nightmare came
 2   true.  She heard about a car that was on fire, in
 3   the news, and she eventually drove to the scene.
 4   Her car, that Adrian had left in that night, had
 5   been torched, and Adrian was dead, his body
 6   partially burned and handcuffed.
 7          The medical examiner determined that
 8   Adrian died of a gunshot wound to the head and that
 9   his body was burned after he had been killed.  The
10   investigation also revealed that Andrew Gallegos had
11   bought gasoline in the evening, and that after
12   Adrian was murdered, they were both bragging about a
13   movida, or a move that they had done, and they were
14   giving out drugs and money in celebration.
15          The Gallegos brothers went on the run, and
16   they were eventually arrested in Albuquerque a few
17   weeks later at a motel, in early December.  Both
18   Gallegos brothers were interviewed by New Mexico
19   State Police, and they both admitted that Adrian
20   Burns had been over at their house that evening.
21   Adrian Burns, unfortunately, had committed the crime
22   of disrespecting defendants Joe and Andrew Gallegos,
23   SNM members, and he paid for it with his life.
24          On March 15th of 2015, SNM Gang member
25   Jose Gomez was chased down by defendant Joe
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  Gallegos.  Prior to this, defendant Joe Gallegos

2  told Jose Gomez that he had put a green light out on

3  him by the S.  And you will hear that the SNM is

4  sometimes referred to as the S.  A green light is an

5  order that means to hit, to kill somebody, or to

6  badly beat up.  In most instances, it means to kill.

7        Defendant Joe Gallegos had felt

8  disrespected by Jose Gomez.  And Jose Gomez, who

9  himself was a member of the SNM, had challenged him

10  and told him that he would need to get approval;

11  that he didn't have the power to do that.  But Joe

12  was insistent that he needed to be hit.  The dispute

13  was over something trivial in the eyes of Jose

14  Gomez, but not to defendant Joe Gallegos, and he

15  used the power of being an SNM member to get it

16  done.

17        And eventually, it would get done, as far

18  as him being attacked.  Jose Gomez was stabbed in

19  the hand by Joe Gallegos, but he managed to escape

20  from him.  And that was on March 15th of 2015.

21        Defendant Joe Gallegos was arrested on

22  this case on December 3rd of 2015.  The charges were

23  related to his activities in the SNM.  Specifically,

24  he had been charged with a violent crime in aid of

25  racketeering murder of Frank Castillo that had

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   happened in 2001, which caused a great deal of

2   concern for him, so much so that he wanted to try

3   and mitigate any damage that Jose Gomez would do to

4   him, especially as it related to his federal charge.

5           And so on February 27, 2016, Jose Gomez

6   was attacked by defendant Joe Gallegos' associate.

7   Brandy Rodriguez, who was like a daughter to Joe

8   Gallegos, Paul Rivera, who was known as Oso, and

9   Santos Gonzalez, the three of them went to the house

10  that Joe Gallegos was at, armed with a machete and a

11  baton, to kill Jose Gomez.

12          After being told by Shauna Gutierrez, who

13  was then, at that time, defendant Joe Gallegos'

14  girlfriend, where he was located -- and, in fact,

15  they even borrowed her vehicle to go to the

16  location -- the three took a machete specifically to

17  use on Jose Gomez, and it was used on his head.

18  They told him, "The S has a green light on you, and

19  you are fucked if you go back to the pita, and you

20  better not testify against Joe Lawrence."  They also

21  told him, "This is for my jefe."

22          Fortunately, Jose Gomez was able to escape

23  from the vicious attack.

24          So in this trial, you will hear about the

25  violence that the SNM thrived on.  You will hear how

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  it was a necessary evil to obtain their power, their

2  control, and, most importantly, to be respected by

3  all.  You will be deciding whether these defendants,

4  all SNM Gang members, are guilty of committing

5  violent crimes in aid of racketeering; in other

6  words, committing these violent acts to increase or

7  maintain their position within the SNM.

8         In proving the Government's case, you will

9  hear from a variety of witnesses.  You will hear

10  from law enforcement investigating the crimes,

11  witnesses to the events, and from several SNM Gang

12  members, numerous SNM Gang members.

13         Some of these gang members have been

14  charged, along with the defendants, by the federal

15  government and have pled guilty.  And no doubt, as

16  you heard in voir dire, they are hoping that by

17  assisting the Government in this case, they will

18  receive some type of leniency by the Judge

19  sentencing them.  And some of them, it has been

20  difficult to leave old habits such as using drugs.

21  Leaving that old lifestyle is difficult.

22         But you will be the judges of the evidence

23  in this case.  You will be the ones to compare

24  everything that you hear, everything that you see,

25  and review all the evidence to determine the facts

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    in this case.  At the end, we will ask you to hold

2    the defendants liable for the crimes they have

3    committed, and we will have proven these charges

4    beyond a reasonable doubt.  Loyalty, honesty,

5    respect, death.

6              THE COURT:  Thank you, Ms. Armijo.

7    Before, I should have asked:  Does either side wish

8    to invoke the rule in this case?

9              MR. SINDEL:  Yes, Your Honor.

10             THE COURT:  All right.  It's a rule of law

11   that witnesses may be excluded from the courtroom so

12   that they cannot hear the testimony of other

13   witnesses.  This rule does not apply to parties or

14   expert witnesses.  The rule of exclusion has been

15   invoked in this case, and all witnesses to whom the

16   rule applies will be required to remain outside the

17   courtroom until they are called to testify.

18             Witnesses excluded from the courtroom

19   should not discuss with other witnesses their

20   testimony before they or the other witnesses

21   testify, but they may discuss their testimony with

22   the lawyers.

23             All right.  Mr. Castle, do you have an

24   opening statement for Billy Garcia?  Mr. Castle.

25             MR. BLACKBURN:  Your Honor before Mr.

SANTA FE OFFICE                                                                    MAIN OFFICE
119 East Marcy, Suite 110                                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                                         Albuquerque, NM 87102
(505) 989-4949                                                                       (505) 843-9494
FAX (505) 843-9492                                                           FAX (505) 843-9492
                                                                                   1-800-669-9492
                                                                             e-mail: info@litsupport.com

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1   Castle starts, we're having monitor problems over

2   here.

3            THE COURT:  Let me see if I can get Robert

4   in here to work on that.  Is he here?  We'll get him

5   in here.  Mr. Castle.

6            MR. CASTLE:  May it please the Court.

7            THE COURT:  Mr. Castle.

8            MR. CASTLE:  Counsel for the Government.

9   Counsel for the co-defendants.  Billy Garcia, one of

10  the defendants.  We respect the families of Mr.

11  Garza and Mr. Castillo, and the jury.

12           My name is Jim Castle.  I am one of the

13  attorneys for defendant Billy Garcia who you just

14  heard about and who the Government is accusing of

15  two violent murders.  A lot of what I'm going to

16  talk about is the same things that Ms. Armijo just

17  got done talking about.  There's lots that are not

18  in dispute in this case.

19           The murder happened 17 years ago.  And

20  you're going to hear why it took so long, if ever,

21  to charge people.  It happened on the same exact

22  date, at the same exact time, at the Southern New

23  Mexico Correctional Facility.  The two bodies were

24  found the next morning.  They had the exact same

25  manner of death.  It was strangulation.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1         Mr. Castillo was found in the green pod.
2    He was an SNM member.  And the reason I show you, he
3    has the initials of SNM.  That's Mr. Castillo.
4    That's a part of him.  And you're going to see worse
5    pictures, unfortunately.
6         Mr. Garza was found in the yellow pod.  He
7    was also strangled, and he also had the markings of
8    an SNM member on his body.
9         They were both found in almost an
10   identical fashion.  They weren't found exactly like
11   this.  I think some of the sheets may have been
12   pulled up over them to kind of hide things from the
13   corrections officers.  The perpetrators of these
14   murders were trying to hide it as long as possible.
15        They're both exact same cause of death,
16   ligature strangulation.  A ligature is something
17   that cuts off your breathing.  Oftentimes, it causes
18   death, not necessarily by cutting off the breathing,
19   but by other actions that you might hear about from
20   the pathologist in this case.
21        The New Mexico State Police were assigned
22   to the investigation, and they did an extremely
23   thorough job.  You will hear about what they did,
24   and how they went about their work.  During the
25   autopsy they took fingernail scrapings, and the

SANTA FE OFFICE                                                MAIN OFFICE
119 East Marcy, Suite 110                                      201 Third NW, Suite 1630
Santa Fe, NM 87501                                             Albuquerque, NM 87102
(505) 989-4949                                                 (505) 843-9494
FAX (505) 843-9492                                             FAX (505) 843-9492
                                                               1-800-669-9492

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE                                              e-mail: info@litsupport.com

 1  reason they do that is because oftentimes when
 2  people are being attacked, they struggle and will
 3  scratch their perpetrators.  They did DNA swabbings.
 4  Y'all have probably heard about DNA.  You're going
 5  to hear more about it in this trial.  And the reason
 6  they take DNA swabbings is to see if someone has
 7  been in contact, physical contact with somebody, so
 8  they can identify who it is that's the perpetrators.
 9            They process these cells for trace
10  evidence.  Trace evidence can be anywhere from like
11  a hair.  If someone is struggling with someone while
12  they're in the process of killing them, they may --
13  they have loose hairs.  We all know when we brush
14  our hair and comb our hair in the morning -- some of
15  us, when we're older, we have a little bit more hair
16  in our brush.  But that can fall off while we are
17  struggling with someone.  And they processed it for
18  that, as well.
19            And the analyses, what they did was, they
20  went and they got the DNA samples of anybody who
21  were in the two cell blocks that were -- that could
22  have possibly done this.  Because when you hear
23  about the prisons, they have different areas,
24  different cell blocks.  They're often called pods.
25  And they keep different inmate groups in different

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  pods.  They shut doors at night, and nobody comes in

2  and out except for corrections officers.

3          So they knew that whoever committed these

4  murders was likely to have been in those pods.  So

5  they got the DNA of all those individuals, and they

6  then -- in fact, all the individuals that are on

7  trial here, they compared that DNA to the evidence

8  that the police, that the New Mexico State Police

9  found, and absolutely none of it matches any of the

10  defendants that are on trial here.

11          They interviewed corrections officers,

12  because corrections officers are there for a number

13  of reasons.  They're there to protect, they're there

14  to keep the peace, and they're there to observe.  So

15  if something happens wrong, and there is a trial,

16  they can come in here and testify.  But also, so

17  they can report it.  They have reports that they are

18  required to fill out, especially after something

19  like this.  You can imagine.  And they fill those

20  out.  And none of the corrections officers reported

21  seeing any of these defendants doing anything

22  unusual, pointing towards their involvement.

23          And, in fact, what you're going to find

24  out in this case is there is absolutely no

25  corroboration.  What I mean by "corroboration" is

SANTA FE OFFICE                                                                    MAIN OFFICE
119 East Marcy, Suite 110                                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                                            Albuquerque, NM 87102
(505) 989-4949                                                                        (505) 843-9494
FAX (505) 843-9492                                                              FAX (505) 843-9492
                                                                                    1-800-669-9492



1    facts that prove what someone says, as opposed to

2    just their words.  There will be no evidence

3    whatsoever that corroborates the theory that the

4    Government just told you.

5            Now, there was corroborating evidence that

6    indicated this was an SNM murder.  Now, one would

7    think that if you found two members of a prison gang

8    dead, that it might be another prison gang that

9    committed the murders.  But what the New Mexico

10   State Police realized is that that wasn't the case.

11   Because what happens, if that happens, is that then

12   there is a gang war, because one gang doesn't just

13   let that happen to their people.  They retaliate.

14           There was no retaliation, so that was one

15   of the things that properly led the New Mexico State

16   Police to the conclusion that this was an SNM murder

17   of their own, two of their own members.

18           If I could have a little help?  There's

19   apparently some kind of marking.  Maybe my hands

20   were flying around, I think.  I'm an Irish guy, and

21   usually I don't move my hands that much; but I'm

22   married to a Cuban woman, and I've learned over the

23   years to kind of move my hands around a little bit.

24   Well, I'm sure you can overlook that.  It's a little

25   color we can all use in our lives.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              There was other things they learned.  They
 2    believed that Mr. Castillo, one of the victims, held
 3    a high rank within the SNM organization and
 4    facility, and there was a possibility he was killed
 5    as a rival who wanted to eliminate competition.
 6              What you're going to hear about the SNM
 7    is, they're not all -- you can't paint with a brush;
 8    you can't take that brush and paint all SNM members
 9    the same.  It's just done -- I mean, you're going to
10    hear there's over 1,000 SNM members over the years.
11    There's not 1,000 murders, believe me.
12              But what you are going to hear is that
13    there were rivalries within the gang, because some
14    people wanted to be a higher person, just like in
15    Game of Thrones or things that we see, and we read
16    about in fiction, and in actual real life.  There
17    are rivalries that happen within a gang.  And Mr.
18    Castillo held a high rank, and so that was one of
19    the reasons that it looked like this might be an
20    SNM-related murder.
21              Both Mr. Garza and Mr. Castillo were
22    critical of the current leadership at the Southern
23    New Mexico Correctional Facility.  And you're going
24    to hear about the leaders in a few minutes.  But
25    they were critical.  Just like any organization,
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                      Albuquerque, NM 87102
(505) 989-4949                                                  (505) 843-9494
FAX (505) 843-9492                                         FAX (505) 843-9492

**BEAN**
**& ASSOCIATES,** Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

 1    there are people that don't like the way things are

 2    being run, they don't like the leaders, and they

 3    want to be the leaders, and they want to run things.

 4              They also learned that Mr. Garza

 5    apparently had -- at least the rumor was, around the

 6    time, Mr. Garza had formerly been a member of a

 7    different gang, Los Carnales.  And that's a no-no in

 8    all the prison gangs.  You have to choose one or the

 9    other; you can't be both.  And the reason is that

10    the gang members worry that you're not really loyal

11    to them; that you're loyal to someone else.

12              And there was rumors that Mr. Castillo was

13    what was called a snitch.  And I use that word not

14    because I'm trying to be derogatory.  That was the

15    term that the inmates were using at the time.  So

16    all of these facts led the New Mexico State Police

17    to the proper conclusion that it was likely to have

18    been an SNM murder or pair of murders committed by

19    an SNM member or a series of members.

20              Now, they also knew that there had been a

21    recent split, a very deep split in the SNM between

22    followers of a person you're going to get to see

23    here in this Court as a witness for the Government,

24    an individual by the name of Gerald Archuleta.

25              And I have to apologize for the quality of

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  our photos.  Our photos come from photocopies that

2  the Government provides, and so they may have a

3  better picture of him later, but I have to

4  apologize.

5           But there had been a recent split.  In the

6  summer of 2000, so approximately six months prior to

7  these pair of murders, Mr. Archuleta was in prison

8  on a new -- or put in jail on a new crime that he

9  had committed.  And at the same time, Julian Romero,

10 the other big leader in the SNM at the time, he got

11 out and he stayed with Mr. Archuleta's wife, and

12 they became romantically involved.  And Mr.

13 Archuleta wasn't just unhappy; he was intent on

14 murdering Julian Romero.

15           And that rivalry, that split, didn't just

16 stay between Gerald Archuleta and Julian Romero.  It

17 split the SNM.  Those that were loyal to Mr. Romero

18 went one way; those that were loyal to Mr. Archuleta

19 went the other way.  And Mr. Archuleta and his gang,

20 group of gang members you'll hear about, wanted to

21 eliminate and kill Julian Romero and his followers.

22           Mr. Garcia, Billy Garcia, this man over

23 here, was an SNM member.  And I say "was" because he

24 isn't now.  And he was a follower of Julian Romero

25 at the time these murders happened.  That's not

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1  going to be in dispute.
2           The New Mexico State Police took all the
3  evidence they collected, all the information, and
4  all the reports, all the interviews, everything they
5  had, and they went to the district attorney, Susana
6  Martinez -- who is not in that role anymore; she's
7  governor -- and she looked it over, and after
8  reviewing all the evidence, her office declined to
9  prosecute, based upon lack of evidence and inability
10 to convince any jury of anyone's guilt.
11          In 2001, the FBI actually got involved in
12 looking into these two murders, and the reason is,
13 the FBI, part of their charge is not only to look
14 solely upon what we normally consider federal
15 concern, such as terrorism and things of that
16 nature, but also prison gangs or any kind of
17 organized gang.  That is one of their charges, and
18 it's a proper charge.
19          And they started looking into this, these
20 pair of murders, along with other actions and
21 activities of the SNM prison group.  And they didn't
22 just work alone.  They worked in concert with local
23 and state authorities, and they formed necessary
24 task forces.  You'll find out that the FBI has task
25 forces -- I'm sorry, I stumbled on the words a
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  little bit -- all over the country, where they work

2  with local and state officials cooperatively to try

3  to solve problems that are both a state and federal

4  concern.  And so they had one that was down here in

5  Las Cruces, and they also had one up in Albuquerque.

6  Both of them worked to some degree, off and on, from

7  2001 to the present on these two murders.

8          Ms. Armijo is correct.  In 2007 there was

9  a new development, and what it was is that there was

10  a cold case.  It was a really ugly murder that

11  happened up in one of the jails up in Albuquerque,

12  and it was a very similar murder.  It was a

13  strangulation of a person by the name of Felix

14  Animal Martinez.  Animal was his nickname, and we

15  often use these nicknames.  You heard the Government

16  read a bunch of people they were going to call, and

17  they had a nickname in the middle.  They weren't

18  trying to be derogatory to these individuals, nor am

19  I.  It's because a lot of the witnesses will only

20  use that name, so we will constantly put those in

21  there.

22          A lot of these names are going to be hard

23  for you to understand, because you're going to be

24  hearing hundreds of names, so you'll need

25  assistance.  I don't mean anything derogatory by

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  putting in that name.

2          Mr. Felix Martinez was murdered back in

3  1998.  So here, nine years later, the Albuquerque

4  police were still willing to try to figure out who

5  killed this person.  Mr. Martinez was an SNM Gang

6  member, just like Mr. Castillo and Mr. Garza.  The

7  cause of death for him was ligature strangulation.

8          And in 1998 you'll hear that this was a

9  new kind of form of murder that they hadn't seen in

10  the prisons or the jails before.  It was a new kind

11  of way of killing.  And it was this ligature

12  strangulation, just the way Mr. Castillo and Mr.

13  Garza were killed three years later.

14          And they concluded there must be a link

15  there, a link between the murder that happened in

16  1998 and the two in 2001.  And they were right.

17          So what happened is, they developed an

18  informant, someone at the jail who -- that was a new

19  development, is they developed an informant who says

20  that there were two other SNM leaders, an individual

21  by the name of Leonard Lujan.  I think you saw a

22  picture, a little clearer picture when the

23  Government presented theirs.  We're going to try to

24  talk about folks and put their picture up so you can

25  try to remember who it is.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1          But this informant told them that Mr.

2    Lujan and a person by the name of Frederico Munoz,

3    also known as Playboy -- that was a nickname he gave

4    himself -- that they had murdered Mr. Martinez.  But

5    there was a problem.  I'll go back here a second.

6          Mr. Munoz, the one here on your left, had

7    already been working with the Albuquerque police as

8    an informant.  He was one of their informants.  So

9    here, they had evidence that one of their informants

10   they'd been working with had murdered someone in

11   1998.  That was a problem.  And this was -- Mr.

12   Munoz not only was an informant, but he wanted to

13   continue to work for the FBI.  He wanted to work for

14   not just the state, or the police, but the Federal

15   Bureau of Investigation, and he met with FBI

16   officials.

17         Now, the problem here that you're going to

18   hear is that when someone begins to work with either

19   the state or the federal government and police

20   agencies, they're required to sign a contract or at

21   least make a verbal agreement about that they're not

22   only going to provide information; they're going to

23   stop committing crimes, and they're not going to --

24   you know, they also have to come clean on anything

25   that they have done.  You have to spill your beans.

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                           (505) 843-9494
FAX (505) 843-9492                                             FAX (505) 843-9492
                                                                        1-800-669-9492

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE                               e-mail: info@litsupport.com

1  Okay?

2          Well, obviously Mr. Munoz hadn't spilled

3  the beans, because he started working for the FBI,

4  or at least the state officials, in 2002, and hadn't

5  told them that four years earlier he had killed

6  Mr. Felix Martinez.  So this was a problem.

7          And it was an even bigger problem because

8  the FBI had interviewed Mr. Munoz back in 2002, and

9  what they had in their reports is that Mr. Munoz

10 lies to them, and he shifts the blame to somebody

11 else.  He says that Mr. Felix Martinez was

12 strangled, and that the hit came from somebody by

13 the name of Milan, last name unknown -- LNU, that's

14 what that stands for -- and that he was carried

15 through -- it was carried through by three

16 individuals.  One individual held Martinez down

17 while the other two strangled him.  Mr. Frederico

18 Munoz says he didn't witness it, but heard rumors.

19         Now, you're going to find out that this is

20 a murder that Mr. Munoz committed himself, and

21 you're going to hear his own words here in a minute,

22 or read his own words.  And here he is -- when he

23 talked to the FBI, he lied and pointed the finger at

24 someone else, somebody by the name of Mr. Milan, who

25 luckily was never prosecuted based on the word of

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                           Albuquerque, NM 87102
(505) 989-4949                                                    (505) 843-9494
FAX (505) 843-9492                                          FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1  Mr. Munoz.

2          So at that point they go back to their old

3  informant, Mr. Munoz, and tell him -- you know, ask

4  him, "Did you commit the murder?"  And then they

5  went to Leonard Lujan, "Did you commit this murder

6  of Mr. Martinez?"

7          Because they only had an informant at this

8  point.

9          Both of them said, "No, no, I didn't do

10  it.  I didn't do it."

11          And they go back, and they talk to another

12  witness at the jail, a man by the name of Mark Lugo,

13  and you're going to get to hear from him.  Mr. Lugo

14  is not in very good health, he's near death, but he

15  wants to have his story told.  And he wasn't

16  affiliated with the SNM.  He was just a person in

17  the jail who had done something wrong; I'm not sure

18  what.  But he was doing his time.  But he happened

19  to have been put in the same cell with Leonard

20  Lujan, and he was there when Felix Martinez was

21  murdered.

22          And he tells the police, "I know who

23  killed Mr. Martinez.  I know my roommate, my

24  cellmate at the time, Leonard Lujan, was part of it.

25  I heard it.  I heard it happening.  Mr. Lujan came



1   back to our cell and thought I knew that he had

2   killed or participated in the killing of Mr.

3   Martinez, and he threatened me not to tell."

4           He not only did that.  To show Mr. Lugo

5   that he was serious, he raped him and told him more

6   of that was coming.

7           When the police talked to Mr. Lugo in

8   2007, the reason he came forward was because, if you

9   notice, the police had gone to talk to Lujan and

10  Munoz at the jail and asked if they did it, and they

11  denied it.  Well, that triggered something in Mr.

12  Lujan's brain.  Somebody must be talking.  Somebody

13  must have said it.

14          And he went right back to Mr. Lugo, who

15  was again back in jail at the same time, not

16  cellmates anymore.  And he goes up to Mr. Lugo and

17  says, "You're snitching on me, you must have been

18  the one," and scared Mr. Lugo.  That's why he came

19  forward.  He had kept his secret all these years

20  because he was deathly afraid of Mr. Lujan and his

21  cohorts.

22          As I said, Mr. Lujan confronts him and

23  tells him, "Remember what happened to you the last

24  time.  It will happen again if you talk."  So

25  Mr. Lugo goes to the police.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1          So the police go and talk to Munoz.  He

2    had been their informant before.  Actually, before

3    they talked to him, they went and tested the bed

4    sheets that they originally had pulled from the cell

5    in 1998, and they put it to the test of some new DNA

6    analysis.  DNA analysis has developed over time.

7    It's gotten better and better and better.

8          And they found out that they had a match

9    to Mr. Munoz and Mr. Lujan.  Because the word of Mr.

10   Lugo wasn't enough, or the previous informant wasn't

11   enough; they wanted hard evidence.  And they went

12   back and tested it.  And guess what?  What Mr. Lugo

13   told them was the truth.  What the previous

14   informant told them was the truth.  Mr. Munoz's and

15   Mr. Lujan's DNA was on the sheets that were used to

16   strangle Felix Martinez.

17          So they go back.  The police believed

18   there were at least three people involved in the

19   killing of Mr. Martinez.  They wanted all three.

20   Who blames them?  You want all three that committed

21   a murder like that.  And so they go back and they

22   talk to Munoz, and they say, "Look, we'll give you a

23   deal." Mr. Munoz was already serving a very long

24   sentence.  So they said, "We'll give you what's

25   called a concurrent deal, which means the jail time

SANTA FE OFFICE                                                                    MAIN OFFICE
119 East Marcy, Suite 110                                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                                          Albuquerque, NM 87102
(505) 989-4949                                                                      (505) 843-9494
FAX (505) 843-9492                                                              FAX (505) 843-9492

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1  served on the murder, or whatever your new charge

2  is, runs the same length, the same time as the

3  other."

4         And they told Mr. Munoz, "We've got the

5  DNA on you.  We already know you did it.  Now will

6  you talk?"

7         And Munoz saw his opportunity.  He cut a

8  deal for his concurrent deal, and he talks to them.

9  And he slowly, but not at first, implicates Mr.

10  Lujan.  He starts saying, "I did it, but I'm not

11  going to want to tell you who else did it."

12         But that wasn't good enough for the

13  Albuquerque police, and it shouldn't have been.

14  They wanted the other two.  And he eventually talked

15  to them, and during that interview in 2007, they

16  told Mr. Munoz once again, "You've got to come

17  clean.  You've got to tell us everything you know

18  about the crimes, different events."

19         He doesn't mention anything about knowing

20  anything about the 2001 murders.

21         Then they go to Mr. Lujan.  They already

22  had the confession and the evidence to point the

23  finger at Mr. Lujan from Munoz.  They already had

24  the DNA.  And they go to him and they say, "Look, we

25  want you to talk to us, but you have to understand,

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  just telling us you committed this murder in 1998 is

2  not enough because we already have the evidence on

3  that.  You've got to give us something else."

4          And they said, and I quote, to Mr. Lujan,

5  "So understand, what you give us is gonna have to

6  really outweigh what we've got on you."

7          So Lujan tells him this story of the

8  murder that he put in motion in 2001, the murders

9  that Mr. Garcia is being accused of, and some of

10  these other men.  And he tells them that he formed

11  two teams to murder Mr. Garza and Mr. Castillo.  And

12  he tells them he used the same method, he designed

13  the same method that he and Mr. Munoz had used in

14  1998, the Lujan/Munoz method of murder of

15  strangulation.

16          And you'll hear his words.  He's kind of

17  proud of being the ones that came up with this way

18  of doing it.  And he talks, but he doesn't want to

19  take responsibility, so he blames someone else.

20          He says, "I was forced to do it.  Even

21  though I got two teams of three to go and commit two

22  murders simultaneously, not really my fault at all.

23  Somebody made me do that.  Somebody made me do

24  that." And he blames it on Mr. Garcia.

25          But he also leaves out some actors, really

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1  important actors.  He doesn't talk about who
 2  actually wanted the murders.  He doesn't talk about
 3  who he actually got directions from.  But we'll talk
 4  about that in a little while.  But he blames
 5  somebody else.  Okay?  The old game of:  I don't
 6  want the responsibility; I'll blame somebody else.
 7          And it worked for quite a long time.  He
 8  was never charged with these 2001 murders in 2007 or
 9  in the subsequent eight years.  It worked.  In fact,
10  you'll hear that Mr. Lujan actually got out on the
11  streets, even though they knew that he'd committed
12  and put in motion two murders.  He put out two hit
13  teams to kill two inmates at facilities, and he was
14  let out because he was helping.
15          So time goes by.  The FBI continues their
16  investigation.  They go to the United States
17  Attorney's Office and present it on numerous
18  occasions in 2008, all the way up to 2015.  And each
19  time, the U.S. Attorney's Office said, "This isn't
20  good enough evidence.  It's not quality evidence.
21  We can't rely upon Lujan.  There's no physical
22  evidence that supports this case."
23          By this time, they'd already talked to an
24  individual -- not just Munoz, not just Lujan.
25  They'd talked to an individual by the name of Leroy

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  Lucero, who we're going to talk about in a few

2  minutes.  And I believe they talked to another

3  person -- I can't remember who it is -- another one

4  of the witnesses you're going to hear get up on that

5  stand, with a long criminal record, and do their

6  part to get a lower sentence.

7           In March of 2015, the United States

8  Attorney's Office not only turned it down, but

9  decided they were going to put it in writing.  They

10 stated -- they wrote a letter to the FBI, and it

11 said, "This letter will serve as notification to you

12 that the United States Attorney's Office is

13 declining prosecution of the above-referenced matter

14 due to insufficient evidence."

15          And you'll get to see this letter.  It's

16 going to be moved for an exhibit and admitted at

17 trial.

18          "Please notify the appropriate individuals

19 within your agency of our decision.  I thank you for

20 submitting this case to us for prosecutorial

21 consideration.  I'm aware of your diligent efforts

22 on the investigation.  I appreciate your hard work

23 and thorough investigation.  In the end, however,

24 the evidence accumulated through your painstaking

25 efforts would likely not sustain a conviction."

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                201 Third NW, Suite 1630
Santa Fe, NM 87501                                         Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                          FAX (505) 843-9492
                                                                 1-800-669-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

e-mail: info@litsupport.com

```
 1              "In particular" -- and you have to
 2   understand, they're not saying they're not going to
 3   catalog all the evidence they looked at, that was
 4   given to them by the FBI.  But they say, "In
 5   particular, and as we previously discussed at
 6   length, a federal prosecution of these homicides
 7   would in large part hinge on the testimony of former
 8   SNM member Leonard Lujan.  Unfortunately, Mr.
 9   Lujan's credibility is in serious doubt due to the
10   combination of his long and troubled criminal
11   background, his history of malingering" -- let me
12   stop here, because I'd never heard that word before
13   I became a lawyer.  It's a legal term.  Malingering
14   essentially means you're faking and lying about
15   medical or psychiatric conditions in order to get
16   something that you want.  All right.
17              So he goes on.  He says, "History of
18   malingering and otherwise manipulating the penal
19   system for personal gain."
20              We already heard, he got away with these
21   two murders for at least seven years without any
22   punishment.
23              "His receipt of past consideration" -- and
24   you're going to find out what that means.
25   Consideration means something you've been given to
```

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                    Albuquerque, NM 87102
(505) 989-4949                                                (505) 843-9494
FAX (505) 843-9492                                      FAX (505) 843-9492

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

44

1   cooperate, and we're going to hear about some money

2   he got.

3          And then, "ongoing demands for future

4   consideration" -- and you're going to hear that we

5   made a number of inquiries.  No one remembers what

6   his demands for future consideration was, as of

7   March of 2015.

8          "As a quid pro quo" -- and that's another

9   term I'd never heard of before I became a lawyer.

10  It's a Latin term.  Basically, it's like:  I give

11  you something, and you give me something back.  And

12  if you don't, you don't get what I got.  Okay.  "As

13  a quid pro quo for cooperation in this case, his

14  sustained use of narcotic drugs and a history of

15  mental health issues."

16         Now, this letter that you're going to hear

17  about, the only reason it ever surfaced in this case

18  was, about two weeks ago we got a letter.  Lawyers

19  for Mr. Garcia subpoenaed some materials from the

20  United States Attorney's Office, and this surfaced.

21  Otherwise, we and you never would have heard about

22  this letter.  But you're going to get it.

23         And they concluded this letter by saying,

24  "He is quite simply unusable as a witness because

25  all of these concerns would be fodder for what would

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  inevitably be a long and torturous cross-examination

2  that would leave him uncredible in the eyes of a

3  rational fact-finder."

4           Now, that is the person that the

5  Government is going to rest their case almost

6  entirely on, with direct evidence.

7           So why are we here?  Something else

8  happened in March 2015.  Right about the exact same

9  time that that letter goes out, something very scary

10 happened.  New Mexico Corrections Department found

11 some letters that were being sent out of the prison.

12 They were being sent out by two of the Government's

13 witnesses that you'll get to hear from, and I'll

14 show you in a minute who they are.  And those people

15 were literally sending out letters to SNM members,

16 that were still SNM members, but were out on the

17 streets, people that kept their gang affiliation and

18 decided to still be part of that gang once they got

19 out.  And they were trying to solicit the murder of

20 the Secretary of Corrections.  That's head of the

21 Department of Corrections, Gregg Marcantel, and the

22 deputy secretary of a group called the STIU.  And

23 you're going to hear what the STIU is.  It's

24 essentially the gang officers, the gang

25 investigators in prison.  So the head and the deputy

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                  201 Third NW, Suite 1630
Santa Fe, NM 87501                                         Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                            FAX (505) 843-9492
                                                                1-800-669-9492

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE
                                                       e-mail: info@litsupport.com

```
 1   secretary of the STIU, a man by the name of Dwayne
 2   Santistevan.
 3          And they were soliciting the murder of
 4   these two people.  They had a serious business.
 5   Okay?  I'm not trying to say that the killing of
 6   each other is not bad, the killing of other SNM
 7   members is not bad.  But when you go outside the
 8   walls and you are trying to murder two people who
 9   are just trying to do their job for the State of New
10   Mexico, that's a matter not only of state concern,
11   but federal concern, absolutely everyone's concern.
12          And so the FBI went in motion.  They
13   brought in Agent Acee, who hadn't been working on
14   the SNM.  And you're going to get to meet him,
15   probably as the first witness in the case.  They
16   brought him in, and they started investigating.  And
17   the first aspect of this, they started investigating
18   the murder, the plot, because they wanted to get
19   everybody that was involved in that, and arrest
20   them, so they can eliminate the threat to these two
21   individuals and their families and anybody else that
22   they might be trying -- that these people were
23   killing.
24          One of the things they found, though, none
25   of these defendants were involved in that plot
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  whatsoever.  Their name doesn't even get hinted at.

2  But they do collect some of these people, and they

3  arrest them.  They cut some deals with a couple of

4  them.  You're going to get to hear from a couple of

5  them.  People who were trying to kill these two

6  individuals on the streets, you're going to get to

7  hear from them and the deals they cut.

8          And there is a decision made:  We're not

9  going to just put up with this because, okay, if all

10  we do is arrest people for trying to do this plot,

11  that's not enough.  We need to send a message.

12          So they decided:  We're going to send a

13  message to the entire SNM Gang, anybody who was a

14  member or is still a member, because we want a

15  message to be sent not only to prison gangs here in

16  New Mexico, but across the country.  We're going to

17  send a message that's really strong.

18          And I'm not going to come here ever and

19  argue that that's a wrong decision, to send a

20  message.  We'll be arguing they've done it in the

21  wrong way in some instances.

22          So what did they do?  They went out and

23  got some people wired up.  You've probably heard

24  about -- maybe you've seen on TV shows and in real

25  life.  What happens is, they'll put a wire on some

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1  informant who's willing to work with them.  They
 2  went and did undercover buys.  They did wiretaps.
 3  That's where they get a court order to listen in on
 4  someone's phone calls for a period of time, to see
 5  if they're talking, confessing, and things like
 6  that, or get readings.  They recorded video of
 7  people.  They did controlled buys.  That's where
 8  they're buying drugs from people.
 9          Because what their idea was -- it's a
10  really good one -- if you arrest people for drugs,
11  then they're desperate to get out of trouble, and
12  maybe they'll start giving some more information and
13  build a case that way.  They actually introduced
14  some cellphones in prisons.  There aren't cellphones
15  in prison -- there aren't supposed to be.  But
16  occasionally, stuff gets smuggled into prison.
17          They brought in cellphones and gave them
18  to other inmates that were working with them, to be
19  able to call.  But they also gave them little tape
20  recorders to tape-record other inmates so that they
21  could try to get them to confess.  So you have one
22  inmate, you know, in the cell next to the other
23  inmate, and he says -- you know, they start talking,
24  and they start talking about like a crime that they
25  committed.  And the idea is to try to get them to

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   confess.  And that was successful.
 2            You're going to hear in this case against
 3   Mr. Garcia, there's no tape recordings that they
 4   obtained.  There's no controlled buys of any drugs
 5   from him that they were able to get.  They don't
 6   have any of that with Mr. Garcia.  But they did --
 7   they tried this and caught a lot of people with
 8   that.
 9            And they would go up to these SNM members,
10   and they would give them an ultimatum.  They had two
11   choices.  And this is an example of it.  This is a
12   task force officer, one of the people with one of
13   the task forces that the FBI was working with.  This
14   was a correction person who is very instrumental in
15   this case.  You're going to hear he was in on tons
16   of interviews with Agent Acee.
17            And he says -- and I have to say the
18   words.  I'm not trying to be offensive, but these
19   are Mr. Meyers' words.  He says, "It amazes me that
20   we've got people in this case that have point-blank
21   fucking killed people and they're on the street.
22   It's hard for me to wrap my mind around that because
23   I was used to tracking people down, hunting the guys
24   responsible, the individuals responsible, and
25   putting them in prison for the rest of their life.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  Yeah, and they are not about that."

2          And what he's talking about is the feds.

3          "They are not about that.  They are about

4  making sure the SNM is done.  So you have an

5  opportunity, I'm telling you.  You've got 30 people

6  on the street that have point-blank fucking killed

7  people, but because they got to the table" -- that

8  means bargaining table -- "and they took the

9  responsibility and they fucking helped us, they're

10  on the street.  So you can be in that category or

11  you can be in the category of guys that are gonna

12  spend the rest of their lives in fucking prison."

13          So that choice was given to various SNM

14  members.  Some said, "I'll work for the Government.

15  I'll put my family at risk in order to avoid my own

16  criminal responsibility."  Others chose a different

17  path.  They didn't talk.  And it could have been for

18  a number of reasons.  They didn't want to implicate

19  themselves, or they didn't want to implicate their

20  friends.  Or it could be that they didn't want to

21  put their families at risk.  "I'd rather face

22  criminal charges and even risk going to prison for

23  the rest of my life, but my family shouldn't ever,

24  ever, ever pay the price because I joined a gang a

25  long time ago."

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    You're only going to probably hear from

2 the ones that made a choice and said, "I'm going to

3 save part of my skin and get a lower sentence, and

4 hope to get out, and put my family at risk."  You're

5 going to hear from them.

6    So they get this evidence about who was

7 killed or who was trying to plot to kill Mr.

8 Marcantel and Mr. Santistevan.  And some of them

9 decided to cut their losses, and you're going to get

10 to hear from these guys.  One of them is Sammy

11 Griego.  He's there on your left.  And the other one

12 is Robert Baby Rob Martinez.  And I'll tell you a

13 little bit about them.

14    Part of opening statement is to give you

15 an introduction of what you're going to hear, and

16 you're going to hear a little bit about the

17 characters that are going to be taking the stand

18 here.

19    There are some other targets.  And I'm

20 only showing you the people who are going to

21 testify.  Other targets cut deals, as well, Mr.

22 Lovato and Gerald Archuleta.  Others try anything to

23 avoid responsibility, and we can talk about them in

24 a minute.  Eugene Martinez and Manuel Big Jake

25 Armijo, you're going to hear them get up here.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              And every one of these guys, not a single
 2   one of them said, "I'm going to do the right thing,
 3   and I don't care what the consequences are to me."
 4   Every one of them cut a deal where they had an
 5   opportunity to cut their sentence.  Not a single one
 6   of them walked into the courtroom, like all of you,
 7   swore to be honest with everyone without anything in
 8   remuneration.  Well, I guess you guys get $40 a day,
 9   but these guys, you'll hear that the operation here,
10   I think they gave $70,000 of taxpayer dollars to
11   various cooperators.
12              So who are these guys, and should we
13   believe them?  You know, most of us don't know
14   anybody who is doing time in the prisons.  Okay?
15   Some of the people in prisons, they made a mistake
16   in their life and pay the price.  Some of them are
17   con men.  They're really smooth operators.  Some of
18   them, throughout their whole life, have shown a
19   pattern of dishonesty through theft.  Some of them
20   are what we all call psychopaths.  They're charming.
21   They smile at you.  They can convince people.
22   They're the people we hear sometimes can convince a
23   woman to do things that you can't understand why a
24   woman would ever do or put up with them.  They're
25   that smooth.  And you're going to hear from all of
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  these types of people.

2          So let's talk about who you're going to

3  hear from.

4          Leonard Lujan.  Mr. Lujan has killed three

5  people that we know of.  That's who he's admitted

6  to, but only after they already had the evidence

7  against him.  You heard that he raped one witness in

8  order to try to get away from his responsibility,

9  and he cut a deal with the Government.  And you'll

10 hear that he hopes to get out in the community.

11         Now, when they take the stand -- you know,

12 before lawyers put witnesses on the stand, we sit

13 down with the witnesses and we talk to them about

14 what to expect.  We tell them what the pitfalls are

15 and what we anticipate the other side is going to

16 do, and we tell them what we want to see.  We want

17 them to, you know, look the jury in the eye.  We

18 want them to be straightforward.

19         Okay?  In this case, you know, they've

20 been told, "Look, admit to all the things that we

21 already know you did, so that will make you look

22 real honest, because you're admitting to things, and

23 everybody is going to say, 'Wow, they're admitting

24 to all these things.  Why would they do that if

25 they're not an honest person?'"

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1        They've been told, you know, "Get out
2   there and admit it because you're never going to get
3   charged with it."
4        Well, what we did was, we decided we liked
5   to at least kind of see who these people really are,
6   not when they're shined up on the stand, but who
7   they are in real life, not just by the actions.  And
8   actions do speak louder than words; but sometimes we
9   have to hear their words, see what they are.
10        So we've got some phone calls.  We
11   subpoenaed the Government to get the phone calls
12   from jails when they're on the phone with their
13   families, and you're going to hear from some of
14   them, where they're continuing their con games.  But
15   with regards to Mr. Lujan, you'll hear what his
16   hopes and dreams are, because he's going to tell his
17   family and his friends, his wife, that what he wants
18   to do is get out in the community.  He thinks that
19   by testifying and blaming Billy Garcia and others,
20   that he's going to get out in the community.  And he
21   had a good reason to believe that would happen.  It
22   worked once before, in 2007.  We're going to hear a
23   lot about him and his crimes and his history of
24   dishonesty.
25        But we already have the United States

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Attorney's Office in 2015 telling you all you need

2    to know about Mr. Lujan.

3              Here are some of the past.  January 27,

4    2015.  This is after the arrests in this case.

5              "You know, Christy, I've done some

6    fucked-up shit.  You know, I've done some fucked-up

7    shit, but I've never put a woman in the hospital or

8    nothing like that, you know what I mean?"

9              "Yeah."

10             "I've never fucking cut open eyes or

11   nothing except for fucking with Carla's friend.  I

12   broke her fucking nose, but it was her fault.  She

13   dug her nails into me, you know.  Fuck it.  And I

14   was drunk, so I just drew back and fucking clocked

15   her, you know.  But other than that, I've never, you

16   know."

17             So once again, this was the poor woman's

18   fault, in Mr. Lujan's eyes.  It was her fault,

19   somebody else's fault.  Serious domestic violence.

20             Here's another one of the calls.  It gives

21   you a window into who he is and what he's hoping

22   for.

23             Candy.  This is a woman who he's talking

24   to. "So your lawyer told you to take that plea or

25   what?"



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

56

1           "Oh, yeah.  But that was our best thing to
2    do.  You know, I was --"
3           "Really, Leonard?  A la verga, bro."
4           Leonard says, "Yeah, well, look, Candy,
5    I'm not going to lie to you.  I'm not gonna lie to
6    you.  I mean, a lot of them vatos turned and stabbed
7    me in the back, ratting me out and this and that."
8           No one -- you're not going to hear that
9    anybody -- vatos means they're friends in the SNM.
10   Nobody ratted Lujan out.  Lujan pointed a finger at
11   other people.  So when he says, "I'm not going to
12   lie to you," he's lying to her.  Okay?
13          And so when he gets up on the stand and
14   says the same thing, that will be your clue of what
15   he's doing.
16          "Yeah, they threw -- they fucking threw me
17   under the bus," in Spanish.  "You know, so I -- oh,
18   now when I went -- I was one of the last ones."
19          Now, he was the first one.  He was the
20   first one.
21          "The last ones that was holding out.
22   Everybody had already pled out because they're big
23   snakes and they're still big snakes."
24          "Well, their time's coming, bro."
25          And then it goes on:



SANTA FE OFFICE                                           MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                    FAX (505) 843-9492
                                                            1-800-669-9492
                                                 e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1              "What's a life sentence?  Thirty years,
 2    Leonard?"
 3              "Something like that.  But if everything
 4    works out, Candy, and everything goes the way I hope
 5    it goes, then they'll -- they'll give me some love
 6    and show me some love, and hopefully I'll just get
 7    10 or 15, and maybe I might get -- might be
 8    probation, you know."
 9              "Them" meaning the Government here.
10              The next guy you're going to hear from is
11    Freddie Munoz.  He is a smooth and practiced talker.
12    I got to watch him in a trial of some of the people
13    that killed Mr. Marcantel and Mr. Santistevan (sic.)
14    He's smooth.  He's the man who calls himself
15    Playboy, and he fits the part.  He's not a guy --
16    well, you'll hear about him murdering people.  He
17    didn't do it because of self-defense or, you know,
18    something bad happened during a robbery.  This is a
19    guy who does it because he enjoys it.
20              So he's going to be a smooth and cool
21    customer up there.  He's very intelligent.  Super
22    intelligent.  He knows how to work the system.  He
23    shot a man to death on the street.  He tried to
24    shoot a woman to death.  He ordered the deaths of
25    others.  And his hope, and you'll find out and
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

**BEAN & ASSOCIATES, Inc.**
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
**1-800-669-9492**
e-mail: info@litsupport.com

1  you'll see it in writing, he wants to be moved to

2  federal custody and get a commutation -- that means

3  from the governor -- to live in the community.  And

4  you're going to get to hear, he's hoping and has

5  been told by the Government, the lawyers over here,

6  and also Mr. Acee, that they've said that they'll

7  write letters to help him get his sentence commuted

8  so he can live out in the community.

9          I'm going to skip over some of my slides

10 so we get to see more.  But here, you'll get to see

11 this.  He writes poetry about killing people and how

12 clever he was for getting away with it.

13         Okay.  Mr. Martinez.  Mr. Martinez is a

14 guy who you'll find out he was invited with his

15 friends into someone's home, two people's home, and

16 eventually decides to reward that hospitality by

17 butchering the two owners of the home.  He stabs

18 them both to death and gets out of his own clothes,

19 puts their clothes on so that he looks nice and

20 clean.  He then takes his clothes --

21         MS. ARMIJO:  Your Honor, may we approach?

22         THE COURT:  You may.

23         MS. ARMIJO:  Can we have the screen go

24 blank?

25         THE COURT:  We'll take it down for just a

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1  second.

 2          (The following proceedings were held at

 3  the bench.)

 4          MS. ARMIJO:  Your Honor, this time has

 5  passed 609.  The fact of his prior murder is what

 6  got him in jail, but it was never brought out.  It's

 7  not an SNM hit, and it was kept out of the first

 8  trial.  So we would object at this point to it

 9  coming in, because it was not 609.  It is not

10  gang-related activity.

11          MR. CASTLE:  We gave the Government notice

12  that we were going to rely on the 609.  To get

13  around the timeframe, we're offering it not because

14  we're saying it's a notice.  In fact, the Court will

15  see there is nothing about his conviction.  We're

16  talking about the level of dishonesty, and this

17  talks about his character for dishonesty, how much

18  he's manipulated evidence in that case to try to

19  hide his own guilt.

20          That's what we're saying Mr. Martinez is

21  doing in this case.  He's manipulating evidence --

22  in other words, his testimony -- in order to get out

23  of his responsibility.

24          And so this is a man who takes his clothes

25  off --

SANTA FE OFFICE                                                        MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                           Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492                                             FAX (505) 843-9492
                                                                        1-800-669-9492
                                                        e-mail: info@litsupport.com


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
1              THE COURT:  Why don't you take that off
2    the screen.  Can your paralegal just take it off?
3    Okay, that's fine.
4              MR. CASTLE:  He takes his own clothes off
5    and puts the victim's clothes on.  Then puts it all
6    in a car, then torches the car to get away with the
7    murder, just like I think the Government is going to
8    argue happened in the Burns matter, and shows
9    consciousness of guilt.
10             But this is a person who has shown a
11   history of trying to get away with his crimes, like
12   the crime against Mr. Santistevan and Mr. Marcantel,
13   by trying to fool everyone.
14             And so we believe it's evidence of his
15   dishonesty.
16             THE COURT:  Well, let's do this.  For
17   opening statements, that's a lot to try to absorb.
18   I think you can at least get into the fact he was
19   convicted.  So you don't need to put the chart up
20   there.  You can say he was convicted.  I think
21   that's going to be proper 609, going through, this
22   is false, his truthfulness.
23             And then I'll give it some thought as to
24   whether we're going to go beyond that.  609, that
25   would be much more information than we would
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  normally give the jury to evaluate, which is usually

2  put in the fact of conviction and what it is, and

3  maybe the date or something like this.  So this

4  would be more information.

5        If we're going to get into that more in

6  the trial, I can give that some thought as to where

7  we're going to go.

8        But at the present time, just give the

9  conviction and tell them what he's going to show,

10 and not get into the facts, and we'll sort that out

11 at trial.

12       MR. CASTLE:  Can I have a moment to make

13 sure the slide was advanced?  I was given a note

14 with "10 minutes."  When the Court asked how long my

15 opening was, I'm covering things generally about the

16 2001 murders and the witnesses they'll hear so that

17 other people who are on the 2001 murders won't have

18 to cover that.  So that had been my request.

19       THE COURT:  You had asked for more time,

20 but an hour is coming up in about 10 minutes.  So go

21 about ten more minutes, then we'll see where you

22 are.

23       MS. ARMIJO:  And, Your Honor, just for

24 clarification, because it's just 609 at this point,

25 we're requesting that it just be, at this point,

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   he's convicted of a felony, not a double murder or
2   anything else.
3            THE COURT:  I think he can say "murder."
4   He can go ahead and say the type of conviction.  So
5   I'll allow him to do that, and then we'll sort out
6   whether we're going to go into details later on in
7   the trial.
8            MR. BENJAMIN:  Your Honor, based upon
9   Mr. Castle's request -- I think we did this on voir
10  dire.  I timed out my presentation, that I thought
11  was going to take an hour or two, to essentially 45
12  minutes, so I think there is going to be time that I
13  would be willing to cede to Mr. Castle.
14           THE COURT:  All right.  How much?
15           MR. BENJAMIN:  Twenty minutes is an easy
16  number I can give, Your Honor.
17           THE COURT:  Do you want to take a break at
18  10:00 to give the jury a break, and then come back
19  in and do another 20 minutes?  Or do you want to --
20           MR. CASTLE:  It might be good.  Because I
21  want to make sure -- the same objection.  I want to
22  make sure my other slides are not going to cause us
23  to come up.
24           THE COURT:  So maybe about 10:00 we'll
25  take a break, and come back in and give you another

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                       Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                          FAX (505) 843-9492
                                                                   1-800-669-9492
PROFESSIONAL COURT                            e-mail: info@litsupport.com
REPORTING SERVICE

1    20 minutes.

2            MR. CASTLE:  Judge, I'd rather look now,

3    if you don't mind, because I don't want to violate

4    anything.

5            THE COURT:  You want to take the break

6    now?

7            MR. CASTLE:  Yeah.

8            THE COURT:  It's a little early.  Let's

9    see if we can go -- if we see a slide, we can fast-

10   forward it.

11           MR. CASTLE:  Okay.

12           (The following proceedings were held in

13   open court.)

14           THE COURT:  All right.  Mr. Castle.

15           MR. CASTLE:  Mr. Martinez.  Suffice it to

16   say he's a convicted felon, a convicted murderer.

17           Mr. Lovato, Robert Boo-Boo Lovato.  You're

18   going to hear from him.  He's also a convicted

19   murderer.  He was closed twice -- he was an

20   informant for the FBI -- for committing aggravated

21   battery, robbery, and tampering with evidence in

22   2012; and in 2017 for doing drugs.  He's already

23   free.  Mr. Lovato was arrested on a possession of a

24   weapon by a felon, and he cut a deal to get out of

25   that and avoid, hopefully, going to prison.  But

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    they've left him out on release until he gets done

2    with his testimony.  But you're going to hear from

3    him.

4          Then you're going to hear from Sammy

5    Sleazy Griego.  That's the name he gave himself, and

6    he tattooed it on his body.  And I think that

7    sometimes a picture can be worth a thousand words.

8    But you'll hear about him.

9          Then you're going to hear from Gerald Styx

10   Archuleta.  Mr. Archuleta was like one of the

11   biggest leaders ever in the history of the SNM.  He

12   murdered his wife after finding out she was

13   pregnant, and he believed it was not his child, so

14   he killed her and stuffed her in a closet.  And he

15   killed another informant, a person by the name of

16   Matthew Cavalier.  And he was given a three-year

17   deal, and it's going to be coming up here on

18   December 2, 2018, where he gets out and he goes

19   where he wishes.

20         And he was that guy, remember, I told you

21   earlier, that was very upset that his wife had gone

22   with this other gang leader by the name of Julian

23   Romero.  That was the second wife.  And so you'll

24   hear that he ordered Frederico Munoz, the guy we

25   talked about earlier, Playboy, to go kill Julian

SANTA FE OFFICE                                    MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                 Albuquerque, NM 87102
(505) 989-4949                                     (505) 843-9494
FAX (505) 843-9492                                 FAX (505) 843-9492
                                                   1-800-669-9492



1    Romero.  And also in the midst of that, bullets were

2    fired at his second wife.

3            But Gerald Styx Archuleta, he is going to

4    give you kind of a background as to his version of

5    the SNM.  And he's been rewarded with a three-year

6    deal.  And the reason that's kind of important is,

7    that kind of gives hope to all the other witnesses

8    for the Government that, you know, if I perform well

9    enough, this is what I get to get, maybe.

10           You're going to hear from Eugene Martinez.

11   Now, he plays the ultimate con game.  He plays the

12   crazy scam. Okay?  A lot of times, inmates will do

13   different things.  Okay?  So sometimes when you're

14   in custody, you want to have a lot of drugs because

15   you don't want to feel what's going on in prison.

16   Somewhat you can understand that.  So they'll play

17   sick or got a back problem.  And he plays "I'm

18   crazy."

19           He purposely tanked his intelligence

20   quotient test when he was tested.  What happened

21   was, his lawyer -- he was charged in this case for

22   the murders, at least one of the murders in the 2001

23   murders.  His lawyer and him decided to say, "I'm so

24   crazy, I'm incompetent.  I can't."  And when you're

25   incompetent, you can't ever go to trial.  And if you

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   can really be successful and convince a Court that

2   you're permanently incompetent, guess what happens?

3   You walk out that door, because the Government --

4   the Constitution says we can't put a person who is

5   incompetent on trial.

6          So that's a really interesting and super

7   smart way to go when you pull it off.  Well, he

8   wasn't able to because he kind of overdid it.  He

9   acted so crazy and so -- acted like he was so

10  lacking of intelligence that he scored a 40 on the

11  IQ test.  Okay?  Normal is 100.  Two standard

12  deviations; that means 28 percent of the population

13  gets down to 70.  He went all the way down to 40.

14         But luckily, the Department of Justice --

15  you have to understand, the Department of Justice is

16  a big agency and it's a federal government agency.

17  It has the FBI under it and the U.S. Attorney's

18  Office under it.  But they also have doctors to do

19  evaluations on defendants who claim they're crazy

20  enough that they get to walk out the door.  Okay?

21  Because the Government wants to make sure that

22  people don't use that as a scam.

23         So they have doctors that are really

24  professional, and you're going to get to hear from

25  one of them, the one that evaluated Mr. Eugene

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                201 Third NW, Suite 1630
Santa Fe, NM 87501                                        Albuquerque, NM 87102
(505) 989-4949                                                       (505) 843-9494
FAX (505) 843-9492                                          FAX (505) 843-9492
                                                                  1-800-669-9492

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE
                                                     e-mail: info@litsupport.com

```
 1   Martinez.  And that doctor did something
 2   interesting.  That doctor had people at the
 3   hospital, or the jail, watch what Mr. Martinez did.
 4   Once again, actions speak louder than words.
 5           He saw Mr. Martinez working on a computer,
 6   a laptop, a tablet that was given to him.  They saw
 7   him or listened in on phone calls he made to his
 8   wife, where he was talking about how he was going to
 9   manipulate the system.
10           So they looked at different things.  And
11   so this doctor you're going to hear from, she works
12   for the Department of Justice.  She made this
13   forensic evaluation, where you're applying some
14   other area of science to the law.  That's what
15   forensics means.  And this is a person who is
16   qualified and trained to apply psychology and
17   psychiatry to the law, because you can see it can
18   intersect when people want to walk out the door.
19           And what did they find?  Mr. Martinez's
20   scores on the efforts measures were both within the
21   suspect range, suggesting he did not approach the
22   test in a forthcoming and honest manner.  His scores
23   on measures on malingering -- remember, malingering
24   is faking a psychiatric or medical condition to get
25   what you want, and he was trying to get out the
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  door -- indicated he was feigning or exaggerating

2  cognitive impairment and symptoms of mental illness.

3  His scores -- well, it goes on.

4          Based on the available information, Mr.

5  Martinez's diagnoses are malingering, opioid use

6  disorder, severe, et cetera.  The doctor finds

7  essential feature of malingering is the intentional

8  production of false or grossly exaggerated

9  psychological or physical symptoms motivated by

10  external incentives, meaning like evading criminal

11  prosecution.

12          And this DSM-5 -- it's a book.  It's kind

13  of their Bible that the psychologists and

14  psychiatrists use -- says that malingering should be

15  strongly suspected if any combination of the

16  following is noted:  Medical or legal context or

17  presentation; for example, the individual is

18  referred by an attorney to the clinical -- for

19  examination, or the individual self-refers while

20  litigation of criminal charges are pending.

21          THE COURT:  Mr. Castle, would this be a

22  good place for us to take our break?

23          MR. CASTLE:  Yes, Your Honor.

24          THE COURT:  All right.  Let's take our

25  first break during the opening statements.  I'm

SANTA FE OFFICE                                                           MAIN OFFICE
119 East Marcy, Suite 110                                         201 Third NW, Suite 1630
Santa Fe, NM 87501                                                  Albuquerque, NM 87102
(505) 989-4949                                                              (505) 843-9494
FAX (505) 843-9492                                                  FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

69

1   going to remind you of a few things that are

2   especially important.  Until the trial is completed,

3   you're not to discuss this case with anyone, whether

4   it's members of your family, people involved in the

5   trial, or anyone else.  And that includes your

6   fellow jurors.

7            If anyone approaches you and tries to

8   discuss the trial with you, please let me know about

9   it immediately.  Also, you must not read or listen

10  to any news reports of the trial.  Again, don't get

11  on the internet and do any research for purposes of

12  this case.  And finally, remember that you must not

13  talk about anything with any person who is involved

14  in the trial, even if it doesn't have anything to do

15  with the trial.

16           If you need to speak with me, simply give

17  a note to one of the court security officers.  I am

18  going to repeat these probably a little bit more

19  often here at the beginning of the trial, then we'll

20  slack off.  But do keep them in mind each time we

21  take a break, even if I don't repeat them.

22           All right.  We'll be in recess for about

23  15 minutes.  All rise.

24           (The jury left the courtroom.)

25           THE COURT:  You had asked for 45 minutes,

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   so you may need to borrow a little bit more time if

2   you're going to carry the water for everybody, but

3   I'll let you talk about that at the break and kind

4   of let me know how to allocate the time.

5           All right.  We'll be in recess for about

6   15 minutes.

7           (The Court stood in recess.)

8           THE COURT:  All right.  I think we've got

9   all the defendants in, right?  And everybody has got

10  a lawyer.  All right.

11          So, Mr. Castle, you had something?

12          MR. CASTLE:  Yes, Your Honor.  We found it

13  in the transcript that what I had said was, it was

14  our hope that Mr. Garcia could go first in the

15  openings and do an overview of Counts 1 and 2, then

16  subsequent counsel can borrow from and not have to

17  repeat.  So we anticipate that our opening might be

18  longer than others, but I still think it will be

19  within an hour.

20          But I'd ask the Court to consider a little

21  indulgence, because we're going to try to cover

22  areas that other defendants are essentially going to

23  be able to use.  I'm not sure the Court agreed to

24  that.  You didn't indicate at that time.

25          THE COURT:  That's fine, if you said that.

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                           FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1  I'll ask Ms. Bevel.  Do you have what page?

2          MR. CASTLE:  That's page 20 of March 12,

3  2018.

4          THE COURT:  Okay.  All right.  I'll ask

5  her to look at that.

6          Would you also, so that I can sort of

7  think through what was said here at the bench, the

8  slide that you had on Mr. Martinez, Baby Rob

9  Martinez, if I can get a copy of that.

10         They've given a page that they think he

11  said on the transcript, where they think that Mr.

12  Castle asked for an hour, so if you'll just

13  double-check that.  You don't have to do that right

14  now, but just at some point so that I can begin to

15  think a little bit about that.

16         MR. CASTLE:  We'll give it to the

17  prosecutors.

18         THE COURT:  Here's the email that we got

19  from Henry Swantner.  We'll try to get a copy of

20  this so we can file it with the Court record.  But

21  this came in at 8:18 a.m.

22         "There is absolutely no way I can pay

23  attention.  I have to start interviewing when I get

24  back because my position is disappearing now that I

25  won't be back.  That's just the tip of the iceberg.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1  Oh, this is Henry Swantner."

 2           So I'll try to get a copy of that.

 3           MR. SINDEL:  Your Honor, it's a little bit

 4  hard to hear you.  I got the general gist.  You

 5  don't have to read it again.

 6           THE COURT:  "There is absolutely no way I

 7  can pay attention.  I have to start interviewing

 8  when I get back because my position is disappearing

 9  now that I won't be back.  That's just the tip of

10  the iceberg.  Oh, this is Henry Swantner."

11           So I'll try to get a copy of that, and we

12  can give it some thought.

13           MR. SINDEL:  Thank you.

14           THE COURT:  You bet.  All right.  What

15  else have we got over here?

16           MS. ARMIJO:  Just a couple of things.  We

17  worked with Ms. Bevel on this.  One of the things we

18  suggested was --

19           MS. HARBOUR-VALDEZ:  This is a statement

20  of the case.

21           MS. ARMIJO:  -- maybe a breakdown of the

22  charges.

23           THE COURT:  Okay.

24           MS. ARMIJO:  I have a chart that I used in

25  my opening that I will provide to Ms.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   Harbour-Valdez.  And if the defense wants changes,
 2   maybe we can attach that.
 3            The other thing, real quick, I think both
 4   parties are going to request that he be excused as
 5   an alternate.  He was just -- his demeanor, Your
 6   Honor -- and I don't know if you've been watching
 7   it.  He is just not happy.  He was shaking his
 8   head -- because he was seated right behind me --
 9   when I turned around.  I just think he is unhappy.
10            THE COURT:  Well, remember, he's not an
11   alternate.  He is one of our 12 jurors.
12            MS. ARMIJO:  Correct.
13            THE COURT:  Here's my concern.  Letting
14   him go with his temper tantrum that he's performing
15   could endanger us keeping our other jurors.  I can
16   understand why you might reach the conclusion you
17   don't want him back there in the jury room, but I'm
18   also somewhat thinking that what we ought to do is
19   say, "If you don't want to serve on the jury, that's
20   fine, but you're going to sit over there in the
21   back, the corner.  You're not going back because
22   we're not going to let you throw a temper tantrum
23   and let all the other jurors see that's the way you
24   get off the case."
25            I don't know.  Let's think about it a
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   little bit.  I'll get you a copy of this.  I'll
 2   probably defer to whatever y'all want to do.  But I
 3   do think we need to realize it's not a one-edged
 4   sword.  It's a two-edged sword if we allow him to
 5   throw a temper tantrum.  You know, he works for two
 6   of the biggest employers in Albuquerque.  He's
 7   probably going to be well taken care of for his jury
 8   service.  But I'll defer to what y'all want to do.
 9            Let me get this into your hands.  We'll
10   get a copy of it somehow and attach it to the
11   minutes.  The letter, I think we all agreed we did
12   get a copy of the letter, and we saw this, and we
13   made our decision anyway.  Okay.
14            MR. SINDEL:  Your Honor, has anyone from
15   the clerk's office heard back from the inquiry of
16   the corporations concerning, you know --
17            THE COURT:  Let me see what I can do. I'll
18   send a text while I'm up here, and I'll try to find
19   that out.
20            MR. SINDEL:  I appreciate it, Your Honor.
21            MR. COOPER:  And just from the defense's
22   perspective, Your Honor, we agree with what Ms.
23   Armijo said.  Absolutely he walked in and he was
24   shaking his head, saying, "No, no, no."
25            THE COURT:  The question is, do you want
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    him dismissed now?  You can make him sit on that

2    jury, and we can all just say he's going to be

3    alternate number 6, or we're never going to seat him

4    as a juror.  But do we seat him?  Or we stick him

5    back over in the corner and say, "You're not going

6    home," and tell the jury that --

7              MR. COOPER:  The fear that I have is that

8    he's going to poison that pool if he sits in there

9    for much longer, and I don't want that to happen.

10   And I trust the other 11 jurors who are presently

11   jurors.  I trust those alternates.  I think they --

12   I don't see that it's going to cause all of them to

13   say, "I'm out of here, too."

14             THE COURT:  Do you want him out now?

15             MR. COOPER:  I believe so.

16             THE COURT:  Is that what the Government

17   wants, out now?

18             MS. ARMIJO:  I think we -- yeah, we agree.

19             THE COURT:  All right.

20             MS. ARMIJO:  But maybe there can be

21   something the Court can think of as far as letting

22   the jurors know that, you know, there is no easy

23   out.  I don't know.  I agree with the Court that it

24   is a concern, and I think in our last trial we went

25   to great extent, even having some dead time in the



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1   trial, to accommodate the jurors.  And I just don't

 2   want, as the Court indicates, this to be a domino

 3   effect.

 4            So I'm just trying to think of ways to

 5   mitigate that.

 6            MR. SINDEL:  Your Honor, I think the other

 7   jurors are probably aware of the circumstances

 8   simply, you know, like we all are, from the body

 9   language, from the swearing in, and everything else.

10   And in looking at the jurors, which I've been able

11   to do, they all seem to be paying quite a bit of

12   attention and seem to be riveted as to both the

13   prosecution and the most recent opening statement.

14            I really suspect that they won't see this

15   as an out.

16            THE COURT:  All right.  Is everybody in

17   agreement we pull him out of the jury room now?

18            MR. COOPER:  I think we ought to do it

19   after the openings or before -- or at the lunch

20   break.

21            MR. CASTLE:  Judge, my concern is that if

22   there is a chance that the jury is going to start

23   thinking about why he got pulled, I don't want them

24   thinking about that instead of my opening statement.

25            THE COURT:  Okay.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

PROFESSIONAL COURT
REPORTING SERVICE

```
 1              MR. CASTLE:  I want them to concentrate on
 2  it.
 3              THE COURT:  Is everybody comfortable with
 4  that?  At the lunch break, whenever that occurs,
 5  we'll have Ms. Bevel tell him he's excused?
 6              MR. SINDEL:  Yes, Your Honor.
 7              THE COURT:  And nobody wants to hold him
 8  hostage in the back of the courtroom?
 9              MR. SHATTUCK:  I think that would be as
10  big a disruption as if he were sitting up here.
11              THE COURT:  All right.
12              MR. SHATTUCK:  They'll be wondering why
13  he's sitting --
14              THE COURT:  Does the Government agree?
15              MS. ARMIJO:  Yes, Your Honor.
16              THE COURT:  All right.  So Ms. Bevel will
17  tell him, when we take the lunch break, he doesn't
18  need to come back to the courtroom.
19              MR. SINDEL:  We don't have to thank him
20  for his service.
21              THE COURT:  I won't.  You probably
22  detected that, right?  All right.  Anything else?
23              (The following proceedings were held in
24  open court.)
25              THE COURT:  All right.  Everyone be
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   seated.

2          All right.  Mr. Castle, if you wish to

3   continue your opening statement on behalf of

4   Mr. Billy Garcia.

5          MR. CASTLE:  Thank you, Your Honor.

6          THE COURT:  Mr. Castle.

7          MR. CASTLE:  Sometimes lawyers slip up a

8   little bit, and I think one of my colleagues told me

9   that I said that Secretary Marcantel was killed.  He

10  wasn't.  And he wasn't, thanks to the good work of

11  the state and federal officials.  They stopped that,

12  and stopped Mr. Santistevan from being killed.

13  People were prosecuted.  Some of them cut deals with

14  the Government to be witnesses.  Other ones went to

15  trial and were convicted by a jury.  But those two

16  men, luckily, are safe.

17         And so I slipped up.  It wasn't -- because

18  I just made a mistake.  And it's probably not going

19  to be the last one I make in this trial.

20         The second thing I want to say before I go

21  back into the opening statement is, each of these

22  defendants need to be individually tried.  I only

23  represent Billy Garcia.  While we understand y'all

24  don't want to hear the same thing over and over

25  again, kind of like some of the lawyers did with the

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                 Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 843-9492                                                 FAX (505) 843-9492
                                                                   1-800-669-9492
                  BEAN
                  &ASSOCIATES, Inc.
                  PROFESSIONAL COURT                               e-mail: info@litsupport.com
                  REPORTING SERVICE

1  jury selection process -- no offense, folks.  So we

2  talked, and we're trying to eliminate duplication,

3  not because we're acting in concert or as a group or

4  anything like that.  We're doing it because of

5  presentation purposes.

6           So my opening is a little longer than

7  others, and the other defendants aren't going to

8  repeat it, not because they don't think anything is

9  unimportant, but they just don't think you need to

10 be hit over the head more than once.

11          With that said, I want to continue with

12 Mr. Martinez.  This is the final analysis regarding

13 Mr. Martinez of note:

14          Mr. Martinez demonstrated a tendency to

15 recall details about information supporting his

16 claim of cognitive impairment.  However, he

17 expressed an inability to recall information

18 possibly implicating him, including case events.

19          Mr. Martinez presented as agitated when

20 asked about potential involvement with the instant

21 offense, particularly anything which may have

22 implicated his involvement.  His ability and

23 willingness to recall some details of his history

24 but not remember information regarding the instant

25 offense is extremely rare.  This presentation

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    suggests planning and complex thinking, which is in

2    direct contrast to an individual dealing with

3    significant cognitive impairment.

4           So after Mr. Martinez is evaluated, his

5    game of saying "I'm incompetent" was over.  He lost

6    that argument, and now he's facing murder charges.

7    Not only facing murder charges, but facing it with

8    now some evidence that the guy is extremely

9    dishonest, even worse evidence.  He cut a deal, too.

10   I think you probably knew that before I even said

11   it.  He cut a deal and agreed to testify in return

12   for the hope of getting out that door a different

13   way, through cooperation.

14          The next individual I'm going to talk

15   about is a person by the name of Manuel Big Jake

16   Martinez (sic.)  I got to see him testify, as well.

17   Oh, I'm sorry.  I got to see him testify.  He's a

18   pretty impressive guy.  He's really fit, a huge man,

19   a strong man.  And he was probably, because of that

20   physical size and strength, he was an enforcer for

21   the SNM.

22          And you'll hear about all kinds of things

23   that he's done, including one particular incident

24   where he lured a person he knew from high school

25   over to an area and stabbed him to death.  But he

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                  201 Third NW, Suite 1630
Santa Fe, NM 87501                                         Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 843-9492                                          FAX (505) 843-9492

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1   also doesn't just do, you know, individuals in

2   prison or on the streets.  He assaults guards.  And

3   you'll find out that he took a deal in this case,

4   and it was really unique.

5            These guys are all given lawyers, and

6   lawyers do what they can to help their clients out.

7   He's going to have to do some time.  He made sure

8   that his deal didn't include anything about

9   assaulting the guards.  I think you probably know

10  why.  Because if he has to go do time and he has a

11  record that says he assaults guards, well, the

12  guards in the new prison aren't going to take too

13  good a look at that, are they?  They're going to

14  treat him not with kid gloves anymore.  But he

15  wanted to make sure his time was cushy, so he made

16  sure that the assaulting of the guards wasn't in

17  there.

18            Now, you're going to hear some evidence

19  about all these guys.  Okay.  They were all doing

20  time in New Mexico prisons, and these are not -- New

21  Mexico didn't decide to make prisons comfortable.

22  The severe offenders, like the guys you're going to

23  hear from, they made them pretty hard.  They do --

24  23 out of every 24 hours a day they'd be in their

25  own cell, and for one hour they'd be literally kind

SANTA FE OFFICE                                                           MAIN OFFICE
119 East Marcy, Suite 110                                           201 Third NW, Suite 1630
Santa Fe, NM 87501                                                   Albuquerque, NM 87102
(505) 989-4949                                                             (505) 843-9494
FAX (505) 843-9492                                                   FAX (505) 843-9492
1-800-669-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

e-mail: info@litsupport.com

1   of in an outdoor cell, a cage by themselves, where

2   they can exercise.  Okay?  No human being wants to

3   live like that.  I mean, that's why it's punishment.

4           And so a lot of these guys, they take

5   deals in Federal Court.  Because guess where they're

6   going to serve their time now?  They're going to get

7   to serve their time in federal prisons.  And there's

8   a lot of things that can happen in federal prison,

9   even in the really bad ones that are just like the

10  New Mexico toughest prisons.  But you can also go --

11  you know, like some people call them Club Fed.  You

12  can go to places where it's more comfortable.

13          And one of the places that they deal with

14  people who are informers, they put them in special

15  prisons.  They're called WITSEC prisons, witness

16  security.  And the inmates all talk.  They know all

17  about the conditions everywhere.  They know they

18  don't want to go to Lompoc in California.  They

19  don't want to go to this or that place.  Okay?  Or

20  ADX prison in Colorado, that houses people like The

21  Unabomber and terrorists like that.  They know where

22  they want to go if they have to do their time.

23          Well, these witness security prisons,

24  here's what happens.  You go in with other guys who

25  turn evidence, and everybody behaves.  The reason

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1   they behave is not because they're angels all of a

 2   sudden because when they became a witness they got

 3   spread with angel dust and became great people.

 4           It's because they know that if they

 5   violate the rules of the witness security prison,

 6   they go back to general population, go to regular

 7   prison with the very people that they may have told

 8   about or given information about, and it's a death

 9   sentence.  So for them, not only do they try to get

10   a lower sentence, but they're also trying to make

11   sure that they don't get a death sentence.

12           So the witness security prisons are a

13   better place, so some of these guys are motivated by

14   doing their time not in the tough New Mexico

15   prisons, but these nicer ones.  And they're

16   obviously hoping to get out, too.

17           Go back to Mr. Armijo.  He was charged in

18   this case, and he was locked up.  Oh, then he and

19   his lawyer decide:  Well, I'll give information.

20   I'll testify for the Government.

21           And then what does he get rewarded with

22   immediately?  Instead of being locked up -- you have

23   to understand that originally everybody, including

24   the US Government, agreed:  Mr. Armijo needs to be

25   inside.  We shouldn't let him out loose while he's



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  facing his charges.  All of a sudden, because he

2  cooperated, he was let out on bond.

3           The Government agreed to let him go out on

4  bond.  That means, for those that aren't familiar,

5  in Federal Court, basically you have to promise you

6  come back to court; and you have to follow some

7  rules and regulations; and you have to report to a

8  Pretrial Services officer, whose job is to make sure

9  you don't commit new crimes, and stay clean, and

10  things.  That's it.  You don't have to put any money

11  down or anything.

12          Mr. Armijo walked out.  And, again, he was

13  cooperating with the Government.  He promised:  I

14  won't commit any new crimes.  I'll follow the rules.

15          What does he do?  Commits new crimes.  He

16  starts using drugs.  And guess what they do?  The

17  Pretrial Services officer says, "Hold on.  You

18  violated the terms.  You've got to come back in.

19  We've got to get you in custody because you violated

20  it."

21          But the Government agreed to let him back

22  out.  They said, "Okay, that's all right.  You know,

23  we'll give you another shot at this."

24          Because, you know, he still had to

25  testify.  You know, the other guy back in prison, he

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                    (505) 843-9494
FAX (505) 843-9492                                         FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1 has a long history of violence, as well.

2          There is other evidence in this case that

3 the Government didn't tell you about that suggests

4 something completely different happened here.  In

5 2000 and 2001, the biggest of all the big SNM people

6 is a guy by the name of Angel Munoz.  And I don't

7 have a photo of him, because we just don't have any.

8 The file has been destroyed, or something like that,

9 on Mr. Munoz.  But it really doesn't matter what he

10 looks like.  He was the biggest guy.  They're not

11 going to dispute that.  None of the witnesses are.

12 His name is Angel Munoz.

13          Now, you're going to hear a lot about what

14 the FBI does when they interview some of these SNM

15 members, and they tell them, "Hey, we want to know

16 everything.  Talk to us.  Okay?"

17          And some people tell them everything; some

18 people don't.  These are convicted felons and things

19 like that.  Sometimes they get information that

20 doesn't really fit what they were going to go to

21 court on.

22          And Mr. Garcia caught a lucky break,

23 because in January of this year they brought Leroy

24 Lucero in and told him, "Why don't you join our

25 team, the Government team?  So spread all, what you

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   can, and tell us."

2           When Mr. Lucero was doing that, he

3   accidentally told them that he was at the Southern

4   prison; that he got on the phone with Angel Munoz,

5   the guy at the top here, the big leader; and that

6   Angel Munoz ordered the murder of Mr. Garza and Mr.

7   Castillo.  Completely different than what you heard

8   a little while ago, that it was Mr. Garcia.  It was

9   Angel Munoz who wanted Leroy Lucero.

10          You're going to hear about Leroy Lucero.

11   Okay?  Leroy Lucero was the head -- there is a term

12   called keyholders.  What that means, it's just like,

13   you know, mom and dad of the house.  You know, we

14   have the keys to the house.  We're members of the

15   house.  In the gang world, the keyholder is the top

16   gang person in that particular prison, so they

17   literally hold the keys to the prison.  Okay?

18   That's what they call it.

19          Well, Mr. Lucero, before he went to the

20   Southern facility he was at Central New Mexico

21   Correctional Facility, another prison in a different

22   part of New Mexico.  He was admitted keyholder to

23   that prison, the top SNM member for that prison in

24   2000.  Then he gets moved to Southern New Mexico,

25   the one in Las Cruces.  I can never state the full

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                 Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 843-9492                                                 FAX (505) 843-9492
                                                                   1-800-669-9492
                          BEAN & ASSOCIATES, Inc.
                          PROFESSIONAL COURT
                          REPORTING SERVICE              e-mail: info@litsupport.com

1  name without slurring it, so I'm just going to call

2  it Southern.  So there, there was already a leader

3  by the name of Alfred Leno Giron. So Mr. Lucero is

4  kind of one of his second in command.  He didn't get

5  to be the leader.

6         Shortly before these murders, two months

7  before, Mr. Giron got shipped out or taken out of

8  that prison by the officials, and Mr. Lucero rose to

9  the top.  He was now the leader.  So he was leader

10 of the Southern prison.  He gets on the phone with

11 Mr. Munoz and says -- it's a different Munoz than

12 the one you heard about earlier, Frederico.

13        Angel Munoz says, "I want these guys

14 dead."

15        Mr. Lucero agrees.  Then he sets it up so

16 it happens when he leaves.  Mr. Lucero leaves three

17 days before the murders.  The murders happen,

18 conveniently, three days after.

19        But it's really interesting, and you'll

20 hear a lot of evidence about this.  When they

21 interview Mr. Lucero, guess who he never mentions in

22 the entire interview?  Leonard Lujan.  And guess

23 what?  When Leonard Lujan was interviewed, guess who

24 he never mentions?  Leroy Lucero.  Why?

25        If Leroy Lucero was admittedly given the

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1  orders to kill from Angel Munoz, why doesn't he

2  mention anything about Mr. Lujan?  Why, when Leonard

3  Lujan sends out two hit teams to kill, does he never

4  mention Leroy Lucero?  They're in the same prison

5  together.

6           The evidence will suggest, it's trying to

7  protect each other.

8           You're going to hear evidence of dry

9  snitching.  That's what the inmates call it.  There

10  is many forms of it.  One of the many forms of dry

11  snitching is, when you do something really bad, then

12  you kind of put the evidence off onto somebody else.

13  Sometimes you'll send a kite, which is a little

14  note, to the police, saying, "Guess what?  This guy

15  over here did the murder."

16           And they ship that guy out of the town or

17  whatever, or to a different prison, or they start

18  suspecting them.  These guys are really cunning.

19  These inmates are really smart.  They want to get

20  away because they already know how hard prison is,

21  and they don't want to get another prison term.

22           So these two, I think the evidence is

23  going to suggest very strongly that these guys don't

24  want to get each other because they don't want to

25  take full responsibility.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              Now, who Leonard Lujan hired to work with
 2    to commit the two murders, I can't tell.  Mr. Lucero
 3    may have some information about that.  He may not
 4    share it with you.  Leonard Lujan certainly knows
 5    who he got, but seeing as he doesn't want to
 6    implicate the person who talked to him, or even the
 7    head boss, Angel Munoz, never wanted to implicate
 8    any of those people, the evidence will suggest he
 9    probably didn't want to implicate the people that he
10    got on as a crew to hit people.  But who knows?
11              So I can't tell you who the two groups
12    are.  I'm sure the lawyers and some of the people
13    that are being accused of these two little areas of
14    question marks are going to talk a little bit about
15    that.  But that will be the focus of a lot of the
16    evidence in this case.
17              Now, there might be a few more inmates.
18    We don't know.  I mean, sometimes new stuff bubbles
19    up because more prisoners want to get out of their
20    sentence or see this as an opportunity.  So there
21    might be people I haven't shown you that might come
22    in here, that we don't know about yet.  But I'd be
23    almost shocked if there wasn't more guys thinking
24    that this is an opportunity to walk out some door
25    somewhere.  But this is what we've been able to find
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                           Albuquerque, NM 87102
(505) 989-4949                                                       (505) 843-9494
FAX (505) 843-9492                                            FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1    out about, the ones that we know about.

2           It's upon the word and character of those

3    men that the Government rests its entire case.  It's

4    not DNA.  It's not corrections officers who saw

5    anything.  It's not videotape.  It's not

6    fingerprints.  It's not fingernail scrapings.  It's

7    not hair.  It's nothing other than the word and

8    character of these men.

9           And we believe, at the end of this case,

10   that what will be shown is what was insufficient

11   evidence -- and that's a quote from the U.S.

12   Attorney's letter -- and not of a quality to sustain

13   a conviction in March of 2015 is not good enough to

14   sustain a conviction in 2018.

15          I thank you for listening and taking the

16   time.  I'm going to caution you, my words aren't

17   evidence.  This PowerPoint is not evidence.  But I

18   think the evidence is going to bear it out.

19          And thank you.

20          THE COURT:  Thank you, Mr. Castle.  Mr.

21   Benjamin, do you have an opening statement for

22   Mr. Joe Gallegos?

23          MR. BENJAMIN:  I do, Your Honor.

24          THE COURT:  Mr. Benjamin.

25          MR. BENJAMIN:  If I could ask the Court


SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1  and the jury's indulgence to set up a minute?

 2          THE COURT:  Certainly.  Take your time.

 3          MR. BENJAMIN:  Good morning, ladies and

 4  gentlemen.  My name is Brock Benjamin.  I, along

 5  with Richard Sindel, represent Joe Lawrence

 6  Gallegos.

 7          This morning, we're going to talk to you

 8  briefly about some of the incidents that Ms. Armijo

 9  talked to you about.

10          Some of this stuff, I guess, kind of

11  reminds me of -- right now, you saw it's kind of

12  like when we moved into our room where we're staying

13  and you try and turn on the TV.  Some of this is

14  easier than other things, and I think that's going

15  to hold true for what you're going to hear about the

16  allegations in this case.

17          Some of these are going to be things that

18  make sense.  Some of these are things that, even

19  after dealing with this matter for a long time, have

20  nuances that I'm going to ask that you put a lot of

21  time and effort into, because those nuances are what

22  are extremely important.  But most of those nuances,

23  the evidence will show, are going to be resolved by

24  credibility.  And you've heard a lot about that and

25  what the evidence will show regarding witnesses'

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    credibility in dealing with people in this case.

2                (911 call played.)

3                MR. BENJAMIN:  And when we start dealing

4    with evidence, you're going to have a better ability

5    to review that.  So March 17, 2015, a 911 call was

6    made by Jose Gomez, saying that he was shot in his

7    hand.  The police respond to a shots fired call, and

8    this is what ends up happening.

9                (911 call played.)

10               THE COURT:  Hold on.  Mr. Beck?

11               MR. BECK:  That's a hearsay statement.

12   That's not an excited utterance.  That's in response

13   to arriving on the scene.

14               THE COURT:  Why don't y'all approach up

15   here.

16               (The following proceedings were held at

17   the bench.)

18               THE COURT:  The one that's coming up is

19   what?

20               MR. BENJAMIN:  The one that's coming up is

21   essentially an audio call that was provided for the

22   Government last night as part of a long audio call,

23   and I think it's a statement of present sense

24   impression.  But more important --

25               THE COURT:  What is it that you just gave

SANTA FE OFFICE                                                            MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                 Albuquerque, NM 87102
(505) 989-4949                                                            (505) 843-9494
FAX (505) 843-9492                                                   FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1  me?
 2          MR. BENJAMIN:  Minor laceration on his
 3  hand.  There is no gunshot.
 4          THE COURT:  Who is saying it?
 5          MR. BENJAMIN:  A sergeant with the
 6  Valencia County Sheriff's Office.
 7          THE COURT:  Is it contemporaneous?
 8          MR. BENJAMIN:  Yes, Your Honor.  He's
 9  looking at the individual's hand, and this is on the
10  calls that have been requested produced.
11          THE COURT:  Sounds like it might fit into
12  that.
13          MR. BECK:  It sounds to me, listening to
14  it, after they've gotten to the scene and after
15  they've tied things up, when he calls back to
16  headquarters he said, "Minor laceration, cut on the
17  hand."
18          THE COURT:  Is he calling back after a
19  period of time?
20          MR. BENJAMIN:  I understand that it's
21  during the report, and the call led me to believe
22  he's essentially standing there and looking at Jose
23  Gomez, and they're still looking for the suspect.
24  So it's still during the course of, essentially,
25  what I would say is the ongoing emergency.  And
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

94

1   that's -- yes, I believe the 911 call and the radio

2   calls are admissible because the ongoing emergency

3   deals with the severity.

4            THE COURT:  I think the 911 call is okay

5   that we just heard.  Well, I'll have to take your

6   representation about it.  But if you do play it and

7   I don't let it in, do you feel comfortable with

8   that?

9            MR. BENJAMIN:  Your Honor, I feel

10  comfortable defending this -- essentially, based on

11  experience with domestic violence cases, I think

12  this call would have come in because of the ongoing

13  emergency.  They're still looking for them.  And

14  they're very poorly written reports, but that's the

15  way I understand what's going on through Detectives

16  Hernandez and Harris.

17           THE COURT:  I'll let him play it, and then

18  fight it out a little bit later.

19            (The following proceedings were held in

20  open court.)

21           THE COURT:  Mr. Benjamin.

22           MR. BENJAMIN:  Thank you, Your Honor.

23           (Tape played.)

24           MR. BENJAMIN:  Those were two calls

25  that -- or part of one larger call that I believe

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                           201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                      FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1  will come into evidence, describing what happened on

2  March 17, 2015, as it was happening.  This is one of

3  the acts, the VICAR acts, that the Government has

4  alleged against Mr. Joe Gallegos, that he was

5  charged with violent crimes in aid of racketeering

6  for the assault of Jose Gomez with a dangerous

7  weapon.

8           You're going to hear testimony from Jose

9  Gomez that says that this started when he was

10  pulling a car from the driveway.  It's a blue

11  Charger.  He pulls out.  Joe, Brandon Chavez, and

12  Sepphira Serrano pull up in the blue Charger, and

13  that's where the 911 call comes in.  You'll hear the

14  officers testify to different versions than Jose

15  Gomez's.  And I assume, because they're on the

16  witness list, you'll hear Sepphira and Brandon

17  Chavez testify to different versions of what

18  happened that day.

19           The evidence is going to show there was no

20  gun recovered.  There was no knife recovered.  There

21  is a minor laceration that was not documented.

22  There is a scene, it's a metal building, that an

23  individual on the 911 call, Jose Gomez, says he

24  crawled under to escape people, and cut his hand, is

25  what I think the evidence is going to show.  The

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  only thing you have from March 17, 2015, are a lot

2  of pictures of this Dodge Charger.

3          And you're going to hear Valencia County

4  sheriff's deputies come in and say that Jose said a

5  male was running behind him with a gun.  This is an

6  individual who, the evidence is going to show, lived

7  less than a football throw away from Joe Gallegos.

8  It's not "a male".  It's an individual that, if Jose

9  Gomez turned around and looked at for a tenth of a

10 second, he would be able to identify.  He's lived

11 next to him for, I think the evidence is going to

12 show, his entire life if not the majority of it.

13         Deputy Fernandez and Sergeant Harris is

14 also going to, I think, testify that the injuries

15 were a minor slice on his left hand between his

16 index and thumb.

17         It sounds like something on your hand when

18 you're moving something or crawling under a

19 building.  But Jose tells Deputy Fernandez that he

20 was stabbed in both hands while he's standing there

21 talking to the deputy.

22         Sepphira Serrano is going to come in and

23 say she didn't see a knife; she didn't see a gun.

24 And there is not going to be any pictures of this

25 hand or hands.  There is not going to be any

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1   evidence that anything was even medically treated.

 2          You'll hear evidence once again from Jose

 3   Gomez that he's refusing any treatment.  But we're

 4   not told what that treatment is, and the evidence

 5   won't show what that treatment would have been for.

 6          And as I said, the only thing we're going

 7   to see is lots of pictures of that blue Charger.

 8          You've heard about, essentially, some of

 9   the incidents.  Joe Gallegos is involved in three

10   separate allegations, and I'm going to break those

11   down for you.  The first one is -- as you can see,

12   it's a picture of P-One.  That's the prison at

13   Southern New Mexico.  That's the 2001 allegation

14   that Mr. Castle talked about a lot.  I'm going to

15   cover that at the end because that was covered, and

16   as Mr. Castle told you, we're trying to work

17   together to present some things, but there are some

18   things that I think are important and relate

19   specifically to Joe Gallegos, and I'll cover that.

20          But that was where defendants Joe Lawrence

21   Gallegos, Edward Troup, and Billy Garcia have been

22   charged in the indictment with violent crimes in aid

23   of racketeering for the murder of Frank Castillo

24   occurring on or about March 21, 2001.

25          The next incident is the one that Ms.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   Armijo told you about.  In 2012, defendants Joe

2   Lawrence Gallegos and Andrew Gallegos were charged

3   with violent crimes in aid of racketeering for the

4   murder occurring on or about November 12, 2012, of

5   Adrian Burns, and also for conspiring to murder

6   Adrian Burns.

7           Ms. Armijo stressed -- and I think that's

8   because the evidence is going to show that there is

9   nothing to support that -- that this murder, if

10  committed, was committed because of disrespect.  But

11  that's going to be something that they're going to

12  ask you to pull out of the evidence.  You're not

13  going to hear in 2012 things like Leonard Lujan's

14  statement about, "This is what I did," because those

15  don't exist in that case.  I'll deal with those

16  individually.

17          Lastly, you're going to hear about two

18  incidents that are essentially grouped together by

19  the Government.  They're grouped together because

20  that's how they're trying to get you, once again, to

21  pull from nothing that these things occurred.  And

22  I've got something up there, as I've said, stock.

23  There is no photos taken.  There is going to be no

24  evidence showing there was a minor laceration on

25  Jose Gomez's hand.  The individual on your right is

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

**BEAN
&ASSOCIATES**, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  Jose Gomez, and he's essentially photographed,

2  essentially sleeping after the 2016 assault on Jose

3  Gomez.

4          In 2016 Shauna, Gutierrez is walking in

5  Los Chavez, New Mexico.  And you'll see a map of the

6  area of Los Chavez.  For those of us or those of you

7  who were like me, that didn't know that Los Lunas is

8  not the entire area there, there's Los Chavez, Los

9  Lunas, and Belen, and they kind of bleed together.

10  So we will try to separate that in the presentation,

11  but different witnesses will refer to Los Chavez,

12  Los Lunas, and I think they'll mix the areas.

13          But Shauna Gutierrez is walking in Los

14  Chavez.  And she sees -- and Charlene Parker-Johnson

15  sees her walking and picks her up and gives her a

16  ride.  Charlene Parker-Johnson is an owner of a

17  house, and staying at the house on February 27,

18  2016, is an individual named Jose Gomez, who you've

19  heard about.  And the evidence is going to show that

20  he's going to give his version of what he's doing,

21  and staying at that house, providing handyman

22  services, and everything else.

23          Charlene Parker-Johnson is going to come

24  in relay a different story of an individual who is

25  staying on her couch, who is not leaving, who is

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   bothering her, who is trying to date her, who is

2   just being probably a royal pain that won't go away

3   and get off my couch.  And she relates this to

4   Shauna Gutierrez, who knows Jose Gomez.

5           Charlene Parker-Johnson then drops Shauna

6   Gutierrez off at the house that she's staying at,

7   Joe Gallegos' house.  And this is in 2016.  Joe

8   Gallegos is in custody for this case.  And you're

9   going to hear multiple different versions from

10  Shauna Gutierrez, Brandy Rodriguez, Paul Oso

11  Rivera -- and, once again, we're using the nicknames

12  because that way it's easier for you to remember,

13  and that's how a lot of times you will hear them

14  identify themselves -- and Santos Gonzalez are at

15  the house when Shauna Gutierrez gets there.

16          Charlene Parker-Johnson goes back to her

17  house.  The testimony, I think, is going to differ

18  and vary -- and I think the word that you can

19  probably use is "wildly" -- to define what occurred

20  at 4 Erin Court when Shauna gets there and sees

21  Brandy, Paul Oso, and Santos.

22          Irrespective, those three -- Brandy

23  Rodriguez, Paul Oso Rivera, and Santos Gonzalez --

24  hop in the truck, in Shauna Gutierrez's truck.  They

25  drive to Charlene Parker-Johnson's house, where she



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   lets them in.  And they let them in a back bedroom

2   where Jose is asleep, and they proceed to strike him

3   with a machete, strike him with a baton, and he

4   falls down on the floor.  And you're going to hear

5   him tell that he was just savagely beaten by these

6   three individuals.

7          There's going to be statements that are

8   made.  And this occurred at a house on Sunflower.  I

9   got a little ahead of myself.  This is essentially

10  the area.  As you can see, it's a very small area.

11  But the beating occurs in Charlene Parker-Johnson's

12  house on Sunflower.

13         And the testimony will then later be that

14  Charlene Parker-Johnson tells the officers, when

15  they come and respond after the police have been

16  called, they can't enter her house.  They enter her

17  house anyway.  But she tells them that she doesn't

18  want them to enter her house.  She tells the

19  officers that she doesn't know Jose Gomez, the guy

20  that was living at her house, that she picked up

21  Shauna Gutierrez and took her to go collect people

22  for.  She tells the officers that she just woke up

23  and had to go to the potty, and is otherwise just

24  uncooperative, is the way the officer describes

25  Charlene Parker-Johnson.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1              But you're going to hear about this

2    beating, and one of the things that you're going to

3    hear is that all of the individuals who were

4    involved -- Shauna Gutierrez, Charlene Parker-

5    Johnson, Paul Rivera, Brandy Rodriguez, and Santos

6    Gonzalez - all had a personal reason.  But one of

7    the things that I think is most interesting is that

8    the evidence is going to show that Shauna Gutierrez,

9    on August 3rd of 2016, when she was arrested, says,

10   "Joe didn't put a hit on him."  She doesn't define

11   who it is, but she's talking about Jose Gomez.  No,

12   they did what they did because she was drunk, "she"

13   being Brandy Rodriguez.

14              Shauna is going to say that she was upset

15   with Jose Gomez because his girlfriend, Hope, was

16   telling everybody that she was sleeping with Jose

17   Gomez when Joe Gallegos was incarcerated.  That's a

18   personal reason there.

19              The Government is going to stand up here:

20   And the evidence shows that that's disrespect, and

21   an individual can't be disrespected.

22              I think, as part of your common sense,

23   you're going to be asked, and as jurors you can pull

24   from the evidence that there is hundreds, if not

25   hundreds of thousands of domestic violence cases in

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   the United States that occur because somebody is

2   concerned about being told that they're sleeping

3   with another individual, whether that's true or not.

4   And so the evidence is going to show it's a very

5   personal bias.  Love, probably one of the strongest

6   motivators, aside from hate, which everybody

7   describes as the opposite side of that coin, is a

8   reason to do something.

9           "Don't testify against my jefe."

10          Brandy Rodriguez essentially is going to

11  be attributed to having made this statement, this

12  statement about, "Don't testify against my jefe."

13          You're going to hear testimony -- I don't

14  believe anybody is going to dispute that -- that

15  Brandy Rodriguez, when she was eight, moved in with

16  the Gallegos family.  She's grown up always thinking

17  of Joe, who is only a couple years older than her,

18  as her father, her father figure, her mentor, and

19  somebody who has taken care of her.  And so the

20  Government is going to ask you to make the jump

21  that, "Don't testify against my jefe," that's made

22  by Brandy Rodriguez, is going to be attributed back

23  to direction by Joe.  It's a personal reason for an

24  individual who you'll see, and the evidence will

25  show, has all kinds of connections with Joe and the

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1   rest of the family.
2           "Don't testify."
3           You're going to hear Paul Oso Rivera come
4   in and say, "That's what I told Jose Gomez when I
5   was hitting him with the metal stick.  I told him,
6   'Don't testify.'"  He doesn't -- and I don't think
7   will -- say anything more than that.
8           You're going to be asked to pull from the
9   evidence that doesn't exist that that statement
10  means:  Don't testify about some other act in the
11  past that Paul Oso Rivera is not going to have any
12  knowledge.  He's not going to know what happened.
13  The reason is, he's going to come in and tell you
14  himself, he's not close to Joe; he's not liked by
15  Joe.  Along for the ride is probably the best way to
16  describe what Paul Rivera is that day.
17          But then there is, as I said, evidence,
18  personal, just personal issues happened that day,
19  like when Paul Oso Rivera asks Charlene
20  Parker-Johnson, in the middle of this assault, out
21  on a date.  And you're not going to hear an
22  explanation in any of the evidence, I think, as to
23  why things like that happened.  You're going to hear
24  that other people made statements that are very
25  personal reasons for doing something that day.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              "Don't call me a child molester," is what
 2   Santos Gonzalez is going to be said to have told
 3   him.  I don't know what that has to do with the
 4   VICAR allegations, and the evidence isn't going to
 5   clear that up for you.
 6              "I know his whole family, you know, and
 7   over the past couple of years me and him have been
 8   beefing."
 9              He knows his whole family because, as I
10   said -- and I kind of skipped that because I got
11   ahead of myself -- they've known each other and they
12   live around the corner from each other.
13              You're going to hear testimony that after
14   the March incident, Jose and Joe interacted.  There
15   is going to be evidence showing that this is a very
16   small -- Los Chavez, a very small, close community
17   where everybody knows everybody, and it's best
18   described as everybody is in everybody's business.
19   And Jose and Joe are having issues, and Jose is
20   going to tell you what those are.
21              "I stole his ATVs.  I stole his wave
22   runners.  I stole his tools."
23              You saw the pictures of the house.  It's a
24   different community than a lot of people live in,
25   but it's still a community.  And you're going to
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    hear that Jose Gomez and Joe had an

2    on-again-off-again relationship.

3              And so the evidence is going to be

4    lacking, I think, to show you what you were told.

5              Lacking is also what's going to be missing

6    in the Adrian Burns matter.  Evidence that's going

7    to be lacking is the evidence of disrespect.

8    Evidence that's going to be lacking is the

9    credibility that you're going to be drawing from

10   those.  Because you'll hear a witness say that

11   Adrian Burns went to Joe's house before at 4 Erin

12   Court.  It's not a first time.  I think the evidence

13   is going to tell you it's not a common occurrence,

14   but there is a lot of difference between never and

15   what I think you're going to hear.

16             And that investigation is what's going to

17   be extremely important to look at, first, for the

18   first part, whether or not a murder occurred;

19   secondly, the evidence of whether there was any

20   intent to increase, maintain, or benefit the SNM

21   from that.  And you're going to hear evidence from

22   these cooperators, regarding the 2001 case, about

23   what they do and how they handle it so that they

24   make sure that when something happens, people know

25   about it to send a message.  All of that is going to

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  be lacking.

2       You're going to hear a lot about a Giant,

3  "Giant" being a Giant convenience store, not a Giant

4  fuel purchase.  Some of these things, when you put

5  them on a slide, sound real good, and then all of a

6  sudden you read them later, and they sound a little

7  confusing.

8       But the Giant store fuel purchases made by

9  Andrew Gallegos.  Because the state's theory is that

10 they went and convinced Adrian Burns to come over to

11 the house that night because they didn't have any

12 gas to go anywhere.  And so they had to go get gas,

13 and then they had to use that gas later on.  And

14 we'll cover those issues.

15      But so they made -- the state is going to

16 make a large issue out of gas cans.

17      THE COURT:  Mr. Benjamin, are you about to

18 wrap up?

19      MR. BENJAMIN:  Have I used that much time,

20 Your Honor?

21      THE COURT:  Yeah.

22      MR. BENJAMIN:  I will endeavor to do so.

23      There are multiple gas cans.  But there is

24 a fire that occurs.  You saw the car in the

25 Government's opening.  You're going to hear about

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    the phone call that brings Adrian Burns over.

2    You're going to hear about the Allsup's.  And you're

3    going to hear about Michael Sutton and Leroy

4    Gallegos.  You're going to hear about these things.

5    But once again, they're not going to tell you that

6    they know what this is.  You're going to be asked to

7    draw these things out, about the heroin that was

8    supposedly provided, about the cash that will be

9    described as a large amount, and probably for $100.

10   You're going to hear that Amber Sutton first calls

11   the police the next day at 8:30 a.m.; that there's

12   photos taken of the scene at the bosque, trying to

13   prove who was there.

14          But the trucks that were seized don't

15   match those.  The rifle that was found is ruled out

16   as having been involved.  The other rifle, that

17   you're not going to see a picture of, is ruled out

18   as having been involved.

19          The jackets that were found burned were

20   never tested for gas, were never tested for DNA.

21   They were just -- there was a fire that we think

22   they're related to, and the evidence is not going to

23   show that these jackets are linked to that.

24          There is blood evidence that you're not

25   going to see was tested.  Or if the Government does



BEAN
&ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1    present that evidence, you're going to see that it

2    doesn't match Adrian Burns.

3            But there are a lot of issues that were

4    pulled out of that.

5            And with the Court's indulgence, I think

6    if I could have five minutes, I would be done, Your

7    Honor.

8            You're going to hear again about Frank

9    Castillo and Mr. Garza, who are in two different

10   pods, Ocean pod and Paul pod, separate, locked.  And

11   it's clear that both inmates had been strangled to

12   death.  And what's less clear is how, when those

13   were put into place.  But the inmates were locked in

14   their cells from 10:30 to 6:30 a.m.

15           And those pods -- the individuals in all

16   those pods were interviewed.  And this is where the

17   investigation is extremely important and you need to

18   pay attention to, because the investigation failed

19   to identify by name, or any other means, who was

20   saying what.  And all theories by the prison and,

21   later on, a different theory by the New Mexico State

22   Police, rested on the theory that these were SNM

23   murders.

24           And so ultimately they decided, and you'll

25   hear that they began looking at specific people,

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    after having provided benefits and suggesting and

2    people found that they could receive benefits.

3            This is a note that was found in Frank

4    Castillo's cell.  You're not going to hear that

5    Sleepy, Boxer, Oso were involved in Frank Castillo's

6    murder.

7            Leonard Lujan.  We'll come back to him

8    many times, probably many days of testimony, and

9    you're going to hear -- and I'm not going to play it

10   because, as you heard, I'm lacking time.  But he's

11   going to say it was Mr. Castillo who did this.

12           And then you're going to hear it suggested

13   that it was, "Well, wasn't it Joe Gallegos?"

14           "Yeah, it was Joe Gallegos who was the one

15   that did that."

16           And that, you'll hear, is for the very

17   same reason like it had happened throughout the

18   course of these investigations.  Individuals decided

19   that it was to their benefit to provide names and

20   provide information of people that they lived in

21   close proximity with for many years.

22           Angel DeLeon.  He's the only one whose DNA

23   you're going to hear was found.  He's also the only

24   one you'll never hear or see from.

25           Correctional officers.  Correctional

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

111

1   Officers Garcia and Sandoval admitted that they lied

2   about seeing Frank Castillo moved during the

3   graveyard and early morning a.m. shift.  That's

4   important, because how do they prove the

5   investigation and detail the investigation, when

6   their own correction officers are going to tell you

7   that they saw, what you'll hear is a term, proof of

8   flesh during the night, and there was or was not.

9              And lastly, you're going to see that the

10  evidence, the physical evidence -- because as Mr.

11  Castle told you, there's not -- was lost or

12  destroyed.  There's vital evidence that was

13  overlooked, destroyed, or lost.  You'll hear a lot

14  of testimony about that.  The video of Frank

15  Castillo's cell was not preserved.  Video cameras in

16  the pod and prison were not preserved.  You'll hear

17  why those were important.  Inmates in both victims'

18  pods were searched, photos taken multiple times, and

19  those weren't preserved.

20              And so we come to a long list of items.

21  But most of those items are the type of items that

22  an individual -- and this would be the defense

23  position.  We'll show you that those logs are vital

24  to proving when and where; and that Joe Gallegos was

25  in the kitchen.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1            And those recorded phone calls, the diary

2    that had evidence, the 14-page report, and that the

3    DNA was allowed to degrade, are all things that will

4    show you that the Government's case is not what was

5    presented.

6            Thank you, ladies and gentlemen.  And I

7    thank the Court for its indulgence.

8            THE COURT:  Thank you, Mr. Benjamin.

9            Mr. Burke, do you have an opening

10   statement on behalf of Mr. Edward Troup?

11           MR. BURKE:  I do, Your Honor.

12           THE COURT:  Mr. Burke.

13           MR. BURKE:  Thank you, Your Honor.

14           Ms. Harbour-Valdez.  Mr. Troup.  My

15   colleagues of the defense, both the accused and

16   those who are helping the accused.  Honored

17   representatives of the Government.

18           If it please the Court.

19           THE COURT:  Mr. Burke.

20           MR. BURKE:  Ladies and gentlemen of the

21   jury, we did spend a few days exchanging

22   information, so I will give you only the briefest

23   information about myself.  My passion in my life are

24   my four kids and my six grandchildren.  The other

25   passion is the pursuit of justice, like so many

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   people in this courtroom.

2          A way to go about this for both the

3   defense and for you, members of the jury, is to see

4   if the Government rules out every reasonable doubt

5   in this case.  Your oath would cover that.  Our job

6   is to do that for you, to see if they rule out every

7   reasonable doubt.

8          And as mentioned, it's not like the

9   movies, it's not like TV.  You'll never hear my

10  co-counsel or I say, "We're going to prove that

11  Edward Troup is innocent."  It's not even about

12  right or wrong.  It's about whether the Government

13  can rule out every reasonable doubt.  Reasonable

14  doubts are those logical inferences that each of you

15  can draw from the evidence that is presented to you.

16         Members of the jury, this case is divided,

17  more or less, into two parts.  Counts 1, 2, and 3

18  involve homicides in prison really quite a long time

19  ago, 2001 and 2007.  And then you've heard about

20  counts that happened, what some people call the free

21  world.  But each and every one of you must evaluate

22  and weigh the accusations against each defendant

23  independently and separately, and arrive at your

24  verdict in that manner.

25         Edward Troup is charged in Count 1 with a

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  2001 homicide, as well as Count 3, a 2007 homicide.

2  And the evidence, as to physical evidence, will be

3  sparse.  You will hear evidence from informants.

4  Some of them will say what they believe they saw or

5  what they claim to have seen; others, what they

6  claim to have heard.  Others will say they heard

7  Edward Troup say something.

8           But with respect to all the statements of

9  all of the informants, you will need to rule out

10 that they have not been honest with you in order to

11 arrive at your evaluation of whether this case has

12 been proven beyond a reasonable doubt.

13          Let me talk to you about Count 1, the

14 Pancho Castillo homicide.  And let me say also, his

15 death is profoundly sad.  The death of any of us

16 diminishes all of us, and it is a sadness that will

17 pervade the courtroom because it is the loss of

18 life.

19          The pieces of evidence that the Government

20 hopes to prove, to prove that Edward Troup was

21 involved, begins with:  What did the Government

22 investigators do?

23          They found DNA.  They found the DNA of

24 Angel DeLeon.  But even that, even that DNA on the

25 weapon of death, was not enough for the Office of

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  Susana Martinez to rule out every reasonable doubt,

2  and charges were not brought even against Angel

3  DeLeon, as to whom there was DNA.

4          And then we jump forward to 2003, and a

5  person by the name of Lorenzo Torres comes forward.

6  And I will discuss him, because I believe he will be

7  a witness in this case.

8          And what does he say two years after the

9  fact of the Castillo homicide?  He say, "I woke up

10  early that morning, and I saw Edward Troup seated on

11  the table on the second tier.  And he said to me,

12  'Don't come up here, this doesn't concern you.'"  I

13  believe that Mr. Torres will be a government

14  witness.

15          But what do you need to know about Mr.

16  Torres?  You need to know that of all the inmates,

17  he is one of two who refused to give his DNA.  You

18  need to know that at the time he was giving this

19  statement, two years after the fact, he declined to

20  cooperate originally; and now he's seeking a benefit

21  consistent with what will happen from the witness

22  stand throughout this trial.

23          You would need to know that the benefit

24  was bestowed upon him.  He got help with his parole.

25  You would need to know that in 2012 he again became

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                           Albuquerque, NM 87102
(505) 989-4949                                                         (505) 843-9494
FAX (505) 843-9492                                               FAX (505) 843-9492



1-800-669-9492
PROFESSIONAL COURT
REPORTING SERVICE                                e-mail: info@litsupport.com

1    an FBI informant, and he continues as an FBI

2    informant today.  And you would need to know that he

3    has been paid $650.  And you would need to know that

4    he understands exactly why he received that payment.

5              In the Government's opening statement,

6    they put up on the screen three people who were

7    involved:  Angel DeLeon, Joe Gallegos, Edward Troup.

8    And they touted the story of Leonard Lujan.

9              Ladies and gentlemen of the jury, when

10   Leonard Lujan first spoke in August of 2007, he

11   said, "I spoke to the three people from the pod who

12   were tasked with killing Castillo."

13             And who were the names that he gave them?

14   Angel DeLeon, Joe Gallegos, and Michael Criminal

15   Jaramillo.  Not Edward Troup.

16             When Leonard Lujan spoke again in 2008, he

17   gave three names as those individuals tasked with

18   killing Castillo:  Angel DeLeon, Joe Gallegos, and

19   Michael Jaramillo.  His story about that has been

20   consistent for a decade.  Until what?  Until he made

21   his plea bargain.  And then Edward Troup's name

22   comes forward, as if, ladies and gentlemen of the

23   jury, that sort of last-minute, eleventh-hour change

24   would rule out reasonable doubt.

25             And what is more remarkable about Count 1

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                 Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 843-9492                                                 FAX (505) 843-9492



1-800-669-9492
e-mail: info@litsupport.com

1  -- and at some points, I need to be repetitious.

2          What's more remarkable is that in March of

3  2015, an experienced prosecutor said, "This letter

4  will serve as notification to you that the United

5  States Attorney's Office is declining prosecution of

6  Castillo and Garza homicides."

7          They were unable, after the marshaling of

8  all evidence, to rule out the reasonable doubts that

9  pervade this case.

10          Now I'm going to talk about Count 3.

11  Freddie Sanchez was killed on Saturday, June 16, and

12  his death is also profoundly sad.  On that evening,

13  he and 12 other inmates were in the blue pod.  Why

14  12?  Because the 13th member of that pod had been

15  moved out two years earlier.  Who is that?  You will

16  hear from him, Ben Clark, the true shot caller in

17  this homicide.

18          The Government decided to indict five

19  people:  Ben Clark, Arturo Garcia, Ruben Hernandez,

20  Javier Alonso, and Edward Troup.  Ben Clark, a shot

21  caller, he left evidence behind, because he left a

22  letter incriminating himself, even though he was out

23  of the pod two days before the homicide.

24          Ruben Hernandez.  He left evidence behind,

25  because his picture is on videos, showing that he is

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  covering the camera.

2          Javier Alonso, the killer.  He left

3  evidence behind, his DNA.  And you will see and you

4  will hear from Javier Alonso, and he will describe

5  for you how it was that he killed Fred Sanchez.  Two

6  men were in Sanchez's cell, Fred Sanchez and another

7  individual.  The Government claims it was Edward

8  Troup.

9          Javier Alonso goes to his cell; gets the

10 draw string from the laundry bag; walks into the

11 Sanchez cell; walks past the two men that are there,

12 including Mr. Sanchez.  He gets up on the toilet.

13 Mr. Sanchez makes a fatal mistake.  He turns around.

14 His back is to Alonso.  Alonso jumps on him, leaps

15 into the air, gets the string out, and strangles

16 him.

17          I believe the forensic evidence will show

18 that within six to ten seconds, Mr. Sanchez would

19 have gone unconscious, and from that point on it was

20 a matter of minutes before Javier Alonso finished

21 his job of killing Fred Sanchez.  But he left his

22 DNA behind.  So his sacrifice of pleading guilty to

23 it is not a sacrifice at all.  It is what he would

24 do to save his own skin and try to make something of

25 the best of it, having done all of this.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1           And what else did they do to fill in the

2    gaps?  They call what is literally a murderers' row

3    of witnesses, and you've heard about some of that

4    from Mr. Castle.  Styx Archuleta, Frederico Playboy

5    Munoz.  Murderers, all of them.

6           It was mentioned:  Why would some people

7    not become cooperators?

8           Could it be they're not good for it?

9    Would that be a reason that you insist on having the

10   Government rule out every reasonable doubt?

11          Members of the jury, what are the factors

12   that you would look to in determining the

13   credibility of the people that come before you and

14   take an oath and testify?

15          I think that you need to look at the

16   context of their testimony.  Prison is a hard place.

17   They tell you when to eat, what to eat, when to get

18   up.  And if you can get even the slightest little

19   bit of comfort, maybe you would do that if you know

20   that you're going to be in prison for a long time.

21   Even little considerations which would be next to

22   nothing to you and me, maybe they would mean a lot

23   to the individuals who will testify.  Maybe that is

24   the mindset.  That might be something that you would

25   look to, to determine their credibility.

SANTA FE OFFICE                                                           MAIN OFFICE
119 East Marcy, Suite 110                                      201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492                                                FAX (505) 843-9492

**BEAN & ASSOCIATES, Inc.**
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1              What else would you look to?  Would you
 2    look to see if they were paid for their testimony?
 3    Would you look to see if they were threatened at any
 4    point to give testimony?  Would you look to see if
 5    they received promises for their testimony?  Would
 6    you look to see whether they had an opportunity to
 7    compare their testimony, one with the other?  Would
 8    you look to see if they were able to have access to
 9    discovery so that they could all read the police
10    reports and the other reports that comprise the
11    case?  Would you look to see whether they had access
12    to each other so that they could match up their
13    stories, to get the benefits that have been promised
14    to them?
15              You need to look to all of those things to
16    determine whether every doubt has been ruled out.
17    And the thing about doubt is that you don't even
18    need to believe the doubt to have one.  Another way
19    to look at reasonable doubt would be this analogy.
20    Let's say you or one of your loved ones had a lump
21    or some sort of blemish, and you're concerned that
22    it might be cancerous.  And you go to the doctor,
23    and the doctor says, "99 percent of these are
24    nothing; don't worry about it."
25              And the person, the patient, your loved
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    one, you say, "No, is there something we can do to

2    rule that out?"

3              He says, "Absolutely.  We could get an

4    MRI.  We could do a CAT scan.  We could do a

5    biopsy."

6              And the doctor says, "Upon reflection, we

7    should do that because we need to rule out that

8    something really bad could be coming onto your

9    body."

10             And that is like reasonable doubt here.

11   You need to rule out all doubt so that no mistakes

12   are made here.  That's why it's called reasonable

13   doubt.  And I have to say to you, even though we

14   talked about it so much, it is bedrock.  It's what

15   we are all about.  It is the most integral part of

16   American justice, that they need to rule out every

17   reasonable doubt.

18             And if one of you has a doubt and others

19   do not, your doubt counts.  You can't be pressured

20   to disregard your doubt.  You can't be on a jury

21   that leaves here thinking:  Did I really do the

22   right thing?  Did I ignore a doubt that I had?

23             Ladies and gentlemen of the jury, I think

24   the best way for you to do your job is to see if

25   they do their job, see if they really and truly rule

SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                 Albuquerque, NM 87102
(505) 989-4949                                                              (505) 843-9494
FAX (505) 843-9492                                                   FAX (505) 843-9492

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1   out every reasonable doubt.  I believe at the
 2   conclusion of this case, you will see rather readily
 3   that they have not.  And because they will not, at
 4   the close of this case we will ask for verdicts of
 5   not guilty for Edward Troup as to both Count 1 and
 6   Count 3.
 7            Thank you, Your Honor.
 8            THE COURT:  Thank you, Mr. Castle -- I
 9   mean, Mr. Burke.
10            All right.  Mr. Granberg, do you have an
11   opening statement for Christopher Chavez?
12            MR. GRANBERG:  Yes, Your Honor.  Thank
13   you.
14            THE COURT:  Mr. Granberg.
15            MR. GRANBERG:  If I could have a moment,
16   Your Honor?
17            THE COURT:  You may.
18            MR. GRANBERG:  Mr. Chavez.  Counsels.
19   Counsel for the Government.  Your Honor.
20            THE COURT:  Mr. Granberg.
21            MR. GRANBERG:  Ladies and gentlemen of the
22   jury, my name is John Granberg, and I represent Mr.
23   Christopher Chavez.  Mr. Chavez is accused of the
24   murder of Rolando Garza at the Southern New Mexico
25   Correctional Facility in 2001.  That's a long time
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

e-mail: info@litsupport.com

1  ago.  A lot of water has passed under that bridge.

2  You've heard presentations from Mr. Castle and Mr.

3  Burke about the other prosecutions that could have

4  occurred during that time, but I'll go ahead and

5  skip over those.  I don't want to repeat them.

6          But I think it's particularly important

7  that you pay undivided attention to the facts and

8  testimony in this case.  We have a multitude of

9  witnesses.  We have a multitude of information.  And

10 you're going to hear instructions from the Court,

11 saying you can apply this testimony to one person

12 and not the other.  Or you can listen to that

13 testimony and find the testimony incredible,

14 uncredible, not credible, and not apply it at all.

15          You see, opening statements is like

16 putting together a puzzle.  You go to the store and

17 you buy a puzzle, and it's in a box, and on the

18 front of the box is a picture of what the puzzle is

19 supposed to be.  Now, the prosecution has painted a

20 picture for you what the puzzle that they anticipate

21 will be.  But I submit to you that in this

22 particular case, this is a giant puzzle.  This is a

23 complicated puzzle, and I submit to you that at the

24 end of this trial, the puzzle that you guys put

25 together is not the puzzle that's pictured on the

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1    front of the box, not at all.

 2            In Mr. Chavez's case, you're going to hear

 3    about a lack of evidence; mainly, that for him,

 4    there is no DNA found on either Mr. Garza or

 5    Mr. Chavez, each other's DNA.  There is no blood

 6    exchange.  There is no bodily fluids exchanged.

 7    There is no FBI evidence, no hairs, no fibers from

 8    their clothes, nothing like that.  No fingernail

 9    evidence, the cells under Mr. Garza's fingernails.

10    There are no palm prints.  There are no footprints.

11    And there are also no shoe prints that related back

12    to Mr. Chavez.  None.

13            Furthermore, you're going to find there is

14    no video surveillance documenting this.  There is no

15    audio recordings that were made in the pod.  There

16    is no video confession from Mr. Chavez.  There is no

17    audio confession, meaning that there was no wire

18    that was surreptitiously placed on another cellmate

19    in which case Mr. Chavez confessed to the murders.

20    You don't have that, either.

21            Now, it's not like evidence was purposely

22    damaged or destroyed by anyone here.  After the

23    bodies were discovered, the prison officials went

24    through.  They stripped everybody down to their

25    underwear and had them wait in the gym for the

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  entire day.  And during that day, prison officials

2  went through everybody's cell, collected all their

3  clothing, all their belongings, their toothpaste,

4  combs, their personal property like TVs, radios,

5  magazines.  All that was taken up, bagged up, and

6  taken to the State Police.

7         Meanwhile, Mr. Garza's cell was given a

8  full forensic sweep.  Now, if you recall from the

9  pictures from Mr. Castle's presentation, Mr. Garza

10 was found on his stomach.  He had his shirt off.  He

11 had his pants on.  But additionally, he had several

12 abrasions on his body, and he had a deep laceration

13 right below his left elbow.

14         Now, I submit, though, if a struggle

15 occurred, Mr. Garza had his shirt off.  There would

16 have been an exchange of cells.  There would have

17 been an exchange of blood.  There would have been an

18 exchange of fluids.  None of that was found linking

19 Mr. Chavez.

20         Let me tell you about what the prison

21 officials did find.  They found the murder weapon.

22 They found a drawstring taken from a laundry bag,

23 and at the end of the string, on each side, there

24 was a loop tied kind of like an S, but there was a

25 gap in the middle so you can put your arms through

SANTA FE OFFICE                                            MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                    FAX (505) 843-9492
                                                              1-800-669-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

e-mail: info@litsupport.com

 1   it, your hands through it, and get a really good

 2   grip on pulling on something.

 3          But guess where that drawstring was found?

 4   It was found in another person's cell, an inmate by

 5   the name of Martin Chacon.  Martin Chacon was never

 6   charged in this indictment.  There was,

 7   additionally, a bloody T-shirt that was found in yet

 8   another cellmate's cell.  And guess what?  He's not

 9   charged either.

10          So let me talk about what the Government

11   does have.  The Government has witnesses that have

12   evolved over the years, saying that Mr. Chavez said

13   this or said that to them.  And Mr. Castle mentioned

14   Leonard Lujan and all his misdeeds.  And I don't

15   want to repeat them, but there is one that I do want

16   to talk about, and that is in 2005, Leonard Lujan

17   gave a statement to prison officials, the gang

18   officers.  And in his statement he gave a list of

19   who committed the murders.  Mr. Chavez was not on

20   that list.

21          And then two years later, when the FBI is

22   putting some pressure on him to turn over some good

23   information, guess what happens?  All of a sudden,

24   Mr. Lujan recalls an incident where Mr. Chavez told

25   him he did the murder.  How convenient is that?



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1              2005, Mr. Lujan says, "Yeah, these are the

2       five guys that did it."

3              2007, he turns around, "Oh, yeah, but I

4       forgot to tell you that Chris Chavez admitted it to

5       me."

6              There is another memo from a cellmate by

7       the name of Augustine Saenz.  Mr. Saenz was a good

8       friend of the deceased, Rolando Garza, a long-time

9       childhood friend.  And in Mr. Saenz's statement, he

10      says he saw what happened, he saw who did it.  But

11      guess what?  Mr. Chavez is not on that list.

12             One additional witness.  Well, Eugene

13      Martinez is also a witness.  Mr. Castle covered him.

14      I won't go into that.

15             But one additional witness came up just

16      recently, out of the blue, a person by the name of

17      Josh Mirka.  Now, mind you, Mr. Chavez has been in

18      custody since December 2015, and in this time we've

19      had no reports of anyone approaching him or being in

20      the same area as him and him committing or

21      confessing to anything.

22             So all of a sudden, a month and a half

23      ago, we get this guy named Josh Mirka.  Now, Mr.

24      Mirka was moved from Deming to Lordsburg because he

25      escaped from the facility in Deming.  Somehow they

SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                           (505) 843-9494
FAX (505) 843-9492                                                  FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
1   caught him, took him over to Lordsburg.  Mr. Mirka
2   was in the cell next to Mr. Chavez.  And then, all
3   of a sudden, Mr. Chavez starts talking about the
4   murder.  Not just his murder.  He implicates other
5   defendants, too.
6           And I find it very incredulous that after
7   a year-and-a-half, almost two years, more than two
8   years, that all of a sudden this informant will come
9   out of the blue.  Now, this informant said other
10  things, such as Mr. Chavez said that he wanted to
11  escape, that he had plans to escape.  But Mr. Mirka
12  is an escape artist.  He's the one that escaped from
13  Deming, not Mr. Chavez.
14          All of a sudden, we have Mr. Mirka, I
15  submit to you, placing words in Mr. Chavez's mouth.
16          Now, all these witnesses are standing in
17  front of you, kind of like standing in a bread line,
18  for the Government -- for the Government to give
19  them some love, help reduce their sentences.  But
20  every single one of them has a stake in this.  Every
21  single one of them is not here to do their civic
22  duty.  They would not be here if there was not some
23  incentive in it for them.
24          Now, ladies and gentlemen, Mr. Burke spoke
25  briefly about reasonable doubt, and I always equate
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  reasonable doubt to the decision-making process you

2  make when it comes to your health or the health of

3  your loved ones, the certainty that you need before

4  you make that decision.  You want to know that what

5  you're doing in the course of treatment that you

6  choose to follow through with is the correct one,

7  especially with the most gravest concerns.  You want

8  to know.

9          And if you have a doubt as to what your

10 physician is telling you, what do you do?  You go

11 get a second opinion.  You go to a secondary

12 hospital somewhere else, seek some specialist in the

13 field, because you need to know what you need to do

14 with your life.  That is the amount of certainty

15 that the level of reasonable doubt rises to.

16          So, ladies and gentlemen, at the

17 conclusion of this trial, I would submit to you that

18 the puzzle that is before you is not the puzzle, not

19 the picture of the puzzle that the Government is

20 proposing they can prove.  And those gaps in the

21 puzzle piece, in the puzzle, once you finish putting

22 it all together, would lead you to the conclusion

23 that Mr. Chavez did not commit these murders and

24 that the Government has failed to meet their burden.

25 Failed to meet their burden.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1          And just like I said during the voir dire,

2    with the Scottish law example, they find not guilty

3    two ways -- not guilty by innocence, I guess, and

4    not guilty because of not proven.  And I submit to

5    you that at the end of this trial, the Government

6    will fail both.

7          Thank you.

8          THE COURT:  Thank you, Mr. Granberg.

9          Mr. Blackburn, would you like to go now,

10   or do you want to do it after lunch?  What would be

11   your preference?

12         MR. BLACKBURN:  I'm starving, so I'd just

13   as soon it would be after.

14         THE COURT:  All right.  So we'll take up

15   your statement for Mr. Arturo Garcia after lunch.

16         All right.  Since we're about to take our

17   first lunch break during the trial, I'm going to

18   remind you of a few things that are especially

19   important.

20         Until the trial is completed, you're not

21   to discuss the case with anyone, whether it's

22   members of your family, people involved in the

23   trial, or anyone else, and that includes your fellow

24   jurors.  If anyone approaches and tries to discuss

25   the trial with you, please let me know about it

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  immediately.  Also, you must not read or listen to

2  any news reports of the trial.  Don't get on the

3  internet and do any research for purposes of this

4  case.  And remember, you must not talk about

5  anything with any person involved in the trial, even

6  if it doesn't have anything to do with the trial.

7          If you need to speak with me, simply give

8  a note to one of the court security officers or Ms.

9  Bevel.  I'm going to, like I said, be repeating

10  these while we get the trial started, but they'll

11  curtail off as we get going, but just keep them in

12  mind because they're very important.

13          So we'll try to shoot for an hour.  We

14  can't start without you, so let's shoot for that so

15  we can get a good afternoon's worth of work in

16  today.

17          All rise.

18          (The jury left the courtroom.)

19          THE COURT:  All right.  If y'all want to

20  say anything to the jury when they come back about

21  Mr. Swantner, y'all might sketch out some words and

22  share with each other and see what you want to do.

23  If not, we'll keep moving.

24          MR. CASTLE:  Your Honor, I had something

25  to bring up.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1          THE COURT:  All right.

 2          MR. CASTLE:  In Mr. Granberg's opening

 3  statement when he was addressing Mr. Mirka as a

 4  witness, he indicated that Mr. Mirka said that

 5  Mr. Chavez talked to Mr. Mirka, and then in that

 6  statement he not only implicated himself but he

 7  implicated other defendants.  I think that's an

 8  adequate quote.  I think -- I'm hoping that was an

 9  oversight by --

10          THE COURT:  I don't plan to let that in.

11  I was reviewing the Mirka statements, and I don't

12  think that that's going to come in as any sort of

13  present sense.  So for purposes of the trial, I'm

14  not going to allow that portion of the statement in.

15  About the only thing that Mirka can say is that

16  Chavez told him that he was Syndicato.  That's it.

17  The rest of that statement I'm going to keep out.

18          If you want me to do anything about it, I

19  will.

20          MR. CASTLE:  No, I don't want you to do

21  anything about it.  I want to make clear on the

22  record.

23          THE COURT:  Sure.

24          MR. CASTLE:  We filed our motion.  It

25  wasn't just directed to the Government being

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  prevented from doing it.

2          THE COURT:  Okay.

3          MR. CASTLE:  It was preventing that kind

4  of evidence from coming in at all.

5          THE COURT:  All right.

6          MR. CASTLE:  I want the Court to know that

7  it's considered opening the door.  It isn't as to

8  Mr. Garcia.  And that's all.

9          THE COURT:  Well, I'm going to keep it

10  out.  So if anything needs to be done, think about

11  it during the lunch hour.  But that Mirka statement

12  is down to just Chavez saying he was Syndicato, and

13  that's it.

14          MR. CASTLE:  Just so we don't have the

15  problem again, if any defendant is intending to

16  bring up a statement in which they say someone else

17  implicated my client, I'd ask that -- they didn't

18  mention Mr. Garcia, but if they're going to do that,

19  then I think they need to get permission from the

20  Court first.

21          THE COURT:  Okay.  Fair enough?  Everybody

22  can do that?

23          I'll try to recirculate a chart here --

24  I'm still working on it -- on these statements

25  against interest. I know this was not one of the

SANTA FE OFFICE                                                                MAIN OFFICE
119 East Marcy, Suite 110                                            201 Third NW, Suite 1630
Santa Fe, NM 87501                                                    Albuquerque, NM 87102
(505) 989-4949                                                                    (505) 843-9494
FAX (505) 843-9492                                                        FAX (505) 843-9492
                                                                              1-800-669-9492
                                                              e-mail: info@litsupport.com



BEAN &ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1   ones the Government is trying to get in as a
 2   statement against interest, but that little chart
 3   that was giving the statements, that Mr. Castle had
 4   brought to my attention.
 5          So I'll give it to you.  I'm still working
 6   on it, but it should give you some guidance.
 7          MR. SINDEL:  Your Honor, what has the
 8   Court decided concerning the civic responsibility of
 9   Mr. Swantner?  Is it going to be after lunch?
10          THE COURT:  No.  He's gone now.
11          MR. SINDEL:  Oh, okay, then.
12          THE COURT:  No, he's been excused.  That
13   was what everybody wanted, right?
14          MR. SINDEL:  Exactly.
15          THE COURT:  So he's gone.  What I was
16   saying is, if you want me to say anything to the
17   jurors or anybody, if the jurors -- think about it
18   over lunch.  If you can sketch something out, share
19   it with the Government, or the Government with
20   y'all.  If not, otherwise we'll just keep moving.
21          MR. BENJAMIN:  Last issue, Your Honor.
22   Late yesterday afternoon, we got an unopposed motion
23   to unseal a case number.
24          THE COURT:  I've signed it.  Does anybody
25   disagree with it?  Does anybody have an objection?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Any of the defendants?  If not, Ms. Bevel will file

2    it.

3              MR. BENJAMIN:  Thank you, Your Honor.

4              THE COURT:  All right.  See y'all in about

5    an hour.

6              (Lunch break.)

7              THE COURT:  It looks like we're ready to

8    go.  I'm going to tell the jury, through Ms. Bevel,

9    that they should maintain their seats.  And they

10   have maintained them throughout the trial so far, so

11   our seating charts don't change.  If at some point

12   we want to do something different, we can.  But at

13   the present time, just maintain their seats.

14             Mr. Benjamin, I said I had signed your

15   order.  It was in front of me.  I've read it.  And I

16   had half a signature on it.  When I came back after

17   lunch, I handed it to Ms. Bevel.

18             MR. BENJAMIN:  I appreciate it.

19             MR. SINDEL:  Your Honor, there was some

20   concern from my colleagues that maybe the Court's

21   clock that has been used, that everybody's timeframe

22   is off.  I don't know.  I'm not suggesting that your

23   clock is off, but Mr. Benjamin believed that based

24   on his timer, he still had some time left.

25             THE COURT:  Well --

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1          MR. SINDEL:  There's a bus here, and Mr.

2     Benjamin is now under it.

3          THE COURT:  Well, when we came back, I

4     gave Mr. Castle 20 minutes.  He didn't take all of

5     it, so he went to 10:50.  Mr. Benjamin had said he

6     would give 20 minutes to Mr. Castle, so he had 25.

7     So 10:47 is when he started, and 25 minutes would

8     put him at 11:13.

9          MR. SINDEL:  I think that's the

10    distinction.  I think he believed he had an hour to

11    begin with.  It's not the clock; it's our brains.

12         THE COURT:  Well, we can look at the

13    transcript, but I was correctly corrected by Mr.

14    Castle on his.  I'm not sure I went back and checked

15    Mr. Benjamin's, but we can.

16         MR. SINDEL:  Your Honor, there is no need

17    to check the transcript.

18         THE COURT:  All right.

19         MR. SINDEL:  The toothpaste is out of the

20    tube.

21         THE COURT:  All right.  Everybody is

22    ready.  Mr. Castle, I think -- and this will be for

23    you and Mr. Beck.

24         Go ahead and get them lined up.

25         I do want to get on Baby Rob Martinez's,



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   if I get the conviction, and the date of conviction
 2   and the date of his release, so I know which way to
 3   work with it under 609.  And I think probably what
 4   you were trying to do up here was make a 608
 5   argument.
 6               MR. CASTLE:  Yes.
 7               THE COURT:  And I guess we've been looking
 8   at it during the lunch hour on Salsberg.  He
 9   suggests you can go under 608 or you can go under
10   609, but you can't get your conviction in, name of
11   conviction, and then turn around and get the facts
12   in under 608.  I have to think about that, whether
13   we agree with him, but there is some logic to that.
14               I thought maybe give you the choice, and
15   if you want to do 609, get the conviction in, get
16   the name of the conviction, fine.  If you want to go
17   under 608, I can make a 608 call.
18               But give me that information so I know
19   whether I've got a 609 issue or if this is more of a
20   608.
21               MR. CASTLE:  Our team is looking at it.
22               THE COURT:  All rise.
23               (The jury entered the courtroom.)
24               THE COURT:  All right.  Everyone be
25   seated.  I appreciate everybody getting in and out
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                             FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1  very well for our first lunch.  Everybody did a very

2  good job of getting back and being here and ready to

3  go on time.  All right.

4           Mr. Blackburn, do you have an opening

5  statement on behalf of Mr. Arturo Garcia?

6           MR. BLACKBURN:  Yes, I do, Your Honor.

7           THE COURT:  Mr. Blackburn.

8           MR. BLACKBURN:  Counsel.  Counsel.  May it

9  please the Court.

10           THE COURT:  Mr. Blackburn.

11           MR. BLACKBURN:  On December 14, 2015,

12  about 4:30 in the morning in Denver, Colorado,

13  Mr. Arturo Garcia was having coffee with his wife.

14  He had been out of custody for all the crimes that

15  he had been charged with; served his time; had a

16  job, on his way to work; was looking forward to

17  getting his first paycheck from the IRS ever.  And a

18  group of gentlemen came in, in Denver, Colorado, and

19  arrested him, took him into custody, and showed him

20  a copy of an indictment, a federal indictment that

21  had been returned by a Grand Jury, charging him with

22  the murder of Freddie Sanchez.

23           Well, that was somewhat interesting to him

24  because, first of all, he couldn't remember that

25  much about a Freddie Sanchez in 2007, because it is

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    2015 when he's seeing these people at his front

2    door.  He had never been charged with that

3    particular case, but later found out that the local

4    prosecutors had declined prosecution on anybody; had

5    never been interviewed by anybody from either law

6    enforcement or from the STIU, which is sort of the

7    inside-the-prison cop system, people you will hear

8    from that run what's called the STIU, the gang unit;

9    never had any other information or involvement in

10   what was going on with this.

11              And the most interesting thing was that

12   when he started thinking about it was -- the last

13   time that he had ever basically served any time in

14   the institution with Mr. Sanchez was in the late

15   1990s.  Because, as you heard yesterday and earlier

16   today, the way the prison system works in New

17   Mexico, we have what's called Northern New Mexico

18   facilities and Southern New Mexico facilities.  So

19   you have a group of buildings and institutions in

20   Santa Fe, and then there is others in Roswell, there

21   is others in Clayton, there are others in Santa

22   Rosa, and others in Southern New Mexico in Las

23   Cruces.  I think Ms. Armijo talked about that this

24   morning.  So what is known in the system is like

25   whether you're in PNM, which is Santa Fe, or whether

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  you're in Southern New Mexico, which is in Las

2  Cruces.

3          Well, the most troubling thing to him at

4  the time was that he knew, or later found out during

5  the discovery process, that Mr. Sanchez was killed

6  in June of 2007 in Southern New Mexico, in Las

7  Cruces, New Mexico, and he was in Santa Fe, had been

8  in Santa Fe since 2002, never been to Las Cruces.

9  More trouble factors.

10         So you will not hear any evidence, and the

11  Government has confirmed that you will not hear any

12  evidence in this particular case that at the time of

13  the murder of Mr. Freddie Sanchez in June of 2007,

14  that Arturo Garcia was in any -- was not even within

15  300, 400 miles of the facility, the Government's

16  theory being that because Mr. Arturo Garcia was a

17  member of the SNM Gang and that because they

18  thought he was a shot caller, that he ordered the

19  murder of Mr. Freddie Sanchez because he was

20  cooperating with law enforcement.  That's their

21  theory.

22         You're not going to hear anything about

23  them wiring him up, or the guy in the next cell, to

24  find out what was going on.  You're not going to see

25  any videotapes of him participating in any actions

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   down in Southern New Mexico because he wasn't there.

2   You're not going to hear anybody say that in any way

3   he went in to some cell, that he had anything to do

4   with any strings or any knives or any pillowcases or

5   anything like that.  Nothing.

6           The only thing you're going to hear is

7   from some cooperators, one in particular that I

8   won't elaborate on anymore because basically I feel

9   at this point in time, let's get the show on the

10  road.

11          You're going to hear from one of them, a

12  Ben Clark, who was at the facility in Las Cruces.

13  It's easier for me to say "Las Cruces" or "Santa Fe"

14  to keep them straight for my client, although a lot

15  of people will talk about the Southern New Mexico or

16  the Southern New Mexico Correctional Facility or the

17  PNM in northern New Mexico in Santa Fe.

18          But you're also going to hear testimony

19  that part of the issue with the SNM Gang, or some of

20  their rules are, as was discussed this morning, is

21  that you cannot be a member of a rival gang.  You

22  cannot be involved in any situation that involves

23  any sort of child molestation.  There's issues about

24  being -- whether you're homosexual or something like

25  that.  And you cannot cooperate with law



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   enforcement.  That's a part of all of the gang's --

2   the prison gang's supposed rules.

3           But at the same time, in this particular

4   case -- and you will hear from a lot of the

5   cooperators, a lot of the people who were in custody

6   and who were charged in this case initially.  They

7   sat over here on this side of the room for a long

8   time -- well, not a long time; most of them for a

9   few months -- before they decided to cooperate.

10          Under the circumstances, if you knew or if

11  there was an issue out there that somebody knew that

12  you were a cooperator, nobody had to order a hit.

13  The Government's witnesses are going to come in here

14  and talk about that.  You didn't have to -- if

15  somebody was labeled as a cooperator, no one had to

16  give an order if you were a member of the gang.  In

17  fact, some people who were in the gangs would try

18  and move to the top of the ladder if they were to do

19  something on behalf of the gang.

20          And you're also going to hear that at the

21  time that Mr. Sanchez -- he was transferred to

22  Southern New Mexico.  He was transferred.  He didn't

23  come from anywhere in the location, or did not come

24  from any of the facilities that Mr. Arturo Garcia

25  was at, but he was taken down to Las Cruces two days

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  beforehand.  Like I said, Mr. Garcia had not seen

2  him for a number of years before that.  He knew who

3  he was.  They're from the same area.

4          And when Mr. Sanchez got to the facility,

5  he told the correctional officers, two separate

6  correctional officers -- one, a regular correctional

7  officer; and two, a person involved with the STIU

8  prison cops -- that he was in fear for his life

9  because he knew he had a hit out on him.  He knew

10  that himself.  He knew the paperwork had already

11  been there for a while, a long time, because he had

12  cooperated.

13          And so he told these individuals, "You

14  need to move me.  You need to put me -- don't put me

15  in this area, or don't put me in this area, because

16  if you do, I may not be alive."

17          Well, guess what?  They didn't move him.

18  Two days later, the gentlemen who talked with him

19  came back.  Much to their surprise, he hadn't been

20  moved, although a system was in place to move him,

21  but it didn't happen.

22          But one of the people that were there at

23  the facility, that just happened to be moved from

24  one pod to another pod, who was a shot caller, was

25  Ben Clark.  He's the one who you heard from Ms.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    Armijo this morning is going to say that he was --

2    he knew about the paperwork, or he was involved in

3    the paperwork, supposedly that came from Mr. Arturo

4    Garcia, transferred down, on somebody that already

5    had a hit on him.

6              Now, I'm not going to spend a lot of time

7    on what everybody else has talked about.  We have

8    some of the most brilliant lawyers in the Southwest

9    region working on this case, and you've heard from

10   Mr. Castle and Mr. Burke and Mr. Benjamin, and I

11   can't remember who else -- oh, and Mr. Granberg --

12   this morning talk to you about all of these issues.

13             The one thing that I want to talk about

14   now is just the fact that we're only charged in one

15   count, Count 3.  I'm not in Count 1, I'm not in

16   Count 2, I'm not in the other counts.  This is the

17   only thing that is charged against Mr. Garcia.  But

18   there is going to be a lot of cooperators who are

19   going to come in here and have something to say

20   about all of this group, not necessarily whether it

21   had to do with this particular murder, but maybe

22   things that had happened in the past.

23             But all of these cooperators have one

24   thing in common.  They are there to protect

25   themselves and to get the most they can.  A lot of

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                     Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                     FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE
1-800-669-9492
e-mail: info@litsupport.com

```
1   them are the actual killers.  They are the people
2   who went in and they committed the killing.  And
3   they're going to say that they did it.
4           Javier Alonso is going to say on Count 3
5   that he is the one who went in and strangled Mr.
6   Sanchez.  And he gets the deal.  He gets to be King
7   or Queen for the Day, whatever you want to be under
8   the circumstances.
9           These cooperators not only get money, but
10  they get other benefits.  Because if you're already
11  in prison for 10, 15 years, what really good is
12  money going to help you, to a certain extent, except
13  if you want to put it on your commissary.  But they
14  do get money.  The Government gives them money.
15          What they also do, they give them the
16  second most important thing to them -- two things to
17  them.  One is, you have a lot of time when you're in
18  custody, and your only connection to the outside
19  world is your ability to call your loved ones and to
20  be able to have conversations with them.  So what do
21  they do?  They put money on their account so that
22  they can have basically unlimited phone calls with
23  their families.  That's a benefit.  That is a big
24  benefit.
25          Now, the benefit to us, obviously, at this
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   point in time, we have the calls and we're able to

2   listen to the calls that these individuals make to

3   their loved ones; sometimes loved ones squared or

4   tripled, like the wife, the girlfriend, the second

5   girlfriend, the friend of the wife of the second

6   girlfriend, are who these conversations occur with.

7   And they tell these individuals what deals they

8   think they have with the Government.

9          "Oh, I just took a deal where I'm the one

10  who murdered this person.  I admitted to it.  I'm

11  going to testify against Mr. Troup and Mr. Garcia.

12  And even though they say I may get 20 years, I think

13  I will be home in the springtime" -- this is like in

14  the fall -- "in the springtime to help plant the

15  seeds for the yard."

16         And they keep talking about these deals

17  that have been made or what they've been promised.

18         Now, obviously they're trying to deflect

19  upon what they've done, but that is their message to

20  their loved ones, these benefits they're getting.

21  As you heard from Mr. Castle this morning, some of

22  them believe that they were going to get letters

23  that were going to be written on their behalf to the

24  Governor for commutations, the same Governor who did

25  not prosecute any of these cases when it was

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   delivered to her to prosecute.  She declined

2   prosecution for obviously good reasons, as Mr.

3   Castle pointed out, that the U.S. Attorney's Office

4   declined prosecution.  These people just aren't

5   credible.

6          And what is the other benefit that they

7   get?  One of the other benefits they get is the

8   opportunity to have contact visits with their loved

9   ones, which is something that doesn't happen when

10  you are some of the individuals in this room,

11  because they have them in a level, what they call a

12  Level 6; minimal phone calls, visitations are not

13  contact visits.

14         But they were given this as another perk.

15  And although when we talk about benefits, you may

16  think it's only money, but it's not only money.

17  Money on your account to make phone calls, the

18  opportunity to have visits with your family is a big

19  deal, probably as much to some of these people as it

20  is to have money.  Some people got a lot of money.

21  You'll hear that later.

22         But some of them lost their benefits

23  because they just had some issues as it relates to

24  having contact visits with their loved ones.

25  Because a few times, they took that a little bit too

SANTA FE OFFICE                                        MAIN OFFICE
119 East Marcy, Suite 110                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                Albuquerque, NM 87102
(505) 989-4949                                           (505) 843-9494
FAX (505) 843-9492                                  FAX (505) 843-9492

**BEAN & ASSOCIATES, Inc.**
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1   far, and they got caught -- it was on tape -- with

2   their kids in the room.  So they lost their

3   privileges.  They were no longer allowed to

4   cooperate, except for now when they come in and

5   testify and tell you.

6           It's not like all of these cooperators,

7   since they've taken pleas in this case, have been on

8   their best behavior.  They haven't.

9           During the course of this case, the

10  parties agreed to an opportunity to disclose

11  documents to each other, what we call discovery.

12  What you will hear -- you've heard Mr. Castle say

13  this and you've heard other people say this, this

14  morning.  We talk about police reports or items that

15  are given to us from the Government.  We talk about

16  discovery.  That's discovery.  A police report is

17  discovery.  A DNA report is discovery.  A tape

18  recording is discovery.  The Government is required

19  to give us discovery.  Discovery.

20          That's the first thing you learn as a

21  criminal defense attorney.  Discovery.  Give me the

22  discovery.  Give it to me when you're supposed to

23  give me the discovery.  But a lot of these -- so

24  even though a lot of these people cooperated, they

25  were allowed to continue to get the discovery.  So

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                            201 Third NW, Suite 1630
Santa Fe, NM 87501                                   Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                     FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1  anytime the Government gave us documents that talked
 2  about something that my client allegedly did, which
 3  he didn't do, or anytime they gave any type of
 4  discovery that related to any of these gentlemen
 5  over here, not only did we get to see it, but it was
 6  given to the cooperators; cooperators who are all
 7  together in one particular facility on different
 8  times.
 9           So it's amazing how, you know, they've
10  given statements to the Government, because whenever
11  you decide they're going to cooperate, you've got to
12  come up and give like a statement.  But it's amazing
13  how, as you go along, how all of those statements
14  continue to change.  First of all, all of their
15  statements all seemed to come together, and
16  something that they have never, ever, ever mentioned
17  before, as all of these people pointed out this
18  morning, now they add facts.
19           Do you know why they add facts?  Because
20  they have read.  They know that they're going to get
21  a better deal.  They know that they can do their
22  performance if they have more facts.  So they
23  continued to get all the documents, like everybody
24  else.
25           Now, some of them were bad boys at a point
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  in time.  They lost their privileges because they

2  were not supposed to do certain things with these

3  tablets, but they figured out how to.  They're not

4  supposed to have any internet capabilities in it,

5  but they were able to figure out how to make those

6  tablets have internet capabilities, so that they

7  could do Google searches, so that they could send

8  emails to their loved ones, and so they could order

9  things.

10         But they had to fight over time as to how

11  they could get to the area to hook up to the Wi-Fi,

12  because they were using a hot spot from a Walmart

13  next to a facility in Sandoval County in Bernalillo.

14  So, you know, when everybody is fighting over the

15  same hot spot and somebody doesn't get their time,

16  then one of the cooperators cooperates against

17  another cooperator, to say that they're getting more

18  time than they are.

19         To the extent they found out -- and Mr.

20  Acee went out and interviewed them and found out

21  that they could send -- he stands outside, and they

22  send him emails.  They take pictures of themselves

23  and send emails to Mr. Acee so that he could verify

24  that this was going on.  So they lost their

25  privileges.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1            These are the people who are going to come

2    in here and testify.  I don't need to go through all

3    the stuff that Mr. Castle put up here or Mr.

4    Granberg put up here about these individuals.  You

5    will hear everything about these individuals.

6            The Government will not provide you with

7    any corroborating physical evidence as it relates to

8    the issue that Mr. Arturo Garcia is charged with in

9    Count 3.  You will not get anything.  You will not

10   get anything of that sort, nothing to wrap your

11   fingers around.  Nobody is saying that he -- nobody

12   with a document is saying that that's what he did.

13   Testimony of cooperators; they're only what they

14   allegedly know, which is interesting because most

15   all of them had nothing to do with that count; or

16   they're all in Las Cruces, where he's not at.

17            This portion of the trial is known as

18   opening statements, and this is what all of us

19   expect the testimony to be because we have

20   discovery.  But it wouldn't surprise me, ladies and

21   gentlemen of the jury, that we will hear things from

22   that witness stand -- even though they may been

23   interviewed two, three, four, or five times, some of

24   them within the last couple of weeks to make sure

25   they've got their testimony ready to go for this

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  trial -- something tells me we will hear something

2  new.

3          But what the parties say in opening

4  statements is not evidence.  This is just a preview

5  of what we think will happen by looking at the

6  discovery.  But you're not to take my word or what I

7  say this morning, or the word of the Government or

8  what they say in their opening statements as being

9  facts or proof.  If it doesn't come from that

10  witness stand, if it's not something given to you

11  that says that the parties have agreed to get that

12  information, it doesn't count.  Only the testimony

13  of the witnesses and what we provide to you.

14          And at the end of this case, we get to

15  come and argue the facts of this, what you have

16  heard.

17          And I can pretty much guarantee you that

18  what you're going to hear from me on closing

19  arguments is pretty much what you heard from me in

20  my opening statement.  And based on that, I will ask

21  you to return a verdict of not guilty because the

22  Government will not be able to prove beyond a

23  reasonable doubt the acts that they have accused Mr.

24  Arturo Garcia of in Count 3 of this indictment as it

25  relates to Freddie Sanchez.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1            Thank you.
 2            THE COURT:  Thank you, Mr. Blackburn.
 3            Mr. Roberts, do you have an opening
 4   statement on behalf of Andrew Gallegos?
 5            MR. ROBERTS:  Yes, I do, Your Honor.
 6            THE COURT:  Mr. Roberts.
 7            MR. ROBERTS:  Thank you.  May it please
 8   the Court.
 9            THE COURT:  Mr. Roberts.
10            MR. ROBERTS:  Members of the jury.
11   Families and member of the families of the victim
12   and of the defendants in this case.  Good morning --
13   or good afternoon to everyone.
14            First of all, my name is Donovan Roberts.
15   I've been introduced before.  With me is Lisa
16   Torraco, and we represent Mr. Andrew Gallegos.  Mr.
17   Gallegos, can you stand just so everyone can see
18   you?  Thank you.  That screen back there is kind of
19   big, and it's kind of hard to see him.
20            Let me start off by saying someone died in
21   this count that he's charged with.  Mr. Adrian Burns
22   died in November 2012.  That's a serious thing.  I
23   want to acknowledge our condolences to the family of
24   Adrian Burns.  No one wants to see something like
25   that happen.  It's a serious thing.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1         And Andrew Gallegos had known Adrian Burns
 2  for a long time.  He considered him a friend.  Not
 3  only did he consider him a friend, but to be honest,
 4  Adrian Burns was his drug supplier.  Andrew was an
 5  addict.  He was a heroin addict, and that's where he
 6  got his supply from.  You could almost say it was a
 7  symbiotic relationship.
 8         But Adrian Burns died a horrible, horrific
 9  death, the kind of thing that no mother would want
10  to see or to deal with.  And you will see some
11  terrible pictures of that.  And, again, our
12  condolences to the family.
13         The family wants justice.  We all want
14  justice.  The police want justice.  You're all here
15  as part of that pursuit.  But as you listen to the
16  evidence, as has been said over and over, be sure
17  beyond a reasonable doubt that you have the right
18  person.  Do not jump to conclusions, as I believe
19  the Government may have done in the case of Andrew
20  Gallegos.  This morning you hardly heard anything
21  from the Government about Andrew because they have
22  hardly anything.
23         I want to give you sort of an analogy, a
24  little story to kind of give you an idea of what I
25  think or how I think this is going to play out for
```

SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                              Albuquerque, NM 87102
(505) 989-4949                                                            (505) 843-9494
FAX (505) 843-9492                                                   FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1  Mr. Gallegos, Andrew Gallegos.  I'll tell a little

2  story about a high school kid.  He's a bit of a

3  troublemaker.  He's been in trouble before.  It's a

4  small school.  The principal knows him quite well.

5  He's the kind of kid that loves to play pranks, the

6  kind of kid that gives the substitute teacher a hard

7  time.  And he's often in the halls without a hall

8  pass.  He's often missing classes.  He doesn't have

9  the greatest grades in school.

10        And the principal knows him quite well.

11 Let's say he's very familiar with the principal's

12 office.  Okay.  He's out in the hallways when he's

13 not supposed to be.  He hears the principal's voice

14 down the hall.  He decides to duck into the bathroom

15 to get away from the principal.  Little does he know

16 the principal is on his way to the bathroom because

17 there has been a report that he needs to go check

18 out.

19        When this kid goes into the bathroom, what

20 does he see?  He sees all of the faucets turned.

21 The toilets have been stuffed.  Water is flowing

22 out.  The bathroom is flooded.  And what does this

23 kid do?  He doesn't want to get his new Jordans wet,

24 right?  So he runs to the faucet, and he starts to

25 turn them off.  He's turning them off.

SANTA FE OFFICE                                                                    MAIN OFFICE
119 East Marcy, Suite 110                                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                                    Albuquerque, NM 87102
(505) 989-4949                                                                   (505) 843-9494
FAX (505) 843-9492                                                        FAX (505) 843-9492
                                                                              1-800-669-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

e-mail: info@litsupport.com

1        Who walks in the door?  The principal

2   walks in and sees him at the faucets, with all the

3   water overflowing.  And what does he think?

4   Immediately, because of the circumstances -- and we

5   discussed that before in voir dire -- because of the

6   circumstances, he immediately believes this kid is

7   guilty.  He did it.  He's a troublemaker.  He's

8   turned on the water.  He's flooded the school.

9        But what does the principal really have in

10  that situation?  And we talked about this.

11  Circumstantial evidence.  There is no direct

12  evidence there.  There is no video.  There is no

13  eyewitnesses.  There is no confession.  There is

14  nothing but the circumstances that have led that

15  principal to believe that that kid did it.

16       And I submit to you that the evidence in

17  this case will be very similar to that,

18  circumstances that lead to believe -- lead police to

19  believe, just like the principal, that that kid is

20  guilty.

21       In many ways, Andrew is very much like

22  this kid.  However, he has one advantage.  Andrew

23  has one advantage, and that advantage is you, the

24  jury.  It's us, the judicial system.  Because unlike

25  that kid in that bathroom, Andrew has the

SANTA FE OFFICE                                                     MAIN OFFICE
119 East Marcy, Suite 110                                      201 Third NW, Suite 1630
Santa Fe, NM 87501                                              Albuquerque, NM 87102
(505) 989-4949                                                          (505) 843-9494
FAX (505) 843-9492                                             FAX (505) 843-9492



BEAN
ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1  presumption of innocence, the right to remain

2  silent, the right to an attorney, and the right to

3  be proven guilty, or guilt beyond a reasonable

4  doubt.

5          And that's what you're here for today to

6  do, or for the next eight weeks.  So as you listen

7  to all the evidence, keep an open mind and remember

8  your sworn duty, what you're sworn here to do.

9          Well, the Government has the burden of

10  proof, and Andrew has a right to remain silent.  So

11  as I was told some time ago by a very distinguished

12  gentlemen here in the courtroom, we don't have to do

13  anything.  We can sit right there and read the

14  newspaper for the duration of the trial, because

15  it's the Government that has the burden of proof.

16          Now, as I said, Andrew's situation is very

17  similar to that kid.  His nickname is Smiley.  He's

18  had that nickname actually since he was a kid, just

19  like I told you about my nickname.  It's not a gang

20  name.  It's a family name.  It's a pet name.  His

21  brother, who is also in this case and charged with

22  other counts, has no nicknames.

23          But Andrew, like that kid, he's got a

24  troubled past.  He's been in trouble before.  It's a

25  small town he lives in, Belen, Valencia County.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  He's no stranger to the back of a police car.  He's

2  a heroin addict, and we freely admit that -- or he

3  was at the time that this occurred.  He's had

4  run-ins here and there that you might hear about.

5  And he's belonged to a street gang by the name of

6  The East Side Locos, which we also discussed a

7  little bit in voir dire.

8        But there will be no evidence that he's an

9  SNM member.  There is no SNM tattoos.  There is no

10 one talking about sending out orders to him.  This

11 case does not involve, in terms of Andrew, does not

12 involve prisons and confidential informants and

13 snitches.  In terms of Andrew, that really doesn't

14 exist.

15       What happened is, the police zeroed in on

16 Andrew, and Joe for that matter, because they were

17 possibly, potentially, the last person that

18 Mr. Adrian Burns saw.  Why?  Because they buy $150

19 worth of heroin from him every day.  Every single

20 day, they see him for that.  And who kills your

21 dealer?  It doesn't make any -- it's like going out

22 for a job before you get a second job.  You wait

23 until you -- I mean, before you get another job.

24 You don't want to cut off that supply.  You don't

25 want to cut off your money, your paycheck.  Killing

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   your dealer doesn't even make any sense, when you

2   think about it.

3           So they zero in on him.  He's the last

4   person that Mr. Burns possibly sees, and you'll hear

5   some testimony about that, referring to some phone

6   calls that were made that night, the night that

7   Adrian Burns was killed.  And there will be some

8   discussion, as the prosecutor said, that they were

9   seen buying gasoline.  So gasoline.  Fire.  They

10  link that together.

11          There will be circumstantial evidence

12  regarding them having some money or extra money.

13  They were being a little liberal with their money,

14  so they must have gotten it from Adrian Burns.  They

15  were giving out drugs that night, so they think it

16  came from Adrian Burns.  There is no direct evidence

17  to prove any of that.  But there are circumstances

18  that led them to believe it must have been Andrew

19  Gallegos.

20          There are other possibilities and other

21  theories, but they didn't consider that.  Because,

22  just like the principal, once he got the

23  circumstances that he saw that, he didn't look for

24  anything else.  He zeroed in on that kid, and he

25  must be guilty.

SANTA FE OFFICE                                                        MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
1              You'll hear some evidence about some other
2    theories, that it's possible there are other people
3    that -- there was his -- Adrian Burns, his own drug
4    supplier that may have been involved in his murder
5    and you'll hear some testimony about that, that he
6    may have owed him some money; that Adrian Burns may
7    have owed his own supplier money.
8              You'll hear some evidence about crooked
9    police officers, police officers, narcotic officers
10   that were sort of rogue in the Valencia County area,
11   that didn't report, that didn't file reports, no one
12   knew where they were, really interesting stories
13   about them.  But they didn't look in that direction.
14   They didn't investigate that.  They just kept
15   focused on Andrew.  You'll hear the handcuffs that
16   were on Adrian Burns, they were very similar to the
17   police handcuffs.
18             So there were clues that they could have
19   looked elsewhere to other people, but once they
20   zeroed in upon the circumstances, they didn't look
21   anywhere else, and they became focused on that, and
22   zeroed in.
23             Now, there will be talk also about Adrian
24   Burns -- I'm sorry -- Andrew Gallegos and Joe
25   Gallegos cleaning up.  "We just pulled a movida."
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  And they need to clean up.  Well, you'll see

2  pictures of their house, and believe me it's

3  anything -- it's far from cleaned.  In terms of

4  cleaning up blood, it's far from cleaning up blood.

5  There will be over 30 samples, specks, drops of

6  blood throughout the house, throughout the car,

7  clothing.

8          But guess what?  Not one drop of blood

9  matches Adrian Burns.  Not one.  If they were

10 cleaning up, they'd do a much better job than that,

11 to leave 30 drops of blood around.

12         You'll hear about ballistic evidence.

13 They found guns at Joe Gallegos' home.  There is no

14 ballistic evidence that links those guns, those

15 bullets, fingerprints, anything that matches what

16 happened to Adrian Burns, nothing.

17         You'll also hear some things about Joe and

18 Andrew being on the run that particular night, and

19 so they must have done it.  That's another one of

20 the circumstance that's being used here to pull them

21 into this conspiracy.

22         But let me tell you what really happened

23 that night, what I believe the evidence will support

24 happened.  In order to continue their supply, to

25 keep their drugs going, what both Adrian and Joe did

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

**BEAN & ASSOCIATES, Inc.**
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
**1-800-669-9492**
e-mail: info@litsupport.com

1  is that they did what they call scrap metaling.

2  They would get scrap metal, and they would sell it,

3  $150 a day.  It's a lot of scrap metal you've got to

4  go through.

5          And sometimes -- and I've said it before;

6  they're no angels by a long shot -- they would steal

7  a vehicle or find a disabled vehicle, and they would

8  blow torch it; cut it up into pieces; take the metal

9  and sell it, and use it to pay their bills and to

10  buy their drugs.

11          And then that particular weekend they

12  scored big, because they got like a big ice cream

13  truck, you know, an ice cream truck that was

14  disabled somewhere.  They found it, and they towed

15  it, and they cut to it pieces with a blow torch and

16  sold the metal.

17          And when they heard that the police were

18  looking for them, they didn't know it was about a

19  murder.  They thought it was about the stolen

20  vehicle.  And so they high-tailed up to Albuquerque

21  and got a motel room, hoping that things would blow

22  over and then they can go back home.  It was not

23  until they got to the hotel room that they saw the

24  news that they were being looked for, for a murder.

25  And it was not very long after being in that room

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1   that they were being arrested.

 2              The point is, they weren't hiding

 3   because of the murder.  They did something they

 4   shouldn't have done and were trying to get away

 5   because of that.  And like I said, there will be no

 6   direct evidence that actually links them to this

 7   murder.

 8              Now, we've stated before in voir dire that

 9   there has got to be a link between the murder and

10   SNM.  And there is nothing that the Government will

11   be able to show you to support that.  There is no

12   orders coming down from higher up.  There is no

13   letters coming down.  There is no kites.  There's

14   nothing to show that.

15              And as I've said before, Andrew, he's been

16   involved in gangs, East Side Locos, as I said.  He's

17   got an East Side Locos tattoo.  There is no SNM

18   tattoo.  There is nothing to link him, really, to

19   the SNM.  And the East Side Locos, it's a street

20   gang.  And in reality, they're no longer around.

21   They're sort of defunct.  That was something he did

22   in his teenage years, probably in his 20s.

23              But he still claims East Side.  It's like

24   being on a basketball team.  You know, once you're a

25   Hoosier, you're always a Hoosier.  Once you're a

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                           Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                          FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1   Lobo, you're always is a Lobo.

 2            But that gang really doesn't exist

 3   anymore, and it didn't exist, I don't believe, in

 4   2012 either.  It certainly was not an SNM Gang.

 5            So I just want to summarize and conclude

 6   for you, because as my mother said, "Don't talk too

 7   much."  So I'm going to make it quick.

 8            I'm going to summarize what I believe the

 9   evidence in the case will show; or better yet, what

10   the evidence will not show.

11            There is no eyewitnesses at the home or at

12   the bosque where the body was found, allegedly the

13   shooting took place.  They referred to the shot

14   first, then burned.  There is no eyewitnesses in

15   either place.

16            There is no DNA evidence at the home or at

17   the bosque that either Adrian Burns was at the home

18   where he was allegedly shot, or that the Gallegos

19   brothers were in the bosque where his body was

20   found.

21            There is no evidence of Adrian Burns, as I

22   just said, anywhere -- on the property, on the

23   clothing, in the car.  You saw pictures of blood in

24   the car, on the clothing.  None of it matches Adrian

25   Burns' blood.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1            There is no DNA evidence anywhere that

2    matches up.  There is no ballistic evidence matching

3    Gallegos.  And there is a Stevens 15A rifle that was

4    found.  Ballistics doesn't match that rifle.  There

5    is also a Stevens 62 rifle that was found.  Doesn't

6    match.  No ballistic evidence there.  There is no

7    ballistics -- there is no evidence of ballistic

8    evidence matching the ammunition that was found at

9    their home.  There is no forensic evidence of blood,

10   brain spatter, gunpowder, soot, anything of that

11   nature.

12           There is no valid evidence of hiding a

13   weapon.  You'll hear some testimony that they tried

14   to hide the weapon.  Well, there were several

15   weapons found at the home.  If they were trying to

16   hide weapons, it wouldn't be there.  There wouldn't

17   be ammunition there.  These guys had, you'll hear --

18   probably it would be illegal for them to have

19   weapons, so they would have really hidden them if

20   they needed to.

21           There is no valid evidence of a clean-up.

22   The place was a mess.  And you'll see pictures.

23   There is blood everywhere.  It's just not Adrian

24   Burns' blood.  It's Andrew Gallegos' house, his

25   blood.

SANTA FE OFFICE                                                      MAIN OFFICE
119 East Marcy, Suite 110                                  201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 843-9492                                          FAX (505) 843-9492
                                                              1-800-669-9492
                                              e-mail: info@litsupport.com



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

 1           No corroborating evidence with

 2   fingerprints anywhere, the house, the car, anywhere.

 3   No footprints out at the bosque.  They were walking

 4   around out there.  Nothing.  No tire prints of their

 5   cars being out there in the bosque where the body is

 6   found.

 7           No corroborating fibers linking the

 8   Gallegos brothers to the location where the body was

 9   found; and vice versa, similar in terms of the home,

10   of Adrian Burns being there.  There is no dust, no

11   pollen, trace evidence, powder residue anywhere.  No

12   corroborating burn marks.

13           There will be testimony about burns on

14   their clothing.  Well, there is no evidence that it

15   was in any way associated with the burned body that

16   was found in the burned car.  They talk about an

17   accelerant being used to burn the car and burn the

18   body.  They had chemical testing to show whether

19   those burn marks come from gasoline.  There is no

20   evidence of that.  They can't prove that.  They

21   can't show that.  And some of that material was

22   tested, and it does not come back as being gasoline

23   related.

24           There is no motive to kill Adrian Burns.

25   It just doesn't make sense to kill your dealer.

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                      Albuquerque, NM 87102
(505) 989-4949                                                (505) 843-9494
FAX (505) 843-9492                                       FAX (505) 843-9492
                                                          1-800-669-9492
                                              e-mail: info@litsupport.com



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1   This whole idea about Joe was being disrespected,

2   you don't kill somebody for that.  You don't kill

3   your dealer for that.  They weren't a family, but

4   they knew each other long enough.  You get into

5   fights and spats and disagreements, but you don't

6   kill them, especially when you get your supply from

7   them on a daily basis.

8           There is no evidence of a plan or a

9   conspiracy of any kind to kill Adrian Burns, or

10  evidence that SNM was involved in any plan or

11  conspiracy to kill Adrian Burns.

12          There is no orders, as I just said,

13  basically letters, kites, phone calls, anything that

14  kind of indicates that they wanted him killed.

15          There is no taking credit for the murder.

16  As you've heard before, when the SNM commits a crime

17  or a murder, they want people to know about it.

18  They're not too unlike the Taliban or some of these

19  terrorist groups.  They want people to know when

20  they do something, when they do something like a

21  hit.  They want it out on the streets:  You don't

22  mess with us.

23          There is nothing like that here.  There is

24  no people going around bragging about it.  There is

25  no taking credit for:  Look what we did.  Don't mess

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   with us.

2          There is none of that in this case against

3   my client, Andrew Gallegos.

4          There is no known benefit to SNM, no known

5   agreement between SNM and Andrew Gallegos, or with

6   the East Side Locos, either.  In fact, there is just

7   no credible evidence that Andrew is a member the

8   SNM.

9          There is no evidence that Andrew has ever

10  claimed to be SNM.  There is no cellphone evidence

11  for Joe Gallegos to link them to the murder or

12  Andrew.  There is no evidence that Andrew went to

13  Bernardo, where the body was found.  There is no

14  evidence that Andrew Gallegos -- I believe it's a

15  watch and keys.  You're going to hear some evidence

16  they were tossed away by Andrew.  There is no

17  evidence that those items existed.  In fact, those

18  items were never even mentioned until the head agent

19  in this case brought that up, Mr. Acee.

20          So there is no evidence, as you can see,

21  of quite a few things.  What you really have is that

22  kid in the bathroom, the troubled kid who is at the

23  sink.  Circumstances.  That's what you're going to

24  see here.  That's what you're going to hear.  Very

25  little direct evidence that my client, Andrew

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Gallegos, had anything to do with this murder.  And

2    I believe that when it's all said and done, and when

3    you weigh all of this, that you will be unable to

4    come up with proof beyond a reasonable doubt, and

5    the only thing that you will be left with is a

6    verdict of not guilty.

7            Thank you.

8            THE COURT:  Thank you, Mr. Roberts.

9            Mr. Shattuck, do you have an opening

10   statement for Mr. Allen Patterson?

11           MR. SHATTUCK:  If I may, Your Honor.

12           THE COURT:  Mr. Shattuck.

13           MR. SHATTUCK:  May it please the Court.

14           THE COURT:  Mr. Shattuck.

15           MR. SHATTUCK:  Counsel.  Friends.

16   Government witnesses -- Government attorneys.

17   Ladies and gentlemen of the jury.

18           This is the first time you've seen me.  My

19   name is Joe Shattuck.  I'm the old guy that they

20   keep in the back most of the time.  I was almost

21   retired.  Jeff Lahann called me and he said, "Would

22   you be interested in helping me and working on a

23   case with me?"  And I said, "No, man.  I'm old.  I'm

24   retired."  He said, "Look at the evidence.  I

25   represent a guy named Allen Patterson, and we'd like

SANTA FE OFFICE                                                                    MAIN OFFICE
119 East Marcy, Suite 110                                                     201 Third NW, Suite 1630
Santa Fe, NM 87501                                                            Albuquerque, NM 87102
(505) 989-4949                                                                       (505) 843-9494
FAX (505) 843-9492                                                              FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1    to have you with us." I said, "No.  I'm old.  I'm

2    retired."

3           And I looked at the evidence.

4           "Who the fuck is Allen Patterson?"

5           Gerald Styx Archuleta said that when they

6    first talked about the murders in 2001 at Southern

7    New Mexico Correctional Facility.

8           "What's going on in that cell block?  Why

9    would they use somebody that we don't even know?

10    I've never heard of Allen Patterson."

11           That's what Benjamin Clark said.

12           Those guys had the keys.  They were

13    driving the car for SNM at the time that these

14    murders took place.  They had never heard of Allen

15    Patterson.

16           You've heard over and over and over how

17    people in the penitentiary, Department of

18    Corrections of New Mexico, did what they were told

19    by the shot callers, by the drivers of the car.

20    You've also heard, or will hear, that if you're a

21    crossover gang member, your life's gone.  If you try

22    to mess with SNM, your life is gone.  If you try to

23    whittle your way into SNM, your life is gone.

24           You've heard that there are people that

25    aren't validated, and there is no way that the



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1  Government can ever claim Allen is a validated

2  member of SNM, and here's why.  He has no tattoos.

3  One of the state's key witnesses will describe him

4  as a loner.  He didn't even talk to people in the

5  cell blocks, kept to himself.

6          Not everybody in the cell block was SNM.

7  And one of the things that you must remember is,

8  nobody gets to choose where you live in the

9  Department of Corrections.  They put you where they

10  want.  And if they put you in a place where there

11  are members of SNM, the people that you talk to, if

12  you're going to talk to anybody, are members of SNM,

13  or affiliates of SNM, or people you know on the

14  streets who are now SNM.

15          When you're walking in the yard, you

16  either stay by yourself or you talk to the people

17  that are in the yard.  You don't choose who goes to

18  the yard with you.  You go to the yard, and people

19  come.  And you walk along and you see somebody from

20  Silver City, where Allen is from, and you say, "Oh,

21  I'll walk with you and we'll talk."

22          That doesn't make you a member or an

23  affiliate or a friend of any kind of an

24  organization.  It makes you somebody who is in a

25  penitentiary, who did something wrong, who is

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                  201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                          FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1   walking around in the penitentiary with somebody

2   from your hometown who also did something wrong.

3           You know, you've been told that people

4   from SNM, you go on the streets, you're in the

5   joint, you do what you're supposed to do with your

6   friends.  You make your bones or you do the work, as

7   they call it.  And then when you get on the streets,

8   you keep your bones.  You do things that you're

9   supposed to do.  You attack drug dealers.  You

10  attack members of other gangs.  You rob places.  You

11  steal things.  You deal drugs.  You transfer drugs.

12  You take drugs to the pen.

13          Allen Patterson got out of the pen in

14  2002.  He was supposed to get out in 2002.  These

15  murders took place.  Allen became a suspect

16  primarily because of an injury to his knee, and he

17  became a suspect and he was locked down, and they

18  never took away his good time.  One of the things

19  that's the most important thing you'll learn about

20  being in the penitentiary is good time.  You get

21  good time.  That's how you get out.  You get out in

22  half the time.  You get day-for-day good time, by

23  statute.

24          Allen never lost any good time.  He got

25  out when he was supposed to get out.  And from 2002

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  until 2015, he wasn't attacking drug dealers.  He

2  wasn't doing things for other people on the streets.

3  He wasn't pushing people around.  He was taking care

4  of his family.  He was working.  He was loving his

5  wife and his kids and his grandkids.  And in 2015,

6  he was arrested at 5:00 in the morning.

7        And I noticed on the grid that the

8  Government put up, where they had the pictures of

9  all the guys and everything, Allen looks disheveled

10  and shocked and shook up.  There are lots of

11  pictures they could have used, but that's the worst

12  they've got of him, and that's because you're

13  supposed to think poorly of him because of that

14  photograph and because he's on their grid.

15        Ladies and gentlemen, I'm going to give

16  you just a little example of how this prosecution

17  works.  In about 2011 or so, maybe even a little bit

18  later, one of the cooperators -- it was either

19  Lucero or Lujan, one of the guys that you've heard

20  about.  You know who they are.  One of them told an

21  FBI agent that the people who killed Mr. Garza

22  were -- let me rephrase that.

23        He heard from Eugene Martinez that some

24  people who killed Mr. Garza were Eugene Martinez and

25  Archie Mauricio, also known as Hog Nuts, Varela.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  Okay?  Well, then, a couple months ago, when Mr. --

2  I think it was Mr. Lujan was giving -- he was sort

3  of doing a follow-up statement with one of the FBI

4  agents, and they said to him, "Well, you know, when

5  you told the other FBI agent that it was Archie

6  Varela, I think he made a mistake when he wrote it

7  down, because Archie wasn't in there.  So who do you

8  think it was?"

9           "Oh, I said it was Allen Patterson."

10          I want you to use your heads.  You've got

11  a trained FBI agent writing down what he's being

12  told by Lujan that Eugene Martinez said, and you say

13  to him, "It was Allen Patterson," and he writes down

14  "Mauricio Archie, also known as Hot Nuts Varela" by

15  mistake?

16          No, folks.  There's some shenanigans going

17  on.  Don't let it happen.  Don't believe it.

18          Allen Patterson never was a member of SNM.

19  He can't be.  They tried to validate him as a member

20  of SNM, but in 2001, on March the 7th, there was a

21  meeting between an FBI agent, the head of STIU, and

22  one of the deputy wardens at Southern New Mexico,

23  and they put together a list of everybody who was in

24  a gang.  Now, I told you March the 7th, 2001.  March

25  the 7th, 2001, was two weeks before this murder took

SANTA FE OFFICE                                                      MAIN OFFICE
119 East Marcy, Suite 110                                      201 Third NW, Suite 1630
Santa Fe, NM 87501                                              Albuquerque, NM 87102
(505) 989-4949                                                          (505) 843-9494
FAX (505) 843-9492                                                FAX (505) 843-9492
                                                                     1-800-669-9492



BEAN
&ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE                          e-mail: info@litsupport.com

1  place.  And on that list, there is no Allen

2  Patterson.

3           In 2003, there is another list of members

4  of SNM.  Allen Patterson's name is not on there.  In

5  2005, there is another list of SNM members, and

6  Allen Patterson is not on there.

7           Allen Patterson is not a member of SNM.

8  Never has been.  No tattoos, nothing close.  He was

9  a member of what they call the China Town Locos in

10  Silver City, but never SNM.  And he matured out of

11  being a member of the China Town Locos.

12          Since 2002 until he was arrested in this

13  case, he had one incident with the law, and that was

14  a traffic ticket.

15          Listen to the evidence, ladies and

16  gentlemen.  You know, the Government this morning

17  said that one of the things that is most important

18  about SNM is that they lack morality.  Part of that

19  lack of morality, ladies and gentlemen, you're going

20  to see from that stand.  You're going to see people

21  who have been trained to testify come in here and

22  look you in the eye and talk to you about squeezing

23  the life out of their best friends, watching the

24  light go out in their eyes, like they're talking

25  about scratching their nose, because they know they

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  can't be in trouble, and they're trying to get these

2  guys in trouble.  They want to cover themselves at

3  these gentlemen's expense.

4          And one of the things I noticed this

5  morning when Ms. Armijo was doing her opening

6  statement, she said that, you know, leaving the old

7  lifestyle is kind of hard because some of these

8  guys, they got out and they become cooperators, and

9  even since they've become cooperators, they've had

10  porn on their tablets and they've had sex in front

11  of their  kids, and they've done drugs, and they've

12  committed other crimes on the street, and all that.

13  Leaving a lifestyle is difficult.

14          There is going to be not one shred of

15  evidence in this case that Allen Patterson ever had

16  that lifestyle or that, as a member of a gang, he

17  couldn't leave that lifestyle.  He went to prison.

18  He got out of prison.  He was able to leave that

19  lifestyle behind.  He was living his life in Silver

20  City, New Mexico, working and caring for people.

21          Now, you've heard that there were several

22  things that they had to try to pin people down.

23  They wired agents, undercover agents.  You saw the

24  list.  I'm going to try to go through it without

25  belaboring it.  They wired undercover agents who

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492





MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

PROFESSIONAL COURT
REPORTING SERVICE

1  went in and talked to people, and people said

2  things, people who are going to testify, who were

3  caught because of some of the things they said.

4          No Allen Patterson.  They have video

5  recordings of people doing things.  Most of them are

6  video recordings of the cooperators.  No Allen

7  Patterson.  They had controlled buys, controlled

8  buys like when you -- say you're a police officer

9  and you want to buy drugs from somebody.  You

10  wouldn't send me in to get it because they'll figure

11  out you're a cop.  So you check me for money, then

12  you give me money, and I go in and give them the

13  money, and I come out with drugs.  And that's a

14  controlled buy.  No Allen Patterson.

15          Cellphone conversations from the

16  penitentiary.  No Allen Patterson.  They have tape

17  recordings of people talking.  No Allen Patterson.

18  And they have wiretaps on all of these people.  And

19  the only thing that you're going to hear on the

20  wiretaps of Allen Patterson's phone in Silver City

21  is how much he loves his family, and how worried

22  they are that he's been in prison since 2015,

23  waiting for this day.

24          No confession, no threats, no promises

25  that he's done something.  Nothing.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1          "Allen Patterson.  Oh, I mean Archie

2    Varela.  Oh, I mean Allen Patterson.  That's really

3    close."

4          Listen for solid evidence, not evidence

5    that's made up, not evidence that's sketchy.  The

6    evidence against Allen Patterson is almost

7    nonexistent.  There are people who lived in a cell

8    block, who are going to come in and say that Allen

9    Patterson participated.

10          They're also going to say that Allen

11    Patterson talked to them afterwards and told them,

12    "You better not say anything about me."  They never

13    saw him again.  Allen left the cell block, was put

14    on lockdown, and then transferred to Santa Fe.  He

15    never went back.  He never saw those people again.

16    He couldn't have said, "Be careful.  Don't say

17    nothing about me."

18          Other people might have said that.  Eugene

19    Martinez, I think, said it and bragged about it.

20    But not Mr. Patterson.  He couldn't have.  They

21    couldn't have heard it from him because he was not

22    there with them.

23          I can stand here all day talking about it,

24    what they don't have, but I'm not going to.  I've

25    talked about it enough.  Remember, we talked about

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  lunch.  The state can't prove -- I'm sorry.  The

2  Federal Government can't prove Allen ate pasta, they

3  can't prove he ate meatballs, and they dang sure

4  can't prove he had a bowl of it.

5          When this trial is over, when you've heard

6  all the evidence, you're going to say, "Who the fuck

7  is Allen Patterson?"  Because they can't prove who

8  he is or that he had anything to do with this.

9          Thank you.

10          THE COURT:  Thank you, Mr. Shattuck.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   UNITED STATES OF AMERICA

2   STATE OF NEW MEXICO

3

4           C-E-R-T-I-F-I-C-A-T-E

5       I, Jennifer Bean, FAPR, RDR, CRR, RMR, CCR,

6   Official Court Reporter for the State of New Mexico,

7   do hereby certify that the foregoing pages

8   constitute a true transcript of proceedings had

9   before the said Court, held in the District of New

10  Mexico, in the matter therein stated.

11      In testimony whereof, I have hereunto set my

12  hand on this 5th day of May, 2018.

13

14      _____

15      Jennifer Bean, FAPR, RMR-RDR-CCR
        Certified Realtime Reporter
16      United States Court Reporter
        NM Certified Court Reporter #94
17      333 Lomas, Northwest
        Albuquerque, New Mexico 87102
18      Phone:        (505) 348-2283
        Fax: (505) 843-9492
19      License expires:  12/31/18

20

21

22

23

24

25

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com