1

1          IN THE UNITED STATES DISTRICT COURT

2            FOR THE DISTRICT OF NEW MEXICO

3   UNITED STATES OF AMERICA,

4                 Plaintiff,

5       vs.            NO:  CR-15-4268 JB

6   ANGEL DELEON, et al.,

7                 Defendants.

8

9

10       Transcript of excerpt of testimony of

11                BRYAN ACEE

12   April 12, 2018, April 13, 2018, and April 16, 2018

13

14

15

16

17

18

19

20

21

22

23

24

25

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1                      I N D E X

 2   EXAMINATION OF BRYAN ACEE

 3   By Mr. Castellano                              4

 4   By Mr. Castle                                121

 5   EXAMINATION OF BRYAN ACEE

 6   By Mr. Castle                                152

 7   By Mr. Lahann                                313

 8   By Mr. Benjamin                              318

 9   By Mr. Blackburn                             381

10   By Mr. Solis                                 402

11   By Ms. Torraco                               431

12   By Mr. Burke                                 466

13   By Mr. Castellano                            477

14   EXAMINATION OF BRYAN ACEE

15   By Mr. Castellano                            513

16   By Mr. Castle                                544

17   By Mr. Benjamin                              552

18   By Mr. Solis                                 562

19   By Mr. Castellano                            572

20   REPORTER'S CERTIFICATE                       574

21                 EXHIBITS ADMITTED

22   Defendants' AL Admitted                      257

23   Defendants' AM Admitted                      277

24   Defendants' DC-1, DB-1, BQ-1, and CO-1 Admitted  364

25   Defendants' BO-1 Admitted                    369
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

| | | |
|---|---|---|
| 1 | Defendants' Q3 Admitted | 194 |
| 2 | Government's 84 Admitted | 65 |
| 3 | Government's 88 and 89 Admitted | 67 |
| 4 | Government's 93, 94, and 858 Admitted | 69 |
| 5 | Government's 101 Admitted | 72 |
| 6 | Government's Exhibits 109 and 110 Admitted | 73 |
| 7 | Government's 181 Admitted | 74 |
| 8 | Government's 185, 186, 187, 188, and 189 Admitted | 77 |
| 9 | Government's 191 Admitted | 77 |
| 10 | Government's 297 and 298 Admitted | 79 |
| 11 | Government's 305, 306, 310, and 311 Admitted | 81 |
| 12 | Government's 319, 320, 321, and 322 Admitted | 83 |
| 13 | Government's 541 and 542 Admitted | 104 |
| 14 | Government's 583 and 584 Admitted | 109 |
| 15 | Government's 653 and 656 Admitted | 86 |
| 16 | Government's 660 and 668 Admitted | 88 |
| 17 | Government's 670 and 671 Admitted | 89 |
| 18 | Government's 680 and 683 Admitted | 90 |
| 19 | Government's 692 and 689 Admitted | 96 |
| 20 | Government's 693 Admitted | 97 |
| 21 | Government's 698, 704, and 705 Admitted | 101 |
| 22 | Government's 706, 708, and 713 Admitted | 103 |
| 23 | Government's 853, 854, 855, 856, and 857 Admitted | 05 |
| 24 | Government's 859 Admitted | 69 |
| 25 | | |



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1                        April 12, 2018

 2              THE COURT:  All right.  Does the

 3   Government have its first witness or evidence?

 4              MR. CASTELLANO:  Yes, Your Honor.  The

 5   United States calls Special Agent Bryan Acee.

 6              THE COURT:  Mr. Acee, if you'll come up

 7   and stand next to the witness box, my right, your

 8   left, before you're seated, Ms. Bevel will swear you

 9   in.

10                        BRYAN ACEE,

11         after having been first duly sworn under oath,

12         was questioned and testified as follows:

13              THE CLERK:  Please be seated, and please

14   state your name for the record.

15              THE WITNESS:  Good afternoon.  My name is

16   Bryan Acee; B-R-Y-A-N, A-C-E-E.

17              THE COURT:  Mr. Acee.  Mr. Castellano.

18              MR. CASTELLANO:  Your Honor, if I may have

19   a moment?

20              THE COURT:  You may.

21              MR. CASTELLANO:  Thank you, Your Honor.

22   May it please the Court.

23              THE COURT:  Mr. Castellano.

24                     DIRECT EXAMINATION

25   BY MR. CASTELLANO:
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.    Agent Acee, we only have one working

2  microphone.   I'm going to use the one here.

3          Go ahead and tell us your name and your

4  occupation, please.

5      A.    My name is Bryan Acee.   I'm an FBI Special

6  Agent currently stationed in Albuquerque.

7      Q.    Can you tell the members of the jury about

8  your training and experience, please?

9      A.    I've been an FBI agent for the past

10  nine-and-a half years.   I've been a law enforcement

11  officer for just about 20 years.   I was a police

12  officer and a detective before joining the FBI.

13  When I started out my career, I worked patrol, like

14  most new police officers do.   Sometime later, I was

15  promoted to a detective position.   And throughout

16  the rest of my career, I've worked investigations;

17  primarily drugs and gangs.

18      Q.    How is it that you got involved in the

19  investigation of things like drugs and gangs?

20      A.    Well, I guess I had an interest there, and

21  I made a lot of drug and gang arrests.   In doing so,

22  I was able to develop some informants that were

23  within gangs.   And in law enforcement, if you have

24  some success doing that, you usually find yourself

25  on a task force or promoted to a detective level

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   position where you get to work that sort of thing.

2        Q.   Where have you worked over your years in

3   law enforcement?

4        A.   I started my career in Los Angeles,

5   California; I later worked in the Portland, Oregon,

6   southwest Washington area, in the Pacific Northwest;

7   I worked here in Las Cruces; I've spent a little bit

8   of time in Mexico.  And I'm currently assigned to

9   Albuquerque.

10       Q.   Since you're currently assigned in

11  Albuquerque, what are your responsibilities now?

12       A.   I'm what you call a street agent or a case

13  agent.  That's my full-time job.  I have some

14  collateral duties at the FBI.  For example, I'm a

15  firearms instructor.  So when the agents have

16  qualifications at the range, if I'm not in court or

17  otherwise tied up, I'll help out at the range.

18            The FBI has SWAT teams located around the

19  country.  I'm one of the team leaders for this

20  region, so I supervise and train with FBI agents

21  that are assigned to the SWAT team.  And I serve as

22  a training agent to new FBI agents.  When they

23  graduate the Academy and they're assigned to the

24  Albuquerque office, I'll work with them for their

25  first one to two years as they are developing as FBI

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  agents.

2       Q.   As a training agent, what types of things

3  are you teaching them?

4       A.   At the Academy, which lasts about seven

5  months, they learn, in kind of a sterile

6  environment, report writing, interview skills, and

7  driving skills, and arrest scenarios.  And I take

8  all of that and I put it into -- I try to work with

9  them to put it into an everyday context in the real

10 world, working on the streets and doing real

11 interviews and arrests.

12          So I work with them on that.  I review

13 their reports, help them become full-fledged FBI

14 agents.

15      Q.   As part of your responsibilities, are you

16 ever involved in teaching?

17      A.   Yes, sir, I am.  I serve as an adjunct

18 instructor for the FBI, which allows me to conduct

19 training for the FBI and other Department of Justice

20 or law enforcement agencies in the area of gangs,

21 drugs, and the Mexican drug cartels.  I've also

22 served as a guest instructor at the University of

23 New Mexico, and here in Las Cruces at NMSU, for

24 those same topics.

25      Q.   Have you ever previously been qualified as



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  an expert in court before?

2      A.   I have, several times in state court in

3  California, Oregon, Washington; and in federal court

4  in California, Oregon, Washington, and here in New

5  Mexico, to include in this court.

6      Q.   And what types of areas or topics?

7      A.   Primarily drug distribution or possession

8  of a controlled substance with intent to distribute,

9  as well as I've been recognized by this court as an

10 expert in the Juarez Drug Cartel.

11     Q.   Does that mean at some point in your

12 career you've also investigated members of the

13 Juarez Cartel?

14     A.   I did.  I spent about five years on a task

15 force that specifically investigated the Juarez Drug

16 Cartel, and I was partnered with Mexican officials

17 in that endeavor in Mexico City to investigate and

18 then ultimately indict the leadership of the Juarez

19 Cartel.

20     Q.   And does the FBI consider you an expert in

21 any subject matter?

22     A.   Yes.  The FBI has recognized me as what we

23 call an SME, or a Subject Matter Expert, in the

24 Juarez Cartel and the SNM Prison Gang.

25     Q.   What types of training have you had

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1  related to firearms?

 2      A.   In terms of like an expertise in court, I

 3  went through the Bureau of Alcohol, Tobacco,

 4  Firearms and Explosives, firearms specialist, to

 5  become a certified firearms specialist.  And that's

 6  an important designation in our work, in that we

 7  have to show a firearm traveled in interstate nexus

 8  in order to charge it in relation to federal crimes.

 9           So that course pertained to that, the

10  identification of firearms, as well as interstate

11  nexus.

12      Q.   Through your training and experience, are

13  you aware of any firearms that are manufactured in

14  New Mexico, for example?

15      A.   I am not aware of any firearms

16  manufactured in New Mexico.

17      Q.   Are you considered the lead case agent in

18  this case?

19      A.   Yes, sir, I am.

20      Q.   Can you tell the members of the jury how

21  you first got involved in this case, please?

22      A.   I'll keep it short.  I was up at the

23  Penitentiary of New Mexico in Santa Fe.  I was doing

24  a separate prison gang investigation with some of my

25  counterparts in California.  We were actually

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  investigating a prison gang that was expanding from

2  California to New Mexico.

3          And while I was up there, I was contacted

4  by some members of the Security Threat Intelligence

5  Unit, or the STIU.  That's the prison gang unit.

6  And they told me that, through one of their

7  informants, they'd intercepted a bunch of letters

8  that were addressed to SNM members on the street

9  directing them to kill the Secretary and the head of

10 the STIU.

11     Q.   When you say "the Secretary," it's the

12 secretary of what department?

13     A.   The Cabinet Secretary of the New Mexico

14 Corrections Department.

15     Q.   Who was that person?

16     A.   Gregg Marcantel.

17     Q.   And you mentioned the head of the STIU.

18 Who was that person?

19     A.   Dwayne Santistevan.

20     Q.   In the course of this investigation, did

21 you learn of any other threats against any other

22 prison personnel?

23     A.   Yes.  I learned that there was also a hit

24 or a threat out on an STIU coordinator named Adam

25 Vigil.



SANTA FE OFFICE                                        MAIN OFFICE
119 East Marcy, Suite 110                        201 Third NW, Suite 1630
Santa Fe, NM 87501                               Albuquerque, NM 87102
(505) 989-4949                                          (505) 843-9494
FAX (505) 843-9492                                  FAX (505) 843-9492
                                                     1-800-669-9492
                                             e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    Q.    And you said at some point they turned

2 over letters to you; is that correct?

3    A.    Yes.  In this case, the SNM informant

4 turned them over to the STIU.  There were a total of

5 nine letters.  And the informant was able to collect

6 eight of them under the guise that he had the

7 ability to mail them out discretely.  And those

8 letters were turned over to me.

9    Q.    Did you later meet that informant?

10    A.    I did.

11    Q.    Who was that person?

12    A.    His name was Eric Duran.  He went by the

13 alias of Crazo.

14    Q.    You mentioned you were at PNM.  What does

15 PNM stand for, and where is that location?

16    A.    The Penitentiary of New Mexico, and it's

17 in Santa Fe.  It's actually not one facility.  There

18 are three there, three separate prison facilities at

19 PNM.

20    Q.    What are those facilities?

21    A.    There is a Level 6, which you guys will

22 often hear referred to as The North, simply because

23 it's on the northern end of the property.  There is

24 The South, which is the Level 5 or the Level 4.  I

25 don't want to say -- or it's both the Level 5 and

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                      FAX (505) 843-9492



1-800-669-9492
PROFESSIONAL COURT
REPORTING SERVICE                      e-mail: info@litsupport.com

1  the Level 4, and it's in the south -- the southern

2  end of the property.  And then there is a Level 2

3  facility there.

4       Q.   And I won't ask you to go into it too

5  much, but you mentioned Levels 5, 4, and 2.  Do

6  those numbers mean something to corrections

7  personnel in terms of security and other things?

8       A.   Yes.  The higher the number, the higher

9  the security; the lower, the lower the security.

10       Q.   What did you do in response to receiving

11  information about potential threats to corrections

12  personnel?

13       A.   We initiated an investigation.  We formed

14  a federal task force to investigate it, and we did.

15       Q.   Can you tell the members of the jury who

16  some of your partners were on the task force in

17  terms of agencies?

18       A.   It was the FBI, the New Mexico Corrections

19  Department.  And within the New Mexico Corrections

20  Department, it was primarily the STIU, the gang

21  unit.  At that time, early on in the investigation,

22  we were doing a lot of street work, so I also had

23  full-time partners from the Bernalillo County

24  Sheriff's Office in Albuquerque.  Those would be

25  what I would call the daily full-time task force



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    officers.

2            And then we also established a liaison

3    relationship with the cold case homicide units from

4    around the state, as well as all the county jails

5    that housed SNM members or suspected members.

6        Q.    What do you mean when you refer to a "cold

7    case"?

8        A.    Many of the police departments or

9    sheriff's departments, state police around the

10   country, have cold case units.  And that's a

11   designation for homicide units that work cases that

12   have gone cold, where there are no leads; no recent

13   leads, that is.

14       Q.    In other words, they have a homicide or a

15   murder that they know happened, but like you said,

16   there aren't other leads or ways to solve those

17   murders?

18       A.    Yes.

19       Q.    In terms of being the case agent in this

20   case, what types of investigative techniques did you

21   use to try to infiltrate this gang?

22       A.    A lot of them.  I guess I would categorize

23   them as traditional investigative techniques, and

24   then some of our more sophisticated techniques.  And

25   I can explain both.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1     Q.   Let's begin with the traditional.  What

2 types of techniques does that involve?

3     A.   That's interviews; developing informants;

4 listening to jail calls or prison calls, because

5 those are all recorded; might be doing a trash

6 pull -- when someone puts their trash out on the

7 street, we come back at 2:00 in the morning and,

8 since it's been abandoned, look through it --

9 surveillance, traditional physical surveillance

10 where we follow people around, keep an eye on them.

11          Those are generally the more traditional

12 investigative methods.

13     Q.   And as part of your responsibilities in

14 this case, did you ever get involved with probation

15 and parole searches?

16     A.   Yes.  We did those frequently to help drum

17 up leads and potential cooperators, where we would

18 accompany state and/or federal probation and parole

19 officers out on their compliance visits to suspected

20 SNM members or validated members.

21     Q.   What does that type of investigation get

22 you?

23     A.   Well, one, because they have a search

24 condition where the probation or parole officers can

25 go in and search through their homes and their

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                  201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                            FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1    phones and their belongings, it allows us to be on

2    site when that's happening.  In instances where

3    probation or parole officers find contraband like

4    drugs or weapons, again, we're on site to be there

5    to witness that, and then to take over that

6    investigation, and be on site to conduct interviews.

7         Q.   So, for example, if you were to be at a

8    probationer's house, and drugs or firearms are

9    found, are you then able to charge that type of

10   activity?

11        A.   Yes, as well as it oftentimes turns up

12   good intelligence.  And that's the name of the game,

13   is just to stay one step ahead and continually try

14   to develop intelligence.

15        Q.   Now, as you put this information together

16   in this investigation, who were you investigating?

17        A.   Well, initially, we were -- simply stated,

18   anyone that was a member or affiliated with the SNM.

19        Q.   And who is the SNM?

20        A.   The New Mexico Syndicate.  We're referring

21   to it as Syndicato de Nuevo Mexico, the SNM.

22        Q.   What's the purpose of using some of these

23   traditional techniques as you focus on a certain

24   gang or entity?

25        A.   We're behind the curve.  At least, I was.

SANTA FE OFFICE                                                      MAIN OFFICE
119 East Marcy, Suite 110                                       201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492                                             FAX (505) 843-9492
                                                                   1-800-669-9492
                                                          e-mail: info@litsupport.com



1    I didn't know much about the SNM.  And once the

2    threat came out on the Secretary and

3    Mr. Santistevan, we had to go from zero to 100 to

4    stay in front of it, and so we very aggressively

5    tried to learn everything we could about these guys

6    and their associates.

7              And we did that by listening to their

8    phone calls; going into their homes with probation

9    and parole officers; writing search warrants to get

10   in there; and trying to flip as many of the members

11   of their gang as we could to cooperate and help us

12   understand the gang and what moves they were going

13   to make.

14        Q.    In terms of techniques -- let me clear

15   something up that came up in opening statements.

16   There was a statement a moment ago that the FBI had

17   wiretaps on each of these defendants.  Did that, in

18   fact, happen?

19        A.    No.  In fact, we didn't have wiretaps on

20   any of these defendants.

21        Q.    And when we use the term "adopting cases,"

22   can you tell the members of the jury what we're

23   talking about when we use that term?

24        A.    Sure.  It sounds derogatory, but I often

25   actually call them like "road kill cases."  It's

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  where the FBI wasn't involved in the initial

2  investigation.  Perhaps the Las Cruces Police

3  Department pulled someone over, they happened to be

4  a felon, and they had a firearm.  And so then the

5  FBI or the ATF adopts that case.  We take it; we

6  make a criminal complaint, or we go to the grand

7  jury and seek an indictment; and then we prosecute

8  them in federal court.  Those are adoptions.

9        Q.   What's the idea or the purpose behind

10  adopting a case and getting someone into the federal

11  system?

12        A.   Well, the sentencing is tougher.  But

13  personally, for me, as a case agent, it allows me

14  greater interaction with that person.  Particularly

15  if I wanted to talk to them, I can work with my

16  counterparts at the U.S. Attorney's Office and their

17  defense attorney to see -- gauge their willingness

18  to cooperate.

19        Q.   What happens when you find somebody who is

20  willing to cooperate?  What types of things might

21  you have that person do?

22        A.   If they're a member of a gang or a

23  criminal organization, and their organization

24  doesn't know they've been arrested, well, then that

25  person is very valuable to us because we can put

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   them back out on the street to buy drugs or guns, or

 2   attend meetings to make recordings.  And so that's

 3   one of the elements.

 4           And if that's not possible, then we would

 5   also be interested in doing a historical debrief

 6   with that person, where we sit down and learn what

 7   they know about the gang and other gang members or

 8   the organization.

 9       Q.   Do people always agree to cooperate with

10   you?

11       A.   No.

12       Q.   Do you find that sometimes there is a code

13   of silence?

14       A.   Yes.

15       Q.   And is that in general, but also

16   particular to gangs?

17       A.   Yes.

18           THE COURT:  Mr. Castellano, would this be

19   a good time for us to take our afternoon break?

20           MR. CASTELLANO:  Yes, sir.

21           THE COURT:  All right.  We're going to

22   take our first afternoon break in the Government's

23   presentation of its evidence, and so I want to

24   remind you of a few things that are especially

25   important.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1              Until the trial is completed, you're not

2    to discuss this case with anyone, whether it's

3    members of your family, people involved in the

4    trial, or anyone else, and that includes your fellow

5    jurors.

6              If anyone approaches you and tries to

7    discuss the trial with you, please let me know

8    immediately.

9              Also, you must not read or listen to any

10   news reports of the trial.  Don't get on the

11   internet and do any research for purposes of this

12   case.

13             And finally, remember that you must not

14   talk about anything with any person who is involved

15   in the trial, even if it doesn't have anything to do

16   with the trial.

17             If you need to speak with me, simply give

18   a note to one of the court security officers or

19   Ms. Bevel.

20             I probably won't repeat these this

21   afternoon until we take our evening break, but do

22   keep them in mind when we take our next break this

23   afternoon.

24             All right.  We'll be in recess for about

25   15 minutes.

SANTA FE OFFICE                                                                MAIN OFFICE
119 East Marcy, Suite 110                                           201 Third NW, Suite 1630
Santa Fe, NM 87501                                                    Albuquerque, NM 87102
(505) 989-4949                                                                    (505) 843-9494
FAX (505) 843-9492                                                       FAX (505) 843-9492
                                                                              1-800-669-9492
                                                              e-mail: info@litsupport.com



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

 1              All rise.

 2              (The jury left the courtroom.)

 3              THE COURT:  All right.  We'll be in recess

 4  for about 15 minutes.

 5              (The Court stood in recess.)

 6              THE COURT:  All right.  It looks like all

 7  the defendant are back in the courtroom and everyone

 8  has an attorney.

 9              Mr. Sindel, it may be a moot point at this

10  point, but Ms. Wild told me that Mr. Swantner never

11  gave her any contact information of either Sandia

12  Labs or SAIC, so she never had any contact

13  information.

14              MR. SINDEL:  I heard also he never thanked

15  anyone.

16              THE COURT:  We told him to come thank you.

17              MR. SINDEL:  Actually, I want him to come

18  work for me.

19              THE COURT:  Mr. Castle -- let's get

20  started -- while she's lining up the jury, tell me

21  what you need to discuss.

22              MR. CASTLE:  Your Honor, we filed a motion

23  for presentence reports, and the Court ordered it,

24  and the Government had got like six of them to us,

25  only one of which is relevant.  The remaining

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  individuals -- we raised this with the Court --

2  they're in the draft phase, because they've all done

3  interviews, done their probation interviews.  I

4  believe Probation has pulled the criminal histories,

5  but they just haven't done a formal report.  So we

6  were seeking that.

7          I believe at the last court date, the

8  Court had indicated:  Well, get me a letter telling

9  me what I -- you know, make a request, and the Court

10  will inquire with Probation.

11          We did that.  But then there was some

12  indication that we had to get the position of all

13  the lawyers for all those people.  And it's been

14  like -- you think this is herding cats, that's even

15  been worse.  I don't even think they have an

16  objection.  If you have your client make a statement

17  to Probation, that's a voluntary statement.  And if

18  you don't want to, you don't have.  So I don't think

19  they have an objection --

20          THE COURT:  Let me let you finish here in

21  a minute.  Okay.

22          All rise.

23          (The jury entered the courtroom.)

24          THE COURT:  All right.  Everyone be

25  seated.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1            All right.  Before we continue the direct,

 2    let me introduce you to Ben Mendelson.  He's my law

 3    clerk.  He was also in Washington the last two days,

 4    so he's good and ethical, too.  Ben is pretty much a

 5    full Texan.  He grew up in Austin.  His family has

 6    been connected with the University of Texas.  In

 7    fact, the lawyers, they may recognize his family's

 8    last name, a very distinguished legal family.  And

 9    then he went to undergraduate, UT, UT Law School.

10            He's going to leave me at the end of this

11    year and go clerk for Judge Edith Jones on the Fifth

12    Circuit, and then go to Morgan Lewis after that.

13            My other clerk is here, and at some point

14    I'll introduce him, but he's not in the room right

15    at the moment.

16            All right.  Mr. Acee, I'll remind you that

17    you're still under oath.

18            Mr. Castellano, if you wish to continue

19    your direct examination of Mr. Acee, you may do so

20    at this time.

21            MR. CASTELLANO:  Thank you, Your Honor.

22            THE COURT:  Mr. Castellano.

23    BY MR. CASTELLANO:

24       Q.   Agent Acee, let me go back to the

25    beginning of the investigation.  I forgot to ask you

SANTA FE OFFICE                                           MAIN OFFICE
119 East Marcy, Suite 110                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                         Albuquerque, NM 87102
(505) 989-4949                                                (505) 843-9494
FAX (505) 843-9492                                        FAX (505) 843-9492
                                                              1-800-669-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE
e-mail: info@litsupport.com

1    something.  So you said you were at PNM, and you had

2    some word of some letters regarding a -- I'll call

3    it a murder conspiracy of Corrections Department

4    personnel.  When was that?

5        A.    March of 2015.

6        Q.    Okay.  So before March of 2015, did you

7    know much, if anything, about the SNM Gang?

8        A.    I did not.

9        Q.    So at this point when you start your

10   investigation, you're dealing with an ongoing murder

11   conspiracy of corrections personnel, and you're

12   trying to learn about the gang at the same time?

13       A.    Yes, sir.

14       Q.    And during the course of your

15   investigation, then, are you working on preventing

16   that crime and now also looking into the SNM Gang?

17       A.    Yes.  I'd say that the primary focus was

18   mitigating the threat on the corrections officials.

19   And the secondary objective was targeting the gang,

20   doing the proactive work on the streets.  And then

21   later, a third objective would be a historical

22   review of the gang, maybe past crimes that they

23   could still be on the hook for.

24       Q.    When you say "past crimes," does that also

25   include what you mentioned earlier, talking to old

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   cold case units and even corrections personnel?

2       A.   Yes.

3       Q.   Now, you used the term "proactive" in

4   terms of investigation.  What would be an example of

5   proactive work that you might -- you did employ in

6   this case?

7       A.   So I already talked about the case

8   adoption.  We put the word out to all the state and

9   local law enforcement, that if they picked up

10  anybody that was SNM, to give us a call; that we

11  would try to adopt the case.  We did, over the

12  course of the investigation, somewhere between 80

13  and 90 controlled buys of either drugs or guns.

14      Q.   What is a controlled buy?

15      A.   One of the attorneys kind of explained it

16  pretty well earlier, actually.  It's a drug buy,

17  like any other, except that law enforcement is

18  controlling it.  Simply stated, if we wanted Mr.

19  Castellano to go into a house and buy drugs, I would

20  meet with him and I would search him to make sure he

21  didn't have any drugs on him.  I'd take whatever

22  money he had, to set it aside, because we want to

23  make sure we're measuring the deal, if you will,

24  inside.  So I don't want any extra drugs purchased.

25           So what I would do is, I would give Mr.

SANTA FE OFFICE                                           MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                   Albuquerque, NM 87102
(505) 989-4949                                             (505) 843-9494
FAX (505) 843-9492                                   FAX (505) 843-9492
                                                          1-800-669-9492

                      BEAN
                      & ASSOCIATES, Inc.
                      PROFESSIONAL COURT
                      REPORTING SERVICE
                                              e-mail: info@litsupport.com

1   Castellano some money.  He'd go into the house after

2   being searched.  In these cases, we would wire the

3   person up, too, so that there would be a recording

4   of the buy; send them in; they make the buy; they

5   come out; they meet with the agents; we search them

6   again to make sure we're recovering all the drugs

7   and any leftover money.

8           Simply stated, that's a controlled buy,

9   and it's further controlled because we're keeping it

10  under surveillance when it's happening.

11      Q.   And do you employ, I would say maybe

12  different techniques or approach it differently if

13  the undercover person is an informant versus a law

14  enforcement officer?

15      A.   Yes.

16      Q.   What are the differences between using an

17  undercover officer and someone who is working as an

18  informant?

19      A.   We don't search the officer, because

20  they're an undercover officer.  They do this for a

21  living.  And generally, all the other procedures are

22  pretty much the same.  We're going to maintain

23  surveillance, and not only to watch the deal, but

24  we're responsible for the person.  Whether it's an

25  informant or an undercover agent, we're responsible

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                             (505) 843-9494
FAX (505) 843-9492                                    FAX (505) 843-9492
                                                          1-800-669-9492
                                             e-mail: info@litsupport.com



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1  for their safety while they're doing it, so we don't

2  want them out there alone doing it.  So we have

3  different agents or officers assigned to monitor the

4  electronic device, physically monitor the location.

5         Then we have what we call a QRF, or a

6  Quick Reaction Force, that if there is a danger

7  signal, they'll rush in and rescue the informant or

8  the undercover agent.

9       Q.   And then what's the purpose -- if someone

10  is an informant, why would you search them before

11  and after the deal?

12      A.   Just to ensure that they're an empty

13  vessel.  I like to say that they're going into the

14  house empty; and they're coming out either empty

15  again, or loaded with what they bought.  But we

16  don't want to make any mistake in that process.  So

17  it's to ensure that the informant, going in, doesn't

18  have any drugs; and when they come out, they don't

19  have any extra drugs.

20      Q.   And what's the concern -- so in terms of

21  searching someone after they turn the drugs over to

22  you, do you search them to make sure they haven't

23  taken any of the drugs for themselves?

24      A.   Yes.  And I've had that happen before.

25  Not on this case.  But throughout my career over the

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                           Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                            FAX (505) 843-9492
                                                                  1-800-669-9492
                                                        e-mail: info@litsupport.com

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1   last 20 years, I've had people pinch it, we call it,

2   maybe stash it in their shoe or something, maybe in

3   another location on their body.  So we check them to

4   make sure they didn't do that.

5       Q.   When you say "pinch" the dope, what does

6   that mean?

7       A.   They'll take a little bit for themself.

8   And that's FBI's drugs.  We bought it.  It's our

9   operation.  And I am, like most other agents, very

10  possessive of that.  One, it's ours.  We bought it,

11  and it's going into evidence.  And two, we're not

12  buying people drugs and letting them get high off

13  the product we're purchasing.

14      Q.   I want to talk to you about some examples

15  from this investigation.  Are you familiar with

16  somebody named Mario Montoya?

17      A.   I am.

18      Q.   And in the undercover capacity, did anyone

19  buy anything from him?

20      A.   Yes.  We purchased heroin from Mario

21  Montoya.  And I was going to say we purchased a

22  firearm, but I don't think we did.  We may have,

23  though, going off memory.  Again, we did about 90 of

24  these buys.  But I did use an informant to make two

25  different heroin purchases from Montoya.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.    And what happened as a result of

2    purchasing firearms or drugs from Mario Montoya?

3      A.    I arrested him.

4      Q.    And as a result of having arrested him, is

5    he someone who you arrested, and he also agreed to

6    cooperate with law enforcement?

7      A.    He did.  He wanted an attorney first.  He

8    said, "I'll cooperate, but I need to talk to an

9    attorney."  So we got him one, and he did cooperate.

10      Q.    Eventually, as part of his cooperation,

11    did he help to uncover or further the investigation

12    regarding the threats against the Corrections

13    personnel?

14      A.    He did.

15      Q.    How did he do that?

16      A.    Mario Montoya posed as one of our hitmen

17    on the street to kill the Corrections officials.

18    And he had a recording device, a hidden one, as well

19    as a cellphone that had an FBI wiretap on it so that

20    when he talked to the other conspirators in that

21    murder plot, the calls and conversations were

22    recorded.

23      Q.    Was Mario Montoya an SNM Gang member?

24      A.    Yes.

25      Q.    And can you tell the members of the jury

SANTA FE OFFICE                                                                      MAIN OFFICE
119 East Marcy, Suite 110                                                     201 Third NW, Suite 1630
Santa Fe, NM 87501                                                              Albuquerque, NM 87102
(505) 989-4949                                                                            (505) 843-9494
FAX (505) 843-9492                                                                  FAX (505) 843-9492



1-800-669-9492
e-mail: info@litsupport.com

```
 1   if he purchased drugs from another SNM Gang member
 2   once he was cooperating, and maybe even before then,
 3   from someone named Chris Garcia?
 4       A.   He had.
 5       Q.   And when you mentioned probation and
 6   parole searches, I want to ask you about somebody
 7   named Robert Lovato.  And can you tell the members
 8   of the jury how you met Mr. Lovato?
 9       A.   Mr. Lovato is a member of the SNM.  He's
10   one of the individuals we targeted for a state
11   parole and probation search during our -- I believe
12   it was our first-phase operation.
13            We asked the Department of Corrections to
14   search 45 SNM members around the state that were on
15   parole or probation.  Mr. Lovato was one of those
16   45, approximately, and he was found to be in
17   possession of a firearm, and so I adopted that case
18   because he was a felon.  Excuse me.
19       Q.   When you say "adopted," was he charged
20   federally?
21       A.   Yes.
22       Q.   After he was charged federally, is he also
23   someone who agreed to cooperate with the Government?
24       A.   Yes.
25       Q.   Now, when you have a prison gang or
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

e-mail: info@litsupport.com

1    another entity you're trying to infiltrate, do

2    undercover operations take you as far as you want to

3    go?

4          A.    No.

5          Q.    And why is that?  What other means --

6    first of all, what are the problems with only doing

7    undercover operations, and what other means do you

8    have to get into a gang, for example?

9          A.    Well, to the first part of your question,

10   with a prison gang, these are members that are well

11   established.  I couldn't have an FBI agent just

12   stroll in to the penitentiary and say he wanted to

13   join the gang.  He or she -- well, in this case

14   "he" -- wouldn't have the pedigree; he wouldn't have

15   the background; he wouldn't have grown up in the

16   Boys' Home; done time in county jail with these

17   guys.  They wouldn't know him.

18              And even if we could successfully get that

19   far, just becoming a member, the violent acts that

20   you would have to commit to make your bones, earn

21   your bones -- excuse me -- turn in work, we couldn't

22   have an undercover agent stab somebody just to get

23   into a gang, or shoot somebody.  We couldn't have

24   them hiding drugs or using drugs.  And we couldn't

25   have them not snitching when they did see an

SANTA FE OFFICE                                                                      MAIN OFFICE
119 East Marcy, Suite 110                                                      201 Third NW, Suite 1630
Santa Fe, NM 87501                                                             Albuquerque, NM 87102
(505) 989-4949                                                                         (505) 843-9494
FAX (505) 843-9492                                                              FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1  assault.  As an officer, they would need to report

2  that.

3        So it wouldn't work to infiltrate them

4  with undercover agents.

5    Q.   So are those concerns that infiltrating a

6  gang, someone might be required to do those types of

7  things?

8    A.   Yes.

9    Q.   So once you have kind of your basic

10  traditional operations, what are more sophisticated

11  techniques that you used in this case?

12    A.   That's where the wiretaps came in.  We did

13  nine of them with 11 extensions.  So wiretap is only

14  good for 30 days, then we go back to the Court and

15  ask for an extension.  So we extended nine wires a

16  total of 11 times.  Some wires we dropped, and then

17  other ones we would utilize.

18        And then we also -- let me back up and

19  add, of those nine, two of them we introduced into

20  the maximum security prison up in Santa Fe, Level 6.

21  It's not unusual to have phones in there.  They're,

22  of course, contraband, but it wasn't unusual for SNM

23  members to have them.  And one informant in

24  particular had a history of having them.

25        So I thought it was a good idea that --

SANTA FE OFFICE                                           MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                    FAX (505) 843-9492
                                                          1-800-669-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE
                                          e-mail: info@litsupport.com

1    before he was an informant, when he was an SNM

2    member, he had a phone often, so it would make sense

3    that he shows up in prison with a phone.  And we had

4    wiretaps on those.

5            We also utilized covert recording devices

6    that were hidden with individuals inside the prison.

7        Q.   And what were some of the concerns you had

8    about introducing a cellphone into a prison

9    facility?

10       A.   Well, we had to hide it from everybody

11   except the bad guys.  I mean, we didn't tell -- we

12   told the highest level of the Corrections Department

13   we were going to do it and sought their approval and

14   concurrence, but we didn't tell the everyday

15   correctional officers that were strolling around.

16   So the people that had the phones had to hide them

17   from, you know, the COs and other inmates that they

18   didn't trust.  So they were only revealed to certain

19   members that they trusted and were part of the

20   conspiracy, so that we could capture those phone

21   calls.

22           Again, the priority being to stop this

23   threat to kill these two, and later three, public

24   officials.

25       Q.   You used the term "COs" a second ago.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   What is a CO?

2        A.   A correctional officer.

3        Q.   When you're talking about these more

4   advanced techniques for this part of the

5   investigation, was that largely focused, as you

6   said, on the threat to the Corrections personnel?

7        A.   It was entirely focused on that.  They'd

8   sent letters out.  And what I failed to mention

9   earlier, in those letters there were deadlines that

10  said:  Do it by this date, or you're going to get

11  done.

12             And my concern was, we had to move quickly

13  or they were going to select other guys.  I mean, I

14  intercepted those letters through the Department of

15  Corrections, so we knew who they were going to use.

16  Our fear was that they'd use a new group of guys

17  that we wouldn't know about.

18       Q.   And then the informant you mentioned

19  earlier, Eric Duran, is he one of the people who had

20  the cellphone?

21       A.   He is.

22       Q.   And was he able to capture conversations

23  related to that murder conspiracy?

24       A.   Yes.

25       Q.   And who did he record?

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                      Albuquerque, NM 87102
(505) 989-4949                                                    (505) 843-9494
FAX (505) 843-9492                                          FAX (505) 843-9492
                                                              1-800-669-9492
                                                        e-mail: info@litsupport.com



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1       A.    Anthony Ray Baca, otherwise known as Pup.
 2       Q.    Who is he?
 3       A.    The leader of the SNM.
 4       Q.    He's not in court today.  Can you tell the
 5  members of the jury whether he was charged and
 6  whether he's been to trial so far?
 7       A.    Yes.  We recently finished a six-week
 8  trial with Mr. Baca and some other defendants, and
 9  he's not charged in this count.  He was convicted
10  after a jury trial.
11       Q.    He's not part of -- well, in this trial,
12  for example?
13       A.    He's not part of this trial.
14       Q.    And you mentioned the wiretaps.  Did Eric
15  Duran agree to have the phone given to him monitored
16  by the FBI?
17       A.    Yes.
18       Q.    And did Mario Montoya agree to do the same
19  thing?
20       A.    Yes.
21       Q.    So going back to the cold case homicides,
22  I want to talk to you a little bit about this case
23  and this trial.  As you were investigating the SNM,
24  what types of activities were you looking at?
25       A.    Anything that I could charge federally;
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492
                                                               1-800-669-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

e-mail: info@litsupport.com

1    so, for example, felon firearm -- felon -- excuse

2    me.  I'm speaking like an agent.  I'm sorry.

3            Felons that are in possession of firearms,

4    that's a federal violation; drug violations; certain

5    robberies; carjackings; crimes of drug crimes; or

6    crimes of violence where a firearm is used; and then

7    a series of racketeering-involved violations.

8        Q.   In addition to those, did you -- did that

9    include any witness intimidation?

10       A.   Yes, both witness intimidation and

11   retaliating, actually taking the next step, and that

12   is retaliating against a witness.

13       Q.   So moving forward from March, did this

14   investigation eventually lead to indictments of

15   certain individuals in December of 2015?

16       A.   Yes.  That's what I referred to as our

17   Phase 1 takedown.  So on December 1st, 2015, we went

18   before the Grand Jury, and arrest warrants were

19   issued.  Then on December 3rd, we did a coordinated

20   statewide takedown with multiple FBI SWAT teams and

21   armored vehicles and helicopters.  And we had a

22   total of about 500 officers and agents that did

23   simultaneous raids around the state to pick up the

24   first group of people we indicted in our Phase 1

25   operation.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   What happened with some of the prison

2  facilities during that time?

3    A.   We locked down five prison facilities

4  around the state, all of the New Mexico Corrections

5  facilities.  All of the SNM members or associates in

6  those facilities were searched, their cells were

7  searched.  And we also conducted -- I think I

8  mentioned earlier -- about 45 probation and parole

9  searches, as well.

10        And this was all coordinated in the early

11  hours of December 3, 2015.

12    Q.   And so when this happened, did you present

13  the charges to the Grand Jury?

14    A.   I'm sorry?  Prior to this?

15    Q.   Well, leading up to this event, as part of

16  Phase 1, did you present the charges to the Grand

17  Jury?

18    A.   Yes.

19    Q.   And then as a result of the indictments

20  that were returned, is that what happened with Phase

21  1 in all these searches?

22    A.   That's correct.

23    Q.   Approximately how many people were

24  arrested in December of 2015?

25    A.   We arrested 36 federally.  I don't always

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   keep track of the state arrests, but there -- each

2   time we've gone out -- there are three phases to

3   this operation, and each time there is a number of

4   state arrests.  But I believe it was 36 federally.

5       Q.   So you just arrested a bunch of people in

6   what you call Phase 1.  What happened after Phase 2,

7   in terms of the investigation itself?

8       A.   Well, we made our court appearances, of

9   course, and we continued our investigation.  When we

10  weren't in court, we kept doing drug buys, gun buys.

11  And we now had, among that first group, a few of the

12  defendants tapped out and said they wanted -- after

13  they had attorneys, said they wanted to talk to us.

14          So as that came up, we would do

15  debriefings with those people, and then we'd get

16  back out on the street and keep conducting our

17  investigation.

18      Q.   When you used the term "debrief," what

19  does that mean?

20      A.   That's where we sit down, a couple of

21  agents, one or more of the attorneys here from the

22  U.S. Attorney's Office, and we sit down with the

23  person we've arrested and their attorney.  The

24  attorneys will talk for a few minutes.  And then

25  once we get the green light to talk to them, the

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                         201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                   FAX (505) 843-9492



**BEAN & ASSOCIATES**, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1  agents will kind of take over, and we start asking

2  questions.

3         And we're there with a pen and a pad of

4  paper, and we oftentimes start from the beginning:

5  What street gang were you in before the SNM?  How

6  did you get in?  What did you do to get in?  And we

7  go through that process.

8     Q.   So is that first session basically -- just

9  generally tell us what you know about the SNM or

10  other criminal activity.

11     A.   Yes.  And I'll even say sometimes we don't

12  even get that far in the first session, because the

13  attorneys are doing their thing and working stuff

14  out, and so it's just kind of a meet-and-greet.  And

15  the actual, what I'll call the debriefing, occurs

16  maybe during the second meeting.  Oftentimes, it's

17  during the first; sometimes it's not.

18     Q.   And then, as a result, do you typically

19  write a report summarizing the contents of the

20  meeting?

21     A.   Yes.

22     Q.   And as time goes on and you get to know

23  the person and maybe what they were involved in, do

24  you then later focus on certain crimes or certain

25  people, for example?

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492                                            FAX (505) 843-9492
                                                                   1-800-669-9492
                                                        e-mail: info@litsupport.com



1       A.   Yes.

2       Q.   So you mentioned Phase 1.  Does that mean

3  eventually you reached a Phase 2?

4       A.   Yes.  In April of 2016, just a few months

5  later, again we did a presentation to the Grand

6  Jury, and we had another series of indictments or

7  arrest warrants and search warrants.  And just like

8  the operation I described earlier, we sought out

9  with several FBI SWAT teams around the state, and in

10  some cases in other states, and picked up the

11  individuals that we had arrest warrants for.  We

12  also locked down the facilities and conducted the

13  parole searches that I explained before.

14       Q.   And does this also include another

15  indictment against another group of people who were

16  alleged SNM Gang members?

17       A.   Yes.

18       Q.   And is that what was called the RICO

19  indictment?

20       A.   The RICO conspiracy indictment, yes.

21       Q.   If you remember, what does RICO stand for?

22       A.   It's the Racketeering Influenced and

23  Corrupt Organizations Act.

24       Q.   As a result of the investigation, then,

25  approximately how many murders have been charged?

SANTA FE OFFICE                                                      MAIN OFFICE
119 East Marcy, Suite 110                                            201 Third NW, Suite 1630
Santa Fe, NM 87501                                                   Albuquerque, NM 87102
(505) 989-4949                                                       (505) 843-9494
FAX (505) 843-9492                                                   FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1      A.   I was thinking about that when I came up

 2 here.  I think 11 have been charged.  We've

 3 investigated dozens, but I think we've charged 11 at

 4 this point.

 5      Q.   And are these each allegations against SNM

 6 members or associates?

 7      A.   Yes.

 8      Q.   And do some of these charges include the

 9 murder of Javier Molina?

10      A.   Yes.

11      Q.   As well as the murders alleged in this

12 case?

13      A.   That's correct.

14      Q.   Does it include the murder of someone

15 named Shane Dix?

16      A.   Yes.

17      Q.   And Michael Giron?

18      A.   Yes.

19      Q.   And Sammy Chavez?

20      A.   Yes.

21      Q.   And someone else named Estevan Ortega?

22      A.   Yes.

23      Q.   And what would you say is the most

24 recently charged murder in terms of the time?

25      A.   The Ortega one out of Silver City that
```



SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                            201 Third NW, Suite 1630
Santa Fe, NM 87501                                   Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                     FAX (505) 843-9492

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1   involved Steven Morales.
 2        Q.    And has that been charged in recent
 3   months?
 4        A.    Yes.
 5        Q.    Even now, are there still kind of aspects
 6   of this investigation that are ongoing?
 7        A.    Absolutely.
 8        Q.    Earlier -- going back to the cold case
 9   homicides, about how many of these murders that you
10   picked up were considered cold case homicides?
11        A.    We're investigating many cold case
12   homicides.  I believe we've solved and charged six
13   cold case homicides so far.
14        Q.    You mentioned the Phase 2.  Was there also
15   what you would call a Phase 3?
16        A.    There was.
17        Q.    What was the purpose of Phase 3 of the
18   investigation?
19        A.    Phase 3 was to address several threats
20   that had been made toward the witnesses and the
21   informants in our investigation.  Because at this
22   point, this takes place -- Phase 3 is in September
23   of 2016.  So we're nine to 10 months into arresting
24   people.  And now there are some threats of witnesses
25   in our case and informants being intimidated.  So we
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    initiated a Phase 3 takedown, if you will, to

2    address those threats.

3         Q.    And what types of activities were involved

4    with Phase 3?

5         A.    I had prepared 12 federal search warrants,

6    so we served those, all of which were generally in

7    the Albuquerque metropolitan area, if I remember

8    correctly.

9              We also had an inmate, an SNM inmate, in

10   Beaumont, Texas, searched at a Federal Bureau of

11   Prisons, as well as some targeted probation and

12   parolees that had search clauses both in the feds

13   and in the state were searched.  So I think, all

14   together, we did 18 searches.

15        Q.    You mentioned a federal inmate in

16   Beaumont, Texas.  Who was that person?

17        A.    Frankie Gallegos.  He goes by Kunte or

18   Frankie G.

19        Q.    Is he related to any of the defendants

20   here in court?

21        A.    Yes.

22        Q.    Who is he related to?

23        A.    Andrew Gallegos and Joe Gallegos.

24        Q.    So is it fair to say that all three of

25   them are brothers?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    Yes.

 2        Q.    What did you find in the search of Frankie

 3   Gallegos' cell?  And when you say Beaumont, Texas,

 4   was that a state or a federal facility?

 5        A.    It's a federal prison in Beaumont.

 6        Q.    What did you find as a result of that

 7   search?

 8        A.    Frankie Gallegos had an address book, on

 9   the cover of which he had the SNM plaque that I'll

10   describe, the Zia symbol with the S in the middle.

11   And he also had -- I believe it was on the inside

12   cover, or it might have been the back cover -- ESL,

13   East Side Locos, Belen.

14             MR. BENJAMIN:  Your Honor, at this point

15   in time, Defendant Joe Gallegos would ask for a

16   limiting instruction as to what was searched and

17   found in his brother's cell in prison.

18             THE COURT:  All right.  Well, these are

19   statements, I guess, that can only be used against

20   one of the defendants.  So I'll not allow it to be

21   used against anyone else.

22             MR. BENJAMIN:  Your Honor, he's not

23   charged in this.

24             THE COURT:  Well, I guess -- what would

25   the limiting instruction be, then?
```

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                            201 Third NW, Suite 1630
Santa Fe, NM 87501                                   Albuquerque, NM 87102
(505) 989-4949                                                (505) 843-9494
FAX (505) 843-9492                                       FAX (505) 843-9492
                                                          1-800-669-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE
e-mail: info@litsupport.com

```
 1            MR. BENJAMIN:  That this evidence -- I'm
 2   requesting that this evidence not be used or
 3   considered against Joe Gallegos.  What a family
 4   member does is not relevant to what another family
 5   member does unless there is some other connection.
 6            THE COURT:  Well, why don't you approach.
 7   I guess it seems to me the objection needs to either
 8   be broader or nonexistent.  But I'm not
 9   understanding.
10            MR. BENJAMIN:  Objection; relevance, Your
11   Honor.
12            THE COURT:  Well, why don't you approach
13   on that, then.
14            (The following proceedings were held at
15   the bench.)
16            THE COURT:  I don't know what the limiting
17   instruction would be.
18            MR. BENJAMIN:  I guess --
19            THE COURT:  What is this being introduced
20   for, Mr. Castellano?
21            MR. CASTELLANO:  This would be tied up in
22   other witnesses who will say that the Gallegos
23   brothers are SNM members, as well as East Side
24   Locos.  And Frankie Gallegos is a leader in the SNM
25   in the federal system.  So I'm not going farther
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   with him, but this will tie in to other testimony

2   from other witnesses.

3          MR. BENJAMIN:  Your Honor, I'd object,

4   because that testimony doesn't exist.  It's going to

5   be:  I believe they're SNM.  But all of this in

6   relation to the pretrial hearing, all of this

7   testimony is, for lack of a better term, guilt by

8   family association.  Joe Gallegos is not and he has

9   not been a validated SNM Gang member.  He's an East

10  Side Loco.  Whether they want to tie it up with

11  other testimony, but the search is not relevant.

12         THE COURT:  What is the tie-up down the

13  road?  What is it that you're going to want to tie

14  it up --

15         MR. CASTELLANO:  The tie-up is that each

16  of the brothers is an SNM Gang member and East Side

17  Locos Gang member, and that the brother is a leader.

18         THE COURT:  Which brother?

19         MR. CASTELLANO:  Frankie Gallegos, who

20  Agent Acee identified, is also Frankie G and Kunte.

21  There is a difference.  We have to distinguish

22  between a validated SNM member and an SNM Gang

23  member.  Validation comes from the Corrections

24  Department.  So you could be right about someone

25  isn't validated in the Corrections Department, but

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                       Albuquerque, NM 87102
(505) 989-4949                                                    (505) 843-9494
FAX (505) 843-9492                                          FAX (505) 843-9492
                                                                  1-800-669-9492

**B**EAN
**&A**SSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE
                                              e-mail: info@litsupport.com

1    it doesn't mean someone is not an SNM Gang member.

2          MR. BENJAMIN:  Your Honor --

3          THE COURT:  Well, here's the problem I

4    have:  I'm a little reluctant to just -- it's a

5    difficult enough task for the jury to start trying

6    to try each one of these defendants individually.

7    Just because another brother, a third brother, is a

8    member of the gang, I don't think that is going to

9    make it more likely or not.  If it is, it's probably

10   for an improper reason, just association in fact

11   that he's a gang member.

12          So I think that probably we ought to just

13   keep Mr. Frankie Gallegos out unless he's got some

14   connection to this crime, which I don't think I've

15   heard about so far.

16          MR. CASTELLANO:  Right.  Various witnesses

17   will say they have also served time with Frankie

18   Gallegos and know him to be an SNM Gang member.

19          THE COURT:  I guess that's my whole

20   problem.  We've got to try these guys individually.

21   To start dragging another family member in, I think

22   the inference that you want the jury to draw is that

23   because he's got a third brother that's an SNM Gang

24   member, these two are gang members.  And I don't

25   think we want the jury to make that -- I think we

SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                         201 Third NW, Suite 1630
Santa Fe, NM 87501                                                 Albuquerque, NM 87102
(505) 989-4949                                                                    (505) 843-9494
FAX (505) 843-9492                                                       FAX (505) 843-9492
                                                                               1-800-669-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

e-mail: info@litsupport.com

 1  want to try these people individually.

 2           So I'm going to sustain the objection, and

 3  I'm going to tell the jury to ignore the testimony

 4  about Frank Gallegos.  If, down the road, you've got

 5  something more that we need to bring Frank Gallegos

 6  in, then we can do that.

 7           MR. CASTELLANO:  Because the familial

 8  relationship will make them not only members, but

 9  also, at a minimum, associates of the SNM, which is

10  also something that --

11           THE COURT:  Well, if you need to re-call

12  Acee, we can re-call him down the road.  But right

13  now, it's just looking like, because Frank Gallegos

14  is a gang member, SNM Gang member, that these two

15  men are.  And I think we probably don't want that

16  leap.

17           MR. BENJAMIN:  Your Honor, I would just

18  ask that we could approach or handle that prior to

19  having the testimony come up in front of the jury --

20  motion in limine, for lack of a better term.

21           THE COURT:  The next time we have anything

22  on Frank Gallegos, let's approach.

23           MR. BENJAMIN:  Thank you, Your Honor.

24           MS. TORRACO:  May I address the Court?  I

25  also had an objection.  I would ask for a limiting

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                            FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

 1   instruction at this point about what it said on the

 2   book.

 3            THE COURT:  I'm just going to strike that

 4   testimony.

 5            MS. TORRACO:  And they're to disregard it.

 6   Thank you.

 7            (The following proceedings were held in

 8   open court.)

 9            THE COURT:  Ladies and gentlemen, I'm

10   going to instruct you just to disregard the

11   testimony about Frank Gallegos.  So we'll just

12   strike that.  Whatever is on the book, or any of

13   that testimony, we'll just strike that, and you'll

14   not consider it in any way in your deliberations.

15            All right.  Mr. Castellano.

16   BY MR. CASTELLANO:

17       Q.   Agent Acee, following Phase 3, I want to

18   ask you if you engaged in what are called reversal

19   operations?

20       A.   Yes.

21       Q.   What is a reversal operation?

22       A.   Where the Government -- or in this case,

23   the FBI -- is providing a weapon to the bad guy.

24       Q.   Why would you do that?

25       A.   Well, in this case, they were looking for

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                               201 Third NW, Suite 1630
Santa Fe, NM 87501                                        Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                          FAX (505) 843-9492
                                                                    1-800-669-9492



PROFESSIONAL COURT
REPORTING SERVICE                          e-mail: info@litsupport.com

1  a gun to kill witnesses.  And we wanted it to be our

2  gun so we could be there and arrest them when they

3  took possession of it.

4       Q.   Can you describe for the members of the

5  jury how these operations work, for example?

6       A.   Once we heard through one of our

7  informants on the streets that an SNM member was

8  looking for a gun to kill somebody, I would instruct

9  the informant to tell that person that the informant

10 had a gun for him.  I used FBI guns that had

11 shortened firing pins, so they functioned, but they

12 didn't fire.

13          I wrote anticipatory search warrants for

14 the residence or the location where we would do that

15 deal.  And then I had an FBI SWAT team in a van down

16 the street.  So as soon as the person took

17 possession of the firearm, we could execute the

18 search warrant, send the SWAT team in and arrest

19 them, and recover our gun.

20      Q.   Now, you mentioned a few things in there.

21 The first is a shortened firing pin.  So for those

22 who are less than familiar with firearms, what does

23 it mean to shorten the firing pin?

24      A.   The firing pin needs to strike the primer

25 of the cartridge or the bullet in order for the gun

SANTA FE OFFICE                                           MAIN OFFICE
119 East Marcy, Suite 110                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                  FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1  to work.  If we tamper with that process, and the

2  firing pin never strikes the primer, the gun can't

3  be fired.  So by shortening that just a

4  millimeter -- I don't do that.  We have some folks

5  at Quantico, at the Academy, in our firearms unit

6  that do that, and they test it before they send it

7  out.  So that's what that process looks like.

8       Q.   So in layman's terms, does the firing pin

9  basically strike the back of the bullet, causing it

10  to fire out of the weapon?

11       A.   Yes.

12       Q.   And with a shortened firing pin, then, is

13  the weapon able to fire a bullet or a round of

14  ammunition?

15       A.   It is not.  It looks like it might, but

16  functionally it does not.  So if you were to inspect

17  it, it looks good, but it's just a hair short.

18       Q.   So, for example, if an informant went to

19  deliver the firearm, and the person, the suspect,

20  put a bullet or a magazine full of bullets or

21  ammunition in it, that person couldn't fire the

22  weapon?

23       A.   That's correct.  And we don't supply the

24  ammunition.  That's a bad idea anyway.  So just the

25  gun.  But you're correct.



SANTA FE OFFICE                                                              MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                Albuquerque, NM 87102
(505) 989-4949                                                              (505) 843-9494
FAX (505) 843-9492                                                  FAX (505) 843-9492
                                                                        1-800-669-9492

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE                                        e-mail: info@litsupport.com

1      Q.    And then when you use the term
2  "anticipatory search warrant," how is that different
3  from what we'll just call a regular search warrant?
4      A.    Simply stated, that's a search warrant
5  where I'm asking the Court's permission to execute
6  the warrant if a certain triggering event happens.
7  And in this case, the triggering event is the person
8  willingly takes possession of that firearm.  That's
9  the triggering event that allows that search warrant
10  now to be executed.
11      Q.    And even though the firearm couldn't fire
12  ammunition, what did you do to keep the firearm from
13  hitting the streets?
14      A.    I had the SWAT team down the street with
15  the search warrant.  And so as soon as the
16  undercover agent -- because in some cases we use an
17  undercover agent -- or the informant walked out of
18  the house, the team was literally pulling up and
19  executing the warrant.
20      Q.    So about how quickly after the firearm was
21  delivered was it then recovered through the search
22  warrants?
23      A.    We did a series of these.  The quickest
24  was within less than a minute, because the team was
25  nearby.  In some cases, it took a little over a

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    minute.  But it was a priority, and the guys got

2    there quickly.

3         Q.   I'm kind of focusing on informants; you've

4    talked about them a little bit.  But I want to ask

5    you about the letters CHS or CI or CS.  What are we

6    normally talking about when we use letters like

7    that?

8         A.   They're all the same thing.  Most police

9    departments call them CIs, confidential informants.

10   The FBI, being the FBI, has their own term for it.

11   It's CHS for confidential human source.  We may have

12   confidential electronic sources, so that

13   distinguishes a human source.

14        Q.   And what type of -- I'll just call them

15   informants for now.  But what kind of informants

16   might you use in an operation?

17        A.   Well, we might use some that are

18   professional informants, whereas, they're similar --

19   I would describe them as similar to an undercover

20   agent, but they're not actually an employee of the

21   bureau.  They kind of have a knack for being an

22   informant, and they've perhaps worked in different

23   FBI field offices around the country.

24             In this case, we didn't use any

25   professional informants.  We have cooperating

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  defendants where a person has been charged, and they

2  agree to cooperate.  And then we just have

3  informants that don't have any charges.  I wouldn't

4  call them professional, but they have access and

5  ability to get into a particular organization, so

6  we'll utilize them.

7       Q.   And when it comes to recruitment, how do

8  you recruit informants, and what are the various

9  motivations they might have?

10      A.   Recruitment, the FBI would probably say,

11  is almost a form of art at times.  But in most

12  cases, it's a person who has access and has agreed

13  to cooperate with the FBI, either because they have

14  pending charges; they're looking to avoid charges;

15  they might do it for monetary gain; and once in a

16  while, depending on what type of violations we work,

17  we even have informants that just volunteer to do it

18  because they believe in it, like for patriotic or

19  idealistic reasons.

20      Q.   What are typically your objectives when

21  you recruit and employ informants?

22      A.   I like to use them as little as possible.

23  That being said, there are some organizations that

24  we're not going to penetrate, we're not going to

25  infiltrate without them, because we just can't.  And

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  so in those cases, we have to use them.  But me,

2  personally, I prefer to use undercover agents or

3  other means.  But informants, I have a lot of them,

4  and I, over the last 20 years, use lots of them.

5      Q.   Are you able to use them to collect

6  intelligence?

7      A.   Yes.

8      Q.   So, for example, when we're talking now

9  about the SNM Gang, are you then able to learn

10  historical things about the gang?

11     A.   I am.  Particularly if the informant is a

12  member of the gang, and they've been around the gang

13  for a while, they possess a lot of intelligence and

14  historical information.

15     Q.   You also use some of these informants to

16  try to solve the cold case murders you've been

17  talking about?

18     A.   Yes.

19     Q.   Is the jury in this case going to hear

20  from cooperating defendants?  Do you expect that?

21     A.   Yes.

22     Q.   What is largely their motivation?

23          MR. CASTLE:  I'm going to object, Your

24  Honor.  I think that calls for speculation and

25  should be a proper inquiry of those particular

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   informants.
 2            THE COURT:  I tend to agree.  I think
 3   we're going to get into that a lot with each one of
 4   the individuals.  So sustained.
 5            MR. CASTELLANO:  I'll rephrase, Your
 6   Honor.
 7   BY MR. CASTELLANO:
 8        Q.   Can you tell the members of the jury
 9   whether a cooperating defendant is able to have his
10   sentence reduced through the court system?
11        A.   Yes.  That's up to the Judge.
12        Q.   For some of the people who have decided to
13   plead guilty and cooperate, were some of them
14   released from custody, and have others remained in
15   jail?
16        A.   Yes, both.
17        Q.   And for some of those released from
18   custody, did some of those violate and return to
19   jail?
20        A.   Yes.
21        Q.   For some of those released from custody at
22   some point in time, were they under the FBI's
23   supervision for purposes of operations?
24        A.   Some were.
25        Q.   And if they complied with the rules, were
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   they able to stay out?

2        A.    Yes.

3        Q.    If they broke the rules, did they get

4   thrown back in jail?

5        A.    I arrested them and dropped them off at

6   jail.

7        Q.    Now, in terms of trying to stay ahead of

8   the intelligence and the information in this case,

9   what do you do with SNM members or associates who

10  are now coming out of the federal or state systems?

11       A.    I'm usually at their parole office with

12  their parole officer for their first meeting so that

13  I can be introduced and talk to them, both guys

14  coming out of federal prison or state prison.

15       Q.    And what's the purpose of doing that?

16       A.    Let them know that we're investigating and

17  arresting the SNM; that we'll have our eye on them.

18  And in some cases, it's worked out well because

19  those individuals want to be done with the gang, and

20  they agree to talk to me.  And so I learn more about

21  the gang, and I learn more about old cases and cold

22  cases and the history of the gang.

23       Q.    When you talked about prison searches,

24  have you accompanied Corrections officials to aid in

25  those searches in the prison facilities?

SANTA FE OFFICE                                                              MAIN OFFICE
119 East Marcy, Suite 110                                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                                       Albuquerque, NM 87102
(505) 989-4949                                                                   (505) 843-9494
FAX (505) 843-9492                                                         FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1      A.    I have.

2      Q.    How recently have you done one of those

3  types of operations?

4      A.    I did one last week.

5      Q.    And what did you find last week?

6      A.    Myself and 17 other FBI agents went up to

7  the penitentiary and searched the two SNM pods.

8  There is only two remaining.  We found weapons,

9  drugs, coded letters or kites, fishing lines, and

10  discovery materials from this case.

11      Q.    And what kind of concerns did that give

12  you, to find discovery from this case in a prison

13  facility?

14      A.    A couple.  In this case in particular, the

15  defendants don't have paperwork; they have tablets

16  so that we can avoid paperwork going into the

17  prisons.  The reasons we avoid paperwork going into

18  the prisons is, within the SNM, as in other prison

19  gangs, paperwork is the proof.  So if someone is

20  telling, if there is an informant, you need proof

21  that they're informing or telling.  And that's what

22  the paperwork serves.  And then that is the proof

23  that's needed to hit that person.

24      Q.    Was that a concern to you, then, that you

25  found physical paperwork related to this case?

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492



1-800-669-9492
PROFESSIONAL COURT
REPORTING SERVICE                          e-mail: info@litsupport.com

58

1        A.   It is.  Because, as I said, there

2   shouldn't have been any paperwork floating around.

3        Q.   Are those for inmates who have already

4   been charged in this case?

5        A.   That's correct.

6        Q.   Now, you used the term "kites."  Can you

7   please define that term for the members of the jury

8   as you understand it?

9        A.   Usually a piece of paper with a message on

10  it, and like you would fly a kite, you send that to

11  somebody.

12       Q.   You also used the term "fishing line."

13  What would someone have fishing line for in prison,

14  using that term?

15       A.   It's a line of string with a hook on it.

16  And the inmates use it to pass paperwork or

17  contraband or anything from cell door to cell door.

18  So they'll hook fishing lines, and when they're

19  hooked together they'll have, say, a note or

20  something tied to the end.  And the other inmate in

21  the other cell can pull it into his cell.  And

22  that's how they pass items.  I won't just say

23  contraband, but items between different prison

24  cells.

25       Q.   Has the use of cooperators in this case

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

 1   been beneficial to your investigation?

 2        A.   Yes.

 3        Q.   Why is that?

 4        A.   Well, without cooperators, we would not

 5   otherwise have been able to infiltrate the gang.

 6        Q.   So, in other words, there is a certain

 7   amount of information you can get from law

 8   enforcement personnel or Corrections officials, but

 9   can they fill in all the blanks?

10        A.   No.  It's a secret organization.  I mean,

11   the blanks are huge ones.  We have to have insiders

12   to get that information.

13        Q.   Another example would be -- you talked

14   about the use of undercover officers, when you can

15   use them.  Would you have been able to introduce an

16   undercover officer into the prison system posing as

17   an inmate?

18        A.   We could have, but I wouldn't.

19        Q.   Why not?

20        A.   It's unlikely to succeed for the reasons I

21   explained earlier.  And it's also too dangerous.

22        Q.   Why would you consider it dangerous?

23        A.   We don't control the prison environment,

24   and we can't readily respond.  I talked about having

25   SWAT teams in vans nearby.  We can't do that in a

SANTA FE OFFICE                                                                    MAIN OFFICE
119 East Marcy, Suite 110                                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                                            Albuquerque, NM 87102
(505) 989-4949                                                                          (505) 843-9494
FAX (505) 843-9492                                                              FAX (505) 843-9492
                                                                                       1-800-669-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

e-mail: info@litsupport.com

```
 1   prison.  And to leave an agent locked up like that,
 2   where we don't have a quick response, and the
 3   demands that would -- that could be put on that
 4   agent, particularly if they're trying to infiltrate
 5   a gang, would be -- just be too dangerous to try.
 6        Q.   In this case, when you sign people up to
 7   be confidential human sources, can you tell the
 8   members of the jury whether you paid them money?
 9        A.   Yes, I did.
10        Q.   And did those people who you signed up as
11   confidential human sources provide information to
12   the FBI?
13        A.   Yes.
14        Q.   And consequently, or subsequently, did you
15   pay them compensation?
16        A.   Yes.
17        Q.   Including even some of the people who will
18   be witnesses in this case?
19        A.   Yes.
20        Q.   About, on average, how much would you pay
21   each individual?
22        A.   As an average, between $50 a month.  Some
23   less; some a little bit more.
24        Q.   What types of things might $50 a month buy
25   a person in prison?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1        A.   Things at the commissary like chips,

2   drinks, pencils -- a lot of them like to draw --

3   paper, stamps, envelopes, and additional phone

4   calls.

5        Q.   So you pay them for information -- it's

6   been suggested by the opening statements that

7   they're being paid for their testimony.  Are you

8   paying any informant for testimony in court?

9        A.   No, not in any way.  We don't pay people

10   to testify.

11        Q.   And have there been people who were

12   cooperative with you who have broken the rules?

13        A.   Yes, most of them.

14        Q.   And what was the consequence of them

15   breaking the rules?

16        A.   I closed them as informants.  And if I

17   could arrest them, I did.

18        Q.   So once that happened, did they lose the

19   benefit of receiving even $50 a month?

20        A.   Yes.

21        Q.   Can you tell the members of the jury

22   whether at least a few of them were closed as

23   informants for violating the contact rules at the

24   prison where they were located?

25        A.   Yes, four men were.

SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                               Albuquerque, NM 87102
(505) 989-4949                                                              (505) 843-9494
FAX (505) 843-9492                                               FAX (505) 843-9492



1-800-669-9492
e-mail: info@litsupport.com

1    Q.   And was that information discovered and

2  was it turned over to the defense attorneys?

3    A.   Yes.

4    Q.   There is also an indication, at least in

5  opening, that the jury would hear about some of the

6  defendants receiving tablets, or the cooperators,

7  and them tampering with those tablets.  Did that

8  also happen?

9    A.   Yes, it did.

10    Q.   And after they tampered with their

11  tablets, were they closed as confidential human

12  sources?

13    A.   Yes.

14    Q.   And so to separate the two things out,

15  even though they're closed as sources, if they've

16  entered into agreement with the Government, do you

17  expect for them to still testify pursuant to their

18  agreement with the Government?

19    A.   Yes.

20    Q.   Approximately how many SNM Gang members or

21  associates have you interviewed through the course

22  of this investigation?

23    A.   A conservative estimate is maybe 75 to

24  100.

25    Q.   And in dealing with them, can you tell the

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                  201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492                                            FAX (505) 843-9492
                                                                    1-800-669-9492
                                                          e-mail: info@litsupport.com



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1   members of the jury the significance of respect to
 2   them and interacting with them?
 3            MR. BENJAMIN:  Objection, Your Honor;
 4   speculation and overbroad.
 5            THE COURT:  Why don't you narrow it a
 6   little bit?
 7            MR. CASTELLANO:  Sure.  I can rephrase.
 8   BY MR. CASTELLANO:
 9       Q.   Has it been your experience that respect
10   is a big deal to SNM Gang members?
11       A.   Yes.
12       Q.   When you deal with them, have you dealt
13   with them in a respectful manner?
14       A.   Both cooperators and non-cooperators, I
15   try to always be respectful.
16       Q.   Why?
17       A.   You don't get anywhere with them if you're
18   not.  It shuts down everything right away.  And it's
19   professional.  I should anyway.  But I take extra
20   measures to make sure I'm showing that wherever I
21   can.
22       Q.   Going back to the operations of Phases 1
23   and 2, did you make arrangements to have photographs
24   taken of the people that were arrested and charged?
25       A.   I did.  I had prepared search warrants so
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    that the FBI could physically not only photograph

2    them, but could physically inspect their bodies for

3    tattoos and collect DNA swabs.

4         Q.   Why was that important to you?

5         A.   It's just part of the investigation.  And

6    where I can get a search warrant, I wanted to.  I

7    guess we could have photographed them anyway.  But I

8    thought it's just better to be able to serve them

9    with a search warrant to be able to do it.

10        Q.   When it comes to tattoos, has it been your

11   experience that some members may have SNM tattoos

12   and some don't?

13        A.   Yes.

14        Q.   So can you make a blanket statement that

15   all SNM members have tattoos?

16        A.   No.

17        Q.   Can you make a blanket statement that no

18   SNM members have tattoos?

19        A.   That also is not true.

20        Q.   At this point, Agent Acee, I'm going to

21   show you a stack of photographs.  I'll show them to

22   you first, and I'll ask you if they're a fair and

23   accurate depiction of what you've seen on various

24   occasions that photographs have been taken?

25             MR. CASTELLANO:  May I approach the

SANTA FE OFFICE                                                        MAIN OFFICE
119 East Marcy, Suite 110                                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                               Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492                                           FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1   witness, Your Honor?

 2             THE COURT:  You may.

 3        Q.   Agent, I'm going to show you Government's

 4   Exhibit 84.  I'm going to show it to counsel.

 5             MR. CASTLE:  We have no objection, Your

 6   Honor.

 7             THE COURT:  All right.  Any other

 8   defendant have any objection?  Not hearing any, are

 9   you moving its admission, Mr. Castellano?

10             MR. CASTELLANO:  Yes, sir.  And this is

11   Exhibit 84.

12             THE COURT:  Without objection,

13   Government's Exhibit 84 will be admitted into

14   evidence.

15             (Government's Exhibit 84 admitted.)

16             MR. CASTELLANO:  May I publish that to the

17   jury at this time, Your Honor?

18             THE COURT:  You may.

19   BY MR. CASTELLANO:

20        Q.   Agent Acee, this is Exhibit 84.  Is this a

21   picture of Billy Garcia on the date of his arrest?

22        A.   Yes.

23        Q.   So the date that's on the sheet is

24   December 3, 2015.  Is that the date that he was

25   arrested?
```




SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1      A.    It is.

2      Q.    And can you tell the members of the jury

3  whether the case was presented to the Grand Jury and

4  an indictment returned shortly before this date?

5      A.    Yes.  I believe it was presented to the

6  Grand Jury on the 1st, and I think we got all the

7  paperwork back from the Grand Jury on the 2nd, and

8  we went out and picked everybody up on the 3rd.

9      Q.    After the case was indicted, did you get

10 arrest warrants for each of these people?

11     A.    Search and arrest warrants, yes.

12     Q.    And for Billy Garcia, we don't have any

13 picture here of any tattoos.  What would you say

14 about any tattoos related to Billy Garcia?

15     A.    I don't believe he has any.  I think he

16 just had some scars, if I remember correctly.

17     Q.    And for Billy Garcia, do you see him in

18 the courtroom today?

19     A.    I do.

20     Q.    Will you please point him out and identify

21 him for us?

22     A.    He's seated in the first -- the row next

23 to Mr. Cooper.  He has a dark-colored suit on and a

24 white shirt, with a blue-ish tie.

25          MR. CASTELLANO:  Let the record reflect

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                            201 Third NW, Suite 1630
Santa Fe, NM 87501                                   Albuquerque, NM 87102
(505) 989-4949                                             (505) 843-9494
FAX (505) 843-9492                                    FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1   that the witness has identified Defendant Billy
 2   Garcia.
 3            THE COURT:  The record will so reflect.
 4       Q.   On December 3, 2015, do you recall if he
 5   was charged in Counts 1 and 2 of the murders of Mr.
 6   Castillo and Mr. Garza?
 7       A.   He was.
 8            MR. CASTELLANO:  Your Honor, at this time,
 9   I move the admission of Government's Exhibit 88 and
10   89.
11            THE COURT:  Any objection?
12            MR. LAHANN:  No objection.
13            THE COURT:  All right.  Not hearing any
14   other objection, Government's Exhibits 88 and 89
15   will be admitted into evidence.
16            (Government's Exhibits 88 and 89
17   admitted.)
18   BY MR. CASTELLANO:
19       Q.   Turning first to Exhibit 88, is this also
20   a picture of Mr. Patterson when he was arrested on
21   December 3rd of 2015?
22       A.   Yes.
23       Q.   Was he charged in his murder count on
24   that -- well, a few days before that date?
25       A.   Yes.
```

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                            201 Third NW, Suite 1630
Santa Fe, NM 87501                                    Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                      FAX (505) 843-9492
                                                          1-800-669-9492
                                                     e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

 1      Q.   And turning to Government's Exhibit 89, it
 2  looks like there is a tattoo on his stomach.  Do you
 3  recognize that tattoo?
 4      A.   I do.
 5      Q.   What does it say?
 6      A.   "China Town."
 7      Q.   And what do you associate that name with?
 8      A.   It's a street gang in Silver City, New
 9  Mexico.
10      Q.   And if you recall, do you recall where Mr.
11  Patterson was arrested?
12      A.   He was arrested outside Silver City, New
13  Mexico.  He may have been in the city limits.  I
14  don't recall.  It was a marshal's team that went
15  down and picked him up.
16      Q.   At that time, was he charged with the
17  murder that's currently pending before this jury?
18      A.   Yes.
19          MR. CASTELLANO:  At this time, I'd move
20  the admission of Government's Exhibits 93, 94, 858,
21  and 859.
22          THE COURT:  Any objection from defendants?
23          MR. GRANBERG:  No objection.
24          THE COURT:  All right.  Not hearing any
25  objections, Government's Exhibits 93, 94, and 858

SANTA FE OFFICE                                           MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                   Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                     FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1   will be admitted into evidence.
 2             (Government's Exhibits 93, 94, and 858
 3   admitted.)
 4             MR. CASTELLANO:  Did you also get 859?
 5             THE COURT:  I did not.  Any objection to
 6   859?
 7             MR. GRANBERG:  No objection.
 8             THE COURT:  Not hearing any objection,
 9   Government's Exhibit 859 also will be admitted into
10   evidence.
11             (Government's Exhibit 859 admitted.)
12   BY MR. CASTELLANO:
13        Q.   Agent Acee, I'm going to show you what's
14   been admitted as Government's Exhibit 93.  Before I
15   turn to that, I showed you a picture of Allen
16   Patterson in court today?
17        A.   Yes.
18        Q.   Please point him out.
19        A.   Mr. Patterson is in the second row,
20   between Mr. Lahann and Mr. Shattuck.  He's wearing a
21   dark suit with a blue shirt, gray tie.
22             MR. CASTELLANO:  Let the record reflect
23   the witness has identified the Defendant Allen
24   Patterson.
25             THE COURT:  The record will so reflect.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.    Now, turning to Exhibit 93, who is this?

2      A.    Christopher Chavez.

3      Q.    And since the date also says December 3,

4  2015, is this the date he was arrested?

5      A.    Yes, sir.

6      Q.    And arrested for the charges pending in

7  this case?

8      A.    Yes.

9      Q.    Turning to Exhibit 94, that is a picture

10  of some of his tattoos?

11      A.    Yes.

12      Q.    Let me turn your attention now to Exhibit

13  858, and if you can describe what we're looking at

14  in this photograph, please?

15      A.    Looking at the back of Mr. Chavez's neck,

16  it's an outline of the state of New Mexico.  The

17  word in the center, the most dominant word there is

18  "Burque," short for Albuquerque.  The upper

19  left-hand corner, there is an "N," the lower

20  right-hand corner of the state outline is "M," for

21  New Mexico.  And you'll notice behind the word

22  "Burque," there is a large "S."

23      Q.    In other words, do you see in this

24  photograph -- you can touch your screen.  Can you

25  show us the letters "SNM" on there, please?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1       A.    I'll outline the "S," I'll circle the "N,"
 2  and the "M."
 3       Q.    Turning your attention to Exhibit 859.
 4  I'll see if I can clear the screen.  If you can, can
 5  you tell us what is shown in this exhibit?
 6       A.    This is -- I believe this is Mr. Chavez's
 7  left wrist, and it says "Barelas."
 8       Q.    What significance does the word "Barelas"
 9  have to you?
10       A.    A couple.  But that's a street gang in
11  Albuquerque in the Barelas neighborhood.  A lot of
12  the -- a lot of SNM members are from there.
13       Q.    And you mentioned the words "street gang."
14  And is the SNM a prison gang?
15       A.    Yes.
16       Q.    What's the difference between a street
17  gang and a prison gang?
18       A.    Street gangs are in our communities.  They
19  claim geographic areas on the street or
20  neighborhood.  Prison gangs are comprised of street
21  gang members, but they control the jails and prisons
22  where a lot of street gang members end up.
23       Q.    So from your experience in this case, is
24  it possible for a person to be a member of a street
25  gang, and then a member of a prison gang?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1       A.   Yes.  It would be a struggle to think that

2    someone who was a member of a prison gang hadn't

3    been a member of a street gang.  It usually works

4    that way.

5       Q.   In a second I'm going to show you here

6    Government's Exhibit 101, but let me show it to

7    defense counsel first.

8            MR. CASTELLANO:  At this time, I move the

9    admission of Government's Exhibit 101.

10           THE COURT:  Any objection from the

11   defendants?  Not hearing any objection, Government's

12   Exhibit 101 will be admitted into evidence.

13           (Government's Exhibit 101 admitted.)

14   BY MR. CASTELLANO:

15      Q.   Agent Acee, I'm going to show you Exhibit

16   101.  Who is this person?

17      A.   Leonard Lujan.

18      Q.   And since he's there in a photograph of

19   December 3, 2015, can you tell the members of the

20   jury whether he was also charged with murder?

21      A.   He was charged and arrested.

22      Q.   And is he the person referred to as a

23   person who has given a statement in 2007?

24      A.   Yes.

25      Q.   And was he charged in relation to the

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                    Albuquerque, NM 87102
(505) 989-4949                                                 (505) 843-9494
FAX (505) 843-9492                                       FAX (505) 843-9492



1-800-669-9492
e-mail: info@litsupport.com

1    murders that were charged in this case initially?

2        A.    Yes.

3        Q.    And has he pled guilty and agreed to

4    cooperate in this case?

5        A.    Yes.

6              MR. CASTELLANO:  Your Honor, at this time

7    I move the admission of Government's Exhibits 109

8    and 110.

9              THE COURT:  Any objection from the

10   defendants?  Not hearing any objection, Government's

11   Exhibits 109 and 110 will be admitted into evidence.

12             (Government's Exhibits 109 and 110

13   admitted.)

14   BY MR. CASTELLANO:

15       Q.    Agent Acee, let me begin with Government's

16   Exhibit 110.  Who is this person?

17       A.    Eugene Martinez.

18       Q.    And same question.  Was he arrested on

19   December 3, 2015?

20       A.    Yes.

21       Q.    And did he plead guilty to the Garza

22   murder and is he -- do you expect him to cooperate

23   in this case?

24       A.    Yes to both.

25       Q.    Showing you Government's Exhibit 109,

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1   looks like a tattoo on the back of his neck.  What

 2   is that?

 3        A.   That's his nickname, Huero, or Little

 4   Huero.

 5        Q.   As we discussed before we picked a jury in

 6   this case, is he one of those people who has a

 7   nickname in this case?

 8        A.   Yes.

 9        Q.   And has it been your experience that from

10   time to time, people with nicknames are tattooed on

11   their bodies?

12        A.   Yes.

13             MR. BENJAMIN:  No objection to 181, Your

14   Honor.

15             THE COURT:  And you're moving its

16   admission, Mr. Castellano?

17             MR. CASTELLANO:  Yes, Your Honor.

18             THE COURT:  Any objection from anyone

19   else?  Not hearing any, Government's Exhibit 181

20   will be admitted into evidence.

21             (Government's Exhibit 181 admitted.)

22   BY MR. CASTELLANO:

23        Q.   Agent Acee, I'll show you that exhibit at

24   this point.  Who is this person?

25        A.   Joe Gallegos.

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492
                                                                  1-800-669-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

e-mail: info@litsupport.com

```
 1        Q.    Do you see him in the courtroom today?

 2        A.    I do.

 3        Q.    Can you point him out, please, or describe

 4   what he's wearing?

 5        A.    He's the only gentleman standing up.

 6              MR. SINDEL:   Good job.

 7        Q.    That works.  Let the record reflect --

 8        A.    Thank you.

 9        Q.    -- that the defendant stood and was

10   identified by Agent Acee?

11              THE COURT:   The record will so reflect.

12        Q.    We don't have any pictures here of

13   tattoos.  Are you aware of any tattoos for Mr.

14   Gallegos?

15        A.    No.

16        Q.    And if you don't recall, that's okay.

17        A.    I don't, off the top of my head.

18        Q.    And in this case, was he charged with the

19   Castillo murder at that time?

20        A.    Yes.

21        Q.    And when we talk about Phase 2, was he

22   charged with another crime as part of Phase 2?

23        A.    Yes.

24        Q.    Can you explain to the members of the jury

25   how that happened in terms of having one charge
```

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                         201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                            (505) 843-9494
FAX (505) 843-9492                                   FAX (505) 843-9492
                                                       1-800-669-9492



PROFESSIONAL COURT
REPORTING SERVICE                       e-mail: info@litsupport.com

1   earlier, and then additional charges?

2       A.   Sure.   So we picked Mr. Gallegos up on

3   December 3rd.   He remained in custody, and while he

4   was in custody, we developed probable cause to

5   charge him with other crimes.

6       Q.   So there has been mention of a person

7   named Jose Gomez.

8       A.   Yes.

9       Q.   Do those crimes related to witness

10  intimidation and attempted murder, were those

11  charged after this date as new crimes or additional

12  crimes?

13      A.   Yes.   There was an incident in 2015, and

14  then an incident in 2016, and those were charged in

15  the Phase 2 indictments.

16      Q.   Make sure we have a little bit of a

17  timeline here.   You mentioned an incident in 2015.

18  Is there an allegation that Mr. Gallegos cut Jose

19  Gomez's hand?

20      A.   Correct.

21      Q.   And then after that incident, was he

22  charged in this case?

23      A.   Yes.

24      Q.   After this case was charged, was then Jose

25  Gomez allegedly attacked, and that's the allegation



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1   where he was hit over the head with a machete and
 2   another object?
 3        A.   Yes.
 4             MR. CASTELLANO:   Your Honor, at this time
 5   we move the admission of Government's Exhibits 185
 6   through 189.
 7             THE COURT:   Any objection from the
 8   defendants?
 9             MR. BURKE:   No objection.
10             THE COURT:   Not hearing any objection,
11   Government's Exhibits 185, 186, 187, 188, and 189
12   will be admitted into evidence.
13             (Government's Exhibit 185, 186, 187, 188,
14   and 189 admitted.)
15             MR. CASTELLANO:   I'm also moving Exhibit
16   191.
17             THE COURT:   Any objection to that?
18             MR. BURKE:   No objection, Your Honor.
19             THE COURT:   Not hearing any objection from
20   any other defendants, Government's Exhibit 191 will
21   also be admitted.
22             (Government's Exhibit 191 admitted.)
23   BY MR. CASTELLANO:
24        Q.   Agent Acee, beginning with Exhibit 185, is
25   this Edward Troup on December 3, 2015?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   It is.

 2        Q.   And at that point was he charged with the

 3   two homicides that he's facing today?

 4        A.   Yes.

 5        Q.   Would you point him out for us in court,

 6   please, and the identify him?

 7        A.   He's the gentleman on the first row.  He

 8   has a dark-colored suit on and a purplish shirt.

 9             MR. CASTELLANO:  Let the record reflect

10   that the witness has identified Defendant Edward

11   Troup.

12             THE COURT:  The record will so reflect.

13        Q.   Turning now to Exhibit 186, can you tell

14   us -- let's focus just on his stomach for right now.

15        A.   There is a tattoo on his stomach that says

16   "Huero."

17        Q.   In this investigation, have you known him

18   to be called Huero Troup?

19        A.   Yes.

20        Q.   Let's take a look at Exhibit 187.  Is that

21   once again a picture on his stomach with the word

22   "Huero" on it?

23        A.   Yes.

24        Q.   Turning to Exhibit 188, can you tell us

25   what those letters are on his back?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1       A.   "SWL."
 2       Q.   If you know, do you know what those
 3  letters stand for?
 4       A.   Yes.   Southwest Locos, an Albuquerque
 5  street gang.
 6       Q.   Let me turn your attention now to
 7  Government's Exhibit 189.   Is that a picture of one
 8  of his other tattoos?
 9       A.   Yes.
10       Q.   And finally, 191.   Let me focus on the
11  letters "S" and "W."   Is that what's reflected on
12  the back of his legs or his calves?
13       A.   Yes.
14       Q.   And if you know, is that consistent with
15  the SWL tattoo he had on his shoulder?
16       A.   Yes.
17            MR. CASTELLANO:   At this time, I move the
18  admission of Government's Exhibits 297 and 298.
19            THE COURT:   Any objection from the
20  defendants?   Not hearing any objection, Government's
21  Exhibit 297 and 298 will be admitted into evidence.
22            (Government's Exhibits 297 and 298
23  admitted.)
24  BY MR. CASTELLANO:
25       Q.   Beginning with Government's Exhibit 297,
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   who is that, Agent Acee?

 2        A.   Benjamin Clark.

 3        Q.   Can you tell the members of the jury

 4   whether on this date he was charged with the murder

 5   of Freddie Sanchez?

 6        A.   He was.

 7        Q.   And did he plead guilty to that charge,

 8   and do you expect him to be testifying in this case?

 9        A.   Yes.

10        Q.   Turning to Exhibit 298, what are we

11   looking at there?

12        A.   It's a tattoo on Mr. Clark's right arm.

13        Q.   I'm going to focus on kind of the circular

14   tattoo.  Do you see that one?

15        A.   It's like the Aztec Sun God-looking

16   tattoo.

17        Q.   And do you recall if you saw something

18   similar to that tattoo on Edward Troup's arm on

19   Exhibit 189?

20        A.   Yes, we did.

21        Q.   Okay.  First looking at 298, which is

22   currently on the screen now -- let me go back to

23   Exhibit 189, please.  Is that the one you said is

24   similar to the one on Benjamin Clark's arm?

25        A.   Yes.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              MR. CASTELLANO:  At this time, I move the
 2   admission of Government's Exhibits 305, 306, 310,
 3   and 311.
 4              THE COURT:  Any objection?
 5              MR. BURKE:  No objection.
 6              THE COURT:  Not hearing any objection,
 7   Government's Exhibits 305, 306, 310, and 311 will be
 8   admitted into evidence.
 9              (Government's Exhibits 305, 306, 310, and
10   311 admitted.)
11   BY MR. CASTELLANO:
12        Q.   Agent Acee, let me begin with Exhibit 305.
13   Who is this person?
14        A.   Javier Alonso.
15        Q.   And was he also charged with a murder?
16        A.   Yes.
17        Q.   Do you recall which one?
18        A.   Freddie Sanchez.
19        Q.   And did he plead guilty to that murder,
20   and do you expect him to be testifying in this case?
21        A.   Yes.
22        Q.   Let me turn now to Exhibit 306.  And I
23   want to ask you specifically about the letters on
24   his chest, as well as the word on his stomach or
25   abdomen.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

    1        A.    Okay.

    2        Q.    Can you point out for the members of the

    3   jury the letters "S-N-M"?

    4        A.    Yes.  I'm circling the "S-N-M."

    5        Q.    What's the word basically across the

    6   midsection?

    7        A.    This word here is "Sindicato."

    8        Q.    And have you seen similar things like that

    9   on other people in this case?

   10        A.    Yes.

   11        Q.    And have you also seen the word -- looks

   12   like the word "Sindicato" is spelled with an "I"?

   13        A.    Yes, it is.

   14        Q.    Have you seen it spelled with a "Y"?

   15        A.    Yes, in the FBI, in the Department of

   16   Corrections, and on SNM members.

   17        Q.    Let me turn your attention to Government's

   18   Exhibit 310.  I want to have you circle on his arm a

   19   tattoo with the Zia symbol on it.

   20        A.    (Witness complies.)

   21        Q.    Is that something else you've seen,

   22   running into people in this case?

   23        A.    Yes.

   24        Q.    And is there something in the middle of

   25   the Zia tattoo?

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                       Albuquerque, NM 87102
(505) 989-4949                                                    (505) 843-9494
FAX (505) 843-9492                                          FAX (505) 843-9492
                                                              1-800-669-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE
                                                    e-mail: info@litsupport.com

```
 1        A.   The letter "S."

 2        Q.   Is that also something you've seen through

 3   the course of this investigation?

 4        A.   It is.

 5        Q.   Have you seen the Zia symbol both with and

 6   without the "S"?

 7        A.   Yes.

 8        Q.   And turning to Government's Exhibit 311, I

 9   want to see if you can see on his arm his moniker or

10   his nickname?

11        A.   Yes.  It says "Wineo."  I've underlined

12   it.

13        Q.   Is he sometimes known as Wineo?

14        A.   Yes.

15             MR. CASTELLANO:  Your Honor, at this time

16   I move the admission of Government's Exhibits 319

17   through 322.

18             THE COURT:  All right.  Any objection from

19   any defendants?

20             MR. BURKE:  No objection.

21             THE COURT:  Not hearing any objection,

22   Government's Exhibits 319, 320, 321, and 322 will be

23   admitted into evidence.

24             (Government's Exhibits 319, 320, 321, and

25   322 admitted.)
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1  BY MR. CASTELLANO:
 2       Q.   Agent Acee, let's begin with Exhibit 319.
 3  Who is that person?
 4       A.   Ruben Hernandez.
 5       Q.   And was he also arrested on December 3rd
 6  of 2015?
 7       A.   Yes.
 8       Q.   So when -- this is part of Phase 1?
 9       A.   Yes.
10       Q.   So when Phase 1 hit, we had a number of
11  people arrested.  Did you basically scour the area,
12  looking for these people to arrest them?
13       A.   Yes.
14       Q.   So when we have a bunch of people with
15  pictures from December 3, 2015, did you send out
16  various teams to arrest all of these people?
17       A.   Yes, all over the state.  And then we had
18  a processing center in Albuquerque, where they would
19  be dropped off, and we took these photographs.
20       Q.   Is this how we had pictures of these
21  people holding up a sign?  You arrested them, took
22  them to one place, and processed them?
23       A.   Yes.  The first and last photo are of the
24  person holding a sign with their name.
25       Q.   And Mr. Hernandez, was he alleged to be
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                  201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 843-9492                                            FAX (505) 843-9492
                                                              1-800-669-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE                              e-mail: info@litsupport.com

1   involved with the Freddie Sanchez murder?

2       A.   Yes.

3       Q.   And did he plead guilty to that charge,

4   and do you expect him to be a witness in this case?

5       A.   Yes.

6       Q.   Let me turn your attention to Government's

7   Exhibit 320.  And I'll see if you can see his

8   nickname or moniker on that exhibit?

9       A.   I do.

10      Q.   Please point it out for the members of the

11  jury.

12      A.   On the back of his right arm, it's

13  "B-O-L-O," and I've circled it.

14      Q.   So he's sometimes referred to as Bolo?

15      A.   Yes.

16      Q.   Looking at Exhibit 321, I want to ask you

17  about some common themes you sometimes see in the

18  tattoos.  Looking at the side of his arm near his

19  elbow, can you tell the members of the jury what

20  that is?

21      A.   I see a couple things.  Do you want me to

22  point those out?

23      Q.   Yes, please.

24      A.   I'll start at the bottom of his arm,

25  circling prison bars.  Just above that, above the

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    skull, prison tower.  And then the initials of a

2    street gang here, which I believe is West Side

3    Locos, "WSL."

4         Q.   Okay.  Let's turn to Exhibit 322 for a

5    closer look at that last tattoo.

6         A.   Just a closer look at the initials "WSL."

7              MR. CASTELLANO:  Your Honor, at this time

8    I move the admission of Government's Exhibits 653

9    and 656.

10             THE COURT:  Any objection from the

11   defendants?  Not hearing any objection, Government's

12   Exhibits 653 and 656 will be admitted into evidence.

13             (Government's Exhibits 653 and 656

14   admitted.)

15   BY MR. CASTELLANO:

16        Q.   Agent Acee, beginning with Exhibit 653,

17   who is that person?

18        A.   Timothy Martinez.

19        Q.   Was he also arrested on December 3, 2015?

20        A.   Yes.

21        Q.   What was the allegation against him?

22        A.   His involvement in the Javier Molina

23   murder.

24        Q.   So that is a different murder that is not

25   being tried in this courtroom right now?

SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                Albuquerque, NM 87102
(505) 989-4949                                                              (505) 843-9494
FAX (505) 843-9492                                                  FAX (505) 843-9492
                                                                          1-800-669-9492
                                                                e-mail: info@litsupport.com



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        A.    Yes.

 2        Q.    Is that the murder that was tried

 3   beginning in January of this year?

 4        A.    Yes.

 5        Q.    And is he cooperating, is a question I

 6   also want to ask you?

 7        A.    Yes.

 8        Q.    Do you expect that he will testify in this

 9   trial?

10        A.    Yes.

11        Q.    Let's look at Exhibit 656.

12              And before I ask that question, is Timothy

13   Martinez also known as Red?

14        A.    Yes.

15        Q.    And looking at it, is this a picture of

16   his back?

17        A.    It is.

18        Q.    And I'm going to ask you, have you seen

19   tattoos like this, as well, including people who

20   identify with New Mexico?

21        A.    Yes.

22        Q.    His back says "Silver City."  Do you know

23   him to be from Silver City, New Mexico?

24        A.    He is.

25        Q.    Did he plead guilty to the murder of
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                  201 Third NW, Suite 1630
Santa Fe, NM 87501                                         Albuquerque, NM 87102
(505) 989-4949                                                    (505) 843-9494
FAX (505) 843-9492                                           FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1   Javier Molina?

 2        A.   He did.

 3             MR. CASTELLANO:  Your Honor, at this time,

 4   I move the admission of Government's Exhibits 660

 5   and 668.

 6             THE COURT:  Any objection from the

 7   defendants to either exhibit?  Not hearing any

 8   objection, Government's Exhibits 660 and 668 will be

 9   admitted into evidence.

10             (Government's Exhibits 660 and 668

11   admitted.)

12   BY MR. CASTELLANO:

13        Q.   Agent, beginning with Exhibit 660, who is

14   that person?

15        A.   Jerry Montoya.

16        Q.   What was he alleged to have done?

17        A.   Participated in the murder of Javier

18   Molina.

19        Q.   He won't be testifying in this trial, but

20   did he testify at the last trial?

21        A.   He did.

22        Q.   Was that after he pled guilty to the

23   murder of Javier Molina?

24        A.   Yes.

25        Q.   And more particularly, I'm going to show
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    you Exhibit 668.  Is that an example of a -- well,

2    an example of two tattoos, the first "San Jose"?

3        A.   Yes.  That's the street gang that Mr.

4    Montoya is from.

5        Q.   Is it known by another name for short, or

6    a shorter name?

7        A.   "San Jo."

8        Q.   And what about the other tattoos?

9        A.   The Zia symbol with the "S in the middle.

10        Q.   Is this another example of someone who may

11    have been a member of a street gang before becoming

12    an SNM Gang member?

13        A.   Yes.

14            MR. CASTELLANO:  Your Honor, I move the

15    admission of Government's Exhibits 670 and 671.

16            THE COURT:  Any objection from the

17    defendants?  Not hearing any objection, the

18    Government's Exhibits 670 and 671 will be admitted

19    into evidence.

20            (Government's Exhibits 670 and 671

21    admitted.)

22    BY MR. CASTELLANO:

23        Q.   Let me turn your attention to Exhibit 670.

24    Agent Acee, who is that person?

25        A.   Mario Rodriguez.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.    And what was he initially charged with?

 2        A.    The murder of Javier Molina.

 3        Q.    Do you know him to be cooperating with the

 4   Government?

 5        A.    He is.

 6        Q.    Let me turn your attention to Exhibit 671.

 7   What is the tattoo across his abdomen, if you can

 8   see it?

 9        A.    It says "Blue."  That's his nickname.  And

10   between the letters "L" and "U," the outline of the

11   state of New Mexico, and it says "Silver City NM."

12        Q.    Now, do you -- is he an SNM Gang member?

13        A.    He is.

14        Q.    And do you know him to have any SNM

15   tattoos?

16        A.    He does not.

17              MR. CASTELLANO:  Your Honor, at this time

18   I move the admission of Government's 680 and 683, I

19   believe.

20              THE COURT:  680 and 683?

21              MR. CASTELLANO:  Yes.

22              THE COURT:  Any objection from any

23   defendant?  Not hearing any objection, Government's

24   Exhibits 680 and 683 will be admitted into evidence.

25              (Government's Exhibits 680 and 683
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                             FAX (505) 843-9492
                                                                 1-800-669-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

e-mail: info@litsupport.com

```
 1  admitted.)

 2  BY MR. CASTELLANO:

 3       Q.    Turning to Exhibit 680 --

 4             THE COURT:  Do you suppose we could take

 5  those up with Mr. Acee after the break?

 6             MR. CASTELLANO:  We can, Your Honor.

 7             THE COURT:  All right.  Let's be in recess

 8  for about 15 minutes.

 9             All rise.

10             (The jury left the courtroom.)

11             THE COURT:  Mr. Castle, take a look at

12  United States v. Albers, 93 F.3d 1469, Tenth Circuit

13  1996.  I think on your attempt to get more in on the

14  facts of the crime, go the 608 route rather than 609

15  on Baby Rob Martinez, I think this case forecloses

16  it.  So I think Mr. Beck's objection was correct,

17  and unless you convince me otherwise, I think that

18  case precludes it.

19             MR. CASTLE:  I'm sorry?

20             THE COURT:  United States v. Albers,

21  A-L-B-E-R-S, 93 F.3d 1469, Tenth Circuit 1996.  Take

22  a look at it.  But I think you're going to have to

23  go the 609 route on it, not 608.

24             All right.  We'll be in recess for about

25  15 minutes.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              (The Court stood in recess.)

 2              THE COURT:  All right.  I think we've got

 3    all the defendants back.  We have an attorney for

 4    each defendant.  Let me suggest, I think I know

 5    where you're going, Mr. Castle.  If I'm missing --

 6    but just maybe to shortcut, here's what I was

 7    thinking, if you and the Government are in

 8    agreement.

 9              What if you prepared an order that's a

10    show cause order to all the defendants -- all the

11    cooperators that you're wanting to get the PSRs?  I

12    guess it would actually go to the probation office.

13    Well, I guess it would be a show cause order to the

14    defendants that are having the PSR written, and

15    basically give them some reasonable timeframe to

16    show cause; or otherwise, the documents are going to

17    be produced.  We'll order Probation, to be produced.

18              MR. CASTLE:  That's fine.

19              THE COURT:  And it sounds like -- Mr.

20    Beck, are you handling this portion?

21              MR. BECK:  Sure.

22              THE COURT:  Well, was it Ms. Armijo?

23              MR. BECK:  I think it was Ms. Armijo, but

24    she stepped out.

25              THE COURT:  Why don't you see if that
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1  would work.  It didn't sound like y'all were

2  objecting.  It sounded to me like it was the

3  cooperators or those other people, and if y'all

4  would look at it and sign off on it.  And then if

5  we've got some defendant that wants to object, I can

6  deal with them individually.  But if they don't

7  think it's worth a fight, we'll just get the

8  materials in your hand.

9          Do you want to try that?

10          MR. CASTLE:  That works, Your Honor.  Mr.

11  Lujan's lawyer didn't object, and I think he might

12  be one of their first witnesses.  I was wondering if

13  we could have that order signed -- or that inquiry,

14  I guess, done so we could get Probation to get that

15  one over to us sooner than later.

16          THE COURT:  How do you suggest I do that?

17          MR. CASTELLANO:  I can draft an order.

18          THE COURT:  You can either do it en masse,

19  or do it individually.  He hasn't sent anything to

20  me, has he?  He's just objected to you orally?

21          MR. CASTLE:  No, he just wants to make

22  sure the Government can redact personal information,

23  like he did the last time.

24          THE COURT:  All right.  That's fine.  Get

25  me that order.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1          All rise.

2          (The jury entered the courtroom.)

3          THE COURT:  All right.  Everyone be

4    seated.

5          All right.  I'll introduce my last clerk

6    for you.  He grew up in Santa Fe, and then went to

7    Santa Cruz.  Did I get it right this time?  Santa

8    Cruz, not Santa Clara.  Santa Cruz, University of

9    California.  Then he went to Berkeley and got a

10   journalism degree, and then went to UNM Law School.

11         He externed for me a few years ago, and I

12   hired him.  His parents are in Albuquerque.  He'd

13   like to stay there.

14         I mentioned that Mr. Mendelson was pure

15   Texan, but he did have pretty good New Mexico

16   credentials.  He worked as an extern or intern for

17   Representative Pearce, so he knew the southern part

18   of the state pretty well.

19         All right.  Mr. Acee, I'll remind you that

20   you're still under oath.  Mr. Castellano, if you

21   wish to continue your direct examination of Mr.

22   Acee, you may do so at this time.

23         MR. CASTELLANO:  Yes, sir.  Thank you.

24         THE COURT:  Mr. Castellano.

25

SANTA FE OFFICE                                                              MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                  Albuquerque, NM 87102
(505) 989-4949                                                              (505) 843-9494
FAX (505) 843-9492                                                   FAX (505) 843-9492
                                                                              1-800-669-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE                                              e-mail: info@litsupport.com

```
 1   BY MR. CASTELLANO:
 2        Q.   Agent Acee, I think I was about to show
 3   you Government's Exhibit 680.  Who is that person?
 4        A.   Robert Martinez.
 5        Q.   And was he one of the people charged with
 6   the conspiracy to murder the Secretary of Department
 7   of Corrections?
 8        A.   Yes.
 9        Q.   And was he arrested there on December 3,
10   2015?
11        A.   He was.
12        Q.   Was he in prison at the time?
13        A.   Yes.
14        Q.   Did you pull him from the prison system to
15   process him as part of this case?
16        A.   Yes.
17        Q.   Was he a leader in the SNM at one point?
18        A.   He was.
19        Q.   And before you arrested him, had he
20   renounced the gang, as far as you know?
21        A.   Yes.
22        Q.   Let me turn your attention to Government's
23   Exhibit 683.  I would just ask you if you see an SNM
24   tattoo on his arm?
25        A.   Yes.  It's near his armpit.  It says
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

```
 1   "SNM."

 2        Q.   Basically moving from his armpit towards

 3   his elbow, you have the letters "SNM"?

 4        A.   Yes.

 5        Q.   Is he a cooperating defendant in this

 6   case?

 7        A.   Yes.

 8        Q.   Let me turn your attention --

 9             MR. CASTELLANO:  Let me ask defense

10   counsel first.  Your Honor, at this time I move the

11   admission of Government's Exhibits 692 and 689.

12             THE COURT:  Any objection from any

13   defendant?  Government's Exhibits 692 and 689 will

14   be admitted into evidence.

15             (Government's Exhibits 692 and 689

16   admitted.)

17   BY MR. CASTELLANO:

18        Q.   Agent Acee, let me show you Exhibit 692.

19   Who is this person?

20        A.   Roy Martinez.

21        Q.   And was he another person charged in the

22   conspiracy to murder Gregg Marcantel?

23        A.   Yes.

24        Q.   The Secretary of the Department of

25   Corrections?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    A.   That's correct.

2    Q.   And was he charged with Anthony Baca as

3  well as Christopher Garcia?

4    A.   Yes.

5    Q.   Is he cooperating in this case?

6    A.   Yes, he is.

7    Q.   Let me show you Exhibit 689.  Can you tell

8  us what we're looking at in that photo?

9    A.   You're looking at tattoos on Mr.

10 Martinez's stomach of his street gang and the SNM.

11    Q.   Beginning with the street gang, what do

12 you see?

13    A.   On the right side of the photo, the

14 letters "WSL," West Side Locos.  And on the left

15 side is the Zia symbol with the letters "SNM."

16    Q.   Has he pled guilty, and is he cooperating?

17    A.   Yes.

18         MR. CASTELLANO:  Your Honor, at this time

19 I move the admission of Government's Exhibit 693.

20         THE COURT:  Any objection from any

21 defendant?  Not hearing any or seeing any,

22 Government's Exhibit 693 will be admitted into

23 evidence.

24         (Government's Exhibit 693 admitted.)

25



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   BY MR. CASTELLANO:

2       Q.   Agent Acee, looking at Exhibit 693, who is

3   that person?

4       A.   Gerald Archuleta.

5       Q.   And at one point, was he a leader in the

6   SNM?

7       A.   Yes.

8       Q.   His date is different.  It shows April 28,

9   2016.  Can you tell the members of the jury why he

10  has a different date than the December defendants?

11      A.   I hadn't yet taken his photograph, and I

12  also had him -- we arrested him as part of the

13  December takedown in Tennessee.  An FBI team out

14  there arrested him.

15      Q.   Was he living in Tennessee at the time?

16      A.   Yes.

17      Q.   And was he out of prison at that time?

18      A.   He was.  The agents arrested him as he was

19  heading to work.

20      Q.   Was he eventually returned to New Mexico

21  on his charges?

22      A.   Yes.

23      Q.   And what happened when he returned to New

24  Mexico?

25      A.   He agreed to cooperate.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   What was he charged with?
 2        A.   The attempted -- violent crimes in aid of
 3   racketeering, attempt to commit assault resulting in
 4   great bodily injury, I believe.
 5        Q.   And the jury, at least in opening
 6   statements, has heard about Gerald Archuleta and
 7   another person named Julian Romero?
 8        A.   Yes.
 9        Q.   And a dispute between them over one man
10   sleeping with another man's wife?
11        A.   Correct.
12        Q.   Is he one of those people?
13        A.   Yes.  Julian Romero slept with his wife.
14        Q.   As a result, was Gerald Archuleta charged
15   with an assault on Julian Romero that occurred in
16   prison?
17        A.   Yes.
18        Q.   And you said that he began to cooperate.
19   Now, the defense attorneys referred to a three-year
20   deal that Gerald Archuleta got.  The charge he pled
21   to, was that the maximum sentence for that charge,
22   three years?
23        A.   Yes, that's the maximum sentence.
24        Q.   Did he plead to that charge?
25        A.   He did.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

**BEAN & ASSOCIATES, Inc.**
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1        Q.   And when he returned to New Mexico, did he
2   agree to cooperate?
3        A.   He did.
4        Q.   Can you tell the members of the jury how
5   he cooperated?
6        A.   He agreed to wear a wire and go back up to
7   the prison and be surrounded with SNM members.  As a
8   former leader who had been out of state, I figured
9   they would be pretty talkative and he'd get a lot on
10  the wire.  And he did.
11       Q.   So did he record other SNM Gang members in
12  the prison?
13       A.   Yes.
14       Q.   Without going into too much detail, would
15  you consider that a dangerous thing to do, recording
16  other SNM members in a prison facility?
17       A.   Yes.
18       Q.   Agent Acee, can you tell the members of
19  the jury whether Gerald Archuleta has any SNM
20  tattoos?
21       A.   He does not.
22       Q.   So even as a leader, he did not have
23  tattoos of -- well, the first question:  Does he
24  have tattoos?
25       A.   He has a lot of tattoos.
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                       (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492
                                                                 1-800-669-9492
                                                          e-mail: info@litsupport.com




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        Q.    Does he have any SNM tattoos?
 2        A.    No.
 3              MR. CASTELLANO:  At this time, I move the
 4   admission of Government's Exhibits 698, 704, and
 5   705.
 6              THE COURT:  Any objection from the
 7   defendants?  Not seeing or hearing any, Government's
 8   Exhibits 698, 704, and 705 will be admitted into
 9   evidence.
10              (Government's Exhibits 698, 704, and 705
11   admitted.)
12   BY MR. CASTELLANO:
13        Q.    Beginning with Exhibit 698, can you tell
14   us who this person is?
15        A.    Manuel Jake Armijo.
16        Q.    And is he also known as Big Jake?
17        A.    Yes.
18        Q.    He also has a date of April 28, 2016.  Was
19   he charged at a different time than the defendants
20   in this case?
21        A.    Yes.  This is the Phase 2 operation.
22        Q.    Was he actually charged in an entirely
23   separate case, which is what we referred to as the
24   RICO indictment you mentioned?
25        A.    Yes.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.    Was he charged with RICO conspiracy?

 2        A.    He was.

 3        Q.    Can you tell the members of the jury

 4   whether he has pled guilty and he is cooperating?

 5        A.    Yes.

 6        Q.    Turning to Exhibit 704, I want to draw

 7   your attention to his wrist.  What can you tell the

 8   members of the jury about the tattoo on his wrist?

 9        A.    It's a Zia symbol with an "S" in the

10   middle.

11        Q.    Is that also something you've seen

12   commonly in this case?

13        A.    Yes.

14        Q.    Can you turn your attention to Exhibit

15   705.  Focusing specifically on his -- the back of

16   his right arm, in his tricep area, is that another

17   tattoo you would consider an SNM tattoo?

18        A.    Yes.  It's a Zia with an "S" in the

19   center.

20             MR. CASTELLANO:  Your Honor, at this time

21   I move the admission of Government's Exhibits 706,

22   708, and 713.

23             THE COURT:  Any objection from any

24   defendants?  Not hearing or seeing any, Government's

25   Exhibits 706, 708, and 713 will be admitted into
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1  evidence.
 2           (Government's Exhibits 706, 708, and 713
 3  admitted.)
 4  BY MR. CASTELLANO:
 5      Q.   Agent Acee, beginning with Exhibit 706,
 6  who is this person?
 7      A.   Frederico Munoz.
 8      Q.   And he also has a date of April 28, 2016.
 9  Is that the day he was picked up on his charges?
10      A.   Yes.
11      Q.   And can you tell the members of the jury
12  whether he has pled guilty and is expected to
13  cooperate in this case?
14      A.   Yes, he is.
15      Q.   Turning to Exhibit 708, tell us about the
16  tattoo in the middle of his chest, please.
17      A.    It's a Zia symbol with a large "S" in the
18  center, and then the letters "N" and "M."
19      Q.   And is he a person who renounced the gang
20  even before he was charged in this case?
21      A.   Yes.
22      Q.   Turning to Exhibit 713, what is it that we
23  see on the back of his neck?
24      A.   The word "Sindicato."
25               MR. CASTELLANO:  At this time, I move the
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1   admission of Government's Exhibits 541 and 542.
2           MS. TORRACO:  Your Honor, on behalf of
3   Andrew Gallegos, we do object to Photograph 542.  I
4   don't know if it's because I'm not wearing my
5   glasses, but the resolution of what's inside the Zia
6   is not clear.
7           I would either ask that the Government
8   produce a photograph with better resolution, or
9   conditionally admit it and make a clarification.
10          THE COURT:  Do you still object?
11          MS. TORRACO:  I think as long as the
12  Government is going to clarify what's inside the
13  Zia, and that it's not an "S."  Thank you.
14          THE COURT:  All right.  I guess there is
15  not an objection now.  Anybody else object?  All
16  right.  Not hearing any objection, Government's
17  Exhibits 541 and 542 will be admitted into evidence.
18          (Government's Exhibits 541 and 542
19  admitted.)
20          MR. CASTELLANO:  I'm moving the admission
21  of Exhibits 853 through 857.
22          THE COURT:  Any objection from any
23  defendants?  Not seeing or hearing any, Government's
24  Exhibits 853, 854, 855, 856, and 857 will be
25  admitted into evidence.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              (Government's Exhibits 853, 854, 855, 856,
 2    and 857 admitted.)
 3    BY MR. CASTELLANO:
 4         Q.   Agent Acee, beginning with Exhibit 541,
 5    who is this person?
 6         A.   Andrew Gallegos.
 7         Q.   And do you see him in the courtroom today?
 8         A.   I do.
 9         Q.   Would you please point him out and
10    identify him for us?
11         A.   He's seated in the back row, toward the
12    left.  He has what looks like a gray suit, light-
13    colored suit, and tie on.
14              MR. CASTELLANO:  Let the record reflect
15    the witness has identified the Defendant Andrew
16    Gallegos.
17              THE COURT:  The record will so reflect.
18         Q.   Okay.  Agent, this also has a date of
19    April 28, 2016, rather than December 2015.  Why is
20    that?
21         A.   Mr. Gallegos was arrested during our Phase
22    2 operation.
23         Q.   And during the Phase 2 operation, did you
24    then add to this case the Adrian Burns homicide?
25         A.   Yes.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.   At that point is when Mr. Gallegos was

2   charged with that homicide?

3      A.   Yes.

4      Q.   And I think I asked you this earlier.  Are

5   Andrew Gallegos and Joe Lawrence Gallegos brothers?

6      A.   Yes.

7      Q.   Turning to Exhibit 542, what are we

8   looking at there?

9      A.   Mr. Gallegos' right forearm, a tattoo

10  which depicts a Zia symbol, a skull in the center,

11  and Roman numerals on his wrist for 505.

12     Q.   The same question:  Have you seen Zia

13  symbols on various people in this case?

14     A.   Yes.

15     Q.   Turning to Exhibit 857, do you recognize

16  that letter?

17     A.   Yes, it's the letter "E."

18     Q.   And then 856?

19     A.   The letter "S."

20     Q.   When you put the two together, what does

21  that tell you about those letters?

22     A.   East Side.

23     Q.   Also, looking at Exhibit 855, can you make

24  it out?  What do you see on his fingers?

25     A.   "ESL."  Then it looks like on his pinkie

SANTA FE OFFICE                                    MAIN OFFICE
119 East Marcy, Suite 110                      201 Third NW, Suite 1630
Santa Fe, NM 87501                              Albuquerque, NM 87102
(505) 989-4949                                       (505) 843-9494
FAX (505) 843-9492                              FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

 1  finger, the number "1."

 2      Q.   Now, turning to Exhibit 854, what do you

 3  see in that exhibit?

 4      A.   On the back of Mr. Gallegos' neck it says

 5  "East Side XII."

 6      Q.   Do you know what the "XII" is, or what

 7  number that reflects?

 8      A.   12.

 9      Q.   And do you know the 12th letter of the

10  alphabet?

11      A.   "L."  Did I get that right?

12      Q.   So the East Side, and "L" possibly for

13  Locos?

14      A.   Yes.

15      Q.   Looking at the Exhibit 853, focusing on

16  the letters in that tattoo.

17      A.   The letters are "ESL."

18      Q.   And will you circle those for the members

19  of the jury, please?

20      A.   The smaller digit above the "L" is "12."

21      Q.   Is that, once again, consistent with the

22  name East Side Locos?

23      A.   Yes, sir.

24      Q.   One person we don't have photographs for

25  is Defendant Arturo Garcia.  Do you know why that



SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                      201 Third NW, Suite 1630
Santa Fe, NM 87501                             Albuquerque, NM 87102
(505) 989-4949                                          (505) 843-9494
FAX (505) 843-9492                                 FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

     1   is?

     2         A.    Yes.

     3         Q.    Why is that?

     4         A.    He was arrested out of state, and so we

     5   weren't able to photograph him the day of this

     6   operation.  By the time he was returned to New

     7   Mexico, the search warrant that I had to photograph

     8   him and take his DNA had already expired.

     9         Q.    So do warrants expire after a certain

    10   amount of time, if you don't execute them?

    11         A.    Yes.

    12         Q.    Do you see him in the courtroom today, and

    13   can you identify him for us, please?

    14         A.    Yes.  He's in the back row, looks like a

    15   dark-colored suit, shirt and tie.

    16         Q.    Is he wearing anything on his face?

    17         A.    Glasses.

    18               MR. CASTELLANO:  Your Honor, may the

    19   record reflect the witness has identified the

    20   Defendant Arturo Garcia?

    21               THE COURT:  The record will so reflect.

    22               MR. CASTELLANO:  Your Honor, at this time

    23   we move the admission of 583 and 584.

    24               THE COURT:  Not hearing any objection,

    25   Government's Exhibits 583 and 584 will be admitted

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1  into evidence.

 2          (Government's Exhibits 583 and 584

 3  admitted.)

 4  BY MR. CASTELLANO:

 5      Q.    Agent Acee, first turning to Exhibit 583,

 6  who is that person?

 7      A.    Vincent Garduno.

 8      Q.    And because the date is 4/28 of '16, was

 9  he part of Phase 2?

10      A.    Yes.

11      Q.    And can you tell the members of the jury

12  if he's charged in a separate indictment with a RICO

13  conspiracy?

14      A.    He is.

15      Q.    Turning to his tattoos in Exhibit 584, I

16  want to point out one in particular on his right arm

17  in the photograph, on the left side of the

18  photograph.

19      A.    Okay.

20      Q.    Can you please highlight that tattoo and

21  tell us what it is?

22      A.    The tattoo that I've circled shows one

23  guy -- I'll call it a home boy -- strangling another

24  guy.

25      Q.    And so through this investigation, are you

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                           Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492                                                FAX (505) 843-9492
                                                                    1-800-669-9492

PROFESSIONAL COURT                                    e-mail: info@litsupport.com
REPORTING SERVICE

1    aware of a number of murders that occurred by

2    strangulation?

3         A.   Yes.

4         Q.   You mentioned earlier to the members of

5    the jury that when the Marcantel and Santistevan

6    conspiracies to murder Corrections officials came

7    up, you were looking for information related to

8    those.  Do you remember that?

9         A.   Yes.

10         Q.   And as part of that, you also mentioned

11    you were conducting probation and parole searches?

12         A.   I was.

13         Q.   When you were conducting the probation and

14    parole searches, did you come across a defendant,

15    Billy Garcia?

16         A.   Yes.

17         Q.   Was he living on the streets and out of

18    prison at that time?

19         A.   Yes.  He had a home in Albuquerque.

20         Q.   Did you approach him, seeking information

21    that he might have about that conspiracy to murder

22    Corrections officials?

23         A.   Yes, I did.

24         Q.   Did he have any information related to

25    that murder conspiracy?



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        A.    He said he did not.

 2        Q.    And during your conversation with him, did

 3   he -- did you have a discussion with him about who

 4   brought him into the SNM Gang?

 5        A.    Yes.

 6        Q.    What did he tell you?

 7        A.    Animal, Steven Martinez.

 8        Q.    And what eventually happened to Steven

 9   Martinez?

10        A.    He was killed.

11        Q.    And when we say he was brought into the

12   SNM, what does that mean to you?  Or what do you

13   mean when you're asking somebody that question?

14        A.    I'm asking who sponsored them.

15        Q.    And is Steve Martinez also known as Felix

16   Steve Martinez?

17        A.    Thank you.  Felix Steve Martinez, a/k/a

18   Animal.

19        Q.    Did you have any discussions with

20   Mr. Garcia about the Castillo and Garza murders?

21        A.    Yes.

22        Q.    Tell us about that interaction, please.

23        A.    I was trying to flip him.  I told him that

24   we were coming, that I wanted him to cooperate.

25   He'd been out for a while.  He was older.  I
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   explained what the VICAR was, because most people
 2   don't know what that is.
 3       Q.   Tell us what VICAR is.
 4       A.   Violent Crimes in Aid of Racketeering.
 5   More specifically, if it involves a murder, a person
 6   can be sentenced to death or life in prison.  And,
 7   you know, we had a friendly conversation.  I was
 8   again trying to get him to cooperate.
 9       Q.   And what was his response when you asked
10   him about the Castillo and Garza murders?
11       A.   He was very polite.  He said he couldn't
12   talk to me.  Respectfully, I mean.  And he'd rather
13   just do his time in prison.
14       Q.   Now, you mentioned life or death.  Can you
15   tell -- just to clarify, well, for these cases, were
16   they at one point death penalty eligible?
17           MR. CASTLE:  Your Honor, actually, under
18   the rule of completeness, there are other parts of
19   the statement of Mr. Garcia that I think that
20   counsel is required, upon request of opposing
21   counsel, to have the witness recount.
22           THE COURT:  Do you have any objection to
23   that?
24           MR. CASTELLANO:  I can cover it right now,
25   Your Honor.  That's fine.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1           THE COURT:  Go ahead, then.
 2   BY MR. CASTELLANO:
 3       Q.    Before I get to that, I just want to
 4   clarify for the defendants, you mentioned life or
 5   death.  I just want to make sure that none of these
 6   defendants is facing the death penalty.  Is that
 7   true?
 8       A.    That is true.
 9       Q.    So I think what counsel is getting at is a
10   claim by Mr. Garcia that he was no longer associated
11   with the SNM?
12       A.    He did tell me that.
13       Q.    Did he claim that to you?
14       A.    Yes.
15       Q.    And was there an indication that he had
16   never formally declared that?
17           MR. CASTLE:  Objection, Your Honor.  I'm
18   not sure how this witness would know the universe of
19   people Mr. Garcia may have declared that he was no
20   longer associated with the SNM to.
21           THE COURT:  Well, he can answer this yes
22   or no, to his knowledge.  It will just be his
23   universe.
24           MR. CASTELLANO:  Sure.
25
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  BY MR. CASTELLANO:

2      Q.   Pointing out the whole statement, Agent

3  Acee, do you recall stating that this has never been

4  formally declared?

5      A.   Yes.

6      Q.   What is your understanding of that

7  statement?

8      A.   I was telling him that he hadn't

9  debriefed, so he was still SNM in the eyes of -- he

10  was still SNM.  He didn't debrief or renounce.

11      Q.   Now, please explain that process to the

12  members of the jury, when you say he didn't debrief

13  or renounce.

14      A.   In order to get out of the gang, both in

15  state and in federal prison, the person has to sit

16  down with the authorities and formally renounce.

17  Then they're moved out of the pod, and they're

18  separated from the gang.  And that's true if they're

19  in prison --

20          MS. TORRACO:  Objection, Your Honor.  What

21  foundation, and how does he know this?  And I don't

22  think that there is a strong conclusion -- it's

23  speculation that that's the only way you can

24  renounce and withdraw from the gang.

25          THE COURT:  Well, lay some foundation how

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1  he knows about this particular area.

 2  BY MR. CASTELLANO:

 3       Q.   How are you familiar with this process,

 4  Agent Acee?

 5       A.   This isn't the first prison gang case I've

 6  worked.  I've worked closely with Department of

 7  Corrections, prison gang units in New Mexico,

 8  California, Oregon, Washington, and other states.

 9       Q.   Are you familiar with a program in the New

10  Mexico Corrections Department known as the RPP?

11       A.   Yes.

12       Q.   What is RPP?

13       A.   It's their gang dropout program, or

14  restore to population.

15       Q.   And are you familiar with the process by

16  which gang members and people in prison move into

17  that program?

18       A.   Yes.  I've had -- I've been present for

19  some of those debriefings, and I'm very familiar

20  with it.

21       Q.   And, in fact, are some of the people who

22  are cooperating in this case people who are going

23  through or who have gone through that program?

24       A.   Yes.

25       Q.   And as part of that program, did part of

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    that process include what you were just talking

2    about in terms of debriefing and renouncing the

3    gang?

4         A.   Correct.

5         Q.   When you say that regarding Billy Garcia,

6    is that the process you were discussing with him of

7    not having renounced or debriefed?

8         A.   Yes.

9         Q.   Is that what you meant when you asked him

10   that question?

11        A.   Yes.  The members of the gang know what it

12   is, too.  That's why I phrase it that way.

13        Q.   Can you tell us about his statement about

14   refusing to cooperate, and what he would rather do

15   instead of cooperate?

16        A.   He said that he understood we had a job to

17   do, but he couldn't help us, and he'd rather go to

18   prison.

19        Q.   There was a name found in his -- on a

20   piece of paper, on a handwritten note.  Do you

21   recall whose name that was?

22        A.   Yes.

23        Q.   Who was that?

24        A.   Billy Cordova, Little Shadow.

25        Q.   Who is Billy Cordova?

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                          (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492
                                                                      1-800-669-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

e-mail: info@litsupport.com

```
 1      A.   He's a younger SNM member.  That stuck out

 2 at me because, again, part of the reason we were

 3 there was trying to stay in front of the Marcantel

 4 hit.  So to have a phone number to a number on the

 5 streets was important to me.  I later learned that

 6 Cordova was locked up.

 7      Q.   And in terms of the timeline, this

 8 conversation with -- so we have our players right --

 9 with Billy Garcia, did that occur on August 28th of

10 2015?

11      A.   Yes.

12      Q.   So March is when you find out about the

13 threats?

14      A.   Yes.

15      Q.   August is when you speak to Mr. Garcia?

16      A.   Yes.

17      Q.   And December is when people are indicted?

18      A.   Correct.

19      Q.   Did you let him know that you would be

20 coming back to be charging him with those murders?

21      A.   I did.

22      Q.   Now, since Billy Cordova was mentioned

23 there, did you have an interaction with Billy

24 Cordova at any point in time?

25      A.   I did.
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                           Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492                                               FAX (505) 843-9492
                                                                     1-800-669-9492
                                                              e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1       Q.    Can you tell us about that interaction,

2   please?

3       A.    I found Billy Cordova up at the

4   Metropolitan Detention Center in Bernalillo -- the

5   Albuquerque area jail.

6       Q.    Why was he in jail?

7       A.    For murder.  And I did not intend to speak

8   with him that day.  I actually had gone up to the

9   jail to talk to an informant that was in the jail.

10  However, when the Corrections staff pulled out the

11  informant I wanted to talk to, they did it in such a

12  way that it was pretty obvious he was going to the

13  gang office.  So to remedy that, I asked the

14  correctional staff to pull all the SNM members out

15  that day, to make it look like we were interviewing

16  everybody.

17          So Billy Cordova was one of the people.  I

18  didn't expect him to talk to me.  I didn't even have

19  a notepad out when he walked in the room.  In fact,

20  they brought extra officers in because they thought

21  he would probably try to assault us.

22      Q.    Why did you think he would not talk to

23  you?

24      A.    He was a pretty hardcore SNM member, just

25  committed a murder, and he was a target of our case.

SANTA FE OFFICE                                                              MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                  Albuquerque, NM 87102
(505) 989-4949                                                              (505) 843-9494
FAX (505) 843-9492                                                   FAX (505) 843-9492



1-800-669-9492
e-mail: info@litsupport.com

PROFESSIONAL COURT
REPORTING SERVICE

1  He was young and still going hard.

2      Q.   In terms of timeframe, if you found his

3  name in Billy Garcia's house in August of 2015, when

4  is it that you actually met Billy Cordova himself?

5      A.   After the first-phase takedown, early

6  2016 -- you know, actually I take that back.  It

7  was -- it was after I spoke with Mr. Garcia.  I'd

8  have to look at my reports to give you an exact

9  date.

10         But I believe it was after I talked to

11  Mr. Garcia, and it was before the Phase 2 takedown.

12  So in that range there.

13     Q.   And when you met with Mr. Cordova,

14  believing there was going to be a fight when you met

15  him, did something else happen during that

16  interaction?

17     A.   He walked in with a big smile on his face.

18  And he knew we were the feds.  And he sat down and

19  talked to us.

20     Q.   At the point that you met him, was it

21  already known that members of the SNM had been

22  rounded up in December?

23     A.   Yes.  The first phase takedown had already

24  occurred.  There was a lot of media coverage and

25  stuff, so most of the guys knew.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   Q.   And when you met with him, is there

2   anything he agreed to do for the FBI?

3   A.   He agreed to wear a wire and go back into

4   the prison in Santa Fe, in the SNM pod.

5   Q.   Once again, was he a member who was

6   incarcerated, agreed to record other SNM members in

7   a prison setting?

8   A.   Yes.

9   Q.   Can you tell the members of the jury

10  whether he got recordings of other people related to

11  the Javier Molina murder?

12  A.   He did.

13  Q.   And before that time, though, was he

14  cooperative with you?

15  A.   Before I met him, no.

16  Q.   As far as you knew, was he cooperating

17  with law enforcement when you found his name in

18  Billy Garcia's house?

19  A.   He was not.

20  Q.   When you met him, was he an active SNM

21  Gang member?

22  A.   Very active, yes.

23  Q.   One of the people mentioned in the

24  Castillo and Garza murders is someone named Angel

25  DeLeon.  Do you know -- well, has he been arrested

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                201 Third NW, Suite 1630
Santa Fe, NM 87501                                        Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 843-9492                                           FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

 1  in this case?

 2       A.    No.

 3       Q.    Can you tell the members of the jury

 4  whether he's a fugitive?

 5       A.    He is a fugitive.

 6       Q.    And is he the only person in these

 7  indictments who remains a fugitive?

 8       A.    Yes.

 9             MR. CASTELLANO:   May I have a moment, Your

10  Honor?

11             THE COURT:   You may.

12             MR. CASTELLANO:   Thank you, Your Honor.   I

13  pass the witness.

14             THE COURT:   Thank you, Mr. Castellano.

15             Mr. Castle, do you wish to cross-examine

16  Mr. Acee?

17                    CROSS-EXAMINATION

18  BY MR. CASTLE:

19       Q.    Agent Acee, I want to ask you about a

20  couple of things initially, then we'll go from

21  there.

22             One of the things that you testified about

23  a little while ago was a search you may have done in

24  the last week-and-a-half or so.   Do you recall that?

25       A.    Yes, sir.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   And was that at PNM North, the North
 2   facility?
 3        A.   We hit both facilities, North and South.
 4        Q.   Okay.  And it was at the North facility
 5   you found discovery?
 6        A.   Both.
 7        Q.   Were a lot of the people that you called
 8   cooperators housed at the PNM North?
 9        A.   Currently?  Or over time?
10        Q.   During the time of the -- well, let's just
11   call it --
12             THE COURT:  I thought we were going to not
13   go there.
14             MR. CASTELLANO:  Objection, Your Honor.
15             THE COURT:  Yeah.
16             MR. CASTLE:  Okay.  I don't know how else
17   to deal with this, Judge.
18             THE COURT:  Do y'all want to talk a
19   second?  Why don't you just talk and see if you can
20   work it out.
21             MR. CASTLE:  We have an agreement.
22             THE COURT:  Okay.
23   BY MR. CASTLE:
24        Q.   Without regard to what prisons you
25   searched, the prisons that you searched, did those
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   contain at one time during -- after the arrests,
 2   some of the cooperators in this case?
 3        A.   Yes.
 4        Q.   And those cooperators were given copies of
 5   their tablets; is that right?
 6        A.   They were given tablets.
 7        Q.   With discovery?
 8        A.   Yes.
 9        Q.   And so with regard to Mr. Garcia, Billy
10   Garcia, he wasn't housed in any of those facilities
11   where you found that discovery during the pendency
12   of this case; is that right?
13        A.   That's right.
14        Q.   There was a lot of talk about Grand Juries
15   and how it was indicted and things of that nature.
16   Would I be correct in stating that the Grand Jury --
17   the grand jurors never got to meet personally any of
18   these cooperators?
19        A.   Not in the initial indictments.  I'm just
20   pausing.  I'm trying to remember.  At the
21   superseding, I don't think we used any either.
22        Q.   Let's just keep it to the indictment of
23   these fellows.
24        A.   Sure.  No.
25        Q.   Okay.  There was also indication that they
```



SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                       (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE
1-800-669-9492
e-mail: info@litsupport.com

1  had a program called RPP, which is a gang dropout

2  program; is that right?

3       A.   Yes, sir.

4       Q.   There is another way to drop out of the

5  gang, isn't there, other than RPP?

6       A.   There is a couple.

7       Q.   One is turning their life over to God?

8       A.   Going Christian.

9       Q.   I think you indicated, am I correct, that

10  when your investigation began in this case in March

11  2015, your first goal was to take care of and

12  address the immediate threat to individuals with the

13  Department of Corrections?

14       A.   Yes.

15       Q.   And then it kind of grew into a larger

16  investigation of the SNM Gang generally; is that

17  right?

18       A.   It was always large, but the priorities,

19  if you will, were -- you just mentioned the first

20  priority.

21       Q.   Sure.  I want to talk a little bit about

22  the SNM Gang.  I think you've gone back and looked

23  at the history and analyzed kind of how it started

24  and where it went; is that right?

25       A.   Yes, sir.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        Q.    When the SNM Gang first happened, it was
 2   after a pretty horrible riot here in the New Mexico
 3   prisons; am I right?
 4        A.    Yes, sir.
 5        Q.    And what happened in that riot was, 30 or
 6   so different inmates were murdered, right?
 7        A.    Thirty-three, yes.
 8        Q.    And others were raped?
 9        A.    I believe so.
10        Q.    And others were assaulted that didn't
11   result in death?
12        A.    Yes.  I think there were about 200
13   injured.
14        Q.    When the SNM was first formed, it was
15   formed by a group of gentlemen who would be in their
16   60s to 70s about now, right?
17        A.    Yes.
18        Q.    And the original purpose of the SNM was to
19   protect each other?  That was one of the purposes;
20   is that right?
21        A.    Yes.
22        Q.    To stop the bulldogging from other groups?
23        A.    Yes.
24        Q.    To earn money?
25        A.    Yes.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.    And to help each other and their families
2   in any way possible?
3      A.    I don't see a lot of that.  But that is a
4   good idea.
5      Q.    Then it kind of morphed over time into
6   more illicit areas; is that correct?
7      A.    I think it's been that all along.
8      Q.    Well, your investigation included not just
9   the threat to the Corrections officers, but it also
10  dealt with drug dealing, firearms trafficking,
11  possession of firearms, and things of that nature;
12  is that right?
13     A.    Yes.
14     Q.    Would it be correct that one of the
15  purposes of the investigation that you worked on was
16  to dismantle the SNM Gang?
17     A.    Yes.
18     Q.    There were several methods that were used
19  to dismantle the gang; am I right?
20     A.    Yes.
21     Q.    One was by charging people with crimes?
22     A.    Yes.
23     Q.    Another was by turning various SNM members
24  into informants; is that right?
25     A.    That tends to dismantle them, as well.



SANTA FE OFFICE                                    MAIN OFFICE
119 East Marcy, Suite 110                   201 Third NW, Suite 1630
Santa Fe, NM 87501                          Albuquerque, NM 87102
(505) 989-4949                                     (505) 843-9494
FAX (505) 843-9492                             FAX (505) 843-9492
                                                 1-800-669-9492
                                             e-mail: info@litsupport.com

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1      Q.   Right.  Because you can't be an informant

2   and a member of any gang?  You pretty much made a

3   different choice?

4      A.   Correct.

5      Q.   Although some SNM members try to do both,

6   don't they?

7      A.   They do.

8      Q.   Like Frederico Munoz?

9      A.   Plays both sides.  Past tense.  Played

10  both sides.

11     Q.   We'll talk about that.

12     A.   I'm sure we will.

13     Q.   Now, during the investigation, when you

14  would contact various people that you believed were

15  SNM members or former members or associates, would

16  you give those people a choice?

17     A.   Sometimes, yes.

18     Q.   And that choice often took the place of

19  cooperate or be prosecuted?

20     A.   Well, I like both.

21     Q.   Okay.

22     A.   But sometimes, yes.  Oftentimes, I

23  would -- that was the gist of it.

24     Q.   Cooperate or be fully prosecuted --

25  perhaps that's a better term -- to the extent of the

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    law?

2        A.   I mean, I made it clear, "We're coming for

3    you guys.  You've got to figure out where you stand

4    on that."

5        Q.   Okay.  Well, there has been talk about

6    elephants in the room.  Let's get rid of one.  Are

7    you familiar with the name of any kind of informant

8    SNM members that are going to testify for the

9    Government in this case?

10       A.   I am.

11       Q.   Has any one of them not asked or received

12   some kind of a break or -- in return?

13       A.   Yes.  I can think of one off the top of my

14   head.  I'll have to go through the Rolodex.  But the

15   first one I thought of was Sammy Griego.

16       Q.   Well, Sammy Griego wasn't charged with

17   offenses, right?

18       A.   No.  He -- a letter was addressed to him,

19   but we caught it before he did.

20       Q.   Well, let's talk about Sammy Griego.  In

21   your investigation, you uncovered a number of crimes

22   that Sammy Griego committed while as an SNM member;

23   is that right?

24       A.   I think he was a drug dealer, and I'm

25   familiar with one failed assault, yes.



SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                            FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1      Q.   And that was while as an SNM member?

2      A.   Yes, sir.

3      Q.   And did he get prosecuted in this case?

4      A.   No.

5      Q.   So that was better than getting a deal?  I

6  mean, he didn't get prosecuted at all?

7      A.   Well, yeah.  There's a lot of members, and

8  I think we've run out of the attorneys.

9      Q.   Well, I think you just talked about

10  another set of indictments about to come down?

11      A.   I hope so.

12      Q.   So it hasn't been a lack of attorneys,

13  sir, that has caused you not to charge Sammy Griego

14  with a crime?

15      A.   Well, part of that is true, and part is

16  not.  There is a lack of attorneys, and I've been

17  advised of that.  But Sammy Griego was not charged.

18      Q.   Agent Acee -- well, I'll let that pass.

19           Now, would I be correct that none of the

20  defendants here in this courtroom were charged or

21  indicted by any Grand Jury as being involved in the

22  conspiracy to murder Mr. Marcantel and

23  Mr. Santistevan?

24      A.   That's correct.

25      Q.   But during your investigation of that

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    case, you did uncover evidence that a number of

2    individuals who were in the SNM had participated in

3    that plot; is that right?

4        A.   Yes.

5        Q.   Can you tell us the names of anybody that

6    come up to the top of your head that were indicted

7    for their role in that?

8        A.   Sure.  Anthony Ray Baca, Pup.  Christopher

9    Garcia, Nerviosa.  Robert Martinez, Baby Rob.  Roy

10   Martinez, Shadow or Big Shadow.  And I think in the

11   RICO conspiracy there are some overt acts related to

12   Mandel Parker, Chuco.

13       Q.   And are we going to hear from any of those

14   people?

15       A.   Yes.

16       Q.   Okay.

17       A.   I believe so.  I mean, I don't call

18   witnesses, but --

19       Q.   I understand.  But on the list of the

20   Government witnesses?

21       A.   Roy Martinez and Robert Martinez.

22       Q.   Were any of the letters that were sent out

23   about that conspiracy -- did they find their way to

24   Mr. Archuleta, all the way out in Tennessee?

25       A.   I don't believe so.  But I am aware

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                       Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                         FAX (505) 843-9492
                                                                 1-800-669-9492
                                                      e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1   that -- or I believe nine letters were written, and

2   we only recovered eight.  I don't believe one was

3   addressed to Mr. Archuleta.

4       Q.   Was there any phone calls made to him

5   about it?

6       A.   Yes.

7       Q.   So he was aware, even in Tennessee, about

8   this plot?

9       A.   I wanted to pull him into it, so I had

10  somebody call him.  I'm hesitating because I don't

11  recall all the details.  But I did gauge his

12  interest in it.

13      Q.   Mr. Archuleta, even though he was in

14  Tennessee, had not renounced; is that right?

15      A.   He had not.

16      Q.   That was why he was able to wear a wire in

17  the prison?  That was one of the reasons?

18      A.   One of the reasons.

19      Q.   The other reason is that he was an

20  extremely powerful SNM leader?

21      A.   Extremely popular.

22      Q.   And powerful?

23      A.   At times, he was.

24      Q.   To the degree where he could order people

25  to kill other human beings?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1        A.    Yes.

2        Q.    And did?

3        A.    And did.

4        Q.    Now, there was some discussion about

5   wiretaps.  I think one of my colleagues may have

6   misspoke about wiretaps.  But the phone calls that

7   these defendants made, ever since they've been

8   thrown in jail on this indictment, have been

9   collected and reviewed by the FBI; is that right?

10       A.    For the most part.  All except the ones to

11  their attorneys, yes.

12       Q.    And you don't have to get a wiretap for

13  those?  You can get them by just calling up

14  Corrections and ordering them?

15       A.    Yes, sir.  All the outgoing calls are

16  recorded.

17       Q.    So even though there may not have been a

18  wiretap when that attorney was talking about

19  statements from -- I can't remember which

20  defendant -- was it Allen Patterson?

21       A.    I believe so, that he was talking to his

22  family.

23       Q.    Those were calls that he was talking about

24  from jail?

25       A.    Jail calls, yes.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   You did do wiretaps of other SNM members'

2    phones; is that right?

3    A.   Yes.  I mean, to be clear, there were

4    consensual wires, and I did obtain court orders.

5    But I just wanted to be clear, in the context of a

6    normal Title III, that's not what these were.  These

7    were consensual wires with court orders.

8    Q.   So you didn't do any Title III wiretaps?

9    A.   No, sir.

10   Q.   Consensual recordings.  Is that where you

11   put a device, perhaps, under some -- well, I won't

12   get into your secret methods because it's not

13   relevant here, but it's where you somehow put the

14   person in a situation where they can record and you

15   can listen in?

16   A.   And we're doing it with their consent,

17   whether it's a phone or a secret device, yes.

18   Q.   Right.  So, for example, if it was me, you

19   could do something with me, where I'm wired up, and

20   when I talk to Mr. Cooper, you could listen as long

21   as I consented?

22   A.   Yes.

23   Q.   In all the times that you did that, did

24   you develop any evidence from those consensual

25   devices that showed that Billy Garcia committed any

SANTA FE OFFICE                                                        MAIN OFFICE
119 East Marcy, Suite 110                                       201 Third NW, Suite 1630
Santa Fe, NM 87501                                               Albuquerque, NM 87102
(505) 989-4949                                                              (505) 843-9494
FAX (505) 843-9492                                                  FAX (505) 843-9492
                                                                         1-800-669-9492
                                                                e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    murders?

2        A.    No.

3        Q.    I want to talk to you a little bit about

4    the time that you went over to Billy Garcia's house.

5    That was August 28, 2015?

6        A.    Yes, sir.

7        Q.    That was around 7:00 in the morning; is

8    that right?

9        A.    I think so.

10        Q.    The FBI -- you didn't go alone; is that

11    right?

12        A.    That's right.

13        Q.    You went with, I think, at least one other

14    FBI agent, a couple of task force officers, and

15    maybe some people from Parole and Probation?

16        A.    That sounds right.

17        Q.    So it was about five, six, something like

18    that, people?

19        A.    Yes, sir.

20        Q.    And when the FBI goes over to talk to

21    people, they'll often do it in early morning hours,

22    when they figure they're home or still sleeping; is

23    that right?

24        A.    It depends.  If we want to arrest them, we

25    try to show up when they're sleeping.  If we want to

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492                                               FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1   talk, we want to talk to them any time of the day.
 2        Q.   When you went over to Mr. Garcia's house
 3   at 7:00 in the morning, was he home?
 4        A.   He was not.
 5        Q.   Did somebody from your group place a phone
 6   call to him?
 7        A.   Yes, somebody from the Corrections
 8   Department.  I think it was his parole officer.
 9        Q.   Okay.  And they called him and told him,
10   "Come on home"?
11        A.   Yes.
12        Q.   And did he come home immediately?
13        A.   He did, yes.
14        Q.   Within about, I think, 15 minutes?
15        A.   Sounds about right.
16        Q.   And how did he get there?
17        A.   Bicycle.
18        Q.   So he's on a bicycle?
19        A.   Yes.
20        Q.   Mr. Garcia was 60 years old at that time;
21   is that right?
22        A.   I take your word for it, but that's
23   probably correct.
24        Q.   He sat down and talked to you?
25        A.   We didn't do any sitting.  But we talked.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   Okay.  You searched his house?

2    A.   I didn't.  The Probation/Parole officers

3  did.  I was there.

4    Q.   But you thought it was done well enough

5  that you didn't do anything further?

6    A.   I'm sorry?

7    Q.   You didn't have to go back and do another

8  search yourself; they did a good search?

9    A.   They did.  And he was cooperative.

10    Q.   And you talked earlier about finding guns

11  in some of these parolees' searches?

12    A.   Yes, sir.

13    Q.   Did you find a gun in Mr. Garcia's house?

14    A.   No.

15    Q.   Now, his house isn't really a house, it's

16  kind of a trailer; is that right?

17    A.   There were, if I remember correctly, two

18  trailers next to a house.  He slept in one of the

19  smaller trailers.

20    Q.   And it was on a street in Albuquerque?

21    A.   Yes, sir.

22    Q.   A lot of his family members lived on that

23  street?

24    A.   I think -- I'm aware that some family

25  members lived in the house.  I don't know about any

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                 Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 843-9492                                                 FAX (505) 843-9492
                                                                   1-800-669-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE
                                                          e-mail: info@litsupport.com

```
 1   other neighbors.

 2        Q.   Did you do any background investigation on

 3   Mr. Garcia?

 4        A.   I did.

 5        Q.   And did you learn that his family lived

 6   there for a couple generations on that street in

 7   Albuquerque?  And please, I don't want you to

 8   mention the street.

 9        A.   I will not.  So to answer your question,

10   the FBI, we have analysts that did backgrounds.  I

11   would review them.  But to the detail you're asking,

12   I don't know.

13        Q.   Did you find any drugs in his trailer?

14        A.   No.

15        Q.   And was his brother's house that was right

16   across the way, was that also searched?

17        A.   I think the search was just limited to his

18   trailer.  And the Parole officers may have checked

19   the common areas of the house.  But I didn't ever

20   enter the house.

21        Q.   I think that might have been the second

22   time, when he got arrested, that they searched both

23   houses.

24        A.   And I wasn't present for that.

25        Q.   You said he was pleasant?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   He was.
 2        Q.   You told him you were after -- he didn't
 3   become a cooperator, that he was going to be
 4   charged?
 5        A.   I did.
 6        Q.   A little over three months later, he in
 7   fact was charged?
 8        A.   Yes, sir.
 9        Q.   And when he was arrested, where was he
10   arrested?
11        A.   I believe at his residence.  But I was in
12   a command post.  I wasn't there.
13        Q.   So he was still at his house?
14        A.   Yes, sir.
15        Q.   He didn't flee?
16        A.   No.
17        Q.   There was no problem with the arrest?
18        A.   Not that I'm aware of, no.
19        Q.   The arrest happened early, at 4:00 in the
20   morning?  Does that sound about right?
21        A.   It did.  I had nighttime service warrants,
22   yes.
23        Q.   So you do it so that they're asleep
24   essentially, right?
25        A.   Safer for everybody, yes.
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                           Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492                                               FAX (505) 843-9492
                                                                   1-800-669-9492
                                                           e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    Q.   And so you go in there -- if I could show

2  you what's been admitted as Exhibit 84 of the

3  Government's.  It doesn't surprise you that

4  Mr. Garcia's -- well, his eyes are red because it's

5  early morning, right?

6    A.   I'll take your word for it.  I don't think

7  I looked that close.

8    Q.   Well, you're hardly 60 years old, I take

9  it.  But would you be surprised that most

10  60-year-old men, at least who have woken up at 4:00

11  in the morning, are going to have bloodshot eyes?

12    A.   I agree with you.  I usually get up about

13  that time, too, and probably look the same way.

14    Q.   When there was -- when you're doing -- are

15  you familiar with an organization called Victory

16  Outreach?

17    A.   Yes.

18    Q.   And what are they?

19    A.   My opinion?  They're an outreach

20  organization that works with, from what I've

21  observed a lot of times, ex-cons, ex-inmates.

22    Q.   They also do other Christian-related

23  matters that don't involve ex-cons?

24    A.   Yes.  And I failed to say -- I'm sorry --

25  that it is a Christian organization affiliated with

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   a lot of churches around the country.
 2        Q.   Now, did you -- in your investigation of
 3   the background of Mr. Garcia, did you learn whether
 4   he was working with that group or not?
 5             MR. CASTELLANO:   Objection; calls for
 6   hearsay.
 7             THE COURT:   Well, this is just a yes/no.
 8   We'll see if he has any knowledge that we need to go
 9   to.
10        A.   No.
11        Q.   Did you ever interview a Pastor Joe
12   Williams, or anybody under your umbrella interview a
13   Pastor Joe Williams from Victory Outreach?
14        A.   I believe I've met him, but on another
15   case.
16        Q.   When he was arrested, the trailer that he
17   lived in was searched again; is that right?
18        A.   Yes.
19        Q.   And, again, no guns, no drugs, nothing was
20   actually seized at all?
21        A.   No items were seized.
22        Q.   And his brother's house was searched that
23   time?
24        A.   Yes.  I included that address in the
25   search warrant because he had access to it.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1        Q.   And nothing was found there?

2        A.   I don't believe so.

3        Q.   And do you recall when that search

4    happened -- well, it's normal that what happens when

5    you do searches, you have everybody come out of the

6    house, even if they're not somebody that is a

7    suspect?

8        A.   Yes.  There was a SWAT team there.

9        Q.   And do you recall that it was Mr. Garcia's

10   brother, Mr. Garcia's sister, his nephew that was in

11   the house that was searched across the way?

12       A.   I don't, sir.  I wasn't there.  And we did

13   dozens that morning.

14       Q.   So you're not disputing that might have

15   been the case?

16       A.   I'll take your word for it, sir.

17            MR. CASTLE:  Your Honor, how long --

18            THE COURT:  I was wondering if this would

19   be a good place.  Do you want to break?  Does this

20   work for you?

21            MR. CASTLE:  Yes.

22            THE COURT:  All right.  We're going to be

23   taking our first overnight break during the

24   Government's case-in-chief, so I'm going to remind

25   you of a few things that are especially important.

SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                              Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1              Until the trial is completed, you're not
 2   to discuss the case with anyone, whether it's
 3   members of your family, people involved in the
 4   trial, or anyone else, and that includes your fellow
 5   jurors.  So if anyone approaches you and tries to
 6   discuss the trial with you, please let me know about
 7   it immediately.
 8              Also, you must not read or listen to any
 9   news reports of the trial.  Again, don't get on the
10   internet and do any research for purposes of this
11   case.
12              And finally, remember that you must not
13   talk about anything with any person who is involved
14   in the trial, even if it doesn't have anything to do
15   with the trial.
16              If you need to speak with me, simply give
17   a note to one of the Court Security Officers or
18   Ms. Bevel.
19              I'll start declining to give those every
20   time we take a break, but you may hear them a little
21   bit tomorrow as we get ready for the weekend, so be
22   patient with me.
23              Thanks for your hard work today.  I
24   appreciate the way you've gone about your task.
25   You're a good group, and I appreciate the way you've
```

SANTA FE OFFICE                                                                MAIN OFFICE
119 East Marcy, Suite 110                                         201 Third NW, Suite 1630
Santa Fe, NM 87501                                                 Albuquerque, NM 87102
(505) 989-4949                                                              (505) 843-9494
FAX (505) 843-9492                                                  FAX (505) 843-9492



**BEAN & ASSOCIATES, Inc.**
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1    done everything that we've asked you to do.

2              We'll see you tomorrow at 8:30, and we'll

3    try to be ready for you and get a good day's worth

4    of work in and close out the week.

5              All right.  Y'all have a good evening.

6              (The jury left the courtroom.)

7              THE COURT:  All right.  See y'all at 8:30

8    in the morning.

9              MS. HARBOUR-VALDEZ:  Your Honor, before we

10   get off the record, can we get an update on the

11   taint team and what the status is with that?

12             Because I think Agent Acee testified about

13   that today, and now we're a little unclear who was

14   affected, what was found.  If we could at least --

15             MR. CASTELLANO:  That was a different

16   search, Your Honor.  That was at the penitentiary.

17   It wasn't this search.  That's why I brought it up,

18   because I didn't --

19             MS. HARBOUR-VALDEZ:  I'd still like a

20   report, though.

21             THE COURT:  Well, why don't you just call

22   the taint team?

23             MS. HARBOUR-VALDEZ:  Okay.

24             THE COURT:  I don't have any restriction

25   on you just calling the taint team.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

PROFESSIONAL COURT
REPORTING SERVICE

```
 1              MS. HARBOUR-VALDEZ:  Okay.
 2              THE COURT:  The Government, I think they
 3    should -- we should all be present when they talk.
 4    But you can just call and get an update.
 5              MR. CASTLE:  Judge, I can give the Court
 6    an update.  I think they're planning to give the
 7    materials to the Court to make a decision on.  We
 8    need to get to the bottom of it, because I think the
 9    clear implication that was made here today is that
10    these gentlemen here have been distributing
11    discovery and putting witnesses at risk.  And if
12    that's not true, we have an obligation, all of us,
13    to clear that up on the record.
14              THE COURT:  Well, do you think that there
15    was any implication of the defendants here?  I don't
16    think so.
17              MR. CASTLE:  Well, why else would they
18    have brought it up?
19              MR. CASTELLANO:  Your Honor, there are two
20    different things.  The taint team review and what
21    Agent Acee testified to are two different searches.
22    This had nothing to do with the taint team.
23              THE COURT:  Well, let's just see if we
24    can -- y'all talk with Mr. Acee and see if there's
25    some question that can just remove that.  I didn't
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    get that impression.  If you're getting it, we need

2    to deal with it.  Why don't we see if there's some

3    question.  Y'all can talk and see if some colloquy

4    will just clear that up.

5              All right.  Y'all have a good evening.

6              MS. TORRACO:  Your Honor, before you

7    recess all of us -- I don't want to add more drama

8    for the evening, but I have some motions I'd like to

9    make first thing in the morning before we resume.

10             THE COURT:  Well, we'll try.  We'll try.

11             MS. TORRACO:  Okay.

12             THE COURT:  You might send me an email so

13   that I can be thinking about them, because we're

14   going to be running a pretty tight evidentiary shift

15   here.

16             All right.  See you in the morning.

17             (The Court stood in recess.)

18

19

20

21

22

23

24

25

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1                        April 13, 2018
 2              THE COURT:  All right.  Let's go on the
 3   record.  I think Mr. Castle gave me two orders on
 4   this PSR stuff.  Did anybody have any objection or
 5   issue with those two forms of order?
 6              All right.  Otherwise, I'll sign them.
 7   I've signed them.  I'm going to have Ms. Bevel file
 8   them and get that process going.
 9              Ms. Torraco, you had something you wanted
10   to raise this morning?
11              MS. TORRACO:  Yes, Your Honor.  Thank you
12   very much.  And I will be brief.  I just want, for
13   the record, to renew my motion to sever.  In all
14   candor, Your Honor, yesterday I was so shocked when
15   the testimony about the hit on Marcantel and
16   Santistevan and Vigil came out.  I mean, I literally
17   felt like I had been hit with a bucket of water,
18   because I've only been in the case three months, but
19   I thought certainly this doesn't come in this case.
20   I thought that was the deal, that the first case is
21   about the hit.  We got severed out so the testimony
22   about the hit on Marcantel doesn't come in on this
23   case, and yet there was all this free discussion
24   about it.
25              That would absolutely never come in in a
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   trial against Andrew Gallegos.  And I believe the

2   prejudicial effect and the impact that it had on the

3   jury is going to far outweigh any probative value as

4   to Andrew Gallegos, because there is no probative

5   value of all of that evidence coming in regarding

6   Andrew Gallegos.

7            Further, there was testimony about Mario

8   Montoya, Robert Lovato, Javier Molina, Shane Dix,

9   Michael Giron, Sam Chavez, Esteban Ortega, Steve

10  Morales.  None of that is relevant to Andrew

11  Gallegos and would never have come in in a trial

12  against Mr. Gallegos.  I believe the impact was very

13  emotional.  I believe it did evoke an emotional

14  response to the jury.  I believe it's a prejudice

15  that cannot be remedied by instructions and in

16  addition to the motion to sever, I would also move

17  for a mistrial as to Andrew Gallegos.

18            Thank you.

19            THE COURT:  All right.  Thank you, Ms.

20  Torraco.  Mr. Burke.

21            MR. BURKE:  Your Honor, I apologize for

22  not sending an email.  I think the appellate lawyers

23  would want me to renew our motion for severance, as

24  well, based on spillover effect as to Mr. Troup,

25  based on the opening statements and early testimony

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   yesterday.
 2           THE COURT:  All right.  Thank you,
 3   Mr. Burke.
 4           Do you want to make any response?
 5           MS. ARMIJO:  Your Honor, just that much of
 6   what defense counsel for Andrew Gallegos is talking
 7   about, the whole Marcantel -- that came up during
 8   co-defendants' opening statements.  And I think they
 9   even said that Marcantel and Santistevan were
10   murdered.  So a great deal of what she's referring
11   to as far as that came out in defense opening
12   arguments, and so the United States had a right to
13   cover it, certainly.  And I'd specifically ask to --
14   oh, my goodness.  I'm forgetting what the other
15   thing was that she had mentioned.  Oh.  All the
16   defendants that she had mentioned as far as pictures
17   and things like that and other people, those are all
18   people we anticipate testifying in this case.
19           Mr. Beck has something to add.  I'm sorry.
20           THE COURT:  Mr. Beck.
21           MR. BECK:  I was just going to add that
22   the Marcantel and Santistevan is racketeering
23   activity that goes towards the enterprise, and we'll
24   have several cooperators come up and testify to
25   their participation in the Marcantel and Santistevan
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   conspiracy.  So it would come in in a trial against

2   Mr. Andrew Gallegos, just as it would against

3   Mr. Edward Troup, because we have to establish the

4   enterprise.  We have to establish the racketeering

5   activity.  So those crimes will be talked about by

6   the cooperators in this case.

7           THE COURT:  Well, that's been the

8   difficulty of the severance, is that given the

9   Government's charges in this case, the racketeering,

10  they can pick and choose what racketeering activity

11  they want to emphasize in the trial.  So I'll deny

12  the motions to sever.

13          All right, Mr. Castle.

14          MR. CASTLE:  Yes, Your Honor.  During the

15  direct examination yesterday of Agent Acee, the

16  Government elicited testimony that my client

17  declined to talk to Agent Acee about Counts 1 and 2.

18  That's an improper comment on the right to remain

19  silent.  And as a comment, a violation of the Fifth

20  Amendment.  I didn't object to it at the time,

21  mainly for tactical reasons, because I didn't want

22  to emphasize it more and figured I could try to

23  clean it up on my cross as to various reasons why

24  someone might not want to talk to the police.  And I

25  intend to do that today, but at the end of that,

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                       201 Third NW, Suite 1630
Santa Fe, NM 87501                              Albuquerque, NM 87102
(505) 989-4949                                        (505) 843-9494
FAX (505) 843-9492                               FAX (505) 843-9492

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1   what I would ask this Court to do, at a minimum, is

2   advise the jury that an individual's silence cannot

3   be used in using the appropriate language that's in

4   the instructions.  And if I could, I would ask -- I

5   would prompt the Court when I would like that to be

6   said.  I mean, we could have asked -- we could do a

7   mistrial, but I think given how much everybody has

8   done in this case, and worked, and how far we are,

9   that seems a bit Draconian.  But I think some

10  measure should be given.

11          THE COURT:  I don't think the instructions

12  have much except about testifying.  So if you have a

13  minute, write on a yellow piece of paper what you

14  want, and I'll give it when you want it.

15          MR. CASTLE:  And I'll show it to the

16  prosecution first.

17          MR. CASTELLANO:  We would object to that,

18  Your Honor.  The gist of the statements was that he

19  would rather go to prison than cooperate and give

20  information about those, about that information.  So

21  it's a slightly different thing than telling someone

22  that you don't want to talk.

23          THE COURT:  Well, I'm not going to comment

24  on the evidence, but I'll give the instruction.  I

25  don't think we can give that too many times.  So I

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   think that would be appropriate.

2           MR. SINDEL:  Your Honor, on behalf of Joe

3   Lawrence Gallegos, we would also object as to the

4   comment and the testimony yesterday concerning the

5   fact that the co-defendants in this case had been

6   found guilty.  I don't think that has any particular

7   relevance in this matter, and I think it's

8   prejudicial and it gives the jury an indication that

9   at least at one point in time a group of jurors made

10  a determination that there was a factual basis to

11  find beyond a reasonable doubt VICAR and RICO

12  counts.

13          THE COURT:  Well, I don't have any quibble

14  with that.  If you want to write out a limiting

15  instruction on that, I'd be glad to give it.

16          MR. SINDEL:  Thank you, Your Honor.

17          MS. ARMIJO:  At the break we need to talk

18  about the fire wall attorney.

19          THE COURT:  All rise.

20          (The jury entered the courtroom.)

21          THE COURT:  Good morning, ladies and

22  gentlemen.  Good Friday morning.  I think it's the

23  13th, as well, if I'm keeping track of days.  Good

24  morning to you, and I hope we get a good Friday's

25  worth of work.  I know some of you may stick around



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   for the weekend; some of you may be traveling.  But
 2   whatever, let's try to get a good day's worth of
 3   work.
 4           I appreciate the way you've gone about
 5   your task, being here on time.  I appreciate the
 6   attorneys getting in here early and we got some
 7   business taken care of.  So I appreciate the way
 8   everybody has gone about their tasks.
 9           All right, Mr. Acee.  I'll remind you that
10   you're still under oath.
11           Mr. Castle, if you wish to continue your
12   cross-examination of Mr. Acee, you may do so at this
13   time.
14           MR. CASTLE:  Thank you, Your Honor.
15           THE COURT:  Mr. Castle.
16                 BRYAN ACEE,
17       after having been previously duly sworn under
18       oath, was questioned and continued testifying as
19       follows:
20                 CONTINUED CROSS-EXAMINATION
21   BY MR. CASTLE:
22       Q.   Agent Acee, yesterday you testified a bit
23   about one of the investigative techniques that the
24   FBI used was making some street buys from SNM
25   members.  Do you recall that?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1          A.    Yes, sir.

2          Q.    And what you were doing was trying to buy

3    drugs from them and see if that could force someone

4    to perhaps give you some information and also to

5    arrest them for a crime.  Would that be fair to say?

6          A.    It was to charge them and try to develop

7    them as cooperators, yes.

8          Q.    Were any street buys made with Billy

9    Garcia?

10         A.    No.

11         Q.    I want to talk to you a little bit about

12   what I think you've called as cooperators.  There

13   have been a lot of different terms used for these

14   individuals over the years; is that right?  Some the

15   FBI uses and some that they're street slang?

16         A.    Yes, sir.

17         Q.    In your investigation of the case, did

18   some of the witnesses that you talked to use more of

19   the street slang terms for what you have called

20   cooperators?

21         A.    Like snitches or rats?  Yes.

22         Q.    Those are the terms they used?

23         A.    Informants, snitches, rats, telling.

24         Q.    Now, I think there is also a term that's

25   been used in recent years, which is incentivize

SANTA FE OFFICE                                                                                    MAIN OFFICE
119 East Marcy, Suite 110                                                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                                                          Albuquerque, NM 87102
(505) 989-4949                                                                                     (505) 843-9494
FAX (505) 843-9492                                                                            FAX (505) 843-9492
                                                                                                   1-800-669-9492
                                                                                         e-mail: info@litsupport.com



```
 1   witnesses.  Have you heard that before?
 2        A.   No, sir.
 3        Q.   That's a new one for you?
 4        A.   I may have heard it by one of the
 5   attorneys, but it's not something I use.
 6        Q.   It's a mouthful, isn't it?
 7        A.   Yes.
 8        Q.   What term do you use, are you comfortable
 9   with?
10        A.   Doesn't matter to me.
11        Q.   Is "cooperators" a term that you've been
12   using?
13        A.   Yes.
14        Q.   Now, I looked up last night in Webster's
15   dictionary what "cooperation" means, and it means
16   two or more people working together for the same
17   end.  Would you accept that definition?
18        A.   I accept that that's probably what the
19   dictionary said.
20        Q.   It's not a test.  But these individuals
21   that you all call cooperators are actually working
22   towards a different end than the FBI is, aren't
23   they, or often are?
24        A.   I don't know that we have the same goals.
25        Q.   Okay.  Oftentimes your goal is to obtain
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   evidence and ferret out crime; right?
 2        A.   My goal is investigating, trying to
 3   find -- sort out the truth in the matter.
 4        Q.   And oftentimes these people that are
 5   called cooperators -- their goal is somewhat
 6   different?
 7        A.   They're not FBI agents.
 8        Q.   Not a lot of them -- in fact, did any of
 9   them just knock on your door or call you up if
10   they're going to be used as witnesses in this case?
11        A.   No.
12        Q.   Generally, when you deal with cooperators,
13   is there -- if they're facing a lengthy sentence, is
14   one of their goals to try to reduce that sentence
15   and get their freedom?
16        A.   Yes.
17        Q.   Sometimes they want, perhaps, other
18   material goods or money, things like that?
19        A.   That's not uncommon.
20        Q.   Do sometimes they cooperate so that their
21   family members don't get charged with a crime?
22        A.   You know, what they're thinking at the
23   time I don't always know.  But I imagine that could
24   be a concern with some cooperators where their
25   family members are involved in crime, as well.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.    For example, I think there is a Javier

2   Alonso that's going to be a witness in this case; is

3   that right?

4      A.    Yes.

5      Q.    And did he get in some trouble at the

6   jail?

7      A.    I'm not recalling that.

8      Q.    Any kind of introduction to contraband?

9   Do you recall anything like that?

10     A.    Since he's been cooperating?

11     Q.    Before he cooperated.

12     A.    Oh, I'm not sure.

13     Q.    I might be confusing the people.

14     A.    Perhaps.  I'm not sure.

15     Q.    I think you've talked a little bit about

16  some of the cooperators having attorneys that

17  represented them.  Do you recall that?

18     A.    Most do, yes.

19     Q.    And those attorneys are either appointed

20  or hired to look out for what their client wants or

21  desires.  That's what the attorney's job is?

22     A.    Among other things, I believe that's

23  correct.

24     Q.    And so when the attorneys are negotiating

25  reduced sentences or, you know, certain plea



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1  bargaining with the Government in return for

2  testimony, are you treating them as if they're the

3  spokesperson for those cooperators?

4       A.   There is a lot in that question, and I'll

5  try to break it down.

6       Q.   Please do.

7       A.   I don't believe the attorneys have a lot

8  of say-so in what the sentence will be.  I think

9  that's up to the Court.  There is a lot of

10 representation that the attorneys make.  I prefer to

11 talk to the cooperators.  Oftentimes I have to go

12 through the attorneys.

13      Q.   Let's talk about that, about the

14 sentencing for a second.  A lot of these people that

15 are cooperators were facing mandatory prison

16 sentences; is that fair?

17      A.   Some of them are, yes.

18      Q.   And under federal law, if you cooperate,

19 the Government can file a motion that then gets rid

20 of the mandatory requirement for a sentence and

21 allows for a lower sentence; is that right?  Is that

22 your understanding?

23      A.   My understanding is probably a little bit

24 limited, but I do understand there is, like, a 5K

25 reduction, a possibility of such, and that the

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  Government does provide some kind of documentation

2  in support of that.

3       Q.   Okay.  When you say "5K," what that is is

4  that's a section of what's called the sentencing

5  guidelines; is that right?

6       A.   Yes.

7       Q.   And what it does is, that if the

8  Government files that kind of motion, it gets rid of

9  the mandatory requirement of the sentence and allows

10 for a lower sentence; is that right?

11      A.   My knowledge of it -- I'm not an attorney,

12 sir, as you know.  But I understand there is what's

13 referred to as a 5K, and that the Government

14 presents some type of document outlining or

15 detailing that the person cooperated and that that's

16 submitted to the Court prior to discussions about

17 sentencing.

18      Q.   This is an important tool that's used by

19 law enforcement in conjunction with the United

20 States Attorney's office to get people to provide

21 information and testify.

22      A.   I think it is an important tool.

23      Q.   Now, Agent Acee, a citizen who is accused,

24 such as all the defendants over here -- they can't

25 offer those, the same things that we've been talking

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                      201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492
                                                                   1-800-669-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE                              e-mail: info@litsupport.com

```
 1   about -- money, freedom, motions to get lower
 2   sentences -- to any witness without violating
 3   federal law?
 4        A.   If I understand, the defendants can't?
 5        Q.   Right, citizens; yes.  Any -- we can't
 6   just go around and offer money to witnesses, can we?
 7        A.   You shouldn't.  I guess you could.
 8        Q.   You guys can; right?
 9        A.   No.  I cannot -- well, the way you're
10   saying it is not correct.  There are circumstances
11   where money can be used, such as relocating a
12   witness for safety and other circumstances I'm happy
13   to talk about.
14        Q.   Okay.  Well, we will.  You could offer
15   cash to a witness as a bonus or an award for
16   information they provide?
17        A.   Yes and no.
18        Q.   Can you tell us about the "yes" part
19   first?
20        A.   It is possible for me to obtain FBI funds
21   to pay any person, as long as I can justify it and
22   it's within our policy in the Department of Justice
23   guidelines.
24        Q.   And that happened here in this case?
25        A.   I have used Department of Justice funds to
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   pay people who will testify in this case, but it's

2   not for their testimony.

3        Q.   I understand.  What is it for?

4        A.   Well, the higher payments -- and there

5   haven't been very many.  I can only think of two

6   people in this case out of the 30 or 40 informants

7   that I have that received more than a few hundred

8   dollars, and that primarily was to relocate them.

9        Q.   Well, one guy got, I think, 40-something

10  thousand dollars; right?  One of the cooperators?

11       A.   You're speaking of Eric Duran, I believe,

12  and I think it was actually more than that, all

13  told, with relocation.  And then he was awarded

14  $25,000 for his part in the Marcantel conspiracies.

15       Q.   Okay.  So where we were starting was that

16  the FBI can do that; that's legal; right?

17       A.   Yes, sir.

18       Q.   But if any of us did that, that would be a

19  federal crime.

20       A.   What crime would it be?

21       Q.   Bribing a witness.

22       A.   In that context, it would.

23       Q.   So that's a tool that law enforcement can

24  use, but no criminal defendant can use.

25       A.   I don't know if you can help pay someone



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    to relocate for safety later.  I'm unaware of that.

2    But I understand the bribery part of that for

3    testimony.

4         Q.   Well, let's get down to kind of more

5    basics.  For a lot of the people who are going to

6    take the stand, they were given for at least a

7    period of time $50 a month on their books; right?

8         A.   On average, yes.

9         Q.   That's not a lot of money to perhaps you

10   or I.

11        A.   It is not.

12        Q.   But for a person who is in jail, they

13   don't have any form of income, do they?

14        A.   It's minimal.  I think they can work for

15   the State in some context, but it's not much.

16        Q.   But less than 10 cents an hour; right?

17        A.   Probably not much.  It might be a dollar.

18   I'm not sure.

19        Q.   So why did you give them $50 a month?

20        A.   So that their families wouldn't have to.

21   A lot of them indicated their families were

22   struggling to send them any kind of money.  And then

23   when I started asking what kind -- because I wasn't

24   sure how much money to give them.  I didn't want to

25   give them a lot, but when I talked to the initial

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                        Albuquerque, NM 87102
(505) 989-4949                                                    (505) 843-9494
FAX (505) 843-9492                                          FAX (505) 843-9492



PROFESSIONAL COURT                          1-800-669-9492
REPORTING SERVICE                      e-mail: info@litsupport.com

1    members that I spoke with, their families would send

2    $30 to $60 a month so I just settled on about $50.

3         Q.    So did the FBI give the $50 a month to

4    anybody who wasn't a cooperator?

5         A.    We don't just pay people for nothing.

6         Q.    Okay.

7         A.    If I'm understanding --

8         Q.    That's fine.

9         A.    -- your question.  They're pretty tight

10   with their budget, too.

11        Q.    If the defense paid a witness for

12   something, we'd go to jail.

13        A.    I don't know.

14        Q.    Well, let's talk about cooperators.  I

15   think some of the cooperators we've talked about --

16   I'm just going to list them off the top of my head.

17   Gerald Archuleta, Baby Rob Martinez, Leonard Lujan,

18   Eugene Martinez, Sammy Griego.  You've talked to all

19   of them?

20        A.    Yes, sir.

21        Q.    Have any of them ever agreed to an

22   interview with any of the defense lawyers that

23   you're aware of?

24        A.    Well, I know that Sammy Griego was

25   contacted.  I don't believe he spoke, but I'm not



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   sure.  The others I don't believe have.  They all

2   have attorneys.

3        Q.   And that's something that -- well, we'll

4   talk about contracts a little bit later.  But you do

5   have contracts with cooperators; right?

6        A.   I wouldn't characterize them as contracts.

7   We -- and I'm happy to explain the process if you'd

8   like.

9        Q.   Well, it's a written agreement which sets

10  forth rules and what they're required to do?

11       A.   There are rules, admonishments, yes.

12       Q.   And part of those admonishments are that

13  they're required to cooperate with you and the FBI

14  and the U.S. Attorney's Office as far as coming in

15  and making statements and telling the truth; right?

16       A.   Telling the truth is correct.  Those other

17  things are not in the admonishments.

18       Q.   One of the things that's not in the

19  admonishment is, say, for example, in the interests

20  of fairness and justice, you should make yourself

21  available to opposing counsel so they can ask you

22  questions, even in the FBI's presence?

23       A.   Language like that is not in the

24  admonishments.

25       Q.   And you've never encouraged any of your

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1   witnesses to do that?
 2        A.   Do I encourage them to meet with the
 3   defendants' attorneys?
 4        Q.   Yes.
 5        A.   No, I can't prevent them from doing it,
 6   but I personally wouldn't encourage it.
 7        Q.   We have here in court what's called an
 8   adversary system.  Is that your understanding?
 9        A.   Yes, sir.
10        Q.   And what we do here in this country is, we
11   believe that if both sides present evidence,
12   question witnesses, that we somehow could have a
13   fair result in the end; right?
14        A.   Yes.
15        Q.   But in the field, the FBI, in their
16   practice, doesn't encourage that same concept of
17   both sides getting to ask witnesses questions.
18        A.   I don't bring defense attorneys to my
19   interviews.
20        Q.   Unless, of course, they're representing
21   one of the cooperators; right?
22        A.   I don't bring them, but --
23        Q.   They come?
24        A.   They show up.  But I don't invite
25   attorneys with me when I'm out in the field
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492





PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   interviewing people.
 2        Q.   We talked about, I think you said, basic
 3   investigative techniques and then also advanced; is
 4   that right?
 5        A.   Yes, sir.  I think I described them as
 6   basic, or general, and then sophisticated.
 7        Q.   The FBI is authorized by law to request
 8   and obtain search warrants; is that right?
 9        A.   Yes, sir.
10        Q.   And you can go into people's houses and
11   search their houses and see if there is any evidence
12   there?
13        A.   Yes.
14        Q.   Or in the context of a prison, you can
15   probably even bypass search warrants and go in and
16   search individual cells to see if they have any
17   evidence of a crime in there; is that right?
18        A.   For most part, unless the person is
19   represented.
20        Q.   But that's something that the defense
21   can't do.  We can't go and get a search warrant to
22   search one of your witness' cells to see if they
23   have evidence of a crime in there, or their homes.
24   That's just not something that citizens have a right
25   to do?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        A.    They're able to obtain a court order.
 2   Citizens can't, but I believe the defense can obtain
 3   a court order to search, and has.
 4        Q.    That's a new one on me.
 5        A.    Didn't that occur last week?
 6        Q.    I believe the Government asked for that.
 7        A.    I may be misunderstanding.
 8        Q.    The concept of wires that we talked about,
 9   where you put some kind of device on a person and
10   then they go in and talk to someone and try to get
11   incriminating information.  Do you recall that?
12        A.    Yes.
13        Q.    That's something that would be a violation
14   of federal law if the defendants' attorneys did?
15        A.    Well, New Mexico is a one-party-consent
16   state, so I think there are circumstances where a
17   person can record another and it's lawful.
18        Q.    That's under state law.
19        A.    Yes.
20        Q.    Federal law, it's called wire-tapping, and
21   it's a federal violation for a citizen to do it.  In
22   fact, it's a violation if you do it on someone's
23   telephone without an order from the Court; right?
24        A.    Well, there is a distinction that has to
25   be made.  If it's consensual and one of the parties
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   is consenting, then it's lawful.  If we're talking
 2   about two people that are unaware, then yes, that
 3   would be unlawful.
 4        Q.   You talked yesterday a little bit about --
 5   one of the techniques is to tell people that if they
 6   don't cooperate, they're going to be charged with a
 7   crime.  Do you recall that?
 8        A.   I don't think I said it that way.
 9        Q.   Okay.  Well, give us your words.
10        A.   When talking to SNM members, I introduce
11   myself, I get some kind of confirmation that they're
12   aware that the FBI is investigating a lot of the
13   members of their gang and that they have some hard
14   decisions to make.  For example, last week when I
15   was up at the penitentiary, I spoke to every SNM
16   member up there and advised them of that, that we
17   were not finished arresting members of the SNM.
18        Q.   Well, let's use a concrete example.  When
19   you talked to Mr. Garcia here --
20        A.   Yes, sir.
21        Q.   -- Billy Garcia, you told him that you'd
22   like him to cooperate.
23        A.   I did.
24        Q.   And if he didn't, then he was going to be
25   charged?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      A.    I made it clear that we would be back.

2      Q.    If I did that to a witness or any other

3  defense lawyer here went in and talked to a witness

4  and said, "If you don't cooperate with us, you're

5  going to be -- we're going to get you charged with a

6  crime," we'd get charged with a crime; right?

7  That's illegal for a citizen to do.

8      A.    Yes and no.  I mean, at the point a person

9  is a witness, they can't be intimidated.  You know

10 those tactics better than I do in terms of talking

11 to witnesses.  But at the time I spoke to

12 Mr. Garcia, he was not.  He was a suspect living on

13 the streets.

14     Q.    Okay.  What I'm getting at -- and I'm not

15 trying to be critical; I'm just trying to point out

16 a distinction -- is that the FBI has certain powers

17 and authorities that are not shared by citizens.

18     A.    I agree.  That's clear.

19     Q.    And one of those is to threaten a

20 witness -- or let's not use the word "threaten."

21 Tell a witness that if they don't cooperate, they're

22 going to be facing perhaps a life sentence.

23     A.    I don't agree with that, no.

24     Q.    I can do that?

25     A.    No, I'm saying that I don't do that.  You

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                 Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 843-9492                                                 FAX (505) 843-9492
                                                                   1-800-669-9492
                                                                   e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

1   just said the FBI can.  I know that you have a long

2   list of witnesses, and I avoid them.  I don't talk

3   to them and I don't threaten them.

4        Q.   We'll come back to that in a minute.  The

5   FBI in certain circumstances is even allowed to tell

6   us, the suspect, something that's not true to get

7   them to spill the beans.

8        A.   Case law and our policy allows us to do

9   that.

10        Q.   For example, sometimes there are two

11   people that are suspected of, let's say, a bank

12   robbery and you bring them in and you say -- you're

13   allowed by law to bring one of them into a room and

14   say, "Your buddy there already confessed," even

15   though the buddy never confessed; right?

16        A.   Yes.

17        Q.   Citizens and the lawyers who represent

18   them -- we're not allowed to lie to witnesses like

19   that without committing an ethical violation at the

20   bare minimum.  Or do you not feel comfortable

21   commenting on attorney ethics?

22        A.   I don't.

23        Q.   Okay.

24        A.   But citizens can --

25        Q.   Citizens do lie.

SANTA FE OFFICE                                                                    MAIN OFFICE
119 East Marcy, Suite 110                                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                                            Albuquerque, NM 87102
(505) 989-4949                                                                          (505) 843-9494
FAX (505) 843-9492                                                              FAX (505) 843-9492
                                                                                    1-800-669-9492
                                                                          e-mail: info@litsupport.com



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        A.   -- obligated to the same standard I
 2   believe you are.
 3        Q.   Right.  But the criminal defendants can't
 4   legally go out and contact witnesses in a case like
 5   this; right?
 6        A.   They can't intimidate witnesses.
 7        Q.   And you have no evidence that Mr. Garcia
 8   has ever attempted anything like that with any of
 9   the witnesses since the day he was charged.
10        A.   I have heard --
11        Q.   I said evidence, sir.
12        A.   Well, statements from people can be
13   evidence.  Do you want me to comment on that?
14        Q.   Well, anything that you've put in any
15   reports?
16        A.   I don't write all the reports, so I'm
17   pausing because I'm trying to recall the other
18   reports that I have read.
19        Q.   Sir, what I'm asking you is:  Is there a
20   single page in the 60,000 pages that have been
21   provided to the defense, a single page that says
22   anything about Billy Garcia contacting any witness,
23   threatening any witness or tampering with a single
24   witness in this case since the moment he was
25   charged?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1          A.    I need time to review the reports.

 2          Q.    We're going to be here for a while.

 3                You talked about cooperators.  I want to

 4    talk to you a little bit about people that don't

 5    cooperate.  There are many reasons people don't

 6    cooperate over the years when you've talked to

 7    witnesses; is that right?

 8          A.    Yes.

 9          Q.    Sometimes they don't want to do it because

10    they're guilty?

11          A.    That could be true.

12          Q.    Sometimes they don't want to talk to you

13    because they're afraid of the FBI, like that one

14    juror we heard from.

15          A.    Somebody was afraid of the FBI?

16          Q.    Or police, I think.

17          A.    Perhaps.

18          Q.    Sometimes they do it because they're

19    afraid?

20          A.    Yes.

21          Q.    In this case, did you come across a number

22    of people who were worried about, if they

23    cooperated, that their families would be in danger?

24          A.    Yes.

25          Q.    Then some people -- when we talked about

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

e-mail: info@litsupport.com

1    cooperation, in your years of experience, have you

2    come across people who say they want to cooperate

3    but really what they want to do is shift the blame

4    from themselves to someone else?

5        A.   That's a tough one to answer.  I mean,

6    I've had over the years defendants debrief and

7    minimize their involvement or point fingers at other

8    people.  Those sort of things have happened.

9        Q.   Because they want to get out of their full

10   responsibility?

11       A.   Probably.

12       Q.   Some cooperators will cooperate even

13   though there is a danger to their families; is that

14   right?

15       A.   Yes.

16       Q.   And they'll do so often to get a more

17   lenient sentence for themselves.

18       A.   I believe that that's in their interest,

19   and something that any person in that circumstance

20   hopes for.

21       Q.   So these informants make efforts to

22   cooperate to lower their sentence even though their

23   own family members might be put in danger?

24       A.   The moment they cooperate, that happens.

25       Q.   When we talked yesterday, I believe you

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    indicated that one of the stages of your

2    investigation was to take more of an historical view

3    of the SNM?

4         A.   Yes, sir.

5         Q.   And that was to go out and look at what I

6    think you called cold cases?

7         A.   Yes.

8         Q.   So those would be cases that no entity had

9    ever charged anyone with, a crime?

10        A.   Yes, sir.

11        Q.   Would that also include -- did you also

12   look at cases where the State had actually

13   prosecuted people for those crimes?

14        A.   Yes.

15        Q.   And that's because -- just because the

16   State has prosecuted someone doesn't mean the

17   federal government can't prosecute them, as well?

18        A.   Under the racketeering statutes, I believe

19   that the federal government could also use some of

20   those convictions.

21        Q.   So for example, if someone in the SNM had

22   committed a murder as part of being an SNM member,

23   part of racketeering activities, they could get

24   prosecuted in state court and get one sentence and

25   then federal court and get another sentence?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   Yes.  I mean, it's not that simple.  But
 2   yes, those overt acts need to be within a certain
 3   time period and there are some other restrictions
 4   there.  But generally I certainly looked at all of
 5   that past conduct.
 6        Q.   Right.  Because you weren't looking at it
 7   with the idea that "We can't prosecute because that
 8   person might have already been prosecuted in state
 9   court."
10        A.   I was looking to arrest as many SNM
11   members as I could.
12        Q.   So for example, a guy like Gerald
13   Archuleta -- he's a pretty bad guy; right?
14        A.   Yes.
15        Q.   He's committed some really horrible
16   things.
17        A.   He's committed some murders and other
18   crimes.
19        Q.   And there was some discussion yesterday
20   about how he was only charged with an assault that
21   carried a maximum of three years?
22        A.   Yes, sir, I think because it was the
23   attempt, and that was the maximum.
24        Q.   But you would agree with me that he could
25   have been charged with all those horrible things
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN
&
ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    that he did as an SNM member in federal court with a

2    federal racketeering indictment like the ones these

3    defendants are facing?

4         A.   I was working on a racketeering conspiracy

5    case on Mr. Archuleta, and I personally was working

6    on it, where other instances I'd assigned other

7    agents; we have a team.

8         Q.   If you had your way, he would have faced

9    those charges?

10        A.   I mean, I was -- before I ever spoke with

11   him, I personally was working on his overt acts, and

12   I had a lot of them.

13        Q.   I want to direct your attention basically

14   to the two homicides that happened in 2001, in March

15   of 2001.  When those murders occurred, did the New

16   Mexico State Police investigate those murders?

17        A.   Yes, sir.

18        Q.   Did they collect physical evidence?

19        A.   Yes.

20        Q.   Did they collect biological evidence for

21   DNA testing?

22        A.   Where they could, yes.

23        Q.   Did you find in your -- well, let's back

24   up a little bit.  When you took over the case in

25   March 2015, did you go back and collect all the

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                           Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492                                            FAX (505) 843-9492
                                                                    1-800-669-9492
                                                           e-mail: info@litsupport.com



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1  reports that you could locate concerning the 2001

 2  murders?

 3       A.   Yes.  Not quite then, because we were

 4  working on the -- mitigating the threats to

 5  Marcantel and Santistevan.  But eventually we did,

 6  yes.

 7       Q.   And did you look at the physical evidence

 8  that was collected?

 9       A.   I have.

10       Q.   So you're familiar with what was

11  available?

12       A.   I am.  I'm not prepared for a test on it.

13       Q.   Just let me know, because I'm not trying

14  to trick you here.  If you need any documents, we

15  could provide them.  Just let us know.

16            In your review of those materials, did it

17  appear that the New Mexico corrections officials,

18  namely the gang officers -- they listened to phone

19  calls at the prison to see if they revealed anything

20  that might indicate who had committed the 2001

21  murders?

22       A.   I think they made an attempt.  They also

23  shut the phones off, though, so I think that didn't

24  help that attempt.  But yes.

25       Q.   Well, all the calls -- let's just talk a
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   little bit about this.  When an inmate makes a call
 2   at the prison, it's recorded.
 3        A.   Yes, sir.
 4        Q.   And in New Mexico, that's kept for about
 5   10 years; or it's 10 years, minimum 10 years?
 6             MR. CASTELLANO:  Objection, foundation.
 7        Q.   Are you aware?
 8             THE COURT:  Well, if he knows.
 9        A.   I think presently that's the standard,
10   yes.
11   BY MR. CASTLE:
12        Q.   So in 2001, after the murders happened,
13   it's your understanding that the New Mexico State
14   Police -- or I'm sorry, the Department of
15   Corrections gang officers could go back and listen
16   to see if there were any calls being made out in the
17   days before the murders.
18        A.   They could have done that.
19        Q.   And that's important because often, in
20   your history of investigating these cases, what
21   you'll often find is that inmates that know that a
22   murder is going to occur will call their loved ones
23   and say, for example, "I'm going to be locked down
24   for a while," and things of that nature?
25        A.   I have seen that happen.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.    Because after a murder in prison happens,
 2   I think you already testified they lock everything
 3   down for a while.
 4        A.    Yes.
 5        Q.    And there's no communication out?
 6        A.    Correct.
 7        Q.    There is no commissary that you can buy?
 8        A.    I'm unsure as to that, but everything is
 9   locked down.
10        Q.    And it could be months that they're locked
11   down?
12        A.    I think individual gangs can be locked
13   down that long.  I don't know that the whole
14   facilities, all the inmates, are locked down that
15   long.
16        Q.    Did you find in your review of the
17   materials any evidence that indicated that
18   Mr. Garcia here had made any phone calls that were
19   preserved because they had some evidentiary
20   importance?
21        A.    No.
22        Q.    Does the Department of Corrections also
23   collect mail that inmates -- or copy, I guess, mail
24   that inmates send out to people other than lawyers?
25        A.    Not all the inmates.  Just the STGs they
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                          (505) 843-9494
FAX (505) 843-9492                                                FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1    do.

2        Q.    Okay.   Those are the gangs?

3        A.    Yes.

4        Q.    When you say "STG," that means security

5    threat group.   That's a mouthful for the word

6    "gang."

7        A.    It is.   And to be clear, the security

8    threat groups are the ones that have been

9    documented.   And there is a process where, I'll say,

10   the institution recognizes them as a threat.   And in

11   my experience, STGs are the gangs.

12       Q.    Okay.   So historically, it would be

13   something like the Aryan Brotherhood or -- can you

14   just name a few?

15       A.    The Aryan Brotherhood, the Nazi Lowriders,

16   Black Guerilla Family, Nuestra Familia, SNM, Los

17   Carnales, Surenos.

18       Q.    Going back to the mail, Corrections will

19   copy mail that they think has some kind of

20   suspicious nature to it; is that right?

21       A.    Yes.

22       Q.    And then review it and provide it to

23   investigators if necessary?

24       A.    Yes.

25       Q.    And that's happened?

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                  201 Third NW, Suite 1630
Santa Fe, NM 87501                                           Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 843-9492                                           FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    It has.

 2        Q.    Did the New Mexico Corrections folks also

 3   take photos of the crime scenes and video of the

 4   crime scenes?

 5        A.    I believe the majority of the photo and

 6   video was by the State Police.

 7        Q.    Okay.  By the State Police.  I'm sorry.

 8        A.    Yes, sir.

 9        Q.    Thank you.  In your review of the case of

10   the 2001 murders, did the FBI focus -- or were they

11   interested in the 2001 murders prior to you getting

12   involved?

13        A.    Yes.

14        Q.    And did that start as early as 2001?

15        A.    Yes.

16        Q.    In fact, I think -- correct me if I'm

17   wrong -- the SNM was actually a focus of the FBI as

18   early as 2000?

19        A.    Yes.

20        Q.    It might have even been earlier?

21        A.    I imagine that -- I'd like to think the

22   Bureau started looking at them after the riot.  I

23   just don't have files that old.

24        Q.    We all throw things out sometime.

25        A.    Yes.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1       Q.    Did the FBI agents before you -- are you

2   aware that they interviewed some sources as early as

3   2001 about the 2001 murders?

4       A.    Yes.

5       Q.    And did they work with state and local law

6   enforcement to investigate these murders through the

7   years?

8       A.    Through the years, yes.

9       Q.    It was kind of an on-and-off thing?

10      A.    I mean, I'm going to be terribly critical

11  of my colleagues, but I don't believe the SNM was

12  adequately worked until Agent Roundy started working

13  it in about 2008.

14      Q.    Let's talk about the 2001 murders

15  specifically.  Has the FBI developed any new

16  forensic evidence since you took over concerning the

17  2001 murders?  What I mean by that is, evidence

18  collected from the crime scene that might point

19  towards who did it.

20      A.    No.  Information or items that have been

21  sent to a lab cannot then be sent to the FBI Lab.

22  But to answer your question pointedly, no.

23      Q.    Are you aware, at least in your

24  investigation, that in late 2001, after a thorough

25  review of the evidence, that District Attorney

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   Susana Martinez --

2            MR. CASTELLANO:  Objection, Your Honor.

3   May we approach.

4            THE COURT:  You may.

5            (The following proceedings were held at

6   the bench.)

7            MR. CASTELLANO:  The objection is hearsay.

8   Defense counsel is attempting to elicit statements

9   made by another person or another office, and so

10  that information is not admissible hearsay.  It's

11  also not relevant.

12           MR. CASTLE:  I'm offering it for a

13  nonhearsay purpose, to show why the FBI took over

14  the investigation, Your Honor, because the State was

15  declining.

16           MR. CASTELLANO:  And took over the

17  investigation at what point?  Obviously there was a

18  critical look at this.

19           THE COURT:  Well, do we need to go into

20  great detail about it?  Can you just lead him and I

21  instruct the jury they're not to consider it for the

22  truth of the matter, but they are to consider it for

23  why the FBI took that over?

24           MR. CASTLE:  That's fine.

25           THE COURT:  Just lead him and get through

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1   it quickly.
 2              MR. CASTELLANO:  Defendants' Exhibit, the
 3   declination letter, if they move to admit that
 4   letter, I'll be objecting on hearsay, as well.
 5              MR. CASTLE:  I'm not offering it.
 6              (The following proceedings were held in
 7   open court.)
 8              THE COURT:  You're going to hear Mr. Acee
 9   talk about some statements that were made by a third
10   party.  You're not to consider them for the truth of
11   the matter, but you can consider them for the
12   reasons that the FBI took over the investigation.
13   So that's how you can consider it, but not for the
14   truth of the matter.
15   BY MR. CASTLE:
16        Q.   Agent Acee, do you want me to repeat the
17   question?
18              Is your microphone not working?  Do you
19   want a hand-held mic?  Tom Jones for us older
20   people, or maybe Bruce Springsteen for the
21   middle-aged folks.
22        A.   I don't -- I'm aware that I believe there
23   was a declination by the --
24        Q.   I think, let me -- the parties agree that
25   I had to ask it in a certain way.  So let me just
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  ask it this way.  Are you aware that in 2001, late

2  2001, that then-District Attorney Susana Martinez

3  declined prosecution of the 2001 murders?

4          MR. CASTELLANO:  Objection, Your Honor.

5  That's not the agreement of the parties regarding

6  the question.  And also, it wasn't Susana Martinez.

7          THE COURT:  Well, I'll allow the question.

8  Overruled.

9      A.   That office declined to prosecute.

10  BY MR. CASTLE:

11      Q.   And then through the years, then the FBI

12  was mainly the ones that were focused on the 2001

13  murders?

14      A.   I don't know if the State Police tried to

15  keep it open in their cold case unit, but the FBI --

16  my review of the files is that the FBI showed

17  interest in it and documented aspects of that murder

18  based on the State Police reports and then some

19  informants that they developed.

20      Q.   I think a few minutes ago you said that in

21  2008 FBI Agent Roundy undertook a robust analysis of

22  the 2001 murders?

23      A.   Agent Lance Roundy basically worked alone

24  on that case, in terms of -- he didn't have a team

25  of agents like I'm fortunate to have now.  And he,

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

185

 1   in my opinion, did the best that he could and he put

 2   a lot of work in on it.

 3       Q.    And he worked with a task force.

 4       A.    He was assigned to the Southern New Mexico

 5   gang task force, so he had a gang caseload.

 6       Q.    And are you aware that in 2009, Agent

 7   Roundy presented the 2001 murders to the United

 8   States Attorney's office and that they declined to

 9   prosecute?

10           MR. CASTELLANO:  Objection, calls for

11   hearsay.

12           THE COURT:  Well, the same instruction to

13   the jury.  You can't consider these for the truth of

14   the matters, but you can consider them for why the

15   FBI did what it did and why the U.S. Attorney's

16   Office did what it did.  But that's about it.

17       A.    If I heard you correctly, sir, you said

18   2009?

19   BY MR. CASTLE:

20       Q.    Yes.

21       A.    Do you have the year right?

22       Q.    Well, do you recall testifying about this

23   on February 26 of this year?

24       A.    I testified and answered a lot of your

25   questions over time, but I'm not sure that I'm

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   familiar with the 2009.  I'm familiar with 2015.

 2        Q.   Would it help you to take a look at that

 3   transcript?

 4        A.   Sure.

 5        Q.   Okay.  We'll come back to it.  Do you

 6   recall the following questions and the following

 7   answers?  The question was:  "Because it was tried

 8   in 2009 and it was rejected by the United States

 9   Attorney's Office, wasn't it?"

10             And the answer is:  "Did they want a RICO?

11   I think they were just charging -- trying to charge

12   for a specific couple of homicides."

13             "Question:  But the point being the

14   Department of Justice turned it down."

15             And then your answer was:  "The United

16   States Attorney's Office for the District of New

17   Mexico turned it down."

18             Does that sound familiar?

19        A.   It does.  I just don't know if we're

20   talking about the same thing.

21        Q.   Okay.

22        A.   And I'm not trying to be difficult.  We

23   may not have been understanding each other.

24        Q.   Well, are you thinking of a different

25   time?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    I am.
 2        Q.    Okay.  We'll get to that in a minute.
 3        A.    And I can conduct a review of our files,
 4   too, if you'd like, and be more precise.
 5        Q.    I'd appreciate it.  And I know you've been
 6   cooperative in doing that in the past.
 7        A.    Yes, sir.
 8        Q.    In fact, I think yesterday -- and I thank
 9   you here on the record -- that after I indicated
10   that we didn't have a picture of Mr. Angel Munoz,
11   you found one and sent it to us.
12        A.    I had it in my pocket and I passed it down
13   to the attorneys to try to get to you.
14        Q.    Some people keep keys or wallets in their
15   pockets.  You keep pictures of Angel Munoz.
16        A.    That's weird.  That sounds terrible,
17   but --
18        Q.    No, no.
19        A.    But it's hard to find a photo of him, so I
20   thought it might come up.
21        Q.    Agent Acee, it's just nice to have a laugh
22   every once in a while, isn't it?
23        A.    I agree.
24        Q.    Over the years, the FBI has developed a
25   number of cooperators who I think have been
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1    classified as sources; is that right?

 2         A.   Yes.

 3         Q.   And does that have particular meaning for

 4    the FBI?  What is considered a source?

 5         A.   Everybody can be a source.

 6         Q.   So if an average citizen, for example,

 7    witnesses a crime -- and we'll use the bank robbery

 8    situation again -- they witness a crime and they

 9    stay behind and talk to an FBI agent, that would be

10    considered a source?

11         A.   Yes.

12         Q.   Now, by 2009 would I be correct that the

13    FBI had opened a couple of sources in regards to the

14    2001 murders?

15         A.   Yes.

16         Q.   Now, is opening a source different than

17    just being a source?

18         A.   Definitely.

19         Q.   Okay.  Tell the jury what the difference

20    is.

21         A.   Anybody can be a source, sources of

22    information; they're all over the place.  The

23    newspaper is a source of information.  Opening a

24    source is where the FBI actually goes through the

25    process of formalizing that person as a confidential

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1  human source.  They're given a number and a code
 2  name.
 3       Q.   And that would be someone that's a
 4  cooperator?
 5       A.   The cooperators can be opened or they
 6  don't have to be.  A cooperator is someone who's
 7  agreeing to cooperate with the Government.  That
 8  doesn't necessarily mean the FBI opens them as an
 9  informant.  I often do and did for accounting
10  purposes, better paper-keeping.
11       Q.   So in the bank robbery instance, if the
12  citizen tries to describe who the bank robber is,
13  they wouldn't be opened as a source?
14       A.   Not unless they knew a whole bunch of bank
15  robbers and could solve some other bank robberies.
16  Otherwise, they're just a witness or a source.
17       Q.   On the other hand, if somebody in jail
18  reaches out to the FBI and says, "Hey, I have some
19  information about that bank robbery; I'd like to
20  work with you and get a little love thrown my way,"
21  is that something that might be opened as a source?
22       A.   They could be.
23       Q.   Now, and so the two open sources by that
24  time, in 2009, were Leonard Lujan and Frederico
25  Munoz?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   Correct.

 2        Q.   But you had other sources that were not

 3   opened as sources.

 4        A.   At that time, I was working the Juarez

 5   Cartel.  But the FBI had those two sources open, and

 6   it sounds like -- it looked like, from my review of

 7   the file, that they would sometimes accompany state

 8   or local officers that had sources.

 9        Q.   As far as the witnesses in this case, I'm

10   just going to limit it to the people that the

11   Government has indicated they're going to call.

12        A.   Sure.

13        Q.   A person by the name of Robert Boo-Boo

14   Lovato.  Did he provide information to the FBI in

15   the beginning of 2011?

16        A.   Yes.

17        Q.   And then was current cooperator Leroy

18   Smurf Lucero -- had he provided information to the

19   FBI beginning in 2011, as well?

20        A.   Yes.

21        Q.   And information concerning the 2001

22   murders.

23        A.   Among other things.

24        Q.   Let's talk between March 2015.  That's

25   when you got involved with the SNM investigation?
```



SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                 Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                  FAX (505) 843-9492
                                                              1-800-669-9492
                                                  e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

 1       A.    Yes, sir.

 2       Q.    That was the starting point.

 3       A.    It was.

 4       Q.    That's pretty much taken over your life

 5  since then; would that be fair to say?

 6       A.    Probably both of us.

 7       Q.    Okay.  Well, I wasn't around in March

 8  2015, but --

 9       A.    Yes, it has.

10       Q.    And that was when you started the

11  operation that led to the charges that these

12  defendants are facing?

13       A.    Yes, sir.

14       Q.    And you did that in coordination with the

15  United States Attorney's Office?

16       A.    Yes.

17       Q.    All are under this umbrella that's called

18  the Department of Justice?

19       A.    The FBI and the U.S. Attorney's Office

20  fall under the Department of Justice.

21       Q.    And other agencies, as well?

22       A.    Yes.

23       Q.    Do you know of a person by the name of

24  Jack Burkhead?

25       A.    Yes.



SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                         201 Third NW, Suite 1630
Santa Fe, NM 87501                                 Albuquerque, NM 87102
(505) 989-4949                                             (505) 843-9494
FAX (505) 843-9492                                    FAX (505) 843-9492
                                                          1-800-669-9492
                                              e-mail: info@litsupport.com

1      Q.    And who is he?

2      A.    He's the chief criminal deputy for the

3  United States Attorney's Office for the District of

4  New Mexico.

5      Q.    What is meant by the chief criminal

6  deputy?

7      A.    There is the U.S. Attorney, who is

8  appointed by the president.  He or she has a first

9  assistant, and then they have a chief over the civil

10  branch or the criminal branch.  In this case,

11  Mr. Burkhead is over the criminal branch.

12      Q.    And are you aware that the United States

13  Attorney's Office was presented the 2001 murders for

14  potential indictment by the FBI in 2015?

15      A.    Yes.  I think it was actually presented in

16  '14, but yes.

17      Q.    Okay.  So they presented the information

18  in 2014, but a decision was made in 2015?

19      A.    I think the decision was made almost right

20  away, but it just wasn't documented for a while.

21      Q.    And are you aware that in March 2015,

22  almost the exact time that you were beginning your

23  work, that the United States Attorney's Office

24  reviewed the evidence and declined to prosecute on

25  the 2001 murders?



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1       A.   I did learn that.  I didn't know it at the

2  time I opened my case.  I learned of that about a

3  year later.

4       Q.   I want to show you what's been marked as

5  Defendants' Exhibit Q1.

6            MR. CASTLE:  Sorry.  Human difficulties

7  here, not technical.

8       Q.   I'll show you what's been marked as

9  Defendants' Exhibit Q3.  Will you take a look at

10 that?  Do you know what that exhibit is?

11      A.   Yes.

12      Q.   What is it?

13      A.   It's a letter from the United States

14 Attorney's Office, specifically Mr. Burkhead,

15 addressed to Agent Roundy, who's an FBI agent.  It's

16 what we call declination letters.  It's a letter

17 declining to prosecute the Frank Castillo and

18 Rolando Garza homicides.

19           MR. CASTLE:  Your Honor, at this time I'd

20 move for the admission of Exhibit Q3.

21           THE COURT:  Any objection, Mr. Castellano?

22           MR. CASTELLANO:  No objection, Your Honor.

23           THE COURT:  Any from the defendants?

24           All right.  Defendants' Exhibit Q3 will be

25 admitted into evidence.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              (Defendants' Exhibit Q3 admitted.)

 2              MR. CASTLE:  May I publish that to the

 3   jury?

 4              THE COURT:  You may.

 5   BY MR. CASTLE:

 6       Q.   I'm not sure you can read it all.  You

 7   probably can, because you've got the original over

 8   there.

 9              MR. CASTLE:  With the permission of the

10   Court and counsel, I'm going to go to different

11   sections, and I'd like to have it highlighted, if

12   that's possible, so we could look at it more

13   clearly.

14              THE COURT:  You may.

15   BY MR. CASTLE:

16       Q.   First of all, what's the date of this

17   letter?  Is it March 26, 2015?

18       A.   Yes, sir.

19       Q.   And there is an FBI -- well, does it say

20   it's regarding the Frank Castillo and Rolando Garza

21   homicides?

22       A.   Yes.

23       Q.   And those are the two murders that

24   Mr. Garcia is charged with; right?

25       A.   Counts 1 and 2, yes.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.    Along with some other defendants.  And

2  there is an FBI file number under there.  What is

3  that file?  What is that for?

4    A.    Every investigation the FBI undergoes has

5  a corresponding file number, and that's Agent

6  Roundy's file number for his SNM Gang investigation.

7    Q.    And did you inherit that?

8    A.    I assigned it to Agent Stemo, one of my

9  partners.  But yes, we have.

10    Q.    Now, in the first sentence, does it state,

11  "This letter will serve as notification to you that

12  the United States Attorney's Office is declining

13  prosecution of the above-referenced matter due to

14  insufficient evidence"?  Does it say that?

15    A.    It does.

16    Q.    Then the next line says, "Please notify

17  the appropriate individuals within your agency of

18  our decision."

19    A.    It also says that.

20    Q.    But you didn't get notified; right?

21    A.    No.

22    Q.    Not for a year.

23    A.    I wasn't notified.  I found this letter.

24    Q.    You found this letter about a year later,

25  you said?

SANTA FE OFFICE                                    MAIN OFFICE
119 East Marcy, Suite 110                    201 Third NW, Suite 1630
Santa Fe, NM 87501                           Albuquerque, NM 87102
(505) 989-4949                                    (505) 843-9494
FAX (505) 843-9492                           FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1      A.   Yes, sir, give or take.  Sometime later.

2      Q.   It's not something you documented the date

3  on.  That's not something normally you do, is

4  document when you find something?

5      A.   No.  I'm able -- because of the

6  circumstances of finding it, I'm able to tell you

7  exactly when I found it.  Not as I sit here.  I'd

8  need to review my files.  But I could find out.

9      Q.   I think you testified previously you found

10  it in late 2015 to early 2016?

11      A.   I think early 2016.

12      Q.   2016, I'm sorry.

13      A.   Yes, 2016.

14      Q.   Well, I'm just going to highlight certain

15  parts.  You had an opportunity to review this letter

16  on a couple of occasions before today; is that

17  right?

18      A.   Yes, sir.

19      Q.   The letter indicates, among other things,

20  that, "In particular, as we previously discussed at

21  length a federal prosecution of these homicides

22  would in large part hinge on the testimony of former

23  SNM member Leonard Lujan."

24      A.   You read that correctly.

25      Q.   And when here it says "a large part," that

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   doesn't mean that's the only evidence; it's just

2   that that was a key part of the analysis?

3        A.    At that time, I believe it was.

4        Q.    And it would have been FBI policy that

5   Agent Roundy would have shared anything with the

6   U.S. Attorney's Office that he collected that was

7   relevant to a decision to make -- whether or not to

8   indict the 2001 murders; is that right?

9        A.    No, I mean, it's not policy, the way you

10  stated it.  But if you want the U.S. Attorney's

11  Office to take interest in your case and prosecute

12  it, you should share all the important parts with

13  them.

14       Q.    You don't have any reason to believe that

15  Agent Roundy didn't?

16       A.    No, he was very aggressive about trying to

17  get it prosecuted.

18       Q.    So even though this letter only talks

19  about Leroy Lucero --

20       A.    Leonard Lujan.

21       Q.    What's that?  I'm sorry.  Leonard Lujan.

22  I'll get those confused.  So if you could help me,

23  just because of the double L's, I'd appreciate it.

24       A.    Sure.

25       Q.    Even though this letter talks only about



SANTA FE OFFICE                                                      MAIN OFFICE
119 East Marcy, Suite 110                                  201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                       (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492
                                                                  1-800-669-9492
                                                          e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

198

1   Leonard Lujan, the U.S. Attorney's Office would have

2   had access to the other statements of other

3   individuals such as Freddie Playboy Munoz, Robert

4   Boo-Boo Lovato and Leroy Smurf Lucero?

5      A.   You know, I wasn't present for this, and

6   I'm not sure what was represented.  But I'm

7   definitely comfortable saying that Agent Roundy was

8   very passionate about getting this prosecuted.  He

9   was very aggressive about it.  And the fact that

10   this went all the way to Burkhead shows that.

11      Q.   Okay.  The letter also goes on and

12   indicates that based on discussions with AUSA

13   Burkhead, Lujan changed his mind and decided not to

14   cooperate after approximately seven years of

15   cooperation.  Do you see that?

16      A.   I do.

17      Q.   And after you got this letter in your work

18   on this case, did you look to see if there was any

19   documentation in which it was documented that

20   Mr. Lujan had indicated he didn't want to cooperate

21   anymore?

22      A.   I'm not aware of any documentation.  And

23   I've also asked Mr. Lujan about that statement.

24      Q.   And Mr. Lujan told you, no, he's never

25   wavered?



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1        A.    Right.

2        Q.    So Mr. Lujan disputes the accuracy of that

3   statement that's made by Mr. Burkhead?

4        A.    Yes.

5        Q.    The letter also says that Mr. Lujan has a

6   history of malingering.  Do you recall that?

7        A.    The letter does say that.

8        Q.    Now, is malingering kind of a fancy word

9   for saying someone has a history of faking or

10  feigning or exaggerating physical or psychological

11  symptoms for personal gain?

12       A.    Yes.

13       Q.    That's even a fancier explanation of

14  malingering.  But how would you describe

15  malingering?

16       A.    I listened to your definition yesterday

17  and it matches today's.  And I actually learned

18  something new.  I couldn't -- I've never looked up

19  the definition and I wasn't exactly sure what that

20  would have meant.

21       Q.    I think we just got that definition out of

22  that medical report that we got.

23       A.    Yes, sir.

24       Q.    So is that something that we can accept as

25  the definition?

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                           Albuquerque, NM 87102
(505) 989-4949                                                    (505) 843-9494
FAX (505) 843-9492                                          FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    I believe so.

 2        Q.    So when this letter says Mr. Lujan has a

 3   history of malingering, in essence it's a history of

 4   being dishonest, at least in one area of his life?

 5        A.    That's what Mr. Burkhead is writing in

 6   this letter.

 7        Q.    And in your investigation, you have found

 8   that Mr. Lujan has malingered medical conditions

 9   over the years; is that right?

10        A.    He's told me that.

11        Q.    And mental health conditions?

12        A.    Yes.

13        Q.    The letter also indicates that Mr. Lujan

14   had received past consideration for his cooperation.

15   Do you see?

16        A.    I do see that.

17        Q.    And are you aware of what past

18   consideration -- or at least consideration that he

19   had requested and received prior to March of 2015?

20        A.    I think he received -- one time he

21   received $500, if I remember correctly.  I'm

22   assuming that's what he's referring to, because I'm

23   not aware of any other...

24        Q.    Do you know when he received that?

25        A.    I don't.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1        Q.    Do you know who gave it to him?

2        A.    I assume Agent Roundy.  But to be clear,

3   I'm guessing right now.  I'm not certain.

4        Q.    When Mr. Lujan first came forward, it was

5   in 2007; is that right?

6        A.    I think that's -- I'm only hesitating

7   because I assume you want to know when he came

8   forward to any kind of law enforcement.

9        Q.    Right.

10        A.    2007 may have been the earliest.

11        Q.    And that was when he was trying to get, I

12   guess, a better deal for his role in the murder of

13   Felix Martinez?

14        A.    I imagine he was interested in a better

15   deal.  What I'm picturing in my mind is the

16   transcripts from 2007 where he's giving a statement

17   to, I believe, Detective Lewis from the Albuquerque

18   Police Department.

19        Q.    Is that the transcript that I perhaps was

20   quoting from yesterday in my opening statement where

21   he's told that he has to give something more in

22   order to get a better result?

23        A.    Perhaps.

24        Q.    So this statement here in this letter

25   about his request for past consideration could have



SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                     Albuquerque, NM 87102
(505) 989-4949                                                    (505) 843-9494
FAX (505) 843-9492                                          FAX (505) 843-9492
                                                              1-800-669-9492
              PROFESSIONAL COURT                    e-mail: info@litsupport.com
              REPORTING SERVICE

1    been a reference to that, as well?

2         A.   Yes.

3         Q.   Now, it also talks about his demands for

4    future consideration.  Do you see that?

5         A.   Yes.

6         Q.   In your investigation, what was Mr. Lujan

7    requesting to get in the future as some kind of a, I

8    guess, benefit?

9         A.   I'm not sure.

10        Q.   Okay.  You've looked, and you haven't been

11   able to locate information about that?

12        A.   Nothing is jumping out at me as I sit

13   here.

14        Q.   But you don't dispute Mr. Burkhead's

15   statement here that he had not made any demands for

16   future consideration?

17        A.   That appears to be Mr. Burkhead's take on

18   that.  I know that Lujan disagrees with some of

19   this.  And I'm not calling anyone a liar.  I'm not

20   sure --

21        Q.   But this letter was to the FBI; right?

22        A.   Yes.

23        Q.   And the FBI didn't write a letter back

24   saying, "Wait a second, Mr. Burkhead.  There is some

25   stuff in here you need to correct.  This is wrong.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    This is not accurate."

2         A.   FBI agents don't write letters back to the

3    chief criminal deputy telling him where he's wrong.

4         Q.   There is a hierarchy there?

5         A.   There is.  If we want to push back, we

6    have to have the Special Agent in Charge perhaps go

7    over there and talk to them.

8         Q.   So then it goes on, the letter says -- it

9    talks about Mr. Lujan's demands as a quid pro quo.

10   What do you understand that to be?

11        A.   He wants to trade one for one, tit for

12   tat.  But I don't know what that's referring to.

13        Q.   When you received this letter in late

14   2015, early 2016, did you provide a copy of that to

15   the U.S. Attorneys?

16        A.   To be clear, I didn't discover this

17   letter -- it was definitely in 2016.  It couldn't

18   have been in 2015, because the indictments were

19   December of 2015.  So I found the letter in 2016 in

20   response to a defense motion for us, the FBI, or a

21   court order, perhaps, to have the U.S. Attorney's

22   Office, I believe the words were "put eyes and hands

23   on every document."  So myself and other FBI agents

24   loaded up all of our files, brought them to the U.S.

25   Attorney's Office located next door, and provided



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   them to the assistant United States Attorneys on

2   this case.

3        Q.   That was the result of the defense

4   identifying some files that the -- file numbers, I

5   guess, that the FBI had opened on SNM

6   investigations, and provided those to you all;

7   right?

8        A.   I believe that had something to do with

9   it, yes.

10       Q.   So you obtained those files and you, in

11  fact, found more information that was relevant to

12  2001 matters, is that fair to say, including this

13  letter?

14       A.   I don't know if I agree with that.

15  Because I've -- I thought our name search, our

16  various name searches, covered everything; but I

17  don't think anybody asked me what I thought.  So we

18  turned over -- and I think in the discovery one of

19  the reasons there are so many documents is because

20  we have turned certain documents over three times.

21       Q.   Okay.  But in any event, you turned this

22  over to the U.S. Attorney's Office in 2016?

23       A.   Yes, sir.

24       Q.   And you're aware that it wasn't ever given

25  to the defense until approximately two weeks ago,

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                 Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 843-9492                                                 FAX (505) 843-9492
                                                                   1-800-669-9492

PROFESSIONAL COURT
REPORTING SERVICE                                                  e-mail: info@litsupport.com

BEAN
&ASSOCIATES, Inc.

205

1  after the defense had subpoenaed some U.S. Attorneys

2  and issued some subpoenas to produce; is that right?

3      A.   I think you yelled at me a little bit

4  about that a couple of weeks ago in here.

5      Q.   Well, I don't think I yelled at you, but I

6  think we...

7      A.   Fair enough.  You informed me of that with

8  some passion.

9      Q.   Okay.  Everybody has to have some fun.

10          You know, without going through all the

11 letter, you were here for the opening statements; is

12 that right?

13     A.   Yes.

14     Q.   And when we were doing our PowerPoint

15 slides, talking about this letter, and put out some

16 exact quotes, those exact quotes are in this letter;

17 is that right?  You didn't notice anything that was

18 misleading?

19     A.   I think with regard to this letter, those

20 slides were accurate.

21     Q.   Just one thing I do want to highlight.  If

22 we could go to page 2 -- I'm sorry, page 1 -- do you

23 see that Mr. Burkhead wrote, "He is quite simply

24 unusable as a witness," and then he goes on?

25     A.   Yes.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.   Going back to the concept of informants or
2   cooperators, when you're interviewing one of these
3   individuals, is it -- well, if they're trying to
4   leverage their information for a reduced punishment,
5   in that kind of situation, do you interview them
6   differently than, say, as an eyewitness to a crime?
7      A.   Yes.
8      Q.   And when you do so, you're a bit more
9   suspect about the information they're giving you,
10   other than, say, a citizen who is just doing their
11   duty?
12      A.   I treat citizen witnesses and defendants
13   differently in the interview, yes.  I'm more suspect
14   and I'm more confrontational in a defendant
15   interview.
16      Q.   Well, not all these cooperators were
17   defendants; right?  Some of them --
18      A.   At one time or another they were
19   defendants.  But in this case, not -- well, the
20   majority of the cooperators are defendants.  Not
21   all.
22      Q.   Some didn't get charged with a crime at
23   all.
24      A.   Yes.
25      Q.   Like Mr. Griego that we talked about

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                         201 Third NW, Suite 1630
Santa Fe, NM 87501                                 Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                   FAX (505) 843-9492
                                                          1-800-669-9492
                                              e-mail: info@litsupport.com



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1  yesterday.

2       A.   That's the one I was thinking of.

3       Q.   Is it fair to say that when you were

4  interviewing cooperators or informants in this case,

5  that it was in your mind you needed to test their

6  information?

7       A.   I always do.

8       Q.   And in fact, generally speaking -- we're

9  not going to talk about individual informants right

10 now -- but generally speaking, you never fully

11 believe informants, do you?

12      A.   When I sit down at the table with an

13 informant, particularly one that I haven't ever

14 spoken with or I'm still getting to know, I'm very

15 suspect of everything they tell me.

16      Q.   As a matter of fact, I think you've

17 testified before that "I never fully believe

18 informants' statements, I mean, but I write down

19 what they tell me."

20      A.   I have made comments like that in the

21 past.

22      Q.   Sometimes the people that you're dealing

23 with are under the influence of heroin,

24 methamphetamine, or other drugs?

25      A.   As lawyer enforcement officer,



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   unfortunately that's true.
 2       Q.   In fact, I think, if I recall in one of
 3   your interviews with Mr. Boo-Boo Lovato, you
 4   expressed some concern that he might be high on
 5   marijuana at the time he was talking to you.  Do you
 6   recall that?
 7       A.   No.
 8       Q.   We'll probably get to that later.
 9       A.   Was I arresting him?
10       Q.   I'm not sure the report tells me that.
11       A.   Okay.
12       Q.   It doesn't always say that in those
13   reports; right?
14       A.   If I'm arresting somebody, I hope I'm
15   reporting that.
16       Q.   When you would talk to these potential
17   cooperators or informants, you would often tell
18   them, "To the extent that you help me with my
19   investigation, I'll make that known.  If you want to
20   call me as a witness to have your attorney ask me
21   questions about how you helped me, I promise you I
22   will answer all those questions honestly and I'll
23   show up for court for you."
24       A.   Correct.
25       Q.   When you interview somebody that's a
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   potential government witness, one of the things you

 2   want to do is document what they told you, what they

 3   say they know, and why they say they knew it.

 4        A.    Yes.

 5        Q.    And when you do those interviews, you want

 6   to get as much information as possible out of them

 7   before a corrupting influence can affect their

 8   testimony.

 9        A.    I want to get as much information out of

10   anyone I'm talking to in those circumstances.

11        Q.    But it's important to do it before perhaps

12   their story could change from outside sources?

13        A.    That's one reason we want to talk to

14   people early on.

15        Q.    One of the things that you actually used

16   with some of the witnesses in this case is a

17   questionnaire that you had drafted.

18        A.    Yes, sir.

19        Q.    I think there were two different versions

20   of them.

21        A.    There may have been more than two.  As

22   defendants pled, I would oftentimes remove questions

23   pertaining to them.

24        Q.    In those questionnaires, would they be

25   open-ended questions, or would they sometimes
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   include information about a matter you're interested
 2   in?
 3        A.    Both.
 4        Q.    With respect to questionnaires that you
 5   provided to witnesses regarding the 2001 murders,
 6   okay?  I just want to focus on that.  Let me ask
 7   you -- well, if I could show you the relevant
 8   portion, would it refresh your memory what you put
 9   in the questionnaire, at least one of them?
10        A.    If you're going to ask me a lot of
11   questions about it, yes.
12             MR. CASTELLANO:  While he's looking at the
13   document, Your Honor, I'll object to hearsay.  If
14   he's trying to elicit testimony about what someone
15   else told him, we need that person in court and not
16   Agent Acee.  So I have an objection to hearsay.
17             MR. CASTLE:  I'm not asking anything about
18   what the person responded.
19             THE COURT:  Well, I'll let you show it to
20   him and then we'll take it a question at a time.
21             MR. CASTLE:  This is the only copy I have.
22   Is it okay if I stand next to him?
23             THE COURT:  It is.
24   BY MR. CASTLE:
25        Q.    Is that one page of a questionnaire?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        A.    Yes, sir.
 2        Q.    And I don't want you to give any responses
 3   to the questionnaire.  In essence, this is a
 4   questionnaire where you ask questions of a potential
 5   witness and they're supposed to give you a response.
 6   Is that right?
 7        A.    Yes.
 8        Q.    So I don't want you to get into the
 9   response that that person gave.  I want to talk to
10   you just about the questions.  Okay?
11        A.    Okay.
12        Q.    And can you tell us -- I highlighted 4.
13   Are those questions that were asked about the 2001
14   murders?
15        A.    Yes.
16        Q.    And are these the questions that you
17   drafted?
18        A.    Yes.
19        Q.    Can you -- well, let me ask you, when you
20   asked a question and you provide information in that
21   question, is there a concern that then a cooperator
22   might take that information and formulate a story?
23              Let me give you an example.  If I go up to
24   my minor son and I say to him, "You know, son, I
25   want to know what happened with these cookies here.
```

SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                               Albuquerque, NM 87102
(505) 989-4949                                                          (505) 843-9494
FAX (505) 843-9492                                                 FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1    They seem to be gone.  You're not going to be in

2    trouble if you tell me it was your sister."

3              Under that scenario, it might give my son

4    an idea that it's okay to blame my sister; right?

5    Blame the sister?

6         A.   It could, yes.

7         Q.   So let me ask you what was in the

8    questionnaire about the 2001 murders that was

9    provided to some of the cooperators in this case?

10        A.   Do you want me to read it?

11        Q.   Yes, if you could?

12        A.   Question number 96.  "Francisco Castillo,

13   a/k/a Pancho, was murdered in 2001 at the Southern

14   New Mexico Correctional Facility by Angel DeLeon,

15   Joe Lawrence Gallegos, Edward Troup, Leonard Lujan,

16   and Billy Garcia.  Why was Castillo killed?"

17        Q.   Okay.  Let's stop with that one.

18             THE COURT:  Mr. Castle, would this be a

19   good time for us to take our break?  I need to let

20   Ms. Bean rest because we started early in here.  Is

21   that okay?

22             MR. CASTLE:  That would be good.  Can I

23   ask -- let me ask one question.

24             THE COURT:  You may.

25

SANTA FE OFFICE                                                      MAIN OFFICE
119 East Marcy, Suite 110                                            201 Third NW, Suite 1630
Santa Fe, NM 87501                                                   Albuquerque, NM 87102
(505) 989-4949                                                       (505) 843-9494
FAX (505) 843-9492                                                   FAX (505) 843-9492
                                                                     1-800-669-9492
                                                                     e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1  BY MR. CASTLE:
 2       Q.   Why didn't you just say, "Do you know
 3  anything about the 2001 murders," instead of telling
 4  the witness that these men are guilty?
 5       A.   There are too many murders in the SNM.
 6  I've got to be more specific.
 7       Q.   You couldn't just have said "the 2001
 8  murders of Orlando Garza and Frank Castillo at
 9  Southern New Mexico Correctional Facility"?
10       A.   I'm sure there is a dozen different ways I
11  could word the question.
12            MR. CASTLE:  Thank you, Judge.
13            THE COURT:  All right.  We're going to be
14  taking our first morning break during the trial, at
15  least the evidentiary portion of the trial, so I'm
16  going to remind you of a few things that are
17  especially important.
18            Until the trial is completed, you're not
19  to discuss this case with anyone, whether it's
20  members of your family, people involved in the
21  trial, or anyone else.  And that includes your
22  fellow jurors.
23            If anyone approaches you and tries to
24  discuss the trial with you, please let me know about
25  it immediately.  Also you must not read or listen to
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                      201 Third NW, Suite 1630
Santa Fe, NM 87501                                             Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                             FAX (505) 843-9492
                                                                 1-800-669-9492
                                                          e-mail: info@litsupport.com



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1   any news reports of the trial.  Don't get on the

2   internet and do any research for purposes of this

3   case.

4               And finally, remember that you must not

5   talk about anything with any person who is involved

6   in the trial, even if it doesn't have anything to do

7   with the trial.  If you need to speak with me,

8   simply give a note to one of the court security

9   officers or Ms. Bevel.

10              I'll probably repeat these a little bit

11  today and then we'll begin to tail off.  But do keep

12  them in mind each time we take a break.

13              All right.  We'll be in recess for about

14  15 minutes.  All rise.

15              (The jury left the courtroom.)

16              THE COURT:  All right.  We'll be in recess

17  for about 15 minutes.

18              (The Court stood in recess.)

19              THE COURT:  All right.  I'm looking around

20  the room.  I know the marshals want to feed the

21  defendants something special today, so I need to

22  determine a lunch break.  Ms. Armijo was wanting to

23  do something with the taint team.  If we can get

24  started right now, if we can get the jurors lined up

25  and brought in, then we can have a lunch break at

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    11:30 and take an early lunch.  Or we could take a

2    break and do what we did in the prior trial and run

3    it to about 1:15, take a late lunch, and make the

4    afternoon shorter.  But I do need to let the

5    marshals know for certain now.  Any preferences from

6    the Government?

7              MR. BECK:  Late.

8              MS. ARMIJO:  Late.

9              THE COURT:  Do you want to do that?

10             MR. CASTLE:  My suggestion is we have

11   Ms. Bevel inquire what the jury wants to do.  I'm

12   more concerned if some of them get low blood sugar

13   and they can't listen; or if they want to go late, I

14   think we --

15             THE COURT:  All right.  We'll go ask them

16   real quick and then I'll tell the marshals when they

17   come in.

18             One of the jurors had a question.  Do you

19   remember which juror it was, Ms. Bevel?

20             One of the men said -- try to get the

21   name, so we can connect it.  But it says, "5K term

22   for reduced sentence.  Does this state how much

23   or" -- I can't read it.  It's not the size.  It's

24   just the handwriting.  "Or is it wide open,

25   including dismissal?"  And then, "Two, does the

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    defense pay for the testimony of an expert witness?"

2              I'll mark this as Exhibit -- I'll give you

3    the exhibit number at the break.  But if y'all want

4    to look at it, I'm not a very good reader of his

5    handwriting.  So I'll put it right there on the

6    bench.  Y'all may want to work that in.  If you want

7    me to do anything with it, I will.

8              What were you thinking, Ms. Armijo, about

9    the taint team?

10             MS. ARMIJO:  Oh, yes, yes, yes.

11             THE COURT:  Do you want to maybe -- are

12   they ready?  They're lining up?

13             I'm thinking about maybe what we'll do is

14   take it up at lunchtime and then you'll tell me how

15   long it's going to take with the taint team.

16             MS. ARMIJO:  It's not a question.  It's --

17   he had a question of the Court that he provided to

18   all of us.  And Mr. Eicker has documents that he

19   wants the Court to review from three defendants, and

20   he wants to know how to get them to the Court.

21   That's the only issue.

22             THE COURT:  So everybody just wants me to

23   do this?  Okay.  It looks like everybody is in

24   agreement.  If you just want to have him bring them

25   over and hand them to --

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1            MS. ARMIJO:  He's in Albuquerque.

2            THE CLERK:  Can he email --

3            MS. ARMIJO:  I'll ask maybe first if he

4  can email them, and then provide them to Ms. Bevel,

5  if that will work.

6            THE COURT:  That will work.

7            MS. ARMIJO:  And if it's too voluminous,

8  Fed Exing it.

9            THE COURT:  Well, I'm going to be back in

10 the office, so if it's not urgent, then he can take

11 them over to the office today, and I'll be back in

12 the office tomorrow.

13           MS. ARMIJO:  That's true.  Okay.

14           THE COURT:  This is David Skousen, juror

15 number 7, on the front row.  So he's three in from

16 your left.

17           And they like the later lunch.  So let's

18 see where we are.  Why don't we plan on -- here's

19 what we'll do.  We'll take an 11:45 break, then

20 we'll start again at noon, and then we'll go 1:30,

21 we'll take a 1:30 break, and we'll do it an hour,

22 and that will give the men a chance to enjoy their

23 lunch, get the marshals.  Is that what you need from

24 me?  Is that good?  Okay.

25           MR. BURKE:  Do you mind if I look at the
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

218

```
 1  note?
 2            THE COURT:  No.  All rise.  Clerk's
 3  Exhibit A.  I'll mark it.
 4            (The jury entered the courtroom.)
 5            THE COURT:  All right.  Everyone be
 6  seated.
 7            All right.  So I understand we've opted
 8  for a little later lunch.  So we're going to go to
 9  about 11:45, we'll take about a 15-minute break, and
10  then we'll go another hour and a half and then let
11  you go for a late lunch.  Probably get in and out of
12  restaurants pretty well, and it will make for a
13  shorter afternoon.  I've done this with jurors
14  before, and they seem to enjoy it.  We'll pick and
15  choose and see how it goes.
16            All right, Mr. Acee, I'll remind you that
17  you're still under oath.
18            And Mr. Castle, if you wish to continue
19  your cross-examination of Mr. Acee, you may do so at
20  this time.
21  BY MR. CASTLE:
22       Q.   Agent Acee, can you read the second
23  paragraph that deals with the 2001 murders?
24       A.   The next question?
25       Q.   Yeah, I'm sorry.
```




SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1       A.   97?  "Did Angel DeLeon, Joe Lawrence

2  Gallegos, Edward Troup, Leonard Lujan, or Billy

3  Garcia ever talk to you about the murder?  If yes,

4  what did they say?"

5       Q.   Can you read the next question?

6       A.   Number 98.  "Rolando Garza, a/k/a Looney,

7  was killed in 2001 at the Southern New Mexico

8  Correctional Facility by Leonard Lujan, Eugene

9  Martinez, Allen Patterson, Christopher Chavez, and

10 Billy Garcia.  Why was Garza killed?"

11      Q.   Does it have LC there?  I'm sorry.

12      A.   No, I think that's the answer.

13      Q.   Sorry.  And then again number 99?

14      A.   "Did Leonard Lujan, Eugene Martinez, Allen

15 Patterson, Christopher Chavez, or Billy Garcia ever

16 talk to you about the murder?  If yes, what did they

17 say?"

18      Q.   Were the cooperators that were provided

19 these questionnaires -- did you tell them to rush

20 through these questionnaires or take their time

21 or --

22      A.   No.  And in most cases, the cooperators

23 weren't provided with them.  The agents doing the

24 interview were provided with them.  In some

25 instances -- I can think of one -- a cooperator was

SANTA FE OFFICE                                           MAIN OFFICE
119 East Marcy, Suite 110                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                Albuquerque, NM 87102
(505) 989-4949                                            (505) 843-9494
FAX (505) 843-9492                                   FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE
1-800-669-9492
e-mail: info@litsupport.com

```
1    rushed for time.  With his attorney's permission, we

2    gave him the questionnaire, and then the

3    questionnaire went back to the attorney and then to

4    us.

5         Q.    And who was that?

6         A.    Frederico Munoz.

7         Q.    I wanted to clear up some stuff that we

8    talked about earlier.  The 5K1.1 motion.

9         A.    Yes, sir.

10        Q.    In your experience, what happens is that

11   the U.S. Attorney will file one saying that

12   essentially this individual who is facing sentencing

13   cooperated; is that right?

14        A.    More or less, yes.

15        Q.    And they can request the judge to reduce

16   the sentence by a percentage, by a number of months,

17   or any number of things; that's up to their

18   discretion on what they request the judge to do?

19        A.    You know, to be clear, I'm not part of

20   that process.  I'm aware of the 5K process, that it

21   exists, but I don't know it that well.

22        Q.    Okay.  So this is probably a question we

23   should ask someone else?

24        A.    Yes, sir.

25        Q.    Okay.  And then in respect to the defense
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                     201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                       (505) 843-9494
FAX (505) 843-9492                                          FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1  paying witnesses, I think I'd asked you some

2  questions about whether or not we're allowed to pay

3  a witness who wants to cooperate with us.  We are

4  allowed to pay an hourly fee to experts that are for

5  the defense; is that right?

6      A.   I believe so.

7      Q.   So that would be the exception to that;

8  there is nothing wrong with that?

9      A.   It's a lawful exception, yes.

10      Q.   And I think also you indicated that most

11  of the cooperators got around, what was it, $500

12  or --

13      A.   A month, the average is about $50 a month.

14      Q.   For a total of what, total?

15      A.   It depends on the person.  I mean, some

16  cooperators cooperated early on; others dropped out

17  just before going to trial.  So it kind of depends.

18      Q.   Are you aware that the defense requested

19  in the last week that we get an updated list of how

20  much these cooperators that are testifying in this

21  case were paid?

22      A.   Yes, and that request filtered down to me

23  and I asked Agent Nancy Stemo to compile those

24  numbers.

25      Q.   And did you get to take a look at it

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  because it's hot off the presses, essentially?

2       A.   I think I saw her draft, yes.

3       Q.   So is Mario Montoya someone who is listed

4  to testify in this trial?

5       A.   Yes.

6       Q.   And he has gotten a total of $10,428.76?

7  Does that sound right?

8       A.   Yes.

9       Q.   And part of it is for what they call CHS

10 services (payments).  What does that mean?

11      A.   So we're able to make -- this is going to

12 come down to an administrative issue.  We're able to

13 make a request.  We are able to make a request --

14 we, the FBI agents that have these sources are able

15 to request fundings under CHS services, and that has

16 a drop-down menu with a lot of options we can

17 choose -- or CHS expenses.  So if a source had to

18 travel to a meeting somewhere to meet with targets

19 of the investigation and they had to buy a plane

20 ticket and stay in a hotel, they could come back and

21 give us receipts and we would reimburse them for

22 that.  Those are the two categories.

23      Q.   So the payments are not for expenses

24 related to being a witness; they're just a payment.

25      A.   Well, I don't know.  I mean, I like to

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  just give you a total amount of U.S. dollars

2  attributed to this person.

3      Q.   Well, with Mr. Montoya -- we'll just use

4  him as an example.  It says here he got $5,200 for

5  CHS services payments.  What was that for?

6      A.   There's a few things there.  It might help

7  me to look at the breakdown.

8      Q.   Oh, yeah.  I'll just stand here, too, if

9  you don't mind.

10         Okay.  So he has different categories

11  here.  He has $5,200 in payments; right?

12      A.   Under CHS services, yes.

13      Q.   Okay.  And what would that be for?

14      A.   That's going to be largely his relocation,

15  money, cash, that allowed him to relocate out of

16  state.

17      Q.   Then you have a couple other areas.  It

18  indicates you paid $2,970 for trade school?

19      A.   Yes.  I sent him to a school to get a

20  specific license so he could be employed in the new

21  state that we relocated him to.

22      Q.   So a total of $10,428.76; right?

23      A.   Yes.

24      Q.   Then with Gerald Archuleta -- Grandma I

25  think is his nickname.

SANTA FE OFFICE                                    MAIN OFFICE
119 East Marcy, Suite 110                    201 Third NW, Suite 1630
Santa Fe, NM 87501                            Albuquerque, NM 87102
(505) 989-4949                                      (505) 843-9494
FAX (505) 843-9492                              FAX (505) 843-9492
                                                  1-800-669-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

e-mail: info@litsupport.com

1      A.    More commonly known as Styx, but that is

2  one of his names.

3      Q.    Okay.   Styx, Grandma, whatever.

4      A.    Styx.

5      Q.    On this document it calls him Grandma;

6  right?

7      A.    I think so, yes.

8      Q.    Okay.   That's the only reason I used it.

9  And he's been in prison the whole time when his

10  payments were made; right?

11      A.    Yes.

12      Q.    Did he receive $2,399.62 in payments?

13      A.    Yes.

14      Q.    Javier Alonso, $909.65.   Do you want me to

15  come up there so you can just confirm it?   Unless

16  you have an amazing -- you're Rain Man here.

17      A.    I need you to turn the page.

18      Q.    All right.   Javier Alonso, $909.65?

19      A.    Yes.

20      Q.    Benjamin Clark got payments in total of

21  $750?

22      A.    Yes.

23      Q.    And he's also a person that's in custody;

24  not someone on the streets?

25      A.    Yes.

SANTA FE OFFICE                                            MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                     FAX (505) 843-9492
                                                          1-800-669-9492
                                                    e-mail: info@litsupport.com



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
1       Q.    And then Billy Cordova got $950; is that
2  right?
3       A.    Yes.
4       Q.    Ruben Hernandez, another $950?
5       A.    Yes.
6       Q.    Leonard Lujan $1,950?
7       A.    Yes.
8       Q.    And that's, again, not for moving or
9  anything like that.  It's just --
10      A.    He's been in custody the whole time.
11      Q.    Eugene Martinez, $970.41?
12      A.    Yes.
13      Q.    Now, he was a defendant for a while;
14 right?  Eugene Martinez?  A charged defendant before
15 he cooperated; right?
16      A.    Yes.
17      Q.    Were any of these payments to Mr. Martinez
18 made before he took a deal and started to cooperate?
19      A.    No, with the exception of the reason you
20 have such a funny number there, the 41 cents, is
21 when a potential cooperator would come and meet --
22 we call it, like, a meet-and-greet; they come with
23 their attorney to a meeting, and we would talk to
24 them and they may or may not decide to cooperate.
25 If we bought them lunch, I put that receipt in
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492                                            FAX (505) 843-9492
                                                                      1-800-669-9492
                                                              e-mail: info@litsupport.com



```
 1   there, too.  So sometimes you'll have these funny

 2   numbers.

 3       Q.    Government accounting; right?  You've got

 4   to account for everything?

 5       A.    Yeah, when you're paying out-of-pocket.

 6       Q.    Robert Baby Rob Martinez has gotten

 7   $3,709.26; is that right?

 8       A.    Yes.

 9       Q.    In either money on his books or lunch.

10       A.    Correct.

11       Q.    Is Roy Martinez going to testify, to your

12   knowledge?

13       A.    Yes.

14       Q.    Okay.  He got $1,650 in payments?

15       A.    Yes.

16       Q.    Timothy Martinez, who is going to testify,

17   got $1,362.86 in payments?

18       A.    Yes.

19       Q.    Manuel Jacob Armijo got $500 in payments?

20   Big Jake?

21       A.    Yes.  He just got that after he testified

22   in the first trial for security cameras.

23           MR. SINDEL:  Your Honor, I'm going to

24   object to any other trial but this one here.

25           THE COURT:  All right.  Unless you're
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  asked about any other trial specifically, give the

2  lawyers an opportunity to object.  So don't bring it

3  up on your own.  If the attorneys ask, then it will

4  give them a chance to object.

5          MR. SINDEL:  I'd ask that the jury be

6  instructed to disregard that last statement.

7          THE COURT:  If it's all right with

8  Mr. Castle.

9          MR. CASTLE:  That's fine.

10         THE COURT:  So I'll instruct the jury to

11 disregard the comments about other trials that were

12 just made.

13 BY MR. CASTLE:

14     Q.   Frederico, code name Gladiator, was given

15 $2,209.26.

16     A.   Yes.

17     Q.   Did he get to pick that name?

18     A.   No.  The agent that initially opened him

19 chose that name.

20     Q.   I'm just curious, because I think he gave

21 himself the nickname of Sun Tzu, right, at one

22 point?

23     A.   I think so.

24     Q.   And that is somebody who wrote a book on

25 the art of war?



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    A.   Yes.

2    Q.   So I was just wondering if Gladiator was

3  derived from his desire to be considered a master of

4  the art of war.

5    A.   Some agents, when they open up an

6  informant, will ask -- well, they'll explain, "Hey,

7  you need a code name.  Pick one.  But it's got to be

8  one that wasn't used before by the office."

9    Q.   Sometimes they have a sense of humor, too;

10  right?

11    A.   They do, yeah.

12    Q.   Okay.  Paul Rivera has $1,650 in payments?

13    A.   Yes.

14    Q.   Sammy Griego, code name Sandman, was given

15  $15,199.64 in payments; right?

16    A.   Yes.

17    Q.   John Montano.  Is he a witness?

18    A.   I believe he is.

19    Q.   It may be for a count I'm not here on, but

20  he got $1,150; is that right?

21    A.   Yes.

22    Q.   Fred Quintana.  He's in custody; right?

23    A.   He is.

24    Q.   And he's received $5,434.23 in payments?

25    A.   Yes.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   And then Mario Rodriguez, $507 plus
 2   change?
 3        A.   Yes.
 4        Q.   Lawrence Torres, another $650; is that
 5   right?
 6        A.   Yes.
 7        Q.   Robert Boo-Boo Lovato, $1,750 and some
 8   change?
 9        A.   Yes.
10        Q.   And then Leroy Lucero, $7,872.90; is that
11   right?
12        A.   Yes.
13        Q.   Can you think of any cooperator who hasn't
14   been given any cash, at least for this trial?
15        A.   I can think of one right off the top of my
16   head.  There have been a couple.  I'd need more time
17   to --
18        Q.   That's fine.
19             The FBI rules actually allow for the FBI
20   to give a lump sum payment to a witness -- a
21   cooperator after they're done with their
22   cooperation, including testifying and things like
23   that.  The rules allow for a lump sum to be given to
24   someone; right?
25        A.   Yes.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1      Q.   And is there a limit on the amount that
 2  can be given to someone?
 3      A.   There is a limit that I can approve, but I
 4  think in terrorism cases there's been a million
 5  dollars given before, I've heard of.
 6      Q.   When you sit down with a potential
 7  cooperator, do you approach those interviews in a
 8  methodical and organized manner?
 9      A.   I try to.
10      Q.   That's one of the reasons for that
11  questionnaire; right?
12      A.   Yes.
13      Q.   It's to be able to -- and correct me if
14  I'm wrong.  That questionnaire will have questions
15  about every possible homicide that you're -- or a
16  lot of them, I guess, that you're investigating;
17  right?
18      A.   And it ends with any other ones I haven't
19  mentioned.
20      Q.   Right.  So you open it up and say, "Look,
21  if I haven't mentioned some and you know something,
22  tell me about it"; right?
23      A.   Yes.
24      Q.   Including ones that -- crimes that those
25  cooperators were involved in?



SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                Albuquerque, NM 87102
(505) 989-4949                                            (505) 843-9494
FAX (505) 843-9492                                   FAX (505) 843-9492
                                                       1-800-669-9492
                                               e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1      A.   Yes.  And that's when I started revising

2   the questionnaire to shorten it.  Because I think

3   the first version is over 300 questions.

4      Q.   Okay.

5      A.   And then over time, to make the -- because

6   it was taking us about four hours to go through the

7   questionnaire.  So we started shortening it.

8      Q.   I guess it can be pretty annoying when

9   someone has 300 questions.  Sorry.

10      A.   I haven't been counting.  Have we gotten

11   there yet?

12      Q.   I don't think the numbering system worked

13   that well.

14          When you're talking to a cooperator about

15   a murder, let's say, a generic murder, and they're

16   telling you, for example, "Oh, this guy admitted to

17   me that he committed the crime," okay, are you

18   trying to see if that person, the cooperator, knows

19   some fact that only the perpetrator could have told

20   them?  Is that an important thing to look for?

21      A.   Yes.

22      Q.   Because sometimes the facts of a murder

23   case might be known in the newspapers.  That's one

24   thing.

25      A.   Sure.

SANTA FE OFFICE                                           MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                    FAX (505) 843-9492
                                                           1-800-669-9492
                                                 e-mail: info@litsupport.com



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1      Q.    Or it might have been part of gossip or

2  the rumor mill; right?

3      A.    Yes.

4      Q.    And it might be something that perhaps

5  they read on a questionnaire, a fact they read on a

6  questionnaire?

7      A.    If they were provided the questionnaire,

8  then yes.

9      Q.    So it would be important in your work to

10  evaluate whether that statement some cooperator says

11  another person made -- is whether it includes some

12  kind of unique fact that only the perpetrator could

13  have known.  That's at least an important factor?

14      A.    That's useful, if that circumstance

15  exists.

16      Q.    After you interview a witness, is there --

17  did you write down what they say in a report?

18      A.    Yes.  I write notes, and then I go back

19  and write a report.

20      Q.    And it's a -- FBI, being a federal agency,

21  they have a form for that; right?

22      A.    For the report itself?

23      Q.    Yes.

24      A.    Yes.

25      Q.    What's that called?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1     A.   It's an FD-302.  We usually refer to them

2  as 302s.

3     Q.   So when people are talking about 302s in

4  this case, it's a short term for a witness

5  statement?

6     A.   An FBI 302 is a report written by an FBI

7  agent.  It could be about a witness statement; it

8  could be about almost anything.

9     Q.   And those reports are done after the

10  interview is over?

11     A.   Yes.

12     Q.   And they're based upon some notes you

13  take?

14     A.   Yes.

15     Q.   And then do you just put in the report

16  what's on the notes, or do you put what's on the

17  notes plus you elaborate?

18     A.   I generally start writing my report based

19  on my memory, and I have my notes next to the

20  keyboard as I'm doing it, to make sure I'm covering

21  everything.

22     Q.   Do you leave out things that are in your

23  notes in the report?

24     A.   Yes.  I thought of something right off the

25  top of my head.  I oftentimes, specific to this

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN &
ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  case, I'm asking about their family members or

2  something, and I wouldn't put that kind of thing in

3  a report generally.

4       Q.   So that would be -- because it's not

5  relevant to the inquiry, and it might have a safety

6  issue there?

7       A.   More of a safety issue.

8       Q.   Okay.  But if it's something important

9  that one of the witnesses is saying and you have

10 notes on that, you'll put that in the report?

11      A.   Yes.

12      Q.   That's important to do because the report

13 usually is the only thing that goes out to the U.S.

14 Attorneys and the defense lawyers; right?  The final

15 report?

16      A.   Yes.

17      Q.   But in this case, we asked for the notes,

18 the handwritten notes, and those were recently

19 provided; is that right?

20      A.   Ongoing, yes.  I think I have some for you

21 all today, too.

22      Q.   I guess I know what I'm doing tonight.

23           It's important to do those reports

24 thoroughly because it's an official document about

25 what that witness told you at that particular point

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                        201 Third NW, Suite 1630
Santa Fe, NM 87501                               Albuquerque, NM 87102
(505) 989-4949                                          (505) 843-9494
FAX (505) 843-9492                                 FAX (505) 843-9492
                                                     1-800-669-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE                    e-mail: info@litsupport.com

1   in time?

2       A.   Yes.

3       Q.   And it's important because later, a

4   prosecutor or defense lawyer who is questioning you,

5   or even a judge that might question you, can say to

6   you, "This is what he said on this date or what he

7   didn't say on this date"; right?

8       A.   Yes.

9       Q.   I want to talk to you about an interview

10  you did with Eugene Martinez.

11      A.   Okay.

12      Q.   The first interview with him was on May 5,

13  2017; is that right?

14      A.   I'd have to look at the report.

15      Q.   Okay.  Let me show you the report.

16      A.   So it looks like he debriefed with us on

17  May 3, May 5, and May 17.

18      Q.   Okay.  So this would have been a report

19  that kind of accumulated all the statements he made

20  in those three days?

21      A.   Yes, sir.

22      Q.   I want you to take a look now at your

23  handwritten notes that we were recently produced on

24  that interview.  I think those were produced on

25  March 28 of this year.  Does that sound about right?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    Yes.
 2        Q.    Is that big enough for you?  It's not big
 3   enough for me.  Do you want me to make it a little
 4   bigger?
 5        A.    Sure.
 6        Q.    Neither of us are 26 years old, so we have
 7   to make it bigger.  Are those your handwritten
 8   notes?
 9        A.    Yes.
10        Q.    And do you see these are handwritten notes
11   of your interview with Mr. Eugene Martinez?  Do you
12   see that?
13        A.    They're definitely my notes.
14        Q.    Do you want me to scroll up?
15        A.    Sure.  If you could put it in the center
16   of the paper, page 1, who I'm talking to.  May 5.
17        Q.    Now, in here you have Mr. Eugene Martinez
18   saying that?
19             MR. CASTELLANO:  Objection, hearsay, Your
20   Honor.
21             MR. CASTLE:  I'm not offering it for the
22   truth of the matter asserted, Your Honor.  I'm
23   trying to show --
24             THE COURT:  What are you trying to offer
25   it for?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1            MR. CASTLE:  I'm just showing that the
 2   written reports -- the typewritten reports that have
 3   been provided to the defense and the Government do
 4   not contain critical information that's in their
 5   handwritten notes, and that goes to the quality of
 6   the investigation.
 7            THE COURT:  I think you can probably ask
 8   that question without us having to get the express
 9   information.
10            MR. CASTLE:  Well, Judge, I'm sorry.  The
11   reason I think it's important to go to the express
12   information is if it's just something that's
13   completely irrelevant, like a family's address or
14   something small, little matter, there might be --
15   you know, everyone can miss that.  But if it's
16   something that's very important, then it should be
17   in the report.
18            THE COURT:  Well, ask him some questions
19   along those lines.  Let's see if we can get it
20   without having actual statements go in front of the
21   jury that I have to tell them to disregard for the
22   truth.
23            MR. CASTLE:  Okay.  And I'll just ask
24   those statements from the actual witness, then.
25
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   BY MR. CASTLE:

 2        Q.   Do you see there's a little box here, this

 3   area right here?

 4        A.   Yes.

 5        Q.   And that's some information generally -- I

 6   don't want to get into specifics -- but it's some

 7   information that Eugene Martinez is providing

 8   concerning a witness by the name of Leonard Lujan;

 9   is that right?

10        A.   Yes.

11        Q.   And it's some pretty impactful

12   information; would that be fair to say?  It's

13   something serious.

14        A.   It could be.

15        Q.   And it's something that, without getting

16   into the exact language, is something about Leonard

17   Lujan that he never shared with you; that Leonard

18   Lujan never shared with you?

19        A.   No.

20        Q.   I mean, is that right?  He never -- this

21   information is something that Eugene Martinez is

22   telling you about Leonard Lujan that Leonard Lujan

23   never shared with you.

24        A.   Correct.

25        Q.   Okay.  And that information was left out
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   of your typewritten report.  Do you recall that?

 2        A.   I don't.

 3        Q.   Do you want to take a look at that?  And

 4   you can scroll, take a look.  Do you want me to make

 5   that bigger again?

 6        A.   This is fine.

 7             MR. BENJAMIN:  Your Honor, may I ask for

 8   the Bates No. that Mr. Castle is referring to?

 9             MR. CASTLE:  The report is 42800, and the

10   handwritten notes are at 61425.

11        A.   Yes.

12             MR. BENJAMIN:  Thank you.

13        A.   I can probably do a word search for that

14   word.

15   BY MR. CASTLE:

16        Q.   That's fine.  As long as we don't lose the

17   computer in the process.  Maybe I can do this

18   quicker.  If it is in the report, the Government can

19   ask you that and show it to you on redirect, so

20   we'll save some time.

21        A.   Sure.  I'm sorry.

22        Q.   That's all right.  But in the meantime,

23   you accept my representation that it's not in the

24   report?

25        A.   I will.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.    Somebody just made a reference to some

2   term called Bates stamp, a Bates number.  That's

3   just a numbering system that lawyers and doctors use

4   to number pages so that they know what page they're

5   on; is that right?

6      A.    Yes.

7      Q.    And there was a company that used to make

8   a manual machine that would advance a number and

9   you'd stamp each paper.  But now we have computers

10  to do it; right?

11     A.    Yes.

12     Q.    So that report, we heard, was somewhere in

13  the 40,000 range; is that right?

14     A.    I thought it was 80.  Was it 40?

15     Q.    The printer report was the 40,000 page

16  range.

17     A.    Yes.

18     Q.    And the handwritten notes were 60,000;

19  right?  Would you take my representation?

20     A.    Yes.

21     Q.    So the pages are stamped based on when

22  they come into the office, so they're sequential

23  over time.

24     A.    Yes.

25     Q.    So there was quite a bit of time between

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   the production of the actual typewritten statement

2   that did not contain that important information

3   about Mr. Lujan.  I think that was produced in 2017.

4   And then the handwritten notes were just a couple of

5   weeks ago; is that right?

6        A.   No, I think the notes were turned over

7   more than a couple weeks ago.  But the other part of

8   your question is correct, that they seem to be

9   40,000 documents apart or pages apart.

10       Q.   I'll stand corrected.  It was two and a

11  half weeks ago, March 28, it was turned over to the

12  defense upon their request and an order of the

13  Court.

14       A.   I thought it was earlier than that, but I

15  will say I oftentimes turn my things over and I

16  don't always know when they get to you.

17       Q.   Here in the courtroom we have a court

18  reporter that writes down every word.  You know

19  that; right?

20       A.   When we're on the record, yes.

21       Q.   And you guys don't have court reporters to

22  do that at the FBI.

23       A.   No.

24       Q.   But what you do have is tape recorders;

25  right?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      A.    Yes.

2      Q.    And if you want to make sure that

3  everything a person says to you is captured, then

4  you can use a tape recorder?

5      A.    In some circumstances I could try to do

6  that, yes.

7      Q.    In fact, I think you've testified that you

8  always keep a couple of tape recorders on you at all

9  times.

10      A.    I try to.

11      Q.    Along with a picture of Angel Munoz;

12  right?

13      A.    Right.

14      Q.    So I want to go through a few of the

15  witnesses that are important to this trial, at least

16  with regard to the 2001 murders.  When Frederico

17  Munoz started to cooperate with the FBI in 2009, was

18  his interview recorded with the FBI?

19      A.    I'm only hesitating because I know he has

20  some old recorded statements, but I wasn't part of

21  the case then, and so I don't think so.

22      Q.    Yeah, let's talk about that.  Mr. Munoz

23  made some old recorded statements.  But in those

24  recorded statements he never said that he had

25  information that Billy Garcia committed the murders.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1          MR. CASTELLANO:  Objection, calls for
 2   hearsay and speculation.
 3          THE COURT:  Well, I think it's an absence
 4   of it, so I'll allow the question.  Overruled.
 5      A.   I'd have to --
 6   BY MR. CASTLE:
 7      Q.   You'd have to look?
 8      A.   I'd have to go back and listen to them
 9   again.
10      Q.   But the FBI didn't tape-record his
11   statements, to your knowledge?
12      A.   I can't think of any recorded statements
13   from Munoz by the FBI, no.
14      Q.   Robert Boo-Boo Lovato started cooperating
15   in 2011; is that right?
16      A.   Yes.
17      Q.   And none of his are -- well, actually, I
18   think one of his is recorded; is that right?
19      A.   I think just after his most -- I won't say
20   most recent arrest.  After he was initially arrested
21   in my case, I think there was a statement.
22      Q.   Sammy Griego.  Sammy -- he wasn't
23   recorded?
24      A.   No, nor was he arrested.
25      Q.   Ben Clark wasn't recorded?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1     A.    I believe he was after he was arrested.

 2     Q.    How about Gerald Archuleta?

 3     A.    I have done recordings with Mr. Archuleta.

 4     Q.    Billy Cordova?

 5     A.    Well, as you know, Mr. Cordova wore an FBI

 6  wire, but I did not do a recorded debrief with him.

 7     Q.    The wire that he wore wasn't related to

 8  these charges.  It was related to --

 9     A.    Correct.

10     Q.    Big Jake Armijo.  His interviews weren't

11  recorded?

12     A.    I think his post-arrest one was, but since

13  then, I don't believe there are any.

14     Q.    How about Leonard Lujan?  Did he -- in any

15  of his interviews with the FBI, were any of his

16  interviews recorded?

17     A.    His post-arrest one was.

18     Q.    His post-arrest by the FBI?

19     A.    Yes.

20     Q.    Okay.  That was one that was just turned

21  over I think last week, was an audio recording,

22  about an hour and a half?

23     A.    I'm not sure.  I thought he invoked his

24  right to remain silent when we arrested him on

25  December 3.

SANTA FE OFFICE                                                                MAIN OFFICE
119 East Marcy, Suite 110                                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                                    Albuquerque, NM 87102
(505) 989-4949                                                                  (505) 843-9494
FAX (505) 843-9492                                                     FAX (505) 843-9492
                                                                              1-800-669-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE
                                                             e-mail: info@litsupport.com

1    Q.   You know, in the report you wrote about

2    Mr. Lujan's statements, there is nothing about him

3    saying that the statements that Mr. Burkhead made

4    were incorrect.  There is none of that in those

5    reports.  Do you recall that?

6    A.   I don't cite Mr. Burkhead in any of my

7    reports.  I don't print his name.

8    Q.   So if Mr. Lujan was saying, "Look, what

9    Mr. Burkhead is saying isn't true," why wouldn't you

10   put that in a report?

11   A.   I didn't ask the question that way.  I

12   just asked him if he had ever decided not to

13   cooperate.  I think it was just one question.

14   Q.   And his answer was, "No, I never stopped

15   cooperating"?

16   A.   Correct.  I think what he told me in his

17   answer was, "No, I've always been on board."  And he

18   had some medical issues.  He was working through his

19   mind trying to figure out why we might think that.

20   Q.   Okay.  Then I think you said earlier that

21   he told you that he had malingered some medical --

22   psychiatric conditions?

23   A.   He didn't use that term.  I was interested

24   in, "Hey, are you really crazy?"  You know, I'd ask

25   him that question, and he said no, but he got better

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   medical care by pretending to be.

2       Q.   So whether it was about the cooperation or

3   whether he was doing some faking on medical and

4   psychiatric matters, you didn't put any of that in

5   any of your reports, either, did you?

6       A.   I thought I did, yes.

7       Q.   Did you?  Okay.

8       A.   I think I did.

9       Q.   Perhaps we'll have some time to look for

10  that.

11      A.   I will, as well.

12      Q.   Now, are you aware of a letter that was

13  sent by the defense attorneys on June 23 of 2016,

14  asking that, if at all possible, we'd like to have

15  interviews that are conducted with cooperators

16  recorded?

17      A.   You emailed that to me a couple days ago.

18      Q.   You didn't get it in June of 2016, I take

19  it?

20      A.   No, sir.

21      Q.   If I show you that letter, would it --

22  you'd recognize it?

23      A.   Yes.

24      Q.   And be able to identify it?

25      A.   I'll identify what you sent me, yes.

SANTA FE OFFICE                                    MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                 Albuquerque, NM 87102
(505) 989-4949                                     (505) 843-9494
FAX (505) 843-9492                                 FAX (505) 843-9492

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1       Q.   I'll show you what's been marked as

2   Exhibit AL.

3       A.   I recognize this, sir.

4       Q.   And this was a letter that was sent to

5   Ms. Armijo and Mr. Castellano asking -- it was not

6   only directed to them, but also to all agencies

7   reporting to and cooperating with the U.S.

8   Attorney's Office in the investigation and

9   prosecution of the indicted cases.  Is that your

10  understanding?

11      A.   Yes.

12      Q.   And in the letter, we ask that it be

13  forwarded to all agents; is that right?

14      A.   Yes.

15      Q.   And despite that, it wasn't forwarded to

16  you?

17      A.   The first time I saw this was when you

18  sent it to me a couple of days ago.

19      Q.   But if you go through this exhibit and you

20  go to what's called attachment A --

21      A.   I see that.

22      Q.   -- what is attachment A?

23      A.   It's a letter from the Office of the

24  Deputy Attorney General, or the DAG, we call them,

25  the Deputy Attorney General, and it's notifying all

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                   Albuquerque, NM 87102
(505) 989-4949                                            (505) 843-9494
FAX (505) 843-9492                                   FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1    of the Department of Justice agencies, to include

2    the FBI, that the Department of Justice in 2014 was

3    updating their policy concerning electronic

4    recording of statements.

5        Q.   And that went out to the Federal Bureau of

6    Investigation, as well?

7        A.   It went to the director and filtered down

8    to everyone in the FBI.

9        Q.   So you may not have been aware of the

10   defense letter, but I take it you were aware of this

11   policy when it was issued; is that right?

12       A.   I'm aware of this policy, yes.

13       Q.   And were you aware in 2014 when it came

14   down or shortly thereafter?

15       A.   Yes.

16       Q.   And that policy encourages agents and

17   prosecutors to consider electronic recording in

18   investigative or other circumstances where -- unless

19   certain exceptions apply; is that right?

20       A.   It does encourage that.

21       Q.   Let's talk about that.  They talk about:

22   Try to use recordings during custodial interviews.

23   Do you see that?  It's on page 2 of the memorandum.

24       A.   Yes.

25       Q.   What are custodial interviews?

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                   Albuquerque, NM 87102
(505) 989-4949                                                (505) 843-9494
FAX (505) 843-9492                                       FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1        A.    A custodial interview is the interview
2   that is conducted after a person is arrested, thus
3   in custody.
4        Q.    Many of the cooperators -- when you
5   interviewed them, they were in custody; is that
6   right?
7        A.    Yes.
8        Q.    This policy even allows you to use secret
9   recording devices to record individuals; is that
10  right?
11       A.    Yes.  It gives us the option to overtly do
12  it, where we might put the recording device on the
13  table; or keep it in our pocket and not divulge that
14  it's there.
15       Q.    And this policy includes interviews
16  conducted in connection with all federal crimes,
17  including the ones that are here charged?
18       A.    Yes.
19       Q.    Now, it does say that you're not to do it
20  if the interviewee says they don't want it to be
21  recorded?
22       A.    I'm sorry, did you say does or does not?
23       Q.    The policy allows for you not to record if
24  the person you're interviewing says, "I don't want
25  it to be recorded"?

SANTA FE OFFICE                                                                    MAIN OFFICE
119 East Marcy, Suite 110                                                  201 Third NW, Suite 1630
Santa Fe, NM 87501                                                        Albuquerque, NM 87102
(505) 989-4949                                                                        (505) 843-9494
FAX (505) 843-9492                                                            FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1      A.   That is correct.  And we have -- yes,
2  that's correct.

3      Q.   Did certain of the cooperators in this
4  case, either themselves or their lawyers, say, "We
5  do not want our statements to be recorded"?

6      A.   It's usually the attorneys.

7      Q.   Okay.  For which cooperators that are
8  going to testify in this trial?

9      A.   I need to give that some more thought.
10 I'm thinking of a couple of circumstances where an
11 attorney made that comment.  I think it was Roy
12 Martinez' attorney.  During our initial meeting, she
13 inquired as to if we were recording, and I said,
14 "No," and then she said something along the lines
15 of, "Oh, good," or something like that.  I'm not
16 using exact quotes.

17          And then I believe Steven Morales -- I
18 don't know if it was his state or federal attorney
19 that said that.

20     Q.   Is he a witness in this trial?

21     A.   I believe he will be.  Those are the two,
22 off the top of my head.

23     Q.   Now, they also indicated, in regards to a
24 recording in this policy, that electronic recording
25 will begin as soon as the subject enters the

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                  201 Third NW, Suite 1630
Santa Fe, NM 87501                                         Albuquerque, NM 87102
(505) 989-4949                                                    (505) 843-9494
FAX (505) 843-9492                                           FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1   interview area or room, and will continue until the

2   interview is completed; is that right?

3       A.   Yes, so it's a complete recording.

4       Q.   So that you don't turn the tape on after

5   you've had initial discussion and then turn it on;

6   right?

7       A.   Andy Sipowicz, yeah, hit him with the

8   phone book when the recorder is off, and then --

9   yeah, it needs to be on continuously.

10      Q.   And one of the major reasons this policy

11  was put into effect was because the Department of

12  Justice didn't want people to question whether

13  everything that a particular witness was saying was

14  actually recorded.

15      A.   I don't know why the deputy attorney

16  general did what he did.  I just know that it was a

17  May 2014 policy, and it's one that we follow.

18      Q.   Well, in the materials that's in this

19  exhibit, do you recall the following statement?

20  "Creating an electronic record will ensure that we

21  have an objective account of key investigations."

22           MR. CASTELLANO:  I'm going to object at

23  this point to counsel reading a document into

24  evidence.

25           MR. CASTLE:  This is an admission.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1            THE COURT:  Well, are you just going to
 2  ask a question after you read one sentence there?
 3            MR. CASTLE:  Yes, but it's also an
 4  admission by a party opponent.
 5            THE COURT:  I know why it's coming in.
 6  But if you're just going to read a sentence and ask
 7  a question, that's fine.  Overruled.
 8  BY MR. CASTLE:
 9       Q.   Do you recall this quote?  "Creating an
10  electronic record will ensure that we have an
11  objective account of key investigations and
12  interactions with people who are held in federal
13  custody," by Attorney General Eric H. Holder.
14       A.   That's a quote in a newspaper, so I mean,
15  that's not something he said to us.  I know that I
16  read that in a New York Times article.  I do agree
17  that that statement is in the newspaper article.
18       Q.   And do you agree with those, that -- do
19  you agree with that statement, that creating an
20  electronic record ensures that you have an objective
21  account of key investigations and interactions with
22  people?
23       A.   Yes.
24       Q.   And also, do you agree with this statement
25  by the attorney general?  "With a backstop so that
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  they have clear and indisputable records of

2  important statements and confessions made by

3  individuals who have been detained"?  Without

4  looking for the quote, do you agree with that?  The

5  recording does that?

6       A.   Yes.

7       Q.   And then also do you agree with this quote

8  that "The new policy would provide verifiable

9  evidence that our words are matched by our deeds"?

10      A.   It could, yes.

11      Q.   For many of the -- without going through

12  each one, for many of the interviews with the

13  cooperators, they weren't recorded, were they, for

14  many, the vast majority?

15      A.   The debriefings, many of them were not.

16           MR. CASTLE:  Your Honor, at this time I'd

17  move for the admission of Defendants' Exhibit AL.

18           THE COURT:  Any objection, Mr. Castellano?

19           MR. CASTELLANO:  May I see the exhibit

20  first, Your Honor?

21           THE COURT:  Certainly.

22           MR. CASTLE:  I gave you a copy.  That was

23  one I gave you a copy of.

24           MR. CASTELLANO:  Your Honor, he's attached

25  additional hearsay to this.  I have no objection to

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  the policy itself, but he's attached other documents

2  which are not admissible.

3         THE COURT:  Do you want all of them in or

4  just the policy?

5         MR. CASTLE:  I want all of them in.  Well,

6  there is -- actually, I want the letter that was

7  sent to the United States Government and the policy.

8  The other documents can be left off.  The letter is

9  not offered for the truth of the matter.  It's that

10  a request was made.  And a request is not hearsay;

11  it's a question.

12         THE COURT:  Is what he's wanting to get in

13  all right with you?

14         MR. CASTELLANO:  No, Your Honor.

15         THE COURT:  Well, let me take a look at

16  it.

17         MR. CASTELLANO:  There is also a

18  misstatement regarding the time of the recordings.

19         THE COURT:  Bring it up here and let's

20  take a look at it.

21         (The following proceedings were held at

22  the bench.)

23         THE COURT:  Why don't you maybe put the

24  exhibit exactly as to what you want to come in.

25         MR. CASTLE:  The first three pages are a

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com




BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1  letter the defense lawyers sent to the Government

2  requesting the statements, pointing out what is in

3  the policy attachments, actually the policy.  The

4  other attachments I agree with Mr. Castellano are

5  not.  I can remove those pages.

6           THE COURT:  Yeah.  Let me see this.

7           MR. CASTLE:  I agree that those are not

8  proper, and the other attachments --

9           MR. CASTELLANO:  So the objection would be

10  to the self-serving hearsay, which is the letter by

11  defense counsel for the Government.  That is not a

12  statement by a party opponent.  The other thing

13  regarding the policy is what defense counsel hasn't

14  pointed out yet, the policy applies to post-arrest

15  statements before defendant's first presentment to

16  the Court.  So he hasn't covered that yet with a

17  witness, and I don't want the jury to believe that

18  this applies to all recordings.  This is page 2 of

19  the memo.  I'm highlighting paragraph E, which

20  refers to timing.  And so what defense counsel has

21  done is sent a letter to the prosecution asking for

22  something in excess of the policy.  So to attach

23  that self-serving hearsay to the policy simply

24  doesn't cut it.

25           THE COURT:  Well, I don't think the letter

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    itself should come in.  So you can get the policy

2    in.  That will be AL.  I'll admit that into

3    evidence.  The letter -- I think you can ask him

4    about it, but I don't think -- you can confirm that

5    the request was made and what was made of it, but I

6    don't think the letter itself ought to come in

7    through the defendants.

8             MR. CASTELLANO:  No objection to the

9    policy itself.

10             THE COURT:  But you can question him about

11   it.

12             MR. CASTLE:  I withdraw my request so we

13   don't have to mark this letter.

14             THE COURT:  All right.  So your policy

15   will be AL.

16             MR. CASTLE:  So I'm just going to take a

17   second to re-mark it.

18             THE COURT:  Okay.

19             (The following proceedings were held in

20   open court.)

21             THE COURT:  All right.  So I'm going to

22   mark the policy as AL.  And the policy AL, unless

23   there is some objection from the defendants -- not

24   hearing any, Defendants' Exhibit AL will be admitted

25   into evidence.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              (Defendants' Exhibit AL admitted.)
 2   BY MR. CASTLE:
 3        Q.   Just going back to AL, it's a little
 4   thinner now than it was a few minutes ago.  Just go
 5   to page 1 of this policy that's AL, and the first
 6   paragraph says that -- it establishes a presumption
 7   that the FBI and other agencies will electronically
 8   record statements made by individuals in their
 9   custody and then in the circumstances set forth
10   below; right?
11        A.   Yes.
12        Q.   Then the second paragraph talks about not
13   a mandate, but what they're encouraging you to do,
14   and it says, "The policy also encourages agents and
15   prosecutors to consider electronic recording in
16   investigative or other circumstances."  And then it
17   talks about some exceptions; right?
18        A.   Yes.
19        Q.   And one being that if the interviewee
20   doesn't want to have it recorded.
21        A.   That's one of them.
22        Q.   So it gives you the discretion not to
23   record in those matters, but you're encouraged to
24   record?
25        A.   And we're also encouraged to consult with
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&
ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    the prosecutors on that.

2        Q.    So did that happen in this case?

3        A.    Well, I guess there was a decision made,

4    in that this wasn't passed to me.

5        Q.    These debriefings that we've heard about

6    where you bring in somebody who says, "I want to

7    talk to y'all and give you information in return --

8    or the hope of some kind of a disposition."

9            Were any of those debriefings recorded,

10   that you can recall?

11       A.    Some of my debriefings were recorded.

12       Q.    Okay.  Of the witnesses who are going to

13   testify in this case, which ones would have been

14   recorded?

15       A.    Gerald Archuleta, Julian Romero, Leroy

16   Lucero.  Off the top of my head, those are the more

17   lengthy ones I can think of.

18       Q.    I think that you talked about some

19   agreements that you reached, some -- I think you

20   didn't like the word "contract," but you said there

21   was some kind of an agreement that the cooperator

22   would have to go through in order to be a

23   cooperator?

24       A.    There are some admonishments.  There is an

25   agreement, of course, because we can't force someone



SANTA FE OFFICE                                                           MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                            (505) 843-9494
FAX (505) 843-9492                                                  FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1  to be an FBI informant.  There is an agreement, and
 2  then the agreement is that they'll do it, they'll be
 3  truthful, and that it's voluntary.
 4      Q.   And is one of the other terms the
 5  following?  And I quote.  Well, the cooperator
 6  agrees as follows, and I quote.  "Agree to execute
 7  all necessary waivers to permit the consensual
 8  recordings of all conversations, both in person and
 9  telephonic, relevant to criminal activities in the
10  course of this investigation."
11      A.   That's not a mandatory one, no.
12      Q.   But that's in a lot of the agreements?
13      A.   Well, with regard to where we're going to
14  have an informant do a recording in order to
15  document that it's consensual, that language appears
16  in some of our forms documenting that they're
17  agreeing to do that.
18      Q.   I'm going to show you a couple of them.
19      A.   Thank you.  That would be the 479 or the
20  FD-26, maybe?
21      Q.   Those are form numbers you're talking
22  about?  Okay.  While I'm pulling that up, I think
23  you talked about some of these people making their
24  statements in 2011, 2009, and through the years; is
25  that right?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      A.    Some people have talked to the FBI or

2  authorities throughout the years.

3      Q.    I'm not sure it's a huge point.  Maybe

4  we'll skip over it to save the energy here.

5      A.    Counsel, I brought the admonishments.  I

6  have them in my pocket, in case it came up.  I'm

7  happy to share those.

8      Q.    You've got deep pockets.  Can you pull

9  that out?

10     A.    Sure.  I learned to anticipate you a

11 little bit over the last few months.

12     Q.    We've been doing this dance for a while,

13 hum?

14     A.    So these are -- I cut and paste the four

15 mandatory admonishments, and on the second page I

16 have the optional ones, if they're applicable.

17     Q.    Was that one that I was talking about one

18 of the optional ones?

19     A.    I think what you're talking about is a

20 consensual form for monitoring, but I'll look.  I

21 don't know your entire quote there, but what you're

22 quoting is one of our consensual monitoring forms

23 that the informant signs.

24     Q.    Okay.  Let's move on.  Is it fair to say

25 that it was common knowledge among the inmates

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                 Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                   FAX (505) 843-9492
                                                          1-800-669-9492
                                                  e-mail: info@litsupport.com


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1   residing in the Department of Corrections that you

2   could exchange information in these investigations

3   in order to dodge or lessen the impact of a

4   potential indictment against that inmate?

5        A.    No.

6        Q.    It wasn't?

7        A.    I don't know what the inmates are

8   thinking.  But the way you're asking me that

9   question, my answer is no.

10       Q.    Well, do you recall testifying that there

11  was a good reason for the inmates to think that it

12  was -- well, let me just give you the question and

13  answer, so I don't botch this.

14            You were asked the following question:

15  "So it's fair to say it was common knowledge within

16  the inmates residing in the Department of

17  Corrections that you could exchange information in

18  terms to dodge an indictment?"

19            And your answer was:  "They might have

20  thought that.  We were up there quite a bit."

21            And the follow-up question was:  "There

22  was good reason for them to think that, wasn't

23  there?"

24            And you said, "Probably."

25       A.    I stand by that answer.  We don't hide

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1   from the inmates.  We let them know we're going to
 2   come for them if they're S.
 3       Q.   When you guys -- when you did the mass
 4   arrests on December 3, 2015, that wasn't the first
 5   time, at least in the community of the SNM people,
 6   that they knew that the FBI was doing an
 7   investigation, was it?
 8       A.   On a large scale, yes.
 9       Q.   I mean, you went around and talked to
10   people, introduced yourselves as the FBI, "We're
11   investigating these kind of matters"; right?
12       A.   Not prior to that, no.  With just certain
13   exceptions.
14       Q.   Well, one exception being Mr. Garcia, you
15   did it in August of 2015.  You went up to him and
16   told him, "Look, I'm the FBI, or we are; we want to
17   talk to you about this."
18       A.   Yeah.
19       Q.   "And we're investigating the 2001
20   murders," things of that nature; right?
21       A.   Yeah.  I'll tell you point blank, like,
22   the only people I did that with were ones I thought
23   I could flip.  That's why I did it.
24       Q.   So there were people -- so it wouldn't
25   surprise you that it got around that the FBI was
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  looking into a bunch of murders that they thought

2  were related to the SNM?

3      A.   It would surprise me if it happened prior

4  to the Phase 1, because I didn't talk to a lot of

5  people.  It wouldn't surprise me after Phase 1.  I

6  mean, it was fairly big news in Albuquerque.  It

7  certainly would have been big news in the prisons,

8  because we yarded those guys out of there, put them

9  on buses to our processing center.

10     Q.   I think you gave one example earlier that

11 when you went in to see Billy Cordova, even before

12 you introduced yourself, he was smiling from ear to

13 ear.

14     A.   It was a nervous smile, but it was a big

15 one.  He walked in smiling.  And I believe when he

16 walked in the room, I can still clearly see it.  He

17 knew who we were.

18     Q.   And he was smiling about that.

19     A.   Well, I don't think he was happy to see

20 us.

21     Q.   Could have been he was smiling because

22 this was his lucky day; right?

23     A.   Perhaps.

24     Q.   He was facing a murder charge?  Is that

25 what he was facing, or was it something else?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



1     A.   He'd been charged -- I think he went to

2  trial and was found guilty of a lesser included,

3  manslaughter or something like that.

4

5     Q.   Now, I think we talked about this a little

6  bit, or maybe the Government did in one of the

7  opening statements.  I don't remember.  But it was

8  these tablets with all the paperwork on it but in

9  digital form that were given to people that were

10 charged with crimes.

11    A.   The defendants in this case and the

12 related ones were given tablets, yes.

13    Q.   And on those tablets, so that the U.S.

14 Attorney's Office didn't have to break it down by

15 individual crimes, those tablets basically had all

16 the materials on everybody's -- all the allegations

17 put on them.

18    A.   Well, to be clear, in I believe three

19 cases -- we have a lot of cases that perhaps could

20 not be the one-offs, I'll call them, but the

21 majority are on the tablets.

22    Q.   So if I was a defendant not charged in the

23 2001 murders, and I was just a defendant on some

24 other event, I got one of these tablets, it would

25 have all the information about the 2001 murders in

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   there; right?

2       A.   It would.

3       Q.   Now, before they came forward, did Big

4   Jake Armijo have one of those tablets, or his lawyer

5   have access to the paperwork?

6       A.   As a defendant in the case, he should have

7   had one.  I don't know that -- I don't know if he

8   did.

9       Q.   Okay.  Well, his lawyer certainly would

10  have had, by law.

11      A.   I agree, yes.  He should have had access

12  to the discovery.  And there was an order that said

13  it had to be electronic, so I assume he had one.

14      Q.   And that would apply to the witness Eugene

15  Martinez that came forward?

16      A.   Yes.

17      Q.   How about Mr. Archuleta?

18      A.   Yes.

19      Q.   Baby Rob Martinez?

20      A.   Yes.  And there's two Archuletas.  Gerald

21  Archuleta would have had one.

22      Q.   Okay.  Thank you for correcting that.

23  That's with the Garcias, as well, so we get all that

24  straight, too.  So a vast majority of these

25  witnesses, they've had access to these materials;

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1   right?

 2       A.   Yes.

 3       Q.   And the ones that are out of custody could

 4   print it off if they wanted to; right?

 5       A.   I don't think so.

 6       Q.   Well, they're not allowed to, but they

 7   could.  They could have access to printers to print

 8   off discovery; right?

 9       A.   Yes, but my understanding is that the

10   tablet -- that feature was disabled.

11       Q.   So for the inmates that are in custody,

12   like all these defendants, their tablets were made

13   in a way where they couldn't hook it up to a printer

14   even if one existed in the Department of Corrections

15   and print off discovery to hand out to people?

16       A.   To be clear, I've never handled one of the

17   tablets, so it's just my understanding that certain

18   features are disabled, such as being able to print.

19       Q.   Did some of the cooperators do something

20   to their tablets so that they could be used for

21   something else?

22       A.   Yes.

23       Q.   What did they do?

24       A.   Figured out a way to reset it, like a

25   master reset, that took all of the security features

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                   Albuquerque, NM 87102
(505) 989-4949                                             (505) 843-9494
FAX (505) 843-9492                                      FAX (505) 843-9492
                                                        1-800-669-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE
                                               e-mail: info@litsupport.com

1    off, that the manufacturer of the tablets weren't

2    even aware of.

3         Q.   What could they do, then, with their

4    tablets?

5         A.   Well, it was reset, so it didn't contain

6    the discovery material, so it's like any other

7    tablet that you turn on.  It's warming up and it's

8    capable of just being a tablet without all those

9    security features and disablements.

10        Q.   And did they use it for -- what did they

11   use them for?

12        A.   They accessed the internet while they were

13   at the jail in Bernalillo, the Sandoval County jail.

14   There's a Walmart and a McDonald's nearby that had a

15   Wi-Fi signal.  My understanding is in certain parts

16   of the jail they were able to access that signal and

17   thereby access the internet and anything the

18   internet had to offer.

19        Q.   They could email people?

20        A.   Yes.  In fact, two of them emailed me.

21        Q.   And did they access pornographic sites?

22        A.   Yes.

23        Q.   Who did that kind of stuff with their

24   tablets?  Who had the tampered-with tablets?

25        A.   Benjamin Clark, Jerry Armenta, Gerald

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   Archuleta, Frederico Munoz.  I'm forgetting some.

2        Q.   Okay.  If we remember, we'll bring it to

3   your attention.

4             So when that was discovered, I take it the

5   FBI or someone took all the tablets into custody;

6   right?

7        A.   Yes, I discovered that by way of an

8   attorney alerted me to it.  I didn't believe it.  I

9   went up there to verify it.  I didn't get

10  verification right away.  That's why I mentioned the

11  emails.  I told him, "If you can, here's my email

12  address.  Send me an email, kind of proof of this."

13            They did.  Then I alerted the facility,

14  the jail facility, the U.S. Marshal Service, and the

15  U.S. Attorney's Office.  But to be clear, I didn't

16  seize anyone's tablets, because I don't believe I

17  have the authority to do that.

18       Q.   So someone took the tablets; right?

19       A.   The U.S. Marshal Service caused them to be

20  seized and they ultimately took custody of them.

21       Q.   And it wasn't just those people that

22  violated the policy; they took all the -- everybody

23  who had one of these tablets, including these men

24  here on trial?

25       A.   Yes.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.   And just really quickly, these men on

2  trial didn't tamper with their tablets at all, did

3  they?

4      A.   Not that I'm aware of, no.

5      Q.   Okay.  So the cooperators did; is that

6  right?

7      A.   Some of them did, yes.

8      Q.   And that was in violation of an order from

9  the Court?

10     A.   I believe so.  I don't know if the order

11 said, "You can't do that," and some of the

12 cooperators brought that up.  But in my eyes, you

13 can't do that.  And those that did got closed as FBI

14 informants.

15     Q.   And nobody has been prosecuted for doing

16 that tampering with these federally issued

17 electronic devices; right?

18     A.   Mr. Castle, I looked.  I couldn't find a

19 statute to prosecute anybody.  I also looked to do

20 search warrants, and I couldn't find a statute that

21 supported me going to a magistrate with a search

22 warrant.

23     Q.   But the U.S. Attorney's Office could have

24 moved for contempt citations; right?

25     A.   I don't know.  That wasn't my reading of

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                     201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492
                                                                   1-800-669-9492
                                                           e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1  it, but I'm not an expert on the law.

2      Q.   You know, I don't want to go through all

3  the nasty details, but some of these men looked at

4  some pretty disturbing things on the internet.

5      A.   Well, if you're considering pornography

6  disturbing, then, yes.

7      Q.   I'm not talking generally about

8  pornography.  I mean, for example, Frederico Munoz

9  did searches for having intercourse with mothers?

10      A.   With what?

11      Q.   With mothers.

12      A.   I don't -- so I want to be clear; it might

13  help with the questions I'm asked.  I haven't, to

14  this date, seen what they've looked at other than

15  what was presented in this courtroom.

16      Q.   Well, you were aware -- I think you've

17  been questioned and answered on this -- that one of

18  the cooperators was looking at teenage underage

19  pornography.

20      A.   Yes.  An attorney asked me if I was aware

21  and made an insinuation that that would be child

22  pornography.  And I made the distinction that it's

23  not.  Teenage -- doing a Google search -- first of

24  all, Google has filters there not to allow that.  I

25  was trying to correct what I think was maybe an

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1  accusation by an attorney, not yourself, that was
 2  saying that they'd accessed child pornography, and I
 3  didn't agree with that.
 4      Q.   Did you look at what they accessed?
 5      A.   No.
 6      Q.   So you haven't -- even though there was
 7  concern that underage people were being --
 8  photographs of underage individuals were being
 9  accessed by at least one of the cooperators, you
10  haven't investigated that?
11      A.   No, the determination was that a defense
12  expert would look at them.
13      Q.   Okay.
14      A.   And so I shipped them to that person or
15  caused them to look at them, and then I sat through
16  proceedings that discussed that, and that was not
17  founded.
18      Q.   Well, the defense asked to review -- not
19  any of these lawyers, but some other lawyers asked
20  to review those tablets to see what was on them;
21  right?
22      A.   Yes, sir.
23      Q.   Didn't prevent you from doing a search
24  warrant or -- to review these tablets; is that
25  right?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    A.   I disagree.  The FBI's regional computer

2   forensic laboratory won't accept me taking any

3   device in there without legal process.  So I

4   communicated to the attorneys, the prosecutors, that

5   I needed a search warrant.  We couldn't find a

6   statute.  Or I needed a court order.

7    Q.   There is a statute against child

8   pornography.

9    A.   I agree with you completely.  But what's

10  my probable cause to believe that that's there?

11    Q.   The defense gave a report.  You can access

12  and you can look at the images, sir; right?

13    A.   They have been accessed and every image

14  has been looked at.  But there's no indication that

15  that's child pornography.  What was explained to me

16  is that they did a search for "teenage camel toe dot

17  com," or something like that.

18    Q.   Oh, okay.  And then did you see what the

19  results were?  I don't want to get into the lurid

20  details.  I think that's enough.  But did you look

21  at the results that came up on their searches?

22    A.   Not all of them, but I listened to the

23  expert that did that examination, testified in this

24  court about that, and he himself agreed that these

25  weren't child pornography.

SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                                  Albuquerque, NM 87102
(505) 989-4949                                                                (505) 843-9494
FAX (505) 843-9492                                                   FAX (505) 843-9492
                                                                            1-800-669-9492
                                                              e-mail: info@litsupport.com


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    Q.   Do you know how many of these

2 cooperators -- when one of these guys would have the

3 tablet open with this filth on it, would they share

4 it and show it to the other ones?

5    A.   I heard -- and to be clear, that pertained

6 to one defendant, one cooperator.  But I did hear

7 that same cooperator say that he would let other

8 people use his tablet.

9    Q.   Let's talk about the cooperator pod.  They

10 were allowed to move about, right, and congregate

11 and meet with each other, talk to each other, things

12 like that?

13    A.   I think at times they were.

14    Q.   Obviously, they were allowed to exchange

15 their tablets, right, because you said one other --

16 at least one other person got somebody else's

17 tablet; right?

18    A.   That particular person testified that he

19 gave his tablet to nondefendants, noncooperators,

20 just other inmates.

21    Q.   Of course, these are cooperators; right?

22 All these people that we're talking about that were

23 tampering with the tablets?

24    A.   The persons that I've mentioned and

25 discussed thus far are cooperators.

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                         201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                    FAX (505) 843-9492


1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   And you've indicated that you didn't have
 2   enough evidence to ask for a search warrant to
 3   search those; is that right?
 4        A.   Yes.  I looked.  I consulted with the U.S.
 5   Attorney's Office, and I -- in consultation, we
 6   didn't, at that time, when we needed to search those
 7   devices, have probable cause to do so.
 8        Q.   But these are cooperators.  You could have
 9   said, "Cooperate with us.  Let us search your tablet
10   and see if there is something that we should know
11   about on that tablet"; right?
12        A.   You're bringing it up, after the fact,
13   some possibilities that could have happened.  But
14   there's a couple problems with that.  One, I wasn't
15   aware there were any problems with the tablets.  The
16   RCFL -- I'm incapable of doing the download.  I'm
17   not that savvy.  It has to go through the RCFL.
18   They require legal process, and each of the people
19   we're talking about has an attorney.
20        Q.   Are you saying -- okay, I don't know what
21   RCFL -- it sounds like some kind of division of the
22   FBI that does electronic data searches; right?
23        A.   It's the Regional Computer Forensics
24   Laboratory in Albuquerque.
25        Q.   If a person consents to giving them a
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  device to look at, you're saying they won't look at

2  it?

3       A.   They would.

4       Q.   Were there any efforts made by the FBI or,

5  that you're aware of, on the Government team to ask

6  these cooperators to cooperate by consenting to have

7  the Government search these tablets?

8       A.   Yes.

9       Q.   And what happened?

10      A.   The tablets were initially searched by the

11 New Mexico Corrections Department IT folks, the ones

12 that are responsible for tablets.  They made a

13 determination that the tablet was either tampered

14 with or not.  If it was not, my understanding is it

15 was given back to the attorney and ultimately the

16 defendant.

17      Q.   Right.

18      A.   Those that were tampered with were then

19 retained by the Marshal Service until we figured out

20 what legal process or remedy there was.

21      Q.   And then that wasn't at the consent of the

22 cooperators; that was by the order of the Court?

23      A.   The Court did order that certain tablets,

24 but not all, be examined, and I shipped those to the

25 defense examiner.

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                  201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                           FAX (505) 843-9492
                                                               1-800-669-9492
                                              e-mail: info@litsupport.com



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1      Q.   So let's just finish this whole thing.

2    The bottom line is:  The FBI or the Government

3    didn't go to the cooperators, ask them and their

4    lawyers to allow you to search their tablets to see

5    if there's anything that broke any federal laws on

6    them?

7      A.   They did.  Yes, that was asked.  These

8    attorneys asked cooperator attorneys for permission

9    to look through the tablets, because that's how they

10   got the pass codes.

11     Q.   And whatever their answers were, you guys

12   didn't do the search.

13     A.   It was determined that the defense

14   investigator would do the search.  I'm happy to do

15   the search once there is legal process.

16     Q.   You don't need a legal process to do a

17   search if there is a consent to search?  Yes or no,

18   so we can go on.

19     A.   You know why I'm hesitating?  I'm not

20   trying to be difficult, but there is attorney/client

21   privileges here that I'm going to always go with the

22   legal process.

23     Q.   In your investigation of the SNM over the

24   years, did you determine that there were different,

25   I guess, subgroups at times that were formed,

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1  different alliances?

 2       A.    There were different alliances.

 3       Q.    And I want to talk about one such alliance

 4  or rivalry that happened.  In around late summer

 5  2000, did a man by the name of Gerald Styx

 6  Archuleta -- did he go into jail for some crime?

 7       A.    I believe so.

 8       Q.    And about the exact same time, did another

 9  leader -- well, he was a leader of the SNM, a fairly

10  high leader; right?

11       A.    Yes.

12       Q.    The top leader at that time was a guy by

13  the name of Angel Munoz?

14       A.    Yes.

15       Q.    And thanks to you, I have a photo of him.

16             I'll show you what I've marked as Exhibit

17  AM.  It still is AM, a little bit.

18             MR. CASTELLANO:  I have no objection to

19  the admission of this exhibit if defense counsel is

20  moving its admission.

21             THE COURT:  Do you want to move its

22  admission?  Any objection from any other defendant?

23  Not hearing any, Defendants' Exhibit AM will be

24  admitted into evidence.

25             (Defendants' Exhibit AM admitted.)

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1  BY MR. CASTLE:

2      Q.   I take it the picture you had in your

3  wallet wasn't that size.  You blew it up a little

4  bit.

5      A.   Wait a minute.  I never said my wallet.

6      Q.   Oh, I'm sorry.  Your pocket.

7      A.   These are the kinds of things that create

8  records that get used against me later.

9      Q.   Well, we won't look at your tablet either.

10          So let's see if we could get AM up.  Maybe

11  we can do it on this.  Is that him?

12      A.   Yes, sir.

13      Q.   So he was kind of like the top guy, the

14  godfather of sorts; right?

15      A.   Yes.

16      Q.   And then Gerald Archuleta was right below

17  him?

18      A.   Yes.

19      Q.   And so around this time in around 2000,

20  Angel Munoz left the prison system?

21      A.   Correct.

22      Q.   And so Gerald Archuleta wanted to be

23  number 1?

24      A.   Two people did, and Archuleta was

25  selected.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   And who was the other?  Was it Julian
 2   Romero?
 3        A.   No, Chaparro.  Manuel Maldonado I believe
 4   is his name.
 5        Q.   So now the new honcho, head honcho -- I
 6   don't know if that's term they use.  I'm sure that
 7   isn't.  But the top dog is Gerald Archuleta; right?
 8        A.   Yes.
 9        Q.   And he goes into jail and at that time
10   Julian Romero gets out of prison.
11        A.   Correct.
12        Q.   And Julian Romero goes and lives at the
13   house that Gerald Archuleta was living in before he
14   went to jail.
15        A.   Eventually.  He initially went to get
16   drugs from that woman to help smuggle into the
17   prison, and then a relationship developed.
18        Q.   So is it Lilly?
19        A.   Yes.
20        Q.   And so he lived with Lilly; is that right?
21        A.   Eventually.
22        Q.   And when Mr. Archuleta found out about
23   this, that caused a major problem, didn't it?
24        A.   It did.
25        Q.   And in fact, it grew to where
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   Mr. Archuleta wanted Julian Romero murdered.

 2        A.   Definitely.

 3        Q.   Now, Julian Romero was one of the

 4   original -- I don't know if they call it original

 5   gangsters, but whatever, one of the original members

 6   of the SNM; is that right?

 7        A.   I call him -- and he's agreed with me --

 8   that he's one of the original eight identified

 9   members that was present during the riot in 1980.

10        Q.   When this split happened, it caused a

11   split, people took allegiances to one or the other,

12   to either Julian Romero or Styx Archuleta.

13        A.   They identified with them.  I always refer

14   to it as kind of a civil war within.  But yes, they

15   definitely had different sides they identified with.

16        Q.   And Mr. Billy Garcia sided with Julian

17   Romero; is that right?

18        A.   Yes, sir.

19        Q.   And then people that sided with Gerald

20   Styx Archuleta included people like Freddie Munoz?

21        A.   Yes.

22        Q.   And Robert Martinez?

23        A.   I thought he was a little more neutral,

24   but I know that he favored Styx back in the day,

25   yes.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   And several other of the people that we're

2  going to see; right?

3    A.   I think it's diversified.

4    Q.   Okay.  Lining up teams?

5    A.   It's diversified, yes.

6    Q.   So the SNM -- in your investigation, did

7  you notice that there would be a lot of -- or at

8  times, at least -- backstabbing among various

9  members?

10    A.   Absolutely.

11    Q.   Fighting each other for superiority or

12  higher ranking?

13    A.   Yes.

14    Q.   Sometimes that took the form of actually

15  trying to kill your rival, like Julian Romero,

16  possibly?

17    A.   Yeah, I don't think that's more of a

18  rivalry.  I mean, I tend to agree with you.  It's a

19  backstabbing organization, but that was over a

20  woman.

21    Q.   Okay.  There is a term that's been used

22  called dry-snitching?

23    A.   Yes.

24    Q.   Is that a term that gangs use?

25    A.   Yes.

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                      201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492                                               FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1      Q.   And how is that different than regular

2  snitching?

3      A.   May I give you an example?

4      Q.   Okay.

5      A.   Let's say I've been tasked as a gang

6  member with doing something I don't want do.  Maybe

7  it's hit somebody.  I can write a kite or a small

8  letter to cause it to be found by the corrections

9  officers and it can say, "Bryan Acee has a shank in

10  his cell."  And I do have a shank.  So when they

11  come search me, they find my shank and I get locked

12  up.  So now I have a reason not to do the hit.

13  That's an example of dry-snitching.

14      Q.   Sometimes dry-snitching is used to get one

15  of your -- somebody that you don't want around to

16  get thrown into the hole or moved to another prison.

17      A.   Definitely.

18      Q.   So using a different example, let's say I

19  have a rival or somebody I want to get rid of,

20  they're my competition.  I could say my competition

21  did something bad by dropping a note to the

22  authorities, and if they acted on it, they might

23  move my competition away for another prison or put

24  him in a 23-hour lockdown setting or something like

25  that?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    Yes.

 2        Q.    Then I would rise to the top because my

 3   competition is gone, at least in theory.

 4        A.    Probably not for long, but yes.

 5        Q.    Okay.  That would often take the form of

 6   people dropping notes saying, This other person, my

 7   competition, committed a crime or committed -- they

 8   have a shank in their cell, or they might have, you

 9   know -- whatever the information is, it's got to be

10   significant enough for the Department of Corrections

11   to then act on it.

12        A.    Yes.

13        Q.    It can't be, He was out of line at chow,

14   or something like that.

15        A.    I don't think the COs will care much.

16             MR. CASTLE:  Your Honor, I know the Court

17   said it wanted to stop at 11:30.  This is a logical

18   place.

19             THE COURT:  Okay.  Let's do that.  Let's

20   take about a 15-minute break and then we'll come in

21   and work about an hour and a half, and take our

22   lunch break about 1:15.  All rise.

23             (The jury left the courtroom.)

24             THE COURT:  Before I forget it, this

25   material I'm getting from the taint team, probably
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                         (505) 843-9494
FAX (505) 843-9492                                               FAX (505) 843-9492
                                                                      1-800-669-9492
PROFESSIONAL COURT                              e-mail: info@litsupport.com
REPORTING SERVICE


BEAN & ASSOCIATES, Inc.

```
1    each one of you maybe ought to shoot me an email and
2    tell me what I'm looking for or what I'm supposed to
3    be doing.
4              All right.  We'll be in recess for about
5    15 minutes.
6              (The Court stood in recess.)
7              THE COURT:  All right.  Do we have a
8    lawyer for every defendant?  All rise.
9              (The jury entered the courtroom.)
10             THE COURT:  All right.  Everyone be
11   seated.
12             With us being in this room all day,
13   sometimes there's big news out in the world, and
14   I'll try to keep you posted.  But my wife just told
15   me that the Cowboys released Dez Bryant, so...
16             MR. CASTLE:  They've got some salaries --
17             THE COURT:  That's probably lost on half
18   the people, and to the other half, it's stunning
19   news.
20             All right, Mr. Acee, I'll remind you
21   you're still under oath.
22             Mr. Castle, if you wish to continue your
23   cross-examination of Mr. Acee, you may do so at this
24   time.
25
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

285

```
 1   BY MR. CASTLE:
 2       Q.   Agent Acee, we had talked somewhat about
 3   various things that some of these cooperators have
 4   asked for or received; is that right?
 5       A.   Yes, sir.
 6       Q.   I want to go and talk about something that
 7   we haven't talked about.  Some of them have asked to
 8   go into federal custody.
 9       A.   Yes.
10       Q.   In fact, one in particular, Frederico
11   Munoz, Playboy -- he wants to go -- he's mentioned
12   on a number of occasions that he wants to go to
13   federal custody instead of state custody; is that
14   right?
15       A.   Yes.
16       Q.   And in fact, he wanted to be indicted so
17   that that would be the case.
18       A.   Yes.
19       Q.   And I want to talk to you about some of
20   the prison situations over in the federal system;
21   right?  They have various levels of custody, meaning
22   various levels of, I guess, how hard the prison is;
23   is that right?
24       A.   Yes.
25       Q.   And that the hardest one is ADX.  Do you
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

286

1   know what the ADX stands for?  I don't either.

2        A.    Florence.

3        Q.    It's just the biggest, baddest prison in

4   the world; right?

5        A.    I don't know if it's the baddest in the

6   world, but it's our most secure facility in the

7   federal system.

8        Q.    I understand that.  I didn't mean it that

9   way.  But it's considered the most secure prison in

10  the world.

11       A.    Definitely in the United States, yes.

12       Q.    And they have areas where people are

13  locked down in their cell 23 hours a day; is that

14  right?

15       A.    Yes.

16       Q.    And then they're let out for one hour a

17  day to a cage to exercise?

18       A.    Correct.

19       Q.    And in the 23 hours that they spend in

20  that cell, it has a window into the common area, but

21  they can't see another inmate or another human

22  being.

23       A.    There's four facilities in ADX, but the

24  maximum security -- excuse me.  There's four

25  facilities at Florence.  The maximum security, the;

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   ADX, is designed to, my understanding, limit human

2   contact.

3        Q.   In fact, if you have to see a doctor, you

4   have to do it through a little TV where the doctor

5   is on the TV, and you talk to the doctor and the

6   doctor talks to you.

7        A.   That's my understanding, as well.

8        Q.   Then the next level down is what's called

9   the United States penitentiary?

10       A.   The USPs, yes.

11       Q.   And those are pretty dangerous places.

12   Would that be fair to say?

13       A.   I agree.

14       Q.   And then they have federal correctional --

15   FCIs?

16       A.   Yes.

17       Q.   And those are a little bit less serious

18   and less violent?

19       A.   Yes.

20       Q.   And then they have prison camps.

21       A.   Yes.

22       Q.   And those are somewhat like residential,

23   but not fully residential.  There might sometimes be

24   a pod of four rooms with their own kitchen and

25   things like that, at times?

SANTA FE OFFICE                                                           MAIN OFFICE
119 East Marcy, Suite 110                                                 201 Third NW, Suite 1630
Santa Fe, NM 87501                                                        Albuquerque, NM 87102
(505) 989-4949                                                            (505) 843-9494
FAX (505) 843-9492                                                        FAX (505) 843-9492
                                                                          1-800-669-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE
                                                                          e-mail: info@litsupport.com

1      A.    Yes.  They call those, like, camps, like

2  where the white-collar guys go, yes.

3      Q.    Well, it's just more than white collar

4  people that go there.  It's people with drug

5  offenses and things like that?

6      A.    Yes.  I think that brings up another

7  category, but yes, I agree.

8      Q.    Now, there is also in that system some

9  facilities that have areas set aside for people that

10  have become witnesses in other cases; is that right?

11      A.    Protective custody yards?

12      Q.    Yes, or WITSEC yards, or things like that?

13      A.    Yes.  I think there's a distinction there,

14  but yes.

15      Q.    Go ahead and tell us what the distinction

16  is.

17      A.    I think the protective custody yards can

18  house inmates that aren't witnesses but have --

19  there's a need for -- to be separated from the

20  general population.  In those same yards with those

21  same offenders are people that have been witnesses.

22  And in WITSEC, to me, witness security or what TV

23  refers to as witness protection -- it's actually

24  called witness security or WITSEC -- is a category

25  where it's comprised of just witnesses who have

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1  qualified for that program.
 2       Q.   And without going into all the details of
 3  that, because I know some of that stuff is probably
 4  not for public consumption, but those WITSEC parts
 5  of prisons -- would it be fair to say that those
 6  have a fairly low level of violence?
 7       A.   Yes.
 8       Q.   And that's because if you do something
 9  violent in there, you get kicked out of those, out
10  of that witness security area, and you might go into
11  general population, where you could lose your life?
12       A.   Yes, and not just for violence.  I mean,
13  if you break the rules, then you would be sent to a
14  protective custody yard before you went to general
15  population.  But the theory is that you need to
16  follow the rules or you lose out.
17       Q.   And in fact, one notable situation,
18  someone escaped from one of the WITSEC yards and
19  then they were brought back into general population
20  and they died.  Are you familiar with that one?
21       A.   No, sir.
22       Q.   So I think -- have you had discussions
23  with some of the cooperators about these special
24  programs being available once they begin their
25  sentences?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    Yes.
 2        Q.    And have some of them shown a desire to do
 3   that?
 4        A.    Yes.
 5        Q.    Now, have any of the cooperators that
 6   we're going to hear from in this trial -- have any
 7   of them already been sentenced on the cases they
 8   took deals on?
 9        A.    No.
10        Q.    So all of their sentences are going to be
11   after they're done with their testimony and things
12   of that nature?
13        A.    Yes.
14        Q.    Do you know why their sentencing was put
15   off until after they testified?
16        A.    Yes.
17        Q.    Why?
18        A.    So that when they go to sentencing, their
19   attorneys can, I presume, make it known to the Court
20   that they cooperated, and they assisted the
21   Government in this process and took responsibility
22   for their crimes.
23        Q.    And it's also to make sure that they do
24   actually fulfill their cooperation duties; right?
25        A.    I don't know how to answer that because I
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                           Albuquerque, NM 87102
(505) 989-4949                                                       (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492
                                                                1-800-669-9492
                                                          e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1   think a person could be sentenced and convicted and
 2   still come in and testify.
 3       Q.   All these people that we're talking about,
 4   they've cooperated already; they've already sat down
 5   with you and given full interviews, et cetera;
 6   right?
 7       A.   Yes, sir.
 8       Q.   So the only thing that's left is coming
 9   into court.
10       A.   Yes.
11       Q.   And so it was designed that their
12   sentencing wouldn't happen until after they do that
13   last act of cooperation?
14       A.   I'm not an attorney, again, but in my
15   experience, that's usually how it works.
16       Q.   Now, a few of the cooperators, I believe,
17   have mentioned to you that they'd like to get things
18   like new identities, money, cars, and things of that
19   nature; is that right?
20       A.   I think they mentioned that in some phone
21   calls, but that's -- I testified that we didn't have
22   those conversations, save one.  Some have asked me
23   questions about the WITSEC program, and would their
24   families have new identities, and I've talked to
25   them about that.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   And this is actually something that -- at

2  least one instance where the inmate was hoping that

3  he'd get a new identity, so he wouldn't have a

4  criminal record and he could own a gun again.

5    A.   I think I know what you're talking about.

6  It wasn't exactly like that.  There was a suggestion

7  about him going hunting, and I said it would have to

8  be with a bow and arrow.

9    Q.   Who was the hunter we were talking in

10  question?

11    A.   It was Daniel Sanchez' brother, Ron

12  Sanchez, in a conversation I was having with him and

13  Mario Rodriguez.

14    Q.   So it was Mario Rodriguez wanting to have

15  a gun?

16    A.   No, he was suggesting to Ron -- sorry to

17  be confusing here.  But I'm up at the penitentiary,

18  I'm talking to a defendant's brother and a

19  cooperator, and they are having a conversation about

20  this defendant, Daniel Sanchez, being able to be a

21  hunter again; maybe if he cooperates, he'll get out,

22  he could get a new name and a new identity and maybe

23  he could go hunting again.  And I made the comment,

24  "With a bow and arrow.  He's not ever going to have

25  a gun again legally."

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                        Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                          FAX (505) 843-9492



1-800-669-9492
e-mail: info@litsupport.com

1    Q.   You know, we were talking a few minutes

2  ago about the prison camps, federal prison camps.

3    A.   Yes, sir.

4    Q.   Now, are you aware that there's -- I won't

5  say the location, but there is a particular prison

6  camp that is for cooperators?

7    A.   No.

8    Q.   Are you not aware of that?

9    A.   It's a program run by the Marshal Service,

10  and I have picked up people from the facilities, but

11  I don't know that -- I've not been to a camp.

12    Q.   Without mentioning the facility, I'm not

13  sure I can ask you more questions about it.  But are

14  those prison camps -- those are the ones that some

15  of the people on TV call Club Fed?

16    A.   Probably.

17    Q.   In New Mexico, do they have a Club Fed

18  type of prison in their state penitentiaries?

19    A.   No.  There are facilities that might be

20  construed as that in western Texas.

21    Q.   Is that the one that looks like -- it's

22  white, that you see when you're going to El Paso?

23  Never mind.  It doesn't matter.

24    A.   I'm not sure.  I haven't been down there

25  in a while.  And I don't mean to suggest that it's a

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com




BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    witness security facility.  It's just a lower-level

2    security.

3         Q.   Now, people that are cooperators that do

4    their time, are they given, in some instances,

5    special treatment, extra favors, things of that

6    nature?

7         A.   Well, I'm not going to say no.

8         Q.   Well, in this case, for example, while

9    they're waiting to testify here, they've been given

10   money.  That would be a special consideration.

11        A.   That's why I didn't say no.  Yes.

12        Q.   I think they've gotten additional

13   visitations with family members, cooperators have?

14        A.   Yes.

15        Q.   And even in one instance they got thrown a

16   pizza party by -- well, they got a pizza party;

17   right?

18        A.   Yes.

19        Q.   And you attended that?

20        A.   I did.

21        Q.   And which cooperating witnesses got to

22   attend that pizza party?

23        A.   Benjamin Clark, Gerald Archuleta, Jerry

24   Armenta, Javier Rubio.  I think Billy Cordova was

25   there.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1      Q.   Robert Martinez?

 2      A.   Robert Martinez, Roy Martinez.  I may be

 3 missing some.

 4      Q.   How many of those people were convicted of

 5 murder or pled to racketeering counts including the

 6 charges of murder?

 7      A.   I think most of them had murders in the

 8 state system, to answer the first part of your

 9 question.  And then racketeering murders that we

10 charged:  Ben Clark, Jerry Armenta.  The others,

11 there's VICAR charges, but they weren't murder.

12      Q.   And they got to invite some of their

13 family members to this party?

14      A.   Some of them had family members there,

15 yes.

16      Q.   That's not something that's offered to the

17 general prison population, is it?

18      A.   I don't believe so.  Not at that facility,

19 no.

20      Q.   That was kind of extraordinary?

21      A.   Yes.

22      Q.   They'd also be given extra tier time; is

23 that right?

24      A.   They were given Level 4 privileges.  My

25 understanding is, it wasn't extra; that they were

SANTA FE OFFICE                                                        MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                           Albuquerque, NM 87102
(505) 989-4949                                                          (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492



PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

296

1    afforded what a Level 4 inmate would have, which

2    they qualified for when they renounced the gang.

3    However, they were being held in a Level 6 facility,

4    so that's the nuance there.

5         Q.    So they got extra phone calls?

6         A.    They did.

7         Q.    Extra tier time?

8         A.    Well, again --

9         Q.    Let me ask -- extra family time

10   visitation?

11        A.    Yes.

12        Q.    And that's all because they were

13   cooperators who had renounced.

14        A.    Yes.

15        Q.    In some of your discussions with some of

16   these cooperators, did you talk to them about the

17   effects of segregation and solitary confinement?

18        A.    I didn't ask that question, but it was --

19   some of the cooperators talked about that, yes.

20        Q.    I'm not sure who this is concerning, but

21   do you recall testifying -- do you recall speaking

22   with him about the effects of segregation and

23   solitary confinement and answering yes?

24        A.    Yeah, I'm not changing my answer.  I'm

25   just saying, that's not one of the questions I seek

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    in my investigation, but it's often something, when

2    I'm speaking with someone who's done a lot of time

3    and I'm hearing their life story and their

4    experiences, they're telling me what it was like to

5    do so much time in solitary confinement.

6         Q.    And they don't want to be in that --

7         A.    Some guys like it, interestingly enough.

8    Others don't.

9         Q.    Now, in regard to cooperators, you talked

10   about certain instructions that you gave them that

11   they had to follow or they were supposed to follow?

12        A.    Yes.

13        Q.    Did they always follow those instructions?

14        A.    No.

15        Q.    And if they don't follow your

16   instructions, it's hard for you to trust them; is

17   that right?  I think that's a quote you've said

18   before.

19        A.    I clarified that.  I would today, that my

20   trust is limited.  I can trust them in certain

21   situations, and in others I can't.

22        Q.    A lot of the cooperators, not all of them,

23   had or have some pretty significant drug issues; is

24   that right?

25        A.    Yes.

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                           Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492                                             FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1      Q.    Involving addictions to heroin,

2  methamphetamine, and the like?

3      A.    Mostly heroin, but yes.

4      Q.    It's a lot easier to get those kind of

5  drugs in a less secure prison; is that right?

6      A.    They seem to get them in every prison.

7      Q.    But it's easier in the less secure ones.

8      A.    I imagine.

9      Q.    The instructions that we talked about a

10  little bit required them to not break any laws; is

11  that right?  While they were cooperating?

12      A.    Yes.

13      Q.    And it also allowed them, you know --

14  they'd have to waive any constitutional protections

15  against unlawful searches and seizures during the

16  entire period of agreement; is that right?

17      A.    No, I created a document or a contract --

18  in this case I'll say a contract -- when I had

19  cooperators that were on the street, so that if I

20  wanted to search them, I didn't need a search

21  warrant.  I could search them.  They waived their

22  Fourth Amendment right.  And they needed to agree to

23  that in order to work with me on the streets.

24      Q.    And do you recall that part of it was, "I

25  consent to have my person, personal possessions,

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                           Albuquerque, NM 87102
(505) 989-4949                                               (505) 843-9494
FAX (505) 843-9492                                       FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1  automobiles, and residences searched by the FBI at

2  any time without probable cause or reasonable

3  suspicion during the period of time covered by the

4  agreement"?

5      A.    Yes, I specifically wrote that.

6      Q.    Let's go to searches first.  Have you

7  conducted searches just of the witnesses here in

8  this case that will be walking in as people on the

9  street; they're not in prison.  Have you conducted

10  any searches of their homes?

11      A.    Yes.

12      Q.    Sammy Griego?

13      A.    His car and his person.  His home -- he's

14  moved around quite a bit.

15      Q.    How about Big Jake Armijo?

16      A.    Yes.

17      Q.    And that was because -- well, was it in

18  relation to the fact that he was doing some drugs

19  like heroin and methamphetamine while he was

20  released as a cooperator?

21      A.    He had a dirty UA, so I think the

22  substance was heroin, yes.

23      Q.    Do you think it was just heroin or would

24  you have to look at the document?

25      A.    I'd have to look at it.  Nevertheless, he

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                             Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

 1  had tested positive for drug use.

 2      Q.   It wasn't marijuana or alcohol?  It was

 3  something more significant?

 4      A.   No.  Did you want me to keep naming who I

 5  searched or --

 6      Q.   Thank you.  Go ahead.

 7      A.   Phillip Gonzalez, Grumpy.

 8      Q.   Was he grumpy when that happened?  I'm

 9  sorry.

10      A.   He's got a tattoo of the grumpy elf or

11  whatever on the back of his head.  Robert Lovato.

12  Lyman Serrano.

13      Q.   Is he testifying in this trial?

14      A.   I don't believe so.

15      Q.   Let's just, if we can, limit it to them,

16  please.

17      A.   Jimmie Joe Lucero.  He's since deceased.

18      Q.   So he's not going to be testifying in this

19  trial?

20      A.   Sorry.  Let me do a better job of that.

21      Q.   That's all right.  We've been going a long

22  time.  Everybody is tired.

23      A.   There may be some others.

24      Q.   You know, we've talked about the tablets.

25  That would be an example of something that got

SANTA FE OFFICE                                    MAIN OFFICE
119 East Marcy, Suite 110                    201 Third NW, Suite 1630
Santa Fe, NM 87501                            Albuquerque, NM 87102
(505) 989-4949                                        (505) 843-9494
FAX (505) 843-9492                               FAX (505) 843-9492
                                                  1-800-669-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE
                              e-mail: info@litsupport.com

1    seized and searched; right?

2         A.    Yes.

3         Q.    But there was one -- the inmates that did

4    something wrong, they didn't get the tablets back;

5    right?

6         A.    Correct.

7         Q.    Leonard Lujan.  They never were able to

8    search his; right?

9         A.    Well, I believe Corrections searched all

10   of them, cooperators and defendants.

11        Q.    Do you recall Leonard Lujan completely

12   destroyed his and smashed it up into little pieces,

13   so it couldn't be tested?

14        A.    No, sir.

15        Q.    During the time these cooperators were in

16   this pod together -- I take it they don't live

17   together in a big pod anymore?  All of them, I mean?

18        A.    No.

19        Q.    They kind of got split up once you found

20   out that they violated the rules with the tablets

21   and things like that; right?

22        A.    Yes.

23        Q.    But before that happened, you had to go to

24   that cooperator pod on a number of occasions for

25   issues that occurred with these cooperators.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   Yes.

 2        Q.   Some of them were minor, but others were

 3   more serious?

 4        A.   I think most of them were minor.

 5        Q.   Sometimes it was to sign receipts for

 6   their payments?

 7        A.   Yes.

 8        Q.   When they had to sign the receipts for

 9   payments, did you do that secretly, or was it just

10   right there?

11        A.   It was one at a time, but I don't want to

12   say it was secret.  They would be pulled out to a

13   room away from the pod, and I would briefly meet

14   with them and they would sign.

15        Q.   Are you aware of whether they compared

16   notes with each other on how much they were each

17   getting?

18        A.   I can think of at least one instance where

19   they did, because somebody made a comment about

20   that.

21        Q.   Tried to hit you up for more?

22        A.   Yeah.

23        Q.   Did you have some concerns about the fact

24   that so many of these cooperators were being housed

25   in the same living unit?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    A.   Yes.

2    Q.   And one of those overarching concerns that

3 you had was that they could interact freely with

4 each other.

5    A.   To some extent, yes.

6    Q.   And another one was, you were concerned

7 they might get their stories straight with each

8 other, prepare their stories?

9    A.   That's a concern.

10    Q.   Did the FBI ask these cooperators, you

11 know, kind of as a protective measure, to allow

12 there to be a listening device in their pod so the

13 FBI could see if cooperators were trying to

14 coordinate their stories or prep for trial together

15 or things like that?

16    A.   They're all represented.

17    Q.   But nobody asked their lawyers if that

18 could happen, that you're aware of?

19    A.   No.

20    Q.   Now, one of the things that caused that

21 group to be separated from each other -- and I don't

22 want to get into too many details about this -- but

23 was that several of the cooperators used their

24 increased privileges meeting with their wives or

25 girlfriends to do some inappropriate things with

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   them; is that right?

2       A.    Four men did.

3       Q.    And we're talking about having sexual

4   contact at some level with them?

5       A.    Correct.

6       Q.    And in fact, specifically with Billy

7   Cordova, who is one of the witnesses that's going to

8   be testifying in this case, there is actually

9   videotape of what had happened with him and his

10  wife.

11      A.    There is video in all four circumstances.

12      Q.    I'm not going to show that video, but just

13  very briefly, did Mr. Cordova have sexual

14  intercourse with his wife in the presence of his

15  minor children on four different occasions?

16      A.    No, on two.

17      Q.    On two?

18      A.    Two of four.

19      Q.    He's still a cooperator; right?  Or at

20  least he's cooperating to testify?

21      A.    He's agreed to testify.  He's no longer an

22  FBI informant.

23      Q.    Did Mr. Cordova also continue to use drugs

24  after he became a cooperator?

25      A.    Yes.


SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.    And Mr. Cordova has actually testified

2  under oath in a previous proceeding not involving

3  any of these defendants; right?

4    A.    More than one.

5    Q.    And were you present for that testimony?

6    A.    I was.

7    Q.    And did he take an oath?

8    A.    Yes, sir.

9    Q.    And did he swear under oath that the

10  claims of him using drugs while being a cooperator

11  were untrue?

12    A.    I think so.  I just recall that he was

13  confused about the question.  But in my mind, I

14  think he may have.

15    Q.    That caused you a concern, didn't it?

16    A.    Yes.

17    Q.    And in fact, you previously testified that

18  your concern was that anytime somebody lies under

19  oath, that's a significant problem.  "It sounded

20  like to me, from what I witnessed, that he was

21  confused about the question and he had some

22  difficulty with that question, in understanding, and

23  only he would know what that was.  I don't know."

24        And then you'd indicated that you thought

25  he was dishonest?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    A.   My gut feeling is, he may have been.  But

2  I'll give him the benefit of the doubt, and I would

3  want to ask him more questions about it, what he

4  understood the questions to be.

5    Q.   Has he been prosecuted for that drug

6  usage?

7    A.   No.

8    Q.   Has he been prosecuted for perjury, that

9  you know of?

10    A.   No.

11    Q.   Mr. Cordova has made, I believe -- at

12  least if I have all of the reports -- he's made

13  seven different -- been subject to seven different

14  interviews by the FBI?

15    A.   Perhaps.  It's definitely more than one,

16  more than two.

17    Q.   In all of the interviews prior to the last

18  one -- let's talk about the last one.  That was on

19  April 2 of 2018.  Does that sound about right?

20    A.   Probably, but I'll mention that these are

21  ongoing and there may be more.

22    Q.   Okay.  Prior to the April 2nd one, would

23  you accept my representation that there have been

24  six prior interviews of Mr. Cordova?

25    A.   That sounds about right.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    Q.   And in none of those -- well, I'll

2 actually move on.  We'll ask Mr. Cordova about this.

3         Was Mr. Cordova dealing drugs in a

4 correctional facility after he became a cooperator?

5    A.   I'm not sure.

6    Q.   Was there some evidence that he was that

7 was collected at Sandoval County?

8    A.   It doesn't sound familiar to me.

9    Q.   Now, these cooperators -- just talking

10 about the various things they did, one of the

11 cooperators actually even had sexual relations with

12 a correctional officer; is that right?

13   A.   I think he may have.  He didn't tell me

14 that he did, but I presume he did.

15   Q.   Have others -- have you developed evidence

16 that others have dealt drugs while they're in

17 prison, other cooperators?

18   A.   I won't say that I've developed evidence,

19 but I have heard them testify that they did.  I

20 suppose that's evidence, actually, so yes.  I just

21 want to be clear, I don't have physical evidence of

22 it.

23   Q.   There are, in some instances, reports the

24 Department of Corrections has produced that talk

25 about some of these events where some of the

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                Albuquerque, NM 87102
(505) 989-4949                                            (505) 843-9494
FAX (505) 843-9492                                  FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.                          1-800-669-9492
PROFESSIONAL COURT                   e-mail: info@litsupport.com
REPORTING SERVICE

1   cooperators are doing things illegally.

2       A.   Yes.  And not only the Department of

3   Corrections, but the different county jails that

4   they've been housed at.

5       Q.   And I think you previously testified that

6   the cooperators have never stopped committing

7   crimes.

8       A.   Did I say that?

9       Q.   Well, I don't testify here, but I think on

10  February 26, 2018, at page 205 you said, "These guys

11  have never stopped committing crimes or doing bad

12  things."

13      A.   I remember saying that.  When I said,

14  "These guys," I don't know if I was talking about

15  the defendants and the cooperators or just everybody

16  in the SNM.

17      Q.   Okay.  Well, I'll ask the question before

18  it.  "Question:  Well, when did you become aware of

19  the pattern of criminal activity of these Government

20  witnesses?"

21          And your answer was:  "These guys have

22  never stopped committing crimes or doing bad

23  things."

24      A.   They haven't.

25      Q.   So it wasn't about the defendants.  It was

SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                              Albuquerque, NM 87102
(505) 989-4949                                                         (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

309

```
 1   about the witnesses when you testified; is that
 2   correct?
 3        A.   Yes.
 4        Q.   Okay.  I want to talk to you about Leroy
 5   Lucero.  His nickname was Smurf; is that right?
 6        A.   Yes.
 7        Q.   And was there another person who was named
 8   Smurf?
 9        A.   Yes.
10        Q.   Was that Angel Munoz?
11        A.   Oh, then there's three.  I think they
12   called him Papa Smurf sometimes.
13        Q.   Okay.  And is "smurf" a term that's used
14   by people who cook up crack cocaine?  Do you know
15   that?
16        A.   No.  I know the history of Leroy's name,
17   but it didn't have anything to do with that.
18        Q.   Mr. Lucero was a subject.  You did a
19   subject interview with him; is that right?
20        A.   I've interviewed him.  I don't know that
21   I've done a subject one.
22        Q.   Did you participate in an interview with
23   him in earlier this year, in January, I think it
24   was?
25        A.   At his house?  Yes.
```

SANTA FE OFFICE                                                      MAIN OFFICE
119 East Marcy, Suite 110                                       201 Third NW, Suite 1630
Santa Fe, NM 87501                                              Albuquerque, NM 87102
(505) 989-4949                                                          (505) 843-9494
FAX (505) 843-9492                                                  FAX (505) 843-9492
                                                                   1-800-669-9492
                                                        e-mail: info@litsupport.com


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        Q.   During that interview, did he talk to you

 2   about being on the phone prior to the murders, the

 3   2001 murders?

 4        A.   Yes.

 5        Q.   And that he was talking to an individual

 6   by the name of Angel Munoz?

 7             MR. CASTELLANO:  Objection, hearsay.

 8             MR. CASTLE:  I'm offering it for a

 9   nonhearsay purpose, Judge, because I'm going to

10   follow up with whether they were able to obtain that

11   phone call from the recordings.

12             THE COURT:  Let me hear the question first

13   and then let me know what -- are you going to use

14   the statement in your question?

15             MR. CASTLE:  I am, and that's why --

16             THE COURT:  Why don't you come up, then,

17   and let me hear what it is.

18             (The following proceedings were held at

19   the bench.)

20             MR. CASTELLANO:  So I think the follow-up

21   question will be whether he was able to corroborate

22   that hearsay.

23             THE COURT:  Why don't I hear the question

24   first so I have it in mind.

25             MR. CASTLE:  If possible, I'm going to
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    ask -- there's two questions I was going to ask, so
 2    the Court will know.  The first one is:  During that
 3    interview, did Mr. Lucero talk about being on the
 4    phone prior to the murder with an individual by the
 5    name of Angel Munoz?  And if the answer is yes, then
 6    was that conversation concerning the murders that
 7    were about to occur?  If yes, then I was going to
 8    ask:  Did you get ahold of that phone call
 9    recording?  And then the question would be about the
10    recording and the effort made to obtain the
11    recordings.
12              MR. CASTELLANO:  But the rest of that
13    conversation deals with the fact that once --
14              THE COURT:  Do you have a problem about
15    that much coming in?
16              MR. CASTELLANO:  I don't.  I do have a
17    problem with opening the door to the rest of the
18    statement, because Leroy Lucero will say that
19    Mr. Munoz told him that Billy Garcia was arriving at
20    the facility and was going to take care of business.
21    So it opens up the door to the fact that Billy
22    Garcia was going to arrive at the facility and clean
23    house.
24              MR. CASTLE:  I'm not going to question Mr.
25    Lucero, just ask about the phone call.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1            THE COURT:  Sounds like what you're asking
 2   the Government doesn't object to, and after that
 3   we'll take it a question at a time.  I'm not ruling
 4   whether it opens it or not.  I need more context,
 5   but it sounds like they don't object.
 6            MR. CASTELLANO:  I do object.  If the
 7   Court is finding it doesn't open the door, then we
 8   have an unfair inference for those questions, and
 9   don't get to complete the rest of the statement.
10            THE COURT:  Let me hear it.  I'm not
11   making a ruling whether it opens the door until I
12   hear it all, but you can ask those questions.
13            (The following proceedings were held in
14   open court.)
15            THE COURT:  All right.  Mr. Castle.
16   BY MR. CASTLE:
17       Q.   Agent, during that interview with
18   Mr. Lucero, did he talk to you about a conversation
19   he'd had with Angel Munoz a few days before the
20   murders happened, the 2001 murders happened?
21       A.   Yes.
22       Q.   Were you able to go back and get a copy of
23   that phone call from -- you know, at the facility?
24       A.   No.
25       Q.   It's your understanding they had the
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   ability to record phone calls back then?

2        A.   Yes.

3        Q.   Was it your understanding that Mr. Lucero

4   was a shot-caller for some period of time with the

5   SNM?

6        A.   Yes.

7        Q.   And that after the 2001 murders that his

8   stature in the SNM rose, didn't it?

9        A.   I don't know that it ever changed until he

10  dropped out.  He was always, I think, regarded as a

11  senior member and well-respected.

12            MR. CASTLE:  I have no other questions,

13  Your Honor.

14            THE COURT:  Thank you, Mr. Castle.

15            Who wants to go next?

16            All right.  Mr. Lahann.

17                 CROSS-EXAMINATION

18  BY MR. LAHANN:

19       Q.   Good afternoon, Agent Acee.

20       A.   Good afternoon, Mr. Lahann.

21       Q.   How many parties, pizza or otherwise, have

22  you joined these gentlemen at?

23       A.   None.

24       Q.   Mr. Patterson paroled out of the

25  Department of Corrections in 2002; is that correct?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1        A.    I believe so.

2        Q.    And until marshals showed up at his door

3  in 2015, he had not returned to the Department of

4  Corrections, had he?

5        A.    I'm not sure, but I don't think so.

6        Q.    You said as your operation began, you

7  decided to do some controlled buys with some guys on

8  the street?

9        A.    Yes, sir.

10        Q.    You didn't do that with everybody, did

11  you?

12        A.    Like every SNM member?  No.

13        Q.    Or associates, or what you call

14  associates?

15        A.    No.

16        Q.    For example, you never tried to do an

17  undercover buy with Mr. Patterson, did you?

18        A.    He was never the target of a buy, no.

19        Q.    Okay.  And as a matter of fact -- and I

20  assume it has something to do with the resources of

21  your investigation -- you want to do the control

22  buys with guys that you pretty much know are selling

23  out on the streets; is that right?

24        A.    Yes.

25        Q.    You had no reason to believe that of

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                           Albuquerque, NM 87102
(505) 989-4949                                               (505) 843-9494
FAX (505) 843-9492                                           FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1   Mr. Patterson, did you?

2        A.   All of our buys were done in Albuquerque.

3   I don't -- to answer your question specifically, I

4   don't recall having information that Mr. Patterson

5   was selling drugs in Silver City.

6        Q.   He was pretty low on your radar; is that

7   right?  Is that fair to say?

8        A.   I didn't view him as a leader.  He was on

9   the radar.  Does that answer the question?

10       Q.   Fair enough.  While in custody or

11  otherwise, you've not attempted to get any

12  undercover recordings of Mr. Patterson, have you?

13       A.   No.  That's difficult to do.  Not

14  impossible, but no.

15       Q.   As a matter of fact, there are no

16  recordings and there are no jail calls with

17  Mr. Patterson ever admitting culpability to any

18  crime, is that correct, in this case?

19       A.   Yes.

20       Q.   You're aware, as the case agent and

21  somebody that spent a lot of time looking at all of

22  the evidence in this case -- and I think we're up to

23  Bates No. 70314, according to last count -- you're

24  aware that when Mr. Garza was discovered deceased in

25  his cell, that basically there was a lockdown of the

SANTA FE OFFICE                                                        MAIN OFFICE
119 East Marcy, Suite 110                                      201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                         (505) 843-9494
FAX (505) 843-9492                                             FAX (505) 843-9492
                                                                    1-800-669-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

e-mail: info@litsupport.com

1    pod and all of the cells in the pod were searched;

2    isn't that right?

3         A.   Yes.

4         Q.   And that shakedown revealed no drugs.  No

5    heroin was found; isn't that right?

6         A.   Yes.

7         Q.   And no weapons were found except for a

8    knotted shoestring that was found in Mr. Chacon's

9    cell; isn't that right?

10        A.   Yes.

11        Q.   And that shoestring -- it wasn't a laundry

12   bag enclosure.  It was a shoestring; isn't that

13   right?

14        A.   If we're talking about the same one, it

15   was, like, tied in a hangman's noose?

16        Q.   Yes.

17        A.   Yes.  I remember that.

18        Q.   Knotted on both ends; isn't that right?

19        A.   Yes.

20        Q.   So somebody presumably could wrap that

21   around their hands and do whatever they needed to

22   do?

23        A.   Yes.

24        Q.   That item was found in Chacon's cell, not

25   in the cells of anybody in this courtroom; is that

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                           Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                            FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

317

```
 1  right?

 2        A.   Yes.

 3        Q.   As a matter of fact, it was tucked into a

 4  toilet paper roll; isn't that right?

 5        A.   I thought it might have been a soap box,

 6  but something similar, yes.

 7        Q.   And that was the only thing resembling a

 8  weapon that was found in that particular pod.

 9        A.   Yes.

10        Q.   You're aware -- and I assume that the

11  reason the Government put you on to begin with is to

12  give the history of the case and the history of your

13  investigation.  You're aware in that history that

14  there was a serious dispute between the State

15  Police, who investigated the crime, and the

16  Department of Corrections at the time, who had their

17  own theories about what happened with that murder?

18             MR. CASTELLANO:  Objection, calls for

19  hearsay.

20             THE COURT:  I'm thinking that might.  I

21  think you can ask him if there is a dispute, but

22  let's not get into the details.

23  BY MR. LAHANN:

24        Q.   And I'll leave it with that.  Are you

25  aware through your investigation of the history of
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1  this case of any dispute between the Department of

2  Corrections and the State Police regarding the

3  causation of death in this case?

4       A.   My recollection is:  It's not as much with

5  the causation, but the events leading up to it and

6  then who the players were.  I saw that there was

7  some discussion about that.

8       Q.   And that is what led to -- criminal

9  charges were never filed by the state authorities in

10  this case; isn't that right?

11      A.   That's correct.

12           MR. LAHANN:  No further questions.

13           THE COURT:  Thank you, Mr. Lahann.  Anyone

14  else have cross-examination?  Mr. Benjamin?

15           MR. BENJAMIN:  Yes, Your Honor.  If I

16  could have a moment, Your Honor, I feel like I'm

17  moving.

18           THE COURT:  Sure.  Take your time.

19                 CROSS-EXAMINATION

20  BY MR. BENJAMIN:

21      Q.   Good morning.  I guess it is barely, isn't

22  it, Agent?

23      A.   We've just moved into the afternoon, sir,

24  I think.

25      Q.   Actually, I guess I just want to start



SANTA FE OFFICE                                        MAIN OFFICE
119 East Marcy, Suite 110                         201 Third NW, Suite 1630
Santa Fe, NM 87501                                 Albuquerque, NM 87102
(505) 989-4949                                            (505) 843-9494
FAX (505) 843-9492                                  FAX (505) 843-9492
                                                          1-800-669-9492
                                               e-mail: info@litsupport.com

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1    with one question.  You don't have a picture of
 2    Angel DeLeon, do you?
 3          A.   Not in my pocket.
 4          Q.   Okay.  He's the one that I don't think
 5    we've seen.  Do you have a picture of Angel DeLeon,
 6    I guess, recent, post-2001 timeframe or so?
 7          A.   I don't want to comment on that.
 8          Q.   Okay.  How many -- you said there were 36
 9    individuals that were arrested or indicted in Phase
10    1; correct?
11          A.   I hope I said "approximately," but yes.
12          Q.   Let's have an agreement.  The numbers I'm
13    going to ask you for right now, I'm not going to do
14    hard math with.  Okay?  We can go with approximates.
15          A.   Okay.
16          Q.   And then how many did you add in Phase 2
17    and Phase 3?
18          A.   Phase 2 was, I think, 40.  And at times,
19    Mr. Benjamin, I've been asked not to talk about
20    other cases or arrests, so...
21          Q.   Okay.
22          A.   The first one might have been more than
23    36, but I was limited in how I could respond.
24          Q.   Okay.  I guess what I'm looking for is,
25    let's go with the total number.  I think at one
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1   point in time you'd given us a number of 90 or so;

 2   is that right?

 3        A.   Yes, I believe we've arrested around 116

 4   members or associates and charged about 90

 5   federally.

 6        Q.   Okay.  How many -- and once again, I'm

 7   just looking for a number.  I'm not looking for any

 8   names right now.  How many of those are cooperating?

 9        A.   At least half cooperated.  Perhaps more.

10        Q.   How many of those 116 -- and I'd like to

11   keep it to that number, because that gives us a base

12   to work with -- are sex offenders?

13        A.   Arrested or cooperating?

14        Q.   Well, are the half that's cooperating not

15   included in the 116?

16        A.   Fair enough.  So we're going to go with

17   116.  I just want to make sure --

18        Q.   I understand.  So we're on the same

19   bookkeeping number, so to speak.

20        A.   I can think of three, four.  I've arrested

21   four that technically are sex offenders.

22        Q.   Okay.  And let me go back and clarify our

23   number.  We've got 116 arrests.  We've got half of

24   those that you thought were cooperating.  How many

25   outside of that do you think are cooperating?  And

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                            201 Third NW, Suite 1630
Santa Fe, NM 87501                                   Albuquerque, NM 87102
(505) 989-4949                                               (505) 843-9494
FAX (505) 843-9492                                      FAX (505) 843-9492
                                                          1-800-669-9492



BEAN
& ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE                          e-mail: info@litsupport.com

321

1   once again, just a number; not any identities or

2   anything.  How many more are cooperating that aren't

3   included in that 116 half?

4        A.   About a dozen.

5        Q.   Okay.  He paroled out of the New Mexico

6   Department of Corrections in 2005; correct?

7        A.   I believe that's correct.

8        Q.   Okay.  And you didn't do any controlled

9   buys against Mr. Gallegos?

10       A.   No, sir.

11       Q.   Okay.  Moving to the 2001 investigation,

12  that investigation, are you aware of Mr. Gallegos

13  working in the kitchen during the time of that, the

14  March 25, March 26, 2001?

15       A.   I have seen paperwork that indicated he

16  did have a job in the kitchen.

17       Q.   Okay.  And you're saying "paperwork," but

18  the logs showing that he was signed out and went to

19  the kitchen haven't been produced or preserved;

20  correct?

21       A.   Not that I've seen.

22       Q.   I guess -- do you have any doubts that he

23  was on the kitchen detail?

24       A.   No.

25       Q.   Let me fast-forward to March 17, 2015.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

322

1    Okay?

2         A.    Okay.

3         Q.    You used an interesting phrase I've never

4    heard before, but it's probably a good description.

5    This is a road kill case; right?

6         A.    Yes.

7         Q.    And that means this was a State

8    investigation that you had nothing to do with, and

9    then later decided that you wanted to prosecute.

10        A.    We picked it up.

11        Q.    Right.  And as part of that case, you

12   essentially -- when you adopt a case, you pull all

13   the -- I mean, because when you adopted this case,

14   you adopted this case probably roughly a year later;

15   right?

16        A.    Yes.

17        Q.    Okay.  So we're at March of 2016.  And a

18   year later you adopt this case.  You request the

19   reports?

20        A.    Yes.

21        Q.    You request evidence?

22        A.    Yes.

23        Q.    And sometimes take custody of it,

24   sometimes leave it in the State Police custody -- or

25   the arresting agency's custody.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    Yes.

 2        Q.    Sorry.  I said State Police.

 3        A.    Yes.

 4        Q.    This was Valencia County Sheriff's Office;

 5   correct?

 6        A.    Yes.

 7        Q.    And essentially you have what you have;

 8   right?

 9        A.    Yes.

10        Q.    Okay.  But yet when you adopt it, you make

11   determinations about what to do with it, how to

12   phrase it, and what you evaluate it as.

13        A.    I review it.

14        Q.    Okay.  Sorry.  I thought you were going to

15   add something after "I review it."

16              And when you reviewed this case -- and

17   we're talking about this case being what's been

18   charged as an assault with a deadly weapon upon Jose

19   Gomez; correct?

20        A.    Yes.

21        Q.    By Joe Gallegos.

22        A.    Yes.

23        Q.    And you charged this as having caused

24   serious bodily injury; right?

25        A.    Yes.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.    Okay.   What was the serious bodily injury
 2   that was caused?
 3        A.    He was stabbed in the hand.
 4        Q.    Okay.   With what?
 5        A.    A knife.
 6        Q.    Okay.   And that knife was not recovered?
 7        A.    No.
 8        Q.    That knife was not photographed?
 9        A.    No.
10        Q.    Okay.   The officer -- had you heard the
11   911 call before yesterday?
12        A.    No.
13        Q.    Okay.   The reports and the 911 call both
14   discuss a firearm or a gun; correct?
15        A.    Yes.
16        Q.    And can we agree that there was no gun
17   involved?
18        A.    Yes.
19        Q.    And then the report -- Deputy Fernandez,
20   Roque Fernandez, describes a minor laceration on the
21   hand in the report; right?
22        A.    Yes.
23        Q.    Okay.   What's the definition of "serious
24   bodily injury"?
25        A.    As I sit here, I would not want to take a
```

SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                  Albuquerque, NM 87102
(505) 989-4949                                                              (505) 843-9494
FAX (505) 843-9492                                                    FAX (505) 843-9492
                                                                         1-800-669-9492
                                                                e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1   stab at that.

2        Q.   Something causing permanent disfigurement

3   or likely to cause death?

4             MR. CASTELLANO:  Your Honor, let me object

5   at this time.  The charge is actually assault with

6   dangerous weapon and not serious bodily injury.

7   That's Count 13, I believe.

8             MR. BENJAMIN:  It is, Your Honor.  This

9   goes to the statements --

10            THE COURT:  I'll let you ask your

11  questions the way you want.  Overruled.

12  BY MR. BENJAMIN:

13       Q.   Does that sound like a fair description?

14       A.   Could you say that again, sir?

15       Q.   Okay.  And I'm quoting another statement

16  because, off the top of my head, I can't give you

17  the federal definition either.  Okay?

18       A.   Thank you.

19       Q.   "Likely to cause serious impairment or

20  death."

21       A.   As the definition of great bodily injury,

22  I think that's pretty close.

23       Q.   And Deputy Roque Fernandez describes this

24  as a minor laceration in between his thumb and

25  forefinger; right?

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                            FAX (505) 843-9492
                                                                  1-800-669-9492



BEAN
&ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE                               e-mail: info@litsupport.com

1        A.    Yes.

2        Q.    And do you remember talking to Deputy

3   Fernandez about that?

4        A.    No, and I don't know that he's still

5   employed there.

6        Q.    Did you talk to Sergeant Hall about that?

7        A.    What is his first name, if you know, sir?

8   Sergeant?  I talk to a lot of guys down there, but

9   they're pretty transient at that agency.

10        Q.    Okay.  I'll go with that.  I think it's

11   Steven.  Does that sound familiar?

12        A.    Yes, I think I've talked to him, and -- I

13   think so.

14        Q.    Okay.  And has anybody described something

15   to you other than a minor laceration?

16        A.    Yes.

17        Q.    Who?

18        A.    The victim.

19        Q.    Okay.  And this is the victim who told you

20   that when he calls 911, he says he was shot in the

21   hand; right?

22        A.    Yes.

23        Q.    And he doesn't say he was shot at.  He

24   says he was hit by a bullet, essentially; right?

25        A.    He thinks that might have been what

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                     201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                            FAX (505) 843-9492
                                                              1-800-669-9492



e-mail: info@litsupport.com

1  happened, yes, at that time.

2       Q.   And do you know where he went that day?

3       A.   Afterward?

4       Q.   Do you know where he was hiding?

5            MR. CASTELLANO:  Objection, calls for

6  speculation.

7            THE COURT:  Well, it's a foundational

8  question.  Overruled.  Just yes or no.

9       A.   No.

10 BY MR. BENJAMIN:

11      Q.   Okay.  Do you know if he was found hiding

12 under a metal trailer?

13           MR. CASTELLANO:  Objection, calls for

14 speculation and hearsay.  He has to rely on other

15 people's reports if he wasn't there, Your Honor.

16           THE COURT:  Well, let's first see if he

17 even knows an answer, and then we can determine

18 whether we're going to allow anything further.

19      A.   No, sir.

20 BY MR. BENJAMIN:

21      Q.   Okay.  Have you gone out to the scene

22 where he was located?

23      A.   No.

24           MR. BENJAMIN:  Your Honor, may we approach

25 briefly?



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1              THE COURT:  You may.

2              (The following proceedings were held at

3      the bench.)

4              MR. BENJAMIN:  The file that was requested

5      to be unsealed, Your Honor, still hasn't been

6      unsealed.  And I guess I'm going to -- I walked into

7      this because I talked to Ms. Armijo about this at a

8      break and then I walked into it.  One of the issues

9      come up, I'd like to know whether you're going to

10     produce this.

11             MS. ARMIJO:  I know it's not unsealed on

12     the docket.  If the Court gives permission, I

13     printed it downstairs, and I can go get it.  I'll go

14     down and get it.

15             MR. CASTELLANO:  I'll continue to object

16     to hearsay if he asks Agent Acee questions about

17     what was in the other police reports, because he

18     wasn't there, so he would have no personal

19     information.  The only information that Agent Acee

20     will have is information read from police reports.

21     So he wasn't there that day.  So any other questions

22     will be speculation and hearsay.

23             THE COURT:  Well, it sounds like he

24     doesn't know some of this stuff at all.  I guess I

25     can't predict exactly where we'll go, but generally
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    if he's getting his information just from other

2    sources or --

3            MR. BENJAMIN:  Your Honor, what I plan on

4    going into is the fact that he did a sworn

5    affidavit, a criminal complaint, based on testimony

6    he's claiming he doesn't know.

7            MR. CASTELLANO:  Based on hearsay -- a

8    complaint obviously can contain hearsay, and he's

9    trying to get hearsay in through this witness.

10           THE COURT:  Well, if it's a statement that

11   Mr. Acee has made and you're going to impeach him, I

12   guess, on it, I may have to give a limiting

13   instruction.  But I do think if it's something he

14   said under oath, that probably is fair game.  So I

15   may have to give a limiting instruction that these

16   things are strictly for impeachment purposes and

17   can't be considered for the truth of the matter.

18           MR. CASTELLANO:  It's also not a Jencks

19   statement.  Under the law in this district -- judge

20   Parker wrote an opinion a number of years ago in

21   which, for preliminary hearing purposes, defense

22   counsel tried to get reports upon which agents

23   relied when they wrote their complaints.  Those

24   reports have not had to be produced because the

25   agent adopts those as his or her own.  I don't

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  remember the name of the case.  I can get it for the

2  Court.  It doesn't make it a Jencks statement unless

3  the witness specifically adopts those statements as

4  his or her own.

5           MR. BENJAMIN:  I'm planning on asking

6  about his statements that he made under oath.

7           THE COURT:  Just say these are being used

8  for impeachment purposes and they can't consider

9  them for the truth.

10          MR. CASTELLANO:  I don't know how he can

11 be impeaching Agent Acee.  Those aren't his

12 statements.

13          THE COURT:  It's his affidavit.

14          MR. BENJAMIN:  It's his criminal

15 complaint.

16          MR. CASTELLANO:  They're not his

17 statements contained -- he's conveying hearsay, and

18 unless there is something in the affidavit in which

19 he states, "I have personal knowledge," I would

20 agree that would be his statement.  But if he's just

21 conveying hearsay from other police reports, how is

22 Mr. Benjamin going to impeach him on other people's

23 statements?

24          MR. BENJAMIN:  Your Honor, this criminal

25 complaint -- and I can lay a foundation, if this is

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   the issue -- but this criminal complaint was drafted

2   after a meeting with Jose Gomez; that he then

3   drafted a criminal complaint, he went through that

4   criminal complaint, and the facts that were in that

5   interview appear in this criminal complaint that he

6   made.

7          THE COURT:  Well, I think the first thing

8   you're going to have to do is ask him first a

9   question that is going to be eliciting admissible

10   evidence.  If the initial question that you asked

11   him is not going to be eliciting admissible

12   evidence, then you can't impeach him, because there

13   is nothing to impeach.  He's not going to be allowed

14   to testify.

15          So your first problem may be -- and I

16   still think that it's sound to impeach somebody with

17   their own affidavit and then they give an

18   instruction saying that their only use of it is for

19   impeachment purposes, but if you can't ask a

20   question of him in the beginning that elicits

21   admissible evidence, then I probably will sustain

22   the objection, and you don't have anything to then

23   impeach him on.

24          MR. BENJAMIN:  I do have those, I guess.

25          THE COURT:  I may just have to take it a

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   question at a time and everybody get the feel of

2   what I'm doing.  But it may be difficult for you to

3   ask him if the initial question is asking something

4   that would be inadmissible.  For example, if all

5   this information is coming from a police report,

6   there may not be anything to impeach him with.

7          MR. CASTELLANO:  The same thing if he took

8   statements from Jose Gomez.  Those statements are

9   hearsay.

10         THE COURT:  Whatever source.

11         MR. BENJAMIN:  From their admissions, the

12  ones that he charged him with are admissions.  He

13  tells him that.

14         MR. CASTELLANO:  But he's trying to

15  introduce Jose Gomez's statements through Agent

16  Acee.  That is hearsay.

17         MR. BENJAMIN:  He's a party opponent.

18         MR. CASTELLANO:  Jose Gomez is not a party

19  opponent.

20         THE COURT:  I'm not sure how Jose Gomez is

21  a party opponent.

22         MR. BENJAMIN:  We might as well clear this

23  up at the bench, Your Honor.  My issue is:  During

24  the interview Agent Acee says, "Why don't you tell

25  me about your drug transactions?  Because if you



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1  tell me about them, there is no basis; I can use

2  that for conspiracy.  But you're the one that gets

3  prosecuted for those."  Wouldn't it be a basis for

4  the motivation to essentially testify and be charged

5  federally versus being charged statewise, which is

6  what he was there on, a revocation sex offender

7  charge.

8          The second issue is:  He's asked and then

9  he actually wrote out the statement for Jose Gomez,

10  the statement that then was reduced to a written

11  form that was put in the criminal complaint.

12          THE COURT:  I think some of that you can

13  probably ask and elicit some information.  It may be

14  the statements themselves are going to --

15  Mr. Castellano may -- and I probably will sustain

16  the objection.  Other things, mechanically what

17  occurred and those sort of things, are probably fair

18  game.

19          MR. BENJAMIN:  I think I might be getting

20  the idea where the Court is telling me I can go.

21          THE COURT:  All right.  Let's give it a

22  try.

23          (The following proceedings were held in

24  open court.)

25          THE COURT:  All right, Mr. Benjamin.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1            MR. BENJAMIN:  Thank you, Your Honor.
 2    BY MR. BENJAMIN:
 3        Q.   Do you remember drafting a criminal
 4    complaint on March 14, 2016, against Jose Antonio
 5    Gomez?
 6        A.   Yes.
 7        Q.   And you drafted that complaint after
 8    having met with Jose Gomez that day; correct?
 9        A.   I don't know if I met with him that day,
10    but it was after meeting him that I drafted the
11    complaint.
12        Q.   Okay.  Actually, I apologize.  Let me take
13    that back.  Do you remember meeting with him on
14    March 9, 2016?
15        A.   Yes.
16        Q.   Thank you for the correction, Agent.  At
17    that time you sat down with Mr. Gomez, and you were
18    seeing him shortly after the February 27, 2016,
19    assault; correct?
20        A.   Yes.
21        Q.   Okay.  February 27, 2016, an assault on
22    Jose Gomez.  March 9 is when you sat down and talked
23    to him for the first time; correct?
24        A.   Is the year correct?
25        Q.   2016?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   Yes.
 2        Q.   Yes.  And keep in mind, you drafted -- I
 3   started this with the March 17, 2015, assault.
 4   That's the one that we listened to the 911 call on
 5   yesterday.
 6        A.   Okay.
 7        Q.   And then approximately not quite a year
 8   later but almost a few year later, on February 27,
 9   2016, there is another assault on Jose Gomez;
10   correct?
11        A.   Correct.
12        Q.   And then you sat down with him essentially
13   11, 12 days later, on March 9.
14        A.   Yes.
15        Q.   Subsequent to that, you drafted and filed
16   a criminal complaint or an affidavit requesting
17   criminal -- federal criminal charges against Jose
18   Antonio Gomez.
19        A.   I did.
20        Q.   In drafting that criminal complaint, you
21   reviewed and relied on reports; correct?
22        A.   Against Mr. Gomez I relied mostly on his
23   statements to me.
24        Q.   Okay.  And his statements to you were
25   given based upon you telling him, "Tell me what drug
```

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                 Albuquerque, NM 87102
(505) 989-4949                                               (505) 843-9494
FAX (505) 843-9492                                   FAX (505) 843-9492
                                                         1-800-669-9492
                                                  e-mail: info@litsupport.com



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    trafficking actions you've occurred" -- and he had

2    an arm bandage, so you wrote those statements out

3    for him; correct?

4        A.    Yes.

5        Q.    Then at the end of them he's got a

6    scribbling, and it says, "Special Agent Acee wrote

7    these because my arm is messed up."

8        A.    And he signed it, yes.

9        Q.    But so you asked him about essentially --

10   I apologize, I just lost the number -- four

11   different times or gave you four different times

12   that he had essentially exchanged or essentially

13   distributed methamphetamine; correct?

14       A.    I thought it was three, but I trust -- you

15   have the complaint there.

16       Q.    Let me count them again.

17       A.    But the gist of it is, yes, he told me

18   about drug deals he'd done.  I recorded those, and

19   then sought to charge him with it.

20       Q.    You sought to charge him with it.  You

21   told him if he participated -- and this is my

22   word -- as a summary, would take care of him, charge

23   him federally, and then remove him from the state

24   proceedings that he was in; correct?

25       A.    No, because he wasn't in any state

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    proceedings for drug trafficking.  I quite simply

2    got that out of him, and then charged him with it.

3         Q.   Do you remember telling him that those

4    charges were based solely on what he told you and if

5    he told you that, that was what was going to be the

6    evidence for those charges?

7         A.   Perhaps something along those lines.

8         Q.   Right.  And he was telling you about three

9    different events, and you didn't have anything to

10   support those, other than what he was telling you.

11        A.   Correct.  I knew very little about -- I

12   didn't know, in some cases, anything about those

13   events.

14        Q.   And you were doing that so that you could

15   essentially file charges on him and have control of

16   him; correct?

17        A.   I don't know how much control I have, but

18   the first part of that, to file charges on him, yes.

19        Q.   Okay.  Because you wanted to use him as a

20   witness against Joe Gallegos; correct?

21        A.   I wanted to charge everybody I met from

22   the SNM with a federal crime.

23        Q.   Okay.  And we'll come back to that.  And

24   as part of the facts in this criminal complaint, you

25   outlined what you believe occurred on March 17,

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   2015; correct?
 2        A.   I need to look at it, sir.  It's hard for
 3   me to say what I did.
 4             MR. BENJAMIN:  May I approach, Your Honor?
 5             THE COURT:  You may.
 6        A.   Thank you.  I hadn't seen this.
 7   BY MR. BENJAMIN:
 8        Q.   Essentially two years old now; right?
 9        A.   Yes.
10        Q.   As part of this complaint, you used
11   information from March 17, 2015; correct?
12        A.   Yes.
13        Q.   And in drafting this, you had reviewed and
14   read those reports; correct?
15        A.   Not all of them, no.
16        Q.   Okay.  When you say "all of them," there's
17   probably two of them; right?  The Valencia County
18   Sheriff's Office reports are not exactly detailed
19   or --
20        A.   I didn't want to be insulting to that
21   agency, but that's my concern when I get stuff from
22   there.
23        Q.   And that's a concern that then should --
24   did that lead you to then investigate or look into
25   what had happened that day?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   With regard to the first assault, no.
 2        Q.   Okay.  And you said that the -- correct me
 3   if I'm wrong, but the only person who told you that
 4   it was serious bodily injury caused that day was
 5   Jose Gomez; correct?
 6        A.   He didn't give me a definition.  He said
 7   he got stabbed in the hand, and I consider that for
 8   charging purposes a serious injury.
 9        Q.   Well, I think it would depend on what
10   stabbing in the hand occurred; right?  Is that fair?
11        A.   Yes.
12        Q.   Okay.  Because I had the quote/unquote
13   stock photo yesterday that had a little nick or
14   minor laceration on the hand; right?  Do you
15   remember that?
16        A.   Yes.
17        Q.   Or if I stick a knife through your hand,
18   that's serious bodily injury, probably.
19        A.   Yes, or nick a nerve or something like
20   that.  Could be.
21        Q.   And he didn't have any -- did you see
22   him -- do you know which hand he said he got stabbed
23   in?
24        A.   Off the top of my head, no.
25        Q.   All right.  Did both of his hands seem to
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   work fine?

 2        A.   When I'm sitting there talking with them,

 3   they don't, because that's why I'm writing the

 4   notes.

 5        Q.   Point taken.  Thank you.  So did you adopt

 6   the reports from the Valencia County Sheriff's

 7   Office in order to draft this affidavit?

 8        A.   I reviewed them.

 9        Q.   Okay.  Did you disagree with them?

10        A.   Yes.

11        Q.   And then did you use -- actually, let me

12   rephrase that.  If I could have a moment.  Do you

13   remember doing a 302 after your March 9 meeting with

14   Jose Gomez?

15        A.   Yes.

16        Q.   Do you remember how many SNM individuals

17   you said went to the address on February 27, 2016?

18        A.   No.

19        Q.   Okay.  Would it help your memory if I

20   approach?

21        A.   Yes, sir.

22             MR. BENJAMIN:  May I approach, Your Honor?

23             THE COURT:  You may.

24   BY MR. BENJAMIN:

25        Q.   You're free to review the entire report.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    A.   The question is:  How many SNM members

2  went to the house that day?

3         MR. CASTELLANO:  Your Honor, I object to

4  hearsay, if he's just reporting what other people

5  told him about that incident.

6         THE COURT:  I guess I'd better hear the

7  question first.

8         MR. BENJAMIN:  I will rephrase the

9  question, Your Honor.

10   A.   I think I see the sentence that answers

11 that question.

12        THE COURT:  Before answering, give

13 Mr. Castellano an opportunity to hear the question.

14   A.   Yes, sir.

15 BY MR. BENJAMIN:

16   Q.   Did you, based upon information provided,

17 execute a report that listed a number of -- a

18 certain specific number of SNM members or associates

19 that went to the -- let me rephrase it -- that went

20 to Charlene Parker-Johnson's house?

21   A.   Yes.

22   Q.   How many people -- how many SNM

23 individuals were listed as going to

24 Ms. Parker-Johnson's house?

25        MR. CASTELLANO:  Objection, hearsay.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              THE COURT:  And this is out of a police
 2    report?
 3              MR. BENJAMIN:  This is out of his own 302,
 4    Your Honor.
 5              THE COURT:  Well, sustained.
 6              MR. BENJAMIN:  Your Honor, I'm offering it
 7    for essentially a purpose other than the truth of
 8    the matter asserted.  And if I can have a moment,
 9    I'll approach and make that clear in a second.
10              THE COURT:  Yeah, you're going to have to
11    approach, because I'm not seeing how it would be for
12    any other purpose.
13              MR. BENJAMIN:  Your Honor, may I approach
14    the witness?
15              THE COURT:  You may.
16    BY MR. BENJAMIN:
17        Q.  If you refer to that, it's probably on
18    page 3, Agent.
19        A.  Okay.
20        Q.  Agent, in drafting this affidavit, did you
21    review your 302?
22        A.  Yes.
23        Q.  How many SNM members went to Charlene
24    Parker-Johnson's house, in your affidavit?
25              MR. CASTELLANO:  Objection, hearsay.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1            THE COURT:  Sustained.
 2  BY MR. BENJAMIN:
 3      Q.   Is that number different than what -- the
 4  number that you used in your 302?
 5            MR. CASTELLANO:  Objection, hearsay and
 6  lack of foundation.
 7            THE COURT:  Yeah, I think sustained.
 8            MR. BENJAMIN:  Your Honor, if I may --
 9            THE COURT:  I think we're going to go 15
10  more minutes.
11            MR. BENJAMIN:  Okay.
12  BY MR. BENJAMIN:
13      Q.   You drafted another criminal complaint
14  against Jose Gomez; correct?
15      A.   Yes.
16      Q.   And in that complaint you stated that
17  there was a drug dispute between Jose Gomez and
18  Gallegos; correct?
19            MR. CASTELLANO:  Objection, calls for
20  hearsay.
21            THE COURT:  I think you're asking for
22  out-of-court statements here.
23            MR. BENJAMIN:  Your Honor, I'm asking for
24  a bias purpose or motivation, is the reason for the
25  request.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              MR. CASTELLANO:  I don't think that goes
 2   to Agent Acee's bias, Your Honor.
 3              THE COURT:  I think you're going to have
 4   to explain that a little more to me.  I'm not seeing
 5   it.
 6              MR. BENJAMIN:  Your Honor, the proposed
 7   reason for the basis of the charges is an interest
 8   in Mr. Joe Gallegos to advance or move forward his
 9   SNM membership.  The criminal complaint simply lays
10   out that it was a basis of a drug dispute.  It
11   doesn't mention SNM at all.
12              THE COURT:  Well, I think you can just ask
13   that question.
14   BY MR. BENJAMIN:
15       Q.   All right.  Agent, I can rephrase that.
16   You listed the basis in -- do you remember drafting
17   another complaint on May 5, 2017, against Jose
18   Gomez?
19       A.   I think so, but I have a question about it
20   to help clarify that.  I'm not sure you would
21   answer, but I think I had a sealed and unsealed.  Is
22   that what we're talking about?
23       Q.   That would have been the first one that we
24   just discussed.
25       A.   I think that was the sealed one.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.    The one that we were discussing earlier?

2      A.    Without reviewing all of them and having

3   some time to look, generally -- I'm hesitating

4   because sometimes we do a sealed complaint, and then

5   we'll do essentially the same complaint but changing

6   it somewhat before it's unsealed, if that makes

7   sense.

8      Q.    It does, but there is nothing that would

9   be in the sealed -- sealing it wouldn't have

10  anything to do with SNM membership.  It would have

11  to do with other information that you don't want to

12  be made public.

13     A.    I agree with that.

14     Q.    And the second complaint, from May of

15  2017, was for unlawful flight to avoid prosecution;

16  correct?

17     A.    Oh, okay.  So we're talking about -- I may

18  have had three complaints, then.

19          MR. BENJAMIN:  May I approach, Your Honor?

20          THE COURT:  You may.

21     A.    I understand what you're asking about now.

22  BY MR. BENJAMIN:

23     Q.    And if you'd like, Agent, you're free to

24  take a look at this.

25     A.    Thank you.  Yes, I know what this is.

SANTA FE OFFICE                                    MAIN OFFICE
119 East Marcy, Suite 110                    201 Third NW, Suite 1630
Santa Fe, NM 87501                           Albuquerque, NM 87102
(505) 989-4949                                         (505) 843-9494
FAX (505) 843-9492                                FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   I changed gears.  I apologize.

 2             You stated in this complaint that the

 3   dispute between Joe Gallegos and Jose Gomez was a

 4   drug dispute?

 5             MR. CASTELLANO:  Objection, calls for

 6   hearsay.

 7             THE COURT:  Sustained.

 8   BY MR. BENJAMIN:

 9        Q.   You also referred to Joe Gallegos as an

10   SNM Gang member; correct?

11        A.   I usually do.

12        Q.   Okay.  If we talk about validated gang

13   members, that's a Department of Corrections term;

14   correct?

15        A.   Yes, it is.  It's a designation within the

16   Department of Corrections.

17        Q.   And we heard about security threat groups,

18   and that's where that comes from; correct?

19        A.   Yes.

20        Q.   Okay.  We saw Joe Gallegos' picture

21   yesterday.  He doesn't have any SNM tattoos;

22   correct?

23        A.   I do not think he does.

24        Q.   If he had, we can probably safely assume

25   we would have seen the photograph of it; right?
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                        Albuquerque, NM 87102
(505) 989-4949                                                    (505) 843-9494
FAX (505) 843-9492                                          FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   Yes.
 2        Q.   Okay.  And are you aware of a listing by
 3   the New Mexico Corrections Department in -- looks
 4   like the date on this is July 24, 2015, that lists
 5   Mr. Joe Lawrence Gallegos as not a validated SNM
 6   Gang member?
 7             MR. CASTELLANO:  Objection, calls for
 8   hearsay.
 9             THE COURT:  I think if you're using it to
10   show what's not in there, it would be.  So
11   sustained.
12             MR. BENJAMIN:  Your Honor, I think that
13   would go for impeachment purposes for the criminal
14   complaint that he essentially under oath stated that
15   he is.
16             THE COURT:  Well, I'm going to sustain the
17   objection.
18   BY MR. BENJAMIN:
19        Q.   Are you aware of the New Mexico Department
20   of Corrections' scoring system for validated -- or I
21   guess let me approach it this way.  There is a
22   scoring system in the New Mexico Department of
23   Corrections; correct?
24        A.   Yes.
25        Q.   And it starts out with zero.  Two points,
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1   you're a suspect; and then all the way up to ten

 2   points, you're a validated threat group member.

 3            MR. CASTELLANO:  Objection, lack of

 4   foundation, unless Agent Acee works for the

 5   Corrections Department, Your Honor.

 6            THE COURT:  Well, he said he had some

 7   familiarity.  If he doesn't know enough to answer

 8   the question, he can say so.  But he did say he had

 9   some familiarity.

10       A.   I do have some familiarity, and I have

11   reviewed those -- many of those forms.

12   BY MR. BENJAMIN:

13       Q.   Okay.  And are you aware if the Department

14   of Corrections classified Joe Gallegos as a

15   validated SNM Gang member?

16            MR. CASTELLANO:  Objection, calls for

17   hearsay.

18            THE COURT:  It's a yes-or-no answer.  He

19   knows or doesn't know.

20       A.   Yes.

21   BY MR. BENJAMIN:

22       Q.   Okay.  And they did not; correct?

23            MR. CASTELLANO:  Objection.

24            THE COURT:  That's sustained.  Sustained.

25

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                             FAX (505) 843-9492

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

 1  BY MR. BENJAMIN:

 2       Q.   Are you aware of how many points Joe

 3  Gallegos has under that scoring system?

 4            MR. CASTELLANO:   Objection.

 5            THE COURT:   Sustained.

 6            MR. BENJAMIN:   Without -- I guess what I'd

 7  like to do is, there is -- actually, if I can have a

 8  second to gather my thoughts, Your Honor, you said

 9  you were going to take a break at 1:15?

10            THE COURT:   Correct.

11  BY MR. BENJAMIN:

12       Q.   Agent, are you aware of what a Kastigar

13  letter is?

14       A.   Yes.

15       Q.   And I'd like to talk to you generally

16  about what a Kastigar letter is.   What is a Kastigar

17  letter generally?

18       A.   It's a letter prepared by the United

19  States, specifically the U.S. Attorney's Office.

20  It's presented to a defendant and their attorney

21  before they debrief with the FBI or another law

22  enforcement agency.

23       Q.   And the question I want to ask is:   Why?

24       A.   Well, we're going to get into my opinion,

25  if that's all right.

SANTA FE OFFICE                                    MAIN OFFICE
119 East Marcy, Suite 110                     201 Third NW, Suite 1630
Santa Fe, NM 87501                              Albuquerque, NM 87102
(505) 989-4949                                          (505) 843-9494
FAX (505) 843-9492                                  FAX (505) 843-9492
                                                        1-800-669-9492



PROFESSIONAL COURT
REPORTING SERVICE                     e-mail: info@litsupport.com

1        Q.    Yeah.

2        A.    Sure.   So the Kastigar letter gives the

3   person that's about to talk to us some protections,

4   that they can speak to us and we won't take those

5   statements and use them against them.   The letter

6   is, I think, two pages in length and there's more to

7   it than that, but from a street agent's perspective,

8   you hear some people call it a queen-for-the-day or

9   king-for-the-day letter.   I don't want to say

10  immunity, because I think that's not accurate, but

11  it allows them to sit down and talk to us without us

12  using those statements against them.

13       Q.    And it provides a benefit when it does

14  that; correct?

15       A.    I guess so.

16       Q.    They can tell you about other things, and

17  as long as you don't have information to link them

18  up to them, essentially, and I would say in a

19  roundabout way or in some other independent means,

20  you can't use those statements against them?

21       A.    That is true.

22       Q.    Okay.   And so the purpose is to receive

23  information from somebody who wants to sit down and

24  talk with the Government?

25       A.    I think the purpose is to encourage them

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                 Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 843-9492                                                 FAX (505) 843-9492
                                                                   1-800-669-9492

                                                                   e-mail: info@litsupport.com

1  to shoot it straight and be honest.

2       Q.   And the opposite of that, though, is if

3  they don't shoot straight, then that information can

4  and should be used against them, is what that letter

5  says; correct?

6       A.   If they specifically lie, yes.

7       Q.   Or if they omit things, as well?

8       A.   Perhaps.  I'm going off memory here.

9       Q.   Okay.  One issue is:  You'd filed -- and

10  let's just stick with essentially Phase 1; 36,

11  approximately, defendants were brought into Phase 1.

12  Who makes the decision as to whether to bring in 36

13  defendants into an indictment or one defendant into

14  an indictment?

15       A.   It's a process.  I mean, I often push for

16  many more than we see get indicted.  So I have to

17  present that to the prosecutors, and then they have

18  an internal process.

19       Q.   Fair to say, if we just summed it up as

20  the Government, that would be a fair description;

21  right?

22       A.   Yes.

23       Q.   None of these individuals over here can

24  ask to be grouped together, and they can ask to be

25  separated, but that's not their decision, though;

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1   right?

 2        A.   No.

 3        Q.   Okay.

 4             MR. BENJAMIN:  Your Honor, I apologize.

 5   I'm going to go into essentially specific groups of

 6   counts, and I guess my preference would be not to

 7   start a line of questioning on a fact-based

 8   scenario.

 9             THE COURT:  All right.  We'll go ahead and

10   take our break.

11             This is our first lunch break during the

12   evidentiary portion of the trial, so I'm going to

13   remind you of a few things that are especially

14   important.

15             Until the trial is completed, you're not

16   to discuss this case with anyone, whether it's

17   members of your family, people involved in the

18   trial, or anyone else, and that includes your fellow

19   jurors.

20             If anyone approaches you and tries to

21   discuss the trial with you, please let me know about

22   it immediately.

23             Also, you must not read or listen to any

24   news reports on the trial.  Please don't get on the

25   internet and do any research for purposes of this
```

SANTA FE OFFICE                                                                    MAIN OFFICE
119 East Marcy, Suite 110                                                  201 Third NW, Suite 1630
Santa Fe, NM 87501                                                         Albuquerque, NM 87102
(505) 989-4949                                                                          (505) 843-9494
FAX (505) 843-9492                                                          FAX (505) 843-9492



PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1  case.
 2           And finally, remember that you must not
 3  talk with any person who is involved in the trial,
 4  even if it doesn't have anything to do with the
 5  trial.  If you need to speak with me, simply give a
 6  note to one of the court security officers or
 7  Ms. Bevel.
 8           I'll probably give these at the end of the
 9  day when we head off for the weekend, but when we do
10  take breaks this afternoon, do keep them in mind.
11           All right.  We'll be in recess for about
12  an hour.  Have a good lunch.
13           (The jury left the courtroom.)
14           THE COURT:  What am I looking for in these
15  materials?  What's my task?
16           MS. ARMIJO:  Your Honor, anything that
17  they felt that -- I believe one is, Mr. Eicker
18  believes those are not privileged materials.  So I
19  believe specifically if you feel that those are
20  privileged or not.  I believe that's --
21           THE COURT:  Oh, he thinks these are not
22  privileged?
23           MS. ARMIJO:  He believes those are not
24  privileged materials.  And then the issue is if they
25  are not privileged, I guess the other thing --
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                               201 Third NW, Suite 1630
Santa Fe, NM 87501                                       Albuquerque, NM 87102
(505) 989-4949                                                    (505) 843-9494
FAX (505) 843-9492                                         FAX (505) 843-9492
                                                              1-800-669-9492

PROFESSIONAL COURT
REPORTING SERVICE                          e-mail: info@litsupport.com

```
 1              THE COURT:  I'll take a look at them.
 2              MR. CASTLE:  Judge, I just wanted to flag
 3   an issue for the Court.
 4              THE COURT:  On these?
 5              MR. CASTLE:  Yes.  Attorney-client
 6   privileged materials are real easy to identify.  It
 7   might be a letter from you to your client; whereas
 8   work product may not be that easy to identify.  So
 9   for example, let's say -- well, obviously, Leroy
10   Lucero is an interesting character for us, but --
11   and I have let that cat out of the bag, but let's
12   say I hadn't, and I went to my client with publicly
13   available documents about Mr. Lucero to share with
14   him:  This is where we're going with the case.
15              If it's not contraband, and it's not
16   discovery with page numbers on it, then turning over
17   materials that we may have given to our clients for
18   a good reason can reveal our strategy.
19              So what I would encourage the Court to do
20   is for anyone who they obtained materials from, let
21   the defense counsel review them and make arguments
22   to the Court as to whether it's work product or not,
23   and whether they provided it to their client and
24   things of that nature before it goes to the
25   Government.  It would have to done without the
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  Government present, because otherwise, that's

2  letting the cat out of the bag.

3         THE COURT:  All right.  I might give you a

4  nanosecond to tell me why it's wrong.  My glancing

5  at it, I think it's probably something everybody can

6  get.  But I'll look at it during the lunch hour.

7         All right.  Y'all have a good lunch.

8         (The Court stood in recess)

9         THE COURT:  All right.  Let's go on the

10 record.  I think we've got an attorney for every

11 defendant.  All the defendants are in the room.

12        On these taint things, let me ask a

13 question here.  Only one of them relates to a

14 defendant in the room.  So it seems to me that maybe

15 on those two, I can just go ahead and produce those

16 to the Government.  Anybody see a problem with that?

17 Okay.

18        So Mr. Beck, Mr. Castellano, if you want

19 to come pick this one up, do you want me to state it

20 on the record?

21        MR. COOPER:  I'd like to know who they

22 are.

23        THE COURT:  I'll state them on the record.

24 The first one is for defendant Daniel Archuleta, and

25 it's document 852.  So it's the plea agreement for

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  Timothy Martinez.  So I'll give you that.

2          The second one -- here, I'll give you,

3  Mr. Castle, a nanosecond there.  I don't think

4  you'll have a problem with that production.

5          And the other one is a transcript, it

6  looks like, of the trial.  I glanced at it.  My

7  memory is, it was the trial, but I can't really get

8  a good sense of who the witness is.  It looks like

9  it's a trial transcript, a portion of it.  It was

10 from defendant Sergio Rodriguez.  So we're talking

11 about three public documents, so...

12         MR. SINDEL:  May I approach, Your Honor?

13 Mr. Beck?

14         MR. CASTLE:  We want to make a record.

15         THE COURT:  Do we need to take this up

16 before we bring the jury back in?

17         MR. SINDEL:  Very quickly.

18         THE COURT:  Well, if it doesn't need to be

19 done now, let's pick it up a little bit later.

20         MR. SINDEL:  The only reason I want to do

21 it is, it has to do with the testimony of what I

22 anticipate will be another witness, Mario Rodriguez,

23 and I'm afraid that he may say certain things he

24 said in the first trial that are inappropriate, so I

25 wanted to bring it up before he testifies.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

357

```
 1              THE COURT:  Before he comes up, I'll
 2    remember to bring it up.
 3              All right.  All rise.
 4              (The jury entered the courtroom.)
 5              THE COURT:  All right.  Everybody be
 6    seated.  Did everybody blow away out there?  I
 7    didn't go outside, but I can hear it.  My mom said
 8    that she was talking to my cousins who have a ranch
 9    near Lubbock, and she's from Hobbs.  She said he
10    texted her and said he saw her front yard blow by
11    yesterday.  It's blowing all over this part of the
12    world.
13              All right.  Mr. Acee, I'll remind you that
14    you're still under oath.
15              Mr. Benjamin, if you wish to continue your
16    cross-examination of Mr. Acee, you may do so at this
17    time.
18              MR. BENJAMIN:  I do, Your Honor, and I'd
19    like to return to an area under 801(d)(2)(B), and I
20    would reurge the fact that the line of questioning
21    regarding the affidavits was against a statement --
22    was a statement offered against a party opponent and
23    one that the party manifested and adopted or
24    believed to be true when Special Agent Acee signed
25    the criminal complaint.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1                THE COURT:  Well --
 2                MR. BENJAMIN:  Specifically one question,
 3     Your Honor.
 4                THE COURT:  Well, why don't you approach?
 5                MR. BENJAMIN:  Okay.
 6                (The following proceedings were held at
 7     the bench.)
 8                MR. BENJAMIN:  Your Honor, specifically --
 9                THE COURT:  What is the statement you're
10     trying to get in?
11                MR. BENJAMIN:  It's on March 9.  He stated
12     that there was three SNM members that went to this
13     house, and then in an affidavit that he drafted --
14     and that's his 302 that he drafted -- and in his
15     affidavit March 14, I don't know how many days that
16     is -- I guess five days later -- he states there are
17     two individuals that go to the house.  So I think
18     that goes to his attention to detail and
19     credibility, Your Honor, and I think that's grounds
20     for impeachment.  The 302 is not a sworn statement,
21     but the affidavit -- if I could ask him to explain
22     the difference.
23                THE COURT:  Well, but the 302 is -- he's
24     just taking down information people are giving him.
25                MR. BENJAMIN:  Yes, Your Honor.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              THE COURT:  So that wouldn't impeach him

 2   in any way, would it?

 3              MR. BENJAMIN:  The difference in the

 4   statements does, because he doesn't have any new

 5   information to change.  The correct number is three.

 6   Does that make sense, Your Honor?  The affidavit is

 7   incorrect.

 8              THE COURT:  Well, but there's no -- I

 9   don't guess there is any problem with you

10   questioning him about what he told the Court to get

11   an arrest warrant or a search warrant, that it was

12   three; and you can ask him where he got that

13   information.  But I'm not sure I would say the 302,

14   though, is a party admission.  It's just his

15   reporting of what was told.

16              MR. BENJAMIN:  Correct.  But the 302 is

17   what was correct, and the affidavit is not.

18              THE COURT:  Oh, I got it reversed.

19              MR. BENJAMIN:  Yes, Your Honor.

20              THE COURT:  Why don't you ask him about

21   the two; is that correct?

22              MR. BENJAMIN:  The reason I'm raising it,

23   I got shut down on that before lunch, Your Honor.

24              THE COURT:  Well, I'm not sure --

25              MR. BENJAMIN:  I didn't explain it as
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   well.
 2           THE COURT:  Let's take it a question at a
 3   time.  I just have to see how it was asked and what
 4   is asked.
 5           MR. CASTELLANO:  This is a separate
 6   matter.
 7           THE COURT:  Now that you have that, I
 8   probably should have made copies of that and
 9   attached it to the clerk's minutes.  So if you don't
10   mind returning that to Ms. Bevel, and she'll make
11   copies and attach it to the clerk's minutes or
12   something like that, if you have it.
13           MR. BECK:  I think we probably should.
14           MR. BENJAMIN:  At this point in time, I
15   guess what I was going to propose is that we just
16   move to admit them through Acee and ask him about
17   the factual basis.  I was going to mark it as an
18   exhibit, and we can redact them to your heart's
19   content.  Does that make sense?
20           MR. BECK:  I mean, sure.  It doesn't
21   matter to me.  We'll do it if you don't, and we're
22   not going to contest the admission.
23           MR. BENJAMIN:  I don't have any objection
24   to -- before they get published, to redacting and
25   the order of dismissal.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              MR. CASTELLANO:  No.

 2              THE COURT:  You'll give those back.

 3              MR. CASTELLANO:  Yes, Your Honor.

 4              (The following proceedings were held in

 5   open court.)

 6              THE COURT:  All right, Mr. Benjamin.

 7              MR. BENJAMIN:  Your Honor, one

 8   housekeeping issue on the exhibit.

 9              THE COURT:  All right.

10   BY MR. BENJAMIN:

11        Q.   Special Agent Acee, before the break, I'd

12   asked you to refer to the flight to avoid

13   prosecution affidavit; correct?

14        A.   Yes, sir.

15        Q.   That was filed essentially in May of 2017?

16        A.   Yes.

17        Q.   In that, you referenced a specific number

18   of SNM individuals that went to Charlene

19   Parker-Johnson's house.

20        A.   Members.

21        Q.   Members, okay.  And how many was that?

22        A.   Two.

23        Q.   And that was on -- actually, I apologize.

24   I referred to the wrong affidavit.  If you'd like to

25   see the affidavit, let me know.  But I should have
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   referred to the possession with intent to distribute

 2   affidavit from March 14 of 2016; correct?

 3         A.    In that one I say three associates.

 4         Q.    Three associates.  Would you like to refer

 5   to that?

 6         A.    Sure.  Thank you.

 7         Q.    Let me come back to that, Special Agent.

 8   I apologize.  It's not been a good day.

 9               One last question on the March 17, 2015,

10   assault with a deadly weapon, is how it's charged,

11   on Jose Gomez by Joe Gallegos; correct?

12         A.    Yes, sir.

13         Q.    And that's the one that we played the 911

14   call in opening for; correct?

15         A.    Yes.

16         Q.    Was the ambulance called out for that?

17               MR. CASTELLANO:  Objection, calls for

18   speculation.

19               MR. BENJAMIN:  If he knows, Your Honor.

20               THE COURT:  Ask him first if he knows.

21   BY MR. BENJAMIN:

22         Q.    Do you know if an ambulance was called out

23   for that?

24         A.    I don't know.

25         Q.    Okay.  Let me move to the February 27,
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   2016, event.  That's what we've been referring to as
 2   the Charlene Parker-Johnson house; correct?
 3        A.   Yes, sir.
 4        Q.   Okay.  And just briefly, for orientation
 5   purposes, essentially that's where the Government
 6   has alleged that three individuals went over to
 7   Charlene Parker-Johnson's house and assaulted Jose
 8   Gomez; correct?
 9        A.   Yes.
10        Q.   Now, you have talked to Brandy Rodriguez?
11        A.   Yes.
12        Q.   Shauna Gutierrez?
13        A.   Yes.
14        Q.   Santos Gonzalez?
15        A.   Yes, kind of off the record.
16        Q.   When I say -- let me rephrase that.  Okay.
17   Kind of off the record.  And then Paul Rivera;
18   correct?
19        A.   Yes.
20        Q.   And those four individuals have pled
21   guilty to assaulting Jose Gomez; correct?
22        A.   In this case, yes.
23        Q.   In this case.  And you're correct.
24             MR. BENJAMIN:  Your Honor, at this point
25   in time, I would move to admit, and I believe
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1  without objection, the plea agreement from Brandy

 2  Rodriguez which was marked DC-1; a plea agreement

 3  for Santos Gonzalez which is DB-1; a plea agreement

 4  for Shauna Gutierrez, which is BQ-1; and a plea

 5  agreement for Paul Rivera, which is CO-1.

 6          THE COURT:  Any objections to those,

 7  Mr. Castellano?

 8          MR. CASTELLANO:  No, sir.

 9          THE COURT:  Anybody else have any

10  objections?

11          Not hearing any, Defendants' Exhibits

12  DC-1, DB-1, BQ-1, and CO-1 are admitted into

13  evidence.

14          (Defendants' Exhibits DC-1, DB-1, BQ-1,

15  and CO-1 admitted.)

16  BY MR. BENJAMIN:

17      Q.   And you're familiar with essentially all

18  four of those individuals; correct?

19      A.   Yes.

20      Q.   And they've all pled guilty to assaulting

21  Jose Gomez?

22      A.   Yes.

23      Q.   Now, none of their plea agreements

24  state -- actually, let me step back a second.  A

25  plea agreement is an agreement between the United

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1   States and the defendant when they enter a plea;
 2   correct?
 3        A.   Yes, sir.
 4        Q.   And are you aware of what the sentencing
 5   range is on all four of those plea agreements?
 6        A.   No.
 7        Q.   Would it help for you to refer to those
 8   plea agreements?
 9        A.   If you'd like me to refer to them.
10             MR. BENJAMIN:  May I approach, Your Honor?
11             THE COURT:  You may.
12        A.   Is there a particular place?
13   BY MR. BENJAMIN:
14        Q.   On page 2 and page 3.
15        A.   Okay.  Thank you.
16        Q.   And are you aware of what the sentencing
17   ranges are on all four of those plea agreements?
18        A.   Yes.
19        Q.   What is that?
20        A.   For count 14, it was ten years.  Count 15,
21   it was 20 years.  Count 16 was 30 years.  Up to.
22   I'm not saying that correctly.  Up to those dates.
23        Q.   Correct.  Okay.  And so they have --
24   essentially one reason to enter into a plea
25   agreement is to limit your exposure, though;
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492
                                                                    1-800-669-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

e-mail: info@litsupport.com

 1  correct?

 2      A.   I guess so.

 3      Q.   Each of those plea agreements also

 4  contains a portion that's described as what's called

 5  a factual basis; is that correct?

 6      A.   Yes.

 7      Q.   And the factual basis is what the

 8  defendant has agreed their actions consisted of.

 9      A.   Yes.

10      Q.   And are you familiar with the factual

11  basis in those plea agreements?

12      A.   No, sir.   In general, but not

13  specifically.

14      Q.   In general.   And let me see if you can

15  answer my question without having to refer to those.

16  All of those factual bases refer to actions that

17  that particular individual did on February 27, 2016;

18  correct?

19      A.   Yes, in relation to the crimes charged,

20  yes.

21      Q.   Correct.   None of those factual bases say,

22  "I received a directive from Joe Lawrence Gallegos"?

23      A.   I don't believe they specifically say

24  that.

25      Q.   Okay.   None of those factual bases say how

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   a directive, if any, was received; correct?
 2         A.   I'm not sure.
 3         Q.   Okay.  Would you like to refer to those
 4   factual bases?
 5         A.   Yes.  If you want me to answer that,
 6   please.
 7              MR. BENJAMIN:  May I approach, Your Honor?
 8              THE COURT:  You may.
 9   BY MR. BENJAMIN:
10         Q.   I think they start on approximately 6.
11         A.   Thank you.  Thank you.
12              MR. BENJAMIN:  May I approach, Your Honor?
13              THE COURT:  You may.
14   BY MR. BENJAMIN:
15         Q.   That would be a no; correct, Agent?
16         A.   Could you repeat the question?
17         Q.   Yes.  Sorry.  None of those factual bases
18   say how a directive was sent, if at all, from Joe
19   Lawrence Gallegos; correct?
20         A.   Not in those words, no.
21         Q.   Not in any words.
22         A.   Well, it says, "I conspired with others,"
23   so...
24         Q.   Correct.  But that's a legal definition to
25   support a factual basis.  That's not "I received" --
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



1    there is no direction referred to in those plea

2    agreements.

3         A.   Not the way you've said it, no.

4         Q.   Brandy Rodriguez is one of those

5    individuals who pled guilty; correct?

6         A.   Yes, sir.

7         Q.   And she had said, when you spoke to her,

8    that Joe Gallegos had nothing to do with the hit;

9    correct?

10             MR. CASTELLANO:  Objection, hearsay, Your

11   Honor.

12             MR. BENJAMIN:  Co-conspirator statement.

13   She's pled and she's been convicted in a conspiracy.

14             MR. CASTELLANO:  That's a statement to law

15   enforcement.  That's not a co-conspirator statement.

16             THE COURT:  Yeah, sustained.

17             MR. BENJAMIN:  May I have a minute, Your

18   Honor?

19             THE COURT:  You may.

20   BY MR. BENJAMIN:

21        Q.   Did you interview Brandy Rodriguez on

22   September 16 of 2016?

23        A.   Yes.

24        Q.   And on that date, did she say whether or

25   not Joe Gallegos --



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1            THE COURT:  Hold on.
 2            MR. CASTELLANO:  Objection.
 3            THE COURT:  Yeah.  I just think these are
 4   being offered for the truth of the matter,
 5   out-of-court statements, so sustained.
 6            MR. BENJAMIN:  Your Honor, I would move to
 7   admit order dismissing criminal complaint without
 8   prejudice, BO-1, I believe without objection.
 9            THE COURT:  Any objection?
10            MR. CASTELLANO:  No objection, Your Honor.
11            THE COURT:  Any objection from any other
12   defendant?
13            Not seeing or hearing any, Defendants'
14   Exhibit BO-1 will be admitted into evidence.
15            (Defendants' Exhibit BO-1 admitted.)
16   BY MR. BENJAMIN:
17       Q.   Let me backtrack a little bit, Agent.  You
18   drafted -- I don't think it's fair to say "filed,"
19   but correct me if you want to use a different
20   term -- you drafted a criminal complaint against
21   Jose Gomez for possession with intent to distribute;
22   correct?
23       A.   Yes.
24       Q.   And that was in March of 2016?
25       A.   I think it might have been drug
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

**BEAN & ASSOCIATES, Inc.**
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   conspiracy, but yes.
 2        Q.   Okay.  It was a drug trafficking or drug
 3   conspiracy offense?
 4        A.   Yes, sir.
 5        Q.   The Government has dismissed that
 6   complaint or that case; correct?
 7        A.   Yes.
 8        Q.   Okay.  You interviewed the owner of the
 9   house, Charlene Parker-Johnson, in May of 2016,
10   didn't you?
11        A.   Yes.
12        Q.   Okay.  And she described what she
13   understood was happening in the house that day,
14   correct, without going into the contents?
15        A.   Yes.
16        Q.   She also provided what she believed was
17   the basis of the assault; correct?
18        A.   Like why it happened?
19        Q.   Yes.
20        A.   I'd have to look at my report.
21             MR. BENJAMIN:  May I approach, Your Honor?
22             THE COURT:  You may.
23        A.   She did.
24   BY MR. BENJAMIN:
25        Q.   And that had nothing to do with the SNM;
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1   correct?

 2            MR. CASTELLANO:  Objection, calls for

 3   hearsay.

 4            THE COURT:  Sustained.

 5            MR. BENJAMIN:  Your Honor, I would suggest

 6   that I'm not seeking admission of the statement.

 7   I'm seeking the impeachment of essentially the

 8   investigator or the investigative techniques.  It's

 9   not being offered to the truth; it's being offered

10   for the absence of the truth.

11            THE COURT:  I'm just not seeing

12   impeachment, so I don't think it should come in at

13   all.

14            MR. BENJAMIN:  Moving on, Your Honor.  I

15   understand.  If I could have a minute, Your Honor,

16   I'm trying to wrap up.

17            THE COURT:  You may.

18   BY MR. BENJAMIN:

19       Q.   Agent, did you participate in an interview

20   of a controlled human source, a CHS, on August 5th

21   of 2015?

22       A.   You have to be more specific.  I've got

23   about 40 of them.

24       Q.   And I can understand that.  One of the

25   allegations against Joe Gallegos is that he murdered
```

SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                            201 Third NW, Suite 1630
Santa Fe, NM 87501                                                    Albuquerque, NM 87102
(505) 989-4949                                                              (505) 843-9494
FAX (505) 843-9492                                                    FAX (505) 843-9492
                                                                       1-800-669-9492
                                                            e-mail: info@litsupport.com



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    Adrian Burns; correct?

2        A.   Yes.

3        Q.   And originally, the Government had

4    provided information that there was a wire and that

5    Joe Gallegos had admitted the murder on the wire;

6    correct?

7        A.   I think I know what you're referring to,

8    and I now know what document you're referring to.

9        Q.   And that statement originated August 5th

10   of 2015; correct?

11       A.   Yes.

12           MR. CASTELLANO:  Your Honor, I'll go ahead

13   and note my objection to hearsay now.  He's going to

14   ask a question about what someone else said to Agent

15   Acee.

16           THE COURT:  If you're going to do that,

17   you need to be careful.

18           MR. BENJAMIN:  My next question, Your

19   Honor, is going to be:  On September 15 of 2016, did

20   you retract that statement that was originally

21   provided by that CHS?

22       A.   I noticed what I thought was a mistake in

23   a report.  I conducted an interview to follow-up on

24   my thought.  I determined that there was a mistake,

25   and I wrote a report pointing out that there was a

SANTA FE OFFICE                                                      MAIN OFFICE
119 East Marcy, Suite 110                                       201 Third NW, Suite 1630
Santa Fe, NM 87501                                              Albuquerque, NM 87102
(505) 989-4949                                                  (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492
                                                                1-800-669-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE
e-mail: info@litsupport.com

 1  mistake.

 2  BY MR. BENJAMIN:

 3      Q.   That was after that statement was being

 4  challenged in this case; correct?

 5      A.   Perhaps.  I try to listen closely to the

 6  things you guys bring up, and if I think there is a

 7  mistake somewhere, I try to ferret it out.

 8      Q.   Okay.  And you had essentially said that

 9  either the CHS misspoke or you misquoted the

10  individual; correct?

11      A.   Yes.  I believe the person that either I

12  or the CHS were talking about had the same last name

13  but a different first name.  So I took

14  responsibility that I may have made a mistake in the

15  first names, or perhaps the CHS did.  I didn't know,

16  so I just wanted to say one of us made a mistake.

17      Q.   Understood.  But that was a mistake

18  regarding something that was pivotal in a murder --

19  an alleged murder or murder conspiracy; correct?

20      A.   No, sir.

21      Q.   An admission by an individual is not

22  pivotal?

23      A.   It could be.  With respect, I disagree

24  that's the only place that shows up, and that's why

25  I don't think it was pivotal.  I think it was just a

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                       (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492
                                                                  1-800-669-9492
                                                             e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    mistake on my part or that source's part that we

2    corrected.

3         Q.   So we have to disagree on that, I guess.

4         A.   I guess.

5         Q.   Okay.  Speaking of Adrian Burns, in

6    April -- on April 13 of 2016, you participated in a

7    search of Joe Gallegos' house at 4 Erin Court?

8         A.   Yes, sir.

9         Q.   And I think that's Los Chavez, but I'm not

10   sure what the mailing address would be.  But Los

11   Chavez or Los Lunas; correct?

12        A.   Yes.

13        Q.   And one of the purposes of that search

14   that was executed on the search warrant was to

15   secure more evidence for the prosecution of this

16   case; correct?

17        A.   Yes, sir.

18        Q.   Okay.  And that search warrant allowed you

19   to enter the house?

20        A.   Yes.

21        Q.   Sorry.  I guess I'll make them a little

22   more complete thought.  Enter the house and at the

23   direction of an individual who believed some things,

24   you took flooring samples and samples of furniture

25   and samples of the wall.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1          A.   We cut out sections of the floor and

2     sections of the wall.  I don't remember if we took

3     any furniture.  We may have.

4          Q.   A leg of a table?

5          A.   I was looking for a table leg.  I don't

6     think we found it, though.

7          Q.   And the Government essentially had access

8     to the entire house when it conducted that search;

9     correct?

10          A.   Yes.

11          Q.   At this point in time, Joe Gallegos was in

12     custody on this case?

13          A.   Yes, sir.

14          Q.   And there was nobody else living at that

15     house at that time.

16          A.   No, I think Shauna's son was staying

17     there.  I've been to the house a number of times and

18     I've counted him there twice.  I think he was on the

19     couch.

20          Q.   Okay.  But you had complete access to the

21     house?

22          A.   Yes, sir.

23          Q.   And you had an individual tell you, "This

24     is what I did and I saw"; correct?

25          A.   Oh, I think I know what you're referring

SANTA FE OFFICE                                        MAIN OFFICE
119 East Marcy, Suite 110                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                     Albuquerque, NM 87102
(505) 989-4949                                         (505) 843-9494
FAX (505) 843-9492                                     FAX (505) 843-9492
1-800-669-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

e-mail: info@litsupport.com

1    to.

2         Q.    You were searching for blood and DNA

3    evidence; correct?

4         A.    Yes.

5         Q.    And that's where you were taking specific

6    cuts of the floor and the walls.

7         A.    Yes.

8         Q.    And those cuts were at your direction, at

9    your or other agents' direction based upon your

10   training and experience?

11        A.    Not mine, but more specifically the search

12   team leader, after sprinkling substances around to

13   pick up traces of blood.

14        Q.    Essentially it's a dye that reacts to the

15   presence of essentially -- I don't think you or I

16   know, but the stuff that's in blood?

17        A.    Yes, sir.  That's why I wasn't in charge

18   of what was taken.

19        Q.    And then there were also items that were

20   pointed that should be searched, or areas that were

21   pointed out that were consistent with what that

22   individual understood happened; correct?  Or

23   believed happened?

24        A.    I had some collaboration with the witness,

25   but I'm not sure what you're getting at.  I cannot

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                          (505) 843-9494
FAX (505) 843-9492                                             FAX (505) 843-9492



1-800-669-9492
e-mail: info@litsupport.com

```
 1   answer that.
 2        Q.   That witness' name is Jason Van Veghel?
 3        A.   Yes, sir.
 4        Q.   And he provided you essentially a story;
 5   right?  I mean, he told you what he believed.
 6        A.   What he witnessed and participated in.
 7        Q.   Okay.  And he was telling you what, when,
 8   where, and how, along the lines of that
 9   participation in his story; correct?
10        A.   Yes.
11        Q.   Which rooms?
12        A.   Yes.
13        Q.   And so he supposedly had personal
14   knowledge of where these things would be and where
15   this information was going to come from?
16        A.   Limited to what he saw, yes.
17        Q.   And based upon his perception at the time
18   and those kinds of things, because he was high on
19   heroin; correct?
20        A.   Well, he received some heroin.  I don't
21   know if he used it yet.  But he was a heroin and a
22   methamphetamine addict.
23        Q.   Okay.
24        A.   I just don't know if he was high at that
25   time.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   Okay.  In your experience, when drug

2  addicts get drugs, what do they usually do with them

3  right away?

4    A.   With heroin, they use it.

5    Q.   And so to some extent, he was directing

6  where -- in addition to anybody else's thoughts,

7  where you should be concentrating your search;

8  correct?

9    A.   No, sir.  I mean, the FBI agents were in

10  charge of the search and the grounds.  And there was

11  a lot of stuff to search, but it is true, I had

12  Jason there at the scene, and I would walk outside

13  the house and I'd press him for more information to

14  speed the process up and make sure we were focused.

15    Q.   Okay.  And without getting into the

16  results, nothing substantive came of that search of

17  that house; correct?

18          MR. CASTELLANO:  Objection.  Calls for

19  hearsay.

20          THE COURT:  Overruled.

21    A.   Well, I disagree with you.

22  BY MR. BENJAMIN:

23    Q.   There was no direct evidence that came

24  from -- based upon the search of that house?

25    A.   You're talking about blood and DNA?  No.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  But there was other evidence that we seized that I

2  think is important.

3      Q.   Okay.  And Jason also told that you there

4  was some keys and a watch that were disposed of;

5  correct?

6           MR. CASTELLANO:  Objection.  Calls for

7  hearsay.

8           THE COURT:  Sustained.

9  BY MR. BENJAMIN:

10     Q.   Did you search for keys and a watch, based

11 upon what you were told?

12     A.   Not during that search warrant, but

13 subsequently, yes.

14     Q.   A couple days later?

15     A.   Yes.

16     Q.   Did you find those?

17     A.   No.

18     Q.   And how many people participated in that

19 search?  You're smiling.

20     A.   It was a lot.  I took the FBI's evidence

21 response team, which is -- I don't know if in my 302

22 I say how many people.  That's the reason I'm

23 hesitating.  But it was a lot of people.  And then

24 at the time, the New Mexico Corrections Department

25 had an academy going with cadets, or whatever you

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                     Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                     FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1   call them, and we brought all them, as well, because

 2   we had to search a couple open fields and we had to

 3   pull away the brush and move the dirt around.  So

 4   there was probably at least 50 people.

 5        Q.   A significant number.  I mean, we'll agree

 6   on that?

 7        A.   That's a lot for a search, yes.

 8             MR. BENJAMIN:  May I have one second to

 9   consult with counsel, Your Honor?

10             THE COURT:  You may.

11   BY MR. BENJAMIN:

12        Q.   Agent Acee, I think I asked you -- you

13   took notes on September 16, 2016; correct?

14        A.   Was that the search warrant?  Which

15   incident was that?

16        Q.   That was the interview of Brandy

17   Rodriguez.

18        A.   Oh, yes.

19        Q.   And those are your notes, because you were

20   the one that interviewed her; correct?

21        A.   I'd need to look at the notes.  I

22   sometimes have newer agents with me, and I'll have

23   them take notes to get practice in it.

24             MR. BENJAMIN:  May I approach, Your Honor?

25             THE COURT:  You may.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1        A.   That doesn't look like my writing, no.
2   No, these aren't my notes.
3             MR. BENJAMIN:  I understood they were
4   Special Agent Acee's notes.
5   BY MR. BENJAMIN:
6        Q.   Is that your writing?
7        A.   No.  I usually use block letters.  So
8   that's the first thing I noticed.  That looks like
9   maybe Thomas Neale's notes.  Another agent.
10             MR. BENJAMIN:  I appreciate it.  Pass the
11   witness, Your Honor.
12             THE COURT:  Thank you, Mr. Benjamin.
13             Mr. Blackburn, do you have
14   cross-examination of Mr. Acee?
15             MR. BENJAMIN:  Your Honor, may I approach
16   the clerk?
17             THE COURT:  You may.
18                    CROSS-EXAMINATION
19   BY MR. BLACKBURN:
20        Q.   Good afternoon, Agent Acee.
21        A.   Good afternoon, sir.
22        Q.   I want to ask you just a few questions
23   about plea agreements and cooperation agreements.
24   There has been a lot of discussion about cooperation
25   agreements and plea agreements, but you're aware
```



SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                      Albuquerque, NM 87102
(505) 989-4949                                                (505) 843-9494
FAX (505) 843-9492                                        FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1    that at least a lot of the cooperators in this case

2    have entered into plea agreements; is that correct?

3        A.   Yes, sir.

4        Q.   And in those plea agreements there's

5    issues that call for an individual to receive a

6    5K1.1 if it is -- if a motion is filed by the

7    Government; is that correct?

8        A.   Yes, sir.

9        Q.   So when we talk about -- when we talk

10   about discovery on some issues, we talk about a 5K1,

11   it's an agreement that if, indeed, the person

12   cooperates and provides substantial assistance to

13   the Government in the prosecution of another, that

14   the Government will agree to provide a motion to the

15   Court; that is correct?

16       A.   I think so.

17       Q.   And based upon that motion, the Court will

18   then have the opportunity to review the Government's

19   decision as to that person's participation and to

20   reduce the sentence that the person could get; is

21   that correct?

22       A.   Yes.

23       Q.   All right.  So a lot of that depends upon

24   one, what the Government puts in their motion; is

25   that correct?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      A.   I think so.

2      Q.   Some people may cooperate by just

3   providing assistance other than testifying, and some

4   people may provide a substantial assistance by

5   testifying on four, five, six, or seven occasions;

6   is that correct?

7      A.   Yes.

8      Q.   And then based upon -- first of all, it's

9   the Government who has to file that particular

10   motion in order for that person to get a reduced

11   sentence; is that right?

12      A.   Yes.  It starts with the Government.

13      Q.   And so when we're going to hear from some

14   of these cooperators over the next seven weeks,

15   there will be -- they will be talking about a 5K or

16   a reduction in their sentence because of their

17   cooperation; is that correct?

18      A.   Yes.

19      Q.   And when you meet with these cooperators

20   in the beginning, whether it was just the initial

21   debrief or not maybe not necessarily the first

22   interview or the second interview, you let them know

23   the more they cooperate or the more information they

24   give you or if they're willing to testify, that will

25   affect a reduction in sentence, depending upon what

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                      Albuquerque, NM 87102
(505) 989-4949                                                  (505) 843-9494
FAX (505) 843-9492                                        FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

384

```
1   the judge and the Court does; right?
2        A.   Those conversations happened, sir.  I
3   don't speak to that.  I let the attorneys do --
4        Q.   You let the attorneys do that; right?
5        A.   Yes, sir.
6        Q.   So a lot of the times that you, let's say,
7   take interviews or what we call debrief some of
8   these gentlemen or ladies, a lot of the times you do
9   those with just yourself and another agent; correct?
10       A.   Sometimes it's just me and another agent,
11  yes.
12       Q.   Sometimes it's you and another agent and a
13  defense attorney or an attorney for the person who
14  is going to cooperate; is that correct?
15       A.   Yes.
16       Q.   And a lot of times it's you, another
17  agent, and members of the prosecution team with that
18  individual and/or the individual and its agent; is
19  that correct?
20       A.   Yes.
21       Q.   So we have a series of who is in there
22  doing these interviews.  Sometimes you and sometimes
23  the Government comes along as it relates to these
24  interviews; is that correct?
25       A.   Yes.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

385

1      Q.   And in particular, when there's going to

2  be some type of trial or something coming up, it's

3  not unusual for you and/or the Government together

4  to interview these individuals just shortly before

5  trial to make sure that they're prepared for what's

6  going to happen; is that correct?

7      A.   Yes.

8      Q.   Now, so you're aware that you have heard

9  of some of the conversations that some of the

10  cooperators have had, jail calls with their

11  families; right?

12      A.   Yes.

13      Q.   I want to talk about what they're saying.

14  But when they're talking to their loved ones or

15  other individuals about a reduction in sentence or

16  what they may be looking at, that's what they're

17  talking about; is that correct?  If you know.

18      A.   From the ones I've heard, they have

19  represented to their families -- I think this is

20  what you're asking me --

21      Q.   Sure.

22      A.   -- that they're hopeful of getting a

23  reduction in sentence.

24      Q.   Some of them may be hoping to come home to

25  plant the grass in the spring or some of them to

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                       (505) 843-9494
FAX (505) 843-9492                                             FAX (505) 843-9492



1-800-669-9492
e-mail: info@litsupport.com

```
 1  shovel the snow in the winter; right?
 2      A.   Sure.
 3      Q.   All right.  Now, have you, in your career,
 4  ever drafted up letters or provided anything for an
 5  individual, a cooperator, a letter or something to
 6  that extent to provide to the Government to give to
 7  the judge to talk about somebody's cooperation?
 8      A.   I'm hesitating to say no, but nothing is
 9  jumping out at me.  I may have, over the last 20
10  years or so.
11      Q.   All right.  And at any point in time, have
12  you ever appeared in a cooperator's sentencing to
13  be -- if the judge needs to talk to you or your
14  agency about somebody's cooperation in that
15  particular case?
16      A.   I can think of one instance, yes.
17      Q.   All right.  Yesterday, when we were
18  looking at a series of pictures concerning some of
19  the individuals in this case, you mentioned that
20  there was not a photograph of Arturo Garcia, my
21  client; is that correct?
22      A.   Yes, sir.
23      Q.   And a lot of the photographs we looked at
24  were of December 3 of 2015, when one of the first
25  takedowns -- what I would call takedowns occurred;
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    correct?

2         A.    Yes.

3         Q.    And you indicated that under the

4    circumstances, there was not one of Mr. Arturo

5    Garcia because he was not present in New Mexico; is

6    that correct?

7         A.    Yes.

8         Q.    And eventually you didn't get a picture of

9    him because the warrant ran out and the time

10   expired; is that correct?

11        A.    Yes.

12        Q.    Now, you know eventually, though, that he

13   was arrested in Denver, Colorado; is that correct?

14        A.    Yes, sir.

15        Q.    And you also know that he had been out for

16   some 16, 18 months out of the prison system; is that

17   correct?

18        A.    Yes, sir.

19        Q.    And he had been on the streets in maybe

20   Tucson and in Denver, but he was no longer

21   incarcerated; is that correct?

22        A.    Correct.

23        Q.    All right.  And you also know that as it

24   relates to the 2007 murder that occurred and that

25   he's charged with in this case of Freddie Sanchez,

SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                 Albuquerque, NM 87102
(505) 989-4949                                                              (505) 843-9494
FAX (505) 843-9492                                                  FAX (505) 843-9492
                                                                          1-800-669-9492
                                                                  e-mail: info@litsupport.com



BEAN
& ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

1    that that murder occurred in Las Cruces, New Mexico,

2    at the penitentiary in Las Cruces; is that right?

3         A.   Yes.

4         Q.   And you know at the time of that

5    particular murder that Mr. Arturo Garcia was being

6    housed in one of the facilities in Santa Fe, in the

7    North Facility at PNM; is that correct?

8         A.   Yes.

9         Q.   You talked a little bit this morning and

10   this afternoon with Mr. Castle concerning some of

11   the cooperators, and one of those was Gerald

12   Archuleta; correct?

13        A.   Yes.

14        Q.   And Gerald Archuleta was what you would

15   call a shot-caller; is that true?

16        A.   Yes.

17        Q.   So he had some stature in the SNM Gang; is

18   that correct?

19        A.   Yes.

20        Q.   And you said that you were working on --

21   as I recall, the words were something like you were

22   working on drafting up an indictment or charges

23   against him doing overt acts to arrest him and

24   charge him with a series of crimes; is that correct?

25        A.   I personally was working on his overt acts

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                      FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1   for a RICO conspiracy charge.

 2        Q.   And he would have been charged with the

 3   gentlemen in this particular case; is that right?

 4        A.   Yes.

 5        Q.   But before that happened, he agreed to

 6   cooperate; is that correct?

 7        A.   Yes.

 8        Q.   As he was leaving Tennessee -- I think --

 9   was it Tennessee?

10        A.   Yes.

11        Q.   Okay.  So he was aware or at least he made

12   contact with you or you made contact with him, and

13   he worked out an agreement with you at that time; is

14   that correct?

15        A.   Did you say wrote down?  I'm sorry.

16        Q.   I said you arrested him or you came across

17   him under some circumstances, and he agreed to

18   cooperate; is that right?

19        A.   Yes.

20        Q.   And when he cooperated, all of those overt

21   acts that you were working on, or those issues that

22   related to those crimes, sort of went away, did they

23   not?

24        A.   No.

25        Q.   They didn't go away?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   Not until I saw results.

 2        Q.   Not until you saw results.  But when you

 3   saw results, all of those things that you had been

 4   working on went away?

 5        A.   Yes.

 6        Q.   And he performed?

 7        A.   Yes.

 8        Q.   And he's testified.  Or he will testify;

 9   correct?

10        A.   He has and he will.

11        Q.   And he was eventually charged, was he not?

12        A.   In a similar case.

13        Q.   In the 4268 case; right?  He was charged

14   in the VICAR case; right?

15        A.   He was.

16        Q.   But whereas a lot of the individuals were

17   charged with a murder in 2000 and 2007 and 2012 and

18   those, he was only charged with an assault; right?

19        A.   Not even.  I think an attempt.

20        Q.   An attempt to do an assault as it relates

21   to Julian Romero; is that correct?

22        A.   Yes.

23        Q.   And the statutory time that he was looking

24   at that we've talked about, Mr. Castle talked about

25   this morning, was only a three-year sentence; is
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   that right?
 2        A.    That's the maximum.
 3        Q.    That's the maximum.  So all of that sort
 4   of got washed away, not through a 5K1 letter, but by
 5   him cooperating with you in the beginning and giving
 6   you results, that you sort of changed the charges to
 7   make sure that the most that he was going to get
 8   would be a maximum of three years.
 9        A.    I agree with most of that.  I'll say I
10   didn't change anything.  I just stopped working on
11   the RICO conspiracy.
12        Q.    Because he was going to help you.
13        A.    Yes.
14        Q.    All right.  He still continued to receive
15   payments, did he not?
16        A.    At what point, sir?
17        Q.    From the time that he started to
18   cooperate.
19        A.    He did receive payments, yes.
20        Q.    So I mean, he got a substantial break or
21   reduction because you stopped working on all of the
22   RICO acts; there were going to be quite a few RICO
23   acts; right?
24        A.    There were going to be quite a few.
25        Q.    We're going to get to hear them, probably;
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

 1  right?

 2      A.   I'm not sure.

 3      Q.   Somebody is going to ask him questions

 4  about that, I would assume, if he shows up and

 5  testifies.

 6      A.   Now that you've said that, I would

 7  probably expect to see that.

 8      Q.   You'd expect to see that?  Probably

 9  Mr. Castle will ask at least a few questions; right?

10      A.   Probably more than that.

11      Q.   Okay.  And he continued to receive

12  benefits, monetary benefits, but also as it relates

13  to other benefits like extra time, visits with

14  family; the other things that we've talked about

15  today; is that correct?

16      A.   Yes.  His family was all out of state

17  except for, I believe, his father, and he did at one

18  point get to see his dad.

19      Q.   All right.  Now, the 2007 murder as it

20  relates to Freddie Sanchez, that my client and

21  others are charged with in count 3, Mr. Troup.  That

22  case was never prosecuted in state court, was it?

23      A.   No.

24      Q.   And the state jurisdiction would have come

25  from the Dona Ana County District Attorney's Office

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    or Dona Ana County courts; is that correct?

2         A.   Yes, sir.

3         Q.   But that case was submitted to them, but

4    there was never any prosecution; is that correct?

5         A.   The second half of that is correct.  I

6    don't know if it was ever submitted to the district

7    attorney's office, but there was no state

8    prosecution.

9         Q.   This morning you were talking to

10   Mr. Castle about your -- sort of your little outline

11   that you would take with you when you were doing the

12   interviews, the 200 questions that you would use to

13   assist you in doing the interviews of some of the

14   cooperators; is that correct?

15        A.   Yes.

16        Q.   And that was sort of your guide to direct

17   you to make sure you asked those questions, as many

18   of them as you could, depending on the time that you

19   had with those individuals; correct?

20        A.   Yes, sir.  That's all correct.  It was

21   more so for some of the agents helping me that maybe

22   weren't as familiar with the background.

23        Q.   And one of the things that Mr. Castle

24   showed you was a little paragraph as it related to

25   the Garza and Castillo murders, the ones in 2000,

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                           Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                           FAX (505) 843-9492
                                                                 1-800-669-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE                                   e-mail: info@litsupport.com

1    about:  These are the people who were involved;

2    correct?  We looked at that little paragraph.  I

3    forgot what number it was.

4         A.   There were four questions he highlighted,

5    yes.

6         Q.   And the same is true for those individuals

7    that you interviewed as it related to the 2007

8    murders of Freddie Sanchez.  There was something

9    that was similar to that that was asked of those

10   cooperators also, wasn't it?

11        A.   Yes.

12        Q.   So let me talk to you, lastly, about

13   tablets.  When you do an interview that we just

14   talked about, when you were interviewing the

15   cooperators, you put your -- or somebody writes a

16   report concerning that particular interview; is that

17   correct?

18        A.   Yes.

19        Q.   Whether you're conducting the interview or

20   whether you're with the Government prosecutors,

21   somebody writes a 302 that relates to what the

22   cooperator said during that particular interview; is

23   that correct?

24        A.   Yes.

25        Q.   And you're aware that all of the -- and

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    you provide those to the Government, and the

2    Government provides them to us as part of what we

3    call discovery; right?

4         A.   Yes.

5         Q.   All right.  And those documents are --

6    based upon the arrangements we had in this case,

7    those documents are downloaded onto the tablets that

8    belong to the defendants; is that correct?

9         A.   Yes.

10             MR. BLACKBURN:  Does somebody have one?

11        Q.   And you've seen the tablets, have you not?

12        A.   Yes.

13        Q.   And I don't want to introduce this into

14   evidence, but this is what we're talking about, the

15   tablets that all of these gentlemen have in order to

16   be able to review their discovery; is that correct?

17        A.   Yes.

18        Q.   Now, that tablet, as you know, has all of

19   the discovery that has been provided by the

20   Government and the 302s concerning the cooperators

21   as it relates to the murders in 2000; is that right?

22        A.   Yes, the March 2001 murders.

23        Q.   And the June 2007 murders; right?

24        A.   Yes.

25        Q.   And all of the information that relates to

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    the Gallegos defendants that are on trial as it

2    relates to those particular counts, Adrian Burns

3    issues; right?

4         A.   Yes, sir.  To be clear, everything we

5    write on this case, we turn over.

6         Q.   You turn over and it goes onto those

7    tablets.

8         A.   Yes, sir.

9         Q.   And for instance, as it relates to the

10   2007 matters, there would be information on that

11   tablet that relates to Ruben Hernandez; is that

12   correct?

13        A.   Yes.

14        Q.   Because Ruben Hernandez agreed to

15   cooperate with you, and you interviewed him, and his

16   statements are on there, are they not?

17        A.   Yes.

18        Q.   And there would be statements on there

19   that relate to Benjamin Clark, would there not?

20        A.   Yes.

21        Q.   As to the interviews you did with him;

22   correct?

23        A.   Yes.

24        Q.   And also a few other things concerning

25   302s as to when he was sort of a bad boy; right?



SANTA FE OFFICE                                                        MAIN OFFICE
119 East Marcy, Suite 110                                     201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492                                               FAX (505) 843-9492

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1      A.   Yes.

2      Q.   When he did things he wasn't supposed to

3  do, and you confronted him with those, and you took

4  him off being a cooperator.  Well, you took him off

5  being an informant; correct?

6      A.   Yes, sir.

7      Q.   He's still going to cooperate, but he's no

8  longer receiving benefits that he would have

9  received; is that correct?

10      A.   Yes, sir.

11      Q.   So anything concerning when -- things that

12  you find out, the Government finds out, whether it's

13  through reports as it relates to a particular case;

14  for instance -- let me back up.  For instance, you

15  know that in all of these, in particular, like the

16  2007 murder in Las Cruces, as it relates to Freddie

17  Sanchez, there are reports and photographs -- I

18  think we saw some on the screen -- where somebody

19  was found in the cell; right?

20      A.   Yes, sir.

21      Q.   Reports done by the State Police who

22  investigated the crime; correct?

23      A.   Yes, sir.  Everything I can get my hands

24  on, we turn over.

25      Q.   Everything that you can imagine, because

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                      201 Third NW, Suite 1630
Santa Fe, NM 87501                                              Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1    we're in here complaining all the time about we

2    need -- we're like R2-D2.  We need more information,

3    we need more information.  And you try and provide

4    that to us so we can get all this information and we

5    put it on the tablets so we can defend these guys;

6    right?

7         A.   Yes, sir.

8         Q.   And for instance, Javier Alonso, issues

9    with Javier Alonso, as to his cooperating statements

10   and the time that he debriefed with you -- all of

11   those are on there; correct?

12        A.   Yes.

13        Q.   And all of these -- and so, for instance,

14   all of the issues that relate to Mario Rodriguez.

15   All of the reports that relate to crimes he may have

16   committed and his debriefings he did with you is on

17   there also; right?

18        A.   Yes.

19        Q.   And his co-defendant, Mr. Martinez.

20   Everything that relates to Mr. Martinez is on there;

21   right?

22        A.   Yes.

23        Q.   So all of these people who were

24   cooperating -- they have access to every report that

25   you have given to us, do they not?

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                            FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

 1      A.    No.

 2      Q.    It's not on those tablets?

 3      A.    It is.  It's just that not all of them

 4   have their tablets anymore.

 5      Q.    Oh, okay.

 6      A.    At one time, yes.

 7      Q.    At one time, before some of them got in a

 8   little bit of trouble by using the Walmart and the

 9   McDonald's free Wi-Fi as a hot spot; right?

10      A.    Yes.

11      Q.    And all of those individuals lost their --

12   all of them lost their tablets for a while, but they

13   got them back, did they not?

14      A.    I'm under the impression that anyone that

15   had their tablet taken away for misuse has not

16   gotten it back.

17      Q.    Well, Jerry Montoya had his tablet --

18   Jerry Montoya was one of the individuals that was

19   involved in this McDonald's issue and the Walmart --

20   but all these gentlemen still have their tablet,

21   except for Jerry Armenta; is that correct?

22      A.    No, sir, I don't believe that's correct.

23      Q.    You're sure?

24      A.    I'm not, because I don't deal with the

25   tablets.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    Q.   Okay.  All right.  Well, when these guys
2    come in here, we'll be able to talk to them about,
3    for instance, somebody like Mario Rodriguez.  Did
4    you receive the latest discovery within the last
5    couple of weeks?  And we'll be able to ask these
6    individuals when they testify about their individual
7    tablets; right?
8    A.   Yes, sir.  And I can speak on Mario.  I
9    believe Mario Rodriguez does have his, because he
10   didn't compromise it.
11   Q.   He didn't compromise?
12   A.   So he still has his.
13   Q.   When we're talking about the people that
14   wouldn't have them, who were the four who wouldn't
15   have them?
16   A.   I thought there was more than four, but I
17   don't think Jerry Armenta, Benjamin Clark, Gerald
18   Archuleta --
19   Q.   And Jerry Montoya?
20   A.   I don't know that his was compromised, off
21   the top of my head.  Paul Rivera.  I seem to think
22   the Court order had eight names on there.  I just
23   can't remember all of them.
24   Q.   Javier Alonso and Ruben Hernandez weren't
25   involved in that, were they?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    No, I think they were at different
 2   facilities.
 3        Q.    So they have their tablets?
 4        A.    As far as I know.
 5        Q.    And so I guess the point is -- and a lot
 6   of these cooperators are in the same facility, are
 7   they not?
 8        A.    There's groups of them, and then there are
 9   some that are at other facilities.
10        Q.    So not only are they together at different
11   facilities, but they have the opportunity to see
12   what everybody else has said and to be able to track
13   your investigation in this case, can they not?
14        A.    The ones that have tablets still,
15   certainly.
16        Q.    Now, as relates to Jerry Armenta, I think
17   you were talking about him this morning.  He lost
18   his privileges also because he rented out his
19   tablet, did he not?
20        A.    I heard him say that when he was on the
21   witness stand.
22        Q.    And he said he rented them out for what?
23   For drugs; right?
24        A.    I don't remember that part, but he may
25   have said that.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1       Q.   He's renting his tablet out to somebody
 2  else -- he rented it out to somebody to use when he
 3  was able to have access to the internet, did he not?
 4       A.   Yes, I remember him saying that he allowed
 5  other people to use his tablet to get on the
 6  internet.
 7            MR. BLACKBURN:  May I have a second, Your
 8  Honor?
 9            THE COURT:  You may.
10            MR. BLACKBURN:  I don't think I have any
11  other questions.
12            THE COURT:  Thank you, Mr. Blackburn.
13            Does anyone else have cross-examination of
14  Mr. Acee?
15            MR. SOLIS:  I think I have some.
16            THE COURT:  Mr. Solis?
17            MR. SOLIS:  Thank you, Your Honor.
18            THE COURT:  Mr. Solis.
19                   CROSS-EXAMINATION
20  BY MR. SOLIS:
21       Q.   Mr. Acee, how are you, sir?
22       A.   Good.  Thank you.
23       Q.   Are you holding up okay?
24       A.   Yes, sir.
25       Q.   All right.  So before I lose my train of
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  thought, there was a series of questions I wanted to

2  ask you, but Mr. Castle and Mr. Blackburn kind of

3  prefaced what I want to follow up now, and I'll do

4  that now out of order in the way I wanted to present

5  my questions to you before it escapes my memory.

6          So with regard to the -- well, you've been

7  an agent for how long now, sir?

8      A.   About nine and a half years.

9      Q.   Nine and a half years.  And so as an FBI

10 agent, you've seen your fair share of what we call

11 the Kastigar letter, the 5K1 scenario we've talked

12 about today?

13     A.   Yes.

14     Q.   And although you've indicated you're not

15 intimately familiar with the details, you have a

16 general understanding of how it works; right?

17     A.   Certainly.

18     Q.   And we talked about the 5K1.  Just so the

19 jury understands, that's a section in the sentencing

20 guidelines which is, in essence, the bible of

21 sentencing for federal courts; correct?

22     A.   Yes, sir.

23     Q.   And that section is where the Court is

24 authorized to reduce a sentence for a defendant when

25 the Government, at its sole discretion, allows the

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   Court to do that.  Does that pretty much sum it up?

2       A.   Yes, sir.

3       Q.   So the Kastigar letter and the scenario

4   with the 5K1 occurs when there's cooperators like

5   we've discussed ad infinitum today?

6       A.   Yes.

7       Q.   And isn't it true, sir, that the Kastigar

8   letter, the 5K1 scenario, requires full cooperation

9   to avail yourself, if you're that cooperator, of the

10  benefits we've just talked about; is that true?

11      A.   I think so.  And I only hesitate because

12  it's a lengthy section.  You know it better than I

13  do, and I just don't want to overspeak my knowledge,

14  but I also want to answer your questions honestly.

15      Q.   Again, although you're not instantly

16  familiar with the letter or the process, you are

17  familiar enough after nine and a half years to speak

18  to whether or not there is full cooperation required

19  to get a benefit or obtain a benefit if you're that

20  cooperator or defendant; is that right?

21      A.   That sounds right.

22      Q.   Okay.  So when Mr. Castle asked you

23  earlier today about the cash paid to the

24  cooperators -- by the way, just total, you being the

25  case agent, I know you know, what's the total amount

SANTA FE OFFICE                                                      MAIN OFFICE
119 East Marcy, Suite 110                                      201 Third NW, Suite 1630
Santa Fe, NM 87501                                             Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1   that's been paid to these cooperators, just total?

2   A ballpark figure is fine.

3          A.   Relocation and everything, all dollars

4   spent?

5          Q.   Yeah.  Ballpark is fine.

6          A.   I tend to get pinned down on my numbers,

7   so I like to take a little time to make sure I'm

8   pretty close.  Maybe around $80,000 or $90,000.

9          Q.   All right.  So -- and of course, the

10  answer to the question posed by Mr. Castle about

11  incentives, benefits, considerations, cash, I think

12  is a phrase he used.  You were quick to point out,

13  "But it's not for testimony."  But isn't it true

14  that if you require full cooperation, that does

15  require testimony, doesn't it, sir?

16         A.   If the Government -- if the prosecutors

17  want and ask for them to testify, I believe they're

18  expected to.  But there are some scenarios where

19  people will be truthful and provide information, but

20  they won't testify.

21         Q.   And then there are other scenarios where

22  it is exactly required and it's expected, isn't it?

23         A.   Yes, sir.

24         Q.   So the answer to the question, is cash

25  offered for cooperators, the answer is yes,

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   including testimony.

2       A.   I don't want to say that, because I can't

3   pay somebody to testify, and I can't offer to pay

4   them to testify.

5       Q.   All right.  You don't want to say it, but

6   you've certainly seen it happen.

7       A.   I've seen people cooperate.  I've seen

8   them receive benefits, such as relocation, and

9   they've provided testimony.  But I have to be

10  careful.  I mean, we have guidelines and rules.  I

11  want to stay clear of that area.  I can't pay

12  somebody for testimony, and I can't offer that.

13      Q.   Right.  But you've not disagreed with the

14  scenario as I've described it today.

15      A.   I don't care for the way you're describing

16  it, but I understand what you're saying.

17      Q.   Right.  And that's exactly my point.

18           So now, I can go on to this vignette, so

19  let me say another point, and maybe you can help me

20  illustrate the point with your response to this

21  little preface that I've got.

22           So in 1998 I'm trying a capital murder

23  case.  And bear with me here.

24      A.   Sure.

25      Q.   The crux of the matter in that particular

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   case was a defendant's statement/confession as a

2   result of an interrogation.  And this is 1998, and

3   there was not a video, a recording, audio or

4   otherwise.  There was essentially a statement

5   provided by my defendant at that time.  And with the

6   Honorable Judge Guaderrama, who is now a federal

7   judge in the Western District of Texas.  And there

8   was a fight about that statement.  As you might

9   imagine, as a defense lawyer, and the prosecution,

10  there was a huge fight about whether that statement

11  was actually given voluntarily, whether Miranda

12  rights were administered prior.  It was a huge

13  fight.  Are you with me so far?

14       A.   Yes.

15       Q.   2002, five years later.  It's 2002 now.

16  As it happens -- I'm not making this up -- I'm in

17  Judge Guaderrama's court again.  Another murder.

18  Not a capital; just a first-degree, plain vanilla

19  murder.  So now there is another confession,

20  statement, attributed to a defendant.  And in this

21  case, there was an actual recording of that

22  statement, video recording of that statement.  Do

23  you think it was a fight about what the defendant

24  said in that particular case?

25       A.   I wouldn't know.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.   Sure you do.

2      A.   I wasn't there, sir.

3      Q.   I just described to you the scenario as I

4  painted it right now.

5      A.   There is always a fight when we come to

6  court, isn't there?

7      Q.   Okay.  So in this scenario I've painted

8  where there was a second defendant where the

9  recording is on tape -- the statement is on tape,

10  rather; the admonishments are on tape, and the words

11  that come out of his mouth are on tape.  What's your

12  response now when I ask you, do you think there was

13  a fight about that?

14      A.   I think there is always a fight, but I

15  think that's better evidence.

16      Q.   Okay.  That's better evidence.

17      A.   Yes.

18      Q.   That's better evidence where the ladies

19  and gentlemen of the jury can see for themselves,

20  determine for themselves, and decide for themselves

21  whether, in fact, those are the words attributed to

22  that defendant; is that right?

23      A.   Yes.

24      Q.   In fact, that is your sentiment, isn't it,

25  sir?



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1          Now, Mr. Castle explored with you at a

2   pretrial hearing connected to this trial about your

3   preference to have interviews recorded, and he

4   referenced a previous under oath statement where

5   you've said, "Well, if it's not recorded, the

6   conversation in my mind didn't happen."

7          Those are, in fact, your sentiments,

8   aren't they?

9      A.   To informants deployed in the field, yes.

10  That's what that question was in relation to.

11     Q.   Informants perhaps may be used as

12  cooperators, I think was the gist and the context of

13  that question posed by Mr. Castle referencing your

14  previous testimony in another pretrial hearing where

15  you said, "Well, if it's not recorded, the

16  conversation, in my mind, did not happen."

17     A.   That's again in reference to me sending

18  informants into the prison to talk to other SNM

19  members.  I wanted recordings.

20     Q.   Sure.  And I'll accept that.  But

21  nonetheless, as a general proposition, you'd prefer

22  that.

23     A.   It depends on the scenario.  You're asking

24  me when I'm deploying an informant in a buy or

25  trying to obtain a confession from somebody, I want

SANTA FE OFFICE                                    MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                 Albuquerque, NM 87102
(505) 989-4949                                     (505) 843-9494
FAX (505) 843-9492                                 FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1   a recording.  If it wasn't recorded, it didn't

2   happen.  That is what I was saying.

3        Q.   What is the best evidence?  I think you

4   addressed that just moments ago.  What is the better

5   evidence?

6        A.   Between a video confession and nothing?  A

7   video confession.

8        Q.   A video confession where someone says,

9   "John Doe told me this", or John Doe actually

10  recorded saying, "These are the things he said."

11            A little while ago you referenced it with

12  no problem.  You said it was the better evidence.

13       A.   Yes, in the scenario you gave me where a

14  person has been arrested and they give a post-arrest

15  statement, I believe that would be better evidence.

16            MR. SOLIS:  A moment, Your Honor?

17            THE COURT:  You may.

18  BY MR. SOLIS:

19       Q.   I'll address with you, Agent Acee, the

20  topic of witnesses in general.  I think at the

21  beginning you referenced with Mr. Castle -- or

22  discussed with Mr. Castle your prior experience and

23  your work with PD, I think, in LA, and I think in

24  Portland, as well?

25       A.   Yes, sir.

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                           Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 843-9492                                            FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

 1       Q.   And then now with the Bureau.  And you
 2  talked about the various types of scenarios or
 3  various types of personalities with regard to
 4  witnesses and how you might have to be careful about
 5  those type of witnesses or witnesses just in
 6  general.  Do you remember that discussion?
 7       A.   I remember talking about showing people
 8  respect, and then I think I made the comment that I
 9  may interview a witness differently than a
10  cooperating defendant who is a member of a prison
11  gang.
12       Q.   That's true.  And you know what?  I mixed
13  that with your previous testimony at a previous
14  hearing that related to this trial, but that, too,
15  is relevant.
16            But the other part I have about your
17  previous testimony was that you're concerned about
18  the honesty of informants in response to
19  Mr. Castle's questions about how you'd -- your
20  preferences for recorded conversations and your
21  discussion then pivoted to the honesty of informants
22  and that's always a concern for you; is that right?
23       A.   Yes.
24       Q.   That is a yes?
25       A.   Yes.



SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                 Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                   FAX (505) 843-9492
                                                         1-800-669-9492
PROFESSIONAL COURT                        e-mail: info@litsupport.com
REPORTING SERVICE

BEAN & ASSOCIATES, Inc.

1    Q.   All right.  And I think it kind of

2 dovetails into the question or the inquiry with

3 regard to your preference for recorded statements,

4 audio or otherwise, because of that concern about

5 informants.  Is that pretty much true?

6    A.   Well, there are some -- that's not an easy

7 question to just answer with yes or no, because

8 there is a litany of scenarios there, and I'll just

9 pause there.

10    Q.   Okay.  Well, isn't it sometimes -- your

11 response before when Mr. Castle asked about the

12 honesty of the people you work with, the inmates,

13 you said, "Yeah, sometimes."

14         Can we at least have that today, that

15 sometimes that is a concern?

16    A.   Oh, in terms of whether or not they're

17 honest?  Informants?

18    Q.   Sure.

19    A.   Let me be clear.  I mean, when I first

20 meet an informant, I don't have much trust for them.

21 That's something that's earned.

22    Q.   Right.  And so again, it dovetails into

23 why you prefer and you have a preference for a

24 recorded conversation, to where you were even

25 prompted to say that if it's not recorded, the

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    conversation, in my mind, didn't happen?

2        A.   Yes, sir.   In the context of deploying an

3    informant operationally, it needs to be recorded.

4    But we should distinguish from when I'm sitting in a

5    controlled environment with the person who is

6    cooperating and their attorney and other agents and

7    attorneys.   There's a difference there.

8        Q.   Okay.   People you've interviewed -- people

9    you've recruited or enlisted as informants --

10   there's always a concern they're not honest with

11   you?

12       A.   I mean, there is always a concern my kids

13   aren't honest with me.

14       Q.   That isn't the question, though.   I'm

15   talking about informants.   Isn't that the concern

16   all the time?

17       A.   And my answer is, I'm always concerned

18   people aren't honest, to include informants.

19       Q.   But you don't search your kid for drugs

20   after you send them to get drugs or sell drugs;

21   right?   You only search informants.   Isn't that

22   true?

23       A.   No, I don't use my children to purchase

24   drugs.

25       Q.   Obviously, I'm making light of it to make

SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                  Albuquerque, NM 87102
(505) 989-4949                                                            (505) 843-9494
FAX (505) 843-9492                                                  FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1    the point.  But I mean, you never fully trust them

2    to where you have to search them when they've been

3    involved in a controlled buy or some other scenario

4    where you need to make sure that they investigate

5    the integrity of that buy or the controlled delivery

6    is intact.

7         A.   Yeah, I agree with you in part, but that's

8    just part of the protocols.  It's not a good

9    controlled buy if we're not doing a search on the

10   front end and the back end.

11        Q.   Of course.

12        A.   Even if I trusted the person, I'd still

13   search them.

14        Q.   Right.  So these witnesses that you've

15   discussed or cooperators you've talked to -- it's

16   not always the cash payments or other benefits,

17   other incentives, other consideration I think you

18   and Mr. Castle discussed, consideration that's

19   involved; is that true?

20        A.   I don't understand.

21        Q.   Well, sure.  It's not always cash; right?

22   There is something more valuable than cash, isn't

23   there?

24        A.   Is there?  I guess it's in the eye of the

25   beholder.



SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                   Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                    FAX (505) 843-9492
                                                          1-800-669-9492
                                                 e-mail: info@litsupport.com

1      Q.    If you're in the SNM, what is more

2   valuable than cash if you're sitting behind bars?

3      A.    Respect and freedom.

4      Q.    Right.  Less time or no time; right?

5      A.    Probably.

6      Q.    That's a form of consideration; right?

7      A.    Yes.

8      Q.    And in some instances, probably in these

9   instances, probably more valuable than cash, $80,000

10  or whatever notwithstanding; is that true?

11     A.    You're asking me to speculate, but yes,

12  probably.

13     Q.    When you -- over the years of experience

14  you've developed as a patrol officer and then an

15  officer in Portland and then later with the Bureau,

16  Agent Acee, you've come across scenarios where

17  witnesses, cooperators or otherwise, will talk with

18  you, but I think Mr. Castle did a good job of

19  enumerating the reasons why:  Fear and currying

20  favor with the Bureau.  I mean, after all, you are

21  the FBI and the people either fear it, respect it,

22  or sometimes they just want to curry favor with you

23  because they want to get on your good side; is that

24  true?

25     A.    Some people.

SANTA FE OFFICE                                                                    MAIN OFFICE
119 East Marcy, Suite 110                                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                                 Albuquerque, NM 87102
(505) 989-4949                                                                     (505) 843-9494
FAX (505) 843-9492                                                                 FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1    Q.   Sure.  Right?  I mean, it's reasonable to

2    expect that, isn't it?

3    A.   From some people, yes.

4    Q.   Okay.  Let me pivot, Mr. Acee, to the 2001

5    murders at Southern New Mexico Correctional

6    Facility, what everyone calls Southern.  We'll refer

7    to it as Southern as the trial goes on.  You'll

8    remember that Southern New Mexico Correctional

9    Facility will be commonly referred to as Southern;

10   is that right?

11   A.   Yes, sir.

12   Q.   Now, we did a field trip up there.

13   Defense counsel did a field trip up there.  You've

14   been up there, right?  Being the good agent you are,

15   you've been up there?

16   A.   I have been up there.

17   Q.   And you've been to yellow pod?

18   A.   Yes.

19   Q.   All right.  Yellow pod -- if you get up in

20   the bubble -- do you remember the bubble?

21   A.   I've been in the bubble.

22   Q.   The bubble is essentially a guard station

23   that sits on top of the pod, and the pod is divided

24   into living quarters  on one and two floors.  It's

25   divided kind of like an L-shape; is that right,

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                 Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 843-9492                                                 FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1   Mr. Acee?

 2        A.   Yes.

 3             MR. SOLIS:  May I move away from the

 4   podium, Your Honor?

 5             THE COURT:  You may.

 6   BY MR. SOLIS:

 7        Q.   I'm stepping, the record should reflect,

 8   about where the court reporter sits, and about maybe

 9   10 feet from the wall, the east wall.  And Mr. Acee,

10   I want to walk and then turn, and you tell me if

11   that is about the parameters of the bubble going

12   into that pod.  I'm walking this way, towards the

13   jury box, and I'm going to turn this way, away from

14   you, but still over by the jury box.  And I stop

15   here, about halfway down the jury box is what the

16   record should reflect.

17             Isn't that the basic vantage point of the

18   security guard there at the pod, Mr. Acee?  Did you

19   see me walk?  Do you want me to do it again?

20        A.   I see you walking, and I think you're

21   illustrating something.  I'm just not following it.

22        Q.   Well, you know, you get up in the pod and

23   get up in the bubble.

24        A.   In the bubble.

25        Q.   You're in the bubble.  There is a guard up
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    there, and he can see through these glass windows.

2    You follow me?

3         A.    Yes.

4         Q.    And he can see this way; right?

5         A.    Yes.

6         Q.    You can see from right to left and left to

7    right, and it's kind of divided in an L or a curved

8    L.

9         A.    The building that houses the bubble, yes.

10        Q.    You've been up there?

11        A.    Yes.

12        Q.    And you've seen that.  And so I have a

13   rough kind of diagram or scenario that I've just

14   kind of walked through.  You're familiar with what

15   I'm talking about?

16        A.    I think so.  Are we saying the cells are

17   over here where I'm sitting?

18        Q.    Sure.

19        A.    Yes.

20        Q.    From where you're sitting -- and I'm

21   looking out that way, looking towards the jury box,

22   there are two levels of cells.  And as I walk

23   towards you in front of His Honor, Judge Browning,

24   and the court reporter, there are more cells; is

25   that correct?

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                 Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 843-9492                                                 FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    Yes.

 2        Q.    And over here where I wave my hand, there

 3  are glass partitions or glass windows, let's call

 4  them; is that right?

 5        A.    Yes.

 6        Q.    All right.  So you went out there.  And

 7  it's very confined, isn't it?  Isn't it, sir?

 8        A.    It's fairly confined, yes.  The prison

 9  is --

10        Q.    Very confined, in that pod, in particular,

11  for my purposes?

12        A.    Yes.

13        Q.    And you know, having been out there, that

14  in 2001 -- at least that's the way it was explained

15  to us -- there weren't any cameras out there.

16        A.    I agree with you.

17        Q.    Right?  And you know that it being a

18  confined environment, that these cameras would be

19  very discernible.  You couldn't miss them.  If you

20  go now -- you've been there now; right?

21        A.    Yes.

22        Q.    At least in the last few years?

23        A.    Yes.

24        Q.    And you can't miss these cameras.  They're

25  there.
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                           Albuquerque, NM 87102
(505) 989-4949                                                       (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492
                                                                  1-800-669-9492
                                                          e-mail: info@litsupport.com



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1      A.   Yes.

2      Q.   Is that true?  Right.  And if you and I

3  were here -- let me pivot this way.  So you and I,

4  Agent Acee, and a few others are living in these

5  quarters that I've described, and let's say it's

6  this courtroom, and we've lived here for six months

7  to a year, two years.  This is where we eat and

8  sleep, where we play checkers and chess and watch TV

9  and the Super Bowl and all that.  This space

10  confined here -- maybe even smaller, but let's use

11  this courtroom for an example.  Do you follow me?

12      A.   Yes.

13      Q.   So after a while, this being the living

14  quarters that you reside in, that you exist in,

15  essentially, you and I would know that behind me, in

16  front of you, this wall, there is a clock with three

17  cameras below it, an exit sign, and a door.  Do you

18  see that?

19      A.   Yes.

20      Q.   And we've come to know that just like

21  that, second nature.

22      A.   We would.

23      Q.   And we'd know there would be six lights

24  above Judge Browning's chambers -- or bench, rather.

25  We would know that because we have seen this day

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    after day, existence after existence.  We would

2    become so familiar with that.  Do you agree with

3    that?

4         A.   Yes.

5         Q.   I heard Agent Nancy Stemo say -- or

6    testify at the pretrial hearings on this matter that

7    she reviewed the file thoroughly, beginning to end,

8    completely.  Do you remember that?

9         A.   No.  But knowing her, I'm sure she did.

10        Q.   And you tasked her to do that, no doubt?

11   She's one of your agents?

12        A.   Yes, sir.

13        Q.   You being the case agent.  And you've done

14   that, too?

15        A.   Yes.

16        Q.   Of course, you've had several years to do

17   that; right?

18        A.   Yes.

19        Q.   I've had 63 days and counting, and I'm

20   still doing that.

21        A.   Seems like you're doing a good job.

22        Q.   Well, we'll see.  Now, as a result of

23   having that time to review the file, you know that

24   the New Mexico State Police and what I call STIG --

25   is it STIG or SIG -- the State Police, the



SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                    FAX (505) 843-9492
                                                           1-800-669-9492
                                               e-mail: info@litsupport.com

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1   corrections unit that investigates --

 2        A.   The STIU, sir.

 3        Q.   STIU.  I don't know why I said STIG.  But

 4   anyway, they did their investigation.  You know

 5   that?

 6        A.   They had.

 7        Q.   Although it was 2001, 17 years ago, this

 8   was not in the 1960s or the 1950s, or even the 1970s

 9   or 1980s.  It was just 17 years ago; right?

10        A.   Yes.

11        Q.   All right.  And so you know they had their

12   preservation and gathering techniques as far as

13   evidence and forensic evidence is concerned.  You

14   know that?

15        A.   Are you asking me if those techniques

16   existed then?

17        Q.   No, I'm asking you whether you know that's

18   how they gathered and preserved evidence in

19   reviewing the file.

20        A.   They made an attempt at that.

21        Q.   You saw the evidence.  In fact, there was

22   DNA evidence gathered and they retested it; right?

23        A.   To some extent.

24        Q.   Well, but that happened?

25        A.   Again, to some extent.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.    Okay.  Well, have you retested anything?
 2        A.    We're not able to retest items that have
 3   been tested.
 4        Q.    So the State Police investigation resulted
 5   in what Mr. Castle addressed a little while ago --
 6   earlier this morning, actually, the declination by
 7   the state prosecuting authority, the Third Judicial
 8   District, I guess, district attorney.  Do you
 9   remember that?
10        A.    Yes, sir.
11        Q.    And then he also addressed with you the
12   declination letter by the Department of Justice in
13   2015.  Do you remember that?
14        A.    By Mr. Burkhead at the U.S. Attorney's
15   Office.
16        Q.    He explored that at length with you,
17   Mr. Castle did.  Do you remember?
18        A.    He did.
19        Q.    All right.  So other than these
20   informants, these cooperators we've talked about,
21   and the manner and the means by which they've been
22   provided consideration, cash or otherwise, what has
23   the FBI's contribution been, other than the
24   cooperators we've talked about?
25        A.    Are you going to let me answer that?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

424

```
1   Okay.  The FBI did a thorough review of the case.
2   The FBI has removed over 100 members of the SNM
3   prison gang from the streets of New Mexico.  We've
4   recovered dozens of firearms.  We've solved six
5   cold-case homicides.
6        Q.   Okay.
7             MR. SOLIS:  Could I have a moment, Your
8   Honor, just to gather my notes here?
9             THE COURT:  You may.
10            MR. SOLIS:  Thank you.
11  BY MR. SOLIS:
12       Q.   Going back to the declination letter that
13  Mr. Castle explored with you and reviewed with you
14  essentially line by line -- do you remember that
15  earlier this morning, Mr. Acee?
16       A.   Yes.
17       Q.   So that letter was not addressed to you.
18       A.   No, sir.
19       Q.   Nor was it drafted by you.
20       A.   Correct.
21       Q.   You simply reviewed -- well, you -- I
22  think your testimony is, you came across the letter
23  and you reviewed it, and you discussed line by line
24  through testimony with Mr. Castle earlier today; is
25  that right?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1          A.    And on other days, yes.

2          Q.    And on other days.  But here for purposes

3    formally on the record as an exhibit in evidence, do

4    you remember that?

5          A.    Yes, sir.

6                MR. SOLIS:  May I approach the witness,

7    Your Honor?

8                THE COURT:  You may.

9                MR. CASTELLANO:  Your Honor, while he's

10   having the witness review the document, I'll note my

11   objection for hearsay.  I anticipate that the

12   question will elicit a hearsay response.  And unlike

13   Mr. Castle's document, this is not a statement by a

14   party opponent.

15               MR. SOLIS:  The question I'll pose to

16   Agent Acee, Your Honor, will simply be whether the

17   contents of that letter illustrates Mr. Chavez to be

18   listed as a suspect, nothing more; not who told him,

19   but much like he explored the contents of previous

20   documents, and he explored it line by line with

21   Mr. Castle, and I'll ask him to do the same here.  I

22   won't ask him who it was drafted by or addressed to,

23   but rather, has he seen the document; being the case

24   agent, he's reviewed the entirety of the file, and

25   simply ask him where he sees Mr. Chavez listed as a
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1  suspect on that document.

 2           THE COURT:  Well, I think if we're having

 3  him testify about the contents of this document,

 4  that would not be proper.  So I'll sustain that

 5  objection to that question.

 6           MR. SOLIS:  Thank you, Your Honor.  May I

 7  retrieve the exhibit?

 8           THE COURT:  You may.

 9  BY MR. SOLIS:

10      Q.   Does the name Josh Mirka ring a bell,

11  Agent Acee?

12      A.   Yes.

13      Q.   Mirka, M-I-R-K-A.  So is he listed as a

14  cooperator?

15      A.   I think he's on the Government's witness

16  list, but he's not an FBI informant.

17      Q.   Okay.  But he is a witness.

18      A.   Yes.

19      Q.   Have you had conversations with Mr.

20  Mirka's counsel?

21      A.   I have.

22      Q.   And did these conversations occur with

23  Mr. Mirka's counsel before or during Mr. Chavez's

24  absence when he was transported for medical

25  treatments to Albuquerque?

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                      201 Third NW, Suite 1630
Santa Fe, NM 87501                                              Albuquerque, NM 87102
(505) 989-4949                                                          (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492
                                                                        1-800-669-9492
                                                              e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        A.   I'm not sure when he was transported.

 2        Q.   Let's let everyone in on when we're

 3   talking about.  These conversations had to have

 4   occurred in the last month and a half; correct?

 5        A.   Yes, sir.  It happened on a day I was in

 6   court with you, and I went out in the hallway and

 7   stood by the window and I called her.  I could

 8   figure out the date.  I just don't know it off the

 9   top of my head, but it was recently.

10        Q.   So we were in court?

11        A.   Yes, sir.

12        Q.   I was definitely in court.

13        A.   I try to keep my eye on you, but I think

14   you were.  Mr. Chavez was in court.

15        Q.   Given the timeframe that we're talking

16   about, I probably was in court.  Then that helps me

17   with -- you don't know the exact date of when you

18   spoke to the lawyer for Mr. Mirka?

19        A.   I wrote a report on it that will reflect

20   the date.

21        Q.   Do you know if that's been disclosed or

22   provided?

23        A.   I turned it over.

24        Q.   All right.  And subsequent to that

25   conversation, did you have a conversation with both
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1  Mr. Mirka and the lawyer?
 2       A.   No, another agent did.  I was attending
 3  another matter.
 4       Q.   And do you know when that happened?
 5       A.   It may have happened over the weekend,
 6  this last weekend.  I'm not 100 percent certain
 7  because I wasn't there.  And because I've been in
 8  court, I haven't reviewed all the reports that have
 9  come in, but it was recently.
10       Q.   And by "last weekend" you mean four or
11  five days ago?
12       A.   Perhaps.
13       Q.   When I say -- when I asked whether you had
14  the conversations with Mr. Mirka or counsel for
15  Mirka, or both, while Chavez was being -- Chris
16  Chavez was transferred for treatment to
17  Albuquerque -- you know what I'm referring to, don't
18  you?
19       A.   I'm not sure I do, and I don't want to
20  say -- I may, but I don't want to say something I
21  shouldn't.
22       Q.   Then probably you don't.
23            THE COURT:  Would this be a good time for
24  us to take our --
25            MR. SOLIS:  I was about to say, Your
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
1    Honor, that -- thank you for your responses.  I'm
2    confident that the responses that I've asked that
3    may not make sense now will as the trial develops.
4    Thank you.  I'll pass the witness.
5              THE COURT:  Thank you, Mr. Solis.
6              All right.  Let's take our afternoon break
7    here.  We'll be in recess for about 15 minutes.  All
8    rise.
9              (The jury left the courtroom.)
10             THE COURT:  All right.  Just so our record
11   is clear, the clerk's exhibit to her minutes, the
12   juror note, will be Exhibit 1.  The juror note.
13             Clerk's Exhibit 2 will be the documents
14   regarding Daniel Archuleta and the taint team.  And
15   I believe that I have provided a copy of that now to
16   the Government and to, I believe, Mr. Castle.  So if
17   he can make it available to everybody else.
18             The clerk's Exhibit 3 will be the
19   documents regarding Sergio Rodriguez which are being
20   provided to the Government and also to Mr. Castle,
21   and we'll make those -- and I'll hear your comments
22   after the break.  And Mr. Sindel, keep a copy of
23   this, but see if you can live with the changes I
24   made to your proposed jury instruction, limiting
25   instruction.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              MR. SINDEL:  Well I've had to live with a
 2   lot these last few days, but I guess one more --
 3              THE COURT:  Take a look at them.  You
 4   might like what I say.  You might not.
 5              MR. SINDEL:  I have several times so far.
 6              THE COURT:  Would you keep a copy of that?
 7   Because we need to mark it so everybody can see what
 8   you and I are communicating on.
 9              And I'll hear your comments when we get
10   back, Mr. Castle.  Let's be in recess about 15
11   minutes.
12              (The Court stood in recess.)
13              THE COURT:  All right.  Let's do this.
14   We've already got the jury lined up.  I'll bring you
15   up to the bench before we get done with this witness
16   to do anything.
17              All right.  All rise.
18              (The jury entered the courtroom.)
19              THE COURT:  All right.  Everyone be
20   seated.
21              All right.  Mr. Acee, I'll remind you
22   you're still under oath.
23              Ms. Torraco, if you have cross-examination
24   of Mr. Acee, you may conduct it at this time.
25              MS. TORRACO:  Thank you, Your Honor.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              THE COURT:  Ms. Torraco.
 2                    CROSS-EXAMINATION
 3   BY MS. TORRACO:
 4       Q.   Agent Acee, what I would like to do, if
 5   it's all right to you, I want to go through your
 6   cross-examination almost like it's an outline to
 7   make it easier for the jurors to follow.
 8       A.   I'll try to keep up.
 9       Q.   I think you're going to surpass me, so
10   don't worry about that.  First, I'd like to start
11   with how you began this investigation.  So that will
12   be like our first point of the outline.  So on
13   direct, you testified that you were doing a separate
14   prison gang investigation.  Isn't that true?
15       A.   Yes.
16       Q.   And it just came about that you just were
17   pulled aside by some corrections officers about a
18   concern about some letters that had gone out of the
19   penitentiary; is that correct?
20       A.   They didn't make their way out.  They were
21   intercepted.  But otherwise, yes.
22       Q.   Well, I think one of them made its way
23   out; is that correct?
24       A.   Yes.
25       Q.   There were nine letters; correct?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

432

```
 1        A.   Yes.

 2        Q.   And you were able -- or the corrections

 3   officers were able to intercept eight letters?

 4        A.   Yes, ma'am.

 5        Q.   And those letters were addressed -- or

 6   those letters were -- the topic was that there was a

 7   hit that had been placed on the New Mexico

 8   Department of Corrections secretary, Mr. Marcantel;

 9   correct?

10        A.   Yes.

11        Q.   And Dwayne Santistevan and the STIU

12   coordinator, Adam Vigil; is that correct?

13        A.   Mostly, ma'am.  The letters directed the

14   members on the street to hit Marcantel and

15   Santistevan.  The Vigil situation developed later.

16        Q.   Thank you for the clarification.  So how

17   many of those eight letters were addressed to my

18   client, Andrew Gallegos?

19        A.   None of them.

20        Q.   And how many of those letters mentioned

21   Andrew Gallegos?

22        A.   None.

23        Q.   And were any of those letters from Andrew

24   Gallegos?

25        A.   No.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   In fact, isn't it true that Andrew
2  Gallegos was not involved in any way on the hit on
3  Gregg Marcantel, Dwayne Santistevan, or Adam Vigil?
4    A.   That's correct.
5    Q.   So this part of the case really has
6  nothing to do with Andrew Gallegos; isn't that true?
7    A.   I don't want to be difficult, but I don't
8  know if we'll agree there.
9    Q.   Well, I don't want you to be difficult
10 either.  But he had nothing to do with that; isn't
11 that true?
12   A.   As an individual, he did not.
13   Q.   That's right.  And I don't know what else
14 he is besides an individual.  He's an individual;
15 right?  He's a person.
16   A.   He is.
17   Q.   He's one person?
18   A.   He is.
19   Q.   As a matter of fact, he's sitting right
20 over there.
21   A.   Yes.
22   Q.   Right?  Next to co-counsel Donovan
23 Roberts.  And you have no reason to believe that
24 Andrew Gallegos even knew about the hit on Gregg
25 Marcantel; isn't that true?

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                           201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                             (505) 843-9494
FAX (505) 843-9492                                     FAX (505) 843-9492
                                                      1-800-669-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE                          e-mail: info@litsupport.com

```
 1        A.    That is true.

 2        Q.    Okay.  So that's how the investigation

 3   began.  And I want to go on to my second point,

 4   which is what you did next.  And so at that point,

 5   isn't it true that you formed a federal task force?

 6        A.    Yes.

 7        Q.    And on that task force you put together

 8   several different agencies; is that true?

 9        A.    Brief, yes.

10        Q.    And what are those three agencies?

11        A.    The FBI, the New Mexico Corrections

12   Department, and the Bernalillo County Sheriff's

13   Office were the full-time participants.

14        Q.    Okay.  And did you do something with the

15   cold-case unit?

16        A.    I contacted all the cold-case units around

17   the state and asked them to send us any leads or

18   cold cases they had that they thought might involve

19   the SNM.

20        Q.    Okay.  So that's outside of those three

21   agencies, then, you also contacted all these

22   cold-case units?

23        A.    Yes, ma'am.

24        Q.    Correct?  Okay.  So there was a lot of

25   information coming in from a lot of different
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    sources, all law enforcement at this point; correct?

2        A.   Yes.

3        Q.   And isn't it true that solving a cold case

4    is typically very difficult in the law enforcement

5    community?

6        A.   Yes.

7        Q.   And in fact, it has a lot of status, if

8    you can actually solve a cold case.

9        A.   Maybe on television.

10       Q.   There is a television show about that,

11   isn't there?

12       A.   For us, I guess in our subculture, it's

13   just another case.

14       Q.   Okay.  But you did identify -- when Mr.

15   Solis was asking you questions, you did identify

16   that six cases that you solved were cold cases.

17       A.   Thus far.

18       Q.   Okay.  And so that must mean something

19   different than just solving a regular case; correct?

20       A.   Well, it was in response to what had the

21   FBI done lately, I think, and so I was just pointing

22   out that solving homicides is always important and

23   it's a little more challenging when they've gone

24   cold.

25       Q.   Fair enough.  It is more challenging.  And

SANTA FE OFFICE                                                           MAIN OFFICE
119 East Marcy, Suite 110                                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                               Albuquerque, NM 87102
(505) 989-4949                                                              (505) 843-9494
FAX (505) 843-9492                                                   FAX (505) 843-9492
                                                                         1-800-669-9492
                                                                  e-mail: info@litsupport.com



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    maybe that's what I was trying to get to.  What are

2    those six cold cases?

3         A.    I thought we weren't going to test me, but

4    I'll give it my best shot.

5         Q.    Let me ask you this.

6         A.    I think I can get them.

7         Q.    That's fine.

8         A.    Garza and Castillo, 2001.  Sanchez, 2007.

9    Burns, 2012.  Michael Giron, 2014.  Shane Dix, 2005.

10   I guess I've done six.

11        Q.    Okay.  But aren't four of those cold cases

12   in this trial here?

13        A.    Yes.

14        Q.    So how do you consider those closed, if

15   there hasn't been a verdict on those four cold

16   cases?

17        A.    "Closed" is your word.  I said "solved."

18   Not closed.  We've charged.

19        Q.    Okay.  So solved.  I thought your word was

20   you also solved six cold cases.

21        A.    Yes.

22        Q.    So you see those as solved, and I, as the

23   lawyer, see them as still pending.  Isn't that true?

24        A.    And we agree they're not closed, yes.

25        Q.    Okay.  Fair enough.  Thank you.  Would you

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                         201 Third NW, Suite 1630
Santa Fe, NM 87501                                   Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                     FAX (505) 843-9492
                                                        1-800-669-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE                           e-mail: info@litsupport.com

```
1    also agree that solved is your opinion; isn't that

2    true?

3         A.   I think it's -- in law enforcement -- it's

4    not my opinion.  I've learned --

5              MR. CASTLE:  Your Honor, I'm going to

6    object to improper vouching.

7              MS. TORRACO:  Your Honor, I'd like --

8              THE COURT:  Do you still want to pursue

9    the question?

10             MS. TORRACO:  Well, I'd like to make the

11   point that it's the jury's decision as to whether or

12   not the agent has properly solved these cases.

13   Isn't that true?  May I proceed with that line of

14   questioning?

15             THE COURT:  You can ask that.

16             MS. TORRACO:  Thank you.

17   BY MS. TORRACO:

18        Q.   Isn't that true, Agent?

19        A.   The jury will reach a conclusion.

20        Q.   And we both hope they reach the correct

21   conclusion; isn't that true?

22        A.   Yes, ma'am.

23        Q.   I'd like to go on to some of your types of

24   investigation techniques.  I believe you testified

25   about those on your direct examination.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   Yes, ma'am.

 2        Q.   And you put them into two different

 3   categories; isn't that true?

 4        A.   Yes.

 5        Q.   And you put them into a category of

 6   traditional investigative techniques; correct?

 7        A.   Yes.

 8        Q.   And those -- I believe you testified that

 9   those are just regular interviews; right?  That's

10   one traditional?

11        A.   Among other techniques, yes.

12        Q.   I think you listed a whole bunch of

13   things:  Photographs, things like that.  Is that

14   correct?

15        A.   Taking photographs, yes; surveillance and

16   things of that nature, yes.

17        Q.   Those are pretty traditional?

18        A.   Yes.

19        Q.   And then you called it -- and then you

20   said there is a second category, and you classified

21   those as more sophisticated techniques.

22        A.   Yes.

23        Q.   And would you agree that we can call them

24   traditional techniques and nontraditional

25   techniques?  Would you agree with that?
```

SANTA FE OFFICE                                                                    MAIN OFFICE
119 East Marcy, Suite 110                                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                                            Albuquerque, NM 87102
(505) 989-4949                                                                        (505) 843-9494
FAX (505) 843-9492                                                              FAX (505) 843-9492
                                                                                  1-800-669-9492



PROFESSIONAL COURT
REPORTING SERVICE                                                       e-mail: info@litsupport.com

1    A.   Sure.

2    Q.   Okay.  And so let's go through some of the

3  more nontraditional techniques.  So on direct from

4  the Government, you testified how you would go into

5  a probation or parolee's home, search their home --

6  and you're allowed to do that without a warrant --

7  and then if you would find something, you had

8  opportunity right there to be on site and conduct

9  those interviews.  Is that a fair summation?

10    A.   Yes, ma'am.

11    Q.   And isn't it true that it is not unusual

12  for someone who first gets out of jail to actually

13  have some kind of contraband.  Isn't that true?

14    A.   It sometimes happens.

15    Q.   Okay.  It does sometimes happen, because

16  isn't it true that people get drugs while they're in

17  custody?

18    A.   People can get drugs in custody.

19    Q.   And people can come off the streets while

20  they're an addict; isn't that true?

21    A.   Yes, I think there can be an addict in all

22  environments.

23    Q.   Okay.  And then once they're in, it's

24  possible they could continue using while they're in

25  the penitentiary.  Isn't that true?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1        A.    Yes.

2        Q.    And then when they're released, all of a

3   sudden they're supposed to stay clean; correct?

4        A.    If they have some kind of supervised

5   release, yes.

6        Q.    As a matter of fact, the New Mexico prison

7   system is actually called the Department of

8   Corrections.  Isn't that true?

9        A.    I think if New Mexico is one of those

10  states where they switched the C, so it's the

11  Corrections Department.  We call it COD, but it's

12  NMCD.

13       Q.    Okay.  You're right.  Thank you very much

14  for that.  So there is really not a whole lot of

15  corrections that goes on inside the pen; isn't that

16  true?

17       A.    I guess each inmate makes it what they

18  want it to be.

19       Q.    Well, sort of.  There are some limitations

20  that each inmate can do; isn't that true?  They're

21  in jail for a reason?

22       A.    Probably some challenges.

23       Q.    Yes.  So when they get out, if someone was

24  taken in for a drug charge and with an addict, there

25  is a good chance when you go out with probation and

SANTA FE OFFICE                                    MAIN OFFICE
119 East Marcy, Suite 110                      201 Third NW, Suite 1630
Santa Fe, NM 87501                              Albuquerque, NM 87102
(505) 989-4949                                        (505) 843-9494
FAX (505) 843-9492                                FAX (505) 843-9492
                                                   1-800-669-9492
                                        e-mail: info@litsupport.com




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1  parole, that you're going to find drugs; isn't that

2  true?

3       A.   It's a possibility.

4       Q.   And when you're out at this probationer's

5  house, you can then confront them with the

6  possibility, if it happens to be a weapon or if

7  they're on federal charges, you can then confront

8  them with the threat of a federal indictment.  Isn't

9  that true?

10      A.   I could.

11      Q.   You could.  And in that case, that's one

12  way that you could try to get someone to flip;

13  correct?

14      A.   Yes.

15      Q.   And that would be actually a very

16  effective way to get someone to flip, because nobody

17  wants to go back inside.  Isn't that true?

18      A.   I met a guy that didn't mind going back.

19  Most of us would probably not choose that.

20      Q.   Most people don't choose that life.

21      A.   Most people don't choose that life if

22  given an opportunity.

23      Q.   Okay.  And so if you're there with

24  probation and parole, you have a very good chance of

25  getting an informant; correct?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    Yes.
 2        Q.    And you going with probation and parole to
 3   someone's house is actually very nontraditional;
 4   would you agree with that?
 5        A.    I don't agree, no.  I've done that my
 6   whole career, either as a detective or an agent.
 7   It's common.  And I don't dress in FBI clothing.
 8        Q.    Okay.  So for you, that's not -- that's
 9   still a traditional technique?
10        A.    Yes, we teach it.  I encourage other
11   agents that I train to do it.  I think, for me -- I
12   don't want to be difficult -- I think it's just a
13   standard technique.
14        Q.    Okay.  So on direct you testified that
15   sometimes people would abide by a code of silence.
16   Isn't it true that it's possible that they might not
17   know the information that you want, and that's why
18   they don't talk?
19        A.    Are we saying specifically within the SNM
20   or --
21        Q.    No, just whenever you go out to one of
22   these parolee's house, there's a gun in the house
23   and you say, "Where did you get the gun?"
24              And they say, "I honestly don't know where
25   this came from."  Isn't it possible that could be
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   true?

 2        A.   That's possible.

 3        Q.   So sometimes when people don't talk, it's

 4   not necessarily because they're abiding by some code

 5   of silence.  Is that fair to say?

 6        A.   Yes, ma'am.

 7        Q.   Okay, thank you.  And just backing up to

 8   when you got out to try to get these informants to

 9   flip and get more intelligence, do you record those

10   interviews?

11        A.   If I'm trying to flip somebody, generally

12   I do not.

13        Q.   And there is no mandatory policy that you

14   have to record; right?

15        A.   No.

16        Q.   And isn't it also true that sometimes in

17   these interviews people will lie to you?  I think

18   every attorney has gotten up here and asked that;

19   right?

20        A.   People lie to me all the time.

21        Q.   Okay.  So I'll take that as a yes.

22        A.   Sometimes people lie to me.

23        Q.   Okay.  Now, on direct you testified that

24   there were approximately 80 to 90 controlled buys in

25   your case -- your investigation of the SNM?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

444

```
 1        A.    Yes, ma'am.

 2        Q.    Is that what your testimony was?

 3        A.    Yes.

 4        Q.    Would you consider that to be a very high

 5   number of controlled buys?

 6        A.    No.

 7        Q.    Not for one gang investigation?

 8        A.    No.

 9        Q.    Okay.  Did you ever buy from Andrew

10   Gallegos?

11        A.    No.

12        Q.    You also testified about the quick

13   reaction force, which was pretty interesting.  And I

14   believe you testified that's where your arresting

15   officers can be, like; down the street or just a

16   minute away?

17        A.    Yes, ma'am.  It's usually SWAT officers.

18   They are nearby and prepared to react.  They already

19   have all their equipment on.  They're dressed and

20   ready, so to speak.

21        Q.    And would you say that this is something

22   that also, again, is a traditional way of operating?

23        A.    Yes.

24        Q.    And when you have the quick reaction

25   force, QRF, are you in charge of them?
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                         Albuquerque, NM 87102
(505) 989-4949                                                    (505) 843-9494
FAX (505) 843-9492                                           FAX (505) 843-9492
                                                              1-800-669-9492
                                                        e-mail: info@litsupport.com



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1       A.   I am, only because in addition to being a

 2  case agent, I'm one of our SWAT team leaders.  So I

 3  would have, unless I delegated that to somebody

 4  else, yes.

 5       Q.   So that's kind of cool.  So you tell them

 6  where to go and when to react?

 7       A.   We plan on predetermined signal, and

 8  they're -- you know, they're not sitting on their

 9  stuff.  They're ready to go with that signal.

10  That's just their sole purpose for being there.

11       Q.   Okay.  And at that point in time, you're

12  the boss of everybody; right?  And do you give the

13  signal?  Sorry.  I didn't get the boss of everybody.

14       A.   Oh, I'm supposed to answer that?  Am I the

15  boss of everybody?

16       Q.   You're the boss of the quick reaction

17  force?

18       A.   I'm coordinating that scene, I guess.

19       Q.   Okay.  And since you are the SWAT team

20  leader, you are also in charge of the SWAT team if

21  they are involved that day; right?

22       A.   Unless I'm in court, yes.

23       Q.   And we're going to keep you here as long

24  as possible.  We're going to try to bore jury to

25  death.  They are just going to be fed up with us by
```

SANTA FE OFFICE                                                MAIN OFFICE
119 East Marcy, Suite 110                                201 Third NW, Suite 1630
Santa Fe, NM 87501                                       Albuquerque, NM 87102
(505) 989-4949                                                   (505) 843-9494
FAX (505) 843-9492                                        FAX (505) 843-9492

 

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1  the end of the trial.  Just kidding.

2       A.   I'll try to make it exciting.

3       Q.   Yeah.  I think you might already be doing

4  that.

5            And then when you testified on direct, you

6  said that you would go in and rescue the either

7  undercover officer or the confidential informant?

8       A.   No, ma'am.  I don't think that's what I

9  said.  But that's what the QRF is there for, in case

10  a rescue need be made.  It's like a drug raid, where

11  something goes wrong, we can't say, "Hey, something

12  is going wrong, everybody get in the trunk of the

13  car, get your vests on and get your rifles."

14            We need a team who can drive right up and

15  get into it.

16       Q.   I did review the transcript, and you did

17  say that the quick reaction force is always there so

18  that you can go in and rescue either the

19  confidential informant or the undercover police

20  officer.

21       A.   I'm sorry if I sounded like I was

22  disagreeing.  But that's why they're there, yes.

23       Q.   Okay.  And tell me just briefly about the

24  gun sales on the reverse operation.  When you did

25  the Juarez Cartel, did you use those reverse gun

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   sales?

2       A.   Yes.  In investigating the Juarez Cartel,

3   I did do some gun reverses.

4       Q.   Okay.  And let's go to a little bit more

5   what I would think is nontraditional techniques, but

6   maybe you'll correct me and they're not.  But you

7   did go speak to my client while he was in custody,

8   isn't that true, in 2015?

9       A.   I caused him to be brought to our office,

10  and he was in custody at the time.

11      Q.   Okay.  And on that date in April, did you

12  interview (sic) your discussions with him?  Did I

13  say "interview"?  Did you record your discussions

14  with him?

15      A.   I don't believe so.

16      Q.   Okay.  And isn't it true that you

17  presented him with the indictment that you were

18  going to present as a witness to the grand jury?

19  And this is in April of 2015.

20      A.   He had not yet been indicted and I showed

21  him it?  I don't know that that's possible.  I may

22  have showed him the Phase 1 indictment.

23      Q.   You showed him a draft, and it was four

24  days before the grand jury presentment on April 21

25  of 2015.  And there is a report that says that you

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                  201 Third NW, Suite 1630
Santa Fe, NM 87501                                         Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 843-9492                                            FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1   met with him.
 2         A.   Well, I believe that I met with him.  I
 3   recall that.  I just don't typically get the draft
 4   indictments until the day of or maybe the night
 5   before, because the attorneys aren't done revising
 6   them.  It wouldn't be unlike me to show somebody a
 7   similar indictment, but I don't know that I had the
 8   draft four days before.
 9         Q.   I'm telling you the wrong date.  It was
10   2016.  I think I said --
11         A.   That I met Mr. Gallegos at the FBI office?
12         Q.   I believe so?
13         A.   Okay.  I'm just --
14         Q.   I'm saying' 15 and it's actually '16,
15   because the indictment was in '16.  And isn't it
16   true that you did talk to him, though, about the
17   case going to grand jury?
18         A.   I probably did.
19         Q.   And isn't it true that you asked him that
20   you wanted his testimony?
21         A.   I don't know that I wanted his testimony,
22   but I wanted him to talk to me.
23         Q.   Okay.  Fine.  So you wanted him to talk to
24   you about the Adrian Burns murder; isn't that true?
25         A.   Yes.
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                             FAX (505) 843-9492
                                                                 1-800-669-9492
                                                         e-mail: info@litsupport.com



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        Q.   And isn't it true that he told you he
 2   didn't know anything about it?
 3             MR. CASTELLANO:  Objection, hearsay.
 4             THE COURT:  Sustained.
 5   BY MS. TORRACO:
 6        Q.   Isn't it true that he didn't have any
 7   information to offer you?
 8             MR. CASTELLANO:  Hearsay.
 9             THE COURT:  Sustained.
10   BY MS. TORRACO:
11        Q.   Isn't it true you didn't get anywhere?
12             MR. CASTELLANO:  Objection.  I don't know.
13             THE COURT:  I don't think we need to be
14   eliciting any statements of your client to Mr. Acee
15   here.
16   BY MS. TORRACO:
17        Q.   And why would you go to someone who you're
18   going to indict in four days to let them know what
19   was coming down the pike?
20        A.   Again, in this case, he came to our
21   office.
22        Q.   I believe he was in custody, so he was
23   transported to your office.
24        A.   I'll clarify that.  It's a little more
25   impactful to meet at our office, and I wanted that.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   Impactful for the jury?  I mean, he was in

2  custody.  He was transported.  Isn't it true he

3  didn't have a choice?

4    A.   He didn't have a choice and I don't think

5  he knew where he was going when he arrived.

6    Q.   Okay.

7    A.   So I'm saying that I think it was more

8  impactful for my meeting with him to serve my

9  purposes.

10   Q.   And what were your purposes?

11   A.   To see if he would talk to me about the

12 Burns murder.  Whether he cooperated or not, I mean,

13 I had a habit of trying to charge and with some

14 success charging the cooperators.

15   Q.   And that would be a way to flip someone;

16 correct?

17   A.   That's what I was trying to do.

18   Q.   And obviously, that was not successful;

19 right?

20   A.   It was not.

21   Q.   It was not.  I think that question would

22 satisfy everyone.  And isn't it true that you also

23 threatened him with the death penalty?

24   A.   No.  I've been accused of that a few

25 times, but I'm careful in how I say that.

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                             (505) 843-9494
FAX (505) 843-9492                                    FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.    What do you say?
 2        A.    I advise people what the guideline range
 3   is and what the potential penalties are.
 4        Q.    So at that meeting you did advise him that
 5   he would be facing the death penalty in four days?
 6        A.    No, not the way you've said that.  Because
 7   he wasn't facing the death penalty in four days.
 8   The statute, as you probably know better than I, is
 9   life or potentially the death penalty.  And that's a
10   determination made by the attorney general.  So I
11   have to be careful in how I say that.  I'll advise a
12   person what they're looking at, but I don't say,
13   "Hey, you're going to get the death penalty."
14        Q.    Okay.  And let me move on to what I would
15   call the third topic, the credibility of informants.
16   And I know that so many of the attorneys have gone
17   over this so much, so I will keep it brief.  But
18   didn't you search my client's cell in September of
19   2016.  You got a search warrant to search his cell?
20        A.    With a filter team.
21        Q.    I'm sorry?
22        A.    I'm trying to remember which of the
23   locations had filter teams.  He may have been one of
24   the ones.
25        Q.    I can give you the Bates No. and approach
```



SANTA FE OFFICE                                                              MAIN OFFICE
119 East Marcy, Suite 110                                            201 Third NW, Suite 1630
Santa Fe, NM 87501                                                   Albuquerque, NM 87102
(505) 989-4949                                                             (505) 843-9494
FAX (505) 843-9492                                                   FAX (505) 843-9492
                                                                        1-800-669-9492
                                                               e-mail: info@litsupport.com

452

```
 1  you with my computer that has the search warrant on
 2  it.  Do you want to do that?
 3       A.   Thank you.
 4       Q.   It's Bates 21923.  If you'll give me just
 5  a moment.  I'd like to say it's technical
 6  difficulties.  It might be human error.
 7       A.   I can pull it up, too, if you'd like me to
 8  retrieve my computer.
 9            MS. TORRACO:  What's the Court's pleasure?
10  I could move on while they look for it, or could
11  Agent Acee step down and get it?
12            THE COURT:  He's welcome to.
13  BY MS. TORRACO:
14       Q.   It's Bates No. 21923.
15            (A discussion was held off the record.)
16       A.   To answer your question, Mr. Andrew
17  Gallegos was one of the subjects of the search
18  warrant.
19       Q.   Okay.  And why did you get a search
20  warrant to search his cell?
21       A.   We were -- I got 12 search warrants to
22  address threats to witnesses and informants in this
23  case.
24       Q.   Okay.  And isn't it true that you -- I
25  don't know if you did the return of search, but that
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   the search recovered a Bible?

2       A.   A taint team or a filter team was used,

3   and I don't know that to this day I've seen the

4   results of that.  But I did do the search warrant

5   return.

6       Q.   Okay.  So I don't understand.  If you did

7   the search warrant return, how could you not know

8   the results of the search?

9       A.   Because a filter team was used.  So I had

10  to return the search warrant to the Court, and in

11  that return I note that the searches were conducted,

12  to advise the Court of that; and then I noted that

13  at least I believe three of the 12 people we

14  searched had attorneys, and then I explained to the

15  Court a filter process was used, and that I was not

16  the agent, nor was my team, the agent, doing the

17  searches, so we could honor the attorney-client.

18      Q.   Let me ask you some questions.  If you can

19  answer them, great.  If not, that will be for

20  another witness.  Isn't it true that you or the team

21  that did the search did not find any weapons in

22  Andrew Gallegos' cell?

23      A.   I believe that's correct.

24      Q.   There were no drugs found?

25      A.   I also believe that's correct.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1       Q.    There were no coded letters or kites?

2       A.    I don't know about kites or letters.

3       Q.    You don't know?

4       A.    I don't know.

5       Q.    Or you don't --

6       A.    If I could definitively say nothing was

7  found, I would.  And I can certainly get back to

8  you.  I would need to research.  It was different

9  attorneys and different agents that handled that.

10      Q.    Okay.  That's fine.  And there were no

11 fishing lines found; isn't that true?

12      A.    I don't think so.

13      Q.    Or no discovery materials from this case;

14 isn't that true?

15      A.    I don't know.

16      Q.    And in fact, what was found was a Bible

17 and two religious books; isn't that true?

18      A.    I don't know.

19      Q.    You also testified -- and this is my next

20 category on what was Phase 1 of your SNM operation.

21 And you testified before the grand jury; is that

22 correct?

23      A.    Yes.

24      Q.    And you got your arrest warrants; correct?

25      A.    Yes.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   And you did the takedown with the FBI and
 2   the SWAT teams and the armored vehicles and the
 3   helicopters, and you were in charge of all that; is
 4   that true?
 5        A.   Well, I think the special agent in charge
 6   of the division is ultimately in charge, but I was
 7   the case agent.
 8        Q.   And who was that?
 9        A.   Terry Wade.
10        Q.   And so what were you in charge of that
11   day?
12        A.   I was the case agent.  So I have -- you
13   know, when I'm around all my bosses, I guess I'm an
14   advisor.  When my bosses aren't around, I'm the
15   boss.
16        Q.   Okay.  Fair enough.  So the bosses were
17   there?
18        A.   Yes.
19        Q.   Because you employed a total of over 500
20   officers and agents; correct?
21        A.   Yes.
22        Q.   And so this is a very big operation;
23   correct?
24        A.   By New Mexico standards, it is.
25        Q.   Very big.  And there's only a few men
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   still standing; correct?  Most of your people have

2   pled out or gone to trial?

3         A.    Yes.

4         Q.    And yet there are some that are holding

5   strong to their innocence; isn't that true?

6         A.    Yes.

7         Q.    And as a part of Phase 1, there was a

8   lockdown of five corrections facilities; correct?

9         A.    Yes.

10        Q.    And there were 45 probation and parole

11  officers that conducted searches, as well; isn't

12  that true?

13        A.    I think there were more probation and

14  parole officers, but there were 45 parolees or

15  probationers searched.

16        Q.    Okay.  And you have less than a handful

17  that are left?

18        A.    We have about 14.

19        Q.    Now, regarding paying the informants, do

20  you have any idea how much money Andrew Gallegos

21  typically has on his books?

22        A.    No.

23        Q.    Would you be surprised if I told you that

24  he rarely has money on his books?

25              MR. CASTELLANO:  Objection, Your Honor.

SANTA FE OFFICE                                                MAIN OFFICE
119 East Marcy, Suite 110                            201 Third NW, Suite 1630
Santa Fe, NM 87501                                      Albuquerque, NM 87102
(505) 989-4949                                                    (505) 843-9494
FAX (505) 843-9492                                         FAX (505) 843-9492



1-800-669-9492
e-mail: info@litsupport.com

```
 1              THE COURT:  Sustained.  If he said he
 2   didn't know, then I think you'll be the one
 3   testifying here.
 4              MS. TORRACO:  Okay.
 5   BY MS. TORRACO:
 6        Q.   I'll move on to my next topic, which is
 7   Phase 2, which is the RICO indictment, and that
 8   involves this group of defendants; correct?
 9        A.   Yes, ma'am.  No.  I'm sorry.
10        Q.   We're not in Phase 2?
11        A.   Well, now we'd be Phase 4.  But this is a
12   combination of -- because there were superseding
13   indictments, so I think this is -- well, this is
14   4268, but I superseded on that indictment, too, so
15   I'm not sure how to answer that.
16        Q.   So I'll just withdraw that question.
17   We'll just move on.
18              But Phase 2 was the racketeering phase.
19   And isn't that how you described it in your direct
20   testimony?
21        A.   Yes, ma'am.  That involved the RICO
22   conspiracy indictment, yes.
23        Q.   Okay.  Okay.  And you talked about how
24   important respect was.  You said you don't get
25   anywhere with them if you are not respectful.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1       A.    Yes.

2       Q.    Isn't it fair to say that that's how most

3   people are?

4       A.    Well, I guess some people can be taken

5   advantage of.  But I think what I'm trying to say is

6   that with these gentlemen -- and I don't mean these

7   gentlemen, but just in general -- they've got a lot

8   of things stripped away from them, and respect is

9   one thing you can really get somewhere with by

10  showing them.

11      Q.    So would it be fair to say that pretty

12  much everything has been taken from them except

13  perhaps some dignity?

14      A.    I guess I kind of identify it along those

15  lines, too.

16      Q.    Okay.  I appreciate that.  Now, if you

17  were to sit down and have an interview with me, I

18  mean, you don't expect that you would be successful

19  in that interview if you started off calling me

20  derogatory names; right?

21      A.    No, I wouldn't do that.

22      Q.    And I know you wouldn't.  And it's along

23  those same lines that you're treating all these

24  inmates with respect because you want to get

25  information from them; right?

SANTA FE OFFICE                                                                    MAIN OFFICE
119 East Marcy, Suite 110                                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                                          Albuquerque, NM 87102
(505) 989-4949                                                                      (505) 843-9494
FAX (505) 843-9492                                                           FAX (505) 843-9492
                                                                                  1-800-669-9492

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE
                                                                        e-mail: info@litsupport.com

```
 1        A.   It's also professional.  And for me, I
 2  mean, it's not personal.  It's just a job.
 3        Q.   So you started to tell us how you
 4  identified people that were actually associated --
 5  or, well, that were associated with the SNM Gang.
 6  And Mr. Castillo went through --
 7             MR. CASTELLANO:  Castellano.
 8             MS. TORRACO:  I know.  As soon as I said
 9  it -- I'm sorry.
10  BY MS. TORRACO:
11        Q.   Mr. Castellano went through all of the
12  tattoos.
13        A.   He went through quite a few tattoos.
14        Q.   It broke up the monotony because there
15  were pictures, so we appreciated that.
16        A.   Yes.
17        Q.   Okay.  So let's talk about some of the
18  tattoos.  Isn't it true that there are a lot of
19  people who have tattoos?
20        A.   Yes.
21        Q.   And not everyone who has a tattoo is a
22  gang member?
23        A.   Correct.
24        Q.   And some people have all sorts -- there
25  are common themes in tattoos all across the board;
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN &
ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

460

```
 1   right?

 2        A.   Yes.

 3        Q.   And some people might have tattoos of

 4   their professional sports team that they love?

 5        A.   I've seen that.

 6        Q.   And some people have religious tattoos?

 7        A.   Yes.

 8        Q.   Would it be fair that some people have --

 9   and we saw quite a few women tattoos?

10        A.   Yes.

11        Q.   That seems to be a pretty prevalent theme;

12   right?

13        A.   Especially in prison.

14        Q.   And that doesn't mean they're in a gang;

15   right?

16        A.   No.

17        Q.   Of course not.  And neither do the

18   religious themes or the sports.  And it seems that

19   there is another theme of skulls.

20        A.   Yes.

21        Q.   And have you seen people do the skull

22   tattoos who are not convicts?

23        A.   I've seen FBI agents with those kind of

24   tattoos.

25        Q.   The skulls?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1        A.    Yeah.   Some of the undercover agents.
2        Q.    Okay.   Well, which comes first?   Were they
3   an undercover agent and got the skull?   Or did they
4   have the skull and, therefore, they're put
5   undercover?
6        A.    They're sometimes a little different, so I
7   don't know.
8        Q.    But it's true that people who are law
9   enforcement types and respect laws have skulls as
10  tattoos?
11       A.    Yes.
12       Q.    And it's also true that a lot of people
13  have zias?
14       A.    Particularly in New Mexico.
15       Q.    Definitely.   Particularly in New Mexico.
16  And those tattoos, the zia tattoos, don't
17  necessarily mean that someone is in the SNM Gang;
18  right?
19       A.    Right.
20       Q.    And there's people who have the zia
21  tattoos because they have New Mexico state pride, or
22  they love their zia, or they love New Mexico, or
23  lots of reasons; right?
24       A.    Yes.
25       Q.    Now, at some point you did an interview.
```

SANTA FE OFFICE                                                                    MAIN OFFICE
119 East Marcy, Suite 110                                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                                           Albuquerque, NM 87102
(505) 989-4949                                                                        (505) 843-9494
FAX (505) 843-9492                                                               FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1   And in all candor, I don't remember who you
 2   interviewed.  But you learned through the course of
 3   that interview that there was a number that stood
 4   for SNM.
 5        A.   Oh, I referenced -- I think we've
 6   referenced 19 before, for the S.
 7        Q.   And for some reason, 19 had some
 8   association with SNM?
 9        A.   Just the letter S being the 19th letter, I
10   believe.
11        Q.   Okay.  Do you know that's why?  Is that
12   what you got from the informant, or are you
13   guessing?
14        A.   No, I'm trying to remember which -- I
15   think -- I'll usually look at tattoos when I'm
16   interviewing somebody, particularly if they'll allow
17   me to.  And I've seen it a couple of times.
18        Q.   And I suppose it depends on where they
19   are; right?
20        A.   When I look at the tattoos?
21        Q.   Right.
22        A.   It depends if they're cooperative or if
23   they're in custody, yeah.
24        Q.   That's one of the things that they
25   identify when people are arrested.  They identify
```

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                            201 Third NW, Suite 1630
Santa Fe, NM 87501                                   Albuquerque, NM 87102
(505) 989-4949                                                (505) 843-9494
FAX (505) 843-9492                                       FAX (505) 843-9492
                                                          1-800-669-9492
                                                  e-mail: info@litsupport.com



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1   where their tattoos are and what they are?

2       A.   The jails usually do, and I like to, as

3   well.

4       Q.   And that's important for the identity of

5   the person; not just for an identity of the gang.

6   That's a general -- God forbid you should ever have

7   to identify someone.

8       A.   Yes.  I mean, in law enforcement we do it

9   for identification.  And then in the jail context

10  for where to house them, in case they're affiliated.

11      Q.   Okay.  Now, I want to move on to

12  specifically discussing the Adrian Burns murder and

13  the count in which Andrew and Joe Gallegos are

14  charged.  When you first formed this federal task

15  force to start the SNM investigation, I believe you

16  testified that you interviewed 100 to 150 witnesses

17  right in the beginning.

18      A.   I've talked to specifically SNM members,

19  75 to 100.  Witnesses in the case, it's probably

20  more than 150.

21      Q.   Okay.  But in those initial interviews, no

22  one mentioned Andrew or Joe Gallegos.  Isn't that

23  true?

24          MR. CASTELLANO:  Objection, calls for

25  hearsay.



SANTA FE OFFICE                                        MAIN OFFICE
119 East Marcy, Suite 110                      201 Third NW, Suite 1630
Santa Fe, NM 87501                               Albuquerque, NM 87102
(505) 989-4949                                         (505) 843-9494
FAX (505) 843-9492                                 FAX (505) 843-9492
                                                      1-800-669-9492
                                              e-mail: info@litsupport.com

BEAN &ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1            MS. TORRACO:  Well, I'm not asking for a
 2   statement.  But it's not -- and it's -- first of
 3   all, there is no statement.
 4            THE COURT:  I'm still going to sustain the
 5   objection.
 6   BY MS. TORRACO:
 7       Q.   You spoke to -- well, isn't it important
 8   in the beginning that you gather intel,
 9   intelligence?
10       A.   In the beginning and all through the
11   process.
12       Q.   Right.  And that's something the FBI is
13   known for.  It's very important for you to gather a
14   lot of information; right?
15       A.   Yes.
16       Q.   And for a lot of reasons.  National
17   security depends on gathering a lot of information;
18   right?
19       A.   Yes.
20       Q.   Okay.  So you didn't get information on
21   the Gallegos brothers in the beginning of your
22   investigation; isn't that true?
23       A.   No.
24       Q.   And you actually had interviews with some
25   of the people who self-identified as the top-ranking
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1   members of the SNM Gang; correct?

2       A.   Yes.

3       Q.   And you spent hours interviewing those

4   people; isn't that true?

5       A.   Yes.

6       Q.   And at that point, there was no direction

7   that ever pointed to either Andrew or Joe Gallegos.

8       A.   No, that's not true.

9       Q.   When you interviewed Baby Rob, isn't it

10  true that he gave you a 61-page statement and never

11  mentioned the Gallegos brothers?

12          MR. CASTELLANO:   Hearsay.

13          THE COURT:   Sustained.

14  BY MS. TORRACO:

15      Q.   You were qualified as an expert in the

16  Juarez gang trial; correct?

17      A.   Juarez Cartel.

18      Q.   Juarez Cartel trial.   How many times did

19  you testify in that?

20      A.   Once.

21      Q.   How many times have you testified in this

22  case?

23      A.   A lot.

24      Q.   Yeah, a lot.   More than five times?

25      A.   Yes.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   More than 10 times?

 2        A.   I don't know if it's more than 10, but I

 3   probably have more than 40 hours on the stand

 4   answering questions.

 5        Q.   And you have not been qualified as an

 6   expert in the SNM Gang in this trial; isn't that

 7   true?

 8        A.   That is true.

 9             MS. TORRACO:  Can I have just a moment,

10   Your Honor?

11             THE COURT:  You may.

12             MS. TORRACO:  Agent Acee, thank you very

13   much for your time.

14             THE COURT:  Thank you, Ms. Torraco.

15             Mr. Burke, do you have cross-examination

16   on behalf of Mr. Troup?

17             MR. BURKE:  I do.

18             THE COURT:  Mr. Burke.

19                   CROSS-EXAMINATION

20   BY MR. BURKE:

21        Q.   Agent Acee, when were you actually sworn

22   in as a police officer with all of the authority and

23   power appurtenant thereto?

24        A.   2000.

25        Q.   Then you worked with the California
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                             FAX (505) 843-9492
                                                                  1-800-669-9492



1   Highway Patrol for about three and a half years?

2        A.   No, sir.  About five.

3        Q.   Are you sure about that?  Didn't you

4   graduate from the Academy in August of 2000?

5        A.   I believe so.  You're --

6        Q.   Yeah.  Then you actually started as a

7   sworn officer in February 2001?  And then you went

8   to Vancouver in 2004; is that right?

9        A.   I thought it was 2005, but I'd have to go

10  back and check.

11       Q.   Okay.  I'll bring that to your attention

12  later, because your resume says 2004.  And then you

13  were with Vancouver until 2009; is that correct?

14       A.   I think so, yes.

15       Q.   And when did you apply to the FBI?

16       A.   2008.

17       Q.   And then you were accepted a year later

18  and went to Quantico?

19       A.   Yes, sir.

20       Q.   Quantico is about six or seven months?

21       A.   Yes, sir.

22       Q.   Were you sworn as an FBI agent before or

23  after Quantico?

24       A.   We're not FBI agents -- well, we're not

25  FBI agents until we graduate.

SANTA FE OFFICE                                                              MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                 Albuquerque, NM 87102
(505) 989-4949                                                            (505) 843-9494
FAX (505) 843-9492                                                    FAX (505) 843-9492
                                                                      1-800-669-9492

PROFESSIONAL COURT
REPORTING SERVICE
e-mail: info@litsupport.com

1      Q.   Right.   Okay.   And then your first duty

2  station was Las Cruces?

3      A.   Yes, sir.

4      Q.   And when you were here in Las Cruces, did

5  you do cases such as false statements under 18001?

6      A.   I don't think I've ever -- 18001?   I don't

7  think I've ever done.

8      Q.   Ever done a bank robbery case?

9      A.   I've done one.

10     Q.   Ever done a mail fraud case under 1341?

11     A.   No, sir.

12     Q.   How about a wire fraud case under 1343?

13     A.   I've never -- I think we've charged that

14  once or twice.

15     Q.   ITAR?   Under Interstate Travel in Aid of

16  Racketeering, 1952?   Have you ever done any of those

17  cases?

18     A.   I've not done an ITAR case.

19     Q.   And simple conspiracies under 18 United

20  States Code section 371, did you ever do any of

21  those?

22     A.   Yes.

23     Q.   And then you moved to Albuquerque when?

24     A.   About four years ago.

25     Q.   Okay.   What year would that have been,

SANTA FE OFFICE                                           MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                            (505) 843-9494
FAX (505) 843-9492                                  FAX (505) 843-9492
                                                        1-800-669-9492
                                              e-mail: info@litsupport.com



```
 1   then?

 2        A.   Late 2014, I believe.

 3        Q.   Late 2014?  How much after that did you

 4   start your investigation into the SNM?

 5        A.   March of 2015.

 6        Q.   And as you said, you actually started your

 7   investigation shortly before the letter of

 8   declination from Burkhead; is that correct?

 9        A.   Yes, sir.

10        Q.   And you were out at the PNM because you

11   were investigating the encroachment of some other

12   gang into New Mexico; is that correct?

13        A.   Yes, sir.

14        Q.   Was that the MA or the?  Surenos, who was

15   that?

16        A.   Both.  But primarily the Surenos.

17        Q.   And it would be a fair statement to say

18   that the MA are about a zillion times more organized

19   than the SNM, aren't they?

20        A.   They've been around a little bit longer,

21   and they're probably a little bit more organized.

22        Q.   Yes, sir.  And then we've talked about the

23   letter of declination.  When you were investigating

24   it the SNM in 2015, did anybody say to you, "You

25   know, it's a funny thing that you're investigating
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1  the Castillo and Garza homicide, because that's

2  already been declined"?  Did that happen in 2015?

3       A.   No, sir.

4       Q.   And then when the indictment came down on

5  Castillo and Garza, did anybody say, "Well, this

6  will show them, because we just indicted, even

7  though the head of the criminal division has

8  declined prosecution on these homicides"?  Did that

9  happen?

10      A.   No, and the same man approved it.

11      Q.   And did he review all of your file?  Was

12 he in on all of your meetings?  Is that what

13 happened?

14      A.   No, sir.  He's not usually there.

15      Q.   Right.  Now, just for the record, my

16 client, Edward Troup, was not involved in any way in

17 the Marcantel/Santistevan plot, was he?

18      A.   No, sir.

19      Q.   But you did surveillance on him sometime

20 during 2015, didn't you?  Did any of the members of

21 your task force do surveillance on Mr. Troup?

22      A.   Not that I recall.

23      Q.   So no one followed him to where he was

24 working from mid '14 till all the way through 2015

25 at Pace Iron Works and Star Paving?  No one followed

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                 Albuquerque, NM 87102
(505) 989-4949                                           (505) 843-9494
FAX (505) 843-9492                                   FAX (505) 843-9492
                                                      1-800-669-9492
                                              e-mail: info@litsupport.com


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1   him there?

 2        A.   They may have, but my case started in

 3   March of 2015, and I don't recall tasking people

 4   with that.

 5        Q.   He wasn't on your radar enough to have him

 6   followed?

 7        A.   He was on my radar, but I don't recall

 8   tasking anyone with following him around.

 9        Q.   During your investigation, did you learn

10   that Edward Troup was married in early 2015?  Did

11   you find that out?

12        A.   Not that I recall, no.

13        Q.   Did you learn from checking the records of

14   the Social Security Division that he actually had

15   gotten a Social Security number and was still

16   working hard throughout those years?

17             MR. CASTELLANO:  At this point I'm going

18   to object to defense counsel testifying.

19             THE COURT:  I think you need to ask him

20   some foundational questions.

21   BY MR. BURKE:

22        Q.   Did you check the Social Security files to

23   see if there were any records of Edward Troup?

24        A.   I did not, no.

25        Q.   All right.  Did you check the driver's
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   license division to see if he had obtained a
 2   driver's license?
 3        A.   I don't usually do that.  I have analysts
 4   that assist in putting targeting packets together.
 5   They would have looked at those materials, but I did
 6   not.
 7        Q.   Did you do anything to take a look at his
 8   life to see that he had turned things around, sir?
 9             MR. CASTELLANO:  Same objection, Your
10   Honor.
11             MR. BURKE:  He can answer that, Your
12   Honor.
13             THE COURT:  I'll allow that question.
14        A.   I believe that he was working.  I believe
15   that he was still being arrested, too.
16   BY MR. BURKE:
17        Q.   He was not being arrested in 2015, sir,
18   was he?
19        A.   I'd need to check, because he did have
20   arrests around that timeframe.
21        Q.   I know exactly when he was arrested, sir.
22   He was not arrested in 2015, was he?
23             MR. CASTELLANO:  Same objection, Your
24   Honor.
25             THE COURT:  Well, no, he can ask this
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   question.   Overruled.

2        A.   So in my head, I have over 100 of these

3   guys, and I don't know all their criminal histories.

4   BY MR. BURKE:

5        Q.   I'm not asking about 100 other people.

6   I'm asking about my client.

7        A.    My answer is:  I would need to take some

8   time to look at that before I gave you a definitive

9   answer.

10       Q.    Fine.  No drug buys; right?  Mr. Troup?

11       A.    We didn't buy any drugs from him.

12       Q.    No guns?

13       A.    No.

14       Q.    And when you had your colleagues arrest

15  him, did you know that you rousted him out of his

16  marital bed?

17       A.    I assume he was at home, and I know he was

18  arrested.   I don't know where in his home he was.

19       Q.    Placed him in custody?

20       A.    We had arrest warrants for him.

21       Q.    And he's been in custody since then?

22       A.    He has.

23       Q.    Let me ask you some questions about

24  Lorenzo Torres.  You've read the question-and-answer

25  with him back in 2003, have you not?



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    A.   Yes.

2    Q.   And he made it real clear that he wanted

3 help with his parole in 2003; true?  Yes or no?

4    A.   I don't know.

5    Q.   You don't remember that?

6    A.   No.

7    Q.   Do you remember that he was an FBI

8 informant in 2012?

9    A.   No.

10    Q.   Do you remember that you and your

11 colleague Agent Stemo reopened him as an informant

12 in 2017?

13    A.   I know that Agent Stemo opened him in

14 2017.  I just don't know if he was an informant

15 before then.

16    Q.   So the answer to my question whether you

17 and Agent Stemo reopened him in 2017 is yes?

18    A.   My answer is that Agent Stemo opened him

19 as an FBI informant in 2017.

20    Q.   And the reason was that he was in the SNM

21 and he could provide you with information?

22    A.   That's a good reason, yes.

23    Q.   That's the reason in the paperwork, isn't

24 it?  Would you like to see it?

25    A.   Sure.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1 Q. Referring to discovery 43574.

2 A. Yes, sir.  I see that.

3 Q. And he was scheduled to be and will be a

4 witness in this trial?

5 A. I believe he will.

6 Q. And even at that time, he was being

7 supervised by you, and there was Federal Prosecutor

8 Officer oversight Maria Armijo; is that correct?

9 A. Agent Stemo opened him, but I guess I'm

10 supervising that, yes.

11 Q. And there was also involvement from the

12 prosecutor's office, Ms. Maria Armijo?

13 A. Anytime -- yes.  It's a yes-or-no answer.

14 Anytime someone is involved in a prosecution, we

15 note who the prosecutor is.

16 Q. And he was paid $650 in 2017?  Does that

17 sound right?

18 A. Yes, sir.

19 Q. Now, Agent Acee, you mentioned a code of

20 silence which was unbreakable, or something.  But

21 I'd like to ask you a question.  Did the code of

22 silence continue for Mario Montoya and Gerald

23 Archuleta?

24 A. I don't believe the code of silence is

25 unbreakable.  I think we've shown that it's quite

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1  breakable.

 2       Q.   Right.  It's not much of a code of silence

 3  with this group, is it?

 4       A.   It depends.  I mean, I testified earlier

 5  about Mr. Garcia, and he honored it.

 6       Q.   So Javier Alonso, Benjamin Clark --

 7            MR. CASTLE:  I'm going to object to that

 8  statement, Your Honor.  That's speculation on this

 9  witness' part.

10            THE COURT:  I'll strike that answer and

11  remind the jury that the defendants in criminal

12  cases always can remain silent.  We talked about

13  that in voir dire.  And it is not only true here in

14  the courtroom, as we talked about in voir dire, but

15  it's true out on the streets, too.  So everybody has

16  a right to silence, and nothing adverse can be drawn

17  from it, and you can't use it in any way in these

18  proceedings.  So we'll strike that statement and the

19  prior statements about someone not speaking to

20  Mr. Acee when they talk to him.

21            All right, Mr. Burke.

22            MR. BURKE:  Thank you, Your Honor.

23  BY MR. BURKE:

24       Q.   Javier Alonso, Benjamin Clark, Billy

25  Cordova, Ruben Hernandez.  They had no trouble
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   ignoring the code of silence, did they?

 2        A.   No.

 3        Q.   Leonard Lujan, Eugene Martinez, Robert

 4   Martinez, Roy Martinez, Timothy Martinez.  They had

 5   no trouble ignoring the code of silence, did they?

 6        A.   No.

 7        Q.   Jake Armijo, Frederico Munoz, Paul Rivera,

 8   Phillip Gonzalez, Sammy Griego, John Montano, Fred

 9   Quintana, Mario Rodriguez, Lawrence Torres, Robert

10   Lovato, Leroy Lucero.  Those are the ones who had no

11   trouble ignoring the code of silence for this trial;

12   correct?

13        A.   They all talked.

14        Q.   And this list for this trial is, what,

15   half, a third of the people you've gotten to talk?

16        A.   Probably even less than that.

17             MR. BURKE:  That's all I got.

18             THE COURT:  Thank you, Mr. Burke.

19             All right.  Mr. Castellano, do you have

20   redirect of Mr. Acee?

21             MR. CASTELLANO:  Yes, Your Honor.

22             THE COURT:  Mr. Castellano.

23                     REDIRECT EXAMINATION

24   BY MR. CASTELLANO:

25        Q.   Let's start with the code of silence,
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Agent Acee.  Is it quite accurate to say that people

2    didn't have trouble breaking that code of silence?

3         A.    Some men did not.

4         Q.    For example, someone like Billy Cordova?

5    Has he struggled with the code of silence even as

6    he's continued to cooperate?

7         A.    Yes.

8         Q.    And has he expressed that even in court?

9         A.    Yes.

10        Q.    And so even as someone who is cooperating,

11   has he expressed even mixed emotions about

12   cooperating?

13             MR. CASTLE:  Objection, hearsay.

14             THE COURT:  Sustained.

15   BY MR. CASTELLANO:

16        Q.    I'll just go back to the original

17   question.  Is it quite accurate to say that people

18   have had an easy time breaking the code of silence?

19        A.    Some men have not.

20             MR. CASTLE:  Objection, Your Honor.

21   That's speculation.

22             THE COURT:  If he's got some foundation to

23   it, he can answer that question.  Overruled.

24   BY MR. CASTELLANO:

25        Q.    Go ahead.



SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                Albuquerque, NM 87102
(505) 989-4949                                           (505) 843-9494
FAX (505) 843-9492                                  FAX (505) 843-9492
                                                        1-800-669-9492
                                              e-mail: info@litsupport.com

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1         A.    Some of the men have struggled with that.

 2         Q.    And is part of the struggle also because

 3   there are consequences with this gang, breaking the

 4   code of silence?

 5              MR. BENJAMIN:  Objection.  Withdrawn.

 6         A.    Yes.

 7         Q.    And is that what part of this case is even

 8   about, in terms of people cooperating with law

 9   enforcement and suffering the consequences?

10         A.    Yes.

11         Q.    Is that part of the Government's theory

12   about why some of the men in these cases have been

13   killed?

14         A.    Yes.

15              MS. TORRACO:  Objection.  Sorry.

16              THE COURT:  Overruled, if that was an

17   objection.

18   BY MR. CASTELLANO:

19         Q.    Since I have it in front of me, let's talk

20   about the recording for just a minute.Agent Acee,

21   I'm going to show you Defendants' Exhibit AL.  This

22   is the memorandum regarding recording of statements.

23   Are you familiar with that?

24         A.    Yes.

25         Q.    I don't know if defense counsel just
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1   missed it.

 2           MR. CASTLE:  Objection, Your Honor, to the

 3   comment.

 4           THE COURT:  Let's not comment on it.  Just

 5   ask a question.

 6   BY MR. CASTELLANO:

 7       Q.   Let's talk about the timing on page 2,

 8   paragraph E, and when this policy applies.  Do you

 9   see that, Agent Acee?

10       A.   I do.

11       Q.   It applies to persons in custody in a

12   place of detention with suitable recording equipment

13   following arrests but have not yet made an initial

14   appearance before a judicial officer under Federal

15   Rule of Criminal Procedure 5.

16       A.   I'm familiar with this policy.

17       Q.   Did you follow this policy in this case?

18       A.   Yes.

19       Q.   In other words, when these men and all

20   others were arrested in this case, when they were

21   first arrested but before they were first presented

22   to any court on the charges, was this policy

23   followed?

24       A.   Yes.

25       Q.   And is that what this policy talks about?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   Yes.
 2        Q.   So does this policy talk about -- I mean,
 3   do you have an option to record, if you want to?
 4        A.   Yes, if there's no other limitations, like
 5   attorney objections or the person doesn't want to.
 6        Q.   In terms of what this policy actually
 7   applies to, is that what it applies to?
 8        A.   It just applies to after we arrest
 9   somebody and before they are brought to court.
10        Q.   So once they're brought to court, are they
11   in your custody anymore?
12        A.   They are not.
13        Q.   Whose custody are they in?
14        A.   In the custody of the United States
15   Marshal Service.
16        Q.   And for those in the Corrections
17   Department, are they in Corrections Department
18   custody?
19        A.   Yes.
20        Q.   I'm showing you Defendants' Exhibit Q3.
21   And this is what the defense has referred to as the
22   declination letter in March, March 26, 2015.  Do you
23   see that?
24        A.   Yes, sir.
25        Q.   Did you know anything about this letter
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  when you started this investigation?

2       A.   No.

3       Q.   And Jack Burkhead here is the criminal

4  chief, meaning he's basically the boss of the

5  criminal division in the U.S. Attorney's Office.

6       A.   Yes, sir.

7       Q.   And after you finished investigating this

8  case, starting also in March of 2015, presenting

9  charges in December of 2015 for an indictment, did

10  Mr. Burkhead approve the charges?

11           MR. CASTLE:   Objection, hearsay.

12           THE COURT:   I think you offering it would

13  be.   Sustained.

14           MR. CASTELLANO:   I think he answered that

15  question on cross-examination.

16           THE COURT:   Well, I think the defendants

17  can elicit it, but you can't.

18  BY MR. CASTELLANO:

19       Q.   Regardless, did this case move forward to

20  a prosecution in December of 2015, including the

21  Castillo and Garza murders?

22       A.   Yes.

23       Q.   Including murders in which Leonard Lujan

24  is a witness?

25       A.   Yes.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1       Q.   Is it fair to say that the U.S. Attorney's

 2  Office in March of 2015 declined prosecution, but

 3  then nine months later agreed to move forward with a

 4  prosecution of these charges?

 5            MR. CASTLE:  Objection.

 6            MS. TORRACO:  Objection.

 7            THE COURT:  I'm going to sustain these

 8  objections.

 9  BY MR. CASTELLANO:

10       Q.   In other words, are these men facing

11  charges for that same conduct?

12       A.   Yes.

13       Q.   Leonard Lujan -- this is the person;

14  correct?

15       A.   Yes.

16       Q.   And you were also asked about whether or

17  not some of the cooperators in this case were

18  presented to the grand jury, but at the time this

19  case was presented, were they not defendants?

20       A.   They were.

21       Q.   So would you have presented these

22  defendants at that time to the grand jury?

23       A.   We did not.

24       Q.   And once again, when Mr. Lujan gave the

25  statement, did he also implicate himself in those

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                           201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                           (505) 843-9494
FAX (505) 843-9492                                  FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

 1  murders?

 2       A.   Yes.

 3       Q.   Was he charged with those murders?

 4       A.   Yes.

 5       Q.   I'm not going to ask you what these people

 6  are saying.  Okay?  I just want to ask you whether

 7  Manuel Jacob Armijo, who was charged in April of

 8  2016, has information about the Castillo murder in

 9  conversations with Billy Garcia.

10            MR. BENJAMIN:  Objection.

11            THE COURT:  Sustained.

12            MR. CASTELLANO:  I'm not asking for the

13  statements.

14            THE COURT:  That's too close to being the

15  statement.  So sustained.

16  BY MR. CASTELLANO:

17       Q.   Do you expect him to testify in this case?

18       A.   Yes.

19       Q.   And when this case was first presented,

20  did you know he would be a cooperating defendant?

21       A.   No.

22       Q.   So has the evidence, even as this case

23  progressed, changed by the plea of certain

24  individuals?

25       A.   Yes.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   Same question of Eugene Martinez.  Since
2  this case has been charged, has he agreed to
3  cooperate regarding the Castillo and Garza murders?
4    A.   Yes.
5    Q.   Robert Martinez, Baby Rob.  Has he agreed
6  to cooperate?
7    A.   Yes.
8    Q.   Regardless of what anyone says, is it
9  ultimately for this jury to decide whether these men
10  will be telling the truth in court?
11    A.   It's up to the jurors.
12    Q.   The same with Mario Rodriguez?
13    A.   Yes.
14    Q.   Timothy Martinez?
15    A.   Yes.
16    Q.   Ruben Hernandez?
17    A.   Him, too.
18    Q.   Including information about the Freddie
19  Sanchez murder?
20    A.   Yes.
21    Q.   Javier Alonso?
22    A.   Yes.
23    Q.   If I can get a better picture here, I
24  don't know if you can see the number 19 on his
25  cheek.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1       A.   I'm familiar with it.  It's on his right
 2   cheek.
 3       Q.   Is that the number you said was affiliated
 4   with the 19th letter of the alphabet, which is S?
 5       A.   Yes, sir.
 6       Q.   Benjamin Clark?
 7       A.   Yes.
 8       Q.   Frederico Munoz?
 9       A.   Yes.
10       Q.   Who himself is a two-time murderer;
11   correct?
12       A.   Yes.
13       Q.   Gerald Archuleta?
14       A.   Yes.
15       Q.   Going back to Gerald Archuleta, defense
16   counsel asked you if he was going to be facing a
17   number of charges, so I want to distinguish between
18   a number of overt acts versus a number of charges.
19   If he was going to be charged, would it have been
20   one count of what's called a RICO conspiracy?
21       A.   Yes.
22       Q.   And were you putting together what are
23   called overt acts which show the ways he conspired
24   to violate the RICO statute?
25       A.   Yes, sir.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    Q.   So in terms of breaking up this gang, for

2 you, what was the significance of someone like

3 Gerald Archuleta, also known as Styx, becoming a

4 cooperator against the gang?

5    A.   I think it's devastating.  It was well

6 regarded.  He's a leader.  He wore a wire against

7 his own guys.

8    Q.   In addition to just cooperating and maybe

9 pleading to the only charge against him at the time,

10 three years, did you have other plans in mind for

11 him in terms of having this cooperation impact the

12 organization?

13    A.   Yes.

14    Q.   Roy Martinez, same thing?

15    A.   Yes.

16    Q.   Also a two-time murderer?

17    A.   I was pausing because I thought there

18 could have been a third.  But two, yes.

19    Q.   So as I said, it ultimately will be up to

20 the jury to make the decisions about their

21 credibility; is that correct?

22    A.   Yes, sir.

23    Q.   Defense counsel also asked about what

24 everyone refers to as a 5K, the ability to reduce

25 their sentence.  And so if the United States does

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  not file a 5K on their behalf, for someone facing a

2  life sentence is there any reduction in the

3  sentence?

4       A.   No.

5       Q.   And even if the United States files a

6  motion on their behalf, is it ultimately up to the

7  judge to make that sentencing decision?

8       A.   Yes, sir.

9       Q.   For those who have pled guilty to murder,

10  what are they currently facing in terms of a

11  sentence?

12       A.   Life in prison.

13       Q.   So for anyone who pled guilty to murder,

14  they're basically working their way down from life?

15       A.   Yes.

16       Q.   Do any of these charges, even if there's a

17  5K, include any dismissal of the charges against

18  these cooperators?

19       A.   No.

20       Q.   So even if it went very well for any of

21  them, do you expect any charges to be dismissed?

22            MR. BENJAMIN:  Objection, Your Honor.

23  Facts not supported by the evidence.

24            MS. TORRACO:  And objection, Your Honor.

25  I don't know that he can make that decision.  That

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492
                                                                   1-800-669-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE                              e-mail: info@litsupport.com

1 would be the U.S. Attorney's decision or the Court's

2 decision.

3          THE COURT:  Well, I just think that it's

4 speculative to talk about that.  So I'll sustain the

5 objection.

6 BY MR. CASTELLANO:

7      Q.   Are you aware of any such agreements?

8      A.   I am not.

9      Q.   Mr. Solis kind of walked around the

10 courtroom to give the jury an idea of the size of

11 the pods.  Do you remember that?

12      A.   Yes.

13      Q.   And is it your understanding that the jury

14 will actually get photographs of some of the pods so

15 they can see with their own eyes?

16      A.   Yes.

17      Q.   Would you describe them as a fairly small

18 living environment?

19      A.   Yes.

20      Q.   And if you recall, approximately how many

21 inmates typically live in a pod, the pods you have

22 seen?

23      A.   It's different at each facility.  But --

24 and I spend much more time at PNM.  But from what I

25 recall at Southern, I think it's eight cells on the

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                      Albuquerque, NM 87102
(505) 989-4949                                                (505) 843-9494
FAX (505) 843-9492                                      FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1  bottom and a matching eight cells on the second
 2  floor.
 3       Q.   Do you know how easy or difficult it is to
 4  keep secrets in a pod that size if only SNM Gang
 5  members are living in a pod that size?
 6            MR. BENJAMIN:  Objection.
 7            MR. SOLIS:  Objection.
 8            MR. BURKE:  Objection.
 9            MR. CASTELLANO:  I asked if he knew.
10            THE COURT:  Sustained.
11  BY MR. CASTELLANO:
12       Q.   A number of the attorneys have asked you
13  if there are any drug buys against or from their
14  defendants.  Where are the drug buys largely
15  focused?
16       A.   Albuquerque.
17       Q.   Why was that?
18       A.   Because Marcantel and Santistevan lived
19  there.
20       Q.   So the point -- you were making drug buys
21  and things of that nature, were you largely focusing
22  on once again mitigating that threat?
23       A.   Yes, sir.
24       Q.   For people like Robert Martinez, who was
25  once a leader in the gang, once again, did he check
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  out of the gang even before he was charged in this

2  case?

3       A.   Yes, he did.

4       Q.   Once again, just to be clear regarding the

5  payments, when you sign people up as confidential

6  human sources, were you paying for testimony?

7       A.   No.

8       Q.   Did you give them money for information

9  they had provided?

10      A.   Yes.

11      Q.   Now, for many of those people, once again,

12  did the payments stop if they broke the rules?

13      A.   Yes.

14      Q.   So going to Billy Cordova, you were asked

15  about whether or not he had sex with his wife in

16  the -- during a contact visit.  Do you remember

17  that?

18      A.   Yes.

19      Q.   And have you seen the video?

20      A.   I have.

21      Q.   In the video, are you able to see whether

22  or not there is any nudity?

23      A.   No, there is no nudity.  They're covered

24  up.

25      Q.   But are the children in the room at least

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  on two occasions?

2       A.   Yes, they're across the table.   There is a

3  Monopoly board in between them.   They look like

4  they're playing Monopoly.

5       Q.   And as a result of that conduct, was he

6  investigated by State Police as well as possibly

7  CYFD?

8       A.   We made referrals to both, yes.

9       Q.   Under those circumstances, were you making

10 sure he was held accountable for that conduct?

11      A.   Yes.

12           MR. BENJAMIN:   Objection, Your Honor.

13           THE COURT:   Overruled.

14 BY MR. CASTELLANO:

15      Q.   And once again, as a result of that

16 misconduct, was he no longer paid money by the FBI?

17      A.   Among other things, yes.

18      Q.   And even after he was closed as an

19 informant, did he agree to record someone else in

20 prison?

21      A.   Yes.

22      Q.   Now, you were asked about statements he

23 made about previously testifying about not having

24 used drugs, under oath.   Do you remember that?

25      A.   Yes.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

493

```
 1        Q.   And you said there is a question about
 2   whether he understood the question?
 3        A.   There was, yes.
 4        Q.   And do you recall whether or not the
 5   defense attorneys knew about that because he
 6   actually disclosed his drug use after he had
 7   testified?
 8        A.   Yes.
 9        Q.   Do you recall him being apologetic about
10   that during a break?
11        A.   Yes.
12             MR. BENJAMIN:  Objection, Your Honor, to
13   the characterization of things outside the record.
14             MR. CASTLE:  And it's hearsay.
15             THE COURT:  Let's move on.  That's a
16   statement out-of-court, if it was on the break.
17   Sustained.
18   BY MR. CASTELLANO:
19        Q.   You were asked about total payments in
20   this case of -- I don't know -- maybe $80,000,
21   $90,000.  Did some of those larger amounts just go
22   to a few individuals?
23        A.   Yes.
24        Q.   So for Eric Duran, for example?
25        A.   Yes.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.    Approximately how much money did he
 2   receive?
 3        A.    I think around 50 total with relocation of
 4   him and his family.
 5        Q.    Why were they relocated?
 6        A.    For their safety.
 7        Q.    And is that because Eric Duran also
 8   recorded SNM Gang members in a prison facility?
 9        A.    Yes, to include the leader.
10        Q.    So under those circumstances, then, did
11   you provide money to move him and his family out of
12   state?
13        A.    Yes.
14        Q.    And was he possibly the first person to
15   notify law enforcement about the murder conspiracies
16   of the Secretary of the Department of Corrections
17   and Mr. Santistevan?
18             MS. TORRACO:  Objection.
19             MR. CASTLE:  Objection, hearsay.
20   Irrelevant.
21             MR. CASTELLANO:  The payments were asked
22   about, Your Honor.
23             THE COURT:  Well, but I think that is
24   different question.  Sustained.
25
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   BY MR. CASTELLANO:

 2       Q.   I want to ask you the same question about

 3   Mario Montoya.  Did he also receive more money than

 4   some of the other people who cooperated?

 5       A.   Yes.

 6       Q.   And was he also somebody who recorded

 7   other SNM Gang members?

 8       A.   Yes.

 9       Q.   And was that in relation to the

10   Santistevan and Marcantel conspiracies?

11       A.   Yes.

12       Q.   And did you pay him so he and his family

13   could move out of state?

14       A.   Yes.

15       Q.   You also mentioned paying for a trade

16   school.  Was that so that once he got out, he should

17   plan on supporting himself with a trade?

18       A.   Yes.

19       Q.   The defense has asked you questions about

20   Leroy Lucero.  Do you remember that?

21       A.   Yes.

22       Q.   And was he somebody who was in prison

23   close in time to the Castillo and Garza murders in

24   2001?

25       A.   He was.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.   I think defense counsel asked you whether

2  he actually left prison probably around three days

3  before that time.

4      A.   Yes.

5      Q.   And has he talked to you about the

6  circumstances surrounding -- once again, don't tell

7  us what he said.  But has he talked to you about the

8  circumstances surrounding kind of the events leading

9  up to those murders?

10     A.   Yes.

11     Q.   Do you expect for him to tell the jury, as

12 well, about those circumstances?

13     A.   I do.

14     Q.   You also -- once again, I don't want an

15 answer about what you expect to be said, but do you

16 expect for him to tell the jury who was in charge of

17 the facility when he left?

18     A.   Yes.

19     Q.   You were asked about this questionnaire

20 that you use to question people about the SNM Gang.

21 Do you remember that?

22     A.   I do.

23     Q.   And one of the questions that was asked of

24 you was a question about the people allegedly

25 involved with the Castillo murder.  Do you remember

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

 

PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   that?

 2        A.   Yes.

 3        Q.   You listed people's names.

 4        A.   Yes, I did.

 5        Q.   So when you put that into the

 6   questionnaire, were you basing that on your

 7   investigation at that time, at that date?

 8        A.   Yes, as well as the indictments.

 9        Q.   And even when you had specific names, did

10   you sometimes get answers from people that they

11   didn't know or didn't have information about?

12        A.   Yes.

13        Q.   So even though you gave them the names, is

14   it fair to say people still responded with "I don't

15   know or have information"?

16        A.   Correct.

17        Q.   Jake Armijo.  You were asked about a

18   recent $500 payment to him.  Do you remember that?

19        A.   Yes.

20        Q.   Before that recent payment, had you paid

21   him anything?

22        A.   No.

23        Q.   And in his case, what was the $500 for?

24        A.   Surveillance cameras at his house.

25        Q.   Was that something you paid him after he
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1   had testified in certain proceedings regarding the

2   SNM?

3        A.   Yes.

4             MR. CASTLE:  Your Honor, I think the Court

5   was going to do an instruction, and I think this

6   would be the appropriate time concerning other

7   proceedings.

8             THE COURT:  Do you have the document?

9             MR. CASTELLANO:  I do, Your Honor.  May we

10  approach regarding that?  I have an objection to the

11  instruction.

12            THE COURT:  Mr. Sindel, why don't you come

13  up.

14            (The following proceedings were held at

15  the bench.)

16            THE COURT:  Why don't you let Mr. Sindel

17  in there since he's in on this?

18            What's your objection?  Do you need to see

19  that?

20            MR. SINDEL:  I left it at the desk.

21            THE COURT:  He's going to object to it.

22            MR. SINDEL:  He should be ashamed of

23  himself.

24            MR. CASTELLANO:  The objection is, I'm not

25  convinced that guilty verdicts in a prior trial of
```

SANTA FE OFFICE                                    MAIN OFFICE
119 East Marcy, Suite 110                    201 Third NW, Suite 1630
Santa Fe, NM 87501                            Albuquerque, NM 87102
(505) 989-4949                                        (505) 843-9494
FAX (505) 843-9492                                FAX (505) 843-9492
                                                    1-800-669-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE
                                        e-mail: info@litsupport.com

1   SNM Gang members are not relevant to these

2   proceedings, because those are now established facts

3   now under reasonable doubt.  So in other words, the

4   jury is not bound by another jury's decision, but it

5   is a fact that they can determine -- use to

6   determine whether or not the enterprise engaged in

7   racketeering activity.  I don't have the case,

8   because I wasn't sure this instruction would come

9   up.  I do have a case about a person was previously

10  convicted of a crime kind of like Mr. Baca in the

11  last trial.  There is case law that says we could

12  introduce his prior conviction regarding that murder

13  and the jury would be instructed that they're not

14  bound to accept it, but it is a fact that they could

15  consider in considering whether or not he was

16  engaged in racketeering activity.  And I think this

17  is similar.  And I'll look for the case if I need

18  to, but this is a similar set of circumstances in

19  that none of those facts were established beyond a

20  reasonable doubt.  I do believe the jury can find

21  those to be facts in determining whether certain

22  racketeering elements have been met, including that

23  the enterprise engaged in racketeering activity.

24           THE COURT:  Let me cross that bridge when

25  I get there.  Show me the case and educate me.  But

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1   right at the moment, I'm not sure that I see the
 2   relevance.  I think the facts are going to have to
 3   be proved in this case to this jury's satisfaction,
 4   just like I'm keeping out the magistrate judge's
 5   determination of no probable cause.  I might even --
 6   if I see the case, if it's binding authority, I'll
 7   have to follow it.  But I'm a little bit concerned
 8   about taking others just right now and appropriating
 9   into this case.  If I have to reconsider it, I'll
10   look at it down the road, but I think as we close
11   this evening, I'd rather give this limiting
12   instruction and leave it there.  If I have to redo
13   it, I'll do it at that point.
14             MR. CASTELLANO:  Understood, Your Honor.
15             THE COURT:  Probably we're at a point --
16   did you want to finish him up today?
17             MR. CASTELLANO:  I still have some more,
18   Your Honor.  We won't finish him in the next few
19   minutes.
20             THE COURT:  I'll let you get a little bit
21   more.  We'll get him in the shape that we'll run it
22   to the end, even on Friday I'll come back.  I'll
23   give this limiting instruction.
24             (The following proceedings were held in
25   open court.)
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              THE COURT:  Yesterday Agent Acee referred
 2    to members of the SNM who, in a separate trial, were
 3    convicted of offenses legally similar to the
 4    offenses charged against these defendants.  You
 5    should also know that not all defendants in that
 6    trial were convicted.  That proceeding involved
 7    different defendants and different alleged criminal
 8    activity than those in these proceedings.
 9              You are instructed that Agent Acee's
10    testimony cannot be considered in determining the
11    guilt of any of the defendants in the case before
12    you.  So his testimony about the other trial cannot
13    be considered in determining the guilt of any of the
14    defendants in the case before you.
15              All right.  Mr. Castellano.
16              MR. CASTELLANO:    Thank you, Your Honor.
17    BY MR. CASTELLANO:
18        Q.   So going back to recording of statements
19    of people, one of the questions you were asked was
20    whether you could just put a recording device into a
21    pod where the cooperators were living.  What would
22    be the problems for you doing that?
23        A.   One, they're represented, so they have
24    attorneys.  The second is, anytime we attempt to
25    introduce a recording device into a facility where
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    there are federal inmates, we have to get high-level

2    authorizations from the Department of Justice in

3    Washington, D.C.  There are a host of problems.

4    Those are the two most significant.

5         Q.   Same question.  Even if these defendants

6    are represented by attorneys and have a relationship

7    with them, could you basically put a bug in their

8    cell and spy on them?  Would that be proper?

9         A.   No.

10         Q.   When it comes to recording people, what's

11   been your experience about whether -- reasons why

12   people don't want to be recorded?

13         A.   A lot of the people I've interviewed over

14   the years are comfortable giving me a statement, but

15   they feel like they're taking an extra step when I

16   put a tape recorder out or I record their statement.

17   So a lot of people don't like that.

18         Q.   You were also asked about the tablets and

19   people who tampered with them.  Is it fair to say

20   that some of those people did agree to have their

21   tablets inspected?

22         A.   Yes.

23         Q.   And did some of those, through their

24   attorneys, give the passwords over to law

25   enforcement?



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

503

```
 1        A.    Yes.
 2        Q.    Now, do you remember that situation with
 3   the tablets?
 4        A.    I do.
 5        Q.    And do you remember it taking a number of
 6   months before that got sorted out because of the
 7   protective order that was in place?
 8        A.    Yes.
 9        Q.    So with an order in place that protected
10   the tablets, without another order of the Court,
11   were you just able to seize those and start
12   searching them?
13        A.    No, I'd be violating --
14              MR. BENJAMIN:   Objection, Your Honor.  I
15   think that calls for a misleading answer.
16              THE COURT:   Well, if that's his opinion as
17   to what his situation was and explains why he did
18   it, I'll allow him to testify why he didn't do it.
19        A.    I or the other agents didn't take those
20   because there was a court order that -- there was
21   court order regulating those devices, and they
22   belonged to defendants that had attorneys, and I
23   wanted to be very cautious in violating either the
24   Court's order or the attorney-client privilege.
25
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1  BY MR. CASTELLANO:
 2      Q.   So ultimately, did you agree to turn those
 3  tablets over to a defense forensic expert so the
 4  defense teams could have their expert look at those
 5  tablets?
 6      A.   Yes.
 7      Q.   And did that, in fact, happen?
 8      A.   It did.
 9           THE COURT:   Mr. Castellano, would this be
10  a good point for us to take our recess for the
11  evening?
12           MR. CASTELLANO:   Yes, Your Honor.
13           THE COURT:   All right.   We're about to
14  take our first weekend break during the trial, so
15  I'm going to remind you of a few things that are
16  especially important.
17           Until the trial is completed, you're not
18  to discuss the case with anyone, whether it's
19  members of your family, people involved in the
20  trial, or anyone else.   And that includes your
21  fellow jurors.   If anyone approaches and tries to
22  discuss the trial with you, please let me know about
23  it immediately.
24           Also you must not read or listen to any
25  news reports of the trial.   Again, don't get on the
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   internet and do any research for purposes of this

2   case.

3         And finally, remember you must not talk

4   about anything with any person involved in the

5   trial, even if it doesn't have anything to do with

6   the trial.  If you need to speak with me, simply

7   give a note to one of the court security officers,

8   Ms. Bevel.

9         Probably I'm done with these for a while.

10  So keep them in mind.  You've heard them enough.

11  You've probably memorized them and could say them

12  back to me by now.  But do keep them in mind next

13  week.

14        I know y'all will be traveling, some of

15  you tonight, some of you tomorrow.  Be safe on your

16  travels.  We'll have you back in the jury room at

17  8:30 on Monday morning.  My wife wants to go see a

18  movie tonight, so I think I'm staying here and

19  driving back to Albuquerque in the morning.  She

20  wants to go see Chappaquiddick.  It starts about

21  7:15 or 7:30.  I don't know if I'm going to be awake

22  by the time it's over.

23        Y'all be safe in your travels.  Thank you

24  for the way you've gone about your task.  You're a

25  great bunch.  Be safe.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              All rise.

 2              (The jury left the courtroom.)

 3              THE COURT:  A couple of quick things so we

 4  can get out of here.  Ms. Armijo, would you send me

 5  an email and respond to Ms. Torraco's motion and

 6  tell me, so I can maybe look over those exhibits

 7  over the weekend, and decide whether they're in or

 8  out?  Or have y'all talked?

 9              MS. ARMIJO:  Your Honor, we haven't talked

10  yet.  Maybe we can have an opportunity to talk and

11  get it to you.  I don't see that coming up --

12              THE COURT:  I don't want to start doing my

13  review if it's not necessary.  And if it is

14  necessary, I want to be ready for it.

15              MS. ARMIJO:  Let us talk.

16              THE COURT:  So keep me in mind, so I don't

17  get caught shorthanded, because there's a lot of

18  exhibits.

19              And Mr. Sindel, I'm not going to argue it,

20  but can you just give me your two pages there, and I

21  can probably figure out what your issue is, so I'm

22  ready for that?  Can you give it to me and I'll make

23  a copy and hand it back to you?

24              MR. SINDEL:  Fine.

25              MR. CASTLE:  Can we make a quick record?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1                THE COURT:  How quick?

 2                MR. CASTLE:  Less than two minutes.

 3                THE COURT:  Let's do it on Monday morning.

 4   Do you need this thing tonight, Ms. Armijo?  Do you

 5   need this?  You've got two-thirds of it.  Can it

 6   wait till Monday?

 7                MS. ARMIJO:  We're missing the most

 8   important part, the third, just because it involves

 9   someone that's in trial now.

10                THE COURT:  When are you going to need it,

11   though?

12                MS. ARMIJO:  It depends on what it is and

13   if we are going to use it now.  We don't know what

14   it is.

15                THE COURT:  Let's take it up Monday

16   morning.  I don't think it's urgent.

17                Okay, guys.  I appreciate your hard work.

18   Be safe.  See you Monday morning, 8:30.

19                (The Court stood in recess.)

20

21

22

23

24

25
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1                    April 16, 2018

 2

 3            THE COURT:  All right.  Good morning,

 4   everyone.  I appreciate everybody being here and on

 5   time and ready to go.  It looks like every defendant

 6   is in the room and has a lawyer.  And I think the

 7   jury was here about 10 after.

 8            I got a stack of motions over the weekend

 9   that I got this morning.  One of them related

10   specifically to Mario Rodriguez.  When does the

11   Government intend to call him, so that I know how to

12   kind of schedule my time of reading these and

13   working on some of these issues?

14            MS. ARMIJO:  So after Special Agent Acee,

15   we have Jerry Roark, and then Mario Rodriguez.

16            THE COURT:  So it could be today?

17            MS. ARMIJO:  It could be today.  I

18   anticipate it to be today, late morning at the

19   earliest.  But I think that we'll at least -- have

20   at least another break.

21            THE COURT:  All right.  I'll try to put

22   that one to the front, unless somebody has got some

23   other issue that's more pressing than that.

24   Anything we need to discuss before we bring the jury

25   in?  Anything I can do for you?  Ms. Armijo?  Mr.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

509

1   Castellano?

2           MS. ARMIJO:  No, Your Honor.

3   Mr. Castellano may.

4           THE COURT:  How about from the defendants?

5   Mr. Blackburn was up first.  Let me get him.

6           Mr. Blackburn.

7           MR. BLACKBURN:  Your Honor, I'm just

8   assuming that we don't have to continue to make

9   objections.  We made our objections for the record

10  that relates to the co-conspirator hearsay

11  statements or issues that came out of the James

12  hearing, so we don't have to repeatedly do that.

13  For the record I would object to, you know, based

14  upon our previous -- a group of all the defendants'

15  requests concerning -- the Court to exclude some of

16  the James statements, so we don't have to do that on

17  every occasion?

18          THE COURT:  Yeah, if my chart -- I'll try

19  to get a completed opinion out to you, but if the

20  chart has a ruling on it, then you don't have to

21  renew that.  If for some reason you think, you know,

22  something is different than what is occurring, I

23  mean some of that, it's not playing out the way that

24  I say in that box, then you're welcome to approach.

25  But I think you've reserved your error -- preserved

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

510

```
 1   your objection on those issues.  If there is
 2   something new, help me out, because it's a lot of
 3   statements for me to keep track of.  I'm doing the
 4   best I can, but don't hesitate to say that's a new
 5   statement, and --
 6             MR. BLACKBURN:  You never know what the
 7   Tenth Circuit is going to decide as to whether or
 8   not we preserved.
 9             THE COURT:  I understand.  No, I
10   understand what you're doing.
11             All right.  Mr. Sindel.
12             MR. SINDEL:  Very briefly.  I did talk to
13   Ms. Armijo on Friday in anticipation of Mr.
14   Rodriguez' testimony.  I've asked her to instruct
15   him not to refer to any previous testimony as being
16   at a first trial.  I think that would confuse the
17   jury as to whether or not these defendants have been
18   on trial before, and I've asked her to, you know,
19   ask him to refer to it as previous sworn statement.
20             THE COURT:  All right.  Is that agreeable,
21   Ms. Armijo?
22             MS. ARMIJO:  Yes, Your Honor.  And I met
23   with him this weekend and informed him of that, and
24   so he is aware that -- to say "prior testimony."
25             THE COURT:  All right.  And if you get to
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   any point that might be tricky for him or something,
 2   you might think about leading him through that so
 3   that he might not have to characterize it himself.
 4              All right.  Anything else from the
 5   defendants?
 6              Ms. Bevel, do you want to go ahead and
 7   line them up and get them ready to go?
 8              THE CLERK:  Sure.
 9              THE COURT:  While she's lining them up,
10   was there something we were going to do, Mr. Castle,
11   about that document?  I think you wanted to say
12   something.
13              MR. CASTLE:  Yes.  The document is not
14   here, and it will be here shortly.  Could we take it
15   up at a different time?
16              THE COURT:  Sure.  You were going to make
17   some statement about it.  Do you know what that was?
18              MR. CASTLE:  I wanted to do it ex parte
19   because it deals with whether it's work product or
20   not.
21              THE COURT:  Any problem with me hearing
22   that argument ex parte?
23              MS. ARMIJO:  Is this in reference to the
24   search, Your Honor?
25              THE COURT:  Yeah, the document that is
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  Mr. Billy Garcia's document.  He wants to make some

2  argument on it being work product.

3            MS. ARMIJO:  I believe we had previously

4  agreed to that.

5            THE COURT:  Was there one sort of hanging

6  issue on Friday when we were trying to get out of

7  here?  Okay, is there any -- I'll move Mario

8  Rodriguez', Mr. Blackburn's motion on that to the

9  top.  Is there anything that's burning that I need

10  to be working on and thinking about?  I'm working on

11  the PSR issues, trying to figure out what to do on

12  it.

13            All right.  All rise.

14            (The jury entered the courtroom.)

15            THE COURT:  Good morning, ladies and

16  gentlemen.  Ms. Bevel told me y'all were back in at

17  8:10 and ready to go.  I really appreciate everyone

18  being here and ready to go.  I appreciate the

19  attorneys and parties being ready to go.  I hope you

20  had a good weekend, safe travels.  I got in about

21  12:30, had some Rudy's for breakfast on the way out

22  on Saturday, and got back in last night and ate at

23  the Cattle Baron.  So I'm getting to eat at all the

24  restaurants here in Las Cruces.

25            We went to see -- I think I told you we

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1  had two bags of popcorn and watched "Chappaquiddick"
 2  on Friday night.  It was a made-for-television level
 3  movie.  It was kind of interesting.  It shows you,
 4  though, where you are on the age spectrum.  I asked
 5  my clerks if they knew what Chappaquiddick even
 6  meant, and one of them did not.  If you know about
 7  Chappaquiddick, you're of a certain age; and if you
 8  don't, you're a different age.
 9            Thank you for being back on time.  Thank
10  you for all you're doing for us, and I hope you had
11  a good weekend, too.
12            All right.  Mr. Acee, I'll remind you that
13  you're still under oath.
14            Mr. Castellano, if you wish to continue
15  your redirect of Mr. Acee, you may do so at this
16  time.
17            MR. CASTELLANO:  Yes, sir.  Thank you.
18            THE COURT:  Mr. Castellano.
19                   BRYAN ACEE,
20       after having been previously duly sworn under
21       oath, was questioned, and continued testifying
22       as follows:
23            CONTINUED REDIRECT EXAMINATION
24  BY MR. CASTELLANO:
25       Q.  Good morning, Agent Acee.
```

SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                              Albuquerque, NM 87102
(505) 989-4949                                                           (505) 843-9494
FAX (505) 843-9492                                                  FAX (505) 843-9492
                                                                       1-800-669-9492
                                                          e-mail: info@litsupport.com



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        A.   Good morning.

 2        Q.   I think when we left off on Friday, we

 3   were talking about the tablets that the defendants

 4   have that have discovery on them.  Do you remember

 5   that?

 6        A.   Yes.

 7        Q.   So even the cooperators, when they were

 8   defendants, before they agreed to cooperate -- did

 9   they have tablets also?

10        A.   Yes.

11        Q.   And were they entitled to have the

12   discovery because they were also accused in this

13   case?

14        A.   Yes, sir.

15        Q.   Now, defense counsel asked about whether

16   or not they had access to statements when they had

17   their tablets.  Do you remember that?

18        A.   Yes.

19        Q.   Now, kind of the flipside of that is:  If

20   the statements are on there, does that mean that the

21   defendants in this case also have statements of

22   anyone who is cooperating?

23        A.   Yes.

24        Q.   In other words, they would have access to

25   know who was cooperating against them in this case?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1     A.   That's right.

2     Q.   There is a question about the misuse of

3  the tablets and people using the tablets to see

4  pornography.  Do you recall that?

5     A.   Yes.

6     Q.   There was a question about one in

7  particular, Jerry Armenta.

8     A.   I recall.

9     Q.   Can you tell the jury whether or not any

10  child pornography was recovered from his tablet?

11     A.   No, there was no child pornography

12  recovered.

13     Q.   To be fair, was there an indication that

14  he had tried to access teenage pornography?

15     A.   Yes.

16     Q.   Once again, going back to the search of

17  the tablets, before even the FBI search, did the FBI

18  coordinate to get those tablets to a defense expert

19  so that expert could see it even before the

20  Government?

21     A.   Yes.

22     Q.   Is that for each of the tablets that was

23  examined?

24     A.   Yes.

25     Q.   You were also asked about a cooperator

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    pod.  Do you remember that?

2         A.   Yes.

3         Q.   And what was the purpose of having

4    cooperators in a pod?  When we say "a pod," is that

5    a pod or living area in a correctional facility?

6         A.   Yes, a pod is like a dormitory, for lack

7    of a better word, that has a bunch of rooms in it,

8    or cells.  And there was a cooperator pod at the

9    Penitentiary of New Mexico up in Santa Fe, and the

10   purpose was to keep the cooperators safe in one

11   location.

12        Q.   All right.  So you said "keep them safe."

13   Safe from who?

14        A.   The defendants and anyone else that didn't

15   agree with them cooperating.

16        Q.   So would it have been a good idea to put

17   cooperators with those who were accused of --

18   continuing to be accused of crimes?

19        A.   No.

20        Q.   So how many choices do you have really to

21   put cooperators who are in confinement in certain

22   locations?

23        A.   Well, we're limited because New Mexico

24   only has so many facilities that will hold federal

25   defendants.  And that one -- in this case, PNM

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1    seemed to be the most secure and the best choice for
2    us at the time.
3        Q.   And when we say "cooperator pod," at any
4    given time how many cooperators were living in that
5    particular pod?
6        A.   It varied, because cooperators came on
7    board at different times.  But anywhere from six to,
8    I think, as many as around ten.  And then even some
9    of those were moved out.
10       Q.   And there was also discussion of at least
11   four cooperators abusing the contact visits?
12       A.   There were four men that did that.
13       Q.   After that happened, basically was that
14   pod broken up?
15       A.   Yes.
16       Q.   Now, was it in that pod where people have
17   asked you about a pizza party occurring?
18       A.   Yes.
19       Q.   And what basically happened at that --
20   we'll just call it the pizza party.  What happened
21   there?
22       A.   Some of the cooperators got together with
23   the education staff at the prison and approached
24   prison administrators about having what we're
25   calling a pizza party where they were able to invite
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1  some of the members of their family and sort of

 2  formally recognize their decision to try to change

 3  their lives.

 4       Q.   And was that an FBI decision, or was that

 5  allowed by the Corrections Department?

 6       A.   No, that was the Corrections Department's

 7  decision.  Their facility, their pizza party.

 8       Q.   Basically, what was served at the party?

 9       A.   I think it was Domino's pizza and some

10  juice or soda.

11       Q.   There was also discussion about those

12  inmates getting what's called tier time and phone

13  calls.  Was that an FBI decision, or was this a

14  Corrections decision?

15       A.   Corrections.

16       Q.   And were they housed in what's called a

17  Level 6 facility?

18       A.   Yes.

19       Q.   And a Level 6 facility, in terms of

20  numbers, is higher or lower in terms of

21  restrictions?

22       A.   It's the highest in New Mexico.

23       Q.   Even though they were housed at a Level 6

24  facility, were they given privileges at a lower

25  level, which would be maybe a Level 4?



SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                      201 Third NW, Suite 1630
Santa Fe, NM 87501                              Albuquerque, NM 87102
(505) 989-4949                                          (505) 843-9494
FAX (505) 843-9492                                 FAX (505) 843-9492
                                                     1-800-669-9492
                                              e-mail: info@litsupport.com

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    A.   Yes.

2    Q.   Why was that?

3    A.   Because they'd renounced the gang.  They

4  were cooperating.  So they were reduced to a Level 4

5  status, but because they were cooperating and held

6  there on federal holds, they had to be in a Level 6

7  facility.

8    Q.   You were asked last week whether you ever

9  attended a pizza party for the defendants.  Do you

10  remember that?

11    A.   Yes.

12    Q.   Did the defendants invite you to their

13  pizza party?

14    A.   No.

15    Q.   If had they invited you, would you have

16  gone to their pizza party?

17    A.   Yes.

18         MR. CASTLE:  I object.  That assumes facts

19  in evidence that these defendants had a pizza party,

20  which is not true.

21         THE COURT:  Well, he said they didn't, but

22  he wouldn't have --

23         MR. CASTELLANO:  And going back to the

24  question, Your Honor, the question by Mr. Lahann was

25  whether he ever attended the pizza party for the



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

 1  defendants.

 2          THE COURT:  Well, you can ask your

 3  question.

 4  BY MR. CASTELLANO:

 5      Q.   Were you ever invited to a pizza party by

 6  the defendants?

 7      A.   No, sir.

 8      Q.   And if you would have been invited, would

 9  you have gone to their pizza party?

10      A.   Yes.

11      Q.   You mentioned last week on

12  cross-examination about a civil war you said within

13  the SNM Gang.  And that's regarding the affair that

14  happened between Julian Romero and Gerald

15  Archuleta's girlfriend or wife.  Do you remember

16  that?

17      A.   Yes, sir.

18      Q.   When you used the term "a civil war within

19  the gang," was there ever an indication that this

20  was more than just one gang?

21      A.   No.

22      Q.   You were also asked about WITSEC or

23  witness security, including witness security

24  facilities.  Do people who cooperate automatically

25  get into those facilities?

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                 Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                     FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1     A.    No, sir.

2     Q.    For witness security, do they actually

3  have to meet certain criteria?

4     A.    Yes, they do.

5     Q.    And for people who are released into the

6  community under that program, do they just get cars

7  and money and housing?  How does that work?

8     A.    No, the Marshal Service will help them

9  find a job, and in some cases receive job training,

10  and then help them get on their feet with their

11  initial -- helping establish an apartment, and rent.

12  And then they're to be self-sufficient.

13     Q.    So they get them started.  But after that,

14  are they expected to do things on their own?

15     A.    Yes.

16     Q.    Why is there a need for such a program?

17     A.    Well, when people testify against

18  organizations, there is sometimes risk in doing

19  that, and they're in harm's way.  So their

20  identities are changed and they're relocated.

21     Q.    Is that a discussion you had with

22  cooperators in this case?

23     A.    Yes.

24     Q.    There has also been a discussion of even

25  some of the cooperators using drugs while



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   incarcerated in this case.  Do you remember that?

2       A.   Yes.

3       Q.   Have some of these cooperators been using

4   drugs most, if not all, their lives?

5       A.   Yes.

6       Q.   So would you -- were you necessarily

7   surprised when people who were cooperating used

8   drugs?

9       A.   I wasn't surprised.  I was disappointed.

10      Q.   You were also asked about jail calls, even

11  jail calls of the defendants in this case.  Do the

12  authorities have the ability to access those calls

13  to see what people have said on the phone?

14      A.   Yes.

15      Q.   But is it also clear to the people talking

16  on the phone those calls are recorded and subject to

17  monitoring?

18      A.   Yes, there is a recording that plays at

19  the beginning of the conversation that says that.

20      Q.   You were also asked last week about the

21  Government's ability to offer immunity to other

22  witnesses or certain protections as opposed to

23  defendants who are not able to.  Do you remember

24  that?

25      A.   Yes.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   And so is it fair to say you were asked

 2   about a Kastigar letter?  Is that something that

 3   allows -- or at least should promote people to talk

 4   honestly, because those statements won't be used

 5   against them?

 6        A.   Yes.

 7        Q.   And within the last month, do you recall a

 8   witness taking the stand who was subpoenaed by the

 9   defense team who did not have those protections?

10        A.   Yes.

11        Q.   Was that person a former gang member?

12        A.   Yes.

13        Q.   Did that person perjure himself on the

14   stand?

15             MR. CASTLE:  Objection, Your Honor.

16             THE COURT:  Sustained.

17   BY MR. CASTELLANO:

18        Q.   Was that person charged with perjury?

19             MR. CASTLE:  Objection.  May I approach?

20             THE COURT:  Sustained.  Let's don't get

21   into that issue.

22   BY MR. CASTELLANO:

23        Q.   Well, is it fair to say the defense

24   attorneys or the defense teams have certain

25   interests that they protect, which is their
```

SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                  Albuquerque, NM 87102
(505) 989-4949                                                              (505) 843-9494
FAX (505) 843-9492                                                    FAX (505) 843-9492
                                                                        1-800-669-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE
                                                              e-mail: info@litsupport.com

524

```
 1   clients'?

 2        A.   Yes.

 3        Q.   Is it fair to say, then, on the

 4   prosecution side there are different interests, such

 5   as prosecution of cases?

 6        A.   Yes.

 7        Q.   You were asked questions about a search of

 8   Joe and Andrew Gallegos' residence or trailer.  Do

 9   you remember that?

10        A.   Yes.

11        Q.   And there was a question about whether

12   someone named Jason Van Veghel was present to point

13   out certain things to you or advise you about

14   certain things.

15        A.   Yes, sir.

16        Q.   And when you went into the house, could

17   you tell whether or not a carpet had been removed

18   from the home?

19        A.   Yes.

20        Q.   And is that something you were looking for

21   after having discussions with Mr. Van Veghel?

22        A.   Yes, I was.

23        Q.   You were also asked about a search for a

24   watch and keys.

25        A.   I remember that.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.    From the investigation, who do you believe

2  the watch and keys belong to?

3      A.    Adrian Burns, the victim.

4      Q.    Were you ever able to find a watch or keys

5  in a field on the side of the road?

6      A.    No, sir.

7      Q.    When you conducted that search, about how

8  many years had passed from the Adrian Burns murder

9  to the search itself?

10     A.    Three and a half to four years.

11     Q.    You were also asked about a questionnaire

12  that you use when you question gang members or

13  people associated with a gang.  Do you remember

14  that?

15     A.    Yes.

16     Q.    And I think you mentioned that you'd only

17  actually physically given a copy of the

18  questionnaire to one person that you recalled.

19     A.    Yes, sir.  Frederico Munoz.

20     Q.    Other than that, what was the purpose of

21  the questionnaire for you and other agents?

22     A.    It was a questionnaire designed by me to

23  assist not only myself but some of the newer agents

24  on the task force with a litany of questions.  I

25  think at one time I had close to 300 questions,

SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                  Albuquerque, NM 87102
(505) 989-4949                                                                (505) 843-9494
FAX (505) 843-9492                                                      FAX (505) 843-9492
                                                                              1-800-669-9492
                                                                    e-mail: info@litsupport.com



1    between 270 and maybe 300 questions on there.

2         Q.   And so other than basically being a guide

3    or template for covering certain topics, was that

4    basically the use of the questionnaire?

5         A.   Yes, sir.

6         Q.   You were asked about a statement you'd

7    been asked about before, and quoted.  And it's

8    basically this:  If it's not recorded, it didn't

9    happen.  Please tell the jury what you mean when you

10   say something like that.

11        A.   Yes.  I sometimes give that instruction to

12   an informant operationally when we're out in the

13   field and they're going to use one of our recording

14   devices.  I'll tell them that they need to make sure

15   it's on and it stays on, because if it's not

16   recorded, it's like it didn't happen.  So it's to

17   emphasize the importance of them not leaving the

18   recording device in the car when they go in to buy

19   the drugs or the guns; make sure that they have it.

20        Q.   Now, is it true to say that if it wasn't

21   recorded, that it didn't happen?

22        A.   No.

23        Q.   So why do you tell them that?

24        A.   Just to emphasize the importance of making

25   sure they have the recording device on them when

SANTA FE OFFICE                                                                    MAIN OFFICE
119 East Marcy, Suite 110                                                      201 Third NW, Suite 1630
Santa Fe, NM 87501                                                              Albuquerque, NM 87102
(505) 989-4949                                                                          (505) 843-9494
FAX (505) 843-9492                                                                 FAX (505) 843-9492
                                                                                       1-800-669-9492
                                                                          e-mail: info@litsupport.com


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    they're operational.

2        Q.   And the same situation where you send

3    someone in to do a buy, you referenced last week

4    searching an informant before and after the buy.

5        A.   Yes.

6        Q.   Even if you trusted that person, would you

7    still search that person?

8        A.   Yes, it's part of the protocol, and to

9    make sure they're not going in with any extra funds

10   or drugs.

11       Q.   And so even if you trust the person, would

12   you still have questions potentially by defense

13   counsel if you didn't search them?

14       A.   Yes.

15       Q.   So for example, if everything went fine

16   with the operation but you didn't search them, would

17   it be fair to say that a defense attorney said, "You

18   didn't search this person, Agent Acee, so therefore

19   how do we really know whether he was on the

20   up-and-up?"

21       A.   Right.  And that's why we do the search,

22   to avoid that line of questioning or doubt.

23       Q.   You were asked about the 2001 murders

24   against Mr. Castillo and Mr. Garza and cameras.  Do

25   you recall that there weren't any cameras in the

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    pods in 2001?

2         A.    There were not.

3         Q.    So do we expect not to have any video of

4    what was going on in the pod in 2001?

5         A.    No.

6         Q.    You also mentioned initially that you

7    start out in kind of a position of distrust when you

8    question defendants or cooperators; is that correct?

9         A.    Yes, sir.

10        Q.    So at some point, do you do your best to

11   try to corroborate what they say either through what

12   they tell you or through other statements from other

13   people?

14        A.    Yes, sir.

15        Q.    So does there come a point where that

16   trust has to be earned?

17        A.    Yes.

18        Q.    I want to ask you about these plea

19   agreements that were entered last week.  They were

20   Defendants' DB-1, DC-1, BQ-1, and CO-1.  Agent Acee,

21   I want to ask you about these particular plea

22   agreements.  I'm currently showing you DB-1, which

23   is a plea agreement for Santos Gonzalez.  Can you

24   see that?

25        A.    Yes, sir.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1       Q.   And from the plea agreement, can you tell

2   if Santos Gonzalez was charged in counts 14, 15, and

3   16 with violent crimes in aid of racketeering?

4       A.   Yes, I see that.

5       Q.   In count 16 with witness tampering?

6       A.   That's correct.

7       Q.   Do these counts relate to someone named

8   Jose Gomez?

9       A.   Yes.

10       Q.   Do you see on page 4 of the plea

11   agreement --

12            THE COURT:  Why don't you lift that up and

13   y'all approach on that.

14            (The following proceedings were held at

15   the bench.)

16            THE COURT:  In the first trial -- I was

17   going to ask this about the plea agreements last

18   week.  In the first trial, though, the defendants'

19   version was redacted.  But these are being

20   introduced by the defendants without any redactions.

21   Is that the way y'all want them?

22            MR. BENJAMIN:  It's probably clearer to

23   say "defendant," Your Honor.

24            THE COURT:  Okay.

25            MR. BECK:  Yeah, I think that all of the

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                             (505) 843-9494
FAX (505) 843-9492                                    FAX (505) 843-9492



1-800-669-9492
PROFESSIONAL COURT                        e-mail: info@litsupport.com
REPORTING SERVICE

1   plea agreements that the United States will enter

2   have the redactions.

3           THE COURT:  Okay.

4           MR. BECK:  I think the agreement was that

5   if the defendants want to use the factual basis,

6   they can.  And they're coming for --

7           MR. CASTLE:  I had argued that motion and

8   said that they shouldn't be -- I think the factual

9   basis should not be entered, and we're maintaining

10  that objection.  We assumed that because the Court

11  had said that the plea agreement should be redacted,

12  we assumed when those were being offered, that they

13  were redacted.  So I don't know whether it really

14  harms our client.  But I want to maintain our

15  objection.

16          THE COURT:  Well, I think that if there is

17  an objection, which it sounds like there is, then we

18  probably ought to be using the redacted plea

19  agreements.  We shouldn't be using ones that have

20  defendants' versions of events; otherwise, it seems

21  to me that's an out-of-court statement probably

22  being offered for the truth, and it would be, I

23  think, testimonial, and I don't think we want that

24  floating around the courtroom.  So I think that

25  probably we ought to just be dealing with redacted.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1          MR. BECK:   I think we can operate that

2    way, and that's fine.  I think the problem here is

3    that Mr. Benjamin got into what the factual basis

4    was, that there was no mention of Mr. Joe Gallegos.

5    So I think we have to rebut that.  We can do it

6    without putting in the factual basis in front;

7    that's the Court's prerogative.  We can just ask

8    Mr. Acee whether there is anything in there about

9    it, if that would make the Court feel more

10   comfortable.

11          MR. BENJAMIN:   We're going to dance around

12   the issue.  They drafted the factual basis, and the

13   factual bases has one glaring hole.  Nobody

14   identifies a means of communication for Joe

15   Gallegos.  In their broad sweeping overviews, the

16   language is "unindicted or unindicted conspirators"

17   that are part of this conspiracy.  But the issue

18   we'll have is that they got four people they're

19   going to say are the cooperators to plead to these

20   factual bases, but don't have any facts.

21          THE COURT:   Well, I don't think that -- I

22   don't think so.  It's a problem.  You're going to --

23   these people are going to be on the stand; right?

24          MR. BENJAMIN:   No.

25          THE COURT:   This one is not.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1           MR. BENJAMIN:  There is -- essentially two

2    of the four will.

3           THE COURT:  Okay.

4           MR. CASTLE:  Actually, I just looked.  The

5    four plea agreements don't have anything to do with

6    the 2001 murders.  So I don't have a dog in that

7    hunt, so I don't have a Confrontation Clause

8    objection to those, because I don't have standing.

9           THE COURT:  Does anybody care?  Do you

10   just want to leave the record where it is?  These

11   four will continue to have factual background in it,

12   and then the ones that the Government uses will have

13   it redacted.

14          MR. BECK:  And I think the way we -- the

15   Court came down on it in the hearings is that if the

16   defendants wanted to put in the factual basis, make

17   it an issue and we can unredact it.  But we are

18   putting in redacted --

19          THE COURT:  If some defendant has some

20   issue with another defendant doing it, let me know,

21   because I'll probably sustain the objection, keeping

22   it out.  If I don't hear otherwise, I'll assume

23   y'all want this for tactical purposes.

24          MR. BENJAMIN:  At this point in time

25   essentially the plea agreements that have been

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  authorized of 13 through 16, indirectly Count 14.

2  But there is only one of us still around on that.

3          THE COURT:  I'll keep my nose out of it.

4  Sounds like you thought it through, it dawned on me

5  Friday.  I didn't ask what we were doing, because I

6  didn't hear anyone saying it would be redacted or

7  anything.

8          MR. BENJAMIN:  I appreciate it.

9          (The following proceedings were held in

10 open court.)

11         THE COURT:  All right.  Mr. Castellano.

12         MR. CASTELLANO:  Thank you, Your Honor.

13 BY MR. CASTELLANO:

14     Q.  Agent Acee, returning to Defendants' DB1,

15 which is the plea agreement for Santos Gonzalez,

16 I'll go ahead and put this back up here before the

17 jury.  As part of these plea agreements, do you

18 understand that each of these four people basically

19 gave to the Court who took the plea a summary of

20 what he or she would admit to for purposes of a

21 plea?

22     A.  Yes, sir.

23     Q.  And in addition to what was in the plea

24 agreement, did these people also make statements to

25 the judge taking the plea about what they did, which

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                           (505) 843-9494
FAX (505) 843-9492                                   FAX (505) 843-9492
                                                          1-800-669-9492

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

e-mail: info@litsupport.com

1   may have had additional information than what was in

2   the paragraph?

3            MR. BENJAMIN:  Objection, Your Honor.

4   Facts not in evidence.

5            THE COURT:  He can give his understanding.

6   Mr. Acee was at some of these.  So if he has a

7   foundation, he can give it, and if he has an

8   understanding, he can give it.

9            MR. BENJAMIN:  And the Court said if he

10  has a foundation, that would be the next --

11  foundation.

12           THE COURT:  If you can lay that

13  foundation.

14  BY MR. CASTELLANO:

15       Q.   Were you present when people, and maybe

16  all of them, pled guilty?

17       A.   Yes, I believe all but Shauna Gutierrez.

18       Q.   And so as part of pleading guilty before

19  the judge who took the plea, did the judge also ask

20  them -- and I won't worry about what they said right

21  now -- but did the judge also ask them in their own

22  words what they did to make them guilty?

23       A.   That's what the judge asked, yes.

24       Q.   And so at times would it be something

25  consistent with what's in the plea agreement but may

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                            FAX (505) 843-9492
                                                                  1-800-669-9492



PROFESSIONAL COURT
REPORTING SERVICE
e-mail: info@litsupport.com

1  also contain additional information?

2      A.  Yes, sometimes they read it verbatim; and

3  sometimes they ad lib it and comment on it.

4      Q.  So, for example, on Santos Gonzalez, we

5  see here an indication on February 27 that he agreed

6  with others to harm the person identified as JG?

7      A.  Yes, sir.

8      Q.  And is JG Jose Gomez?

9      A.  Yes, it is.

10      Q.  And according to this, he was also an SNM

11  Gang member?

12      A.  Yes.

13      Q.  And a witness in a formal proceeding?

14      A.  Yes.

15      Q.  And so when this says "others," what is

16  the Government's theory about whether or not

17  "others" includes Joe Gallegos?

18      A.  That is our theory.

19      Q.  Ultimately it will be for the jury to

20  decide.  But our theory is that Joe Gallegos is part

21  of this; is that correct?

22      A.  Yes, sir.

23      Q.  Santos Gonzalez, as part of his plea on

24  page 5 of the plea agreement, also on February 27,

25  attempted to harm him by striking him with objects

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN &ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
1   in the head.

2         A.    That's correct.

3         Q.    Resulting in serious bodily injury to JG?

4         A.    Yes.

5         Q.    And do you see in the last paragraph of

6   his admissions he committed these crimes and aided

7   and abetted others in the commission of these

8   crimes?

9         A.    Yes, sir.

10        Q.    So is it your understanding or at least

11  the Government's theory that "others" includes Joe

12  Gallegos?

13        A.    Yes, sir.

14        Q.    On page 5, paragraph C, do you see the

15  paragraph where it says, "The defendant agrees he

16  has no exculpatory information regarding the

17  co-defendants in this case"?

18        A.    Yes.

19        Q.    What does that mean?

20        A.    That means that the defendant is saying

21  that he has no information tending to show that the

22  defendant or defendants are not guilty.

23        Q.    And Mr. Gonzalez, also looking in the same

24  paragraph -- is there an indication that he was not

25  willing to cooperate and would not be called in any
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  proceedings?

2      A.   Yes.

3      Q.   So is it fair to say that Santos Gonzalez

4  was not cooperating with the Government?

5      A.   He was not.

6      Q.   I'm now showing you Defendants' BC-1,

7  which is the plea agreement for Brandy Rodriguez.

8  Turning to page 2 of that agreement, do you see

9  where she was also charged with a conspiracy to

10 murder, attempted murder, including an assault

11 resulting in serious bodily injury and assault with

12 a dangerous weapon as well as witness tampering?

13     A.   Yes, sir.

14     Q.   And are these the same counts we just

15 discussed that involved Jose Gomez as a victim or

16 alleged victim?

17     A.   They are.

18     Q.   And as part of this plea agreement, did

19 this defendant, Brandy Rodriguez, also have to admit

20 to the elements of the offense in this case?

21     A.   Yes.

22     Q.   Which was to include that the crimes were

23 committed either for something of value in paragraph

24 E, 4E, or for the purpose of getting entrance to or

25 maintaining or increasing position in the

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   enterprise?

2        A.    That's correct.

3        Q.    Now, Ms. Rodriguez' plea agreement -- this

4   is page 5 of 10 on that same exhibit.  Was there an

5   indication here that Ms. Rodriguez admitted that the

6   Government could prove its case against her by

7   including the fact that the Syndicato de Nuevo

8   Mexico, or SNM Gang, engaged in such things as

9   racketeering activity?

10       A.    Yes, sir.

11       Q.    In interstate commerce?

12       A.    Correct.

13       Q.    Among those other things in the first

14  paragraph, do you see where Ms. Rodriguez also

15  conspired with others to harm JG?

16       A.    Yes.

17       Q.    And with Ms. Rodriguez, is it the

18  Government's theory that "others" includes Joe

19  Lawrence Gallegos?

20       A.    Yes, sir.

21       Q.    And on page 6, the next paragraph, do you

22  see it's slightly different in that Ms. Rodriguez

23  includes some of the things that she did, which

24  included kicking Jose Gomez?

25       A.    Yes.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   And do you see in the last paragraph where
 2   she admitted that Jose Gomez was beaten to prevent
 3   him from testifying in a formal proceeding?
 4        A.   Yes.
 5        Q.   Do you also see an indication by Brandy
 6   Rodriguez that she agreed that she had no
 7   exculpatory information regarding the co-defendants
 8   in this case?
 9        A.   Yes, sir.
10        Q.   And would that include Joe Lawrence
11   Gallegos?
12        A.   Yes, sir.
13        Q.   Can you tell the members of the jury
14   whether Brandy Rodriguez was cooperating with the
15   Government at that time?
16        A.   Not at that time, no.
17        Q.   And do you expect her to be cooperating
18   even now?
19        A.   No.
20        Q.   I'm showing you Defendants' BQ-1, a plea
21   agreement for Shauna Gutierrez.
22             MR. BURKE:  Your Honor, I do object, and I
23   wonder if we could approach the bench.
24             THE COURT:  You may.
25             (The following proceedings were held at
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   the bench.)

2          MR. BURKE:  I object to all of this.  I

3   should not have waited this long.  This is

4   prejudicial.  This is just a document drafted by the

5   prosecution attorneys.  I'm not sure why counsel for

6   Joe Gallegos is allowing this, but I now object.

7   You said earlier when we were at the bench if other

8   counsel objects, you would revisit this.  I'm asking

9   you to revisit this.  This is just self-promoting by

10  the prosecutors at this point.

11         THE COURT:  How far does your objection

12  extend?  Do you want to go back and redact these

13  documents?  Do you just not want them highlighting

14  the statements of -- tell me what you want me --

15         MR. BURKE:  I think if I ask you to go

16  back, it would just highlight it more.  So I think

17  I've let -- what's your phrase -- the toothpaste is

18  out of the tube.  So -- anyway.

19         THE COURT:  At this point, what do you

20  need or want?

21         MR. BURKE:  I don't think they're allowed

22  to self-vouch for exculpatory evidence.  SNM is a

23  conspiracy, SNM is an enterprise, the whole factual

24  basis.

25         THE COURT:  Let's do this:  Let's not

SANTA FE OFFICE                                                      MAIN OFFICE
119 East Marcy, Suite 110                                      201 Third NW, Suite 1630
Santa Fe, NM 87501                                              Albuquerque, NM 87102
(505) 989-4949                                                           (505) 843-9494
FAX (505) 843-9492                                                FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1  use -- let's not use any more -- this is your last

2  one, isn't it?

3          MR. BENJAMIN:  This is three of four.

4          THE COURT:  The two -- why don't you use

5  the facts, see if this will work for you.  Let's not

6  use the factual basis to have Mr. Acee testifying

7  about the Government's theory.  I think that might

8  be the way to deal with it, that sort of box of

9  questions.  I think you're going to have plenty of

10  opportunities to get the theory out other ways, and

11  do you think that's sufficient if --

12          MR. BURKE:  Yes, Your Honor.  Thank you

13  very much.

14          THE COURT:  Does that work for everybody?

15          MR. BENJAMIN:  Your Honor, the issue with

16  Special Agent Acee, one of the reasons why I'm not

17  objecting to this line of questioning, Your Honor,

18  is their statements aren't true, because Brandy

19  Rodriguez does have exculpatory information.  She --

20          THE COURT:  I don't think anybody is going

21  to shut down anyone from doing anything right at the

22  moment.  It may come up later.

23          MR. BENJAMIN:  Your Honor, I plan to

24  introduce this, and I think the Government will

25  request a limiting instruction, but this is notes

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   from a debrief where Agent Acee was present, that he
 2   was told that Joe Gallegos had nothing to do with
 3   the hit.
 4             THE COURT:  Okay.  Well, let's take them
 5   one at a time.  Let me deal with the Government's
 6   questioning here, and then if you want to go a
 7   different direction, I'll have to sort it out among
 8   the defendants.  But understand where I'm going.
 9             MR. BENJAMIN:  Yes, Your Honor.
10             MR. SOLIS:  How many more plea agreements,
11   estimate, on three of four --
12             MR. CASTELLANO:  Shauna Gutierrez and Paul
13   Rivera, regarding Jose Gomez.
14             MR. SOLIS:  I see.
15             (The following proceedings were held in
16   open court.)
17             THE COURT:  All right, Mr. Castellano.
18             MR. CASTELLANO:  Thank you, Your Honor.
19   BY MR. CASTELLANO:
20        Q.  And when we're talking about the formal
21   proceeding, do you recall that there is a formal
22   proceeding pending against Joe Gallegos?
23             MR. BENJAMIN:  Objection, Your Honor,
24   foundation.
25             THE COURT:  Well, if he knows.  Ask him if
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    he knows first.  That's pretty much the foundational
 2    question.  Overruled.
 3         A.   Yes.
 4    BY MR. CASTELLANO:
 5         Q.   And in that formal proceeding, was that a
 6    case in which Jose Gomez was a witness against Joe
 7    Gallegos?
 8         A.   Yes.
 9         Q.   And in fact, in Count 13 of the
10    indictment, that involves an assault allegedly by
11    Joe Gallegos against Jose Gomez?
12         A.   A 2015 assault yes.
13         Q.   So in that particular case, was Jose Gomez
14    a witness against Joe Gallegos?
15         A.   Yes.
16         Q.   Agent Acee, how do you bring a cold case
17    back to life?
18         A.   Develop a new lead and then pursue that
19    lead, make an arrest.
20         Q.   Is that basically the plan, which you did
21    in terms of this case, trying to bring cold cases
22    back to life?
23         A.   Yes, sir.
24              MR. CASTELLANO:  I pass the witness, Your
25    Honor.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              THE COURT:  All right.  Thank you,
 2    Mr. Castellano.
 3              Mr. Acee, you may step down.  Do you
 4    want --
 5              MR. CASTLE:  Could I have just a brief --
 6              THE COURT:  Recross.  All right,
 7    Mr. Castle.
 8                    RECROSS-EXAMINATION
 9    BY MR. CASTLE:
10         Q.   Good morning, Agent.
11         A.   Good morning.
12         Q.   I think Friday you had testified that -- I
13    think you testified on approximately 12 occasions?
14         A.   Hours, I think I said.
15         Q.   But as far as these defendants, there was
16    only one hearing in court, and then a brief time
17    period over the phone that you testified; is that
18    right?
19         A.   Are we not counting when everyone was in?
20         Q.   Well, as far as issues where we were --
21         A.   Yes, sir.
22         Q.   Now, can you estimate the number of SNM
23    members or people that were members of the SNM over
24    the years?
25         A.   To include dropouts?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

545

```
 1        Q.   Yes.
 2        A.   The Department of Corrections estimates
 3   500.  That seems to be a ballpark.
 4        Q.   So that was, like, the largest number at
 5   one time, or was that over the years?
 6        A.   I tend to think it's more over the years.
 7        Q.   Okay.  And how many people out of those
 8   500 either claimed to be or were recognized as at
 9   some level of leadership?
10        A.   Just a handful.
11        Q.   Well, do you recall testifying previously
12   that it was somewhere between 60 to 80?
13        A.   That claim they were leaders?
14        Q.   Yes.  Let me ask you -- let me break that
15   down.  There's a difference between claiming to be a
16   leader and actually being a leader; right?
17        A.   Yes.
18        Q.   So sometimes there are people that would
19   claim to be a leader that may not have actually been
20   a leader?
21        A.   I think that's possible.
22        Q.   And there are people that try to be
23   leaders by doing perhaps certain acts, but didn't
24   end up becoming a leader?
25        A.   I think that's fair to say.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1      Q.   So it's kind of -- sometimes these violent

2   acts that you're talking about, it's a way to kind

3   of become a leader; right?

4      A.   Putting in work.  I think it's first and

5   foremost a way to join the gang.  But leaders need

6   to lead from the front, and that's a good way to get

7   there.

8      Q.   The Government went through a list of

9   people, do you recall, that came forward after the

10  declination letter, after the 2015 letter.  Do you

11  recall that the Government went through a series of

12  names?  Do you recall that?

13     A.   Yes, I think so.

14     Q.   I think the first one he mentioned was

15  Mario Rodriguez came forward?

16     A.   He's come forward, yes.

17     Q.   And he has nothing to say about the 2001

18  murders; is that right?

19     A.   I don't think he does.

20     Q.   And there was a Timothy Martinez.  He also

21  checked off on a list?

22     A.   Yes.

23     Q.   And Ruben Hernandez and Javier Alonso?

24     A.   Yes.

25     Q.   None of those people came forward with

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   information concerning the 2001 murders?

2        A.   I don't think Timothy Martinez did.  I'm

3   not sure about the other two.  I'd have to look at

4   their statements.

5        Q.   Now, one of the people that they talked

6   about was an individual by the name of Gerald

7   Archuleta, Styx; right?

8        A.   Yes, sir.

9        Q.   His family is from out of state; right?

10       A.   I think his family is from here.  He just

11  happened to move out of state after he got out of

12  prison, his last prison stint.

13       Q.   Now, there was a discussion about a

14  possibility that these individuals who cooperate --

15  or at least some of them -- might still get a life

16  sentence.  Do you recall that?

17       A.   Yes, sir.

18       Q.   But if they didn't work out this

19  agreement, this 5K1.1 agreement, there would be no

20  way for them to get below life?

21       A.   Without a 5K?

22       Q.   Yes.

23       A.   I believe you're right.

24       Q.   We've talked about a number of events that

25  I think you said you were disappointed in by the

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                Albuquerque, NM 87102
(505) 989-4949                                            (505) 843-9494
FAX (505) 843-9492                                    FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1   cooperators --

2        A.   Yes.

3        Q.   -- trying to access teen porn, smuggling

4   drugs into the facility, using drugs.  I think

5   another one of the examples might have been, you

6   know, some inappropriate things happening during

7   visitation, et cetera, et cetera.  Do you recall

8   those events, without detailing them all again?

9        A.   Yes, sir.

10       Q.   After those things happened, did the

11  Government withdraw their 5K1.1 agreement?

12       A.   Not that I'm aware of.  But I don't think

13  they've submitted that yet.  I think it's still in

14  the works.

15       Q.   You talked about some of these fellows

16  getting $50 a month on their books, approximately?

17       A.   Yes, sir.

18       Q.   Are any of them still getting that?

19       A.   Yes.

20       Q.   When does that stop?

21       A.   Well, if they continue to be FBI

22  informants, it will last until we either make a

23  change or they stop being informants.

24       Q.   Have they been informed when that will

25  stop?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1          A.    No.

2          Q.    There was an indication that the pizza

3    party was to honor, I guess, these individuals for,

4    I think your term was, changing their lives?

5          A.    To recognize and honor, yes.

6          Q.    Was that pizza party before or after those

7    events happened that you said you were quite

8    disappointed in?

9          A.    It was before.

10         Q.    And there were questions about whether you

11   would go to a pizza party if the defendants were

12   able to throw one; right?  Do you recall that?

13         A.    Yes.

14         Q.    These men are locked down 23 hours a day

15   every day that they've been waiting for trial; isn't

16   that your understanding?

17         A.    They're definitely incarcerated.  I'm not

18   sure what kind of facility they're in.

19         Q.    The only hour they're allowed out is in a

20   separate cage for themselves to exercise in?

21         A.    If you're telling me that, I'm not

22   discrediting it, but I don't know.

23         Q.    Is there any indication, in your

24   knowledge, that any of these men have an opportunity

25   to do anything like the kinds of things that the
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1  cooperators have been allowed to do?

2      A.   I can only think of one circumstance, but

3  I'm not sure.

4      Q.   You indicated that the questionnaire was

5  given by you to only one individual, Mr. Munoz, and

6  his lawyer?

7      A.   That's all that I can remember, yes.

8      Q.   How much later after that did they return

9  it?

10     A.   I'm not sure, because he gave it to his

11 attorney, who gave it to me.  I think within

12 about -- maybe about a week.

13     Q.   Okay.  And did -- was it filled out by

14 Mr. Munoz?

15     A.   Yes, sir.

16     Q.   So where was Mr. Munoz being held?  Where

17 was he being held at that time?  Was it in the

18 cooperator pod?

19     A.   I'm not sure.  But to answer your

20 question, I think he was at PNM.

21     Q.   He was, at least for a period of time, in

22 the cooperator pod; is that correct?

23     A.   Yes, sir.

24     Q.   There was an indication that there was no

25 video in the pod in 2001 that you were able to

SANTA FE OFFICE                                                        MAIN OFFICE
119 East Marcy, Suite 110                                       201 Third NW, Suite 1630
Santa Fe, NM 87501                                              Albuquerque, NM 87102
(505) 989-4949                                                           (505) 843-9494
FAX (505) 843-9492                                                  FAX (505) 843-9492
                                                                          1-800-669-9492
                                                               e-mail: info@litsupport.com



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1  locate?

2      A.    Correct.

3      Q.    And in fact, there weren't.  You went and

4  found out that there were no cameras back then that

5  were in those pods.

6      A.    Yes, sir.

7      Q.    You also learned that there weren't

8  cameras in the general areas of the prison at that

9  point in time.

10     A.    Did you say that there were not?

11     Q.    There were not.

12     A.    No, the only representation that I got

13  about cameras is they may have had some live feeds,

14  but they definitely didn't have recordings.

15     Q.    And you also looked to see if there

16  were -- if there was any evidence that there were

17  officers with hand-held video cameras and video

18  recording; right?

19     A.    Yes, sir, and we found no such.

20     Q.    You found no such.  And also, that there

21  were officers taking photos on the roofs of the

22  prisons.  You looked for that, too; right?

23     A.    We didn't find anything like that, sir.

24     Q.    And the reason you were looking for those

25  is because a witness by the name of Leonard Lujan

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                  201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                            FAX (505) 843-9492
                                                                1-800-669-9492

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE
e-mail: info@litsupport.com

```
 1   claimed that there were officers with hand-held
 2   video cameras videoing everything that he was
 3   relaying to you and also taking still photos.  Or is
 4   that at least one of the reasons?
 5        A.   Well, my reason was because you asked me
 6   about it.  I didn't recall Mr. Lujan saying that,
 7   but I remember you asking me, so I went and checked.
 8        Q.   Okay.  Thank you.
 9             MR. CASTLE:  I have no further questions.
10             THE COURT:  Thank you, Mr. Castle.
11             Do you have something further,
12   Mr. Benjamin?
13             MR. BENJAMIN:  I do, Your Honor.  If I
14   could have one second.
15             THE COURT:  You may.
16                  RECROSS-EXAMINATION
17   BY MR. BENJAMIN:
18        Q.   Good morning, Agent.
19        A.   Good morning.
20        Q.   Did Mario Rodriguez fill out one of your
21   questionnaires?  Do you know --
22             MR. BENJAMIN:  Actually, may I approach,
23   Your Honor?
24             THE COURT:  You may.
25        A.   I'm assuming he did.  You're about to show
```

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                     FAX (505) 843-9492
                                                          1-800-669-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

e-mail: info@litsupport.com

1  me.

2  BY MR. BENJAMIN:

3        Q.   Yes, you're correct.

4        A.   No.  This is my writing.  I filled this

5  out.

6        Q.   I understand that you filled that out in

7  Mario's presence, but with him providing the

8  answers?

9        A.   I ask the question and he provides the

10  answer.

11       Q.   And the notes you're filling in on the

12  questionnaire.

13       A.   On this particular debrief, I did some on

14  my questionnaire and some I also did on regular

15  notetaking paper.

16       Q.   Okay.  Thank you.

17            And we heard that some people were going

18  to testify because they're cooperators, and some

19  people had decided that they weren't going to

20  testify, I think was the testimony on redirect;

21  correct?

22       A.   Yes, sir.

23       Q.   And if those people aren't testifying for

24  the Government, the defense can't call those people;

25  correct?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    I don't --
 2        Q.    A defendant still has the ability to
 3   assert a Fifth Amendment right up through
 4   sentencing; right?
 5            MR. CASTELLANO:   Objection, calls for a
 6   legal conclusion.
 7            THE COURT:   If he knows the answer to it,
 8   he can answer it.   Overruled.
 9        A.    My understanding is the defendant never
10   has to talk.   So, yes.
11   BY MR. BENJAMIN:
12        Q.    Okay.   And when we're looking at plea
13   agreements, those are drafted by the Government?
14        A.    Yes, sir.
15        Q.    And the Government provides essentially --
16   because -- let's start at the beginning.   The
17   Government drafts the charges in a case; correct?
18        A.    Yes, sir.
19        Q.    And that's the Government's way of saying,
20   "This is what we believe we can show at trial"?
21        A.    Yes.
22        Q.    And then if somebody decides to plead
23   guilty, the person that's pleading guilty is
24   agreeing with what's being said?
25        A.    Yes.   But there's some --
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.    Negotiating.

2      A.    -- negotiating, but yes.

3      Q.    And that negotiation can take many forms.

4  Sometimes the Government modifies or files new

5  charges?

6      A.    Sure.  By, like, information, yes, I've

7  seen that.

8      Q.    Okay.  So the Government can file new

9  charges, amend the charges, dismiss charges or, for

10 lack of a better term, modify them any which way

11 they want; is that fair?

12     A.    As long as the defendant agrees, yes.

13     Q.    Well, the Government can modify charges or

14 do anything with any allegations they have without

15 the defendant's consent.

16     A.    Yes.

17     Q.    I mean, for instance, the Government can

18 dismiss charges if they wanted to.

19     A.    Correct.

20     Q.    Okay.  And I don't know why, but a

21 defendant could object to that for some unknown

22 reason; right?

23     A.    It would be crazy, but I guess.

24     Q.    Right.  So if the Government and the

25 defendant come to an agreement, then you can have a

SANTA FE OFFICE                                                MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                    Albuquerque, NM 87102
(505) 989-4949                                                (505) 843-9494
FAX (505) 843-9492                                     FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1  plea; is that fair?

2       A.   Yes, sir.

3       Q.   Okay.  And that's true of essentially

4  anything?  And a plea, then, is supported by a

5  factual basis?

6       A.   Yes, sir.

7       Q.   Okay.  And that factual basis can contain

8  things like agreements over the amount of drugs that

9  were involved in the offense?

10      A.   I imagine, yes.

11      Q.   Okay.  The amount; whether or not there

12 were any weapons in the offense?

13      A.   Yes.

14      Q.   Okay.  A defendant's role in the offense?

15      A.   Yes.

16      Q.   And just so we're clear in talking about

17 role, in a federal case there's different levels of

18 roles.  Somebody could be a leader, a regular

19 player, or a minor player; correct?

20      A.   Yes.

21      Q.   Okay.  So you can specify, kind of, I was

22 the getaway driver, so to speak, or I was the person

23 who went in the bank.

24      A.   I suppose, yes.

25      Q.   Okay.  And the person who proposes that

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   language that we saw in the plea agreement is the
 2   Government; correct?
 3        A.   The initial draft is, yes.
 4        Q.   Okay.  And then the defendant can say,
 5   "Sorry, I'm not willing to sign that, but I will do
 6   this"; right?
 7        A.   Right.
 8        Q.   Okay.  And then ultimately the defendant
 9   agrees with what was in the plea agreement and the
10   factual basis and if they were going to plead
11   guilty.
12        A.   Correct.
13        Q.   Okay.  So you were asked on redirect by
14   Mr. Castellano about the theory of the case for the
15   Government; correct?
16        A.   Yes.
17        Q.   That Joe Gallegos is the one that was one
18   of the people who aided and abetted the others
19   involved in the language that was read to you;
20   right?
21        A.   Yes.  I thought he said "involved," but
22   yes.
23        Q.   Okay, and fair to say that probably right
24   before "involved" is "aided and abetted" and "others
25   involved."  But he was one of the others that you
```

SANTA FE OFFICE                                        MAIN OFFICE
119 East Marcy, Suite 110                    201 Third NW, Suite 1630
Santa Fe, NM 87501                           Albuquerque, NM 87102
(505) 989-4949                                       (505) 843-9494
FAX (505) 843-9492                              FAX (505) 843-9492
                                                  1-800-669-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE
e-mail: info@litsupport.com

```
 1  believed was involved?

 2       A.   Yes, sir.

 3       Q.   But none of the four plea agreements say

 4  his name or his initials?

 5       A.   I thought one did.  I may be mistaken, but

 6  I thought one out of the three did.

 7            MR. BENJAMIN:  May I approach the

 8  exhibits, Your Honor?

 9            THE COURT:  You may.

10            MR. BENJAMIN:  May I approach the witness,

11  Your Honor?

12            THE COURT:  You may.

13  BY MR. BENJAMIN:

14       Q.   Okay.

15       A.   Sir, I found what I was referring to.  It

16  may be in a different context than you're asking me,

17  though.  I do see his name in one of the four.

18       Q.   Just so we're on the same sheet of music,

19  who are we talking about?

20       A.   I'm looking at Mr. Rivera's plea where it

21  mentions Joe Lawrence Gallegos in the bold hold

22  language in paragraph 2.

23       Q.   Okay.

24       A.   Do you want me to read it?

25       Q.   Well, what that's saying is that that
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1  doesn't -- let me do this.

 2          MR. BENJAMIN:  May I approach?

 3          THE COURT:  You may.

 4      A.   The one on top.

 5          MR. BENJAMIN:  And Your Honor, I would

 6  request permission to publish CO-1.

 7          THE COURT:  You may.

 8  BY MR. BENJAMIN:

 9      Q.   We're talking about the very, very

10  essentially last sentence on page 4 which says, JG,

11  Jose Gomez, was a witness against Joe Lawrence

12  Gallegos, an SNM Gang member; correct?

13      A.   Yes, sir.

14      Q.   That doesn't say that Joe Gallegos

15  essentially provided any direction or instructions

16  for this assault; that's a fact that was put in

17  there about a witness -- being a witness; right?

18      A.   It just states that, yes, Jose Gomez was

19  going to be a witness against Joe Lawrence Gallegos.

20      Q.   And Paul Rivera had no idea what case

21  Joe -- what case Jose Gomez was going to be a

22  witness in, did he?

23      A.   I'm not sure.  I don't think he knew which

24  case.

25      Q.   Right.  You didn't interview him, but

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                       201 Third NW, Suite 1630
Santa Fe, NM 87501                                              Albuquerque, NM 87102
(505) 989-4949                                                         (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492
                                                                    1-800-669-9492

PROFESSIONAL COURT                                         e-mail: info@litsupport.com
REPORTING SERVICE

1  you've reviewed Paul Rivera's witness statement;

2  right?

3       A.   Yes.  So I'm just going off memory here.

4  I don't know that he knew what case.

5       Q.   He came up with something out of the blue,

6  and the fact is Paul Rivera says that Joe doesn't

7  like him at all; right?

8            MR. CASTELLANO:  Objection, calls for

9  hearsay.

10            MR. BENJAMIN:  To the extent he knows,

11  Your Honor.

12            THE COURT:  Well, it sounds like it may be

13  being offered -- an out-of-court statement for the

14  truth.  So I'll sustain.

15            MR. BENJAMIN:  Your Honor, I would suggest

16  it's being offered to essentially impeach the

17  statement that is on paragraph 4.

18            THE COURT:  Well, I still sustain the

19  objection.

20  BY MR. BENJAMIN:

21       Q.   None of these -- you would agree with me

22  that these statements could have been drafted to

23  say, "I, at the direction of Joe Lawrence Gallegos,

24  assaulted Jose Gomez"; correct?

25       A.   I think the prosecutors could have written

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                         (505) 843-9494
FAX (505) 843-9492                                            FAX (505) 843-9492
                                                                  1-800-669-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE                              e-mail: info@litsupport.com

1  anything they wanted in there.  I just don't know if

2  the defendant would have agreed.

3       Q.   Well, but it might be because it wasn't

4  true, then; right?

5       A.   I think anything is possible.

6       Q.   And you attended a debrief on December 16,

7  2016, is that right, of Brandy Rodriguez?

8       A.   I've had a few debriefs with her.

9       Q.   And do you remember her telling you that

10 day that Joe Lawrence Gallegos had nothing to do --

11          MR. CASTELLANO:  Calls for hearsay.

12          THE COURT:  Sustained.

13          MR. BENJAMIN:  Your Honor, that's offered

14 for direct impeachment of what he testified to.

15          THE COURT:  It's an out-of-court statement

16 being offered for the truth.  Sustained.

17 BY MR. BENJAMIN:

18      Q.   On September 16, was there any information

19 provided by Brandy Rodriguez suggesting that --

20          MR. CASTELLANO:  Objection.  It's going to

21 call for hearsay.

22      Q.   -- there was a direction provided?

23          THE COURT:  Sustained.

24          MR. BENJAMIN:  Your Honor, may I approach

25 the court reporter?



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              THE COURT:  You may.

 2              MR. BENJAMIN:  Pass the witness.

 3              THE COURT:  Thank you, Mr. Benjamin.

 4              Mr. Castellano, any further examination of

 5   Mr. Acee?

 6              MR. CASTELLANO:  No, Your Honor.  But we

 7   will be calling him later in the trial.

 8              MR. SOLIS:  May I?

 9              THE COURT:  You may.

10                   RECROSS-EXAMINATION

11   BY MR. SOLIS:

12        Q.   Good morning, Agent Acee.  How are you,

13   sir?

14        A.   Good morning.

15        Q.   I'll be brief.  One of the advantages of

16   being down in the batting order, brilliant counsel

17   have the opportunity to ask you questions and so

18   I'll ask you just a few.  One is to follow up on

19   Mr. Castle's brilliant questions.  You know he's a

20   brilliant lawyer.  You know that by now; right?

21        A.   We can argue about that.

22        Q.   And he had discussed with you -- or at

23   some point, I believe it was early on, the quid pro

24   quo nature of cooperators, the 5K, and the

25   sentencing scheme.  Do you remember that?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1       A.   I remember a lot of questions about 5K.

2       Q.   You're not unfamiliar with the term or the

3   phrase "quid pro quo"?

4       A.   Yes.

5       Q.   You're not unfamiliar?

6       A.   I am not unfamiliar with that.

7       Q.   That's basically the Latin phrase for

8   "something for something"; right?

9       A.   Yes.

10      Q.   And in many respects, that's exactly what

11  happens with the cooperators, the Kastigar, the

12  proffer, the 5K, and then the sentencing scheme that

13  we've talked about for a while now, since Friday,

14  and then again today.  Would you agree with that?

15      A.   Something for something?

16      Q.   Sure.

17      A.   More or less, yes.

18      Q.   Well, the "more" is that if the

19  cooperator, the defendant at that moment, is signed

20  up, let's say, someone phrased it as a contract; I

21  think again, Mr. Castle.  And to extract or to

22  provide the benefit that he's expecting, he has to,

23  in turn, deliver that something that the Government

24  wants; isn't that true?

25      A.   He has to deliver something, but it's not

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                          FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1  anything.  The something in particular is his

2  honest --

3      Q.    Something the Government wants.  Wouldn't

4  you agree, Agent Acee?

5      A.    Well, yes, as a representative of the

6  Government, I want honest answers.

7      Q.    Right.  But the Government enlisted the

8  cooperation of the cooperators -- that sounds

9  redundant -- in the hopes of obtaining some benefit

10  for the Government.  And so you expect that when you

11  sign him up and you go through the proffer,

12  Kastigar, then the 5K1, and the sentencing as we

13  described; isn't that true?

14      A.    Somewhat.  I mean, I opened each of these

15  cooperators.  I'll take responsibility for

16  developing each of these cooperators.  What I'm

17  looking to do is, one, dismantle the gang; two, gain

18  valuable and honest information from each of those

19  men to help me do that.

20      Q.    Let me phrase it this way, then, if -- and

21  there is no secret here that -- I think

22  Mr. Castellano illustrated on the overhead the photo

23  of Mr. Eugene Martinez.  You're familiar with Eugene

24  Martinez; correct?

25      A.    I am.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   As we all are.  And the jury will be
2   shortly, if they aren't already.  And if Eugene
3   Martinez said to you or here on the stand, whenever
4   his time comes, that, "You know, I don't want to go
5   forward with this.  I'm done.  I made it all up," or
6   something along those lines, now, he's not giving
7   you what you want, so he's not going to be the
8   beneficiary of any 5K, Kastigar, proffer, sentencing
9   scheme that we talked between; isn't that true?
10    A.   If he said anything under oath, I'd try to
11   charge him.
12    Q.   That's not the answer to my question,
13   though.  He would not receive that benefit the
14   Government expects to receive from his participation
15   in the 5K or proffer and sentencing scheme that
16   we've talked about here for a couple days now.
17    A.   It's not my decision to make, but I would
18   not expect him to, no.
19    Q.   Okay.  All right.  So let me switch gears
20   here, Agent Acee, and -- these are my notes.
21         MR. SOLIS:  Could I have one moment, Your
22   Honor?
23         THE COURT:  You may.
24   BY MR. SOLIS:
25    Q.   So the names -- I'm going to give a little

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    bit of context to my questions and they refer mostly
 2    to 2001 or exclusive to 2001, and at Southern in
 3    yellow pod.  You're familiar with all that; right,
 4    Agent Acee?
 5         A.   Yes, sir.
 6         Q.   Thank you.  And I'll name these
 7    individuals:  Ray Molina, Martin Chacon, Allen
 8    Patterson, Christopher Chavez, Jesse Ibarra, Eugene
 9    Martinez, Joseph Otero, Augustine Saenz, Lorenzo
10    Baca (sic) and Jeremiah Baca.  Are you familiar with
11    those players there, sir?
12         A.   Yes.
13         Q.   Which of those -- you being the case
14    agent, you probably know this.  Which of those did
15    not provide a DNA sample?
16         A.    I believe, off the top of my head, in that
17    pod -- could I look at the names again?  I may
18    recognize it.
19         Q.   Sure.  I don't want to go into hearsay
20    objections, so I'll read them off to you.  I'll read
21    them slowly so you can -- Ray Molina, Martin Chacon,
22    Allen Patterson, Chris Chavez, Jesse Ibarra, Eugene
23    Martinez, Joseph Otero, Augustine Saenz, Lorenzo
24    Mora, and Jeremiah Baca.
25         A.    I'm hesitating because I recall two men
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1  didn't.

 2       Q.   Okay.

 3       A.   And I'm only remembering one right now.

 4  It's from the other pod.

 5       Q.   Okay.  But there were individuals in this

 6  pod -- that is, yellow pod, 2001 -- that did not

 7  provide DNA samples.

 8       A.   I'm just not committing to that because I

 9  need to refer to the reports.  I don't know, off the

10  top of my head.

11       Q.   So for our purposes, let me phrase it this

12  way:  Certainly Christopher Chavez and Allen

13  Patterson did provide DNA swabbings for DNA

14  analysis; correct?

15       A.   I believe they did.

16       Q.   Okay.  Now, you being the case agent,

17  you're also familiar with the following.  You know

18  that one of the names I read off was Martin Chacon.

19  You've agreed with that; right?

20       A.   Yes.

21       Q.   He was in that pod, in the yellow pod, in

22  2001.

23       A.   Yes.

24       Q.   That involved the murder of Rolando Garza

25  just back before the jury; right?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    Yes.
 2        Q.    And in Martin Chacon's home -- they call
 3   it their home or their cell -- in that sink was
 4   found a T-shirt with what appeared to be blood;
 5   right?
 6        A.    Yes.
 7        Q.    Okay.  And in his home was that noose --
 8   well, a ligature fashioned by shoelaces with some
 9   sort of loops at the end for what one would surmise
10   being able to hold the ligature.
11        A.    Did you say in his sink?
12        Q.    Yeah.
13        A.    I thought it was under the sink.
14        Q.    Certainly in his room, or his cell, his
15   home.
16        A.    His cell, I agree.
17        Q.    And Martin Chacon's home, cell, was on the
18   bottom tier, bottom floor, if we can call it that,
19   much -- well, as was Rolando Garza's room, home,
20   cell?
21             MR. CASTELLANO:  At this point, I'll
22   object.  Beyond the scope of cross-examination.
23             THE COURT:  What do you link it up with in
24   the redirect?
25
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   BY MR. SOLIS:
 2       Q.   Well, AUSA Castellano discussed with you
 3   on redirect -- discussed with you the layout, if you
 4   will, of the yellow pod in 2001 addressing -- and I
 5   walked in an L-shaped fashion here on Friday.
 6   Remember, he addressed that with you?
 7       A.   Yes, sir.
 8       Q.   And he addressed that with you to, I
 9   guess, provide some illustration for the jury as to
10   where the cells of the occupiers of yellow pod might
11   be situated in that pod?
12       A.   In relation to the bubble, I think, yes.
13       Q.   Sure.  And AUSA Castellano discussed that
14   with you in redirect late Friday.  Do you remember
15   that?
16       A.   I believe so, yes.
17       Q.   So that redirect examination having to do
18   with the layout of the pod in an L shape with the
19   bubble looking out into the cells, homes, rooms, as
20   they call them, is the subject of my inquiry now.
21   You've been able to determine that?
22            MR. CASTELLANO:  Same objection, Your
23   Honor.  We didn't discuss evidence collection.
24            THE COURT:  Well, I think it's close
25   enough to the redirect.  Overruled.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              MR. SOLIS:   Thank you.
 2    BY MR. SOLIS:
 3       Q.    So the question was Mr. Chacon -- Martin
 4    Chacon, we talked about his cell is on the bottom
 5    tier of that pod.  Do you remember that?
 6       A.    I remember you saying that a moment ago.
 7    I believe it was on the bottom tier.
 8       Q.    As was Mr. Garza's, the deceased, Rolando
 9    Garza; correct?
10       A.    Yes, sir.
11       Q.    And I know as the case agent, you also
12    know that Christopher Chavez's pod was on the top
13    tier.  Do you remember that?
14       A.    His cell on the top tier, yes.
15       Q.    What did I say?
16       A.    Pod.
17       Q.    I'm sorry.  I meant to say cell, home.  I
18    beg your pardon about that.  On the top.  And you,
19    being the case agent, you would know that through
20    that bubble, he's at a direct diagonal of you from
21    the correctional officer in that bubble on top.
22       A.    Like they're at the same level?
23       Q.    Yes, sir.
24       A.    Yes.
25       Q.    On the top tier; is that right?
```



SANTA FE OFFICE                                                        MAIN OFFICE
119 East Marcy, Suite 110                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                           Albuquerque, NM 87102
(505) 989-4949                                                          (505) 843-9494
FAX (505) 843-9492                                               FAX (505) 843-9492
                                                                      1-800-669-9492
                                                              e-mail: info@litsupport.com

1      A.    Yes, the top tier of that pod is at about

2   the same level that the guard or the correctional

3   officer looking out the window would be at.

4      Q.    The point is, he's not at the bottom tier;

5   he's at the top.

6      A.    Correct.  His house is at the top.

7      Q.    Here -- and Agent Stemo is one of your

8   assistants, Agent Acee?

9      A.    She's a co-case agent on the case.

10     Q.    Co-case agent.  Seventeen years later, in

11  January of this year, she went to have a discussion

12  with one of the occupiers of that pod, Lorenzo Mora.

13  Of course, you know that because you're the case

14  agent; right?

15     A.    You're giving me a lot of credit.

16     Q.    Well, you being the case agent, you

17  know -- well, you know, you do the heavy lifting, I

18  suppose.  Do you have any reason to doubt that she

19  went to interview in January of this year an

20  occupier of that pod, Lorenzo Mora?

21     A.    I don't.  She interviews a lot of people

22  and works hard.  I'm sure she did.

23     Q.    But you're not familiar with the details

24  of that?

25     A.    That interview?



SANTA FE OFFICE                                    MAIN OFFICE
119 East Marcy, Suite 110                     201 Third NW, Suite 1630
Santa Fe, NM 87501                            Albuquerque, NM 87102
(505) 989-4949                                     (505) 843-9494
FAX (505) 843-9492                            FAX (505) 843-9492
                                                   1-800-669-9492
PROFESSIONAL COURT                    e-mail: info@litsupport.com
REPORTING SERVICE

BEAN
&ASSOCIATES, Inc.

```
 1        Q.    Correct.

 2        A.    As I sit here now, no.

 3        Q.    Okay.  But it was here, 17 years later,

 4   that she went to have a discussion with Mr. Mora.

 5   That much you know.

 6        A.    Yes.

 7              MR. SOLIS:  I'll pass the witness.

 8              THE COURT:  Thank you, Mr. Solis.

 9              Mr. Castellano, any further redirect of

10   Mr. Acee?

11              MR. CASTELLANO:  Yes, Your Honor.

12              THE COURT:  Mr. Castellano.

13                    REDIRECT EXAMINATION

14   BY MR. CASTELLANO:

15        Q.    So you were asked about the 5K provision

16   of the guidelines which allows the Court to sentence

17   below -- or lower a sentence; is that correct?

18        A.    Yes, sir.

19        Q.    Is there any 5K agreement in place now?

20   In other words, has the Government filed anything

21   that you know of to reduce anybody's sentence?

22        A.    No, sir.

23        Q.    And is the anticipation in terms of

24   whether there is a quid pro quo, or this for that,

25   that the filing of a 5K motion would be following
```

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                   Albuquerque, NM 87102
(505) 989-4949                                                (505) 843-9494
FAX (505) 843-9492                                       FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1  truthful testimony and providing assistance to the
 2  Government?
 3       A.   Yes.
 4       Q.   So if that even happens, it won't be until
 5  the cooperation is complete; is that true?
 6       A.   Yes, sir.
 7            MR. CASTELLANO:  I pass the witness, Your
 8  Honor.
 9            THE COURT:  All right.  Thank you,
10  Mr. Castellano.
11            All right.  Mr. Acee, you may step down.
12  Thank you for your testimony.
13
14
15
16
17
18
19
20
21
22
23
24
25
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  UNITED STATES OF AMERICA

2  STATE OF NEW MEXICO

3

4              C-E-R-T-I-F-I-C-A-T-E

5      I, Jennifer Bean, FAPR, RDR, CRR, RMR, CCR,

6  Official Court Reporter for the State of New Mexico,

7  do hereby certify that the foregoing pages

8  constitute a true transcript of proceedings had

9  before the said Court, held in the District of New

10  Mexico, in the matter therein stated.

11      In testimony whereof, I have hereunto set my

12  hand on this 5th day of May, 2018.

13

14      _____

15      Jennifer Bean, FAPR, RMR-RDR-CCR
        Certified Realtime Reporter
16      United States Court Reporter
        NM Certified Court Reporter #94
17      333 Lomas, Northwest
        Albuquerque, New Mexico 87102
18      Phone:          (505) 348-2283
        Fax: (505) 843-9492
19      License expires:  12/31/18

20

21

22

23

24

25

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

 

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com